Case 2:13-cv-20000-RDP Document 141 Filed 01/08/13 Page 1 of 1
Case 2:12-cv-04193-RDP Document 134-1 Filed 12/26/12 Page 1 of 1
Case TNW/2:12-cv-02359 Document 28 Filed 12/12/12 Page 4 of 4

FILED
2012 Dec-06 PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION      MDL No. 2406

## SCHEDULE A

<u>Northern District of Alabama</u>

Fred R. Richards, et al. v. Blue Cross and Blue Shield of Alabama, et al.,
    C.A. No. 2:12-01133
One Stop Environmental, LLC, et al. v. Blue Cross and Blue Shield of Alabama, et al.,
    C.A. No. 2:12-01910
American Electric Motor Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.,
    C.A. No. 2:12-02169
Chris Bajalieh, et al. v. Blue Cross and Blue Shield of Alabama, et al.,
    C.A. No. 2:12-02185
GC Advertising, LLC, et al. v. Blue Cross and Blue Shield of Alabama, et al.,
    C.A. No. 2:12-02525
Jerry L. Conway v. Blue Cross and Blue Shield of Alabama, et al., C.A. No. 2:12-02532
Thomas A. Carder, et al. v. Blue Cross and Blue Shield of Alabama, et al.,
    C.A. No. 2:12-02537

<u>Western District of North Carolina</u>


Thomas A. Cerven, Jr., et al. v. Blue Cross and Blue Shield of North Carolina. et al.,
    C.A. No. 5:12-00017     CV-12-P-4169-S

<u>Western District of Tennessee</u>


Mary Morrissey v. Blue Cross Blue Shield of Tennessee, Inc., C.A. No. 2:12-02359
     CV-12-P-4170-S