Case 2:12-cv-20000-RDP Document 25-1 Filed 01/08/13 Page 1 of 2
Case MDL No. 2406 Document 144 Filed 12/21/12 Page 3 of 3

FILED
2012 Dec-06 PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION

MDL No. 2406

## SCHEDULE CTO-1 — TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **FLORIDA NORTHERN** | | | | |
| FLN | 5 | 12-00370 | DAVIDSON v. BLUE CROSS AND BLUE SHIELD OF ALABAMA et al | CV-12-P-4171-S NDAL |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 12-08448 | Lawrence Cohn LLC v. HMSA BSH et al | CV-12-P-4172-S NDAL |
| **INDIANA SOUTHERN** | | | | |
| INS | 1 | 12-01576 | RAY v. WELLPOINT INC | CV-12-P-4173-S NDAL |
| **KENTUCKY WESTERN** | | | | |
| KYW | 3 | 12-00636 | Ridge v. Anthem Health Plans of Kentucky, Inc. et al | CV-12-P-4174-S NDAL |
| **LOUISIANA EASTERN** | | | | |
| LAE | 2 | 12-02410 | Plessy v. Blue Cross and Blue Shield of Alabama et al | CV-12-P-4175-S NDAL |
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 12-00421 | Jarreau v. Louisiana Health Service & Indemnity Company | CV-12-P-4176-S |
| LAM | 3 | 12-00709 | Galactic Funk Touring, Inc. et al v. Blue Cross and Blue Shield of Louisiana and Blue Cross Blue Shield Association | CV-12-P-4177-S |
| **MICHIGAN WESTERN** | | | | |
| MIW | 2 | 12-00420 | Thompson v. Blue Cross Blue Shield of Michigan et al | CV-12-P-4178-S NDAL |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 3 | 12-00684 | McCumber v. Blue Cross and Blue Shield of Mississippi | CV-12-P-4179-S NDAL |

PENNSYLVANIA EASTERN

~~PAE    2    12-05146    LIFEWATCH SERVICES, INC. v. HIGHMARK, INC. et al~~   Opposed 12/20/12

TEXAS NORTHERN

TXN    3    12-04256    Watts et al v. Blue Cross and Blue Shield of Texas et al

CV-12-P-4180-S  NDAL