Case 2:13-cv-20000-RDP-TMP   Document 10-1   Filed 02/13/13   Page 1 of 1
Case MDL No. 2406   Document 171   Filed 02/13/13   Page 2 of 2

FILED
2013 Feb-13 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION

MDL No. 2406

## SCHEDULE CTO-5 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| TEXAS SOUTHERN | | | |
| TXS | 4 | 13-00234 | Chiropractic Plus, P.C. v. Blue Cross and Blue Shield of Texas et al |

CV-13-P-0303-S