# EXHIBIT 9

## WIGGINS, CHILDS, QUINN & PANTAZIS, LLC

Wiggins, Childs, Quinn and Pantazis, LLC (WCQP), is a major litigation firm with offices in Birmingham, Alabama, DeLand, Florida, Washington, D. C., and Mobile, Alabama, formerly known as Gordon, Silberman, Wiggins and Childs.  Since its formation in 1985, the Firm has taken on industry giants throughout the USA, including Winn-Dixie, Cracker Barrel Old Country Stores, Family Dollar Stores, Merck, J. P. Morgan Chase, U. S. Pipe and Foundry Company, Pittsburg Plate Glass, Goody's, Kroger, South Central Bell, U. S. Steel Corporation, all of the HMO's, and all of the major railroads.  There were eleven lawyers, including founding members Robert L. Wiggins, Jr., Robert F. Childs, Jr., C. Michael Quinn and Dennis G. Pantazis, at the formation of the Firm.  The Firm has expanded to over 35 lawyers today.  In addition to employment discrimination, the Firm emphasizes in complex litigation of all types, including environmental liability, securities, Fair Labor Standards Act, anti-trust, contract, commercial, products liability, personal injury, civil rights, trade secrets, business torts and health cases.

## NOTEWORTHY CASES:

- *In re Managed Care Litigation* (S.D. Fla. MDL-2000), WCQP attorneys served as members of Plaintiffs' Steering Committee representing 600,000 physicians in the multidistrict litigation against HMO's in federal court in Miami.  The plaintiffs' lawyers negotiated settlement from five of the defendants that provided over one billion dollars in value to the class.
- *Reynolds v. Alabama Department of Transportation* (M.D. Ala. 2001), The firm settled a 16 year old bias suit against The Alabama Department of Transportation in September 2001 for a total of $59.8 million.  The deal included two settlements: $46 million to 2,400 black employees and $8.4 million to an undeterminable number of white employees who intervened in the suit after the original filing.  WCQP represented the black employees.
- *Moore v. Norfolk Southern Corp.* (N.D.Ala. 2001), Virginia-based Norfolk Southern Corp. agreed to pay $28 million to settle charges of racial discrimination against 7,700 black employees who were allegedly denied advancement.  Nine named plaintiffs sued the railway company in 1993 and the suit was certified as a class action in 1995.  Norfolk also agreed to spend another $2.6 million on a program to correct its advancement procedures.
- *Morgan, et al. v. Family Dollar Stores* (551 F. 3d 1233; N.D. Ala. 2001), the Eleventh Circuit recently affirmed a $35 million award for store managers against Family Dollar Stores.  WCQP was lead counsel both in the trial and on appeal.
- *In Re: American General Life and Accident Insurance Company - Industrial Life Insurance Litigation* (Dist. of SC, Columbia Div., 2001), In 2002, WCQP attorneys were named to Plaintiffs' Steering Committee representing a class of individuals, who were sold an insurance policy wherein they were charged a higher premium based on race.

- *In Re: Terrorist Attacks on September 11, 2001* (S.D. NY 2003), In 2004, WCQP attorneys were named to Plaintiffs' General Steering Committee representing families of those individuals who were killed during the terrorist attacks on September 11, 2001.
- *Ledbetter v. Goodyear Tire & Rubber* (Supreme Court No. 05-1074; 550 U.S. 618 2007; N.D. Ala. 1999; rev'd, 421 F. 3d 1169 (11th Cir. 2005), *cert* granted, 548 U.S. ____ 2006), the Firm was lead counsel in the Trial and before the U.S. Supreme Court; the case was eventually foundation for the first bill signed by President Obama extending the statute of limitation rights and naming the bill the *Ledbetter Act*.
- *In Re: Comcast Corp. Set-Top Cable Television Box Anti-Trust Litigation* (E.D. Pa. 2009), In 2009, WCQP attorneys were named to Plaintiffs' Steering Committee representing individuals who purchased Premium Cable from Comcast and who were forced to rent a set0top box distributed by Comcast.
- *In Re: Cox Enterprises, Inc., Set-Top Cable Television Box Antitrust Litigation* (W.D. OK 2009), In 2009, WCQP attorneys were named to Plaintiffs' Steering Committee representing persons who have purchased Premium Cable from Cox and who have been compelled to rent a set-top box distributed by Cox.
- WCQP has extended its class, collective and complex actions practice into several diverse areas, such as a number of lawsuits against corporations for human rights violations overseas pursuant to the Alien Tort Claims Statute, including cases against ADM, Cargill, Nestle, Coca-Cola, and Wal-mart.