FILED
2013 Mar-21 PM 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 15

# WHITE ARNOLD & DOWD P.C.
*Attorneys at Law*



**Augusta S. Dowd**
**Shareholder, Vice President & Managing Lawyer**

Massey Building
2025 Third Avenue North
Suite 500
Birmingham, AL 35203
Tel: (205) 323-1888
Fax: (205) 323-8907
adowd@whitearnolddowd.com

## Concentration:

Ms. Dowd has twenty-five years of experience as a trial lawyer primarily in civil and complex litigation and criminal defense. She has represented both plaintiffs and defendants in a broad spectrum of cases including business, civil and complex litigation, personal injury, mass tort, class action, whistleblower and intellectual property. She also has extensive experience representing defendants in white collar crime, criminal environmental and regulatory matters. Additionally, she handles executive severance and compensation matters.

## Prior to White Arnold & Dowd:

Federal Judicial Clerkship - United States District Court, Honorable Seybourne H. Lynne (1982-1983);

Lange, Simpson, Robinson & Somerville of Birmingham, Alabama (1983 - 1995).

## Practice Areas:

**Civil & Complex Litigation, Environmental Litigation, White Collar Criminal Defense, Executive Severance and Compensation, Governmental and Regulatory Affairs**

## Representative Clients:

Episcopal Diocese of State of Alabama; Catholic Diocese of Birmingham in Alabama; Hall Taylor Construction Company; Harbert Corporation; Harbert Managment Corporation LLC; Inamed LLC; Macon County Greyhound Park ("Victoryland"); Metalplate Galvanizing LP; Milton McGregor Enterprises; Monsanto; Pharmacia Corp.: Solutia, Inc.; Solvay Pharmaceuticals Inc.: T-Mobile USA; Medical Center Associates; Greer Capital; Steinway & Co.; MBIA Insurance; Memorial Development Corporation; Algoma Lands, LP.

## Education and Honors:

Vanderbilt Law School, 1982
– Vanderbilt Law Review, Articles Editor

University of the South (Sewanee)
– B.S. 1978; Phi Beta Kappa, *magna cum laude*

Mass Tort Lawyer of the Year, Best Lawyers, 2011
Best Lawyers in America, 2007-2011

Super Lawyers, 2008-2012
– Cover and featured article, *Super Lawyers Magazine/Alabama*, 2012
– Top 10 Lawyers in Alabama, 2011
– Top 25 Women Lawyers in Alabama, 2008-2012
– Top 50 Lawyers in Alabama, 2008-2012
– Birmingham Business Journal's Who's Who in Law and Accounting, 2011

Top Ten Women in Business in Birmingham, 2006



**Augusta S. Dowd**
rated by *Super Lawyers*

visit superlawyers.com

**Martindale-Hubbell AV Peer Review Rating**

## Professional Affiliations:

Birmingham Bar Association
– Chair, Grievance Committee, 2009-2010
– Chair, Youth Future Leaders Forum, 2008-2009
– Executive Committee, 2004-2007
– Diversity Task Force, 2006-2007

Alabama State Bar
– Bar Commissioner, 2009-2012
– Disciplinary Committee, 2009-2012
– Judicial Inquiry Commission

American Bar Association

Fellow, Alabama Law Foundation

National Association of Women Lawyers

Atticus Finch Society

American Board of Trial Advocates ("ABOTA") - Honorary Trial Lawyers' Society

Member, Advanced Safety Engineering and Management Industry Advisory Council

## Civic Affiliations:

St. Luke's Episcopal Church
– Assistant Chancellor to the Bishop of the Episcopal Diocese of Alabama, 2009 to present.
– Church attorney, 2002-2005.

YWCA
– Executive Committee, 2011-2012
– Board of Directors, 2010-present

Mountain Brook School System — Early Warning Panel (for troubled youth), 1995-2009

Leadership Birmingham, Class of 2007

Birmingham MS Leadership Class of 2007

Momentum Women's Leadership Class of 2010

Alabama Committee of the Newcomer Society Member

Personal:

Married to David D. Dowd III
Children: Bevan (26); Grace (24); David IV (22)