# Exhibit A



**Pittman, Dutton & Hellums, P.C.**
ATTORNEYS AT LAW

W. Lee Pittman
Tom Dutton[1]
Chris T. Hellums[2]
Leigh King Forstman[3]
Michael C. Bradley
J. Chris Cochran
C. Carter Clay
Booth Samuels[4]
Lucas W. Griffin
Jonathan S. Mann


OF COUNSEL
James H. Davis[5]

[1] Also member of MS Bar
[2] Also member of CO Bar
[3] Also member of TN Bar
[4] Also member of LA Bar
[5] Member of FL Bar only

2001 Park Place North
Suite 1100
Birmingham, AL 35203
205-322-8880
866-515-8880
205-328-2711 (fax)
pdh@pittmandutton.com

**PITTMAN, DUTTON, HELLUMS, P.C.**
**FIRM RÉSUMÉ**

Pittman, Dutton & Hellums, P.C. ("PDH") attorneys have been representing individuals, consumers, and small businesses in complex civil litigation for over 25 years. PDH has resolved thousands of cases, hundreds of which resulted in verdicts and settlements in excess of $1 million. PDH has handled cases in every Alabama circuit court and in all Alabama federal courts. PDH is located in Birmingham, Alabama, but routinely represents clients in mass tort litigation and class actions throughout the country. Our firm is currently comprised of eleven lawyers who have nearly 200 years combined legal experience representing plaintiffs.

PDH was founded in 1986 as a full-service boutique civil litigation trial firm. We pride ourselves on being trial lawyers as we continue to try cases before juries on a consistent basis. In 2010, according to the Alabama Jury Verdict Reporter, PDH was named one of the "Most Prolific Trial Law Firms in Alabama" and was recognized for taking more cases to verdict than any other plaintiff's litigation firm in the state of Alabama for 2010. In 2011, we were recognized by the same publication for trying more cases over a 10 year period than any other plaintiff's firm in Alabama.

PDH and its lawyers have consistently been recognized by numerous national organizations, publications and their peers as among the most successful and experienced courtroom lawyers in the country. These include U.S. News Best Law Firms in America, The Best Lawyers in America, American College of Trial Lawyers, American Board of Trial Advocates, SuperLawyers, Martindale-Hubbell's AV Preeminent Peer Review Rated, Birmingham Magazine's Best Lawyers in Birmingham, and Million Dollar Advocates Forum.

**PROPOSED ATTORNEY BIOGRAPHY**

Chris T. Hellums received a B.A. in business from the University of Alabama, and graduated from University of Alabama School of Law in 1993. Since obtaining his law license in the States of Alabama and Colorado, he has been a practicing attorney at Pittman, Dutton and Hellums, P.C. Since 2004, Chris has been the managing shareholder of the firm and leads the mass torts and class action group.

The vast majority of Chris' practice over the last 18 years has involved complex litigation with a significant background in insurance fraud and bad faith, medical products, and tax shelter litigation. He also litigates cases involving class actions, mass torts, product liability, commercial disputes, consumer protection, and general catastrophic personal injury matters. Chris handles cases not only in the State of Alabama but throughout the nation as well. He was recognized as a SuperLawyer in 2012 for Insurance Litigation.

Chris served as co-lead counsel of the Executive Committee of MDL No. 1985, *In re Total Body Essential Nutrition, Inc. Products Liability Litigation*, in the Northern District of Alabama. In 2000, Chris successfully represented class members from Alabama, Mississippi, and Texas in a $23 million settlement against Physicians Mutual Insurance Company involving the sale of health insurance policies.

He is counsel for Tyrone Prothro, a named class representative in the antitrust class action *In re: NCAA Student-Athlete Name & Likeness Licensing Litigation*, Case No. 4:09-cv-01967-CW, Northern District of California. Chris is currently collaborating with co-lead counsel from the firms of Hausfeld LLP and Boies, Schiller & Flexner LLP.



**Pittman, Dutton & Hellums, P.C.**
ATTORNEYS AT LAW

W. Lee Pittman
Tom Dutton[1]
Chris T. Hellums[2]
Leigh King Forstman[3]
Michael C. Bradley
J. Chris Cochran
C. Carter Clay
Booth Samuels[4]
Lucas W. Griffin
Jonathan S. Mann


OF COUNSEL
James H. Davis[5]

[1] Also member of MS Bar
[2] Also member of CO Bar
[3] Also member of TN Bar
[4] Also member of LA Bar
[5] Member of FL Bar only

## RELEVANT REPRESENTATIVE CASES

### ANTITRUST

*In re: NCAA Student-Athlete Name & Likeness Licensing Litigation*, **Case No. 4:09-cv-01967-CW, Northern District of California:** This antitrust class action alleges that the NCAA violated federal antitrust law by unlawfully preventing former college athletes from being compensated for the use of their images and likenesses. Chris Hellums and PDH represent a lead class representative, Tyrone Prothro. Chris Hellums represented the class in a miscellaneous action regarding discovery disputes with the Southeastern Conference and the Southwestern Athletic Conference. Chris Hellums has worked with lead counsel, Boies, Schiller & Flexner LLP and Hausfeld LLP, on discovery committees in addition to being involved with depositions of plaintiffs.

### INSURANCE FRAUD / BAD FAITH

***Physicians Mutual Insurance Company Class Action:*** Chris Hellums served as Class Counsel and successfully resolved this class action for $23 million. Class members alleged that Physicians Mutual Insurance Company breached their contract and committed bad faith in the denial of thousands of claims to provide certain health insurance benefits. Chris Hellums has successfully resolved additional actions against Physicians Mutual arising from the same health insurance policy rider after continued denial of claims.

***Leo Brown d/b/a G & L Grocery v. Acceptance Insurance Company:*** Chris Hellums won a $1.45 million jury verdict for the plaintiffs after proving Acceptance Insurance Company acted in bad faith breaching its contract by failing to meet the duty to defend and indemnify plaintiffs in a lawsuit filed against them.

***412(i) Litigation:*** Chris Hellums successfully represented clients across the country who were sold 412(i) tax shelters disguised as pension plans. These settlements put millions back into the hands of clients who were defrauded by these abusive policies.

***Chicken House Litigation:*** Chris Hellums and PDH represented chicken farmers across North Alabama who suffered extensive losses to their chicken houses and businesses due to tornadoes. The farmers filed property damage claims that were subsequently denied by Farm Bureau of North Carolina. Plaintiffs filed numerous suits alleging breach of contract, insurance fraud, and bad faith that settled for a confidential amount.

### MASS TORTS/PRODUCTS LIABILITY

*In re Total Body Formula* **MDL No. 1985, U.S.D.C. Northern District of Alabama:** Chris Hellums was appointed and served on the Plaintiff's Executive Committee that successfully resolved over two-hundred cases on behalf of individuals who suffered bodily injuries from a defective vitamin supplement.

2001 Park Place North
Suite 1100
Birmingham, AL 35203
205-322-8880
866-515-8880
205-328-2711 (fax)
pdh@pittmandutton.com