FILED
2013 Apr-05 PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

# BOIES, SCHILLER & FLEXNER LLP
NEW YORK  WASHINGTON DC  FLORIDA  CALIFORNIA  NEW HAMPSHIRE

## Boies, Schiller & Flexner LLP: Summary Firm Resume

Boies, Schiller & Flexner LLP is a national litigation firm specializing in complex litigation and national and international arbitration. The Firm has more than 240 attorneys in offices in New York, Washington, D.C., Florida, New Hampshire, Nevada and California. The Firm was founded in 1997 by David Boies and Jonathan Schiller, both of whom were nationally renowned antitrust and international litigators. Donald Flexner joined the Firm in 1999, bringing with him years of experience litigating antitrust actions in private practice and prosecuting antitrust violators as former Deputy Assistant Attorney General for the Antitrust Division of the United States Department of Justice. These three named partners and the other attorneys who make up the Firm are among the best litigators in the country, with decades of experience and proven track records in trying complex cases and arbitrating national and international disputes.

Boies, Schiller & Flexner's litigation practice is divided approximately equally between representing plaintiffs and representing defendants in federal and state courts throughout the United States, and in arbitrations in the United States and abroad. The Firm's clients are among the largest and most sophisticated in the world, including: AOL, Alcoa, Caithness, CBS, Credit Guardsmark, Host Marriott, Howard Milstein, Level 3, Northwest Airlines, Philip Morris, Prudential, Raytheon Engineers and Constructors, SB Corporation, Siemens Westinghouse Power Corporation, Solow Building Company, Southwestern Bell, The City of Los Angeles, The New York Yankees, Unisys, WORLDSP AN and 3Com. The Firm also represents the State of Alaska, Columbia University, Fannie Mae, the Republic of France, and the Public Broadcasting System.

Boies, Schiller & Flexner has served as lead or co-lead plaintiff's counsel in numerous complex class actions. These class action cases have involved a variety of claims relating to such matters as antitrust and securities fraud. The Firm enjoys one of the most selective and successful class action practices in the country. Since its inception, Boies, Schiller & Flexner has negotiated record settlements and won substantial verdicts on behalf of class members in several prominent cases. In the last four years, attorneys from Boies, Schiller & Flexner took to trial and won verdicts on behalf of class members almost $200 million post-trebling. Some of the cases in which the firm has played a leading role include:

- In 1999, the firm successfully acted as one of three co-lead counsel in recovering a billion dollars on behalf of class plaintiffs in *In re Vitamins Antitrust Litigation*, MDL 1285 (D.D.C.). In 2003, the firm, acting as co-lead counsel, took the remaining four defendants to trial in D.C. federal court and won a $53 million verdict, pre-trebling.

1

- In 2005, the firm, after negotiating settlements totaling over $10 million, went to trial in U.S. District Court in Cleveland, winning a verdict of $11 million, pre-trebling, for class members in *In re Scrap Metal Antitrust Litigation* (N.D.Ohio).

- In 2000, BSF was lead counsel in *In re Auction Houses Litigation* (S.D.N.Y.) and negotiated a $512 million settlement on behalf of the plaintiff class, which was described by another plaintiff's counsel as "the most outstanding result I have ever heard of in the history of the antitrust laws."

- In a securities class action, Richard Drubel, one of the firm's senior partners, acted as lead counsel for the Plaintiff Class in *In re Terra-Drill Partnerships Litigation*, MDL 791, C.A. No. H-86-3808 (S.D. Tex. 1989), which went to trial and resulted in a $72 million judgment for the Class. The National Law Journal called this verdict "one of the most significant verdicts of the year."

Boies, Schiller & Flexner has extensive experience in pharmaceutical class action matters. The firm has served as co-lead counsel in *In re Cardizem CD Antitrust Litigation*, MDL No. 1278, Civil Action No. 99-cv-732589 and 99-cv-73870 (E.D. Mich. 2002) ($110 million settlement), in *In re Buspirone Antitrust Litigation*, MDL No. 1413, Civil Action No. 01-CV-7951 (JAK) (S.D.N.Y. 2002) ($220 million settlement), and *In re Terazosin Hydrochloride Antitrust Litigation*, MDL No. 1317, Civil Action No. 99- 7143-Civ-Seitz (S.D. Fla.) ($75 million settlement).

Boies, Schiller & Flexner has represented plaintiff classes of securities holders in *Rory Riggs and John Lewis v. Termeer, Genzyme Corp., et al.*, No. 03-CV- 4014 (LLS) (S.D.N.Y.) and purchasers of the prescription drug Hytrin. Boies, Schiller & Flexner served as co-lead counsel for plaintiff shareholder classes in *In re Alcatel Alsthom Securities Litigation*, MDL No. 1263, Civil Action No. 4:98-CV -320 (E.D. Tex. 2001) ($75 million settlement) and in *Lalor et al. v. Omtool, Ltd. et al.*, C.A. No. 1 :99-cv- 469-M (D.N.H. 2001) ($6 million settlement).

Boies, Schiller & Flexner's ability to operate effectively as plaintiffs' counsel is reinforced by its experience representing defendants in securities class actions. Boies, Schiller & Flexner has represented major corporations, including Unisys Corporation in *In re: Unisys Corporation Securities Litigation*, C.A. No. 99-5333 (E.D. Pa.) (favorably settled class action) and 3Com Corporation in *Hirsch, et al v. 3Com Corporation*, CV764977 (Cal. Superior Court (Santa Clara Co.)) (class action dismissed on summary judgment).