FILED
2013 Apr-10 PM 05:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | Master File No.: 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

### SPECIAL MASTER'S RULE 23 REPORT RECOMMENDING INTERIM PLAINTIFF LEADERSHIP COUNSEL

COMES NOW, Edgar C. Gentle, III., the Special Master appointed by this Court's January 9, 2013 Order, and submits this Report concerning the recommended selection of Interim Plaintiff Leadership Counsel, being the (i) Interim Co-Lead Class Counsel, (ii) Interim Local Facilitating Counsel, and (iii) Interim Plaintiffs' Steering Committee with respect to each of the Subscriber and Provider Tracks, and Interim Discovery Liaison Counsel, as follows:

1. In preparing this Report, your Special Master reviewed the submissions of all applicants, and interviewed all applicants. Applicants were asked to describe their qualifications and to suggest their thoughts and concerns respecting case management.

2. In addition to the interview process, your Special Master consulted with the Court and Plaintiffs' Liaison Counsel, and reviewed the Manual for Complex Litigation, and written works on this topic.

3. Based upon the submissions of the applicants, their interviews, consultations, and other matters that your Special Matter deems to be appropriate, hereby submitted in Exhibit A is the recommended list of Interim Plaintiff Leadership Counsel, for review and consideration by the Counsel for the Parties, both Plaintiffs and Defendants, and by the Court.

WHEREFORE, PREMISES CONSIDERED, your Special Master requests the following relief:

1. That this Report be allowed to lie over an adequate time to allow it to be considered by Counsel for the Parties and this Court;

2. If the Court thinks well of it, that this Report and its recommendations, together with related recommendations of Counsel of the Parties concerning Interim Plaintiff Leadership Counsel, be set down for a hearing, so as to accord all applicants and Counsel for all Parties in connection with this matter procedural due process, by allowing them to be heard; and

3. Following such hearing and other proceedings as the Court deems to be appropriate, that the Court will appoint such Interim Plaintiff Leadership Counsel in this matter as the Court deems to be appropriate.

RESPECTFULLY SUBMITTED this 10th day of April, 2013.

/s/ Edgar C. Gentle, III.
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton Debrosse & Harbison
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 716-3010 Facsimile
escrowagen@aol.com

## CERTIFICATE OF SERVICE

I, hereby certify that on this, the 10th day of April, 2013, I filed the foregoing with the Clerk of Court using the Case Management/Electronic Case Filing (CM/ECF) system, which will send notification of such filing to all those parties of record who are registered for electronic filing, and further certify that those parties of record, or their attorneys, who are not registered for electronic filing have been served by sending this date, a copy of same by first class U. S. Mail, postage pre-paid and properly addressed to them.

/s/ Edgar C. Gentle, III.
Edgar C. Gentle, III
Court-Appointed Special Master

April 10, 2013

## RECOMMENDED INTERIM PLAINTIFF LEADERSHIP COUNSEL

I. **Subscriber Track**

    A. Interim Co-Lead Counsel

        David Boies
        Michael Hausfeld

    B. Interim Local Facilitating Counsel

        Chris Hellums

    C. Interim Plaintiffs' Steering Committee

        Kathleen Chavez
        Greg Davis
        Bill Isaacson
        Meghan Jones
        Dan Small
        Cy Smith

II. **Provider Track**

    A. Interim Co-Lead Counsel

        Edith Kallas
        Joe Whatley

    B. Interim Local Facilitating Counsel

        Kirk Wood

    C. Interim Plaintiffs' Steering Committee

        U. W. Clemon
        Debra Hayes
        Dennis Pantazis
        Aaron Podhurst

III. **Interim Discovery Liaison Counsel**

    Barry Ragsdale (In addition to his other duties as Court-Appointed Plaintiffs' Liaison Counsel)

EXHIBIT A