IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL No. 2406 | * * * | Master File No. 2:13-CV-20000-RDP<br><br>This document relates to all cases |

## MOTION TO WITHDRAW

COMES NOW Andrew W. Martin, Jr. and moves the Court for leave to withdraw as counsel for Defendant Carefirst of Maryland, Inc. in the above-referenced action. As grounds for this motion, undersigned counsel would show that H. James Koch of Armbrecht Jackson, LLP has already appeared for said Defendant and will continue representing said Defendant.

Respectfully submitted this 19th day April, 2013.

ANDREW WAYNE MARTIN, JR.
Post Office Box 2809
Daphne, Alabama 36526
251-689-7959

By: s/ Andrew W. Martin, Jr.
 ANDREW W. MARTIN, JR. (MAR167)
 awmfairhope@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Andrew W. Martin, Jr.
ANDREW W. MARTIN, JR.