UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | } } } } } } } } } | Master File No.: 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

## ORDER REGARDING INTERIM COMMITTEE CHAIR AND MEMBER APPOINTMENTS

On April 29, 2013, the Special Master filed his Report Recommending Interim Committee Chairs and Committee Members for the Plaintiffs' Subscriber and Provider Tracks. (Doc. # 62). In light of the Special Master's Report, it is **ORDERED** as follows:

1. Any objections from any party or interested person to the recommended slate for Interim Committee Chairs and Committee Members **SHALL** be filed **on or before May 7, 2013**.

2. Any responses to such objections **SHALL** be filed **on or before May 10, 2013**.

3. The court will take any objections under submission.

**DONE** and **ORDERED** this ____30th____ day of April, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE