# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | **Master File No.: 2:13-CV-20000-RDP**<br><br>This document relates to all cases. |

### ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT

Before the court is the May 14, 2013 application of Edgar C. Gentle, III, the Court-Appointed Special Master for payment for services rendered and expenses incurred from August 1, 2012 through April 30, 2013 in this matter, and totaling $100,000.

The application was submitted to the court, and Plaintiffs' Liaison Counsel, Interim Lead Counsel, Local Facilitating Counsel and Plaintiffs Steering Committee for the two Plaintiff Tracks, with Defendants agreeing that they need not review the invoice, as it will not be billed to them.

The application was allowed to lie over for 20 days, so as to allow Plaintiff leadership to lodge any objections thereto. No objection has been received.

The court has reviewed the application, and finds it to be fair and reasonable.

The court therefore **ORDERS** that the Special Master's application for payment is hereby **APPROVED**, with two-thirds, or $67,000, to be paid by the Subscriber Track and one-third, or $33,000, to be paid by the Provider Track, from their Common Benefit monies.

The court reserves the power to modify the terms of this order.

**DONE** and **ORDERED** this \_\_\_3rd\_\_\_ day of June, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE