# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) ) ) ) ) ) ) | File No. 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LEZLIE MADDEN

Comes now John W. Reis ("Movant"), one of the attorneys for defendant Blue Cross of Northeastern Pennsylvania in the above-styled case ( ) and respectfully moves that this Honorable Court enter an order pursuant to Local Rule 83.1(b) allowing Lezlie Madden ("Applicant") to appear *pro hac* vice as an attorney in this matter. The Application and Declaration of Lezlie Madden in Support of Motion for Admission *Pro Hac Vice* is attached as Exhibit 1. In further support of this Motion, the Movant states as follows:

1. Lezlie Madden is an attorney with the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103. Ms. Madden's telephone number is (215) 665-7286, her fax number is (215) 701-2127, and her e-mail address is lmadden@cozen.com.

2. Ms. Madden's state of residence and principal place of practicing law is Pennsylvania. She is a member in good standing of the bars of Pennsylvania and New York. She is admitted to practice before the United States Court of Appeals for the Sixth Circuit.

3. Movant is a member in good standing of the Alabama State Bar and has been admitted to practice in this Court.

2

4. The $50 *pro hac vice* fee is being mailed to this Court in compliance with Local Court Rule 83.1(b).

WHEREFORE, Movant and Applicant respectfully request that this Court enter an Order allowing Lezlie Madden to appear *pro hac vice* for the purpose of representing defendant Blue Cross of Northeastern Pennsylvania in this case.

Dated: October 2, 2013.

          Respectfully submitted,

          /s/ John W. Reis
          John W. Reis
          COZEN O'CONNOR
          ASB-6712-J72R
          201 S. College Street, Suite 2100
          Charlotte, NC 28202
          Phone: (704) 376-3400
          Fax: (704) 334-3351
          Email: jreis@cozen.com
          *Attorney for Defendant Blue Cross of Northeaster Pennsylvania*