FILED

2014 Jun-02  PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| _____ ) | |
| **IN RE: BLUECROSS BLUE SHIELD** ) | **Master File No. 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** ) | |
| **(MDL NO. 2406)** ) | **This document relates to all cases.** |
| _____ ) | |

**PROVIDER PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
REGARDING DEFENDANTS' MOTION TO DISMISS**

The United States Court of Appeals for the Eighth Circuit recently issued an opinion that undermines the Blues' arguments in support of dismissal here and that provides additional support for the statements that the Court made at the hearing that the motion was premature. In *D&G, Inc. v. SuperValu, Inc. (In re Wholesale Grocery Products Antitrust Litigation)*, No. 13-1297 (8th Cir. May 21, 2014) (attached as Exhibit A), a small grocery store in Iowa alleged that the two largest grocery wholesalers in the country entered into a geographic asset exchange in which one agreed not to compete in New England if the other would agree not to compete in the Midwest. Slip op. at 2. The grocery store moved for summary judgment, claiming that this allocation of geographic markets was a *per se* violation of Section 1 of the Sherman Act. *Id.* at 6. Looking solely at the written terms of the wholesalers' non-compete agreement and not their actual conduct, the district court denied summary judgment and assumed that because the record did not establish an undisputed *per se* violation, the rule of reason necessarily applied. *Id.* at 9. On appeal, the Eighth Circuit held that the district court had made two errors. First, the district court ignored evidence that despite the written terms of their agreement, which theoretically allowed competition for certain customers, the wholesalers had not competed in each other's regions at all. *Id.* at 10. Second, the district court wrongly concluded that because the

undisputed facts did not prove a *per se* violation, the wholesalers were entitled to summary judgment under the rule of reason. *Id.* at 12. The Eighth Circuit held that a "genuine and material factual dispute prevents summary judgment as to whether a *per se* violation occurred." *Id.* If a jury were to find that "the wholesalers' real agreement involved dividing territory and customers along geographic lines," the court held, "then the wholesalers committed a *per se* antitrust violation." *Id.* at 11 (citing *Palmer v. BRG of Ga., Inc.*, 498 U.S. 46, 49 (1990); *United States v. Topco Assocs., Inc.*, 405 U.S. 596, 608 (1972)).

The Eighth Circuit's opinion demonstrates that it is inappropriate to hold on a motion for summary judgment that the *per se* rule does not apply to a horizontal market allocation, when the defendants' behavior is a disputed factual issue. *Id.* at 9–12. For the same reason, it would be even more premature to hold on a motion to dismiss that the Blues' horizontal market allocation is not a *per se* violation, as the Blues advocated in their brief, (Doc. 120 at 24–44), and at the April 9 hearing. If the Provider Plaintiffs' allegations are taken as true, there is no way to conclude at this point that the Blues' conduct must be measured by the rule of reason.

The Eighth Circuit also implicitly rejected two arguments that the Blues make here: that the *per se* rule does not apply to a horizontal market allocation that is "ancillary" to procompetitive activities, and that *Topco* no longer represents the Supreme Court's view of the *per se* rule. (Doc. 120 at 31–33, 36–38.) In an earlier opinion, the district court had left open the possibility that the rule of reason would apply if the wholesalers' agreements not to compete were "ancillary . . . in the sense that they were necessary to protect the value of the assets being exchanged and realize economic integration." *In re Wholesale Grocery Prods. Antitrust Litig.*, 722 F. Supp. 2d 1079, 1094 (D. Minn. 2010). The Eighth Circuit mentioned this holding, slip op. at 6, but stated without qualification that if the wholesalers divided "territory and customers

along geographic lines," then they "committed a *per se* antitrust violation," *id.* at 11 (citing *Topco*). By relying on *Topco* and foreclosing the wholesalers' "ancillary" argument, the Eighth Circuit showed that *Topco* is alive and well, and that supposed procompetitive benefits cannot rescue a horizontal market allocation from the *per se* rule.

