# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | Master File No. 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

## JOINT STATUS REPORT REGARDING
## STATUS OF PENDING MOTIONS TO DISMISS

Pursuant to the Court's June 18 Order [Dkt. No. 205], the Parties hereby jointly submit this status report to inform the Court that they have conferred and agree that all pending issues raised by Defendants' motions to dismiss should be decided on the basis of the parties' written submissions without any additional oral argument. These remaining issues consist of the following:

- The Providers' per se claim related to the BlueCard program (Brief in Supp. of Defs. Motion to Dismiss [Dkt. No. 120] at Section II.B);

- The allegations of the product and geographic market, and market power allegations in support of Subscribers' antitrust claims (Brief in Supp. of Defs. Motion to Dismiss [Dkt. No. 120] at Section III; Supp. Brief in Supp. of Defs. Motion to Dismiss [Dkt. No. 115] at Section I);

- The Subscribers' claims for unjust enrichment (Supp. Brief in Supp. of Defs. Motion to Dismiss [Dkt. No. 115] at Section III);

- The Subscribers' claims for unfair competition (Supp. Brief in Supp. of Defs. Motion to Dismiss [Dkt. No. 115] at Section IV);

- The Subscribers' claims relating to "most-favored nations" provisions (Supp. Brief in Supp. of Defs. Motion to Dismiss [Dkt. No. 115] at Section V);

- The Subscribers' claims based on an alleged unlawful agreement among certain plans operating in Pennsylvania (Supp. Brief in Supp. of Defs. Motion to Dismiss [Dkt. No. 115] at Section VI); and

- The inclusion of certain named plaintiffs (Supp. Brief in Supp. of Defs. Motion to Dismiss [Dkt. No. 115] at Section VII).

In addition, although the Court's June 18 Order denied the motions to dismiss for lack of personal jurisdiction and improper venue filed by certain defendants [Dkt. Nos. 107, 113, 119, 121, 122, 125, and 135] without prejudice, the Court stated in its Memorandum Opinion that these motions "will likely require further briefing." [Dkt. No. 29]. Defendants request guidance from the Court on how to proceed on these motions.

The parties will await the Court's resolution of these issues, or any guidance on further action that would assist the Court.

Dated: July 15, 2014            Respectfully submitted,

/s/ Barry A. Ragsdale            /s/ Craig A. Hoover
Barry A. Ragsdale            Craig A. Hoover
SIROTE & PERMUTT            J. Robert Robertson
2311 Highland Avenue South            E. Desmond Hogan
Birmingham, AL 35205            HOGAN LOVELLS US LLP
Tel: (205) 930-5114            Columbia Square
Fax: (205) 212-2932            555 Thirteenth Street, NW
bragsdale@Sirote.com            Washington, DC 20004
           202-637-5600
*Plaintiffs' Liaison Counsel*            (fax) 202-637-5910
           craig.hoover@hoganlovells.com
Edith M. Kallas            robby.robertson@hoganlovells.com
WHATLEY KALLAS, LLP            desmond.hogan@hoganlovells.com
380 Madison Avenue, 23rd Floor
New York, NY 10017            Emily M. Yinger
Tel: (212) 447-7060            N. Thomas Connally, III
Fax: (800) 922-4851            HOGAN LOVELLS US LLP
ekallas@whatleykallas.com            Park Place II
           7930 Jones Branch Drive, Ninth Floor
Joe R. Whatley, Jr.            McLean, VA 22102
W. Tucker Brown            703-610-6100
WHATLEY KALLAS, LLP            (fax) 703-610-6200
2001 Park Place North            emily.yinger@hoganlovells.com
1000 Park Place Tower            tom.connally@hoganlovells.com
Birmingham, AL 35203
Tel: (205) 488-1200            *Co-Coordinating Counsel for the Defendants*
Fax: (800) 922-4851
jwhatley@whatleykallas.com            /s/ David J. Zott, P.C.
tbrown@whatleykallas.com            David J. Zott, P.C.
           Daniel E. Laytin, P.C.
Patrick J. Sheehan            KIRKLAND & ELLIS LLP
WHATLEY KALLAS, LLP            300 North LaSalle
60 State Street, 7th Floor            Chicago, IL 60654
Boston, MA 02109            312-862-2000
Tel: (617) 573-5118            (fax) 312-862-2200
Fax: (617) 573-5090            daniel.laytin@kirkland.com
psheehan@whatleykallas.com            david.zott@kirkland.com

