IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ) <br> ANTITRUST LITIGATION              ) <br> (MDL No. 2406)                         ) <br> ) <br> ) <br> ) <br> ) <br> ) | Master File No. 2:13-CV-20000-RDP <br><br> This document relates to: <br><br> *Advanced Surgery Center, et al v.* <br> *CareFirst of Maryland, Inc.,* <br> Case No. 2:13-cv-00562-RDP |

### *ADVANCED SURGERY* PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

The *Advanced Surgery* Plaintiffs file this Supplemental Status Report to bring the Court and CareFirst's attention to the positions taken by other parties with respect to the Court's Order regarding the filing of the Consolidated Complaint. In the tag-along action, *LifeWatch Services, Inc. v. Highmark, Inc., et al, No. 2:13-cv-00598-RDP*, the parties filed a status report with the Court on August 27, 2014. In that status report, the parties, including the various Blues defendants involved in that action, took the position that the Consolidated Amended Complaint did not supersede the *LifeWatch* Complaint and claims. The status report notes that:

> The parties to the LifeWatch Action agree that the Complaint filed by LifeWatch Services, Inc. is not superseded by either of the Consolidated Complaints filed by Providers and Subscribers in the MDL. The parties further agree that the Consolidated Provider Complaint is not the operative complaint for purposes of the claims brought by LifeWatch Services, Inc. in Case No. 2:13-cv-20000.

In light of this, CareFirst is the only party taking the position that these tag along provider actions were superseded entirely by the Provider Plaintiffs' Consolidated Amended Complaint. With respect to this issue, there is no significant difference between the posture of the *LifeWatch* tag along and the *Advanced* tag along. This further underscores the

arguments made by the *Advanced* Plaintiffs in the July 15, 2014 status report (Doc. 210; Doc. 9), that the filing of the Consolidated Amended Complaint without including the *Advanced* Plaintiffs in no way means that the claims of the *Advanced* Plaintiffs have been abandoned or dismissed. As with the *LifeWatch* complaint, the Providers' Consolidated Amended Complaint specifically noted that it did not supersede the *Advanced Surgery* complaint.  (Doc. 86, ¶ 32).

Respectfully submitted,

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr., Esq.
W. Tucker Brown
Charlene P. Ford
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email:  jwhatley@whatleykallas.com
Email:  tbrown@whatleykallas.com
Email:  cford@whatleykallas.com

*/s/Edith M. Kallas*
Edith M. Kallas (admitted pro hac vice)
WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor
New York, NY  10036
Tel:  (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com

Patrick J. Sheehan
WHATLEY KALLAS, LLP
60 State Street, 7th Floor
Boston, MA  02109
Tel:  (617) 573-5118
Fax: (617) 573-5090
Email: psheehan@whatleykallas.com

Deborah Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA  30306
Tel:  (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

Henry Quillen
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com

***Attorneys for Plaintiffs:***
*Advanced Surgery Center of Bethesda, LLC; Bethesda Chevy Chase Surgery Center, LLC; Deer Pointe Surgical Center, LLC; Hagerstown Surgery Center, LLC; Leonardtown Surgery Center, LLC; Maple Lawn Surgery Center, LLC; Piccard Surgery Center, LLC; Riva Road Surgical Center, LLC; SurgCenter of Bel Air, LLC; SurgCenter of Glen Burnie, LLC; SurgCenter of Greenbelt, LLC; SurgCenter at National Harbor, LLC; SurgCenter of Silver Spring, LLC; SurgCenter of Southern Maryland, LLC; SurgCenter of Western Maryland, LLC; SurgCenter of White Marsh, LLC; Timonium Surgery Center, LLC and Westminster Surgery Center, LLC*

Barry A. Ragsdale
SIROTE & PERMUTT, PC
2311 Highland Avenue South
Birmingham, AL  35205
Tel:  205-930-5100
Fax:  205-930-5101
Email:  bragsdale@sirote.com

***Plaintiffs' Liaison Counsel***

3

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 2nd day of September, 2014, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.