IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

In Re: Blue Cross Blue Shield Antitrust Litigation

MDL No. 2406

Amber Lambert, Intervenor
Jonathan Rich, Intervenor

Motion to Intervene With newly discovered Evidence under Fed R. Civ. P. Rule 24(A)2, Rule 24(B)

---

Comes Now, the Intervenors, Jonathan Rich and Amber Lambert, moves this honorable court to intervene as plaintiffs in the Blue Cross Blue Shield Antitrust Litigation under Fed. R. Civ. P Rule 24(A)2 - As a matter of Right Nevilles v. EEOC

Moves to intervene under Rule 24(B) - permissive intervention.

Intervenors will provide questions of laws and Facts that are common in this Action, Intervenors have a common vested interest in this Litigation

Intervenors previously purchased Blue Cross and Blue Shield Policies.

Intervenors will provide Evidence which includes Documents, records, Financial Documents, emails

Related to this litigation.
Intervenors Respectfully pray this Honorable Court will grant their motion for relief

Respectfully  3/1/15

*/s/ Amber Lambert*

Amber Lambert
#181498
P.O. Box 88550
Pearl, MS 39288


3/5/15

*/s/ Jonathan Rich*

Jonathan Rich
KX9662
301 Institution Dr.
Bellefonte, PA 16823