# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | Master File No. 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

## JOINT MOTION FOR ENTRY OF EXPERT STIPULATION AND PROPOSED ORDER

Plaintiffs and Defendants respectfully move for entry of the attached Expert Stipulation and Proposed Order.  The parties have met and conferred at length in order to draft the Expert Stipulation, which is designed to allow expert discovery in this MDL to proceed in an orderly and efficient manner.  The parties therefore request that Magistrate Judge Putnam enter the Expert Stipulation and Proposed Order.

Dated: April 15, 2015                    Respectfully submitted,

| | |
|---|---|
| /s/ Barry A. Ragsdale | /s/ Craig A. Hoover |
| Barry A. Ragsdale | Craig A. Hoover |
| SIROTE & PERMUTT PC | J. Robert Robertson |
| 2311 Highland Avenue South | E. Desmond Hogan |
| Birmingham, AL 35205 | HOGAN LOVELLS US LLP |
| Tel: (205) 930-5114 | Columbia Square |
| Fax: (205) 212-2932 | 555 Thirteenth Street, NW |
| bragsdale@Sirote.com | Washington, DC 20004 |
| | Tel: (202) 637-5600 |
| *Plaintiffs' Liaison Counsel* | Fax: (202) 637-5910 |
| | craig.hoover@hoganlovells.com |
| Edith M. Kallas | robby.robertson@hoganlovells.com |
| WHATLEY KALLAS, LLP | desmond.hogan@hoganlovells.com |
| 380 Madison Avenue, 23rd Floor | |
| New York, NY 10017 | Emily M. Yinger |
| Tel: (212) 447-7060 | N. Thomas Connally, III |
| Fax: (800) 922-4851 | HOGAN LOVELLS US LLP |
| ekallas@whatleykallas.com | Park Place II |
| Joe R. Whatley, Jr. | 7930 Jones Branch Drive, Ninth Floor |
| W. Tucker Brown | McLean, VA 22102 |

WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
jwhatley@whatleykallas.com
tbrown@whatleykallas.com

Patrick J. Sheehan
WHATLEY KALLAS, LLP
60 State Street, 7th Floor
Boston, MA 02109
Tel: (617) 573-5118
Fax: (617) 573-5090
psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel: (404) 607-8222
Fax: (404) 607-8451
dwinegard@whatleykallas.com

*Co-Lead Counsel for the Provider Plaintiff*

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

Michael Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

*Co-Lead Counsel for the Subscriber Plaintiff*

Tel: (703) 610-6100
Fax: (703) 610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Co-Coordinating Counsel for the Defendants*

/s/ David J. Zott, P.C.
David J. Zott, P.C.
Daniel E. Laytin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
daniel.laytin@kirkland.com
david.zott@kirkland.com

*Co-Coordinating Counsel for the Defendants*

/s/ Kimberly R. West
Kimberly R. West
WALLACE JORDAN RATLIFF
& BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
PO Box 530910
Birmingham, AL 35253
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com

*Defendants' Liaison Counsel*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David J. Zott
David J. Zott, P.C.