IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | **Master File No.: 2:13-CV-20000-RDP**<br><br>This document relates to all cases. |

**PLAINTIFFS' OPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY BLUE CROSS BLUE SHIELD OF MICHIGAN**

Come now Plaintiffs and respectfully move for an entry of an Order compelling Defendant Blue Cross Blue Shield of Michigan to produce documents produced in the recently-settled case, *Aetna, Inc. v. Blue Cross Blue Shield of Michigan*, No. 2:11-cv-15346-DPH-MKM (E.D. Mich. 2011). In support for Plaintiffs' Motion, Plaintiffs rely on their Brief in Support of Their Motion to Compel and In Opposition to Defendant Blue Cross Blue Shield of Michigan's Motion for Protective Order filed simultaneously with this Motion.

Respectfully submitted the 1st day of September, 2015.

| Provider Track | Subscriber Track |
|---|---|
| /s/ Joe R. Whatley, Jr.<br>Joe R. Whatley, Jr. – *Co-Lead Counsel*<br>W. Tucker Brown<br>WHATLEY KALLAS, LLP<br>2001 Park Place North<br>1000 Park Place Tower<br>Birmingham, AL 35203<br>Tel:  (205) 488-1200<br>Fax:  (800) 922-4851<br>Email: jwhatley@whatleykallas.com<br>            tbrown@whatleykallas.com | /s/ David Boies<br>David Boies – *Co-Lead Counsel*<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>Fax: (914) 749-8200<br>dboies@bsfllp.com |
| Edith M. Kallas – *Co-Lead Counsel*<br>Patrick J. Sheehan<br>WHATLEY KALLAS, LLP<br>1180 Avenue of the Americas, 20th Floor<br>New York, NY 10036<br>Tel: (212) 447-7060<br>Fax: (800) 922-4851<br>Email: ekallas@whatleykallas.com<br>            psheehan@whatleykallas.com | Michael Hausfeld – *Co-Lead Counsel*<br>William Butterfield – *Chair, Discovery Committee*<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202) 540-7201<br>mhausfeld@hausfeldllp.com<br>wbutterfield@hausfeldllp.com |
| Henry C. Quillen<br>WHATLEY KALLAS, LLP<br>159 Middle Street, Suite 2C<br>Portsmouth, NH  03801<br>Tel:  (603) 294-1591<br>Fax:  (800) 922-4851<br>Email: hquillen@whatleykallas.com | |
| Deborah J. Winegard<br>WHATLEY KALLAS, LLP<br>1068 Virginia Avenue, NE<br>Atlanta, GA 30306<br>Tel:  (404) 607-8222<br>Fax:  (404) 607-8451<br>Email: dwinegard@whatleykallas.com | |

| | |
|---|---|
| E. Kirk Wood, Jr. – *Local Facilitating Counsel*<br>WOOD LAW FIRM LLC<br>P. O. Box 382434<br>Birmingham, AL 35238<br>Tel:  (205) 612-0243<br>Fax:  (205) 705-1223<br>Email: ekirkwood1@bellsouth.net | Chris T. Hellums – *Local Facilitating Counsel*<br>PITTMAN, DUTTON & HELLUMS, P.C.<br>2001 Park Place N, 1100 Park Place Tower<br>Birmingham, AL 35203<br>Tel: (205) 322-8880<br>Fax: (205) 328-2711<br>chrish@pittmandutton.com |
| <div align="center"> /s/ Barry A. Ragsdale<br>Barry Alan Ragsdale – *Plaintiffs' Liaison Counsel and Discovery Liaison Counsel*<br>SIROTE & PERMUTT P.C.<br>P.O. Box 55727<br>Birmingham, AL 35255-5727<br>Tel: (205) 930-5114<br>Fax: (205) 212-2932<br>Email: bragsdale@sirote.com</div> ||
| **Provider Track** | **Subscriber Track** |
| J. Mark White – *Litigation Committee*<br>Augusta S. Dowd – *Chair, Litigation Committee*<br>U.W. Clemon – *Plaintiffs' Steering Committee*<br>Linda G. Flippo – *Discovery Committee*<br>WHITE ARNOLD & DOWD, P.C.<br>The Massey Building<br>2025 Third Avenue North, Suite 500<br>Birmingham, AL 35203<br>Tel:  (205) 323-1888<br>Fax:  (205) 323-8907<br>Email: uwclemon@whitearnolddowd.com<br>          adowd@whitearnolddowd.com<br>          mwhite@whitearnolddowd.com | William A. Isaacson – *Settlement Committee & PSC Member*<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, DC 20015<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>wisaacson@bsfllp.com |
| Aaron S. Podhurst – *Plaintiffs' Steering Committee*<br>Peter Prieto – *Chair, Expert Committee*<br>PODHURST ORSECK, P.A.<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130<br>Tel:  (305) 358-2800<br>Fax:  (305) 358-2382<br>Email: apodhurst@podhurst.com<br>          pprieto@podhurst.com | Gregory Davis – *Settlement Committee & PSC Member*<br>DAVIS & TALIAFERRO, LLC<br>7031 Halcyon Park Drive<br>Montgomery, AL 36117<br>Tel: (334) 832-9080<br>Fax: (334) 409-7001<br>gldavis@knology.net |

