FILED

2015 Dec-07  AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD | } | Master File No.:  2:13-CV-20000-RDP |
| | } | |
| ANTITRUST LITIGATION | } | This document relates to all cases. |
| (MDL NO.: 2406) | } | |

## ORDER

This case is **SET** for a discovery conference and a status conference **on Thursday, January 14, 2016.**

The **discovery conference will be held at 10:00 a.m**. **in Courtroom 3B** of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam.  A court reporter will be present.  Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1.

The **status conference will be held at 2:00 p.m., in Courtroom 7A** of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama.  A court reporter will be present.  **On or before January 8, 2016**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this December 7, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE