# Exhibit 1

**Filed Under Seal**

**(Confidential)**