# Exhibit 3

## Filed Under Seal

## (Confidential)