# Exhibit 4

**Filed Under Seal**

**(Confidential)**