FILED
2016 Sep-23 PM 04:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 5

SMGRPREN09F.XLS   vw   7/20/2009

**Please remember that Override was added so rates will upload after benefit changes are completed.  REMOVE AFTER WE CYCLE THROUGH ONE JUNE 2010 RENEWALS!!!!**

The following rates caps are in place beginning with 11/1/2009 renewals.

Change Apply rate hold on Increases less than 5% to less than 2%.
Change Apply calculated increases greater than 5% to greater than 2%

First Year: Decreases greater than 5%, apply calculated decrease;

Decreases less than 5%, apply rate hold; Increases less than 2%, apply rate hold;
Increases greater than 2% and less than 15%, apply calculated increase; Increase greater than 15%, apply 15%

Subsequent years: Decreases greater than 5%, apply calculated decrease;
Decreases less than 5%, apply rate hold; Increases less than 2%, apply rate hold;
Increases greater than 2% and less than 15%, apply calculated increase; Increase greater than 15%, apply 15%

Automate Rate Hold if contract size is 54 or greater
and we are sending letter to group advising them of
required change to merit status.  Rate hold applies
to decreasing rate only.  15% rate cap applies.

Merit to Small group: 35 or More Contracts:

Decreases greater than 5%, apply calculated Small Group Rates;
Decreases less than 5%, apply rate hold; Increases less than 5%, apply rate hold;
Increases greater than 5% and less than 15%, apply calculated increase; Increase greater than 15%, apply 15%

Merit to Small group: 34 or More Contracts:
Calculated Small Group Rates

| Calculated Rate Adjustment Percentage | (10%) or more decrease | (9.99%) thru (5.00%) decrease | (4.99%) decrease thru 1.99% increase | 2.00% increase thru 14.99% increase | 15% or more increase |
|---|---|---|---|---|---|
| First Year - Cap Applied | Calculated Decrease | Calculated Decrease | Rate Hold | Calculated Increase | 15% Increase |
| Subsequent Years - Cap Applied | Calculated Decrease | Calculated Decrease | Rate Hold | Calculated Increase | 15% Increase |
| Contract Size: 54 and greater;Sending Merit Rates | Rate Hold | Rate Hold | Rate Hold | Calculated Increase | 15% Increase |
| Contract Size: 12 or less | Change to Type Rate J | Change to Type Rate J | Change to Type Rate J | Change to Type Rate J | Apply 15% increase.  Leave as Type Rate K |
| Merit to Small Group: 35 or More Contracts | Calculated Small Group Rates | Calculated Small Group Rates | Rate Hold | Calculated Increase | 15% Increase |
| Merit to Small Group: 34 or Less Contracts | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates |

Prepared 7/20/2009

---

SMGRPREN09G.XLS   vw   10/12/2009

Rate cap changed from 15% to 18% per email forwarded by Lisa Billups from Noel Carden

**Please remember that Override was added so rates will upload after benefit changes are completed.  REMOVE AFTER WE CYCLE THROUGH ONE YEAR TO JUNE 2010 RENEWALS!!!!**

vw   2/18/2010

Change label at C MR_CALC:B55 to 18%

| Calculated Rate Adjustment Percentage | (10%) or more decrease | (9.99%) thru (5.00%) decrease | (4.99%) decrease thru 1.99% increase | 2.00% increase thru 17.99% increase | 18% or more increase |
|---|---|---|---|---|---|
| First Year - Cap Applied | Calculated Decrease | Calculated Decrease | Rate Hold | Calculated Increase | 18% Increase |
| Subsequent Years - Cap Applied | Calculated Decrease | Calculated Decrease | Rate Hold | Calculated Increase | 18% Increase |
| Contract Size: 54 and greater;Sending Merit Rates | Rate Hold | Rate Hold | Rate Hold | Calculated Increase | 18% Increase |
| Contract Size: 12 or less | Change to Type Rate J | Change to Type Rate J | Change to Type Rate J | Change to Type Rate J | Apply 18% increase.  Leave as Type Rate K |
| Merit to Small Group: 35 or More Contracts | Calculated Small Group Rates | Calculated Small Group Rates | Rate Hold | Calculated Increase | Calculated Small Group Rates (Review at 30%) |
| Merit to Small Group: 34 or Less Contracts | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates |

---

SMGRPREN2010_nonMHPv1.XLS  vw   5/13/2010

Base Rates Changed Effective 7/1/2010 (8.50% Increase)
Update Trend Factors and Base Rates on K TABLES tab
Add Preferred Blue HDHP Plan
Add BBM, BBS, Legal Plan Year to download

**Override removed on on upload since 7/2009 benefit changes are complete.  We are just adding HTN rider to 320/820 plan which will not affect the upload.**

Just show Hospital, PMD, Drug and Major Medical coverage code on calc page
Save list of all riders on latest version of Small Group MHP Riders on P:\SG Analysts\Riders
See P:\SG Analysts\Renewals\Renewal Program\July 2010 Filing for summary of Small Group Changes

| Calculated Rate Adjustment Percentage | (10%) or more decrease | (9.99%) thru (5.00%) decrease | (4.99%) decrease thru 1.99% increase | 2.00% increase thru 17.99% increase | 18% or more increase |
|---|---|---|---|---|---|
| First Year - Cap Applied | Calculated Decrease | Calculated Decrease | Rate Hold | Calculated Increase | 18% Increase |
| Subsequent Years - Cap Applied | Calculated Decrease | Calculated Decrease | Rate Hold | Calculated Increase | 18% Increase |
| Contract Size: 54 and greater;Sending Merit Rates | Rate Hold | Rate Hold | Rate Hold | Calculated Increase | 18% Increase |
| Contract Size: 12 or less | Change to Type Rate J | Change to Type Rate J | Change to Type Rate J | Change to Type Rate J | Apply 18% increase.  Leave as Type Rate K |
| Merit to Small Group: 35 or More Contracts | Calculated Small Group Rates | Calculated Small Group Rates | Rate Hold | Calculated Increase | Calculated Small Group Rates (Review at 30%) |
| Merit to Small Group: 34 or Less Contracts | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates | Calculated Small Group Rates |