# Exhibit 6

**Filed Under Seal**

**(Confidential)**