# Exhibit 9

**Filed Under Seal**

**(Confidential)**