FILED
2016 Sep-23  PM 04:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 10

**Filed Under Seal**

**(Confidential)**