# Exhibit 11

## Filed Under Seal

## (Confidential)