# Exhibit 12

## Filed Under Seal

## (Confidential)