# Exhibit 18

**Filed Under Seal**

**(Confidential)**