# Exhibit 20

## Filed Under Seal

## (Confidential)