

FILED
2016 Sep-23 PM 04:59
U.S. DISTRICT COURT
N.D. OF ALABAMA



EXHIBIT 21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | : Master File 2:13-cv-20000-RDP : : : : This document relates to : Subscriber Track cases |

## STIPULATION AND ORDER AS TO SCOPE OF FILED RATE DEFENSE

Plaintiffs C B Roofing, Inc. and American Electric Motor Service, Inc. and defendant Blue Cross Blue Shield of Alabama ("BCBSAL"), through their respective undersigned counsel, stipulate as follows:

(1) The filed-rate doctrine asserted in defendant's Answer, Doc. 248, at 286 ¶ 8, and otherwise addressed in these proceedings, does not apply to plaintiffs' damages claim to the extent that claim includes BCBSAL groups larger than 50.

(2) The parties consent to the Court's entry of judgment as a matter of law that BCBSAL's filed-rate defense does not bar or limit plaintiffs' damages claim to the extent that claim includes BCBSAL groups larger than 50.

(3) The parties disagree about the appropriate unit of measurement to determine whether a group is "larger than 50." Plaintiffs contend that the filed-rate

Error! Unknown document property name.

defense applies only to groups with up to 50 eligible employees. BCBSAL, by contrast, contends that the defense applies to groups with up to 50 enrolled subscribers.

(4) The parties otherwise reserve their rights to argue for or against the application of BCBSAL's filed-rate defense to plaintiffs' damages claim, except to the extent expressly set forth above.

\*   \*   \*   \*

For Plaintiffs:

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

Michael Hausfeld
William Butterfield
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
wbutterfield@hausfeldllp.com

For Defendant:

*/s/ James L. Priester*

James L. Priester
Carl S. Burkhalter
John Thomas Malatesta, III
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

2

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
SIROTE & PERMUTT P.C.
P.O. Box 55727
Birmingham, AL 35255-5727
Tel: (205) 930-5114
Fax: (205) 212-2932
bragsdale@sirote.com

Chris T. Hellums
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place N, 1100 Park Place Tower
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
chrish@pittmandutton.com

William A. Isaacson
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
wisaacson@bsfllp.com
hhume@bsfllp.com

Gregory Davis
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
Tel: (334) 832-9080
Fax: (334) 409-7001
gldavis@knology.net

Error! Unknown document property name.

Megan Jones
Arthur Bailey
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 744-1970
Fax: (415) 358-4980
mjones@hausfeldllp.com
abailey@hausfeldllp.com

Cyril V. Smith
Daniel P. Moylan
ZUCKERMAN SPAEDER, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel: (410) 949-1145
Fax: (410) 659-0436
csmith@zuckerman.com
dmoylan@zuckerman.com

Andrew Lemmon
LEMMON LAW FIRM
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Tel: (504) 581-5644
Fax: (504) 581-2156
andrew@lemmonlawfirm.com

DONE and ORDERED effective this _____ day of _____, 2016.


_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

Error! Unknown document property name.