# Exhibit 22

## Filed Under Seal

## (Confidential)