FILED
2016 Sep-23 PM 04:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 23



**MKT-551 Plan Base Rate for 15-50 Group Size and Adjustment for Groups Less than 15 Members**

Source: BCBSAL production Small Group Rate filing documents BCBSAL_00000003595, BCBSAL_0000001488, BCBSAL_0000002370, BCBSAL_0000002498, BCBSAL_0000003153, BCBSAL_0000003225, and BCBSAL_0000047097.

Notes:
1) Chart shows rates for a hypothetical group that consists of females less than 30 years old in Birmingham (Rating Area #3) with a starting date within 3 months of the rate filing's effective date.
2) Based on rate filings, groups under 15 people are not subject to an Age, Gender, Area or Effective Date adjustment.
3) The MKT-551 plan is subject to a 15% "Group Adjustment". Starting with 2011, a "Demographic Adjustment" is also applied to the "Group Adjusted" base rate. This plan was also the base plan for the Small Group rate schedule until 7/1/2011.