FILED
2017 Mar-22 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit J



HUNTON & WILLIAMS LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

March 21, 2017

TODD M. STENERSON
DIRECT DIAL: 202 • 419 • 2184
EMAIL: TStenerson@hunton.com

**Via E-Mail**

Jeffrey T. Kelly, Esq.
Lanier Ford Shaver & Payne, P.C.
P.O. Box 2087 [35804]
Huntsville, AL 35805

Re:   Third-Party Subpoena to The Health Authority of the City of Huntsville in
      *In re Blue Cross Blue Shield Antitrust Litigation*,
      MDL No. 2406, Case No. 2:13-cv-20000-RDP (N.D. Ala.)

Dear Todd:

Thank you for your March 10, 2017 invoice.  You represent that Huntsville incurred $14,896.61 in costs for collecting, preparing, and producing documents responsive to Defendants' subpoena.

We understand that the costs identified do not include fees for outside attorneys; to the extent any outside attorneys' fees are included, please let us know the amount as Discovery Order No. 34 contemplates payment of reasonable costs, not outside attorney fees.  To process payment, please provide completed and signed copies of the enclosed vendor packet and W-9 form.  Accordingly, please provide the responsive information promptly or please advise when you expect to do so.

While we are agreeing to make this payment now, you have yet to even tell us the quantity of information being produced, how Huntsville conducted its search, including the names and titles of any custodians searched, how it decided to search those specified custodians, the locations of any repository or centralized files, and any other criteria or factors describing the search and production.

We reserve the right to test the reasonableness, and cost, of Huntsville's collection, search, and production.  In the meantime, if you have any questions, please do not hesitate to contact me.

Sincerely,

*/s/ Todd M. Stenerson*

Todd M. Stenerson

Enclosure