FILED
2017 Mar-22 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit L



HUNTON & WILLIAMS LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

March 21, 2017

TODD M. STENERSON
DIRECT DIAL: 202 • 419 • 2184
EMAIL: TStenerson@hunton.com

**Via E-Mail**

Joseph B. Mays, Jr.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Re:   Third-Party Subpoena to Grandview Medical Center in
      *In re Blue Cross Blue Shield Antitrust Litigation*,
      MDL No. 2406, Case No. 2:13-cv-20000-RDP (N.D. Ala.)

Dear Mr. Mays:

Thank you for your March 10, 2017 invoice. We will pay the $4,027.33 which you represent as Grandview Medical Center's costs for collecting, preparing, and producing documents responsive to Defendants' subpoena.[1] To process payment, please provide completed and signed copies of the enclosed vendor packet and W-9 form.

While we are agreeing to make this payment now, you have yet to even tell us the quantity of information being produced, how Grandview conducted its search, including the names and titles of any custodians searched, how it decided to search those specified custodians, the locations of any repository or centralized files, and any other criteria or factors describing the search and production.

We reserve the right to test the reasonableness, and cost, of Grandview's collection, search, and production. In the meantime, if you have any questions, please do not hesitate to contact me.

Sincerely,

*/s/ Todd M. Stenerson*

Todd M. Stenerson

Enclosure

---

[1] We are not willing to pay outside attorneys' fees incurred by Grandview. As a result, we do not agree to pay the $8,772.27 in fees to Bradley Arant for "gathering, reviewing, and preparing" documents for production or the $56,843.66 in fees to Bradley Arant for challenging the subpoena.