FILED
2017 Mar-22 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit M



March 21, 2017

HUNTON & WILLIAMS LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

TODD M. STENERSON
DIRECT DIAL: 202 • 419 • 2184
EMAIL: TStenerson@hunton.com

**Via E-Mail**

W. Tucker Brown, Esq.
WhatleyKallas, LLP
1000 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Re:   Third-Party Subpoena to Dr. John Waits in
      *In re Blue Cross Blue Shield Antitrust Litigation*,
      MDL No. 2406, Case No. 2:13-cv-20000-RDP (N.D. Ala.)

Dear Tucker:

Thank you for your March 15, 2017 invoice. You represent that Dr. Waits and Cahaba Medical Care (collectively, Cahaba) incurred $1,200 in costs for collecting, preparing, and producing documents responsive to Defendants' subpoena.

We understand that the costs identified do not include fees for outside attorneys; to the extent any outside attorneys' fees are included, please let us know the amount as Discovery Order No. 34 contemplates payment of reasonable costs, not outside attorney fees. To process payment, please provide completed and signed copies of the enclosed vendor packet and W-9 form.

While we are agreeing to make this payment now, we are still awaiting your description regarding how Cahaba conducted its search, including the names and titles of any custodians searched, how it decided to search those specified custodians, the locations of any repository or centralized files, and any other criteria or factors describing the search and production.

We reserve the right to test the reasonableness, and cost, of Cahaba's collection, search, and production. In the meantime, if you have any questions, please do not hesitate to contact me.

Sincerely,

*/s/ Todd M. Stenerson*

Todd M. Stenerson

Enclosure