IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | Master File No. 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

**UNOPPOSED MOTION TO ENLARGE THE TIME FOR
RESPONDING TO THE AMENDED COMPLAINTS**

Defendants, with plaintiffs' consent to the relief requested, move the Court for an order approving a modest two-day extension of time for the filing of their responses to the recently amended complaints. In support of this motion, defendants state as follows:

1. In the Second Amended Scheduling Order, the Court imposed a deadline of April 15, 2017 for filing amended complaints for the prioritized proceedings. Master File Dkt. No. 989 ¶ 9.

2. Because the April 15, 2017 deadline fell on the Saturday of the Easter holiday weekend, plaintiffs requested and defendants agreed to a two-day extension of time for the filing of the amended complaints. Pursuant to the parties' agreement, providers and subscribers each filed amended consolidated complaints on April 17, 2017. *See* Master File Dkt. Nos. 1074 and 1075.

3. Under the Second Amended Scheduling Order, defendants' responsive pleadings remained due by May 15, 2017. Master File Dkt. No. 989 ¶ 9.

4. Because the deadline for the filing of amended complaints was extended by two days, defendants requested a corresponding two-day extension of time for their responses. Both providers and subscribers consented to the requested relief.

1

5.     A modest two-day extension of the time for responding to the amended complaints will not prejudice plaintiffs or otherwise result in any delays in the completion of the many other tasks that the parties are working on in connection with this MDL and the prioritized proceedings.

*     *     *

For the foregoing reasons, defendants request that the Court grant a two-day extension for defendants to file their responses to the amended complaints.

Dated:  May 15, 2017 ⇥ Respectfully submitted,

/s/ Craig A. Hoover

| | |
|---|---|
| David J. Zott, P.C. | Craig A. Hoover |
| Daniel E. Laytin, P.C. | J. Robert Robertson |
| Sarah J. Donnell | E. Desmond Hogan |
| Christa C. Cottrell | Justin W. Bernick |
| Zachary Holmstead | HOGAN LOVELLS US LLP |
| Jessica L. Staiger | Columbia Square |
| KIRKLAND & ELLIS LLP | 555 Thirteenth Street, NW |
| 300 North LaSalle | Washington, DC 20004 |
| Chicago, IL 60654 | 202-637-5600 |
| Tel: (312) 862-2000 | (fax) 202-637-5910 |
| Fax: (312) 862-2200 | craig.hoover@hoganlovells.com |
| david.zott@kirkland.com | robby.robertson@hoganlovells.com |
| daniel.laytin@kirkland.com | desmond.hogan@hoganlovells.com |
| sdonnell@kirkland.com | justin.bernick@hoganlovells.com |
| ccottrell@kirkland.com | |
| zachary.holmstead@kirkland.com | Emily M. Yinger |
| jessica.staiger@kirkland.com | N. Thomas Connally, III |
| | HOGAN LOVELLS US LLP |
| *Co-Coordinating Counsel for Defendants* | Park Place II |
| | 7930 Jones Branch Drive, Ninth Floor |
| Kimberly R. West (Liaison Counsel) | McLean, VA 22102 |
| Mark H. Hogewood | 703-610-6100 |
| WALLACE JORDAN RATLIFF & | (fax) 703-610-6200 |
| BRANDT LLC | emily.yinger@hoganlovells.com |
| First Commercial Bank Building | tom.connally@hoganlovells.com |
| 800 Shades Creek Parkway, Suite 400 | |
| PO Box 530910 | Cavender C. Kimble |
| Birmingham, AL 35253 | BALCH & BINGHAM LLP |
| Telephone: (205) 870-0555 | 1901 6th Avenue N, Suite 1500 |
| Facsimile: (205) 871-7534 | Birmingham, AL 35203-4642 |
| kwest@wallacejordan.com | 205-226-3437 |
| mhogewood@wallacejordan.com | (fax) 205-488-5860 |
| | ckimble@balch.com |
| *With Kirkland & Ellis, counsel for Blue Cross and Blue Shield Association; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa)* | *Co-Coordinating Counsel for Defendants* |
| | John Martin |
| | Lucile H. Cohen |
| | NELSON MULLINS RILEY & |

3

Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
Erica B. Zolner
Casey R. Fronk
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
jzeiger@kirkland.com
ezolner@kirkland.com
cfronk@kirkland.com

Kimberly R. West (Liaison Counsel)
Mark H. Hogewood
WALLACE JORDAN RATLIFF &
BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
PO Box 530910
Birmingham, AL 35253
Telephone: (205) 870-0555
Facsimile: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark Blue Cross Blue Shield Delaware Inc.; Blue Cross of Northeastern Pennsylvania*

Jonathan M. Redgrave
Victoria A. Redgrave
Redgrave, LLP

SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 255-9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Blue Cross and Blue Shield of North Carolina, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); Blue Cross and Blue Shield of Massachusetts, Inc.; BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*

James L. Priester
Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Phone: 205-254-1000
Facsimile: 205-254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Pamela B. Slate
Hill Hill Carter Franco Cole & Black, PC
425 S. Perry Street

4

601 Pennsylvania Avenue, NW
Suite 900 South Building
Washington, DC 20004
Tel: (202) 681-2505
Fax: (612) 332-8915
jredgrave@redgravellp.com
vredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark Defendants*

