**EXHIBIT INDEX**

**BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' SECTION 1, PER SE, AND QUICK LOOK CLAIMS**

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 001 | 10/00/1947 | L. Reed, U.S. Public Health Service Report: Blue Cross and Medical Service Plans |
| 002 | 1997 | R. M. Cunningham Jr. and R. Cunningham III, The Blues: A History of the Blue Cross and Blue Shield System |
| 003 | 01/00/1940 | R. Rorem, Non-Profit Hospital Service Plans |
| 004 | 06/30/2017 | Deposition Transcript of BCBSA 30(b)(6) Corporate Representative R. Wilson<br>*Unredacted Version Filed Under Seal* |
| 005 | N/A | History of the Blue Cross and Blue Shield System |
| 006 | 11/02/1937 | Letter from R.F. Cahalane to R. Rorem |
| 007 | 05/01/1941 | Hospital Service Corporation of Alabama, Exemplar Blue Cross Mark Use |
| 008 | 04/12/2017 | Deposition Transcript of BCBSA 30(b)(6) Corporate Representative M. Rotunno |
| 009 | 01/00/1938 | Committee on Hospital Service, American Hospital Association, Standards For Non-Profit Hospital Care Insurance Plans |
| 010 | 09/00/1946 | American Hospital Association, Blue Cross Approval Program |
| 011 | 06/16/2017 | Deposition Transcript of BCBSA 30(b)(6) Corporate Representative S. Putziger |
| 012 | 06/00/1939 | Standards For Non-Profit Hospital Service Plans, Established by The Commission on Hospital Service, American Hospital Association |
| 013 | 1950 | Blue Shield Medical Care Plans, Constitution and By-Laws, Membership Standards |
| 014 | 09/02/1992 | Key Issues Inter-Plan Operations Committee<br>*Filed Under Seal* |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 015 | 04/00/1979 | 1979 FTC Report, Medical Participation In Control Of Blue Shield And Certain Other Open-Panel Medical Prepayment Plans, Staff Report to the Federal Trade Commission and Proposed Trade Regulation Rule |
| 016 | 04/12/2017 | BCBSA 30(b)(6) Corporate Representative M. Rotunno Dep., Exhibit 2-A |
| 017 | 05/05/1945 | L. Reed & H. Vaughn Jr., The Coordination of Medical and Blue Cross Plans |
| 018 | 05/28/1956 | Blue Cross Association |
| 019 | 2015 | C,F, Chapin, Ensuring America's Health, The Public Creation of the Corporate Health Care System |
| 020 | 08/19/1947 | Trademark Application: 71/531,753  Registration Number: 554,817 |
| 021 | 09/24/1947 | Principal Register, Service Mark Registration No. 554,818 |
| 022 | 09/30/1947 | Trademark Application: 71/536,214  Registration Number: 554,488 |
| 023 | 02/13/1948 | Trademark Application: 71//549,601  Registration Number: 554,492 |
| 024 | 12/12/2012 | Trademark Application: 71/616,543  Registration Number: 562,430 |
| 025 | 07/21/1954 | Trademark Application: 71/670,326 |
| 026 | 10/06/1952 | Trademark Application: 71/636,199  Registration Number: 591,778 |
| 027 | 12/15/1949 | Trademark Application: 71/589,371  Registration Number: 557,037 |
| 028 | 11/13/1950 | Trademark Application: 71/606,403  Registration Number: 557,040 |
| 029 | 12/01/1952 | Agreement Relating To The Collective Service Mark "Blue Shield" |
| 030 | 09/20/1948 | Blue Cross Commission, Meeting Minutes |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 031 | 03/01/1954 | Agreement Between American Hospital Association and Blue Cross Plan |
| 032 | 07/03/2017 | Report Of Professor Kevin M. Murphy Related To Standard Of Review<br>*Unredacted Version Filed Under Seal* |
