# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | ) <br> ) **Master File** <br> ) **No. 2:13-CV-20000-RDP** <br> ) <br> ) This document relates to all cases. <br> ) |

**BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' SECTION 1, PER SE, AND QUICK LOOK CLAIMS**

**EXHIBITS 14, 33, 34, 37, 38, 41-45, 47-56, 58-61, 64, 67, 70, 72, 79, 82, 86, 88, 92, 93, 95, 97, 104, 107, 110, 112, 119, 122-125 FILED UNDER SEAL**