Case 2:13-cv-20000-RDP   Document 1600-1   Filed 10/05/17   Page 1 of 1
Case MDL No. 2406   Document 393   Filed 10/04/17   Page 3 of 3

FILED
2017 Oct-05 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION                                              MDL No. 2406

## SCHEDULE A

<u>Southern District of Iowa</u>

CHICOINE, ET AL. v. WELLMARK, INC., ET AL., C.A. No. 4:17-210

<u>Western District of Louisiana</u>

OPELOUSAS GENERAL HOSPITAL AUTHORITY v. LOUISIANA HEALTH
SERVICE & INDEMNITY CO., ET AL., C.A. No. 6:17-818