IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | Case No. 2:13-cv-20000-RDP |
| ANTITRUST LITIGATION | ) | (All Related Cases) |
| (MDL No. 2406) | ) | |

## **ORDER**

Per the discussions of the Weekly Telephone Conference held on November 9, 2017, the court will construe Subscriber Plaintiffs' Status Report on Outstanding Structured Data (doc. 1669) as it relates to United and Viva. A response is due no later than November 21, 2017. A reply, if any, is due no later than November 28, 2017. The court will hear argument regarding the issue on November 30, 2017, at 1:00 P.M. in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama, before the undersigned, as set by the Order dated November 6, 2017 (doc. 1674).

The Subscriber Plaintiffs are ORDERED to serve a copy of Subscriber Plaintiffs' Status Report on Outstanding Structured Data (doc. 1669) on United and Viva. The Clerk is DIRECTED to serve a copy of this Order at the following addresses:

UnitedHealth Group Incorporated

   William P. Gray, Jr.
   Gray and Associates, LLC
   3800 Colonnade Parkway, Suite 350
   Birmingham, AL 35243
   WPG@grayattorneys.com

   Mark J. Botti
   Iain R. McPhie
   Squire Patton Boggs (US) LLP
   2550 M Street NW
   Washington, DC 20037
   mark.botti@squirepb.com
   iain.mcphie@squirepb.com

Viva Health, Inc.

   Brad Rollow, Registered Agent
   1222 14th Ave. South
   Birmingham, AL 35205-5336

   Jay M. Ezelle
   Starnes Davis Florie, LLP
   P.O. Box 598512
   Birmingham, AL 35259-8512
   jezelle@starneslaw.com

   **DONE** and **ORDERED** on November 9, 2017.

   _____
   T. MICHAEL PUTNAM
   UNITED STATES MAGISTRATE JUDGE