IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BLUE CROSS BLUE SHIELD ) | Case No. 2:13-cv-20000-RDP |
| ANTITRUST LITIGATION ) | (All Related Cases) |
| (MDL No. 2406) ) | |

## JOINT PROTECTIVE ORDER

Non-party Peter Kilmartin moved this Court for entry of a Protective Order for the purpose of limiting the burden of discovery on Mr. Kilmartin as a non-party to this action. (Doc. 1811). The parties to this case do not oppose the motion and have agreed to entry of the terms listed below. Having reviewed the motion and the stipulation of the Parties, the court finds a Protective Order is appropriate to preserve the confidentiality of sensitive, confidential, proprietary, and/or protected information, including protected health information. The court further finds that a Protective Order is necessary to protect the integrity of this information and to protect the rights of the parties and others not parties to this proceeding.

Therefore, the Motion (doc. 1811) is **GRANTED**, and it is hereby **ORDERED** that:

1. The previously-transcribed deposition of Mr. Kilmartin (excluding exhibits) in *United States of America, et al., v. Anthem, Inc., et al.*, No. 1:16-cv-

01493-ABJ (D.D.C.), which was taken on October 20, 2016, and provided to the parties in partially-redacted form on November 22, 2017, may be used in that form as if it were taken in this action in accordance with Federal Rule of Civil Procedure 32.

2. Mr. Kilmartin may designate with any level of confidentiality any document, thing, portion of the transcript, or information in accordance with the Qualified Protective Order, Doc. 550, which governs this case. The Qualified Protective Order shall apply with all force to this order concerning only Mr. Kilmartin.

3. In the event that any additional party is added to this action, each additional party shall be governed by this Order.

**DONE** and **ORDERED** on December 4, 2017.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE