IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | ) ) ) ) ) ) Master File No. 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

**NON-BCBS-AL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS AGAINST BCBS-AL FOR VIOLATION OF DISCOVERY ORDER 76**

Plaintiffs' sanctions motion seeks an extraordinary remedy: a finding that BCBS-AL waived privilege over every single document on its privilege log. As a threshold matter, the Court should deny this motion for the reasons set forth in BCBS-AL's opposition brief. In addition, the non-BCBS-AL defendants also respond to emphasize an additional and independent basis for denial—BCBS-AL's privilege log lists documents over which defendants in addition to BCBS-AL hold the privilege. Plaintiffs' attempt to effect a waiver of these defendants' privilege is contrary to law and prejudices these defendants' ability to defend this case.

First, BCBS-AL as a matter of law cannot waive privilege as to the significant number of documents on its privilege log where the privilege is shared by multiple defendants under the common interest doctrine. Indeed, "the case law is clear that one party … cannot unilaterally waive the privilege for other holders." *United States v. Gonzalez*, 669 F.3d 974, 982 (9th Cir. 2012); *see also United States v. BDO Seidman, LLP*, 492 F.3d 806, 817 (7th Cir. 2007) (holding that the "privileged status of communications falling within the common interest doctrine cannot be waived without the consent of all of the parties"). This Court and its privilege Special Master have found numerous instances of common interest between BCBSA and the Plans. *See, e.g.*, Doc. 1935 at 5-7, 9, 14-16, 22 (BCBS-AL Report & Recommendation upholding privilege on nine documents that include communications between BCBS-AL, BCBSA, and/or the Plans on

1

common interest grounds); Doc. 1917 at 9 (finding document prepared during the course of *Thomas* litigation privileged and subject to common interest); Doc. 2014 at 11 (noting common interest among BCBSA and Plans in analyzing license agreement "within the contours of the law"); Doc. 1485 at 11 (finding common interest applicable to antitrust compliance document prepared by jointly retained outside counsel); Doc. 1884 at 14, 17, 33, 35-36 (upholding privilege of certain communications among Blue Plans through the Legal Department Cooperative).

BCBS-AL's privilege log lists numerous privileged documents shared among the defendants pursuant to a common interest. For example:

| Common Interest Protected Material | Exemplar Entries from BCBS-AL Privilege Log |
|---|---|
| **MDL Litigation Analysis** | ▪ Document 7208694 entitled "In re BCBS Antitrust Litigation - Joint Defense Meeting - 2-12-2013.pdf"<br>▪ Document 6808666 entitled "FW: In re BCBS Antitrust Litigation: Draft dismissal outlines"<br>▪ Document 7901542 entitled "DRAFT - Brief Joining MDL Transfer and Coordination Motion - 9-21-2012" |
| **MDL Mediation Material** | ▪ Document 580004396 entitled "In re BCBS Antitrust Litigation - 2015 10 28 Defendants' Mediation Update"<br>▪ Document 580004398 entitled "10-26-2 PM Draft Mediation Statement Update"<br>▪ Document 580004747 entitled "2016 02 18 Draft Term Sheet" |
| **Prior Litigation Materials** | ▪ Document 3401370 entitled "Thomas - Settlement Agreement June 6 draft redlined against September 19 draft (2)"<br>▪ Document 4810821 entitled "BCBSA-Thomas-Brief in PDF" |
| **Joint Retention Materials** | ▪ Document 5100985 entitled "Memo - HIPAA and State Privacy Laws Regarding Sharing of PHI Between Control and Par Plans" prepared by outside counsel Miller & Chevalier during the course of joint retention |

| Common Interest Protected Material | Exemplar Entries from BCBS-AL Privilege Log |
|---|---|
| | - Document 7208653 entitled "Final Memorandum on EHB, Actuarial Value, and Accreditation" prepared by outside counsel Miller & Chevalier during course of joint retention analyzing certain aspects of the Patient Protection and Affordable Care Act |

None of the defendants have waived privilege over these and other documents they shared pursuant to their common interest. Plaintiffs' attempt to obtain these documents based on a purported waiver by BCBS-AL should be rejected.

Second, the draconian result of wholesale waiver that plaintiffs seek would unquestionably cause undue prejudice to all defendants. A finding of waiver could lead to the production of not only material protected by common interest, but also thousands of internal BCBS-AL communications that would prejudice the other defendants' ability to defend the case brought against them. For example, a waiver finding likely would result in the production of internal BCBS-AL communications regarding this MDL and defendants' mediation efforts and internal legal analysis of the BCBSA license agreements and rules that plaintiffs challenge.

