FILED
2018 Apr-29  PM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | :  Master File 2:13-cv-20000-RDP <br> : <br> :  This document relates to all cases <br> : |

## PLAINTIFFS' OPPOSITION TO BLUE CROSS BLUE SHIELD OF ALABAMA'S MOTION FOR LEAVE TO FILE EXCESS PAGES

### I.   BACKGROUND

Unfortunately, Defendant Blue Cross and Blue Shield of Alabama ("BCBS-AL") once again has forced Plaintiffs to ask the Court to enforce the Orders in this case and the rules of fair play.  Operating under the belief that it can do as it wants without consequences, BCBS-AL, for the second time this month, has filed a brief that is far out of compliance with Discovery Order No. 1 (D.E. 483) and the Court's ordinary standing order.  Tellingly, BCBS-AL's recent motions for additional pages have not noted whether they are opposed or unopposed, as generally is required of discovery motions in the Northern District.  This is because rather than reaching out to Plaintiffs in either circumstance, BCBS-AL simply filed its overlength brief with a concurrent motion hoping for the Court's forgiveness of its disregard of the Discovery Order No. 1.  Such behavior, of course, is typical of a monopolist like BCBS-AL, which does what it wants, when it wants, and occasionally visits with its "regulator" the Department of Insurance to ask for

forgiveness after it is caught engaging in wrongdoing. BCBS-AL refuses to meet and confer except when it suits its own interests.

Earlier this April, BCBS-AL filed a 38-page response (D.E. 2068) to Plaintiffs' 10-page Motion to Modify Discovery Order No. 88 (D.E. 2036). Despite the parties' discussion regarding a briefing schedule for this Motion, BCBS-AL made no effort to raise its supposed need for additional pages with Plaintiffs.  BCBS-AL simply filed its *pro forma* Motion for Leave along with its brief.  Plaintiffs decided it was not worth their energy or the Court's to oppose the Motion, which was ultimately granted by the Court.

Now BCBS-AL has filed an even longer 45-page response[1] to a Motion for Sanctions.  Again, despite 16 days to work on its response, BCBS-AL made absolutely no effort to discuss or meet and confer with Plaintiffs regarding the length of its brief.  Instead, BCBS-AL once again simply took excess pages and filed a *pro forma* Motion with its overlength brief claiming, unconvincingly, that it tried to file a "concise" response.[2] Unfortunately, it now is clear that Plaintiffs must oppose BCBS-AL's second motion for additional pages or risk facing 50 or 60-page briefs the next time around.  The Court should strike BCBS-AL's overlength brief and order it to file a compliant brief within 24 hours of the Court's

---

[1] The other Defendants filed their own 3-page brief in response.
[2] The reality is that this brief, in conjunction with its earlier 38 page screed on its privilege process, BCBS-AL has now provided something like 83 pages of briefing to the Court on this issue.

Order. In addition, the Court should require that BCBS-AL meet and confer with Plaintiffs on any request for additional pages or time and seek leave for excess pages from the Court at least 3 days before its filing deadline.

## II.   ARGUMENT

Plaintiffs have two major objections to BCBS-AL's motion for additional pages.  First, it evidences BCBS-AL's continuing view that in this litigation, as in its business practices, that as a monopolist it can do whatever it wants without fear of consequence.  BCBS-AL's repeated last minute motions for additional pages, without any attempt to meet and confer with Plaintiffs, put the Court and Plaintiffs in the difficult position of having to decide whether it is worth the time to police the rules in each particular instance.  Plaintiffs do not object lightly. In the past (for instance in the case of D.E. 2068), Plaintiffs have declined to oppose BCBS-AL's efforts because it simply was not worth the trouble to challenge a request for an 8-page extension. Now, though, BCBS-AL is clearly emboldened and showing no effort to "submit a concise and succinct opposition in response" as it represented in its Motion. The brief itself is full of both irrelevant material, and various points that BCBS-AL has made *ad nauseum* to the Court in its recent overlength brief and oral arguments. It simply an example of lawyers making no effort to edit or streamline the information they have provided to Court, banking on the Court accepting their filing and Plaintiffs being forced to respond to it. In its motion,

BCBS-AL notes the importance of Plaintiffs' Motion for Sanctions and that it "raises significant and material Allegations" about BCBS-AL's privilege process. Unfortunately, "importance" in this case is just an excuse to file bloated and repetitive papers.  By way of comparison, in the most important briefing in the case to date, the opening brief filed by Defendants on the Standard of Review was only 2 pages longer at 47 pages (D.E. 1353-1).  BCBS-AL clearly made no effort to comply with the page limits in place or provide just the relevant argument to the Court. It simply inundated the Court with paper, repeating arguments that were made in its last overlength brief and at various other times in the litigation.

