FILED
2018 Oct-11 PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT
# 1

# [FILED UNDER SEAL]