FILED

2018 Oct-11  PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | **Master File No. 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | ) | |
| **(MDL No. 2406)** | ) | This document relates to all cases. |

## ORDER

This case is set for a status conference with the Special Master on October 29, 2018 at a mutually convenient time and place. Agenda items will include: (i) case planning based on whether the Interlocutory Appeal is accepted by the Eleventh Circuit; (ii) collaboration in resolving any remaining Privilege Log (documents) issues; and (iii) if, when, and how discovery may be supplemented. If the parties wish to address additional items, they shall inform the Special Master within a week prior to the status conference.

**DONE** and **ORDERED** this October 11, 2018.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE