FILED
2018 Oct-16 PM 04:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | Case No. 2:13-cv-20000-RDP |
| ANTITRUST LITIGATION | ) | (All Related Cases) |
| (MDL No. 2406) | ) | |

**ORDER**

Per the request of the parties, a hearing on Documents 2036 and 2038 is set for November 15, 2018, at 1:00 P.M. in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama. Court reporter to be present. Plaintiffs' supporting briefs are due no later than October 29, 2018, at 3:00 P.M. BCBS-AL's responsive brief is due no later than November 13, 2018 at 3:00 P.M.

The Discovery Conference previously set by Document 2287 for October 25, 2018, at 1:00 P.M. in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama, is CANCELLED.

**DONE** and **ORDERED** on October 16, 2018.

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE