# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD  } | Master File No.: 2:13-CV-20000-RDP |
| } | |
| ANTITRUST LITIGATION   } | |
| (MDL NO.: 2406)    } | |

## ORDER

This case is **SET** for a status conference at **9:30 a.m. on Tuesday, January 15, 2019**, in Courtroom 7A of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The Special Master will provide a call-in number for the conference. **On or before Wednesday, January 9, 2019**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this December 17, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE