# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | : <br> : Master File 2:13-cv-20000-RDP <br> : <br> : This document relates to all cases <br> : |

## JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR OBJECTIONS TO REPORT AND RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT CAPITAL BLUECROSS

Following a mediation in Birmingham on December 13, 2018, regarding documents subject to certain motions to compel, Special Master Harwood issued a Report and Recommendation Regarding Sample Documents from Defendant Capital BlueCross ("Capital") (ECF No. 2354) on January 4, 2019.  Plaintiffs and Capital agree that the briefing schedule set out in Discovery Order No. 76 and its amendments will apply to objections to the Report and Recommendation, with the following modification.  Under Discovery Order No. 76 and its amendments, the deadline to file any objections to the Report and Recommendation is Friday, January 11, and the deadline to respond to those objections is Monday, January 14.  To allow the parties sufficient time to respond to any objections, Plaintiffs and Capital hereby stipulate that the deadline to respond to any objections to the Report and Recommendation is extended to Friday, January 18, 2019.  Plaintiffs and Capital reserve the right to seek more time to respond if necessary.

1

Dated: January 11, 2019

Respectfully Submitted,

*/s/ Joshua K. Payne*
Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Jess R. Nix
Mary G. Menge
Morgan B. Franz
SPOTSWOOD SANSOM & SANSBURY LLC
One Federal Place
1819 Fifth Avenue North, Suite 1050
Birmingham, Alabama 35203
TEL: (205) 986-3620
FAX: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
jnix@spotswoodllc.com
mmenge@spotswoodllc.com
mfranz@spotswoodllc.com

*Attorneys for Defendant Capital BlueCross*

*/s/ Barry Ragsdale*
Barry A. Ragsdale
SIROTE & PERMUTT PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5114
Fax: (205) 212-2932
bragsdale@Sirote.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a copy to all counsel of record.

<em>/s/ Barry Ragsdale</em><br>Barry Ragsdale