FILED
2019 Feb-14 PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

Menu              Set Weather                          Birmingham         Subscribe

Search

BUSINESS

# Another rural Alabama hospital closing

Updated 8:31 AM;
Posted 8:31 AM



Georgiana Medical Center will close March 31. (Georgiana Medical Center)

64

**By William Thornton | wthornton@al.com**

Butler County's Georgiana Medical Center will close on March 31.



1

The hospital's operator, Ivy Creek of Butler, says patient care will be directed to L.V. Stabler Memorial Hospital in Greenville, as well as to other providers.

According to The Andalusia Star-News, the hospital will become the 13th Alabama hospital to close in eight years, and the seventh rural hospital to close.

Officials with Ivy Creek, L.V. Stabler and the City of Greenville are expected to answer questions about the plan at a news conference later today.

Ivy Creek says its rural health clinics will continue to operate under the management of L.V. Stabler, while the two entities will also combine their home health agencies under Ivy Creek. The moves were attributed to the "current difficult financial environment faced by rural healthcare providers."

"The rising costs of healthcare coupled with the cuts in reimbursement have made it impractical to maintain financial viability with two hospitals operating in Butler County," Ivy Creek CEO Mike Bruce said in a release. "The partnering of the two organizations is the optimal way to continue to provide overall high quality healthcare for the residents of Butler County as well as the surrounding areas."





Use of and/or registration on any portion of this site constitutes acceptance of our **User Agreement** (updated 5/25/18) and **Privacy Policy and Cookie Statement** (updated 5/25/18).

© 2018 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

**Your California Privacy Rights**

▷ **Ad Choices**

