FILED
2019 Apr-01 PM 01:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |

# ORDER

This matter is before the court on the parties' Joint Motion Regarding Class Certification Briefing. (Doc. # 2402). In the Motion, the parties ask the court to enter an order reflecting the parties' agreed structure and page limits applicable to class certification briefing. The Motion (Doc. # 2402) is **GRANTED**. It is **ORDERED** as follows:

The page limits applicable to class certification briefing filed pursuant to the Fourth Amended Scheduling Order **SHALL** be as follows:

a. Provider and Subscriber Plaintiffs' motions for class certification shall not exceed 60 pages per track. Subscriber Plaintiffs may file separate motions to certify under Rules 23(b)(2) and 23(b)(3), provided that the total number of pages for both motions combined does not exceed 60 pages.

b. Defendants' oppositions to Subscriber and Provider Plaintiffs' motions for class certification, respectively, shall not exceed 75 pages per track. Defendants may file one opposition to both tracks. Defendants' opposition(s) will not exceed 150 pages total.

c. Provider and Subscriber Plaintiffs' replies in support of their motions for class certification shall not exceed 40 pages per track.

d. All motions, oppositions, and replies filed pursuant to this order shall comply with the formatting requirements of this Court's standard Initial Order, including the requirement to use Times New Roman Font and 12-point type (except footnotes may be in 10-point type).

**DONE** and **ORDERED** this April 1, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE