FILED
2019 Apr-05 AM 11:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |

**ORDER**

This case is **SET** for a status conference at **9:30 a.m. on Thursday, May 23, 2019**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The Special Master will provide a call-in number for the conference. **On or before Monday, May 20, 2019**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this April 5, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE