FILED
2019 Apr-08 PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | **This document relates to all cases.** |
| **(MDL NO.: 2406)** | **}** | |

**ORDER REGARDING EXPERT REPORT SUMMARIES**

Pursuant to the Fourth Amended Scheduling Order (Doc. # 2392), the parties will soon be filing expert reports together with briefing on class certification motions and dispositive motions. Concurrently the filing of those expert reports, the parties **SHALL** also file a separate executive summary of each such expert report. The summaries should be designed to orient the court to contents of the full reports. They **SHALL** be filed in a separate document and not exceed ten (10) pages in length.

**DONE** and **ORDERED** this April 8, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE