FILED
2019 Apr-19 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |

**ORDER**

In addition to any items the parties wish to place on the agenda for the May 23, 2019 status conference, the parties **SHALL** be prepared to discuss how ASOs might fit into or relate to this MDL. Therefore, in preparation for May 23, 2019 status conference, the parties **SHALL** meet and confer and be prepared to discuss a plan for addressing ASOs. In advance of the hearing, the parties **SHALL** submit a joint report including a list of (1) all ASOs and (2) who may represent the ASOs in any discussions about resolution or other litigation matters.

**DONE** and **ORDERED** this April 19, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE