FILED
2019 Apr-26 PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: Blue Cross Blue Shield Antitrust Litigation (MDL No.: 2406) | § § § § § § § | Master File No. 2:13-CV-20000-RDP<br>This document relates to all cases. |

**Motion to Withdraw or Remove Counsel**

Defendant Independence Hospital Indemnity Plan, Inc. (f/n/a Independence Blue Cross Inc.) moves the Court to instruct the Clerk's Office to remove Susan Smelcer, formerly counsel for Independence Hospital Indemnity Plan, Inc. at Axinn, Veltrop & Harkrider LLP, as counsel of record in this matter. Ms. Smelcer is no longer with Axinn Veltrop and has taken a position in the legal academy. Independence will continue to be represented by other counsel of record with Axinn, Veltrop & Harkrider LLP, and Adams and Reese LLP and respectfully requests that Ms. Smelcer be removed as counsel of record and from all service lists in this matter.

Dated: April 26, 2019

Respectfully submitted,

*s/ Aaron G. McLeod*
Stephen A. Rowe
Aaron G. McLeod
Counsel for Independence Hospital Indemnity Plan, Inc.

**OF COUNSEL:**
ADAMS AND REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
(205) 250-5000
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2019 I filed this document via the CM/ECF system, which will provide electronic notice to all counsel of record.

/s/Aaron G. McLeod
*Of counsel*