FILED
2019 May-10 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

J. TRAVIS LASTER
VICE CHANCELLOR

Leonard L. Williams Justice Center
500 N. King Street, Suite 11400
Wilmington, Delaware 19801-3734

December 20, 2018

William M. Lafferty, Esquire
Kevin M. Coen, Esquire
D. McKinley Measley, Esquire
Richard Li, Esquire
Zi-Xiang Shen, Esquire
Thomas P. Will, Esquire
Daniel T. Menken, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

David E. Ross, Esquire
Garrett B. Moritz, Esquire
S. Michael Sirkin, Esquire
Adam D. Gold, Esquire
Benjamin Z. Grossberg, Esquire
Anne M. Steadman, Esquire
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801

Andrew D. Cordo, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

RE: *In re Anthem-Cigna Merger Litigation*
Consol. C.A. No. 2017-0114-JTL

Dear Counsel:

I have reviewed *in camera* the document submitted for inspection. The document comprises a pair of emails in which Thomas Zielinski provides a mixture of business and legal advice. Zielinski was Anthem's general counsel at the time, but in this role he acted in both a business and a legal capacity. The emails reflect both aspects. In the emails, Zielinski provides his views of the pros and cons of three possible courses of action. His points are mainly business-oriented and do not reflect any specialized legal insight, knowledge, or training, but elements incorporate legal assessments. Consequently, Anthem shall produce the email in redacted form.

Under the heading "Assumption: Challenge the validity/enforceability of the NBER," Anthem may redact the final sentence of Item 2 and the entirety of Item 3. Anthem may also redact the final two sentences of the email, beginning with the word "There."

Sincerely yours,

*/s/ J. Travis Laster*

J. Travis Laster
Vice Chancellor

JTL/krw