FILED
2019 May-16 AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |

**ORDER**

The court herby **CONTINUES** the deadlines for the addressing how ASOs might fit into or relate to this MDL, and **ORDERS** that, in preparation for the **June 20, 2019** status conference, the parties **SHALL** meet and confer and be prepared to discuss a plan for addressing ASOs. In advance of the June hearing, the parties **SHALL** submit a joint report including a list of (1) all ASOs and (2) who may represent the ASOs in any discussions about resolution or other litigation matters.

**DONE** and **ORDERED** this May 16, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE