FILED
2019 May-17 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | **Master File No.: 2:13-CV-20000-RDP**<br><br>This document relates to all cases. |

**REPORT REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON MAY 23, 2019 AT 9:30 A.M.**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's April 5, 2019 Order (Document 2404), files this Report providing a proposed Agenda for the Court's Status Conference on May 23, 2019, at 9:30 a.m. before The Honorable R. David Proctor, as follows:

**Proposed Status Conference Agenda**

A. Class Certification Application Status.

B. Privilege Log Sampling.

C. Seal Team Status, Including Work on Documents Subject to Blues' Motion for a Protective Order (Document 2425).

D. Plaintiffs' Request That a Trial Date be Set.

E. Plaintiffs' Request That Merits and Damages Rebuttal Expert Reports be Due the Same Day.

F. Subscribers' Request That Duplicative Questions of the Same Expert (e.g., Common Expert for Class Certification and Merits) be Avoided.

G. Venue for Future Monthly Status Conferences (D.C., Chicago, New York, Denver, Other)?

H. Other Issues.

I. Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 17th day of May, 2019.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
(205) 716-3010 Facsimile
egentle@gtandslaw.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on this, the 17th day of May, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master