FILED
2019 May-17 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD<br><br>ANTITRUST LITIGATION<br>(MDL No.: 2406) | **Master File No.: 2:13-CV-20000-RDP**<br><br>This document relates to all cases. |

## MOTION TO WITHDRAW

The undersigned, Stephen D. Wadsworth, respectfully requests to be withdrawn as counsel of record in this case. Mr. Wadsworth is leaving Campbell Partners and will not continue to represent Blue Cross Blue Shield of Michigan. Blue Cross Blue Shield of Michigan will continue to be represented by Andrew P. Campbell and Cason M. Kirby.

Respectfully submitted,

/s/ Stephen D. Wadsworth

Andrew P. Campbell
Stephen D. Wadsworth
Cason M. Kirby
Campbell Partners LLC
505 N. 20th St., Suite 1600
Birmingham, AL 35203
205.224.0750
andy@campbellpartnerslaw.com
stephen@campbellpartnerslaw.com
cason@campbellpartnerslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a copy to all counsel of record.

/s/ Stephen D. Wadsworth