FILED
2019 May-20 PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | Case No. 2:13-cv-20000-RDP |
| ANTITRUST LITIGATION | ) | (All Related Cases) |
| (MDL No. 2406) | ) | |

**ORDER**

A Discovery Conference shall be held on Thursday, May 23, 2019, at 1:30 p.m. in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama, before Magistrate Judge T. Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended.

Parties shall jointly submit a proposed agenda of items the parties wish to be addressed at the discovery conference on or before Wednesday, May 22, 2019 at 1:00 p.m.

**DONE** and **ORDERED** on May 20, 2019.

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE