FILED
2019 May-22 AM 09:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |

**ORDER**

This matter is before the court on Defendant Health Care Service Corporation's ("HCSC") Unopposed Motion to Correct Rule 30(b)(6) Deposition Testimony. (Doc. # 2436). The Motion seeks to amend specific portions of the June 22, 2017 Rule 30(b)(6) deposition testimony of its corporate representative, Steven Hamman, outside the time permitted by Federal Rule of Civil Procedure 30(e). (*Id.*). The Motion (Doc. # 2436) is **GRANTED**.

**DONE** and **ORDERED** this May 22, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE