FILED
2019 May-23 PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | **This document relates to all cases.** |
| **(MDL NO.: 2406)** | **}** | |

# FIFTH AMENDED SCHEDULING ORDER

This matter is before the court on the parties' Joint Motion to Amend Scheduling Order. (Doc. # 2439). The Joint Motion (Doc. # 2439) is **GRANTED**. It is **ORDERED** as follows:

1. **Class Certification Discovery**:

a. Class certification expert discovery is to be commenced in time to allow the parties to meet all deadlines set forth below.

b. All reports from retained experts on class certification under Fed. R. Civ. P. 26(a)(2) are:

- Due from Plaintiffs **upon filing of any class certification motion**;
- Due from Defendants **upon filing of any opposition** to class certification motion;
- Rebuttal due from Plaintiffs **upon filing of any reply** to class certification motion.
- The parties **SHALL** complete the depositions of any expert on class certification issues **within thirty (30) days of receipt of the expert's report** provided that any deposition regarding a rebuttal report **SHALL** be taken **within eighteen (18) days of service of the rebuttal report**.

2. **Class Certification Motions**: Motions for class certification and materials in support **SHALL** be filed **on or before April 15, 2019**.[1]

- Opposition briefs **SHALL** be due **on or before July 15, 2019**.
- Reply briefs **SHALL** be due **on or before August 30, 2019**.

3. Any ***Daubert* motions** seeking to exclude any class certification expert witness **SHALL** be filed **within seventy-five days of disclosure of the expert's report**.

- Opposition briefs **SHALL** be filed **within forty-five days of any *Daubert* Motion**.
- Reply briefs **SHALL** be filed **within forty-five days of any opposition brief**.

4. **Damages and Merits Expert Reports and Discovery** are:

- Due from Plaintiffs **on or before May 15, 2019**.
- Due from Defendants **on or before July 30, 2019**.
- Rebuttals due from Plaintiffs **on or before August 30, 2019**.
- The parties **SHALL** complete the deposition of any expert on merits and damages issues **within thirty (30) days of that expert's report** provided that any deposition regarding a rebuttal report **SHALL** be taken **within eighteen (18) days of service of the rebuttal report**.

5. **Dispositive Motions**: All potentially dispositive motions on issues of liability which are not critically dependent on the outcome of class certification, materials in support, and

[1] In their class certification motions and briefing, the parties **SHALL** address the propriety of a Rule 23(b)(2) injunctive class in this litigation (*see, e.g., State of Ala. v. Blue Bird Body Co.*, 573 F.2d 309, 310 (5th Cir. 1978) and *Klay v. Humana, Inc*., 382 F.3d 1241 (11th Cir. 2004)), and the effects of certification of such a class, including claim preclusion issues (*see, e.g., In re Processed Egg Prod. Antitrust Litig*., 312 F.R.D. 124, 165 (E.D. Pa. 2015); *In re Vitamin C Antitrust Litig*., 279 F.R.D. 90, 114-15 (E.D.N.Y. 2012); *In re Skelaxin (Metaxalone) Antitrust Litig*., 299 F.R.D. 555, 578 (E.D. Tenn. 2014)). The Provider Plaintiffs and Defendants, in particular, **SHALL** also address the propriety and advisability of the use of subclasses.

supporting expert reports under Fed. R. Civ. P. 26(a)(2) are **due on or before September 16, 2019**. The parties will meet and confer as to an appropriate briefing schedule after the filing of such a Motion or Motions, and present a schedule or competing proposals to the court **within 7 days after the filing of any potentially dispositive motion**.

6. After issuing a decision on class certification, the court will address dispositive motions that are dependent on the outcome of class certification. **On or before June 1, 2019**, the parties **SHALL** meet and confer as to what dispositive issues may be dependent on the outcome of class certification. **On or before June 14, 2019**, the parties **SHALL** file a joint report identifying those dispositive motions that a party contends is dependent on the outcome of class certification.

7. **Personal Jurisdiction**. On or before June 7, 2015, the parties **SHALL** present a joint report addressing an appropriate plan for dealing with challenges to this court's (or a transferor court's) in personam jurisdiction over the parties in this case.

8. **Pretrial Conference and Trial**: As necessary, the court will set a pretrial conference after the ruling on class certification and/or dispositive motions.

**DONE** and **ORDERED** this May 23, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE