FILED
2019 May-31 PM 05:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to All Cases** |

## NOTICE OF RESPONSE TO SUBPOENA

On May 15, 2019 Whatley Kallas, LLP was served with a subpoena by Homeland Insurance Co. of New York in *Homeland Insurance Co. of New York v. Health Care Service Corporation, et al.* (Case No. 1:18-cv-06306) currently pending in the Northern District of Illinois. The subpoena requested communications and documents exchanged by Whatley Kallas with Defendants in this action before the filing of the actions which now form this MDL. Whatley Kallas served the attached Response (Exhibit A to this Notice) on Homeland Insurance Co. without resort to this Court for relief only because Whatley Kallas does not believe it has any documents responsive to the subpoena. If there are any further developments, we will update the Court.

Date: May 31, 2019

Respectfully submitted,

*/s/ Edith M. Kallas*
Edith M. Kallas – ***Co-Lead Counsel***
WHATLEY KALLAS, LLP
152 West 57th Street
41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr. – ***Co-Lead Counsel***
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
tbrown@whatleykallas.com

Patrick J. Sheehan
WHATLEY KALLAS, LLP
60 State Street, 7th Floor
Boston, MA 02109
Tel: (617) 573-5118
Fax: (617) 371-2950
Email: psheehan@whatleykallas.com
Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 31st day of May 2019 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.