FILED
2019 Jun-06 PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |

# ORDER

This case is **SET** for a status conference at **9:30 a.m. on Thursday, June 20, 2019**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The Special Master will provide a call-in number for the conference. **On or before Monday, June 17, 2019**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

Furthermore, the court again **CONTINUES** the deadline for addressing how ASOs might fit into or relate to this MDL, and **ORDERS** that, in preparation for the **July 2019** status conference, the parties **SHALL** meet and confer and be prepared to discuss a plan for addressing ASOs. In advance of the July hearing, the parties **SHALL** submit a joint report including a list of (1) all ASOs and (2) who may represent the ASOs in any discussions about resolution or other litigation matters.

**DONE** and **ORDERED** this June 6, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE