FILED
2019 Jun-07 AM 08:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | **Master File No. 2:13-CV-20000-RDP**<br>This document relates to all cases. |

**JOINT STATUS REPORT ON PERSONAL JURISDICTION CHALLENGES**

Pursuant to the Fifth Amended Scheduling Order (D.E. 2443), the parties provide this joint report on the appropriate plan for addressing challenges to this Court's or a transferor court's *in personam* jurisdiction over the parties in pending cases. The parties met and conferred on this subject. The parties agree that this Court has addressed the challenges made in the pending cases filed in Alabama,[1] and that challenges made, or deemed preserved, in the pending cases filed in other courts may be deferred for discussion at a later time.

Respectfully submitted,

/s/ *Kimberly R. West*
Kimberly R. West
Mark M. Hogewood
WALLACE JORDAN RATLIFF & BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Defendants' Liaison Counsel*

/s/ *Barry Ragsdale*
Barry A. Ragsdale
SIROTE & PERMUTT PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5114
Fax: (205) 212-2932
bragsdale@Sirote.com

*Plaintiffs' Liaison Counsel*

[1] No responsive pleadings have yet been filed in *Caldwell* (Case No.2:19-cv-00565-RDP ), which was recently filed in this Court on April 15, 2019.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all counsel of record via CM/ECF on June 7, 2019.

*/s/ Mark M. Hogewood*
Mark Hogewood
***Defendants' Liaison Counsel***