FILED
2019 Jun-14 PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 283

Unsealed Excerpts

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF MONIKA BHUTA
Kirkland & Ellis
300 North LaSalle
Chicago, Illinois 60654
June 6, 2017
9:05 a.m.

REPORTED BY: Lane C. Butler
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

testified that you have had health insurance coverage through Blue Cross and Blue Shield of Illinois since 2001. Is that right?
A. That's correct.
Q. Do you recall that? Can you describe generally your overall experiences with Blue Cross and Blue Shield over the last sixteen years?
MR. TRIPOLITSIOTIS: Object to the form.
Q. Are you -- have you generally been satisfied with your health insurance?
A. I've probably had to use it minimally, probably, relatively speaking. Premiums go up every year. And of course, the -- I wasn't happy with the -- that period of the lapse that occurred after having been with them for, what, eleven years, when there was a premium increase and I had that $69 balance. And I -- you know, the -- my coverage was terminated due to that, so that wasn't a good experience.
Q. Let's break those apart. When you say that, you know, your premiums have gone up every year, do you know whether healthcare costs in general have increased every year?
MR. TRIPOLITSIOTIS: Object to the