FILED
2019 Jun-14 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)**

**Master File No.: 2:13-CV-20000-RDP**

This document relates to all cases.

**REPORT REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON JUNE 20, 2019 AT 9:30 A.M.**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's June 6, 2019 Order (Document 2446), files this Report providing a proposed Agenda for the Court's Status Conference on June 20, 2019, at 9:30 a.m. before The Honorable R. David Proctor, as follows:

**Proposed Status Conference Agenda**

A. Class Certification Application Status.

B. Discovery Issues:

1. When and How to Update Discovery.
2. Anthem Depositions.

C. Date and Venue for July 2019 Status Conference.

D. Other Issues.

E. Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 14th day of June, 2019.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
(205) 716-3010 Facsimile
egentle@gtandslaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on this, the 14th day of June, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master