FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to Provider Track cases** |

**DECLARATION OF W. TUCKER BROWN**

I, W. Tucker Brown, declare as follows:

1. I make this declaration in support of Provider Plaintiffs' Motion for Class Certification and Supporting Memorandum.

2. I have personal knowledge of the matters in this declaration, and I am competent to testify to the matters set forth below.

3. I am a Partner at Whatley Kallas, LLP and one of the attorneys serving as counsel for Provider Plaintiffs ("Provider Plaintiffs") in the above captioned matter.

4. All Bates Numbered documents attached as Exhibits to Provider Plaintiffs' Motion for Class Certification and Supporting Memorandum are true and correct copies of documents, or excerpts thereof, produced by Parties in this action in response to discovery requests.

5. I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Dated: April 15, 2019

W. TUCKER BROWN