FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 4

BlueCross BlueShield Association

An Association of Independent Blue Cross and Blue Shield Plans

# Consumer Market:
## *Strategic Brand and Marketing Plan*

**CEO Workgroup**

February 15, 2012

A presentation of the Blue Cross and Blue Shield Association. All rights reserved. CONFIDENTIAL — FOR INTERNAL BLUE PLAN USE ONLY.

# But the single entity model is not a good analogy for the Blue system

- Brand models with independently owned local/regional companies all leveraging the same powerful national brand can provide a best practice approach
- Automotive and restaurant examples are the closest to the Blue model where the Brand provides a reassurance of consistency to consumers wherever they encounter the Brand and in turn the Brand provides high value and consumer leverage to independent licensees

A presentation of the Blue Cross and Blue Shield Association. All rights reserved. CONFIDENTIAL — FOR INTERNAL BLUE PLAN USE ONLY.



CONFIDENTIAL BCBSA00719429