FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 25

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br>**This document relates to all cases** |

**DECLARATION OF BRADLEY D. EISEMANN**

I, Bradley D. Eisemann, state that the following is true and correct to the best of my knowledge:

1. I am the Director of Operations for InMed, Manager for Crenshaw Community Hospital.

2. Crenshaw Community Hospital, a named plaintiff in this case, is a general medicine and acute care hospital in Luverne, Alabama.

3. Crenshaw Community Hospital currently provides medical services, equipment or supplies to patients in the state of Alabama and currently has a participation agreement with Blue Cross Blue Shield of Alabama.

4. Crenshaw Community Hospital provided covered services, equipment and/or supplies, both on an inpatient and an outpatient basis, to patients insured by, or who were members or beneficiaries of a plan administered by one or more of the Blue Cross Blue Shield entities named as Defendants in this case and has submitted numerous claims to Blue Cross and Blue Shield of Alabama since July 24, 2008.

5. I understand that Crenshaw Community Hospital is seeking to represent a class of acute care hospitals.

6. Crenshaw Community Hospital has no interests that are at odds with the class members' interests.

7. Crenshaw Community Hospital is not owned by any Blue Cross affiliated company and has no other business relationship with any Blue Cross affiliated company that would conflict with Hospitals' representation of Class members.

8. Crenshaw Community Hospital, through its employees and representatives, will act in the best interest of Class members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8th, 2019

**BRADLEY D. EISEMANN**