FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to all cases** |

## DECLARATION OF SHARON LEE

I, Sharon Lee, state that the following is true and correct to the best of my knowledge:

1. I am the Administrator for Bullock County Hospital.

2. Bullock County Hospital, a named plaintiff in this case, is a general medicine and acute care hospital in Union Springs, Alabama.

3. Bullock County Hospital currently provides medical services, equipment or supplies to patients in the state of Alabama and currently has a participation agreement with Blue Cross Blue Shield of Alabama.

4. Bullock County Hospital provided covered services, equipment and/or supplies, both on an inpatient and an outpatient basis, to patients insured by, or who were members or beneficiaries of a plan administered by one or more of the Blue Cross Blue Shield entities named as Defendants in this case and has submitted numerous claims to Blue Cross and Blue Shield of Alabama since July 24, 2008.

5. I understand that Bullock County Hospital is seeking to represent a class of acute care hospitals.

6. Bullock County Hospital has no interests that are at odds with the class members' interests.

7. Bullock County Hospital is not owned by any Blue Cross affiliated company and has no other business relationship with any Blue Cross affiliated company that would conflict with Hospitals' representation of Class members.

8. Bullock County Hospital, through its employees and representatives, will act in the best interest of Class members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8th, 2019

[signature]

**SHARON LEE**