FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to all cases** |

# DECLARATION OF TOM MCLENDON

I, Tom McLendon, state that the following is true and correct to the best of my knowledge:

1. I am the Administrator for Evergreen Medical Center and Consultant/Administrator for Jackson Medical Center (collectively, "Hospitals").

2. Evergreen Medical Center, a named plaintiff in this case, is a general medicine and acute care hospital in Evergreen, Alabama.

3. Jackson Medical Center, a named plaintiff in this case, is a general medicine and acute care hospital in Jackson, Alabama.

4. The Hospitals each currently provide medical services, equipment or supplies to patients in the state of Alabama and currently have a participation agreement with Blue Cross Blue Shield of Alabama.

5. The Hospitals have each provided covered services, equipment and/or supplies, both on an inpatient and an outpatient basis, to patients insured by, or who were members or beneficiaries of a plan administered by one or more of the

Blue Cross Blue Shield entities named as Defendants in this case and has submitted numerous claims to Blue Cross and Blue Shield of Alabama since July 24, 2008.

6. I understand that each of the Hospitals is seeking to represent a class of acute care hospitals.

7. The Hospitals have no interests that are at odds with the class members' interests.

8. The Hospitals are not owned by any Blue Cross affiliated company and has no other business relationship with any Blue Cross affiliated company that would conflict with Hospitals' representation of Class members.

9. The Hospitals, through their employees and representatives, will act in the best interest of Class members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2019

TOM MCLENDON