FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 28

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to all cases** |

# DECLARATION OF JOSEPH D. ACKERSON

I, Joseph D. Ackerson, state that the following is true and correct to the best of my knowledge:

1. I am a pediatric neuropsychologist in Birmingham, Alabama.

2. I currently provide medical services, equipment or supplies to patients in the state of Alabama and currently have a participation agreement with Blue Cross Blue Shield of Alabama.

3. I have provided covered services to patients insured by, or who were members or beneficiaries of a plan administered by one or more of the Blue Cross Blue Shield entities named as Defendants in this case and have submitted numerous claims to Blue Cross and Blue Shield of Alabama since July 24, 2008.

4. I understand that I am a named plaintiff in this case and that I am seeking to represent a class of non-acute care hospital healthcare providers (including healthcare professionals).

5. I have no interests that are at odds with the class members' interests.

6. I have no employment or other business relationship with any Blue Cross affiliated company that would conflict with my representation of Class members.

7. I will act in the best interest of Class members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8 2019.

JOSEPH D. ACKERSON