FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 38

HARRIS FELDICK

RE: Discussion on White Paper

One of Harris's major concerns was the ability of small Plans to be able to develop the new programs that will be responsive to the market place. The expense of developing such programs for smaller Plans is great.

In the area of government programs, he saw more sharing of services. For example: his Plan uses the MDC Part A system and the Nebraska Plan does their processing on the Sioux City computers. He felt this type of sharing could also extend to other areas. Other areas of sharing that could be done is that of rating. He mentioned specifically his Plan use of the Minnesota AWARE Gold program as an example of sharing a product development.

With regard to exclusive service areas, he felt that they were important , but as alternative delivery systems developed, they would tend to break down the exclusive service areas.

Objectives that Plans share in common were the National Accounts and the weakness in this area were the inability of Plans to provide uniform delivery. He felt that Plans needed to relinquish some independence to accomplish national capability. Consolidation might be a part of a strategy to accomplish national capability.

The benefits that Plans receive from the system are: ID Cards, Conversion, Marketing and Interplan Bank. The weakness of Plans are the inability to speak with one voice and rivalries that exist.

He feels national accounts want uniform data reporting and are looking for national networks for HMO's and PPO's.

He felt that the proposed Assembly of Plans would be a good forum to address the changes that may be necessary. However before changes can be accomplished, attitudes will have to be changed. There is a wide diversion between objectives of certain large Plans and medium to small Plans.

Protection of the Mark and Name was very important in his mind and to lose the Mark could put a Plan out of business. To protect the Name and Mark there should be strong standards of performance. No changes were recommended to the License Agreement.

Plans benefit from the exclusive service areas because it eliminates competition from other Blue Plans. Otherwise there would be open warfare.

With regard to the present system of structuring governance, it really doesn't meet the needs of todays market place. There is a general feeling that the Nationals have been too much of a "good old boys club" serving self interests of people. He is not prepared to Harris

suggest what changes should be made but liked the idea of more rotation on the National Boards and Committees.

Plans should be willing to delegate authority to systems wide governance to the extent to meet national competition. However checks and balances must be agreed to in advance.

Felt the Assembly of Plans was a good idea because we face many challenges. He feels only CEO's should attend and that there must be assurance all Plans have input. The Assembly will not succeed if predetermined by a few Plans. He felt discussion groups could be established at the meeting. These would be small groups where more input could be gained and people would feel free to make comments. A general meeting could then be held with an appointed spokes person to report. Two full days should be alloted and avoidance of any appearance of any railroading. He felt tension would be created if there was an hidden agenda. Again all opinions should be sought to be sure everyones view is expressed.