FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 46

| | |
|---|---|
| **From:** | Steve Patterson [/O=BCBSALORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B4482] |
| **Sent:** | Wednesday, February 11, 2004 3:31:25 PM |
| **To:** | Jerry Chambers |
| **CC:** | Tim Vines; Mike Burdett |
| **Subject:** | North Mississippi Medical Center - Tupelo |

Jerry - I just spoke with Tim Vines regarding the North Miss Med Center situation. I explained that the hospital had called you regarding questions from [redacted] participants who could not locate this facility on the BCA PPO website but knew they had a BCBS-AL card and wanted to use the hospital under our participating contract.

Of course he was aware that the hospital's participating contract with BCBS-MS had terminated but they were still under contract with us. I explained that our claims data indicated the hospital was filing [redacted] claims directly to us and were being paid at our negotiated rates. He had a good point in that, even if the hospital filed claims to BCBS-MS, they would probably come to us via ECRP and we would probably spin them off and pay them direct. Tim will check to be sure, however, he does not know of any special programming put in place for this hospital. As we discussed yesterday, it appears this hospital is being handled in the same manner as any other contiguous county facility and anyone carrying a card issued by BCBS-AL is being paid at our negotiated rates. I also understand BCBS-MS's contention that this may be hurting their bargainning position with the hospital.

Please advise as to how you think we should respond to the provider's question. My feeling, at this point, is that we would tell the hospital that they will not appear on the BCA PPO Provider Website because of their termed contract with BCBS-MS, however, if a [redacted] participant comes in with an Alabama card then they would receive participating provider benefits. I will not call the facility until I hear from you and/or Mike. Please let me know if you have any questions.
..............Thanks, Steve

PLAINTIFF'S EXHIBIT 003 Ingrum 30(b)(6)
PENGAD 800-631-6989