FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 51

# (FILED UNDER SEAL)