FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 52

Blue Cross
Blue Shield
of Arkansas

George K. Mitchell, M.D.
President and
Chief Executive Officer

P.O. Box 2181
Little Rock, Arkansas 72203-2181
501 • 378-2133

To KK

TO: John L. Thompson, Chairman
Ad Hoc Committee
Assembly of Plans

FROM: George K. Mitchell

DATE: January 7, 1987

SUBJECT: Report of CEO Interviews

William E. Flaherty, President
Blue Cross & Blue Shield of Florida, Inc.

Fred R. Higginbotham, Chief Executive Officer
Blue Cross & Blue Shield of Georgia, Inc.

J. B. Johnson, Jr. CLU, Pres. & Chief Executive Officer
Blue Cross & Blue Shield of Louisiana

William H. Mandy, President
Blue Cross & Blue Shield of Alabama

J. Robert McGuff, President
Blue Cross & Blue Shield of Tennessee

W. Chandler Mosley, Chairman of the Board and
Chief Executive Officer
Blue Cross & Blue Shield of Mississippi, Inc.

Arthur P. Waymire, President
Memphis Hospital Service & Surgical Association, Inc.

---

I. General Comments Regarding Assembly of Plans Concept

This report will attempt to summarize the viewpoints of the CEO's interviewed in the format adopted by the Ad Hoc Committee. In general, the receptivity to convening an Assembly of Plans ranged from cool to mildly enthusiastic. The reasons

c. Improve marketing capabilities

d. Form syndicates, experimentation and learn from experience. Strong advocacy for the Pittsburg Plan syndication philosophy. Strong interest from several in improved institutional sharing of ideas, programs, products, etc.

C. Protecting the Names and Marks

1. What are the values of the names and marks?

a. Very high in general in terms of reputation, image, financial stability, opening doors, etc.

b. Value may vary from Plan to Plan depending on local conditions and Plan performance.

2. What steps should be taken to protect the names and marks?

a. Strict standards for use and display

b. Rigorous surveilance and pursuit of infringements.

c. Need to balance legal requirements and needs of Association against desires and permitted uses by Plans.

d. Retain competent legal counsel with experience in licensing etc. to provide guidance at all steps.

3. What changes, if any, should be made in the license agreements? Generally, none -- but see comments below under exclusivity, structure and governance

D. Assessing the Exclusive Service Areas

Most regard the maintenance of exclusive service areas as a must in order to avoid chaos within the system. There was concern that this issue be