FILED
2019 Jun-18 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 53

**MEDIATION AND MANDATORY DISPUTE RESOLUTION**

| | |
|---|---|
| **THE BLUE CROSS AND BLUE SHIELD ASSOCIATION,** | ) |
| | ) |
| **Claimant-Respondent,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **INDEPENDENCE BLUE CROSS,** | ) |
| | ) |
| **Respondent-Claimant.** | ) |

# THE BLUE CROSS AND BLUE SHIELD ASSOCIATION'S

# OPENING MEMORANDUM

Michael R. Levinson
Alexander S. Vesselinovitch
Jason D. Menges
SEYFARTH, SHAW, FAIRWEATHER
& GERALDSON
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000

Roger G. Wilson
Mark A. Orloff
THE BLUE CROSS AND BLUE SHIELD ASSOCIATION
225 North Michigan Avenue
Chicago, Illinois 60601
(312) 297-6000

May 28, 1999

10014923.1

premium rates. Because of their market presence in each of the exclusive areas in which they operate, the Blue Cross and Blue Shield Plans have typically been able to negotiate the highest discounts from the health care providers in their service areas.

Enabling the Member Plans to share discounts was an important reason for the BlueCard Program in the first place. The legislative history of BlueCard is contained in IPOC and BCBSA Board meeting minutes and those materials are rife with references to the importance of sharing all discounts:

- "... the Committee had met by telephone to discuss two basic policies that would be cornerstones for the new out-of-area Program being developed. These policies are (1) unrestricted Home and Host plan participation and (2) the passing on of all discounts/differentials but with provision for an access fee by the Host Plan." (Tab 32 at 7, 11/21/91 BCBSA Board of Directors Minutes).

- "It is expected that, with successful implementation of this program, the Plans will be able to deliver contracted for benefits system-wide, capture and enhance provider discounts . . ." (Tab 33 at 4, 1/16/92 IPOC Minutes).

- "Two of the key policies -- unrestricted Home and Host participation and discount sharing -- previously were endorsed by the IPOC and the Board." (Tab 33 at 4, 1/16/92 IPOC Minutes).

Dexter Coolidge is BCBSA's Vice President of Inter-Plan Programs. He is in charge of the BlueCard Program and he attended IPOC's meetings when BlueCard was developed. Mr. Coolidge will testify that IPOC was principally concerned with BlueCard enabling each Member Plan (and its customers and subscribers) to obtain the benefit of discounts negotiated by all of the other Member Plans. The Member Plans themselves have spoken recently about the importance of discounts. BCBSA conducted what it called a "Base Review" of the BlueCard Program in