FILED
2019 Jun-18 PM 07:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 330

Document Produced Natively

CONFIDENTIAL - OUTSIDE COUNSEL ONLY - SUBJECT TO PROTECTIVE ORDER

BCBS-AZ_MDL000851089



**A Blue Cross and Blue Shield Association Presentation**

# Brand Book Workshop

Presented to:
Blue Cross Blue Shield of Arizona
November 8, 2010

Jimmie Cecil

Brand Counsel, BCBSA

# Today's Presentation

- Part 1 – Why so many rules?

- Part 2 – The Brand Regulations

- Part 3 - Resources

# Goals of the Brand Regulations

