FILED
2019 Jun-18 PM 07:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 369

**CONFIDENTIAL**

**Project Arnold**
**Strategic Considerations - DRAFT**

[redacted]

§ We're currently landlocked with limited opportunities for expanding into new markets in MA (we're in nearly all of them at the moment),

[redacted]