FILED
2019 Jun-18 PM 07:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 372

**From:** Gene Linton [/O=BCBSALORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GLINTON]
**Sent:** Monday, March 29, 2010 2:02:37 PM
**To:** Noel Carden
**CC:** Michael Patterson; Robin Stone; David Platt
**Subject:** Re: Longer Term issue on State Insurance Exchanges

Not real sure but I believe these exchanges would effect both group and individual but from my standpoint I would love to be able to offer our product across state lines. I am sure there is more to it than just offering, networks especialy. Just my initial thoughts.

Sent from my AT&T wireless device!

On Mar 29, 2010, at 9:01 AM, "Noel Carden" <ncarden@bcbsal.org> wrote:

> Fyi – I have not responded to Steve yet. Don't know enough about it yet, but my initial thoughts are that we would want to keep our options open. If anyone has any thoughts, please feel free to share.
>
> Thanks,
>
> Noel
>
> ---
>
> **From:** Ostlund, Steven [mailto:Steven.Ostlund@insurance.alabama.gov]
> **Sent:** Saturday, March 27, 2010 8:23 AM
> **To:** Noel Carden
> **Cc:** Parsons, David
> **Subject:** Longer Term issue on State Insurance Exchanges
>
> This is not an immediate issue, but I wanted to capture it while I thought of it. States are allowed to set up inter-state exchanges. Is BCBSAL interested in providing plans in other neighboring states through such an inter-state exchange? Other carriers will probably gain a larger market share in Alabama with exchanges, either inter-state or Alabama-only exchange. A way for BCBSAL to maintain current volume or to increase volume, would be to participate in an inter-state exchange. I would think the inter-state exchange would trump any BCBS national requirements relative to marketing territory.
>
> Obviously BCBSAL benefits would be only a small part of any decision by Alabama to go it alone, or to participate in a regional exchange. It would need to be considered, if only to protect current Alabama employment and economic interests. BCBSAL is in the best position to evaluate the effect of the two alternatives on the status quo, although further analysis would be required of the effect of the state of having a stand-alone exchange on new opportunities for other entities to increase their investment in Alabama.

*Steven Ostlund FSA, MAAA*

Actuary

Alabama Department of Insurance

Phone: (334) 240-4424

Fax: (334) 240-4409

Email: Steven.Ostlund@insurance.alabama.gov

This message and any attachments transmitted herewith are intended solely for the use of the addressee and should otherwise be considered confidential. If you have received this message in error, please notify the message sender immediately via reply e-mail, by telephone at 334-269-3550, or by facsimile at 334-240-4409. Please also be advised that any views or opinions presented in this message are solely those of the author and do not necessarily represent the views or opinions of the Alabama Department of Insurance. The recipient of this message should check it and any attachment for the presence of viruses. The Alabama Department of Insurance accepts no liability for damage caused by any virus transmitted by this electronic message.