FILED
2019 Jun-18 PM 07:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 373

# FILED
# UNDER SEAL