FILED
2019 Jun-18 PM 07:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 374

**From:** Tim Sexton [/O=BCBSALORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B5013]
**Sent:** Wednesday, October 13, 2010 11:47:44 AM
**To:** Tim Kirkpatrick; Terry Kellogg; Jeff Ingrum; Tim Vines; Scott McGlaun; Cindi Vice
**CC:** Gene Linton; David Platt; Matt Moor
**Subject:** FW: Group Cancellation Analysis - SEPT
**Attachments:** 2010 Group Cancel Analysis 10 07 2010.pdf

Group cancellations. Chilling story. Our major competitor is within the blues family. Cedes, aquisitions,slice business going under parent company. Just a reminder, under the blues rules, we can't make contact even on 10 person group if it's part of a blue controled account.

□□Sent with Good (www.good.com)

-----Original Message-----
From: Rebekah Elgin-Council
Sent: Tuesday, October 12, 2010 09:26 PM Central Standard Time
To: Tim Sexton
Subject: Group Cancellation Analysis - SEPT

Tim,

Attached is the group cancellation analysis for September.

Please let me know if you have any questions.

Thanks!

Rebekah