FILED
2019 Jun-18 PM 07:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 376

**From:** Janet Campisi [/O=BCBSALORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B7488]
**Sent:** Thursday, November 29, 2007 8:49:11 PM
**To:** Scott Baggett
**Subject:** [redacted]

I sent the account location discrepancy notification to my cede coordinator in Anthem with a kind reminder that this account is not only headquartered in AL but is also a current AL account. in other words - back off....

>>> Scott Baggett 11/29/2007 2:47 PM >>>
Janet,

This account renews in April. Leading up to last years (4/1/2007) renewal, the decision maker (who actually works out of their Atlanta office) decided to put all their insurance business out for bid. He really was and is happy with us; he just felt like they had not shopped the coverage in several years and he needed to see what was available.

If I remember correctly, he had a couple of broker friends in Atlanta who he asked to provide quotes. I'm sure one of them may have asked BCBS of Georgia to quote.

In the end, he never seriously considered any other carriers and renewed the business with us. I doubt he will shop it again this year but I'll touch base with him and see if he is aware of anything.

Thanks for the info,
Scott.

>>> Janet Campisi 11/29/2007 10:01 AM >>>
Scott, Attached is a notification that we received from the Association regarding a geo access request that Anthem requested on one of our accounts. The account is [redacted]. We immediately received a response from Anthem indicating that they were no longer pursuing this account. But I wanted you to know that there had been contact between your account and a GA rep. Contact significant enough to result in Anthem ordering either a geo or disruption report.

>>> Marshall Morrissette 11/27/2007 2:33 PM >>>
check this out.

>>> "Marketing" < Marketing@bcbsa.com > 11/27/2007 2:27 PM >>>

This message was received encrypted via TLS (Transport Layer Security).

ACCOUNT LOCATION DISCREPANCY NOTIFICATION

Date: November 27, 2007

To: Marshall Morrissette, Manager National Accounts
Blue Cross and Blue Shield of Alabama

Copy to: Kenon Richardson, Blue Cross and Blue Shield of Georgia
Deborah Kellogg, Director, Ceding
Blue Cross and Blue Shield of Georgia
BCBSA file - Jean Schwartz

From: Cheryl Prater, Network Project Analyst

Reference: [redacted]

BCBSA has received a request from Blue Cross Blue Shield of Georgia for a Market Analysis Report on behalf of [redacted]. According to the Dun and Bradstreet database, [redacted] is headquartered in your service area.

The purpose of this notification is to alert you to this request. BCBSA is providing the information requested to Blue Cross and Blue Shield of Georgia. The Association will continue to provide any additional information requested by Blue Cross and Blue Shield of Georgia, for one year.

If you have any questions about the request, please contact:

Kenon Richardson
Blue Cross and Blue Shield of Georgia
404-842-8655
kenon.richardson@bcbsga.com

Thank you