FILED
2019 Jun-18 PM 07:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 377

**Perry J. Pogany**
**VP, InterPlan and Auto Account Management**
**Anthem National Accounts**
**4361 Irwin Simpson Road**
**Mason, OH 45040**

Anthem National Accounts

July 2, 2008

Tim Sexton
Sr. Vice President and Chief Marketing Officer
BCBS Alabama
450 Riverchase Parkway East
Birmingham, AL 35244

Dear Tim:

I am writing to bring to your attention a recent situation where staff from your Plan came very close to violating the BCBSA policies with regard to Control Plan rights. I am bringing this to your attention after previous incidents and hope that you can review this situation and discuss with your team so that they all are clear on appropriate account contact and prevent future issues.

The most recent situation involved the account of [redacted] which is headquartered in Georgia. [redacted] recently acquired [redacted], a current BCBS Alabama customer. Our sales team in Georgia has been working with [redacted] for sometime and the client has expressed interest in consolidating benefit offerings across all their businesses and advised us that an RFP to consolidate would be released. In order to comply with BCBSA policy around consolidations, we released a notice to your Plan on April 18, 2008 of our intent to provide a consolidated quote which would include the [redacted] membership. Following this notice we were told by the client that your Plan had been in contact and indicated that they should request a cede in order to retain BCBS Alabama coverage. Subsequently we learned that not only had the customer been advised to request a cede but had been provided renewal rates and rates to increase their BCBS Alabama membership if a cede was provided by our Plan. Illustrative rates were provided on 5/22/08, long after our notice of consolidation had been sent. This sort of activity clearly violates BCBSA policy, is confusing to customers and sets up our Plans to compete which is not allowed under the BCBSA Brand and National Account Policy In this particular situation the customer expressed a great deal of frustration and felt that they were being set up to resolve a problem between our Plans and even notified us of the potential to take the business away from the Blues altogether rather than deal with our issues.

The above situation is the third time in the last year where Anthem has learned of rate presentations and active marketing from BCBS Alabama to accounts where Anthem either had the customer already or had advised BCBS Alabama that we were quoting. Other situations include:

- [redacted] – existing Anthem customer, headquartered in Kentucky. Your Plan quoted and sold this account effective 1/1/08 without a cede agreement or any contact with Anthem.
- [redacted] – Anthem received an RFP and advised your Plan that we intended to quote nationally. Subsequent to our notice, your Plan provided rates to this customer to renew. After our intervention with your National Accounts Team, the rates your Plan provided were rescinded

Anthem has also been contacted for cede agreements and when declined, your Plan has attempted to get the customer to intervene. Most recently this occurred with [redacted] and [redacted]. Both of these situations included pressure on the customer to push for a cede when the situations did not merit any valid business reason for a cede.

Tim, all of the above situations come very close to violating BCBSA InterPlan policies with regard to Control Plan rights and the ceding policies, which clearly indicate that only one Plan should be in contact with a customer for marketing purposes and only one Plan has the right to quote rates and benefits under the Blue brands. I am requesting that you review these situations with your team and review the policies in question. (IP 2.14, 2.17 and IP 2.19-2.23). I do not want to involve the BCBSA in these issues, but repeated incidents of this sort put both our companies in a bad light with customers, consultants and brokers. Anthem has provided extensive training and monitoring of our Sales Team' compliance with BCBSA policies and we try to be transparent in all our National Account sales activities and InterPlan

interactions. Obviously mistakes occur, however, it appears that a pattern of bending the rules has developed, with respect to the above situations at your Plan.

I would hope that our Plans could find a way to work together on future national account opportunities and hope that you agree that our Plans must comply with the BCBSA policies in the national account market. Please review and let me know your thoughts.

Sincerely,

Perry J. Pogany

CC: Deb Kellogg
John Langenus
Marshall Morrissette