FILED
2019 Jun-18 PM 07:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 378

Message

**From**: Carroll, Andy [/O=BCBSFL/OU=CORPORATE/CN=RECIPIENTS/CN=UK87]
**Sent**: 4/4/2011 7:48:25 PM
**To**: Carroll, Andy [Andy.Carroll@bcbsfl.com]
**Subject**: FW: Urgent Please Read - New Developments- Central States Health & Welfare Fund
**Attachments**: Central States Health.doc; IPP Policy 8.11 - Taft-Hartley Trusts.doc

**Importance**: High

---

**From:** Lewis, Mike
**Sent:** Friday, April 01, 2011 4:28 PM
**To:** Stone, Brooks; Doss, Cynthia; Phelps, Seth M; Hester, Bob; Hastings, Edward
**Cc:** Hobgood, Carlton; Carroll, Andy; MacDonald, Robin; Lewis, Mike
**Subject:** Urgent Please Read - New Developments- Central States Health & Welfare Fund
**Importance:** High

Team, we have now received some additional information. We have not one but two BCBS plans with national clients, Blue Branded, quoting municipal business in Florida.

Please see Andy Carroll's email below.

The Central States program, which is utilizing BCBS of Illinois, has proposed to Hernando County BOCC.

The newest Blue competitor, **National Employees Health Plan**, **is administered by BCBS of Mich**. They have offered a proposal to the City of Ft Pierce and have proposed not just the union employees but also the non-union employees can join their plan. The consultant for the City of Ft Pierce, Siver Consulting, will not share any physical information with us at this time due to the nature of the public bid however they did share that the National Employees Health Plan document (it is ASO) states they can enroll all of the employees of an employer in another state such as Florida.

The consultant, Siver, has asked us to provide to them something in writing by next week clarifying if this BCBS of Michigan proposal through National Employees Health Plan is authorized and allowed or not. Apparently the City of Ft Pierce is very interested in this proposal and per Siver if not for the bid process would have been enrolled in the program already due to the low cost being quoted.

I am requesting immediate attention be given to this topic as word of this practice is spreading throughout the municipal market in Florida potentially costing BCBSFL membership, revenue and reputation at this point.

I would also request that our Legal Dept provide in writing a statement regarding BCBS Association rules or something of that nature we can provide to the consultant next week.

The website for this program is in the email below.

Please let me know your thoughts as soon as possible.

We appreciate your assistance in this matter.

Mike

---

**From:** Carroll, Andy
**Sent:** Friday, April 01, 2011 4:11 PM
**To:** Lewis, Mike
**Subject:** FW: Central States Health & Welfare Fund
**Importance:** High

Just talked with SIVER. The Central States mentioned below and what was proposed at Hernando is not what is being proposed at City of Ft. Pierce. What is being proposed at City of Ft. Pierce is national Employers Health Plan out of BCBS Michigan. (http://www.nationalemployeeshealthplan.org/Plans.html). SIVER will not send me anything but is looking to

us to provide something in writing next week stating that this plan is not authorized to market to non-union members in Florida. According to SIVER, they stated that their plan allows for non-union members to join. SIVER stated that the prices are ridiculously low and they provided some sort of tiered pricing guarantee for 3 years. We need to talk.

-ac-

---

**From:** Stone, Brooks
**Sent:** Friday, April 01, 2011 3:00 PM
**To:** Hester, Bob; Phelps, Seth M
**Cc:** Lewis, Mike; Carroll, Andy; Hastings, Edward; Hobgood, Carlton; Murphy, Cherisa
**Subject:** FW: Central States Health & Welfare Fund
**Importance:** High

Bob ... Seth

**Redacted for Privilege - Attorney-Client**

Thanks for your quick response. Please let me know if you have any questions.

cbs

*C. Brooks Stone*
*Vice President*
*Association Affairs*
*904.905.4434*
*904.357.6616 (fax)*

---

**From:** Doss, Cynthia
**Sent:** Friday, April 01, 2011 2:03 PM
**To:** Stone, Brooks
**Cc:** Lewis, Mike; Carroll, Andy; Hastings, Edward
**Subject:** Central States Health & Welfare Fund

Brooks,

Attached is a document that provide information regarding the situation we've recently encountered in the Public Sector with Central States Health & Welfare fund for you to use in discussions with Legal.

If you should need anything further, please let us know. Thank you for your assistance.

*Cindy Doss*
*Alliance Program Manager*
*cynthia.doss@bcbsfl.com*
*904-905-5158*