FILED
2019 Jun-18 PM 07:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 380

CONFIDENTIAL

# Blue Cross and Blue Shield of Alabama

Total Subscribers = 1,925,254 • Total Members = 3,436,586




*654 contracts and 1080 members are uncategorized due to incomplete address data.

Data as of March 30, 2009

BCBSAL_000822300