FILED
2019 Jun-18 PM 07:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 408

**Plan Cede Report**
**Anthem and BCBS Alabama**
**1/1/07 – 12 /31/09**

**Cedes from Anthem to BCBS Alabama**
There are 22 active accounts ceded to BCBS Alabama with 113,000 contracts. Large accounts ceded to this Plan include:

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Since 1/1/07, Anthem has denied 11 national cede requests and 5 local only quote requests.**

**Cedes to Anthem from BCBS Alabama**

- 1 account with 1100 contracts [redacted]

**Recent issues with Plan**

- Effective 1/1/2008, Anthem lost [redacted] due to a quote by BCBS Alabama which violated all ceding protocol . We are charging additional fees on the host revenue for this customer.
- During 2009 Alabama allowed Anthem quotes on 4 accounts for private equity opportunities. None of Anthem's quotes were successful . Accounts included in this effort were [redacted] and all were enrolled with BCBS Alabama . Unfortunately , [redacted] caused Anthem difficulty with BCBS Alabama due to their presentations to the customers attempting to compare BCBS Alabama in an unfavorable light with Anthem. Issues were resolved through InterPlan team intervention with the consultants .
- Anthem agreed to cede all of [redacted] to Alabama for 1/1/2010 . Unfortunately the Alabama quote was not successful and both Anthem and Alabama ultimately lost this customer [redacted]
- During 2009, Anthem rescinded the cede of [redacted] at consultant / account request in order to obtain an Anthem quote (5000 subs). [redacted] had been enrolled with BCBS Alabama for several years under a Control Plan Consulting Agreement (CPCA) executed by Anthem Missouri. CPCA differs from a standard cede in that they are open ended and include fees ($1-$1.25 PCPM) to Anthem in exchange for the control plan rights. Two additional Missouri based customers are enrolled with Alabama under these agreements [redacted] Anthem was successful in its quote on [redacted] and the customer is enrolled with us effective 1/1/2010.

- In last 2 years Anthem has consolidated accounts with existing BCBS Alabama enrollment, causing loss of home membership. Significant consolidation efforts by Anthem include:
  - [redacted]unt included the 4000 [redacted] It should be noted that BCBS Alabama made an effort to retain this customer following our notice of consolidation in violation of cede protocol .
  - Our 1/1/2010 consolidation [redacted] included 6000 previously ceded to BCBS Alabama
  - Anthem's 1/1/2010 [redacted] onsolidation effort impacted 15,000 Alabama home contracts with [redacted]
  - [redacted] Anthem has allowed a partial cede of [redacted] for several years . Currently Alabama enrolls approximately 10K subs under the [redacted] Alabama was not invited to submit a proposal for the CDHP program effective 1/1/2010 therefore Alabama enrollment is declining as the client moves away from the current Alabama products and Anthem has not agreed to any further expansion quotes by BCBS Alabama.
- Prior to 2006, Anthem's legacy local Plans routinely ceded national account business. This was particularly true of Wisconsin, Georgia and Missouri. Over the past 3 years, these Plans have not been willing to cede and Alabama's requests for new cedes have generally been denied. The account consolidation efforts discussed above as well as the rescinded cede were for Georgia and Missouri based accounts
- BCBS Alabama has repeatedly raised concerns regarding Anthem's perceived intent to pull back / rescind cedes . As noted above, Anthem has rescinded just one cede from BCBS Alabama in order to quote the account. All other account losses that Alabama has suffered, due to ANA activity, have been due to account consolidation efforts and not simply rescinded cedes. There has been no effort by Anthem to systematically pull back cedes from BCBS Alabama or any other Plan and Anthem does not rescind cedes without clear direction from accounts and consultants that an Anthem quote is desired rather than from the existing Blue carrier. Any cede rescission or account consolidation effort would be in response to an RFP and request for an Anthem quote
- BCBS Alabama has publicly spoken of account losses due to cede issues, account consolidations as well as the economy in past 2 years. [redacted]