FILED
2019 Jun-18 PM 07:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 415

# FILED UNDER SEAL