FILED
2019 Jun-26 PM 01:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |

# ORDER

This case is **SET** for a status conference at **9:30 a.m. on Monday, July 22, 2019**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The Special Master will provide a call-in number for the conference. **On or before Wednesday, July 17, 2019**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this June 26, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE