FILED
2019 Jul-01 PM 06:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 13

# Filed Under Seal