FILED
2019 Jul-01 PM 06:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 15

BlueCross BlueShield of Vermont
*An Independent Licensee of the Blue Cross and Blue Shield Association.*

# PRESIDENT'S REPORT

Prepared for the Board of Directors
August 12th, 2009

## Plan Begins Deployment of Small Group Strategy

As reported at the retreat, a subset of the small group population is generating significant losses and BCBSVT has developed a product and pricing strategy to address the problem. BCBSVT was first to market with its HSAs attracting significant enrollment to products for which the industry had no previous experience. Subsequently, CIGNA offered HSA products with less rich drug designs and cherry picked much of the favorable risk from the BCBSVT pool. A strategic pricing strategy moved much of the remaining good risk from the BCBSVT pool to TVHP. The remaining HSA products are now underpriced by more than 40 percent. BCBSVT crafted a pricing and product strategy to address the under pricing and create a viable small group insurance pool. As we developed our strategy, trade-offs between market disruption, financial and membership position were analyzed and considered.

The elements of the strategy being taken to market this fall include: adjusting non-HSA rates using appropriate approved relativity factors while adjusting HSA rates by one half of the required relativity change. In addition, the strategy calls for removing the richest benefit HSAs from the product portfolio, reengineering the remaining HSAs to assure greater cost sharing by members, consistent with the product's intent and competitor product designs, and mapping customers to revised product sets to mitigate premium increases. Under this strategy, nearly 25,000 small group customers will receive single digit rate increases. There are, however, 6,875 members within the BCBSVT HSA pool who will receive average rate increases of approximately 40 percent. Our Association products will be simplified. In BRS, we are going from 34 products to 21 and in VHSG, we are going from 32 options down to 21.

The Plan met with BISCHA to preview the small group challenges we face and the likely strategies we will deploy to address the problem. Further discussion is likely prior to filing the formal rate increases in either late August or early September. At the same time, we continue to work with our Association partners to develop our go-to-market communication plan and prepare the internal organization for deploying product changes.

## Commission Changes

To comply with the Deloitte recommendations and improve our competitive position in the marketplace, we will be making several changes in our broker commission programs effective January 2010. The Plan made considerable progress on these changes through a series of meetings with our largest Association partner and we expect to finalize these changes by early September and communicate them to the market in advance of the January renewal season. The goal of these changes is to reduce our commission spending on a per member per month basis while incenting brokers to write business that best meets the needs of the Plan.

## New Product

The Plan completed analysis and development of a new "BlueCare Expanded Provider Network HMO" product to be launched in January. This product is designed to compete with Cigna's Open Access product and MVP's EPO products and it should help us capture business in both the small and large group segments. The product will close a key competitive gap that had developed over the last few years for employers who have out-of-state employees. The next step is to file the new product with BISCHA for approval.



CONFIDENTIAL - OUTSIDE COUNSEL ONLY