FILED
2019 Jul-01 PM 06:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 16

# Lifetime Health Board Meeting
# May 20, 2005

## Policy Discussion

## Blue Choice Selection

**This document is intended to provide background information to the Operations and Administration Committee of the Board of Directors about the current Blue Choice adverse selection challenges and the recommended strategies that are on the table to address the situation. Scott Ellsworth will lead a Board discussion centering on balancing the proposed strategy's anticipated positive financial and competitive implications against the perception of an "all things to all people" heath plan.**

**Current Situation**

Historically, the Rochester market has enjoyed being a community-rated market with most groups offering Blue Choice and/or Preferred Care products. From 1990 – 2000, Blue Choice sustained increased membership, a large community-rated risk pool, competitively priced products and profitable growth. Over the last 5 years however, changes are occuring that has directly impacted the community rated pool:

- Membership migration out of community rated Blue Choice to experience rating or self-funding in our large group market (i.e. Kodak, Xerox, Paychex, U of R, RASHP, Monroe County, etc)

**Blue Choice Under 65 Contracts 1990-2004**




| | Dec-90 | Dec-91 | Dec-92 | Dec-93 | Dec-94 | Dec-95 | Dec-96 | Dec-97 | Dec-98 | Dec-99 | Dec-00 | Dec-01 | Dec-02 | Dec-03 | Dec-04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Under 65 | 139,013 | 156,908 | 171,363 | 182,618 | 193,546 | 204,082 | 209,122 | 221,655 | 217,212 | 211,371 | 210,321 | 211,148 | 181,821 | 167,572 | 151,847 |

- Preferred Care is "cherry-picking" the good healthy risks through brokers and product positioning leaving the Blue Choice pool with the "sicker" population utilizing more services and driving up the premium.

- The average age of the Blue Choice membership has increased from 33 to 35 years old over the last 5 years. Iif there were no claim or cost trends, the experience would be expected to trend 2-3% annually based on demographics alone.