FILED
2019 Jul-01 PM 06:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 20

10-K 1 d10k.htm FORM 10-K

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2008**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 1-10864**

# UNITEDHEALTH GROUP INCORPORATED
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **MINNESOTA**<br>**(State or other jurisdiction of incorporation or organization)** | **41-1321939**<br>**(I.R.S. Employer Identification No.)** |
| **UNITEDHEALTH GROUP CENTER**<br>**9900 BREN ROAD EAST**<br>**MINNETONKA, MINNESOTA**<br>**(Address of principal executive offices)** | **55343**<br>**(Zip Code)** |

**Registrant's telephone number, including area code: (952) 936-1300**

**Securities registered pursuant to Section 12(b) of the Act:**

| | |
|---|---|
| **COMMON STOCK, $.01 PAR VALUE**<br>**(Title of each class)** | **NEW YORK STOCK EXCHANGE, INC.**<br>**(Name of each exchange on which registered)** |

**Securities registered pursuant to Section 12(g) of the Act: NONE**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by checkmark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐<br>(Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of voting stock held by non-affiliates of the registrant as of June 30, 2008 was $31,658,322,386 (based on the last reported sale price of $26.25 per share on June 30, 2008, on the New York Stock Exchange).*

Table of Contents

The following summarizes the operating results of our reporting segments for the years ended December 31:

| (in millions) | 2008 | 2007 | 2006 | Increase (Decrease) 2008 vs. 2007 | | Increase (Decrease) 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| Health Care Services | $ 75,857 | $ 71,199 | $67,817 | $ 4,658 | 7 % | $ 3,382 | 5 % |
| OptumHealth | 5,225 | 4,921 | 4,342 | 304 | 6 % | 579 | 13 % |
| Ingenix | 1,552 | 1,304 | 956 | 248 | 19 % | 348 | 36 % |
| Prescription Solutions | 12,573 | 13,249 | 4,084 | (676) | (5)% | 9,165 | 224 % |
| Eliminations | (14,021) | (15,242) | (5,657) | 1,221 | nm | (9,585) | nm |
| Consolidated Revenues | $ 81,186 | $ 75,431 | $71,542 | $ 5,755 | 8 % | $ 3,889 | 5 % |
| **Earnings from Operations** | | | | | | | |
| Health Care Services | $ 5,068 | $ 6,595 | $ 5,860 | $(1,527) | (23)% | $ 735 | 13 % |
| OptumHealth | 718 | 895 | 809 | (177) | (20)% | 86 | 11 % |
| Ingenix | 229 | 266 | 176 | (37) | (14)% | 90 | 51 % |
| Prescription Solutions | 363 | 269 | 139 | 94 | 35 % | 130 | 94 % |
| Corporate | (1,115) | (176) | — | (939) | nm | (176) | nm |
| Consolidated Earnings from Operations | $ 5,263 | $ 7,849 | $ 6,984 | $(2,586) | (33)% | $ 865 | 12 % |
| **Operating Margin** | | | | | | | |
| Health Care Services | 6.7 % | 9.3 % | 8.6 % | | (2.6)% | | 0.7 % |
| OptumHealth | 13.7 % | 18.2 % | 18.6 % | | (4.5)% | | (0.4)% |
| Ingenix | 14.8 % | 20.4 % | 18.4 % | | (5.6)% | | 2.0 % |
| Prescription Solutions | 2.9 % | 2.0 % | 3.4 % | | 0.9 % | | (1.4)% |
| Consolidated Operating Margin | 6.5 % | 10.4 % | 9.8 % | | (3.9)% | | 0.6 % |

nm = not meaningful

***Health Care Services***

The revenue growth in Health Care Services for 2008 was primarily due to growth in the number of individuals served by our Public and Senior Markets Group, premium rate increases for medical cost inflation and the 2008 acquisitions of Sierra, Fiserv Health, and Unison, partially offset by an organic decline in individuals served through commercial risk-based products and Medicare Part D products and a decrease in investment income. UnitedHealthcare revenues of $41.8 billion in 2008 increased over the comparable 2007 period by $1.6 billion, or 4%. The UnitedHealthcare increase was primarily driven by the same factors as discussed for Health Care Services in 2008. Ovations revenues of $28.1 billion in 2008 increased over the comparable 2007 period by $1.6 billion, or 6%. The increase was primarily due to an increase in individuals served with the standardized Medicare Supplement and Medicare Advantage products gained through both organic growth and the Sierra acquisition and premium rate increases, which were partially offset by a net organic decrease of 675,000 stand-alone Medicare Part D members primarily due to the reassignment by the Centers for Medicare and Medicaid Services (CMS) of certain dual-eligible low income beneficiaries based on annual price bids. AmeriChoice generated revenues of $6.0 billion in 2008, an increase of $1.5 billion, or 34%, over the comparable 2007 period, primarily due to an increase in the number of individuals served by Medicaid plans, premium rate increases and the acquisition of Unison in the second quarter of 2008.

The decrease in Health Care Services earnings from operations was primarily due to pressure on enrollment and gross margins in the UnitedHealthcare risk-based business and pressure on gross margins in Medicare Part D