FILED
2019 Jul-01 PM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

# FILED UNDER SEAL