FILED
2019 Jul-01 PM 10:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

# FILED UNDER SEAL