FILED
2019 Jul-10 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406 | Master File No. 2:13-CV-20000-RDP<br>This document relates to all cases. |

**MOTION TO WITHDRAW**

The undersigned, Winnifred A. Lewis, respectfully requests to be withdrawn as counsel of record in this case. Ms. Lewis has left Cravath, Swaine & Moore LLP and will not continue to represent Blue Cross and Blue Shield of Alabama and Blue Cross Blue Shield of Tennessee, Inc.

Blue Cross and Blue Shield of Alabama and Blue Cross Blue Shield of Tennessee, Inc. will continue to be represented by Evan Chesler, Christine Varney, Karin DeMasi and Lauren Kennedy of Cravath, Swaine & Moore LLP.

Dated: July 10, 2019

CRAVATH, SWAINE & MOORE LLP,

by s/ Winnifred A. Lewis
Winnifred A. Lewis

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorney for Defendants Blue Cross and Blue Shield of Alabama and Blue Cross Blue Shield of Tennessee, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 10th day of July, 2019, filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

CRAVATH, SWAINE & MOORE LLP,

by s/ Winnifred A. Lewis
Winnifred A. Lewis

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000