FILED
2019 Jul-16 PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DISTRICT**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)<br><br>THIS DOCUMENT RELATES TO: ALL CASES | Master File No. 2:13-CV-20000-RDP |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Erin C. Burns of the law firm NastLaw LLC and hereby respectfully moves to withdraw as counsel for Plaintiffs, due to her departure from the firm. Dianne M. Nast of NastLaw LLC will continue to represent Plaintiffs.

Dated: July 16, 2019

Respectfully Submitted,

/s/ Erin C. Burns

Erin C. Burns
NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
215-923-9300
215-923-9302 (facsimile)
eburns@nastlaw.com