FILED
2019 Jul-16 PM 02:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | ) | **Master File No. 2:13-cv-20000-RDP** |
| | ) | **This document relates to all cases.** |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that Stephen A. Walsh, counsel of record for Defendant *Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield*, has changed his address. Going forward, the undersigned respectfully requests that all motions, orders, notices, correspondences, discovery, and pleadings be served upon him at the below address.

Respectfully submitted,

s/ *Stephen A. Walsh*

Stephen A. Walsh (ASB-9036-S81S)
Weinberg, Wheeler, Hudgins, Gunn & Dial
100 Corporate Parkway
One Lake Level
Birmingham, Alabama 35242-2982
Telephone: (205) 572-4107
Facsimile: (205) 572-4199
E-mail: swalsh@wwhgd.com

*Attorney for Defendant Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of July 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ *Stephen A. Walsh*
OF COUNSEL