FILED
2019 Jul-17 PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** |

**ORDER**

The court again **CONTINUES** the deadline for addressing how ASOs might fit into or relate to this MDL, and **ORDERS** that, in preparation for the **August 2019** status conference, the parties **SHALL** meet and confer and be prepared to discuss a plan for addressing ASOs. In advance of the August hearing, the parties **SHALL** submit a joint report including a list of (1) all ASOs and (2) who may represent the ASOs in any discussions about resolution or other litigation matters.

**DONE** and **ORDERED** this July 17th, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE