FILED
2019 Jul-26 PM 01:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION
MDL NO. 2406

THIS DOCUMENT RELATES TO:

MATTHEW B. CALDWELL, M.D.,

Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF ALABAMA, et al.,

Defendants.

Master File No. 2:13-cv-20000-RDP

Case No. 2:19-CV-00565-RDP

---

**NOTICE OF APPEARANCE**

---

Please take notice that John G. Schmidt Jr., Esq., Edward S. Bloomberg, Esq., and Anna Mercado Clark, Esq., members of the law firm of Phillips Lytle LLP, hereby enter their appearances in this action as counsel of record, along with Stephen A. Walsh, Esq., of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, for Defendant *Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield* ("Excellus"), incorrectly sued as "Excellus BlueCross BlueShield,“ and request that all papers and electronic filings in this action also be served upon the undersigned electronically and/or at the post office addresses and email addresses below.

Dated: July 26, 2019
Buffalo, New York

Respectfully submitted,

/s/ John G. Schmidt Jr.

John G. Schmidt Jr., Esq.
Edward S. Bloomberg, Esq.
Anna Mercado Clark, Esq.
Phillips Lytle LLP
Attorneys for *Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield s/h/a Excellus BlueCross BlueShield of New York*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
Facsimile: (716) 852-6100
JSchmidt@phillipslytle.com
EBloomberg@phillipslytle.com
AClark@phillipslytle.com

Stephen A. Walsh, Esq.
(ASB-9036-S81S)
Weinberg, Wheeler, Hudgins, Gunn & Dial
100 Corporate Parkway
One Lake Level
Birmingham, Alabama 35242-2982
Telephone No. (205) 572-4107
Facsimile: (205) 572-4199
E-mail: swalsh@wwhgd.com
*Attorney for Defendant Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield*

## CERTIFICATE OF SERVICE

I hereby certify on July 26, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: July 26, 2019
Buffalo, New York

/s/ John G. Schmidt Jr.
John G. Schmidt Jr., Esq.