FILED
2019 Aug-13 AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | **Master File No.: 2:13-CV-20000-RDP**<br>This document relates to all cases. |

**REPORT REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON AUGUST 15, 2019 AT 9:30 A.M.**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's August 2, 2019 Order (Document 2507), files this Report providing a proposed Agenda for the Court's Status Conference on August 15, 2019, at 9:30 a.m. before The Honorable R. David Proctor, as follows:

**Proposed Status Conference Agenda**

A. Status of the Case.

B. Other Issues.

C. September 23, 2019, 10:00 a.m. Telephone Status Conference.

D. Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 13th day of August, 2019.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
(205) 716-3010 Facsimile
egentle@gtandslaw.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on this, the 13th day of August, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master