## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD } | Master File No.: 2:13-CV-20000-RDP |
| } | |
| ANTITRUST LITIGATION } | |
| (MDL NO.: 2406) } | |

### ORDER

This case is **SET** for a *telephone* status conference at **10.00 a.m. on Monday, September 23, 2019**. The Special Master will provide a call-in number for the telephone status conference, and for caucuses to take place following the status conference. **On or before Thursday, September 19, 2019**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this September 3, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE