FILED
2019 Sep-19 AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)**

**Master File No.: 2:13-CV-20000-RDP**

This document relates to all cases.

**REPORT REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON SEPTEMBER 23, 2019 AT 10:00 A.M.**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's September 3, 2019 Order (Document 2511), files this Report providing a proposed Agenda for the Court's Telephone Status Conference on September 23, 2019, at 10:00 a.m. before The Honorable R. David Proctor, as follows:

**Proposed Status Conference Agenda**

A. Status of the Case.

B. Whether to Extend the Stay.

C. Other Issues.

D. Venue for October 17, 2019 Status Conference.

E. Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 19th day of September, 2019.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
(205) 716-3010 Facsimile
egentle@gtandslaw.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on this, the 19th day of September, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master