FILED
2019 Sep-23 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| | **)** |
| **IN RE: BLUE CROSS BLUE SHIELD** | **) Master File** |
| **ANTITRUST LITIGATION** | **) No. 2:13-CV-20000-RDP** |
| **(MDL No. 2406)** | **)** |
| | **) This document relates to all cases.** |
| | **)** |

# ORDER

The Sixth Amended Scheduling Order (Doc. # 2503) is **VACATED**. All deadlines are further **STAYED** for ninety (90) days. If appropriate, the stay may be further extended by agreement among the parties or by the court. In the event the stay is not further extended, the parties **SHALL** meet and confer upon expiration of the stay and, within two weeks from the expiration of the stay, the parties **SHALL** submit a joint filing with their respective positions on the schedule moving forward.

**DONE** and **ORDERED** this September 23, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE