FILED
2019 Sep-23 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |

**ORDER**

This case is **SET** for a status conference at **10.00 a.m. on Thursday, October 17, 2019 in Chicago, Illinois at the offices of Kirkland & Ellis LLP**, 300 North LaSalle, Chicago, IL 60654. The Special Master will provide a call-in number for the telephone status conference. **On or before Monday, October 14, 2019**, (1) the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference; and (2) for security purposes, counsel attending in person **SHALL** notify the Special Master.

**DONE** and **ORDERED** this September 23, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE