FILED
2019 Dec-10 AM 09:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |

# ORDER

The status conference currently set at **9:30 a.m. on Thursday, December 19, 2019**, will now be conducted by telephone. The Special Master will provide a call-in number for the telephone status conference, and for caucuses to take place following the status conference. Counsel planning to attend the telephone conference and caucuses should inform the Special Master of their plans to attend, and the parties **SHALL** designate those persons who plan to address the court on the calls.[1] **On or before Monday, December 16, 2019**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the telephone status conference.

**DONE** and **ORDERED** this December 10, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

[1] The court will not call roll on the call.