FILED
2019 Dec-16 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | **Master File No.: 2:13-CV-20000-RDP**<br>This document relates to all cases. |

**REPORT REGARDING PROPOSED AGENDA FOR TELEPHONIC STATUS CONFERENCE ON DECEMBER 19, 2019 AT 9:30 A.M.**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's November 8, 2019 and December 10, 2019 Orders (Documents 2522 and 2529), files this Report designating the speakers for each Party and providing a proposed Agenda for the Court's Telephonic Status Conference on December 19, 2019, at 9:30 a.m. before The Honorable R. David Proctor, as follows:

## I. Designated Speakers for Each Party

A. Plaintiffs
Barry Ragsdale
Joe Whatley, For Providers
Edith Kallas, For Providers
David Boies, For Subscribers
Michael Hausfeld, For Subscribers
Megan Jones, For Subscribers
Bill Isaacson, For Subscribers

B. Defendants
Dan Laytin
David Zott
Craig Hoover
Des Hogan

**II. Proposed Telephonic Status Conference Agenda**

A. Status of the Case, Including the Current Stay.

B. Other Issues.

C. Date for Next Status Conference. January 31, 2020 in Tampa, Florida?

D. Telephone Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 16th day of December, 2019.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
(205) 716-3010 Facsimile
egentle@gtandslaw.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on this, the 16th day of December, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master