FILED
2019 Dec-20 PM 12:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |

**ORDER**

This case is **SET** for a status conference at **10.00 a.m. on Friday, January 31, 2020, at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602**, **in the seventeenth floor courtroom**. The Special Master will provide a call-in number for the telephone status conference. **On or before Monday, January 27, 2020**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this December 20, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE