FILED
2019 Dec-20 PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br>MDL NO. 2406 | )<br>)<br>) | Master File No. 2:13-CV-20000-RDP |

# MOTION TO WITHDRAW

The undersigned, Charles L. Sweeris, respectfully requests to be withdrawn as counsel of record in this case. Mr. Sweeris is leaving Blue Shield of California and will not continue to represent Defendant California Physicians' Service d/b/a Blue Shield of California.

Helen E. Witt, Erica B. Zolner and Casey R. Fronk will continue as counsel of record for Defendant California Physicians' Service d/b/a Blue Shield of California.

Dated: December 20, 2019

Respectfully submitted,

/s/ Charles L. Sweeris
Charles L. Sweeris
BLUE SHIELD OF CALIFORNIA
50 Beale Street
San Francisco, CA 94109
Phone: (415) 229-5107
Fax: (415) 229-5343
sweeris@blueshieldca.com

Helen E. Witt, P.C.
Erica B. Zolner
Casey R. Fronk
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Phone: (312)862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
erica.zolner@kirkland.com
cfronk@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles L. Sweeris
Charles L. Sweeris