FILED
2019 Dec-31 AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406) | **Master file No. 2:13-cv-20000-RDP**<br><br>This Document Relates To:<br>All Cases |

**MOTION TO WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that Cohen Milstein Sellers & Toll PLLC hereby withdraws the appearance of Laura Alexander as counsel for Plaintiffs. After December 31, 2019, Laura Alexander will no longer be associated with the law firm of Cohen Milstein Sellers & Toll PLLC. Other attorneys at Cohen Milstein Sellers & Toll PLLC, including Daniel A. Small, will continue to be counsel of record for Plaintiffs. Laura Alexander's withdrawal will not affect any deadlines or cause any delay in this matter.

Dated: December 31, 2019

Respectfully Submitted,

*/s/ Laura Alexander*

Laura Alexander
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
Email: lalexander@cohenmilstein.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

*/s/ Laura Alexander*

Laura Alexander
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
Email: lalexander@cohenmilstein.com

*Attorney for Plaintiffs*