FILED
2019 Dec-31 PM 01:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**IN RE: BLUE CROSS
BLUE SHIELD
ANTITRUST LITIGATION
(MDL NO. 2406)**

Master File No. 2:13-CV-20000-RDP

This document relates to all cases.

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that Douglas N. Robertson hereby withdraws as counsel for UnitedHealth Group Incorporated. After December 31, 2019, Douglas Robertson will no longer be associated with the law firm of Gray & Associates, LLC. Other attorneys at Gray & Associates, LLC, including William P. Gray, Jr., will continue to be counsel for UnitedHealth Group Incorporated. Douglas Robertson's withdrawal will not affect any deadlines or cause any delay in this matter.

Respectfully submitted the 31st day of December, 2019

*/s/ William P. Gray, Jr.*

Douglas N. Robertson
GRAY & ASSOCIATES, LLC
3800 Colonnade Parkway, Suite 350
Birmingham, AL 35243
Tel: 205-968-0900
Fax: 205-968-6534
Email: DNR@grayattorneys.com

*Counsel for UnitedHealth Group Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2019, I electronically filed the foregoing document with the Clerk of Court of the Northern District of Alabama using the CM/ECF electronic document filing system, which will send notification of such filing to all counsel of record registered for electronic filing.

*/s/ Douglas N. Robertson*
Douglas N. Robertson