FILED
2020 Jan-06 PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| | **)** |
| **IN RE: BLUE CROSS BLUE SHIELD** | **) Master File** |
| **ANTITRUST LITIGATION** | **) No. 2:13-CV-20000-RDP** |
| **(MDL No. 2406)** | **)** |
| | **) This document relates to all cases.** |
| | **)** |

**ORDER**

By agreement of the parties, all deadlines will remain **STAYED** until further order of the court. The status of the stay will be discussed at the January 31, 2020 status conference.

**DONE** and **ORDERED** this January 6, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE