FILED
2020 Jan-27 AM 08:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | **Master File No.: 2:13-CV-20000-RDP**<br><br>This document relates to all cases. |

**REPORT REGARDING PROPOSED AGENDA FOR TELEPHONIC STATUS CONFERENCE ON JANUARY 31, 2020 AT 10:00 A.M. IN TAMPA, FLORIDA**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's December 20, 2019 Order (Document 2527), files this Report providing a proposed Agenda for the Court's Status Conference on January 31, 2020, at 10:00 a.m. in Tampa, Florida, before The Honorable R. David Proctor, as follows:

**Proposed Status Conference Agenda**

A. Status of the Case, Including the Current Stay.

B. Other Issues.

C. Date for Next Status Conference.

D. Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 27th day of January, 2020.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
(205) 716-3010 Facsimile
egentle@gtandslaw.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on this, the 27th day of January, 2020, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master