FILED
2020 Feb-13 PM 12:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **) Master File ) No. 2:13-CV-20000-RDP ) ) This document relates to all cases. )** |

## ORDER

The status of the pending stay of this case will be discussed at the next status conference, which the court anticipates will be set in April 2020. In light of the continued stay, the Clerk of the Court is directed to administratively terminate all pending motions. Any such motions may be re-filed, if appropriate, after the stay is lifted.

**DONE** and **ORDERED** this February 13, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE