FILED
2020 Feb-17 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION, (MDL No. 2406) | ) ) ) ) ) | Master File No. 2:13-cv-20000-RDP<br>This document relates to all cases. |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

Please take **NOTICE** that Christopher T. Cain, Plaintiffs' counsel, has changed firms and addresses. Christopher T. Cain's new contact information is:

Christopher T. Cain
LACY, PRICE & WAGNER, P.C.
249 North Peters Road, Suite 101
Knoxville, TN 37923
(865) 246-0800
(865) 690-8199 (facsimile)
Chris@lpwpc.com

Respectfully submitted, this the 17th day of February, 2020.

*/s/ Christopher T. Cain*
Christopher T. Cain
LACY, PRICE & WAGNER, P.C.
249 North Peters Road, Suite 101
Knoxville, TN 37923
Chris@lpwpc.com

**CERTIFICATE OF SERVICE**

I, Christopher T. Cain, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 17th day of February, 2020.

*/s/ Christopher T. Cain*
Christopher T. Cain