FILED
2020 Mar-02 AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** <br> This document relates to all cases. |

**REPORT REGARDING PROPOSED AGENDA FOR TELEPHONIC STATUS CONFERENCE ON MARCH 4, 2020 AT 9:30 A.M.**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's February 19, 2020 Order (Document 2543), files this Report providing a proposed Agenda for the Court's Telephonic Status Conference on March 4, 2020, at 9:30 a.m., before The Honorable R. David Proctor, as follows:

**Proposed Telephone Status Conference Agenda**

A. Status of the Case, Including the Current Stay.

B. Other Issues.

C. Preparation for April 16, 2020 In Person Next Status Conference in Washington, D.C.

D. Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 2nd day of March, 2020.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
(205) 716-3010 Facsimile
egentle@gtandslaw.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on this, the 2nd day of March, 2020, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master