FILED
2020 Mar-17 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |

**ORDER**

This case is **SET** for a *telephone* status conference at **9:30 a.m. on Thursday, April 16, 2020**. The Special Master will provide a call-in number for the telephone status conference, and for caucuses to take place following the status conference. **On or before Monday, April 13, 2020**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this March 17, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE