FILED

2020 Apr-24  AM 09:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

FILED

2019 JUL 15 P 3: 31

U.S. DISTRICT COURT
N.D. OF ALABAMA

|  |  |  |
|---|---|---|
|  | ) | Master File No. 2:13-CV-20000-RDP |
|  | ) |  |
| IN RE: BLUE CROSS BLUE SHIELD | ) | This document relates to Subscriber Track |
| ANTITRUST LITIGATION | ) | cases. |
| (MDL No. 2406) | ) |  |
|  | ) | **[FILED UNDER SEAL]** |
|  | ) |  |

**EXECUTIVE SUMMARY OF EXPERT REPORT OF DR. ERIN E. TRISH, PH.D.**

1.      Defendants submit the expert report of Professor Erin Trish.   Subscriber expert Professor Ariel Pakes purports to apply the results of a 2015 paper authored by Professor Trish and Professor Brad Herring published in the Journal of Health Economics.   E. Trish & B. Herring, *How Do Health Insurer Market Concentration and Bargaining Power with Hospitals Affect Health Insurance Premiums?*, 42 J. Health Econ. 104 (2015) ("Trish and Herring").

2.      Professor Pakes asserts that, among the numerous reduced form regression analyses in the published literature regarding the relationship between insurer competition and premiums—including those discussed at length in the reports of Professor Rubinfeld and Professor Pakes—Trish and Herring's is "the best one in the business."  (5/10/19 Pakes Dep. at 281:1–2; *see also* Pakes Am. Merits Rpt. ¶ 95 (Trish and Herring's analysis "is the most detailed reduced form analysis of the relationship between concentration and premiums in health insurance of which I am aware").)

3.      According to Professor Pakes, applying the Trish and Herring results to this case shows that entry would lead to lower premiums for all subscribers.  Defendants asked Professor Trish to assess whether Professor Pakes reliably applied the results of her analysis.

4.      As discussed below, Professor Trish finds that Professor Pakes fundamentally misapplied the Trish and Herring results by assuming without support that an entrant would compete only for fully-insured business.   Adjusting Professor Pakes' assumption so that an entrant would compete for both fully-insured and self-insured business—and then negotiate with providers with this full book of commercial business—shows that as many as 38 percent of subscribers would pay higher premiums (on average) post-entry in any given year.

**I.    Trish and Herring (2015) find that increased insurer competition has competing and offsetting effects on premiums.**

5.    In their 2015 paper, Professors Trish and Herring evaluate the relationship between insurer competition and premiums.    Theoretical and empirical economics demonstrate that increased insurer competition does not necessarily lead to lower premiums.    This is because health insurers operate between subscribers and providers.    On the subscriber side, increased insurer competition may lead to downward pressure on premiums (on average) as insurers compete for subscribers.    On the provider side, increased insurer competition may lead to higher average reimbursement rates.    These higher rates may then be passed onto subscribers, putting upward pressure on premiums.    (*See* Trish Rpt. ¶¶ 5–6, 17.)

6.    Not accounting for these unique features of the health insurance marketplace can lead to incorrect conclusions about the relationship between insurer competition and premiums. Thus, Professors Trish and Herring sought to isolate and measure these two offsetting effects.

7.    To conduct the analysis, Professors Trish and Herring exploited a unique institutional attribute of health insurance: while insurers sell distinct products to fully-insured and self-insured subscribers, they tend to negotiate with providers over their full commercial book of business—*i.e.*, the combination of all fully-insured and self-insured enrollees.    (*Id.* ¶¶ 8, 22.)

8.    The theory is straightforward.    Only fully-insured subscribers pay premiums. Thus, when bargaining over premiums with subscribers, only the insurer's share of fully-insured subscribers matters.    (*Id.* ¶¶ 24–27.)    But providers value access to patient volume regardless of whether the insurer or the patient's employer pays the final bill.    So when bargaining over reimbursement rates with providers, the insurer's combined share of fully-insured and self-insured subscribers matters.    (*Id.* ¶ 28.)

