FILED
2020 Apr-24 AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**
**(MDL NO.: 2406)**

**Master File No.: 2:13-CV-20000-RDP**
**This document relates to all cases.**

**ORDER UNSEALING CERTAIN DOCUMENTS**

This matter is before the court on the Seal Team's April 23, 2020 Report[1] regarding additional sealed documents that the parties agree can be unsealed. In light of the Report, the Clerk of the Court is directed to unseal the following documents and/or exhibits:

| Date Filed | Document | Docket No.: |
|---|---|---|
| 4/15/19 | Executive Summary of the Expert Reports of Dr. Daniel Rubinfeld and Dr. Ariel Pakes | 2411 |
| 4/22/19 | Provider Plaintiffs' Amended Motion for Class Certification and Supporting Memorandum | 2421 |
| 7/1/19 | Exhibit 4 to Defendants' Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje | 2472-4 |
| 7/1/19 | Exhibit 8 to Defendants' Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje | 2474-3 |

**DONE** and **ORDERED** this April 23, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

[1] The Seal Team's April 23, 2020 Report was e-mailed to chambers.