FILED
2020 Apr-24 PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO DEPOSITION OF 30(b)(6) HUMANA, INC.

(THROUGH DEPONENT DEBORAH FINDLAY)

Bingham Greenbaum Doll, LLP

3500 National City Tower

101 South Fifth Street

Louisville, Kentucky 40202

January 5, 2018

REPORTED BY: Laura H. Nichols

Certified Realtime Reporter,

Registered Professional

Reporter and Notary Public

reaching out. Alabama is pretty far down the list of potential expansion markets for us today. We have much better expansion opportunities in some markets where the Blues or others aren't nearly as dominant."

Did I read that correctly?

A. You did.

Q. And so is Mr. Stewart citing the dominance of the Blues in Alabama as a reason for not expanding within that market in this email in May of 2014?

MR. HILEMAN: Object to the form.

A. He is using that as an example as one of the factors in looking at expansion.

Q. (BY MR. SHEEHAN:) And, in fact, in this email, he is citing that as the primary factor, correct?

A. He is.

Q. And Mr. Kahn responds to that at the top of the email chain by saying, "Understood, Alan. BC has always held a monopoly on that market."

Did I read that correctly?

A. You did read it correctly.

Q. And does "BC" stand for Blue