FILED
2020 Apr-24 PM 12:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO DEPOSITION OF 30(b)(6) HUMANA, INC.

(THROUGH DEPONENT DEBORAH FINDLAY)

Bingham Greenbaum Doll, LLP

3500 National City Tower

101 South Fifth Street

Louisville, Kentucky 40202

January 5, 2018

REPORTED BY: Laura H. Nichols

Certified Realtime Reporter,

Registered Professional

Reporter and Notary Public

A. That is correct.
Q. Is that common for Humana when they enter a market to focus on the more dense population areas?
A. It is, correct. Again, at this time, 2011, we were selling across all segments, so we were looking for not just the density of population but the density of employer-owned businesses. So, you know, I mean, the population goes with --
Q. Right.
A. -- with where the employers are. But at this time, given the fact that we were selling across all segments, that's what we were looking for.
Q. So if you're focusing or at least selling into the small business and large group markets, the urban areas are more attractive because there's more employers there?
A. That's where the employers are, yes.
Q. And conversely the rural areas are less attractive, right?
A. Correct.
Q. So at least, in this instance, it led you to conclude that you were going to focus on just two metro areas in South Dakota, instead of