FILED
2020 Apr-24 PM 12:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO DEPOSITION OF BRADLEY D. EISEMANN

30(b)(6) DEPOSITION OF CRENSHAW COMMUNITY

HOSPITAL

Balch & Bingham, LLP

105 Tallapoosa St., Ste: 200

Montgomery, AL 36104

May 3, 2017

REPORTED BY:

Angela Smith McGalliard,

Certified Shorthand Reporter

and Notary Public.

counties they're in and which ones they're not.

Q. You do know there are some they don't do business in, right, sir?

A. I'm aware of that.

Q. Now, do you know that some of the commercial insurers choose not to operate in some of the rural counties because they're just not attractive from a financial standpoint?

MR. BROWN: Object to form.

A. Yes.

Q. You mentioned earlier that you have somebody who negotiated the payer contracts. And who was that gentleman's name again?

A. We -- I mean, we had several business managers through the years.

Q. Since 2007 to now --

A. Mike Blake would be a name that I would say ran the business office for a number of years there.

Q. And has he also negotiated the provider contracts?

MR. BROWN: Object to form.

A. Yes.

Q. So it's a -- It's that person, whether it's that gentleman or whoever it is,