FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)

**Master File No. 2:13-CV-20000-RDP**

This document relates to all cases.

**EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS' OPPOSITION TO SUBSCRIBERS' AND PROVIDERS' MOTIONS FOR CLASS CERTIFICATION**

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| DX165 | 8/2/2011 email from Ramzy ElGomayel to Carl King re Blue Cross placing workers at Duke | AETNA-0000007631 | Sealed in Full |
| DX166 | 12/2009 Health Markets Geographic Strategy | AMREP00000076 | Sealed in Full |
| DX167 | 8/14/1996 BCBSMD Site Visit Summary (excerpt) | BCBSA00556334 | Public |
| DX168 | BCBSNC Competitive Analysis (excerpts) | BCBSA01278504 | Public |
| DX169 | 10/06/2005 Blue Plan Provider Network Initiatives Benchmarking Report (excerpts) | BCBSA02329800 | Public |
| DX170 | 03/2010 Urban Institute, Cross-State Risk Pooling Under Health Care Reform: An Analytic Review of the Provisions in the House and Senate Bills (excerpts) | BCBSA02966091 | Public |
| DX171 | 12/6/2006 Review and Outlook 2006-2007 U.S. Health Insurance/Managed Care (excerpts) | BCBSA02983147 | Public |
| DX172 | 9/04/2002 Testimony of Blue Cross of Northeastern Pennsylvania Origin and Appropriateness of Financial Reserves | BCBSA03519055 | Public |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
|  | of Blue Cross of Northeastern Pennsylvania in a Volatile Health Care Environment (excerpts) | | |
| DX173 | 5/10/2010 Facility Value Based Reimbursement Strategy Discussion (excerpts) | BCBSAL_0000246720 | Public |
| DX174 | 9/28/2012 letter from Edward Harris to Russ Tyner re Prattville Baptist Medical Center | BCBSAL_0000277633 | Public with Redactions |
| DX175 | Specialty Society Meeting Neurosurgery (excerpts) | BCBSAL_0000277995 | Public |
| DX176 | 2/15/2012 Letter from Edward Harris to Michael Burgess re Children's Hospital of Alabama and BCBSAL | BCBSAL_0000407507 | Public with Redactions |
| DX177 | 3/18/2011 email from Doug McIntyre to Dorinda Cale re BCBSAL Plan Profile | BCBSAL_0000510129 | Public |
| DX178 | 4/5/2010 BCBSAL Steering Committee Meeting PMD Fee Schedule Recommendations (excerpts) | BCBSAL_0000512240 | Public with Redactions |
| DX179 | 5/2012 2012 Member Health Plan Study Results (excerpts) | BCBSAL_0001369509 | Public |
| DX180 | Value Based Payment Design, Primary Care | BCBSAL_0001448202 | Public with Redactions |
| DX181 | 11/4/2015 email from Jeff Ingrum to Joseph Oaks re Contract Meeting Information | BCBSAL_0001815790 | Seal in Full |
| DX182 | 5/13/2014 Narrow Networks on Public Exchanges (excerpts) | BCBSAL_0001916996 | Public |
| DX183 | 4/2016 Market Information (excerpts) | BCBSAL_0001967317 | Public |
| DX184 | 11/12/2013 NLO Board Meeting (excerpts) | BCBSF-00054126 | Public |
| DX185 | 12/03/2013 Public Exchange Market Intelligence (excerpts) | BCBSF-00146355 | Public |
| DX186 | 4/20/2011 United Health Group Research Webinar (excerpts) | BCBSNC-00076394 | Public |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| DX187 | 1/30/2012 Growth Strategy: Limited/Tiered Network (excerpts) | BCBSNC-00099945 | Public |
| DX188 | 6/8/2011 Network Executive Forum: Network Strategies (excerpts) | BCBSSC-00205779 | Public |
| DX189 | 1/9/2012 Washington AHS Provider Strategy, slide 3 Current Landscape (excerpts) | CAMBIA-00184080 | Public |
| DX190 | 2/22/2010 Individual LOB Assessment (excerpts) | CAMBIA-00242688 | Public with Redactions |
| DX191 | 6/02/2016 Email from Armen Akopyan to Bill Bradley, Karin Swenson-Moore, and Chris Blanton re Updated CLT Slides | CAMBIA-01227915 | Public with Redactions |
| DX192 | 12/31/2013 email from Brian Cheney to Randy McDaniel re 2014 Off Exchange Individual Product Components | HCSC-E000445677 | Public |
