FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 167

**BCBSMD Site Visit Summary**

Aetna/USHC
BCBS of Maryland

Date: 8/14/96
Interviewer: JV&MT

Interviewee: Susan Carr, Senior Market Analyst for Competition

---

**General Thoughts on the Merger and on USHC**

- On the issue of whether Aetna paid too much to purchase USHC, Susan believes that Aetna bought much more than USHC lives. She stated that Aetna bought USHC's management style and capabilities, the most important of which are marketing and medical management.

- Although USHC has only a 2% HMO market share in Maryland, Susan stated that USHC is the Plan's number one competitor. She stated that out of all the major competitors USHC "has what it takes to get them through the market... they by far are the only HMO in the market to differentiate themselves."

- Susan stated that this differentiation occurs in two areas, marketing and information systems.

**<u>Marketing</u>**

- Susan stated that the main focus of USHC marketing campaigns is geared toward "cheery picking" their members. In Maryland, USHC ads (i.e. TV, print) constantly tout the image of wellness and prevention, and feature young healthy people (i.e. "yuppies") During open enrollment periods USHC employs young healthy looking college kids to sell USHC products. Susan called these people "USHCets."

  USHC's marketing strategy is currently being employed in the new Aetna/USHC television ad. This ad features all the same themes portrayed in traditional USHC ads, the only difference being the new service areas (i.e. increased national presence) covered by Aetna Inc.

- USHC offers and markets several value added services that the Blues do not offer. These services include: 1.800 pic.a.doc - this service guarantees members that USHC will contact that specific PCP within 48 hours; gym reimbursement -up to $200 a year; and USHC's safety net program.

**<u>Information Systems</u>**