FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 171

FitchRatings
KNOW YOUR RISK

Insurance

Special Report

# Review and Outlook 2006–2007

## U.S. Health Insurance/Managed Care


**Analysts**
Bradley S. Ellis, CFA
+1 312 368-2089
bradley.ellis@fitchratings.com

Manish J. Patel
+1 312 368-3188
manish.patel@fitchratings.com

Peter F. Patrino, CFA
+1 312 368-3266
peter.patrino@fitchratings.com


**Inside** **Page**


Summary ................................................ 1
Major Events of 2006 ............................ 2
Industry Outlook .................................... 4
Fitch Debt Rating Activity ................... 13


### ■ Summary


Fitch Ratings has revised the Outlook for the U.S. Health Insurance/Managed Care Sector ("the Sector") from Positive to Stable. This change reflects favorable rating actions taken during 2006 and Fitch's view that rating activity is expected to remain relatively stable in the coming 12 months with the number of upgrades closely matching the number of downgrades.

The sector continues to maintain many strong characteristics relative to the prior two decades. Fitch expects stable margins in 2007 driven by less commercial price competition, slightly improved investment yields, improvements in administrative costs, progress on company-specific restructuring initiatives and continued growth in typically lower margin administrative service only and Medicare business. Operating company capital quality is expected to persist following four years of improvement; however, further capital strengthening is anticipated to subside. The main call on capital in 2006 has been share buybacks given strong cash flow generation coupled with slower acquisition activity. To date, share buybacks have been executed judiciously and have not weakened capital quality.

The sector's risk profile continues to consider the political, regulatory and legal environment and the significant role of government in the health care system. In recent years, the federal government has supported the private sector's role in the financing and delivery of health care. Fitch does not envision major changes in the short term related to both federal and state support of private health care delivery. Nevertheless, the combination of the sector's terrific earnings performance and the challenges surrounding health care costs and the growing uninsured population cause concern that the recent favorable trends in earnings and cash flow generation are not sustainable.

Fitch's views on mergers and acquisitions (M&A) activity in 2007 remain consistent with the past year, as deals will largely consist of smaller, regional plans being acquired by larger competitors seeking to strengthen targeted regions and/or product lines. Most acquisitions will be non-underwriting related, as many insurers look to add ancillary or technology skills. The possibility of one or two additional acquisitions of a major market participant is possible, though Fitch does not believe any transactions are imminent since industry players are posting strong results, making shareholders happy and keeping themselves very busy building new "consumerism" products and tools. Further consolidation among the Blue Cross and Blue Shield plans (Blues) remains likely, though little is expected in 2007 given that most have posted good results in recent years and pricing discipline has been very good, creating lower odds that any Blue will search for a buyer due to inherent weaknesses within its balance sheet.


**December 6, 2006**

information availability or quality is currently sufficient, nor is there a standard format in place to allow the insured to make informed decisions with regard to health care. Fitch believes that these weaknesses could potentially lead to decisions based on cost rather than care, and a move away from preventive medicine, which has been shown to lower future costs.

An additional problematic aspect of high deductible/CDHP products is the potential for adverse selection. These products are very attractive to younger, healthier consumers, who view their low frequency of visits to the doctor as beneficial in building HSAs for use in later years. As a result, if given a choice, these products will be the logical choice for more healthy consumers, leaving less healthy consumers in more traditional products. As the healthier consumers are taken out of the traditional product risk pool, the result will be higher average medical costs per person in traditional plans. In this scenario, fewer and fewer people will be able to afford more traditional coverage as the cost goes up.

### Increasing Significant Contracting Disputes with Hospitals

While 2005 was perceived on the surface to be a season of relative calm in terms of hospital negotiations, 2006 has seen a noticeable increase in public disputes over rates and contract terms. Given that insurance companies and managed care plans account for the vast majority of hospital revenue, and hospitals account for approximately one-third of claims costs, Fitch expects negotiations to continue to be intense, as each party tries to grow both revenues and margins.

Publicly disclosed reasons for the disputes seem to focus on basic rate increases and a push by payers to link rate increases to quality of care. However, for the most part, payers are also pressuring providers to accept contract proposals that move away from stop-loss, discount off billed charges and similar structures, and more toward per-diems and other more consistent contracts with fixed rates for procedures, such as diagnosis-related group (DRG) codes.

Consolidation of both providers and payers has changed the negotiation landscape considerably in recent years, but it is not clear which side, if either, has reaped more negotiating leverage as a result. The balance of power certainly varies a great deal from one locale to another, depending on the size of the market, the number and market share of providers and the number and market share of payers.

One gradual change that has taken place in recent years is a lessening of the reimbursement rate advantage given by providers to payers with the strongest market share. The largest payer with a substantially higher market share relative to the next closest market share holder does not always receive a proportional advantage in reimbursement rates. This has been driven largely by the interest of providers in maintaining adequate payer competition in their markets so that no one payer gathers an inordinate amount of negotiating power.

### Rising Medical Costs: Moderating, But Still a Primary Source of Risk

Fitch expects continued moderation in medical cost trends for health insurance and managed care plans. Among industry participants, expectations are for medical cost trends in the range of 7.0%–9.0% in 2006, with very modest continued moderation in 2007. As most managed care companies appear to be pricing at or very close to expected cost trends, any chance for margin expansion will likely come from tightening administrative expense ratios and/or slightly higher investment yields.

Fitch believes that rising medical costs continue to destabilize the U.S. health care system and have been a major contributor to the increase in the uninsured population in the United States, now estimated at approximately 45 million individuals, or 15% of the population.

Rising medical costs have led to unsustainable premium rate increases across all geographical regions and product lines. In a country where inflation has averaged approximately 3.0% over the past 20 years and nominal GDP has averaged 5.6% over the same time period, double-digit and high single-digit increases in premium rates for employers and employees are clearly unsustainable.



CONFIDENTIAL BCBSA02983153