FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 174

Tessa Strickland

**BlueCross BlueShield of Alabama**

RECEIVED
OCT 1 2 2012
Healthcare Networks

September 28, 2012

Mr. Russ Tyner, President
Baptist Health
P. O. Box 244001
Montgomery, Alabama 36124

Re: Prattville Baptist Medical Center

Dear ~~Mr. Tyner~~: Russ,

This is in regard to the current prospective contract rate between Prattville Baptist Medical Center and Blue Cross and Blue Shield of Alabama. Per our discussions, based upon our review, we are in agreement to increase your prospective rate as follows, subject to all other provisions of the Participating Hospital Contract for Prospective Payment:

- Inpatient base per diem for July 1, 2012 through June 30, 2013 of [redacted] per Blue Cross patient day.

If Prattville Baptist Medical Center achieves the following value based contracting benchmarks, performance dollars are added to the base per diem for July 1, 2012 through June 30, 2013 as follows:

- If Prattville Baptist achieves a [redacted] percent reduction in the Blue Cross commercial average length of stay to [redacted] for the contract period, there will be a [redacted] add-on to the base per diem. For the purposes of this calculation:
  1) The average length of stay data will be obtained from the Blue Cross hospital scorecard, which includes all Blue Cross commercial claims, and
  2) The one day stay rate [redacted] and will be calculated by Prattville Baptist Medical Center and provided to Blue Cross and Blue Shield of Alabama in a timely manner.

- If Prattville Baptist Medical Center achieves a Blue Cross commercial readmission rate of [redacted] during the contract period ended June 30, 2013, there will be a [redacted] add-on to the base per diem. The readmission rate will be obtained from Blue Cross and Blue Shield of Alabama Health Management data and [redacted]

- If all value based metrics are met, the maximum potential ultimate per diem for the period July 1, 2012 through June 30, 2013 is [redacted]

Mr. Russ Tyner
Page two
September 28, 2012

Please indicate acceptance by Prattville Baptist Medical Center by having duly authorized personnel execute the acceptance below. Please keep one copy of this agreement for your files and return one signed copy to the attention of Annette Baker, Department Manager, Healthcare Networks. In order for this contract to be effective retro back to July 1, 2012, this signed letter of agreement must be received in our office by October 15, 2012. If you have any contract questions, please contact Joe Oaks at (205) 220-6355.

Sincerely,

Eddie

Edward O. Harris
Vice President
Network Contracting

Cc: Annette Baker
Joe Oaks

ACCEPTED BY: Katrina Kuhn Belt

BY: Katrina K. Belt

TITLE: Chief Financial Officer DATE: October 11, 2012