FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 176

**BlueCross BlueShield of Alabama**

February 15, 2012

Mr. Mike Burgess, CFO
Children's Hospital of Alabama
1600 Seventh Avenue South
Birmingham, Alabama 35233

Dear Mr. Burgess:

This is in regard to the current prospective contract rate between Children's Hospital of Alabama and Blue Cross and Blue Shield of Alabama. Per our discussions, based upon our review, we are in agreement to increase your prospective rate as follows, subject to all other provisions of the Participating Hospital Contract for Prospective Payment:

- Inpatient base per diem for January 1, 2012 through December 31, 2012 of [redacted] per Blue Cross patient day.

If Children's Hospital of Alabama achieves the following value based contracting benchmark, performance dollars are added to the base per diem for January 1, 2012 through December 31, 2012 as follows:

- If Children's Hospital of Alabama achieves an average CURP audit score of [redacted] during the contract period, there will be a [redacted] to the base per diem.

- If Children's Hospital of Alabama achieves an average CURP audit score of [redacted] during the contract period, there will be a [redacted] to the base per diem.

- If Children's Hospital of Alabama achieves an average CURP audit score of [redacted] during the contract period, there will be a [redacted] to the base per diem.

- The above value based add-ons are mutually exclusive. For the twelve month period ended December 31, 2012, the potential add-on to the base per diem for the value based metric is either [redacted] per Blue Cross day, [redacted] per Blue Cross day, [redacted] per Blue Cross day or [redacted] per Blue Cross day.

For the period January 1, 2012 through December 31, 2012, the maximum potential per diem is [redacted] per Blue Cross day.

**VALUE BASED METRICS**

- Blue Cross and Blue Shield of Alabama and Children's Hospital of Alabama will agree upon additional value based metrics to be included in the 2013 hospital Letter of Agreement.

- In order to provide Children's Hospital of Alabama adequate time to prepare clinical and operational processes for the 2013 contract year, these additional value based metrics will be determined by April 30, 2012.

- Blue Cross and Blue Shield of Alabama and Children's Hospital of Alabama will finalize the reporting format and comparison peer groups for value based metrics, and begin exchanging data by August, 2012.

- These value based metrics will be included as per diem add-ons beginning with the 2013 contract year.

**OTHER**

- Children's Hospital of Alabama agrees with Blue Cross and Blue Shield of Alabama's decision regarding the treatment of Medicaid taxes on the 2010 Blue Cross cost report, and will file accordingly going forward (the 2011 cost report period, filed in 2012, and periods beyond).

- Also, should CMS' guidance on provider taxes change for cost reporting periods subsequent to 2011, Children's Hospital of Alabama and Blue Cross and Blue Shield of Alabama will review and determine an appropriate treatment.

Please indicate acceptance by Children's Hospital of Alabama by having duly authorized personnel execute the acceptance below. Please keep one copy of this agreement for your files and return one signed copy to the attention of Annette Baker, Department Manager, Healthcare Networks. In order for this contract to be effective retro back to January 1, 2012, this signed letter of agreement must be received in our office by March 1, 2012. If you have any contract questions, please contact Joe Oaks at (205) 220-6355.

Sincerely,

Edward O. Harris
Vice President
Network Contracting

Cc: Annette Baker
Joe Oaks

ACCEPTED BY: CHILDREN'S HOSPITAL OF ALABAMA

BY: ______________________________

TITLE: ______________________________ DATE: ______________