FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 177

**From:** Doug McIntyre [/O=BCBSALORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B5859]
**Sent:** Friday, March 18, 2011 2:50:32 PM
**To:** Dorinda Cale
**CC:** Eddie Harris
**Subject:** BCBSAL Plan Profile

Dorinda, see if this will work for my assigned sections. Also, after seeing where "e. Key Segments" falls on the list, I think they're talking about market segments. I made a few statements on this, but you may want Rebekah/Julia to comment and add numbers.

Eddie, please weigh-in if you see anything you'd like to change or add. Also, I don't know that we have anything to say on "k. Retail clinic/infusion center/other strategies." Any thoughts on this one?

Thanks. Doug

d. Network Contracting Strategy – BCBSAL has traditionally embraced an open access, PPO contracting strategy. Our networks include all acute care hospitals in the state, as well as most medical doctors, and many ancillary providers (chiropractors, DME suppliers, labs, free-standing radiology, etc.). We do have one primary care, gatekeeper/referral benefit package available to our employer groups; however, its uptake has been limited and it is not a primary product that we sell at this time.

Generally, providers who are willing to accept our contract terms and fee schedules, and who meet our credentialing requirements, are allowed to join our preferred networks. With the exception of one capitated mental health network/product, all of our providers are paid on a fee for service basis. Participating providers are paid from a single, statewide fee schedule applicable to their network (i.e. one preferred medical doctor fee schedule, one preferred DME fee schedule, one preferred lab fee schedule, etc.). Hospitals are generally reimbursed on facility specific, negotiated, in-patient per diem, a statewide surgical fee schedule, and cost plus reimbursement for other services.

Over the past several years, value based reimbursement has been introduced to our payment methodologies. This effort began with our hospitals, where all or a portion of per diem increases are based on meeting agreed upon quality criteria. Recently, we began value based payments in addition to the fee schedule for primary care physicians who meet credentialing, quality, efficiency, and patient satisfaction criteria. We plan to expand this sort of value based payments to other specialties in the coming years.

We are currently considering what, if any, other delivery and reimbursement models may need to be implemented in response to Healthcare Reform and competing on the Exchange. We currently have a Medical Home pilot program that we anticipate incorporating into our value based payment program for primary care. Also on the table for discussion are risk-sharing contracts, narrow networks, and more tightly managed, gatekeeper/referral networks.

e. Key Segments – our local market has traditionally been dominated by our small employer, fully underwritten group products and our self-funded, larger employer market. Additionally, we have a strong national account market. In recent years, we have seen accelerated growth in the individual market, including Medicare Advantage.

k. Retail clinic/infusion center/other strategies –