FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 182

CONFIDENTIAL

# Narrow Networks on Public Exchanges

**Strategy Collaborative**

May 13, 2014

CONFIDENTIAL INTERNAL OVERVIEW DOCUMENT
Material is not for use in conversations with the media

BlueCross BlueShield Association

Blue Cross Blue Shield Association, an Association of independent Blue Cross and Blue Shield companies

BCBSAL_000191696

CONFIDENTIAL

BlueCross BlueShield



# For the Blues, offering narrow networks is not a new strategy

**When Plans First Offered Narrow Networks**
*(Any line of business)*




**n = 19 Plans**

**Of the 26 survey respondents, 7 Plans do not offer a narrow network**

Source: (1) BCBSA Plan Survey
Question 5: When did your Plan begin offering narrow networks (for any line of business)?

BCBSAL_0001917008