FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 183

BlueCross BlueShield of Alabama

April 2016

# Market Information

Blue Cross and Blue Shield of Alabama markets products across five market segments:

- Individual
- Small Group
- Small Underwritten (Merit)
- Large Self-Funded National Accounts
- Senior

The information contained within this brief illustrates our market share, network strength, discount strength, and administrative efficiency within each of these markets. Information regarding competitive carriers within each market segment has also been supplied.

# Network and Discount Data

Blue Cross has the most robust facility and physician networks in the state of Alabama.







*Source: MarketQuest Network Compare Run Date - 03/27/16; BCBSAL hospital data as of 03/27/16 and is based on the PPO network from the BlueCard Program Network Discount Report; Competitor hospital data as of 03/27/16; Competitor physician data as of 03/27/16 and is based on their largest network.*

On a national basis, all Blue Plans share physician networks, making Blue networks stronger nationwide than any other carrier.







*Source: MarketQuest Network Compare Run Date - 02/28/16; BCBSAL hospital data as of 02/28/16 and is based on the PPO network from the BlueCard Program Network Discount Report; Competitor hospital data as of 02/28/16; Competitor physician data as of 02/28/16 and is based on their largest network.*

Blue Cross and Blue Shield of Alabama is an independent licensee of the Blue Cross and Blue Shield Association.