FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 184

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# NLO Board Meeting

November 12 – 13, 2013
Chicago, IL

BlueCross BlueShield Association

Blue Cross Blue Shield Association, an Association of Independent Blue Cross and Blue Shield companies

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

BlueCross BlueShield



# Sub-Rating Region (County level) Competition

When the option is available, competitors are highly selective of the counties in which they operate yet still tend to cover the majority of the population

| Carrier | Counties Covered Relative to Available[1] | | Population Covered |
|---|---|---|---|
| Aetna | 50 of 139 | 36% | 80% |
| Coventry | 106 of 220 | 48% | 91% |
| Cigna | 39 of 108 | 36% | 81% |
| Humana | 54 of 203 | 27% | 80% |
| Kaiser | 13 of 45 | 29% | 77% |
| | | | |
| Local | 113 of 216 | 52% | 80% |
| Medicaid | 54 of 194 | 28% | 71% |
| Provider/IDS | 108 of 218 | 50% | 68% |
| CO-OP | 123 of 139 | 88% | 96% |
| | | | |
| Blue | 371 of 378 | 98% | 99% |

**Observed states where county cherry-picking is permitted:**

AL, GA, IA, IL, IN, LA, MI, MS, NC, ND, NE, OH, OK, PA, TX, UT, VA, and WI

1) Available counties are those within rating areas that carrier has a QHP
Source: HHS Individual Data for Federal Fallback and State Partnership Exchange states (34)

BCBSF-00054157