FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 185

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Public Exchange Market Intelligence

December 3, 2013

BlueCross BlueShield Association

Blue Cross Blue Shield Association, an Association of Independent Blue Cross and Blue Shield companies.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# National Carrier Tier Review

## Humana clearly targets Tier 1 markets and prices the lowest; Coventry is competitively priced but competes more frequently in lower tier markets

### Carrier's Lowest Silver Premiums relative to Second Lowest Cost Benchmark
(on Exchange)




| | Blue Tier 1 | Blue Tier 2 | Blue Tier 3 | Humana Tier 1 | Humana Tier 2 | Humana Tier 3 | Coventry Tier 1 | Coventry Tier 2 | Coventry Tier 3 | Aetna Tier 1 | Aetna Tier 2 | Aetna Tier 3 | Cigna Tier 1 | Cigna Tier 2 | Cigna Tier 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regions Offered | 71 | 146 | 234 | 27 | 23 | 11 | 19 | 47 | 40 | 21 | 18 | 11 | 14 | 13 | 13 |
| Offered Lowest Silver Rate | 42% | 45% | 60% | 56% | 61% | 91% | 37% | 40% | 28% | 5% | 6% | 27% | 0% | 0% | 8% |

Source: XPRT (49 states + Washington DC)

BCBSF-00146363