FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 186

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

BlueCross BlueShield Association

An Association of Independent Blue Cross and Blue Shield Plans

# UnitedHealth Group

## Research Webinar

April 20, 2011

A presentation of the Blue Cross and Blue Shield Association. All rights reserved.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Current Positioning:

## *Ingenix*

## United is using Ingenix to bend the cost curve along three dimensions

### Optimizing Provider Network for Cost and Quality

UnitedHealth Premium program divides physicians into tiers

- Leverages Ingenix data across 13 specialties[1]
- Bases its tiered network on cost and quality measures
- Uses quality and cost-of-care criteria to rate physicians on 20 chronic and complex conditions

Ratings are designated by stars

- One star (quality only)
- Two stars (quality & cost of care)

Increased fee schedules for two-star physicians in select markets

### Managing Current Business

Oncology Care Analysis program

- "Uses a first-of-its-kind database that combines clinical and claims data to gauge the quality of patient care"
- Piloted in 2010

Diabetes Prevention and Control Alliance

- Applies data-mining algorithms to claims data to identify patients at risk patients
- Piloted in 2010

Prospective Fraud Detection Services

### Strategically Targeting Populations

Ingenix data and predictive modeling capabilities allow them to assess populations on:

- Utilization
- Age
- Demographics

New programs focused on more attractive populations:

- Piloting products at select demographic groups with healthier habits, e.g., AsianTreasure directed at Asian American segment
- Targeting marketing at younger, more profitable populations

1. Allergy, cardiothoracic surgery, cardiology, endocrinology, family medicine, infectious, disease, internal medicine, nephrology, neurosurgery, oncology, orthopedic surgery, pulmonology and rheumatology

Source: United company documents and statements; BCG interviews; analyst reports; AIS Directory of HealtH Plans 2010; literature search; BCG experience

A presentation of the Blue Cross and Blue Shield Association. All rights reserved.



BCBSNC-00076410