FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 187

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

BlueCross BlueShield of North Carolina

# Growth Strategy: Limited / Tiered Network

SLT Meeting

January 30, 2012

BCBSNC-00099945

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# MARKET OFFER PROPOSAL: NETWORK BASED PRODUCTS

Develop differentiated, segment-focused product offerings at new price points

- Respond to market demand for lower-cost
- Access untapped and emerging markets of people who don't find value in broad access
- Build strong relationships with large provider systems to achieve cost savings
- Expand our product portfolio to more effectively compete in an exchange environment

***Two Distinct Network-Based Product Options***

| Limited | Tiered |
|---|---|
| • Targets segments which favor low cost above broad network | • Targets segments willing to sacrifice some access but not ready for limited |
| • Point-of-Service (POS) product platform | • Preferred Provider Org (PPO) product platform |
| • Inside target market areas:<br>  • Request competing bids from high-quality health systems for significant cost savings<br>  • Include the best discount IN the network; others are OUT Of Network | • Inside target market areas:<br>  • Request competing bids from high-quality health systems for significant cost savings<br>  • Request competing bids from high-quality physician practice groups in targeted specialty areas<br>  • Set the best discounts at Tier 1 – with richer benefits<br>  • Set remaining providers at Tier 2 – with lower benefits |
| • Across the rest of the state:<br>  • Create network to cover the state, based on PPO network<br>  • Potentially exclude some low-performing facilities | • Across the rest of the state:<br>  • Include broad PPO network<br>  • Targeted specialties tiered by quality<br>  • Potentially exclude some low-performing facilities |
| • Target 20% premium differential (from traditional PPO products) | • Target 10% premium differential (from traditional PPO products) |



BCBSNC-00099947