FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 189

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Regence

# Washington AHS Provider Strategy

January 9, 2012

Regence BlueShield is an Independent Licensee
of the Blue Cross and Blue Shield Association.

© 2011 Private and Confidential.

CAMBIA-00184080

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Current Landscape

- Providers are looking for reimbursement programs that support their integrated care models e.g. capitation, bundled payments, reimbursement for electronic visits etc.
- Regence has created a limited network around efficient health systems for an individual product targeted at a limited market
- Regence has started to engage key provider groups in discussions focused on management of Total Cost of Care for an attributed (PPO) population
- Regence does not have an HMO product or other provider/system selection product (Medicare HMO delayed, decision end participation in Medicaid managed care)

© 2011 Regence. Private and Confidential.



CAMBIA-00184082