FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 193

Marketing Services
Market Research

# Market and Competitor Context for Texas Business Plan Development

May 9, 2014

# Retail Market Trends



- The retail market landscape under ACA has evolved as traditional commercial carries now face competition from a range of new market entrants
  - Competition seen among newly formed co-ops and Medicaid playing as well commercial, regional and local carriers expanding their reach to the Exchanges
  - Creation of co-ops with competitive pricing designed as an alternative to existing commercial carriers, often specifically targeting Blues
  - Intensity of post-reform competition varies across HCSC states
- Managed-care type plans are re-emerging, particularly among new market entrants to gain competitive advantage
  - Many exchange products incorporate managed-care features seen in traditional HMOs
  - Use of narrow networks emerging as strategy to reduce premium costs
  - Some correlation between product, benefits and premium levels, with HMOs representing many of the lower-priced products
- There remains significant competition from national carriers off-exchange
  - Off-Exchange strategies consistent with on-exchange in terms of carrier coverage, benefits offered, and plan pricing
  - Very few carriers solely playing in off-exchange market
  - National carriers' off-exchange footprint provides ability to easily increase exchange presence in additional markets
- Carriers pursued a range of geographical coverage and metal level strategies
  - Few carriers took full coverage approach; many competitors employed county-level participation strategies, cherry picking rating areas and counties that compliment their network strategies
  - Most carriers covering basic metal levels; few offering Platinum products