FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 205

# MONTHLY REPORT – West Region, Labor and Specialty, Pam Kehaly

**Report For:** August 2015
**Date Submitted:** September 11, 2015

**SUMMARY:**

- **West Region**

[redacted]

- **Specialty**

[redacted]

**Financial Update**

- **West Region**
  - ***Operating Gain***

| (in millions) | Month to Date | | | | | Year to Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Plan | Variance to Plan | Forecast | Variance to Fcst | Actual | Plan | Variance to Plan | Forecast | Variance to Fcst |
| California | [redacted] | | | | | | | | | |
| Colorado | | | | | | | | | | |
| Indiana | | | | | | | | | | |
| Kentucky | | | | | | | | | | |
| Missouri | | | | | | | | | | |
| Missouri Non-Blue | | | | | | | | | | |
| Nevada | | | | | | | | | | |
| Ohio | | | | | | | | | | |
| Wisconsin | | | | | | | | | | |
| UniCare without GIC | | | | | | | | | | |
| West Region | | | | | | | | | | |



CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# MONTHLY REPORT – West Region, Labor and Specialty, Pam Kehaly

**Report For:** **August 2015**
**Date Submitted:** **September 11, 2015**

---

- [redacted]
- *Kentucky*
    - Worry Items: **Competitive Landscape Key Business Updates**:
        - UHC is focusing on FI KEY and middle market groups and are quick to offer UMR as a solution if they need that option from a fixed cost position. Recently their FI pricing has gone ultra-aggressive bordering on unrealistic.
        - Humana is guaranteeing groups that are released with a 15% or less renewal increase (from Anthem) can switch to Humana for, at most, a no change to current. In many cases, they can get up to a 20% decrease from current. Humana also refuses to even issue a quote on groups who are getting a 50% or higher increase from Anthem. They are cherry picking our profitable KEY business.
    - Worry Items: **Competitive Landscape Individual Updates**
        - [redacted]
- *Missouri*
    - [redacted]
- *Nevada*
    - [redacted]



CONFIDENTIAL - OUTSIDE COUNSEL ONLY