FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 206

**Commercial 2009 – 2011 Three Year Plan Questionnaire** WELLPOINT

**Purpose:** This form will provide the Commercial Strategy and Planning Team the information necessary to complete the Three Year Plan. The objective of this year's 3 Year Plan is to make the process more strategically focused on defining what it takes to win in the market.

**Directions:** Please complete the following questions and e-mail this document to brent.hill@wellpoint.com

**Segment:** Missouri Local Group

1. **Market Assessment:** List a summary of market forces that are having a meaningful impact. Specific categories of trends could include regulation, customer demographic shifts, competitor positioning, macro-economic forces, etc. This is intended to highlight the key points, so should probably not be more than 6 or 8 bullet points.
   - Members per contract are decreasing.
   - Fewer small groups are offering health insurance.
   - The slower economy is resulting in some large groups closing plants or reducing workforce.
   - Aggressive competition in Small and Large Group markets.
   - Small Group: Anecdotally, we are seeing "healthy" employees purchasing less expensive Individual policies and dropping their group coverage. The result is small groups with higher utilization. We are currently analyzing this trend to determine the impact/significance.

2. **Competitors**: Highlight key points on major competitors only. No more than 4.
   - Coventry/GHP is aggressively focused on small group new business; Missouri is their second-largest state. Historically, the have competed primarily in the St. Louis Metro region, but recently have expanded state-wide.
   - UHC is holding on to it's existing book of small groups business; the are aggressively pricing all 50+ business.
   - Aetna is aggressively pricing 26+ business. In the 26 to 50 size market, they tend to write the healthier groups ("cherry picking"); for 51+ groups, they are aggressively pricing all groups. This has gone on for a couple of years; we are starting to see some high renewals rates to adjust their book of business.
   - CIGNA recently won the St. Louis Consolidated School District from UHC. This is a fully insured 25,000-life group. We believe our bid was appropriately aggressive.
   - Increased competition for TPA and HealthLink business: CIGNA purchased the Great West network; UHC is using their PPO network administered by UMR and they recently purchase FiServe; Coventry ois using a TPA and the First Health network.
   - Mercy Health Plans and Cox Health Systems are strong local competitors around the state.