FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 207

Competitive Environment

CA marketplace remains crowded and hyper competitive with national carriers, regional carriers, health systems, Kaiser and another "Blue" brand all competing for share. CA contains multiple, unique geocentric markets with distinct consumer, product, competitor, provider and distribution dynamics. The mix of lead competitors varies by market segment. All carriers actively employing network narrowing, tiering and risk-sharing strategies to address margin compression.

*Individual*: Covered CA exchange dominates the Individual market, driving price pressures and product commoditization. Market impact of 5Rs still unfolding, as carriers strive for both share and profitability. Anthem is overall share leader, however, Shield recently claiming top spot on exchange. Covered CA is dominated by top 4 (Anthem, Kaiser, Shield and Health Net). New entrants United and Oscar unable to make significant share impact.

*Small Group*: The traditional SG market (2-50) has seen significant contraction and churn as Grandmothered business migrated to ACA plans (with accompanying rate shock). Kaiser holds share lead, with Anthem 2nd, however, Shield gaining significant ground through advantaged pricing (result of CareFirst deal "pledge"). 51-100 transition in 2016 will create additional market churn and opportunities for Anthem and competitors alike.

*Large Group*: Market remains highly competitive with carriers using aggressive pricing tactics (multi-year rate guarantees/caps, premium holidays and wellness incentives) to invest in share growth (United, Aetna) and take profitable renewals off the table (Shield). Kaiser commands share leadership with its continued facility expansion, but is reacting to Vivity introduction. United has seen recent acceleration due to significant pricing investments. Cigna continues to have significant takeover success via its down-market ASO product.

Political / Regulatory Environment

CA remains challenged with aggressive oversight, legislation risk and rate reviews. Network transparency (adequacy & accuracy) are increasing focus of legislation, litigation and regulator audit. Lengthening rate and product review cycles are impacting overall rating accuracy. Unclear federal ACA guidance and reporting has made accurate planning and reserving difficult.

Provider Landscape

CA has highly evolved provider community with appetite for innovation and collaboration. Provider acquisitions and partnerships activity continues to accelerate with delivery systems consolidating to leverage scale and diversifying to secure long term viability. Kaiser threats and shrinking margins are fueling increased provider interest in strategic partnerships with market-leading carriers (e.g., risk sharing, narrow networks, co-branded products, joint ventures, etc.). Larger systems (Sutter, Dignity, Sharp) continue to explore direct-to-client carrier opportunities.

Distribution Channel Relationships

The role and value proposition of ISG distribution partners continues to evolve with the onset of ACA, creating downward pressure on commission levels (particularly for Individual). Actively developing tiered service models with targeted brokers / TPAs to drive efficiency and value. LG expanding

consultative selling strategies with top producers (Roar for 44, Right Client/Right Fit). Private exchanges (Bloom and large consultant-aligned) have yet to generate significant sales volume.

<u>Business Strategy:</u>

- Targeted growth and profitability improvement of IND on and off exchange business through optimizing product / pricing / network position, augmenting RA record capture, and improved member connectivity
- Maximizing SG share in the face market contraction and transformation
- Targeted LG growth and retention through fortification of 101+ FI business, increased pricing competitiveness and flexibility in ASO space, geocentric market execution, [redacted] Anthem's "value" messaging, and focused effort to regain strategic accounts [redacted]
- Expansion of market-differentiating provider collaboration efforts
- Increased focus on enhancing value (and improving OpGain) by fully leveraging clinical and cost of care program opportunities

<u>Key Initiatives</u>

- Consumer Centric Pricing
- 3Rs optimization
- Electronic Enrollment adoption
- SalesForce.com Integration
- Geographic Market Development (NoCal, San Diego)
- Vivity
- Cal Index
- Roar for 44
- ASO Growth & Profitability
- LG UW/Pricing System
- IRO Implementation
- 2017 Individual On Exchange Pricing/Footprint
- Key Account Migration / 51-100 Transition
- SG HMO Repositioning
- ISG Sales / Service Model Redesign
- MHC Expansion
- Cost of Care Initiatives / Clinical
- Provider Finder & Directory Evolution / SB137
- Sutter Contract Execution
- End-2-End Contract Load/Implementation/QA