FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 208

**Small Group/Key Accounts Deep Dive Pricing Project – Wave 2**
**New York Plan Officer Interview Notes**
**Wednesday, 09/10/08**
**11:00 a.m. – 1:00 p.m. Eastern Time**

## Meeting Participants

**New York Plan Officers**
Mark Wagar – SVP East Market / President & GM New York
Chris Fallon – VP Sales (New York Market, downstate 50 – 1,000 Segment)
Ethel Graber – VP Sales (New York Market, upstate 50+ Segment
Ian Laird – Director Strategic Initiatives
Karen Kardos – RVP Underwriting (New York Large Group)
Richard Watson – RVP Commercial Finance (New York Market Support)
JoDee Lymburner – Director & Actuary III (New York Local Group Pricing)
Chrystal Veazey-Watson – Associate General Counsel
Joe Crimmins – RVP Sales Support (Key Accounts Services)
Bill Corrigan – RVP Underwriting (New York Large Group)

**Project Team Members**
Mark Isett – VP Commercial Product Management
Dennis Hickey – Staff VP Customer Analytics & Database Marketing (Corporate Marketing)
Keith Passwater – RVP & Actuary III (Central Zone Group Pricing)
John Knapp – Business Change Director (Commercial Initiatives)
Eric Peterson – Corporate Strategy Director

## Notes

- In New York, the **Upstate** (Midhudson, Albany and north generally) and the **Downstate** markets are quite different. Where appropriate, distinctions will be made to highlight each region's situation.
- New York defines their Key Account segment as any group with 51-99 **eligible** members

## Competitive Environment

- **Small Group**

  In New York, Small is pure community rated (which limits pricing options) and guaranteed issue basis. HMO has additional regulatory restrictions which plan design flexibility, commissions and disallow any participation guideline. As a result only a limited number of firms offer it with Empire a major player.

  Upstate
  Upstate is a very different competitive environment than Downstate. It is largely an HMO market and competitors are typically not-for-profit HMOs. In addition, we compete with two other Blue Plans in this region: Blue Shield of Northeastern New York and Excellus BCBS. The top three competitors in the region are all not-for-profit entities:
    - Capital District Physicians Health Plan (CDPHP)
    - MVP Health Care
    - Blue Shield of Northeastern New York