FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 226

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF LISA TIMMONS
Balch & Bingham
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
February 14, 2017

REPORTED BY: Lane C. Butler
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

Q. Why is that?

A. Because we -- we're happy with Blue Cross. We no longer have an active employee benefits committee, so there's really no one to carry on a discussion. If I had had complaints or if -- if Billy Sanford had had complaints against Blue Cross, then I'm sure we would, but that's not been the case. So I don't see the need to go there.

Q. Okay. How would you rate your employees' satisfaction with their Blue Cross Blue Shield of Alabama coverage?

A. I mean, to my knowledge, they're a nine or a ten. I -- I don't have any complaints at this time.

Q. Even though -- excuse me -- you don't in your mind entertain the thought of changing or have those discussions with brokers, internally at Intermark when it comes either renewal time or something, do you have a discussion amongst the leadership about whether we need to think about getting quotes from other insurers or trying to assess the employees' relative satisfaction and have a formal discussion about that, just, if nothing else, to level-set things to see if there's