FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 229

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO DEPOSITION OF

MOSTELLAR MEDICAL CENTER 30(b)(6)

(THROUGH DEPONENT JAMES HOLLAND)

Mostellar Medical Center

12701 Padgett Switch Road

Irvington, Alabama 36544

December 13, 2016

REPORTED BY: Laura H. Nichols

Certified Realtime Reporter,

Registered Professional

Reporter and Notary Public

follow-up questions. One is Mr. Roth was asking if there was a policy there at the end that Mostellar Medical Center, as a matter of policy, encourages or requires employees to use the facility here. And I think eventually it became clear. But as I understand it, there is no such policy.

A. There is no such policy.

Q. Okay. I just wanted to clear that up. Questions were asked whether you had compared Blue Cross-Blue Shield of Alabama's offerings to other insurance company's offerings. Could you do so if you wanted to do so?

A. Yes.

Q. Is anything stopping you from doing so?

A. No.

Q. Why have you not done so?

A. Been very satisfied with the product.

Q. There was also a question about evaluating premiums going up or going down. At the beginning, you testified that in 2009, your individual monthly premium for the group was four hundred and thirty-four dollars and you testified that -- sorry, four hundred and fourteen dollars individual.