FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 233

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO DEPOSITION OF 30(B)(6) OF

PERDIDO BEACH RESORT

(THROUGH DEPONENT PENNY COUNTS GROUX)

Wallace, Jordan, Ratliff & Brandt, L.L.C.

800 Shades Creek Parkway

Suite 400

Birmingham, Alabama 35253

December 15, 2016

REPORTED BY: Laura H. Nichols

Certified Realtime Reporter,

Registered Professional

Reporter and Notary Public

11:26:46 you know, if there's a nickel more at the
11:26:49 restaurant across the street, they may change jobs.
11:26:51 What I will say, only because I am so
11:26:57 proud to be able to say this about Perdido Beach
11:27:00 Resort, a lot of those that do leave us, come back.
11:27:02 Q. And when you are recruiting for
11:27:04 employees, do you advertise that Perdido Beach
11:27:08 Resort offers Blue Cross-Blue Shield of Alabama
11:27:09 insurance?
11:27:09 A. We advertise all of our benefits,
11:27:13 including the health insurance piece.
11:27:15 Q. And why do you advertise that Perdido
11:27:20 Beach offers Blue Cross-Blue Shield health
11:27:23 insurance?
11:27:23 A. Because everybody in our area knows
11:27:25 that Blue Cross-Blue Shield health insurance is the
11:27:27 best that is out there available, in my opinion.
11:27:30 MR. COCHRAN: Object. Object to the
11:27:31 form.
11:27:32 Q. (BY MS. COTTRELL:) And then I know
11:27:33 there's a churn of employees more generally, but
11:27:37 focusing more on those employees who stay year to
11:27:40 year, are you seeing a lot of them opt out of the
11:27:43 Blue Cross-Blue Shield insurance coverage or, if
11:27:45 they have it, they generally stay with it?