FILED
2020 Apr-30 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 248

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)

Master File No. 2:13_CV-20000-RDP

VIDEO 30(b)(6) DEPOSITION OF BEATRICE DOLLAR
TAKEN ON BEHALF OF THE DEFENDANTS
ON JUNE 22, 2017, BEGINNING AT 9:06 A.M.
IN OKLAHOMA CITY, OKLAHOMA

APPEARANCES:

On behalf of the Subscribers:

MR. LARRY S. MCDEVITT
VAN WINKLE LAW FIRM
11 North Market Street
Asheville, North Carolina 28801
828.475.8855
Lmcdevitt@vwlawfirm.com

MS. AMI SWANK
3601 North Classen Boulevard, Suite 207
Oklahoma City, Oklahoma 73118
405.236.5303
Ami@swank.net

On behalf of the Providers:

MR. DENNIS C. REICH
REICH & BINSTOCK
4265 San Felipe Street, Suite 1000
Houston, Texas 77027
713.622.7271
Dreich@reichandbinstock.com

(Appearances continued on page 2)

Reported by: Cheryl D. Rylant, CSR, RPR

if that was true, we would have kept it the same way, but I don't know that. I do know this is true --

Q. Correct.

A. -- right here.

Q. No, that's fair.

My question -- and I think you might have answered it, but my question on the schedule rate, on Exhibit 5, the different choices is that even though you had less expensive choices available --

A. Yes.

Q. -- Casa Blanca elected to stay with the plan that it may or may not have already had, but, regardless, it chose to stay with the $500 deductible plan even though less expensive options were more available?

A. Yes.

Q. And is that because, as you described earlier, it goes into the four factors that you mentioned, not just price but also co-pays, deductibles --

A. Out-of-pocket.

Q. -- out-of-pocket expenses --

A. Yeah, it would.

Q. -- and provider network?

A. Yes.