# Exhibit 266

ATTORNEYS EYES ONLY

Page 1

1        IN THE UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF ALABAMA
3                   SOUTHERN DIVISION
4
5   IN RE: BLUE CROSS BLUE SHIELD
6   Master File No. 2:13 CV 20000 RDP
7   ANTITRUST LITIGATION
8   MDL NO. 2406
9
10              VIDEO DEPOSITION OF
11            DANIEL J. SLOTTJE, PH.D.
12             Cravath, Swaine & Moore
13                 825 8th Avenue
14             New York, New York  10019
15                  May 9, 2019
16
17            * * * CONFIDENTIAL * * *
18      * * OUTSIDE ATTORNEYS' EYES ONLY  * *
19
20  REPORTED BY:
21     Angela Smith McGalliard,
22     Registered Professional Reporter,
23     Certified Realtime Reporter,
24     Certified Shorthand Reporter
25           and Notary Public.

1   hospital.  Okay?
2        A.      Yes.
3        Q.      If a Blue does not enter that
4   county, how is the hospital in that county
5   harmed?
6        A.      Well, they're harmed, because, by
7   definition, in the real world that is not the
8   case, they can't enter.  And now -- That's how
9   they are harmed, that answers that question.
10       Q.      How would you calculate -- How
11  would your model work, applied to a hospital in
12  a county in which a second Blue did not enter
13  in the but-for world?
14              MR. WHATLEY:  Object to the form.
15       A.      That's not in my model.  My model
16  is to take the underlying shares from her
17  model, and as you've discussed, do the harm
18  estimates.  So that's a question -- That
19  question I can't answer.
20       Q.      Right.  But your model assumes
21  that there's entry in the county; correct?
22       A.      My model takes the harm estimates
23  from her model and multiplies them by the
24  actual allowed amounts and determines damages.
25  So you're conflating.

Page 244

1  that?
2       A.    As I said, I don't have an
3  opinion on that.
4       Q.    Do you agree with me that your
5  model does not account for any hospital that is
6  not in the second Blue's network?
7       A.    As an economist, the only thing I
8  can say to that is would it be economically
9  rational to assume that a hospital now could
10 face more competition, it would increase its
11 outside option against Blue number one and
12 ignore them or not get in there, that makes no
13 sense.  Beyond that, I have no opinion.
14      Q.    Does your -- Do you agree with me
15 that your model does not account for the fact
16 of whether the second Blue --
17      A.    Not a fact.  We know that it's
18 not a fact, so let's be careful.
19      Q.    Sir, let's not talk over each
20 other.
21      A.    I'm sorry.
22      Q.    Do you agree with me that your
23 model does not account for the possibility of
24 one of the hospitals in the class not being in
25 the second Blue's network?

1        A.      My model -- My model doesn't make
2    an assumption about that one way or the other.
3        Q.      Isn't it true that your model
4    assumes that all the hospitals, all one hundred
5    and six are in the networks of the second Blue?
6        A.      My model assumes all one hundred
7    and six hospitals, administrators, would be
8    economically rational, yes, it assumes that.
9        Q.      And you think it's economically
10   rational that -- that every hospital would be
11   in every second Blue's network?
12       A.      Yes.  For the reasons I just
13   explained.
14       Q.      Is that what Cigna has in --
15       A.      I don't have an opinion on --
16       Q.      -- in Alabama?  Is that what
17   United has in Alabama?
18       A.      I have -- There's all kinds of
19   other reasons.  And I have no opinion beyond
20   what I've already said.
21       Q.      Can you name any insurer in
22   Alabama, other than Blue Cross Blue Shield of
23   Alabama, that has every hospital in its
24   network?
25       A.      Has no relevancy in anything I've