FILED
2020 Apr-30 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 267

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: *

BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406

* 2:13-cv-20000-RDP
* January 15, 2019
9:30 a.m.
*
Birmingham, Alabama
*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TRANSCRIPT OF HEARING**
**BEFORE THE HONORABLE R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *:

with the damage period ending in 2013 with the idea that if we were unsuccessful, that would probably end it. If we were successful, then we would either have to have a second trial or a negotiation. The other is to have an update of that material.

Obviously, we don't have as much -- hopefully the update will not take nearly as long as the original production of the data, but I'm confident that that can be worked out.

As I see it, those are sort of some of the key things that we have to address in terms of scheduling prior to a decision that's due when the case goes back. The Court asked us to take a look at Judge Ferguson's comments and I think that those were quite on point in the sense that in this case there are common issues and then there are some issues that are more particular to the individual cases in individual states.

THE COURT: And different markets.

MR. BOIES: And different markets. Different markets, different market shares, and to some extent different competitive alignments. And I think that -- for example, California is obviously a very different situation than Alabama in terms of market structure.

So I think that one sensible approach is to figure out how do we resolve the remaining common issues that need to be resolved and then send it back for the individual judges to