FILED
2020 Apr-30 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 268

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: *

* 2:13-cv-20000-RDP

BLUE CROSS BLUE SHIELD ANTITRUST

* April 19, 2018

LITIGATION MDL 2406 9:00 a.m.

*

Birmingham, Alabama

*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TRANSCRIPT OF HEARING**
**BEFORE THE HONORABLE R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *:

THE COURT: This would be a good time to take a 10-minute break, don't you think?

MR. BOIES: I do. Thank you, Your Honor.

(Recess.)

(Back in open court.)

THE COURT: All right. Mr. Boies?

MR. BOIES: Thank you. Your Honor, the class that we will be advocating, I believe, is going to be the same class that is in our complaint, which is for the damages class, which is obviously the thing that's most important to the class certification stage. It will be state of Alabama. It will be individual and small groups -- small groups defined as 200 or less -- for full service commercial health insurance. We will obviously also have an adjunctive class, but for class certification purposes, that's much less significant.

To answer a question the Court asked earlier, or I guess perhaps it was the defendants had asked it through the Court, subscribers will have three expert witnesses. They are all individuals that the Court has seen at economics day and who the defendants are familiar with.

THE COURT: All right. Hold that thought. Mr. Whatley?

MR. WHATLEY: Your Honor, our classes --

THE COURT: The same footnote applies to you, by the