FILED
2020 Apr-30 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 272

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K**

---

**(Mark One)**
**[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2008**
**OR**
**[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _________ to _________**

**Commission file number 1-8323**

# CIGNA Corporation

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware**<br>(State or other jurisdiction of incorporation or organization) | **06-1059331**<br>(I.R.S. Employer Identification No.) |
| **Two Liberty Place, Philadelphia, Pennsylvania**<br>(Address of principal executive offices) | **19192**<br>(Zip Code) |

**Registrant's telephone number, including area code (215) 761-1000**

**Securities registered pursuant to section 12(b) of the Act**:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, Par Value $0.25 | New York Stock Exchange, Inc. |

**Securities registered pursuant to section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes X No ___

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes ___No X

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes X No ___

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer [X ]    Accelerated filer [ ]    Non-accelerated filer [ ]    Smaller Reporting Company [ ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ___No X

The aggregate market value of the voting stock held by non-affiliates of the registrant as of June 30, 2008 was approximately $13.2 billion.

As of January 30, 2009, 271,037,887 shares of the registrant's Common Stock were outstanding.

Part III of this Form 10-K incorporates by reference information from the registrant's proxy statement to be dated on or about March 19, 2009.

- favorable specialty earnings due to increased sales to core medical customers as well as strong performance in the direct specialty business; and
- improved Medicare Part D results due in part to increased membership.

These favorable effects were partially offset by:

- lower membership and higher medical cost ratio in the guaranteed cost business;
- lower medical margins in the experience-rated business; and
- higher operating expenses reflecting spending on operational improvement initiatives, including segment expansion and investments in information technology, partially offset by expense reductions in certain areas, primarily service operations.

Excluding prior year claim development and the special items for cost reduction, segment earnings in 2007 increased over 2006 due to:

- increased earnings from the specialty businesses;
- margin improvements in the stop-loss product;
- a lower medical cost ratio in the guaranteed cost business of 160 basis points due to strong renewal pricing increases in excess of medical cost trend; and
- aggregate medical membership growth of approximately 800,000 members, including growth in the voluntary/limited benefits business.

These factors were partially offset by lower margins in the experience-rated business as well as lower net investment income due to lower average assets and lower yields.

**Revenues**

The table below shows premiums and fees for the Health Care segment:

| *(In millions)* | **2008** | 2007 | 2006 |
|---|---|---|---|
| Medical: | | | |
| Commercial HMO (1) | **$ 1,430** | $ 2,220 | $ 2,744 |
| Open access/Other guaranteed cost (2) | **2,025** | 1,657 | 946 |
| Voluntary/limited benefits | **200** | 160 | 72 |
| Total guaranteed cost | **3,655** | 4,037 | 3,762 |
| Experience-rated medical (3) | **1,946** | 1,877 | 1,760 |
| Dental | **785** | 773 | 776 |
| Medicare | **400** | 349 | 321 |
| Medicare Part D | **299** | 326 | 215 |
| Acquired business — medical | **603** | - | - |
| Other medical (4) | **1,168** | 1,062 | 929 |
| Total medical | **8,856** | 8,424 | 7,763 |
| Life and other non-medical | **156** | 235 | 305 |
| Acquired business — non-medical | **28** | - | - |
| Total premiums | **9,040** | 8,659 | 8,068 |
| Fees (5) | **2,208** | 2,007 | 1,762 |
| Acquired business — Fees | **367** | - | - |
| Total premiums and fees | $ **11,615** | $ 10,666 | $ 9,830 |

*(1) Premiums and/or fees associated with certain specialty products are also included.*
*(2) Includes premiums associated with other risk-related products, primarily network and PPO plans.*
*(3) Includes minimum premium members, who have a risk profile similar to experience-rated funding arrangements. The risk portion of minimum premium revenue is reported in experience-rated medical premium whereas the self funding portion of minimum premium revenue is recorded in fees. Also, includes certain non-participating cases for which special customer level reporting of experience is required.*
*(4) Other medical premiums include risk revenue for stop-loss and specialty products.*
*(5) Represents administrative service fees for medical members and related specialty product fees for non-medical members as well as fees related to Medicare Part D of $96 million in 2008, $61 million in 2007, and $27 million in 2006.*