FILED
2020 Apr-30 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 274

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2008**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _________ to _________**

**Commission file number 1-5975**

# HUMANA INC.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **61-0647538** |
| **(State of incorporation)** | **(I.R.S. Employer Identification Number)** |
| **500 West Main Street**<br>**Louisville, Kentucky** | **40202** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (502) 580-1000**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of exchange on which registered |
|---|---|
| Common stock, $0.16 2/3 par value | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by checkmark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑ Accelerated filer ☐ Non-accelerated filer ☐ Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

The aggregate market value of voting stock held by non-affiliates of the Registrant as of June 30, 2008 was $6,776,160,320 calculated using the average price on such date of $40.56.

The number of shares outstanding of the Registrant's Common Stock as of January 31, 2009 was 168,854,995.

**DOCUMENTS INCORPORATED BY REFERENCE**

Parts II and III incorporate herein by reference portions of the Registrant's Proxy Statement to be filed pursuant to Regulation 14A with respect to the Annual Meeting of Stockholders scheduled to be held April 23, 2009.

Table of Contents

## ITEM 6. SELECTED FINANCIAL DATA

| | 2008 (a) | 2007 (b) | 2006 (c) | 2005 (d) | 2004 (e) |
|---|---|---|---|---|---|
| | (in thousands, except per common share results, membership and ratios) | | | | |
| **Summary of Operations:** | | | | | |
| Revenues: | | | | | |
| Premiums | $28,064,844 | $24,434,347 | $20,729,182 | $14,001,591 | $12,689,432 |
| Administrative services fees | 451,879 | 391,515 | 341,211 | 259,437 | 272,796 |
| Investment income | 220,215 | 314,239 | 291,880 | 142,976 | 132,838 |
| Other revenue | 209,434 | 149,888 | 54,264 | 14,123 | 9,259 |
| Total revenues | 28,946,372 | 25,289,989 | 21,416,537 | 14,418,127 | 13,104,325 |
| Operating expenses: | | | | | |
| Benefits | 23,708,233 | 20,270,531 | 17,421,204 | 11,651,470 | 10,669,647 |
| Selling, general and administrative | 3,944,652 | 3,476,468 | 3,021,509 | 2,195,604 | 1,894,336 |
| Depreciation and amortization | 220,350 | 184,812 | 148,598 | 128,858 | 117,792 |
| Total operating expenses | 27,873,235 | 23,931,811 | 20,591,311 | 13,975,932 | 12,681,775 |
| Income from operations | 1,073,137 | 1,358,178 | 825,226 | 442,195 | 422,550 |
| Interest expense | 80,289 | 68,878 | 63,141 | 39,315 | 23,172 |
| Income before income taxes | 992,848 | 1,289,300 | 762,085 | 402,880 | 399,378 |
| Provision for income taxes | 345,694 | 455,616 | 274,662 | 106,150 | 129,431 |
| Net income | $ 647,154 | $ 833,684 | $ 487,423 | $ 296,730 | $ 269,947 |
| Basic earnings per common share | $ 3.87 | $ 5.00 | $ 2.97 | $ 1.83 | $ 1.68 |
| Diluted earnings per common share | $ 3.83 | $ 4.91 | $ 2.90 | $ 1.79 | $ 1.66 |
| **Financial Position:** | | | | | |
| Cash and investments | $ 7,185,865 | $ 6,690,820 | $ 5,347,454 | $ 3,477,955 | $ 3,074,189 |
| Total assets | 13,041,760 | 12,879,074 | 10,098,486 | 6,846,851 | 5,645,523 |
| Benefits payable | 3,205,579 | 2,696,833 | 2,410,407 | 1,849,142 | 1,389,845 |
| Debt | 1,937,032 | 1,687,823 | 1,269,100 | 815,044 | 636,696 |
| Stockholders' equity | 4,457,190 | 4,028,937 | 3,053,886 | 2,508,874 | 2,124,248 |
| **Key Financial Indicators:** | | | | | |
| Benefit ratio | 84.5% | 83.0% | 84.0% | 83.2% | 84.1% |
| SG&A expense ratio | 13.7% | 13.9% | 14.3% | 15.4% | 14.6% |
| **Medical Membership by Segment:** | | | | | |
| Government: | | | | | |
| Medicare Advantage | 1,435,900 | 1,143,000 | 1,002,600 | 557,800 | 377,200 |
| Medicare stand-alone PDP | 3,066,600 | 3,442,000 | 3,536,600 | — | — |
| Total Medicare | 4,502,500 | 4,585,000 | 4,539,200 | 557,800 | 377,200 |
| Military services insured | 1,736,400 | 1,719,100 | 1,716,400 | 1,750,900 | 1,789,400 |
| Military services ASO | 1,228,300 | 1,146,800 | 1,163,600 | 1,138,200 | 1,082,400 |
| Total military services | 2,964,700 | 2,865,900 | 2,880,000 | 2,889,100 | 2,871,800 |
| Medicaid insured | 385,400 | 384,400 | 390,700 | 457,900 | 478,600 |
| Medicaid ASO | 85,700 | 180,600 | 178,400 | — | — |
| Total Medicaid | 471,100 | 565,000 | 569,100 | 457,900 | 478,600 |
| Total Government | 7,938,300 | 8,015,900 | 7,988,300 | 3,904,800 | 3,727,600 |
| Commercial: | | | | | |
| Fully-insured | 1,978,800 | 1,808,600 | 1,754,200 | 1,999,800 | 2,286,500 |
| ASO | 1,642,000 | 1,643,000 | 1,529,600 | 1,171,000 | 1,018,600 |
| Total Commercial | 3,620,800 | 3,451,600 | 3,283,800 | 3,170,800 | 3,305,100 |
| Total medical membership | 11,559,100 | 11,467,500 | 11,272,100 | 7,075,600 | 7,032,700 |
| Specialty Membership: | | | | | |
| Dental | 3,633,400 | 3,639,800 | 1,452,000 | 1,456,500 | 1,246,700 |
| Vision | 2,233,000 | 2,272,800 | — | — | — |
| Other supplemental benefits | 950,600 | 871,200 | 450,800 | 445,600 | 461,500 |
| Total specialty membership | 6,817,000 | 6,783,800 | 1,902,800 | 1,902,100 | 1,708,200 |

