FILED
2020 May-08 PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** | **Master File 2:13-cv-20000-RDP** |
| | **This document relates to All Cases (Subscriber Track)** |

**NOTICE OF AMENDED FILING REGARDING DOC. 2410**

PLEASE TAKE NOTICE that Subscriber Plaintiffs are filing an amended copy of their Memorandum of Points and Authorities in Support of Subscriber Plaintiffs' Motion for Certification of Alabama Damages Class originally filed on April 15, 2019, as Doc. 2410. This amended version of the brief is revised only with respect to the redactions contained therein.

Dated: May 8, 2020

Respectfully submitted,

*/s/ Tammy McClendon Stokes*

Tammy McClendon Stokes
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. North
Suite 600
Birmingham, Alabama 35203
(205) 226-2282 (telephone)
(205) 226-2357 (facsimile)
tammys@gseattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of May, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Tammy McClendon Stokes
Tammy McClendon Stokes