FILED
2020 May-08 PM 12:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** | **Master File 2:13-cv-20000-RDP** |
| | **This document relates to All Cases (Subscriber Track)** |

**NOTICE OF AMENDED FILING REGARDING DOC. 2457-41**

PLEASE TAKE NOTICE that Subscriber Plaintiffs are filing an amended copy of Exhibit 414 (Doc. 2457-41), which was submitted on June 18, 2019 as Evidentiary Material in support of Subscribers' Motion to Certify a Nationwide Injunctive Class and Motion to Certify an Alabama Damages Class. This version of Exhibit 414 is revised only with respect to the redactions contained therein.

Dated: May 8, 2020

Respectfully submitted,

*/s/ Tammy McClendon Stokes*

Tammy McClendon Stokes
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. North
Suite 600
Birmingham, Alabama 35203
(205) 226-2282 (telephone)
(205) 226-2357 (facsimile)
tammys@gseattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of May, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Tammy McClendon Stokes
Tammy McClendon Stokes