FILED
2020 May-08 PM 12:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** | **Master File 2:13-cv-20000-RDP** <br><br> **This document relates to All Cases (Subscriber Track)** |

# NOTICE OF AMENDED FILING REGARDING DOC. 1555-2

PLEASE TAKE NOTICE that Subscriber Plaintiffs are filing an amended copy of Exhibit 318, which is attached hereto. This exhibit was originally filed under seal as Doc. 1555-2 on September 15, 2017, in support of the Subscribers' Motion for Summary Judgment. The attached version of Exhibit 318 was produced by Defendants with redactions, consistent with the Court's Discovery Order 87, Doc. 2014, which granted, in part, plaintiffs' motion challenging the Defendants' assertion of privilege as to this exhibit. The parties have reached an agreement that this redacted version of the exhibit can be made part of the public record.

Dated: May 8, 2020

Respectfully submitted,

*/s/ Tammy McClendon Stokes*

Tammy McClendon Stokes
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. North
Suite 600
Birmingham, Alabama 35203
(205) 226-2282 (telephone)
(205) 226-2357 (facsimile)
tammys@gseattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of May, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Tammy McClendon Stokes
Tammy McClendon Stokes