FILED
2020 May-11 PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** **This document relates to all cases.** |

## ORDER UNSEALING CERTAIN DOCUMENTS

This matter is before the court on the Seal Team's May 8, 2020 Report[1] regarding additional sealed documents that the parties agree can be unsealed. In light of the Report, the Clerk of the Court is directed to unseal the following documents and/or exhibits:

| Date Filed | Document | Docket No.: |
|---|---|---|
| 7/17/17 | Provider Plaintiffs' Exhibit 22 | 1350-23 |
| 8/18/17 | Subscribers' Exhibit 266 – Best Efforts Primer | 1436-46 |

**DONE** and **ORDERED** this May 11, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

[1] The Seal Team's April 23, 2020 Report was e-mailed to chambers.