1    IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
2                SOUTHERN DIVISION

3

IN RE:  BLUE CROSS BLUE SHIELD    CASE NO.:  2:13-cv-20000-RDP
4  ANTITRUST LITIGATION MDL 2406

5                * * * * * * * * * *

6            TELEPHONIC STATUS CONFERENCE

7                * * * * * * * * * *

8        BEFORE THE HONORABLE R. DAVID PROCTOR, UNITED STATES

9  DISTRICT JUDGE, at Birmingham, Alabama, on Tuesday, May 19,

10  2020, commencing at 9:30 a.m.

11  APPEARANCES (via telephone):

12  SPECIAL MASTER:          Edgar C. Gentle III
                            Attorney at Law
13                          GENTLE TURNER SEXTON & HARBISON
                            501 Riverchase Parkway East, Suite 100
14                          Hoover, Alabama  35244

15  APPEARANCES PER TELEPHONE
    ATTENDANCE LIST:
16
    FOR THE PLAINTIFFS:      Timothy D. Battin
17                          Eric R. Belin
                            Thomas Bender
18                          David Boies
                            Margery S. Bronster
19                          Katherine R. Brown
                            W. Tucker Brown
20                          Joshua Q. Callister
                            Nathan M. Cihlar
21                          U. W. Clemon
                            Charles J. Cooper
22                          Christina D. Crow
                            Karen R. Dow
23                          Augusta S. Dowd
                            David J. Guin
24                          Michael D. Hausfeld
                            Christopher T. Hellums
25                          William A. Isaacson

```
 1   APPEARANCES (via telephone), Continued:

 2   FOR THE PLAINTIFFS:       Lynn W. Jinks III
                               Megan Jones
 3                             Edith M. Kallas
                               Casey L. Lott
 4                             Joann Lytle
                               Mahaley P. McInnes
 5                             Rebekah Keith McKinney
                               Wilson Daniel Miles III
 6                             Mario A. Pacella
                               Dennis G. Pantazis
 7                             Myron C. Penn
                               Leslie Lee Ann Pescia
 8                             Carl Wesley Pittman
                               Aaron S. Podhurst
 9                             Henry C. Quillen
                               Barry A. Ragsdale
10                             Robert B. Roden
                               Julia Smeds Roth
11                             Patrick J. Sheehan
                               Carmen Snell
12                             Tammy McClendon Stokes
                               Ami Swank
13                             Charles M. Thompson
                               Joe R. Whatley Jr.
14                             J. Mark White
                               David M. Wilkerson
15                             Edward Kirk Wood Jr.
                               Greg Wright
16
     FOR THE DEFENDANTS:       Carl S. Burkhalter
17                             Andrew P. Campbell
                               Evan Chesler
18                             Anna M. Clark
                               Karin DeMasi
19                             E. Desmond Hogan
                               Mark M. Hogewood
20                             Zach Holmstead
                               Craig A. Hoover
21                             John M. Johnson
                               Don Karl
22                             Lauren R. Kennedy
                               Cavender C. Kimble
23                             Daniel E. Laytin
                               Katie R. Lencioni
24                             Patrick McDowell
                               Michael A. Naranjo
25                             Scott Nehs
```

```
 1  APPEARANCES (via telephone), Continued:

 2  FOR THE DEFENDANTS:      Elaine Nichenko
                            Jess Randall Nix
 3                          Joshua K. Payne
                            Gwendolyn C. Payton
 4                          Tracy A. Roman
                            Michael Sansbury
 5                          John G. Schmidt Jr.
                            Kathleen Taylor Sooy
 6                          Robert K. Spotswood
                            Kimberly R. West
 7                          Helen E. Witt
                            David J. Zott
 8
    ALSO PRESENT:           David Benck
 9                          Katherine Harbison Benson
                            P. John Brady
10                          Warren T. Burns
                            Don Campbell
11                          Anne Hance
                            Dan Hofmeister Jr.
12                          Rod Johnston
                            Cason Kirby
13                          Larry McDevitt
                            Michael Velezis
14                          Michael Zipfel

15            Proceedings reported stenographically;
                 transcript produced by computer.
16
                      * * * * * * * * * *
17

18     (The following proceedings were heard before the Honorable

19     R. David Proctor, United States District Judge, at

20     Birmingham, Alabama, on Tuesday, May 19, 2020, commencing

21     at 9:30 a.m.:)

22          THE COURT:  Hey, good morning.

23          COUNSEL IN UNISON:  Good morning, Judge.

24          COUNSEL IN UNISON:  Good morning, Your Honor.

25          THE COURT:  I think we're going to dispense with the
```

1  roll call.

