FILED

2020 May-28  PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** **(MDL NO.: 2406)** | } } } } } | **Master File No.:  2:13-CV-20000-RDP** **This document relates to all cases.** |

## ORDER UNSEALING CERTAIN DOCUMENTS

This matter is before the court on the Seal Team's May 28, 2020 Report[1] regarding an additional sealed document that the parties agree can be unsealed. In light of the Report, the Clerk of the Court is directed to unseal the following document and/or exhibit:

| Date Filed | Document | Docket No.: |
|---|---|---|
| 6/18/2019 | Subscriber Plaintiffs' Exhibit 373 | 2453-5 |

**DONE** and **ORDERED** this May 28, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] The Seal Team's May 28,2020 Report was e-mailed to chambers.