UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | Master File No.: 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

### REPORT REGARDING PROPOSED AGENDA FOR TELEPHONIC STATUS CONFERENCE ON JUNE 22, 2020 AT 9:30 A.M.

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's May 27, 2020 Order (Document 2577), files this Report providing a proposed Agenda for the Court's Telephonic Status Conference on June 22, 2020, at 9:30 a.m., before The Honorable R. David Proctor, as follows:

**Proposed Telephone Status Conference Agenda**

A. Status of the Case, Including the Impact of the COVID-19 Pandemic and the status of the Current Stay.

B. Other Issues.

C. Preparation for Next Status Conference.

D. Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 18th day of June, 2020.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
(205) 716-3010 Facsimile
egentle@gtandslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this, the 18th day of June, 2020, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ Edgar C. Gentle, III
                                        Edgar C. Gentle, III
                                        Court-Appointed Special Master