FILED
2020 Jun-22  PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | **}** | |
| | **}** | |
| | **}** | |
| | **}** | |
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | |
| **ANTITRUST LITIGATION** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| **(MDL No.: 2406)** | **}** | |
| | **}** | This document relates to all cases. |
| | **}** | |
| | **}** | |

**ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT**

Before the court is the June 2, 2020 application of Edgar C. Gentle, III, the Court-Appointed Special Master, for payment for services rendered and expenses incurred from May 1, 2020 through May 31, 2020 in this matter as it relates to services rendered for both sides of the case, and totaling $6,000.00.

The application was submitted to the court, Plaintiffs' Liaison Counsel, Interim Lead Counsel, Local Facilitating Counsel, the Plaintiffs Steering Committee for the two Plaintiff Tracks, and the Lead Defense Counsel.

The application was allowed to lie over for 20 days, so as to allow the court, Plaintiff leadership and Defendant leadership to lodge any objections thereto. None have been received by the court or the Special Master.

The court has reviewed the application, and finds it to be fair and reasonable.

The court therefore **ORDERS** that the Special Master's application for payment is hereby approved, with: (i) one-half, or $3,000.00, to be paid by the Defendants; and (ii) one-fourth, or $1,500.00, to be paid by the Subscriber Track, and one-fourth, or $1,500.00, to be paid by the Provider Track, from their Common Benefit monies.

The court reserves the power to modify the terms of this order.

**DONE** and **ORDERED** this June 22, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE