IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD | : | |
| ANTITRUST LITIGATION | : | Master File No. 2:13-cv-20000-RDP |
| MDL 2406 | : | |
| | : | |
| | : | |
| | : | This document relates to |
| | : | Subscriber Track cases |

# NOTICE OF CHANGE OF CONTACT INFORMATION AND FIRM AFFILIATION

Please take notice that William A. Isaacson, counsel for Subscriber Plaintiffs in this matter, has changed his firm affiliation and contact information. Mr. Isaacson is now affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. The new address, telephone number, facsimile number, and email for Mr. Isaacson are as follows:

>William A. Isaacson
>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
>2001 K Street, NW
>Washington, DC 20006
>Telephone: (202) 223-7300
>Fax: (202) 223-7420
>Email: wisaacson@paulweiss.com

The firm affiliation and contact information for other Plaintiffs' counsel has not changed.

Dated: June 26, 2020                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

>*/s/ William A. Isaacson*
>William A. Isaacson
>2001 K Street, NW
>Washington, DC 20006
>Telephone: (202) 223-7300
>Fax: (202) 223-7420
>wisaacson@paulweiss.com
>
>*Settlement Committee & PSC Member*