FILED
2020 Jul-07  AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD** | } | **Master File No.:  2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |

## ORDER

This case is **SET** for a telephone status conference at **9:30 a.m. on Tuesday, July 28, 2020**. The Special Master will provide a call-in number for the telephone status conference, and information regarding caucuses to take place following the status conference. **On or before Friday, July 24, 2020**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this July 7, 2020.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE