FILED

2020 Jul-24  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | :  **Master File No. 2:13-cv-20000-RDP**<br>:<br>:<br>:<br>:<br>:  **This document relates to:**<br>:  **All Cases** |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP hereby withdraws the appearance of Jason M. Knott as counsel for Subscriber Plaintiffs and requests his removal from the service list for the above-referenced action. As of July 31, 2020, Mr. Knott will no longer be associated with the law firm of Zuckerman Spaeder LLP. The remaining attorneys at Zuckerman Spaeder LLP, including Cyril V. Smith, Daniel P. Moylan, and Alicia L. Shelton, will continue to serve as counsel of record for Subscriber Plaintiffs and all future correspondence and papers in this action should be directed to them.

Date:  July 24, 2020

Respectfully submitted,

*/s/ Jason M. Knott*
Jason M. Knott
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: jknott@zuckerman.com

*Attorney for Subscriber Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2020, I electronically filed and served the foregoing document with the Clerk of Court and all counsel of record through the Court's CM/ECF system.

/s/ Jason M. Knott
Jason M. Knott
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: jknott@zuckerman.com

*Attorney for Subscriber Plaintiffs*