# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

IN RE:  BLUE CROSS BLUE SHIELD     }     Master File No.:  2:13-CV-20000-RDP
                                   }
ANTITRUST LITIGATION               }
   (MDL NO.: 2406)                 }

## ORDER

During the July 28, 2020 status conference, the issue of lifting the stay as to the Providers' claims was discussed. Counsel for the Providers' and for Defendants agree that they should meet and confer about (1) lifting the stay and (2) developing a schedule for proceedings after the stay is lifted. They further agree that counsel for Subscribers should participate in that process, even though it is not presently anticipated that the stay will be lifted as to the Subscribers' claims.

Therefore, it is **ORDERED** as follows:

1. The parties **SHALL** meet and confer about (1) lifting the stay and (2) developing a schedule for proceedings once the stay is lifted.

2. **On or before August 31, 2020**,[1] the parties **SHALL** file a joint report regarding lifting the stay and how matters on the Providers' claims should proceed thereafter.

**DONE** and **ORDERED** this July 29, 2020.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

---

[1] The court anticipates that it will conduct another status conference during the latter part of August. Although the Joint Report will not be required before that conference, the parties should be prepared to discuss their progress on these issues at that time.