FILED
2020 Aug-21 AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | |
| **ANTITRUST LITIGATION** | ) | **Master File No. 2:13-cv-20000-RDP** |
| **(MDL2406)** | ) | **(MDL 2406)** |
| | ) | **This document relates to all** |
| | ) | **Subscriber track cases.** |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that Benjamin L. Barnes, counsel for Plaintiff subscribers Thomas and Juanita Aschenbrenner, Joel Jameson, Kevin and Christy Bradberry, Ross and Angie Hill, Clint Johnston, Marla Sharp and Janeen Goodin, hereby notify the clerk and all parties of my new mailing address. All other contact information remains the same.

Please direct all notices regarding this case be sent to me at the address below:

Benjamin L. Barnes, OBA# 16173
407 W. Covell Rd. #32123
Edmond, OK 73003

Respectfully submitted,

/s/ Benjamin L. Barnes
Benjamin L. Barnes

Benjamin L. Barnes, OBA# 16173
407 W. Covell Rd. #32123
Edmond, OK 73003

Telephone: (405) 595-3936
Facsimile: (888) 493-6648
Email: bb@bbarneslaw.com

*Counsel for Plaintiff Subscribers*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel.

_/s/___Benjamin L. Barnes___
Benjamin L. Barnes