FILED
2020 Sep-22 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | **This document relates to the Provider Track cases.** |
| **(MDL NO.: 2406)** | } | |

## ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT

Before the court is the September 2, 2020 application of Edgar C. Gentle, III, the Court-Appointed Special Master, for payment for services rendered and expenses incurred from August 1, 2020 through August 31, 2020 in this matter relating solely to services provided to the Plaintiffs, and totaling $39,500.00.

The application was submitted to the court, Plaintiffs' Liaison Counsel, Interim Lead Counsel, Local Facilitating Counsel, and the Plaintiffs Steering Committee for the two Plaintiff Tracks, with the Defendants agreeing that they need not review the invoice, as it will not be billed to them.

The application was allowed to lie over for 20 days, so as to allow the court and Plaintiff leadership to lodge any objections thereto. None have been received by the court or the Special Master.

The court has reviewed the application, and finds it to be fair and reasonable.

The court therefore **ORDERS** that the Special Master's application for payment is hereby approved, with one-half of the billing for common projects, plus the billing that's specific only to Subscriber Track projects, or $30,000.00, to be paid by the Subscriber Track and one-half of the

billing for common projects, plus the billing that's specific only to Provider Track projects, or $9,500.00, to be paid by the Provider Track, from their Common Benefit monies.

The court reserves the power to modify the terms of this order.

**DONE** and **ORDERED** this September 22, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE