FILED
2020 Sep-24 PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br>MDL NO. 2406 | )<br>)<br>) | Master File No. 2:13-CV-20000-RDP |

# MOTION TO WITHDRAW

The undersigned, Casey R. Fronk, respectfully requests to be withdrawn as counsel of record in this case. Mr. Fronk is leaving Kirkland & Ellis LLP and will not continue to represent Defendant California Physicians' Service d/b/a Blue Shield of California.

Helen E. Witt and Erica B. Zolner will continue as counsel of record for Defendant California Physicians' Service d/b/a Blue Shield of California.

Dated: September 24, 2020

Respectfully submitted,

*/s/ Casey R. Fronk*

Helen E. Witt, P.C.
Erica B. Zolner
Casey R. Fronk
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Phone: (312)862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
erica.zolner@kirkland.com
cfronk@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Casey R. Fronk*
Casey R. Fronk