# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** : : : : : : : | **Master File 2:13-cv-20000-RDP**<br><br>**This document relates to Subscriber Track cases** |

## MOTION FOR APPROVAL OF A PLAN FOR NOTICE AND APPOINTMENT OF CLAIMS ADMINISTRATOR

COME NOW the Subscriber Class Representatives[1] (on behalf of themselves and the Settlement Classes) ("Subscriber Plaintiffs") in the above-styled action and hereby move this Court for an order directing notice of the proposed Settlement Agreement reached by Subscriber Plaintiffs and Settling Defendants, and appointing JND Legal Administration as the Claims Administrator. This Motion is also supported by the Self-Funded Sub-Class Representative.

In support of this Motion, Subscriber Plaintiffs are submitting herewith the Subscriber Plaintiffs' Memorandum of Law in Support of Motion for Approval of a Plan for Notice and Appointment of Claims Administrator ("Notice Brief") and the Declaration of Jennifer M. Keough ("Keough Declaration") as Exhibit 1. Attached to the Keough Declaration is Jennifer M. Keough's Biography as Exhibit A, the proposed Notice Plan as Exhibit B, a copy of the long-form notice as Exhibit C, a copy of the Claim Form as Exhibit D, copies of e-mail notice, postcard notice, and publication notice as Exhibits E, F, and H, examples of digital advertisements as Exhibit G, a copy of the print notice as Exhibit H, samples of the class member entity digital ads as Exhibit I, samples

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given them in the Settlement Agreement attached to Subscriber Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement, filed contemporaneously herewith.

1

of internet search ads as Exhibit J, a copy of the multichannel news release microsite as Exhibit K, and a copy of the reminder digital ads as Exhibit L. This Motion is also supported by the Preliminary Approval Motion, brief in support, and attached exhibits.

For the reasons set forth in the Notice Brief, as well as those set forth in the supporting materials and in the Preliminary Approval Motion, Subscriber Plaintiffs' Motion should be granted, and the Court should enter a preliminary approval order in the form proposed by Subscriber Plaintiffs in their Preliminary Approval Motion.

Date: October 30, 2020                                              Respectfully submitted,

  /s/ David Boies                                                      /s/ Michael D. Hausfeld
David Boies – *Co-Lead Counsel*                        Michael D. Hausfeld – *Co-Lead Counsel*
BOIES, SCHILLER & FLEXNER LLP                  Swathi Bojedla – *Discovery Committee*
333 Main Street                                                     HAUSFELD LLP
Armonk, NY 10504                                              1700 K Street NW, Suite 650
Tel: (914) 749-8200                                               Washington, DC 20006
Fax: (914) 749-8200                                              Tel: (202) 540-7200
dboies@bsfllp.com                                              Fax: (202) 540-7201
                                                                              mhausfeld@hausfeld.com
                                                                              sbojedla@hausfeld.com

Charles J. Cooper – *Co-Chair, Written*              Megan Jones – *Settlement Committee & PSC*
*Submissions Committee*                                    *Member*
COOPER & KIRK, PLLC                                      Arthur Bailey – *Discovery Committee*
1523 New Hampshire Avenue NW                      HAUSFELD LLP
Washington, DC 20036                                        600 Montgomery Street, Suite 3200
Tel: (202) 220-9600                                               San Francisco, CA 94111
Fax: (202) 220-9601                                              Tel: (415) 633-1908
ccooper@cooperkirk.com                                   Fax: (415) 358-4980
                                                                              mjones@hausfeld.com
                                                                              abailey@hausfeld.com

Chris T. Hellums – *Local Facilitating Counsel*
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place N, 1100 Park Place Tower
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
chrish@pittmandutton.com

William A. Isaacson – *Settlement Committee & PSC Member*
PAUL WEISS
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7313
Fax: (202) 379-4937
wisaacson@paulweiss.com

Gregory Davis – *Settlement Committee & PSC Member*
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
Tel: (334) 832-9080
Fax: (334) 409-7001
gldavis@knology.net

Cyril V. Smith – *Settlement Committee & PSC Member*
ZUCKERMAN SPAEDER, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel: (410) 949-1145
Fax: (410) 659-0436
csmith@zuckerman.com

Kathleen Chavez – *Settlement Committee & PSC Member*
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
kcc@fmcolaw.com

David Guin – *Co-Chair, Written Submissions Committee*
Tammy Stokes – *Damages Committee*
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. North
Suite 600/Title Building
Birmingham, AL 35203
Tel: (205) 226-2282
Fax: (205) 226-2357
davidg@gseattorneys.com
tammys@gseattorneys.com

Carl S. Kravitz – *Expert Committee*
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Tel: (202) 778-1800
Fax: (202) 822-8106
ckravitz@zuckerman.com

