FILED

2020 Oct-30 PM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  BLUE CROSS BLUE SHIELD | ) | **Master File No. 2:13-CV-20000-RDP** |
| ANTITRUST LITIGATION | ) | |
| (MDL No. 2406) | ) | This document relates to the Subscriber |
| | ) | Track. |
| | ) | |

## DEFENDANTS' BRIEF IN SUPPORT OF
## SUBSCRIBER PLAINTIFFS' MOTION FOR
## <u>PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT</u>

Defendants, the 36 Blue Cross Blue Shield Plans and the Blue Cross Blue Shield Association, respectfully submit this memorandum in support of preliminary approval of the proposed Subscriber Settlement Agreement.

## I.    The Subscriber Settlement is Fair, Reasonable, and Adequate.

### A.    Background

The Subscriber Track actions in this consolidated MDL have been fiercely litigated since their inception almost a decade ago.  Subscribers challenge a combination of rules regulating the Blue System, a nationwide network of Blue Plans through which more than 100 million members—individuals and groups across the country—purchase health insurance for themselves and their families.  Defendants steadfastly maintain the legality and procompetitive nature of their rules and remain fully prepared to defend the System on the merits.

At the same time, the parties have engaged in vigorous, arms' length negotiations to explore a fair and reasonable settlement that would preserve the many procompetitive benefits that have made Blue Plans leaders in the provision of health insurance for more than 80 years.  Without such a resolution, Plaintiffs faced extraordinary complexity, risk, and expense, not only in the Alabama streamlined action, but also in the coordinated cases that would return to their home jurisdictions for subsequent trials nationwide.  Plaintiffs would confront difficult issues of class certification, the appropriate standard of review, two-sided markets, antitrust injury, damages, and the single-entity defense—to name only a few—in countless trial and appellate courts for many years to come.

The proposed Settlement before the Court offers reasonable terms that reduce the risks for all parties.  For Subscriber Plaintiffs, the Settlement offers a number of changes to the Blue System rules that they challenged.  Chief among those changes are the elimination of any national revenue restrictions for Blue Plans' unbranded businesses (Settlement Agreement ¶ 10) and the addition of

a Second Blue Bid for certain qualified purchasers (*id.* ¶ 15).  Subscriber Plaintiffs are also eligible for a monetary payment from a substantial settlement amount totaling $2.67 billion, to be distributed according to a Court-approved plan of allocation.  (*Id.* ¶¶ 22, 23, 28.)

The Settlement gives subscribers significant monetary relief as well as injunctive relief that will benefit Settlement Class members nationwide.  This relief would be difficult to achieve in the litigation, and litigation would involve immense cost and delay.  These factors strongly favor approval of the Settlement Agreement.

The Settlement also preserves important and procompetitive elements of the Blue System, which benefits Subscriber Plaintiffs as well as Defendants.  The remaining structure of the Blue System enables it to continue to provide the broad nationwide coverage to subscribers throughout each State (*id.* ¶ 13).  The Settlement also offers Defendants a comprehensive release from liability (*id.* ¶ 32).  Most importantly, resolving the Subscriber Track will allow Blue Plans to focus on their core mission:  providing the best, most affordable health care for their members.  That mission has never been clearer than it is today, in the midst of a global health pandemic.

### B.    National Best Efforts

The National Best Efforts rule ("NBE") was central to Subscriber Plaintiffs' Claims and the Standard of Review Order.  *See In re Blue Cross Blue Shield Antitrust Litig.*, 308 F. Supp. 3d 1241, 1267 (N.D. Ala. 2018) (applying *per se* rule only to the alleged "aggregation of competitive restraints" including NBE).  As part of the Settlement, BCBSA and Settling Individual Blue Plans will eliminate NBE.  (*Id.* ¶ 10.)

### C.    Second Blue Bid

Under the Settlement, Qualified National Accounts—*i.e.*, Self-Funded Accounts that have at least 5,000 employees and meet certain other requirements—will have the right to make a

Second Blue Bid Request, except where the Qualified National Account already can request two bids under the current BCBSA rules.  (*Id.* ¶ 15).

