# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD | } | Master File No.: 2:13-CV-20000-RDP |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| (MDL NO.: 2406) | } | |

## ORDER

This matter is before the court on (1) Subscriber Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement (Doc. # 2610); and (2) Subscriber Plaintiffs' Motion for Approval of Plan for Notice and Appointment of Claims Administrator (Doc. # 2611). A Preliminary Approval Hearing on Subscriber Plaintiffs' Motions is **SET** for **9:00 a.m. Central Time on Monday, November 16, 2020**. The hearing will take place remotely via Zoom webinar.

Further information, including a Zoom link, will be forthcoming under separate order.

**DONE** and **ORDERED** this November 4, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE