#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ALABAMA
#### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD | } | Master File No.: 2:13-CV-20000-RDP |
| | } | |
| ANTITRUST LITIGATION | } | |
| (MDL NO.: 2406) | } | |

### ORDER REGARDING ACCESS TO PRELIMINARY APPROVAL HEARING

The court previously set this case for a Preliminary Approval Hearing at **9:00 a.m. Central Time on Monday, November 16, 2020** on (1) Subscriber Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement (Doc. # 2610), and (2) Subscriber Plaintiffs' Motion for Approval of Plan for Notice and Appointment of Claims Administrator (Doc. # 2611). The hearing will take place remotely via Zoom video conference, with audio access provided for the public. The Special Master is compiling a list of counsel who have made an appearance in this case and who intend to speak at the Preliminary Approval Hearing, and will distribute information to those counsel so they may access and participate in the video hearing.

Other interested parties, counsel, and the public may listen to the Preliminary Approval Hearing free of charge. Anyone who would like to listen to the Preliminary Approval Hearing may access the court's public helpdesk at the following web address: https://www.alnd.uscourts.gov/instructions-view-public-hearing, and follow the required steps to listen to the stream.

**DONE** and **ORDERED** this November 9, 2020.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE