# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | :<br>:  Master File 2:13-cv-20000-RDP<br>:<br>:<br>:<br>:  This document relates to<br>:  Subscriber Track cases |

## NOTICE OF AMENDED [PROPOSED] FINAL APPROVAL ORDER OF SETTLEMENT AND FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

In support of their Motion for Preliminary Approval of Proposed Class Settlement, ECF No. 2610, Subscriber Plaintiffs submit the attached Amended [Proposed] Final Approval Order of Settlement and Final Judgment and Order of Dismissal with Prejudice. This Proposed Order is intended to replace the previous version filed by Subscriber Plaintiffs at ECF No. 2610-4.

Date: November 11, 2020

Respectfully submitted,

/s/ David Boies
David Boies – *Co-Lead Counsel*
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

/s/ Michael D. Hausfeld
Michael D. Hausfeld – *Co-Lead Counsel*
Swathi Bojedla – *Discovery Committee*
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com
sbojedla@hausfeld.com

<div style="columns:2">

Charles J. Cooper – *Co-Chair, Written Submissions Committee*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

Chris T. Hellums – *Local Facilitating Counsel*
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place N, 1100 Park Place Tower
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
chrish@pittmandutton.com

Gregory Davis – *Settlement Committee & PSC Member*
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
Tel: (334) 832-9080
Fax: (334) 409-7001
gldavis@knology.net

Kathleen Chavez – *Settlement Committee & PSC Member*
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
kcc@fmcolaw.com

Megan Jones – *Settlement Committee & PSC Member*
Arthur Bailey – *Discovery Committee*
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mjones@hausfeld.com
abailey@hausfeld.com

William A. Isaacson – *Settlement Committee & PSC Member*
PAUL WEISS
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7313
Fax: (202) 379-4937
wisaacson@paulweiss.com

Cyril V. Smith – *Settlement Committee & PSC Member*
ZUCKERMAN SPAEDER, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel: (410) 949-1145
Fax: (410) 659-0436
csmith@zuckerman.com

David Guin – *Co-Chair, Written Submissions Committee*
Tammy Stokes – *Damages Committee*
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. North
Suite 600/Title Building
Birmingham, AL 35203
Tel: (205) 226-2282
Fax: (205) 226-2357
davidg@gseattorneys.com
tammys@gseattorneys.com

</div>

| | |
|---|---|
| Carl S. Kravitz – ***Expert Committee***<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street NW, Suite 1000<br>Washington, DC 20036-5807<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>ckravitz@zuckerman.com | Richard Feinstein – ***Expert Committee***<br>Karen Dyer – ***Expert Committee***<br>Hamish P.M. Hume – ***Discovery Committee***<br>BOIES, SCHILLER FLEXNER LLP<br>1401 New York Avenue NW<br>Washington, DC 20005<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>rfeinstein@bsfllp.com<br>kdyer@bsfllp.com<br>hhume@bsfllp.com |
| Mindee Reuben<br>Lite DePalma Greenberg<br>1835 Market Street, Suite 2700<br>Philadelphia, PA 19103<br>Tel:  (267) 314-7980<br>Fax: (973) 623-0858<br>mreubin@litedepalma.com | Nate Cihlar<br>Joshua Callister<br>Srauss & Boies<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030<br>Tel:  (703) 764-8700<br>Fax:  (703) 764-8704<br>ncihlar@straus-boies.com<br>jcallister@straus-boies.com |
| Patrick Cafferty – ***Discovery Committee***<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>150 S. Wacker Drive, Suite 300<br>Chicago, IL 60606<br>Tel: (312) 782-4880<br>pcafferty@caffertyclobes.com | Bryan Clobes – ***Litigation Committee***<br>Ellen Meriwether – ***Written Submissions Committee***<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>2005 North Monroe Street<br>Media, PA 19063<br>Tel: (215) 864-2800<br>Fax: (215) 864-2810<br>bclobes@caffertyclobes.com<br>emeriwether@caffertyclobes.com |
| Andrew Lemmon – Chair, Discovery Committee<br>LEMMON LAW FIRM<br>15058 River Road<br>PO Box 904<br>Hahnville, LA 70057<br>Tel: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Virginia Buchanan – Chair, Class Certification Committee<br>LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Tel: (850) 435-7000<br>Fax: (850) 435-7020<br>vbuchanan@levinlaw.com |

