FILED
2020 Nov-13 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:<br>BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br>(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to Provider Track Cases** |

**NOTICE OF APPEARANCE**

Please take notice that the following counsel enters his appearance as counsel of record in the above-referenced action:

Samuel Issacharoff
40 Washington Square South
New York, NY 10012
Phone: 212-998-6580
Email: si13@nyu.edu

This Notice of Appearance is made on behalf of all Provider Plaintiffs.

Dated: November 13, 2020

Respectfully submitted,

*/s/ Samuel Issacharoff*

Samuel Issacharoff
40 Washington Square South
New York, NY 10012
Phone: 212-998-6580
Email: si13@nyu.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Samuel Issacharoff*
Samuel Issacharoff