FILED
2020 Dec-17 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP This document relates to all cases.** |

**ORDER UNSEALING CERTAIN DOCUMENTS**

This matter is before the court on the Seal Team's December 16, 2020 Report[1] regarding additional sealed documents that the parties agree can be unsealed. In light of the Report, the Clerk of the Court is directed to unseal the following documents and/or exhibits:

| Date Filed | Document | Docket No.: |
|---|---|---|
| 11/23/2020 | Provider Plaintiffs' Motion to Exclude Defendants' Expert Lawrence Wu, Ph.D. | 2631 |
| 11/23/2020 | Exhibit 1 - *U.S. v. Medical Mutual of Ohio* Complaint | 2631-1 |
| 11/23/2020 | Exhibit 2 - *U.S. v. Aetna* Complaint | 2631-2 |
| 11/23/2020 | Exhibit 3 - *U.S. v. UnitedHealth Group* Complaint | 2631-3 |
| 11/23/2020 | Exhibit 4 - *U.S. v. Anthem* Complaint | 2631-4 |
| 11/23/2020 | Exhibit 5 - *U.S. v. Anthem* Plaintiffs' Proposing Findings of Fact: Phase II | 2631-5 |
| 11/23/2020 | Exhibit 6 - Deposition of Lawrence Wu, Ph.D. | 2631-6 |

[1] The Seal Team's December 16, 2020 Report was e-mailed to chambers.

| | | |
|---|---|---|
| 11/23/2020 | Exhibit 7 - *U.S. v. Anthem* Answer | 2631-7 |
| 11/23/2020 | Exhibit 8 - *Antitrust and Competition in Health Care Markets*, Handbook of Health Economics (2000) | 2631-8 |
| 11/23/2020 | Exhibit 9 - *The Increased Concentration Of Health Plan Markets Can Benefit Consumers Through Lower Hospital Prices*, 30 Health Affairs 1728 (2011) | 2631-9 |
| 11/23/2020 | Provider Plaintiffs' Response in Opposition to Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje | 2632 |
| 11/23/2020 | Exhibit 2 – Slottje Deposition | 2632-2 |
| 11/23/2020 | Provider Plaintiffs' Motion to Exclude Dr. Ariel Pakes | 2633 |
| 11/23/2020 | Provider Plaintiffs' Response in Opposition to Motion to Exclude Providers' Expert H.E. Frech III | 2634 |
| 11/23/2020 | Exhibit 1 – Frech Declaration | 2634-1 |
| 11/23/2020 | Exhibit 1 - 11/12/20 Deposition of Janusz A. Ordover, Ph.D. | 2635-1 |
| 11/23/2020 | Exhibit 3 - 11/9/20 Deposition of Kevin Murphy, Ph.D. | 2635-3 |
| 11/23/2020 | Provider Plaintiffs' Response in Opposition to Defendants' Motion to Exclude or Strike Expert Testimony, Opinions and Analysis of Dr. Deborah Haas-Wilson | 2636 |
| 11/23/2020 | Exhibit 2 - 5/10/19 Deposition of Deborah Haas-Wilson, Ph.D. | 2636-2 |
| 11/23/2020 | Exhibit 3 - 11/19/20 Deposition of Kevin Murphy, Ph.D. | 2636-3 |

**DONE** and **ORDERED** this December 17, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE