FILED
2021 Jan-05 PM 12:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |

**AMENDED ORDER**

The January 27, 2021 status conference will be conducted by telephone. The Special Master will provide access information for the status conference, and information regarding the caucuses to take place following the status conference. **On or before Friday, January 22, 2021**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this January 5, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE