FILED
2021 Jan-08 AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:<br>BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br>(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to Provider Track Cases** |

# NOTICE OF APPEARANCE

Please take notice that the following counsel enters his appearance as counsel of record in the above-referenced action:

Erie B. Snyder (WV State Bar No. 9143)
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston, West Virginia 25301
Tel. No. (304) 345-6555
Fax No. (304) 342-1110

This Notice of Appearance is made on behalf of all Provider Plaintiffs.

Dated: January 08, 2021

Respectfully submitted,

*/s/ Eric B. Snyder*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 08, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Eric B. Snyder*