# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | **Master File No.: 2:13-CV-20000-RDP** <br> **This document relates to all cases.** |

## ORDER UNSEALING CERTAIN DOCUMENTS

This matter is before the court on the Seal Team's December 16, 2020 Report[1] regarding additional sealed documents that the parties agree can be unsealed. In light of the Report, the Clerk of the Court is directed to unseal the following additional documents and/or exhibits:

| Date Filed | Document | Docket No.: |
|---|---|---|
| 11/23/2020 | Exhibit 4 - *U.S. v. Medical Mutual of Ohio* Complaint | 2636-4 |
| 11/23/2020 | Exhibit 5 - *U.S. v. Aetna* Complaint | 2636-5 |
| 11/23/2020 | Exhibit 6 - *U.S. v. UnitedHealth Group* Complaint | 2636-6 |
| 11/23/2020 | Exhibit 7 - *U.S. v. Anthem* Complaint | 2636-7 |
| 11/23/2020 | Exhibit 8 - *U.S. v. Anthem* Plaintiffs' Proposed Findings of Fact: Phase II | 2636-8 |
| 11/23/2020 | Exhibit 2 – Murphy Deposition Excerpts | 2639-2 |
| 11/23/2020 | Exhibit 7 – Kellogg Deposition Excerpts | 2639-7 |
| 11/23/2020 | Exhibit 8 – Carden Deposition Excerpts | 2639-8 |
| 11/23/2020 | Exhibit 9 – Campisi Deposition Excerpts | 2639-9 |
| 11/23/2020 | Exhibit 11 – BCBSA00288541 | 2639-11 |
| 11/23/2020 | Exhibit 12 – BCBSA00115458 | 2639-12 |

---

[1] The Seal Team's December 16, 2020 Report was e-mailed to chambers.

2

| | | |
|---|---|---|
| 11/23/2020 | Exhibit 13 – BCBSA00115429 | 2639-13 |
| 11/23/2020 | Exhibit 14 – McIntyre Deposition Excerpts | 2639-14 |
| 11/23/2020 | Exhibit 15 – Eisemann Deposition Excerpts | 2639-15 |
| 11/23/2020 | Exhibit 16 – Bruce Deposition Excerpts | 2639-16 |
| 11/23/2020 | Exhibit 18 – Dusang Deposition Excerpts | 2639-18 |
| 11/23/2020 | Exhibit 19 – Parrott Deposition Excerpts | 2639-19 |
| 11/23/2020 | Exhibit 20 – Lee Deposition Excerpts | 2639-20 |
| 12/2/2020 | Provider Plaintiffs' Executive Summary of Reply Report of H.E. Frech, III, Ph.D. | 2643 |

**DONE** and **ORDERED** this January 19, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE