FILED
2021 Jan-25 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |

**ORDER**

This matter is before the court on the Unopposed Motion of Subscribers Co-Lead Counsel to Obtain Court Approval for the Appointment of Charles J. Cooper to the Plaintiffs' Steering Committee for the Subscriber Track. (Doc. # 2671). The Motion was supported by the Subscribers' Plaintiffs' Steering Committee, Local Facilitating Counsel for the Subscriber Track, and the Special Master, and is unopposed by the Providers and the Blues.

The court has reviewed the Motion and supporting materials and is familiar with the contributions made by Mr. Cooper. The Motion (Doc. # 2671) is **GRANTED**. The Court therefore **APPROVES** and **APPOINTS** Charles J. Cooper to serve on the Plaintiffs' Steering Committee for the Subscriber Track.

**DONE** and **ORDERED** this January 25, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE