FILED
2021 Jan-27 AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**<br>**MDL 2406** | **Master File 2:13-cv-20000-RDP**<br><br>**This document relates to All Cases** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Kimberly A. Francis, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as an additional attorney of record for Subscriber Plaintiffs in the above-entitled proceeding.

Dated: January 27, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: */s/ Kimberly A. Francis*
Kimberly A. Francis

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
kfrancis@paulweiss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of January, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a copy to all counsel of record.

*/s/ Kimberly A. Francis*
Kimberly A. Francis