FILED
2021 Jan-28 PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

CONFIDENTIAL
REMOTE VIDEO DEPOSITION OF
DEBORAH HAAS-WILSON, PH.D.

January 10, 2021

REPORTED BY: Laura H. Nichols
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

cases." 13:53:29

The only thing I want to establish is 13:53:30 that just because an analysis is a draw area 13:53:32 analysis does not mean it's an Elzinga-Hogarty 13:53:35 analysis, right? 13:53:39

MR. SHEEHAN: Objection to form. 13:53:41

Q. (BY MR. BERNICK:) You can use draw 13:53:42 areas for other analyses other than an 13:53:45 Elzinga-Hogarty analysis, right? 13:53:48

MR. SHEEHAN: Same objection. 13:53:49

A. A person could use draw areas for 13:53:51 multiple things. 13:53:54

Q. (BY MR. BERNICK:) So the mere fact 13:53:55 that you're using a draw area analysis doesn't mean 13:53:56 you're applying an Elzinga-Hogarty test, right? 13:53:59

MR. SHEEHAN: Same objection. 13:54:04

A. It could be one input into the 13:54:05 Elzinga-Hogarty test. But it's not necessarily 13:54:10 used in that way, if that's what you're asking me. 13:54:13

Q. (BY MR. BERNICK:) Yep. That's what 13:54:15 I am asking. 13:54:17

Okay. Switching gears to market 13:54:19 participants, the merger guidelines -- I know 13:54:25 you're very familiar with these -- say, "that all 13:54:28 firms that currently earn revenues in the relevant 13:54:31