FILED
2021 Jan-28 PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

HIGHLY CONFIDENTIAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: Blue Cross Blue Shield Antitrust Litigation<br>(MDL No. 246) | Master File No.<br>C.A. No. 2:13-cv-20000-RDP |

# ERRATA TO THE EXPERT REPORT OF LAWRENCE WU, PH.D.

**January 19, 2021**

| Location | Previous | Revised | **Reason** |
|---|---|---|---|
| Paragraph 100, footnote 126 | See, for example, Melnick, Glenn A., et al., "The Increased Concentration Of Health Plan Markets Can Benefit Consumers Through Lower Hospital Prices," *Health Affairs*, Vol. 30 No. 9 (September 2011), pp. 1728-33 at p. 1728. | Studies that have found a positive relationship in certain specialties (e.g., pathology, medicine, evaluation & management, and nursing) include Dafny, Leemore, et al., "Paying a Premium on Your Premium? Consolidation in the US Health Insurance Industry," *American Economic Review*, Vol. 102 No. 2 (April 2012), pp. 1161-1185 and Schneider, John E. et al., "The effect of physician and health plan market concentration on prices in commercial health insurance markets," *International Journal of Health Care Finance and Economics*, Vol. 8 No. 1 (March 2008), pp. 13-26. See, also, Ho and Lee 2017. | Correction |

[signature]

Lawrence Wu, Ph.D.

January 19, 2021

Date