FILED
2021 Jan-29 PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit F

# Filed Under Seal