FILED
2021 Feb-02 AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br>This Document relates to all cases. |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Edmund Saw, enters his appearance as counsel for Defendant Blue Cross Blue Shield of Michigan:

Dated: February 2, 2021

Respectfully submitted,

/s/ *Edmund Saw*

Edmund Saw
SHEARMAN & STERLING LLP
901 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: (202) 508-8164
Fax: (202) 508-8100
Edmund.Saw@Shearman.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 2nd day of February 2021, filed the foregoing using the electronic filing system, which will automatically serve the following counsel of record:

All counsel of record

/s/ *Edmund Saw*

Edmund Saw