FILED
2021 Feb-09 AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF 30(b)(6) HUMANA, INC.
(THROUGH DEPONENT DEBORAH FINDLAY)
Bingham Greenbaum Doll, LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
January 5, 2018

REPORTED BY: Laura H. Nichols
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

Q. And despite that, Humana still did not believe that it would be a viable opportunity in Alabama, correct?
A. Correct.
Q. Can you explain why that is?
A. Parity is one aspect of a decision to enter a market. And even at parity, to enter a market, we still did not believe that we would be able to get to a competitive price point to compete and pull that market share away.
Q. And why is that?
A. Again, you are only talking about getting to parity. And when you are trying to get groups to move to another payor, especially new-to-the-market payor, they need a reason to move, not just that it is a different name. They need -- they need to understand the value of moving. Historically what we have found is that an employer won't move their business from one payor to another unless there's at least a five percent differential. There's a cost to the employer to move. And so you have to be able to cover that cost through price.
Q. Is an additional factor in Alabama and an additional challenge in trying to enter that