FILED
2021 Feb-09 AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

# Filed under Seal