FILED
2021 Feb-09 AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 10

To → KR

Blue Cross and Blue Shield of Minnesota

P.O. Box 64560 • St. Paul, Minnesota 55164

Andrew P. Czajkowski
President
(612) 456-8000

October 20,1986

Bernard Tresnowski
President
Blue Cross and Blue Shield Association
676 North St. Clair
Chicago, Illinois 60611

Dear Barnie:

Enclosed are some of the interviews I have conducted as it relates to the White Paper. There are still a few Presidents of Plans that I have yet to meet with, but should have all my interviews done in the very near future.

Should you have any questions or need additional information, please feel free to give me a call.

Sincerely,

Andrew P. Czajkowski
President

encl.

WILLIAM HEAVEY

RE: Discussion on White Paper

Rather than comment specifically on items in the White Paper, Bill elected to have a general discussion and share some of his views.

He stressed importance of the Blue Cross Blue Shield Service Mark and Name and felt it would be devastating for a Plan to lose that.

He did not feel exclusive service areas were important to his Plan since he did not feel many Plans would want to enter into Nebraska. On the other hand he felt there were areas Nebraska could market to out side the State that would be attractive.

He sees the alternative delivery systems as important to our future and advantages to having a national network to market.

He emphasized the Conversion, Interplan Bank and National Claims Payment Systems as important collective actions by Plans. The failure of LRSP was a big loss to the system.

He felt a few Plans tended to dominate the System and did not represent the interest of most Plans.

He understood that several large Plans had national account issues and was not disturbed by the concept that they could elect to set up their own systems to service these national accounts. In Nebraska national accounts is not a significant factor in their operations.

He thought Assembly of Plans is a good idea and should be restricted to CEO's and should be an open process.