# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | **Master File No. 2:13-CV-20000-RDP**  <br><br>This document relates to the Subscriber Track cases. |

## PROOF OF SERVICE OF NOTICE
## OF SETTLEMENT UNDER CLASS ACTION FAIRNESS ACT

Blue Cross Blue Shield Association and the Blue Cross Blue Shield Plan licensees[1], by and through their respective undersigned counsel, submit this Proof of Service of Notice of Settlement Under Class Action Fairness Act, and state as follows:

1. On October 30, 2020, the Subscriber Plaintiffs filed a Motion for Preliminary Approval of Proposed Class Settlement. (Dkt. 2610).

2. The Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, requires the service of a notice of a proposed settlement of any covered class action upon the appropriate federal and

---

[1] The Blue Cross Blue Shield Plan licensees include: Anthem, Inc.; Aware Integrated, Inc.; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company; Blue Cross and Blue Shield of North Carolina; Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Vermont; Blue Cross and Blue Shield of Wyoming; Blue Cross of Idaho Health Service, Inc.; California Physicians' Service; Cambia Health Solutions, Inc.; Capital Blue Cross; CareFirst, Inc.; GoodLife Partners, Inc.; GuideWell Mutual Holding Corporation; Hawaii Medical Service Association; Health Care Service Corporation, a Mutual Legal Reserve Company; HealthNow Systems, Inc.; HealthyDakota Mutual Holdings; Highmark Health; Horizon Healthcare Services, Inc.; Independence Health Group, Inc.; Lifetime Healthcare, Inc.; Louisiana Health Service & Indemnity Company; PREMERA; Regence BlueShield of Idaho; Triple-S Management Corporation; USAble Mutual Insurance Company; Wellmark, Inc.; and their controlled affiliates.

state officials prior to final approval of the settlement. Under CAFA, final approval of a class action settlement cannot be given until 90 days after such notice of the proposed settlement.

3.     The Affidavit of Daniel E. Laytin, attached as Exhibit 1, confirms that on November 6, 2020, within 10 days after the proposed class action settlement was filed with the Court, the appropriate federal and state government officials were sent notice of the proposed Subscriber Settlement in the above-captioned action as required by CAFA, and at least 90 days have passed.

4.     Thus, the Court may, in accordance with CAFA, enter an order of final approval of the Subscriber Settlement.

/s/ Daniel Laytin
Daniel E. Laytin, P.C.
*Co-Lead/Co-Coordinating Counsel for Defendants*

| | |
|---|---|
| David J. Zott, P.C.<br>Daniel E. Laytin, P.C.<br>Zachary D. Holmstead<br>KIRKLAND & ELLIS LLP<br>david.zott@kirkland.com<br>daniel.laytin@kirkland.com<br>zachary.holmstead@kirkland.com<br><br>*Counsel for Blue Cross Blue Shield Association; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc.* | Craig A. Hoover<br>E. Desmond Hogan<br>HOGAN LOVELLS US LLP<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com<br><br>*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon* |
| Evan R. Chesler<br>Karin A. DeMasi<br>Lauren R. Kennedy<br>CRAVATH SWAINE & MOORE LLP<br>echesler@cravath.com<br>kdemasi@cravath.com<br>lkennedy@cravath.com<br><br>*Counsel for Blue Cross and Blue Shield of Alabama; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.* | Kathleen Taylor Sooy<br>Tracy A. Roman<br>Sarah Gilbert<br>CROWELL & MORING LLP<br>ksooy@crowell.com<br>troman@crowell.com<br>sgilbert@crowell.com<br><br>*Counsel for Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska; Blue Cross Blue Shield of Arizona; Blue Cross Blue Shield of North Dakota; Blue Cross Blue Shield of Wyoming; HealthNow New York Inc.; BlueShield of Northeastern New York; BlueCross BlueShield of Western New York* |

| | |
|---|---|
| Helen E. Witt, P.C.<br>Jeffrey J. Zeiger, P.C.<br>Erica B. Zolner<br>KIRKLAND & ELLIS LLP<br>hwitt@kirkland.com<br>jzeiger@kirkland.com<br>ezolner@kirkland.com<br><br>*Counsel for Health Care Service Corporation; Highmark Inc.; Blue Shield of California* | Carl S. Burkhalter<br>MAYNARD COOPER & GALE, P.C.<br>cburkhalter@maynardcooper.com<br><br>*Counsel for Blue Cross and Blue Shield of Alabama* |
| Todd Stenerson<br>SHEARMAN & STERLING LLP<br>todd.stenerson@shearman.com<br><br>*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company* | M. Patrick McDowell<br>BRUNINI, GRANTHAM, GROWER & HEWES, PLLC<br>pmcdowell@brunini.com<br><br>*Counsel for Blue Cross & Blue Shield of Mississippi, A Mutual Insurance Company* |
| Brian K. Norman<br>SHAMOUN & NORMAN, LLP<br>bkn@snlegal.com<br><br>*Counsel for Carefirst, Inc.; Carefirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.* | Michael A. Naranjo<br>Alan D. Rutenberg<br>FOLEY & LARDNER LLP<br>mnaranjo@foley.com<br>arutenberg@foley.com<br><br>*Counsel for USAble Mutual Insurance Company, doing business as Arkansas Blue Cross and Blue Shield and as Blue Advantage Administrators of Arkansas* |
| John Briggs<br>AXINN, VELTROP & HARKRIDER, LLP<br>jbriggs@axinn.com<br><br>*Counsel for Independence Blue Cross* | Gwendolyn Payton<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>gpayton@kilpatricktownsend.com<br><br>*Counsel for Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska* |
| Robert K. Spotswood<br>Joshua K. Payne<br>SPOTSWOOD SANSOM & SANSBURY LLC<br>rks@spotswoodllc.com<br>jpayne@spotswoodllc.com<br><br>*Counsel for Capital BlueCross* | John G. Schmidt<br>Edward S. Bloomberg<br>Anna Mercado Clark<br>PHILLIPS LYTLE LLP<br>jschmidt@phillipslytle.com<br>ebloomberg@phillipslytle.com<br>aclark@phillipslytle.com<br><br>*Counsel for Excellus Health Plan, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of February 2021, I served a copy of the foregoing Proof of Service of Notice of Settlement Under Class Action Fairness Act using the Court's CM/ECF system.

                                                    /s/ Daniel Laytin
                                                    Daniel E. Laytin, P.C.