**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle |  |
|---|---|---|
|  | Chicago, IL 60654 |  |
| Daniel E. Laytin, P.C. | United States |  |
| To Call Writer Directly: |  | Facsimile: |
| +1 312 862 2198 | +1 312 862 2000 | +1 312 862 2200 |
| daniel.laytin@kirkland.com |  |  |
|  | www.kirkland.com |  |

November 6, 2020

To:   Attorneys General and others on the enclosed Service List

**VIA FEDERAL EXPRESS (UNLESS OTHERWISE NOTED)**

> Re:   Notice of Proposed Class Action Settlement
> *In re Blue Cross Blue Shield Antitrust Litigation*,
> Case No. 2:13-cv-20000-RDP, MDL No. 2406 (N.D. Ala.)

Ladies and Gentlemen:

I write on behalf of Blue Cross Blue Shield Association and the Blue Cross Blue Shield Plan licensees[1] (collectively, "Defendants") in the Multidistrict Litigation ("MDL") matter of *In re Blue Cross Blue Shield Antitrust Litigation*, Case No. 2:13-cv-20000-RDP, MDL No. 2406, pending in the United States District Court for the Northern District of Alabama before the Honorable R. David Proctor.

In compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), Defendants hereby serve upon you notice that a motion for approval of a proposed class action settlement has been filed in the MDL Court. Counsel for Subscriber-Track Plaintiffs and counsel for Defendants (the "Parties") engaged in arm's-length negotiations over the course of more than five years with the assistance of three highly regarded mediators at different times. These negotiations led to the Parties' execution of the enclosed Settlement Agreement.

---

[1]   The Blue Cross Blue Shield Plan licensees include: Anthem, Inc.; Aware Integrated, Inc.; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company; Blue Cross and Blue Shield of North Carolina; Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Vermont; Blue Cross and Blue Shield of Wyoming; Blue Cross of Idaho Health Service, Inc.; California Physicians' Service; Cambia Health Solutions, Inc.; Capital Blue Cross; CareFirst, Inc.; GoodLife Partners, Inc.; GuideWell Mutual Holding Corporation; Hawaii Medical Service Association; Health Care Service Corporation, a Mutual Legal Reserve Company; HealthNow Systems, Inc.; HealthyDakota Mutual Holdings; Highmark Health; Horizon Healthcare Services, Inc.; Independence Health Group, Inc.; Lifetime Healthcare, Inc.; Louisiana Health Service & Indemnity Company; PREMERA; Regence BlueShield of Idaho; Triple-S Management Corporation; USAble Mutual Insurance Company; Wellmark, Inc.; and their controlled affiliates.

November 6, 2020
Page 2

Although Defendants deny the allegations in the complaint and deny any liability whatsoever, they have decided to settle this action to eliminate the burden, expense, and uncertainties of further litigation.

Pursuant to 28 U.S.C. § 1715(b), Defendants provide the following information in connection with the proposed settlement. Relevant documents are included on the enclosed USB drive. The USB drive is encrypted for protection, and a separate letter will provide the password for access.

**1. The complaint, all materials filed with the complaint, and any amended complaints.**

(a) A copy of the Fourth Amended Consolidated Complaint (MDL Docket Number 2616) and the Court's order granting the motion for leave to file the Fourth Amended Consolidated Complaint (MDL Docket Number 2614) are provided in a folder labeled Exhibit A on the enclosed USB drive. Given their size, we are not providing copies of individual complaints or superseded consolidated complaints, which are publicly available via the Court's electronic PACER system.[2]

**2. Notice of any scheduled judicial hearing.**

(a) The MDL Court has scheduled a hearing to consider preliminary approval of the proposed settlement on November 16, 2020 at 9:00 a.m. Central. (MDL Docket Number 2619). A copy of the Motion for Preliminary Settlement Approval (MDL Docket Number 2610) and the Court's order scheduling the preliminary approval hearing are provided in a folder labeled Exhibit B on the enclosed USB drive.

**3. Any proposed or final notification to class members.**

(a) Enclosed are copies of the various forms of proposed notice, including, but not limited to, the Long Form Notice, the Short Form Postcard Notice, the Short Form Email Notice, and the Summary Settlement Notice. The Motion for Notice Plan and the proposed forms of notice were submitted to the MDL Court in connection with the Motion for Preliminary Settlement Approval (MDL Docket Number 2611). Copies of these documents are provided in a folder labeled Exhibit C on the enclosed USB drive.

