FILED
2021 Feb-23 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 27

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

OUTSIDE COUNSEL ONLY
CONFIDENTIAL VIDEO DEPOSITION OF
30(b)(6) DCH HEALTHCARE AUTHORITY
(THROUGH DEPONENT NINA DUSANG)
Phelps Jenkins Gibson & Fowler, LLP
1201 Greensboro Avenue
Tuscaloosa, Alabama
August 9, 2017

REPORTED BY: Laura H. Nichols
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

14:22:31 Q. (BY MR. ROTH:) Okay. One way or the
14:22:33 other?
14:22:34 A. One way or the other.
14:22:38 Q. Okay. If you had the ability to
14:22:42 negotiate contracts with an adjoining state Blue
14:22:50 for patients that live in Alabama but that are
14:22:55 insured in that adjoining state -- which creates
14:22:59 some appreciable volume of patients for your
14:23:05 hospital, would you -- would you do that?
14:23:09 A. Absolutely. We are a University
14:23:12 town. We do have a lot of out-of-state plans, a
14:23:15 lot of out of state. So if I could negotiate
14:23:18 something different with them, yes, I would
14:23:20 negotiate.
14:23:21 Q. Okay. And to your knowledge, do many
14:23:26 other state Blues have a higher fee schedule for
14:23:35 their hospitals than you get from Blue Cross-Blue
14:23:37 Shield of Alabama?
14:23:38 A. Based on the history of the states I
14:23:41 have worked in, yes.
14:23:42 Q. Okay. Are you familiar that your
14:23:45 payment rate is limited to the payment that Blue
14:23:52 Cross-Blue Shield of Alabama pays you?
14:23:55 A. Yes, I am very aware of that.
14:23:59 Q. Okay. So being able to negotiate