FILED
2021 Feb-23 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF SHARON LEE
30(b)(6) DEPOSITION OF BULLOCK COUNTY HOSPITAL
Balch & Bingham, LLP
105 Tallapoosa St., Ste: 200
Montgomery, AL 36104
May 4

REPORTED BY:
Angela Smith McGalliard,
Certified Shorthand Reporter
and Notary Public.

Q. Georgia. And do you know what Blue Cross Blue Shield plan operates in Georgia?
A. Not right off the top of my head. It's in Atlanta.
Q. Okay.
A. They have a Columbus office too.
Q. Have you ever heard of a company called Anthem?
A. Absolutely.
Q. Is Anthem the company that has the Blue Cross Blue Shield business in Georgia?
A. I don't know. They're all connected.
Q. What do you mean by that?
A. They're -- They're all connected --
Q. I don't understand.
A. -- with this part of Anthem.
Q. Anthem is all connected?
A. They're connected as in the fact that whenever you have the BlueCard, that they all do it the same way. They're -- You -- They're getting -- You get the same rate from Blue Cross of Alabama because you're not allowed to go out to those other plans.
Q. I just want to know how they're