FILED
2021 Feb-23 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 29

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF KEITH PARROTT
Brookwood Baptist Health
1130 22nd Street South, Suite 1000
Birmingham, Alabama
December 6, 2017
9:08 a.m.

REPORTED BY: Lane C. Butler
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

14:23:25 first year of the exchange, Blue Cross took a very
14:23:27 significant loss in -- based on its individual
14:23:30 products. That was a matter of public record;
14:23:32 right?
14:23:32 A. Yes.
14:23:32 Q. Okay. And do you believe they've cut
14:23:34 their pricing in response to Bright Health's entry?
14:23:36 A. Yes.
14:23:38 MR. TAYLOR: Objection, foundation.
14:23:38 Q. Would you be interested in -- well,
14:23:49 let me start -- let me start over, Mr. Parrott.
14:23:51 One of the allegations in this complaint -- in this
14:23:53 case relates to the BlueCard program. Do you have
14:23:56 at least a 10,000-, 20,000-foot familiarity with
14:24:00 BlueCard?
14:24:00 A. Yes.
14:24:00 Q. Okay. And so one of the things that
14:24:02 comes with BlueCard is that -- that -- we'll just
14:24:04 use Brookwood as the example here. Brookwood, by
14:24:08 sign- -- by virtue of signing its agreement with
14:24:09 Blue Cross Blue Shield of Alabama, agrees to see
14:24:12 Mr. Taylor's client IBC's members at the same rates
14:24:17 that it -- it gets from Blue Cross Blue Shield of
14:24:18 Alabama.
14:24:18 A. Yeah.