FILED
2021 Feb-23 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 33

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF EDDIE HARRIS
Maynard, Cooper & Gale
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
March 2, 2017

REPORTED BY: Lane C. Butler
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

13:31:25 Q. As part of that process, do you look
13:31:28 at the volume you get from Blue Cross Blue Shield
13:31:32 what I call direct enrollees versus BlueCard volume
13:31:38 as part of the negotiating process?
13:31:40 A. That is not my understanding.
13:31:41 Q. Is there any consideration of the
13:31:45 volume of BlueCard -- you wouldn't call them
13:31:52 enrollees. What's the term you use for them?
13:31:56 Customers. Is that fair? Is that a good term?
13:32:00 A. I think we probably would refer to
13:32:02 them as members.
13:32:03 Q. Okay. Good enough.
13:32:04 A. Yeah.
13:32:04 Q. Let me back up and go at it that way.
13:32:06 A. Okay.
13:32:07 Q. Do you break out BlueCard members
13:32:10 volume versus enrolled members volume as part of
13:32:14 the contract negotiations and consideration?
13:32:16 A. That is not my understanding.
13:32:17 Q. Are the BlueCard members included in
13:32:24 the volume that you consider in the contract
13:32:26 negotiation?
13:32:27 A. Yes, that is my understanding.
13:32:34 Q. Do you negotiate -- are there any
13:32:56 groups -- let me back up.