FILED
2021 Feb-23 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 38

**Interview Notes**
**January 3, 2001**

**BCBS of Oklahoma**
**Ron King, CEO**
**Interviewed by JV, JP and HJH**

---

## General

Ron has a conflict with the CEO Taskforce Meeting because he will be at a BCS meeting, but he is open to us calling him back before the meeting for additional input.

## Market Requirements

We need to come to agreement on financial arrangements so we will have an advantage with brokers and consultants. We also need to appear seamless to accounts, which is possible through Blue Card (he thinks Blue Card is the best thing that's happened to the Blues). Some issues exist that are unique to the super jumbo accounts in our current system and lead to criticism of our marketing but can be resolved by:

- Continually enhancing and developing the Blue Card system and keeping it in front of the groups
- Working on communication issues between Plans to reduce network disruption
- Keeping provider directories updated

Finally, lack of national dental program is a missed opportunity (this is one of Ron's pet peeves). Dental coverage is the second most requested benefit in their market.

## Value of Super-Jumbo

Ron didn't realize we are defining jumbo accounts as 50,000+ lives. His largest group is the Williams Company with only 13,000 worldwide. He considers accounts with more than 2000 lives a large account in Oklahoma.

National Accounts is an important function within the Blues system and the par business is particularly important to Oklahoma. They currently have Ford, GM, and other large national account par lives. It brings a lot to the table in network development negotiations. Similarly, FEP offers them a lot of leverage by having high volumes of enrollees. Ron finds that product design requirements for FEP gives the Plan a chance to test new products. Granted they don't make much money on these accounts – they can't – but they remain extremely valuable.

## Structural Issues

Ron does feel that we have a two-tiered system -- different camps are evolving (CHP and non-CHP). There is a growing sense that since they are not in the Consortium, it will hurt them in the future. Tim Ray told them they weren't big enough to deal with.

As a small plan, maintaining a separate platform for NASCO and FEP is difficult, especially with HIPAA requirements. This redundancy needs to be addressed and we need to determine our process of choice. He believes we should be focusing on the

Blue Card/ITS system. It is difficult to be unified and direct when using Blue Card and NASCO. This makes us look fragmented from a sales perspective – brokers and benefit consultants can use this against us. If Blue Card worked better, we could do away with everything else.

**Blue-Sky Picture**

The FEP model could work in the jumbo market. Ron has already discussed this with Mary Nell since the program works. He used FEP's HMO look-alike product as an example. Decisions can be made more quickly in this model because they are made at the Board of Managers level. He believes the jumbo accounts may be receptive to this model as well.