FILED
2021 Feb-23 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

VERITEXT LEGAL SOLUTIONS

Deposition of:

# Janusz A. Ordover , Time-Stamped

*November 12, 2020*

In the Matter of:

# Blue Cross Blue Shield Antitrust Litigation/in Re

Veritext Legal Solutions
877.373.3660 | calendar-al@veritext.com | 800.808.4958

who's owned by a Blue, but it's not using a Blue mark in its operations. 13:03:25 13:03:33

Q. And you state in this Paragraph 156 that, "A number of unbranded efforts had been launched before 2014, but were unsuccessful," and give the example of UniCare, a Green owned by WellPoint, correct? 13:03:45 13:03:50 13:03:55 13:04:00 13:04:03

A. Yes. 13:04:05

Q. And you go on to discuss the fact that UniCare, which had been in operation since at least 1992, at one time had four hundred thousand subscribers, mostly in Texas and Illinois, but exited those markets for the most part after 2009, correct? 13:04:05 13:04:09 13:04:13 13:04:18 13:04:21 13:04:25

A. Yes. I cite to an article in Chicago Tribune. 13:04:28 13:04:33

Q. And as you sit here today, do you know why UniCare exited those markets? 13:04:35 13:04:37

A. Other than the fact that they exited, which generally is a reflection of a lack of business outcomes that are deemed as adequate for the owner? Nothing beyond that. 13:04:47 13:04:49 13:04:53 13:04:57

Q. Okay. And you go on in Paragraph 156 to discuss the fact that Premera's Green LifeWise entered Oregon in 1986, but never achieved a 13:04:59 13:05:02 13:05:08