FILED
2021 Mar-12 PM 05:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** | : : : : : : : | **Master File 2:13-cv-20000-RDP** <br> **This document relates to Subscriber Track cases** |

**[PROPOSED] ORDER TO AMEND THE PLAN OF DISTRIBUTION FOR CLARITY AND TO AMEND PRELIMINARY APPROVAL ORDER REGARDING FILING OF OBJECTIONS**

WHEREAS, a class action is pending in this Court entitled *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2:13-cv-20000-RDP;

WHEREAS, the Subscriber Class Representatives and the Self-Funded Sub-Class Representative (on behalf of themselves and the Settlement Classes) ("Subscriber Plaintiffs" or "Class Representatives") and Settling Defendants (together, the "Parties") have entered into and executed a Settlement Agreement, ECF No. 2610-2, which was preliminarily approved by the Court on Nov. 30, 2020, ECF No. 2641;

WHEREAS Settlement Class Counsel proposed a Plan of Distribution for allocation of the Net Settlement Fund, ECF No. 2610-5, and the Court preliminarily approved the Plan of Distribution on Nov. 30, 2020, ECF No. 2641;

WHEREAS, the terms capitalized herein shall have the same meaning as in the Settlement Agreement;

WHEREAS, the Court has considered Settlement Class Counsel's Motion to Amend the Plan of Distribution for Clarity and to Amend Preliminary Approval Order Regarding Filing of Objections, and good cause appearing therefor,

**IT IS HEREBY ORDERED AND ADJUDGED**:

The Court approves the proposed amendment for clarity to the Plan of Distribution as described below. Specifically, the language indicated below by bold italics shall be inserted so that paragraphs 12(b) and 22(a) read as follows:

- Paragraph 12(b): Employers or other groups ***(e.g., Taft-Hartley plans, multi-employer welfare arrangements, association health plans, retiree groups, and other non-employer groups that fall within the Settlement Agreement's definition of Insured Group)*** who purchased one or more fully-insured group policies directly from one or more Defendant during the FI Class Period ("FI Groups")

- Paragraph 22(a): Employers ***or other groups (e.g., Taft-Hartley plans, multi-employer welfare arrangements, association health plans, retiree groups, and or other non-employer groups that fall within the Settlement Agreement's definition of Self-Funded Account)*** who purchased a Self-Funded Health Benefit Plan from one or more Defendant(s) during the Self-Funded Class Period ("Self-Funded Groups")

The Court also hereby amends its Preliminary Approval Order, ECF No. 2641 ¶ 22, to conform with the Court-approved long-form notice, ECF No. 2611-2 at Ex. C, such that objectors need not file objections, but must still cause objections to be mailed to the Claims Administrator, Settlement Class Counsel, Self-Funded Settlement Sub-Class Counsel, and Settling Defendants' Counsel at the addresses listed in the long-form notice available on the Settlement website, and postmarked by no later than the objection deadline.

The Court directs Settlement Class Counsel and the Claims Administrator to substitute this clarified amended version of the Plan of Distribution *nunc pro tunc* for the previously preliminarily approved Plan of Distribution for all purposes and to post a copy of the amended Plan of Distribution along with this order on the Settlement website within one business day.

**DONE** and **ORDERED** on **____________**, 2021

______________________________

**R. DAVID PROCTOR**
United States District Judge