IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD } | Master File No.: 2:13-CV-20000-RDP |
| ANTITRUST LITIGATION } | |
| (MDL NO.: 2406) } | |

### ORDER AMENDING PLAN OF DISTRIBUTION AND PRELIMINARY APPROVAL ORDER REGARDING FILING OF OBJECTIONS

On November 30, 2020, the court preliminarily approved the Settlement Agreement agreed upon by Subscriber Class Representatives and the Self-Funded Sub-Class Representative (on behalf of themselves and the Settlement Classes) and Settling Defendants (together, the "Parties"). (Doc. 2641). In connection with the proposed Settlement, Settlement Class Counsel proposed a Plan of Distribution for allocation of the Net Settlement Fund. (Doc. # 2610-5). The court preliminarily approved the Plan of Distribution on November 30, 2020. (Doc. # 2641).

This matter is before the court on Settlement Class Counsel's Unopposed Motion to Amend Plan of Distribution for Clarity and to Amend Preliminary Approval Order Regarding Filing of Objections. (Doc. # 2715). The Motion (Doc. # 2715) is **GRANTED**. It is hereby **ORDERED** as follows:

The court **APPROVES** the proposed amendment for clarity to the Plan of Distribution as described below. Specifically, the language indicated below by bold italics **SHALL** be inserted so that paragraphs 12(b) and 22(a) read as follows:

- Paragraph 12(b):  Employers or other groups *(**e.g., Taft-Hartley plans, multi-employer welfare arrangements, association health plans, retiree groups, and other non-employer groups that fall within the Settlement Agreement's definition of Insured Group**)* who purchased one or more fully-insured group policies directly from one or more Defendant during the FI Class Period ("FI Groups")

- Paragraph 22(a): Employers *or other groups (e.g., Taft-Hartley plans, multi-employer welfare arrangements, association health plans, retiree groups, and or other non-employer groups that fall within the Settlement Agreement's definition of Self-Funded Account)* who purchased a Self-Funded Health Benefit Plan from one or more Defendant(s) during the Self-Funded Class Period ("Self-Funded Groups")

The court also hereby **AMENDS** its Preliminary Approval Order (Doc. # 2641 ¶ 22) to conform with the court-approved long-form notice (Doc. # 2611-2 at Ex. C), such that objectors need not file objections, but must still cause objections to be mailed to the Claims Administrator, Settlement Class Counsel, Self-Funded Settlement Sub-Class Counsel, and Settling Defendants' Counsel at the addresses listed in the long-form notice available on the Settlement website, and postmarked by no later than the objection deadline.

The court **DIRECTS** Settlement Class Counsel and the Claims Administrator to substitute this clarified amended version of the Plan of Distribution *nunc pro tunc* for the previously preliminarily approved Plan of Distribution for all purposes and to post a copy of the amended Plan of Distribution along with this order on the Settlement website within one business day.

**DONE** and **ORDERED** this March 15, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE