FILED
2021 Mar-15 PM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | **This document relates to the Provider Track cases.** |
| **(MDL NO.: 2406)** | } | |

**[PROPOSED] EIGHTH AMENDED SCHEDULING ORDER**

This matter is before the Court on a joint status report filed by the parties on March 15, 2021. After careful consideration, it is **ORDERED** as follows:

**A. Motions Related to the Standard of Review**

1. All motions related to the antitrust standard of review applicable to Providers' claims in this case (the "Standard of Review") are due on **May 21, 2021**.

2. Oppositions to motions related to the Standard of Review are due on **June 21, 2021**.

3. Replies in support of motions related to the Standard of Review are due on **July 12, 2021**.

**B. Dispositive Motions**

4. All potentially dispositive motions on issues of liability which are not critically dependent on the outcome of class certification, materials in support, and supporting expert reports under Fed. R. Civ. P. 26(a)(2) are due on **June 18, 2021**. The parties will meet and confer as to an appropriate briefing schedule after the filing of such a Motion or Motions, and present a schedule or competing proposals to the Court by no later than **June 25, 2021.**

The Court may modify the terms of this Order within its discretion.

**DONE** and **ORDERED** this ___ day of March, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE