FILED
2021 Mar-16 AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** |

**EIGHTH AMENDED SCHEDULING ORDER**
**(EXCLUSIVE TO PROVIDER TRACK)**

This matter is before the court on a Joint Report Regarding Proposed Schedule filed by the parties on March 15, 2021. (Doc. # 2717). After careful consideration of the proposed schedule, it is **ORDERED** as follows:

**A. Motions Related to the Standard of Review**

1. All motions related to the antitrust standard of review applicable to Providers' claims in this case (the "Standard of Review") are due **on or before May 21, 2021**.

2. Any opposition to motions related to the Standard of Review is **due on or before June 21, 2021.**

3. Any reply in support of motions related to the Standard of Review is due **on or before July 12, 2021.**

**B. Dispositive Motions**

4. All potentially dispositive motions on issues of liability which are not critically dependent on the outcome of class certification, materials in support, and supporting expert reports under Fed. R. Civ. P. 26(a)(2) are due **on or before June 18, 2021**. The parties will meet and confer as to an appropriate briefing schedule after the filing of such a Motion or Motions, and present a schedule or competing proposals to the court by **no later than June 25, 2021**.

The court reserves its discretion to modify the terms of this Order.

**DONE** and **ORDERED** this March 16, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE