FILED
2021 May-10 PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 57
# (FILED UNDER SEAL)