FILED
2021 May-10 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 63

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF BRADLEY D. EISEMANN
30(b)(6) DEPOSITION OF CRENSHAW COMMUNITY
HOSPITAL
Balch & Bingham, LLP
105 Tallapoosa St., Ste: 200
Montgomery, AL 36104
May 3, 2017

REPORTED BY:
Angela Smith McGalliard,
Certified Shorthand Reporter
and Notary Public.

Q. So your reach for psychiatric is much broader than what it would be for other services, where it's generally the county and a little bit more; is that right?
MR. BROWN: Object to form.
A. That's correct.
Q. And does Crenshaw know if there are other hospitals in Alabama that have a similar patient population in terms of patient mix?
MR. BROWN: Object to form. Foundation.
Q. Or do you ever look at that?
A. I don't look at other hospitals' patient mix.
Q. Do you think running a hospital in a rural area is different than running a hospital in a large city like Birmingham?
MR. BROWN: Object to form. Foundation.
A. I think it's basically the same, it's just different levels with different support systems. But acute care hospital is an acute care hospital.
Q. And you do -- You are aware that there -- a proportion of Medicare or Medicaid is