FILED
2021 May-10 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 65

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VOLUME II
30(b)(6) VIDEO DEPOSITION OF
IVY CREEK OF ELMORE, LLC; IVY CREEK OF BUTLER, LLC
and IVY CREEK OF TALLAPOOSA
(THROUGH DEPONENT MICHAEL DAVID BRUCE)
Balch & Bingham, L.L.P.
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
June 14, 2017

REPORTED BY: Laura H. Nichols
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

So I am the bare essentials of what the hospitals -- you know, I do ER. I do inpatient. I do labs and X-rays.

Even in Georgiana, it is a different animal than Elmore because I do a lot more surgeries and I focus on outpatient surgeries and labs, those kind of things. So it is a service oriented change and the specialists are -- I said apples and oranges. It is related to the specialists and the dynamics that those bring to the table.

Q. Okay. But UAB is a general acute care hospital just like your hospital is?

A. Technically, according to the CON, I can do brain surgery if I wanted to. I am licensed to do it.

Q. For purposes of this litigation, you can fairly and adequately represent UAB?

A. Yes.

Q. I think yesterday you discussed and I think you raised it again here that teaching hospitals are paid differently than your hospital?

A. Medicare pays -- in the cost reports, they will pay them, in essence, a stipend, an add-on, and it helps their reimbursement. In part