FILED
2021 May-18 PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | } | |
| | } | |
| | } | |
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| **ANTITRUST LITIGATION** | } | **Master File No.: 2:13-CV-20000-RDP** |
| **(MDL No.: 2406)** | } | |
| | } | |
| | } | |

<u>**ORDER APPROVING PLAINTIFFS' LIAISON COUNSEL'S FEE APPLICATION**</u>

Before the court is the April 20, 2021 Application of Barry A. Ragsdale for additional compensation in accordance with the court's February 28, 2013 Order of Appointment, together with a supporting declaration of the Special Master.

The court takes notice that the Application and supporting declaration are supported by the Subscriber Track Lead Counsel, Plaintiffs' Steering Committee, Local Facilitating Counsel and the Special Master, as being fair, reasonable and due to be paid. The court notes further that the monies necessary to pay the requested fees have been generated through a capital call made by the Subscriber Track, with the monies already being in hand.

The court has reviewed the Application and the Special Master's supporting declaration, and finds the payment request to be fair and reasonable.

The court therefore **ORDERS** that Plaintiffs' Liaison Counsel's Fee Application is hereby **APPROVED**, with the payment to be made by the Subscriber Track.

The court reserves the power to modify the terms of this order.

**DONE** and **ORDERED** this May 18, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE