FILED
2021 Jun-01 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 285

# LIST
## OF HOSPITAL CARE INSURANCE PLANS

Approved by the Committee on Hospital Service
of the
AMERICAN HOSPITAL ASSOCIATION

April 1, 1938



### COMMITTEE ON HOSPITAL SERVICE

B. C. MacLean, M.D., *Chairman*
C. Rufus Rorem, Ph.D., C.P.A., *Director*
R. C. Buerki, M.D.
S. S. Goldwater, M.D.
Rt. Rev. Msgr. Maurice F. Griffin

BCBSA00070063

| | Date Organized | Subscribers | ENROLLMENT Dependents | Total |
|---|---|---|---|---|
| Hospital Service Corporation of Alabama<br>    Chamber of Commerce Building, Birmingham<br>    Mr. Edward Moore, Executive Director | 4/36 | 18,031 | 12,389 | 30,420 |
| Insurance Association of Approved Hospitals<br>    Easton Building, Oakland, California<br>    Mr. J. Philo Nelson, Manager | 1/37 | 11,021 | 2,804 | 13,825 |
| Intercoast Hospitalization Insurance Association<br>    1127 J Street, Sacramento, California<br>    Mr. J. O. Thorpe, Manager | 7/32 | 17,000 | 6,000 | 23,000 |
| Associated Hospital Service of Southern California<br>    1151 S. Broadway, Los Angeles<br>    Dr. L. B. Rogers, Executive Director | 3/38 | ---------- | ---------- | ---------- |
| Plan for Hospital Care<br>    152 Temple Street, New Haven, Connecticut<br>    Mr. Robert Parnall, Managing Director | 2/37 | 11,849 | 12,070 | 23,919 |
| Hospital Service Plan<br>    24 Stevens Street, Norwalk, Connecticut<br>    Mr. Kenneth M. Coleburn, Executive Secretary | 2/36 | 7,599 | 3,406 | 11,005 |
| Group Hospital Service<br>    Delaware Trust Building, Wilmington, Delaware<br>    Mr. H. V. Maybee, Manager | 11/35 | 6,503 | 4,798 | 11,301 |
| Group Hospitalization<br>    825 17th Street, NW., Washington, D. C.<br>    Mr. E. J. Henryson, Director | 6/34 | 35,000 | 15,000 | 50,000 |
| United Hospital Service Association<br>    134 Peachtree Street, Atlanta, Georgia<br>    Mr. C. J. Anderson, Executive Director | 1/38 | 2,871 | ---------- | 2,871 |
| Plan for Hospital Care<br>    Merchandise Mart, Chicago, Illinois<br>    Mr. Perry Addleman, Executive Director | 1/37 | 23,515 | 17,229 | 40,744 |
| Associated Hospitals of Danville, Illinois<br>    621 Temple Building, Danville, Illinois<br>    Mr. Thomas Graham, Executive Director | 8/37 | 513 | 421 | 934 |
| Decatur Hospital Service Corporation<br>    Standard Office Building, Decatur, Illinois<br>    Mr. Donald Murphy, Director | 1/38 | 476 | 1,124 | 1,600 |
| Central Illinois Hospital Service<br>    Central National Bank Building, Peoria, Illinois<br>    Mr. Paul F. Bourscheidt, Director | 12/36 | 1,964 | 1,557 | 3,521 |
| Ashland Hospital Service Association<br>    Second National Bank Building, Ashland, Kentucky<br>    Mr. D. Lane Tynes, Secretary | 4/36 | 1,018 | 2,015 | 3,033 |

