FILED
2021 Jun-01  PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 301

# NEWS BULLETIN

# Hospital Service Corporation

OF ALABAMA

2¢ or 3¢ A DAY PLAN FOR HOSPITAL CARE

*Issued by* HOSPITAL SERVICE CORPORATION OF ALABAMA

403 Chamber of Commerce Building — MARCH 1, 1939 — Birmingham, Ala.

Since the last issue of the Bulletin in November, there have been more than 8,700 residents of Alabama covered for hospital care, and the rate of increase is growing month by month.

In the heart of every true Alabamian there glows the spark of independence. No true citizen wants anything done for him that he can do for himself. Assert your independence. Spurn charity. Join Hospital Service Corporation and choose for yourself your own doctor and your own choice of a hospital when accident or illness overtakes you and members of your family.

Hospital Service Corporation's sole aim is to make every man and woman independent of charity—to provide a PLAN by which all who need hospital care may, for 2c or 3c a day, become a member of this PLAN, who can walk up to the admittance clerk of any of the best hospitals in Alabama and lay his identification card down, and get the best—the preferred—accommodations any of the forty-three affiliated hospitals offer. No questions are asked and money is not mentioned.

IT IS IMPOSSIBLE to buy, in the State of Alabama, a policy of *insurance* that will be accepted by these forty-three hospitals as FULL CREDIT for admission to these hospitals. This special courtesy is extended to members of Hospital Service Corporation only. It matters not how good an insurance policy you have, the hospitals will require you to make your financial arrangements in advance, and pay your hospital bill when you are dismissed from the hospital. The insurance company, in due course will send you a check as provided in its policy.

More than 8,000 of our members have been admitted to our hospitals, and they are now being admitted at the rate of more than 500 per month. We expect to pay more than 8,000 hospital bills for the members of our PLAN during the Year 1939.

Remember that accident and sickness come to you and members of your family when you are least prepared to meet the hospital bill. What would a hospital bill of $100.00, or $150.00 or $200.00 do to your savings account?

We have in our files literally thousands of letters from our members to whom we have sent their hospital bills to them marked "PAID," who tell us that if they had not been members of our PLAN they do not know what they would have done.

Be independent and pay your hospital bills in advance at the rate of 2c or 3c a day. Every man fritters away 2c or 3c a day that he could save and pay his hospital bill in advance, as a member of our PLAN.

There is one thing you can *not* get when you *need* it—our Hospital Service. Better to have it and *not* need it, than to need it and *not* have it. A word to the wise is sufficient. Join Hospital Service Corporation and at the admittance desk of any of our forty-three affiliated hospitals you stand an equal ground with the millionaire—your credit is good.

We make grateful acknowledgment to the newspapers of Alabama and the Radio stations who have so generously given us space and time: The Birmingham News and Age-Herald, the Birmingham Post, Jasper Advertiser, Eufaula Tribune, Montgomery Advertiser, Pell City News, Decatur Daily, Selma Times, Anniston Star, Gadsden Times, Opelika Daily News, Sylacauga Advance, Huntsville Times, Tri-Cities Daily; Radio Stations: WAPI and WBRC, Birmingham; WJRD, Tuscaloosa; WSFA, Montgomery; WMFO, Decatur, and many others.

On Monday, November 21, 1938, the Associated Hospital Service of New York enrolled its one millionth subscriber. Celebrating this enrollment, Mr. Frank Van Dyk spoke over a coast-to-coast radio program at 2:30 P.M. with the one millionth subscriber, Mr. Louis E. Cromwell of Astoria, Long Island, a mail carrier. Mr. Van Dyk also announced the recent birth of the 10,000th baby under the provisions of an Associated Hospital Service membership. The broadcast has stimulated inquiries from all over the country—Hospital Service Bulletin.

Our largest group at present is the State of Alabama group, composed of more than 1,200 employees of the State. Many of the largest industrial companies, mercantile establishments, public schools, City and County employees, colleges, and professional groups in Alabama are enrolled as members of Hospital Service Corporation.

We are indebted to many of the large employers of labor, State and County Medical Associations, and to hundreds of public spirited citizens who have lent their influence to help us accomplish this worthwhile Community Service to the citizens of Alabama.

A NON-PROFIT COMMUNITY SERVICE

# *A Partial List of* Groups Now in Force

## BIRMINGHAM

Accountant's Group
Acacia Mut. Life Ins. Co.
Acme Theatre, Inc.
Adams Bros. Produce Co.
Adamson Motor Co.
Addressograph Sales Agency
Adorable Dress Shop
Aetna Life Insurance Co.
Air Reduction Sales Co.
Alabama Appliance Co.
Alabama Asphaltic Limestone Co.
Alabama Auto Store
Alabama Boys Industrial School
Alabama Dry Goods Co.
Alabama Engraving Company
Alabama Fuel & Iron Company
Alabama Novelty Company
Alabama Packing Co.
Alabama Power Company
Alabama Stores, Inc.
Alabama Theatre
Alabama Truck Equipment Co.
Alabama Typewriter Co.
Alabama Vinegar Co.
Alabama Water Service Company
Allen-Sackhoff Tire Co.
Alpha-Portland Cement Co.—Off.
Altamont Apartments
Alverson Business College
Amberson's Cleaners
Ambrosia Cake Company
American Bakery Co.
American Life Insurance Co.
American National Guard Airport
American National Insurance Co.
American Optical Co.
American Printing Company
Angwin Service Funeral Co.
Armstrong Motor Co.
Armstrong-Smith & Co.
Askin & Marine Credit Clothing Co.
A & P Tea Co.
Austin Motor Co.
Austin Music Co.
Avondale Mills
Bagby Elevator & Electric Co.
Baggett Transp. Co.
Bama Company, The
Bankers Fire & Marine Ins. Co.
Bank for Sav. & Trust
Barnett Lumber Co.
Batterton Coffee Co.
Baptist Nurses
Bonners, Burr, McKamy & Forman
Berry Realty Co.
Birmingham Apothecary
B'ham Armature & Elec. Works
Birmingham Beauty Shop
Birmingham Board of Education
Birmingham College of Music
Birmingham Country Club
Birmingham Dental Laboratory
Birmingham Electric Battery Co.
Birmingham Electric Co.
Birmingham Electric & Mfg. Co.
Birmingham Engraving Co.
Birmingham Fabricating Company
Birmingham Fire Insurance Co.
Birmingham Gas Co.
Birmingham Grain Co.
Birmingham News, The
Birmingham Paper Co.
Birmingham Post, The
Birmingham Printing Company
Birmingham Publishing Company
Birmingham Sash & Door Co.
Birmingham Slag Company
Birmingham-Southern College
B'ham Stove & Range Co.
Birmingham Terminal Rest.
Birmingham Trust & Savings Co.
Birmingham Trunk Factory
J. Blach & Sons
Bradley, Baldwin, All & White
Bradford-Norton
Brentnall Livingroom Furniture Co.
Brownell Meter Co.
Bromberg & Co.
Brown's Dollar Store
Brown, R. A. & Co.
Brown-Service Funeral Co.
Broyles, R. B. Furniture Co.
Buckeye Feed Co.
Buffalo Rock Co.
Burger-Phillips Company
R. D. Burnett Cigar Co.
Burris Gro. Co.
Burroughs Adding Machine Co.
Cabaniss & Johnston
Cahaba Red Ash Coal Co.
Cahoon's Beauty Shop
Cahoon's, Inc.
Caldwell Foundry & Machine Co.
Carefree Rubber Co.
Carr Floral Co.
Central Supply Co.
Central Park Grocery Co.
Certified Products Co., Inc.
Chamber of Commerce
Chas. Egan, Inc.
Chicago Bridge & Iron Company
Children's Aid Society
C. I. T. Corporation
City of Birmingham Employees
City Paper Co.
City School Lunchroom Supervisors
City Wholesale Grocery Co.
Claridge Manor Grill
Clark, Frank B. & Company
Cobb's
Cole, Jack Transfer Co.
Coleman Sachs Orchestra
Coleman, Spain, Stewart & Davies
Collector of Internal Revenue
Commercial Credit Company
Commercial Printing Company
Community Chest of Birmingham
Connors Steel Company
Continental Gin Company
Cottons Store, Ensley
Cowgill Drug Co.
Crane Company
Crawford Auto Shop, Inc.
Crawford-Johnson Co.
Crippled Children's Clinic
Cruse-Crawford Auto Co.
Cruse-Crawford Wheel & Rim
Cudahy Packing Co.
Davis Modiste Shop
DeBardeleben, Bailey
Dearborn Realty Company
Dentist's Group
Deaton Truck Lines
Department of Public Welfare
Dewberry Engraving Company
Dispatch Printing Co.
Dixie Chemical Products Co.
Dixie Drive It Yourself System
Dixie Metal Products Company
Donovan Coffee Company
Drennen Motor Car Company
Dun & Bradstreet
DuPont, E. I. Co.—Paint Store
Dyer Electric Co.
Eanes Laboratory
Edwards Motor Co.
Electric Repair Service Company
Electric Blue Print Co.
Electrolux
Ellis Jewelry Co.
Elmwood Cemetery Corpn.
Empire Leather Co.
Employees Finance Co.
Employers Insurance Co.
Engel Realty Company
Ensley Post Office
Ensley Service Station
Equitable Securities Company
Evans Electric Company
Exchange Distributing Co.
Fan Tan Shop
Farmer-Cannon Jewelry Co.
Farm Employees of Dr. D. S. Moore
Farm Security Administration
Faust Cafe
Federal Reserve Bank
Firestone Rubber & Tire Co.
First M. E. Church
First National Bank
Five Points Barber Shop
Florsheim Shoe Store
Fonville, Dr. Wm. D., Employees
Forbes, E. E. Piano Company
Forest Hill Cemetery
Friedman Auto Parts
Garber, Dr. James R., Employees
General Electric Contracts Corp.
General Electric
General Outdoor Advertising Co.
General Machinery Company
G. M. A. C.
General Truck Sales & Service
Goodall-Brown Dry Goods Co.
Goodrich-Silvertown Store
Graduate Nurses
Grant, W. T.
Green Motors
Greenberg Auto Parts Co.
Green Drug Co., Inc.
Gregory Insurance Agency
Gulf Refining Co.
Gus, Dr. Barbecue Gardens
Hale, Peggy Shop
Hahn Roofing Co.
Hale, A. B. & Associates
Hanna Motor Co.
Jno. Hancock Mutual Life Ins. Co.
Hardie-Tynes Manufacturing Co.
Hardison Stone Co.
Harper Method Beauty Shop
Harsh, Harsh & Hare
Hargis Clinic
Haverty Furniture Co.
Hawkins-Israel Co., Inc.
Head, James A., Inc.
J. F. Hendon Parking Lot
Henly & Co.
Hill Grocery Co.
R. Hoe & Co., Inc.
Hormel, Geo. A. & Co.—Office
Hospital Service Corp. Employees
Housael-Simons Agency
H. O. L. C.
Hood-McPherson Furniture Co.
Howard College
Hynds-Upshaw Paint & Glass Co.
Ingalls Iron Works Company
Ingersoll-Rand Co.
International Bus. Mach. Corp.
Investors Syndicate
Irving's Men's Wear
Jaffe Jewelry Co.
Jefferson County Medical Assn.
J. R. Raible Company
Jackson Securities Co.
Jefferson Brick Supply Co.
Jefferson County Board of Ed.
Jefferson County Employees
Jefferson Mortgage Company
Jefferson Shoe Co.
Jefferson Standard Life
Jemison Realty Co.
Jemison-Seibels, Inc.
Johns-Service Funeral Company
Jones, Fred & Co.
Jones-Hernandez Machine Co.
Kilgore Furniture Company
Kaul Lumber Company
Kessler's Women's & Misses Ap.
Keystone Lime Works
Knapp Motor Co.
Kraft Associated Distributors, Inc.
Kress, S. H., Company
Kress, S. H. No. Birmingham
Lahan & Company
Lambert Service Co.
Lamson & Sessions Bolt Co.
Lange, Simpson & Brantley
Lancaster Equipment Co.
LaSalle Extension University
Lawson Auto Parts
Lawyers Group
Leedy, W. B. & Company
Lee-Rodgers Mercantile Company
Lerner Shops
Levy, I. Stores
Mrs. Lewis Famous Pies Co.
Liberty National Life Ins. Co.
Liberty Overall Office
Life Insurance Society of America
Liggett & Myers Tobacco Co.
Linde Air Products Co.
Lone Star Cement Co.
Long-Lewis Hardware Co.
Louisville & Nashville Railroad Co.
Loveman, Joseph & Loeb
Lowry Printing Co.
Luquire Funeral Insurance Co.
Massachusetts Mutual Life Ins. Co.
Mansfield Hat Shop
Magic City Candy Co.
Martin Theatre
Massey Business College
Matthews Electric Co.
Mayer Electric Supply Co.
Mayer, Gus, Ltd.
Mayfair Shop
Maytag Co.
B. Moser Rfg. & Htg. Co.
Merchandise Brokers
Merchants' Cigar & Candy Co.
Merchants Credit
Metcalf Realty Co.
Ministers
Mildred's Beauty Box
Mitzie Shop
Model Beauty Shop
Molton, Allen & Williams
Monarch Sales Co.
Montgomery Real Estate & Ins. Co.
Moore, Ed S., Inc.
Moore-Handley Hardware Co.
Monsanto Chemical Company
Morgan Heating Co.
Morton's Home Wash. Service
Mullins, DeRamus & Stuart
Molton Hotel
Mutual Benefit Life Insurance Co.
Mutual Life Insurance Co. of N. Y.
McCain's Beauty Shop
R. P. McDavid & Co.
McEachern Furniture Co.
McKesson, Doster, Northington
McKelvey-Coats Furniture Co., Inc.
McLellans
Nash-Christian Foundry Supply Co.
National Bituminous Coal Co.
National Cash Register Co.
National Cast Iron Pipe
National Coal & Coke Company
National Department of Labor
National Fireproofing Co.
National Shirt Shop
National Tire Stores, Inc.
Naylor's, Oliver Orchestra
National Part Service
Nehi Bottling Co.
Neon Lights Advertising Company
New Ideal, The
New Williams, The
New Williams Beauty Shop
New York Life Insurance Co.
Norwood Clinic
Ohio Chemical Company
Odum, Bowers & White
Odum Clothing Co.
Orkin Exterminating Co.
Ormond Bros. Brokerage Company
Pan American
Pandora Beauty Shop
Pankey Brokerage Company
Parisian Company, Inc.
Parisian Beauty Shop
Parker Drug Co.
Pennington Display Service Co.
Pennington Motor Co.
Penn-Mutual Life Insurance Co
J. C. Penney Co.
Pepsi Cola Bottling Co.
Perfection Laundry—Plant
Perfection Mattress & Spring Co.
Perry, Rosamond & Etheridge
Perry Supply Co.
Phillips-Lester Mfg. Co.
J. D. Pittman Tractor Co.
Pittsburgh Plate Glass Co.
Pittsburgh Testing Laboratories
Pizitz Beauty Shop
Pizitz, Louis Dry Goods Company
Porter Clothing Co.
Porter Landrum Company
Postal Telegraph
Practical Nurses
Premier Printing Co.
Price, C. B., Mercantile Company
Progressive Farmer-Ruralist Co.
Prudential Insurance Company
Pullman Co.
Railway Express Agency
Railway Mail Service
Railway Supply Co.
Ragland Bros. Whse. Gro. Co.
Realty Mortgage Company
Reconstruction Finance Corp.
Regal Co.
Reliance Life Insurance Co.
Remington Rand Typewriter Co.
Republic Steel Corp.
Reynolds, R. J. Tobacco Co.
Rhodes-Carroll Furniture Co.
Ribe, A. J.
Richardson, W. E. Machine Co.
Ridout's Funeral Home
Ritz Theatre
Roberts & Son
Royal Typewriter Co.
Run-A-Ford, Inc.
Ryan, Mrs. O. H. Beauty Shop
Sears-Roebuck & Company
Salmon & Cowin, Inc.
Schultz-Hodo Realty Co.
Seaboard Airline Railway
Seyforth Roofing Co.
Sherrill & Amos
Shook & Fletcher Supply Co.
Silverfield & Levin, Inc.
Silverstein Bros., Inc.
Silver & Deuce Co., Inc.
Sinclair Refining Co.
F. T. Skelton Co.
Smith, W. M. & Company
Smith & Young
Smith, Zac Stationery Company
Snowwhite Laundry
Social Security Board
Social Security Employees
Sokol Bros.
Southeastern Comp. Rating Bur.
Southern Bell Telephone Co.
Southern Car Mfg. Co.—Office
Southern Cement Co.
Southern Life & Health Ins. Co.
Southern Lime Material Co.
Southern Medical Assn.
Southern Natural Gas Company
Southern Railway
Southern States Equipment Co.
Southern States Iron Rfg. Co.
Sparrow Advertising Agency
Spradling Supply Co.
Standard Brands, Inc.
Standard Candy Company
Standard Casket Co.
Standard Coffee Co.
Standard Clo. & Furniture Co.
Standard Life Insurance Co.
Standard Oil Company
State Training School for Girls
Steel City Lumber Co.
Steiner Bros.
Steiner-Rouse & Company
Stewart Machine Company
Stewart Oil Company
Stockham Pipe Fittings Co.
Strand Theatre
Street Motors Company
Stringfellow Lumber Company
Stripling, W. H., Candy Company
Stubbins, Dr. S. C., Employees
Summers Bus Line
Swann & Co.
Swiss Laundry & Cleaning Co.
Thames Lumber Company
Thomas Jefferson Hotel
The Dan Cohen Co.
The Glidden Co.
The Goldstein Co.
The Goold Shop
The Grayson Shop
The Texas Co.
The Todd Co.
Todd-Witte Dry Goods Company
Towles Dry Cleaning Co.
Transportation Company
Trico Coffee Co. of Alabama
Trustees Loan and Disc. Co.
U. S. Department of Justice
Union Central Life Insurance
United Motor Freight Terminal
Universal Credit Co.
U. S. Department of Labor
U. S. Fidelity & Guaranty Co.
U. S. Government Employees
U. S. Gypsum Co.
U. S. Pipe & Foundry Co. Sales Off.
U. S. Post Off
U. S. Tire Ser
Utopia Clean
Vanity Boot S
Virginia Dare
Volunteer Sta
Vulcan Radia
Wade Wood I
Waite Dairy
W A P I
Ward Baking
Ward, Sterne
W B R C Rad
Walker Drug
Warrior River
Watkins Mot
Watts-Newso
Webb Crawfo
Weekley's Ba
Werthelmer I
Western Auto
Western Grai
Western New
Western Unio
Westinghouse
Wheeler Busi
Willis Barber
Wofford Oil C
George F. Wh
Woman's Mi
Woodall Inst
Woodlawn M
Wood Lumbe
Woods Drugs
Woods Groce
Woodstock S
F. W. Woolw
Works Progre
W S G N
Yancey, J. L.
Yielding Bro
Young & Va
Y. M. C. A.
Y. W. C. A.

## ANNISTON

Adams-McC
Alabama Ho
Alabama Po
Anniston Ba
Anniston El
Anniston Sa
Anniston St
Armour & C
Benny's Bea
Board of Ed
Brown-Servi
Calahan Ori
Coca-Cola B
Crescent Sta
Garner Hosp
Garner Hosp
A. J. Goodw
Gulf Refinin
King Motor
Linen Threa
Lloyd's Bak
Mangel's
Mason's Sto
Metropolita
M. & H. Val
Model City
Model City
National Li
Owens Flou
Penny, J. C.
Sanitary Ca
Sinclair Ref
Southern Be
Southern R
U. S. Post O
Utica Knitti
Warnock Fu

## AUBURN

Alabama Po
Conway Fa
Ideal Laund
Lee County
U. S. Dept.

## BESSEMER

A & P Tea C
Bessemer B
City of Bess
Commonwe
Curry, J. C.
Drennen M
Edwards M
Grand Thea
Long-Lewis
Morton Ha
Pope Drug
Pullman-St
Rosen, I.
Rutledge B
R. L. Zeigle
Sam Erlick
U. S. Post O
Woolworth

## BOLIGEE

Bouchelle

& Dyers
ess Shop
Life Insurance Co.
& Body Co.
ing Co.
e, Inc.
Co.
Station
mpany
erminal
Co.
Bldg. Employees
r Shop
Co.
pply Co.
Company
per Union
Telegraph Co.
ectric Co.
e College
Beauty Shop
ock Co.
nary Union
al Arts Group
Company
Company
n Co.
Administration
E. & Ins. Co.
Supply Co.
Company
Company
sociation
ic Co.
Material Co.
pany
Shop
ion
Funeral Co.
ng Company
ing Works
Inc.
Employees
Staff Doctors
Co.
npany
ompany
Inc.
fe Insurance Co.
ndry
her Co.
Accident Ins. Co.
Feed Store
mpany
g Co.
elephone Co.
ay
Mill Company
ture Co.
chnic Institute
Group
h School
griculture
of Education
r Employees
Life Insurance Co.
Co.
Realty Co.
dware Company
re Co.
ard Car Mfg. Co.
y Shop
ons
Employees
W.

