# Exhibit 304

```
 1           IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF ALABAMA

 3                    SOUTHERN DIVISION

 4

 5   IN RE: BLUE CROSS BLUE SHIELD

 6   Master File No. 2:13 CV 20000 RDP

 7   ANTITRUST LITIGATION

 8   MDL NO. 2406

 9

10

11

12       VIDEO DEPOSITION OF MICHAEL PATTERSON

13     30(b)(6) BLUE CROSS BLUE SHIELD OF ALABAMA

14          1901 Sixth Avenue N., Ste: 2400

15                 Birmingham, AL 35203

16                    July 11, 2017

17

18             * * * CONFIDENTIAL * * *

19

20

21

22   REPORTED BY:

23      Angela Smith McGalliard,

24      Certified Shorthand Reporter

25      and Notary Public.
```

**Freedom Court Reporting, Inc**                            877-373-3660

```
 1        A.      Separate registrations.              10:57:40

 2        Q.      Separate registrations for Blue      10:57:46

 3   Shield and Blue Cross, in 1952?                   10:57:49

 4        A.      That's when they were issued.  I     10:57:50

 5   think they were filed in '47 and '49, 1947 and    10:57:53

 6   1949.                                             10:57:54

 7        Q.      And who were they filed with?        10:57:55

 8        A.      The trademark office in              10:57:56

 9   Washington.                                       10:57:57

10        Q.      So you had federal registration      10:58:04

11   for the marks as of '47 and '49?                  10:58:06

12        A.      Yes.  We also had state marks        10:58:09

13   that were issued in '54, not sure when they       10:58:13

14   were filed, cross and the shield.                 10:58:14

15        Q.      And did Alabama transfer those       10:58:24

16   rights to the Association?                        10:58:27

17                MR. BURKHALTER:  Object to the       10:58:28

18   form.                                             10:58:28

19        A.      I believe that was the mechanism     10:58:30

20   of which -- I believe that to be the case, yes.   10:58:35

21        Q.      And when did that occur?             10:58:37

22        A.      I believe that was the '50s, but     10:58:46

23   I'll have to check that date.                     10:58:53

24        Q.      Does Blue Cross Blue Shield of       10:58:55

25   Alabama claim a common-law trademark?             10:58:58
```

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 10:58:59 |
| 2 | Q. | To both Blue Shield and Blue | 10:59:02 |
| 3 | Cross? | | 10:59:03 |
| 4 | A. | Yes. | 10:59:03 |
| 5 | Q. | Are you aware of any concurrent | 10:59:08 |
| 6 | use of the Blue Cross and Blue Shield names in | | 10:59:14 |
| 7 | Alabama? | | 10:59:15 |
| 8 | | MR. BURKHALTER: Object to the | 10:59:15 |
| 9 | form. | | 10:59:15 |
| 10 | A. | No, I am not. | 10:59:17 |
| 11 | Q. | Has there been any disputes about | 10:59:19 |
| 12 | the marks in Alabama? | | 10:59:22 |
| 13 | | MR. BURKHALTER: Object to the | 10:59:22 |
| 14 | form. | | 10:59:22 |
| 15 | A. | To my knowledge, no. | 10:59:23 |
| 16 | Q. | Have there been any legal | 10:59:25 |
| 17 | challenges to the marks or registration of the | | 10:59:28 |
| 18 | marks? | | 10:59:29 |
| 19 | A. | Not that I have seen in my | 10:59:33 |
| 20 | position with the company as an attorney. | | 10:59:41 |
| 21 | Q. | So you're not aware of any? | 10:59:45 |
| 22 | A. | I'm not aware of any, no. | 10:59:47 |
| 23 | Q. | Okay. Have you seen any concerns | 10:59:52 |
| 24 | raised in compliance letters concerning the | | 10:59:54 |
| 25 | marks in Alabama? | | 10:59:56 |

```
 1        A.      I think we investigate them based      11:02:05
 2   on our understanding of the rules and in            11:02:06
 3   conjunction with the Association.                   11:02:08
 4        Q.      When you say the rules, you're         11:02:11
 5   referring to the Association rules on all Blue      11:02:20
 6   Plan members; is that correct?                      11:02:21
 7        A.      Yes.                                   11:02:22
 8        Q.      Other than the requirements of         11:02:25
 9   the license agreement, are there any other          11:02:27
10   bases for which Blue Cross Blue Shield of           11:02:28
11   Alabama is asserting the right to a valid           11:02:31
12   trademark in Blue Cross and Blue Shield?            11:02:34
13                MR. BURKHALTER:  Be sure not to        11:02:36
14   reveal privileged communications in your            11:02:38
15   answer.                                             11:02:38
16        A.      We have common-law right.  We          11:02:40
17   have been using the cross publicly since, I         11:02:43
18   found, 1939; we've been using the shield            11:02:47
19   publicly since 1947.                                11:02:50
20        Q.      So you are claiming common-law         11:02:53
21   trademark right to the names?                       11:02:56
22                MR. BURKHALTER:  Objection.            11:02:57
23   Asked and answered.                                 11:02:57
24        A.      Yes.                                   11:02:58
25        Q.      Okay.  Is there an agreement or       11:03:02
```