# Exhibit 306

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF ALABAMA

 3                     SOUTHERN DIVISION

 4

 5   IN RE: BLUE CROSS BLUE SHIELD

 6   Master File No. 2:13 CV 20000 RDP

 7   ANTITRUST LITIGATION

 8   MDL NO. 2406

 9

10

11          VIDEO DEPOSITION OF KARI HEDGES

12     30(b)(6) Blue Cross Blue Shield Association

13                    KIRKLAND & ELLIS

14                   300 North LaSalle

15                Chicago, Illinois 60654

16                  August 29th, 2017

17

18            * * * CONFIDENTIAL * * *

19

20

21

22   REPORTED BY:

23      Angela Smith McGalliard,

24      Certified Shorthand Reporter

25      and Notary Public.
```

 1   be discussed in today's meeting.
 2          Q.     Okay.  What -- What is the
 3   Association's position on why Exclusive Service
 4   Areas are necessary?
 5          A.     So the Association believes that
 6   the Exclusive Service Areas are necessary
 7   because it helps provide a number of benefits
 8   to the healthcare industry, to subscribers and
 9   to providers; it enables Plans to focus on
10   their exclusive service area.  As a result,
11   Blue Plans go much deeper into each of their
12   markets if there's a motivating factor to
13   contract with providers throughout its
14   exclusive service area to be able to offer
15   services to all the members within its market
16   and to be able to provide those services to
17   those members.
18                 It encourages deep relationships
19   with the community in those markets.  And also
20   encourages Plans to make investments in the
21   strength of the Blue brands in those markets.
22   As a result, we have more contracted providers
23   on a national basis than our competitors, with
24   ninety-six percent of hospitals and, I believe,
25   it's ninety-two or ninety-four percent of

 1   physicians contracted with Blue Cross Blue

 2   Shield Plans; we're able to offer coverage to

 3   over a hundred and five million members

 4   nationally; and we're able to provide the

 5   community resources and do a lot of community

 6   development within those markets.

 7

 8           We have relationships with both

 9   large institutions and small institutions in

10   major metropolitan areas, as well as the rural

11   ZIP codes around the country.

12      Q.      Is there any other reason why the

13   Blue Cross and Blue Shield Association believes

14   Exclusive Service Areas are necessary, other

15   than what you've just listed for me?

16      A.      The other item that I would

17   highlight that the Association sees as a

18   benefit of the Exclusive Service Areas, is it

19   encourages cooperation among the Blue Plans to

20   be able to service national customers and

21   encourages based on their depth of the markets

22   that they've been able to develop.

23      Q.      Is there anything else?

24      A.      That's what I recall.

25      Q.      Now, in the -- In testifying to