FILED
2021 Jun-01 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 307

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
 2                      SOUTHERN DIVISION

 3
    IN RE:  BLUE CROSS BLUE SHIELD
 4  ANTITRUST LITIGATION
    MASTER FILE NO.: 2:13-CV-20000-RDP
 5  MDL NO. 2406

 6

 7       ****************************************

 8
                       VIDEO DEPOSITION OF
 9
         30(b)(6) BLUECROSS BLUESHIELD OF MISSISSIPPI
10
                      SEPTEMBER 22, 2017
11
                           Volume 2
12
         ****************************************
13

14       VIDEO DEPOSITION OF 30(b)(6) BlueCross

15  BlueShield of Mississippi, produced as a witness at

16  the instance of the Plaintiff, and duly sworn, was

17  taken in the above-styled and -numbered cause on the

18  dayy day of 22nd, 2017, before Melinda Bowers, CCR

19  in and for the State of Mississippi, reported by

20  machine shorthand, at the offices of Brunini

21  Grantham Grower & Hewes, 190 E. Capitol Street,

22  Suite 100, in the City of Jackson, State of

23  Mississippi.

24

25
```

```
 1        Q    All right.  The BlueCross and the
 2   BlueShield marks you told me about were first used
 3   in 1947 and '48; is that --
 4        A    BlueCross of Mississippi was 1947.
 5   BlueShield of Mississippi was very soon thereafter
 6   in 1948.
 7        Q    It combined to use both?  The -- the
 8   mutual company that exists today combined to use
 9   both in 1948?
10        A    Yes.  And we always have and have not
11   differentiated among geographic or county-based
12   regions in our state either, meaning all 82
13   counties.
14        Q    From 1948 going forward, the mutual
15   company in all 82 counties has used both marks
16   together?
17        A    BlueCross and BlueShield was not a mutual
18   company at that time.  That did not occur until the
19   1990s.
20        Q    Okay.  The predecessor company that --
21   from 1948 going forward has -- the cross and shield
22   mark have been used exclusively together in
23   Mississippi; is that correct?
24        A    That's correct.
25        Q    Okay.  Has Mississippi been granted any
```