# Exhibit 308

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF ALABAMA

 3                       SOUTHERN DIVISION

 4

 5   IN RE: BLUE CROSS BLUE SHIELD

 6   Master File No. 2:13-CV-20000-RDP

 7   ANTITRUST LITIGATION

 8   MDL NO. 2406

 9

10

11          VIDEO DEPOSITION OF GEORGE TICKLE

12                       Balch & Bingham

13            1901 Sixth Avenue North, Suite 1500

14                 Birmingham, Alabama  35203

15                     February 15, 2017

16

17

18

19

20   REPORTED BY:  Lane C. Butler

21                 Certified Realtime Reporter,

22                 Registered Professional

23                 Reporter and Notary Public

24

25
```

```
 1          Q.    Okay, sir.  We're going to go through
 2    a bit of the history of the premiums and whether
 3    they've gone up or down in just a few minutes.  But
 4    generally, I just wanted to ask you right now have
 5    y'all ever, at any point in time during you've been
 6    responsible for HR, been quoted by any insurers
 7    other than Blue Cross and Blue Shield of Alabama?
 8          A.    I don't believe anybody has ever
 9    quoted us rates.
10          Q.    Okay.  They tried to quote you rates?
11          A.    Yes.
12          Q.    Okay, sir.  Who has tried to quote
13    you rates?
14          A.    UnitedHealthcare.  And I'm sure
15    there's someone else like that --
16          Q.    Okay.
17          A.    -- that probably has.
18          Q.    Are there other -- whether they've
19    attempted to quote you or not, are you aware of
20    other health insurers operating?
21          A.    Yes.
22                MR. BROWN:  Object to the form.
23          Q.    In the state?
24          A.    Yes.
25                MR. BROWN:  Object to the form.
```

```
 1        Q.    Other than UnitedHealthcare?
 2        A.    Yes.
 3        Q.    What other companies are you aware
 4  of?
 5        A.    I don't remember their names.  I know
 6  there is other providers similar to
 7  UnitedHealthcare.
 8        Q.    All right, sir.  Is Viva --
 9        A.    Yes.
10        Q.    -- one of those?  What about Cigna?
11        A.    I've heard of them, yes.
12        Q.    Okay.  What about Aetna?
13        A.    Yes.
14        Q.    What about Southeast Health Plan?
15              MR. BROWN:  Object to the form.
16        Q.    Have you heard of them anytime during
17  the period of time you've been responsible for HR?
18        A.    Not that I'm aware of.
19        Q.    All right, sir.  But other than -- of
20  these, though, only United has attempted to write a
21  quote for you?
22        A.    Yes.
23        Q.    Okay.
24        A.    To my knowledge.
25        Q.    All right, sir.  And when did that
```

```
 1   occur?
 2        A.    Probably when they first entered the
 3   marketplace.
 4        Q.    Okay.  If you would, tell me what you
 5   recall about that interaction.
 6        A.    It was mainly discussions as to their
 7   coverage in the different areas of the state.
 8        Q.    Talking about the availability of
 9   network providers?
10        A.    Yes.
11        Q.    Okay.  What do you recall from that
12   discussion?
13        A.    We're -- we actually have offices in
14   three states, Alabama, Florida, and Georgia.  And
15   there -- in a city like Birmingham, there appeared
16   to be decent coverage.  A lot of our employees live
17   out in rural areas, and there didn't seem to be as
18   good a coverage there.  So we pretty much ended the
19   discussions at that point.
20        Q.    All right, sir. Going back --
21   because we can use "coverage" to mean a lot of
22   different things.  I think what we were just
23   talking about is the availability of healthcare
24   providers --
25        A.    Yes.
```