FILED
2021 Jun-01 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 310



Deposition of:

# CONF H. E. Frech, III, Ph.D. , Non-time stamped

*May 7, 2019*

In the Matter of:

# Blue Cross Blue Shield Antitrust Litigation/in Re

Freedom Court Reporting
800.808.4958 | calendar-freedom@veritext.com | 205-397-2397

Page 152

1   the Local Best Efforts rule; correct?
2         A.    Correct.
3         Q.    Okay. And after you state that,
4   you then do not mention at all in this section
5   regarding the injunction classes, the propriety
6   of certifying a class related to the Best
7   Efforts rules, do you?
8         A.    Well, I think it's -- I think
9   it's implicit in 391, paragraph 391, that that
10  was -- an injunction would constrain the
11  anticompetitive agreements and reduce harm to
12  providers in the future.
13        Q.    But you don't specifically
14  mention the Best Efforts rule in that
15  paragraph, do you?
16        A.    Not in that paragraph. But it's
17  obviously referring to the paragraph before.
18        Q.    You've done no empirical analysis
19  to determine whether a provider suffered common
20  harm related to the Best Efforts rules?
21        A.    Not specifically. That's -- You
22  mean quantitatively. Yeah. Not
23  quantitatively, specifically.
24        Q.    And you offered no specific
25  opinion on the common impact, if any, of the