FILED
2021 Jun-01 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 312

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF ALABAMA
 3                       SOUTHERN DIVISION
 4
 5   IN RE: BLUE CROSS BLUE SHIELD
 6   Master File No. 2:13-CV-20000-RDP
 7   ANTITRUST LITIGATION
 8   MDL NO. 2406
 9
10
11
12                   VIDEO DEPOSITION OF
13                  KEVIN M. MURPHY, PH.D.
14              Hilton Chicago O'Hare Airport
15                 10000 West O'Hare Avenue
16                  Chicago, Illinois 60666
17                       July 22, 2017
18
19
20
21
22   REPORTED BY:  Laura H. Nichols
23                 Certified Realtime Reporter,
24                 Registered Professional
25                 Reporter and Notary Public
```

 1   different if I'm coming into a new area as opposed
 2   to, say, being in the area already or growing on
 3   the areas I already have locally.
 4        Q.    Well, let me ask you a follow-up
 5   question about California.  Do you have an opinion
 6   as to whether Blue Cross of California and Blue
 7   Shield of California have high quality networks in
 8   California?
 9        A.    I have not formed a specific opinion
10   on that.  Again, it's something that could be
11   evaluated and something you could look at going
12   forward.  Again, I'm not sure that is that
13   informative about the ESA question because, again,
14   it's about historical but probably still something
15   you could look at and something you might look at
16   as part of a further analysis.
17        Q.    A number of times in your report, you
18   used the term "local focus."  What do you mean by
19   local focus?
20        A.    I think the -- there's a couple of
21   aspects to it that are important.  One is a high
22   level of experience in the local marketplace, that
23   you know the local marketplace, you have
24   longstanding relationships with many of the
25   provider side and a longstanding relationship with

 1    many of the customers in that local area.
 2               And as such, it's natural for you, as
 3    an economic matter, to say I want to take advantage
 4    of that, I want to utilize that historical position
 5    I have and focus on serving those customers well.
 6    Because as long as I can serve them well and do a
 7    good job, I'm going to have a good chance to
 8    maintain those customers, because I have the
 9    resources in place.
10               The other is, if this is where my --
11    I can expand, that I can grow in this area, I have
12    an incentive to devote my resources to that area.
13    That's saying, you know, it's the reason why people
14    often have a local distributor and they say this
15    is -- you know, you're going to distribute in this
16    area; develop the market.  Go out and find more
17    customers for my product or your product or
18    whatever it is.  That's what you mean by local
19    focus, as opposed to saying you're focused on
20    selling anywhere and everywhere.
21         Q.    Let's turn to the other side that you
22    talked about, the national side of it.  And under
23    the BlueCard program, as we discussed earlier, the
24    providers have to deal with the coverage rules of
25    all the different Blues, which may vary from Blue