# Exhibit 314



Deposition of:
# CONF Daniel J. Slottje, Ph.D.

*March 12, 2021*

In the Matter of:

# Blue Cross Blue Shield Antitrust Litigation/in Re

Veritext Legal Solutions
877.373.3660 | calendar-al@veritext.com | 800.808.4958

1    guess so.  So, yes, to the extent that that
2    impacts the market allocation allegations.
3         Q.     So I understand it, you're
4    referring to paragraph 16-e of Exhibit 2?
5         A.     Yes.
6         Q.     And this is a paragraph that
7    reads:  The Blues agree that none of the Blues
8    will earn revenues from services offered under
9    the Blue brand outside of their service areas
10   and the agreement prevents any Blue, quote,
11   from receiving more than 20 percent of its
12   revenue from non-Blue business in a service
13   area for more than one-third of its revenue
14   company-wide from non-Blue business, close
15   quote.
16             Did I read that right?
17        A.     Yes.
18        Q.     And that is your understanding of
19   the National Best Efforts rule; is that right?
20        A.     That's my recollection.  If I'm
21   completely wrong, then I'm embarrassed, but
22   that's what I remember.
23        Q.     Do you understand how your damage
24   calculations account for the National Best
25   Efforts rule described in paragraph 16-e?

1      A.     I don't think that that's a
2   separate category.  I just think that that's
3   another -- I think you've already talked about
4   it, that the Exclusive Service Areas and the
5   market allocation and the selling and -- of
6   what we've -- the different categories that
7   we've talked about in Exhibit 1.  I don't think
8   my -- my damages are affected by it one way or
9   the other, except that it's one of the
10  allegations.
11     Q.     And what do you mean by you don't
12  think your damages are affected by it one way
13  or the other?
14     A.     Well, the market allocation on
15  selling, the market allocation on provider
16  contracting, those are not going to be affected
17  whether that is in there or not.  I think it's
18  in there for completeness.  And in terms of my
19  calculation of damages, it doesn't affect them.
20     Q.     And just to make sure, when you
21  say whether it is in there or not, you're
22  referring to whether you had written paragraph
23  16-e in your report or not?  Or I may just not
24  be following you.
25     A.     If you're suggesting -- Let's

CONFIDENTIAL

Page 50

1  suppose that the National Best Efforts rules
2  were found to be legal, would that affect my
3  damage numbers.  And my understanding is no.
4       Q.    I apologize if I already asked
5  this question.  Is it right that your damages
6  calculations reflect your opinion about how
7  much provider reimbursements would have
8  increased to each of the 106 hospitals in the
9  GAC hospital class in the but-for world?
10           MR. BROWN:  Object to form.
11       A.    I don't follow the question.  Can
12  you help me with that?
13       Q.    Yeah.  Let me try again.
14           Am I right that the way you
15  calculate damages in this case is by looking at
16  the reimbursements that the 106 GAC hospitals
17  would have received in a but-for world?
18           MR. BROWN:  Object to form.
19       A.    In a but-for world.  I don't --
20  I'm not comfortable with that.  I would say
21  that they're the reimbursements they would have
22  received absent the challenged conduct.
23           The but-for world is a
24  construction of, as Professor Murphy put it,
25  you know, what the world would have looked like