# Exhibit 317

 Alabama Secretary of State 

| Blue Cross and Blue Shield of Alabama ||
|---|---|
| Entity ID Number | 717 - 652 |
| Entity Type | Domestic Non-Profit Corporation |
| Principal Address | BIRMINGHAM, AL |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Jefferson County |
| Formation Date | 2-3-1936 |
| Registered Agent Name | Not Provided |
| Registered Office Street Address | Not Provided |
| Registered Office Mailing Address | Not Provided |
| Nature of Business | REGISTERED AGENT INFO: CONTACT THE INSURANCE DEPT 334-269-3550 |
| Capital Authorized | |
| Capital Paid In | |
| **Incorporators** ||
| Incorporator Name | CARROWAY, C N |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | GAY, A J |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | GRADDOCK, FRANK H |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| **Transactions** ||
| Transaction Date | 3-18-1952 |
| Legal Name Changed From | Hospital Service Corporation of Alabama |
| Transaction Date | 10-24-1958 |
| Nature Of Business Changed From | HOSPITAL SERVICE PLAN |
| Transaction Date | 10-24-1973 |
| Legal Name Changed From | Blue Cross-Blue Shield of Alabama |
| **Scanned Documents** ||
| Purchase Document Copies ||

| Blue Cross and Blue Shield of Alabama ||
|---|---|
| Document Date / Type / Pages | 10-24-1973    Legal Name Change    6 pgs. |
| | |

New Search