# Exhibit 320

The Tuskegee News (Tuskegee, Alabama) · Thu, May 12, 1949 · Page 8
https://www.newspapers.com/image/55   85854
Printed on May 12, 2021



Copyright © 2021 Newspapers.com. All Rights Reserved.

