FILED
2021 Jun-02 PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-CV-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |

**<u>ORDER</u>**

This matter is before the court on a Motion by a Class Member for the Court to Modify the Settlement or Dismiss this Case. The cover letter with the Motion asks the court to file the Motion and return a file stamped copy. The court has instructed the Clerk of the Court to file the document, and return a copy, but the court will construe the document as an Objection to the Settlement, rather than a Motion.

**DONE** and **ORDERED** this June 2, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE