FILED
2021 Jun-14 AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO DEPOSITION OF BRADLEY D. EISEMANN

30(b)(6) DEPOSITION OF CRENSHAW COMMUNITY HOSPITAL

Balch & Bingham, LLP

105 Tallapoosa St., Ste: 200

Montgomery, AL 36104

May 3, 2017

REPORTED BY:

Angela Smith McGalliard,

Certified Shorthand Reporter

and Notary Public.

say -- or said to Blue Cross to try to get more money. Under summary, could you read the sentence in the third line beginning: We have experienced.

MR. BROWN: Object to form. Foundation.

Q. Could you read that out loud, please.

A. We have experienced tremendous losses under the Blue Cross Blue Shield contracts to a point where our financial viability is threatened.

Q. That's not accurate, is it?

A. I do believe it's accurate.

Q. You don't --

A. As the document says, lower payments, higher contractuals, threat to viability. So it's not in this summary area that we have an outpatient rate that's declining. When I was there, I called and asked if it would be negotiated, and he said no, take it or leave it. We don't negotiate outpatient rates. We got a small increase on inpatient rates, but the outpatient pushed it to -- from the payers to do more outpatient and then you'll lower the rates.