FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 6

VERITEXT LEGAL SOLUTIONS

Deposition of:

# CONF David Evans, Ph.D. - Timestamped

*January 15, 2021*

In the Matter of:

# Blue Cross Blue Shield Antitrust Litigation/in Re

Veritext Legal Solutions
877.373.3660 | calendar-al@veritext.com | 800.808.4958

in your opinion? 10:14:19

A. Can I put this aside now? 10:14:21

Q. Sorry. I didn't hear that. 10:14:24

A. Can I put the binder aside, or do I 10:14:25 still need to keep the -- 10:14:28

Q. You can put the binder aside. 10:14:29

A. Okay. Sorry. And your question 10:14:35 again? 10:14:37

Q. In the context of this case, the Blue 10:14:37 Cross case, what, in your opinion, is the 10:14:41 transaction at issue? 10:14:44

A. The ultimate transaction that is 10:14:47 being facilitated by the -- by the Blue Plans is 10:14:49 the -- is obtaining -- is obtaining medical 10:14:54 services by enrollees and the provision of those 10:15:03 services by providers. So it's -- it's, in effect, 10:15:06 the provision of medical services. That is -- and 10:15:10 just to be clear there, that is the transaction 10:15:17 that is being -- that is being facilitated. 10:15:19

Q. Okay. If I'm a Blue Cross or Blue 10:15:23 Shield enrollee and I pay my premiums for a year 10:15:32 but I'm lucky enough not to need any medical 10:15:37 services that year, is there a transaction? 10:15:40

MS. KENNEDY: Objection to form. 10:15:44

A. So, you're using -- you're using the 10:15:46