FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8

1994 President's Report

Bernard R. Tresnowski

President and Chief Executive Officer

Blue Cross and Blue Shield Association

# The Search for Meaning



- ☐ The National Transplant Network was restructured, new pricing agreements were developed with Network institutions and significant cost savings resulted. It is estimated that, on average, the new rates are 30 percent below current Plan payments.

  The Network is selling well to our Plans, and several large accounts — including Dayton Hudson Company and Chrysler — are carving out their transplant business and bidding it separately. Chrysler selected our Network over other, competing networks.

- ☐ A Clinical Trial Support Program, available only to select clinical trials with institutions that have agreed to a special package rate, has been initiated. The first of its type, the program is modeled after the Breast Cancer Demonstration Project. Twenty Plans and several research institutions are participating, and the first trial is for the treatment of multiple myeloma.

  In addition, 16 Plans are implementing the Cancer Resource Program. It is the first cancer-specific management program and provides a unique market distinction for the implementing Plans.

## Enrollment and Financial Results

Membership of the independent Blue Cross and Blue Shield Plans was 65.5 million as of June 30, representing 24.8 percent of the U.S. population. Enrollment gains in the first three months of the year were offset by losses during the second quarter, with Plans reporting a year-to-date enrollment loss of 346,000 subscribers. However, if the two Plans with the largest losses were removed from the systemwide numbers, there would have been a gain of 585,000 subscribers.

Of particular note is the continuing growth in our managed care products, with 27.3 million — or 42 percent — of our enrollment in managed care. This segment of our business has grown from 19 percent of total enrollment in 1988. The composition of our managed care enrollment is: PPO – 64 percent; HMO – 28 percent; POS – 8 percent.

Of particular note is the continuing growth in our managed care products, with 27.3 million — or 42 percent — of our enrollment in managed care.

A highlight of this enrollment growth was that it enabled “the Blues to overtake managed care giant Kaiser Permanente,” as *Modern Healthcare* magazine reported. At mid-year, the Plans’ combined HMO enrollment reached 7.6 million, exceeding Kaiser Permanente’s HMO enrollment by nearly one million subscribers.

For the first six months of 1994, Plans reported revenue of $36 billion in their private business, similar to what was reported last year. There was a 1.8 percent underwriting gain, compared to a gain