FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

RECORDS CENTER 3
CS 14

BlueCross BlueShield Association

An Association of Independent Blue Cross and Blue Shield Plans

BlueNotes

Evolving Management Issues at Blue Cross and Blue Shield Association

January 13, 1995

## Communications and Media Relations

Fact Book: A new edition of the Association's Fact Book is now available. The information has been updated and charts added to make this a handy, user-friendly book of facts, figures and statistics all about the Blue Cross and Blue Shield organization. We will be updating the Fact Book again in the second quarter of 1995, after 1994 year-end numbers are available. For a copy of the Fact Book, contact Judy Vasquez: 312.440.5955.

"Blue Card" News Release: On Monday, the Association issued a news release announcing the roll-out of the Blue Card program and its tag line: "Now, Home is Where the Card Is." The program enhances health insurance mobility by allowing card members access to quality care whenever they travel. For a copy of the news release, contact Iris Shaffer: 312.440.5572.

Investor Relations Seminar: Communications and Media Relations will sponsor a one-day seminar for Plan communicators to discuss investor relations. The seminar will be held in Chicago on March 22. Contact Iris Shaffer: 312.440.5572.

## HMO-USA

Operations Service Center Sets Two New Records in 1994: HMO-USA's Operations Service Center processed over $200 million in premiums during the 1994 calendar year. Additionally, the Service Center generated over three-quarters of a million dollars in fee-for-service income. Contact Kirsten Gretick: 312.440.6297.

## Inter-Plan Operational Services

1995 Out-of-Area Program: The volume of claims processed through the Central Financial Agency (CFA) has tripled in the last few months. Volume should continue to rise rapidly as Plans increase their connections and complete provider training. As such, Plans have identified performance monitoring as the single most important focus of the OAP in 1995.

**Managing Editor: Anne Rukavina 312.440.5575**

## Strategic Consulting Services

Blues Investigate Medicare Managed Care Initiative:

- **Medicare Managed Care is Growing:** A 1994 survey conducted by the Group Health Association of America concluded that 70 percent of HMOs already offer a Medicare managed care product or intend to do so in 1995.

- **Competitors Dominate Medicare Risk Markets:** Four major managed care competitors (PacifiCare, FHP, Kaiser and Humana) control 57 percent (1.3 million) of the 2.3 million total Medicare risk enrollees. Competitors dominate eight of the eleven markets where Blue Plans have a Medicare risk presence. The major competitor in each of these eight markets has, on average, 58 percent market share.

- **Competitors are Successfully Marketing Broad Coverage in the Senior Market:** U.S. HealthCare, which offers senior market managed care products in ten locations, successfully markets its broad coverage to large employers. Individual Blue Plans, marketing single state coverage, are poorly positioned to compete against U.S. HealthCare's multi-state retiree health plan coverage.

- **HIP, with Locations in New York and Florida, Offers its Medicare Managed Care Members a Portable Benefit:** The reciprocity arrangements between the two HIP locations allow members to be serviced by the affiliate location for up to a year without disenrolling from their local HMO.

- **Blues Collective Capability is Small, But Growing:** Taken together, the Blues total Medicare managed care enrollment is approximately 167,000, with over 67,000 members in risk contracts and 100,000 members in TEFRA cost and HCPP contracts. The Blues' collective Medicare risk market share of 3 percent pales in comparison to major managed care competitors with average risk shares of over 14 percent. However, enrollment has grown steadily over the last four years with 1994 showing over 40 percent growth in Blue Plans risk enrollment, and nearly double the number of risk contractors.