FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 10

# Guidelines to Administer Membership Standards Applicable to Regular Members

November 18, 2016

Includes revisions, if any, adopted by the BEPC and/or Member Plans through November 18, 2016



CONFIDENTIAL 

## Standard 12: Blue-Branded Provider Network Rental

The Standard is:

**No provider network, or portion thereof, shall be rented or otherwise made available to a National Competitor if the Licensed Marks or Names are used in any way with such network.**

**A provider network may be rented or otherwise made available, provided there is no use of the Licensed Marks or Names with respect to the network being rented.**

Determination of Compliance:

1. Guidelines Subject to Immediate Termination

   1.1 None

2. Guidelines Subject to Mediation/Arbitration

   2.1 A Plan shall be considered noncompliant if it or any Licensed Controlled Affiliate directly or indirectly rents or otherwise makes available to a National Competitor a provider network or any portion thereof with which such Plan or Licensed Controlled Affiliate is using the Licensed Marks or Names.

   2.2 A Plan shall be considered noncompliant if it or any Licensed Controlled Affiliate directly or indirectly rents or otherwise makes available (through a provision in a provider contract or otherwise) a provider network or portion thereof which uses the Licensed Marks or Names to an unlicensed Affiliate or any entity that, in turn, rents or otherwise makes available such network to a National Competitor, even if such Affiliate makes no other reference to the Licensed Marks or Names.

   2.3 Nothing herein shall prohibit an unlicensed Affiliate of a Plan from contracting separately in its own name with any provider and renting or otherwise making available the provider network created by such contracts to any person or entity, provided there is no reference in or use of the Licensed Marks or Names in such contracts or elsewhere with respect to the rented network.

   2.4 "National Competitor," for purposes of this Standard, Brand Regulations, Inter-Plan Programs Policies and Provisions and all other BCBSA Programs or requirements, is any non-Blue entity, other than a subsidiary or affiliate of a Blue entity, together with its affiliated companies that:

   (a) competes against the Blue System for Core Products and Services (as defined in Brand Regulation 5.7);

   (b) has a presence in more than one state; and

   (c) on a consolidated basis, would have at least $2 billion (indexed to annual US Health Care Inflation Rate starting 12/31/2017 and annually thereafter in annual gross revenues at 12/31/2015 and annually thereafter attributable to Core Products and Services (as defined in Brand Regulation 5.7), excluding hospital/healthcare system revenues in connection with patient services.