FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 11

BRAND REGULATIONS AND IMPLEMENTATION GUIDES

BlueCross BlueShield

# BRAND BOOK

CONTENTS

INTRODUCTION

BRAND REGULATIONS

1 Basic Usage Rules
2 Subscriber I.D. Cards
3 Disclosure Requirements
4 Use of Brands Outside Service Area
5 Joint Communications
6 Use of Brands on the Internet
7 Uncoupling Regulations
8 Regional Medicare Products

APPENDIX

A Subscriber ID Card Illustrations
B Disclosure Requirements
C Use of Brands Outside Service Area
D Joint Communications
E Use of Brands on the Internet
F Uncoupling
G Approvals and Appeals

GLOSSARY

INDEX

BlueCross BlueShield Association

16-336-R25_Revised 06_2016

UNCOUPLING REGULATIONS

**7.8 Core Products and Services.** The foregoing rules 7.6 through 7.7 shall apply only to uses of non-Blue words or symbols on Core Products or Services. Core Products or Services shall mean health care plans and related services as defined in Paragraph 1 of the License Agreements and shall include, but not be limited to the sale, marketing or administration of: (a) medical/surgical coverage, (b) hospital coverage, (c) major medical coverage, (d) Medicare or Medicaid risk coverage, (e) Medicare supplemental coverage, (f) dental, drug, mental health, vision or hearing coverage, (g) any HMO, PPO or other managed care plan, and (h) the delivery of health care services. Core Products or Services shall also include the delivery of hospital services. Core Products or Services shall not include: (1) benefit management only services (e.g., pharmacy benefit management, utilization review), (2) administering or underwriting non-health coverages (e.g., life insurance), (3) workers' compensation coverage, (4) brokerage services for non-health coverages or other non-health products or services, (5) charitable foundations, (6) real estate, software or investment services, (7) COBRA administrative services, (8) stop loss insurance, and (9) healthcare analytic and business intelligence products and analytic consulting services, including data collection, data aggregation and analytic intelligence in the fields of medicine and healthcare.

CONTENTS
INTRODUCTION
BRAND REGULATIONS
1 Basic Usage Rules
2 Subscriber I.D. Cards
3 Disclosure Requirements
4 Use of Brands Outside Service Area
5 Joint Communications
6 Use of Brands on the Internet
7 Uncoupling Regulations
8 Regional Medicare Products
APPENDIX
A Subscriber ID Card Illustrations
B Disclosure Requirements
C Use of Brands Outside Service Area
D Joint Communications
E Use of Brands on the Internet
F Uncoupling
G Approvals and Appeals
GLOSSARY
INDEX