FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 13
# (FILED UNDER SEAL)