FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 14

# Patient Care

## Our patients are our neighbors

### We are UAB Medicine

UAB Medicine is not a formal entity but an operating model comprised of the UAB School of Medicine, UAB Health System, and the University of Alabama Health Services Foundation. Together, these three organizations collaborate closely through an executive management structure called the Joint Operating Leadership. The Health System treats more than 1,000,000 patients every year and includes one of the largest public hospitals in the country. The UA Health Services Foundation staff multiple clinics that offer medical services in more than 35 specialties. Learn more about UAB Medicine **here**.

### Facilities

UAB Medicine has nine different freestanding locations, which include nationally-recognized facilities like UAB Hospital, The Kirklin Clinic of UAB Hospital, UAB Women & Infants Center, and the UAB Callahan Eye Hospital. UAB Medicine is home to the nation's longest kidney chain, has performed more than 10,000 robotic surgeries, is continually ranked the #1 hospital in Alabama, has 1,500+ active physicians, and is home to 10 nationally-ranked medical programs.

### Caring for a Diverse Population

As Alabama's most diverse city, Birmingham offers an outstanding backdrop for medical students to study and train. We are committed to health disparity research, particularly in relation to diseases endemic to the Deep South. Our students, faculty, and residents are working towards building a more equitable and effective healthcare system for all.

**Office of the Dean**
510 20th St S
Birmingham, AL 35233
Campus Map
Contact

INFO FOR
Current Students
Residents & Fellows
Faculty & Staff
Donors

DIRECTORY
Departments
Centers & Institutes
Offices & Services
Faculty

PATIENT CARE
Find a Provider
Hospitals & Clinics
Schedule an Appointment
Refer a Patient

Privacy | Terms of Use | © 2021 The University of Alabama at Birmingham

UAB is an Equal Opportunity/Affirmative Action Employer committed to fostering a diverse, equitable and family-friendly environment in which all faculty and staff can excel and achieve work/life balance irrespective of race, national origin, age, genetic or family medical history, gender, faith, gender identity and expression as well as sexual orientation. UAB also encourages applications from individuals with disabilities and veterans.