FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 16

BlueCross BlueShield of Alabama

April 2016

# Market Information

Blue Cross and Blue Shield of Alabama markets products across five market segments:

- Individual
- Small Group
- Small Underwritten (Merit)
- Large Self-Funded National Accounts
- Senior

The information contained within this brief illustrates our market share, network strength, discount strength, and administrative efficiency within each of these markets. Information regarding competitive carriers within each market segment has also been supplied.

Blue Cross and Blue Shield of Alabama is an independent licensee of the Blue Cross and Blue Shield Association.

# Alabama's Small Group Market

Blue Cross's in-state small group market has been described by many as dominating. From competitors and consultants to our very own members, our attention to customer service, plan design and network access has been proven in the 97% small group market share we hold within the state. Our top small group competitors have been defined as UnitedHealthcare and VIVA Health.

**Total Health & Small Group Market Share**
**State of Alabama – CY 2014**




Note: Marketshare data from Milliman is Underwritten only for the Large Group Market.
Others include Time Insurance Company (95), All Savers Insurance Company (4) and All Other (96).
Source: Total population – Census.gov 2014 estimate; Medicare-MA State/County Penetration, 2014; Medicaid-Alabama Medicaid Statistics, January 2014 (minus aged, blind adult, disabled adult and QMB only); Uninsured (projected at 11% of total population based on Kaiser estimates; Individual, Small Group, & Merit enrollment 2014 Milliman Supplemental Health Exhibit; Host Enrollment 2014 IPPER Association Report, BlueWeb; Large Group Alabama population estimated based on remainder of market population.