FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 17

**Exhibit 2**

## Competitor Biography-HealthSpring of Alabama, Inc.

HealthSpring of Alabama, Inc. is a Medicare Advantage Health Maintenance Organization (HMO). Currently, HealthSpring of Alabama, Inc. offers 6 plans within the following 36 counties.

| | | |
|---|---|---|
| Autauga | Elmore | Mobile |
| Baldwin | Etowah | Montgomery |
| Bibb | Fayette | Morgan |
| Blount | Greene | Perry |
| Calhoun | Hale | Shelby |
| Cherokee | Jefferson | Saint Clair |
| Chilton | Lamar | Talladega |
| Cleburne | Lawrence | Tuscaloosa |
| Coosa | Limestone | Walker |
| Cullman | Lowndes | Washington |
| Dallas | Madison | Wilcox |
| Dekalb | Marion | Winston |

The plan's premium breakdown[1] is as follows:

| Organization | Plan Name | Total Monthly Premium (including Drug Premium) | Drug Premium | Annual Drug Deductible | Coverage in the Gap |
|---|---|---|---|---|---|
| HealthSpring of Alabama | HealthSpring Advantage Plus 1 | $0.00 | $0.00 | $0.00 | Generics |
| | HealthSpring Advantage Plus 2 | $0.00 | $0.00 | $0.00 | Generics |
| | HealthSpring Advantage Plus 3 | $0.00 | $0.00 | $265.00 | No Coverage |
| | HealthSpring Advantage Plus 4 | $100.50 | $12.10 | $265.00 | No Coverage |
| | HealthSpring Basic Care | $12.00 | $12.00 | $265.00 | No Coverage |
| | HealthSpring Advantage Care** | $0.00 | $0.00 | $0.00 | No Coverage |

Note: At least two or more of their plans are offered within its 36 county service area
Note: This list does not include their SNP plan "HealthSpring Total Care"

HealthSpring of Alabama, Inc. **strengths** include:

- Service area is 36 counties

[1] CMS Landscape of Alabama 2007 Medicare Advantage Plans

**Exhibit 2**

## Competitor Biography-VIVA

VIVA HEALTH, Inc. is a subsidiary of Triton Health Systems, a company owned by the UAB Health System. Viva is a Medicare Advantage HMO, and they only offer two plans within Alabama. Viva's plans are only offered in the following 13 counties:

| | | |
|---|---|---|
| Autauga | Elmore | Pike |
| Blount | Jefferson | Shelby |
| Bullock | Lowndes | St. Clair |
| Chilton | Macon | |
| Crenshaw | Montgomery | |

The plan's premium[4] breakdown is as follows

| Organization | Plan Name | Total Monthly Premium (including Drug Premium) | Drug Premium* | Annual Drug Deductible | Coverage in the Gap |
|---|---|---|---|---|---|
| VIVA | Viva Medicare Plus Rx | $0.00 | $0.00 | $265.00 | No Coverage |
| | Viva Medicare Plus Select** | $0.00 | | | |

Note: All plans are not offered in every county

Viva's **strengths** are:

- Allied with one of the nation's top hospitals-UAB Health System
- No plan premium
- Local Company
- Ranked #1 in Customer Service[5]

Viva's **weaknesses** are:

- Only offered in 13 counties
- Small provider network
- Members have an annual drug deductible that must be met
- Not many options on Medicare Advantage coverage

[4] CMS Landscape of Alabama 2007 Medicare Advantage Plans
[5] 2005 CAHPS