FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF TERRY KELLOGG
Maynard, Cooper & Gale
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
8:30 a.m.
July 19, 2017

REPORTED BY: Lane C. Butler
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

11:29:25 local group accounts?
11:29:25 A. I'm not aware. I don't -- I -- I see
11:29:28 proposals. I don't know. I cannot name a recent
11:29:32 success that they've had.
11:29:33 Q. All right. And you mentioned Viva.
11:29:36 Are they of any significance as a competitor to you
11:29:39 for local group accounts in Alabama?
11:29:41 A. In this market, in Birmingham,
11:29:43 especially in the small group market, they're
11:29:45 pretty effective.
11:29:47 Q. All right. Outside of Birmingham, is
11:29:48 Viva an effective competitor of yours?
11:29:52 A. I don't know of any successes they've
11:29:54 had outside of Birmingham.
11:29:56 Q. Okay. And would you describe
11:30:01 Viva's -- how would you describe Viva is
11:30:03 competitive compared to your company?
11:30:05 A. More -- more focused on a very much
11:30:08 smaller provider -- provider network. They're
11:30:11 affiliated with the University of Alabama
11:30:13 healthcare system. So I would say they're -- they
11:30:19 are definitely a narrow network, a narrow network
11:30:24 player. And we are talking about employer group
11:30:30 again, because -- I say that only to say that
11:30:32 there's other markets out there where I compete