FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 19

# (FILED PARTIALLY UNDER SEAL)

**From:** Tim Sexton [/O=BCBSALORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B5013]
**Sent:** Tuesday, June 15, 2010 2:44:19 PM
**To:** David Platt
**Subject:** RE: VIVA Hiring In Birmingham

The reason they can go after snp is it's a heavy on managed care and they have the captie facility to do

---

**From:** David Platt
**Sent:** Tuesday, June 15, 2010 9:13 AM
**To:** Tim Sexton
**Subject:** VIVA Hiring In Birmingham

Tim,

Thought you might find this information interesting, that we learned from some of the terminated Service Reps who came back to fill some of the new Sales territories. Viva is hiring 5 sales reps in the greater Bham area. These are full time employees of Viva and they are trying to model our sales approach. These reps will receive the following:

$35K base salary – [redacted]
$125 per new contract (paid 2 months lag) – [redacted]
Additional $100 for Medicaid contract, total $225 per contract – [redacted]
$500 per month car allowance – [redacted]
$50 per month cell phone allowance – [redacted]
Advertising support from Viva to advertise meetings – [redacted]
Goal of 25 contracts/month – [redacted]

A few interesting points:

1. We cannot make money in SNP and must get out of that line of business but Viva is paying heir reps $100 extra to enroll people in the Medicaid/SNP products.
2. Based on the Viva compensation package, if the rep sold 40 contracts a month average or 480 for the year, and 25% of their sales were Medicaid products, the rep would make $72,000 in commission plus $35,000 base for a total compensation of $107,000. That is pretty typical of our field sales reps, on average.
3. Question is whether 480 contracts is possible at Viva with the competition of the other 4 employed reps and the agents and brokers who also sell Viva.

What I do not like is having a bunch of new, eager, hungry Viva reps running around the area trying to drum up business when we are injecting so much change and price increase into the market! They clearly are not content with the status quo and plan to push for a larger share of the market.

David