FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 22

# UPMC FAST FACTS

UPMC LIFE CHANGING MEDICINE

**UPMC, a $23 billion world-renowned health care provider and insurer based in Pittsburgh, PA, is inventing new models of accountable, cost-effective, patient-centered care.**

- UPMC is a nonprofit that melds an unwavering community mission with entrepreneurial business models. UPMC is the first nonprofit health system to fully adopt Sarbanes-Oxley.
- UPMC is the largest non-governmental employer in Pennsylvania, with more than 92,000 employees.
- A recognized innovator in information technology, UPMC was an early adopter of electronic health records and the interoperability solutions that tie them together. Its clinical and technological capabilities have attracted such technology partners as Microsoft and GE Healthcare.

**UPMC operates 40 academic, community and specialty hospitals, 700 doctors' offices and outpatient sites, employs 4,900 physicians, and offers an array of rehabilitation, retirement, and long-term care facilities.**

- UPMC has created a genuinely integrated health delivery system, with renowned centers of excellence in transplantation, cancer, neurosurgery, psychiatry, rehabilitation, geriatrics and women's health. *U.S. News & World Report* consistently ranks UPMC Presbyterian Shadyside among the nation's best hospitals in many specialties and ranks UPMC Children's Hospital of Pittsburgh on its Honor Roll of America's Best Children's Hospitals. For more information, go to **UPMC.com**.
- The virtually paperless UPMC Children's Hospital of Pittsburgh was the nation's first pediatric hospital to achieve HIMSS Stage 7, the highest level of electronic health record implementation. Overall, more than a dozen of UPMC's hospitals are at the highest levels of EHR adoption, as are its outpatient locations, enhancing the quality and safety of patient care.

**UPMC's Insurance Services Division (ISD), the largest medical insurer in western Pennsylvania, has grown to 4 million members and is leading the way with innovative health plans for virtually all segments of society that deliver better quality and lower cost.**

- ISD provides health plans to employers for their employees and dependents, to individual members, as well as to those eligible for Medicare, Medicaid, and the Children's Health Insurance Program (CHIP) throughout the Commonwealth.
- ISD offers absence management services, Life Solutions health management, wellness and employee assistance programs, worker's compensation, and on-site health services, as well as some of the most comprehensive health improvement, wellness, and workplace productivity programs anywhere in the United States. The ISD also operates an HR software and services company providing health and productivity support to benefit administrators, consultants, and carriers on a single platform.

**UPMC's International Division has launched dozens of ventures abroad such as:**

- Hands-on health care management and advisory services to reshape the economics and practice of health care abroad.
- Design and construction oversight of new hospitals or cancer centers.
- Best-in-class treatment programs and advanced technology across a number of specialties to provide high-quality health care close to home.

**Our global programs span four continents, with focused efforts in:**

- China • Italy • Ireland • Kazakhstan

**UPMC is committed to giving back and reinvesting in the community.**

- In the most recent fiscal year, UPMC's community contributions were $1.4 billion and represented more than 15 percent of net patient revenue.

**UPMC is closely affiliated with the University of Pittsburgh, which has ranked among the top 10 recipients of National Institutes of Health research funding since 1998.**

## GROWTH AND SUCCESS OF UPMC: 2001-2020




| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | CY16 | CY17 | CY18 | CY19 | CY20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. News & World Report Rank | 16 | 16 | 15 | — | 13 | 14 | 13 | 14 | 13 | 13 | 12 | 10 | 10 | 12 | 13 | 12 | 14 | 15 | 15 | — |
| "Fortune 500" Rank | — | 473 | 407 | 400 | 399 | 391 | 377 | 357 | 337 | 292 | 279 | 270 | 266 | 242 | 252 | 209 | 178 | 160 | 153 | 137 |

## Strong, Consistent Financial Performance

| ($ millions) | Calendar Year Ending December 31, 2019 | Calendar Year Ending December 31, 2020 |
|---|---|---|
| Operating Revenue | $20,609 | $23,093 |
| Operating Income | $239 | $836 |
| Operating Margin | 1.2% | 3.6% |

## Investing in World-Class Facilities




## Community Contributions in Most Recent Fiscal Year = $1.4 Billion

Uncompensated care (at cost)........................ $479 million
Value of community service programs ................ $376 million
Support for research and education.................. $548 million

## LIFE CHANGING MEDICINE

UPMC is taking health care from where it is to where it needs to be by creating a future built on ideas, innovations, and care. An industry leader, UPMC exports excellence nationally and internationally, and fuels the development of new businesses that leverage our intellectual capital, core capabilities, and management expertise. UPMC is a catalyst for a regional economic renaissance, and remains steadfastly committed to providing premier health care services to our region while contributing to the community in meaningful ways.