FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 23

ABOUT UPMC HEALTH PLAN

# Our Company

UPMC Health Plan, headquartered in Pittsburgh, Pennsylvania, is among the nation's fastest-growing health plans. It is owned by the University of Pittsburgh Medical Center (UPMC), a world-renowned health care provider. As part of an integrated health care delivery system, UPMC Health Plan is committed to providing its members better health, more financial security, and the peace of mind they deserve. UPMC Health Plan partners with UPMC and community network providers to produce a combination of knowledge and expertise that provides the highest quality care at the most affordable price. The UPMC Insurance Services Division—which includes UPMC Health Plan, Workpartners, UPMC *for Life*, UPMC *for You*, UPMC *for Kids*, UPMC Community HealthChoices, and Community Care Behavioral Health—offers a full range of group health insurance, Medicare, Special Needs, CHIP, Medical Assistance, behavioral health, employee assistance, and workers' compensation products and services to more than 3.9 million members. Our local provider network includes UPMC as well as community providers, totaling more than 140 hospitals and more than 29,000 physicians throughout Pennsylvania and parts of Ohio, West Virginia, and Maryland.

**Translation Services Available:**

Español
繁體中文
Tiếng Việt
Русский
Deitsch
한국어
Italiano
العربية
Français
Deutsch
ગુજરાતી
Polski
Kreyòl Ayisyen
ខ្មែរ
Português

**Connect with Us**

**COPYRIGHT 2021.
UPMC HEALTH PLAN, INC.**

Active Privacy & Breach Alerts