FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 24




***Consumerism:*** Highmark defines consumerism as "Engaging and empowering our members to help them make informed health care decisions".

One example of this is: patients deciding what types of health care they need and how much they're willing to spend on it.

This is being driven by the drop in employer-provided health insurance coverage and the development of financial vehicles such as tax-free savings accounts, which encourage individuals to invest in their health care to ensure its quality and availability.

As "consumerism" becomes more prevalent in the healthcare industry, we see a shift from B2B to B2C marketing concepts.

Different approaches and ideas are being considered and implemented by many healthcare insurers, throughout the country, to maintain and grow market share.

In this session, we will explore the evolution of *Highmark Direct* Retail Stores— the first of its kind in Pennsylvania —and how Highmark BCBS took retail concepts and applied them to the health insurance business.



CONFIDENTIAL - OUTSIDE COUNSEL ONLY BCBSA01156038

# Questions?




Ron Zezza
Highmark Inc.
ron.zezza@highmark.com

HIGHMARK

16

• UPMC Health Plan, a regional competitor of Highmark, opened up a retail store on 8/4/11 in Erie PA

• Two producer retail outlets are supposed to open in late 2011. Brokers and agencies will be using this format to offer products from a variety of PA carriers, including Highmark.

• Rumor had it that Walgreens was planning to start selling health insurance to customers this fall through a private health insurance exchange. However, this was never confirmed.

• Expansion plans are currently in the works.



CONFIDENTIAL - OUTSIDE COUNSEL ONLY