FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 25

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

\- - -

IN RE: )
)No.
BLUE CROSS BLUE SHIELD )2:13-cv-2000RDP
ANTITRUST LITIGATION, )

\- - -

Videotape Deposition of KENNETH MELANI

Wednesday, September 20, 2017

\- - -

The videotape deposition of KENNETH MELANI, called as a witness by the subscriber plaintiffs, pursuant to notice and the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before me, the undersigned, Lance E. Hannaford, Notary Public in and for the Commonwealth of Pennsylvania, at the offices of NDS, Gulf Tower, 11th
10:45 Floor, Pittsburgh, Pennsylvania 15219, commencing at o'clock a.m., the day and date above set forth.

\- - -

Then they would sign it immediately, because it was the best payment in town. 05:18:18p 05:18:20p

Q How do you know it was the best payment in town? 05:18:21p 05:18:24p

A We were able to do relative comparisons. 05:18:24p

Q Who are your competitors in the western part of Pennsylvania? 05:18:27p 05:18:30p

MS. WITT: Object to the form. 05:18:33p

A UPMC. Aetna. We had United was here. We had all sorts of companies making proposal. Over the years Travelers was in here, Equitable was in here. We had physician and hospital owned networks. 05:18:33p 05:18:41p 05:18:45p 05:18:48p

In fact, I ran one that competed against Blue Cross Blue Shield before I came to Blue Cross and Blue Shield. So there have been a series of competitors over the 20-year period of time. 05:18:52p 05:18:54p 05:18:57p 05:19:00p

Q Do you know -- sorry to interrupt. 05:19:02p

You know for absolute fact that Aetna, for example, offered rates that were much lower than what Highmark was offering among all providers? 05:19:05p 05:19:07p 05:19:12p

A Not among all but in general there were a lot of categories they were lower than us. 05:19:15p 05:19:18p

Q Substantially lower? 05:19:20p

MS. WITT: Object to the form. 05:19:22p

A You are asking for my personal opinion on 05:19:23p