FILED
2021 Jun-14 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 27

# SUSQUEHANNA HEALTH & BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

## Liaison Committee
## September 19, 2012

DRAFT FOR DISCUSSION PURPOSES ONLY
9.12.12vJW

This report and its contents are confidential and proprietary and have been prepared for the sole use of our client.
Neither the report nor its contents can be copied or distributed to any third party without the written permission of DGA Partners Inc.

ASSESSMENT OF JOINT INITIATIVE

# Key Findings

| Area | Finding |
|---|---|
| Market | > The group defined a 4-county region of Lycoming, Clinton, Tioga and Sullivan as the market<br>> BCNEPA has lost 15% market share over last 18 months in the Lycoming region, totaling 12,000 members The decline has, in part, been driven by SH's decision to enter into a full service contract with Geisinger Health Plan (GHP) and GHP's aggressive pricing<br>> Competition is intense and heating up<br>> There is an opportunity to better manage costs in 4-county region<br>> Product design is capable of limiting outmigration and managing care costs<br>> Information technology could assist in connecting providers, patients, and members |
| Financial | > BCNEPA has an overall loss on operations in the four-county service area<br>> SH payments from Blue Cross and other commercial business subsidize public payers and self-pay; SH is not covering its costs for Medicare and Medicaid services<br>> SH has significant costs associated with the new tower that must be covered almost exclusively though commercial payers, including BCNEPA<br>> BCNEPA & SH will face additional pressure via competition and potentially significant market share loss |

Redacted-Privilege