FILED
2021 Jun-22 AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br><br>(MDL 2406) | )<br>)<br>)<br>)<br>) | Master File No. 2:13-CV-20000-RDP |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the following counsel and moves this Court to allow them to withdraw from further representation of Defendant California Physicians' Service d/b/a Blue Shield of California ("BSCA") in this action:

Helen E. Witt
Jeffrey J. Zeiger
Erica B. Zolner
Kirkland & Ellis LLP
300 N. LaSalle St.
Chicago, IL 60654
Phone: (312) 862-2000
Email: hwitt@kirkland.com
jeffrey.zeiger@kirkland.com
erica.zolner@kirkland.com

BSCA will continue to be represented by multiple counsel from the firm Cravath, Swaine & Moore LLP who have already filed their appearances.

Dated: June 22, 2021

Respectfully submitted,

*/s/Helen E. Witt*

Helen E. Witt, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above listed matter.

/s/ *Helen E. Witt*
Helen E. Witt, P.C.