FILED
2021 Jun-24 PM 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to Provider-Track Cases.** |

**[PROPOSED] ORDER**

This matter is before the court on a Joint Report Regarding Briefing Schedule for Dispositive Motions Not Dependent on Class Certification filed by the parties on June 24, 2021. After careful consideration of the proposed schedule, it is **ORDERED** that Section B of the Eighth Amended Scheduling Order is modified as follows:

**B. <u>Dispositive Motions</u>**

4. All potentially dispositive motions on issues of liability which are not critically dependent on the outcome of class certification, materials in support, and supporting expert reports under Fed. R. Civ. P. 26(a)(2) were due **on or before June 21, 2021**. Responses to those Motions will be due on **August 20, 2021**. Any replies will be due on **September 20, 2021**.

**DONE AND ORDERED** this ___ day of ______________, 2021.

______________________________
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE