FILED
2021 Jun-25 AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| | } | |
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | **This document relates to all cases.** |
| **(MDL NO.: 2406)** | } | |
| | } | |

**ORDER**

This matter is before the court on the Joint Report Regarding Briefing Schedule for Dispositive Motions Not Dependent on Class Certification filed by the parties on June 24, 2021. (Doc. # 2766). In that Report, the parties requested that Section B of the Eighth Amended Scheduling Order (Doc. # 2718) be modified. The request is **GRANTED**. Section B of the Eighth Amended Scheduling Order is **MODIFIED** as follows:

**B. Dispositive Motions**

4. All potentially dispositive motions on issues of liability which are not critically dependent on the outcome of class certification, materials in support, and supporting expert reports under Fed. R. Civ. P. 26(a)(2) were due on or before June 21, 2021. Responses to those Motions **SHALL** be filed **on or before August 20, 2021**. Any replies **SHALL** be filed **on or before September 20, 2021.**

**DONE** and **ORDERED** this June 25, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE