FILED

2021 Jun-30  PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:  BLUE CROSS BLUE SHIELD     CASE NO.:  2:13-cv-20000-RDP
ANTITRUST LITIGATION MDL 2406

* * * * * * * * * * *

STATUS CONFERENCE

* * * * * * * * * * *

BEFORE THE HONORABLE R. DAVID PROCTOR, UNITED STATES
DISTRICT JUDGE, at Birmingham, Alabama, on Tuesday, June 29,
2021, commencing at 9:42 a.m.

APPEARANCES:

| | |
|---|---|
| SPECIAL MASTER: | Edgar C. Gentle III<br>Attorney at Law<br>GENTLE TURNER SEXTON & HARBISON<br>501 Riverchase Parkway East, Suite 100<br>Hoover, Alabama  35244 |
| IN PERSON: | Alexander McInnis Boies<br>David Boies<br>Swathi Bojedla<br>W. Tucker Brown<br>Carl S. Burkhalter<br>Evan Chesler<br>U. W. Clemon<br>Charles J. Cooper<br>Davis Cooper<br>Gregory L. Davis<br>Karin DeMasi<br>Michael C. Dodge<br>David J. Guin<br>Michael E. Gurley Jr.<br>Katherine A. Harbison<br>Michael David Hausfeld<br>Christopher T. Hellums<br>E. Desmond Hogan<br>Mark Montgomery Hogewood<br>Zachary D. Holmstead<br>Craig A. Hoover<br>William A. Isaacson |

APPEARANCES, Continued:

IN PERSON:                    John M. Johnson
                              Megan Jones
                              Cavender C. Kimble
                              Donald D. Knowlton II
                              Daniel E. Laytin
                              Jonathan S. Mann
                              M. Patrick McDowell
                              R. G. Methvin Jr.
                              Wilson Daniel Miles III
                              Scott Nehs
                              Dennis G. Pantazis
                              Barry A. Ragsdale
                              Robert B. Roden
                              Robin Sanders
                              Cyril V. Smith III
                              Tammy McClendon Stokes
                              James M. Terrell
                              J. Mark White
                              Helen E. Witt
                              Edward K. Wood Jr.
                              David J. Zott

VIA TELEPHONE:                Robert J. Axelrod
                              Benje Bailey
                              Timothy D. Battin
                              Monte D. Beck
                              Eric R. Belin
                              Mark Botti
                              P. John Brady
                              Katherine R. Brown
                              Virginia M. Buchanan
                              Anna M. Clark
                              Vincent J. Colatriano
                              Reed Coleman
                              Christina D. Crow
                              Gregory A. Cusimano
                              Sarah Lynn Cylkowski
                              Annesley H. DeGaris
                              Nathan A. Dickson II
                              Michael J. Fleming
                              Linda G. Flippo
                              Michael Ford
                              Richard S. Frankowski
                              Edgar Dean Gankendorff
                              William David George
                              Sarah M. Gilbert
                              John Gravante III

APPEARANCES, Continued:

VIA TELEPHONE:          Mark K. Gray
                        Lauren R. Kennedy
                        Cason M. Kirby
                        Henry James Koch
                        Kenneth Lambert
                        Jeny M. Maier
                        Hope S. Marshall
                        Larry McDevitt
                        Mahaley McInnes
                        Duncan McIntosh
                        Lucy Grey McIver
                        Rebekah Keith McKinney
                        Gail A. McQuilkin
                        Michael A. Naranjo
                        Elaine Nichenko
                        Gwendolyn C. Payton
                        Myron C. Penn
                        Carl Wesley Pittman
                        Elizabeth Pollock-Avery
                        Harold S. Reeves
                        Tracy A. Roman
                        Stephen A. Rowe
                        John G. Schmidt Jr.
                        Carmen Snell
                        Todd M. Stenerson
                        Ami Swank
                        Amy Wagner
                        Brian Wonderlich

VIA VIDEOCONFERENCE:    Hamish P. M. Hume
                        Edith M. Kallas
                        Aaron S. Podhurst
                        Henry C. Quillen
                        Patrick J. Sheehan
                        Kathleen Taylor Sooy
                        Kimberly R. West
                        Joe R. Whatley Jr.


            Proceedings reported stenographically;
                transcript produced by computer.

                    * * * * * * * * * *

Risa L. Entrekin, RDR, CRR, Official Court Reporter
U.S. District Court, Northern District of Alabama
1729 5th Avenue North, Birmingham, Alabama  35203  *  334.240.2405

(The following proceedings were heard before the Honorable R. David Proctor, United States District Judge, at Birmingham, Alabama, on Tuesday, June 29, 2021, commencing at 9:42 a.m.:)

THE CLERK:  Come to order, please, and remain seated.

THE COURT:  All right.  Good morning, everyone.  Have a seat.

COUNSEL IN UNISON:  Good morning, Your Honor.

THE COURT:  We're here in In Re Blue Cross Blue Shield Antitrust Litigation, MDL Number 2406, our case number 13-cv-20000.

We are back for a status conference, both -- and doing it hybrid.  We're here virtually and in person.  Good seeing all of you.

The special master has given a report regarding a proposed agenda for the status conference today.  Are there any amendments or proffered amendments to the agenda that anyone wants to make before we get started?

