FILED
2021 Jul-20 PM 04:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2



Deposition of:

**CONF. Daniel J. Slottje , Ph.D.**

*May 9, 2019*

In the Matter of:

**Blue Cross Blue Shield Antitrust Litigation/in Re**

Freedom Court Reporting

800.808.4958 | calendar-freedom@veritext.com | 205-397-2397

1      Q.      Okay.  Other than those hundred

2   and six healthcare entities, are you providing

3   an opinion in this case for any potential

4   damages for any other healthcare provider in

5   Alabama?

6      A.      Not at this time.

7      Q.      Okay.  And am I correct in

8   understanding that your report, Slottje 1, any

9   damages opinions that are there exclusively

10   relate to the hundred and six hospitals that

11   you just defined?

12      A.      Yes.

13      Q.      Why did you decide to limit your

14   opinion to the hundred and six hospitals?

15      A.      That's what counsel asked me to

16   do.

17      Q.      Did you undertake any effort to

18   assess damages for any other healthcare

19   providers as part of your assignment?

20      A.      No.

21      Q.      And you limited it to the hundred

22   and six because of Plaintiffs' counsel's

23   instructions; correct?

24      A.      Correct.

25      Q.      The other thing I'm going to try