FILED
2021 Jul-22  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This document relates to Provider-Track cases.** |

**EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS'
(I) OPPOSITION TO PROVIDER PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT REGARDING THE STANDARD OF REVIEW
APPLICABLE TO PROVIDERS' GROUP BOYCOTT CLAIMS AND
(II) RESPONSE TO PROVIDER PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT REGARDING THE STANDARD OF REVIEW
IN LIGHT OF *AMEX***

| Exhibit[*] | Description | Bates No. | Sealing Status |
|---|---|---|---|
| DX322 | 6/20/2017 30(b)(1) Deposition Transcript of Robert Leahey, Jr. (Blue Cross Blue Shield Association) (excerpts) | No Bates | Public |
| DX323 | 8/29/2017 30(b)(6) Deposition Transcript of Blue Cross Blue Shield Association through Kari Hedges (excerpts) | No Bates | Public |
| DX324 | 9/25/2017 30(b)(6) Deposition Transcript of Blue Cross and Blue Shield of Alabama through Jeff Ingrum (excerpts) | No Bates | Public |
| DX325 | Cristina Boccuti et al., *Medicare Patients' Access to Physicians: A Synthesis of the Evidence*, The Henry J. Kaiser Family Foundation (Dec. 2013) | No Bates | Public |

---

[*] Defendants' exhibits numbered 1–164 were filed with the prior Standard of Review summary judgment briefing.  Defendants' exhibits numbered 165–282 were filed with the Class Certification briefing.  Defendants' exhibits 283–321 were filed in connection with Defendants' May 21, 2021 Standard of Review motion (Docs. 2734, 2735).

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| DX326 | 5/4/2017 30(b)(6) Deposition Transcript of Bullock County Hospital through Sharon Lee (excerpts) | No Bates | Public with Redactions |
| DX327 | 6/15/2017 30(b)(6) Deposition Transcript of Evergreen Medical Center through Tom McLendon (excerpts) | No Bates | Public |
| DX328 | 6/13/2017 30(b)(6) Deposition Transcript of Ivy Creek of Elmore, LLC, Ivy Creek of Butler, LLC and Ivy Creek of Tallapoosa through Michael David Bruce (excerpts) | No Bates | Public |
| DX329 | ███████ 30(b)(6) Deposition Transcript of ██████████ ████████████ (excerpts) | No Bates | Sealed |
| DX330 | 5/3/2017 30(b)(6) Deposition Transcript of Crenshaw Community Hospital through Bradley D. Eisemann (excerpts) | No Bates | Public with Redactions |
| DX331 | Blue Cross Blue Shield Association Inter-Plan Programs Policies and Provisions (Oct. 2015) | BCBSA-CID-020329 | Sealed |
| DX332 | 6/16/2017 30(b)(1) Deposition Transcript of Joseph Bolen, III (Blue Cross and Blue Shield of Alabama) (excerpts) | No Bates | Public |
| DX333 | 11/9/2020 Deposition Transcript of Kevin Murphy (excerpts) | No Bates | Public |
| DX334 | 9/8/2017 Deposition Transcript of Frank Coyne (Blue Cross Blue Shield Association) (excerpts) | No Bates | Public |
| DX335 | 1/5/2018 30(b)(6) Deposition Transcript of Humana, Inc. through Paul Davis (excerpts) | No Bates | Public |
| DX336 | 9/25/2017 30(b)(1) Deposition Transcript of Jeff Ingrum (Blue Cross and Blue Shield of Alabama) (excerpts) | No Bates | Public |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| DX337 | 5/7/2019 Deposition Transcript of H.E. Frech, III (excerpts) | No Bates | Public |
| DX338 | 1/11/2021 Deposition Transcript of H.E. Frech, III (excerpts) | No Bates | Public |
| DX339 | 6/1/2017 Deposition Transcript of Joseph Oaks (Blue Cross and Blue Shield of Alabama) (excerpts) | No Bates | Public with Redactions |
| DX340 | 12/2/2020 Expert Report of Defendants' Expert David Evans | No Bates | Sealed |
| DX341 | 1/15/2021 Deposition Transcript of David Evans (excerpts) | No Bates | Public |
| DX342 | Permanente Medicine, *About Us* | No Bates | Public |
| DX343 | Northwest Permanente, *The Ideal Medical Practice Model* | No Bates | Public |
| DX344 | Kaiser Permanente, *PPO Plan* | No Bates | Public |
| DX345 | Viva Health, *Why Viva* | No Bates | Public |
| DX346 | UPMC Health Plan, *About UPMC Health Plan* | No Bates | Public |
| DX347 | UPMC Health Plan, *Join The Region's Only Provider-Led Plan* | No Bates | Public |
| DX348 | Geisinger Health Plan, *Join Our Network* | No Bates | Public |
| DX349 | Viva Health, *About Viva* | No Bates | Public |
| DX350 | Delta Dental Insurance, *About Us* | No Bates | Public |

| Exhibit* | Description | Bates No. | Sealing Status |
|---|---|---|---|
| DX351 | 3/9/2021 Deposition Transcript of Catherine Tucker (excerpts) | No Bates | Public |

