FILED

2021 Jul-22  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 322

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO DEPOSITION OF ROBERT LEAHEY, JR.

Kirkland & Ellis

300 North LaSalle

Chicago, Illinois  60654

June 20, 2017

9:07 a.m.

REPORTED BY:  Lane C. Butler

Certified Realtime Reporter,

Registered Professional

Reporter and Notary Public

I don't have the specific date.

Q.     Mr. Leahey, we've been talking for some time about your summary of the standards and guidelines and other license agreement requirements as set forth in a PowerPoint that you've used in your business.  Stepping away from that, do the license agreements and membership standards prohibit contracting with healthcare providers outside a Blue's exclusive service area?

A.     No.  First of all, I have some general knowledge.  The -- the rules allow for a Plan in an exclusive area, service area to -- to contract with providers one contiguous county from their service area.  And that allows us to best serve the members that live near the state lines.  Plans -- secondly, Plans are allowed, you know, through their enterprise to contract with providers on an unbranded basis, but not with the brands.  It can only use the brands within their service area and the one contiguous county rule.

Q.     Other than the exceptions you mentioned relating to contracting with healthcare providers in contiguous counties and contracting with healthcare providers on an unbranded basis, do the license agreements, as well as the standard and

**Robert Leahey** 86

guidelines, prohibit Blue Plans from contacting --

contracting with healthcare providers outside of

their exclusive service area?

    A.    Again, they can only contract outside

without the brands, without the Blue Cross and Blue

Shield brands.  But inside their service area, they

can, you know, with the brands and that one

contiguous county rule.

    Q.    Okay.  Are there any other

exceptions?

    A.    I'm not -- you know, if there are,

I'm not the right person.  That's my general

knowledge of -- of that topic.

    Q.    Okay.  And other than

contiguous-county contracting and contracting on an

unbranded basis outside a Blue Plan service area,

as you sit here today, can you think of any other

exceptions?

    A.    Again, I -- I -- you would have to

talk to other areas who -- who are involved, our --

our national programs area.

    Q.    Okay.

    A.    To -- to determine if there's any

other exceptions.

    Q.    Okay.  And who would you talk to, to