FILED

2021 Jul-22  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 323

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13 CV 20000 RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO DEPOSITION OF KARI HEDGES

30(b)(6) Blue Cross Blue Shield Association

KIRKLAND & ELLIS

300 North LaSalle

Chicago, Illinois 60654

August 29th, 2017

* * * CONFIDENTIAL * * *

REPORTED BY:

Angela Smith McGalliard,

Certified Shorthand Reporter

and Notary Public.

area, a Control Plan may not use the license, marks, and/or name as a tag line or otherwise to negotiate directly with providers outside its service area.

How long has this provision been in the license agreement?

A.        I don't specifically know when that provision was written.

Q.        Do you know approximately when it was written?

A.        I do not.

Q.        Do you know when a provision was put into the license agreement that prohibited Blue Plans from using the license marks or names in negotiating with providers outside their service area?

A.        Again, I don't know the specific time that any specific provision was added to or included in the license agreement.  However, I do know through the history of the program that as the Blue Cross and Blue Shield Plans developed independently that they were working in Exclusive Service Areas at that point in time.

So there's been a long history of

Blue Cross Blue Shield Plans focusing on specific markets or specific areas in which they were operating.

Q.      Well, let's focus more specifically on this issue for purposes of my question.

And this issue is, is when there -- when a prohibition came in place in the license agreement or in an exhibit to the license agreement that prohibited either a Blue Cross or a Blue Shield Plan from negotiating with a provider outside its service area.  Do you know when such a prohibition came in place?

A.      I'm not aware of specific time frames.

Q.      Was there a time when there was no such prohibition?

A.      Again, I'm not aware of any specific time frames.

Q.      Well, has there ever been a time when no such prohibition was in place?

A.      Not that I'm aware of.

Q.      But there was a time, was there not, prior to the BlueCard program, where Blue Plans would have contracts with providers

outside their service areas; isn't that correct?

A.    Not that I'm specifically aware of.

Q.    Are you generally aware of that happening?

A.    No.

Q.    We'll come back to this area in just a minute.  But let me ask you about another part of this provision, provision nine.

There is an exception for -- for areas contiguous to a Plan's service area?

A.    That's correct.

Q.    How long has there been an exception for areas contiguous to a Plan's service area?

A.    My understanding was that that was added sometime in the 1980s, early 1990s.

Q.    What did you do to learn about the contiguous contracting provision?

A.    So, I met with counsel.

Q.    Did you have any knowledge about that development, the contiguous contracting provision, prior to your meeting with counsel?

A.    Prior to my meeting with counsel,

I was aware of the provision, and I was aware of the understanding that it was an exception within the license agreement.  I was not previously aware of the timing.

Q.    So prior to your meeting with counsel to prepare for this deposition, you did not know when that provision had been put into the license agreement?

A.    That's correct.

Q.    Did you know why that provision had been put into the license agreement?

A.    Yes.

Q.    And why is that?

A.    The contiguous county provision was added to the license agreement because Plans were operating in service areas in which major metropolitan areas overlapped among multiple Blue Plan service areas.  In an effort to provide services to consumers or employers that were in their market that would naturally seek care from providers directly outside of that Plan's service area, it allowed them to be able to contract directly to be able to provide the services to the subscribers.

Q.    Now, contiguous service area has

Reciprocity Program, and the Syndicate Program?

A.      That's correct.

Q.      Anything else?

A.      No.

Q.      Okay.  Now, the BlueCard Program was implemented for travelers in 1995; isn't that correct?

A.      That's correct.

Q.      And what that means is that people who were -- members of Blue Plans who were traveling outside their service area would have claims processed through the BlueCard Program starting in 1995; is that right?

A.      That's correct.

Q.      Okay.  And then in 1996, the BlueCard Program became the default program for National Accounts; is that correct?

A.      The BlueCard Program became the -- one of the delivery mechanisms for National Accounts, that's correct.

Q.      Now, prior to the implementation of the BlueCard Program for National Accounts -- Well, let's back up to travelers for a minute, and then we'll go to National Accounts.

How were claims for travelers

handled before the BlueCard Program?

A.      Prior to the particular program, claims were handled either through the Inter-Plan Bank or through the Reciprocity Program for those Plans that participated in those programs.  Not all Plans participated in those programs, so that left provider confusion, not knowing when they should submit the claim to their local Blue Cross Blue Shield Plan or if they needed to submit the claim to another Blue Cross Blue Shield Plan.  And often, when members traveled or received care outside their service area, the providers would directly bill the members, and members would also submit claims to their Blue Cross Blue Shield Plan.

Q.      Well, how many Plans refused to participate in the Inter-Plan Bank?

A.      I don't have any specific data of the number of Plans that participated or did not participate in the program at the time.

Q.      How many Plans refused to participate in the Reciprocity Program prior to the BlueCard Program?

A.      Same answer.