FILED

2021 Jul-22  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 324

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406

VIDEO 30(b)(6) DEPOSITION OF JEFF INGRUM

VOLUME II

Maynard, Cooper & Gale

1901 Sixth Avenue North

Suite 2400

Birmingham, Alabama

September 25, 2017

9:15 a.m.

REPORTED BY:  Lane C. Butler

Certified Realtime Reporter,

Registered Professional

Reporter and Notary Public

**Jeff Ingrum 30(b)(6)-Final** **12**

Q.    Okay.

A.    Yes.

Q.    So let's real quick go through them. Mr. Harrison's in charge of pricing.  What -- what did you talk to Mr. Harrison about?

A.    The topic of UCR.

Q.    Okay.

A.    Just reminding -- just reminding me.

Q.    Let's do that.

A.    Okay.

Q.    Maybe this will speed us up this morning.

A.    Okay.

Q.    So I have, I think, some relatively simple questions about UCR.  So let me start by asking you, how does Blue Cross Blue Shield of Alabama pay out-of-network providers?

A.    In general terms, we pay as a percentage of our in-network contract rate.

Q.    Okay.  So let's use an easy example. So for an out-of-network physician you pay a percentage of the PMD fee schedule?

A.    Correct.

Q.    Okay.  Is that true -- is that generally true across provider type?

MR. BURKHALTER:  Object to the form.

You can answer.

A.      Are you speaking of physicians or -- or --

Q.      I'm talking more broadly, so.

A.      -- hospitals?

Q.      Well let's -- hospitals, how about for an out-of-network hospital, how would you pay that?

A.      It is dependent on contract benefits, because in some cases there are zero out-of-network benefits.  But the payment is made to the subscriber.

Q.      Okay.

A.      On a out-of -- out-of-network hospital.

Q.      And you're getting way in front of me on all this.  You're doing so great.  All my questions here.

MR. BURKHALTER:  And I'll just say, y'all are starting to talk over each other just a little --

MR. BROWN:  I'll do better.  It's me.

MR. BURKHALTER:  -- so let's -- let's have a pause.

Q.    So -- so it depends on the benefits and --

A.    Yes.

Q.    -- and Blue Cross of Alabama's policy is to pay the subscriber, not the provider in the case where the provider is the -- is out of network?

A.    That's correct.

        MR. BURKHALTER:  Object to the form.

        Go ahead.

A.    That's correct.

Q.    And that's -- there's a topic in here with respect to this, but you're familiar with the term "honoring assignment of benefits"?

A.    I am familiar with that term.

Q.    Okay.  And so to put it a different way, Blue Cross Blue Shield does not honor assignment of benefits for out-of-network providers?

A.    As a policy, Blue Cross pays the subscriber --

Q.    Okay.

A.    -- for out of network, yes.

Q.    Why do you pay the subscriber and not the provider?

A.    Well, we don't have a contract with the provider, for one thing.  And that's -- that's the reason.

Q.    Okay.

A.    We don't have a contract.

Q.    You're aware that it often creates problems for the provider collecting for the work they've done?

MR. BURKHALTER:  Object to the form.

You can answer.

A.    I can't speak to the work on the provider's side.  I just know how we pay out of network, yes.

Q.    So you don't -- you've never used it as a tactic to try to leverage an out-of-network provider into your network?

MR. BURKHALTER:  Object to the form.

A.    I can't recall an instance where we did, no.

Q.    Okay.  So, when does -- so I think you answered my question on -- on doctors.  But for an out-of-network hospital, if there was a benefit plan that allowed it, how would you pay an out-of-network hospital?  What methodology?

A.    The reason I pause, I don't have