FILED
2021 Jul-22 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 336

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO 30(b)(1) DEPOSITION OF JEFF INGRUM

Maynard, Cooper & Gale
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama
September 25, 2017
11:45 a.m.

REPORTED BY: Lane C. Butler
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

of the questions.

You can answer.

A. I think it's important to have an informed employee base as to what's available and relative to their benefits.

Q. In -- in the state of Alabama, Blue Cross of Alabama tries to contract with every hospital. Is that right?

A. That's correct.

Q. Okay. And in general, you try to provide contracts for every provider where members want to seek treatment. Is that right?

MR. BURKHALTER: Object to the form.

A. We have customers all over the state, so we try to maintain access statewide.

Q. And -- and if -- if a -- if a -- let's -- let's use your -- your earlier example.

Let's say you had a member who for whatever reason wanted to go see a doctor in Colorado who wasn't in Colorado's network. I think you said with respect to Mississippi, so tell me if it's true for Colorado. You would reach out to Colorado and say: "Hey, we've got folks who want to go see this physician. He's not in your network. Can you see about going and contracting