FILED

2021 Jul-22  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 337



Deposition of:
## CONF H. E. Frech, III, Ph.D. , Non-time stamped

*May 7, 2019*

In the Matter of:

## Blue Cross Blue Shield Antitrust Litigation/in Re

Freedom Court Reporting
800.808.4958 | calendar-freedom@veritext.com | 205-397-2397

variations in acute care hospitals; correct?

A.    Sure.  Exactly.  Sure.

Q.    And the examples you give are Callahan Eye Hospital has twelve beds, while University of Alabama at Birmingham has over one thousand beds; correct?

A.    Yes.  But those might be the extremes.

Q.    Do you agree that differences in size among hospitals can affect the market power of that hospital?

A.    Well, it's really a share.  But size is very closely correlated to share.  So hospitals with high share tend to have more market power.

Q.    And do larger hospitals with more beds, such as UAB, tend to have more market share?

A.    Yes, they do.  There's a vacuum empirically.

Q.    So would a larger hospital, such as UAB, be more desirable for any insurer to have in network than a smaller hospital?

A.    Sure -- I think -- Yeah.  More important, yeah.  I'm not sure desirable is the

right -- Well, I don't know.  But, yeah, they would be more important.

Q.      Do you agree that larger hospitals are able to negotiate more favorable rates with insurers?

A.      I would say on the whole, they can.  But I think the real driver is actually share and not size.  Like I say, they're very correlated in actual data, in actual worlds.

Q.      Are hospitals -- Let me step back and ask you:  Hospital reimbursement rates can vary based on a number of factors; is that correct?

A.      Oh, sure.

Q.      And the hospital reimbursement rates we just talked about can vary based on market share?

A.      Yes.

Q.      And hospital reimbursement rates can vary depending on the nature of competition for that particular hospital; is that right?

A.      Right.  Which is mostly captured by market share.  But, yes, that's -- that's almost the same thing in practice.

Q.      And can hospital reimbursement

Q.    I'm sure I did.  I'm sure I did.

So prior to our break I asked you, is correct, right, that you state that large national accounts still are slipping away -- rapidly away from the Blues to commercial competition despite the syndicates?

A.    Yes.  Yes, you did.

Q.    The syndicate system had multiple drawbacks; correct?

A.    Correct.

Q.    Plans had to agree to participate in the syndicates?

A.    Right.  And not all of them did.

Q.    And the syndicates placed certain burdens on the plans located in more populous or business headquarter areas; is that right?

A.    Yes.  Yes, that's true.

Q.    And your position is not that the Blue Plan should return to syndicate method, is it?

A.    No.

Q.    Another preBlueCard -- Actually, let me ask:  Travelers were not covered by syndicates, were they?

A.    No.  That was just for National

Plans.

Q.    And individuals and small groups also were not candidates for syndicate arrangements, were they?

A.    That's my understanding.

Q.    Inter-Plan Bank was another mechanism in the preBlueCard world to provide coverage out of area; is that correct?

A.    Correct.

Q.    Do you agree that Inter-Plan Bank also had drawbacks?

A.    Yes.

Q.    And those included that not all plans participated?

A.    Right.  Again, it was voluntary and not all of them agreed.

Q.    And Inter-Plan Bank was also limited to a defined set of benefits?

A.    I believe so.  My memory is not too -- so sharp on that, but I believe that's right.

Q.    Do you agree that Inter-Plan Bank is limited to a certain type of services?

A.    I just don't recall about that.

Q.    Do you recall testimony from Ms.

Hedges that in the Inter-Plan Bank era there was provider confusion about how to bill?

A.    Yes, I agree with that.

Q.    And did BlueCard solve those issues about provider confusion as to how to bill?

A.    Well, to some extent.  There still is a lot of provider confusion over it and problems, but it was -- I would say from the provider point of view, it was at least a small improvement on average, there was at least one provider that says it didn't really matter.  But on average, for most of them, it probably improved things a little bit, at least.

Q.    In terms of billing?

A.    Yeah.  In terms of who to bill, who to deal with, whose -- whose rules they have to follow, those issues.

Q.    On the Blue Shield side in the preBlueCard era there was a reciprocity program; correct?

A.    Correct.

Q.    And for providers, the reciprocity program had inconsistent

Q.      I think I heard your testimony correctly earlier that you said you thought BlueCard could have some procompetitive benefits as it relates to national accounts, do you recall that?

A.      Well, sure.  Relative to the predecessors of BlueCard, I think it probably could and it probably did.

Q.      What's your definition of a National Account?

A.      Well, it's not very -- It's not very sharp in the literature, or among the firms.  I'd say roughly in the neighborhood of five thousand employees, something like that, and in multiple states.  And you could -- From the Anthem-Cigna case, you can see that the different firms -- there's a lot of testimony on that, different firms have -- different insurers have little bit different definitions. It's not a real crisp thing.

Q.      Do you know how many national account customers there are in the Blue System?

A.      No.

Q.      Do you know how many lives are covered through national accounts in the Blue

system?

A.    No.  I suppose I could get close to that, but I don't have a -- I've never counted that and put it together.

Q.    But whatever those lives are, those are the ones that benefited from the BlueCard; correct?

A.    Well, they're doing better under BlueCard than they were under the predecessor systems.

Q.    We'll talk a little bit about how they might do without a BlueCard too if you want to go there in a minute.  Okay?

A.    Okay.

Q.    Do you know how -- Do you know whether national accounts are self-insured or fully insured?

A.    I know that they're mostly self-insured.

Q.    Do you know how self-insured customers pay providers?

Strike that.  Do you know how self-insured customers' provider prices are set?

A.    I believe -- I think I do.  I