FILED

2021 Jul-22  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 338

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION


IN RE: BLUE CROSS BLUE SHIELD

Master File No. 2:13-CV-20000-RDP

ANTITRUST LITIGATION

MDL NO. 2406


CONFIDENTIAL REMOTE VIDEO DEPOSITION OF

H. E. FRECH, III, PH.D.


January 11, 2021


REPORTED BY:    Laura H. Nichols

                Certified Realtime Reporter,

                Registered Professional

                Reporter and Notary Public

Page 96

"developed Inter-Plan Service Benefits Bank to facilitate financial transactions and to provide syndicated coverage to employers in multiple areas."

And then I want to drop down a sentence where it says, you state that the bank -- I'm going to call it the bank, "had drawbacks and weaknesses."  Is that correct, that the Inter-Plan Services Bank had drawbacks and weaknesses?

A.    Yes.  And also the other predecessors, and there's several different attempts to do things like this.

Q.    Okay.  So all the preBlueCard programs, and I'm just going to look at the Cross side right now --

A.    Okay.

Q.    -- had drawbacks and weaknesses for servicing out-of-area subscribers and national accounts; is that correct?

A.    Yes, I would say that.  I would agree with that.

Q.    Okay.  And what were those drawbacks and weaknesses?

A.    Well, they had a lot of problems.  They had -- probably the most fundamental one was

that they were voluntary, and some of the Blue plans didn't join them.  So they couldn't -- even at their best and their biggest, they couldn't really say, okay, we offer national coverage to you, General Motors or Honeywell or somebody, because they would have places where the local Blues didn't agree.  So they would have to do some other one-off deal with those Blues to cover the people.  It didn't go through the Inter-Plan Bank or -- or its predecessors.  That was probably the biggest problem.

Q.   Any other drawbacks or weaknesses on the subscriber side that you can think of sitting here now?

A.   Oh, on the subscriber side?  I think that is probably -- that is probably the biggest one.  It also -- I don't know if this is subscriber or provider side on markets.  But the processing wasn't very slick.  It still has its problems with BlueCard, but it was worse before.

So not only could they not offer truly national coverage because of the holes, when you did go to an out-of-area plan, the processing and approvals and all those things that are still a problem -- still a problem in modern times, in my

Page 98

understanding, were worse then, even worse.

Q.   And when you are talking about processing and approval problems with preBlueCard programs, are you referring to processing and approval issues for providers?

A.   Well, it is -- the approval problem is really a problem in the subscriber market and also the provider market because it obviously directly affects subscribers if they don't get approved for a service.  And you might say that doesn't affect the providers too much unless the providers thinks they were authorized to provide the service, and this still happens, so they do it, and then they send a bill and then they don't get paid.  So it kind of affects both markets, approval process problem.

Claims processing, that is mostly a provider problem, I would say.

Q.   Right.

A.   Unless it gets so bad that the provider bills the subscriber.  That is how one -- you know, these markets are related.

Q.   And can you describe for me your understanding of the preBlueCard program's claim processing problems that presented for providers?

A.      Not really any more detail than that. I have not seen much detail on that. More just kind of high level comments by the Blue officials and the historians writing the histories of the Blues.

Q.      Did providers in the preBlueCard world have bad debt issues?

MR. QUILLEN:  Object to the form.

A.      Well, I am sure they did. They still have bad debt issues. Providers always have bad debt issues. You mean was it exacerbated?

Q.      (BY MS. DONNELL:) Yeah. Yeah. In the preBlueCard world, did providers have issues collecting debt due to maybe weaknesses of those -- those programs?

A.      I'm not sure -- I would certainly expect that would have been the case. I haven't seen commentary exactly directly hitting the nail on the head for it in the documents, but I would expect that would have been a problem. It still is, and I expect it would have been a problem back then.

Q.      You expect it was a bigger problem back then; is that what you said?

A.      Yeah, I expect it was a bigger

problem.  Yeah, I would say that.

Q.    You note in your report that the Blue Shield had an analogous program to process out-of-area service areas and the out-of-service area claims in the preBlueCard era, correct?

A.    Yes.

Q.    Okay.  And you also state that the preBlueCard Blue Shield programs had drawbacks and weaknesses, correct?

A.    Well, I don't remember the exact language for that, but I am sure I said something to that effect.

Q.    Yeah.  I am still just in Paragraph 77 where you state right after talking about Blue Shield that those programs also had drawbacks and weaknesses.

A.    Okay.  Where are you seeing Blue Shield?

Q.    I am on Page 31.  It is the paragraph -- the paragraph crosses from 30 to 31. And so I'm looking -- you write, "Blue Shield developed an analogous program to process physicians' out-of-service-area claims."

A.    Okay.  I see it.  Thanks.

Q.    Yeah.  And so, in your opinion, the

preBlueCard Blue Shield programs also had drawbacks and weaknesses, correct?

A.     That is true.  That is my opinion.

Q.     And we went through the drawbacks and weaknesses on the Cross side in the preBlueCard world.  Are they the same drawbacks and weaknesses on the Blue Shield side in the preBlueCard world?

A.     I think at a high altitude they are the same.  There are some differences because part of the problem -- and this continues even in BlueCard.  They would have different bases of payments for one plan versus another.  The hospital side, for example, now it is -- the biggest problem seems to be DRGs versus per diems.

On the Shield side, what you had for many years -- and it probably still persists.  I haven't seen recent data -- some Blue Shields would pay indemnity-type benefit.  Some would pay a co-insurance.  They would have different methods of figuring out what the allowance would be.  So you get conflicts -- at a high enough altitude, they kind of look the same, but if you look in detail, they are a little bit different.

Q.     I just want to make sure I understand.  So what is the detail that makes the

administratively improved things.  I think that would be --

Q.    Well, certainly BlueCard insured that subscribers would receive coverage wherever -- wherever they needed treatment, correct?

MR. QUILLEN:  Object to the form.

A.    Correct.  Correct.  And in the predecessors, there were some holes in that.

Q.    (BY MS. DONNELL:)  In your view, are the benefits for subscribers that you have described procompetitive benefits?  In other words, are they helping the Blues compete better against national -- other national insurers?

MR. QUILLEN:  Object to the form.

A.    Well, yeah, I think so.  I think they would help the Blues compete better for those national accounts.  And they also -- they have lots of other effects on the Blues.  So I think it is -- it does improve their -- the Blues' ability to compete for those accounts.  I think you have to agree with that.

Q.    (BY MS. DONNELL:)  Okay.  In your opinion, does BlueCard have any benefits for providers?

A.    Well, you mean relative to its

predecessors?

Q.    Yeah, that is fine.  That is fine just right there.  Thanks.

A.    Yeah.  I think it does in -- and they are kind of very related to the subscriber benefits.  Prior to this, you could have been in a state -- provider in a state -- I shouldn't say a state, a market where the local Blue was not a participant in the bank or the predecessors of the bank.

And so, then, there would be some awkward arrangement made by that Blue for each specific national account or there would be no agreement so you would be out-of-plan.

I think in either case it is going to get reimbursed worse, and it is going to be more awkward than under BlueCard.

I think BlueCard improved some of those administrative systems, and it got -- it also eliminated the holes that the voluntary nature of the bank and its predecessors allowed to persist.

Q.    Let's go to your but-for world.  In a but-for world where there were no -- there are no service areas, what is the alternative to BlueCard?

MR. QUILLEN:  Object to the form.