FILED
2021 Jul-22 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 344



# PPO Plan

Glossary

Printer friendly

Your Preferred Provider Organization (PPO) Plan with Kaiser Permanente is not just health coverage — it's a partnership in health.

You can choose any licensed physician to provide care nationwide. Online features let you manage most of your care around the clock.

Your benefits include:

- the choice to see any provider for medical care
- lower costs when you stay within the network, including preventive care at little or no cost
- an out-of-pocket maximum that limits how much you'll spend on most covered services each year
- no paperwork or claims when using in-network providers
- no referrals needed for specialists
- convenient pharmacy options: use any Kaiser Permanente pharmacy or choose from nearly 60,000 MedImpact retail pharmacies nationwide

## The choice is yours

This plan gives you two convenient options for choosing a doctor.

### Participating provider option

This option gives you:

- choice of more than 658,000 PHCS Network providers nationwide
- simple copay for most doctor's office visits
- most preventive care services covered at little or no cost to you
- simple copays for covered services after meeting your deductible
- lower out-of-pocket costs

### Nonparticipating provider option

This option gives you:

- choice of any licensed provider, including specialists
- easy appointments — just call the provider's office
- most preventive care services covered at little or no cost to you
- most other services covered at a coinsurance after you reach your calendar-year deductible

Your Certificate of Insurance or Summary Plan Description contains a complete explanation of benefits, exclusions, and limitations. The information provided here is not intended nor designed to serve as your Certificate of Insurance.

## Find Care

Advice

Routine Care

Urgent Care

Emergency Care

Find Doctors & Locations

Behavioral Health

Health Classes

When Traveling

## Our Organization

About KP

News & Views

Commitment to the Community

Diversity & Inclusion

Annual Report

Careers

Media Inquiries

## Member Support

New Member Welcome

Forms & Publications

Member Assistance

Member Services

Information requests

## Visit Our Other Sites

Individual & Family Plans

Medicaid/Medi-Cal

Medicare

Affordable Care Act

For Businesses

For Federal Employees

Broker Support

## Language

Español

Other languages

Accessibility | Nondiscrimination Notice | Website Privacy | HIPAA Notice of Privacy Practices | Terms & Conditions

Rights & Responsibilities | Site Policies | Disaster Planning | Technical Information | Site Map | Contact Site Manager

Copyright © 2021 Kaiser Foundation Health Plan, Inc.

You will need the free Adobe Acrobat Reader to read PDFs.

TRUSTe Certified Privacy Powered by TrustArc