FILED
2021 Jul-22 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 346



Print

# Our Company

UPMC Health Plan, headquartered in Pittsburgh, Pennsylvania, is among the nation's fastest-growing health plans. It is owned by the University of Pittsburgh Medical Center (UPMC), a world-renowned health care provider. As part of an integrated health care delivery system, UPMC Health Plan is committed to providing its members better health, more financial security, and the peace of mind they deserve. UPMC Health Plan partners with UPMC and community network providers to produce a combination of knowledge and expertise that provides the highest quality care at the most affordable price. The UPMC Insurance Services Division—which includes UPMC Health Plan, Workpartners, UPMC *for Life*, UPMC *for You*, UPMC *for Kids*, UPMC Community HealthChoices, and Community Care Behavioral Health—offers a full range of group health insurance, Medicare, Special Needs, CHIP, Medical Assistance, behavioral health, employee assistance, and workers' compensation products and services to more than 3.9 million members. Our local provider network includes UPMC as well as community providers, totaling more than 140 hospitals and more than 29,000 physicians throughout Pennsylvania and parts of Ohio, West Virginia, and Maryland.

ABOUT UPMC HEALTH PLAN

Who We Are

Quality & Safety

Community Engagement

News & Media

Careers

Vendor Information

Insurance Services Division

***My*Health Matters**

**View Blog**



**COPYRIGHT 53424.UPMC HEALTH PLAN, INC.**