FILED
2021 Jul-22 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 347



Print

# Join The Region's Only Provider-Led Plan

As the only provider-led health insurer in western Pennsylvania, we recognize the importance of partnership with network physicians and sensitivity to doctor-patient relationships. We're committed to a fair and simple process for you, so that you can stay focused on what you do best: caring for patients.

So whether your practice focuses in physical or behavioral health, we'd love to work with you.

Choose the link below that best matches your practice area to apply to participate in our network. Thank you for your interest in working with us!

## Ancillary Providers

Apply to Join our Provider Network

## Chiropractic Providers

Apply to Join our Provider Network

## Physicians and Extenders (CRNP, CNM, CRNA, PA)

Apply to Join our Provider Network

## Home and Community Based Service Providers (HCBS, LTSS)

Apply to Join our Provider Network

## Dental and Vision Providers

Apply to Join our Vision Network

Apply to Join our Dental Network

## Behavioral Health Providers

Contact Community Care to Join our Behavioral Health Network

## *My*Health Matters

View Blog