FILED
2021 Jul-22 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 348

- Coronavirus Information for Providers
- Join Our Network
- Provider Orientation
- Update Practice Information
- Clinical Policies +
- Claims and e-Transactions +
- Resources
- Pharmacy Forms
- HealthHelp Authorization
- Clinical Guidelines
- Behavioral Health Benefits
- GHP Family
- Contact Us

< For Providers

# Join our provider network

**Geisinger Health Plan is committed to working with providers to create programs and policies that help you deliver the best healthcare to patients and members.**

### Practitioner credentialing criteria

V ew the credentialing criter a for providers

View here

### Interested in joining our network?

If you are not already contracted with GHP complete th s on ne form for more information

Join the GHP provider network

## Related informat on

Learn more about Geis nger Health Plan.

### Prior authorizations

Log in to NaviNet to access and view pr or authorization information

Log in

### Terms and conditions

View GHP's terms and conditions

Terms and conditions

### Clinical guidelines

Clin cal gu del nes offer prov ders cons stent and appropriate guidance for diagnosis and treatment of specific cond tions or diseases

Clinical guidelines

### Questions? Contact us

If you have questions or need more information, contact Geisinger Health Plan

Contact us

Log in | Terms and conditions | Clinical guidelines | Contact us

I WANT TO:

Shop for Insurance
Find a Provider
Find a Hospital
Find a Pharmacy
Find a Covered Drug
Learn more about GHP

Facebook Twitter

ABOUT
About Geisinger
News & Media
Careers
Security Alerts

CONNECT
Contact Us
Make a Gift
Volunteer
Health & Wellness
PA Health magazine

EXPLORE
Patient Care
Health Plan
Education
Research

Select Account

Geisinger

Developer | Terms & Conditions | HIPAA (New) | Privacy Policy | Non-Discrimination Notice | Social Media Guidelines | Corporate Compliance Reporting | Report Fraud | Employee Login | Provider Resources | Geisinger Store

© 2021 Geisinger Health

*Geisinger Health Plan may refer collectively to Geisinger Health Plan, Geisinger Quality Options Inc., and Geisinger Indemnity Insurance Company, unless otherwise noted. Geisinger Gold Medicare Advantage HMO, PPO, and HMO D-SNP plans are offered by Geisinger Health Plan/Geisinger Indemnity Insurance Company, health plans with a Medicare contract. Continued enrollment in Geisinger Gold depends on annual contract renewal. Geisinger Health Plan Kids (Children's Health Insurance Program) and Geisinger Health Plan Family (Medical Assistance) are offered by Geisinger Health Plan in conjunction with the Pennsylvania Department of Human Services (DHS). Geisinger Health Plan is part of Geisinger, an integrated health care delivery and coverage organization.*