FILED
2021 Jul-22 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 350



# About us

Who we are

As the nation's leading provider of dental insurance, our core purpose is the advancement of the oral health of our customers, partners and consumers through dental insurance and the philanthropic efforts of Delta Dental companies.

Delta Dental Plans Association is a not-for-profit organization. Through our national network of Delta Dental companies, we offer dental coverage in all 50 states, Puerto Rico and other U.S. territories, with a local presence in communities across the country, providing groups and individuals with quality, cost-effective dental insurance and superior customer service.

Delta Dental serves more than 80 million Americans, protecting more smiles than any other dental insurance company, with the largest network of dentists nationwide, quick answers and personalized service.

Our history

In 1954, dentists and employers recognized the need to increase access to oral health care and formed dental service organizations in California, Oregon and Washington. Led by Delta Dental of Washington (DDWA), we began to build dental insurance programs for employees.

In 1966, Delta Dental Plans Association was created in order to coordinate dental insurance for companies with employees in multiple states.

A year later, DDWA partnered with the International Association of Machinists to create the first multi-state dental benefits program.

When Delta Dental of California was chosen as the dental insurance carrier for the Office of the Civilian Health and Medical Program of the Uniformed Services (OCHAMPUS) program, other Delta Dental companies agreed to share their dentist data in order to centralize the administration of the account. This resulted in the creation of the National Provider File (NPF) and the establishment in 1990 of DeltaUSA®—the company responsible for overseeing our dentist data and enabling the administration of national business accounts.

Today, Delta Dental Plans Association is comprised of a network of 39 independent Delta Dental companies operating in all 50 states, Puerto Rico and other U.S. territories, and together we provide coverage to more Americans than any other dental insurance company.

**Company info**

- About us
- Delta Dental Institute
- Logo rights
- Careers
- Contact us

**Press center**

- Press releases
- Media contacts

**Smile power**

- Protect my smile
- Grin! magazine
- Tooth fairy

**Tools**

- Find a dentist
- Cost estimator
- Join our network
- RFP assistant
- Get our app
- Site map

**Follow us**

DELTA DENTAL

**About us**

© Copyright 2021 Delta Dental Plans Association. All Rights Reserved. "Delta Dental" refers to the national network of 39 independent Delta Dental companies that provide dental insurance.

Privacy Statement Terms of Use

https://www.deltadental.com/us/en/about-us.html