FILED
2021 Jul-23 AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

Deposition of:

# CONF Daniel J. Slottje, Ph.D. , Timestamped

*March 12, 2021*

In the Matter of:

# Blue Cross Blue Shield Antitrust Litigation/in Re

Veritext Legal Solutions
877.373.3660 | calendar-al@veritext.com | 800.808.4958

this case? 09:40:51

A. Yes. 09:40:52

Q. And you're not offering an opinion, as we just discussed a bit, about what the but-for world would, in fact, look like in this case? 09:40:58 09:41:03 09:41:07 09:41:07

A. I'm not offering an independent opinion on that, I agree with that, with that proviso. 09:41:13 09:41:17 09:41:18

Q. And I take that proviso to refer to the fact that you believe that Dr. Haas-Wilson has offered that opinion and you have reviewed that opinion; is that right? 09:41:24 09:41:29 09:41:31 09:41:34

A. Yes. 09:41:34

MR. BROWN: Object to form. 09:41:39

THE WITNESS: Sorry, Tucker. 09:41:41

MR. BROWN: You're good. Angie is getting it. 09:41:46 09:41:48

Q. And you are not offering an opinion, to date, about any damages to parties other than the 106 acute care hospitals in Alabama that make up the GAC hospital class; is that correct? 09:41:49 09:41:54 09:41:58 09:42:03 09:42:06

A. Yes. 09:42:06

MR. BROWN: Objection. 09:42:07