FILED
2021 Jul-23 AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 12

# Filed Under Seal