FILED
2021 Jul-27 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3
# (FILED UNDER SEAL)