FILED
2021 Jul-27 PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 13
# (FILED UNDER SEAL)