FILED
2021 Jul-30 AM 07:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** | **Master File No. 2:13-cv-20000-RDP**<br><br>This document relates to Subscriber Track cases |

**REQUEST BY UNNAMED CLASS MEMBER TO RECEIVE SERVICE OF DOCUMENTS VIA CM/ECF**

COMES NOW class member and interested person John W. Davis to respectfully request that the undersigned be added to the CM/ECF service list in the above-captioned multidistrict litigation. Mr. Davis is a member of the plaintiff class and has been assigned claim number PV9TLXZYS7.

Dated: July 30, 2021

Respectfully submitted,

/s/ John W. Davis

John W. Davis
3030 N. Rocky Point Dr. W., Ste. 150
Tampa, FL 33607
(813) 533-1972
john@johnwdavis.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, the foregoing REQUEST BY UNNAMED CLASS MEMBER TO RECEIVE SERVICE OF DOCUMENTS VIA CM/ECF was filed with the Clerk of the Court and served on counsel of record via ECF.

/s/ John W. Davis

John W. Davis