FILED
2021 Aug-03 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| | } | |
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| | } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |
| | } | |

# ORDER

This case is **SET** for a status conference at **9:30 a.m. on Tuesday, September 14, 2021 in New York, New York at the offices of Cravath, Swaine & Moore LLP**, 825 8th Avenue, New York, NY 10019. In-person attendees must be vaccinated. For those unable to attend in person, the Special Master will provide a call-in number and Zoom access information for the status conference. **On or before Wednesday, September 8**, **2021,** (1) the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference; and (2) for security purposes, counsel attending in person **SHALL** notify the Special Master.

**DONE** and **ORDERED** this August 3, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE