FILED
2021 Aug-19 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

FILED by ___ D.C.
DEC 2 2 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

KENNETH A. THOMAS, M.D., et al.
Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD
ASSOCIATION, et al.,
Defendants.

**Case No. 03-21296-CIV-MORENO**

**JUDGMENT DISMISSING WITH PREJUDICE**
**DEFENDANT WELLPOINT ENTITIES**

In accordance with, and for the reasons set forth in, the Order Approving Settlement, Certifying Class and Directing Entry of Final Judgment entered on Dec. 22, 2005 (the "Order"), all claims against defendants Anthem, Inc. (now known as WellPoint, Inc.), WellPoint Health Networks Inc., Blue Cross of California, Rocky Mountain Hospital and Medical Service, Inc., Anthem Blue Cross and Blue Shield of Colorado, Community Insurance Company, Anthem Health Plans, Inc., Anthem Insurance Companies, Inc., Blue Cross and Blue Shield of Georgia, Inc., Anthem Health Plans of Kentucky, Inc., Anthem Health Plans of Maine, Inc., RightCHOICE Managed Care, Inc. (d/b/a Blue Cross and Blue Shield of Missouri), Anthem Health Plans of New Hampshire, Inc., Anthem Health Plans of Virginia, Inc., Blue Cross Blue Shield of Wisconsin, and their parents, subsidiaries, affiliates, predecessors, and successors are dismissed with prejudice as to the Class Representatives and as to all Class Members pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; provided, however, that the claims of those Class Members set forth on the attached list who or which properly Opted Out of the Class are dismissed without prejudice.

720/15

03-21296-CIV-MORENO

Dated: December 26, 2005

U.S. ~~Clerk of the~~ Court
F. MORENO

c: Service List