FILED
2021 Aug-19 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 03-21296-CIV-MORENO**

IN RE: MANAGED CARE LITIGATION

---

RICK LOVE, M.D., *et al.*,

Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

Defendants.

______________________________________/

**JUDGMENT DISMISSING CAPITAL BLUECROSS, CAPITAL ADVANTAGE INSURANCE COMPANY AND KEYSTONE HEALTH PLAN CENTRAL, INC. WITH PREJUDICE**

In accordance with, and for the reasons set forth in, the Order Approving Settlement Between Plaintiffs And Capital BlueCross, et al., Certifying Class, and Directing Entry Of Final Judgment, signed on June 20, 2008, all claims against Capital BlueCross, Capital Advantage Insurance Company and Keystone Health Plan Central, Inc. are dismissed with prejudice as to the Representative Plaintiffs and all Class Members pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, provided that the claims of those putative Class Members who elected to Opt-Out of the Class (identified on the attached list) are dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of June, 2008.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record