FILED
2021 Aug-19 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7
# (SUBMITTED UNDER SEAL)

**CONFIDENTIAL**
**FILED UNDER SEAL PURSUANT TO THE QUALIFIED PROTECTIVE ORDER**