FILED
2021 Aug-19 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 11
# (SUBMITTED UNDER SEAL)

**CONFIDENTIAL – ATTORNEY'S EYES ONLY
FILED UNDER SEAL PURSUANT TO THE
QUALIFIED PROTECTIVE ORDER**