FILED
2021 Aug-20 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 4

Case 1:00-md-01334-FAM Document 2799-4 Filed 08/20/13 Page 2 of 2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 03-21296-CIV-MORENO**

RICK LOVE, M.D., *et al.*,

Plaintiff,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

Defendants.
_______________________________________/

**JUDGMENT DISMISSING CERTAIN DEFENDANT BLUE PLANS WITH PREJUDICE**

In accordance with, and for the reasons set forth in, the Order Approving Settlement Among Certain Blue Parties, Physicians, Physician Groups and Physician Organizations, Certifying Class and Directing Entry of Final Judgment, signed on March 6, 2008, all claims against Defendants Highmark Inc., Highmark West Virginia, Inc. (d/b/a Mountain State Blue Cross Blue Shield), and their Subsidiaries and health care plans, are dismissed with prejudice as to the Representative Plaintiffs and as to all Class Members pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, provided that the claims of those putative Class Members who elected to Opt-Out of the Class (identified in the attached list) are dismissed with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of March, 2008.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record