FILED
2021 Aug-26 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** |

**ORDER AMENDING DEADLINE RELATED TO CLASS SETTLEMENT**

On November 30, 2020, the court preliminarily approved the Settlement Agreement agreed upon by Subscriber Class Representatives and the Self-Funded Sub-Class Representative (on behalf of themselves and the Settlement Classes) and Settling Defendants. (Doc. # 2641). In that Order, the court set certain deadlines. (Doc. # 2641 at 67).

This matter is before the court on Subscriber Plaintiffs' Unopposed Motion for Extension of Filing Deadlines Related to Class Settlement (Doc. # 2805). Subscriber Plaintiffs' Motion seeks to modify Paragraph 29 of the Memorandum and Order Preliminarily Approving the Settlement such that the "Deadline for Parties to file any Motion(s) for Final Approval of Settlement and responses to any timely submitted Settlement Class Member objections" would become Friday, September 3, 2021. (*Id.*). The Motion (Doc. # 2805) is **GRANTED**. The language below in bold italics **SHALL** be inserted so that paragraph 29 provides as follows:

| | |
|---|---|
| ***Friday, September 3, 2021*** | Deadline for Parties to file any Motion(s) for Final Approval of Settlement and responses to any timely submitted Settlement Class Member objections |

**DONE** and **ORDERED** this August 26, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE