FILED
2021 Aug-27 AM 08:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD
Master File No. 2:13-CV-20000-RDP
ANTITRUST LITIGATION
MDL NO. 2406

VIDEO DEPOSITION OF MELISSA ROTUNNO
Kirkland & Ellis
300 North LaSalle
Chicago, Illinois 60654
April 12, 2017
8:30 a.m.

REPORTED BY: Lane C. Butler
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

A. No.
Q. Have you ever seen any -- any license agreements between Buffalo and any other entities concerning the Blue Shield marks?
MR. HOLMSTEAD: Objection to the extent it calls for documents reviewed at the direction of counsel.
Otherwise, you can answer.
A. I've seen signed copies of the pooling agreement, but do not recall if it was Buffalo-specific.
Q. Okay.
THE COURT REPORTER: The what agreement?
MR. BAGLEY: The pooling.
THE WITNESS: License agreement.
THE COURT REPORTER: Thank you.
THE WITNESS: You're welcome.
BY MR. BAGLEY:
Q. You just referred to the pooling agreement. Is that the Blue Shield agreement in 1952?
A. The license agreement, signed license agreement.
Q. You think it's a license agreement?