IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | : Master File 2:13-cv-20000-RDP : : : : **This document relates to** : **Subscriber Track cases** |

## MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPOINTMENT OF SETTLEMENT ADMINISTRATOR

COME NOW the Class Representatives[1] (on behalf of themselves and the Settlement Classes) ("Subscriber Plaintiffs") in the above-styled action and hereby move this Court for an order finally approving the class settlement of the Subscriber Plaintiffs' claims against the Settling Defendants and overruling all objections to the settlement. Subscriber Plaintiffs also seek appointment of Judge Irma E. Gonzalez (Ret.) as Settlement Administrator.

Subscriber Plaintiffs seek final approval of their settlement Damages Class, including a Self-Funded Sub-Class, and an Injunctive Relief Class. These Settlement Classes and other terms of the Settlement Agreement were agreed upon after several years of arm's-length negotiations with the assistance of three highly respected mediators, including Special Master Edgar C. Gentle.

The Settlement Agreement is fair, reasonable, adequate, and satisfies the Eleventh Circuit's long-standing class settlement fairness factors as well as the requirements of Fed. R. Civ. P. 23(e)(2). Moreover, the Settlement Classes satisfy and are certifiable under Fed. R. Civ. P. 23(a), (b)(2) and (b)(3). The proposed Plan of Distribution of settlement proceeds is fair, adequate and reasonable. None of the objections warrants disapproval of the Settlement.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given them in the Settlement Agreement, Dkt. No. 2610-2.

In support of this Motion, Subscriber Plaintiffs submit herewith the Subscriber Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Settlement along with the Declaration of Jennifer Keough in Support of Final Approval (Exhibit A); the Declaration of Dr. Daniel Rubinfeld in Support of Final Approval (Exhibit B); a List of Regional and National Insurers (Exhibit C); the Declaration of Dr. Joseph Mason (Exhibit D); several documents produced by the Settling Defendants during the litigation (Exhibit E, BCBS-AZ_MDL000124422; Exhibit F, CAREFIRST_ESI_06681777; Exhibit G, ARKBCBS0047016); the July 28, 2021 Letter from W. Berry to Settlement Class Counsel and Counsel for Settling Defendants (Exhibit H); and the Resume of Proposed Settlement Administrator Judge Irma E. Gonzalez (Ret.) (Exhibit I).

For these reasons, as well as those set forth in the supporting materials submitted herewith, Subscriber Plaintiffs' Motion should be granted, and the Court should enter a final approval order in the form proposed (Exhibit L). The Court should also enter the Proposed Order Appointing Settlement Administrator (Exhibit J), appointing the Honorable Irma E. Gonzalez as Settlement Administrator, and amend the Data Production Order by entering the Proposed Amended Stipulation and Order Regarding Protected Health Information and Personally Identifiable Information for Subscriber Settlement (Exhibit K).

| | |
|---|---|
| Date: September 3, 2021 | Respectfully submitted, |
| /s/ David Boies<br>David Boies – **Co-Lead Counsel**<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>Fax: (914) 749-8200<br>dboies@bsfllp.com | /s/ Michael D. Hausfeld<br>Michael D. Hausfeld – **Co-Lead Counsel**<br>Swathi Bojedla – **Discovery Committee**<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202) 540-7201<br>mhausfeld@hausfeld.com<br>sbojedla@hausfeld.com |
| Charles J. Cooper – **Co-Chair, Written Submissions Committee & PSC Member**<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue NW<br>Washington, DC 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>ccooper@cooperkirk.com | Megan Jones – **Settlement Committee & PSC Member**<br>Arthur Bailey – **Discovery Committee**<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 358-4980<br>mjones@hausfeld.com<br>abailey@hausfeld.com |
| Chris T. Hellums – **Local Facilitating Counsel**<br>PITTMAN, DUTTON & HELLUMS, P.C.<br>2001 Park Place N, 1100 Park Place Tower<br>Birmingham, AL 35203<br>Tel: (205) 322-8880<br>Fax: (205) 328-2711<br>chrish@pittmandutton.com | William A. Isaacson – **Settlement Committee & PSC Member**<br>PAUL WEISS<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel: (202) 223-7313<br>Fax: (202) 379-4937<br>wisaacson@paulweiss.com |
| Gregory Davis – **Settlement Committee & PSC Member**<br>DAVIS & TALIAFERRO, LLC<br>7031 Halcyon Park Drive<br>Montgomery, AL 36117<br>Tel: (334) 832-9080<br>Fax: (334) 409-7001<br>gldavis@knology.net | Cyril V. Smith – **Settlement Committee & PSC Member**<br>ZUCKERMAN SPAEDER, LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202-1031<br>Tel: (410) 949-1145<br>Fax: (410) 659-0436<br>csmith@zuckerman.com |

Kathleen Chavez – ***Settlement Committee & PSC Member***
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
kcc@fmcolaw.com

David Guin – ***Co-Chair, Written Submissions Committee***
Tammy Stokes – ***Damages Committee***
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. North
Suite 600/Title Building
Birmingham, AL 35203
Tel: (205) 226-2282
Fax: (205) 226-2357
davidg@gseattorneys.com
tammys@gseattorneys.com

