FILED
2021 Sep-03  PM 05:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*



**If you purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan between 2008 and 2020, a $2.67 billion Settlement may affect your rights.**

*Para una notificación en español, visite www.BCBSsettlement.com/espanol*

**Questions?  Call (888) 681-1142 or Visit www.BCBSsettlement.com**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration
P.O. BOX 91390
Seattle, WA 98111

Class Member Name
Class Member Address
Class Member City/State/Zip

---

**YOUR UNIQUE ID:**

**PLEASE SAVE THIS NUMBER TO FILE A CLAIM**

### What is this notice?

On November 30, 2020, the Honorable R. David Proctor of the U.S. District Court for the Northern District of Alabama granted preliminary approval of this class action Settlement.  The Court directed the parties to send this notice. Blue Cross and/or Blue Shield's records show that you may be a Settlement Class Member. You may be eligible to receive **a payment** from the Settlement in the *In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406*, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

### What is the lawsuit about?

Plaintiffs claim that the Blue Cross Blue Shield Association and Settling Individual Blue Plans (collectively, "Settling Defendants") violated antitrust laws by entering into an agreement not to compete with each other and to limit competition among themselves in selling health insurance and administrative services for health insurance. Settling Defendants deny all claims.  The Settling Defendants have asserted that their conduct results in lower healthcare costs and greater access to care for their customers.  The Court has not decided who is right.

### Who is affected?

You may be eligible to receive payment if you are an **Individual**, **Insured Group** (and their employees) or **Self-Funded Account** (and their employees) that purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan during one of the two Settlement Class Periods. Government accounts are excluded from the Class.

The Settlement Class Period for **Individuals** and **Insured Groups** is from February 7, 2008, through October 16, 2020. The Settlement Class Period for **Self-Funded Accounts** is from September 1, 2015 through October 16, 2020. Dependents, beneficiaries (including minors), and non-employees are **NOT** eligible to receive payment.

All **Individuals**, **Insured Groups**, and **Self-Funded Accounts** that purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan during the applicable Class Period will also benefit from the parts of the Settlement requiring Settling Defendants to change certain of their practices that were alleged to be anticompetitive. Dependents, beneficiaries (including minors), and non-employees will benefit from this part of the Settlement.

### What can you get from the Settlement?

Class Members who submit valid claims may receive a cash payment from the Net Settlement Fund. The Net Settlement Fund is estimated to be approximately $1.9 billion.  This is after deducting attorneys' fees, administration expenses and other costs from the $2.67 billion Settlement Fund. For more details on the Plan of Distribution, read the Long Form Notice available at www.BCBSsettlement.com. You can also call (888) 681-1142. Settling Defendants also agreed to make changes in the way they do business to increase the opportunities for competition in the market for health insurance.

### How do you get a payment?

You must submit a valid claim online at www.BCBSsettlement.com or postmarked by mail no later than November 5, 2021. Claim Forms are available at www.BCBSsettlement.com or may be requested by calling (888) 681-1142.

### What are your other options?

If you do not want to be legally bound by the Settlement, you may send a request for exclusion ("opt out"). You will not receive any money, but you will keep your right to sue Settling Defendants for the claims in this case. If you do not exclude yourself, you may object to the Settlement. You will still be bound by the Settlement if your objection is rejected. For details on how to opt out or object, read the Long Form Notice available at www.BCBSsettlement.com.

Opt outs and objections must be postmarked by July 28, 2021. The Court will hold a Fairness Hearing to consider whether the Settlement is fair, reasonable, and adequate. The Fairness Hearing is on October 20, 2021 at 10:00 a.m. Central Time. The Court will also decide whether to approve attorneys' fees and expenses up to $667.5 million and $101 million for additional costs and service awards.  These amounts will be deducted from the $2.67 billion Settlement Fund. You may ask to attend the Fairness Hearing, on your own or through counsel, but you do not have to do so.

**Please Do Not Contact The Court Regarding This Notice.**

**QUESTIONS? Visit www.BCBSsettlement.com, email info@BCBSsettlement.com, call (888) 681-1142, or write Blue Cross Blue Shield Settlement c/o JND Legal Administration, P.O. Box 91390, Seattle, WA 98111.**



---

*Carefully separate this Address Change Form at the perforation*

Name: _____

Current Address: _____

_____

_____

**Address Change Form**
To make sure your information remains up-to-date in our records, please confirm your address by filling in the above information and depositing this postcard in the U.S. Mail.

