FILED
2021 Sep-03  PM 05:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H



trip to Washington state to check out marijuana dispensaries, Kathryn Blackwell, CEO and co-founder of newcomer The Open Dør, was convinced the sector was in dire need of franchising.



## Burger King Franchisee Aligns Growth With Opportunities for People

Rackson Restaurants has new brands, a new private equity partner and a new vision for growth. "My aspirations for the company are going to take a lot of time, a lot of patience and a lot of reinvestment into the company," said CEO Chris Johnson.

ADVERTISEMENT

 Get cash benefits in the
**BLUE CROSS BLUE SHIELD®**
**$2.67 BILLION SUBSCRIBER SETTLEMENT**  FILE A CLAIM



Subscribe | Past Issues | Trans

View this email in your browser

ADVERTISEMENT





*Special* DELIVERY | DIGITAL-ONLY COVERAGE FROM FRANCHISE TIMES

------------------------------------------------------------



### 'Unfair' Franchise Practices Are Focus of Sen. Cortez Masto's Report

In an 87-page report detailing practices she said can leave franchisees facing major losses, U.S. Sen. Catherine Cortez Masto calls for tighter oversight of the franchise industry.



### Back to Work Phase to Bring 'Incredible Uptick' of Lawsuits

As more employees return to the office and other in-person work settings, employers should expect more time in the courtroom over litigation around COVID-19, attorneys say.

ADVERTISEMENT



### Get Vaxxed, Get $100 at FSC Franchise Co., Plus Legal Considerations for Incentive

View this email in your browser

ADVERTISEMENT



**Franchise Times®** The News and Information Source for Franchising



## Meet the Culinary Firepower Behind Focus Brands

Seven chefs for seven concepts, along with their R&D colleagues, are charged with driving growth at the newly acquisitive Focus Brands while satisfying legacy customers, all through the power of food.



### Is the Virtual Restaurant Market Here to Stay?

Restaurants are rolling out virtual brands left and right as they look to capture new customers and drive digital sales. But will the return of dine-in traffic mean another new strategy is needed? Not necessarily, execs say.

Subscribe | Past Issues | Trans



## Pizza Hut Works to Reclaim Its Mojo

After consecutive quarters of same-store sales gains, interim Pizza Hut President Kevin Hochman said the second-largest pizza brand is reclaiming its reputation for culinary innovation and retooling its business for a permanently larger percentage of off-premises sales.

**ADVERTISEMENT**



Get cash benefits in the BLUE CROSS BLUE SHIELD® $2.67 BILLION SUBSCRIBER SETTLEMENT — FILE A CLAIM



## Bubble Tea Franchise Gong Cha Targets International Growth

Acquired by a Boston-based private equity firm in 2019, Taiwanese bubble tea brand Gong Cha is ramping up franchise efforts in the Americas and Europe as it aims to capitalize on an international beverage trend.



## Amazing Lash Franchisee Wants to 'Inspire Women'

Elaina Watley's enthusiasm is unmistakable as she describes her path to owning five Amazing Lash Studios, a trip to Ghana that inspired an investment fund and her aspirations to "reshape the business world" for women.



## Four New-age Wellness Franchises to Watch

Explore Restore Hyper Wellness, Liquivida Lounge, Face Foundrie and Dripbar, four franchises looking to capitalize on the increased demand for beauty and wellness services.

**ADVERTISEMENT**



Bonchon KOREAN FRIED CHICKEN — JOIN THE CRUNCH CROWD — JOIN TODAY

View this email in your browser

ADVERTISEMENT





---



## What Franchisors Should Consider When Preparing Item 19s in 2021

Removing financial performance representations from Item 19 of the franchise disclosure document might seem like the simplest solution this year given the upheaval in business operations wrought by the COVID-19 pandemic, but franchise attorneys cautioned it might not actually be the smartest move.

ADVERTISEMENT



---



## Sub Showdown: Deep Dive Into Item 19

For some insight into what the pandemic meant for sandwich franchise AUVs, we took a look at three brands that reported financial performance representations in Item 19 of their 2021 FDD: Jimmy John's, Firehouse Subs and Cousins Subs.

Entrepreneur

Deepa Shah <dshah@entrepreneur.com>

Earn IT Certifications in Cloud Computing, Project Management, Blockchain, and More With This Online Learning Library
1 message

**Entrepreneur Today** <email@in.entrepreneur.com>                                        Mon, Apr 5, 2021 at 7:46 AM
To: dshah@entrepreneur.com

## Entrepreneur



### Earn IT Certifications in Cloud Computing, Project Management, Blockchain, and More With This Online Learning Library

Get certified in cloud computing, digital marketing, Linux, and much more.

Read More



### Enjoy Exclusive Entrepreneur Insider Benefits for Just $5/mo

- Premium articles, videos & webinars
- A weekly newsletter
- An ad-free experience
- Bonus: A FREE 1-year *Entrepreneur* magazine subscription delivered directly to you

Become an Insider

### 3 Oil Stocks to Buy Before the Reopening

The price of crude oil recently went back over $60 a barrel. The pent-up demand is beginning to gain momentum. As it does investors are beginning to realize that there's an opportunity in oil and gas stocks. With that in mind, these three stocks look to be in growth mode for opportunistic investors.

Read More

SPONSORED CONTENT



### Blue Cross Blue Shield® Subscriber Settlement

Health insurance and administrative services plans are affected by a $2.67 billion subscriber settlement.

Read More



### Find a Side Hustle Idea & Be the Boss, Starting Now

Utilize Side Hustle Accelerator by VIP expert Kim Perrell:
- Access an interactive course
- Use a directory of 100+ side hustle ideas
- Bonus: A free 1-year *Entrepreneur* magazine subscription delivered directly to you

**Save Now**



### With Toilet Paper Prices Increasing, the 'Butt Buddy' Bidet Might be Your Plan B

No longer are bidets only for the super rich.

**Read More**



### Recover From Your Workout or Peloton Session With This Heat Compression Leg Massager

Give yourself a custom leg massage after a busy day with this heated compression sleeve.

**Read More**

## Become an Entrepreneur Insider

Access exclusive benefits for just $5/mo—plus, enjoy a FREE Entrepreneur magazine subscription!

**Join Today**





Visit  |  Video  |  Subscribe  |  Help Center

This e-mail was sent to: olshah@entrepreneur.com

The e-mail was sent by: Entrepreneur Media Inc. 18061 Fitch Irvine, CA 92614

Copyright © 2021 Entrepreneur Media, Inc. All rights reserved.

We respect your right to privacy

View our Policy  |  Manage Subscriptions









## Entrepreneur



### When Should You Switch to Private Labeling?

Thinking of switching to private labeling? Here's what you need to consider before pivoting to this business model.

