FILED
2021 Sep-03 PM 05:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

For the exclusive use of KENNY KAN at BLUE CROSS BLUE SHIELD - NC on 30-Nov-2012

# BernsteinResearch

Ana Gupte, Ph.D. (Senior Analyst) • ana.gupte@bernstein.com • +1-212-756-4634

# US Managed Care: Private Exchanges - On the Brink of Rapid Change; Takeaways from Aon-Hewitt Meeting On Nov 20

| Ticker | Rating | CUR | 23 Nov 2012 Closing Price | Target Price | TTM Rel. Perf. | Cash EPS 2011A | Cash EPS 2012E | Cash EPS 2013E | P/E 2011A | P/E 2012E | P/E 2013E | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HUM | O | USD | 66.69 | 95.00 | -37.3% | 8.46 | 7.58 | 9.20 | 7.9 | 8.8 | 7.2 | 1.5% |
| UNH | O | USD | 53.92 | 74.00 | 5.2% | 4.73 | 5.24 | 5.71 | 11.4 | 10.3 | 9.4 | 1.2% |
| CI | O | USD | 52.76 | 62.00 | 10.8% | 5.21 | 5.83 | 6.44 | 10.1 | 9.0 | 8.2 | 0.1% |
| AET | O | USD | 42.99 | 52.00 | -5.9% | 5.17 | 5.23 | 5.53 | 8.3 | 8.2 | 7.8 | 1.6% |
| WLP | O | USD | 56.06 | 73.00 | -31.3% | 7.00 | 7.57 | 7.82 | 8.0 | 7.4 | 7.2 | 2.1% |
| CVH | M | USD | 43.40 | 42.00 | 30.0% | 2.86 | 2.65 | 3.39 | 15.2 | 16.4 | 12.8 | NA |
| HNT | M | USD | 24.87 | 25.00 | -28.4% | 3.09 | 1.09 | 1.89 | 8.0 | 22.8 | 13.2 | NA |
| SPX |   |   | 1409.15 |   |   | 96.09 | 102.34 | 111.96 | 14.7 | 13.8 | 12.6 | 2.2% |

O – Outperform, M – Market-Perform, U – Underperform, N – Not Rated

### Highlights

*We attended a meeting hosted by Aon-Hewitt on Nov 20 on their Private Healthcare Exchange Defined Contribution offering with Sears and Darden as the initial Employer Customers for 2013 with 100K lives. Employers are beginning to look at this as an alternative to their current Defined Health Benefits offerings given the potential for greater predictability of their financial burden and lower medical cost inflation as employees experience substantially more financial skin in the game.*

- **Post the meeting, we expect the pace of change to Private Defined Contribution Health Exchanges to be more rapid than we had anticipated before.** We see the potential for as many as 10-20 MM currently 70 MM+ self insured lives in the US converting to Private Exchange based Fully Insured offerings through the end of the decade. We expect that the Proof of Concept by Aon-Hewitt in 2013, and implementation of State-subsidized Exchanges commencing 2014 will act as catalysts and accelerate the pace of change **(Exhibit 1, 2, 3 and 8). For comparison, the move from Defined Benefit pension to Defined Contribution 401K plans commenced in 1980 and took 25 years to reach 62% penetration of 401K offerings in 2005. 31% of employers had converted to 401K plans within the first 10 years.**

- **Economics of conversion for the self-insured pool to the fully insured Private Exchange would be favorable for the Managed Care industry and offset some of the margin headwinds from increased regulation through ObamaCare (Exhibit 9, 10, 11, 12, 13).** The Managed Care industry will enjoy a higher profit pool with conversion of Self Insured to fully insured Private Exchange lives, and in the theoretical Maximum with 100% conversion could offer an incremental profit pool of as much as $9.5B annual. Risk adjusters are a critical success factor to preserve operating margins and compensate for adverse risk. This along with the top line tailwinds of over $3 B from access expansion to the uninsured could more than offset the hit to margins in the Individual Fully Insured business where we anticipate as much as a $2B reduction in the operating Profit in Individual and as much as $5-7 B in the Small group market given the regulatory headwinds to margins from ObamaCare of 2010.

- **On a company specific basis, however this could pose to be a disruptive change with capabilities increasingly shifting from a B2B marketing and servicing to a B2C realm. Given the operating profit in a Private Exchange fully insured life is 4x that of a current Self insured life, the companies**

U.S. Managed Care

See Disclosure Appendix of this report for important disclosures and analyst certifications.

For the exclusive use of KENNY KAN at BLUE CROSS BLUE SHIELD - NC on 30-Nov-2012

# BernsteinResearch

November 26, 2012

**Ana Gupte, Ph.D.** (Senior Analyst) • ana.gupte@bernstein.com • +1-212-756-4634

Exhibit 9
**Incremental Profit From Conversion To Fully Insured and Access Expansion to the Uninsured Could More Than Offset Margin Deterioration to Managed Care Individual and Small Group From Regulatory Headwinds With ObamaCare**



Drivers Behind Gain In Industry Profit Pool ($B)

| Category | Value |
|---|---|
| Gain in Profitability From Conversion to ASO | 9.5 |
| Gain in profitability from 16 MM new uninsured gaining access through state exchanges | 2.4 |
| Gain in profitability from 16 MM new uninsured gaining access through Medicaid | 2 |
| Loss in profitability from Individual | 2 |
| Loss in profitability from rest of Fully Insured SG market | 7 |
| Net Expected Profit | 4.9 |

Source: Bernstein Analysis

Exhibit 10
**Operating Profit Per Life For Private Exchange Fully Insured Lives Is 4x Self Insured Though At Lower Margins**

|  | Self Insured | Fully Insured |
|---|---|---|
| PMPM | $25 | $300 |
| Operating Margin Per Life | 15% | 5% |
| Annual Operating Profit | $45 | $180 |
| **Incremental Operating Profit Per Life For Fully Insured** | | $135 |

Source: Bernstein Analysis

U.S. Managed Care

Confidential                                                                                                                           CAREFIRST_ESI_06681788