FILED
2021 Sep-03 PM 05:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT G

**Health Care Reform:
A Market Impact**

Confidential – Outside Counsel Only

ARK BCBS 0047016



**A typical health plan will experience major disruption to existing profit centers. 40% of members and 80% of profits are vulnerable.**



### Current Profile of a "Typical" Multi-Segment Health Plan

| Segment | % of Total Members | % of Total Operating Profit |
|---|---|---|
| Seniors | 6% | 20% |
| Large Group (ASO) | 42% | 15% |
| Large Group (Fully Insured) | 20% | 20% |
| Small Group | 16% | 35% |
| Individual | 10% | 15% |
| Medicaid | 6% | -5% |

- 20% of profits vulnerable to Medicare reimbursement changes
- About 1/3 of members and 60% of profits will be "Exchange Eligible"

**Key questions:**
- How quickly will employers migrate to a retail, defined-contribution market?
- How much will profits change if insurers take an "incremental approach" to reform?

©2010 Oliver Wyman ▪ www.oliverwyman.com                HLC008-01-502    3

Confidential – Outside Counsel Only                                                                                     ARK BCBS 0047021