FILED
2021 Sep-03 PM 05:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# I

# HONORABLE IRMA E. GONZALEZ (Ret.)

# BIOGRAPHICAL SUMMARY

Judge Gonzalez, a retired United States District Judge, is presently a neutral with JAMS where she is a mediator, arbitrator, special master and discovery referee. She was appointed to the United States District Court for the Southern District of California on August 12, 1992, becoming the first Latina of Mexican heritage to be appointed to the Federal Bench. She served as Chief Judge of the District Court from January, 2005 to January, 2012. Judge Gonzalez served as a judge on the Superior Court, San Diego County (1991-1992) and as a Magistrate Judge, Southern District of California (1984-1990). Judge Gonzalez retired from the federal bench in October, 2013.

Judge Gonzalez graduated from Stanford University in 1970 and received her law degree from the University of Arizona School of Law in 1973.

From 1973 to 1975 Judge Gonzalez served as a law clerk to United States District Judge, William C. Frey in Tucson, Arizona. She served as an Assistant United States Attorney in the criminal division of the United States Attorney's office in the District of Arizona and the Central District of California from 1975 to 1981. Judge Gonzalez was an associate attorney at the then law firm of Seltzer Caplan Wilkins and McMahon from 1981 to 1984.

While a district judge, Judge Gonzalez served as a member of two Judicial Conference Committees-the committee on the Administration of the Magistrate Judge System and the committee on Judicial Security. She served as chair of the Federal Judicial Center's Bench book committee from 2009-2013. Judge Gonzalez was elected to serve as President of the Ninth Circuit District Judges Association (2009-2011) and chaired the Ninth Circuit Judicial Conference in 2010. In 2011 Chief Justice Roberts appointed Judge Gonzalez to serve on the Supreme Court Fellows Program Commission and served as chair 2012 to 2013. Judge Gonzalez

served as Co-Chair of the Federal Practice Task Force of the American Bar Association Section of Litigation (2011-2013).

Judge Gonzalez is a founding member of Latinas in the Law and is a member of the Lawyers Club Advisory Board, a Master of the Enright Inn of Court, a member of the Federal Bar Association's Advisory Board and a member of the Judicial Advisory Board of ABTL. She is also a member of the Downtown Breakfast Rotary Club.

In 2008 Judge Gonzalez was named Outstanding Jurist by the San Diego County Bar Association. In 2011 she received the Joan Dempsey Klein Award for distinguished Jurist by the California Women Lawyers and in 2013 Judge Gonzalez received the Lifetime Achievement Award from the Hispanic National Bar Association. In 2015 the University of Arizona James E. Rogers School of Law awarded Judge Gonzalez a Lifetime Achievement Award. Judge Gonzalez was inducted into the San Diego Women's Hall of Fame in 2017. In 2021 she received the Lawyer's Club Excellence in Diversity Award. And on August 5, 2021 Judge Gonzalez received the ABA Commission on Women Margaret Brent Lawyers of Achievement Award.

Judge Gonzalez is married to Robert Brewer, the former United States Attorney for the Southern District of California. They have a married daughter and two granddaughters.