FILED
2021 Sep-08 PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | **Master File No.: 2:13-CV-20000-RDP**<br>This document relates to all cases. |

**<u>REPORT REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON SEPTEMBER 14, 2021 AT 9:30 A.M. (Eastern)</u>**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's August 3, 2021 Order (Document 2792), files this Report providing a proposed Agenda for the Court's Status Conference on September 14, 2021, at 9:30 a.m., (Eastern) before The Honorable R. David Proctor, at the law offices of Cravath, Swaine & Moore, LLP, 825 8th Avenue, New York, NY 10019, as follows:

Proposed Status Conference Agenda

1. Status of Providers/Blues litigation.
2. Other Matters.
3. Date of the Next Status Conference.
4. Caucuses with the Parties.

RESPECTFULLY SUBMITTED this 8th day of September 2021.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Phone
(205) 960-2533 Cell Phone
egentle@gtandslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this, the 8th day of September 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master