Case 2:13-cv-20000-RDP   Document 2816   Filed 09/17/21   Page 1 of 9              FILED
                                                                             2021 Sep-17 AM 10:39
                                                                             U.S. DISTRICT COURT
                                                                                N.D. OF ALABAMA

1

```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ALABAMA
                           SOUTHERN DIVISION

IN RE:  BLUE CROSS BLUE SHIELD      CASE NO.:  2:13-cv-20000-RDP
ANTITRUST LITIGATION MDL 2406

                        * * * * * * * * * *

                          STATUS CONFERENCE

                        * * * * * * * * * *


        BEFORE THE HONORABLE R. DAVID PROCTOR, UNITED STATES

DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF ALABAMA, in the Law

Offices of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 8th

Avenue, New York, New York, on Tuesday, September 14, 2021,

commencing at 9:33 a.m. Eastern Time.

APPEARANCES:

SPECIAL MASTER:          Edgar C. Gentle III
                         Attorney at Law
                         GENTLE TURNER SEXTON & HARBISON
                         501 Riverchase Parkway East, Suite 100
                         Hoover, Alabama   35244

IN PERSON:               Robert J. Axelrod
                         Katherine Harbison Benson
                         David Boies
                         Swathi Bojedla
                         John D. Briggs
                         Carl S. Burkhalter
                         Warren T. Burns
                         Elizabeth C. Chavez
                         Kathleen Currie Chavez
                         Evan Chesler
                         Charles J. Cooper
                         Phillip F. Cramer
                         Karin DeMasi
                         Sarah M. Gilbert
                         Michael David Hausfeld
                         Christopher T. Hellums
                         E. Desmond Hogan
```

*Risa L. Entrekin, RDR, CRR, Official Court Reporter*
*U.S. District Court, Northern District of Alabama*
*1729 5th Avenue North, Birmingham, Alabama  35203  *  334.240.2405*

```
 1  APPEARANCES, Continued:

 2  IN PERSON:                  Zachary D. Holmstead
                                Craig A. Hoover
 3                              Hamish P. M. Hume
                                Megan Jones
 4                              Edith M. Kallas
                                Eamon P. Kelly
 5                              Lauren R. Kennedy
                                Daniel E. Laytin
 6                              David Markewitz
                                W. Daniel Miles III
 7                              Scott Nehs
                                Dennis G. Pantazis
 8                              Gwendolyn C. Payton
                                Barry A. Ragsdale
 9                              Robert B. Roden
                                Robin Sanders
10                              Paul E. Slater
                                Kathleen Taylor Sooy
11                              Todd M. Stenerson
                                Joe R. Whatley Jr.
12                              Helen E. Witt
                                Edward Kirk Wood Jr.
13
    VIA VIDEOCONFERENCE:        Alexander McInnis Boies
14                              Vincent J. Colatriano
                                Gregory L. Davis
15                              Augusta S. Dowd
                                David J. Guin
16                              Michael E. Gurley Jr.
                                Mark Montgomery Hogewood
17                              William A. Isaacson
                                Patrick McDowell
18                              Jess Randall Nix
                                Mario A. Pacella
19                              Joshua K. Payne
                                Aaron S. Podhurst
20                              Nicholas B. Roth
                                Adam R. Shaw
21                              Jonathan M. Shaw
                                Robert K. Spotswood
22                              Jason J. Thompson
                                Michael Velezis
23                              J. Mark White
                                Amy E. Willbanks
24                              Jason A. Zwieg

25  (Other counsel were present via telephone but not identified)
```

*Risa L. Entrekin, RDR, CRR, Official Court Reporter*
*U.S. District Court, Northern District of Alabama*
*1729 5th Avenue North, Birmingham, Alabama  35203  *  334.240.2405*

Proceedings reported stenographically via remote videoconference; transcript produced by computer.

* * * * * * * * * *

(The following proceedings were heard before the Honorable R. David Proctor, United States District Judge for the Northern District of Alabama, at the Law Offices of Cravath, Swaine & Moore LLP, New York, New York, on Tuesday, September 14, 2021, commencing at 9:33 a.m. Eastern Time:)

THE COURT: All right. Thanks so much. Good morning, everyone.

COUNSEL IN UNISON: Good morning, Your Honor.

THE COURT: We're here in Blue Cross Blue Shield Multi-District Litigation, and we're here for purposes of a status conference.

We appreciate our friends here at Cravath hosting us. What a nice, nice facility. Great staff. Great welcome and support we've been given.

We've got an agenda that was proposed by the special master for the plenary session and also for -- just to have caucuses after. Is there an agreement that we can caucus with the groups after the plenary session is concluded today?

MR. BOIES: Yes, Your Honor.

MR. WHATLEY: Yes, Your Honor.

THE COURT: All right. Super.

