# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION )<br>)<br>)<br>(MDL 2406) )<br>) | Master File No. 2:13-CV-20000-RDP |

## MOTION TO WITHDRAW

Leslie L. Pescia hereby requests leave of this Court to withdraw as counsel for Plaintiff Jerry L. Conway. In support of this request, the undersigned states that she is leaving the firm Beasley, Allen, Crow, Methvin, Portis & Miles. Plaintiffs will continue to be represented by W. Daniel "Dee" Miles, III with the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and other attorneys.

Respectfully submitted, this 17th day of September, 2021.

/s/ Leslie L. Pescia
Leslie L. Pescia
Beasley, Allen, Crow, Methvin,
 Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343
(334) 954-7555 (facsimile)
leslie.pescia@beasleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above listed matter.

/s/ Leslie L. Pescia
Leslie L. Pescia