FILED
2021 Oct-01 AM 11:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** |

**ORDER**

This matter is before the court on the Motion for Leave to Appear as Amicus Curiae in Support of Article III Jurisdictional Defect to the Subscribers Settlement filed by Shiyang Huang. (Doc # 2833). Huang is not an attorney.[1] Huang argues that the court cannot approve the Subscribers Settlement because it lacks Article III subject-matter jurisdiction to provide injunctive relief for those without a "real" or "immediate" risk of future harm. (Doc # 2833). Huang timely opted out of the Subscribers Settlement damages class (Doc. # 2812-6), but he seeks to speak at the final approval hearing regarding the injunctive relief class. However, Huang did not file a timely objection to the Settlement. (Doc. # 2812-1 at 163-171).

Huang's Motion to Appear (Doc # 2833) is **DENIED**. Nonetheless, as part of the approval process, the court will address its Article III jurisdiction in relation to the Subscriber's claims for injunctive relief and to provide the injunctive relief contemplated in the Subscribers Settlement.

**DONE** and **ORDERED** this October 1, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

[1] *See* https://www.reuters.com/article/us-otc-equifax/11th-circuits-strict-new-rule-for-data-breach-standing-will-figure-in-equifax-appeal-idUSKBN2A906M (last visited September 30, 2021).