FILED
2021 Oct-04 PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** } | Master File No.: 2:13-CV-20000-RDP |
| } | |
| **ANTITRUST LITIGATION** } | This document relates to the |
| **(MDL NO.: 2406)** } | Subscriber Track. |
| } | |

## ORDER AMENDING THE PRELIMINARY APPROVAL ORDER (DOC. #2641)

In order to facilitate the attendance of interested persons at the Final Approval Hearing, the Court **AMENDS** Document #2641, paragraph 28, sentence one, to provide as follows:

> A Final Approval Hearing is hereby scheduled before the undersigned to be commenced on **Wednesday, October 20, 2021, at 10:00 a.m. Central Time, continuing on Thursday, October 21, 2021, if necessary.** This hearing will be held in person. However, given the current state of the COVID-19 pandemic, the hearing will take place **IN PERSON** and **REMOTELY**, via Zoom video conference, and with telephone audio access provided for the public.
>
> Those Counsel or *pro se* parties who have previously notified the Court of their intention to speak at the Final Approval Hearing may do so in person or, for good cause shown, via Zoom. Those wishing to attend by Zoom **SHALL** make a written request to the Special Master by **October 13, 2021**. Other interested parties, counsel, and the public may attend the hearing in person or listen to the hearing free of charge via telephone by dialing (877) 692-8955, access code 7327722.

Judicial Conference policy compels the court to provide this reminder: **ANY RECORDING OF THE HEARING BY ANYONE OTHER THAN THE COURT IS STRICTLY PROHIBITED.**[1]

---

[1] In 1972, the Judicial Conference of the United States adopted a prohibition against "broadcasting, televising, *recording*, or taking photographs in the courtroom and areas immediately adjacent thereto." The prohibition applies to criminal and civil cases.

**DONE** and **ORDERED** this October 4, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE