FILED
2021 Oct-07 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406),** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NUMBER: Master File No. 2:13-CV-20000-RDP** |

**SELF-FUNDED OBJECTOR'S UNOPPOSED MOTION
FOR LEAVE TO FILE A REPLY BRIEF**

The Self-Funded Subclass Objectors respectfully move for leave to file a reply in support of their July 28, 2021 Objection to the settlement in this matter (Doc. 2812-19). This Motion is unopposed.

On September 3, 2021, Class Representatives for the Subscriber Plaintiffs filed a Motion for Final Approval of Class Settlement and Appointment of Settlement Administrator. Doc. 2812. The motion was accompanied by a 140-page memorandum of law (Doc. 2812-1) and contained supplemental expert disclosures (Doc. 2812-7; 2812-8), which responded to the Self-Funded Subclass Objectors' Objection (Doc. 2812-19). Much like the National Account Objectors who have already been granted leave to reply, *see* Doc. 2829, the Self-Funded Subclass Objectors seek an opportunity to respond to the statements made in the Motion and

the accompanying documents, and the proponents of the Settlement do not oppose that request.

Courts routinely allow objectors the opportunity to respond to a motion for final approval of a settlement. *See, e.g.*, *Drazen v. GoDaddy.com, LLC*, No. CV 1:19-00563-KD-B, 2020 WL 8254868, at *1 (S.D. Ala. Dec. 23, 2020); *In re Checking Acct. Overdraft Litig.*, No. 1:09-MD-02036-JLK, 2020 WL 4586398, at *1 (S.D. Fla. Aug. 10, 2020); *In re Domestic Air Transp. Antitrust Litig.*, 148 F.R.D. 297, 330 (N.D. Ga. 1993); *In re Armored Car Antitrust Litig.*, 472 F. Supp. 1357, 1375 (N.D. Ga. 1979), *aff'd in part, rev'd in part*, 645 F.2d 488 (5th Cir. 1981).

For the reasons stated above, the Self-Funded Subclass Objectors respectfully move for leave to file a reply in support of their July 28, 2021 Objection to the settlement in this matter (Doc. 2812-19) on or before October 12, 2021.

Respectfully submitted this 7th day of October 2021.

*s/J. Thomas Richie*
One of the Attorneys for Objectors

OF COUNSEL
Michael R. Pennington
J. Thomas Richie
Emily M. Ruzic
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200

Richard D. Nix
Henry D. Hoss
M. Richard Mullins
Mark D. Spencer
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ J. Thomas Richie*
J. Thomas Richie