FILED
2021 Oct-11 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4
# (FILED UNDER SEAL)