FILED
2021 Oct-12 PM 05:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

business as well as the -- the PBM.

Ultimately we did acquire Amerigroup to gain scale in the Medicaid business, but it was a part of a portfolio review.

Q. And so back to the Blue Cross and Blue Shield association, you're familiar with the best-efforts rules?

A. I am.

Q. And there are two rules, correct?

A. That's correct. And I was responsible for analyzing those rules. I identified them as a potential concern, an issue that we would have to -- to understand and -- and come to terms with.

Q. In relation to the Cigna transaction?

A. Yes.

Q. And for purposes of the Cigna transaction, which of the best-efforts rules is most relevant?

A. The most relevant one is the national Best Effort and -- and the two tests, the local Best Effort test simply says that 80 percent of our revenues, premium and premium equivalents within our defined geographies have to be Blue branded. The national test says that 66 and two-thirds or 66.6 percent of our revenues, premium and premium equivalents, have to be branded Blue.

THE COURT: What do you mean by premium and premium equivalent?

THE WITNESS: Yeah, Your Honor, premium equivalent, to -- to put an ASO account on the same basis as a fully insured account, what we do is we take the ASO fee that we collect from the client, plus the claims that we pay on their behalf, and add that together to approximate what a fully insured premium might be. That way an ASO account is on the same basis as a fully insured account.

THE COURT: Okay. All right. Thank you.

BY MR. JASINSKI:

Q. And why does the Blue Cross and Blue Shield association have a best-efforts rule?

A. It's to ensure that the licensed companies show some commitment to the brand or -- or, ensure that we are committed to the use of that brand. It's -- it's realistic to -- to -- for them, giving us an exclusive license for the use of that brand, to expect that we will use it in the markets they provide us access -- access to.

Q. And --

THE COURT: Well, then what's the point of the national one? I understand the local one.

THE WITNESS: Again, it was -- it's simply to ensure that the companies have a level of commitment to the -- to the brand.

THE COURT: Okay.

BY MR. JASINSKI: