# Exhibit E

1  Q.  Sir, approximately how many national accounts does
2  Anthem have?
3  A.  We have between 525 and 550 distinct customers.
4  Q.  Sir, do I understand correctly, that the overwhelming
5  majority of those national accounts are ASO customers?
6  A.  They are.
7  Q.  Sir, I think we all understand what an ASO customer is.
8  I've got a couple of questions on the mechanics of how that
9  arrangement works.
10         Do I understand correctly that Anthem pays the
11  medical claims of its ASO customers and then invoices the
12  customers for those amounts, plus an ASO fee?
13  A.  Generally speaking, that's correct.
14         We charge administrative service fees on fixed
15  cost to our customers.  And the claims, we pay them through
16  our general account and then invoice the customer.  That's
17  our standard practice, correct.
18  Q.  Sir, have you discerned any trend in the medical claims
19  portion of the expense that your customers bear?
20  A.  Certainly.  For years now, health care costs have been
21  escalating at a pace far more rapidly than CPI and the cost
22  of goods and the margins on our customers, products they
23  sell and manufacture.
24         And it's sort of crescendoed at another tipping
25  point, if you will.  And so we're seeing that, and it's