FILED

2021 Oct-12  PM 05:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit H

```
 1              MR. TOTO:  I don't think that's explicitly
 2      addressed by the AMC, but it is the same general concept of
 3      monopsony that we've been talking about in this case.
 4              So, one more paragraph.
 5              THE COURT:  All right.
 6      BY MR. TOTO:
 7      Q.  Says, "By contrast, monopsony power is market power on
 8      the buyer side of the market.  In certain circumstances
 9      monopsony power can harm consumers.  The main harm resulting
10      from monopsonist conduct is the reduction of output by the
11      seller which harms consumer welfare by under-allocating
12      resources to the production of the product."  Do you see
13      that, sir?
14      A.  Yes.
15      Q.  Okay.  Is that consistent with your view on monopsony?
16      A.  Yes.
17      Q.  Sir, there were some questions yesterday by Mr. Read
18      about whether you looked at pass-through when it comes to
19      full insurance versus ASO.  Do you recall that?
20      A.  Yes.
21      Q.  And are you familiar with something called the medical
22      loss ratio, also known as the MLR?
23      A.  Yes.
24      Q.  And can you explain what that is?
25      A.  It's a regulation that applies explicitly to full
```

1    insurance.  I think it says that 85 percent of premiums have

2    to take -- have to end up being paid out as claims costs; so

3    have to be paid out as medical costs.  So it -- basically it

4    forces there to be a high degree of pass-through on the full

5    insurance side.

6    Q.  And is that relevant and consistent with your view on

7    the rates of pass-through on the full insurance side?

8    A.  Yes.  I mean, it drives why there's pass-through on the

9    full insurance side.  And it actually says 85 percent is the

10   level, which is quite consistent with the variable cost

11   pass-through that I used, in any case.

12   Q.  Final set of questions just on the best-of-best.

13           There was testimony yesterday on cross-examination

14   about whether you assume that NewCo gets every single dollar

15   in the contractual negotiation that's going to take place

16   after the merger with any particular provider.  Do you

17   recall that?

18   A.  Yes.

19   Q.  Okay.  Is it the case that in the next round of

20   negotiations, sometimes NewCo might do a little better than

21   the best-of-best, sometimes they might do a little worse?

22   A.  I mean, in general I would expect them to do a little

23   better, if anything, because the best of the best is

24   conservative.  But, of course, in an economic model, trying

25   to predict the normal effect, the overall effect, there's