FILED
2021 Oct-15  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

1003 Bishop Street, Suite 2300

Honolulu, HI 96813

Phone 808.524.5644

Fax 808.599.1881

info@bfrhawaii.com

*A Law Corporation*

# Bronster Fujichaku Robbins
### ATTORNEYS AT LAW

## CLASS ACTION CONTINGENCY FEE AGREEMENT

CLIENT:    Angel Vardas

COUNSEL:  Bronster Fujichaku Robbins, Attorneys at Law, A Law Corporation

1.    **Subject Matter.**  Client employs Counsel to represent a class of similarly situated consumers to pursue the following class action lawsuit:

> All persons or entities who, during the period from April 17, 2008 to the present (the "Class Period"), have paid health insurance premiums to BCBS-HI [Hawaii Medical Services Association] for individual or small group full-service commercial health insurance.

2.    **Authority to Proceed.**  Client authorizes Counsel to pursue all actions necessary to obtain a settlement or judgment of the claims asserted for the class.

3.    **Compensation of Counsel.**  Regarding case costs, see paragraph 6, below.  Regarding attorneys' fees, Counsel will attempt to have the attorneys' fees be paid by Defendant(s), so that the goal is for client to be made whole. Sometimes this is possible, sometimes it is not possible.

Counsel shall be collectively paid the following percentages of the gross/total of all sums recovered (including judicially awarded attorneys' fees and costs, if any);

(a)  THIRTY-THREE AND ONE-THIRD PERCENT (33 1/3%) if settlement is made or judgment entered more than TEN (10) days before scheduled trial, arbitration or summary disposition of the case;

(b)  FORTY PERCENT (40%) if settlement is made or judgment entered within TEN (10) days of a scheduled trial, arbitration or summary disposition of the case, or after trial, arbitration or summary disposition of the case.  If judicially awarded attorneys' fees exceed the above contingent fee, Counsel shall be paid the full amount of the judicially awarded attorneys' fees.

Client understands that any attorneys' fees awarded are subject to court approval.   Client shall not be responsible for payment of attorneys' fees to Counsel except fees paid from a recovery or settlement from these claims.

4.    Fee Allocation.  Client understands that Counsel is working with many other law firms on this matter.  Counsel has notified Client of those law firms by reference to the Civil Docket for Case #2:13-cv-20000-RDP (N.D. Ala.). Counsel and Client agree that attorney's fees for this case will be divided as ordered and approved by the Court.

5.    Costs and Expenses.  Client authorizes Counsel to incur all costs and expenses necessary to pursue the claim on behalf of the class.

Counsel shall advance all costs and expenses on behalf of the class.  Costs and expenses shall be deducted from any settlement or judgment after payment of Counsel's attorneys' fees on the gross award as described above.  Client shall not be responsible for repayment of any costs advanced.

Costs and expenses include but are not limited to excise tax, paralegal charges, filing and service of process fees, expenses for expert witnesses, computer research, investigations, discovery proceedings and deposition charges, long distance telephone charges, photocopy charges, facsimile charges, messenger charges, exhibit preparation, parking, mileage and travel.

6.    Client's Obligations.  Client understands and agrees to act as representative of a class of persons who have similar claims to Client.  Client agrees to cooperate fully with Counsel and to take whatever actions are necessary to protect the interests of the non-representative class members. Client agrees to work with other class representatives and to abide by the decisions of a majority of the class representatives in all matters relating to the claim of the class.  Client understands that as a class representative, Client's obligations are to act in the best interests of the class.  Client also reserves the right to terminate this agreement upon notice to Counsel.

7.    Counsel's Obligations.  Counsel agrees to take all actions necessary to vigorously pursue claims on behalf of the class.  Client understands that Counsel's obligations are to act in the best interests of the class.

2

8.    Class Certification.  Client understands that court approval must be obtained to proceed as a class action lawsuit.  In the event class action certification is denied by the court, this Agreement shall be null and void unless Counsel and Client agrees in writing to continue pursuing the case.

9.    Dismissal or Settlement.  Client understands this class action may not be dismissed or settled without approval from the court.

DATED at _____Honolulu, Hawaii_____, on __April 17__, 2017.

_____
ANGEL VARGAS

DATED at Honolulu, Hawai'i, on __April 17_____, 2017.

BRONSTER FUJICHAKU ROBBINS
Attorneys at Law, A Law Corporation

By: _____
MARGERY S. BRONSTER

3

LEAD,MDL 2406

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:13-cv-20000-RDP

In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406
Assigned to: Judge R David Proctor
Case in other court: MDL 2406
Cause: 28:1331 Fed. Question

Date Filed: 01/08/2013
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**In Re**

**Blue Cross Blue Shield Antitrust
Litigation MDL 2406**

**Special Master**

| | | |
|---|---|---|
| **Special Master** | represented by | **Edgar C Gentle , III**
Gentle Turner Sexton & Harbison
501 Riverchase Parkway East, Suite 100
Hoover, AL 35244
United Sta
205-716-3000
Fax: 205-716-3010
Email: escrowagen@aol.com
*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs' Counsel** | represented by | **Joseph H Webster**
CHAPMAN LEWIS & SWAN PLLC
501 First Street
Clarksdale, MS 38614
662-627-4105
Fax: 662-621-2538
Email: harland@chapman-lewis-swan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Jones**
HAUSFELD LLP
1700 K Street, Nw
Washington, DC 20006
415-744-1951
Fax: 415-358-4980
Email: mjones@hausfeldllp.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A Feinstein**
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW
Washington, DC 20015
202-237-2727
Fax: 202-237-6131
Email: RFeinstein@BSFLLP.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Butterfield**
Hausfeld LLP
1700 K Street, Nw
Washington, DC 20006
202-540-7143
Fax: 202-540-7201
Email: wbutterfield@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron S Podhurst**
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33129
305-358-2800
Fax: 305-358-2382
Email: apodhurst@podhurst.com
*ATTORNEY TO BE NOTICED*

