FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

BOIES, SCHILLER & FLEXNER LLP

30 SOUTH PEARL STREET • 11TH FLOOR • ALBANY, NY 12207 • PH. 518.434.0600 • FAX 518.434.0665

February 4, 2016

**VIA EMAIL AND FIRST CLASS MAIL**
David Silver
BARR, STERNBERG, MOSS, SILVER & MUNSON, PC
507 Main Street
Bennington, VT 05201

**Re: Engagement Letter in Class Action Against Blue Cross and Blue Shield of Vermont**

Dear Mr. Silver:

This will confirm that you, Barr, Sternberg, Moss, Silver & Munson, PC (the "Client") have agreed to retain Boies, Schiller & Flexner LLP ("BSF") to represent the Client in connection with a class action against **Blue Cross and Blue Shield of Vermont** ("BCBS VT") for antitrust violations and anti-competitive behavior (the "Litigation") and such other matters as the Client and BSF may agree in the future (the "Engagement"). The Engagement will end, unless otherwise agreed upon in a writing signed by us, when there is a final agreement, settlement, decision, or judgment by the court.

BSF will be compensated based on a court-approved fee, ordinarily a percent contingency fee from the fund created by a settlement or judgment. Similarly, BSF will not bill the Client for costs incurred, but rather, will seek recovery for those such costs as ordered by the Court, against the Defendants.

In the unlikely event that a dispute arises between the parties relating to any matter other than our fees in connection with the Engagement, the parties agree that such dispute shall be finally settled by binding, confidential arbitration under the JAMS Comprehensive Arbitration Rules and Procedures in force at the time such arbitration is commenced. In the event that a dispute arises between the parties relating to our fees, you may have the right to arbitration of that dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

BSF reserves the right to withdraw from this representation if there is a fundamental disagreement with the Client over how to prosecute the Engagement or if BSF determines that the Client's position is contrary to the best interests of the class as a whole.

We have explained and you have agreed that as a result of the types of clients BSF advises and the types of engagements in which we are involved, we may be requested to act for other persons on matters which are not substantially related to the Engagement, where the

interests of the other persons, and BSF's representation of them, may be adverse to the Client. In addition, because of the persons and entities that could be related to the Engagement, and the nature of BSF's practice, during the course of BSF's representation of the Client, BSF may represent some of those persons and entities in matters other than the Engagement. We would, of course, not be relieved of any obligation we may have to retain in confidence any confidential information obtained from the Client and to refrain from using or disclosing such information in connection with any other representation we may undertake.

You agree that our representation in this matter will not be asserted by you as an actual or potential conflict should we represent any party in matters unrelated to this Engagement or if BSF represents a person or entity related to this Engagement in a matter unrelated to the Engagement. You also agree to any and all potential and actual conflicts to the extent permitted by applicable law, and agree not to seek our disqualification in any matter based upon such representation.

Finally, we are forwarding to you the Client's Bill of Rights published by the New York State Office of Court Administration.

If the terms of this Engagement are agreeable to you please so indicate by signing below and returning this letter to me at Boies, Schiller & Flexner LLP, 30 South Pearl Street, Albany, New York 12207, Fax No.: (518) 434-0665.

We are pleased to represent you and look forward to working together on this matter.

Sincerely,

[signature]

Adam R. Shaw

ARS:spl

The foregoing is acknowledged, accepted and agreed to as of the 8th day of February, 2016.

By: [signature]
President, Bour Sternberg Moss Silver & Munson, P.C.

S:\wpdata\2295002\2016-02-04 Retainer Ltr VT.doc