FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: Blue Cross Blue Shield Antitrust Litigation | MDL No. 2406<br><br>Master File No. 2:13-cv-2000-RDP |

**DECLARATION OF PATRICK W. PENDLEY**

I, Patrick W. Pendley declare that:

1. I am one of the counsel of record for Tom Goodman and Jason Goodman in this action and have personal knowledge of the facts and matters herein stated. The facts stated herein are true and correct to the best of my knowledge.

2. I received my JD from Louisiana State University in 1967 and I am a senior partner/principal with the law firm of Pendley, Baudin and Coffin, LLP with locations in Plaquemine and New Orleans, Louisiana. I am admitted to practice before all courts of the State of Louisiana and have been admitted to practice before United States District Courts in Alabama, Louisiana, Texas, California, Wyoming, Mississippi and New York, among others.

3. Messers Tom Goodman and Jason Goodman retained Attorney Monte Beck and myself to serve as their counsel to pursue claims against Blue Cross Blue Shield as class representatives in Montana in 2013. We have a written agreement that they would pay a contingent fee on any financial benefit derived from our representation of them individually, if the case was settled on their individual claims. In the event a fee is

awarded on a class basis, we will modify it to comport with my representation and a fee award from the Court. A written agreement was executed by the Goodmans at that time, but we have been unable to locate the contracts. We will continue to search for them, and if found, we will supplement this filing.

Executed on this 15th day of October 2021, Plaquemine, Louisiana.

/s/ Patrick W. Pendley
24110 Eden Street
Plaquemine, LA 70765
(888) 725-2477