Dated:  June 2, 2014                               Respectfully submitted,


 */s/ Edith M. Kallas*                                */s/ Joe R. Whatley, Jr.*
Edith M. Kallas – ***Co-Lead Counsel***          Joe R. Whatley, Jr. – ***Co-Lead Counsel***
Henry C. Quillen                                 W. Tucker Brown
WHATLEY KALLAS, LLP                              WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor          2001 Park Place North
New York, NY 10036                               1000 Park Place Tower
Tel:  (212) 447-7060                             Birmingham, AL 35203
Fax:  (800) 922-4851                             Tel:  (205) 488-1200
Email:  ekallas@whatleykallas.com                Fax:  (800) 922-4851
        hquillen@whatleykallas.com               Email:  jwhatley@whatleykallas.com
                                                         tbrown@whatleykallas.com


Barry A. Ragsdale – ***Plaintiffs' Liaison Counsel***    E. Kirk Wood, Jr. – ***Local Facilitating Counsel***
***and Discovery Liaison Counsel***              WOOD LAW FIRM LLC
SIROTE & PERMUTT P.C.                            P. O. Box 382434
P.O. Box 55727                                   Birmingham, AL 35238
Birmingham, AL 35255-5727                        Tel:  (205) 612-0243
Tel: (205) 930-5114                              Fax:  (205) 705-1223
Fax: (205) 212-2932                              Email:  ekirkwood1@bellsouth.net
Email:  bragsdale@sirote.com


Patrick J. Sheehan                               Deborah J. Winegard
WHATLEY KALLAS, LLP                              WHATLEY KALLAS, LLP
60 State Street, 7th Floor                       1068 Virginia Avenue, NE
Boston, MA 02109                                 Atlanta, GA 30306
Tel:  (617) 573-5118                             Tel:  (404) 607-8222
Fax:  (617) 573-5090                             Fax:  (404) 607-8451
Email:  psheehan@whatleykallas.com               Email:  dwinegard@whatleykallas.com

U.W. Clemon – *Plaintiffs' Steering Committee*
J. Mark White – *Litigation Committee*
Augusta S. Dowd – *Chair, Litigation Committee*
Linda G. Flippo – *Discovery Committee*
WHITE ARNOLD & DOWD, P.C.
The Massey Building
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
Tel:  (205) 323-1888
Fax:  (205) 323-8907
Email:  uwclemon@whitearnolddowd.com
           adowd@whitearnolddowd.com
           mwhite@whitearnolddowd.com
           lflippo@whitearnolddowd.com

Aaron S. Podhurst – *Plaintiffs' Steering Committee*
Peter Prieto – *Chair, Expert Committee*
PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130
Tel:  (305) 358-2800
Fax:  (305) 358-2382
Email:  apodhurst@podhurst.com
           pprieto@podhurst.com

Dennis Pantazis – *Plaintiffs' Steering Committee*
Brian Clark – *Discovery Committee*
WIGGINS CHILDS QUINN &
PANTAZIS, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel:  (205) 314-0500
Fax:  (205) 254-1500
Email:  dgp@wcqp.com
           bclark@wcqp.com

Debra B. Hayes – *Plaintiffs' Steering Committee*
Dennis C. Reich – *Chair, Damages Committee*
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel:  (713) 622-7271
Fax:  (713) 623-8724
Email:  dhayes@dhayeslaw.com
           dreich@rbfirm.net

Nicholas B. Roth – *Chair, Discovery Committee*
Julia Smeds Roth – *Discovery Committee*
EYSTER KEY TUBB ROTH MIDDLETON
  & ADAMS, LLP
402 East Moulton Street, SE
Decatur, AL 35602
Tel:  (256) 353-6761
Fax:  (256) 353-6767
Email:  nroth@eysterkey.com
           jroth@eysterkey.com

Van Bunch – *Chair, Class Certification Committee*
BONNETT FAIRBOURN FRIEDMAN &
  BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel:  (602) 274-1100
Fax:  (602) 274-1199
Email:  vbunch@bffb.com

David A. Balto – *Expert Committee*
THE LAW OFFICES OF DAVID A. BALTO
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel:  (202) 789-5424
Fax:  (202) 589-1819
Email: david.balto@dcantitrustlaw.com