           *Co-Coordinating Counsel for the Defendants*

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel: (404) 607-8222
Fax: (404) 607-8451
dwinegard@whatleykallas.com

*Co-Lead Counsel for the Provider Plaintiffs*

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

Michael Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

*Co-Lead Counsel for the Subscriber Plaintiffs*

4

**Defense Counsel**

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue N, Suite 1500
Birmingham, AL 35203-4642
205-226-3437
(fax) 205-488-5860
ckimble@balch.com

*With Hogan Lovells, counsel for Defendants Anthem, Inc.; Anthem Health Plans, Inc. (Anthem Blue Cross and Blue Shield of Connecticut); Blue Cross and Blue Shield of Georgia, Inc.; Anthem Insurance Companies, Inc. (Anthem Blue Cross and Blue Shield of Indiana); Anthem Health Plans of Maine, Inc.; HMO Missouri, Inc. (Anthem Blue Cross and Blue Shield of Missouri); Anthem Health Plans of New Hampshire, Inc. (Anthem Blue Cross and Blue Shield of New Hampshire); Anthem Health Plans of Virginia, Inc. (Anthem Blue Cross and Blue Shield of Virginia Inc.); Blue Cross and Blue Shield of North Carolina, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); Blue Cross and Blue Shield of Massachusetts, Inc.; BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Blue Cross and Blue Shield of Tennessee, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); WellPoint, Inc.; Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Anthem Holdings Corp. (Anthem Blue Cross and Blue Shield); Anthem Blue Cross Life*

*and Health Insurance Company; Anthem Health Plans of Kentucky, Inc.; Anthem Holdings Corp.; Anthem Life Insurance Company; RightChoice Managed Care, Inc.; Healthy Alliance Life Insurance Company; Blue Cross of California; Blue Cross of California Partnership Plan, Inc.; Blue Cross of Southern California; Blue Cross of Northern California; Rocky Mountain Hospital & Medical Service Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado; Rocky Mountain Hospital & Medical Service Inc. d/b/a Anthem Blue Cross Blue Shield of Nevada; Empire BlueCross BlueShield (Empire HealthChoice Assurance, Inc.); Blue Cross Blue Shield of Wisconsin (Anthem Blue Cross Blue Shield of Wisconsin); Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (in Washington); Regence Blue Cross Blue Shield of Oregon*

Kimberly R. West
Mark M. Hogewood
WALLACE JORDAN RATLIFF & BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
PO Box 530910
Birmingham, AL 5253
205-870-0555
(fax) 205-871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Defendants' Liaison Counsel*

*With Kirkland & Ellis, counsel for Defendants, Blue Cross and Blue Shield Association; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and*

*Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico and Blue Cross and Blue Shield of Oklahoma; HCSC Insurance Services Company; GHS Health Maintenance Organization (BlueLincs HMO); GHS Property and Casualty Insurance Company; Highmark, Inc., Highmark Blue Cross Blue Shield West Virginia; Highmark Blue Cross and Blue Shield of Delaware; Blue Shield of California; California Physicians' Service d/b/a Blue Shield of California*

Carl S. Burkhalter
James L. Priester
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
205-254-1000
(fax) 205-254-1999
cburkhalter@maynardcooper.com
jpriester@maynardcooper.com

Pamela B. Slate
Hill Hill Carter Franco Cole & Black, PC
425 S. Perry Street
Montgomery, AL 36104
334-834-7600
(fax) 334-386-4381
pslate@hillhillcarter.com

*Counsel for Defendant Blue Cross Blue Shield of Alabama*

Gwendolyn C. Payton
Erin M. Wilson
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2338
206-223-7000
(fax) 206-223-7107
paytong@lanepowell.com
wilsonem@lanepowell.com

J. Bentley Owens, III
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35259
205-868-6000
(fax) 205-868-6099
jbo@starneslaw.com

*Counsel for Defendants Premera Blue Cross Blue Shield of Alaska and Premera Blue Cross of Washington*

Helen E. Witt
Erica B. Zolner
Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000
(fax) 312-862-2200
hwitt@kirkland.com
erica.zolner@kirkland.com
jzeiger@kirkland.com

*Counsel for Defendants Health Care Service Corporation, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma and Blue Cross and Blue Shield of Texas; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health*

8

*Services, d/b/a Highmark Blue Cross Blue Shield and d/b/a Highmark Blue Shield; Highmark BCBSD Inc. d/b/a Highmark Blue Cross Blue Shield Delaware; Highmark West Virginia Inc. d/b/a Highmark Blue Cross Blue Shield West Virginia*