| | |
|---|---|
| Debra B. Hayes – ***Plaintiffs' Steering Committee***<br>Charles Clinton Hunter<br>THE HAYES LAW FIRM<br>700 Rockmead, Suite 210<br>Kingwood, TX  77339<br>Tel:  (281) 815-4963<br>Fax: (832) 575-4759<br>dhayes@dhayeslaw.com<br>chunter@dhayeslaw.com | Megan Jones – ***Settlement Committee & PSC Member***<br>Arthur Bailey – ***Discovery Committee***<br>HAUSFELD LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: (415) 744-1970<br>Fax: (415) 358-4980<br>mjones@hausfeldllp.com<br>abailey@hausfeldllp.com |
| Dennis Pantazis – ***Plaintiffs' Steering Committee***<br>Brian Clark – ***Discovery Committee***<br>WIGGINS CHILDS PANTAZIS FISHER GOLDFARB<br>The Kress Building<br>301 Nineteenth Street North<br>Birmingham, AL 35203<br>Tel:  (205) 314-0500<br>Fax:  (205) 254-1500<br>Email: dgp@wcqp.com<br>       bclark@wcqp.com<br><br>Dennis C. Reich – ***Chair, Damages Committee***<br>REICH & BINSTOCK, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Tel:  (713) 622-7271<br>Fax:  (713) 623-8724<br>Email: dreich@rbfirm.net | Kathleen Chavez – ***Settlement Committee & PSC Member***<br>FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC<br>10 West State Street, Suite 200<br>Geneva, IL 60134<br>Tel: (630) 797-3339<br>Fax: (630) 232-7452<br>kcc@fmcolaw.com |
| Nicholas B. Roth – ***Chair, Discovery Committee***<br>Julia Smeds Roth – ***Discovery Committee***<br>EYSTER KEY TUBB ROTH MIDDLETON & ADAMS, LLP<br>402 East Moulton Street<br>Decatur, AL 35601<br>Tel:  (256) 353-6761<br>Fax:  (256) 353-6767<br>Email: nroth@eysterkey.com<br>       jroth@eysterkey.com | Cyril V. Smith – ***Settlement Committee & PSC Member***<br>ZUCKERMAN SPAEDER, LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202-1031<br>Tel: (410) 949-1145<br>Fax: (410) 659-0436<br>csmith@zuckerman.com |