Gwendolyn C. Payton
Lane Powell, PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
paytong@lanepowell.com

J. Bentley Owens, III
Wallace Ellis Fowler Head & Justice
P. O. Box 587
Columbiana, AL 35051-0587
Tel: 205-669-6783
Fax: 205-669-4932
bowens@wefhlaw.com

*Counsel for Premera Blue Cross d/b/a Premera Blue Cross Blue Shield of Alaska; Premera Blue Cross of Washington*

Andy P. Campbell
Stephen D. Wadsworth
A. Todd Campbell
Yawanna N. McDonald
Campbell, Guin, Williams, Guy & Gidiere, LLC
505 North 20th Street, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
Fax: (205) 224-8622
andrew.campbell@campbellguin.com
stephen.wadsworth@campbellguin.com
todd.campbell@campbellguin.com
yawanna.mcdonald@campbellguin.com

Montgomery, AL 36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*Counsel for Blue Cross Blue Shield of Alabama*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1775 Wittington Place, Suite 200, LB 25
Dallas, Texas 75234
Tel: 214.987.1745
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel: 251.405.1300
hjk@ajlaw.com

*Counsel for Carefirst, Inc.; Carefirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.*

M. Patrick McDowell
R. David Kaufman,
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, MS 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
dkaufman@brunini.com
pmcdowell@brunini.com

Cheri D. Green,
Blue Cross Blue Shield of Mississippi
P. O. Box 1043
Jackson, Mississippi 39215-1043
Tel: (6012) 932-3704
cgreen@brunini.com

5

D. Bruce Hoffman
Todd M. Stenerson
Hunton & Williams LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 419-2184
Fax: (202) 778-7436
bhoffman@hunton.com
tstenerson@hunton.com

Alan N. Harris
Jason R. Gourley
Sarah L. Cylkowski
Bodman PLC
201 South Division Street, Suite 400
Ann Arbor, MI 48104
Tel: (734) 930-0236
Fax: (734) 930-2494
aharris@bodmanlaw.com
jgourley@bodmanlaw.com
scylkowski@bodmanlaw.com

*Counsel for Blue Cross and Blue Shield of Michigan*

John Briggs
Rachel Adcox
AXINN, VELTROP & HARKRIDER, LLP
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
jbriggs@axinn.com
radcox@axinn.com

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, Alabama 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

John Martin
Lucile H. Cohen
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 255-9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com

*Counsel for Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company*

Rafael Escalera Rodríguez
Sylmarie Arizmendi
Gustavo Pabon
REICHARD & ESCALERA
P.O. Box 364148
San Juan, PR 00936-4148
Tel.: (787) 777-8888
Fax; (787) 765-4225
escalera@reichardescalera.com
arizmendis@reichardescalera.com
pabong@reichardescalera.com

*Counsel for Triple-S Salud, Inc.*

Edward S. Bloomberg, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, New York 14203
(716) 847-7096
(fax) 716-852-6100
ebloomberg@phillipslytle.com

D. Keith Andress, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
420 North 20th Street
1400 Wells Fargo Tower
Birmingham, AL 35203
(205) 250-8367
(fax) 205-488-3767
kandress@bakerdonelson.com

*Counsel for Independence Blue Cross*

Kathleen Taylor Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0716
Fax: (205) 380-9116
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

*Counsel for Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska; Blue Cross Blue Shield of Arizona; Blue Cross Blue Shield of North Dakota; Blue Cross Blue Shield of Wyoming; HealthNow New York Inc.; BlueShield of Northeastern New York; BlueCross BlueShield of Western New York*

Christine Varney
Karin DeMasi
Evan Chesler
Margot Miller
CRAVATH SWAINE & MOORE
825 8th Avenue
New York, NY 10019
Tel: (292) 474-1000

*Counsel for Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, incorrectly sued as Excellus BlueCross BlueShield of New York*

Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
415-984-9847
(fax) 415-434-4507
mnaranjo@foley.com

Alan D. Rutenberg
Benjamin R. Dryden
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Tel: 202-672-5300
Fax: 202-672-5399
arutenberg@foley.com
bdryden@foley.com

*Counsel for USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield*

Charles L. Sweeris
Law Department
BLUE SHIELD OF CALIFORNIA
50 Beale Street
San Francisco, CA 94105
415-229-5107
(fax) 415-229-5343
charles.sweeris@blueshieldca.com

*Counsel for California Physicians' Service d/b/a Blue Shield of California*

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Mary G. Menge
SPOTSWOOD SANSOM & SANSBURY LLC
One Federal Place

7

cvarney@cravath.com
kdemasi@cravath.com
echesler@cravath.com
mamiller@cravath.com


Robert R. Riley, Jr.
RILEY & JACKSON PC
3530 Independence Drive
Birmingham, AL 35209
Tel: (205) 879-5000
Fax: (205) 87905901
rob@rileyjacksonlaw.com

*Counsel for Blue Cross and Blue Shield of Tennessee, Inc.*

1819 Fifth Avenue North, Suite 1050
Birmingham, Alabama 35203
TEL: (205) 986-3620
FAX: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
mmenge@spotswoodllc.com

*Counsel for Capital BlueCross*

**CERTIFICATE OF SERVICE**

    I certify that on May 15, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              /s/ Craig A. Hoover
                                              Craig A. Hoover