| 033 | 05/17/1989 | P. Jordan Letter to Inter-Plan Operations Committee re IPOC Meeting & Tab 3<br>*Filed Under Seal* |
| 034 | 08/00/1983 | Models For National Account Delivery Systems<br>*Filed Under Seal* |
| 035 | 08/31/1982 | M.E. Sellers Memorandum re Meeting of Task Force on Inter-Plan Programs & Reciprocity Attachment |
| 036 | 05/25/2017 | J. Voss 30(b)(1) Deposition Transcript |
| 037 | 04/18/1983 | M.E. Sellers Memorandum to B. Guiliani, et al. re Inter Plan Operations Work Group Washington Meeting & Enclosure #2<br>*Filed Under Seal* |
| 038 | 11/11/1982 | E. Werner, "Long-Term Business Strategy" Presentation<br>*Filed Under Seal* |
| 039 | 04/13/1994 | GAO Report re Blue Cross and Blue Shield, Experiences of Weak Plans Underscore the Role of Effective State Oversight |
| 040 | 07/15/1975 | Committee on Role and Structure, Blue Cross Association, Final Report |
| 041 | 01/31/1990 | Summary of Assembly of Plans' Recommendations on Service Marks and Exclusive Service Areas<br>*Filed Under Seal* |
| 042 | 09/14/1982 | Long-Term Business Strategy, A Program Of Change For Growth 1983-1990<br>*Filed Under Seal* |
| 043 | 02/20/1987 | White Paper On The Blue Cross And Blue Shield Assembly Of Plans<br>*Filed Under Seal* |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 044 | 01/01/1991 | Blue Cross License Agreement<br>*Filed Under Seal* |
| 045 | 01/01/1991 | Blue Shield License Agreement<br>*Filed Under Seal* |
| 046 | 00/00/1991 | Inter-Plan Operations Committee Report |
| 047 | 02/20/1992 – 02/21/1992 | Minutes, Board of Directors Blue Cross and Blue Shield Association<br>*Filed Under Seal* |
| 048 | 02/19/1992 | Inter-Plan Operations Committee Memorandum re Out-Of-Area Program Policies<br>*Filed Under Seal* |
| 049 | 04/28/1994 – 04/29/1994 | Minutes, Board of Directors Blue Cross And Blue Shield Association<br>*Filed Under Seal* |
| 050 | 11/18/2016 | Excerpts from Guidelines to Administer Membership Standards Applicable to Regular Members<br>*Filed Under Seal* |
| 051 | 09/03/1996 | Issues and Proposals Relating to Changes in Plan Control: Final Amended Report to the Members of the Board of the Blue Cross and Blue Shield Association<br>*Filed Under Seal* |
| 052 | 09/19/1996 | Minutes, Member Plan Meeting Blue Cross Blue Shield Association<br>*Filed Under Seal* |
| 053 | 02/24/2004 | R. McCaskey, et al. Letter to S. Serota<br>*Filed Under Seal* |
| 054 | 05/24/2001 | National Best Efforts Action Requested by Plan Performance and Financial Standards Committee: Memorandum<br>*Filed Under Seal* |
| 055 | 05/18/2005 | Special Study Committee Memorandum to Members, BCBSA Board of Directors re Final Recommendations<br>*Filed Under Seal* |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 056 | 06/20/1993 | Description of Inter-Plan Programs Relating to Out-of-Area Claims Processing<br>*Filed Under Seal* |
| 057 | 06/30/1972 | Ownership Agreement, Service Mark and Trademark "Blue Cross" Between American Hospital Association and Blue Cross Association |
| 058 | 12/31/2001 | Plan, Subsidiary and Affiliate Summary Data<br>*Filed Under Seal* |
| 059 | 00/00/2003 | Plan, Subsidiary and Affiliate Report<br>*Filed Under Seal* |
| 060 | 05/01/2013 | Plan, Subsidiary and Affiliate Report<br>*Filed Under Seal* |