Contrary to plaintiffs' bold assertion that their requested relief—a finding of wholesale waiver—"is typical," courts are reluctant to find waiver because "waiver of privilege is the most extreme sanction that a court can impose." *Jones v. Am. Gen. Life & Accident Ins. Co.*, 2002 WL 32073037, at *6 (S.D. Ga. Dec. 4, 2002) (citation omitted); *see also Henderson v. Holiday CVS, L.L.C.*, 2010 WL 11505169, at *1 (S.D. Fla. Sept. 24, 2010) (explaining that waiver is "an extreme sanction, too harsh under the circumstances"); *Sajda v. Brewton*, 265 F.R.D. 334, 338-39 (N.D. Ind. 2009) ("Even where a privilege log is inadequate, the sanction of waiver for all purportedly privileged documents is severe. Such sanctions are disfavored absent bad faith, willfulness, or fault.") (citation omitted); *United States v. British Am. Tobacco (Invs.) Ltd.*, 387 F.3d 884, 891

(D.C. Cir. 2004) ("As the federal rules, case law and commentators suggest, waiver of privilege is a serious sanction….") (citation omitted). Indeed, even cases plaintiffs cite in support of their request confirm that a finding of waiver is harsh and disfavored. *See United States v. Louisiana*, 2015 WL 4619561, at *6 (M.D. La. July 31, 2015) ("[W]aiver is the most extreme sanction that a court can impose....") (quotation marks omitted); *Williams v. Taser Int'l, Inc.*, 274 F.R.D. 694, 698 (N.D. Ga. 2008) ("Waiver of privilege is the most extreme sanction that a court can impose....") (quotation marks omitted). The Court should be particularly wary of finding waiver here, where the privilege of other defendants is implicated, and the production of all privileged documents would adversely impact their ability to defend this litigation.

## CONCLUSION

For the foregoing reasons, and those set forth in BCBS-AL's opposition brief, plaintiffs' motion for the extraordinary remedy of wholesale waiver of privilege over documents on BCBS-AL's privilege log should be denied.

Dated: April 27, 2018

Respectfully submitted,

/s/ David J. Zott
David J. Zott, P.C.
Daniel E. Laytin, P.C.
Sarah J. Donnell
Christa C. Cottrell
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com
sarah.donnell@kirkland.com
christa.cottrell@kirkland.com
zachary.holmstead.kirkland.com

<div style="column-count:2">

*Counsel for Defendant*
*Blue Cross Blue Shield Association*

E. Desmond Hogan
Craig A. Hoover
J. Robert Robertson
Justin W. Bernick
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
desmond.hogan@hoganlovells.com
craig.hoover@hoganlovells.com
robby.robertson@hoganlovells.com
justin.bernick@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, 9th Floor
McLean, VA 22102
Tel: (703) 610-6100
Fax: (703) 610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Co-Coordinating Counsel for the Defendants*

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

John Martin
Lucile H. Cohen
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com

David J. Zott, P.C.
Daniel E. Laytin, P.C.
Sarah J. Donnell
Christa C. Cottrell
Zachary Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com
sarah.donnell@kirkland.com
christa.cottrell@kirkland.com
zachary.holmstead@kirkland.com

*Co-Coordinating Counsel for the Defendants*

Kimberly R. West *(Liaison Counsel)*
Mark M. Hogewood
WALLACE JORDAN RATLIFF &
BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Defendants' Liaison Counsel*

*With Kirkland & Ellis LLP, counsel for Defendant Blue Cross Blue Shield Association*

Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
Erica B. Zolner
Casey R. Fronk
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
jzeiger@kirkland.com
ezolner@kirkland.com

</div>

lucie.cohen@nelsonmullins.com

*With Hogan Lovells, counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Blue Cross and Blue Shield of North Carolina, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); Blue Cross and Blue Shield of Massachusetts, Inc.; BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

J. Bentley Owens, III
ELLIS, HEAD, OWENS & JUSTICE
113 North Main Street
Columbiana, AL 35051-0587
Tel: (205) 669-6783
Fax: (205) 669-4932
bowens@wefhlaw.com

*Counsel for Defendants Premera Blue Cross d/b/a Premera Blue Cross Blue Shield of Alaska; Premera Blue Cross of Washington*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX 75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP

cfronk@kirkland.com

Kimberly R. West (*Liaison Counsel*)
Mark M. Hogewood
WALLACE JORDAN RATLIFF & BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark Blue Cross Blue Shield Delaware Inc.; California Physicians' Service d/b/a Blue Shield of California*