Defendants, of course, are well aware of the need and importance of the meet and confer in these instances. And generally, Plaintiffs have been able to work out issues regarding scheduling and length of briefs with the Defendants. *See* Exhibit A Email Regarding 1292(b) Response (demonstrating agreement to an alternative briefing approach just yesterday).  BCBS-AL knows this process full well. The reason it chooses not to meet and confer with Plaintiffs on these kinds of issues is clear: it knows its position is unreasonable and expect Plaintiffs to oppose it. By waiting until the last minute and going straight to the Court, it puts the Court in the unenviable situation of having to strike its overlength brief and make it re-file a compliant one.  If it had sought relief from Plaintiffs in the first instance, Plaintiffs likely would not have agreed to a 45-page brief, forcing BCBS-AL to file

a timely Motion which would have allowed the Court to rule on the Request *before* the brief was filed.  Plaintiffs' Motion for Sanction was filed on April 11th. BCBS-AL's response was not due until April 27th. At any in those 16 days, BCBS-AL could have met and conferred with Plaintiffs and filed its Motion, leaving the Court sufficient time to rule on the request before the deadline. Instead, it simply tried to jam the Plaintiffs and the Court by filing their request at the last minute.

Second, BCBS-AL is not engaging in victimless abuse of the rules.  To the contrary, it is creating significant prejudice to Plaintiffs.  The parties, at the request of the Court and the Special Master agreed to a briefing schedule.  At no point during that discussion did counsel for BCBS-AL raise the possibility that they intended to file a brief 15 pages beyond the cutoff.  In those discussions of the schedule, Plaintiffs were clear that BCBS-AL could set the date for its response to Plaintiffs' Motion. *See* Exhibit B.  However, it was BCBS-AL that vigorously opposed giving Plaintiffs until May 11 to file their reply brief. *See id.* This seemed petty at the time, but now it is clear that BCBS-AL intended to file an overlength brief requiring extra work from Plaintiffs at the last minute. Why the page limit issue wasn't raised in the context of these discussions creates real questions about whether BCBS-AL, knowing the history, intended to sandbag Plaintiffs in this process.  Now Plaintiffs have until May 8 to respond to a brief that is 1.5 times the

Court's allowed limit, and was filed after the close of business on a Friday. Plaintiffs are left to guess whether the Court will grant BCBS-AL's motion and now have to scramble to draft their own response and determine what, if any, page length relief will be required for their reply to BCBS-AL's bloated response.

Finally, these wildly overlength, belabored briefs create more work for the Court and go against the entire spirit of the discovery process engaged in this case to date—which has been to simplify and quickly provide disputes to the Magistrate for resolution. BCBS-AL is showing no self-control or focus and is using additional pages to discuss wholly extraneous material and waste the Court and Plaintiffs' time arguing irrelevant, posturing positions. The Court should put a stop to that now.

## III.   CONCLUSION

As it treats healthcare providers and subscribers, BCBS-AL has no desire to meet and confer and risk not getting exactly what it wants. Instead, it acted as it does in the marketplace and just failed to bargain with the Plaintiffs, trusting the Court would allow them forgiveness. The Court should deny BCBS-AL's request, order it to file a brief in compliance with Discovery Order No. 1 within 24 hours, order BCBS-AL to meet and confer with Plaintiffs in advance of any request for an extension of the page limits, and order BCBS-AL to file any Motion for Leave to File Excess Pages at least 3 business days before its filing is due.