2

9.    Professors Trish and Herring used a regression to analyze the competing relationship between subscriber-side and provider-side insurer concentration on premiums.  In the specification on which Professor Pakes relies, Trish and Herring found that a 100-point increase in the subscriber-side concentration (as measured by fully-insured HHI) is associated with a 0.26 percent *increase* in premiums, while a 100-point increase in the provider-side concentration (as measured by fully- and self-insured HHI) is associated with a 0.23 percent *decrease* in premiums.   (*Id.* ¶¶ 32–33.)   For purposes of this case, reduced subscriber-side concentration is associated with a 0.26 *decrease* in premiums and reduced provider-side concentration is associated with a 0.23 percent *increase* in premiums.   (*Id.* ¶ 33, Exhibit 1.)

## Exhibit 1

### Predicted Average Premium Change
(100-Point Decrease in Subscriber-Side HHI;
100-Point Decrease in Provider-Side HHI)

| | Average Subscriber-Side Effect (Fully-Insured Only) | Average Provider-Side Effect (Fully-Insured and Self-Insured Combined) | Average Net Effect |
| --- | --- | --- | --- |
| | -0.26% | 0.23% | -0.03% |

**II.    Professor Pakes artificially suppresses the provider-side effect of the Trish and Herring results.**

10.    As Professor Pakes acknowledges, "A unique feature of [the Trish and Herring analysis] is that their reduced form approach considers the impact of increased insurer concentration on premiums *after accounting for the potential countervailing impact of insurer concentration in reducing hospital costs.*" (Pakes Am. Merits Rpt. ¶ 155 (emphasis added).)

11.     However, in applying the Trish and Herring results to Alabama, Professor Pakes artificially suppresses this unique feature.   He does this by *assuming*, without analysis, that an entrant would compete only for fully-insured business.   (*Id.* ¶ 163.)   This assumption restrains the provider-side effect (where increased insurer competition is associated with higher premiums on average) from operating fully.   (Trish Rpt. ¶ 47.)   This tilts the scale in favor of uniform premium reductions rather than the more nuanced picture revealed by the Trish and Herring analysis.   (*Id.* ¶¶ 48–49.)

12.     By assuming that the entrant does not compete for self-insured business, Professor Pakes avoids the true weight of the provider-side effects.   Professor Trish explains that this "assumption artificially suppresses the effect that increased insurer competition has on provider rates and the associated premium increases."   (*Id.* ¶ 48.)   This is further demonstrated by Exhibit 6 below.

## Exhibit 6

**Predicted Average Premium Change**
(Under Alternative Assumptions About Entry
into the Self-Insured Segment)

13. Professor Trish also explains that Professor Pakes' assumption is unsupported. (*Id.* at Part VI.) There is no economic reason simply to assume that an entrant into Alabama would compete for fully-insured business only. The investments needed to create a provider network and build an infrastructure in Alabama to compete for fully-insured business overlap with the investments needed to compete for self-insured business. (*Id.* ¶¶ 53–54.)

14. Indeed, as Professor Trish demonstrates, BCBSAL and each of the four neighboring Blue Plans that Professor Pakes identifies as likely entrants all compete for *both* fully-insured and self-insured business. In fact, all but BCBS-FL have more self-insured enrollment than fully-insured enrollment. (*Id.* ¶ 57, Exhibit 8.)

### Exhibit 8

| | [1] | [2] | [3] = [1]+[2] | [4] = [1]/[3] | [5] = [2]/[3] |
|---|---|---|---|---|---|
| | Enrollment (Thousands) | | | Share | |
| Managed Care Organization | Fully-Insured | Self-Insured | Combined | Fully-Insured | Self-Insured |

## III. Adjusting Professor Pakes' assumption shows that entry would cause premiums to increase for a significant number of subscribers.