| DX193 | 5/09/2014 Market and Competitor Context for Texas Business Plan Development (excerpts) | HCSC-E006192047 | Public |
| DX194 | 1/19/2012 Contractor Playbook Commercial Small Network Development (excerpt) | HUMANA_BCBS_AL-0279188 | Sealed in Full |
| DX195 | 7/29/2014 South Florida Strategic Initiatives Preferred Hospital Network Strategy Florida Owned and JV MSOs- Joint Leadership Meeting (excerpts) | HUMANA_BCBS_AL-0304841 | Sealed in Full |
| DX196 | 10/22/2012 X Networks (excerpts) | HUMANA_BCBS_AL-0309887 | Sealed in Full |
| DX197 | Why Are We Building Small Networks? (excerpts) | HUMANA_BCBS_AL-0310040 | Sealed in Full |
| DX198 | 8/27/2014 email from Mark Matzke to Praveen Thadani re Any Interest Rick? | HUMANA_BCBS_AL-0326128 | Sealed in Full |
| DX199 | 9/14/2017 30(b)(1) Deposition Transcript of Linda Jordan (Clay County Hospital) (excerpts) | | Public |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| DX200 | 12/10/2003 LifeWise Health Plan of Arizona Update (excerpts) | PRE_CON02996828 | Public |
| DX201 | 4/03/2008 Geographic Expansion Pre-Read Materials (excerpts) | TAHP(MDL)000044 | Sealed in Full |
| DX202 | 8/2013 Individual Exchange Market Strategy Delivering Low Cost Offerings (excerpts) | UHG-BCBS000116800 | Sealed in Full |
| DX203 | 1/06/2010 Charter and Governance Approval Document | WLP-00337825 | Public with Redactions |
| DX204 | 1/25/2005 email from Monye Connolly to Burke King re Questions on Individual Rating | WLP-03425215 | Public |
| DX205 | 9/11/2015 Monthly Report- West Region, Labor, and Specialty, Pam Kehaly (excerpts) | WLP-04432382 | Public with Redactions |
| DX206 | Commercial 2009-2011 Three Year Plan Questionnaire (excerpts) | WLP-06352209 | Public |
| DX207 | Competitive Environment notes | WLP-06884097 | Public with Redactions |
| DX208 | 9/10/2008 Small Group/Key Accounts Deep Dive Pricing Project - Wave 2 New York Plan Officer Interview Notes (excerpt) | WLP-07237759 | Public |
| DX209 | 9/2007 Project Banner National Expansion Development (excerpts) | WLP-08203199 | Public |
| DX210 | 11/2/2017 30(b)(6) Deposition Transcript of Aetna through Ramzy ElGomayel (excerpts) | | Sealed in Full |
| DX211 | 9/12/2017 30(b)(6) Deposition Transcript of Alternative Insurance Resources through William V. Cable (excerpts) | | Public |
| DX212 | 5/16/2017 30(b)(6) Deposition Transcript of Alliant Health Plans through Joseph Caldwell (excerpts) | | Sealed in Full |
| DX213 | 9/19/2017 30(b)(6) Deposition Transcript of Andrews Sports Medicine through Lisa Warren | | Sealed in Full |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| | (excerpts) | | |
| DX213.5 | 9/18/2017 30(b)(6) Deposition Transcript of Anesthesia Services of Birmingham, P.C. through Abraham Schuster (excerpts) | | Sealed in Full |
| DX214 | 10/19/2017 30(b)(1) Deposition Transcript of Tucker Sharp (Aon Hewitt) (excerpts) | | Public |
| DX215 | 6/8/2017 30(b)(6) Deposition Transcripts of John Alden Life Insurance Co. and Time Insurance Co. (Assurant) through Raymond Brouillette (excerpts) | | Public |
| DX216 | 12/21/2017 30(b)(6) Deposition Transcript of AvMed, Inc. through Bradford Bentley (excerpts) | | Sealed in Full |
| DX217 | 12/4/2017 30(b)(6) Deposition Transcript of Centene Corporation through Jesse Hunter (excerpts) | | Sealed in Full |
| DX218 | 12/6/2017 30(b)(6) Deposition Transcript of Cigna Insurance Company through Karen Litle (excerpts) | | Sealed in Full |
| DX219 | 12/6/2017 30(b)(6) Deposition Transcript of Cigna Insurance Company through Karen Litle, Ex. 13, Alabama Network Initiatives (Cigna Dep. Ex. 13) | CIGBLU-0000192 | Sealed in Full |