(a) Includes the acquired operations of United Health Group's Las Vegas, Nevada individual SecureHorizons from April 30, 2008, the acquired operations of OSF Health Plans, Inc. from May 22, 2008, the acquired operations of Metcare Health Plans, Inc. from August 29, 2008, and the acquired operations of PHP Companies, Inc. (d/b/a Cariten Healthcare) from October 31, 2008.

(b) Includes the acquired operations of DefenseWeb Technologies, Inc. from March 1, 2007, the acquired operations of CompBenefits Corporation from October 1, 2007, and the acquired operations of KMG America Corporation from November 30, 2007. Also includes the benefit of $68.9 million ($43.0 million after tax, or $0.25 per diluted share) related to our 2006 Medicare Part D reconciliation with CMS and the settlement of some TRICARE contractual provisions related to prior years.

(c) Includes the acquired operations of CHA Service Company from May 1, 2006.

(d) Includes the acquired operations of CarePlus Health Plans of Florida from February 16, 2005, and the acquired operations of Corphealth, Inc. from December 20, 2005. Also includes expenses of $71.9 million ($44.8 million after tax, or $0.27 per diluted common share) for a class action litigation settlement, as well as expenses of $27.0 million ($16.9 million after tax, or $0.10 per diluted common share) related to Hurricane Katrina. These expenses were partially offset by the realization of a tax gain contingency of $22.8 million, or $0.14 per diluted share.

(e) Includes the acquired operations of Ochsner Health Plan from April 1, 2004.