2          Kecia, are you on?

3          THE CLERK:  Yes, sir.  I'm here.  Good morning.

4          THE COURT:  Great.  Good morning.

5          Risa, are you on?

6          COURT REPORTER:  Yes.  I'm here, Judge.  Good morning.

7          THE COURT:  All right.  Thank you all.

8          We are here in In Re:  Blue Cross Blue Shield Antitrust

9  Litigation, MDL Number 2406, our Case Number 13-cv-20000.

10          We are again in COVID land, so we are doing our status

11  conference by phone today.  We will be Zooming for our breakout

12  sessions in a little while.

13          The first order on our -- business on our agenda, as

14  published by the special master, is status of the case,

15  including the impact of the COVID-19 pandemic and the status of

16  the current stay.

17          Let me hear first from the subscribers on that subject.

18          MR. BOIES:  Your Honor, this is David Boies.

19          As we reported last time, we are continuing to work

20  remotely and I think remarkably successfully, actually.  Despite

21  the COVID-19 issues, I think that we have, you know, continued

22  to make progress.  We still have some significant issues to

23  resolve, but I think that we are managing to deal with the

24  logistics of operating in a remote environment, something that's

25  foreign to all of us, particularly foreign to my age.  But

1  I've -- with the help of my wife, I've learned how to Zoom, and

2  we have had some, I think, quite productive sessions.

3          I think with respect to the stay, if the Court agrees,

4  a continuation of the stay would be appropriate.

5          THE COURT:  All right.  Thank you.

6          How about the providers?

7          MR. WHATLEY:  Judge, from the providers' side, we're

8  working remotely.  I think we're learning from the experience,

9  and we hope to make more progress working remotely based on what

10  we're learning from the experience.

11          COURT REPORTER:  I'm sorry.  Who's speaking?

12          THE COURT:  Risa, I'm sorry?

13          COURT REPORTER:  Who's speaking, please?

14          THE COURT:  That was Joe Whatley.

15          MR. WHATLEY:  Joe Whatley.  I'm sorry.

16          THE COURT:  Thank you.  Yes.  I agree.  We're all

17  learning.  We may be learning that we don't have to be in person

18  quite as much as we once thought.  It's going to be nice to

19  actually get the opportunity to do it again.  All right.  Thank

20  you, Joe.

21          Next up is the Blues.

22          MR. ZOTT:  Your Honor, good morning.  It's David Zott

23  for the Association.

24          I think we echo the sentiments of both Mr. Whatley and

25  Mr. Boies.  We're fully engaged in a COVID challenge.  As the

1  Court knows, it's been a tremendous challenge for our plans as

2  well as for the Association and we know for many providers.  I

3  think we've absorbed the initial blow and we're looking now at

4  what's likely to be a -- I'm not sure if it's a new normal or a

5  long twilight struggle.  But we know we're going to be in it for

6  a while, and we're prepared to go the distance.

7         In terms of the stay, we also agree that the stay

8  should be continued, and we agree with both what Joe and David

9  said in that regard about the work that we've done and the

10 progress we've made.

11        THE COURT:  All right.  So how much longer should the

12 stay continue?  Should it be -- I don't like the "indefinite"

13 word, but at what point should we revisit the stay?  Just

14 monthly, do you think, on each one of these status conferences?

15        MR. BOIES:  This is David Boies, Your Honor.  I think

16 that's an appropriate way to proceed.  I think having a monthly

17 status conference is productive, and I think that that's an

18 appropriate time to consider whether the stay continues to be

19 useful.

20        MR. WHATLEY:  Judge, David -- Joe Whatley.

21        David, you knew what I was about to say, but that was

22 the (unintelligible).

23        MR. ZOTT:  David Zott.  We agree with that as well,

24 Your Honor.

25        THE COURT:  All right.  Let me make a suggestion that

1    everybody mute your phone unless you are speaking.  And I'll
2    give you a few moments to unmute your phone when it's your turn
3    to speak.  Because we still getting a little background noise
4    here.

5          Okay.  Super.  We will continue the stay with the
6    consent of everyone and revisit the stay at the June status
7    conference, which we will discuss preparations and planning for
8    here in a few moments.

9          Next let's get the seal team update.

10         MR. HOGEWOOD:  Good morning, Judge.  It's Mark
11   Hogewood.  I hope you're doing well.

12         THE COURT:  Thank you.

13         MR. HOGEWOOD:  Judge, just four quick things for the
14   seal team update.  Since the April 16 conference with Your
15   Honor, Judge, we've submitted a couple seal team reports for
16   additional filings to be unsealed.  We've completed, I believe,
17   our work on the class cert related filings and have updated
18   those filings on the docket.  We've just got a couple
19   outstanding issues that we're working through with Sally.