Richard Feinstein – *Expert Committee*
Karen Dyer – *Expert Committee*
Hamish P.M. Hume – *Discovery Committee*
BOIES, SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
rfeinstein@bsfllp.com
kdyer@bsfllp.com
hhume@bsfllp.com

Mindee Reuben
Lite DePalma Greenberg
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Tel: (267) 314-7980
Fax: (973) 623-0858
mreubin@litedepalma.com

Nate Cihlar
Joshua Callister
Srauss & Boies
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704
ncihlar@straus-boies.com
jcallister@straus-boies.com

Patrick Cafferty – *Discovery Committee*
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
150 S. Wacker Drive, Suite 300
Chicago, IL 60606
Tel: (312) 782-4880
pcafferty@caffertyclobes.com

Bryan Clobes – *Litigation Committee*
Ellen Meriwether – *Written Submissions Committee*
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
2005 North Monroe Street
Media, PA 19063
Tel: (215) 864-2800
Fax: (215) 864-2810
bclobes@caffertyclobes.com
emeriwether@caffertyclobes.com

Andrew Lemmon – Chair, Discovery Committee
LEMMON LAW FIRM
15058 River Road
PO Box 904
Hahnville, LA 70057
Tel: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Virginia Buchanan – Chair, Class Certification Committee
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7000
Fax: (850) 435-7020
vbuchanan@levinlaw.com

Douglas Dellaccio – *Litigation Committee*
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 32505
Tel: (205) 328-2200
Fax: (205) 324-7896
ddellaccio@cwcd.com

Larry McDevitt – *Chair, Class Certification Committee*
David Wilkerson – *Discovery Committee*
VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Tel: (828) 258-2991
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Edwin J. Kilpela, Jr.
Benjamin Sweet – *Litigation Committee*
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110
ekilpela@dsclaw.com
bsweet@dsclaw.com

Charles T. Caliendo – *Class Certification Committee*
GRANT & EISENHOFER
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
ccaliendo@gelaw.com

Daniel Gustafson – *Litigation Committee*
Daniel C. Hedlund – *Damages Committee*
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

John Saxon – *Litigation Committee*
JOHN D. SAXON, P.C.
2119 3rd Avenue North
Birmingham, AL 35203-3314
Tel: (205) 324-0223
Fax: (205) 323-1583
jsaxon@saxonattorneys.com

Robert M. Foote – *Damages Committee*
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
rmf@fmcolaw.com

Robert Eisler – *Discovery Committee*
GRANT & EISENHOFER
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
reisler@gelaw.com

Brent Hazzard – *Litigation Committee*
HAZZARD LAW, LLC
447 Northpark Drive
Ridgeland, MS 39157
Tel: (601) 977-5253
Fax: (601) 977-5236
brenthazzard@yahoo.com

Lawrence Jones – *Damages Committee*
JONES WARD PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
Tel: (502) 882-6000
Fax: (502) 587-2007
larry@jonesward.com

| | |
|---|---|
| Robert Methvin – ***Chair, Settlement Committee***<br>James M. Terrell – ***Class Certification Committee***<br>MCCALLUM, METHVIN & TERRELL, P.C.<br>The Highland Building<br>2201 Arlington Avenue South<br>Birmingham, AL 35205<br>Tel: (205) 939-0199<br>Fax: (205) 939-0399<br>rgm@mmlaw.net<br>jterrell@mmlaw.net | Michael McGartland – ***Class Certification Committee***<br>MCGARTLAND & BORCHARDT LLP<br>1300 South University Drive, Suite 500<br>Fort Worth, TX 76107<br>Tel: (817) 332-9300<br>Fax: (817) 332-9301<br>mike@attorneysmb.com |
| H. Lewis Gillis – ***Co-Head Chair, Litigation Committee***<br>MEANS GILLIS LAW, LLC<br>3121 Zelda Court<br>Montgomery, AL 36106<br>Tel: 1-800-626-9684<br>hlgillis@tmgslaw.com | David J. Hodge – ***Chair, Settlement Committee***<br>MORRIS, KING & HODGE<br>200 Pratt Avenue NE<br>Huntsville, AL 35801<br>Tel: (256) 536-0588<br>Fax: (256) 533-1504<br>lstewart@alinjurylaw.com |

*Counsel for Subscriber Plaintiffs*

/s/ Warren T. Burns
Warren T. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com

*Counsel for the Self-Funded Sub-Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2020, the foregoing Subscriber Plaintiffs' Motion for Approval of Plan of Notice and Appointment of Claims Administrator was filed with the Clerk of the Court and served on counsel of record via ECF.

    /s/ Michael D. Hausfeld
Michael D. Hausfeld