### D.    Acquisitions

The Settlement requires that any conditions imposed on the acquisition of a Blue Plan collectively by BCBSA and Settling Individual Blue Plans be reasonably necessary to prevent impairment of (1) the value of the Blue Marks, or (2) the competitiveness or efficiency of the Blue-Branded business or of the Blue Marks.  (*Id.* at 17.)

### E.    Additional Provisions

The Settlement Agreement also addresses Self-Funded Account contracting with Non-Provider Vendors and/or Specialty Service Provider Vendors (*id.* ¶¶ 12(a)–(b)), multi-Service Area accounts with more than 250 total Members (*id.* ¶ 14(a)), Accounts with Independent Health Benefit Decision Locations (*id.* ¶ 14(b)), and Most Favored Nations Clauses (*id.* ¶ 18).

### F.    Monetary Relief

In addition to this significant injunctive relief, the Settlement Agreement will result in the creation of a $2.67 billion Settlement Fund.  (*Id.* ¶¶ 1(oooo), 22.)  This Fund includes the $100 million Notice and Administration Fund and the Fee and Expense Award(s) determined by the Court.  (*Id.*)

### G.    Releases

In consideration of the substantial injunctive and monetary relief discussed above, Settlement Class Members agree to provide broad releases.  (*Id.* ¶¶ 1(uuu)–(www), 32–33.)

## II.    The Go-Forward Blue System Maintains Lawful Business Conduct.

As described above, the structural changes achieved by this Settlement are significant, and the resulting Blue System is pro-competitive.  Many vital elements of the Blue System will remain in place to continue serving Blue Plan members going forward.  In cases involving ongoing

business practices, a class settlement can leave intact some challenged practices and include a release of future claims based on those same practices. *VKK Corp. v. Nat'l Football League*, 244 F.3d 114 (2d Cir. 2001); *see also Robertson v. Nat'l Basketball Ass'n*, 556 F.2d 682, 686 (2d Cir. 1997) (approving settlement where the Court confirmed that the ongoing practices are not "clearly illegal" and noting that the ongoing practices confer significant procompetitive benefits).

Given the scope of the injunctive relief and changes made to the Blue System as part of this Settlement, both parties are now in agreement that the Court's standard-of-review opinion does not apply to the go-forward Blue System. (Settlement Agreement ¶ 6.) Defendants respectfully maintain that the standard-of-review decision was wrong as a matter of law, but there is no dispute that it applied the per se rule only to the "aggregation" of NBE and service areas. *In re Blue Cross Blue Shield Antitrust Litig.*, 308 F. Supp. 3d 1241, 1267 (N.D. Ala. 2018). As the Court has since confirmed, it "has not concluded that the ESAs, on their own, are a per se violation of the Sherman Act." *Conway v. Blue Cross Blue Shield of Alabama*, No. 2:12-cv-02532 (N.D. Al.), Dkt. 604 at 10. They allow Blue Plans to engage in efficiency-enhancing cooperation so that they can offer nationwide capabilities while still providing unparalleled coverage within their service areas. *See In re Blue Cross Blue Shield Antitrust Litig.*, 308 F. Supp. 3d at 1276; (Dkt. 2565-49 and 50, Murphy Rpt. ¶ 104); *FTC v. Actavis*, 570 U.S. 136 (2013); *Procaps S.A. v. Patheon Inc.*, 845 F.3d 1072 (11th Cir. 2016).

Because the proposed Settlement would eliminate NBE, the "aggregation" of service areas and NBE would no longer exist, and the Court's per se ruling, by its terms, would not apply to the go-forward Blue System. Instead, the parties both believe that the structure of the post-approval Blue System is not per se illegal and thus poses no obstacle to approval of the Settlement.

## **CONCLUSION**

For these reasons, Defendants respectfully state that the Settlement meets the requirements under Rule 23 of fairness, reasonableness, and adequacy for preliminary approval.