Douglas Dellaccio – *Litigation Committee*
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 32505
Tel: (205) 328-2200
Fax: (205) 324-7896
ddellaccio@cwcd.com

Edwin J. Kilpela, Jr.
Benjamin Sweet – *Litigation Committee*
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110
ekilpela@dsclaw.com
bsweet@dsclaw.com

Charles T. Caliendo – *Class Certification Committee*
GRANT & EISENHOFER
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
ccaliendo@gelaw.com

Daniel Gustafson – *Litigation Committee*
Daniel C. Hedlund – *Damages Committee*
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

Larry McDevitt – *Chair, Class Certification Committee*
David Wilkerson – *Discovery Committee*
VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Tel: (828) 258-2991
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Robert M. Foote – *Damages Committee*
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
rmf@fmcolaw.com

Robert Eisler – *Discovery Committee*
GRANT & EISENHOFER
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
reisler@gelaw.com

Brent Hazzard – *Litigation Committee*
HAZZARD LAW, LLC
447 Northpark Drive
Ridgeland, MS 39157
Tel: (601) 977-5253
Fax: (601) 977-5236
brenthazzard@yahoo.com

| | |
|---|---|
| John Saxon – ***Litigation Committee***<br>JOHN D. SAXON, P.C.<br>2119 3rd Avenue North<br>Birmingham, AL 35203-3314<br>Tel: (205) 324-0223<br>Fax: (205) 323-1583<br>jsaxon@saxonattorneys.com | Lawrence Jones – ***Damages Committee***<br>JONES WARD PLC<br>The Pointe<br>1205 East Washington Street, Suite 111<br>Louisville, Kentucky 40206<br>Tel:  (502) 882-6000<br>Fax: (502) 587-2007<br>larry@jonesward.com |
| Robert Methvin – ***Chair, Settlement Committee***<br>James M. Terrell – ***Class Certification Committee***<br>MCCALLUM, METHVIN & TERRELL, P.C.<br>The Highland Building<br>2201 Arlington Avenue South<br>Birmingham, AL 35205<br>Tel: (205) 939-0199<br>Fax: (205) 939-0399<br>rgm@mmlaw.net<br>jterrell@mmlaw.net | Michael McGartland – ***Class Certification Committee***<br>MCGARTLAND & BORCHARDT LLP<br>1300 South University Drive, Suite 500<br>Fort Worth, TX 76107<br>Tel: (817) 332-9300<br>Fax: (817) 332-9301<br>mike@attorneysmb.com |
| H. Lewis Gillis – ***Co-Head Chair, Litigation Committee***<br>MEANS GILLIS LAW, LLC<br>3121 Zelda Court<br>Montgomery, AL 36106<br>Tel: 1-800-626-9684<br>hlgillis@tmgslaw.com | David J. Hodge – ***Chair, Settlement Committee***<br>MORRIS, KING & HODGE<br>200 Pratt Avenue NE<br>Huntsville, AL 35801<br>Tel: (256) 536-0588<br>Fax: (256) 533-1504<br>lstewart@alinjurylaw.com |

*Counsel for Subscriber Plaintiffs*

*/s/ Warren T. Burns*

Warren T. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com

*Counsel for the Self-Funded Sub-Class*

5

Case 2:13-cv-20000-RDP    Document 2621    Filed 11/11/20    Page 6 of 7

6

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 11, 2020, the foregoing was filed with the Clerk of the Court and served on counsel of record via ECF.

    /s/ Michael D. Hausfeld
Michael D. Hausfeld