---

[2] The Court's PACER system can be accessed at https://ecf.alnd.uscourts.gov/cgi-bin/login.pl. Superseded complaints are available at MDL Docket Numbers 85, 244, 897, and 1082. Additional filings in the case are also available on the Court's electronic PACER system.

## KIRKLAND & ELLIS LLP

November 6, 2020
Page 3

4. **Any proposed or final class action settlement.**

   (a)   Enclosed is a copy of the Settlement Agreement, including its attachments. It is provided in a folder labeled Exhibit D on the enclosed USB drive.

   Additionally, enclosed are copies of the memorandum of law in support of the settlement submitted by Plaintiffs, including its exhibits, and the supporting memorandum of law submitted by Defendants. Copies of these documents are also provided in the folder labeled Exhibit D on the enclosed USB drive.

5. **Any settlement or other agreement contemporaneously made between class counsel and counsel for the Defendants.**

   (a)   The Parties entered into a confidential supplemental agreement ("*In Camera* Supplement"), as is customary in class action settlements, regarding the Defendants' right to terminate the settlement if potential class members exceeding a specified threshold request exclusion from the settlement. The confidential *In Camera* Supplement was not and will not be publicly filed. It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." David F. Herr, Annotated Manual For Complex Litigation Fourth § 21.631.

   The Parties are also negotiating an Escrow Agreement related to the Settlement Agreement. The Escrow Agreement has not yet been finalized.

6. **Any final judgment or notice of dismissal.**

   (a)   At this time, no final judgment or notice of dismissal has been entered in connection with this class settlement.

7. **Class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

   (a)   At this time, it is not feasible to provide names of class members who reside in each State. *See* 28 U.S.C. § 1715(b)(7)(A)–(B). The proposed settlement classes are defined as:

   > **Damages Class**: All Individual Members (excluding dependents and beneficiaries), Insured Groups (including employees, but excluding non-employee Members), and Self-Funded Accounts (including employees, but excluding non-employee Members) that purchased, were covered by, or were enrolled in a Blue-Branded Commercial Health Benefit Product

## KIRKLAND & ELLIS LLP

November 6, 2020
Page 4

>(unless the person or entity's only Blue-Branded Commercial Health Benefit Product during the Settlement Class Period was a stand-alone vision or dental product) sold, underwritten, insured, administered, or issued by any Settling Individual Blue Plan from February 7, 2008 through October 16, 2020 (in the case of all Damages Class members other than the Self-Funded Sub-Class, for whom the Class Period is September 1, 2015 through October 16, 2020).
>
>**Self-Funded Sub-Class**:  All Self-Funded Accounts (including employees, but excluding non-employee Members) that purchased, were covered by, or were enrolled in a Blue-Branded Commercial Health Benefit Product (unless the person or entity's only Blue-Branded Commercial Health Benefit Product during the Settlement Class Period was a stand-alone vision or dental product) sold, underwritten, insured, administered, or issued by any Settling Individual Blue Plan from September 1, 2015 through October 16, 2020.
>
>**Injunctive Relief Class**:  All Individual Members, Insured Groups, Self-Funded Accounts, and Members that purchased, were covered by, or were enrolled in a Blue-Branded Commercial Health Benefit Product sold, underwritten, insured, administered, or issued by any Settling Individual Blue Plan during the Settlement Class Period (February 7, 2008 through October 16, 2020, except for Self-Funded Accounts, for whom the Settlement Class Period is September 1, 2015 through October 16, 2020).

It is also not possible to provide a breakdown of the settlement classes in accordance with 28 U.S.C. § 1715 (b)(7) at this time.  However, we anticipate that the settlement classes are sufficiently numerous as to include class members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include class members residing in U.S. territories and associated states.

**8.   Any written judicial opinion relating to the materials described in items 3–6.**

(a)   No written judicial opinion has been issued relating to the materials described above.

The Defendants submit this notice to comply with any and all obligations they may have under the CAFA.  Please contact me if you have any questions or if you request hardcopies of any of the documents.