| | Date Organized | Subscribers | ENROLLMENT Dependents | Total |
|---|---|---|---|---|
| Flint-Goodridge Group Hospital Service Plan<br>New Orleans, Louisiana<br>Mr. A. W. Dent, Superintendent | 12/36 | 1,500 | 1,100 | 2,600 |
| Hospital Service Association of New Orleans<br>American Bank Building, New Orleans, Louisiana<br>Mr. Edward Groner, Manager | 2/34 | 17,374 | 17,939 | 35,313 |
| Associated Hospital Service of Baltimore<br>15 Fayette Street, Baltimore, Maryland<br>Mr. J. D. Colman, Director | 11/37 | 9,650 | 5,600 | 15,250 |
| Associated Hospital Service of Massachusetts<br>21 Milk Street, Boston, Massachusetts<br>Mr. R. F. Cahalane, Director | 10/37 | 16,825 | 11,823 | 28,648 |
| Minnesota Hospital Service Association<br>2388 University Avenue, Midway, St. Paul, Minn.<br>Mr. E. A. van Steenwyk, Director | 7/33 | 75,169 | 88,699 | 163,868 |
| Group Hospital Service<br>Missouri Theatre Building, St. Louis, Missouri<br>Mr. Ray F. McCarthy, Director | 4/36 | 17,838 | 9,358 | 27,196 |
| Hospital Service Plan of New Jersey<br>744 Broad Street, Newark, New Jersey<br>Mr. J. Albert Durgom, Director | 1/33 | 21,000 | 14,548 | 35,548 |
| Associated Hospital Service of Capital District<br>112 State Street, Albany, New York<br>Mr. Edward R. Evans, Executive Director | 9/36 | 7,737 | 6,640 | 14,377 |
| Hospital Service Association of Western New York<br>374 Delaware Avenue, Buffalo, New York<br>Mr. Carl M. Metzger, Director | 1/37 | 12,546 | 13,189 | 25,735 |
| Geneva Hospital Service Corporation<br>Geneva General Hospital, Geneva, New York<br>Mrs. Corydon Wheat, Manager | 10/35 | 982 | 88 | 1,070 |
| Jamestown Hospital Service Corporation<br>Wellman Building, Jamestown, New York<br>Mr. Robert E. Johnson, Managing Director | 2/37 | 1,003 | 674 | 1,677 |
| Associated Hospital Service of New York<br>370 Lexington Avenue, New York City<br>Mr. Frank Van Dyk, Executive Director | 5/35 | 371,249 | 286,382 | 657,631 |
| Rochester Hospital Service Corporation<br>Reynolds Arcade, Rochester, New York<br>Mr. Sherman D. Meech, Director | 6/35 | 50,167 | 43,402 | 93,569 |
| Group Hospital Service<br>332 S. Warren Street, Syracuse, New York<br>Mr. W. W. Seymour, Secretary | 1/36 | 29,861 | 21,927 | 51,788 |

BCBSA00070065

|  | Date Organized | Subscribers | ENROLLMENT Dependents | Total |
|---|---|---|---|---|
| Central New York Hospital Service Corporation<br>Genesee-Hopper Building, Utica, New York<br>Mr. H. C. Stephenson, Managing Director | 2/37 | 8,490 | 7,766 | 16,256 |
| Hospital Service Corporation of Jefferson County<br>17 Paddock Arcade, Watertown, New York<br>Mr. W. M. Heslop, Director | 7/37 | 1,180 | 900 | 2,080 |
| Hospital Saving Association of North Carolina<br>Chapel Hill, North Carolina<br>Mr. Felix Grisette, Executive Secretary | 1/36 | 39,009 | 18,197 | 57,206 |
| Hospital Service Association of Summit County<br>Second National Bank Building, Akron, Ohio<br>Mr. Thomas B. Wood, Director | 1/37 | 11,929 | .......... | 11,929 |
| Cleveland Hospital Service Association<br>1900 Euclid Avenue, Cleveland, Ohio<br>Mr. John A. McNamara, Director | 9/34 | 80,000 | 12,000 | 92,000 |
| Abington Hospitalization Plan<br>Abington, Pennsylvania<br>Mr. W. B. Lange, Executive | 5/37 | 2,209 | 5,038 | 7,247 |
| Hospital Service Plan of Easton<br>Easton Hospital, Easton, Pennsylvania<br>Mr. A. R. Hazzard, Executive | 9/35 | 4,775 | 6,108 | 10,883 |
| Capital Hospital Service<br>Ebner Building, Harrisburg, Pennsylvania<br>Mr. Clement W. Hunt, Executive Director | 3/38 | .......... | .......... | .......... |
| Hospital Service Association of Pittsburgh<br>Farmers Bank Building, Pittsburgh, Pennsylvania<br>Mr. Maurice J. Norby, Managing Director | 1/38 | 8,114 | 5,995 | 14,109 |
| Holston Valley Community Hospital Plan<br>Kingsport, Tennessee<br>Mr. G. W. Eutsler, Managing Director | 8/35 | 2,589 | 4,824 | 7,413 |
| Tidewater Hospital Service Association<br>203 Granby Street, Norfolk, Virginia<br>Mr. William R. Lowe, Managing Director | 9/35 | 6,339 | 4,191 | 10,530 |
| Richond Hospital Service Association<br>Grace-American Building, Richmond, Virginia<br>Mr. M. Haskins Coleman, Director | 1/36 | 7,282 | 3,993 | 11,275 |
|  |  | 942,177 | 669,194 | 1,611,371 |

BCBSA00070066