## CAMDEN

A. C. Carlton & Co.
Alford Jones Motor Co.
Camden Farmers
Camden Motor Co.
Matthews Hardware Co.
McNeill's
Wilcox County Court House
Wilcox County Farmers
Wilcox County Teachers
Wilcox Progressive Era

## CARLOWVILLE

Carlowville School

## CHASE

Chase Nursery

## COLUMBIANA

Shelby County Bd. of Education

## CHILDERSBURG

M. J. Cliett Department Store

## CULLMAN

Doctor's Group
Eureka Hotel
Yost's 5-10 & 25c Store

## DECATUR

Alabama Motors
Ala. State Employment Service
Business & Prof. Women's Club
Decatur City Schools
Decatur Iron & Steel Co.
Dix Company, Inc.
Doctors Group
Garrison's Dry Cleaners
Morgan County Health Dept.
Morgan County Teachers
Tennessee Valley Bank
F. W. Woolworth
W. P. A. Office

## DEMOPOLIS

Board of Education
G. & G. Grocery Co.
King Grocery Co.
Marengo Theatre
Merchants Grocery Co.
Meyer Bros.
Sheffield Tractor & Implement Co.
W. P. A.

## ENSLEY

Goldstein & Cohen
Troy Laundry Co.

## EUFAULA

Bloom's Restaurant
Britt Infirmary Employees
City of Eufaula Employees
Cowikee Mills Office
Eufaula Brick Co.
Eufaula City Council
Eufaula Machine Shop
Gulf Refining Co.
Oppenheimer's Department Store
Salter Hospital Nurses
Standard Oil Co.
Trammell Farm Group
Williams Motor Co.
Wilson Grocery Co.

## EUTAW

Greene County Bd. of Education

## EVERGREEN

Rutland Hardware Company

## FAIRFIELD

Board of Education
Smithson Coal Co.
Wren Hardware Company

## FAYETTE

McNease & Robertson Hospital

## FAYETTEVILLE

Fayetteville Teachers

## FAUNSDALE

Faunsdale Farmers

## FLORENCE

A & P Tea Co.
Chapman Furniture Co.
City Board of Education
City of Florence
Florence Clinic
Lauderdale County Teachers
Medical Arts Building
Rogers Store
S. C. Toof Printing Co.
State Teachers' College
Tri-Cities Beauty Shop
W. P. A.

## FORT DEPOSIT

Golson Motor Co.

## GADSDEN

Alabama School of Trades
A & P Tea Co.
Brown-Service
City of Gadsden—Eng. Dept.
County Health Office
Disque Junior High School
Eleventh Street School
Emma Samson High School
Forrest General Hospital
Gadsden Department Store
Hagedorn Department Store
Hotel-Reich Drug Co.
J. C. Penney Co.
Moore & Glain
National Re-employment Bureau
Reich Hotel
Sears, Roebuck
Southern Bell Telephone Co.
Standard Oil Co.
Striplin School
T. V. A.
U. S. Post Office

## GALLION

Gallion Farmers

## GOODWATER

Coosa County Bd. of Education
Goodwater Lumber Co.
Southern Casket Co.

## GREENSBORO

Court House
Hale County Board of Education
Peoples Bank
Resettlement Administration
Southern Bell Tel. & Tel. Co.
Soil Conservation Service

## GUNTERSVILLE

Business & Prof. Women's Club

## HANCEVILLE

Caudell, J. H. Co.

## HAYNESVILLE

Lowndes County Court House

## HEFLIN

Heflin Court House

## HUNTSVILLE

Alabama State Nurses Association
A & P Tea Co.
Armour & Co.
Becker's Department Store
Board of Education
City of Huntsville
Coca-Cola Bottling Works
Department of Public Welfare
Fowler's Cleaners
Gray Furniture Co.
Huntsville Ice & Coal Co.
Huntsville Laundry
Huntsville Times
S. H. Kress Co.
Lawyers Group
Lyric Amusement Co.
Madison County Agents
Madison County Court House
Madison County Medical Group
Madison County Teachers
Pearsall, H. L. & Sons
J. C. Penney Co.
Ragland Bro. Wholesale Gro. Co.
Russel Erskine Hotel
D. C. Sherrill Co.
Southside Beauty & Barber Shop
Tidwell, S. W. Brokerage Co.
White Swan Laundry Co.

## HOLT

Central Foundry Co., The

## HOMEWOOD

City of Homewood
Homewood Dairy Products Co.

## JACKSONVILLE

Jacksonville State Teachers College

## JASPER

Alabama Water Service Company
Baker's Garage
Cash Grain Company
Central Elementary School
Chevrolet, A. C. S. Company
City of Jasper
Cleveland Lumber Company
Ellis Truck Line
First National Bank
Hill Grocery Company
Jasper Advertiser
J. M. Hayes & Co.
J. J. Castleberry
Lantrip Drug Company
Mattingly, E. R.
Nashua Manufacturing Co.
Professional Group
Sharer Sales Co.
Southern Hardware Company
Southern Food Stores
Standard Oil Company
Walker Co. Bd. of Education
Walker County High School
Walker County Library
Walker County Oil Company
Warrior Stores, Inc.
Weinstein's
W. P. A.

## KNOXVILLE-EUTAW

Post Office Group

## LAFAYETTE

LaFayette Court House

## LINDEN

Marengo County Court House
W. P. A.

## LINEVILLE

Hooten Lumber Co.
Twilley Lumber Co.

## MARION

Marion Bank & Trust Co.
Judson College

## MARION JUNCTION

Marion Junction Bank
Marion Junction Farmers
Marion Junction, Ind.

## MAPLESVILLE

Pickering-Davis Clinic

## MONTEVALLO

Alabama College

## MONTGOMERY

Alabama Gas Co.
Alabama Ice & Utilities Co.
Alabama Journal
Alabama Insp. & Rating Bur.
Alabama Machinery & Supply Co.
Alabama National Bank
Al Levy's
All States Life Insurance Co.
A & P Tea Co.
Atlantic Company
Baggett Warehouse
Ballard & Ballard
Baptist State Executive Board
Brame, Ward & Hancock
Brown-Service Funeral Co.
Buckeye Oil Co.
Capital Clothing Co.
City of Montgomery Employees
Claire's Beauty Shop
Coca-Cola Bottling Co.
Commercial Credit Co.
Cotton Furniture Co.
Cudahy Packing Co.
Dan Winn Tobacco Co.
Davis Motor Co.
Department of Public Welfare
Dixie Drive-It-Yourself
Doctor's Group
Electric Maid Bake Shop
Elite Cafe
Empire Laundry Company
Farm Security Administration
Fashion Shop, The
Federal Building
Fenner & Beane
Fidelity Investment Association
Fine Arts Furniture Co.
Firestone Service Stores
First National Bank
Forest Avenue School
Frank Tennile Furniture Co.
French Piano Co.
Gay Teague Hotel
Genuine Auto Parts Co.
Geo. A. Hormel & Co.
G. M. A. C.
G. & S. Cleaners
Goodman's Watch Service
Goodrich-Silvertown Stores
Greyhound Bus Terminal
Greystone Hotel
Grimes Motor Co.
Hope Hull Women's Club
Hamilton-Cloud Co.
Hammer-Hall, Kindergarten
Haverty Furniture Co.
Henley Appliance Co.
Hodgson Concrete Co.
Hudson-Thompson Grocery Co.
Hugh Adams Motor Co.
Huntingdon College
Ideal Laundry
Jefferson Davis Hotel
John Danziger
Johnson Tire & Supply Co.
Jones Brothers
Klein & Son
Kress, S. H. Company
Lawyers
Lee's Place
Loeb Hardware Co.
Earl G. Lutz—Architect
Mangel's
Marshall Lumber Co.
Mercantile Paper Company
Metropolitan Life Insurance Co.
Milady Cleaners
Montgomery Abstract & Title Co.
Montgomery Advertiser
Montgomery City Lines
Montgomery County Employees
Montgomery Fair
Montgomery Nurses
Motor Terminal Transp. Co.
My Shop
A. Nachman
Nachman & Meertief
New York Life Insurance Co.
Oak Park Kindergarten
J. C. Penney Co.
Preferred Life Assurance Society
Pepsi-Cola
Roquemore Gravel & Slag Co.
Rosemont Gardens
Ru Del Beauty Salon
Ruth & Sons
F. S. Royster Guano Company
St. Margaret's Hospital
Schloss & Kahn Grocery Co.
Sears & Roebuck Co.
Seeger & Harrison
Sellers Grocery Company
Selma Mfg. Co. of Montgomery
Sidney-Lanier School
Silver's (H. L. Green, Inc.)
Solomon Bros.
Southern Bell Tel. & Tel. Co.
Southern Life & Health Ins. Co.
Spearman Distributing Co.
State of Alabama Employees
Steiner-Lobman Dry Goods Co.
Surety System
Teachers Group
Teague Hardware Company
The Bootery
The Webber Co.
Travelers Insurance Company
Troy Laundry Company
Turner Bros.
U. S. Treasurer's Accounts
Union Bank & Trust Co.
Universal Credit Co.
Utility Trailer Works
Wall's
Walls Lumber Co.
Western Union
Wilcox, M. P. Produce Co.
Wilson Printing Co.
Winn, S. D. Cigar Co.
Wofford Oil Co.
Woolworth, F. W.
W. P. A. District Office
Young's Ice Cream Co.

## MT. HEBRON

Farm Group—Mt. Hebron

## MUNFORD

Southern Mills Corp.

## OHATCHEE

Ohatchee School

## ONEONTA

Oneonta Laundry
Oneonta Post Office

## OPELIKA

Brown-Service Funeral Co.
City Board of Education
City of Opelika
Doctor's Group
East Alabama Hospital, Nurses
James, Lee
Opelika Creamery
Saxon, C. D.
Southern Bell Tel. & Tel. Co.
Vaughan, W. H. & Son

## PELL CITY

Martin, Dr. R. A., Employees
Pell City Drug Company
Pell City Teachers Group
St. Clair Motor Co.

### PRATTVILLE

Moncrief, W. H.

### ROANOKE

A. B. & C. R.R. Depot
Bailey Shoe Store
Danielly Drug Co.
Farm Emp. of Dr. A. J. Gay
Handley, W. A. Manufacturing Co.
Head Marble & Granite Works
Knight Sanatorium
Professional Group
Quattlebaum Funeral Home
Roanoke City Schools
Schuessler & Company
Ussery, Dr. G. C.

### ROCKFORD

Board of Education

### ROCK MILL

Wehadkee Yarn Mill

### RUSSELLVILLE

Franklin County Court House
Russellville Hospital

### SELMA

Academy Theatre
L. C. Adler Furniture Co.
Agricultural Conservation Assn.
Alabama Gas Co.
Alabama Methodist Orphanage
American Candy Mfg. Co.
V. B. Atkins Grocery Co.
Barker Bakery
Barton's
Bendersky & Son
Bloch Brothers—Wholesale Hdw.
Breslin Service Funeral Home
Brown-Service Funeral Co.
Buckeye Cotton Oil Co.
Carr Motor Company
Cawthon-Coleman Who. Drug Co.
Central Alabama Dry Goods Co.
Central Alabama Hardware Co.
Chamber of Commerce
City Barber and Beauty Shop
City Clerk Group
City Ice Delivery Co.
City National Bank
Coca-Cola Bottling Co.
Cothran Grocery Co.
Court House
Dallas County Bd. of Education
Dallas County Board of Revenue
Dallas Compress Co.
Dallas County Farm Bureau
Dallas Furniture Company
Dental Association
Eagle, S. & Sons
Farmers' Truck & Tractor Co.
Faulk-Temple Lumber Co.
Gillis Radio Appliance Co.
Gibson Candy Company
Grade "A" Milk Co.
Gulf Refining Co. Filling Station
Hanna Manufacturing Co.
Hill Grocery Co.
Hollis-Vaughn Oil Co.
Industrial Life & Health
Julien Elinsburg
Kayser & Company
King Memorial Hospital
S. H. Kress Co.
Lamar Grocery Company
Lipman-Ball Company
M. Hohenberg & Co.
Mallory & Mallory
Mangel's Women's Apparel
Mary Jane Beauty Shop
Melson Grocery Co.
Meyer Shoe Co.
Miller & Co., Inc.
Ministers
New East End Market
Nurses Group
Osburn Grocery and Market
Pettillo & Russell
J. C. Penney Co.
People's Bank & Trust Co.
W. D. Pestlinite Grocery Co.
Piggly-Wiggly
Riley Motor Company
Rothschild Mercantile Co.
Selma Baptist Hospital
Selma City Schools
Selma Coffee Company
Selma Compress Co.
Selma Del. & Rest.
Selma Foundry & Machine Co.
Selma Hardware Company
Selma Independent Group
Selma Manufacturing Co.
Selma Marble & Granite Works
Selma National Bank
Selma Steam Laundry
Selma Times-Journal
Selma Tin Shop
Sherrer Coal & Transfer Co.
Sims Morgan Lumber Co.
Skinner Oil Co.
Sou. Cig. & Notion Co.
Southern Bell Telephone Co.
Southern Furniture Co.
Southern Railroad
Standard Oil Co.
Stewart, King & McKenzie
Swift & Co. Oil Mill
Swift Drug Co.
Tavern Cafe
Teppers Company
The Vogue
Tillman Drug Company
Tim's Cafe
Tissier Hardware Co.
U. S. Post Office
Vaughan Memorial Hospital
Ward, T. I.
Waterman Steamship Corp.
Western Railroad of Alabama
Western Union
White Way Cleaners
Wilson & Son
Williams Dime Taxi
F. W. Woolworth Co.
Y. M. C. A.

### SHEFFIELD

A & P Tea Co.
Burns Transportation Co.
Doctors
Israel Bros. Wholesale Grocery
Sheffield Hotel Dining Room
Sheffield Hotel Employees
Southern Cotton Oil Co.
Southern Railroad
Teachers' Group
Tennessee Valley Bank-Chain
Tri-Cities Ministerial Assn.
Tri-Cities Plbg. & Elec. Co.
Universal Electric Const. Co.

### SILURIA

Siluria Independent Group
Siluria Mercantile Co.
Siluria Teachers

### SPRINGVILLE

Simmons Motor Co.

### SYCAMORE

Avondale Mills Office
Teachers Group

### SYLACAUGA

Avondale Mills—Payroll Dept.
Batson Grocery Co.
Brown-Service Funeral Co.
Business & Prof. Women's Club
B. B. Comer Mem. School
City of Sylacauga Employees
Collins Motor Co.
Daniels Lumber Co.
Dark Pressing Shop
Duke Lumber Co.
Goldberg Bros.
S. P. Hagan & Son
Hogan Drug Co.
Jordan Insurance Agency
Metropolitan Life Insurance Co.
Mer. & Planter National Bank
O'Neal Farris Service Station
Palace Drug Company
Peace Lumber Company
Post Office
Ralph Lumber Co.
Rotary Club
Silvermoon Cafe
Southeastern Casket Factory
Southern Bell Telephone Co.
Southern Cotton Oil Co.
Sylacauga Barber Shop
Sylacauga Board of Education
Sylacauga Fertilizer Co.
Sylacauga Ice Cream Co.
Sylacauga Ice & Coal Co.
Sylacauga Infirmary
Sylacauga Motor Co.
Sylacauga Public Schools
F. W. Woolworth Co.
W. P. A. Project

### TALLADEGA

Alabama School for Deaf
Alabama Power Company
Bemis [illegible]thers Bag Company
Bruner Bowdon Company
Chesha Motor Co.
City Board of Education
City of Talladega
County Board of Education
County Employees Group
Economy Auto Stores
Giddens Supply Co.
Gillam Flour & Feed Store
Goldberg & Lewis Company
Gulf Refining Co.
Henderson Drug Company
Isbell National Bank
Kelley Tire Company
Michael Supply Co.
Nannie B. Golden Group
Newbury Manufacturing Co.
Presbyterian Orphanage
Ritz Theatre
Security Finance Company
Smith Dry Cleaning Company
Somerset Cotton Mills
Southern Bell Telephone Co.
Starr & Pounds Lumber Co.
Style Shop
Talladega County School
Talladega Foundry & Machinery Co.
Talladega County Court House
Talladega Hardware Company
Talladega Ice & Cold Storage
Talladega Supply Co.
U. S. Department of Agriculture
U. S. Forest Service
W. P. A.
F. W. Woolworth Co.

### THOMASVILLE

Kimbrough, J. W.

### TOWN CREEK

Lawrence County Bd. of Ed.

### TROY

City Board of Education
Rosenberg Bros.
State Teachers' College
Troy Grocery Co.

### TUSCALOOSA

Alabama Theatres, Inc.
Allen-Jemison Co.
Brown-Service Funeral Co.
City Board of Education
City National Bank
City of Tuscaloosa
Coca-Cola Bottling Company
County Board of Education
County of Tuscaloosa
Dentists
Doctors
Fair Electric Co.
First National Bank
Goldstein, Carl
Gulf States Paper Corp.
House Mothers U. of A.
Jones & Speigner
S. H. Kress
Lustig's Book Store
Mangel's
Mitchum, W. F.
McLester Hotel
N. Y. A.
J. C. Penney Co.
Perry Creamery Co.
Pizitz Merc. Co.
Price's Market
Resettlement Administration
Reynold's Beauty Shop
Sears & Roebuck Co.
Sokol Bros.
Sumter Farm & Stock Co.
University of Alabama
University Supply Store
U. S. Veterans' Hospital
Vogue, The
Ward Drug Co.
Wiesel Co.
W. P. A.
Woolworth's, F. W.

### TUSKEGEE

Southern Bell Telephone Co.
Edwards Motor Co.
County Welfare Group

### TUSCUMBIA

Brown-Service Funeral Co.
Chamber of Commerce
Colbert County Teachers
Court House
Dentists
Palace Drug Store
Reed's Dept. Store
Teachers' Group
Tri-Cities Nurses

### UNIONTOWN

California Cotton Mills
Canebrake Loan & Trust Co.
T. F. Huckabee Co.
J. H. White Mercantile Co.
Hatch Motor Company
Langhorne Drug Company
Singleton Williams Gro. Co.

### VERNON

Lamar County Employees

### WARRIOR

Bowers, L. A.
McCurry Furniture Co.
Riverside Coal Co.

### WETUMPKA

Service Dry Cleaning Co.
Wetumpka General Hospital
Wetumpka Printing Co.

### WEDOWEE

Green, J. L. B. Store
Wedowee Court House

### WOODWARD

Woodward Iron Co.—Office

*A supplemental list of groups added since the foregoing list was printed, November 15, 1938, will be found on next page*

# *Supplemental List*

### BIRMINGHAM

A & R Food Store
Abercrombie Roofing Co.
Ala. Auto Storage Co.
Alamite Co.
American Laundry Co.
Anderson Brass Works
Associated Manufacturers
Auto Lee Stores, Inc.
Birmingham Athletic Club
Birmingham Conservatory of Music
Birmingham Paint & Glass Co.
Birmingham Water Works Co.
Berman's Store No. 3
Brown-Marx Company
Byrd Real Estate Co.
Cities Sales Corpn.
Cook's Beer Company
Dailey's Inc.
Delta Air Lines
Dixie Office Co.
Dr. Seale Harris Clinic
Edgewood Beauty Shop
Federal Barge Lines
Fulmer Coal Co.
J. R. Godfrey Grocery Co.
Goodyear Tire & Rubber Co.
Graham Paper Co.
Hercules Powder Co.
Johnston Little Oil Co.
Kaufman's, Inc.
La Dame Cleaners
Manhattan Rubber Co.
McConnell, White & Terry
McCormack Motor Co.
Melba Cafeteria
Mountain Brook County Club
Ollie's Barbecue
St. Vincent's Student Nurses
St. Vincent's Hospital Employees
Silver's
Simmons Electric Co.
Singer Sewing Machine Co.
Southside Quality Market
Staley Loan Co.
The Starr Piano Co.
Tom Jones Laundry
V. W. Wood & Co.
White Dairy Co.
Wilson & Co.
Wimberly & Thomas Hardware Co.
Wright's Bakery
Y. M. H. A.

### ADGER

Parker's Store

### ANNISTON

Alabama Pipe Co.—Office Staff
Calhoun County Bd. of Ed.
Calhoun Co. Dept. of Pub. Welfare
Calhoun Creamery
Geo. Cater Furniture Co.
Commercial National Bank
H. L. Green Co.
Davis Rochell Motors, Inc.
Edwards Cigar Co.
Farmers' Supply Co.
E. E. Forbes & Sons Piano Co.
Jitney Jungle No. 2
King Metal Products Co.
S. H. Kress & Co.
Margaret Barber Seminary
Pope Dry Cleaning Co.
Rita Beauty Shop
W. P. A.