All right.  Seeing none -- all right.  First question, status of the Providers/Blues litigation.  Who wants to give me an update there?

MR. WHATLEY:  Judge, this is Joe Whatley.  We have filed the -- both sides filed their motions consistent with your order, and both sides filed their responses, and now the replies are due on July the 12th.  And that will complete the briefing

on the standard-of-review issues.

The -- I forget exactly how you said this.  The standard -- the summary judgment motions that aren't dependent on class certification were -- they were all filed in a timely way on both sides.  The -- we've agreed on a briefing schedule for those, and you entered your order that we consented to.  The responses are due August the 20th, and the replies are due September 20th.

THE COURT:  All right.  Thank you.

All right.  Anybody from the Blues want to address that?

MR. CHESLER:  We have nothing to add to Mr. Whatley's report, Your Honor.

THE COURT:  All right.  Thank you.

All right.  Anything further on the status of Providers/Blues litigation from anyone?

All right.  Very well.  This is the way these things tend to flow; right?  Short and sweet in the general plenary session.

How about other matters, item number two?

No other matters to take up?

All right.  How about the date of the next status conference?  When are we thinking about that?  Anybody have a view on that?

I don't think we need one next month, per se, is one

thing I'm thinking.  I think -- but I wouldn't mind getting us back into a fairly routine or at least periodic meeting schedule, whether that starts off quarterly or something even a little more aggressive.  What are the thoughts there?

MR. BOIES:  Well, Your Honor, I don't know about people's --

MR. WHATLEY:  From the provider plaintiffs --

THE COURT:  Joe.  Joe, just one second.  David was speaking.  And I'll recognize you in just one moment.

MR. WHATLEY:  Oh, sorry.

MR. BOIES:  I don't know what people's summer schedule is, but if we had one in August, that would be two months from now.  And I think that given some of the things that are going on in terms of settlement process and final approval process, that might be a reasonable time to do it if people's schedules could accommodate that.

THE COURT:  I think that -- that's kind of what I was thinking is August, September, certainly before the October fairness hearing.

Go ahead, Joe.  Sorry.  Didn't -- I know it's harder on Zoom not -- you don't see the entire room.

MR. WHATLEY:  Thank you, Judge.

I -- we think probably September makes the most sense. Maybe get the briefing that we need, the (audio interference) and see what you think about the (audio interference).  That

would make sense to me.

THE COURT:  You are really distorted right now.  I'm sorry.  See if you can get a little closer to your microphone, maybe.

MR. WHATLEY:  Judge, there's some background noise that's coming from somewhere.

THE COURT:  Yes.  Everybody mute.  Mute if you're not -- and that --

MR. WHATLEY:  Yeah.  Something happened.

THE COURT:  -- that includes the phone.  But I can hear you much better now.

MR. WHATLEY:  Judge, what I was saying is I think you could decide for sure once you get the briefing in on July the 12th, but we would think September makes a lot of sense --

THE COURT:  Okay.

MR. WHATLEY:  -- for a next step.

THE COURT:  All right.  How about the Blues?

MR. CHESLER:  We agree, Your Honor.  September makes good sense.

THE COURT:  All right.  We'll probably aim for September.  All right.  Very well.

Now, my wife has something to say about that because we have twins due in August up in the Boston area, so we'll see. I'll just have to -- we'll have to figure out a -- we'll have to figure out timing on that.

Risa L. Entrekin, RDR, CRR, Official Court Reporter
U.S. District Court, Northern District of Alabama
1729 5th Avenue North, Birmingham, Alabama  35203  *  334.240.2405

MR. WHATLEY:  That sounds like a good reason not to have it in August.

THE COURT:  Yes.  But they're twins, so I have a feeling we may not make it to the end of August.  We'll see.

All right.  Great.  I do think we'll probably have more on the agenda at the next status conference.

I really appreciate everyone being able by Zoom and in person and by phone today.  I just thought it was time to get us back engaged.  I know much of the value of these conferences also is what occurs outside the courtroom, both relationally where y'all get to catch up with each other and talk a little bit, litigationwise where you get to talk about some things in your groups and across groups that you don't want to say on the public record.  I understand that.  So I do appreciate everyone coming and being available.

Anything else we need to take up?  Again, a very short meeting, but that's par for the course.  You met Judge -- some of y'all met Judge Coogler's interns out in the hallway, I understand, earlier.  I've got my interns sitting here.

Put your hand up if you're one of my interns.

So if you notice, my interns are brighter, more presentable, sharper, more photogenic.

Okay.  Anything else from anyone?

All right.  Very well.  We'll be adjourned and start our caucuses in about ten minutes.  I think our first caucus

will be with the subscribers, and we'll do that in the judicial conference room where we've met before.  Okay?  See you in about ten minutes.

MR. BOIES:  Thank you, Your Honor.

THE COURT:  Thank you.

MR. CHESLER:  Thank you, Judge.

(Proceedings concluded at 9:50 a.m.)

* * * * * * * * * *

*Risa L. Entrekin, RDR, CRR, Official Court Reporter*
*U.S. District Court, Northern District of Alabama*
*1729 5th Avenue North, Birmingham, Alabama  35203  *  334.240.2405*

COURT REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

This 30th day of June, 2021.

Risa L. Entrekin
Registered Diplomate Reporter
Certified Realtime Reporter
Official Court Reporter