Dated:  July 22, 2021                                    Respectfully submitted,

                                                          /s/ *Evan R. Chesler*
                                                          Evan R. Chesler
                                                          Christine A. Varney
                                                          Karin A. DeMasi
                                                          Lauren R. Kennedy
                                                          David H. Korn
                                                          CRAVATH, SWAINE & MOORE LLP
                                                          Worldwide Plaza
                                                          825 Eighth Avenue
                                                          New York, NY  10019
                                                          Tel: (212) 474-1000
                                                          Fax: (212) 474-3700
                                                          echesler@cravath.com
                                                          cvarney@cravath.com
                                                          kdemasi@cravath.com
                                                          lkennedy@cravath.com
                                                          dkorn@cravath.com

                                                          *Coordinating Counsel for Defendant
                                                          Blue Cross and Blue Shield Association;
                                                          Counsel for Defendants Blue Cross and
                                                          Blue Shield of Alabama; Blue Cross and
                                                          Blue Shield of Florida, Inc.; Blue Cross
                                                          and Blue Shield of Massachusetts, Inc.;
                                                          Blue Cross and Blue Shield of North
                                                          Carolina, Inc.; BlueCross BlueShield
                                                          of Tennessee, Inc.; California
                                                          Physicians' Service d/b/a Blue Shield of
                                                          California; CareFirst, Inc.; CareFirst of
                                                          Maryland, Inc.; Group Hospitalization
                                                          and Medical Services, Inc.; CareFirst
                                                          BlueChoice, Inc.; Health Care Service
                                                          Corporation, an Illinois Mutual Legal
                                                          Reserve Company, including its
                                                          divisions Blue Cross and Blue Shield of
                                                          Illinois, Blue Cross and Blue Shield of
                                                          Texas, Blue Cross and Blue Shield of
                                                          New Mexico, Blue Cross and Blue
                                                          Shield of Oklahoma, and Blue Cross and
                                                          Blue Shield of Montana; Caring for
                                                          Montanans, Inc., f/k/a Blue Cross and
                                                          Blue Shield of Montana, Inc.*

Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Peter Bisio
Elizabeth Jose
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
peter.bisio@hoganlovells.com
elizabeth.jose@hoganlovells.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc.,
and all of its named subsidiaries in this
consolidated action; Louisiana Health Service &
Indemnity Company (Blue Cross and Blue Shield
of Louisiana); BCBSM, Inc. (Blue Cross and Blue
Shield of Minnesota); Blue Cross and Blue Shield
of South Carolina; Horizon Healthcare Services,
Inc. (Horizon Blue Cross and Blue Shield of New
Jersey); Blue Cross & Blue Shield of Rhode
Island; Blue Cross and Blue Shield of Vermont;
Cambia Health Solutions, Inc.; Regence Blue
Shield of Idaho; Regence Blue Cross Blue Shield
of Utah; Regence Blue Shield (of Washington);
Regence Blue Cross Blue Shield of Oregon*


John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC  29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

David J. Zott, P.C.
Daniel E. Laytin, P.C.
Sarah J. Donnell
Christa C. Cottrell, P.C.
Zachary Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com
sarah.donnell@kirkland.com
christa.cottrell@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Blue Cross Blue Shield
Association*


Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants Blue Cross Blue
Shield Association; Health Care Service
Corporation, an Illinois Mutual Legal
Reserve Company, including its
divisions Blue Cross and Blue Shield of
Illinois, Blue Cross and Blue Shield of
Texas, Blue Cross and Blue Shield of
New Mexico, Blue Cross and Blue
Shield of Oklahoma, and Blue Cross and
Blue Shield of Montana; Caring for
Montanans, Inc., f/k/a Blue Cross and
Blue Shield of Montana, Inc.; Highmark
Inc., f/k/a Highmark Health Services;
Highmark West Virginia Inc.; Highmark
Blue Cross Blue Shield Delaware Inc.;*

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon; Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc; Defendants Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; BlueCross BlueShield of Tennessee, Inc.*

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue*

*California Physicians' Service d/b/a Blue Shield of California; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)*

James L. Priester
Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Pamela B. Slate
HILL CARTER FRANCO COLE &
BLACK, P.C.
425 South Perry Street
Montgomery, AL 36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*With Cravath, Swaine & Moore LLP, counsel for Defendant Blue Cross Blue Shield of Alabama*

Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
Erica B. Zolner
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
jzeiger@kirkland.com

*Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

*Counsel for Defendants Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX  75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL  36602
Tel: (251) 405-1300
Fax: (251) 432-6843
hjk@ajlaw.com