Carl S. Kravitz – ***Expert Committee***
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Tel: (202) 778-1800
Fax: (202) 822-8106
ckravitz@zuckerman.com

Richard Feinstein – ***Expert Committee***
Hamish P.M. Hume – ***Discovery Committee***
BOIES, SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
rfeinstein@bsfllp.com
kdyer@bsfllp.com
hhume@bsfllp.com

Mindee Reuben
Lite DePalma Greenberg
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Tel:  (267) 314-7980
Fax: (973) 623-0858
mreubin@litedepalma.com

Nate Cihlar
Joshua Callister
Srauss & Boies
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel:  (703) 764-8700
Fax:  (703) 764-8704
ncihlar@straus-boies.com
jcallister@straus-boies.com

Patrick Cafferty – ***Discovery Committee***
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
150 S. Wacker Drive, Suite 300
Chicago, IL 60606
Tel: (312) 782-4880
pcafferty@caffertyclobes.com

Bryan Clobes – ***Litigation Committee***
Ellen Meriwether – ***Written Submissions Committee***
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
2005 North Monroe Street
Media, PA 19063
Tel: (215) 864-2800
Fax: (215) 864-2810
bclobes@caffertyclobes.com
emeriwether@caffertyclobes.com

Andrew Lemmon – Chair, Discovery Committee
LEMMON LAW FIRM
15058 River Road
PO Box 904
Hahnville, LA 70057
Tel: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Douglas Dellaccio – *Litigation Committee*
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 32505
Tel: (205) 328-2200
Fax: (205) 324-7896
ddellaccio@cwcd.com

Edwin J. Kilpela, Jr.
Benjamin Sweet – *Litigation Committee*
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110
ekilpela@dsclaw.com
bsweet@dsclaw.com

Charles T. Caliendo – *Class Certification Committee*
GRANT & EISENHOFER
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
ccaliendo@gelaw.com

Virginia Buchanan – Chair, Class Certification Committee
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7000
Fax: (850) 435-7020
vbuchanan@levinlaw.com

Larry McDevitt – *Chair, Class Certification Committee*
David Wilkerson – *Discovery Committee*
VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Tel: (828) 258-2991
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Robert M. Foote – *Damages Committee*
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
rmf@fmcolaw.com

Robert Eisler – *Discovery Committee*
GRANT & EISENHOFER
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
reisler@gelaw.com

| | |
|---|---|
| Daniel Gustafson – ***Litigation Committee***<br>Daniel C. Hedlund – ***Damages Committee***<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>Fax: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com | Brent Hazzard – ***Litigation Committee***<br>HAZZARD LAW, LLC<br>447 Northpark Drive<br>Ridgeland, MS 39157<br>Tel: (601) 977-5253<br>Fax: (601) 977-5236<br>brenthazzard@yahoo.com |
| John Saxon – ***Litigation Committee***<br>JOHN D. SAXON, P.C.<br>2119 3rd Avenue North<br>Birmingham, AL 35203-3314<br>Tel: (205) 324-0223<br>Fax: (205) 323-1583<br>jsaxon@saxonattorneys.com | Lawrence Jones – ***Damages Committee***<br>JONES WARD PLC<br>The Pointe<br>1205 East Washington Street, Suite 111<br>Louisville, Kentucky 40206<br>Tel:  (502) 882-6000<br>Fax: (502) 587-2007<br>larry@jonesward.com |
| Robert Methvin – ***Chair, Settlement Committee***<br>James M. Terrell – ***Class Certification Committee***<br>MCCALLUM, METHVIN & TERRELL, P.C.<br>The Highland Building<br>2201 Arlington Avenue South<br>Birmingham, AL 35205<br>Tel: (205) 939-0199<br>Fax: (205) 939-0399<br>rgm@mmlaw.net<br>jterrell@mmlaw.net | Michael McGartland – ***Class Certification Committee***<br>MCGARTLAND & BORCHARDT LLP<br>1300 South University Drive, Suite 500<br>Fort Worth, TX 76107<br>Tel: (817) 332-9300<br>Fax: (817) 332-9301<br>mike@attorneysmb.com |
| H. Lewis Gillis – ***Co-Head Chair, Litigation Committee***<br>MEANS GILLIS LAW, LLC<br>3121 Zelda Court<br>Montgomery, AL 36106<br>Tel: 1-800-626-9684<br>hlgillis@tmgslaw.com | David J. Hodge – ***Chair, Settlement Committee***<br>MORRIS, KING & HODGE<br>200 Pratt Avenue NE<br>Huntsville, AL 35801<br>Tel: (256) 536-0588<br>Fax: (256) 533-1504<br>lstewart@alinjurylaw.com |

*Counsel for Subscriber Plaintiffs*

*/s/ Warren T. Burns*
Warren T. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com

*Counsel for the Self-Funded Sub-Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2021, the foregoing Subscriber Plaintiffs' Motion for Final Approval of Class Settlement was filed with the Clerk of the Court and served on counsel of record via ECF.

  /s/ Michael D. Hausfeld
Michael D. Hausfeld