Place
Stamp
Here

QR
CODE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration
P.O. BOX 91390
Seattle, WA 98111

# EXHIBIT B

To: [Class Member Email Address]
From: Blue Cross Blue Shield Claims Administrator (Notice@BCBSsettlement.com)
Subject: Blue Cross Blue Shield Settlement Notice

Dear [Class Member Name]:



# If you purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan between 2008 and 2020, a $2.67 billion Settlement may affect your rights.



*Para una notificación en español, visite www.BCBSsettlement.com/espanol*

You are not being sued.  A federal court authorized this notice to you.  It affects your rights.  Please read it carefully.

On November 30, 2020, the Honorable R. David Proctor of the U.S. District Court for the Northern District of Alabama granted preliminary approval of this class action Settlement. The Court directed the parties to send this notice. Blue Cross and/or Blue Shield's records show that you may be a Settlement Class Member. You may be eligible to receive **a payment** from the Settlement in the *In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406*, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Please visit www.BCBSsettlement.com for more information.

## What is the lawsuit about?

Plaintiffs claim that the Blue Cross Blue Shield Association and Settling Individual Blue Plans (collectively, "Settling Defendants") violated antitrust laws by entering into an agreement not to compete with each other and to limit competition among themselves in selling health insurance and administrative services for health insurance. Settling Defendants deny all claims.  The Settling Defendants have asserted that their conduct results in lower healthcare costs and greater access to care for their customers.  The Court has not decided who is right.

## Who is affected?

You may be eligible to receive payment if you are an **Individual**, **Insured Group** (and their employees) or **Self-Funded Account** (and their employees) that purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan during one of the two Settlement Class Periods. Government accounts are excluded from the Class.

The Settlement Class Period for **Individuals** and **Insured Groups** is from February 7, 2008, through October 16, 2020.  The Settlement Class Period for **Self-Funded Accounts** is from September 1, 2015 through October 16, 2020.  Dependents, beneficiaries (including minors), and non-employees are **NOT** eligible to receive payment.

All **Individuals**, **Insured Groups**, and **Self-Funded Accounts** that purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan during the applicable Class Period will also benefit from the parts of the Settlement requiring Settling Defendants to change certain of their practices that were alleged to be anticompetitive. Dependents, beneficiaries (including minors), and non-employees will benefit from this part of the Settlement.

For more details about who is affected visit www.BCBSsettlement.com.

## What can you get from the Settlement?

Class Members who submit valid claims may receive a cash payment from the Net Settlement Fund. The Net Settlement Fund is estimated to be approximately $1.9 billion. This is after deducting attorneys' fees, administration expenses and other costs from the $2.67 billion Settlement Fund. For more details on the Plan of Distribution, read the Long Form Notice available at www.BCBSsettlement.com. You can also call (888) 681-1142. Settling Defendants also agreed to make changes in the way they do business to increase the opportunities for competition in the market for health insurance.

## How do you get a payment?

You must submit a valid claim online at www.BCBSsettlement.com or postmarked by mail no later than **November 5, 2021**. Claim Forms are available at www.BCBSsettlement.com or may be requested by calling (888) 681-1142.

**FILE A CLAIM**

## What are your other options?

If you do not want to be legally bound by the Settlement, you may send a request for exclusion ("opt out"). You will receive no money, but you will keep your right to sue Settling Defendants for the claims in this case. If you do not exclude yourself, you may object to the Settlement. You will still be bound by the Settlement if your objection is rejected. For details on how to opt out or object, read the Long Form Notice available at www.BCBSsettlement.com.  You can also call (888) 681-1142.

Opt outs and objections must be postmarked by **July 28, 2021**. The Court will hold a Fairness Hearing on October 20, 2021 at 10:00 a.m. Central Time, to consider whether the Settlement is fair, reasonable, and adequate. The Court will also decide whether to approve attorneys' fees and expenses up to $667.5 million and $101 million for additional costs and service awards, which will be deducted from the $2.67 billion Settlement Fund. You may ask to appear at the Fairness Hearing, on your own behalf or through counsel, but you don't have to do so.