Read More



**Enjoy Exclusive Entrepreneur Insider Benefits for Just $5/mo**

- Premium articles, videos & webinars
- A weekly newsletter
- An ad-free experience
- Bonus: A FREE 1-year Entrepreneur magazine subscription delivered directly to you

Become an Insider

### Best Stocks To Buy Now? 4 Cyclical Stocks To Consider

While the economy appears to be on the uptrend, could these cyclical stocks follow suit?

Read More

SPONSORED CONTENT



### Blue Cross Blue Shield® Subscriber Settlement

Health insurance and administrative services plans are affected by a $2.67 billion subscriber settlement.

Read More



**Find a Side Hustle Idea & Be the Boss, Starting Now**

Utilize Side Hustle Accelerator by VIP expert Kim Perrell.

- Access an interactive course
- Use a directory of 100+ side hustle ideas
- Bonus: A Free 1 year Entrepreneur magazine subscription delivered directly to you.

Save Now



### 7 Ways to Survive (and Thrive) When You're Banned From Social Media

How I lived without Facebook and Instagram and came out on top.

Read More



### Mastering Cloud Computing With This 22-Course Training Bundle Covering AWS, Azure, Cisco, and CompTIA

Get the kind of technical education every 21st century technical consultant should have.

Read More

### Become an Entrepreneur Insider

Access exclusive benefits for just $5/mo—plus, enjoy a FREE Entrepreneur magazine subscription!

Join Today



   

FAQ | Video | Subscribe | Help Center

This email was sent to premiumservicing@gmail.com

This mailing was sent by: Entrepreneur Media Inc. 18061 Fitch Circle, CA 92614

Copyright © 2021 Entrepreneur Media, Inc. All rights reserved.

We respect your right to privacy.

View our Policy | Manage Subscriptions



### 3 Stocks With Strong Institutional Support Above 50-Day Line

It's a good sign when a stock finds support at its 50-day moving average, something we're seeing now with Genesee Holdings (NYSE: GNRC), Snow (NYSE: SN) and Preylor (NASDAQ: BPOP).

Read More

### Enjoy Exclusive Entrepreneur Insider Benefits for Just $5/mo

- Premium articles, videos & webinars
- A weekly newsletter
- An ad-free experience
- Bonus: A FREE 1-year Entrepreneur magazine subscription delivered directly to you.

Become an Insider

### Why Marketers Are Suffering From Bad Content

And what to do about it.

Read More

### Blue Cross Blue Shield® Subscriber Settlement

Health insurance and administrative services plans not affected in a $2.67 billion subscriber settlement.

Read More

### Find a Side Hustle Idea & Be the Boss, Starting Now

Unlock Side Hustle Accelerator by VIP expert Kim Perrell.
- Access an interactive course
- Use a directory of 150+ side hustle ideas
- Bonus: A free 1-year Entrepreneur magazine subscription delivered directly to you

Shop Now

### Is Starbucks (NASDAQ: SBUX) a Buy Ahead of Earnings?

Starbucks (NASDAQ: SBUX) is set to report its fiscal Q2 2021 earnings tomorrow - the coffee giant's business collapsed in fiscal Q2 2020, but sales have improved each of the last few quarters. Starbucks sales should continue heading in the right direction - but it appears that guidance isn't calling for enough growth.

Read More

### Learn How to Launch a Dropshipping Side Hustle on Amazon

With eCommerce Continuing to Grow, start earning money online by dropshipping.

Read More

## Want Unlimited Access to Entrepreneur.com?

Join Entrepreneur Insider for just $5/mo or $49/yr to gain total access to Entrepreneur.com - including premium content - plus, get a FREE Entrepreneur magazine subscription!

Become an Insider





Edit  |  News  |  Accounts  |  Your Town

This email was sent to email@address.com

Why are you part of Entrepreneur Media Inc.? 18827 Park Circle, CA 92612

Copyright © 2021 Entrepreneur Media, Inc. All rights reserved.

We respect your right to privacy.

View our Privacy  |  Manage Privacy Options

Today's Tip

## Keep Growing When Your Career Feels Stalled

Short-term issues can require us to temporarily change course: If you've lost your job, you urgently need income. If in-person schooling isn't available, someone has to stay home and supervise virtual learning. If you're the primary caregiver to a family member, you need to screen flexibility for responsibilities at home. Prioritizing these short-term concerns over long-term goals, while painful, may be necessary right now. But a temporary detour from your professional path doesn't mean you have to put aside your ambitions. You can regain control over your career arc with these strategies:

1. **Reframe the situation.** Even if you're not advancing toward your professional aspirations right now, you're still making a difference and providing value in other areas of your life.

2. **Push back against standard options.** The WFH boom has led many organizations to provide more flexible work arrangements. Express what you want; most offers can be negotiated.

3. **Allocate small amounts of time toward your goals.** It may not seem significant to spend three minutes sending a networking email or reading a few articles on a topic you're interested in. But these little investments add up.

This tip is adapted from "A Career Detour Doesn't Have to Compromise Your Long-Term Goals," by Dorie Clark



ADVERTISEMENT

Get cash benefits in the
BLUE CROSS BLUE SHIELD
**$2.67 BILLION**
SUBSCRIBER SETTLEMENT

FILE A CLAIM

www.BCBSsettlement.com



### Cultivate the best you.

Connect to the content you want most with HBR subscription plans: Digital, Digital & Print, and Premium.

Explore our subscription options

Article
### What Is Your Organization's Long-Term Remote Work Strategy?
by Elizabeth A. Nicholson, Rebecca Z. Larson and Susan R. Vroman

Five questions to guide your approach.

Read more

Ebook
### HBR Guide to Dealing with Conflict Ebook + Tools
by Amy Gallo

$49.95   Learn more

Don't forget **you're entitled to 20% off** your first purchase*

Use promo code **WEBSAVE20**
*exclusions apply



View in browser
Contact us
Privacy policy
Manage newsletter preferences
Unsubscribe

To ensure email delivery, please add to your contacts (book, contacts), or safe sender list.

Copyright © 2021 Harvard Business School Publishing,
an affiliate of Harvard Business School. All rights reserved.

Harvard Business Publishing
20 Guild St., Suite 700,
Brighton, MA 02135

Today's Tip

## How to Manage a Chronic Complainer

Chronic complainers can have a damaging effect on those around them. So what should you do if you manage an employee who's prone to perpetual pessimism? First, be realistic with yourself about the situation. If the person is truly a chronic complainer, offering sympathy or solutions is unlikely to change their behavior or mindset. You need to set clear boundaries instead. Tell your employee that you're prepared to listen and discuss whatever is bothering them, but that your conversation needs to focus on a specific issue that can be resolved. Going over the same, unsolvable problems repeatedly won't do either of you any good. If the issue at hand doesn't have a solution, or is entirely out of your hands as a manager, urge your employee to change their perspective and reframe their thinking around appreciation and gratitude for the things that they value. Of course, fostering this kind of a behavioral change takes time and may require support from a coach or therapist. Present these options to your employee, and explain that while you care about their wellbeing and happiness, you may not always be the best person to help them work through all of their personal struggles.