All right. First item on the agenda for this status

```
1   conference is status of the providers and Blues litigation.
2           Mr. Whatley?
3           MR. WHATLEY:  Yes, sir.
4           Judge, we -- both sides have met the schedule.  We have
5   one more round of briefs due September 20th.  And what we have
6   talked about and what we would suggest is thereafter, we meet
7   and confer together to come up with a schedule for addressing
8   the motions and -- and advancing the litigation.  We also --
9   from the providers' standpoint, we think that there should be a
10  place in that for class certification; but we'll meet and confer
11  about that and report back to you.
12          We'd suggest, since the briefs are due the 20th, that
13  we report back to you by the end of the month, which would give
14  us ten days.  That's not a magic date, but that kind of period
15  to report back to you with a proposed schedule for addressing
16  the motions and -- and other issues.
17          THE COURT:  All right.
18          MR. CHESLER:  I'd just say that's all satisfactory with
19  us, Your Honor.
20          THE COURT:  All right.  Mr. Chesler, thank you.
21          MR. WHATLEY:  Oh, Judge, one other thing.
22          THE COURT:  Yes.
23          MR. WHATLEY:  We filed a complaint yesterday for
24  Dr. Reyes.
25          THE COURT:  I noticed that.
```

1            MR. WHATLEY:  She is a person who's exempt from *Love*.
2  It's a belt-and-suspenders kind of thing.  It's not --
3            THE COURT:  Is that a placeholder case -- in other
4  words, taking the place of another case? -- or just a separate
5  action?
6            MR. WHATLEY:  No.  No, sir.  It's just a potential
7  additional class representative for the doctors in Alabama who
8  are exempt from *Love*.
9            THE COURT:  All right.
10           MR. WHATLEY:  And so it's really a belt-and-suspenders
11 additional plaintiff, additional possible class representative.
12 And it wasn't -- contrary to my friend, Craig Hoover, it wasn't
13 meant for -- to be anything else.
14           MR. HOOVER:  We'll see about that.
15           THE COURT:  All right.  Fair enough.
16           All right.  What else on providers/Blues litigation?
17 Anything from the Blues, in particular?
18           MR. CHESLER:  No, Your Honor.  I think what you just
19 heard is exactly what we would be telling the Court if we were
20 up there.
21           THE COURT: All right.  Thank you.
22           All right.  How about other matters?  I have another
23 matter, but I wanted to see if you have another matter.
24           One of the things I'd like to do today is -- obviously,
25 we have objections.  We have a fairness hearing coming up.

```
 1  We -- is Mr. Slater in here?
 2              Yes.  There you are.  Thank you.
 3              MR. SLATER:  Standing behind you.
 4              THE COURT:  Sorry.  Nearsightedness.
 5              I'm not going to get in -- discuss with anyone the
 6  merits of any objections today.  I would like the freedom, if
 7  the parties will so indulge me, to discuss with you in these
 8  upcoming caucus sessions whether there are efforts to see if the
 9  objections can be worked through by the parties and, if so, what
10  that might look like.
11              Anyone given heartburn by that suggestion?
12              UNIDENTIFIED MALE:  No, Your Honor.
13              THE COURT:  Again, we're not going to get into the
14  merits in any way.  One, that's the cardinal rule; we just don't
15  address merits in these caucus sessions.  But two, particularly
16  when we've got objectors who are not here and -- maybe one
17  representative of some of the objectors is here but not
18  necessarily all the objectors -- we just don't need to discuss
19  those on the merits in any way.
20              Yes, Mr. Laytin.
21              MR. LAYTIN:  (Inaudible)
22              THE COURT:  All right.  Very well.
23              Date of the next status conference.  I'm thinking the
24  next status conference probably ought to occur after the
25  fairness hearing.  I don't know that it makes a lot of sense to
```

1  hold a status conference before October 20, so we're probably
2  looking at a November status conference, skipping a month.
3            Is that satisfactory with everyone?
4            MR. BOIES:  Yes.
5            THE COURT:  If I do need to talk with some or all of
6  you, we can always arrange a phone conference.  And vice versa.
7  If there's something that comes up, I think you know that I try
8  to be pretty flexible with you.  Just contact Ed or Sally and
9  indicate that you need to get on the phone with me or even Zoom
10 with me, whatever the case may be.
11           MR. WHATLEY:  With Zoom, we can even Zoom without a
12 mask.
13           THE COURT:  That's right.  That's right.
14           What else do we need to take up for right now?
15           I guess the location changes, but the length of the
16 plenary sessions generally does not.
17           Okay.  Well, thank you.  I appreciate everyone being
18 here.
19           Boy, I tell you, New York is interesting right now
20 because I think this is the least traffic I've seen in any visit
21 I've ever made to New York, but there's still enough hustle and
22 bustle out there that you feel like you're in New York.  So I
23 told Ed this morning it's the perfect sweet spot, it seemed to
24 me, last night when we were here.
25           But I appreciate each one of you.  I always want to say

1  this.  Appreciate the great lawyering that we get in this case.
2  In some ways, that makes my job a lot easier; in some ways, it
3  makes it more difficult; but I do appreciate it.
4         Okay?  We'll move to our caucus sessions.  I think our
5  first caucus session is scheduled at ten a.m. with the
6  subscribers.  I think we'll probably stick to that schedule
7  because we have potential Zoom and other participants; right?
8  And that way, we can kind of stay on the schedule that we've
9  laid out for them, in case they have scheduling needs too.  All
10 right?
11        We'll see the subscribers at ten; the Blues, then, at
12 10:30; the Blues and the providers together at eleven; the
13 providers at 11:30.  And then I'd like to add one caucus
14 session, and that would be the Blues, subscribers, and objectors
15 at noon, if I may do that.  Okay?
16        All right.  Thank y'all.  We'll be adjourned.
17    (Proceedings concluded at 9:41 a.m. Eastern Time)
18                  * * * * * * * * * *

```
1                COURT REPORTER'S CERTIFICATE
2        I certify that the foregoing is a correct transcript
3   from the record of proceedings in the above-entitled matter.
4        This 17th day of September, 2021.
5
6                              [signature: Risa L. Entrekin]
7                              Risa L. Entrekin
                               Registered Diplomate Reporter
8                              Certified Realtime Reporter
                               Official Court Reporter
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```