**Adam W Pittman**
CORY WATSON, P.C.
Suite 200
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-7000
Fax: 205-324-7896
Email: apittman@cwcd.com
*TERMINATED: 02/01/2013*
*ATTORNEY TO BE NOTICED*

**Amy Pepke**
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
6075 Poplar Ave, Ste 500

Case 2:13-cv-20000-RDP   Document 2846-2   Filed 10/15/21   Page 6 of 42

Memphis, TN 38119
901-680-7324
Fax: 901-680-7201
*TERMINATED: 11/08/2013*
*ATTORNEY TO BE NOTICED*

**Andrea Layne Stackhouse**
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502-882-6000
Fax: 502-587-2007
Email: layne@jonesward.com
*ATTORNEY TO BE NOTICED*

**Andrew C Allen**
Burke Harvey, LLC
3535 Grandview Parkway, Ste. 100
Birmingham, AL 35243
205-747-1903
Fax: 205-930-9054
Email: aallen@burkeharvey.com
*TERMINATED: 05/22/2014*
*ATTORNEY TO BE NOTICED*

**Andrew England Brashier**
BEASLEY ALLEN CROW METHVIN
PORTIS & mILES PC
218 Commerce Street
Montgomery, AL 36104
334-269-2343
Fax: 334-954-7555
Email:
Andrew.Brashier@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Andrew J Kochanowski**
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076
248-355-0300
Fax: 248-746-4001
Email: akochanowski@sommerspc.com
*TERMINATED: 04/08/2015*
*ATTORNEY TO BE NOTICED*

**Andrew Allen Lemmon**

Lemmon Law Firm
15058 River Rd.
Hahnville, LA 70057
985-783-6789
Fax: 985.783.1333
Email: andrew@lemmonlawfirm.com
*ATTORNEY TO BE NOTICED*

**Andrew M Stone**
STONE LAW FIRM LLC
437 Grant Street, Suite 1806
Pittsburgh, PA 15219
412-391-2005
Fax: 412-391-0853
Email: astone@stone-law-firm.com
*ATTORNEY TO BE NOTICED*

**Anna Louise Hart**
BECKUM KITTLE LLP
3108 Blue Lake Drive Suite 100
Birmingham, AL 35243
205-358-3100
Fax: 205-358-3033
Email: ahart@beckumkittle.com
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Annesley H DeGaris**
CORY WATSON CROWDER &
DEGARIS
2131 Magnolia Avenue, Ste 200
Birmingham, AL 35205
328-2200
Fax: 324-7896
Email: adegaris@degarislaw.com
*ATTORNEY TO BE NOTICED*

**Anu M Brady**
MCCALLUM METHVIN & TERRELL
PC
The Highland Bldg
2201 Arlington Ave South
Birmingham, AL 35216
205-939-0199
Fax: 205-939-0399
Email: brady3104@gmail.com
*TERMINATED: 04/25/2014*

*ATTORNEY TO BE NOTICED*

**Archibald I Grubb , II**
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
272 Commerce Street
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: archie.grubb@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Arthur N Bailey , Jr**
HAUSFELD LLP
44 Montgomery Steet
Suite 3400
San Francisco, CA 94104
415-633-1908
Fax: 415-358-4980
Email: abailey@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Augusta S Dowd**
WHITE ARNOLD & DOWD PC
2025 3rd Avenue North
Suite 500
Birmingham, AL 35203
205-323-1888
Fax: 205-323-8907
Email: adowd@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Barry A Ragsdale**
SIROTE & PERMUTT PC
2311 Highland Avenue South
P O Box 55727
Birmingham, AL 35255-5727
205-930-5100
Fax: 205-212-2932
Email: bragsdale@sirote.com
*ATTORNEY TO BE NOTICED*

**Ben W Gordon , Jr**
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR
316 South Baylen Street

Suite 600
Pensacola, FL 32502
850-435-7080
Fax: 850-435-6080
Email: bgordon@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Benjamin L Barnes**
Benjamin L Barnes Attorney @ Counselor
at Law
2575 Kelley Pointe Parkways
Suite 100
Edmond, OK 73013
405-330-9860
Fax: 405-231-4701
Email: bb@bbarneslaw.com
*ATTORNEY TO BE NOTICED*

**Benjamin J Sweet**
CARLSON LYNCH LTD
PNC Park
115 Federal Street Suite 210
Pittsburgh, PA 15212
412-322-9243
Fax: 412-231-0246
Email: bsweet@carlsonlynch.com
*ATTORNEY TO BE NOTICED*

**Bradley A Wasser**
LAW OFFICES OF DAVID BALTO
1350 I Street NW, Suite 850
Washington, DC 20005
202-789-5424
Fax: 202-789-1819
Email: brad.wasser@dcantitrustlaw.com
*ATTORNEY TO BE NOTICED*

**Brenton W Cole**
CARROLL WARREN & PARKER PLLC
188 E. Capitol Street, Suite 1200
Jackson, MS 39201
601-592-1010
Fax: 601-592-6060
Email: bcole@cwplaw.com
*TERMINATED: 11/03/2014*
*ATTORNEY TO BE NOTICED*

**Brian M Clark**
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
205-314-0500
Fax: 205-254-1500
Email: Bclark@wigginschilds.com
*ATTORNEY TO BE NOTICED*

**Brian E Wojtalewicz**
WOJTALEWICZ LAW FIRM LTD
139 North Miles St
Appleton, MN 56208-0123
320-289-2363
Fax: 320-289-2369
Email: brian@wojtalewiczlawfirm.com
*ATTORNEY TO BE NOTICED*

**Bruce C Jones**
JONES & SWARTZ PLLC
1673 W Shoreline Drive Suite 200
Boise, ID 83702
(208) 489-8989
Fax: (208) 489-8988
Email: bruce@jonesandswartzlaw.com
*ATTORNEY TO BE NOTICED*