Joey K. James – *Litigation Committee*
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel:  (256) 764-0095
Fax:  (256) 767-5705
Email: joey@bunchandjames.com

John C. Davis – *Written Submissions Committee*
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel:  (850) 222-4770
Email: john@johndavislaw.net

Mark K. Gray – *Discovery Committee*
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel:  (502) 805-1800
Fax:  (502) 618-4059
Email: mgray@grayandwhitelaw.com

Robert J. Axelrod – *Chair, Written Submissions Committee*
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Tel:  (212) 661-1100
Fax:  (212) 661-8665
Email: rjaxelrod@pomlaw.com

W. Daniel Miles, III – *Written Submissions Committee*
BEASLEY ALLEN CROW METHVIN PORTIS
  & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel:  (800) 898-2034
Fax:  (334) 954-7555
Email: dee.miles@beasleyallen.com

Peter H. Burke – *Class Certification Committee*
Richard S. Frankowski – *Discovery Committee*
J. Allen Schreiber – *Litigation Committee*
BURKE HARVEY & FRANKOWSKI, LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
Tel:  (888) 880-9046
Fax:  (205) 588-8671
Email: pburke@bhflegal.com
       rfrankowski@bhflegal.com
       aschreiber@bhflegal.com

Michael C. Dodge – *Expert Committee*
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel:  (972) 419-7172
Email: mdodge@gpm-law.com

Stephen M. Hansen – *Class Certification Committee*
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel:  (253) 302-5955
Fax:  (253) 301-1147
Email:  steve@stephenmhansenlaw.com

Harley S. Tropin – *Damages Committee*
Javier A. Lopez – *Discovery Committee*
KOZYAK TROPIN &
  THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel:  (305) 372-1800
Fax:  (305) 372-3508
Email:  hst@kttlaw.com
        jal@kttlaw.com

C. Wes Pittman – *Settlement Committee*
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue
Panama City, FL 32401
Tel:  (850) 784-9000
Fax:  (850) 763-6787
Email:  wes@pittmanfirm.com

Robert B. Roden – *Litigation Committee*
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel:  (205) 933-8383
Fax:  (205) 933-8386
Email:  rroden@shelbyroden.com

Gary E. Mason – *Class Certification Committee*
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DC 20036
Tel:  (202) 429-2290
Fax:  (202) 640-1160
Email:  gmason@wbmllp.com

Michael E. Gurley, Jr. – *Discovery Committee*
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel:  (205) 908-6512
Email:  Michael@gurleylaw.net

Lynn W. Jinks, III – *Expert Committee*
Christina D. Crow – *Discovery Committee*
JINKS CROW & DICKSON, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel:  (334) 738-4225
Fax:  (334) 738-4229
Email:  ljinks@jinkslaw.com
        ccrow@jinkslaw.com

Myron C. Penn – *Discovery Committee*
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel:  (334) 738-4486
Fax:  (334) 738-4432
Email:  myronpenn28@hotmail.com

Troy A. Doles – *Discovery Committee*
SCHLICHTER BOGARD & DENTON, LLP
100 S. 4th Street, Suite 900
St. Louis, MO 63102
Tel:  (314) 621-6115
Fax:  (314) 621-7151
Email:  tdoles@uselaws.com

J. Preston Strom, Jr. – *Litigation Committee*
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel:  (803) 252-4800
Fax:  (803) 252-4801
Email:  petestrom@stromlaw.com

Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel:  (719) 471-1984
Fax:  (719) 577-4356
Email: lance@searsandswanson.com

Thomas V. Bender
WALTERS BENDER STROHBEHN
  & VAUGHAN, P.C.
2500 City Center Square, 1100 Main
Kansas City, MO 64105
Tel:  (816) 421-6620
Fax:  (816) 421-4747
Email: tbender@wbsvlaw.com

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel:  (320) 289-2363
Fax:  (320) 289-2369
Email: brian@wojtalewiczlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 2nd day of June 2014, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.