H. James Koch
ARMBRECHT JACKSON LLP
63 South Royal Street
13th Floor, Riverview Plaza
Mobile, AL 36602
251-405-1300
(fax) 251-432-6843
hjk@ajlaw.com

Brian K. Norman
SHAMOUN & NORMAN LLP
1755 Wittington Place, Suite 200
Dallas, TX 75234
214-987-1745
(fax) 214-521-9033
bkn@snlegal.com

*Counsel for Defendants CareFirst of Maryland, Inc. and CareFirst BlueCross BlueShield d/b/a/ Group Hospitalization and Medical Services*

D. Bruce Hoffman
Todd M. Stenerson
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
202-955-1500
(fax) 202-778-2201
bhoffman@hunton.com
tstenerson@hunton.com

*Counsel for Defendant Blue Cross and Blue Shield of Michigan*

R. David Kaufman
Cheri D. Green
M. Patrick McDowell
BRUNINI GRANTHAM GROWER & HEWES PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, MS 39201
601-948-3101
(fax) 601-960-6902
dkaufman@brunini.com
cgreen@brunini.com
pmdowell@brunini.com

*Counsel for Defendant Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company*

John W. Reis
COZEN O'CONNOR
301 S. College Street, Suite 2100
Charlotte, NC 28202
704-376-3400
(fax) 704-334-3351
jreis@cozen.com

Paul K. Leary
Lezlie Madden
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215-665-6911
(fax) 215-665-2013
pleary@cozen.com
lmadden@cozen.com

*Counsel for Defendant Blue Cross of Northeastern Pennsylvania*

John D. Briggs
Rachel J. Adcox
Kenina J. Lee
AXINN VELTROP & HARKRIDER LLP
950 F Street, NW
7th Floor
Washington, DC 20004
202-912-4700
(fax) 202-912-4701
jdb@avhlaw.com
rja@avhlaw.com
kjl@avhlaw.com

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
205-250-5000
(fax) 205-250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

*Counsel for Defendant Independence Blue Cross*

Pedro Santiago-Rivera
Rafael Escalera-Rodriguez
REICHARD & ESCALERA
255 Ponce De Leon Ave.
MCS Plaza, Tenth Floor
San Juan, Puerto Rico 00917-1913
787-777-8888
(fax) 787-765-4225
santiagopedro@reichardescalera.com
escalera@reichardescalera.com

*Counsel for Defendant Triple S - Salud, Inc.*

Edward S. Bloomberg
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203-2887
716-847-7096
(fax) 716-852-6100
ebloomberg@phillipslytle.com

D. Keith Andress
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
420 North 20th Street
1600 Wells Fargo Tower
Birmingham, AL 35203
205-250-8367
(fax) 205-488-3767
kandress@bakerdonelson.com

*Counsel for Defendant Excellus BlueCross BlueShield of New York*

Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
415-984-9847
(fax) 415-434-4507
mnaranjo@foley.com

Alan D. Rutenberg
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
arutenberg@foley.com

*Counsel for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield*

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
205-581-0716
(fax) 205-380-9116
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

Kathleen Taylor Sooy
Tracy A. Roman
Andrew D. Kaplan
April N. Ross
CROWELL AND MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
202-624-2500
(fax) 202-628-5116
ksooy@crowell.com
troman@crowell.com
akaplan@crowell.com
aross@crowell.com

*Counsel for Defendants Blue Cross Blue Shield of Arizona, Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Nebraska, Blue Cross of Idaho Health Services, Inc., Blue Cross Blue Shield of North Dakota, Blue Cross Blue Shield of Wyoming, and HealthNow New York Inc.*

Mary C. St. John
Charles L. Sweeris
Law Department
BLUE SHIELD OF CALIFORNIA
50 Beale St.
San Francisco, CA 94105
Telephone: (415) 229-5107
Fax: (415) 229-5343
charles.sweeris@blueshieldca.com
marcy.stjohn@blueshieldca.com

*Counsel for Defendant California Physicians' Service d/b/a Blue Shield of California*

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
SPOTSWOOD SANSOM & SANSBURY LLC
One Federal Place
1819 Fifth Avenue North, Suite 1050
Birmingham, Alabama 35203
Telephone:     (205) 986-3620
FAX:   (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com

*Counsel for Defendant Capital Blue Cross*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2014, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Craig A. Hoover
Craig A. Hoover