| | |
|---|---|
| Robert J. Axelrod – *Chair, Written Submissions Committee*<br>AXELROD & DEAN LLP<br>830 Third Avenue, 5th Floor<br>New York, NY 10022<br>Tel:  (646) 448-5263<br>Fax:  (212) 840-8560<br>Email: rjaxelrod@axelroddean.com | Eric L. Cramer – *Expert Committee*<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: 1-800-424-6690<br>Fax: (215) 875-4604<br>ecramer@bm.net |
| Van Bunch – *Chair, Class Certification Committee*<br>BONNETT FAIRBOURN FRIEDMAN &  BALINT, P.C.<br>2325 E. Camelback Road, Suite 300<br>Phoenix, AZ 85016<br>Tel:  (602) 274-1100<br>Fax:  (602) 274-1199<br>Email: vbunch@bffb.com | Richard A. Feinstein – *Co-Chair, Expert Committee*<br>Karen Dyer – *Expert Committee*<br>Hamish P.M. Hume – *Discovery Committee*<br>Kathleen Kiernan – *Written Submissions Committee*<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, DC 20015<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>tchutkan@bsfllp.com<br>kdyer@bsfllp.com<br>hhume@bsfllp.com<br>kkiernan@bsfllp.com |
| David A. Balto – *Expert Committee*<br>DAVID A. BALTO LAW OFFICES<br>1350 I Street, N.W., Suite 850<br>Washington, DC 20005<br>Tel:  (202) 789-5424<br>Fax:  (202) 589-1819<br>Email: david.balto@dcantitrustlaw.com | Patrick Cafferty – *Discovery Committee*<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>101 North Main Street, Suite 565<br>Ann Arbor, MI 48104<br>Tel: (734) 769-2144<br>Fax: (734) 769-1207<br>pcafferty@caffertyclobes.com |

| | |
|---|---|
| Peter H. Burke – *Class Certification Committee*<br>J. Allen Schreiber – *Litigation Committee*<br>BURKE HARVEY, LLC<br>3535 Grandview Parkway<br>Suite 100<br>Birmingham, AL  35243<br>Tel:  (205) 930-9091<br>Fax:  (205) 930-9054<br>Email: pburke@burkeharvey.com<br>           aschreiber@burkeharvey.com<br><br>Richard S. Frankowski – *Discovery Committee*<br>THE FRANKOWSKI FIRM, LLC<br>231 22nd Street South, Suite 203<br>Birmingham, AL  35233<br>Tel:  (205) 390-0399<br>Fax: (205) 390-1001<br>Email: richard@frankowskifirm.com | Bryan Clobes – *Litigation Committee*<br>Ellen Meriwether – *Written Submissions Committee*<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>1101 Market Street, Suite 2650<br>Philadelphia, PA 19107<br>Tel: (215) 864-2800<br>Fax: (215) 864-2810<br>bclobes@caffertyclobes.com<br>emeriwether@caffertyclobes.com |
| John C. Davis – *Written Submissions Committee*<br>LAW OFFICE OF JOHN C. DAVIS<br>623 Beard Street<br>Tallahassee, FL 32303<br>Tel:  (850) 222-4770<br>Email: john@johndavislaw.net | Douglas Dellaccio – *Litigation Committee*<br>CORY WATSON CROWDER & DEGARIS, P.C.<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 32505<br>Tel: (205) 328-2200<br>Fax: (205) 324-7896<br>ddellaccio@cwcd.com |
| Lynn W. Jinks, III – *Expert Committee*<br>Christina D. Crow – *Discovery Committee*<br>JINKS CROW & DICKSON, P.C.<br>219 North Prairie Street<br>Union Springs, AL 36089<br>Tel:  (334) 738-4225<br>Fax:  (334) 738-4229<br>Email: ljinks@jinkslaw.com<br>           ccrow@jinkslaw.com | Chris Cowan – *Damages Committee*<br>THE COWAN LAW FIRM<br>One Meadows Building<br>5005 Greenville Avenue, Suite 200<br>Dallas, TX 75206<br>Tel: (214) 826-1900<br>Fax: (214) 826-8900<br>chris@cowanlaw.net |