| 061 | 12/31/2015 | Plan, Subsidiary and Affiliate Report<br>*Filed Under Seal* |
| 062 | 09/09/2009 | BlueCross BlueShield of Alabama Media Response |
| 063 | 10/01/2012 | DRAFT Harvard Business School - Excerpts from Transcript of Global Health Care Conference |
| 064 | 09/00/2013 | Governing The Blues: A Handbook for the BCBSA Board of Directors<br>*Filed Under Seal* |
| 065 | 00/00/2011 | National Account Market Assessment |
| 066 | N/A | Blue Networks / Blue Card Key Messages |
| 067 | 09/30/2003 | Presentation to the Department of Justice, Antitrust Division (Confidential Response to CID No. 22086)<br>*Filed Under Seal* |
| 068 | 11/02/1995 | Emerging Issues Committee Memorandum to Members, Board of Directors re Summary of Exclusive Service Areas Review |
| 069 | 06/02/2017 | C. Rolfe 30(b)(1) Deposition Transcript |
| 070 | 12/08/2016 | C. Rogan, Samford University 30(b)(6) Deposition Transcript<br>*Filed Under Seal* |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 071 | 04/30/1999 | V. Wall Memorandum to J. Otto re Blue Competition Research Summary |
| 072 | 03/00/2008 | Idaho Brand Confusion Study Regence, Business Intelligence<br>*Filed Under Seal* |
| 073 | 10/20/1998 | BCC / BSC Brand Confusion Study DRAFT |
| 074 | 06/28/2004 | Presentation re Market Share: BCBSA vs. Competitors |
| 075 | 02/13/2014 | Arit John, *Insurers Are Avoiding Poor Rural Counties, Leading to Higher Obamacare Premiums*, The Atlantic |
| 076 | 12/03/2013 | Presentation re Blue System Overview |
| 077 | 06/13/1985 | Plan-Net Board of Managers Meeting Key Issues and Minutes |
| 078 | 00/00/1986 | Annual Report to the Plans, A Maturing Enterprise: The Capacity to Win |
| 079 | 08/22/1989 | F. Friedman, The Business Case For ITS<br>*Filed Under Seal* |
| 080 | 07/00/2013 | Presentation re 2013 Inter-Plan Programs Committee Orientation |
| 081 | 04/25/2017 | M. Latham Dollar General 30(b)(6) Deposition Transcript |
| 082 | 03/20/2013 | BCBSA Strategic Plan 2013-2016: "Strong Blue Plans, Strong Blue Brands"<br>*Filed Under Seal* |
| 083 | 12/05/2012 | Blue Distinction® Total Care Program Overview |
| 084 | 2009 | Blue365 Business Plan |
| 085 | 03/27/2017 | B. Jacome CB Roofing LLC 30(b)(6) Deposition Transcript |
| 086 | 12/31/2011 | Presentation re Hewitt Discount Benchmarking Analysis<br>*Filed Under Seal* |
| 087 | 04/26/2011 | Presentation re Blue Cross and Blue Shield Provider Improvement Initiatives |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 088 | 05/05/2017 | J. Ackerson Named Plaintiff 30(b)(1) Deposition Transcript *Filed Under Seal* |
| 089 | 11/00/2011 | BlueCard® Customer Satisfaction Survey, Provider Office Staff Survey Results, 2011 Wave II Report Blue Cross and Blue Shield of Alabama |
| 090 | 07/20/2011 | Presentation re Mid-Year Update |
| 091 | 06/00/2011 | BlueCard® Customer Satisfaction Survey, Provider Office Staff Survey Results, 2011 Wave I Report Blue Cross and Blue Shield of Alabama Inter-Plan Programs |
| 092 | 04/10/2017 | C. Clark Named Plaintiff 30(b)(1) Deposition Transcript *Filed Under Seal* |
| 093 | 05/03/2017 | B. Eisemann Crenshaw Community Hospital 30(b)(6) Deposition Transcript *Filed Under Seal* |
| 094 | 05/17/2017 | K. Wright Neurological Surgery Associates 30(b)(6) Deposition Testimony |