Jonathan M. Redgrave
Victoria A. Redgrave
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com
vredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark Defendants*

Charles L. Sweeris
Law Department
BLUE SHIELD OF CALIFORNIA
50 Beale Street
San Francisco, CA 94105
Tel: (415) 229-5107
Fax: (415) 229-5343
charles.sweeris@blueshieldca.com

6

RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602
Tel: (251) 405-1300
Fax: (251) 432-6843
hjk@ajlaw.com

*Counsel for Defendants Carefirst, Inc.; Carefirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.*

Rafael Escalera Rodríguez
Sylmarie Arizmendi
Gustavo A. Pabón Rico
REICHARD & ESCALERA, LLC
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Tel.: (787) 777-8888
Fax: (787) 765-4225
escalera@reichardescalera.com
arizmendis@reichardescalera.com
pabong@reichardescalera.com

*Counsel for Defendant Triple-S Salud, Inc.*

R. David Kaufman
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER
& HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201
Tel: (601) 948-3101
Fax: (601) 960-6902
dkaufman@brunini.com
pmcdowell@brunini.com

John Martin
Lucile H. Cohen
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com

Cheri D. Green

*Counsel for California Physicians' Service d/b/a Blue Shield of California*

Todd Stenerson
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004-2128
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com

Sarah L. Cylkowski
Thomas J. Rheaume, Jr.
BODMAN PLC
1901 Saint Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
Tel: (313) 259-7777
Fax: (734) 930-2494
scylkowski@bodmanlaw.com
trheaume@bodmanlaw.com

Andy P. Campbell
Stephen D. Wadsworth
A. Todd Campbell
Yawanna N. McDonald
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Tel: (205) 224-0750
Fax: (205) 224-8622
andrew.campbell@campbellguin.com
stephen.wadsworth@campbellguin.com
todd.campbell@campbellguin.com
yawanna.mcdonald@campbellguin.com

*Counsel for Defendant Blue Cross and Blue Shield of Michigan*

John Briggs
Rachel Adcox
AXINN, VELTROP & HARKRIDER, LLP
950 F Street, N.W.
Washington, DC 20004
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
radcox@axinn.com

BLUE CROSS BLUE SHIELD OF MISSISSIPPI
P.O. Box 1043
Jackson, MS 39215
Tel: (601) 932-3704
cdgreen@bcbsms.com

*Counsel for Defendant Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company*

Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel: (415) 984-9847
Fax: (415) 434-4507
mnaranjo@foley.com

Alan D. Rutenberg
Benjamin R. Dryden
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Tel: (202) 672-5300
Fax: (202) 672-5399
arutenberg@foley.com
bdryden@foley.com

*Counsel for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield*

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Jess R. Nix
Mary G. Menge
Morgan B. Franz
SPOTSWOOD SANSOM & SANSBURY LLC
One Federal Place
1819 5th Avenue North, Suite 1050
Birmingham, AL 35203
Tel: (205) 986-3620
Fax: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
jnix@spotswoodllc.com
mmenge@spotswoodllc.com
mfranz@spotswoodllc.com

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5000
Fax: (205) 250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

*Counsel for Defendant Independence Blue Cross*

Edward S. Bloomberg
John G. Schmidt
Anna Mercado Clark
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Tel: (716) 847-8400
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

Stephen A. Walsh
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5000
Fax: (205) 250-5091
stephen.walsh@arlaw.com

*Counsel for Defendant Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, incorrectly sued as Excellus BlueCross BlueShield of New York*

Kathleen Taylor Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com

*Counsel for Defendant Capital BlueCross*

Christine Varney
Evan Chesler
Karin DeMasi
Lauren Kennedy
CRAVATH SWAINE & MOORE
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
cvarney@cravath.com
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com

Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
Tel: (205) 879-5000
Fax: (205) 879-5901
rob@rileyjacksonlaw.com

*Counsel for Defendant Blue Cross and Blue Shield of Tennessee, Inc.*

aross@crowell.com
mlieberman@crowell.com

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel: (205) 581-0700
Fax: (205) 581-0799
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

*Counsel for Defendants Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska; Blue Cross Blue Shield of Arizona; Blue Cross Blue Shield of North Dakota; Blue Cross Blue Shield of Wyoming; HealthNow New York Inc.; BlueShield of Northeastern New York; BlueCross BlueShield of Western New York*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com


John Martin
Lucile H. Cohen
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc.*

*(Wellmark Blue Cross and Blue Shield of Iowa; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ David J. Zott
David J. Zott, P.C.