Dated:        April 29, 2018                    Respectfully Submitted,

**Provider Track**                               **Subscriber Track**

*/s/ Joe R. Whatley, Jr.*                         */s/ David Boies*
Joe R. Whatley, Jr. – *Co-Lead Counsel*          David Boies – *Co-Lead Counsel*
W. Tucker Brown                                  BOIES, SCHILLER & FLEXNER LLP
Helen L. Eckinger                                333 Main Street
WHATLEY KALLAS, LLP                              Armonk, NY 10504
2001 Park Place North                            Tel: (914) 749-8200
1000 Park Place Tower                            Fax: (914) 749-8200
Birmingham, AL 35203                             dboies@bsfllp.com
Tel:  (205) 488-1200
Fax:  (800) 922-4851
jwhatley@whatleykallas.com
tbrown@whatleykallas.com
heckinger@whatleykallas.com


Edith M. Kallas – *Co-Lead Counsel*              Michael Hausfeld – *Co-Lead Counsel*
Patrick J. Sheehan                               HAUSFELD LLP
WHATLEY KALLAS, LLP                              1700 K Street NW, Suite 650
1180 Avenue of the Americas, 20th Floor          Washington, DC 20006
New York, NY 10036                               Tel: (202) 540-7200
Tel: (212) 447-7060                              Fax: (202) 540-7201
Fax: (800) 922-4851                              mhausfeld@hausfeldllp.com
ekallas@whatleykallas.com
psheehan@whatleykallas.com


Henry C. Quillen                                 Chris T. Hellums – *Local Facilitating*
WHATLEY KALLAS, LLP                              *Counsel*
159 Middle Street, Suite 2C                      PITTMAN, DUTTON & HELLUMS,
Portsmouth, NH  03801                            P.C.
Tel:  (603) 294-1591                             2001 Park Place N, 1100 Park Place
Fax:  (800) 922-4851                             Tower
hquillen@whatleykallas.com                       Birmingham, AL 35203
                                                 Tel: (205) 322-8880
                                                 Fax: (205) 328-2711
                                                 chrish@pittmandutton.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel:  (404) 607-8222
Fax:  (404) 607-8451
dwinegard@whatleykallas.com

E. Kirk Wood, Jr. – *Local Facilitating Counsel*
WOOD LAW FIRM LLC
P. O. Box 382434
Birmingham, AL 35238
Tel:  (205) 612-0243
Fax:  (205) 705-1223
ekirkwood1@bellsouth.net

*/s/ Barry A. Ragsdale*
Barry Alan Ragsdale – *Plaintiffs' Liaison Counsel and Discovery Liaison Counsel*
SIROTE & PERMUTT P.C.
P.O. Box 55727
Birmingham, AL 35255-5727
Tel: (205) 930-5114
Fax: (205) 212-2932
bragsdale@sirote.com

| **Provider Track** | **Subscriber Track** |
|---|---|
| U.W. Clemon – *Plaintiffs' Steering Committee*<br>U. W. Clemon, LLC<br>5202 Mountain Ridge Parkway<br>Birmingham, AL  35222<br>(205) 837-2898<br>clemonu@bellsouth.net | William A. Isaacson – *Settlement Committee & PSC Member*<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, DC 20015<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>wisaacson@bsfllp.com |
| J. Mark White – *Litigation Committee*<br>Augusta S. Dowd – *Chair, Litigation Committee*<br>Linda G. Flippo – *Discovery Committee*<br>WHITE ARNOLD & DOWD, P.C.<br>The Massey Building<br>2025 Third Avenue North, Suite 500<br>Birmingham, AL 35203<br>Tel:  (205) 323-1888<br>Fax:  (205) 323-8907<br>adowd@whitearnolddowd.com<br>mwhite@whitearnolddowd.com<br>lflippo@whitearnolddowd.com | Gregory Davis – *Settlement Committee & PSC Member*<br>DAVIS & TALIAFERRO, LLC<br>7031 Halcyon Park Drive<br>Montgomery, AL 36117<br>Tel: (334) 832-9080<br>Fax: (334) 409-7001<br>gldavis@knology.net |
| Aaron S. Podhurst – *Plaintiffs' Steering Committee*<br>Peter Prieto – *Chair, Expert Committee*<br>PODHURST ORSECK, P.A.<br>Suntrust International Center<br>One S.E. 3rd Avenue, Suite 2700<br>Miami, FL 33131<br>Tel:  (305) 358-2800<br>Fax:  (305) 358-2382<br>apodhurst@podhurst.com<br>pprieto@podhurst.com | Megan Jones – *Settlement Committee & PSC Member*<br>Arthur Bailey – *Discovery Committee*<br>HAUSFELD LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: (415) 744-1970<br>Fax: (415) 358-4980<br>mjones@hausfeldllp.com<br>abailey@hausfeldllp.com |

Charles Clinton Hunter
HAYES HUNTER PC
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel:  (281) 768-4731
Fax: (713) 583-7047
chunter@hayeshunterlaw.com