15. Professor Trish, in coordination with Professor Ordover and Compass Lexecon, re-ran Professor Pakes' regression analysis but assumed that the entrant obtains the same share of self-insured subscribers as fully-insured subscribers. Doing so shows that by 2011, Professor Pakes' regression analysis would predict average premium *increases* for a significant number of geographical areas and BCBSAL subscribers following Blue Plan entry into Alabama. (*Id.* at Exhibit 9.) Assuming the entrant acquires 20 percent of both self-insured and fully-insured subscribers, by 2013 half of all areas experience premium increases, including nearly 38 percent

of all BCBSAL subscribers. (*Id.* ¶ 66, Exhibit 9.) Professor Trish reviewed this work and agrees with the analysis and conclusions.

## Exhibit 9

| Year | BCBS-GA (Anthem) Captures Subscribers from All Insurers | | BCBS-GA (Anthem) Captures Subscribers from BCBS-AL Only | |
|---|---|---|---|---|
|  | Share of CBSAs | Share of Subscribers | Share of CBSAs | Share of Subscribers |
| 2009 | 0.0% | 0.0% | 0.0% | 0.0% |
| 2010 | 0.0% | 0.0% | 0.0% | 0.0% |
| 2011 | 16.7% | 8.3% | 16.7% | 8.3% |
| 2012 | 25.0% | 19.7% | 16.7% | 8.4% |
| 2013 | 50.0% | 37.6% | 25.0% | 20.1% |

16. Thus, Professor Trish concludes, it is Professor Pakes' assumption—and not the Trish and Herring analysis—that results in predictions of uniformly lower average premiums post-entry. (*Id.* ¶ 68.) Adjusting that assumption reveals that entry would have ambiguous and varying effects on premiums, including higher premiums for a substantial portion of subscribers.

17. Regardless, it is important to note that the effects presented above represent predicted *average* effects and should not be construed as a definitive measure of the likely impact of changes in concentration on any particular subscriber. The *actual* net effect of the hypothetical changes in insurer competition on premiums could be positive or negative, and of varying magnitude, depending on the specific circumstances. (*Id.* ¶¶ 35, 51.)

Dated: July 15, 2019

Respectfully submitted,

Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Peter Bisio
Elizabeth Jose
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637 5600
Fax: (202) 637 5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
peter.bisio@hoganlovells.com
elizabeth.jose@hoganlovells.com

*Co-Coordinating Counsel for the Defendants*

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

*With Hogan Lovells, counsel for Blue Cross
and Blue Shield of North Carolina, Inc.;
Louisiana Health Service & Indemnity
Company (Blue Cross and Blue Shield of
Louisiana); BCBSM, Inc. (Blue Cross and
Blue Shield of Minnesota); Blue Cross and
Blue Shield of South Carolina; Horizon
Healthcare Services, Inc. (Horizon Blue Cross
and Blue Shield of New Jersey); Blue Cross &
Blue Shield of Rhode Island; Blue Cross and
Blue Shield of Vermont; Cambia Health
Solutions, Inc.; Regence Blue Shield of Idaho;
Regence Blue Cross Blue Shield of Utah;
Regence Blue Shield (of Washington); Regence
Blue Cross Blue Shield of Oregon; Anthem,
Inc., f/k/a WellPoint, Inc., and all of its named*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
Sarah J. Donnell
Christa C. Cottrell, P.C.
Zachary Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com
sdonnell@kirkland.com
ccottrell@kirkland.com
zachary.holmstead@kirkland.com

*Co-Coordinating Counsel for the Defendants*

Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE JORDAN RATLIFF &
BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400

7

*subsidiaries in this consolidated action*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 255-9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Blue Cross and Blue Shield of
North Carolina, Inc.; Louisiana Health Service
& Indemnity Company (Blue Cross and
Blue Shield of Louisiana); BCBSM, Inc.
(Blue Cross and Blue Shield of Minnesota);
Blue Cross and Blue Shield of South Carolina;
Horizon Healthcare Services, Inc. (Horizon
Blue Cross and Blue Shield of New Jersey);
Blue Cross & Blue Shield of Rhode Island;
Blue Cross and Blue Shield of Vermont;
Cambia Health Solutions, Inc.; Regence
Blue Shield of Idaho; Regence Blue Cross
Blue Shield of Utah; Regence Blue Shield (of
Washington); Regence Blue Cross Blue Shield
of Oregon; Anthem, Inc., f/k/a WellPoint, Inc.,
and all of its named subsidiaries in this
consolidated action.*