| DX220 | 12/6/2017 30(b)(6) Deposition Transcript of Community Health Systems through Richard Willis (excerpts) | | Sealed in Full |
| DX221 | 9/22/2017 30(b)(1) Deposition Transcript of John Farley (Birmingham Internal Medicine Associates) (excerpts) | | Sealed in Full |
| DX222 | 9/18/2017 30(b)(1) Deposition Transcript of Keith Granger (Grandview Medical Center) | | Sealed in Full |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| | (excerpts) | | |
| DX223 | 9/19/2017 30(b)(6) Deposition Transcripts of Harvard Pilgrim Health Care through Beth-Ann Roberts (excerpts) | | Public with Redactions |
| DX224 | 1/5/2018 30(b)(6) Deposition Transcript of Humana, Inc. through Deborah Findlay (excerpts) | | Public |
| DX225 | 10/3/2017 30(b)(6) Deposition Transcript of Huntsville Hospital Health System through Caroyln Fair (excerpts) | | Sealed in Full |
| DX226 | 2/14/2017 30(b)(6) Deposition Transcript of Intermark Group through Lisa Timmons (excerpts) | | Public |
| DX227 | 11/30/2017 30(b)(6) Deposition Transcript of Moda Health, Inc. through Kraig E. Anderson (excerpts) | | Sealed in Full |
| DX228 | 9/8/2017 30(b)(6) Deposition Transcript of Molina Healthcare, Inc. through Kamran Hashim (excerpts) | | Public with Redactions |
| DX229 | 12/13/2016 30(b)(6) Deposition Transcript of Mostellar Medical Center through James Holland (excerpts) | | Public |
| DX230 | 8/22/2017 30(b)(6) Deposition Transcript of MultiPlan Inc. through Dan Hubbard (excerpts) | | Sealed in Full |
| DX231 | 5/17/2017 30(b)(6) Deposition Transcript of Neurological Surgery Associates (Swaid Clinic) through Kelly Wright (excerpts) | | Public |
| DX232 | 11/30/2017 30(b)(6) Deposition Transcript of Oscar Insurance Corporation through Brian West (excerpts) | | Public |
| DX233 | 12/15/2016 30(b)(6) Deposition Transcript of Perdido Beach Resort | | Public |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| | through Penny C. Groux (excerpts) | | |
| DX234 | 7/18/2017 30(b)(6) Deposition Transcript of Research Solutions through Douglas L. Miller (excerpts) | | Public |
| DX235 | 7/19/2017 30(b)(6) Deposition Transcript of Saginaw Pipe through Mary Laird (excerpts) | | Public |
| DX236 | 09/29/2017 30(b)(6) Deposition Transcript of SelectHealth, Inc. through Sean Dunroe (excerpts) | | Sealed in Full |
| DX237 | 11/28/2017 30(b)(6) Deposition Transcript of SelectHealth, Inc. through Thomas Wahlen (excerpts) | | Sealed in Full |
| DX238 | 12/16/2016 30(b)(6) Deposition Transcript of Sister Schubert's through Ray M. Roshek (excerpts) | | Public |
| DX239 | 9/20/2017 30(b)(6) Deposition Transcript of Stanford Healthcare through Gary May (excerpts) | | Sealed in Full |
| DX240 | 12/12/2017 30(b)(1) Depositon Transcript of Marc Spooner (Tufts Health Plan) (excerpt) | | Sealed in Full |
| DX241 | 9/21/2017 30(b)(1) Deposition Transcript of Mary Beth Briscoe (UAB Hospital) (excerpts) | | Sealed in Full |
| DX242 | 12/15/2017 30(b)(6) Deposition Transcript of UnitedHealth Group Inc. through Jeffrey T. Wedin (excerpts) | | Sealed in Full |
| DX243 | 8/15/2017 30(b)(6) Deposition Transcript of Viva Health through Elizabeth C. Yates (excerpts) | | Sealed in Full |
| DX244 | 8/15/2017 30(b)(6) Deposition of Viva Health through Elizabeth C. Yates, Ex. 11, Exchange Strategy Meeting (VIVA Dep. Ex. 11) | VIVA002044 | Sealed in Full |
| DX245 | 8/15/2017 30(b)(6) Deposition of Viva Health through Elizabeth C. Yates, Ex. 23, 10/15/2014 email re Montgomery | VIVA04832 | Sealed in Full |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| | Academy (VIVA Dep. Ex. 23) | | |
| DX246 | 12/8/2016 30(b)(6) Deposition Transcript of Samford University through Charles Frederick Rogan (excerpts) | | Sealed in Full |