20         And then on Sally's good idea, we're working on indices
21   for all the standard of review and class cert filings from
22   subscribers, providers, and defendants that will show exhibit
23   number, description of the exhibits, and then the ECF number
24   where it can be found on the -- on the public docket and/or the
25   ECF number for the sealed version, if there is one.  Judge, I

1  think that's it on the seal team for now unless Your Honor has

2  any questions.

3          THE COURT:  All right.  I don't.  Thank you for your

4  work.  I said before y'all are a shining example of one thing

5  I've done right, if only one thing, during this case.

6          MR. HOGEWOOD:  Well, I think it's a good group of

7  folks.

8          THE COURT:  Yes.  I agree.

9          All right.  Next agenda item, other issues, the ol'

10 Catch-22 category.  This would be the time, if you feel like you

11 are -- don't have a voice, to speak up through any of the leads.

12 This would be your chance to bring something to my attention.

13         All right.  June status conference.  Would it be

14 appropriate to just let's follow our usual protocol and let Ed

15 circulate dates and circumstances?  I'd say we're going to again

16 be on a combination of telephone and Zoom for June.  I think

17 many of you are in areas that are not opening up or not opening

18 up to the point that we could travel, so I think June is going

19 to be much like April and May.  We'll be back to virtual

20 meetings.

21         MS. JONES:  This is Megan, Judge.  Your Honor, that

22 sounds advisable.  Yes.

23         MR. ZOTT:  This is Davit Zott.  We agree as well, Your

24 Honor.

25         THE COURT:  Yes.

```
 1          And, Joe and Edith, I take it you agree as well?
 2          MR. WHATLEY:  That's correct.
 3          THE COURT:  All right.  So I guess we will circulate
 4  those dates and the call-in information as we get closer to the
 5  end of May, early June.
 6          All right.  I do appreciate everyone's perseverance
 7  through this.  It's -- you know, I'm kind of getting tired of
 8  people calling it unprecedented times because the use of
 9  "unprecedented" is now becoming quite precedented, but
10  nevertheless, it is certainly a challenge none of us saw around
11  the corner in all that you're having to deal with.  And I
12  appreciate just the great lawyering before the pandemic and
13  during the pandemic that I -- that we enjoy in this case.  And I
14  never want to leave a group call without just commending the
15  lawyers on how they've handled this.
16          MR. BOIES:  Thank you, Your Honor.  We appreciate that
17  very much.
18          THE COURT:  Okay.  Well, then we'll start our Zoom
19  conference in about 20 minutes.  We'll give everybody a chance
20  to regroup, and we'll start with the subscribers at ten a.m.  I
21  think you have the Zoom link, Zoom meeting link.  Then we'll go
22  Blues at 10:30 and providers at eleven.  And I think each of
23  those groups has the link as well.  If you have any issues, text
24  Ed.
25          MR. BOIES:  I will have my wife text him.
```

1            MS. JONES:  I would make it -- is that a general

2    admonition, Your Honor?

3            THE COURT:  No.  It's a -- it's trying to be helpful.

4    And I think -- I think David Boies is underselling his

5    technology -- technological prowess.

6            MR. BOIES:  You should talk to my wife and children.

7            THE COURT:  Fair enough.  Well, you know, that's one of

8    the advantages of working from home; right?

9            MR. BOIES:  Exactly.  I've told them they are my IT

10   department.

11           THE COURT:  That's good.  I like that.

12           All right.  Thank y'all.  We'll pick up with the

13   caucuses in a little under 20 minutes.

14           MR. WHATLEY:  Thank you, Your Honor.

15           THE COURT:  Take care.

16        (Proceedings concluded at 9:41 a.m.)

17                     *  *  *  *  *  *  *  *  *  *

18

19

20

21

22

23

24

25

```
1                    COURT REPORTER'S CERTIFICATE

2              I certify that the foregoing is a correct transcript

3    from the record of proceedings in the above-entitled matter.

4              This 20th day of May, 2020.

5

6                              Risa L. Entrekin

7                              Risa L. Entrekin
                               Registered Diplomate Reporter
8                              Certified Realtime Reporter
                               Official Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Risa L. Entrekin, RDR, CRR, Official Court Reporter*
*U.S. District Court, Northern District of Alabama*
*1729 5th Avenue North, Birmingham, Alabama 35203 * 334.240.2405*