Dated:   October 30, 2020

Respectfully submitted,

*/s/ David J. Zott, P.C.*
David J. Zott, P.C.
Daniel E. Laytin, P.C.
Sarah J. Donnell
Christa C. Cottrell, P.C.
Zachary Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com
sarah.donnell@kirkland.com
christa.cottrell@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Defendant*
*Blue Cross Blue Shield Association*

Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Peter Bisio
Elizabeth Jose
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
peter.bisio@hoganlovells.com
elizabeth.jose@hoganlovells.com

*Co-Coordinating Counsel for the Defendants*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
Sarah J. Donnell
Christa C. Cottrell, P.C.
Zachary Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com
sarah.donnell@kirkland.com
christa.cottrell@kirkland.com
zachary.holmstead@kirkland.com

*Co-Coordinating Counsel for the*
*Defendants*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC  29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

*With Hogan Lovells, counsel for Anthem, Inc., f/k/a
WellPoint, Inc., and all of its named subsidiaries in this
consolidated action; Blue Cross and Blue Shield of North
Carolina, Inc.; Louisiana Health Service & Indemnity
Company (Blue Cross and Blue Shield of Louisiana);
BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota);
Blue Cross and Blue Shield of South Carolina; Horizon
Healthcare Services, Inc. (Horizon Blue Cross and Blue
Shield of New Jersey); Blue Cross & Blue Shield of
Rhode Island; Blue Cross and Blue Shield of Vermont;
Cambia Health Solutions, Inc.; Regence Blue Shield of
Idaho; Regence Blue Cross Blue Shield of Utah; Regence
Blue Shield (of Washington); Regence Blue Cross Blue
Shield of Oregon*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

J. Bentley Owens, III
ELLIS, HEAD, OWENS & JUSTICE
113 North Main Street

Kimberly R. West *(Liaison Counsel)*
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Defendants' Liaison Counsel*

*With Kirkland & Ellis LLP, counsel for
Defendant Blue Cross Blue Shield
Association*

Christine Varney
Evan Chesler
Karin DeMasi
Lauren Kennedy
CRAVATH SWAINE & MOORE LLP
825 8th Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
cvarney@cravath.com
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com

James L. Priester
Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL  35203
Tel: (205) 254-1000
Fax: (205) 254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Pamela B. Slate
HILL HILL CARTER FRANCO COLE &

Columbiana, AL  35051-0587
Tel: (205) 669-6783
Fax: (205) 669-4932
bowens@wefhlaw.com

*Counsel for Defendants Premera Blue Cross,*
*d/b/a Premera Blue Cross Blue Shield of Alaska*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX  75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL  36602
Tel: (251) 405-1300
Fax: (251) 432-6843
hjk@ajlaw.com

*Counsel for Defendants Carefirst, Inc.; Carefirst of*
*Maryland, Inc.; Group Hospitalization and Medical*
*Services, Inc.; CareFirst BlueChoice, Inc.*

R. David Kaufman
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER
& HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS  39201
Tel: (601) 948-3101
Fax: (601) 960-6902
dkaufman@brunini.com
pmcdowell@brunini.com

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC  29201

BLACK, P.C.
425 South Perry Street
Montgomery, AL  36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*Counsel for Defendant*
*Blue Cross Blue Shield of Alabama*

Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
Erica B. Zolner
Casey R. Fronk
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
jzeiger@kirkland.com
ezolner@kirkland.com
cfronk@kirkland.com

Kimberly R. West (*Liaison Counsel*)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants Health Care*
*Service Corporation, an Illinois Mutual*
*Legal Reserve Company, including its*
*divisions Blue Cross and Blue Shield of*
*Illinois, Blue Cross and Blue Shield of*
*Texas, Blue Cross and Blue Shield of New*
*Mexico, Blue Cross and Blue Shield of*
*Oklahoma, and Blue Cross and Blue Shield*
*of Montana; Caring for Montanans, Inc.,*
*f/k/a Blue Cross and Blue Shield of*
*Montana, Inc.; Highmark Inc., f/k/a*
*Highmark Health Services; Highmark West*
*Virginia Inc.; Highmark Blue Cross Blue*

Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

Cheri D. Green
BLUE CROSS BLUE SHIELD OF MISSISSIPPI
P.O. Box 1043
Jackson, MS  39215
Tel: (601) 932-3704
cdgreen@bcbsms.com

*Counsel for Defendant Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company*


Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA  94104
Tel: (415) 984-9847
Fax: (415) 434-4507
mnaranjo@foley.com

Alan D. Rutenberg
Benjamin R. Dryden
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC  20007
Tel: (202) 672-5300
Fax: (202) 672-5399
arutenberg@foley.com
bdryden@foley.com

*Counsel for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield*


Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Jess R. Nix
Morgan B. Franz
SPOTSWOOD SANSOM & SANSBURY LLC
One Federal Place
1819 5th Avenue North, Suite 1050
Birmingham, AL  35203
Tel: (205) 986-3620
Fax: (205) 986-3639

*Shield Delaware Inc.; California Physicians' Service d/b/a Blue Shield of California*


Jonathan M. Redgrave
Victoria A. Redgrave
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA  20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com
vredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark Defendants*


BLUE SHIELD OF CALIFORNIA
50 Beale Street
San Francisco, CA  94105

*Counsel for California Physicians' Service d/b/a Blue Shield of California*


Todd Stenerson
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC  20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com

Sarah L. Cylkowski
Thomas J. Rheaume, Jr.
BODMAN PLC
1901 Saint Antoine Street
6th Floor at Ford Field
Detroit, MI  48226
Tel: (313) 259-7777
Fax: (734) 930-2494
scylkowski@bodmanlaw.com
trheaume@bodmanlaw.com

Andy P. Campbell
A. Todd Campbell
Yawanna N. McDonald
CAMPBELL PARTNERS LLC

rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
jnix@spotswoodllc.com
mfranz@spotswoodllc.com

*Counsel for Defendant Capital BlueCross*


Christine Varney
Evan Chesler
Karin DeMasi
Lauren Kennedy
CRAVATH SWAINE & MOORE LLP
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
cvarney@cravath.com
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com


John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com


Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
Tel: (205) 879-5000
Fax: (205) 879-5901
rob@rileyjacksonlaw.com


*Counsel for Defendant Blue Cross and Blue Shield
of Tennessee, Inc.; Blue Cross and Blue Shield of
Florida, Inc.; Blue Cross and Blue Shield of
Massachusetts, Inc.*

505 North 20th Street, Suite 1600
Birmingham, AL 35203
Tel: (205) 224-0750
Fax: (205) 224-8622
andy@campbellpartnerslaw.com
todd@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com

*Counsel for Defendant Blue Cross and
Blue Shield of Michigan*


John Briggs
Rachel Adcox
AXINN, VELTROP & HARKRIDER, LLP
950 F Street, N.W.
Washington, DC 20004
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
radcox@axinn.com


Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5000
Fax: (205) 250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

*Counsel for Defendant Independence
Blue Cross*


Kathleen Taylor Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

Edward S. Bloomberg
John G. Schmidt
Anna Mercado Clark
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY  14203
Tel: (716) 847-8400
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

Stephen A. Walsh
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL
100 Corporate Parkway
One Lake Level
Birmingham, AL  35242
Tel: (205) 572-4107
Fax: (205) 572-4199
swalsh@wwhgd.com

*Counsel for Defendant, Excellus Health Plan, Inc., d/b/a
Excellus BlueCross BlueShield, incorrectly sued as
Excellus BlueCross BlueShield of New York*

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL  35203
Tel: (205) 581-0700
Fax: (205) 581-0799
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

*Counsel for Defendants Blue Cross of
Idaho Health Service, Inc.; Blue Cross and
Blue Shield of Kansas, Inc.; Blue Cross and
Blue Shield of Kansas City; Blue Cross and
Blue Shield of Nebraska; Blue Cross Blue
Shield of Arizona; Blue Cross Blue Shield
of North Dakota; Blue Cross Blue Shield of
Wyoming; HealthNow New York Inc.;
BlueShield of Northeastern New York;
BlueCross BlueShield of Western New York*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com

John Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC  29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Defendants Wellmark of South
Dakota, Inc. (Wellmark Blue Cross and
Blue Shield of South Dakota); Wellmark,*

*Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc.*

Kimberly R. West (*Liaison Counsel*)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 30, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 /s/  David J. Zott, P.C.
David J. Zott, P.C.