## KIRKLAND & ELLIS LLP

November 6, 2020
Page 5

                            Respectfully,

                            /s/ Daniel E. Laytin

                            Daniel E. Laytin, P.C.

| | |
|---|---|
| David J. Zott, P.C.<br>Daniel E. Laytin, P.C.<br>Zachary D. Holmstead<br>KIRKLAND & ELLIS LLP<br>david.zott@kirkland.com<br>daniel.laytin@kirkland.com<br>zachary.holmstead@kirkland.com<br><br>*Counsel for Blue Cross Blue Shield Association; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc.* | Craig A. Hoover<br>E. Desmond Hogan<br>HOGAN LOVELLS US LLP<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com<br><br>*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon* |

# KIRKLAND & ELLIS LLP

November 6, 2020
Page 6

| | |
|---|---|
| Evan R. Chesler<br>Karin A. DeMasi<br>Lauren R. Kennedy<br>CRAVATH SWAINE & MOORE LLP<br>echesler@cravath.com<br>kdemasi@cravath.com<br>lkennedy@cravath.com<br><br>*Counsel for Blue Cross and Blue Shield of Alabama; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.* | Kathleen Taylor Sooy<br>Tracy A. Roman<br>Sarah Gilbert<br>CROWELL & MORING LLP<br>ksooy@crowell.com<br>troman@crowell.com<br>sgilbert@crowell.com<br><br>*Counsel for Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska; Blue Cross Blue Shield of Arizona; Blue Cross Blue Shield of North Dakota; Blue Cross Blue Shield of Wyoming; HealthNow New York Inc.; BlueShield of Northeastern New York; BlueCross BlueShield of Western New York* |
| Helen E. Witt, P.C.<br>Jeffrey J. Zeiger, P.C.<br>Erica B. Zolner<br>KIRKLAND & ELLIS LLP<br>hwitt@kirkland.com<br>jzeiger@kirkland.com<br><br>*Counsel for Health Care Service Corporation; Highmark Inc.; Blue Shield of California* | Carl S. Burkhalter<br>MAYNARD COOPER & GALE, P.C.<br>cburkhalter@maynardcooper.com<br><br>*Counsel for Blue Cross and Blue Shield of Alabama* |
| Todd Stenerson<br>SHEARMAN & STERLING LLP<br>todd.stenerson@shearman.com<br><br>*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company* | M. Patrick McDowell<br>BRUNINI, GRANTHAM,GROWER & HEWES, PLLC<br>pmcdowell@brunini.com<br><br>*Counsel for Blue Cross & Blue Shield of Mississippi, A Mutual Insurance Company* |

# KIRKLAND & ELLIS LLP

November 6, 2020
Page 7

| | |
|---|---|
| Brian K. Norman<br>SHAMOUN & NORMAN, LLP<br>bkn@snlegal.com<br><br>*Counsel for Carefirst, Inc.; Carefirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.* | Michael A. Naranjo<br>Alan D. Rutenberg<br>FOLEY & LARDNER LLP<br>mnaranjo@foley.com<br>arutenberg@foley.com<br><br>*Counsel for USAble Mutual Insurance Company, doing business as Arkansas Blue Cross and Blue Shield and as Blue Advantage Administrators of Arkansas* |
| John Briggs<br>AXINN, VELTROP & HARKRIDER, LLP<br>jbriggs@axinn.com<br><br>*Counsel for Independence Blue Cross* | Gwendolyn Payton<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>gpayton@kilpatricktownsend.com<br><br>*Counsel for Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska* |
| Robert K. Spotswood<br>Joshua K. Payne<br>SPOTSWOOD SANSOM & SANSBURY LLC<br>rks@spotswoodllc.com<br>jpayne@spotswoodllc.com<br><br>*Counsel for Capital BlueCross* | John G. Schmidt<br>Edward S. Bloomberg<br>Anna Mercado Clark<br>PHILLIPS LYTLE LLP<br>jschmidt@phillipslytle.com<br>ebloomberg@phillipslytle.com<br>aclark@phillipslytle.com<br><br>*Counsel for Excellus Health Plan, Inc.* |