### AUBURN

Pineview Dairy

### BESSEMER

S. H. Kress Co.
Nashville Bridge Co.

### BLOCTON

Bibb County Teachers

### CLANTON

Chilton County Board of Ed.
Hayes Chevrolet Co.
Taylor Wholesale Gro. Co.

### CULLMAN

City of Cullman
Cullman City Schools
Sinclair Refining Co.

### DECATUR

Benevolent Society Hospital
City of Decatur Employees
Decatur Loan Companies

### DEMOPOLIS

Brown-Service

### ELBA

City of Elba Employees
Dorsey Brothers

### ENSLEY

Ensley Auto Service

### FAYETTE

Alabama Telephone Co.
Fayette Concrete Pipe Co.
M & M Chevrolet Co.
Richards Theatres
T. H. Robertson & Son

### FALKVILLE

Drinkard Burial & Ins. Co.

### FORT DEPOSIT

Norman Trading & Milling Co.
Price Lumber Co.

### GADSDEN

Forrest Gen. Hosp.—Stu. Nurses
Holy Name of Jesus Hospital
W. P. A. Group

### GREENVILLE

Butler County Board of Ed.
Smith Engineering & Constn. Co.
Speir Hospital

### HALEYVILLE

Willie Doss Store

### HUNTSVILLE

Brown-Service
Dallas Mfg. Co.
First Nat'l Bank of Huntsville
Huntsville Hospital
Southern Cotton Oil Co.
F. W. Woolworth's
W. P. A.

### HURTSBORO

Ellison's Gen. Merchandise Store

### JASPER

Walker County Hospital

### MILLPORT

Millport Motor Co.

### MOBILE

Armour & Co.
Commonwealth Life Ins. Co.
Cowart's Marinello Beauty Shop
C. J. Gayfer & Co.
Gulf Coast Tobacco Co.
Dept. of Public Welfare
Higgins Mortuary
Metzger Bros.
Mobile City & County Teachers
Rouge Box Beauty Shop
The Battle House
The Powers Co.
Works Progress Administration

### MONTGOMERY

Betty Joyce Shop
Cathey-Flack Hardwoods, Inc.
Cloverdale Grocery Co.
Harrison McClure Motor Co.
Interstate Oil Co.
Knox Grocery Co.
Lawrence Furniture Co.
Malone Freight Lines
McConnell Bros.
Montgomery Fair
Peoples Clothing Store
Rainer Packing Co.
Schaeffer Jewelry Co.
West Boylston Mfg. Co.—Executives
Whitley Hotel
Wood Preserving Co.

### ONEONTA

Blount County Board of Ed.

### OPELIKA

Coca-Cola Bottling Co.

### OXFORD

Horne Grocery Co.
Nu Grape Bottling Co.

### PELL CITY

St. Clair County Board of Ed.

### PRATTVILLE

Autauga County Board of Ed.

### RUSSELLVILLE

Franklin County Times
Franklin Theatre

### SELMA

Central City Laundry

### SHEFFIELD

Colbert County Hospital

### SYLACAUGA

The Leader
Vesta Miller Lumber Dealer

### TARRANT

Tarrant City B[illegible]ard of Education

### TROY

Baptist Orphanage
Beard Memorial Hospital
Brown-Service
Edge Clinic
Edge Hospital
P. O. Black Employees

### TUSCALOOSA

Druid City Hospital
Dr. Pepper Bottling Co.
88 U-Drive-It Co.
Pug's Place

### VERNON

Lamar County Bd. of Education

## What the Group Hospital Service Plan Provides

- 21 days of hospital care in each year, except in maternity cases 7 days only are allowed.
- Private Room and Board (3c a day cost, or
- Ward Bed (2c a day cost).
- Use of Operating Room (as often as necessary).
- Maternity Service arising 12 mos. after date of contract (including delivery room and care of new born babe).
- Routine Medicines.
- Routine Laboratory.
- Dressings.
- General Nursing care
- Supplies for Anesthesia.
- All customary hospital service.

ITEMS NOT INCLUDED:

1. Services rendered by medical profession.
2. Special nurses nor their board.
3. Special Laboratory examinations which involve the services of the medical profession, as pathologist and x-ray.
4. The administration of anesthesia.

## What It Costs

### Private Room Service

(Standard $8 per day Room)

| | Monthly | Annual |
|---|---|---|
| Individual | $ .90 | $10.00 |
| Husband and Wife | 1.80 | 20.00 |
| Husband, Wife and all children under 16 years old | 2.20 | 25.00 |

### Ward Service

| | | |
|---|---|---|
| Individual | $ .60 | $ 7.00 |
| Husband and Wife | 1.20 | 14.00 |
| Husband, Wife and all children under 16 years old | 1.50 | 17.50 |

**YOU** Should join H. S. C. of Ala.

Reasons Why

- Not operated for profit.
- No catch in the Contract.
- No Red Tape.
- No assessments.
- No enrollment fee.
- A practical family PLAN.

# HOSPITAL SERVICE CORPORATION OF ALABAMA

403 Chamber of Commerce Building
BIRMINGHAM, ALABAMA

Mobile Branch Office:
802 First National Bank Building

Montgomery Branch Office:
701 First National Bank Building

Officers

President ........ A. C. Jackson, M.D.
Vice-President ........ Sister Lydia
Secretary ........ D. S. Moore, M.D.
Treasurer ........ C. N. Carraway, M.D.

Ed S. Moore, Manager
Wm. N. Burchfiel, Director of Enrollment

Any Certificate Holder will be cordially welcomed to any of the following hospitals.

These are our affiliated hospitals:

Anniston ........ Garner Hospital
Athens ........ Powers Hospital
Bessemer ........ Bessemer General Hospital
Birmingham ........ Norwood Hospital
Birmingham ........ St. Vincents Hospital
Birmingham ........ South Highland Infirmary
Birmingham ........ Highland Ave. Baptist Hospital
Birmingham ........ West End Baptist Hospital
Birmingham ........ Hargis Clinic Hospital Annex
Birmingham ........ Children's Hospital
Clanton ........ Central Alabama Hospital
Decatur ........ Benevolent Society Hospital
Eufaula ........ Britt Infirmary
Eufaula ........ Salter Hospital
Fayette ........ McNease & Robertson Hospital
Florence ........ Eliza Coffee Memorial Hospital
Gadsden ........ Holy Name of Jesus Hospital
Gadsden ........ Forrest General Hospital
Greenville ........ Speir Hospital
Greenville ........ Stabler Infirmary
Huntsville ........ Huntsville Hospital
Jackson ........ South Alabama Hospital
Jasper ........ Walker County Hospital
LaFayette ........ Wheeler Hospital
Mobile ........ Mobile Infirmary
Mobile ........ Providence Hospital
Montgomery ........ Saint Margaret's Hospital
Montgomery ........ Fitts Hill Hospital
Montgomery ........ Hubbard Hospital
Opelika ........ Opelika Infirmary
Pell City ........ Pell City Infirmary
Roanoke ........ The Knight Sanatorium
Russellville ........ Russellville Hospital
Selma ........ King Memorial Hospital
Selma ........ Selma Baptist Hospital
Selma ........ Vaughan Memorial Hospital
Sheffield ........ Colbert County Hospital
Sylacauga ........ Sylacauga Infirmary
Talladega ........ Citizens Hospital
Troy ........ Beard Memorial Hospital
Troy ........ Edge Hospital
Tuscaloosa ........ Druid City Hospital
Wetumpka ........ Wetumpka General Hospital
York ........ Hill Hospital

The cities shown on map indicate the locations of our hospitals

## Names and Locations of Field Representatives

Anniston ........ Mr. Edgar M. Parkman
Auburn ........ Mrs. Nancy D. Bynum
Birmingham ........ Mrs. Grace de Graffenried
Birmingham ........ Mrs. Peggy H. Lokey
Birmingham ........ Mr. Terry Morris
Birmingham ........ Mr. J. Ward Nelson
Birmingham ........ Mrs. Sarah E. Perry
Birmingham ........ Mr. George Spencer
Calera ........ Mr. E. Starke McClanahan
Camden ........ Mrs. J. A. Cook
Cullman ........ Mr. Roy W. Williams
Decatur ........ Mr. Howard M. Belser
Demopolis ........ Mrs. Helen H. Wood
Eufaula ........ Mrs. J. M. Barr
Eutaw ........ Miss Elizabeth Archibald
Gadsden ........ Mrs. T. S. McDiarmid
Greensboro ........ Mrs. Alice Seed Stathart
Grove Hill ........ Mr. Blinn Sheffield
Hayneville ........ Mrs. Louise Sheehan
Jasper ........ Mr. G. W. Hall
Mobile ........ Miss Octavia Farley
Mobile ........ Mrs. Monte Payne
Montgomery ........ Mr. Roy H. Brazil
Montgomery ........ Mr. Sam C. Gholson
Montgomery ........ Mr. Morris Raines
Greenville ........ Mr. Frank C. Patterson
Oneonta ........ Mrs. E. J. Daily
Pell City ........ Mrs. E. P. Bradshaw
Prattville ........ Miss Jennie Quinn Gresham
Russellville ........ Miss Betty Collier
Selma ........ Mrs. L. J. Poole
Sylacauga ........ Mrs. Lloyd Shinn
Talladega ........ Mr. Joseph E. Bryant
Troy ........ Mr. Owen Lacy
Wadsworth ........ Mrs. Henry Arnold
Wedowee ........ Mr. Jeff Edmondson

Mr. Eustice Raines, Birmingham, Ala., Supervisor of North Alabama
Wm. N. Burchfiel, Birmingham, Ala., Director of Enrollment

DR. A. C. JACKSON, PRESIDENT
SISTER LYDIA, VICE-PRESIDENT
DR. D. S. MOORE, SECRETARY
DR. C. N. CARRAWAY, TREASURER
ED S. MOORE, MANAGER

EXECUTIVE COMMITTEE
DR. A. C. JACKSON
SISTER LYDIA
DR. D. S. MOORE
DR. C. N. CARRAWAY
C. L. SIBLEY
DR. F. L. CHENAULT
J. A. DUCKWORTH
DR. Y. B. HUBBARD
DR. F. H. CRADDOCK

HOSPITAL SERVICE CORP. OF ALABAMA
2119 FIRST AVENUE, NORTH BIRMINGHAM, ALABAMA

February 27, 1942.

TO OUR AFFILIATED HOSPITALS:

Re: Amendment to-
Alabama Inter-Hospital Service Contract.

At the annual meeting of the Board of Trustees, it was ordered that certain amendments to the Alabama Inter-Hospital Service Contract be submitted to the affiliated hospitals for their consent to said amendments:

On the 13th day of February 1942, these amendments were submitted to you by mail and your consent was requested. A majority of the affiliated hospitals, through their legal representatives, have given their consent and these amendments will be come operative as provided in Atical IX of the By-laws which read as follows:

"This contract may be amended or modified in any respect by the affirmative vote of a majority of the representatives of the participating hospitals present in person or by proxy at any meeting of the Board of Trusteessof the Corporation, or may be amended by the duly executed written consent of a majority of such representatives, provided the notice of such meeting or such written consent, as the case may be, contain an exact copy of the proposed amendment or modification, said amendment or modification to become effective on the last day of the calendar month following the month in which such amendatory action is taken."

Therefore, after March 31, 1942, the per diem to you for hospitalization of our members will be $4.50 under Ward Service contracts and $6.50 under private room contracts. No change will be made in pregnancy cases and the per diem in pregnancy cases will continue at $5.00 under Ward contracts and $7.00 under Private room contracts.

Very truly yours,

BSM:ks

Manager

DR. A. C. JACKSON, PRESIDENT
SISTER LYDIA, VICE-PRESIDENT
DR. D. S. MOORE, SECRETARY
DR. C. N. CARRAWAY, TREASURER

ED S. MOORE, MANAGER

EXECUTIVE COMMITTEE
DR. A. C. JACKSON DR. F. L. CHENAULT
SISTER LYDIA J. A. DUCKWORTH
DR. D. S. MOORE DR. T. B. HUBBARD
DR. C. N. CARRAWAY DR. F. H. CRADDOCK
C. L. SIBLEY

HOSPITAL SERVICE  CORP. OF ALABAMA

2119 FIRST AVENUE, NORTH BIRMINGHAM, ALABAMA

Re: Certificate #

Gentlemen:

The above named patient, who was admitted to your hospital is a member of this Association in good standing and entitled to days of care under the terms of our Hospital Service Plan, except in Pregnancy cases, and all cases incident to pregnancy, only 7 days per year are allowed. We enclose a folder in which you will find listed the hospital services that would be available to this patient in any one of our participating hospitals as a benefit of membership in this Plan. Please note also the types of hospital and professional services that are not provided as benefits of membership. This Association will assume responsibility for the actual expense incurred by this patient in your hospital for any services rendered that would be qualified as benefits of membership if the patient were in a participating hospital of this Plan, but in no event may the total liability of this Association exceed the established rate of payment to member hospitals, currently:

$10.00 for a one day's stay
$16.00 for a two days' stay
Three days and up $6.50 per day. (Private room)
Three days and up $4.50 per day. (Ward contracts)
$7.00 per day for 7 days in Pregnancy cases, or cases incident to pregnancy in any one year, or in any one pregnancy. (Private room)
$5.00 per day for 7 days in Pregnancy cases, or cases incident to pregnancy in any one year, or in any one pregnancy. (Ward contracts)
In Caesarean sections the above rates of $7.00 and $5.00 will be the per diem rates for 14 days.

In computing the liability of this Association, the day of admission and day of discharge are counted together as one day.

On discharge of this patient please submit an itemized hospital service statement, using our form. If the patient occupies Ward or Private room accommodation please bill at your regular rate. We do not have a semi-Private room contract. Payment will be made by this Association directly to the hospital unless the hospital bill is paid by our member.

Yours very truly,
HOSPITAL SERVICE CORPORATION OF ALABAMA

Manager.

ESM:ks
Encl.

DR. A. C. JACKSON, PRESIDENT
SISTER LYDIA, VICE-PRESIDENT
DR. D. S. MOORE, SECRETARY
DR. C. N. CARRAWAY, TREASURER

ED S. MOORE, MANAGER

EXECUTIVE COMMITTEE
DR. A. C. JACKSON, SISTER LYDIA, DR. D. S. MOORE, DR. C. N. CARRAWAY, C. L. SIBLEY, DR. F. L. CHENAULT, J. A. DUCKWORTH, DR. T. B. HUBBARD, DR. F. H. CRADDOCK

HOSPITAL SERVICE

CORP. OF ALABAMA

CHAMBER OF COMMERCE BLDG. BIRMINGHAM, ALABAMA

Re: Certificate #

Gentlemen:

The above named patient, who was admitted to your hospital is a member of this Association in good standing and entitled to days of care under the terms of our Hospital Service Plan, except in Pregnancy cases, and all cases incident to pregnancy, only 7 days per year are allowed. We enclose a folder in which you will find listed the hospital services that would be available to this patient in any one of our participating hospitals as a benefit of membership in this Plan. Please note also the types of hospital and professional services that are not provided as benefits of membership. This Association will assume responsibility for the actual expense incurred by this patient in your hospital for any services rendered that would be qualified as benefits of membership if the patient were in a participating hospital of this Plan, but in no event may the total liability of this Association exceed the established rate of payment to member hospitals, currently:

$10.00 for a one day's stay
$16.00 for a two days' stay
From 3 to 21 days $6.50 per day. (Private room)
From 3 to 21 days $4.50 per day. (Ward contracts)
$7.00 per day for 7 days in Pregnancy cases, or cases incident to pregnancy in any one year (Private rm)
$5.00 per day for 7 days in Pregnancy cases, or cases incident to pregnancy in any one year. (Ward service). In Caesarean sections the above rates of $7.00 and $5.00 will be the per diem rates for 14 days.

In computing the liability of this Association, the day of admission and day of discharge are counted together as one day.

On discharge of this patient please submit an itemized hospital service statement, using our form. If the patient occupies Ward or Private room accommodation please bill at your regular rate. We do not have a semi-Private room contract. Payment will be made by this Association directly to the hospital unless otherwise advised by you.

Yours very truly,
HOSPITAL SERVICE CORPORATION OF ALA.

Manager.

ESM:ks
Encl.

DR. A. C. JACKSON, PRESIDENT
SISTER LYDIA, VICE-PRESIDENT
DR. D. S. MOORE, SECRETARY
DR. C. N. CARRAWAY, TREASURER
ED S. MOORE, MANAGER

EXECUTIVE COMMITTEE
DR. A. C. JACKSON
SISTER LYDIA
DR. D. S. MOORE
DR. C. N. CARRAWAY
C. L. SIBLEY
DR. F. L. CHENAULT
J. A. DUCKWORTH
DR. T. B. HUBBARD
DR. F. H. CRADDOCK

HOSPITAL SERVICE  CORP. OF ALABAMA

2119 FIRST AVENUE, NORTH BIRMINGHAM, ALABAMA

Began using these 11-11-42 ESM

TO OUR MEMBERS
ENTERING U.S. MILITARY SERVICE:

We hope you married men will continue your certificates in force for the protection of your wives and children, and upon discharge from the Military Service promptly revive your coverage.

1. Upon request we will cancel you off the certificate when you join the Military Forces of the Government, and you will be privileged to file a new application not later than 60 days after discharge from the Armed Forces. The application will be handled as originally and, if approved, a new certificate will be issued to you.

2. We will continue the certificate in force with full benefits to the dependents, that is wife and children, of the subscriber or member upon payment of regular dues for the dependents while the subscriber is in the Armed Forces.

3. In case the subscriber or member is a single man we will agree to cancel your membership upon request during your stay in the Military Service and you will be privileged to file a new application not later than 60 days after discharge from the Armed Forces. The application will be handled as originally and, if approved, a new certificate will be issued to you.

We are glad to extend this courtesy and benefit to you.

With every good wish, we are

Yours very truly,

Ed S. Moore

Manager.

ESM:ks

DR. A. C. JACKSON, PRESIDENT
SISTER LYDIA, VICE-PRESIDENT
DR. D. S. MOORE, SECRETARY
DR. C. N. CARRAWAY, TREASURER

ED S. MOORE, MANAGER

EXECUTIVE COMMITTEE
DR. A. C. JACKSON DR. F. L. CHENAULT
SISTER LYDIA J. A. DUCKWORTH
DR. D. S. MOORE DR. T. B. HUBBARD
DR. C. N. CARRAWAY DR. F. H. CRADDOCK
C. L. SIBLEY

HOSPITAL SERVICE  CORP. OF ALABAMA

2119 FIRST AVENUE, NORTH BIRMINGHAM, ALABAMA

TO OUR MEMBERS
ENTERING U.S. MILITARY SERVICE:

We hope you married men will continue your certificates in force for the protection of your wives and children, and upon discharge from the Military Service promptly revive your coverage and we want our single men who are members to revive their membership promptly upon discharge from Military Service.

1. We will cancel the certificate of any subscriber or member who enters the U.S. Military service, and re-write his certificate under the conditions set out in this letter.

2. We will continue to extend the certificate in force with full benefits to the dependents of the subscriber or member upon payment of regular dues for the dependents. (By dependents we mean wives and children).

3. When the married subscriber is discharged from the Government Service he will be required to file a new application for Hospital Service within 60 days after discharge, or the certificate in its entirety will be cancelled.

4. In case the subscriber or member is a single man we will agree to cancel his membership during his stay in the Military Service but it will be rewritten upon his return to civil life provided new application is made within 60 days, from discharge from the Military Service.

We are glad to extend this courtesy and benefit to you.

With every good wish, we are

Yours very truly,

Ed S. Moore

Manager.

ESM:ks

DR. A. C. JACKSON, PRESIDENT
SISTER MARY ALICE, VICE-PRESIDENT
C. L. SIBLEY, SECRETARY
DR. C. N. CARRAWAY, TREASURER

ED S. MOORE, MANAGER
ED H. MOORE, ASSOCIATE MANAGER

EXECUTIVE COMMITTEE
DR. A. C. JACKSON, SISTER MARY ALICE, C. L. SIBLEY, K. WHITE-SPUNNER, DR. J. T. ANDERSON, R. C. BARNES, DR. J. G. DAVES, DR. CARL A. GROTE, DR. B. W. MCNEASE, DR. J. O. MORGAN, DR. C. N. CARRAWAY

# HOSPITAL SERVICE CORP. OF ALABAMA

2119 FIRST AVENUE, NORTH BIRMINGHAM 3, ALABAMA

February, 1948

Dear Subscriber:

Your Blue Cross Plan, Hospital Service Corporation of Alabama, is a non-profit community sponsored organization, extending benefits to nearly 225,000 Alabamians.