*Counsel for Defendants CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.*

R. David Kaufman
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER
& HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS  39201
Tel: (601) 948-3101
Fax: (601) 960-6902

ezolner@kirkland.com

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark Blue Cross Blue Shield Delaware Inc.; Highmark Western and Northeastern New York Inc.*

Jonathan M. Redgrave
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA  20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark Defendants*

Todd M. Stenerson
Brian C. Hauser
Edmund Y. Saw
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC  20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com
brian.hauser@shearman.com
edmund.saw@shearman.com

Sarah L. Cylkowski
Thomas J. Rheaume, Jr.
BODMAN PLC

dkaufman@brunini.com
pmcdowell@brunini.com

Cheri D. Green
BLUE CROSS BLUE SHIELD OF MISSISSIPPI,
A MUTUAL INSURANCE COMPANY
P.O. Box 1043
Jackson, MS  39215
Tel: (601) 932-3704
cdgreen@bcbsms.com

*Counsel for Defendant Blue Cross Blue Shield of
Mississippi, a Mutual Insurance Company*

Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA  94104
Tel: (415) 984-9847
Fax: (415) 434-4507
mnaranjo@foley.com

Alan D. Rutenberg
Benjamin R. Dryden
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC  20007
Tel: (202) 672-5300
Fax: (202) 672-5399
arutenberg@foley.com
bdryden@foley.com

*Counsel for Defendant USAble Mutual Insurance
Company, d/b/a Arkansas Blue Cross and
Blue Shield*

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Jess R. Nix
Morgan B. Franz
SPOTSWOOD SANSOM & SANSBURY LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL  35203
Tel: (205) 986-3620

1901 Saint Antoine Street
6th Floor at Ford Field
Detroit, MI  48226
Tel: (313) 259-7777
Fax: (734) 930-2494
scylkowski@bodmanlaw.com
trheaume@bodmanlaw.com

Andy P. Campbell
A. Todd Campbell
Yawanna N. McDonald
CAMPBELL PARTNERS LLC
505 North 20th Street, Suite 1600
Birmingham, AL  35203
Tel: (205) 224-0750
Fax: (205) 224-8622
andy@campbellpartnerslaw.com
todd@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com

*Counsel for Defendant Blue Cross and
Blue Shield of Michigan*

John Briggs
Rachel Adcox
Jeny M. Maier
AXINN, VELTROP & HARKRIDER,
LLP
1901 L Street, N.W.
Washington, DC  20036
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
radcox@axinn.com
jmaier@axinn.com

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, AL  35203
Tel: (205) 250-5000
Fax: (205) 250-5034
steve.rowe@arlaw.com

Fax: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
jnix@spotswoodllc.com
mfranz@spotswoodllc.com

*Counsel for Defendant Capital BlueCross*

Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL  35209
Tel: (205) 879-5000
Fax: (205) 879-5901
rob@rileyjacksonlaw.com

*Counsel for Defendants Blue Cross and Blue
Shield of Florida, Inc.; Blue Cross and Blue Shield
of Massachusetts, Inc.; BlueCross BlueShield
of Tennessee, Inc.*

Edward S. Bloomberg
John G. Schmidt Jr.
Anna Mercado Clark
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY  14203
Tel: (716) 847-8400
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

Stephen A. Walsh
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL
100 Corporate Parkway
One Lake Level
Birmingham, AL  35242
Tel: (205) 572-4107
Fax: (205) 572-4199
swalsh@wwhgd.com

aaron.mcleod@arlaw.com

*Counsel for Defendant Independence
Blue Cross*

Kathleen Taylor Sooy
Tracy A. Roman
Sarah Gilbert
Honor Costello
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com
sgilbert@crowell.com
hcostello@crowell.com

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE
LLC
The Clark Building
400 20th Street North
Birmingham, AL  35203
Tel: (205) 581-0700
Fax: (205) 581-0799
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

*Counsel for Defendants Blue Cross of
Idaho Health Service, Inc.; Blue Cross
and Blue Shield of Kansas, Inc.; Blue
Cross and Blue Shield of Kansas City;
Blue Cross and Blue Shield of
Nebraska; Blue Cross Blue Shield of
Arizona; Blue Cross Blue Shield of
North Dakota; Blue Cross Blue Shield
of Wyoming*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle

*Counsel for Defendant, Excellus Health Plan, Inc.,
d/b/a Excellus BlueCross BlueShield, incorrectly
sued as Excellus BlueCross BlueShield of
New York*

Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com

*Counsel for Defendants Wellmark of
South Dakota, Inc. (Wellmark Blue
Cross and Blue Shield of South Dakota);
Wellmark, Inc. (Wellmark Blue Cross
and Blue Shield of Iowa); Hawaii
Medical Service Association (Blue
Cross and Blue Shield of Hawaii);
Triple-S Salud, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Evan R. Chesler*
Evan R. Chesler