**▄▄▄▄▄ Please Do Not Contact The Court Regarding This Notice. ▄▄▄▄▄**

## Questions?

 Visit www.BCBSsettlement.com, email info@BCBSsettlement.com,

 call (888) 681-1142, or

 write Blue Cross Blue Shield Settlement c/o JND Legal Administration, P.O. Box 91390, Seattle, WA 98111.

To unsubscribe from this list, please click on the following link: Unsubscribe

# EXHIBIT C



**BLUE CROSS BLUE SHIELD®**
**$2.67 BILLION**
**SUBSCRIBER SETTLEMENT**

**FILE YOUR
CLAIM TODAY**

 

U.S.   INTERNATIONAL   CANADA   ESPAÑOL   中文

**PLAY THE CROSSWORD**   Account

Thursday, April 1, 2021
Today's Paper

# The New York Times

66°F  83° 63°
S&P 500  +0.96% ↑

World   U.S.   Politics   N.Y.   Business   Opinion   Tech   Science   Health   Sports   Arts   Books   Style   Food   Travel   Magazine   T Magazine   Real Estate   Video


**Listen to 'The Daily'**
A union drive at Amazon.


**Opinion: Listen to 'The Argument' With Jane Coaston**
Are hate crime laws working?


**Broadway Returns in Australia**
Hear lessons and songs from shows now opening on
Australia's stages. Subscribers can R.S.V.P. here.

## Virus Surge in Michigan Is a 'Gut Punch' to Hopes of Pandemic's End

· Infection levels in the state have exploded in recent weeks, amid an outbreak that is one of the largest and most alarming in the U.S.

· The trend points to a disconcerting phase of the pandemic: Vaccines are rolling out quickly, but upticks in cases raise the prospect of a new surge.

**LIVE**

### U.S. Air Travel to Vacation Spots Is Returning

The C.D.C. advises people to refrain from widespread travel, but the drive to return to normal lifestyles is growing. Here's the latest on the pandemic.



Rio de Janeiro

## As Covid and Economic Woes Ravage Brazil, Bolsonaro Improvises and Confounds

Critics see President Jair Bolsonaro's behavior as an unnerving sign of a flailing leader. His strategy, if there is one, is difficult to discern.

**A factory mix-up ruined up to 15 million vaccine doses from Johnson & Johnson.**











 EXPLORE

 Join Now ▾   Login   **SUBSCRIBE**  

PEOPLE.COM > HOME

# Kamala Harris Moving into Vice President's Residence After More Than a 2-Month Delay Due to Renovations

The vice president and second gentleman have been staying at Blair House since the Inauguration while the home at Number One Observatory Circle underwent renovations

By **Ashley Boucher**  |  April 01, 2021 07:54 PM


f
FB


Tweet

···
More





**BLUE CROSS BLUE SHIELD®** $2.67 BILLION SUBSCRIBER SETTLEMENT

**FILE YOUR CLAIM TODAY**

www.BCBSsettlement.com

☰ EXPLORE **People**

🔍 | Join Now ▾ | Login | Sweepstakes | **SUBSCRIBE** 

**Chrissy Teigen Is Still 'Coming to Terms' with Not Being Able to Get Pregnant Again as She Remains Hopeful for More Kids**

**Kamala Harris Moving into Vice President's Residence After More Than a 2-Month Delay Due to Renovations**

*Teen Wolf's* **Arden Cho Details Horrific Racist Attack While Walking Her Dog: 'I'm Still Shaking'**