**This tip is adapted from** "Managing a Chronic Complainer," by Manfred F. R. Kets de Vries

ADVERTISEMENT



Get cash benefits in the
BLUE CROSS BLUE SHIELD® $2.67 BILLION SUBSCRIBER SETTLEMENT

FILE A CLAIM



### Cultivate the best you.

Connect to the content you want most with HBR subscription plans: Digital, Digital & Print, and Premium.

Explore our subscription options

Article

### What Is Your Organization's Long-Term Remote Work Strategy?

By Erin E. Makarius, Barbara Z. Larson, and Susan R. Vroman

Ten questions to guide your approach.

Read more

Ebook

### HBR Guide to Dealing with Conflict Ebook + Tools

by Amy Gallo

$49.95    Learn more

Don't forget **you're entitled to 20% off** your first purchase!

*Use promo code* **HBRORGREV20** *view details here*

If you no longer want to receive future, etc. emails from us, you can unsubscribe here or edit subscriptions

Copyright © 2021 Harvard Business School Publishing, an affiliate of Harvard Business School, all rights reserved.

Harvard Business Publishing
20 Guest Dr. Suite 700
Brighton, MA 02135

Today's Tip

## Does Your Company Use Inclusive Language Globally?

The language a company uses can make a big difference in ensuring that people from diverse backgrounds feel seen and appreciated. That's why many organizations are developing inclusive language policies to eliminate problematic terms, such as "man hours" or "blacklist/whitelist," from both their external and internal content. If you're a global company, you need to go a step further and pursue parallel efforts for all of the languages in which you operate. Work with native speakers to identify terms or phrasing that could unintentionally exclude or offend your international customers, partners, or employees. Also pay close attention to translations: For example, some languages (like French or Spanish) require adjectives to be gendered, and using them might inadvertently leave nonbinary users feeling excluded. These changes may seem subtle, but they're an important way of making your company more inclusive for people of all identities in every language.

This tip is adapted from "Implementing Inclusive Policies Across a Global Organization," by Nataly Kelly

ADVERTISEMENT



Get cash benefits in the
BLUE CROSS BLUE SHIELD
$2.67 BILLION
SUBSCRIBER SETTLEMENT

FILE A CLAIM



### Access the leading minds in business.

We make it our job to help you do yours. Subscribe to HBR and unlock access to unrivaled business insight and resources

Choose your subscription plan

Article

### To Build a Diverse Company for the Long Term, Develop Junior Talent

by Wolf Roemer and Jenny C. Twist, Jr.

Most companies overlook their greatest potential asset in creating a more diverse workplace: their own employees.

Read more

Ebook

### Customer Data and Privacy: Tools for Preparing Your Team for the Future

by Harvard Business Review, Timothy Morey, Andrew Burt, Christine Moorman, Thomas C. Redman

$49.95    Learn more

Don't forget **you're entitled to 20% off** your first purchase*

*Use promo code ****BOOK20SAVE**
at the online store

View in browser
Contact us
Privacy policy
Manage newsletter preferences
Unsubscribe

Copyright © 2021 Harvard Business School Publishing, an affiliate of Harvard Business School. All rights reserved.

Harvard Business Publishing
20 Guild St, Suite 140
Brighton, MA 02135

Today's Tip

## Find a Self-Care Routine That Works for You

When bringing self-care into your day feels impossible, finding a better workout routine or downloading yet another sleep app isn't the solution. Ultimately, you need to change your mindset. By challenging your assumptions about what self-care is, you'll be better equipped to find an approach that works for you. Here are three tips that can help:

1. **Define self-care on your own terms.** Self-care can look different for different people. It could be watching your favorite TV show at the end of a long day, turning off your phone, meditating, working out — or something else entirely. Only you can determine what your mind, body, and spirit need to thrive.

2. **Beware of all-or-nothing thinking.** You don't need to become a health and fitness expert or an expert meditator overnight. Little adjustments make a big difference.

3. **Look for ways to integrate self-care into your existing habits and routines.** Try a walking meeting with a colleague instead of a Zoom call, or make your next friend date a virtual workout class.

This tip is adapted from "There's No 'Right' Way to Do Self-Care," by Alyssa F. Westring.



ADVERTISEMENT

Get cash benefits in the
**BLUE CROSS BLUE SHIELD®**
**$2.67 BILLION**
SUBSCRIBER SETTLEMENT

FILE A CLAIM
www.BCBSsettlement.com



**Access the leading minds in business.**

We make it our job to help you do yours. Subscribe to HBR and unlock access to unrivaled business insight and resources.

Choose your subscription offer

Article
**To Build a Diverse Company for the Long Term, Develop Junior Talent**
by Neil Sigelman and James C. Tyree, Jr.

Most companies overlook their greatest potential asset in creating a more diverse workplace: their own employees.

Read more

Ebook
**Customer Data and Privacy: Tools for Preparing Your Team for the Future**
by Harvard Business Review, Timothy Morey, Andrei Hagiu, Thomas H. Davenport, Thomas C. Redman

$49.95    Learn more

Don't forget **you're entitled to 20% off** your first purchase*

Use promo code **HBRORG0421** www.store.hbr.org

This email was delivered to you via HBR.org. If your subscription ends, unsubscribe or visit www.hbr.org

Copyright © 2021 Harvard Business School Publishing, an affiliate of Harvard Business School. All rights reserved.

Harvard Business Publishing
20 Guild St, Suite 700
Brighton, MA 02135

View in browser
Contact us
Privacy policy
Manage newsletter preferences
Unsubscribe

# SHRM's HR Daily

**April 5, 2021**



### Employers Take Steps to Educate Employees About Getting Vaccinated

Many employers are encouraging employees to get inoculated against COVID-19 by providing information on the vaccines' benefits and addressing how to access vaccines in their state, among other steps.

For the latest news and advice on handling COVID-19 in the workplace, visit SHRM's Coronavirus Resource Hub Page, as well as our updated list of articles SHRM has published on the pandemic.

### How the American Jobs Plan Would Impact the Workplace

The American Jobs Plan, President Joe Biden's recent $2 trillion infrastructure proposal, includes many labor-friendly recommendations. The Protecting the Right to Organize Act, union neutrality, and changes to wages and enforcement of health and safety regulations are part of the legislative plan on its way to Congress.

Advertisement



**Free Vendor Match**

### Time For A New HRIS/Payroll System?

You're busy and probably don't have time to review all of your options. Not to worry! Simply complete our FREE **Vendor Match** tool, get matched with top HRIS/payroll vendors, and start scheduling demos. Tell us what you want in your new system and we'll match you with top vendors that meet your needs.

### Get Started Now

## MORE FROM SHRM ONLINE



### ICE Extends Virtual Form I-9 Review Until May 31

U.S. Immigration and Customs Enforcement (ICE) extended its interim policy allowing virtual document-inspection methods for Form I-9 until May 31. The policy was first issued in March 2020 and has been extended several times.