**Bryan L Clobes**
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
1101 Market Street, Suite 2650
Philadelphia, PA 19107
215-864-2800
Fax: 215-864-2810
Email: bclobes@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Carl S Kravitz**
Zuckerman Spaeder LLP
1800 M Street, NW
Suote 1000
Washington, DC 20036
202-778-1873
Fax: 202-822-8106
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Carl Wesley Pittman**
THE PITTMAN FIRM PA
432 McKenzie Avenue
Panama City, FL 32401
850-784-9000
Fax: 850-763-6787
Email: wespittman@pittmanfirm.com
*ATTORNEY TO BE NOTICED*

**Casey Langston Lott**
LANGTSON & LOTT, P.A.
100 South Main Street
PO Box 382
Booneville, MS 38829
662-728-9733
Fax: 662-728-1992
Email: clott@langstonlott.com
*ATTORNEY TO BE NOTICED*

**Charles D Hudson**
PENN AND SEABORN LLC
53 Highway 110
Union Springs, AL 36089
334-738-4486
Fax: 334-738-4432
Email: charlie@pennandseaborn.com
*ATTORNEY TO BE NOTICED*

**Charles C Hunter**
THE HAYES LAW FIRM
700 Rockmead Suite 210
Kingwood, TX 77339
281-815-4963
Fax: 832-575-4759
Email: chunter@dhayeslaw.com
*ATTORNEY TO BE NOTICED*

**Charles M Thompson**
CHARLES M THOMPSON PC
1401 Doug Baker Boulevard
Suite 107-121
Birmingham, AL 35242
205-995-0068
Fax: 205-995-0078
Email: CMTLAW@aol.com

*ATTORNEY TO BE NOTICED*

**Charles R Watkins**
DONALDSON & GUIN LLC
300 South Wacker Drive
Suite 1700A
Chicago, IL 60606
312-878-8391
Fax: 312-663-0303
Email: charlesw@dglawfirm.com
*ATTORNEY TO BE NOTICED*

**Christina D Crow**
JINKS CROW & DICKSON PC
219 Prairie Street N
PO Box 350
Union Springs, AL 36089
334-738-4225
Fax: 334-738-4229
Email: ccrow@jinkslaw.com
*ATTORNEY TO BE NOTICED*

**Christopher T Cain**
SCOTT & CAIN
550 W. Main Street, Suite 601
Knoxville, TN 37902
865-525-2150
Fax: 865-525-2120
Email: cain@scottandcain.com
*ATTORNEY TO BE NOTICED*

**Christopher L Coffin**
PENDLEY BAUDIN & COFFIN LLP
24110 Eden Street
Plaquemine, LA 70765
225-687-6396
Fax: 225-687-6398
Email: ccoffin@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Christopher T Hellums**
PITTMAN DUTTON & HELLUMS PC
2001 Park Place Tower
Suite 1100
Birmingham, AL 35203
205-322-8880
Fax: 205-278-2711

Email: PDH-efiling@pittmandutton.com
*ATTORNEY TO BE NOTICED*

**Cyril V Smith , III**
ZUCKERMAN SPAEDER LLP
100 E Pratt Street, Suite 2440
Baltimore, MD 21202
410-949-1145
Fax: 410-659-0436
Email: csmith@zuckerman.com
*ATTORNEY TO BE NOTICED*

**D Brian Hufford**
ZUCKERMAN SPAEDER LLP
399 Park Avenue 14th Floor
New York, NY 10022
212-704-9600
Fax: 212-704-4256
Email: dbhufford@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Dale Ernest Akins**
AKINS LAW FIRM
Unit A
6 Johnston Way
PO Box 1547
Bluffton, SC 29910
843-757-7574
Fax: 843-757-7601
Email: kwhite@hargray.com
*ATTORNEY TO BE NOTICED*

**Daniel E Gustafson**
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
612-333-8844
Fax: 612-339-6622
Email: dgustafson@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Daniel C Hedlund**
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402

612-333-8844
Fax: 612-339-6622
Email: dhedlund@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Daniel Patrick Moylan**
Zuckerman Spaeder LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
410-949-1159
Fax: 410-659-0436
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel A Small**
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: dsmall@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**David A Balto**
LAW OFFICES OF DAVID BALTO
1350 I Street NW, Suite 850
Washington, DC 20005
205-789-5424
Fax: 202-789-1819
Email: david.balto@dcantitrustlaw.com
*ATTORNEY TO BE NOTICED*

**David Boies**
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
914-749-8200
Fax: 914-749-8300
Email: dboies@bsfllp.com
*ATTORNEY TO BE NOTICED*

**David A Ettinger**
HONIGMAN MILLER SCHWARTZ
AND COHN LLP

660 Woodward Ave., Suite 2290
Detroit, MI 48226
313-465-7368
Fax: 313-465-7369
Email: dettinger@honigman.com
*ATTORNEY TO BE NOTICED*

**David J Guin**
GUIN STOKES & EVANS LLC
505 20th Street North
Suite 1000
Birmingham, AL 35203
205-226-2282
Fax: 205-226-2357
Email: davidg@gseattorneys.com
*ATTORNEY TO BE NOTICED*

**David J Hodge**
MORRIS KING & HODGE
200 Pratt Avenue NE
Huntsville, AL 35801
256-536-0588
Fax: 256-533-1504
Email: lee@mkhlawyers.com
*ATTORNEY TO BE NOTICED*

**David M Wilkerson**
THE VAN WINKLE LAW FIRM
11 North Market St
Asheville, NC 28801
828-258-2991
Fax: 828-257-2767
Email: dwilkerson@vwlawfirm.com
*ATTORNEY TO BE NOTICED*

**Deborah J Winegard**
WHATLEY KALLAS LLC
1068 Virginia Avenue NE
Atlanta, GA 30306
404-607-8222
Fax: 404-607-8451
Email: dwinegard@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Debra B Hayes**
THE HAYES LAW FIRM
700 Rockmead Suite 210

Kingwood, TX 77339
281-815-4963
Fax: 832-575-4759
Email: dhayes@dhayeslaw.com
*ATTORNEY TO BE NOTICED*

**Dennis G Pantazis**
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
205-314-0531
Fax: 205-314-0731
Email: dgp@wigginschilds.com
*ATTORNEY TO BE NOTICED*