| | |
|---|---|
| W. Daniel Miles, III – ***Written Submissions Committee***<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.<br>218 Commerce Street<br>Montgomery, AL 36104<br>Tel:  (800) 898-2034<br>Fax:  (334) 954-7555<br>Email: dee.miles@beasleyallen.com | Edwin J. Kilpela, Jr.<br>Benjamin Sweet – ***Litigation Committee***<br>CARLSON LYNCH LTD<br>115 Federal St., Suite 210<br>Pittsburgh, PA  15212<br>Tel: (412) 322-9243<br>Fax: (412) 231-0246<br>ekilpela@carlsonlynch.com<br>bsweet@carlsonlynch.com |
| Joey K. James – ***Litigation Committee***<br>BUNCH & JAMES<br>P. O. Box 878<br>Florence, AL 35631<br>Tel:  (256) 764-0095<br>Fax:  (256) 767-5705<br>Email: joey@bunchandjames.com | Robert M. Foote – ***Damages Committee***<br>FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC<br>10 West State Street, Suite 200<br>Geneva, IL 60134<br>Tel: (630) 797-3339<br>Fax: (630) 232-7452<br>rmf@fmcolaw.com |
| Mark K. Gray – ***Discovery Committee***<br>GRAY & WHITE<br>713 E. Market Street, Suite 200<br>Louisville, KY 40202<br>Tel:  (502) 805-1800<br>Fax:  (502) 618-4059<br>Email: mgray@grayandwhitelaw.com | Charles T. Caliendo – ***Class Certification Committee***<br>GRANT & EISENHOFER<br>485 Lexington Avenue<br>New York, NY 10017<br>Tel: (646) 722-8500<br>Fax: (646) 722-8501<br>ccaliendo@gelaw.com |
| Stephen M. Hansen – ***Class Certification Committee***<br>LAW OFFICE OF STEPHEN M. HANSEN<br>1821 Dock Street<br>Tacoma, WA 98402<br>Tel:  (253) 302-5955<br>Fax:  (253) 301-1147<br>Email: steve@stephenmhansenlaw.com | Robert Eisler – ***Discovery Committee***<br>GRANT & EISENHOFER<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel: (302) 622-7000<br>Fax: (302) 622-7100<br>reisler@gelaw.com |

| | |
|---|---|
| Harley S. Tropin – ***Damages Committee***<br>Javier A. Lopez – ***Discovery Committee***<br>KOZYAK TROPIN &<br>  THROCKMORTON, P.A.<br>2525 Ponce De Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>Tel:  (305) 372-1800<br>Fax:  (305) 372-3508<br>Email: hst@kttlaw.com<br>         jal@kttlaw.com | David Guin – ***Chair, Written Submissions Committee***<br>Tammy Stokes – ***Damages Committee***<br>GUIN, STOKES & EVANS, LLC<br>The Financial Center<br>505 20th Street North, Suite 1000<br>Birmingham, AL 35203<br>Tel: (205) 226-2282<br>Fax: (205) 226-2357<br>davidg@gseattorneys.com<br>tammys@gseattorneys.com |
| C. Wes Pittman – ***Settlement Committee***<br>THE PITTMAN FIRM, P.A.<br>432 McKenzie Avenue<br>Panama City, FL 32401<br>Tel:  (850) 784-9000<br>Fax:  (850) 763-6787<br>Email: wes@pittmanfirm.com | Daniel Gustafson – ***Litigation Committee***<br>Daniel C. Hedlund – ***Damages Committee***<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>Fax: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com |
| Robert B. Roden – ***Litigation Committee***<br>SHELBY RODEN, LLC<br>2956 Rhodes Circle<br>Birmingham, AL 35205<br>Tel:  (205) 933-8383<br>Fax:  (205) 933-8386<br>Email: rroden@shelbyroden.com | Brent Hazzard – ***Litigation Committee***<br>HAZZARD LAW, LLC<br>447 Northpark Drive<br>Ridgeland, MS 39157<br>Tel: (601) 977-5253<br>Fax: (601) 977-5236<br>brenthazzard@yahoo.com |
| Gary E. Mason – ***Class Certification Committee***<br>WHITFIELD BRYSON & MASON, LLP<br>1625 Massachusetts Ave. NW, Suite 605<br>Washington, DK 20036<br>Tel:  (202) 429-2290<br>Fax:  (202) 640-1160<br>Email: gmason@wbmllp.com | John Saxon – ***Litigation Committee***<br>JOHN D. SAXON, P.C.<br>2119 3rd Avenue North<br>Birmingham, AL 35203-3314<br>Tel: (205) 324-0223<br>Fax: (205) 323-1583<br>jsaxon@saxonattorneys.com |