| 095 | 03/27/2013 | Excerpts from The Brand Book: The Brand Regulations and Implementation Guides *Filed Under Seal* |
| 096 | 10/04/2013 | Presentation re Blue Networks / BlueCard |
| 097 | 11/05/2009 | L. Abercrombie Email to J. Lassiter re BCBS Plan Design *Filed Under Seal* |
| 098 | 02/20/2014 | 2013 National Account Decision Maker Survey |
| 099 | 07/17/2013 | Elevate Brand Reputation: State of the Brands |
| 100 | 03/28/2017 | R. Sadler Sadler Electric 30(b)(6) Deposition Transcript |
| 101 | 2014 | Brand Strength Measure Survey |
| 102 | 02/16/2012 | Presentation re Brand Strength Measure Survey |
| 103 | 02/00/2012 | 2011 Small Group Survey |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 104 | 12/16/2016 | R. Roshek Sister Schubert 30(b)(6) Deposition Transcript<br>*Filed Under Seal* |
| 105 | 12/15/2016 | P. Groux Perdido Beach Resort 30(b)(6) Deposition Transcript |
| 106 | 03/07/2017 | J. Lassiter Pearce, Beville, Leesburg, Moore, P.C. 30(b)(6) Deposition Transcript |
| 107 | 02/01/2015-01/31/2016 | BlueCross BlueShield of Alabama Medical Cost Report Package for Pearce, Beville<br>*Filed Under Seal* |
| 108 | 04/18/1985 | J. Rankin Letter to W. Hudgins (DOJ) re CID No. 6485 |
| 109 | 03/09/2004 | DOJ Antitrust Division Statement on the Closing of its Investigation of Anthem, Inc.'s Acquisition of Wellpoint Health Networks, Inc. |
| 110 | 03/31/2003 | BCBSA Response to Interrogatory No. 2 of CID No. 22086<br>*Filed Under Seal* |
| 111 | 06/16/2011 | Presentation re Best Efforts Primer |
| 112 | 06/16/2005 | Board of Directors Minutes - Meeting of June 16, 2005<br>*Filed Under Seal* |
| 113 | 04/22/1946 | Blue Cross Commission, The United States Senate Hears The Blue Cross Story: Informed Testimony Presented to the Committee on Education and Labor |
| 114 | 01/26/1971, 01/27/1971 and 01/28/1971 | United States Congress, Hearings before the Subcommittee on Antitrust and Monopoly of the Committee on the Judiciary |
| 115 | 04/08/1986 | Memorandum Opinion re *Grp. Hosp.& Med. Servs., Inc. v. Blue Cross & Blue Shield of Va.* |
| 116 | 08/21/2008 | Transcript of Motion Hearing re *Powderly v. Blue Cross & Blue Shield of N.C.* |
| 117 | 06/28/2017 | R. Cullen 30(b)(1) Deposition Transcript |
| 118 | 06/30/1972 | BCA License Agreement |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 119 | 06/19/2014 | Articles of Incorporation and Bylaws for Blue Cross and Blue Shield Association<br>*Filed Under Seal* |
| 120 | N/A | Timeline, BCBSA 30(b)(6) Corporate Representative R. Wilson Dep. Ex. 001 |
| 121 | 05/19/2017 | G. Verdon BCBSA 30(b)(1) Deposition Transcript |
| 122 | 09/00/2013 | Excerpts from 2013 Inter-Plan Programs Policies and Provisions<br>*Filed Under Seal* |
| 123 | 02/01/2013 – 01/31/2014 | BlueCross BlueShield of Alabama Medical Cost Report Package for Pearce, Beville<br>*Filed Under Seal* |
| 124 | 02/01/2012 – 01/31/2013 | BlueCross BlueShield of Alabama Medical Cost Report Package for Pearce, Beville<br>*Filed Under Seal* |
| 125 | 02/01/2014 – 01/31/2015 | BlueCross BlueShield of Alabama Medical Cost Report Package for Pearce, Beville<br>*Filed Under Seal* |
| 126 | 06/14/2012 | *Washington v. NFL*, No. 11-CV-03354, Tr. of Proceedings, Doc. 25 |
| 127 | N/A | Blue Cross Blue Shield Association Website, *The Blue Cross Blue Shield System* |