Kathleen Chavez – *Settlement Committee & PSC Member*
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
kcc@fmcolaw.com

Dennis Pantazis – *Plaintiffs' Steering Committee*
Brian Clark – *Discovery Committee*
WIGGINS CHILDS PANTAZIS FISHER
  GOLDFARB
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel:  (205) 314-0500
Fax:  (205) 254-1500
dgp@wcqp.com
bclark@wcqp.com

Cyril V. Smith – *Settlement Committee & PSC Member*
ZUCKERMAN SPAEDER, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel: (410) 949-1145
Fax: (410) 659-0436
csmith@zuckerman.com

Dennis C. Reich – *Chair, Damages Committee*
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel:  (713) 622-7271
Fax:  (713) 623-8724
dreich@rbfirm.net

Eric L. Cramer – *Expert Committee*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: 1-800-424-6690
Fax: (215) 875-4604
ecramer@bm.net

Nicholas B. Roth – *Chair, Discovery Committee*
Julia Smeds Roth – *Discovery Committee*
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS, LLP
402 East Moulton Street
Decatur, AL 35601
Tel:  (256) 353-6761
Fax:  (256) 353-6767
nroth@eysterkey.com
jroth@eysterkey.com

Richard A. Feinstein – *Co-Chair, Expert Committee*
Karen Dyer – *Expert Committee*
Hamish P.M. Hume – *Discovery Committee*
Kathleen Kiernan – *Written Submissions Committee*
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
tchutkan@bsfllp.com
kdyer@bsfllp.com
hhume@bsfllp.com
kkiernan@bsfllp.com

Robert J. Axelrod – *Chair, Written Submissions Committee*
AXELROD & DEAN LLP
830 Third Avenue, 5th Floor
New York, NY 10022
Tel:  (646) 448-5263
Fax:  (212) 840-8560
rjaxelrod@axelroddean.com

Patrick Cafferty – *Discovery Committee*
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
101 North Main Street, Suite 565
Ann Arbor, MI 48104
Tel: (734) 769-2144
Fax: (734) 769-1207
pcafferty@caffertyclobes.com

Van Bunch – *Chair, Class Certification Committee*
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel:  (602) 274-1100
Fax:  (602) 274-1199
vbunch@bffb.com

Bryan Clobes – *Litigation Committee*
Ellen Meriwether – *Written Submissions Committee*
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Tel: (215) 864-2800
Fax: (215) 864-2810
bclobes@caffertyclobes.com
emeriwether@caffertyclobes.com

David A. Balto – *Expert Committee*
DAVID A. BALTO LAW OFFICES
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel:  (202) 789-5424
Fax:  (202) 589-1819
david.balto@dcantitrustlaw.com

Douglas Dellaccio – *Litigation Committee*
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 32505
Tel: (205) 328-2200
Fax: (205) 324-7896
ddellaccio@cwcd.com

Peter H. Burke – *Class Certification Committee*
J. Allen Schreiber – *Litigation Committee*
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL  35243
Tel:  (205) 930-9091
Fax:  (205) 930-9054
pburke@burkeharvey.com
aschreiber@burkeharvey.com

Chris Cowan – *Damages Committee*
THE COWAN LAW FIRM
One Meadows Building
5005 Greenville Avenue, Suite 200
Dallas, TX 75206
Tel: (214) 826-1900
Fax: (214) 826-8900
chris@cowanlaw.net

Richard S. Frankowski – *Discovery Committee*
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, AL  35233
Tel:  (205) 390-0399
Fax: (205) 390-1001
richard@frankowskifirm.com

Edwin J. Kilpela, Jr.
Benjamin Sweet – *Litigation Committee*
CARLSON LYNCH LTD
115 Federal St., Suite 210
Pittsburgh, PA  15212
Tel: (412) 322-9243
Fax: (412) 231-0246
ekilpela@carlsonlynch.com
bsweet@carlsonlynch.com

John C. Davis – ***Written Submissions Committee***
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel:  (850) 222-4770
john@johndavislaw.net

Robert M. Foote – ***Damages Committee***
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
rmf@fmcolaw.com

Lynn W. Jinks, III – ***Expert Committee***
Christina D. Crow – ***Discovery Committee***
JINKS CROW & DICKSON, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel:  (334) 738-4225
Fax:  (334) 738-4229
ljinks@jinkslaw.com
ccrow@jinkslaw.com