Christine Varney
Evan Chesler
Karin DeMasi
Lauren Kennedy
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
cvarney@cravath.com
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com

Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Defendants' Liaison Counsel*

*With Kirkland & Ellis, counsel for Defendant,
Blue Cross and Blue Shield Association*

James L. Priester
Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Pamela B. Slate
HILL HILL CARTER FRANCO COLE &
BLACK, P.C.
425 South Perry Street
Montgomery, AL 36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*Counsel for Defendant, Blue Cross Blue Shield
of Alabama*

Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
Erica B. Zolner
Casey R. Fronk
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com

8

*Counsel for Defendants Blue Cross and
Blue Shield of Tennessee, Inc.;
Blue Cross Blue Shield of Alabama;
Blue Cross and Blue Shield of Florida, Inc.;
Blue Cross and Blue Shield of Massachusetts,
Inc.*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255 9421
Fax: (803) 255 9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Defendants Blue Cross and Blue
Shield of Tennessee, Inc.; Blue Cross and Blue
Shield of Florida, Inc.; Blue Cross and
Blue Shield of Massachusetts, Inc.*

Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
Tel: (205) 879-5000
Fax: (205) 879-5901
rob@rileyjacksonlaw.com

*Counsel for Defendants Blue Cross and
Blue Shield of Tennessee, Inc.; Blue Cross and
Blue Shield of Florida, Inc.; Blue Cross and
Blue Shield of Massachusetts, Inc.*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX 75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

jzeiger@kirkland.com
ezolner@kirkland.com
cfronk@kirkland.com

Kimberly R. West (*Liaison Counsel*)
Mark H. Hogewood
WALLACE JORDAN RATLIFF &
BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35253
Tel: (205) 870-0555
Fax: (205) 871-753
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants, Health Care Service
Corporation, an Illinois Mutual Legal Reserve
Company, including its divisions Blue Cross
and Blue Shield of Illinois, Blue Cross and
Blue Shield of Texas, Blue Cross and
Blue Shield of New Mexico, Blue Cross and
Blue Shield of Oklahoma, and Blue Cross and
Blue Shield of Montana; Caring for
Montanans, Inc., f/k/a Blue Cross and
Blue Shield of Montana, Inc.; Highmark Inc.,
f/k/a Highmark Health Services; Highmark
West Virginia Inc.; Highmark Blue Cross
Blue Shield Delaware Inc.; California
Physicians' Service d/b/a Blue Shield of
California*

Jonathan M. Redgrave
Victoria A. Redgrave
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com
vredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark
Defendants*

Andy P. Campbell

9

H. James Koch
ARMBRECHT JACKSON LLP
63 South Royal Street, 13th Floor
Riverview Plaza
Mobile, AL 36602
Tel: (251) 405-1300
Fax: (251) 432-6843
hjk@ajlaw.com

*Counsel for Defendants, Carefirst, Inc.;
Carefirst of Maryland, Inc.; Group
Hospitalization and Medical Services, Inc.;
CareFirst BlueChoice, Inc.*

R. David Kaufman
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER
& HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201
Tel: (601) 948-3101
Fax: (601) 960-6902
dkaufman@brunini.com
pmcdowell@brunini.com

Cheri D. Green
BLUE CROSS BLUE SHIELD OF
MISSISSIPPI
P. O. Box 1043
Jackson, MS 39215
Tel: (601) 932-3704
cdgreen@bcbsms.com

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 255-9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com