| DX247 | 9/27/2017 30(b)(1) Deposition Transcript of Robert Burnell (Conduent) (excerpts) | | Sealed in Full |
| DX248 | 6/22/2017 30(b)(6) Deposition Transcript of Casa Blanca, LLC through Beatrice Dollar (excerpts) | | Public |
| DX249 | 9/21/2017 30(b)(6) Deposition Transcript of Conrad Watson Air Conditioning, Inc. through Nick Tatum (excerpts) | | Public |
| DX250 | 9/14/2017 30(b)(6) Deposition Transcript of Consumer Financial Education Foundation of America through Richard Mauk (excerpts) | | Public |
| DX251 | 9/26/2017 30(b)(6) Deposition Transcript of Fort McClellan Credit Union through Lynda Davis (excerpts) | | Public |
| DX252 | 9/29/2017 30(b)(6) Deposition Transcript of Galactic Funk Touring, Inc. through Rebecca Moehnke (excerpts) | | Public |
| DX253 | 3/7/2017 30(b)(6) Deposition Transcript of Pearce, Bevill, Leesburg, Moore, P.C. through Joseph Lassiter (excerpts) | | Public |
| DX254 | 3/9/2017 30(b)(6) Deposition Transcript of Pettus Plumbing and Piping through Grover Johnson (excerpts) | | Public |
| DX255 | 9/19/2017 30(b)(6) Deposition Transcript of Rolison Trucking through G. Wade Rolison (excerpts) | | Public |
| DX256 | 8/3/2017 30(b)(6) Deposition Transcript of Gaspar Physical Therapy | | Public |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| | through Paul Gaspar (excerpts) | | |
| DX257 | 6/28/2019 30(b)(1) Deposition Transcript of Dr. Matthew Caldwell (excerpts) | | Public |
| DX258 | 5/4/2017 30(b)(6) Deposition Transcript of Bullock County Hospital through Sharon Lee (excerpts) | | Public |
| DX259 | 5/3/2017 30(b)(6) Deposition Transcript of Crenshaw Community Hospital through Bradley E. Eisemann (excerpts) | | Public |
| DX260 | 6/14/2017 30(b)(6) Deposition Transcript of Ivy Creek of Elmore, LLC; Ivy Creek of Butler, LLC and Ivy Creek of Tallapoosa through Michael D. Bruce (excerpts) | | Public |
| DX260.5 | 5/11/2017 30(b)(1) Deposition Transcript of Janine Nesin, P.T. (excerpts) | | Public |
| DX261 | 5/2/2019 Deposition Transcript of Professor Daniel Rubinfeld (class cert) (excerpts) | | Public with Redactions |
| DX262 | 5/10/2019 Deposition Transcript of Ariel Pakes Ph.D. (class cert) (excerpts) ("Pakes Dep.") | | Public |
| DX263 | 6/14/2019 Deposition Transcript of Ariel Pakes Ph.D. (merits) (excerpts) ("Pakes Merits Dep.") | | Public |
| DX264 | 5/10/2019 Deposition Transcript of Deborah Haas-Wilson Ph.D. (excerpts) | | Public |
| DX265 | 5/7/2019 Deposition Transcript of H.E. Frech, III, Ph.D. (excerpts) | | Public |
| DX266 | 5/9/2019 Deposition Transcript of Daniel J. Slottje, Ph.D. (excerpts) | | Public |
| DX267 | 1/15/2019 Hearing Transcript (Proctor, J.) (excerpt) | | Public |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| DX268 | 4/19/2018 Hearing Transcript (Proctor, J.) (excerpt) | | Public |
| DX269 | Ed Beeson, *Smaller Firms Self-Fund Insurance*, Star Ledger (April 29, 2012) | | Public |
| DX270 | 2008 Aetna 10-K (excerpt) | | Public |
| DX271 | 2017 Aetna 10-K (excerpt) | | Public |
| DX272 | 2008 Cigna 10-K (excerpt) | | Public |
| DX273 | 2017 Cigna 10-K (excerpt) | | Public |
| DX274 | 2008 Humana 10-K (excerpt) | | Public |
| DX275 | 2017 Humana 10-K (excerpt) | | Public |
| DX276 | 2008 United 10-K (excerpt) | | Public |
| DX277 | 2017 United 10-K (excerpt) | | Public |
| DX278 | 7/15/2019 Expert report of Defendants' expert Janusz Ordover | | Sealed in Full |
| DX279 | 7/15/2019 Expert report of Defendants' expert Kevin Murphy | | Sealed in Full |
| DX280 | 7/15/2019 Expert report of Defendants' expert Erin Trish | | Sealed in Full |
| DX281 | 7/15/2019 Expert report of Defendants' expert Lawrence Wu | | Sealed in Full |
| DX282 | 7/15/2019 Expert report of Defendants' expert David Evans | | Sealed in Full |