Enclosures: Service List; USB drive

## KIRKLAND & ELLIS LLP

November 6, 2020
Page 8

## SERVICE LIST

| **Counsel for Subscriber Plaintiffs**<br>Michael Hausfeld<br>Megan Jones<br>Swathi Bojedla<br>HAUSFELD LLP<br>1700 K Street NW, Suite 658<br>Washington, DC 20006 | **Counsel for Subscriber Plaintiffs**<br>David Boies<br>Hamish Hume<br>Jonathan Shaw<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504 |
|---|---|
| **Counsel for Subscriber Plaintiffs**<br>Warren Burns<br>Christopher Cormier<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202 | |
| The Honorable William Barr<br>Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001<br>202-514-2000 | The Honorable Phil Weiser<br>Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000 |
| The Honorable Clyde "Ed" Sniffen, Jr.<br>Alaska Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994<br>907-269-5100 | The Honorable William Tong<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>860-808-53188 |
| The Honorable Steve Marshall<br>Attorney General's Office<br>State of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36104<br>334-242-7300 | The Honorable Karl A. Racine<br>Office of the Attorney General for the<br>District of Columbia<br>400 6th Street, NW<br>Washington, DC 20001<br>202-727-3400 |

# KIRKLAND & ELLIS LLP

November 6, 2020
Page 9

| | |
|---|---|
| The Honorable Leslie Rutledge<br>Arkansas Attorney General Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>501-682-2007 | The Honorable Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Building<br>820 North French Street<br>Wilmington, DE 19801<br>302-577-8400 |
| The Honorable Mark Brnovich<br>Office of the Attorney General<br>2005 North Central Avenue<br>Phoenix, AZ 85004-2926<br>602-542-5025 | The Honorable Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050<br>850-414-3300 |
| The Honorable Chris Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>404-656-3300 | The Honorable Derek Schmidt<br>Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597<br>785-296-2215 |
| The Honorable Clare E. Connors<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>808-586-1500 | The Honorable Daniel Cameron<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449<br>502-696-5300 |
| The Honorable Tom Miller<br>Office of the Attorney General of Iowa<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA 50319<br>515-281-5164 | The Honorable Jeff Landry<br>Louisiana Department of Justice<br>1885 North Third Street<br>Baton Rouge, LA 70802<br>225-326-6079 |
| The Honorable Lawrence G. Wasden<br>State of Idaho<br>Office of the Attorney General<br>700 West Jefferson Street, Suite 210<br>Boise, Idaho 83720-0010<br>208-334-2400 | The Honorable Maura Healey<br>Office of the Attorney General of Massachusetts<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108<br>617-727-2200 |

# KIRKLAND & ELLIS LLP

November 6, 2020
Page 10

| | |
|---|---|
| The Honorable Kwame Raoul<br>Illinois Attorney General<br>James R. Thompson Center<br>100 West Randolph Street<br>Chicago, IL 60601<br>312-814-3000 | The Honorable Brian E. Frosh<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>410-576-6300 |
| The Honorable Curtis T. Hill, Jr.<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204<br>317-232-6201 | The Honorable Aaron Frey<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>207-626-8800 |
| The Honorable Dana Nessel<br>Office of the Michigan Attorney General<br>G. Mennen Williams Building<br>525 West Ottawa Street<br>Lansing, MI 48909<br>517-335-7622 | The Honorable Wayne Stenehjem<br>Office of the Attorney General<br>600 East Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505-0040<br>701-328-2210 |
| The Honorable Keith Ellison<br>Office of Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>651-296-3353 | The Honorable Doug Peterson<br>Nebraska Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE 68509<br>402-471-2683 |
| The Honorable Eric Schmitt<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102<br>573-751-3321 | The Honorable Gordon J. MacDonald<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301<br>603-271-3658 |
| The Honorable Lynn Fitch<br>Mississippi Attorney General's Office<br>550 High Street<br>Jackson MS 39201<br>601-359-3680 | The Honorable Gurbir S. Grewal<br>Office of the Attorney General<br>R.J. Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625<br>609-292-4925 |