Your contract guarantees you certain services to be furnished by our member hospitals - 78 of them in Alabama - and these services are provided regardless of cost. The operating expense of our hospitals, however, has increased during the past several years in the same ratio as has your own living expense, and your Corporation has absorbed several increases in hospital rates at no additional cost to you.

Hospital Service Corporation was organized in 1936 - over 11 years ago, - and the fees fixed at that time have not been changed in all of these years. We have stretched your membership dollar every way possible, but it still won't cover present day cost of hospitalization. Because of the continued higher cost of hospital care, it now becomes necessary to increase subscribers' fees, and you will find the new rates set out in the enclosed foler.

Benefits under our contract have been increased many times during the past 11 years, and the most recent increase was on March 1, 1947, when we began to provide 30 days of hospitalization, instead of 21 days each benefit year.

This letter is to advise you that your present contract will be terminated in accordance with provisions contained therein, on the next monthly payment date of said contract in March, 1948, and you will find enclosed a new contract effective on that same date, which will replace the old contract. You will retain your same contract number and same period for service benefits. No change is being made in the Medical-Surgical Rider, and if this Rider is now attached to your present Hospital Service Contract, will you kindly transfer it to the new contract. Unless you notify your paymaster to the contrary within 15 days from the receipt of this letter, we will assume that you wish to continue your contract at the increased rate, and you will be billed accordingly.

Very truly yours.

Ed S Moore

Manager.

IMPORTANT - TO ALL WOMEN SUBSCRIBERS WHOSE HUSBANDS DO NOT HAVE OUR SERVICE - Note carefully the condition appearing in Paragraph 3 of Section 11 of your new contract enclosed, which provides that maternity benefits will not be available to you beyond twelve months from the effective date of this new contract, unless your husband has also been enrolled as a member for a period of at least 12 months. If your husband is not now a member, kindly return the enclosed card, and we will send you the full particulars for his enrollment.

ESM

# Blue Shield
## SURGICAL Benefits

### A PARTIAL LIST

Because it would obviously be impossible for us to list all the surgical operations covered, this schedule shows only the most frequent and common operations.

The payments shown are not intended to fix the value of doctors' services or relate to such value.

Maximum payment for all surgical care is limited to $300 in any one benefit year for each person covered under the contract. If two or more operations are performed during the course of the same operative procedure, benefits shall be paid only for that operation to which the largest amount is allocated in the Schedule of Benefits.

| | Maximum Payment |
|---|---|
| **ABDOMEN AND PELVIS** | |
| Appendectomy | $100.00 |
| Any operation involving incision completely thru the abdominal wall unless otherwise specified | 100.00 |
| **BRAIN** | |
| Any operation on the brain or spinal cord for the removal of a tumor | 150.00 |
| Encephalogram | 35.00 |
| Ventriculogram | 50.00 |
| **BREAST** | |
| Incision and drainage breast abscess (non-puerperal) | 15.00 |
| Biopsy of tumor | 10.00 |
| Removal of malignant tumor | 100.00 |
| Radical amputation, single | 150.00 |
| **CHEST WALL AND LUNGS** | |
| Resection of rib for chest drainage | 50.00 |
| **EYE, EAR, NOSE AND THROAT** | |
| Mastoidectomy, radical | 100.00 |
| Tonsillectomy or tonsillectomy and adenoidectomy | 25.00 |
| Antrum puncture | 3.00 |
| Antral window | 25.00 |
| Bronchoscopy | 25.00 |
| Removal of cataract | 75.00 |
| Removal of eyeball | 50.00 |
| **GENITO-URINARY** | |
| Removal of kidney | 150.00 |
| Other operations on the kidney or ureter | 100.00 |
| Cystoscopy — examination only | 15.00 |
| Ureteral dilatation (cystoscopic) | 15.00 |
| Cystotomy | 50.00 |
| Removal of Prostate— | |
| Abdominal incision | 125.00 |
| Perineal incision | 150.00 |
| Trans-urethral resection | 75.00 |
| Hernia repair, single | 75.00 |
| Hernia repair, bilateral | 100.00 |
| **GYNECOLOGICAL** | |
| Panhysterectomy | 150.00 |
| Hysterectomy (sub-total), Salpingectomy, Oophorectomy, Ovarian cyst, uterine suspension (ligatotomy) | 100.00 |
| Dilatation and curettage of uterus (non-puerperal) | 25.00 |
| **MATERNITY** | |
| Vaginal delivery of baby or babies, including immediate repair operations | 30.00 |

| | Maximum Payment |
|---|---|
| **MATERNITY (Continued)** | |
| Caesarean Section | $125.00 |
| Cervical vaginal repair | 50.00 |
| **NECK** | |
| Thyroidectomy (complete procedure) | 150.00 |
| **PARENCENTESIS (tapping)** | |
| Abdominal and chest | 10.00 |
| Middle ear or antrum | 3.00 |
| **RECTUM** | |
| Hemorrhoidectomy | 25.00 |
| Fistulectomy | 25.00 |
| Carcinoma of Rectum, excision by combined operation | 200.00 |
| **SKELETON** | |
| Amputation— | |
| Thigh | 100.00 |
| Upper arm | 50.00 |
| Leg below knee, arm below elbow | 50.00 |
| Fingers, toes, each | 10.00 |
| Fractures (simple): | |
| Upper arm, thigh | 60.00 |
| Lower arm or leg | 35.00 |
| Hand or foot | 15.00 |
| Fingers or toes, single or multiple | 10.00 |
| Kneecap | 50.00 |
| Pelvis | 60.00 |
| Skull (non-operative) | 15.00 |
| Nose | 10.00 |
| Ribs (single or multiple) | 10.00 |

For compound fractures add 50 per cent to figure applicable to simple fracture. For reduction of fractures which require open operation add 100 per cent to figure applicable to simple fracture.

| | Maximum Payment |
|---|---|
| Dislocation— | |
| Shoulder | 25.00 |
| Elbow | 25.00 |
| Wrist | 25.00 |
| Hip | 35.00 |
| Lower jaw | 15.00 |
| Collarbone | 15.00 |
| **TUMORS, CYSTS, ABSCESSES** | |
| Removal of | |
| Intra-abdominal tumor or cyst | 100.00 |
| Small, superficial tumor or cyst | 15.00 |
| Incision and drainage, superficial abscesses | 3.00 |
| **VARICOSE VEINS** | |
| Saphenous vein, ligation with injection of involved tributary branches: | |
| Unilateral | 40.00 |
| Bilateral | 60.00 |

## BLUE CROSS MEMBER HOSPITALS
### OF ALABAMA

[illegible]

Home Office

**Blue Cross-Blue Shield of Alabama**

2119 First Ave., No. Birmingham 3, Ala.

MOBILE OFFICE:
412 First National Bank Bldg.
Mobile, Ala.

MONTGOMERY OFFICE
701 First National Bank Bldg.
Montgomery, Ala.

# BLUE CROSS
Hospitalization

# BLUE SHIELD
Medical & Surgical

*For you and your family*

**BLUE CROSS-BLUE SHIELD OF ALABAMA**

2119 First Avenue North
Birmingham, Alabama

# Blue Cross – Blue Shield HOSPITAL, MEDICAL and SURGICAL Benefits

## Hospitalization

BLUE CROSS HOSPITAL SERVICE PROVIDES, while a bed patient in a participating hospital, seventy (70) days hospitalization for each hospital admission during any benefit year for each ailment. This service is available to you and to each of your enrolled dependents. Also the following additional benefits:

1. Room accommodation—
   Minimum priced private room or ward.
2. General nursing care.
3. Meals
4. Use of operating room or delivery room.
5. Routine Medicines listed below, viz:
   Drugs (i.e. narcotics, aspirin, atropine, laxatives, pituitrin, strychnine, digitalis, caffeine, sulpha drugs not administered intravenously—these only.)
6. Laboratory Service:
   (i.e. white blood count, red blood count, differential count, hemoglobin, examination of urine for albumen, sugar, pus, red and white blood cells, bile and specific gravity, slide for malaria, stool and sputum, coagulation time and taking of blood for Wasserman—these only.)
7. Non-medicated gauze dressings. (Not to include mechanical splints or supports of any kind.)
8. Blood transfusions when administered by an employee of the hospital. (Not to include cost of blood or blood plasma.)

### MATERNITY BENEFITS

The family certificate — for members enrolled on a group basis — provides benefits for maternity cases only after the certificate has been in force for a continuous period of 10 months.

Seven days hospital service are allowed for any one pregnancy and for any condition arising out of and during such pregnancy. In case of Caesarean section or ectopic pregnancy a maximum of 14 days will be allowed.

### TONSILS AND ADENOIDS

Benefits for the removal of tonsils or adenoids will be provided if you have been enrolled for a continuous period of 10 months immediately preceding your hospital admission.

### PRE-EXISTING CONDITIONS

The Plan provides coverage for pre-existing conditions after you have been a member for 10 continuous months immediately preceding your hospital admission.

### AGE LIMITS

Any person who will have attained the age of 65 years, at the time coverage would normally be effective, is ineligible as a new applicant. For those already enrolled there is no age limit. Children may be covered when 90 days old.

(Hospitalization – *continued*)

### ALLOWANCE FOR OUT-PATIENT SERVICE

An allowance of $7.50 for emergency hospital service is made in case of accidental injury furnished within 24 hours from the time said injury occurred, or emergency hospital service in connection with the performance of a surgical procedure in which the hospital's operating room facilities are used.

### OUT OF STATE BENEFITS

Alabama's Blue Cross members receive out of state protection in other Blue Cross hospitals through the Inter-Plan Service Benefit Bank by presentation of their Identification Cards. Service through this medium allows you to receive Service Benefits of the Blue Cross Plan of which the out of state hospital is a member hospital.

In non-participating hospitals outside of the State of Alabama, Blue Cross members receive a credit of $6.00 per day for board and private room accommodations, and $4.00 per day for board and ward accommodations. In addition, an allowance of $2.50 per day for 10 days is made as a credit toward the other items of hospital services specified above. In non-participating hospitals within the State of Alabama such allowance shall be made only in cases of accidental injury.

### EXCLUSIONS

1. Services of private nurses, their board, and any ambulance service.
2. Hospital admissions for diagnostic purposes, physical examinations or rest cure.
3. Hospital service covered in whole or in part by Workmen's Compensation, or employers' liability laws, State or Federal, Common Law or Statutory.
4. Hospital Service in cases of admission to Veteran's, Marine, or other Federal Hospitals.
5. Hospital Service for pulmonary tuberculosis, quarantinable diseases, venereal diseases, psychoneurotic conditions, mental or nervous disorders (regardless of cause), alcoholism, drug addiction, extraction of teeth or other dental process, or cosmetic plastic surgery.

No medical benefits, surgical benefits or special allowances are available unless a Medical and Surgical Benefit Rider is issued as an endorsement to the Hospital Service Certificate.

## Medical & Surgical

### MEDICAL BENEFITS

While a bed patient in a participating or non-participating hospital the Blue Shield Plan will pay your physician for calls made to you at the hospital beginning on the fourth day after your admission at the rate of $3.00 per visit not to exceed one (1) such visit per day for twenty-eight (28) such visits immediately following the third day of hospital admission. After the expiration of this twenty-eight (28) day period, you are entitled to three (3) such visits by your doctor per week and to not more than a total of forty-eight (48) calls in any benefit year.

### SURGICAL BENEFITS

Blue Shield Surgical Benefits provide payment of surgeon's fees from $5.00 to $200.00 for surgical procedures performed either in a hospital or in a doctor's office or clinic. For example: Appendectomy $100.00, Hysterectomy $150.00, Amputation of Malignant Tumor $100.00, Removal of Cataract $75.00, Brain Tumor removal $150.00, Tonsillectomy $25.00, Hemorrhoidectomy $35.00, Normal Delivery $50.00, and Caesarean Section $125.00. Maximum payment for all surgical care is limited to $900.00 in any one benefit year for each person covered under the contract. If two or more operations listed in the Schedule of Benefits are performed during the course of the same operative procedure, benefits shall be paid only for that operation to which the largest amount is allocated in the Schedule of Benefits.

### SPECIAL ALLOWANCES

Special allowances are available for each hospital admission on a co-insurance basis for allergy tests, diagnostic x-ray service, special laboratory service, electrocardiograms, general anesthesia, physiotherapy, and radioactive treatment.

### SCHEDULE OF MONTHLY RATES FOR HOSPITAL AND MEDICAL-SURGICAL

| | Ward | Private Room |
|---|---|---|
| **Individual** | 1.70 | 2.20 |
| **Family, (including husband, wife and children between the ages of 90 days and 18 years)** | 4.50 | 5.50 |

**Unmarried children of the subscriber over 18 years of age may be enrolled under a separate contract at the rate of individuals.**

### HOW TO ENROLL

Most subscribers join Blue Cross-Blue Shield through groups at their places of employment. A group can be formed where there are as few as five employees. The age limit for new subscribers is 65, but once you become a member you can retain the coverage for the rest of your life.

For the benefit of the self-employed, unemployed, or those employed where there are less than five employees, and therefore unable to join with a group, non-group membership is offered. For Non-group rates and benefits call or write the ENROLLMENT DEPARTMENT OF BLUE CROSS-BLUE SHIELD OF ALABAMA.

# Blue Shield
## SURGICAL Benefits

A PARTIAL LIST

Because it would obviously be impossible for us to list all the surgical operations covered, this schedule shows only the most frequent and common operations.

The payments shown are not intended to fix the value of doctors' services or relate to such value.

Maximum payment for all surgical care is limited to $300 in any one benefit year for each person covered under the contract. If two or more operations are performed during the course of the same operative procedure, benefits shall be paid only for that operation to which the largest amount is allocated in the Schedule of Benefits.

| | Maximum Payment |
|---|---|
| **ABDOMEN AND PELVIS** | |
| Appendectomy | $100.00 |
| Any operation involving incision completely thru the abdominal wall unless otherwise specified | 100.00 |
| **BRAIN** | |
| Any operation on the brain or spinal cord for the removal of a tumor | 150.00 |
| Encephalogram | 25.00 |
| Ventriculogram | 50.00 |
| **BREAST** | |
| Incision and drainage breast abscess (post-puerperal) | 15.00 |
| Biopsy of tumor | 50.00 |
| Removal of malignant tumor | 100.00 |
| Radical amputation, single | 150.00 |
| **CHEST WALL AND LUNGS** | |
| Resection of rib for chest drainage | 50.00 |
| **EYE, EAR, NOSE AND THROAT** | |
| Mastoidectomy, radical | 100.00 |
| Tonsillectomy or tonsillectomy and adenoidectomy | 25.00 |
| Antrum puncture | 5.00 |
| Antral window | 25.00 |
| Bronchoscopy | 25.00 |
| Removal of cataract | 75.00 |
| Removal of eyeball | 50.00 |
| **GENITO-URINARY** | |
| Removal of kidney | 150.00 |
| Other operations on the kidney or ureter | 100.00 |
| Cystoscopy — examination only | 15.00 |
| Ureteral dilatation (cystoscopic) | 15.00 |
| Cystotomy | 50.00 |
| Removal of Prostate— | |
| Abdominal incision | 150.00 |
| Perineal incision | 150.00 |
| Trans-urethral resection | 75.00 |
| Hernia repair, single | 75.00 |
| Hernia repair, bilateral | 100.00 |
| **GYNECOLOGICAL** | |
| Panhysterectomy | 150.00 |
| Hysterectomy (sub-total), Salpingectomy, Oophorectomy, Ovarian cyst, uterine suspension (laparotomy) | 100.00 |
| Dilatation and curettage of uterus (nonpuerperal) | 25.00 |
| **MATERNITY** | |
| Vaginal delivery of baby or babies, including immediate repair operations | 50.00 |
| **MATERNITY (Continued)** | |
| Caesarean Section | $100.00 |
| Cervical vaginal repair | 50.00 |
| **NECK** | |
| Thyroidectomy (complete procedure) | 150.00 |
| **PARENCENTESIS (tapping)** | |
| Abdominal and chest | 10.00 |
| Middle ear or antrum | 5.00 |
| **RECTUM** | |
| Hemorrhoidectomy | 25.00 |
| Fistulectomy | 25.00 |
| Carcinoma of Rectum, excision by combined operation | 200.00 |
| **SKELETON** | |
| Amputations— | |
| Thigh | 100.00 |
| Upper arm | 50.00 |
| Leg below knee, arm below elbow | 50.00 |
| Fingers, toes, each | 10.00 |
| Fractures (simple) | |
| Upper arm, thigh | 50.00 |
| Lower arm or leg | 25.00 |
| Hand or foot | 15.00 |
| Fingers or toes, single or multiple | 10.00 |
| Kneecap | 50.00 |
| Pelvis | 60.00 |
| Skull (non-operative) | 75.00 |
| Nose | 10.00 |
| Ribs (single or multiple) | 10.00 |

For compound fractures add 50 per cent to figure applicable to simple fracture. For reduction of fractures which require open operation add 100 per cent to figure applicable to simple fracture.

| | Maximum Payment |
|---|---|
| Dislocations— | |
| Shoulder | 25.00 |
| Elbow | 25.00 |
| Wrist | 25.00 |
| Hip | 50.00 |
| Lower jaw | 15.00 |
| Collarbone | 15.00 |
| **TUMORS, CYSTS, ABSCESSES** | |
| Removal of | |
| Intra-abdominal tumor or cyst | 100.00 |
| Small, superficial tumor or cyst | 15.00 |
| Incision and drainage, superficial abscesses | 5.00 |
| **VARICOSE VEINS** | |
| Saphenous vein, ligation with injection of involved tributary branches: | |
| Unilateral | 40.00 |
| Bilateral | 60.00 |

# BLUE CROSS MEMBER HOSPITALS
## OF ALABAMA
FEBRUARY 1, 1953

**ALBERTVILLE**
Albertville Clinic
Sand Mountain

**ANDALUSIA**
Covington Memorial
Hillcrest Infirmary

**ANNISTON**
Anniston Memorial

**ASHLAND**
Clay County

**ATHENS**
Limestone County

**ATMORE**
Atmore General

**AUBURN**
John Hodges Drake

**BAY MINETTE**
Mattie Rhodes

**BESSEMER**
Bessemer General
Doctors

**BIRMINGHAM**
Baptist Hospitals
Carraway Methodist
Children's
East End Memorial
Hargis Clinic
Holy Family (Ensley)
Jefferson
Lloyd Noland (Fairfield)
McLester
St. Vincent's
South Highlands

**BREWTON**
Escambia

**CLANTON**
Central Alabama

**CULLMAN**
Cullman

**DECATUR**
Decatur General
Ellis-Moyer

**DEMOPOLIS**
Community

**DOTHAN**
Flowers
Frasier-Ellis
Moody

**EAST TALLASSEE**
Community

**ENTERPRISE**
Gibson

**EUFAULA**
Salter

**FAIRHOPE**
Jordan Clinic

**FAYETTE**
McNease and Robertson

**FLORENCE**
Coffee Memorial

**FT. PAYNE**
DeKalb County

**GADSDEN**
Baptist Memorial
Holy Name of Jesus

**GREENVILLE**
Speir
Stabler

**GROVE HILL**
South Alabama

**GUIN**
Guin Hospital

**GUNTERSVILLE**
City

**HALEYVILLE**
Blake-Manasco
Wilson

**HAMILTON**
Lister Hill

**HARTSELLE**
Hartselle

**HUNTSVILLE**
Huntsville
Whitaker

**JASPER**
Peoples
Walker County

**LAFAYETTE**
Wheeler

**LANGDALE**
George H. Lanier

**LEEDS**
Davis Clinic
Leeds

**LUVERNE**
Marvin Kendrick

**MARION**
Perry County

**MOBILE**
Allen Memorial Home
Blessed Martin de Porres
City
Mobile Infirmary
Providence

**MONROEVILLE**
Monroeville

**MONTGOMERY**
Fitts Hill
Hubbard
Jackson
Medical Clinic
Professional Center
St. Margaret's
St. Jude's

**MOULTON**
Irwin-Dyar

**ONEONTA**
Gordon-Patton

**OPELIKA**
Lee County

**OPP**
Mizell Memorial

**OZARK**
Dale County

**PELL CITY**
Pell City Infirmary

**PRATTVILLE**
Prattville General

**REPTON**
Carter

**ROANOKE**
Knight Sanatorium
Randolph County

**RUSSELLVILLE**
Franklin County
Wilson Infirmary

**SCOTTSBORO**
Hodges

**SELMA**
Good Samaritan
King Memorial
Selma Baptist
Vaughan Memorial

**SHEFFIELD**
Colbert County

**SYLACAUGA**
Sylacauga

**TALLADEGA**
Citizens

**TROY**
Beard Memorial
Edge

**TUSCALOOSA**
Druid City

**TUSKEGEE**
John A. Andrews Memorial
Macon County

**UNION SPRINGS**
Bullock

**VERNON**
Lamar County

**WETUMPKA**
Wetumpka General

**WINFIELD**
Winfield

**YORK**
Sumter County

TOTAL: 104 Hospitals

Home Office

**Blue Cross-Blue Shield of Alabama**

2119 First Ave., No. Birmingham 3, Ala.

MOBILE OFFICE:
413 First National Bank Bldg.
Mobile, Ala.