**Ex-Paramedic Accused of Using Eyedrops to Kill Wife Also Allegedly Set Helicopter on Fire**



## Van Life Influencer Lee MacMillan Dies by Suicide at 28: 'A Magnetic Force of Nature'

"She was the brightest light," a tribute on her Instagram page said



**Prince Harry Is in Beach Mode as He Plays Fetch with Dog Pula in California: See the Photos!**



**Michael Strahan Reveals His Teeth 'Gap Is Here to Stay' in April Fool's Day Prank**



**BLUE CROSS BLUE SHIELD®** $2.67 BILLION SUBSCRIBER SETTLEMENT

**LEARN MORE**

www.BCBSsettlement.com

ADVERTISEMENT

≡ EXPLORE   **People**

Q   Join Now ▾   |   Login   |   Sweepstakes   **SUBSCRIBE**   

**Kamala Harris Moving into Vice President's Residence After More Than a 2-Month Delay Due to Renovations**

**Bindi Irwin and Family Share Hilarious April Fools' Day Photo of Baby Grace's 'First Croc Encounter'**

***Teen Wolf***'s Arden Cho Details Horrific Racist Attack While Walking Her Dog: 'I'm Still Shaking'**

**Paulina Porizkova Responds to Ageist Critics on Instagram: 'I Think I Look Pretty Good in Lingerie'**

**Ex-Paramedic Accused of Using Eyedrops to Kill Wife Also Allegedly Set Helicopter on Fire**



## Jeannie Mai and Jeezy Tie the Knot in Intimate Wedding at Their Atlanta Home 1 Year After Engagement

"And at the end of the day, Jeezy and I really just wanted to become husband and wife," the *Real* co-host, 42, told *Vogue*







**BLUE CROSS BLUE SHIELD®** **$2.67 BILLION SUBSCRIBER SETTLEMENT**

**LEARN MORE**

www.BCBSsettlement.com

ADVERTISEMENT









CONCILIACIÓN PARA SUSCRIPTORES
DE BLUE CROSS BLUE SHIELD®
POR USD 2.67 MIL MILLONES

PRESENTE SU
RECLAMACIÓN
HOY MISMO



IMMIGRATION

## Ciudad Juárez, the land where the dreams of so many migrants die: "Why did they deceive us, why?"

Thousands try to cross the border almost daily and thousands succeed only to be returned to Mexico. On an international bridge, a woman collapsed crying while her children suffered at her side. Now he insists: "My fear is gone."



Highlights



WHATEVER YOU'RE INTO,
STREAM IT AD-FREE.
$6.99/MO.
Terms Apply

discovery+
start free trial

Gestión anuncios

**msn** | noticias ⌄
por Microsoft News

Iniciar sesión

Titulares   Coronavirus   EEUU   Tu país   Inmigración   Mundo   Crimen   Tecnología   Ciencia   Economía   El Tiempo



Conductor embiste a dos policías del Capitolio y amenaza con cuchillo

Telemundo

© 2021 Microsoft





Telemundo

Muere uno de los policías embestidos por un auto afuera del Capitolio



CONCILIACIÓN
PARA
SUSCRIPTORES
DE BLUE CROSS
BLUE SHIELD®
POR USD 2.67
MIL MILLONES

PRESENTE SU
RECLAMACIÓN
HOY MISMO

www.BCBSsettlement.com



IMMIGRANTS

Privacidad y cookies   Términos de uso









🖒 Like          💬 Comment          ↪ Share

**Class Action Lawsuit**
Sponsored · 🌐                                    ⋯

Impacted by the Blue Cross Blue Shield® $2.67 billion
subscriber settlement?



BCBSSETTLEMENT.COM
**Blue Cross Blue Shield®**                    [ Learn More ]

🖒 Like          💬 Comment          ↪ Share









# EXHIBIT D

Case 2:13-cv-20000-RDP Document 2812-3 Filed 09/03/21 Page 31 of 55



April 26, 2021

# People

1921-2021

## *Prince Philip*

# A Lifetime *of* Love & Loyalty

Married to the Queen for 73 years until his death at age 99, Prince Philip 'was her rock,' says a friend. Inside the royal couple's extraordinary love story

LEGAL NOTICE



# If you purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan between 2008 and 2020, a $2.67 billion Settlement may affect your rights.

*Para una notificación en español, visite www.BCBSsettlement.com/espanol*

On November 30, 2020, the Honorable R. David Proctor of the U.S. District Court for the Northern District of Alabama granted preliminary approval of the Settlement in the *In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406*, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Please visit www.BCBSsettlement.com for more information.

## What is the lawsuit about?

Plaintiffs claim that the Blue Cross Blue Shield Association and Settling Individual Blue Plans (collectively, "Settling Defendants") violated antitrust laws by entering into an agreement not to compete with each other and to limit competition among themselves in selling health insurance and administrative services for health insurance. Settling Defendants deny all claims. The Settling Defendants have asserted that their conduct results in lower healthcare costs and greater access to care for their customers. The Court has not decided who is right.