### CDC Lifts Some Restrictions for Vaccinated Travelers

People who are fully vaccinated against the coronavirus can safely resume some travel, so long as they wear a mask in public and take certain other precautions, according to updated guidance from the U.S. Centers for Disease Control and Prevention (CDC). But employers may want to hold off on updating their travel policies.

Advertisement



**Use this technique to determine if your team is burning out**

Helping employees feel happy and productive isn't just about reducing stress, but taking a nuanced approach to viewing performance—and stress levels—on a spectrum. Understand how stress and performance are related with the stress performance curve.

**Learn more**

### Hiring Surges in March

U.S. hiring activity exploded in March, as employers added 916,000 new jobs, mostly in leisure and hospitality, according to the latest employment report from the Bureau of Labor Statistics. Economists expected the spike, as the economy has begun to reopen more broadly and the rate of vaccinations has increased. The unemployment rate ticked down to 6 percent from 6.2 percent in February and is expected to continue falling in the coming months as more service-sector jobs return.

### Digital Tools to Address Rising Mental Health Concerns

HR leaders are striving to help employees alleviate mental health issues by making apps, videos, webinars and other digital content available at growing rates.

### Connecticut Medical Marijuana User Could Not Proceed with ADA Claims

A federal court in Connecticut dismissed employment discrimination claims asserted under the Americans with Disabilities Act (ADA) with regard to state authorized medical marijuana use.

Advertisement



**Blue Cross Blue Shield® Subscriber Settlement**

Blue Cross or Blue Shield® health insurance and administrative services plans are affected by a $2.67 billion subscriber settlement. File a claim.

**Learn More**

### New Illinois Legislation Targets Equal Pay

An amendment to the Illinois Equal Pay Act will require employers with more than 100 employees in the state to certify compliance with the Equal Pay Act.

### Pandemic's Toll on the Culture of Indian Startups

Maintaining workplace culture in today's remote-working era has been a challenge across companies in India, and even more so for fast-growing startups, which often don't have a formal HR department.

# SHRM WEBCASTS COMING SOON

### A Path to Thriving: Opportunity and Resilience in the Accelerated Future of Work

April 7, 2 p.m. ET / 11 a.m. PT
**Sponsors:** Oracle and Deloitte

# SHRM's HR Daily

**April 12, 2021**



### As Employees Catch Up on Their Delayed Health Care Needs, Claims Could Surge

Health claims in 2021 could reflect the consequences of letting risky health conditions go untreated for more than a year, exacerbated by stress, poor diets and suspended gym memberships brought on by the pandemic.

### COVID-19 Fatigue Takes Hold

Pandemic-related restrictions are still here, leaving employers struggling to find new ways to bolster workers' spirits and mental health. Despite some companies' best efforts, workers say they need more support.

For the latest news and advice on handling COVID-19 in the workplace, visit SHRM's Coronavirus Resource Hub Page, as well as our updated list of articles SHRM has published on the pandemic.

Advertisement



### Use this technique to determine if your team is burning out

Helping employees feel happy and productive isn't just about reducing stress, but taking a nuanced approach to viewing performance—and stress levels—on a spectrum. Understand how stress and performance are related with the stress performance curve.

**Learn more**

## MORE FROM SHRM ONLINE



### More Workplace Lessons Learned During the Pandemic

How do you craft benefits that are meaningful to workers who are now isolated, stressed and dealing with caregiving responsibilities? How do you train employees who can no longer travel to seminars? *SHRM Online* has collected more lessons learned after the pandemic changed the way work is done.

### Amazon Defeats Unionization Drive in Alabama

Amazon defeated the unionization drive at its warehouse in Bessemer, Ala., according to the latest count. The president of the union that led the organizing drive indicated that the union would challenge the vote.

Advertisement



### Paychex COVID-19 Research Report

Learn how America's businesses leaders are navigating COVID-19 vaccinations, the return to work, and the latest round of stimulus.

**Download the Report**

### Workers' Comp Bars Claim that Bullying Led to Employee's Suicide

The family of a worker alleging that he committed suicide after experiencing workplace bullying could not bring a wrongful death claim against his employer and supervisor, a California appellate court ruled. Workers' compensation was the exclusive remedy.

### Court: Montana Wrongful Discharge Act Applies to Out-of-State Employer

Montana law requires employers to have just cause for firing employees after an initial probationary period. A recent Montana case highlights issues for employers to consider if they have employees who work in Montana—even if those employees live in or are based out of another state.

### Virginia Enacts Overtime Wage Law

Virginia currently follows federal overtime pay rules, but beginning July 1, employers in the state will be subject to new requirements.

Advertisement



### Blue Cross Blue Shield® Subscriber Settlement

Blue Cross or Blue Shield® health insurance and administrative services plans are affected by a $2.67 billion subscriber settlement. File a claim.

**Learn More**

### Quiz: What Do You Know About Affirmative Action Requirements?

When employers do business with the U.S. federal government, affirmative action programs may be required for those that meet certain thresholds. Take this quiz on affirmative action requirements. Test your knowledge with all of SHRM's quizzes here.

## SHRM WEBCASTS COMING SOON

### The Future of the Office: How to Return to the Office with Mental Health in Mind

April 21, noon ET / 9 a.m. PT

**Sponsor:** Lyra Health

It's critical that employers include mental health as a core pillar in return-to-office strategies. In this program, we will discuss strategies for returning to the office while keeping mental well-being top of mind; policies, benefits and communications that may need to change or be adjusted pre- and post-transition; how employee mental health challenges and needs may evolve during the transition back to the office; and mental well-being support strategies for managers and HR teams.

# SHRM's HR Daily

**April 19, 2021**



### 6 Key Coronavirus Legal Questions for 2021

COVID-19 cases may eventually fade, but the challenges the pandemic has created and will continue to create for employers won't. *HR Magazine* assembled a group of five attorneys to answer pressing COVID-19-related questions that will continue to impact the workplace.

For the latest news and advice on handling COVID-19 in the workplace, visit SHRM's Coronavirus Resource Hub Page, as well as our updated list of articles SHRM has published on the pandemic.

### Remote Workers Expect Pay to Reflect Their Locations

Policies that set and adjust pay for remote workers based on local factors are becoming more common among employers. For many, however, overhauling pay structures to account for geographic differences can seem daunting.

Advertisement



### How the small business benefits landscape is changing

Hear how company culture and technology are shaping what employees want in small business benefits. Listen to the podcast to understand how employees play a role in your comprehensive benefits strategy and how to reduce costs by adopting digital benefits.
**Listen to the HR Trends podcast.**

# MORE FROM SHRM ONLINE



### Will Colleges Be Ready for In-Person Classes This Fall?

Incoming and transferring college students are hoping for in-person classes this fall, according to new research. But for that to happen safely, COVID-19 vaccinations will need to increase dramatically to protect students and campus employees.