**Dennis Craig Reich**
REICH & BINSTOCK LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
1-713-622-7271
Fax: 713-623-8724
Email: DReich@reichandbinstock.com
*ATTORNEY TO BE NOTICED*

**Dianne M Nast**
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
Fax: 215-923-9302
Email: dnast@nastlaw.com
*ATTORNEY TO BE NOTICED*

**Donna Smith Cude**
JOHN D. SAXON PC
2119 3rd Avenue North
Birmingham, AL 35203
205-397-1030
Fax: 205-323-1583
Email: dcude@saxonattorneys.com
*ATTORNEY TO BE NOTICED*

**Douglas A Dellaccio , Jr**
CORY WATSON CROWDER &
DEGARIS PC

2131 Magnolia Avenue South, Suite 200
P O Box 55927
Birmingham, AL 35255-5972
205-328-2200
Fax: 205-323-8907
Email: ddellaccio@cwcd.com
*ATTORNEY TO BE NOTICED*

**Edgar Hyde Carby**
CARBY & CARBY PC
513 State Street
Natchez, MS 39120
601-445-5011
Fax: 601-445-5033
Email: hcarby@carbylaw.com
*ATTORNEY TO BE NOTICED*

**Edgar Dean Gankendorff**
PROVOATY & GANKENDORFF LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130
504-410-2795
Fax: 504-410-2796
Email: egankendorff@provostylaw.com
*ATTORNEY TO BE NOTICED*

**Edith M Kallas**
WHATLEY KALLAS LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
212-447-7060
Fax: 800-922-4851
Email: ekallas@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Edward K Wood , Jr**
WOOD LAW FIRM LLC
PO Box 382434
Birmingham, AL 35238
205-612-0243
Fax: 866-747-3905
Email: ekirkwood1@bellsouth.net
*ATTORNEY TO BE NOTICED*

**Edwin J Kilpela , Jr**
CARLSON LYNCH LTD
PNC Park

115 Federal Street Suite 210
Pittsburgh, PA 15212
412-322-9243
Fax: 412-231-0246
Email: ekilpela@carlsonlynch.com
*ATTORNEY TO BE NOTICED*

**Ellen M Ahrens**
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612-333-8844
Fax: 612-339-6622
*ATTORNEY TO BE NOTICED*

**Ellen Meriwether**
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
1101 Market Street, Suite 2650
Phildelphia, PA 19107
215-864-2800
Fax: 215-864-2810
Email: emeriwether@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Eric R Belin**
PROVOSTY & GANKENDORFF LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130
504-410-2795
Fax: 504-410-2796
Email: ebelin@provostylaw.com
*ATTORNEY TO BE NOTICED*

**Eric B Swartz**
JONES & SWARTZ PLLC
1673 W Shoreline Drive Suite 200
Boise, ID 83702
(208) 489-8989
Fax: (208) 489-8988
Email: eric@jonesandswartzlaw.com
*ATTORNEY TO BE NOTICED*

**Erin C Burns**
NASTLAW LLC
1101 Market Street, Suite 2801

Philadelphia, PA 19107
215-923-9300
Fax: 215-923-9302
Email: cburns@nastlaw.com
*ATTORNEY TO BE NOTICED*

**Gail A McQuilkin**
KOZYAK TROPIN &
THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
305-372-1800
Fax: 305-372-3508
Email: gam@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Garrett D Blanchfield**
REINHARDT WENDORF &
BLANCHFIELD
E1250 First National Bank Bldg.
332 Minnisota Street
St. Paul, MN 55101
651-287-2100
Fax: 651-287-2103
Email: g.blanchfield@rwblawfirm.com
*ATTORNEY TO BE NOTICED*

**Gary E Mason**
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Avenue, Nw Suite 605
Washington, AL 20036
202-429-2290
Fax: 202-429-2294
Email: gmason@wbmllp.com
*ATTORNEY TO BE NOTICED*

**Gerald F. Easter**
GERALD F. EASTER, ATTORNEY AT
LAW
369 N. Main Street
Memphis, TN 38103
901-575-9998
*ATTORNEY TO BE NOTICED*

**Glen M Connor**
QUINN CONNOR WEAVER DAVIES &
ROUCO

Two North Twentieth Street
2 20th Street North
Suite 930
Birmingham, AL 35203
205-870-9989
Fax: 205-803-4143
Email: gconnor@qcwdr.com
*ATTORNEY TO BE NOTICED*

**Gregory L Davis**
DAVIS & TALIAFERRO LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
334-832-9080
Fax: 334-409-7001
Email: gldavis@knology.net
*ATTORNEY TO BE NOTICED*

**H Lewis Gillis**
MEANS GILLIS LAW, LLC
3121 Zelda Court
Po Drawer 5058
Montgomery, AL 36103-5058
334-270-1033
Fax: 334-260-9396
Email: hlgillis@meansgillislaw.com
*ATTORNEY TO BE NOTICED*

**Harley S Tropin**
KOZYAK TROPIN &
THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
305-372-1800
Fax: 305-372-3508
Email: hst@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Henry C Quillen**
WHATLEY KALLAS LLP
159 Middle Street Suite 2D
Portsmouth, NH 03801
603-294-1591
Fax: 800-922-4851
Email: hquillen@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Herman Watson , Jr**
WATSON MCKINNEY LLP
203 Greene Street
P O Box 18368
Huntsville, AL 35801
256-536-7423
Fax: 256-536-2689
Email: watson@watsonmckinney.com
*ATTORNEY TO BE NOTICED*

**Hope S Marshall**
WHITE ARNOLD & DOWD PC
2025 Third Avenue North
Suite 500
Birmingham, AL 35203
205-323-1888
Fax: 205-323-8907
Email: hmarshall@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Irma L Netting**
Lemmon Law Firm
15058 River Rd
P.O. box 904
Hahnville, LA 70057
985-783-6789
Fax: 985-783-1333
Email: court@lemmonlawfirm.com
*ATTORNEY TO BE NOTICED*