| | |
|---|---|
| Lance Michael Sears<br>SEARS & SWANSON, P.C.<br>First Bank Building<br>2 North Cascade Avenue, Suite 1250<br>Colorado Springs, CO 80903<br>Tel:  (719) 471-1984<br>Fax:  (719) 577-4356<br>Email: lance@searsassociates.com | Lawrence Jones – ***Damages Committee***<br>JONES WARD PLC<br>312 South Fourth Street, Sixth Floor<br>Louisville, KY 40202<br>Tel: (502) 882-6000<br>larry@jonesward.com |
| Michael C. Dodge – ***Expert Committee***<br>GLAST PHILLIPS & MURRAY, P.C.<br>14801 Quorum Drive, Suite 500<br>Dallas, TX 75254<br>Tel:  (972) 419-7172<br>Email:  mdodge@gpm-law.com | Andrew Lemmon – ***Chair, Discovery Committee***<br>LEMMON LAW FIRM<br>650 Poydras Street, Suite 2335<br>New Orleans, LA 70130<br>Tel: (504) 581-5644<br>Fax: (504) 581-2156<br>andrew@lemmonlawfirm.com |
| Michael E. Gurley, Jr. – ***Discovery Committee***<br>Attorney at Law<br>24108 Portobello Road<br>Birmingham, AL 35242<br>Tel:  (205) 908-6512<br>Email: Michael@gurleylaw.net | Virginia Buchanan – ***Chair, Class Certification Committee***<br>LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Tel: (850) 435-7000<br>Fax: (850) 435-7020<br>vbuchanan@levinlaw.com |
| Myron C. Penn – ***Discovery Committee***<br>PENN & SEABORN, LLC<br>53 Highway 110<br>Post Office Box 5335<br>Union Springs, AL 36089<br>Tel:  (334) 738-4486<br>Fax:  (334) 738-4432<br>Email: myronpenn28@hotmail.com | Robert Methvin – ***Chair, Settlement Committee***<br>James M. Terrell – ***Class Certification Committee***<br>MCCALLUM, METHVIN & TERRELL, P.C.<br>The Highland Building<br>2201 Arlington Avenue South<br>Birmingham, AL 35205<br>Tel: (205) 939-0199<br>Fax: (205) 939-0399<br>rgm@mmlaw.net<br>jterrell@mmlaw.net |

| | |
|---|---|
| Troy A. Doles – ***Discovery Committee***<br>SCHLICHTER BOGARD & DENTON, LLP<br>100 S. 4th Street, Suite 900<br>St. Louis, MO 63102<br>Tel:  (314) 621-6115<br>Fax:  (314) 621-7151<br>Email: tdoles@uselaws.com | Michael McGartland – ***Class Certification Committee***<br>MCGARTLAND & BORCHARDT LLP<br>1300 South University Drive, Suite 500<br>Fort Worth, TX 76107<br>Tel: (817) 332-9300<br>Fax: (817) 332-9301<br>mike@attorneysmb.com |
| J. Preston Strom, Jr. – ***Litigation Committee***<br>STROM LAW FIRM, LLC<br>2110 N. Beltline Boulevard, Suite A<br>Columbia, SC 29204-3905<br>Tel:  (803) 252-4800<br>Fax:  (803) 252-4801<br>Email: petestrom@stromlaw.com | H. Lewis Gillis – ***Co-Head Chair, Litigation Committee***<br>MEANS GILLIS LAW, LLC<br>3121 Zelda Court<br>Montgomery, AL 36106<br>Tel: 1-800-626-9684<br>hlgillis@tmgslaw.com |
| Thomas V. Bender – ***Discovery Committee***<br>WALTERS BENDER STROHBEHN<br>  & VAUGHAN, P.C.<br>2500 City Center Square, 1100 Main<br>Kansas City, MO 64105<br>Tel:  (816) 421-6620<br>Fax:  (816) 421-4747<br>Email: tbender@wbsvlaw.com | David J. Hodge – ***Chair, Settlement Committee***<br>MORRIS, KING & HODGE<br>200 Pratt Avenue NE<br>Huntsville, AL 35801<br>Tel: (256) 536-0588<br>Fax: (256) 533-1504<br>lstewart@alinjurylaw.com |
| Michael L. Murphy – ***Discovery Committee***<br>BAILEY GLASSER LLP<br>910 17th Street, NW, Suite 800<br>Washington, DC  20006<br>Tel:  (202) 463-2101<br>Fax: (202) 463-2103<br>mmurphy@baileyglasser.com<br><br>Brian E. Wojtalewicz<br>WOJTALEWICZ LAW FIRM, LTD.<br>139 N. Miles Street<br>Appleton, MN 56208<br>Tel:  (320) 289-2363<br>Fax:  (320) 289-2369<br>Email: brian@wojtalewiczlawfirm.com | Dianne M. Nast – ***Class Certification Committee***<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Tel: (215) 923-9300<br>Fax: (215) 923-9302<br>dnast@nastlaw.com<br><br>Patrick W. Pendley – ***Chair, Damages Committee***<br>Christopher Coffin – ***State Liaison Committee***<br>PENDLEY, BAUDIN & COFFIN, LLP<br>Post Office Drawer 71<br>Plaquemine, LA 70765<br>Tel: (225) 687-6369<br>pwpendley@pbclawfirm.com<br>ccoffin@pbclawfirm.com |