Charles T. Caliendo – ***Class Certification Committee***
GRANT & EISENHOFER
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
ccaliendo@gelaw.com

W. Daniel Miles, III – ***Written Submissions Committee***
BEASLEY ALLEN CROW METHVIN PORTIS
  & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel:  (800) 898-2034
Fax:  (334) 954-7555
dee.miles@beasleyallen.com

Robert Eisler – ***Discovery Committee***
GRANT & EISENHOFER
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
reisler@gelaw.com

Joey K. James – *Litigation Committee*
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel:  (256) 764-0095
Fax:  (256) 767-5705
joey@bunchandjames.com

David Guin – *Chair, Written Submissions Committee*
Tammy Stokes – *Damages Committee*
GUIN, STOKES & EVANS, LLC
The Financial Center
505 20th Street North, Suite 1000
Birmingham, AL 35203
Tel: (205) 226-2282
Fax: (205) 226-2357
davidg@gseattorneys.com
tammys@gseattorneys.com

Mark K. Gray – *Discovery Committee*
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel:  (502) 805-1800
Fax:  (502) 618-4059
mgray@grayandwhitelaw.com

Daniel Gustafson – *Litigation Committee*
Daniel C. Hedlund – *Damages Committee*
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

Stephen M. Hansen – *Class Certification Committee*
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel:  (253) 302-5955
Fax:  (253) 301-1147
steve@stephenmhansenlaw.com

Brent Hazzard – *Litigation Committee*
HAZZARD LAW, LLC
447 Northpark Drive
Ridgeland, MS 39157
Tel: (601) 977-5253
Fax: (601) 977-5236
brenthazzard@yahoo.com

Harley S. Tropin – *Damages Committee*
Javier A. Lopez – *Discovery Committee*
KOZYAK TROPIN &
  THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel:  (305) 372-1800
Fax:  (305) 372-3508
hst@kttlaw.com
jal@kttlaw.com

John Saxon – *Litigation Committee*
JOHN D. SAXON, P.C.
2119 3rd Avenue North
Birmingham, AL 35203-3314
Tel: (205) 324-0223
Fax: (205) 323-1583
jsaxon@saxonattorneys.com

C. Wes Pittman – *Settlement Committee*
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue
Panama City, FL 32401
Tel:  (850) 784-9000
Fax:  (850) 763-6787
wes@pittmanfirm.com

Lawrence Jones – *Damages Committee*
JONES WARD PLC
312 South Fourth Street, Sixth Floor
Louisville, KY 40202
Tel: (502) 882-6000
larry@jonesward.com

Robert B. Roden – *Litigation Committee*
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel:  (205) 933-8383
Fax:  (205) 933-8386
rroden@shelbyroden.com

Andrew Lemmon – *Chair, Discovery Committee*
LEMMON LAW FIRM
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Tel: (504) 581-5644
Fax: (504) 581-2156
andrew@lemmonlawfirm.com

Gary E. Mason – *Class Certification Committee*
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DK 20036
Tel:  (202) 429-2290
Fax:  (202) 640-1160
gmason@wbmllp.com

Virginia Buchanan – *Chair, Class Certification Committee*
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7000
Fax: (850) 435-7020
vbuchanan@levinlaw.com

Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel:  (719) 471-1984
Fax:  (719) 577-4356
lance@searsassociates.com

Robert Methvin – ***Chair, Settlement Committee***
James M. Terrell – ***Class Certification Committee***
MCCALLUM, METHVIN & TERRELL, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Tel: (205) 939-0199
Fax: (205) 939-0399
rgm@mmlaw.net
jterrell@mmlaw.net

Michael C. Dodge – ***Expert Committee***
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel:  (972) 419-7172
mdodge@gpm-law.com

Michael McGartland – ***Class Certification Committee***
MCGARTLAND & BORCHARDT LLP
1300 South University Drive, Suite 500
Fort Worth, TX 76107
Tel: (817) 332-9300
Fax: (817) 332-9301
mike@attorneysmb.com

Michael E. Gurley, Jr. – ***Discovery Committee***
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel:  (205) 908-6512
mgurleyjr@yahoo.com

H. Lewis Gillis – ***Co-Head Chair, Litigation Committee***
MEANS GILLIS LAW, LLC
3121 Zelda Court
Montgomery, AL 36106
Tel: 1-800-626-9684
hlgillis@tmgslaw.com