Stephen D. Wadsworth
A. Todd Campbell
Yawanna N. McDonald
CAMPBELL, GUIN, WILLIAMS, GUY
& GIDIERE LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Tel: (205) 224-0750
Fax: (205) 224-8622
andrew.campbell@campbellguin.com
stephen.wadsworth@campbellguin.com
todd.campbell@campbellguin.com
yawanna.mcdonald@campbellguin.com

Sarah L. Cylkowski
Thomas J. Rheaume, Jr.
BODMAN PLC
201 South Division Street, Suite 400
Ann Arbor, MI 48104
Tel: (734) 761-3780
Fax: (734) 930-2494
scylkowski@bodmanlaw.com
trheaume@bodmanlaw.com

Todd Stenerson
SHEARMAN & STERLING LLP
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com

*Counsel for Defendant, Blue Cross and
Blue Shield of Michigan*

John Briggs
Rachel Adcox
AXINN, VELTROP & HARKRIDER, LLP
950 F Street, N.W.
Washington, DC 20004
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
radcox@axinn.com

10

travis.bustamante@nelsonmullins.com

*Counsel for Defendant, Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company*

Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel: (415) 984-9847
Fax: (415) 434-4507
mnaranjo@foley.com

Alan D. Rutenberg
Benjamin R. Dryden
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Tel: (202) 672-5300
Fax: (202) 672-5399
arutenberg@foley.com
bdryden@foley.com

*Counsel for Defendant, USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield*

Charles L. Sweeris
Law Department
BLUE SHIELD OF CALIFORNIA
50 Beale Street
San Francisco, CA 94105
Tel: (415) 229-5107
Fax: (415) 229-5343
charles.sweeris@blueshieldca.com

*Counsel for California Physicians' Service d/b/a Blue Shield of California*

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Mary G. Menge
Morgan B. Franz
Jess R. Nix
SPOTSWOOD SANSOM & SANSBURY

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5000
Fax: (205) 250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

*Counsel for Defendant, Independence Blue Cross*

Edward S. Bloomberg
John G. Schmidt
Anna Mercado Clark
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Tel: (716) 847-7096
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

Stephen A. Walsh
ADAMS and REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5000
Fax: (205) 250-5091
Stephen.walsh@arlaw.com

*Counsel for Defendant, Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, incorrectly sued as Excellus BlueCross BlueShield of New York*

Kathleen Taylor Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.

11

LLC
One Federal Place
1819 5th Avenue North, Suite 1050
Birmingham, AL 35203
Tel: (205) 986-3620
Fax: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
mmenge@spotswoodllc.com
mfranz@spotswoodllc.com
jnix@spotswoodllc.com

*Counsel for Defendant Capital BlueCross*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON
LLP
1420 Fifth Ave, Suite 3700
Seattle, WA 98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

J. Bentley Owens, III
WALLACE, ELLIS, FOWLER, HEAD
& JUSTICE
113 North Main Street
Columbiana, AL 35051-0587
Tel: (205) 669-6783
Fax: (205) 669-4932
bowens@wefhlaw.com

*Counsel for Defendants, Premera Blue Cross
d/b/a Premera Blue Cross Blue Shield of
Alaska*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com

Washington, D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel: (205) 581-0716
Fax: (205) 380-9116
jjohnson@lightfootlaw.com

*Counsel for Defendants, Blue Cross of Idaho
Health Service, Inc.; Blue Cross and
Blue Shield of Kansas, Inc.; Blue Cross and
Blue Shield of Kansas City; Blue Cross and
Blue Shield of Nebraska; Blue Cross
Blue Shield of Arizona; Blue Cross Blue Shield
of North Dakota; Blue Cross Blue Shield of
Wyoming; HealthNow New York Inc.;
BlueShield of Northeastern New York;
BlueCross BlueShield of Western New York*

12

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc.*

Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255 9421
Fax: (803) 255 9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association*

13

*(Blue Cross and Blue Shield of Hawaii); Triple
S Salud, Inc.*

14

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, the foregoing was electronically filed with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

_____
Craig A. Hoover