*Defendants' exhibits numbered 1-164 were filed with the Standard of Review summary judgment briefing.

Dated: April 30, 2020

Respectfully submitted,

/s/ Craig A. Hoover
Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Peter Bisio
Elizabeth Jose
HOGAN LOVELLS US LLP

Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637 5600
Fax: (202) 637 5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
peter.bisio@hoganlovells.com
elizabeth.jose@hoganlovells.com
*Co-Coordinating Counsel for the Defendants*

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

*With Hogan Lovells, counsel for Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon; Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action*

John D. Martin
Lucile H. Cohen

David J. Zott, P.C.
Daniel E. Laytin, P.C.
Sarah J. Donnell
Christa C. Cottrell, P.C.
Zachary Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com
sdonnell@kirkland.com
ccottrell@kirkland.com
zachary.holmstead@kirkland.com

*Co-Coordinating Counsel for the Defendants*

Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE JORDAN RATLIFF & BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 255-9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Blue Cross and Blue Shield of
North Carolina, Inc.; Louisiana Health Service
& Indemnity Company (Blue Cross and
Blue Shield of Louisiana); BCBSM, Inc.
(Blue Cross and Blue Shield of Minnesota);
Blue Cross and Blue Shield of South Carolina;
Horizon Healthcare Services, Inc. (Horizon
Blue Cross and Blue Shield of New Jersey);
Blue Cross & Blue Shield of Rhode Island;
Blue Cross and Blue Shield of Vermont;
Cambia Health Solutions, Inc.; Regence
Blue Shield of Idaho; Regence Blue Cross
Blue Shield of Utah; Regence Blue Shield (of
Washington); Regence Blue Cross Blue Shield
of Oregon; Anthem, Inc., f/k/a WellPoint, Inc.,
and all of its named subsidiaries in this
consolidated action.*

Christine Varney
Evan Chesler
Karin DeMasi
Lauren Kennedy
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
cvarney@cravath.com
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com

*Defendants' Liaison Counsel*

*With Kirkland & Ellis, counsel for Defendant,
Blue Cross and Blue Shield Association*

James L. Priester
Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Pamela B. Slate
HILL HILL CARTER FRANCO COLE &
BLACK, P.C.
425 South Perry Street
Montgomery, AL 36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*Counsel for Defendant, Blue Cross Blue Shield
of Alabama*

Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
Erica B. Zolner
Casey R. Fronk
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
jzeiger@kirkland.com

*Counsel for Defendants Blue Cross and Blue Shield of Tennessee, Inc.; Blue Cross Blue Shield of Alabama; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255 9421
Fax: (803) 255 9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Defendants Blue Cross and Blue Shield of Tennessee, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.*

Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
Tel: (205) 879-5000
Fax: (205) 879-5901
rob@rileyjacksonlaw.com

*Counsel for Defendants Blue Cross and Blue Shield of Tennessee, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200

ezolner@kirkland.com
cfronk@kirkland.com

Kimberly R. West (*Liaison Counsel*)
Mark H. Hogewood
WALLACE JORDAN RATLIFF & BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35253
Tel: (205) 870-0555
Fax: (205) 871-753
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants, Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark Blue Cross Blue Shield Delaware Inc.; California Physicians' Service d/b/a Blue Shield of California*