# KIRKLAND & ELLIS LLP

November 6, 2020
Page 11

| | |
|---|---|
| The Honorable Tim Fox<br>Office of the Attorney General<br>Department of Justice<br>215 North Sanders Street, Third Floor<br>Helena, MT 59620-1401<br>406-444-2026 | The Honorable Hector Balderas<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501<br>505-490-4060 |
| The Honorable Josh Stein<br>Office of the Attorney General<br>Department of Justice<br>114 West Edenton Street<br>Raleigh, NC 27603<br>919-716-6400 | The Honorable Aaron D. Ford<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701<br>775-684-1100 |
| The Honorable Letitia A. James<br>Office of the Attorney General<br>ATTN:  CAFA Coordinator<br>28 Liberty Street, 15th Floor<br>New York, NY 10005<br>800-771-7755 | The Honorable Alan Wilson<br>Office of the Attorney General<br>Rembert Dennis Building<br>1000 Assembly Street, Room 519<br>Columbia, S.C. 29201<br>803-734-3970 |
| The Honorable Dave Yost<br>Ohio Attorney General<br>30 East Broad Street, 14th Floor<br>Columbus, OH 43215<br>614-466-4320 | The Honorable Jason R. Ravnsborg<br>South Dakota Office of the Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>605-773-3215 |
| The Honorable Mike Hunter<br>Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-3921 | The Honorable Herbert H. Slatery III<br>Office of the Attorney General and Reporter<br>301 6th Avenue, North<br>Nashville, TN 37243<br>615-741-3491 |
| The Honorable Ellen F. Rosenblum<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096<br>503-378-4400 | The Honorable Ken Paxton<br>Office of the Attorney General<br>300 West 15th Street<br>Austin, TX 78701<br>512-463-2100 |

# KIRKLAND & ELLIS LLP

November 6, 2020
Page 12

| | |
|---|---|
| The Honorable Josh Shapiro<br>Pennsylvania Office of the Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>717-787-3391 | The Honorable Sean O. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320<br>801-366-0260 |
| The Honorable Peter F. Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>401-274-4400 | The Honorable Mark R. Herring<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219<br>804-786-2071 |
| The Honorable TJ Donovan<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609<br>802-828-3171 | The Honorable Leevin T. Camacho<br>Office of the Attorney General Guam<br>ITC Building<br>590 South Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913<br>671-475-3324 x5200 |
| The Honorable Bob Ferguson<br>Washington State Office of the Attorney General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504<br>360-753-6200 | The Honorable Edward Manibusan<br>Northern Mariana Islands Attorney General<br>Administration Building<br>Caller Box 10007<br>Saipan, MP 96950<br>670-237-7500 |
| The Honorable Josh Kaul<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53703<br>608-266-1221 | **VIA U.S. PRIORITY EXPRESS MAIL**<br>The Honorable Ines Carrau Martinez<br>Departamento de Justicia de PR<br>Calle Teniente César González 677<br>Esq. Ave. Jesús T. Piñero<br>San Juan, PR 00919<br>787-721-2900 |
| The Honorable Patrick Morrisey<br>West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305<br>304-558-2021 | The Honorable Denise N. George<br>Department of Justice<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802<br>340-774-5666 Ext. 10107 |

# KIRKLAND & ELLIS LLP

November 6, 2020
Page 13

| | |
|---|---|
| The Honorable Bridget Hill<br>Office of the Wyoming Attorney General<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br>307-777-7841 | The Honorable Mitzie Jessop Taase<br>American Samoa Attorney General<br>American Samoa Government<br>Executive Office Building, 3rd Floor<br>Pago Pago, AS 96799<br>684-633-4163 |
| The Honorable Gary D. Anderson<br>Commissioner<br>Massachusetts Division of Insurance<br>1000 Washington Street, Suite 810<br>Boston, MA 02118<br>617-521-7794 | The Honorable Kathleen A. Birrane<br>Maryland Insurance Administration<br>200 St. Paul Place, Suite 2700<br>Baltimore, Maryland 21202<br>410-468-2000 |
| The Honorable Karima M. Woods<br>District of Columbia Department<br>of Insurance, Securities and Banking<br>1050 First Street, NE, 801<br>Washington, DC 20002<br>202-727-8000 | The Honorable Scott White<br>State Corporation Commission<br>Virginia Bureau of Insurance<br>Tyler Building, 1300 East Main Street<br>Richmond, Virginia 23219<br>804-371-9741 |