MONTGOMERY OFFICE
701 First National Bank Bldg.
Montgomery, Ala.

IDENTIFICATION CARD
NON-TRANSFERABLE
THIS CERTIFIES THAT THE SUBSCRIBER:
Doe, John
BLUE CROSS-BLUE SHIELD OF ALABAMA
BIRMINGHAM, ALABAMA
EXECUTIVE DIRECTOR

## YOUR PASSPORT TO WORRY-FREE RECOVERY

J. M. ALLERITTEN
Office 53-2431
Home 2-8485

Blue Cross
Blue Shield

### - a complete plan of

## HEALTH SERVICES

**A Non-Profit Community Health Service**

# Blue Cross

## Hospitalization

BLUE CROSS HOSPITAL SERVICE PROVIDES, while a bed patient in a participating hospital, seventy (70) days hospitalization for each hospital admission during any benefit year for each ailment. This service is available to you and to each of your enrolled dependents. Also the following additional benefits:

1. Room accommodations—
   Minimum priced private room or ward.
2. General nursing care.
3. Meals
4. Use of operating room or delivery room.
5. Routine Medicines listed below, viz:
   Drugs (i.e. narcotics, aspirin, atropine, laxatives, pituitrin, strychnine, digitalis, caffeine, sulpha drugs not administered intravenously—these only.)
6. Laboratory Service:
   (i.e. white blood count, red blood count, differential count, hemoglobin, examination of urine for albumen, sugar, pus, red and white blood cells, bile and specific gravity, slide for malaria, stool and sputum, coagulation time and taking of blood for Wasserman —these only.)
7. Non-medicated gauze dressings. (Not to include mechanical splints or supports of any kind.)
8. Blood transfusions when administered by an employee of the hospital. (Not to include cost of blood or blood plasma.)

### MATERNITY BENEFITS

The family certificate — for members enrolled on a group basis — provides benefits for maternity cases only after the certificate has been in force for a continuous period of 10 months.

Seven days hospital service are allowed for any one pregnancy and for any condition arising out of and during such pregnancy. In case of Caesarean section or ectopic pregnancy a maximum of 14 days will be allowed.

### TONSILS AND ADENOIDS

Benefits for the removal of tonsils or adenoids will be provided if you have been enrolled for a continuous period of 10 months immediately preceding your hospital admission.

### PRE-EXISTING CONDITIONS

The Plan provides coverage for pre-existing conditions after you have been a member for 10 continuous months immediately preceding your hospital admission.

### AGE LIMITS

Any person who will have attained the age of 65 years, at the time coverage would normally be effective, is ineligible as a new applicant. For those already enrolled there is no age limit. Children may be covered when '0 days old.

# Blue Shield

## Medical & Surgical

### MEDICAL BENEFITS

While a bed patient in a participating or non-participating hospital the Blue Shield Plan will pay your physician for calls made to you at the hospital beginning on the fourth day after your admission at the rate of $3.00 per visit not to exceed one (1) such visit per day for twenty-eight (28) such visits immediately following the third day of hospital admission. After the expiration of this twenty-eight (28) day period, you are entitled to three (3) such visits by your doctor per week and to not more than a total of forty-eight (48) calls in any benefit year.

### SURGICAL BENEFITS

Blue Shield Surgical Benefits provide payment of surgeon's fees from $5.00 to $200.00 for surgical procedures performed either in a hospital or in a doctor's office or clinic. For example: Appendectomy $100.00, Hysterectomy $150.00, Amputation of Malignant Tumor $100.00, Removal of Cataract $75.00, Brain Tumor removal $150.00, Tonsillectomy $25.00. Hemorrhoidectomy $35.00, Normal Delivery $50.00, and Caesarean Section $125.00. Maximum payment for all surgical care is limited to $300.00 in any one benefit year for each person covered under the contract. If two or more operations listed in the Schedule of Benefits are performed during the course of the same operative procedure, benefits shall be paid only for that operation to which the largest amount is allocated in the Schedule of Benefits.

### ALLOWANCE FOR OUT-PATIENT SERVICE

An allowance of $7.50 for emergency hospital service is made in case of accidental injury furnished within 24 hours from the time said injury occurred, or emergency hospital service in connection with the performance of a surgical procedure in which the hospital's operating room facilities are used.

### OUT OF STATE BENEFITS

Alabama's Blue Cross members receive out of state protection in other Blue Cross hospitals through the Inter-Plan Service Benefit Bank by presentation of their Identification Cards. Service through this medium allows you to receive Service Benefits of the Blue Cross Plan of which the out of state hospital is a member hospital.

In non-participating hospitals outside of the State of Alabama, Blue Cross members receive a credit of $6.00 per day for board and private room accommodations, and $4.00 per day for board and ward accommodations. In addition, an allowance of $2.50 per day for 10 days is made as a credit toward the other items of hospital services specified above. In non-participating hospitals within the State of Alabama such allowance shall be made only in cases of accidental injury.

# HOSPITAL, MEDICAL and SURGICAL Benefits

### SPECIAL ALLOWANCES

Special allowances are available for each hospital admission on a co-insurance basis for allergy tests, diagnostic x-ray service, special laboratory service, electrocardiograms, general anesthesia, physiotherapy, and radioactive treatment.

### EXCLUSIONS

1. Services of private nurses, their board, and any ambulance service.
2. Hospital admissions for diagnostic purposes, physical examinations or rest cure.
3. Hospital service covered in whole or in part by Workmen's Compensation, or employers' liability laws, State or Federal, Common Law or Statutory.
4. Hospital Service in cases of admission to Veteran's, Marine, or other Federal Hospitals.
5. Hospital Service for pulmonary tuberculosis, quarantinable diseases, venereal diseases, psychoneurotic conditions, mental or nervous disorders (regardless of cause), alcoholism, drug addiction, extraction of teeth or other dental process, or cosmetic plastic surgery.

No medical benefits, surgical benefits or special allowances are available unless a Medical and Surgical Benefit Rider is issued as an endorsement to the Hospital Service Certificate.

### SCHEDULE OF MONTHLY RATES FOR HOSPITAL AND MEDICAL-SURGICAL

| | Ward | Private Room |
|---|---|---|
| Individual | 1.70 | 2.20 |
| Family, (including husband, wife and children between the ages of 60 days and 18 years) | 4.50 | 5.50 |

Unmarried children of the subscriber over 18 years of age may be enrolled under a separate contract at the rate of individuals.

### HOW TO ENROLL

Most subscribers join Blue Cross-Blue Shield through groups at their places of employment. A group can be formed where there are as few as five employees. The age limit for new subscribers is 65, but once you become a member you can retain the coverage for the rest of your life.

For the benefit of the self-employed, unemployed, or those employed where there are less than five employees, and therefore unable to join with a group, non-group membership is offered. For Non-group rates and benefits call or write the ENROLLMENT DEPARTMENT OF BLUE CROSS-BLUE SHIELD OF ALABAMA.

# FEE SCHEDULE

## THE BLUE SHIELD PLAN

EFFECTIVE NOVEMBER 1, 1954

•

## U. S. STEEL

BLUE CROSS—BLUE SHIELD
OF ALABAMA

*EXECUTIVE OFFICES*

2119 FIRST AVENUE, NORTH
BIRMINGHAM • ALA.

## FEE SCHEDULE

### General Provisions

PAYMENT FOR RELATED SURGICAL OPERATIONS: When a series of related surgical operations are performed at the same time, or during the same period of hospitalization, in the same operative area, the amount paid will be the fee for the major procedure with no allowance for minor or incidental procedures.

PAYMENT FOR UNRELATED SURGICAL OPERATIONS: When two or more unrelated surgical operations are performed by the same surgeon during the same period of hospitalization, the procedure carrying the highest amount will be paid in full, plus 50% of the amount for the next highest procedure, with no allowance for additional procedures. The total amount allowed will not exceed $200.00 during any one period of hospitalization.

MAXIMUM PAYMENT FOR OUT OF HOSPITAL SURGERY: When a series of recurrent or related surgical procedures are performed in the home, office or out-patient department of a hospital for the treatment of the same disease or injury, the total amount allowed will not exceed $200.00.

APPENDIX: When the pathology of the appendix is the prime necessity for the operation, the fee for an appendectomy will be allowed. When the appendix is removed at the same time other necessary surgery is performed, there is no additional allowance.

## SURGICAL AND OBSTETRICAL SERVICES

This section of the Fee Schedule classifies procedures by systems of the body in accordance with the listing adopted by all Blue Shield Plans. The code numbers at the left of each listed procedure conform to the code system adopted by Blue Shield Medical Care Plans, Inc., national association, under advice of tabulating machine experts, for ready correlation of utilization data of the 77 Plans.

The nomenclature used in this Fee Schedule conforms to the revised Standard Nomenclature of Operations of the American Medical Association. This terminology is explicit, scientific and conforms to the most exacting medical usage. Please use this nomenclature on your Doctor's Service Reports.

### INTEGUMENTARY SYSTEM

#### Skin and Subcutaneous Areolar Tissue

*Incision*

| | | |
|---|---|---|
| 0102 | Drainage of furuncle requiring hospitalization | $10.00 |
| 0107 | Drainage of furuncle not requiring hospitalization | 5.00 |
| 0103 | Drainage of small subcutaneous cyst requiring hospitalization | 10.00 |
| 0129 | Drainage of small subcutaneous cyst not requiring hospitalization | 5.00 |
| 0108 | Drainage of carbuncle requiring hospitalization | 50.00 |
| 0109 | Drainage of carbuncle not requiring hospitalization | 25.00 |
| 0114 | Drainage of large subcutaneous abscess (*where not specified elsewhere*) requiring hospitalization | 40.00 |
| 0119 | Drainage of large subcutaneous abscess (*where not specified elsewhere*) not requiring hospitalization | 20.00 |
| 0130 | Incision and removal of foreign body under general anesthesia | 50.00 |
| 0139 | Removal of foreign body under local anesthesia (*splinter, etc.*) Maximum | $10.00 |

*Excision*

| | | |
|---|---|---|
| 0171 | Biopsy of skin or subcutaneous tissue | 5.00 |
| 0178 | Local excision of small benign neoplastic, cicatricial, inflammatory or congenital lesion ..... Maximum | 25.00 |
| | Local excision of subcutaneous cyst with removal of sac— | |
| 0180 | Simple | 10.00 |
| 0189 | Complicated | 20.00 |
| 0190 | Wide excision of lesion, without graft or plastic closure | 25.00 |
| | Excision of lesions of unusual size or number | |
| 0200 | Requiring hospitalization | 100.00 |
| 0209 | Not requiring hospitalization | 25.00 |
| 0215 | Lipectomy ..... Maximum | 50.00 |
| 0230 | Excision of nail, nail bed or nail fold | 10.00 |
| 0238 | Excision of pilonidal cyst or sinus | 50.00 |
| 0239 | Debridement of abdominal wall (*sinus tract, foreign bodies*) | 50.00 |

*Introduction*

| | | |
|---|---|---|
| 0251 | Implantation of pellets (*single or multiple*) | 5.00 |

*Repair*

| | | |
|---|---|---|
| 0288 | Skin grafts (*pinch, split, skin, or full thickness*) ..... Minimum | 50.00 |
| | Burns: | |
| 0340 | Requiring hospitalization paid on basis of medical fee plus any surgical procedure necessary with a maximum payment | 200.00 |
| 0347 | First degree, not requiring hospitalization | 5.00 |
| 0348 | Second degree, not requiring hospitalization | 10.00 |
| 0350 | Third degree, not requiring hospitalization | 25.00 |
| 0349 | Debridement ..... Maximum | 50.00 |
| 0339 | Traumatic cases requiring hospitalization paid on the basis of medical fee plus any surgical procedure necessary ..... Maximum | 200.00 |

*Suture*

Primary, secondary or delayed suture of wounds. List number, location, length and depth—

| | | |
|---|---|---|
| 0381 | Small | 10.00 |
| 0397 | Medium | 25.00 |
| 0398 | Large | 75.00 |

#### Breast

*Incision*

| | | |
|---|---|---|
| 0431 | Mastotomy with exploration, drainage of abscess or foreign body removal | 25.00 |

*Excision*

| | | |
|---|---|---|
| 0441 | Biopsy of breast | 25.00 |
| 0445 | Excision of cyst, fibroadenoma or other benign tumor, aberrant breast tissue (*including any other partial mastectomy*) | 50.00 |
| 0457 | Complete (*simple*) mastectomy | 100.00 |
| | Radical mastectomy, including breast, pectoral muscles and axillary lymph nodes— | |
| 0470 | Unilateral | 150.00 |
| 0472 | Bilateral | 200.00 |

## MUSCULOSKELETAL SYSTEM

### Bones

*Incision*

0501 Aspiration biopsy of bone marrow, sternum, spinous processes, iliac crest, ribs............$25.00
Vertebral body............................... 35.00

0508 Incision of periosteum and drilling or windowing of cortex for osteomyelitis or bone abscess.... 50.00

0513 Sequestrectomy for osteomyelitis or bone abscess
Skull, scapula, clavicle, carpal, metacarpal, tarsal, metatarsal, rib..................... 50.00
Phalanx................................... 25.00
Vertebra, head or neck of femur, pelvis........150.00
Humerus, head or neck; scapular glenoid......100.00
Femur, tibia, fibula, humerus, radius, ulna..... 75.00

0516 Removal of metal band, plate, screw or nail (*independent procedure*)...................... 50.00

0517 Osteotomy: cutting, division or transection of bone, with or without internal fixation.......100.00

*Excision*

0551 Biopsy of bone (*independent procedure*)
Clavicle, vertebral spinous process, sternum, iliac crest, rib, metacarpal, metatarsal, phalanx, skull, scapula, spine, acromion...... 50.00
Humerus (*proximal fourth*), scapula, 1st rib, 2-5 ribs (*proximal half*), pelvis, femur (*proximal half*), vertebra..........................100.00
Humerus, radius, ulna, femur, tibia, carpal, tarsal.................................... 75.00

0554 Astragalectomy..............................100.00

0557 Carpectomy.................................100.00

0560 Coccygectomy............................... 50.00

0561 Patellectomy or hemipatellectomy..............100.00

0566 Excision of bone cyst, chondroma, osteochondroma
Scapula, pelvis, femur (*proximal third*), humerus (*proximal third*)...........................175.00
Long bones.................................150.00
Tarsals, carpals............................100.00

0573 Excision of exostosis or calcaneal spur, metacarpals, metatarsals, phalanges............. 35.00

0576 Partial ostectomy; partial excision of bone; craterization, guttering or saucerization of bone; diaphysectomy...........................125.00

*Repair*

0611 Osteoplasty: shortening of bone.................150.00

0617 Bone graft; osteoperiosteal graft; periosteal graft .125.00
For non-union of long bones (*excluding fibula*)...200.00
For spine fusion............................200.00

0648 Patellapexy.................................150.00

*Introduction*

0659 Ephiphyseal-diaphyseal fusion; epiphyseal arrest; epiphysiodesis.......................150.00

*Destruction*

0661 Fracture or refracture of bone: osteoclasis, with or without fixation........................ 50.00

### Fractures

*Manipulation*

0681 Skull, non-operative..........................$50.00
0682 Compound................................100.00
0683 Depressed with operation....................150.00

#### Facial Bones

0686 Nasal, simple, closed reduction................. 25.00
0687 Compound................................ 50.00
0688 Simple, open reduction...................... 50.00

0691 Malar, simple, non-depressed.................. 50.00
0692 Compound................................100.00
0693 Simple or compound, depressed, open reduction. 100.00

0696 Maxilla, simple, no displacement, closed reduction.................................... 50.00
0698 Compound................................100.00
0700 Simple, open reduction......................100.00

0703 Mandible, simple, closed reduction.............. 50.00
0709 Compound................................100.00
0705 Simple, open reduction........................100.00

#### Spine and Trunk

0720 Vertebral body, without open reduction.........100.00
0729 Compound................................200.00
0723 Simple, open reduction......................200.00

0731 Sacrum, simple, closed reduction............... 50.00
0732 Compound................................100.00
0733 Simple, with open reduction.................100.00

0736 Coccyx, Compound.......................... 20.00
0737 Simple, with operation...................... 20.00

0740 Clavicle, simple, closed reduction............... 35.00
0741 Compound................................ 70.00
0742 Simple or compound, open reduction.......... 70.00

0747 Scapula, simple, closed reduction............... 35.00
0748 Compound................................ 70.00
0750 Simple or compound, open reduction.......... 70.00

0756 Sternum, simple, non-depressed, closed reduction.. 15.00
0757 Compound or open reduction................ 30.00
0758 Simple or compound, depressed, open reduction.....................................150.00

0761 Ribs, simple, strapping........................ 15.00
0763 Compound................................ 30.00
0759 Simple or compound, open reduction.......... 50.00

#### Pelvis (*ilium, ischium, pubis*)

0767 One bone, simple, closed reduction.............. 75.00
0768 More than one bone, simple, closed reduction....100.00
0770 One bone, compound..........................150.00
0769 More than one, compound.....................200.00
0771 One bone, simple, open reduction...............150.00
0779 More than one, open reduction..................200.00

#### Upper Extremity

0778 Humerus, simple............................ 75.00
0781 Compound................................150.00
0782 Simple, open reduction......................150.00
0791 Elbow (*distal end of humerus, proximal end of radius, proximal end of ulna*)................100.00

BCBSAL_0001078100

| Code | Procedure | Fee |
|---|---|---|
| 0793 | Compound | $200.00 |
| 0794 | Simple, open reduction | 200.00 |
| 0798 | Radius, simple, closed reduction | 50.00 |
| 0800 | Compound | 100.00 |
| 0801 | Simple, open reduction | 100.00 |
| 0807 | Distal end, Colles' (*including ulnar styloid*), simple, closed reduction | 50.00 |
| 0808 | Distal end, Colles' (*including ulnar styloid*) compound | 100.00 |
| 0810 | Distal end, Colles' (*including ulnar styloid*), simple, open reduction | 100.00 |
| 0813 | Ulna, simple, closed reduction | 50.00 |
| 0815 | Compound | 100.00 |
| 0816 | Simple, open reduction | 100.00 |
| 0820 | Radius and Ulna, simple, closed reduction | 100.00 |
| 0822 | Compound | 150.00 |
| 0823 | Simple, open reduction | 150.00 |
| 0827 | Carpal, one, simple, closed reduction | 75.00 |
| 0828 | One, compound | 100.00 |
| 0830 | One, simple, open reduction | 100.00 |
| 0831 | Each additional, simple, closed reduction | 10.00 |
| 0832 | Each additional, compound | 15.00 |
| 0833 | Each additional, simple, open reduction | 15.00 |
| 0842 | Metacarpal, one, simple, closed reduction | 25.00 |
| 0843 | One, compound | 50.00 |
| 0844 | One, simple, open reduction | 50.00 |
| 0845 | Each additional, simple, closed reduction | 10.00 |
| 0846 | Each additional, compound | 15.00 |
| 0847 | Each additional, simple, open reduction | 15.00 |
| 0852 | Phalanx, one finger or thumb, simple, closed reduction | 25.00 |
| 0853 | One finger or thumb, compound | 50.00 |
| 0854 | One finger or thumb, simple or compound, open reduction | 50.00 |
| 0857 | Each additional finger or thumb, simple, closed reduction | 10.00 |
| 0858 | Each additional finger or thumb, compound, closed reduction | 20.00 |
| 0860 | Each additional finger or thumb, simple, open reduction | 20.00 |