## Who is affected?

You may be eligible to receive payment if you are an **Individual, Insured Group** (and their employees) or **Self Funded Account** (and their employees) that purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan during one of the two Settlement Class Periods. Government accounts are excluded from the Class.

The Settlement Class Period for **Individuals** and **Insured Groups** is from February 7, 2008 through October 16, 2020. The Settlement Class Period for **Self-Funded Accounts** is from September 1, 2015 through October 16, 2020. Dependents, beneficiaries (including minors), and non-employees are **NOT** eligible to receive payment.

All **Individuals, Insured Groups,** and **Self-Funded Accounts** that purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan during the applicable Class Period will also benefit from the parts of the Settlement requiring Settling Defendants to change certain of their practices that were alleged to be anticompetitive. Dependents, beneficiaries (including minors), and non-employees will benefit from this part of the Settlement.

For more details about who is affected visit www.BCBSsettlement.com.

## What can you get from the Settlement?

Class Members who submit valid claims may receive a cash payment from the Net Settlement Fund. The Net Settlement Fund is estimated to be approximately $1.9 billion. This is after deducting attorneys' fees, administration expenses and other costs from the $2.67 billion Settlement Fund. For more details on the Plan of Distribution, read the Long Form Notice available at www.BCBSsettlement.com. You can also call (888) 681-1142. Settling Defendants also agreed to make changes in the way they do business to increase the opportunities for competition in the market for health insurance.

## How do you get a payment?

You must submit a valid claim online at www.BCBSsettlement.com or postmarked by mail no later than **November 5, 2021**. Claim Forms are available at www.BCBSsettlement.com or may be requested by calling (888) 681-1142.

## What are your other options?

If you do not want to be legally bound by the Settlement, you may send a request for exclusion ("opt out"). You will not receive any money, but you will keep your right to sue Settling Defendants for the claims in this case. If you do not exclude yourself, you may object to the Settlement. You will still be bound by the Settlement if your objection is rejected. For details on how to opt out or object, read the Long Form Notice available at www.BCBSsettlement.com.

Opt outs and objections must be postmarked by **July 28, 2021**. The Court will hold a Fairness Hearing to consider whether the Settlement is fair, reasonable, and adequate. The Fairness Hearing is on October 20, 2021 at 10:00 a.m. CT. The Court will also decide whether to approve attorneys' fees and expenses up to $667.5 million and $101 million for additional costs and service awards. These amounts will be deducted from the $2.67 billion Settlement Fund. You may ask to attend the Fairness Hearing, on your own or through counsel, but you do not have to do so.

■ **Please Do Not Contact The Court Regarding This Notice.** ■

## Questions?

 Visit www.BCBSsettlement.com, email info@BCBSsettlement.com,

 call (888) 681-1142, or

 write *Blue Cross Blue Shield Settlement* c/o JND Legal Administration P.O. Box 91390, Seattle, WA 98111.



**www.BCBSsettlement.com**
**(888) 681-1142**

Case 2:13-cv-20000-RDP Document 2812-3 Filed 09/03/21 Page 33 of 55



JUNE 2021 BHG.COM

# Better Homes & Gardens.



## *the* Great *OUTDOORS*

FIND HAPPINESS
IN YOUR OWN
BACKYARD

← THIS USED
TO BE A
BROKEN-
DOWN
GARAGE
*p. 28*

**TROPICAL
GRILLING**
*p. 88*

**FLOWER-FILLED
GARDENS**
*p. 94*

**TABLETOP
PLANTERS**
*p. 40*

LEGAL NOTICE

 

# If you purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan between 2008 and 2020, a $2.67 billion Settlement may affect your rights.

*Para una notificación en español, visite www.BCBSsettlement.com/espanol*

On November 30, 2020, the Honorable R. David Proctor of the U.S. District Court for the Northern District of Alabama granted preliminary approval of the Settlement in the *In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406*, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Please visit www.BCBSsettlement.com for more information.