### Class of 2021 Starting Salaries Rebound

As the economy recovers and hiring improves, average starting salaries for Class of 2021 graduates earning bachelor's degrees are increasing compared to starting salaries earned by the Class of 2020. Here's how making an offer to a new graduate is an opportunity to explain the organization's approach to compensation.

Advertisement



**Work Better Together While Officing Apart**
Your office environment may have changed, but the need for a collaborative culture hasn't. Download our free eBook, Tackling the Virtual Culture Dilemma, for three strategies to help you shape a more engaged, collaborative culture that works.
**Get the free eBook now!**

**Viewpoint: 17 Creative Recruitment Strategies to Attract More Job Applicants**
Employers say they are struggling to fill open positions, even as pandemic restrictions are lifting. Their usual tactics to attract job applicants just aren't working. Here are some new ideas from RecTech Media's Chris Russell to get more candidates in your door.

**Survey: Many HR Leaders Report to the Head of the Organization**
The head of HR at many organizations reports directly to the chief executive officer, president or owner, according to a new examination of the HR reporting structure.

**DOL Guidance Focuses on 401(k)-to-IRA Rollover Advice**
Employers should ensure that the investment advisors they work with—who may encourage employees to roll over their 401(k)s into an individual retirement account (IRA)—adhere to the "best interest" fiduciary standard, according to new guidance from the U.S. Department of Labor (DOL).

Advertisement



**Blue Cross Blue Shield® Subscriber Settlement**
Blue Cross or Blue Shield® health insurance and administrative services plans are affected by a $2.67 billion subscriber settlement. File a claim.
**Learn More**

# SHRM WEBCASTS COMING SOON

**Addressing Systemic Racism in the Workplace**
April 26, noon ET / 9 a.m. PT
**Sponsor:** SAI Global
The workplace is a melting pot of employees of different races, sexual orientations, genders, religions, and even communication and leadership styles. In this program, we will discuss and examine the corrosive impact of systemic racism on corporate culture and performance, while simultaneously covering how workplaces can effectively address systemic racism to build more equitable and successful organizations.

**How Vaccines Will Change Your Travel and Safety Policies**
April 26, 1 p.m. ET / 10 a.m. PT
**Sponsor:** TripActions
As the number of vaccinations ramps up, business travelers will begin to hit the road again, which introduces new operational complexities for HR leaders. Employees will have questions about health, safety and testing requirements. In this program, you'll learn about

# SHRM's HR Daily

**May 5, 2021**



### DOL Withdraws Independent-Contractor Rule

The U.S. Department of Labor (DOL) is officially withdrawing the prior administration's independent-contractor rule, which would have made it easier for businesses to classify workers as independent contractors rather than employees.

### Workforce Optimization Tech Is Being Used for Remote Work

With remote work becoming so prevalent, some employers are adapting optimization tech to accommodate people wherever they work. Managers can see when and how remote employees are working, which may make some employees uncomfortable. Here's how to address those concerns.

SHRM's Remote Work Resource Hub Page can help employers facilitate flexible work arrangements while navigating a sophisticated array of technologies and policies to meet their employees' needs for secure, productive ways to get work done.

Advertisement



### The secret to retaining 43% of women

Did you know 2 in 5 women leave their jobs after having children? The solution isn't just adding thoughtful policies - it's shifting office culture. **Download your free playbook** to empower your managers with every step they need to take to support parents before, during, and after leave.

# MORE FROM SHRM ONLINE



### Make Room for Rover and Sparky

After more than a year of round-the-clock pandemic-induced togetherness, people returning to the workplace may miss their pets and worry their animal pals will suffer separation anxiety. One solution may be to bring their pets to work. Here are some tips for a pet-friendly work environment.

### Will Remote Work Lead to More Employee Diversity?

Will the pandemic-induced shift to remote work help organizations increase diversity? Yes, some companies say—at least for technology jobs.

Advertisement

### How Much Does Human Resources Software Cost in 2021?

How do you know if you're spending too much or too little on Human Resources software? This guide from Software Advice breaks down



upfront, subscription and hidden costs, plus answers other questions you've been wondering about.
**Learn More**

**DE&I at Liberty Mutual: A Q&A with Dawn Frazier-Bohnert**
Liberty Mutual Insurance's executive vice president and global DE&I officer Dawn Frazier-Bohnert talks about the company's multiyear diversity, equity and inclusion (DE&I) plan and how the company makes sure it is meeting its goals.

**Webcast: Employers' Vital Role in Helping to Achieve Herd Immunity from COVID-19**
In this free members-only webcast on **May 6**, Andy Slavitt, senior advisor to the White House COVID-19 Response Team, and Tom West, a deputy assistant secretary in the Treasury Department's Office of Tax Policy, discuss with Alexander Alonso, Ph.D., SHRM-SCP, SHRM's chief knowledge officer, how HR can help lead the effort to vaccinate workers, as well as the federal tax incentives available to employers that encourage employees to take time off to get vaccinated.

# COURT REPORT

**Train Dispatcher with Attendance Issues Loses Disability Discrimination Claims**
The 5th U.S. Circuit Court of Appeals affirmed BNSF Railway Company's enforcement of its attendance policies in its firing of a train dispatcher with epilepsy.

Advertisement



**Blue Cross Blue Shield® Subscriber Settlement**
Blue Cross or Blue Shield® health insurance and administrative services plans are affected by a $2.67 billion subscriber settlement. File a claim.
**Learn More**

**Colleague's Conduct Was Not Sexual Harassment**
An employee whose co-worker repeatedly touched her over several months was not subjected to sexual harassment when the behavior was not severe or pervasive, according to the 8th U.S. Circuit Court of Appeals.

# SHRM WEBCASTS COMING SOON

**Contactless Recruiting, Hiring and Onboarding in the Age of COVID-19 and Beyond**
May 7, noon ET / 9 a.m. PT
**Sponsor:** GoCo
It's crucial to set your organization up for long-term success by establishing airtight, repeatable processes for contactless recruiting, interviewing, hiring and onboarding. In this information-rich, fast-paced session, we will discuss best practices for end-to-end hiring



**VIEW IN BROWSER** ↗

  

*A weekly recap of news and analysis for benefits and HR executives.*

## TOP NEWS

## Still weighing vaccine incentives? Here's what 12 employers have done

Organizations are turning to education, cash and more to boost workers' inoculation rates.