**J Michael Malone**
Hendren & Malone PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612
919-573-1423
Fax: 919-420-0475
Email: mmalone@hendrenmalone.com
*ATTORNEY TO BE NOTICED*

**J Allen Schreiber**
BURKE HARVEY LLC
3535 Grandview Parkway Suite 100
Birmingham, AL 35243
205-930-9091
Fax: 205-930-9054
Email: aschreiber@burkeharvey.com

*ATTORNEY TO BE NOTICED*

**J Mark White**
WHITE ARNOLD & DOWD PC
2025 3rd Avenue North
Suite 500
Birmingham, AL 35203
205-323-1888
Fax: 205-323-8907
Email: mwhite@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Jacob T. E. Stutzman**
CARROLL WARREN & PARKER PLLC
188 E. Capitol Street, Suite 1200
Jackson, MS 39201
601-592-1010
Fax: 601-592-6060
Email: jstutzman@cwplaw.com
*ATTORNEY TO BE NOTICED*

**James G Adams , Jr**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 East Moulton Street
P O Box 607
Decatur, AL 35602
256-353-6761
Fax: 256-353-6767
Email: jgadams@eysterkey.com
*ATTORNEY TO BE NOTICED*

**James P Carr**
YUHL CARR LLP
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
310-827-2800
Fax: 310-827-4200
Email: jcarr@yuhlcarr.com
*ATTORNEY TO BE NOTICED*

**James M Terrell**
MCCALLUM METHVIN & TERRELL
PC
2201 Arlington Avenue, South
Birmingham, AL 35205
939-0199

Fax: 939-0399
Email: jterrell@mmlaw.net
*ATTORNEY TO BE NOTICED*

**James L Warren , III**
CARROLL WARREN & PARKER PLLC
188 E Capitol Street, Suite 1200
Jackson, MS 39201
601-592-1010
Fax: 601-592-6060
Email: jwarren@cwplaw.com
*ATTORNEY TO BE NOTICED*

**Janet Brooks Holmes**
McKay Cauthen Settana and Stubley
1303 Blanding Street
Columbia, SC 29201
803-256-4645
Fax: 803-465-1839
*ATTORNEY TO BE NOTICED*

**Jason R Rathod**
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Avenue, Nw Suite 605
Washington, DC 20036
202-429-2290
Fax: 202-429-2294
Email: jrathod@wbmllp.com
*ATTORNEY TO BE NOTICED*

**Jason J Thompson**
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076
248-415-3206
Fax: 248-436-8453
Email: jthompson@sommerspc.com
*ATTORNEY TO BE NOTICED*

**Javier Asis Lopez**
KOZYAK TROPIN &
THROCKMORTON PA
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
305-372-1800
Fax: 305-372-3508
Email: jal@kttlaw.com

*ATTORNEY TO BE NOTICED*

**Joe R Whatley , Jr**
WHATLEY KALLAS LLP
2001 Park Place North Suite 1000
Birmingham, AL 35203
205-488-1200
Fax: 800-922-4851
Email: jwhatley@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Joey K James**
BUNCH & JAMES
210 East Tennessee Street
P O Box 878
Florence, AL 35631
256-764-0095
Fax: 256-767-5705
Email: julia@bunchandjames.com
*ATTORNEY TO BE NOTICED*

**John Clark Davis**
JOHN C DAVIS PC
623 Beard Street
Tallahassee, FL 32303
850-222-4770
Fax: 850-222-3119
Email: john@johndavislaw.net
*ATTORNEY TO BE NOTICED*

**John Gravante , III**
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33130
305-358-2800
Fax: 305-358-2382
Email: jgravante@podhurst.com
*ATTORNEY TO BE NOTICED*

**John R. Holton**
Deal Cooper Holton PLLC
296 Washington Avenue
Memphis, TN 38103
901-523-2222
Fax: 901-523-2232
Email: JHolton@dchlaw.com
*ATTORNEY TO BE NOTICED*

**John Doyle Nalley**
LOVELL & NALLEY
501 N. Main
Benton, AR 72015-0606
(501) 315-7491
Fax: 501-778-4979
Email: johndoylenalley@hotmail.com
*ATTORNEY TO BE NOTICED*

**John W Partin**
PENN & SEABORN LLC
5 Court Square
P O Box 688
Clayton, AL 36016
334-775-9778
Fax: 334-775-9779
Email: will@pennandseaborn.com
*ATTORNEY TO BE NOTICED*

**John W Reis**
COZEN O'CONNOR
301 South College Street, Suite 2100
Charlotte, NC 28202
704-376-3400
Fax: 703-334-3351
Email: jreis@cozen.com
*ATTORNEY TO BE NOTICED*

**John D Saxon**
JOHN D SAXON PC
2119 3rd Avenue North, Suite 100
Birmingham, AL 35203
205-324-0223
Fax: 205-323-1583
Email: jsaxon@saxonattorneys.com
*ATTORNEY TO BE NOTICED*

**John R Wylie**
DONALDSON GUIN LLC
300 South Wacker Drive
Suite 1700A
Chicago, IL 60606
312-878-8391
Fax: 312-663-0303
Email: Johnw@dglawfirm.com
*ATTORNEY TO BE NOTICED*

**Jonathan Charles Little**
SAEED & LITTLE, LLP
1433 N. Meridian Street
Suite 202
Indianapolis, IN 46202
812-320-3367
Fax: 888-422-3151
*ATTORNEY TO BE NOTICED*

**Jonathan S Mann**
PITTMAN DUTTON & HELLUMS
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
205-322-8880
Fax: 205-328-2711
Email: PDH-efiling@pittmandutton.com
*ATTORNEY TO BE NOTICED*

**Joseph Preston Strom , Jr**
STROM LAW FIRM LLC
2110 Beltline Blvd
Columbia, SC 29204
803-252-4800
Fax: 803-252-4801
Email: petestrom@stromlaw.com
*ATTORNEY TO BE NOTICED*