| | |
|---|---|
| Archie C. Lamb, Jr.<br>ARCHIE LAMB & ASSOCIATES, LLC<br>2900 1st Avenue South<br>Birmingham, AL 352333<br>(205) 324-4644<br>(205) 324-4649 Fax<br>alamb@archielamb.com | Edgar D. Gankendorff – *Co-Head Chair, Litigation Committee*<br>Eric R.G. Belin – *Damages Committee*<br>PROVOSTY & GANKENDORFF, LLC<br>650 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Tel: (504) 410-2795<br>Fax: (504) 410-2796<br>egankendorff@provostylaw.com<br>ebelin@provostylaw.com |
| Paul Lundberg<br>LUNDBERG LAW, PLC<br>600 4TH Street, Suite 906<br>Sioux City, IA 51101<br>Tel: (712) 234-3030<br>Fax: (712) 234-3034<br>Email: paul@lundberglawfirm.com | Richard Rouco – *Written Submissions Committee*<br>QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP<br>Two North Twentieth Street<br>2 – 20th Street North, Suite 930<br>Birmingham, AL 35203<br>Tel: (205) 870-9989<br>Fax: (205) 870-9989<br>rrouco@qcwdr.com |
| Jessica Dillon<br>Ray R. Brown<br>Molly Brown<br>DILLON & FINDLEY, P.C.<br>1049 W. 5th Avenue, Suite 200<br>Anchorage, AK 99501<br>Tel: (907) 277-5400<br>Fax: (907) 277-9896<br>Email: Jessica@dillonfindley.com<br>        Ray@dillonfindley.com<br>        Molly@dillonfindley.com | Garrett Blanchfield – *Written Submissions Committee*<br>REINHARDT, WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>Tel: (651) 287-2100<br>Fax: (651) 287-2103<br>g.blanchfield@rwblawfirm.com |
| James Redmond<br>Cynthia C. Moser<br>HEIDMAN LAW FIRM<br>1128 Historic 4th Street<br>P. O. Box 3086<br>Sioux City, IA 51101<br>Tel: (712) 255-8838<br>Fax (712) 258-6714<br>Email: Jim.Redmond@heidmanlaw.com<br>        Cynthia.Moser@heidmanlaw.com | Jason Thompson – *Damages Committee*<br>SOMMERS SCHWARTZ<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>Tel: (248) 355-0300<br>jthompson@sommerspc.com |

| | |
|---|---|
| Gwen Simons<br>Simons & Associates Law, P.A.<br>P.O. Box 1238<br>Scarborough, ME 04070-1238<br>Tel: (207) 205-2045<br>Fax: (207) 883-7225<br>Email: gwen@simonsassociateslaw.com | Larry McDevitt – *Chair, Class Certification Committee*<br>David Wilkerson – *Discovery Committee*<br>VAN WINKLE LAW FIRM<br>11 North Market Street<br>Asheville, NC 28801<br>Tel: (828) 258-2991<br>lmcdevitt@vwlawfirm.com<br>dwilkerson@vwlawfirm.com |
| | Carl S. Kravitz – *Expert Committee*<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street NW, Suite 1000<br>Washington, DC 20036-5807<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>ckravitz@zuckerman.com |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of September, 2015, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>*/s/ Joe R. Whatley, Jr.*
>Joe R. Whatley, Jr.