Myron C. Penn – ***Discovery Committee***
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel:  (334) 738-4486
Fax:  (334) 738-4432
myronpenn28@hotmail.com

J. Preston Strom, Jr. – ***Litigation
Committee***
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel:  (803) 252-4800
Fax:  (803) 252-4801
petestrom@stromlaw.com

Thomas V. Bender – ***Discovery
Committee***
WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.
2500 City Center Square, 1100 Main
Kansas City, MO 64105
Tel:  (816) 421-6620
Fax:  (816) 421-4747
tbender@wbsvlaw.com

David J. Hodge – ***Chair, Settlement
Committee***
MORRIS, KING & HODGE
200 Pratt Avenue NE
Huntsville, AL 35801
Tel: (256) 536-0588
Fax: (256) 533-1504
lstewart@alinjurylaw.com

Dianne M. Nast – ***Class Certification
Committee***
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Patrick W. Pendley – ***Chair, Damages
Committee***
Christopher Coffin – ***State Liaison
Committee***
PENDLEY, BAUDIN & COFFIN, LLP
Post Office Drawer 71
Plaquemine, LA 70765
Tel: (225) 687-6369
pwpendley@pbclawfirm.com
ccoffin@pbclawfirm.com

Michael L. Murphy – *Discovery Committee*
BAILEY GLASSER LLP
910 17th Street, NW, Suite 800
Washington, DC  20006
Tel:  (202) 463-2101
Fax: (202) 463-2103
mmurphy@baileyglasser.com

Edgar D. Gankendorff – *Co-Head Chair, Litigation Committee*
Eric R.G. Belin – *Damages Committee*
PROVOSTY & GANKENDORFF, LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130
Tel: (504) 410-2795
Fax: (504) 410-2796
egankendorff@provostylaw.com
ebelin@provostylaw.com

Gregory S. Cusimano – *Litigation Committee*
CUSIMANO, ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL  35901
Phone: (256) 543-0400
Fax: (256) 543-0488
greg@alalawyers.net

Richard Rouco – *Written Submissions Committee*
QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP
Two North Twentieth Street
2 – 20th Street North, Suite 930
Birmingham, AL 35203
Tel: (205) 870-9989
Fax: (205) 870-9989
rrouco@qcwdr.com

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel:  (320) 289-2363
Fax:  (320) 289-2369
brian@wojtalewiczlawfirm.com

Garrett Blanchfield – *Written Submissions Committee*
REINHARDT, WENDORF & BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel: (651) 287-2100
Fax: (651) 287-2103
g.blanchfield@rwblawfirm.com

Archie C. Lamb, Jr.
ARCHIE LAMB & ASSOCIATES, LLC
301 19th Street North, Suite 585
The Kress Bldg.
Birmingham, AL 35203-3145
(205) 458-1210
alamb@archielamb.com

Paul Lundberg
LUNDBERG LAW, PLC
600 4TH Street, Suite 906
Sioux City, IA  51101
Tel:  (712) 234-3030
Fax:  (712) 234-3034
paul@lundberglawfirm.com

Jessica Dillon
Ray R. Brown
Molly Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK  99501
Tel:  (907) 277-5400
Fax:  (907) 277-9896
Jessica@dillonfindley.com
Ray@dillonfindley.com
Molly@dillonfindley.com

Jason Thompson – *Damages Committee*
SOMMERS SCHWARTZ
One Towne Square, 17th Floor
Southfield, MI 48076
Tel: (248) 355-0300
jthompson@sommerspc.com

Larry McDevitt – *Chair, Class Certification Committee*
David Wilkerson – *Discovery Committee*
VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Tel: (828) 258-2991
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Carl S. Kravitz – *Co-Chair, Expert Committee*
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Tel: (202) 778-1800
Fax: (202) 822-8106
ckravitz@zuckerman.com

James Redmond
Cynthia C. Moser
HEIDMAN LAW FIRM
1128 Historic 4th Street
P. O. Box 3086
Sioux City, IA  51101
Tel:  (712) 255-8838
Fax  (712) 258-6714
Jim.Redmond@heidmanlaw.com
Cynthia.Moser@heidmanlaw.com

Gwen Simons
Simons & Associates Law, P.A.
P.O. Box 1238
Scarborough, ME 04070-1238
Tel: (207) 205-2045
Fax: (207) 883-7225
gwen@simonsassociateslaw.com

## CERTIFICATE OF SERVICE

I certify that on April 29, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such

filing to all counsel of record.

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.