Jonathan M. Redgrave
Victoria A. Redgrave
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com
vredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark*

Farmers Branch, TX 75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP
63 South Royal Street, 13th Floor
Riverview Plaza
Mobile, AL 36602
Tel: (251) 405-1300
Fax: (251) 432-6843
hjk@ajlaw.com

*Counsel for Defendants, Carefirst, Inc.; Carefirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.*

R. David Kaufman
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201
Tel: (601) 948-3101
Fax: (601) 960-6902
dkaufman@brunini.com
pmcdowell@brunini.com

Cheri D. Green
BLUE CROSS BLUE SHIELD OF MISSISSIPPI
P. O. Box 1043
Jackson, MS 39215
Tel: (601) 932-3704
cdgreen@bcbsms.com

John D. Martin
Lucile H. Cohen
Travis A. Bustamante

*Defendants*

Andy P. Campbell
Stephen D. Wadsworth
A. Todd Campbell
Yawanna N. McDonald
CAMPBELL, GUIN, WILLIAMS, GUY & GIDIERE LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Tel: (205) 224-0750
Fax: (205) 224-8622
andrew.campbell@campbellguin.com
stephen.wadsworth@campbellguin.com
todd.campbell@campbellguin.com
yawanna.mcdonald@campbellguin.com

Sarah L. Cylkowski
Thomas J. Rheaume, Jr.
BODMAN PLC
201 South Division Street, Suite 400
Ann Arbor, MI 48104
Tel: (734) 761-3780
Fax: (734) 930-2494
scylkowski@bodmanlaw.com
trheaume@bodmanlaw.com

Todd Stenerson
SHEARMAN & STERLING LLP
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com

*Counsel for Defendant, Blue Cross and Blue Shield of Michigan*

John Briggs
Rachel Adcox
AXINN, VELTROP & HARKRIDER, LLP

NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 255-9054
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Defendant, Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company*

Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel: (415) 984-9847
Fax: (415) 434-4507
mnaranjo@foley.com

Alan D. Rutenberg
Benjamin R. Dryden
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Tel: (202) 672-5300
Fax: (202) 672-5399
arutenberg@foley.com
bdryden@foley.com

*Counsel for Defendant, USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield*

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Mary G. Menge
Morgan B. Franz
Jess R. Nix

950 F Street, N.W.
Washington, DC 20004
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
radcox@axinn.com

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5000
Fax: (205) 250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

*Counsel for Defendant, Independence Blue Cross*

Edward S. Bloomberg
John G. Schmidt
Anna Mercado Clark
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Tel: (716) 847-7096
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

Stephen A. Walsh
Weinberg Wheeler Hudgins Gunn & Dial
100 Corporate Parkway
One Lake Level
Birmingham, AL 35242
Tel: (205) 572-4107
Fax: (205) 572-4199
SWalsh@wwhgd.com


SPOTSWOOD SANSOM & SANSBURY LLC
One Federal Place
1819 5th Avenue North, Suite 1050
Birmingham, AL 35203
Tel: (205) 986-3620
Fax: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
mmenge@spotswoodllc.com
mfranz@spotswoodllc.com
jnix@spotswoodllc.com

*Counsel for Defendant Capital BlueCross*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Ave, Suite 3700
Seattle, WA 98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

J. Bentley Owens, III
WALLACE, ELLIS, FOWLER, HEAD & JUSTICE
113 North Main Street
Columbiana, AL 35051-0587
Tel: (205) 669-6783
Fax: (205) 669-4932
bowens@wefhlaw.com

*Counsel for Defendants, Premera Blue Cross d/b/a Premera Blue Cross Blue Shield of Alaska*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle

*Counsel for Defendant, Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, incorrectly sued as Excellus BlueCross BlueShield of New York*

Kathleen Taylor Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel: (205) 581-0716
Fax: (205) 380-9116
jjohnson@lightfootlaw.com

*Counsel for Defendants, Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska; Blue Cross Blue Shield of Arizona; Blue Cross Blue Shield of North Dakota; Blue Cross Blue Shield of Wyoming; HealthNow New York Inc.; BlueShield of Northeastern New York; BlueCross BlueShield of Western New York*

Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc.*

Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255 9421
Fax: (803) 255 9054

john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple S Salud, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Craig A. Hoover
Craig A. Hoover