### Lower Extremity

Femur

| Code | Procedure | Fee |
|---|---|---|
| 0865 | Neck, simple, closed reduction | 100.00 |
| 0866 | Neck, compound | 200.00 |
| 0867 | Neck, simple or compound, open reduction | 200.00 |
| 0881 | Shaft, simple, closed reduction | 125.00 |
| 0882 | Shaft, compound | 200.00 |
| 0883 | Shaft, simple or compound, open reduction | 200.00 |
| 0895 | Patella, simple, closed reduction | 50.00 |
| 0896 | Compound | 100.00 |
| 0897 | Simple or compound, open reduction | 100.00 |
| 0901 | Tibia, simple, closed reduction | 75.00 |
| 0903 | Compound | 100.00 |
| 0904 | Simple or compound, open reduction | 100.00 |
| 0914 | Fibula, simple, closed reduction | 50.00 |
| 0915 | Compound | 75.00 |
| 0916 | Simple, open reduction | 75.00 |
| 0926 | Tibia and Fibula, simple, closed reduction | 75.00 |
| 0927 | Compound | 150.00 |
| 0928 | Simple or compound, open reduction | 150.00 |
| 0933 | Ankle, bimalleolar, (*including Potts*), simple, closed reduction | 75.00 |

| Code | Procedure | Fee |
|---|---|---|
| 0934 | Compound | $150.00 |
| 0935 | Simple or compound, open reduction | 150.00 |
| 0944 | Tarsal (*except astragalus and os calcis*), one, simple, closed reduction | 50.00 |
| 0945 | One, compound | 70.00 |
| 0946 | One, simple, open reduction | 70.00 |
| 0950 | Each additional, simple, closed reduction | 10.00 |
| 0951 | Each additional, compound | 20.00 |
| 0952 | Each additional, simple, open reduction | 20.00 |
| 0955 | Astragalus, simple, closed reduction | 50.00 |
| 0956 | Compound | 100.00 |
| 0957 | Simple or compound, open reduction | 100.00 |
| 0961 | Os Calcis, simple, closed reduction | 100.00 |
| 0962 | Compound | 200.00 |
| 0963 | Simple, open reduction | 200.00 |
| 0967 | Metatarsal, one, simple, closed reduction | 50.00 |
| 0968 | Compound | 70.00 |
| 0970 | Simple, open reduction | 70.00 |
| 0973 | Each additional, simple, closed reduction | 10.00 |
| 0974 | Each additional, compound | 20.00 |
| 0975 | Each additional, simple, open reduction | 20.00 |
| | Phalanx or phalanges | |
| 0980 | One toe, simple, closed reduction | 25.00 |
| 0981 | One toe, compound | 50.00 |
| 0982 | One toe, simple or compound, open reduction | 50.00 |
| 0985 | Each additional toe, simple, closed reduction | 10.00 |
| 0986 | Each additional toe, compound | 20.00 |
| 0987 | Each additional toe, simple or compound, open reduction | 20.00 |

### Joints

*Incision*

Arthrotomy with exploration, drainage, or removal of loose or foreign body (*independent procedure*)

| Code | Procedure | Fee |
|---|---|---|
| 1009 | Temporomandibular | 50.00 |
| 1001 | Shoulder | 150.00 |
| 1002 | Elbow | 150.00 |
| 1007 | Hip | 175.00 |
| 1008 | Knee | 150.00 |
| | Capsulotomy: cutting or division of joint capsule, (*independent procedure*) | |
| 1014 | Shoulder | 125.00 |
| 1033 | Other joints of upper extremity | 75.00 |
| 1023 | Hip | 150.00 |
| 1032 | Other joints of lower extremity | 75.00 |
| 1046 | Arthrocentesis: puncture for aspiration of joint, initial | 10.00 |
| 1037 | Arthrocentesis: subsequent (*maximum of 3*) | 10.00 |

*Excision*

| Code | Procedure | Fee |
|---|---|---|
| 1075 | Excision of intervertebral disk with or without spinal fushion, complete procedure | 200.00 |
| 1099 | Synovectomy | 150.00 |

*Repair*

Arthroplasty; plastic or reconstruction operation on joint, any type

| Code | Procedure | Fee |
|---|---|---|
| 1141 | Shoulder | 200.00 |
| 1142 | Elbow | 200.00 |
| 1149 | Temporomandibular | 100.00 |
| 1148 | Other joints of upper extremity | 100.00 |
| 1150 | Hip | 200.00 |
| 1151 | Knee | 150.00 |

# MUSCULOSKELETAL SYSTEM

## Bones

*Incision*

0501 Aspiration biopsy of bone marrow, sternum, spinous processes, iliac crest, ribs............$25.00
Vertebral body.............................. 35.00

0508 Incision of periosteum and drilling or windowing of cortex for osteomyelitis or bone abscess.... 50.00

0513 Sequestrectomy for osteomyelitis or bone abscess
Skull, scapula, clavicle, carpal, metacarpal, tarsal, metatarsal, rib..................... 50.00
Phalanx.................................. 25.00
Vertebra, head or neck of femur, pelvis........150.00
Humerus, head or neck; scapular glenoid.......100.00
Femur, tibia, fibula, humerus, radius, ulna..... 75.00

0516 Removal of metal band, plate, screw or nail (*independent procedure*)...................... 50.00

0517 Osteotomy: cutting, division or transection of bone, with or without internal fixation.......100.00

*Excision*

0551 Biopsy of bone (*independent procedure*)
Clavicle, vertebral spinous process, sternum, iliac crest, rib, metacarpal, metatarsal, phalanx, skull, scapula, spine, acromion...... 50.00
Humerus (*proximal fourth*), scapula, 1st rib, 2–5 ribs (*proximal half*), pelvis, femur (*proximal half*), vertebra..........................100.00
Humerus, radius, ulna, femur, tibia, carpal, tarsal.................................. 75.00

0554 Astragalectomy............................100.00

0557 Carpectomy................................100.00

0560 Coccygectomy.............................. 50.00

0561 Patellectomy or hemipatellectomy.............100.00

0566 Excision of bone cyst, chondroma, osteochondroma
Scapula, pelvis, femur (*proximal third*), humerus (*proximal third*).........................175.00
Long bones................................150.00
Tarsals, carpals............................100.00

0573 Excision of exostosis or calcaneal spur, metacarpals, metatarsals, phalanges............. 35.00

0576 Partial ostectomy; partial excision of bone; craterization, guttering or saucerization of bone; diaphysectomy...........................125.00

*Repair*

0611 Osteoplasty: shortening of bone.................150.00

0617 Bone graft; osteoperiosteal graft; periosteal graft.125.00
For non-union of long bones (*excluding fibula*)...200.00
For spine fusion...........................200.00

0648 Patellapexy.................................150.00

*Introduction*

0659 Ephiphyseal-diaphyseal fusion; epiphyseal arrest; epiphysiodesis.......................150.00

*Destruction*

0661 Fracture or refracture of bone: osteoclasis, with or without fixation....................... 50.00

## Fractures

*Manipulation*

0681 Skull, non-operative.........................$50.00
0682 Compound................................100.00
0683 Depressed with operation....................150.00

### Facial Bones

0686 Nasal, simple, closed reduction................. 25.00
0687 Compound................................ 50.00
0688 Simple, open reduction...................... 50.00

0691 Malar, simple, non-depressed.................. 50.00
0692 Compound................................100.00
0693 Simple or compound, depressed, open reduction. 100.00

0696 Maxilla, simple, no displacement, closed reduction.................................... 50.00
0698 Compound................................100.00
0700 Simple, open reduction......................100.00

0703 Mandible, simple, closed reduction.............. 50.00
0709 Compound................................100.00
0705 Simple, open reduction........................100.00

### Spine and Trunk

0720 Vertebral body, without open reduction.........100.00
0729 Compound................................200.00
0723 Simple, open reduction......................200.00

0731 Sacrum, simple, closed reduction............... 50.00
0732 Compound................................100.00
0733 Simple, with open reduction.................100.00

0736 Coccyx, Compound.......................... 20.00
0737 Simple, with operation...................... 20.00

0740 Clavicle, simple, closed reduction............... 35.00
0741 Compound................................ 70.00
0742 Simple or compound, open reduction.......... 70.00

0747 Scapula, simple, closed reduction............... 35.00
0748 Compound................................ 70.00
0750 Simple or compound, open reduction.......... 70.00

0756 Sternum, simple, non-depressed, closed reduction.. 15.00
0757 Compound or open reduction................. 30.00
0758 Simple or compound, depressed, open reduction....................................150.00

0761 Ribs, simple, strapping........................ 15.00
0763 Compound................................ 30.00
0759 Simple or compound, open reduction.......... 50.00

### Pelvis (*Ilium, Ischium, pubis*)

0767 One bone, simple, closed reduction.............. 75.00

0768 More than one bone, simple, closed reduction....100.00

0770 One bone, compound..........................150.00

0769 More than one, compound.....................200.00

0771 One bone, simple, open reduction...............150.00

0779 More than one, open reduction.................200.00

### Upper Extremity

0778 Humerus, simple............................ 75.00

0781 Compound................................150.00

0782 Simple, open reduction......................150.00

0791 Elbow (*distal end of humerus, proximal end of radius, proximal end of ulna*)................100.00

0793 Compound ....... $200.00
0794 Simple, open reduction ....... 200.00
0798 Radius, simple, closed reduction ....... 50.00
0800 Compound ....... 100.00
0801 Simple, open reduction ....... 100.00
0807 Distal end, Colles' (*including ulnar styloid*), simple, closed reduction ....... 50.00
0808 Distal end, Colles' (*including ulnar styloid*) compound ....... 100.00
0810 Distal end, Colles' (*including ulnar styloid*), simple, open reduction ....... 100.00
0813 Ulna, simple, closed reduction ....... 50.00
0815 Compound ....... 100.00
0816 Simple, open reduction ....... 100.00
0820 Radius and Ulna, simple, closed reduction ....... 100.00
0822 Compound ....... 150.00
0823 Simple, open reduction ....... 150.00
0827 Carpal, one, simple, closed reduction ....... 75.00
0828 One, compound ....... 100.00
0830 One, simple, open reduction ....... 100.00
0831 Each additional, simple, closed reduction ....... 10.00
0832 Each additional, compound ....... 15.00
0833 Each additional, simple, open reduction ....... 15.00
0842 Metacarpal, one, simple, closed reduction ....... 25.00
0843 One, compound ....... 50.00
0844 One, simple, open reduction ....... 50.00
0845 Each additional, simple, closed reduction ....... 10.00
0846 Each additional, compound ....... 15.00
0847 Each additional, simple, open reduction ....... 15.00
0852 Phalanx, one finger or thumb, simple, closed reduction ....... 25.00
0853 One finger or thumb, compound ....... 50.00
0854 One finger or thumb, simple or compound, open reduction ....... 50.00
0857 Each additional finger or thumb, simple, closed reduction ....... 10.00
0858 Each additional finger or thumb, compound, closed reduction ....... 20.00
0860 Each additional finger or thumb, simple, open reduction ....... 20.00

**Lower Extremity**

Femur

0865 Neck, simple, closed reduction ....... 100.00
0866 Neck, compound ....... 200.00
0867 Neck, simple or compound, open reduction ....... 200.00
0881 Shaft, simple, closed reduction ....... 125.00
0882 Shaft, compound ....... 200.00
0883 Shaft, simple or compound, open reduction ....... 200.00

0895 Patella, simple, closed reduction ....... 50.00
0896 Compound ....... 100.00
0897 Simple or compound, open reduction ....... 100.00
0901 Tibia, simple, closed reduction ....... 75.00
0903 Compound ....... 100.00
0904 Simple or compound, open reduction ....... 100.00
0914 Fibula, simple, closed reduction ....... 50.00
0915 Compound ....... 75.00
0916 Simple, open reduction ....... 75.00
0926 Tibia and Fibula, simple, closed reduction ....... 75.00
0927 Compound ....... 150.00
0928 Simple or compound, open reduction ....... 150.00
0933 Ankle, bimalleolar, (*including Potts*), simple, closed reduction ....... 75.00

0934 Compound ....... $150.00
0935 Simple or compound, open reduction ....... 150.00
0944 Tarsal (*except astragalus and os calcis*), one, simple, closed reduction ....... 50.00
0945 One, compound ....... 70.00
0946 One, simple, open reduction ....... 70.00
0950 Each additional, simple, closed reduction ....... 10.00
0951 Each additional, compound ....... 20.00
0952 Each additional, simple, open reduction ....... 20.00
0955 Astragalus, simple, closed reduction ....... 50.00
0956 Compound ....... 100.00
0957 Simple or compound, open reduction ....... 100.00
0961 Os Calcis, simple, closed reduction ....... 100.00
0962 Compound ....... 200.00
0963 Simple, open reduction ....... 200.00
0967 Metatarsal, one, simple, closed reduction ....... 50.00
0968 Compound ....... 70.00
0970 Simple, open reduction ....... 70.00
0973 Each additional, simple, closed reduction ....... 10.00
0974 Each additional, compound ....... 20.00
0975 Each additional, simple, open reduction ....... 20.00

Phalanx or phalanges

0980 One toe, simple, closed reduction ....... 25.00
0981 One toe, compound ....... 50.00
0982 One toe, simple or compound, open reduction ....... 50.00
0985 Each additional toe, simple, closed reduction ....... 10.00
0986 Each additional toe, compound ....... 20.00
0987 Each additional toe, simple or compound, open reduction ....... 20.00

**Joints**

*Incision*

Arthrotomy with exploration, drainage, or removal of loose or foreign body (*independent procedure*)

1009 Temporomandibular ....... 50.00
1001 Shoulder ....... 150.00
1002 Elbow ....... 150.00
1007 Hip ....... 175.00
1008 Knee ....... 150.00

Capsulotomy: cutting or division of joint capsule, (*independent procedure*)

1014 Shoulder ....... 125.00
1033 Other joints of upper extremity ....... 75.00
1023 Hip ....... 150.00
1032 Other joints of lower extremity ....... 75.00
1046 Arthrocentesis: puncture for aspiration of joint, initial ....... 10.00
1037 Arthrocentesis: subsequent (*maximum of 3*) ....... 10.00

*Excision*

1075 Excision of intervertebral disk with or without spinal fushion, complete procedure ....... 200.00
1090 Synovectomy ....... 150.00

*Repair*

Arthroplasty; plastic or reconstruction operation on joint, any type

1141 Shoulder ....... 200.00
1142 Elbow ....... 200.00
1149 Temporomandibular ....... 100.00
1148 Other joints of upper extremity ....... 100.00
1150 Hip ....... 200.00
1151 Knee ....... 150.00

BCBSAL_0001078103

1157 Other joints of lower extremity.................$100.00
1162 Metatarso-phalangeal joint; bunion operation..... 75.00

Arthrodesis; fusion of joint, with or without tendon transplant

1166 Shoulder....................................150.00
1169 Spine.......................................200.00
1174 Other joints of upper extremity.................150.00
1175 Hip.........................................200.00
1176 Knee........................................175.00
1178 Hammer toe, repair of........................ 50.00
1181 Hallux rigidus, repair of..................... 75.00
1184 Other joints of lower extremity.................100.00

Foot, triple arthrodesis

1185 Unilateral..................................150.00
1186 Bilateral...................................200.00

*Suture*

1211 Suture of torn, ruptured or severed ligament.....100.00

*Manipulation*

Manipulation of joint under general anesthesia, (*independent procedure, dislocations excluded*)

1222 Elbow...................................... 10.00
1223 Wrist...................................... 5.00
1226 Hip........................................ 25.00
1227 Knee....................................... 10.00
1228 Ankle...................................... 5.00
1232 Spine...................................... 25.00
1233 Manipulation of shoulder for fibrous ankylosis, under general anesthesia.................. 25.00
1249 Other joints............................... 5.00

*Dislocations*

1251 Temporomandibular, simple, closed reduction .... 25.00
1253 Simple or compound, open reduction ........... 50.00
1256 Vertebra, simple, closed reduction............... 75.00
1258 Simple or compound, with open reduction......150.00
1273 Clavicle, sternoclavicular, simple, closed reduction.................................... 35.00
1275 Simple or compound, open reduction........... 75.00
1278 Acromioclavicular, simple, closed reduction.... 35.00
1281 Simple or compound, open reduction........... 75.00
1284 Shoulder (*humerus*) simple, closed reduction..... 50.00
1286 Simple or compound, open reduction..........150.00
1290 Elbow, simple, closed reduction................ 50.00
1292 Simple or compound, open reduction..........100.00
1295 Wrist, carpal, one bone, simple, closed reduction... 50.00
1297 Simple or compound, open reduction........... 75.00
1304 Metacarpal, one bone, simple closed reduction.... 25.00
1306 One bone, simple or compound, open reduction.. 50.00
1315 Finger, one, one or more joints, simple, closed reduction.................................. 25.00
1317 Simple or compound, open reduction........... 50.00
1332 Hip (*femur*), simple, closed reduction...........100.00
1334 Simple or compound, open reduction..........200.00
1344 Knee (*tibia*), simple, closed reduction........... 75.00
1346 Simple or compound, open reduction..........150.00
1350 Patella, simple, closed reduction.............. 50.00
1352 Simple or compound, open reduction..........100.00
1355 Ankle, simple, closed reduction................ 50.00
1357 Simple or compound, open reduction..........100.00
1385 Toe, one, simple, closed or open reduction ....... 25.00

1387 Compound...................................$50.00
1389 Os Calcis (*heel*), simple, closed reduction........ 50.00
1399 Os Calcis (*heel*), simple or compound, open reduction.....................................100.00

Bursae

*Incision*

1424 Needling of bursa (*maximum of 3*).............. 10.00

*Excision*

1431 Excision of bursa............................. 75.00

Muscles

*Incision*

1451 Myotomy: cutting, division, or transection of muscle..................................... 50.00
1454 Division of scalenus anticus, without resection of cervical rib............................... 50.00
1456 With resection of cervical rib.................100.00

*Excision*

1471 Biopsy of muscle (*independent procedure*)........ 25.00

*Repair*

1487 Repair of diaphragmatic hernia.................200.00

*Suture*

1490 Myorrhaphy: myosuture: suture of muscle (*divided or severed*)......................... 75.00

Tendons, Tendon Sheaths and Fascia

*Incision*

1511 Drainage of tendon sheath infection for tenosynovitis..................................... 25.00
1525 Fasciotomy, aponeurotomy: cutting of fascia (*independent procedure*).................... 50.00
1537 Tenotomy, corrective
Major tendons ............................. 50.00
Minor tendons.............................. 25.00

*Excision*

1551 Excision of lesion of tendon or sheath; ganglion.... 50.00
1562 Excision of Baker's Cyst........................ 75.00
1573 Fasciectomy for Dupuytren's Contracture.......100.00

*Repair*

1580 Tenoplasty..................................100.00
1601 Free tendon graft............................ 200.00
1621 Transplantation of tendon, including advancement or recession.........................100.00

*Suture*

1671 Tenorrhaphy: suture of divided or ruptured tendon, one tendon, primary suture............ 50.00
1677 Each additional (*maximum of 4*).............. 20.00

Extremities

*Amputation—Upper Extremity*

1701 Interthoracoscapular..........................200.00
1703 Disarticulation of shoulder....................200.00
1705 Arm through humerus.........................150.00
1708 Forearm, through radius and ulna..............150.00
1722 Hand, through metacarpal bones...............100.00
1736 Finger, any joint or phalanx, first................ 35.00
Each additional (*maximum of 4*).............. 15.00

BCBSAL_0001078104

*Amputation—Lower Extremity*

| | | |
|---|---|---|
| 1745 | Interpelviabdominal | $200.00 |
| 1748 | Disarticulation of hip | 200.00 |
| 1752 | Thigh, through femur, including supracondylar | 150.00 |
| 1767 | Leg, through tibia and fibula | 150.00 |
| 1778 | Ankle, through malleoli of tibia and fibula (*Syme, Pirogoff*) | 100.00 |
| 1782 | Foot, transmetatarsal | 100.00 |
| 1802 | Toe, any joint or phalanx, first | 25.00 |
| | Each additional (*maximum of 4*) | 10.00 |

### Plaster Casts
### Independent Procedure

Payment is made for casts when not supplemental to other surgical procedures

| | | |
|---|---|---|
| 1854 | Elbow to fingers | 15.00 |
| 1860 | Shoulder to hand | 25.00 |
| 1862 | Shoulder spica | 50.00 |
| 1865 | Ankle (*foot to mid leg*) | 25.00 |
| 1867 | Knee (*foot to thigh*) | 25.00 |
| 1885 | Body, shoulder to hips | 50.00 |
| 1878 | Hip spica (*single or double*) | 50.00 |
| 1889 | Risser jacket | 75.00 |

### Miscellaneous

If any of the following procedures are bilateral, 50% is added to the fee shown

| | | |
|---|---|---|
| 1859 | Application of traction or suspension | 10.00 |
| 1870 | Application of traction, skeletal | 25.00 |
| 1869 | Application of corrective appliances (*not including adhesive strapping, bandaging, etc.*) | 10.00 |

## RESPIRATORY SYSTEM

### Nose

*Excision*

| | | |
|---|---|---|
| 1915 | Excision of nasal polyps | |
| | Single | 10.00 |
| | Multiple | 25.00 |
| 1928 | Septectomy: submucous resection | 75.00 |
| 1935 | Turbinectomy, complete or partial, unilateral (*independent procedure*) | 10.00 |

*Endoscopy*

| | | |
|---|---|---|
| 1941 | Rhinoscopy with removal of foreign body in nose | 5.00 |

*Repair*

| | | |
|---|---|---|
| 1951 | Rhinoplasty, complete, including grafts | 100.00 |