## What is the lawsuit about?

Plaintiffs claim that the Blue Cross Blue Shield Association and Settling Individual Blue Plans (collectively, "Settling Defendants") violated antitrust laws by entering into an agreement not to compete with each other and to limit competition among themselves in selling health insurance and administrative services for health insurance. Settling Defendants deny all claims. The Settling Defendants have asserted that their conduct results in lower healthcare costs and greater access to care for their customers. The Court has not decided who is right.

## Who is affected?

You may be eligible to receive payment if you are an **Individual**, **Insured Group** (and their employees) or **Self Funded Account** (and their employees) that purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan during one of the two Settlement Class Periods. Government accounts are excluded from the Class.

The Settlement Class Period for **Individuals** and **Insured Groups** is from February 7, 2008 through October 16, 2020. The Settlement Class Period for **Self-Funded Accounts** is from September 1, 2015 through October 16, 2020. Dependents, beneficiaries (including minors), and non-employees are **NOT** eligible to receive payment.

All **Individuals**, **Insured Groups**, and **Self-Funded Accounts** that purchased or were enrolled in a Blue Cross or Blue Shield health insurance or administrative services plan during the applicable Class Period will also benefit from the parts of the Settlement requiring Settling Defendants to change certain of their practices that were alleged to be anticompetitive. Dependents, beneficiaries (including minors), and non-employees will benefit from this part of the Settlement.

For more details about who is affected visit www.BCBSsettlement.com.

## What can you get from the Settlement?

Class Members who submit valid claims may receive a cash payment from the Net Settlement Fund. The Net Settlement Fund is estimated to be approximately $1.9 billion. This is after deducting attorneys' fees, administration expenses and other costs from the $2.67 billion Settlement Fund. For more details on the Plan of Distribution, read the Long Form Notice available at www.BCBSsettlement.com. You can also call (888) 681-1142. Settling Defendants also agreed to make changes in the way they do business to increase the opportunities for competition in the market for health insurance.

## How do you get a payment?

You must submit a valid claim online at www.BCBSsettlement.com or postmarked by mail no later than **November 5, 2021.** Claim Forms are available at www.BCBSsettlement.com or may be requested by calling (888) 681-1142.

## What are your other options?

If you do not want to be legally bound by the Settlement, you may send a request for exclusion ("opt out"). You will not receive any money, but you will keep your right to sue Settling Defendants for the claims in this case. If you do not exclude yourself, you may object to the Settlement. You will still be bound by the Settlement if your objection is rejected. For details on how to opt out or object, read the Long Form Notice available at www.BCBSsettlement.com.

Opt outs and objections must be postmarked by **July 28, 2021**. The Court will hold a Fairness Hearing to consider whether the Settlement is fair, reasonable, and adequate. The Fairness Hearing is on October 20, 2021 at 10:00 a.m. CT. The Court will also decide whether to approve attorneys' fees and expenses up to $667.5 million and $101 million for additional costs and service awards. These amounts will be deducted from the $2.67 billion Settlement Fund. You may ask to attend the Fairness Hearing, on your own or through counsel, but you do not have to do so.

◼ **Please Do Not Contact The Court Regarding This Notice.** ◼

## Questions?

 Visit www.BCBSsettlement.com, email info@BCBSsettlement.com,

 call (888) 681-1142, or

 write **Blue Cross Blue Shield Settlement**
c/o JND Legal Administration
P.O. Box 91390, Seattle, WA 98111.

 www.BCBSsettlement.com
(888) 681-1142

# EXHIBIT E

**COPY:**

| | | |
|---|---|---|
| | 1 | If you purchased or were enrolled in a BLUE CROSS or BLUE |
| | 2 | SHIELD health insurance or administrative services plan between |
| :10 | 3 | 2008 and 2020, a **<u>$2.67 billion settlement</u>** may affect your rights. |
| | 4 | To find out if you qualify for cash benefits in the BLUE CROSS |
| | 5 | BLUE SHIELD settlement, go to BCBSsettlement.com or call (888) |
| | 6 | 681-1142. That's BCBSsettlement.com. The preceding advertisement |
| | 7 | has been paid for by JND Legal Administration. |
| :30 | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| :60 | 15 | |