**Read more >>**

---

**Sponsored Content**

## Standalone Services Needed? No problem. Choose Broadspire.

Need an option for standalone (or bundled) TPA services for leave of absence, ADAAA, ASO STD, or LTD, reach out to our team at Broadspire. **Learn more >>**

---

## Steps that employers are taking to ease vaccinations for workers

Organizations are working to educate, motivate and facilitate, according to Willis Towers Watson data. **Read more >>**

---

Advertisement




---

## How Joan Lunden became a caregiving advocate

Before her HBLC keynote, the author and TV personality shares what sparked her own passion for caregiving support. **Read more >>**

---

**Sponsored Content**



VIEW IN BROWSER 

 

*A weekly recap of news and analysis for benefits and HR executives.*

## TOP NEWS

### 7 ways TIAA expanded benefits to meet the COVID challenge

TIAA's Sean Woodroffe will share the company's evolving approach at next month's Health & Benefits Leadership Conference. **Read more >>**

### Will Biden's support push more employers to offer PTO for shots?

What experts expect from the president's call to provide workers paid time off for COVID-19 vaccinations. **Read more >>**

Advertisement



### Are employers doing enough to help workers during the pandemic?

New MetLife research finds a significant gap in employee expectations and what companies provide. **Read more >>**

## UPCOMING WEBINAR

### Skills Strategy: The Key to Employee Engagement

Sign-up for Degreed's May 19 webinar to Empower learners and front-line leaders to own their own skills journey. **Register here >>**



VIEW IN BROWSER 

 

*A weekly recap of news and analysis for benefits and HR executives.*

## TOP NEWS

### Here's why the founder of Thrive Global is talking benefits

Arianna Huffington joins the lineup for our upcoming Health & Benefits Leadership Conference. **Read more >>**

---

**Sponsored Content**

### Headspace for Work: How Mindfulness Leads to Stronger Teams

Stress in the workplace can have a major effect on leaders, their teams, and even entire organizations. Read Forrester's new research study to learn how mindfulness led to improved critical thinking and creativity, and more engaged, collaborative teams. **Read more >>**

---

### Mayer: 5 reasons to attend the Health & Benefits Leadership Conference

Suze Orman, Joan Lunden and Arianna Huffington are among the dynamic speakers during the virtual event. **Read more >>**

---

Advertisement

 

---

### As universities mandate vaccines, will more employers join them?

'This is a conversation that HR leaders need to be having with their people now,' says one expert, as employers get serious about COVID-19 inoculation. **Read more >>**

---



VIEW IN BROWSER ⧉

  

*A weekly recap of news and analysis for benefits and HR executives.*

## TOP NEWS

### 5 tips to help reduce employee stress

For Mental Health Awareness Month, here are some self-care ideas for HR leaders to share—and perhaps try out themselves. **Read more >>**

Sponsored Content

### 7 Self-care Ideas to Better Support Employee Mental Health

Just like physical health, we all have mental health. Virtually everyone's emotional well-being has been affected by the COVID-19 pandemic. Are your employees prioritizing self-care? **Learn more >>**

### Joan Lunden: Why lack of paid leave for workers 'makes no sense'

Former 'Good Morning America' host advocates for caregiving support at the Health & Benefits Leadership Conference. **Read more >>**

Advertisement


BLUE CROSS BLUE SHIELD®
$2.67 BILLION
SUBSCRIBER SETTLEMENT
FILE YOUR CLAIM TODAY

### 4 strategies to support employee wellness in the changed workplace

Lessons learned from a workforce coalition that includes Palo Alto Networks, Box, Uber, Splunk and Zoom. **Read more >>**

Sponsored Content



## An overflowing inbox is driving employees to quit

By Paola Peralta     3 min read

Managers feel the need to overcompensate due to remote work but it's hurting their workforce. **Read story →**



WEB SEMINAR

## Leveraging employee benefits to drive culture

May 11, 2021
2 p.m. ET/11 a.m. PT
Duration: 60 mins

Sponsor content from          Hosted by

dr. on demand              ebn

REGISTER NOW

## PwC data shows millennials carry the greatest financial stress due to COVID

By Amanda Schiavo    3 min read

Seventy-two percent of employees say they would switch jobs to another company that cares more about their financial health. **Read story** →

## ezCater is reinventing the lunch hour with new food benefit

By Alyssa Place    2 min read

Employers are finding safe and cost-effective ways to offer free food and snacks for employees returning to the office. **Read story** →

## HSBC manager heart attack prompts viral post about overwork

By Lananh Nguyen and Harry Wilson    3 min read

He wants to drive conversation around the post-pandemic work culture and hopes employers will implement a more-flexible approach. **Read story** →

**SPONSOR CONTENT**

## Blue Cross Blue Shield® Subscriber Settlement

A $2.67 billion subscriber settlement affects health insurance and administrative services plans **File a Claim** →

## Employers want help supporting wellness efforts

By Alyssa Place

Our most-read Views columns explore how employers are helping their employees reach



Jennifer Hong <jennifer.hong@arizent.com>

**Employee mental health plummets with return to work plans on the horizon**

**Employee Benefit News** <messages@newsletters.arizent.com>                    Thu, May 27, 2021 at 12:01 PM
Reply-To: Employee Benefit News <messages@newsletters.arizent.com>
To: susan.korcynski@sourcemedia.com



Employer case studies, best practices, as well as new products and services.

### Employee mental health plummets with return to work plans on the horizon

By Alyssa Place        2 min read

Stress, anxiety and depression levels are ramping back up after slight improvements earlier in the year.  **Read story →**





### The best (and worst) states for millennials to live and work

By Alyssa Place

The best states have low unemployment rates and high average salaries, allowing millennials to stretch their paychecks and live comfortably.  **Read story →**

### Managers are getting personal when it comes to mental health

By Alyssa Place        2 min read

It may be beneficial for managers to share their own mental health challenges to get closer to their teams, says Gail Golden, an organizational psychologist.  **Read story →**

### Helping employees reach work-life balance

By Anna Mittag        4 min read

While employers may be taking the wellness of employees seriously, many inadvertently

miss the mark when it comes to meeting their wellness needs. **Read story →**

---

**SPONSOR CONTENT**

## Blue Cross Blue Shield® Subscriber Settlement

A $2.67 billion subscriber settlement affects health insurance and administrative services plans **File a Claim →**

---

## Now is the time for employers to take better care of their teams

By Stephanie Schomer     2 min read

After one of the most challenging years in recent history, it's never been more clear that people are what matter — and employers must provide their teams with the support and benefits they need.  **Read story →**

---

**Follow Employee Benefit News in real time.** More ways to get the most trusted industry news and analysis.



Twitter          Facebook          LinkedIn

---

**Employee Benefit News**

You were sent this email because you signed up for an account on
Employee Benefit News.

If you no longer wish to receive emails like this, you can opt out here (this is a one-click opt-out).

Customize the emails you receive by visiting our
Email Preference Center.

**Connect with us:**



About  |  Contact  |  Privacy Policy

**Arizent**

One State Street Plaza, 27th Floor
New York, NY 10004

# ebn

View in browser

# FIRST LOOK

April 30, 2021



## SAP launches new programs to make returning to the office safe

**By Alyssa Place**     2 min read

The software platform is offering new tools to help employers make important decisions around reopening plans.  **Read story →**

## Pandemic-battered workers change retirement plans — to work longer

**By Suzanne Woolley**     3 min read

More than a third of respondents who said they'd retired earlier than planned said a hardship like a health problem or disability was the reason.  **Read story →**

> **RELATED**
>
> **Employers want help supporting wellness efforts →**
> Our most-read Views columns explore how employers are helping their employees reach their financial and holistic well-being goals.