**Julia Smeds Roth**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 East Moulton Street
P O Box 1607
Decatur, AL 35602-1607
256-353-6761
Fax: 256-353-6767
Email: jroth@eysterkey.com
*ATTORNEY TO BE NOTICED*

**Justin W Bernick**
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5485
Fax: 202-637-5910
Email: justin.bernick@hoganlovells.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine R Brown**
WHITE ARNOLD ANDREWS & DOWD
PC
2025 3rd Avenue North, Suite 500
Birmingham, AL 35203
205-323-1888
Fax: 205-323-8907
Email: kbrown@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Kathleen Currie Chavez**
FOOTE MIELKE CHAVEZ & O'NEAL
LLC
10 West State Street, Suite 200
Geneva, IL 60134
630-232-7450
Fax: 630-232-7452
Email: kcc@fmcolaw.com
*ATTORNEY TO BE NOTICED*

**Kathleen Simpson Kiernan**
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
202-237-2727
Fax: 202-237-6131
Email: kkiernan@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin J Stoops**
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076
248-355-0300
Fax: 248-746-4001
Email: kstoops@sommerspc.com
*ATTORNEY TO BE NOTICED*

**L Shane Seaborn**
PENN & SEABORN LLC
5 Court Square
P O Box 688
Clayton, Al 36016-0688

6/8/2015 3:20 PM

334-775-9778
Fax: 334-775-9779
Email: sseaborn1@yahoo.com
*ATTORNEY TO BE NOTICED*

**Lance Craig Young**
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076
248-746-4033
Fax: 248-415-2238
Email: lyoung@sommerspc.com
*ATTORNEY TO BE NOTICED*

**Lara F Phillip**
HONIGMAN MILLER SCHWARTZ &
COHN LLP
660 Woodward Avenue
Detroit, MI 48226
313-465-7518
Fax: 313-465-7519
Email: lara.phillip@honigman.com
*ATTORNEY TO BE NOTICED*

**Laura Alexander**
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: lalexander@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Lawrence L. Jones , II**
JONES WARD PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502-882-6000
Fax: 502-587-2007
Email: larry@jonesward.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee McArthur Scott**
602 HARRISON AVE

STE III
PANAMA CITY, FL 32401
850-819-7833
Fax: 850-784-7706
Email: nscott0418@aol.com

**Linda G Flippo**
WHITE ARNOLD & DOWD PC
2025 3rd Avenue, North, Suite 500
Birmingham, AL 35203
323-1888
Fax: 323-8907
Email: lflippo@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Lisa N Hayes**
REINHARDT WENDORF &
BLANCHFIELD
2186 Roxanna Court
Auburn, AL 36879
(334) 707-1911
Email: lnh8803@bellsouth.net
*ATTORNEY TO BE NOTICED*

**Lynn W Jinks , III**
JINKS CROW & DICKSON PC
219 Prairie Street North
P O Box 350
Union Springs, AL 36089
334-738-4225
Fax: 334-738-4229
Email: ljinks@jinkslaw.com
*ATTORNEY TO BE NOTICED*

**M Stephen Dampier**
THE DAMPIER LAW FIRM PC
55 N Section Street
Fairhope, AL 36532
251-929-0900
Fax: 251-929-0800
Email: stevedampier@dampierlaw.com
*ATTORNEY TO BE NOTICED*

**M Patrick McDowell**
BRUNINI GRANTHAM GROWER &
HEWES PLLC
190 East Capitol Street, Suite 100

Jackson, MS 39201
601-948-3101
Fax: 601-960-6902
Email: pmcdowell@brunini.com
*ATTORNEY TO BE NOTICED*

**MICHAEL J. MCCARRIE**
ARTZ HEALTH LAW
1500 MARKET STREET
SUITE 4100
PHILADELPHIA, PA 19102
267-886-1852
*ATTORNEY TO BE NOTICED*

**Margery S. Bronster**
BRONSTER HOSHIBATA
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
808-524-5644
Fax: 808-599-1881
Email: mbronster@bhhawaii.net
*ATTORNEY TO BE NOTICED*

**Mark K Gray**
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
502-291-6859
Fax: 502-618-4059
Email: mgray@grayandwhitelaw.com
*ATTORNEY TO BE NOTICED*

**Mark J Murphy**
Mooney Green Saindon Murphy and
Welch PC
1920 L St NW Ste 400
Washington, DC 20036
(202)783-0010
Fax: (202)783-6088
*ATTORNEY TO BE NOTICED*

**Matthew J Herman**
FOOTE MIELKE CHAVEZ & O'NEIL
LLC
Ste 200
10 West State Street
Geneva, IL 60134

630-232-7450
Fax: 630-232-7452
Email: mjh@fmcolaw.com
*ATTORNEY TO BE NOTICED*

**Matthew P Weinshall**
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33129
305-358-2800
Fax: 305-358-2382
Email: mweinshall@podhurst.com
*ATTORNEY TO BE NOTICED*

**Meghan M Boone**
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: mboone@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Melinda Coolidge**
HAUSFELD LLP
1700 K Street, Nw
Washington, DC 20006
202-540-7144
Fax: 202-540-7201
Email: mcoolidge@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Michael C Dodge**
GLAST PHILLIPS & MURRAY PC
14801 Quorum Drive, Suite 500
Dallas, TX 75254
972-419-7172
Email: mdodge@gpm-law.com
*ATTORNEY TO BE NOTICED*

**Michael E Gurley , Jr**
WOOD LAW FIRM LLC
P.O. Box 382434
Birmingham, AL 35238-2434
205-908-6512

Fax: 866-747-3905
Email: mgurleyjr@yahoo.com
*ATTORNEY TO BE NOTICED*

**Michael D Hausfeld**
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, DC 20006
202-540-7200
Fax: 202-540-7201
Email: mhausfeld@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Michael P McGartland**
MCGARTLAND LAW FIRM PLLC
University Centre I
1300 University Drive Suite 500
Ft Worth, TX 76107
817-332-9300
Fax: 817-332-9301
Email: mike@mcgartland.com
*ATTORNEY TO BE NOTICED*