*Destruction*

| | | |
|---|---|---|
| 1965 | Cauterization of turbinates, unilateral or bilateral (*independent procedure*) (*Limit 3 per Agreement Year*) | 5.00 |
| 1969 | Radio active substance, insertion of, nasopharynx (*excluding cost of radio active substance*): | |
| | First treatment | 10.00 |
| | Each additional | 5.00 |
| | Maximum | 50.00 |
| | (*This limitation shall not be exceeded by payment for any other procedure for the same purpose.*) | |

*Manipulation*

| | | |
|---|---|---|
| 1971 | Control of primary nasal hemorrhage, with cauterization of septum | $10.00 |
| 1974 | With nasal pack | 5.00 |

### Accessory Sinuses

*Incision*

| | | |
|---|---|---|
| 1981 | Antrum puncture | 5.00 |
| 1985 | Maxillary sinusotomy, simple: antrum window operation, unilateral | 25.00 |
| 1988 | Maxillary, radical (*Caldwell-Luc*) | 75.00 |
| 1993 | Frontal, external, radical | 75.00 |
| 1994 | Combined external, frontal, ethmoid and sphenoid sinusotomy | 125.00 |
| 1999 | Frontal, external, ethmoid and sphenoid combined with radical antrum | 150.00 |

*Excision*

| | | |
|---|---|---|
| | Ethmoidectomy, intranasal | |
| 2006 | Unilateral | 25.00 |
| 2010 | Bilateral | 50.00 |

*Suture*

| | | |
|---|---|---|
| 2031 | Fistula, Oral Antrum, plastic closure of | 50.00 |

### Larynx

*Incision*

| | | |
|---|---|---|
| 2041 | Laryngofissure with removal of tumor | 150.00 |

*Excision*

| | | |
|---|---|---|
| 2051 | Laryngectomy, complete or total | 200.00 |
| 2055 | Hemilaryngectomy | 150.00 |

*Introduction*

| | | |
|---|---|---|
| 2065 | Intubation of larynx (*independent procedure*) | 15.00 |

*Endoscopy*

| | | |
|---|---|---|
| 2071 | Laryngoscopy, direct, (*independent procedure*) | 15.00 |
| 2077 | Laryngoscopy, operative—including removal of foreign body | 50.00 |

### Trachea and Bronchi

*Incision*

| | | |
|---|---|---|
| 2101 | Tracheotomy (*independent procedure*) | 50.00 |

*Endoscopy*

| | | |
|---|---|---|
| 2111 | Bronchoscopy, therapeutic | 25.00 |
| 2124 | Subsequent bronchoscopy (*maximum 5*) | 20.00 |
| 2113 | With biopsy | 50.00 |

### Lungs and Pleura

*Incision*

| | | |
|---|---|---|
| 2151 | Thoracotomy, exploratory, including control of hemorrhage | 100.00 |
| 2157 | Thoracentesis (*closed drainage*) | 50.00 |
| | Thoracentesis: puncture of pleural cavity for aspiration | |
| 2183 | Initial | 10.00 |
| 2186 | Subsequent | 5.00 |

*Excision*

| | | |
|---|---|---|
| 2191 | Pneumonectomy | 200.00 |
| 2193 | Total or subtotal lobectomy | 200.00 |

*Surgical Collapse Therapy*

2210 Thoracoplasty: extrapleural resection of ribs, any type .......... $200.00
2217 Extrapleural pneumonolysis, including associated filling or packing procedures .......... 50.00
Pneumothorax; intrapleural injection of air
2221 Initial .......... 15.00
2222 Each refill .......... 5.00

## CARDIOVASCULAR SYSTEM

### Heart and Pericardium

*Incision*

2301 Cardiotomy with exploration or removal of foreign body .......... 200.00
2305 Pericardiotomy with exploration, drainage, or removal of foreign body .......... 200.00
2310 Pericardiocentesis: puncture of pericardial space for aspiration .......... 10.00
2315 Valvulotomy or commissurotomy .......... 200.00

*Excision*

2321 Pericardiectomy .......... 200.00

*Introduction*

2331 Catheterization of the heart .......... 25.00

*Destruction*

2341 Cardiolysis .......... 150.00
2345 Pericardiolysis .......... 100.00

*Suture*

2351 Cardiorrhaphy: suture of heart wound or injury .......... 200.00

### Arteries and Veins

*Incision*

Arteriotomy, with exploration
2361 Trunk .......... 100.00
2364 Neck .......... 50.00
2367 Extremity .......... 50.00
Arteriotomy, with removal of embolus
2373 Trunk .......... 100.00
2376 Neck .......... 50.00
2380 Extremity .......... 50.00
Phlebotomy, with exploration
2385 Trunk .......... 100.00
2388 Neck .......... 50.00
2392 Extremity .......... 50.00
Phlebotomy, with removal of thrombus
2397 Trunk .......... 100.00
2401 Neck .......... 50.00
2404 Extremity .......... 50.00

*Excision*

2411 Excision of segment of temporal artery .......... 50.00
2415 Excision of segment of artery of extremity .......... 50.00
2420 Excision of segment of vein of extremity (*excluding varicosities*) .......... 50.00
2425 Excision of arterial or arteriovenous aneurysm .......... 100.00
2426 Excision of coarctation of aorta .......... 200.00

*Introduction*

2434 Aortography (*exclusive of X-ray allowance*) .......... $25.00
2445 Transfusion, or infusion, when not supplemental to Surgical or Maternity Care, exclusive of cost of blood, plasma or serum .......... Each 5.00
2446 Blood transfusion, replacement type, Rh factor .......... 75.00
Injection of sclerosing solution into vein of leg, per injection .......... 5.00
2454 Unilateral .......... Maximum 35.00
2457 Bilateral .......... Maximum 50.00

*Repair*

2471 Arterioplasty: plastic or reconstruction operation on artery .......... 100.00

### Arterial Anastomosis

2475 Aortic anastomosis .......... 200.00
2478 Pulmonary aortic anastomosis .......... 200.00
2482 Pulmonary subclavian anastomosis (Blalock) .......... 200.00
2485 Pulmonary innominate anastomosis (Blalock) .......... 200.00

### Venous Anastomosis

2490 Porto-caval anastomosis .......... 200.00
2496 Spleno-renal anastomosis .......... 200.00
2520 Ligation of ductus arteriosus .......... 200.00
Ligation and division of saphenous vein with or without retrograde injection, or distal interruptions
2558 Unilateral .......... 60.00
2560 Bilateral .......... 100.00

## HEMIC AND LYMPHATIC SYSTEMS

### Spleen

*Excision*

2601 Splenectomy .......... 150.00

### Lymph Nodes and Lymphatic Channels

*Incision*

Drainage of lymph node abscess or lymphadenitis
2631 Requiring hospitalization .......... 40.00
2639 Not requiring hospitalization .......... 20.00

*Excision*

2644 Excision or resection of lymph nodes .......... 75.00
2651 Radical lymphadenectomy: radical resection of lymph nodes .......... 200.00
2679 Electrocoagulation of lymphoid tissue (*Limit 3 per agreement year*) .......... 5.00

### Mediastinum

*Excision*

2693 Excision of mediastinal tumor .......... 200.00

## DIGESTIVE SYSTEM

### Mouth

*Excision*

2711 Excision of benign lesion of buccal mucosa .......... 25.00

### Lips

*Excision*

2745 Resection of lip for malignant lesion with or without immediate closure .......... 50.00

BCBSAL_0001078106

*Repair*

2751 Cheiloplasty: plastic or reconstruction operation on lip....$150.00

### Tongue

*Excision*

Glossectomy

2777 Clipping of frenum.... 10.00

2787 Total or partial (hemi) glossectomy ....200.00

### Palate and Uvula

*Repair*

2889 Radio active substance, insertion of, soft palate, (*excluding cost of radio active substance*).... 25.00

2891 Palatoplasty: Plastic operation for cleft palate...150.00

2899 Repair of Torus Palatinus.... 50.00

### Salivary Glands and Ducts

*Incision*

2915 Sialolithotomy: removal of salivary calculus, intraorally.... 25.00

2916 extraorally.... 75.00

*Excision*

2930 Excision of submaxillary tumor.... 75.00

2931 Excision of submaxillary gland.... 75.00

2934 Excision of parotid gland....150.00

### Pharynx, Adenoids and Tonsils

*Incision*

2971 Drainage of retropharyngeal abscess, internal approach.... 10.00

2977 Drainage of peritonsillar abscess.... 5.00

*Excision*

2988 Excision of branchial cyst or vestige.... 75.00

2992 Tonsillectomy, with or without adenoidectomy... 40.00

2998 Adenoidectomy (*independent procedure*).... 20.00

3004 Excision of lingual tonsil.... 10.00

### Esophagus

*Excision*

3041 Excision of esophageal diverticulum (Maximum allowance).... 200.00

3043 Esophagectomy: resection of esophagus, transpleural or extrapleural....200.00

*Endoscopy*

3051 Esophagoscopy, initial, (*diagnostic or therapeutic*). 25.00

3057 With foreign body removal.... 50.00

3063 Subsequent esophagoscopy (*maximum 5*).... 20.00

*Manipulation*

3091 Dilation of esophagus by sound, bougie or bag, initial.... 10.00

3095 Subsequent dilation (*maximum 8*).... 5.00

### Stomach

*Incision*

3101 Gastrotomy with exploration or foreign body removal....$100.00

3105 Pyloromyotomy: cutting of pyloric muscle (*Fredet-Ramstedt Operation*)....100.00

*Excision*

3112 Local excision of stomach ulcer or benign neoplasm....100.00

3114 Total gastrectomy....200.00

3115 Subtotal gastrectomy....200.00

3121 Gastroscopy.... 50.00

*Repair*

3131 Pyloroplasty....100.00

3133 Gastroduodenostomy....150.00

3135 Gastrojejunostomy....150.00

*Suture*

3141 Gastrorrhaphy: suture of perforated gastric ulcer, wound or injury....100.00

### Intestines except Rectum

*Incision*

3161 Enterotomy with exploration or foreign body removal, small or large intestine....100.00

*Excision*

3171 Excision of one or more intestinal lesions not requiring anastomosis, exteriorization or fistulization....150.00

3174 Enterectomy: resection of small intestine with anastomosis....200.00

3178 Colectomy....200.00

*Repair*

3193 Enterostomy: external fistulization of intestine...100.00

3196 Colostomy....100.00

3200 Reduction of volvulus, intussusception, internal hernia (*by laparotomy*)....100.00

3203 Revision of colostomy.... 50.00

3221 Suture of intestine (*enterorrhaphy*), large or small, for ulcer, wound, injury or rupture....100.00

### Meckel's Diverticulum and the Mesentery

*Excision*

3231 Excision of Meckel's diverticulum (*diverticulectomy*)....100.00

### Appendix

*Incision*

3251 Incision and drainage of appendiceal abscess....100.00

*Excision*

3281 Appendectomy (*independent procedure*)....100.00

3289 Appendectomy, for ruptured appendix....150.00

### Rectum

3291 Complete proctectomy, combined abdominoperineal, one or two stages.... 200.00

*Endoscopy (independent procedure)*

3301 Proctoscopy....................$10.00
3303 With biopsy.................... 25.00
3310 With removal of tumor.................... 50.00

*Repair*

3321 Proctoplasty, perineal, for stricture or prolapse.... 75.00
3325 Proctopexy, abdominal, for prolapse (*Moschcowitz*) 150.00

*Suture*

3335 Closure of rectovaginal fistula....................100.00

### Anus

*Incision*

Fistulectomy (*independent procedure*)
3353 Requiring hospitalization.................... 75.00
3359 Not requiring hospitalization.................... 25.00
Incision and drainage of ischiorectal abscess: (*independent procedure*)
3356 When hospitalized.................... 50.00
3369 When not hospitalized.................... 25.00
3362 Incision and drainage of perianal abscess (*independent procedure*).................... 25.00
3366 Incision of hemorrhoid, thrombosed, external.... 10.00
3364 Sphincterotomy, anal: division of anal sphincter... 75.00

*Excision*

3371 Fissurectomy, (*independent procedure*).................... 25.00
3373 Cryptectomy, single or multiple (*independent procedure*).................... 25.00
Hemorrhoidectomy
3375 Internal.................... 50.00
3377 External only.................... 25.00
3380 Internal plus external.................... 50.00
3386 Hemorrhoidectomy with additional proctological surgery.................... 65.00

*Introduction*

3401 Hemorrhoids, injection of sclerosing solution, per injection (*maximum—7 injections*).................... 5.00
3404 Alcohol injection for pruritis ani......Maximum 25.00

*Repair*

3420 Anoplasty: plastic operation for imperforate anus or stricture.................... 50.00

### Liver

*Excision*

3461 Biopsy of liver (*independent procedure*).................... 25.00
3464 Hepatectomy, partial; resection of liver.................... 200.00

### Biliary Tract

*Incision*

3500 Duodenocholedochotomy: transduodenal choledocholithotomy....................200.00
3504 Cholecystotomy or cholecystostomy with exploration, drainage, or removal of calculus....150.00

*Excision*

3515 Cholecystectomy....................150.00

*Repair*

3525 Anastomosis of gall bladder to stomach or intestine....................150.00

### Pancreas

*Incision*

3541 Pancreatotomy for drainage of pancreatitis ....$100.00

*Excision*

3551 Pancreatectomy, local, partial or subtotal.......200.00

*Repair*

3565 Marsupialization of cyst of pancreas............150.00

### Abdomen, Peritoneum and Omentum

*Incision*

3571 Exploratory laparotomy: exploratory celiotomy. .100.00
3575 Subdiaphragmatic or subphrenic abscess, one or two stages....................100.00
3588 Peritoneocentesis: abdominal paracentesis....... 10.00
3599 Insertion of radioactive substance into the peritoneal cavity (*excluding radioactive substance*).. 10.00

*Excision*

3605 Omentectomy: epiplo-ectomy; resection of omentum (*independent procedure*)....................100.00

*Introduction*

Pneumoperitoneum: intraperitoneal injection of air
3611 Initial.................... 10.00
3612 Each additional.................... 5.00
3619 Hernia, injection treatment of......Maximum 35.00
3621 Peritoneoscopy.................... 25.00

*Repair*

Hernioplasty: Herniorrhaphy: Herniotomy:
Inguinal
3631 Unilateral....................100.00
3635 Recurrent....................100.00
3638 Bilateral....................150.00

Femoral
3646 Unilateral....................100.00
3651 Recurrent....................100.00
3654 Bilateral....................150.00
3661 Ventral, incisional (*independent procedure*)........100.00
3665 Umbilical (*independent procedure*)....................100.00

*Destruction*

3725 Division of peritoneal adhesions (*independent procedure*)....................100.00

## URINARY SYSTEM

### Kidney

*Incision*

3811 Nephrolithotomy with removal of calculus........200.00
3815 Pyelotomy with exploration....................200.00

*Excision*

3821 Nephrectomy, with or without ureterectomy.....200.00
3823 Heminephrectomy....................200.00

*Repair*

3831 Pyeloplasty: plastic operation on renal pelvis, with or without plastic operation on ureter....200.00

BCBSAL_0001078108

3835 Nephropexy: fixation or suspension of movable kidney (*independent procedure*)............$150.00

Ureter

*Incision*

3851 Ureterotomy with exploration or drainage (*independent procedure*)......................100.00

3857 Ureterolithotomy............................100.00

*Repair*

3876 Ureterocystostomy: anastomosis of ureter to bladder.................................150.00

3880 Ureteroenterostomy: anastomosis of ureter to intestine..................................200.00

Ureterostomy: transplantation of ureter to skin

3884 Unilateral.................................100.00

3885 Bilateral..................................150.00

3889 With cystectomy...........................200.00

Bladder

*Incision*

3901 Cystotomy with exploration or fulguration.......100.00

3904 With insertion of radioactive substance........100.00

3906 Cystostomy with drainage.................... 50.00

*Excision*

3918 Transurethral resection of vesical neck, female....75.00

3922 Excision of bladder tumor (*abdominal approach*)..100.00

3924 Transurethral resection of bladder tumors....... 75.00

*Endoscopy (Independent procedure)*

3931 Cystoscopy, for observation.................... 15.00

3935 With ureteral catheterization or dilatation..... 25.00

3937 With stone removal......................... 50.00

3941 With fulguration of bladder tumor............ 50.00

*Suture*

3961 Cystorrhaphy: suture of bladder wound, injury or rupture.................................100.00

3965 Closure of vesicovaginal, vesicouterine or vesicorectal fistula.............................150.00

3969 Cystoplasty................................150.00

Urethra

*Incision*

3971 Urethrotomy, external (*independent procedure*) anterior................................. 75.00

3977 Meatotomy: cutting of meatus (*independent procedure*)............................... 5.00

*Excision*

3981 Urethra, excision of lesion..................... 50.00

3989 Urethra, fulguration of lesion (*caruncle*)......... 15.00

3991 Excision of diverticulum of urethra (*independent procedure*)............................... 50.00

*Endoscopy*

4006 Urethroscopy, with fulguration of posterior urethra 15.00

*Repair*

4011 Urethroplasty: plastic operation on urethra......100:00

*Manipulation*

4031 Dilatation of urethral stricture by passage of sound $5.00 (Maximum—7 *per agreement year*)

## MALE GENITAL SYSTEM

Penis

*Excision*

4115 Amputation of penis, complete..................100.00

4122 Circumcision, newborn......................... 10.00

4123 Circumcision, under age of 12.................. 15.00

4125 Circumcision, over 12 years—adult............. 25.00

*Repair*

4131 Plastic operation on penis for hypospadius........100.00

Testis

*Excision*

4141 Testicular biopsy............................. 15.00

Orchiectomy, simple

4144 Unilateral.................................. 50.00

4145 Bilateral................................... 75.00

4146 Radical, unilateral..........................125.00

*Repair*

Orchiopexy, one or more stages without hernia repair

4153 Unilateral.................................. 75.00

4154 Bilateral...................................100.00

Epididymis

*Excision*

Epididymectomy

4176 Unilateral.................................. 50.00

4177 Bilateral................................... 75.00

Tunica Vaginalis

*Incision*

4191 Puncture aspiration of hydrocele............... 10.00

*Excision*

Excision of hydrocele

4201 Unilateral.................................. 50.00

4202 Bilateral................................... 75.00

Vas Deferens

*Excision*

Vasectomy, complete or partial (*independent procedure*)

4241 Unilateral.................................. 25.00

4242 Bilateral................................... 40.00

Spermatic Cord

*Excision*

Excision of varicocele (*independent procedure*)

4275 Unilateral.................................. 50.00

4276 Bilateral................................... 75.00

Seminal Vesicles

*Excision*

4291 Vesiculectomy (*independent procedure*)...........100.00

BCBSAL_0001078109

#### Prostate

*Incision*

4301 Prostatotomy; external drainage of prostatic abscess....$50.00

*Excision*

4310 Perineal needle biopsy.... 15.00
4311 Prostatectomy, perineal, subtotal....150.00
4313 Radical....150.00
4316 Prostatectomy, suprapubic, one or two stages....150.00
4319 Perineal exploration through prostatic incision....100.00

*Endoscopy*

4321 Prostatectomy, transurethral resection....150.00

## FEMALE GENITAL SYSTEM

#### Vulva

*Incision*

4409 Perineotomy.... 25.00

*Excision*

4423 Vulvectomy, complete....100.00
Local Excision of Lesion of External Female Genital Organ
See Integumentary System, Code No. 0178
4431 Excision of hymen: Hymenectomy.... 10.00
4433 Excision or cautery destruction of Barthelin's gland or cyst.... 50.00
4436 Excision or fulguration Skene's Glands.... 10.00

#### Vagina

*Incision*

4461 Colpotomy with exploration or drainage of pelvic abscess.... 50.00

*Excision*

4476 Excision of vaginal cyst or tumor.... 50.00

*Repair*

Colpoplasty
4481 Anterior vaginal wall; repair of cystocele (*independent procedure*)....100.00
Colpoperineoplasty
4486 Posterior vaginal wall; repair of rectocele and perineoplasty: pelvic floor repair.... 75.00
4488 Anterior and posterior vaginal walls: repair of cystocele, rectocele, and perineoplasty....125.00

*Suture*

4501 Colporrhaphy: suture of recent injury of vagina (*non-obstetrical*).... 50.00

*Endoscopy*

4521 Culdoscopy (*independent procedure*).... 25.00

#### Oviduct

*Excision*

4541 Salpingectomy, complete or partial, unilateral or bilateral (*independent procedure*)....100.00
4545 Salpingo-oophorectomy, complete or partial, unilateral or bilateral (*independent procedure*)....100.00