**COPIA:**

|   |   |   |
|---|---|---|
|   | 1 | Si compró o se inscribió en uno de los planes de seguro de salud o |
|   | 2 | servicios administrativos de BLUE CROSS o BLUE SHIELD entre |
| :10 | 3 | el 2008 y el 2020, una **conciliación por USD 2.67 mil millones** |
|   | 4 | podría afectar sus derechos. Para saber si cualifica para recibir los |
|   | 5 | beneficios en efectivo en la conciliación de BLUE CROSS BLUE |
|   | 6 | SHIELD, visite BCBSsettlement.com o llame al (888) 681-1142. |
|   | 7 | Visite BCBSsettlement.com. El anuncio anterior fue patrocinado por |
| :30 | 8 | JND Legal Administration. |
|   | 9 |   |
|   | 10 |   |
|   | 11 |   |
|   | 12 |   |
|   | 13 |   |
|   | 14 |   |
| :60 | 15 |   |

# EXHIBIT F

Copy template is set up for 13 point, double spaced.  Just start typing from the top left.

**SFX:**                    **COPY:**

| | | |
|---|---|---|
| | 1 | If you purchased or were enrolled in a BLUE CROSS or BLUE |
| | 2 | SHIELD health insurance or administrative services plan between |
| :10 | 3 | 2008 and 2020, a **$2.67 billion settlement** may affect your rights. |
| | 4 | To find out if you qualify for cash benefits in the BLUE CROSS |
| | 5 | BLUE SHIELD settlement. Go to BCBSsettlement.com or call (888) |
| | 6 | 681-1142. That's BCBSsettlement.com or call (888) 681-1142. |
| | 7 | |
| :30 | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| :60 | 15 | |

# EXHIBIT G











ADVERTISEMENT

Get cash benefits in the
**BLUE CROSS BLUE SHIELD®**
**$2.67 BILLION** SUBSCRIBER SETTLEMENT
FILE A CLAIM

# VIDEO





NOW PLAYING

**3 ideas to revitalize your home**
**this spring**

We updated our Privacy Policy as of February 24, 2020. Learn about our personal information collection practices here. ✕





**INSIDER**   Get the new Insider app – now available with updated features   Download now   ✕

HOME › POLITICS

# Florida Gov. Ron DeSantis bans state agencies from issuing 'vaccine passports' and says businesses can't require them

Azmi Haroun  38 minutes ago                    



**Florida Gov. Ron DeSantis**  Joe Raedle/Getty Images



- Florida Gov. Ron DeSantis issued an executive order banning "vaccine passports."

VIDEOS YOU MAY LIKE   by Taboola






☰   MARKETS   BUSINESS   INVESTING   TECH   POLITICS   CNBC TV   WATCHLIST   PRO 🔒   🔍

3 HOURS AGO • **Lauren Feiner**

## QUOTE FINDER

SEARCH 🔍

### POPULAR QUOTES

| | |
|---|---|
| **US10Y** | 1.71 +0.04 (0%) |
| **TSLA** | 661.75 -6.18 (-0.93%) |
| **.DJI** | 33153.21 +171.66 (0.52%) |

## MARKET MOVERS



**US** EUR ASIA COVID19

TOP

| | |
|---|---|
| **FANG** Diamondback Energy Inc | 81.22 +7.73 (+10.52%) |
| **MRO** Marathon Oil Corp | 11.79 +1.11 (+10.39%) |
| **XEC** Cimarex Energy Co | 64.42 +5.03 (+8.47%) |

BOTTOM

| | |
|---|---|
| **KMX** Carmax Inc | 123.31 -9.35 (-7.05%) |
| **PVH** PVH Corp | 100.98 -4.72 (-4.47%) |
| **M** Macy's Inc | 15.72 -0.47 (-2.9%) |

### Blowout jobs report could power stocks higher in the week ahead

3 HOURS AGO • **Patti Domm**

### CEO of largest U.S. chip foundry explains why semiconductor shortage could last through 2022

**Kif Leswing**



So you got vaccinated: Here's why you can't let your guard down yet to stay safe



As Covid vaccinations gain speed, more employers eye back-to-work plans

**PRO** Microsoft could become the 'Netflix of gaming,' says Morgan Stanley

25 MIN AGO • **Rich Mendez**



Iran, world powers to hold nuclear talks in Vienna on Tuesday



● CNBC LIVE
Live TV | Live Audio



Get cash benefits in the

**BLUE CROSS BLUE SHIELD®**
**$2.67 BILLION SUBSCRIBER SETTLEMENT**

**FILE A CLAIM**

www.BCBSsettlement.com

3:09

 entrepreneur.com

### ☰ Entrepreneur



**FRANCHISES**

# 6 Low-Cost Franchise Areas to Explore If You're New to Franchising

Franchise options can be as low as $2,000.