## Biden tax plan paves way for women to power economic growth

By Reade Pickert and Olivia Rockeman    3 min read

Many of the policies — part of Biden's new $1.8 trillion plan — could do just that by increasing women's labor force participation, boosting productivity and distributing benefits more equitably. **Read story →**





## Small businesses recovering despite pandemic

By Michael Cohn    4 min read

Small businesses are gaining more revenue this year despite the lingering challenges from COVID-19 and reversing last year's losses, according to a report from Intuit's QuickBooks unit. **Read story →**

## WFH forever? These 20 companies are hiring remote workers

**By Paola Peralta**

The shift to an all-virtual landscape has not slowed the pace at which companies are recruiting. **Read story →**

---

**SPONSOR CONTENT**

## Blue Cross Blue Shield® Subscriber Settlement

A $2.67 billion subscriber settlement affects health insurance and administrative services plans **File a Claim →**

---

## Employers want help supporting wellness efforts

**By Alyssa Place**

Our most-read Views columns explore how employers are helping their employees reach their financial and holistic well-being goals. **Read story →**



---

**Follow Employee Benefit News in real time.** More ways to get the most trusted industry news and analysis.

# ebn

View in browser

# FIRST LOOK

May 14, 2021



## The 20 best companies for career growth

**By Paola Peralta**

The pandemic may have irreversibly changed hiring, but it hasn't slowed it down. **Read story →**

## Zywave M&A forges on with software company buy

**By Amanda Schiavo**    **2 min read**

The insurance tech provider is on acquisition hot streak, having secured its fourth purchase in six months. **Read story →**

> **RELATED**
>
> ## Using data to create a more effective benefits design →
> More than half of benefits leaders surveyed don't trust the accuracy of the data they receive from health plans or vendors, while one in three struggle to connect the data they receive from various sources.

## Permanent WFH is the key to retaining working parents

By Paola Peralta     3 min read

Employees are willing to go to great lengths to make going fully remote possible — including sacrificing their benefits. **Read story →**





## MyLifeWell debuts app to improve employee well-being

By Amanda Schiavo     2 min read

Employers and employees can create customized programs to meet their various wellness needs. **Read story →**

## 8 low-cost apps to help employees manage their mental health

By Alyssa Place

Virtual apps make mental health care affordable and accessible for employees dealing with elevated levels of stress and anxiety. **Read story →**

**SPONSOR CONTENT**

## Blue Cross Blue Shield® Subscriber Settlement

A $2.67 billion subscriber settlement affects health insurance and administrative services plans **File a Claim →**

## McDonald's boosting average wages to over $13 an hour

By Anne Riley Moffat    2 min read

More than 36,500 employees are slated to receive this round of pay hikes. **Read story →**





View online | Signup | Forward



# DAILY DIVE

**April 19, 2021** | Today's news and insights for healthcare leaders

---



BROUGHT TO YOU BY — American Medical Association

**What docs must know about info-blocking**

Federal regulation that took effect in April applies to physicians too. Learn with the AMA about how to comply with new information-blocking rules.
**Read now.**

---

## Advocate Aurora Health's new investment unit is on the hunt for deals

The Midwestern giant joins other nonprofits in launching a for-profit unit to diversify its revenue streams. Some critics question whether the strategy fits with the mission and perks enjoyed by not-for-profit entities.

## 3 takeaways from CHIME21: EHRs, Big Tech and VCs look to the future of health

The public health and financial devastation of COVID-19 can't be overlooked, but the pandemic has also created new opportunities for industry to leverage technology.

## Healthcare employment steadily rebounding though hospitals left out

Hospital employment has sunk for three consecutive months, according to data from the Altarum Institute, and is down 37,000 jobs since the end of last year.

SPONSORED CONTENT BY JND LEGAL

**Blue Cross Blue Shield® $2.67B subscriber settlement**

Health insurance and administrative services plans are affected.
**File your claim today.**

### HHS nominees get smooth confirmation hearing

The scene was a contrast to the sometimes heated questioning of HHS Secretary Xavier Becerra, who was eventually confirmed by a narrow margin.

Read more news



### What Comes Next For Virtual Care?

Explore how the use of telehealth has evolved and what virtual care will look like in the future in this new survey report.

Download Now

# FROM OUR LIBRARY

SURVEY REPORT

### The Future of Virtual Care in 2021 and Beyond

Doctor on Demand



# DAILY DIVE

**April 30, 2021** | Today's news and insights for healthcare leaders

BROUGHT TO YOU BY — Veradigm



**Transforming Health. Insightfully.**
From the point-of-care to everyday life, Veradigm is
working to simplify healthcare with next-generation
solutions.
**Hear how from our customers and partners.**

# Pre-pandemic, more than half of hospitals nab above-average Leapfrog safety grades

Among those getting A grades from the watchdog group founded by employers
include Brigham and Women's Faulkner Hospital in Boston, the Mayo Clinic's
hospital in Phoenix and the University of Chicago Medical Center.

## Kentucky must rebid Medicaid contracts again, judge rules

This ruling puts six insurers at risk of losing their lucrative contracts with the
state. It's unclear when the state will rebid the work.

## CMS finalizes joint replacement pricing extension

Some analysts say the agency's initiative may evolve to put pricing pressure on orthopaedic devices. However, they contend companies can mitigate that threat by selling more products to customers.

SPONSORED CONTENT BY JND LEGAL

### Blue Cross Blue Shield® $2.67B subscriber settlement

Health insurance and administrative services plans are affected.
**File your claim today.**

## C-suite execs want government action on rising healthcare costs, report finds

Business leaders overwhelmingly back policies to boost price transparency and antitrust enforcement to rein in the cost of coverage for employees, the Kaiser Family Foundation and Purchaser Business Group on Health poll found.

## FDA greenlights device to retrain muscles in stroke patients

The noninvasive brain-computer interface technology uses data from the uninjured side of a patient's brain to recover motor function in the affected arm and hand.

Read more news

View online | Signup | Forward

 HEALTHCARE **DIVE**

# DAILY DIVE

**May 5, 2021** | Today's news and insights for healthcare leaders

---



BROUGHT TO YOU BY — Flatfile
**The data onboarding platform for healthcare**
Flatfile offers intuitive data solutions to save your team from wasting hours formatting Excel spreadsheets. **Learn more.**

---

## Private equity buys tend to target profitable hospitals in urban areas

The new study challenges the notion that private equity firms tend to target only financially distressed hospitals, and provides greater insight into the kinds of hospitals the companies have acquired over a span of 15 years.

## Telehealth use dropped in February for first time since September

The data suggests a potential slowdown in demand for virtual care services that spiked last year in the early months of COVID-19, according to Fair Health's monthly tracker.

## Adagio, flush with cash, launches large study of next-gen COVID-19 antibody

The privately held biotech believes its drug might treat or prevent infections from existing variants and future coronavirus strains, which could make it a threat to marketed therapies from Regeneron and Eli Lilly.