**Michael J. Sudekum**
MANDEL AND MANDEL, LLP
1108 Olive Street
Fifth Floor
St. Louis, MO 63101
314-621-1701
Fax: 314-621-4800
Email: mike@mandelmandel.com
*ATTORNEY TO BE NOTICED*

**Mitchell Lloyd Berry**
DYKE GOLDSHOLL & WINZERLING
PLC
415 N McKinley Suite 1177
Little Rock, AR 72205
501-661-1000
Fax: 501-661-1100
Email: mberry@dhgw.net
*ATTORNEY TO BE NOTICED*

**Myron C Penn**
PENN & SEABORN LLC
53 Highway 110

P O Box 5335
Union Springs, AL 36089
334-738-4486
Fax: 334-738-4432
Email: myronpenn28@hotmail.com
*ATTORNEY TO BE NOTICED*

**Nathan A Dickson , II**
JINKS CROW & DICKSON PC
P O Box 350
Union Springs, AL 36089
334-738-4225
Fax: 334-738-4229
Email: NDickson@jinkslaw.com
*ATTORNEY TO BE NOTICED*

**Nicholas R Rockforte**
Pendley Baudin & Coffin LLP
24110 Eden St
Plaquemine, LA 70765
225-687-6396
Fax: 225-687-6398
Email: nrockforte@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Nicholas B Roth**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 E Moulton Street
PO Box 1607
Decatur, AL 35602
256-353-6761
Fax: 256-353-6767
Email: nbroth@eysterkey.com
*ATTORNEY TO BE NOTICED*

**Patrick E Cafferty**
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
101 North Main Street, Suite 565
Ann Arbor, MI 48104
734-769-2144
Email: pcafferty@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Patrick W Pendley**
PENDLEY BAUDIN & COFFIN LLP

24110 Eden Street
Plaquermine, LA 70765
225-687-6396
Fax: 225-687-6398
Email: pwpendley@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Patrick James Quinlan**
Law Offices of Patrick J. Quinlan
243 North Main St.
Providence, RI 02903
272-5300, ext.127
Fax: 223-1401
*ATTORNEY TO BE NOTICED*

**Patrick J Sheehan**
WHATLEY DRAKE & KALLAS LLC
60 State Street, 7th Floor
Boston, MA 02109
617-573-5118
Fax: 617-573-5090
Email: psheehan@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Peter E Boivin**
HONIGMAN MILLER SCHWARTZ &
COHN LLP
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
313-465-7396
Fax: 313-465-7397
Email: pboivin@honigman.com
*TERMINATED: 05/13/2013*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter H Burke**
BURKE HARVEY LLC
3535 Grandview Parkway Suite 100
Birmingham, AL 35243
205-930-9091
Fax: 205-930-9054
Email: pburke@burkeharvey.com
*ATTORNEY TO BE NOTICED*

**Peter Prieto**
PODHURST ORSECK PA

25 West Flagler Street, Suite 800
Miami, Fl 33130
305-358-2800
Fax: 305-358-2382
Email: pprieto@podhurst.com
*ATTORNEY TO BE NOTICED*

**Philip E Carby**
CARBY AND CARBY PC
513 State Street
Natchez, MS 39120
601-445-5011
Fax: 601-445-5033
Email: pcarby@carbylaw.com
*ATTORNEY TO BE NOTICED*

**Phillip W McCallum**
MCCALLUM METHVIN & TERRELL
PC
2201 Arlington Avenue South
Birmingham, AL 35205
205-939-0199
Fax: 205-939-0399
Email: pwm@mmlaw.net
*ATTORNEY TO BE NOTICED*

**R Christopher Cowan**
THE COWAN LAW FIRM
One Meadows Building
5005 Greenville Avenue Suite 200
Dallas, TX 75206
214-826-1900
Fax: 214-826-8900
Email: CHRIS@COWANLAW.NET
*ATTORNEY TO BE NOTICED*

**R G Methvin , Jr**
MCCALLUM METHVIN & TERRELL
PC
2201 Arlington Avenue South
Birmingham, AL 35205
205-939-0199
Fax: 205-939-0399
Email: rgm@mmlaw.net
*ATTORNEY TO BE NOTICED*

**Randall D Noel**

BUTLER SNOW LLP
6075 Poplar Avenue Suite 500
Memphis, TN 38119
901-680-7346
Fax: 901-680-7201
Email: randy.noel@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Rebecca Diane Gilliland**
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
218 Commerce Street
P O Box 4160
Montgmery, AL 35104
224-269-2343
Fax: 334-954-7555
Email:
rebecca.gilliland@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Rebekah Keith McKinney**
WATSON MCKINNEY LLP
203 Greene Street
Huntsville, AL 35801
256-536-7423
Fax: 256-536-2689
Email: mckinney@watsonmckinney.com
*ATTORNEY TO BE NOTICED*

**Rex Y. Fujichaku**
BRONSTER HOSHIBATA
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
808-524-5644
Fax: 808-599-1881
Email: rfujichaku@bhhawaii.net
*ATTORNEY TO BE NOTICED*

**Richard S Frankowski**
THE FRANKOSKI FIRM LLC
231 22nd Street South, Ste 203
Birmingham, AL 35233
205-390-0399
Fax: 205-390-1001
Email: Richard@frankowskifirm.com
*ATTORNEY TO BE NOTICED*

6/8/2015 3:20 PM

**Richard P Rouco**
QUINN CONNOR WEAVER DAVIES &
ROUCO LLP
Two North Twentieth Street
2 20th Street North
Suite 930
Birmingham, AL 35203
205-870-9989
Fax: 205-803-4143
Email: rrouco@qcwdr.com
*ATTORNEY TO BE NOTICED*

**Robert J Axelrod**
AXELROD & DEAN LLP
830 Third Avenue, 5th Floor
New York, NY 10022
646-448-5263
Fax: 212-840-8560
Email: rjaxelrod@axelroddean.com
*ATTORNEY TO BE NOTICED*