#### Ovary

4583 Complete oophorectomy, unilateral or bilateral (*independent procedure*)....$100.00

#### Uterus and Cervix Uteri

*Excision*

Biopsy of cervix (*independent procedure*)
4610 Requiring hospitalization.... 20.00
4611 Not requiring hospitalization.... 10.00
4614 Hysteromyomectomy: myomectomy; excision of fibroid tumor of uterus....100.00
Hysterectomy (*with or without dilatation and curettage and surgery on tubes, ovaries, ligaments, etc.*)
4617 Panhysterectomy: total hysterectomy (*corpus and cervix*)....150.00
4621 Supracervical hysterectomy: subtotal hysterectomy....150.00
4627 Radical hysterectomy for cancer (*Wertheim*)....200.00
4631 Hysterectomy, with pelvic floor repair....200.00
4634 Trachelectomy: cervicectomy: amputation of cervix (*independent procedure*)....100.00
Local excision of lesion of cervix (*cauterization or conization*)
4641 Requiring hospitalization.... 25.00
4649 Not requiring hospitalization.... 10.00
4644 Dilatation and curettage with other related procedures on the cervix.... 35.00
4647 Dilatation and curettage of uterus (*independent procedure*).... 25.00

*Repair*

4681 Hysteropexy (*with or without surgery on tubes, ovaries, ligaments, etc.*)....100.00
4683 With presacral sympathectomy....100.00
4690 With parametrial fixation (*Manchester*) with or without pelvic floor repair....125.00
4696 Tracheloplasty: plastic repair of uterine cervix (*Emmett*).... 50.00

*Manipulation*

Dilatation of cervix, instrumental (*independent procedure*)
4718 Requiring hospitalization.... 15.00
4711 Not requiring hospitalization.... 5.00

## OBSTETRICAL

#### Fetus and Fetal Structures

*Incision*

4801 Classic Cesarean section....100.00

*Excision*

4811 Removal of extrauterine embryo (*ectopic pregnancy*), by laparotomy....100.00

*Manipulation*

4821 Obstetrical delivery.... 60.00
4829 Version (*necessary*)....100.00
4855 Miscarriage or abortion, including dilatation and curettage.... 25.00
4849 Obstetrical delivery and circumcision.... 70.00

BCBSAL_0001078110

## ENDOCRINE SYSTEM

### Thyroid Gland

*Excision*

4911 Local excision of cyst or adenoma of thyroid.....$100.00
4914 Thyroidectomy, total or complete..............150.00
4917 Thyroidectomy, subtotal or partial.............150.00
4921 Hemithyroidectomy: lobectomy................100.00
4924 Thyroidectomy, total or subtotal, for malignancy with neck dissection....................200.00
4941 Excision of thyroglossal duct, cyst or sinus......100.00

### Parathyroid, Thymus, Pituitary, Pineal, Adrenal and Carotid Glands

*Excision*

4971 Parathyroidectomy............................150.00
4975 Thymectomy................................200.00
4980 Hypophysectomy.............................200.00
4988 Adrenalectomy...............................200.00

## NERVOUS SYSTEM

### Structures Overlying the Meninges, Brain and Spinal Cord

*Incision*

Craniotomy
5001 Trephination (*or burr holes*) exploratory, unilateral or bilateral.............................. 50.00
5011 Decompression, subtemporal..................100.00

*Excision*

5021 Laminectomy...............................150.00

*Repair*

5031 Cranioplasty: plastic operation on skull with bone graft or metal or plastic plate...............200.00
5040 Repair of meningocele (*spina bifida*).............100.00

### Meninges and Meningeal Vessels

*Incision*

5057 Spinal puncture; lumbar puncture (*independent procedure*) (*3 per agreement year*).. 10.00
5062 Cisternal puncture(*for pneumoventriculography*)... 25.00

*Introduction*

5081 Encephalography (*independent procedure*)........ 25.00
5084 Myelography (*independent procedure*)........... 25.00

### Brain

*Excision*

5154 Excision of brain cyst, neoplasm or abscess.......200.00

*Introduction*

5171 Ventriculography............................ 50.00

### Spinal Cord and Nerve Roots

*Incision*

5207 Chordotomy: tractotomy or division or transsection of nerve tracts in cord..............150.00
5211 Rhizotomy: division or transection of nerve roots..150.00

*Excision*

5221 Excision of lesion of spinal cord (*neoplasm, cyst*) ...200.00

### Peripheral Nerves, Cerebral Nerves and Ganglia

*Incision*

5250 Transection of trigeminal and glossopharyngeal nerve.................................$100.00
5258 Transection of vagus nerve: vagotomy, vagectomy (*abdominal*)............................150.00
5263 Exploration of brachial plexus (*independent procedure*).................................100.00

*Excision*

5271 Excision of peripheral neuromata................ 10.00

*Introduction*

5294 Superficial injection of alcohol (*supra-orbital, infra-orbital, mandibular, inferior dental, or mental nerves.*).......................... 15.00
5296 Deep injection of alcohol (*second and third divisions for trigeminal neuralgia*)............. 25.00

### Diagnostic and Therapeutic Blocks

5298 Paravertebral block.......................... 10.00
Subsequent .............................. 5.00
Maximum.................................. 20.00
5301 Caudal (*epidural*) block (*limit—3 per agreement year*) .................................. 10.00
5310 Suprascapular nerve......................... 10.00
Subsequent............................... 5.00
Maximum................................. 20.00
5312 Intercostal nerve............................ 10.00
Subsequent............................... 5.00
Maximum................................. 20.00
5297 Injection of nerve (*nerve block*).................. 10.00
5300 Sympathetic block (*cervical, thoracic or lumbar*).... 25.00
5309 Multiple.................................. 35.00

*Repair*

5330 Nerve, anastomosis of.........................100.00

*Destruction*

Neurotripsy: crushing of nerve
5341 Phrenicotripsy.............................. 35.00
5345 Neurolysis: freeing of nerve (*adhesions, callus*); transposition of nerve....................100.00

*Suture*

5351 Suture of nerve (*recent injury*) ..................100.00

### Vegetative Nervous System

*Excision*

Sympathectomy
5371 Cervical, unilateral.......................... 100.00
5372 Bilateral or two stage........................200.00
5375 Cervicothoracic, unilateral.....................100.00
5376 Bilateral or two stage........................200.00
5381 Lumbar, unilateral...........................100.00
5382 Bilateral or two stage....................... 200.00
5385 Splanchnicectomy............................100.00

BCBSAL_0001078111

# EYE

## Eyeball

*Excision*

5411 Enucleation of eyeball (*bulb or globe*) with or without orbital implant ....................$100.00
5417 Evisceration of eyeball with or without orbital implant ....................100.00

*Suture*

5431 Suture of eyeball for wound or injury .......... 50.00

## Cornea

*Incision*

5441 Keratotomy, any type .................... 50.00
5443 Paracentesis of cornea (*keratocentesis*) .......... 25.00
5445 Removal of foreign body from surface of cornea.. 10.00

*Excision*

5452 Keratectomy, complete .................... 50.00

*Introduction*

5461 Tatoo of cornea, mechanical or chemical......... 25.00

*Repair*

5471 Keratoplasty; corneal transplant ...............150.00

*Suture*

5481 Suture of perforating wound of cornea .......... 75.00

## Sclera

*Incision*

5491 Sclerotomy, operative incision, with removal of intra-ocular foreign body (*with or without magnet*) ....................100.00
5492 Sclerotomy, operative incision with removal of foreign body from anterior chamber (*with or without magnet*) ....................100.00
5494 Sclerotomy with drainage: scleral fistula: sclerostomy .................... 75.00

*Excision*

5501 Sclerectomy for glaucoma, with scissors, punch or trephination (*Lagrange, Holth, Elliott*).....100.00

*Suture*

5521 Suture of sclera for wound or injury ............ 50.00

*Repair*

5529 Scleroplasty—scleral shortening ................100.00

## Iris and Ciliary Body

*Incision*

5532 Iridotomy with transfixion of iris; iris bambe...... 50.00

*Excision*

5541 Excision of lesion of iris .................... 50.00
5547 Peripheral iridectomy .................... 50.00

*Destruction*

5551 Diathermy of the ciliary body; cyclodiathermy.... 50.00
5552 Iridodialysis .................... 50.00

5553 Corelysis ....................$50.00
5554 Cyclodialysis ....................100.00

*Manipulation*

5571 Iridotasis (*iridencleisis*): Stretching of iris (*independent procedure*) ....................100.00

## Crystalline Lens

*Incision*

5601 Discission: needling of lens .................... 50.00
5605 Capsulotomy .................... 50.00

*Excision*

Extraction of lens
Intracapsular or extracapsular with preliminary iridectomy
5613 Unilateral ....................150.00
5614 Bilateral ....................200.00
5615 Congenital or traumatic ....................100.00
5616 Linear .................... 50.00
5617 Capsulectomy .................... 50.00

## Vitreous

*Incision*

5621 Aspiration of vitreous .................... 50.00

## Retina

*Repair*

5631 Reattachment of retina, electro-coagulation......200.00
5633 Reattachment of retina and choroid ............200.00

## Ocular Muscles

Myotomy, tenotomy, recession, resection, advancement or shortening of ocular muscles (*cutting of extrinsic eye muscles*)
5641 Single muscle .................... 75.00
5642 Two muscles ....................100.00
5643 Three muscles ....................125.00
5644 Four muscles ....................150.00

## Orbit

*Incision*

5651 Orbitotomy with exploration ....................100.00
5652 With drainage of intra-orbital abscess.......... 50.00
5653 With removal of intra-orbital foreign body..... 50.00

*Excision*

5661 Biopsy of orbit .................... 25.00
5666 Exenteration or evisceration of orbital contents...100.00

*Repair*

5681 Plastic repair of orbit ....................100.00

## Eyelids

*Incision*

5691 Blepharotomy with drainage of abscess of eyelid.. 20.00
5692 With drainage of meibomian glands; hordeolum (*stye*) .................... 10.00
5697 Tenotomy of levator palpebrae muscle.......... 50.00

*Excision*

5701 Blepharectomy; excision of lesion of eyelids...... 10.00

BCBSAL_0001078112

| | | |
|---|---|---|
| 5702 | Excision of meibomian glands (*chalazion*) | $10.00 |
| 5706 | Tarsectomy; excision of tarsal cartilage for trachoma | 50.00 |
| | Epilation | |
| 5712 | Electrolytic | 15.00 |
| 5713 | Mechanical | 5.00 |

*Repair*

| | | |
|---|---|---|
| 5721 | Blepharoplasty: plastic repair of eyelid, with graft, any type | 150.00 |
| 5723 | Canthoplasty: plastic repair of canthus | 75.00 |
| 5724 | Plastic restoration of eyebrow (*by graft*) | 150.00 |
| 5725 | Tarsoplasty: plastic repair of tarsal cartilage | 75.00 |
| 5726 | Reposition of cilia base | 75.00 |
| 5727 | Plastic operation for ptosis | 150.00 |
| 5728 | Cautery puncture for entropion | 10.00 |

*Suture*

| | | |
|---|---|---|
| 5731 | Blepharorrhaphy: suture of eyelid | 20.00 |
| 5734 | Tarsorrhaphy: suture of tarsal cartilage | 25.00 |

### Conjunctiva

*Incision*

| | | |
|---|---|---|
| 5741 | Removal of foreign body from surface of conjunctiva | 5.00 |

*Excision*

| | | |
|---|---|---|
| 5753 | Excision of lesion of conjunctiva: cyst | 25.00 |
| 5756 | Pterygium | 25.00 |
| 5760 | Grattage: scraping of conjunctiva (*trachoma follicles*) | 20.00 |
| 5763 | Peritectomy: peritomy; excision of pannus | 25.00 |

*Repair*

| | | |
|---|---|---|
| 5771 | Conjunctivoplasty—Free graft of conjunctiva | 75.00 |
| 5773 | Free graft of mucous membrane | 75.00 |

*Suture*

| | | |
|---|---|---|
| 5781 | Suture of conjunctiva | 10.00 |

### Lacrimal Tract

*Incision*

| | | |
|---|---|---|
| 5801 | Drainage of lacrimal gland (*abscess*) | 25.00 |
| 5803 | Drainage of lacrimal sac-dacryocystotomy: dacryocystostomy | 25.00 |
| 5805 | Slitting of lacrimal papilla | 5.00 |

*Excision*

| | | |
|---|---|---|
| 5811 | Excision of lacrimal gland: dacryoadenectomy | 75.00 |
| 5813 | Excision of lacrimal sac: dacryocystectomy | 75.00 |

*Introduction*

| | | |
|---|---|---|
| 5831 | Plastic operation on canaliculi | 20.00 |
| 5833 | Dacryocystorhinostomy: fistulization of lacrimal sac into nasal cavity, with or without anterior ethmoidectomy (*Toti*) | 150.00 |

*Manipulation*

| | | |
|---|---|---|
| 5843 | Probing of lacrimonasal duct | 5.00 |

## EAR

### External Ear

*Incision*

| | | |
|---|---|---|
| 5907 | Drainage of furuncle of ear | $5.00 |

*Excision*

| | | |
|---|---|---|
| 5931 | Removal foreign body of ear | 5.00 |

*Repair*

| | | |
|---|---|---|
| 5941 | Otoplasty: Plastic operation on ear | |
| | Unilateral | 100.00 |
| | Bilateral | 150.00 |

### Middle Ear

*Incision*

| | | |
|---|---|---|
| 5961 | Myringotomy: tympanotomy: plicotomy | 5.00 |

*Excision*

| | | |
|---|---|---|
| | Mastoidectomy, simple | |
| 5971 | Unilateral | 100.00 |
| 5972 | Bilateral | 150.00 |
| 5975 | Radical, single or bilateral | 200.00 |
| 5980 | Exenteration of air cells of petrous pyramid | 150.00 |

### Internal Ear

*Repair*

| | | |
|---|---|---|
| 6031 | Fenestration of semicircular canals | 200.00 |

The payments shown in the preceding list of procedures are not intended to fix the value of the Doctors' services or relate to such values.

BCBSAL_0001078113



HOSPITAL SERVICE CORP. OF ALABAMA
2119 FIRST AVENUE, NORTH
BIRMINGHAM, ALABAMA
Miss Helen Cummings
Box 158-A Route 3
Birmingham, Alabama
FULLY APPROVED
BIRMINGHAM
SEP 3
1942
ALA.
U.S. POSTAGE

HOSPITAL SERVICE CORPORATION OF ALABAMA

Copy

INTER-OFFICE  MEMORANDUM

From H. F. Singleton

To All Department Managers

Subject Haleyville Hospital
Haleyville, Alabama

Date January 22, 1952

---

Please remove the above named hospital from your list of member hospitals as it was closed on November 15, 1951.

H. G. Singleton,
Executive Director

HFS/cjm

Copy

HOSPITAL SERVICE CORPORATION OF ALABAMA

INTER-OFFICE  MEMORANDUM

| | | | |
|---|---|---|---|
| From | J. G. McCormick | Subject | Haleyville Hospital |
| To | Mr. John Harris, Comptroller | Date | January 18, 1952 |

Our records indicate the Haleyville Hospital was entered to membership in our plan on June 16, 1947 on a basis of 42 beds on which they paid a membership assessment of $2.50 per bed, amounting to $105.00, which amount stands to their credit.

They also paid a membership fee on 42 beds of $8.00 per bed amounting to $336.00. Please make appropriate entries to remove this hospital from our membership register.

A copy of this memorandum is being attached to the agreement made with the above hospital on January 17, 1952 and a copy is being given to Mr. Singleton for placing in this hospital's file.

J. G. McCormick
Property & Disbursement Mgr.

JGM/ep

CC: Mr. H. F. Singleton



HOSPITAL SERVICE CORP. OF ALABAMA

2119 FIRST AVENUE, NORTH BIRMINGHAM 3, ALABAMA

March, 1948

Dear Subscriber:

Your Blue Cross Plan, Hospital Service Corporation of Alabama, is a non-profit community sponsored organization, extending benefits to nearly 225,000 Alabamians.

Your contract guarantees you certain services to be furnished by our member hospitals -- 78 of them in Alabama -- and these services are provided regardless of cost. The operating expense of our hospitals, however, has increased during the past several years in the same ratio as has your own living expense, and your Corporation has absorbed several increases in hospital rates at no additional cost to you.

Hospital Service Corporation was organized in 1936 - over 11 years ago, - and the fees fixed at that time have not been changed in all of these years. We have stretched your membership dollar every way possible, but it still won't cover present day cost of hospitalization. Because of the continued higher cost of hospital care, it now becomes necessary to increase subscribers' fees, and you will find the new rates set out in the enclosed folder.

Benefits under our contract have been increased many times during the past 11 years, and the most recent increase was on March 1, 1947, when we began to provide 30 days of hospitalization, instead of 21 days each benefit year.

This letter is to advise you that your present contract will be terminated in accordance with provisions contained therein, on the next quarterly payment date of said contract in April, 1948, and you will find enclosed a new contract effective on that same date, which will replace the old contract. You will retain your same contract number and same period for service benefits. No change is being made in the Medical-Surgical Rider, and if this Rider is now attached to your present Hospital Service Contract, will you kindly transfer it to the new contract.

Very truly yours,

Ed Moore

Manager.

IMPORTANT - TO ALL WOMEN SUBSCRIBERS WHOSE HUSBANDS DO NOT HAVE OUR SERVICE - Note carefully the condition appearing in Paragraph 3 of Section 11 of your new contract enclosed, which provides that maternity benefits will not be available to you beyond twelve months from the effective date of this new contract, unless your husband has also been enrolled as a member for a period of at least 12 months. If your husband is not now a member, kindly return the enclosed card, and we will send you the full particulars for his enrollment.

ESM

# BENEFITS INCREASED

## 1 DAY ADDED EACH YEAR FOR 5 YEARS — 5 EXTRA DAYS

**BEGINNING MAY 1st, 1941** all Certificates issued or renewed on or after that date will have added to their 21 days allowed in the hospital, upon the first anniversary, 1 extra day and an additional day each anniversary until 5 additional days are added, making the total 26 days.

In pregnancy cases all certificates issued or renewed after May 1, 1941 will provide for a

**CAESAREAN SECTION**

**14 DAYS IN THE HOSPITAL**

(formerly only 7 days were allowed)

As we prosper and funds become available other conditions will be liberalized. After sufficient funds have been accumulated to establish a safety reserve, then other funds will be available for liberalizing the contract.

**THIS PLAN IS APPROVED BY:**

Alabama Hospital Association—Alabama Medical Association—American Hospital Association
3,000 Business Concerns—75,000 Members

**1 Person in Ten—One Family in 5**

need hospital care each year. Illnesses and accidents are unpredictable. They strike without warning when you can least afford them.

When you need hospital care, you can be free from the worry of hospital expense.

The HOSPITAL SERVICE CORPORATION plan is the answer to this problem.

**Join a Hospital-Sponsored Plan**

The Hospital Service Corporation is a non-profit, community enterprise under which subscriber benefits are guaranteed by member hospitals. It is the only plan in the state that has the Seal of Approval of the American Hospital Association.

There are 66 similarly approved plans in the United States which already have enrolled over 6,000,000 people.

**Why You Should Join This Plan**

The "Blue Cross" plan is a non-profit plan operated to provide service to the people of Alabama.

Members of the Board of Trustees and the Executive Committee serve without pay. The regular staff of the Corporation is on a salary basis.

**Hospital Service Corporation of Alabama**

*Folder used with new certificate 5-1-41.*

BCBSAL_0001078118



5-1-41.

Letter sent out with Revised Cert. 5-1-41.

HOSPITAL SERVICE CORP. OF ALABAMA
CHAMBER OF COMMERCE BLDG. BIRMINGHAM, ALABAMA

Dear Subscriber:

Re: Revised Certificate

Here is your new certificate and identification card. This time you get INCREASED BENEFITS only:

21 days of hospital care in each contract year, plus 1 day to be added at end of each year for 5 years, for new and renewed Certificates on and after May 1, 1941, except in pregnancy cases (cases resulting from pregnancy, and all complications incident to pregnancy) 7 days only are allowed, and except in Caesarean Sections 14 days will be allowed.

Many of the clauses in the certificate have been written in plainer language to avoid misunderstanding--read this new certificate carefully.

Just to refresh your memory we repeat:

(1) Hospital Service Corporation is controlled and operated by 54 Alabama hospitals;
(2) Only Hospital Service Corporation can sell you HOSPITAL SERVICE, for only hospitals can render this service;
(3) This is a NON-PROFIT organization--a community service;
(4) Any profit made will be expended for benefit of members in increased benefits.

May we remind you again:

(1) Admission to a hospital except when necessary is unfair, and your privilege to be admitted to a hospital should not be used as a convenience.
(2) Don't persuade your doctor to let you stay "just another day" when he says you can go home--that's cheating your fellow members.
(3) Let's all play fair and we can have our benefits increased again.

Sincerely yours,

Ed Moore

Manager.

ESM:s
Encl.

Hospital Service Corporation of Alabama