Entrepreneur Index™ =                    281.50

∧ 1.71% 4.72

## Latest →



BLUE CROSS BLUE SHIELD®
$2.67 BILLION SUBSCRIBER SETTLEMENT

FILE YOUR CLAIM TODAY

3:09





VoIP Phone System for Small or Large
Businesses in Jupiter. Visit Our Website.

OPEN



## How the Wings of Rescue Charity Saves At-Risk Pets Across the Country

To learn more about the nonprofit that transports
at-risk pets out of disaster zones to safety, we
spoke with the organization's president about its
mis

**BLUE CROSS BLUE SHIELD®**
**$2.67 BILLION**
**SUBSCRIBER SETTLEMENT**

FILE A CLAIM

   





# HR News



**President Biden Announces American Jobs Plan**

EMPLOYMENT LAW | LABOR RELATIONS
COMPLIANCE

**H-1B Visa Ban Set to Expire**

IMMIGRATION AND VISAS

ADVERTISEMENT

Get cash benefits in the **BLUE CROSS BLUE SHIELD®** $2.07 BILLION SUBSCRIBER SETTLEMENT

FILE A CLAIM

www.BCBSsettlement.com

**IRS Makes Face Masks and Sanitizer Payable Under FSAs, HSAs or HRAs**

COMMUNICABLE DISEASES | HEALTH SAVINGS
ACCOUNTS (HSAS) | HEALTH REIMBURSEMENT
ACCOUNTS (HRAS) | HEALTH CARE FLEXIBLE
SPENDING ACCOUNTS (HEALTH FSAS)

**New York Legalizes Recreational Marijuana Use**

NEW YORK | DRUG AND ALCOHOL TESTING

**Overcoming Workplace Bias**

DIVERSITY AND INCLUSION

nize  21  0  + New   Edit Post   Performance   SEO   Copy to a new draft                                                                    Ho

SIGN UP    DIGITAL EDITIONS    CONFERENCES    AWARDS    WEBINARS    WHITE PAPERS    EDITORIAL CALENDAR



problematic is that only one-quarter of organizations report that they plan to maintain the programs introduced during the pandemic for the foreseeable future.

Valencia says that, especially during times of disruption, there are multiple ways in which organizations can provide emotional and mental support to their employees, including traditional support like employee assistance programs and mental health counselors to more progressive ideas like offering mental health days and establishing wellbeing champions.

Advertisement



**Related:** Software giant adds mental health day to ease COVID-related stress

"Wellbeing champions help to remove the stigma around emotional and mental health and ensure employees who need help are not afraid to ask for it," she says. "[Another] alternative is to provide employees with tools, such as wellbeing apps, that allow employees to personalize the support that they need."

Valencia also says that HR and company leaders should utilize managers more in their mental health journey. "Organizations need to equip managers correctly so they can support and empower those around them without overlooking their own health and safety," she says. "This means making sure organizations are providing adequate training and support. After all, managers are critical for ensuring employees can access available resources more easily. Manager training should focus on helping them find the right balance between being empathetic and understanding, without trying to take the role of mental counselors, which they are not trained to do."



**LOVE BENEFITS?**

**Subscribe** to receive our weekly updates **NOW!**

SIGN UP HERE

**Trending Stories**

Boese: How the Goldman Sachs mess reveals gaps in HR tech



Why soaring depression rates mean 'a new mandate' for employers



CONTACT US    SIGN IN    REGISTER

Enter search criteria...





MENU ≡

Strategic Alliance Partnership





Let Us Build Your Diverse Pipeline



BLUE CROSS BLUE SHIELD®
$2.67 BILLION
SUBSCRIBER SETTLEMENT

FILE YOUR
CLAIM TODAY