SPONSORED CONTENT BY JND LEGAL

**Blue Cross Blue Shield® $2.67B subscriber settlement**

Health insurance and administrative services plans are affected.
**File your claim today.**

**State lawmakers mull out-of-state nurse licenses after pandemic rollbacks**

Many tried to join the Nurse Licensure Compact before the pandemic, "but COVID was a kind of glaring example of how the compact could help," Rebecca Fotsch at the National Council of State Boards of Nursing said.

| Read more news |
| --- |

# FEATURED RESOURCES

**FROM:** American Medical Association

## Tackle root causes of physician burnout with AMA

- 4 approaches to cut physicians' mental workload—and burnout
- Why bullying happens in health care and how to stop it
- 3 ways to begin to reduce clinical documentation by 75% by 2025

# FROM OUR LIBRARY

SURVEY REPORT

**The Future of Virtual Care in 2021 and Beyond**

Doctor on Demand

View online | Signup | Forward



# DAILY DIVE

**May 10, 2021** | Today's news and insights for healthcare leaders

---



BROUGHT TO YOU BY — Emburse Chrome River

**Transform Your AP and Expense Processes**

Manual processes dragging you down? Learn how to automate your organization's expenses and invoicing in four steps. **Read the e-book.**

---

## Kaiser bounces back to black with $2B Q1 profit

Uncertainty amid the pandemic last year spooked the stock market and spurred investment losses for the nonprofit. The integrated system posted a turnaround this year, though it still lags behind 2019.

### Providers supportive of push to overhaul HIPAA, but air serious concerns about data privacy, timing

"We urge OCR to reconsider implementing a massive change to patient privacy laws in the midst of this transition," AMA commented on the Trump-era rule.

Q&A

### National Nurses United President Deborah Burger on how COVID-19 has affected union efforts

The organizer reflected on nurses' experiences over the past year on the front lines, and outlined where the union is headed going forward.

SPONSORED CONTENT BY JND LEGAL

**Blue Cross Blue Shield® $2.67B subscriber settlement**

Health insurance and administrative services plans are affected.
**File your claim today.**

**S&P downgrades Sutter Health, says short-term performance will be weak**

Without the infusion of cash from federal coronavirus relief funds, the nonprofit would have lost $1 billion last year, according to the ratings agency.

Read more news

# FEATURED RESOURCES

**FROM:** TransUnion Healthcare

## Improve Health and Financial Outcomes

- [Guide] Evaluate and optimize every step of your claims process
- [Payer Workbook] Accelerate your data strategy with best practice tips
- [Guide] Drive positive change with socioeconomic data

# WHAT WE'RE READING

NBC NEWS

**Biden administration announces reversal of Trump-era limits on protections for transgender people in health care**

THE NEW YORK TIMES

**Airborne Coronavirus Is a Threat, the C.D.C. Acknowledges**



**NATIONAL ASSOCIATION OF AFRICAN AMERICANS IN HUMAN RESOURCES**

---

# April 2021 NAAAHR Newsletter

## *By Erika Broadwater*

---



**INSIDE THIS EDITION**:

- Message from the National President
- 2022 National Conference "Save The Date"
- NAAAHR Webinars & Career Connections
- The Chairman's Corner



---



---

## Contact Us At:

P. O. Box 311395, Atlanta, GA 31131

Website:  www.naaahr.org

Email: info@naaahr.org

View in Browser

BenefitsPRO

# Daily

Apr 19, 2021

**NEWS**

### Everything we thought we knew about office space use before COVID was wrong

By Les Shaver

There has been a 15% increase in the use of office space for collaboration during the pandemic. **Read More**





### Take this job and love it? Here's what's in store for the year in work

By Richard Binder

There's optimism and caution in Monster's latest Future of Work report. **Read More**



SPONSORED BY UMR

### Multi-channel communication capabilities deliver personalized engagement offers

UMR's Bart Halling touts technology and data mining for delivering relevant information that keeps people engaged and improves decision-making. Listen now. **READ MORE**



BEST PRACTICES

### Vaccine adoption in the workplace: Here's what to ask yourself

By Rob LaHayne

As vaccines become more widely available, employers need to start planning for how to best prepare and support their... **Read More**



### Employment and HR law in 2021: What to expect

As employers look forward to a new year, there will undoubtedly be lingering and prevalent effects from 2020. **Read More**





**PROFILE**

### The next normal: After wrestling the coronavirus, a lawyer rethinks his practice

By Charles Toutant



Attorney Cesar Estela is making changes to his practice after he, his wife and their three children all contracted COVID-19... **Read More**

**COMMENTARY**

### Retirement in the new normal: Helping employees align expectations with reality

By Roberta Rafaloff



3 considerations plan sponsors should keep in mind about participants' motivations and timelines for retiring. **Read More**

SPONSORED BY JND LEGAL ADMINISTRATION

### $2.67 Billion Settlement

Blue Cross or Blue Shield® health insurance and administrative services plans are affected by a $2.67 billion subscriber settlement. File a claim. **READ MORE**

**ANALYSIS**

### 3 employee benefits trends for 2021's 'next normal'

By C.J. Marwitz



As the country reopens, the workplace of 2021 will be different from that of late 2019 -- and employees' benefits priorities... **Read More**

**PODCAST**

## Going back to work: What HR needs to know

By Patricia L. Harman



CSAA's Melissa Jones highlights issues for managing a hybrid workforce and discusses employee benefits in the latest... **Read More**

SAVE THE DATE

## Save The Date | BenefitsPRO Broker Expo 2021



BenefitsPRO Broker Expo 2021 – May 18th (FREE for sellers) & August 16-18, 2021 | BenefitsPro Broker Expo is back for 2021 and will feature a year-round experience both virtually and in-person. Providing two key informational and networking events, the virtual one-day program, FREE for sellers, will take place on May 18th, with the in-person 3-day conference taking place August 16-18 in San Diego. Join the entire benefits selling ecosystem to cultivate important relationships while raising new industry issues, embracing new challenges, and finding solutions. **Learn More**

RESOURCES

## State of MSK Report 2021: Changing Musculoskeletal Trends Redefining MSK Care

*Sponsored by: Hinge Health*

Learn about MSK healthcare trends over the last decade and what they mean for you and your clients. **Learn More**

WEBCAST DATE: MAY 5, 2021

## How to Evolve Employee Health and Well-Being in a Virtual World

Join this complimentary webcast to discover how a robust health and well-being program is a powerful tool that can meet employees where they are on their wellness journey. **Learn More**





Forward to a Friend

CONNECT WITH BENEFITSPRO

   

This newsletter was sent to enlqc@alm.com

**Unsubscribe** | **Email Preferences** | **About Us** | **Privacy Policy**

Copyright © 2021 **ALM Media Properties, LLC.**
All Rights Reserved.



150 E 42nd St | New York, NY 10017 | 1-877-256-2472

Powered by  powerinbox