**Robert G Eisler**
GRANT & EISENHOFER PA
123 Justison Street Suite 701
Wilmington, DE 19801
302-622-7030
Fax: 302-622-7100
Email: reisler@gelaw.com
*ATTORNEY TO BE NOTICED*

**Robert M Foote**
FOOTE MIELKE CHAVEZ & O'NEIL
LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450
Fax: (630) 232-7452
Email: rmf@fmcolaw.com
*ATTORNEY TO BE NOTICED*

**Robert M Hatch**
BRONSTER HOSHIBATA
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
808-524-5644
Fax: 808-599-1881
Email: rhatch@bhhawaii.net

Case 2:13-cv-20000-RDP    Document 2846-2    Filed 10/15/21    Page 38 of 42

*ATTORNEY TO BE NOTICED*

**Robert B Roden**
SHELBY RODEN LLC
2956 Rhodes Circle
Birmingham, AL 35205
933-8383
Fax: 933-8386
Email: rroden@shelbyroden.com
*ATTORNEY TO BE NOTICED*

**Sean T. O'Connell**
SHAHEEN & GORDON PA
140 Washington St
PO Box 977
Dover, NH 03821-0977
603 749-5000
Fax: 603-749-1838
Email: soconnell@shaheengordon.com
*ATTORNEY TO BE NOTICED*

**Stanley P Baudin**
PENDLEY BAUDIN & COFFIN LLP
24110 Eden Street
Plaquemine, LA 70765
225-687-6396
Fax: 225-687-6398
Email: sbaudin@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Star Mishkel Tyner**
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS, LLP
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Fax: 212-661-8865
Email: start@dglawfirm.com
*ATTORNEY TO BE NOTICED*

**Stephen M Hanson**
LAW OFFICES OF STEPHEN M.
HANSEN, PS
1821 Dock Street, Suite 103
Tacoma, WA 98402
253-302-5955

Fax: 253-301-1147
Email: steve@stephenmhansenlaw.com
*ATTORNEY TO BE NOTICED*

**Ta'Kisha L Guster**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
P O Box 1607
Decatur, AL 35602
256-353-6761
Fax: 256-353-6767
Email: tguster@eysterkey.com
*ATTORNEY TO BE NOTICED*

**Tammy McClendon Stokes**
GUIN STOKES & EVANS LLC
The Financial Center
505 20th Street North, Suite 1000
Birmingham, AL 35203
205-226-2282
Fax: 205-226-2357
Email: tammys@gseattorneys.com
*ATTORNEY TO BE NOTICED*

**Tanya Chutkan**
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, 8th Floor
Washington, DC 20015
202-237-6131
Fax: 205-237-2727
Email: tchutkan@bsfllp.com
*TERMINATED: 06/12/2014*
*ATTORNEY TO BE NOTICED*

**Temus C Miles , Jr**
McKay Cauthen Settana and Stubley
1303 Blanding Street
Columbia, SC 29201
803-256-4645
*ATTORNEY TO BE NOTICED*

**Thomas Bender**
WALTERS BENDER STROHBEHN &
VAUGHN PC
1100 Main St Ste 2500
Kansas City, MO 64105
816-421-6620

Fax: 816-421-4747
Email: tbender@wbsvlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas S Scott , Jr**
Ball & Scott Law Offices
Bank of America Center
Suite 601
550 Main Street
Knoxville, TN 37902
865/525-7028
Fax: 865/525-4579
*ATTORNEY TO BE NOTICED*

**Thomas Michael Trucksess**
Hogan Lovells US LLP
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
703-610-6181
Fax: 703-610-6200
Email:
thomas.trucksess@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy R. Holton**
Deal Cooper Holton PLLC
296 Washington Avenue
Memphis, TN 38103
901-523-2222
Email: THolton@dchlaw.com
*ATTORNEY TO BE NOTICED*

**Troy A Doles**
SCHLICHTER BOGARD & DENTON
LLP
100 S. 4th Street, Ste. 900
St. Louis, MO 63102
314-621-6115
Fax: 314-621-7151
Email: tdoles@uselaws.com
*ATTORNEY TO BE NOTICED*

**Tyler J Barnett**
YUHL CARR LLP
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292

310-827-2800
Fax: 310-827-4200
Email: tbarnett@yuhlcarr.com
*ATTORNEY TO BE NOTICED*

**U W Clemon**
WHITE ARNOLD & DOWD, P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
205-323-1888
Fax: 205-323-8907
Email: uwclemon@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Van Bunch**
BONNETT FAIRBOURN FRIEDMAN &
BALINT PCO
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
423-886-9736
Fax: 602-274-1199
Email: vbunch@bffb.com
*ATTORNEY TO BE NOTICED*

**Virginia M Buchanan**
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR
PA
316 S Baylen Street 6th Floor
Pensacola, Fl 32502
850-435-7023
Fax: 850-436-6023
Email: vbuchanan@levinlaw.com
*ATTORNEY TO BE NOTICED*

**W Gordon Ball**
GORDON BALL LAW OFFICE
7001 Old Kent Drive
Knoxville, TN 37919
865-525-7028
Fax: 865-525-4679
Email: tbenson@gordonball.com
*ATTORNEY TO BE NOTICED*

**W Tucker Brown**
WHATLEYKALLAS LLC
2001 Park Place North, Suite 1000

Birmingham, AL 35203
205-488-1200
Fax: 800-922-4851
Email: tbrown@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**William H Horton**
GIARMARCO MULLINS & HORTON
PC
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
248-457-7000
Fax: 248-457-7001
Email: bhorton@gmhlaw.com
*ATTORNEY TO BE NOTICED*

**William A Isaacson**
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue N.W.
Suite 800
Washington, DC 20015
202-237-2727
Fax: 202-237-6131
Email: wisaacson@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Wilson Daniel Miles , III**
BEASLEY ALLEN
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: dee.miles@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs' Liaison Counsel**                    represented by   **Barry A Ragsdale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben W Gordon , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebekah Keith McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*