FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: Blue Cross Blue Shield Antitrust Litigation | MDL No. 2406<br><br>Master File No. 2:13-cv-2000-RDP |

**DECLARATION OF PATRICK W. PENDLEY**

I, Patrick W. Pendley declare that:

1. I am one of the counsel of record for Jennifer Davidson in this action and have personal knowledge of the facts and matters herein stated. The facts stated herein are true and correct to the best of my knowledge.

2. I received my JD from Louisiana State University in 1967 and I am a senior partner/principal with the law firm of Pendley, Baudin and Coffin, LLP with locations in Plaquemine and New Orleans, Louisiana. I am admitted to practice before all courts of the State of Louisiana and have been admitted to practice before United States District Courts in Alabama, Louisiana, Texas, California, Wyoming, Mississippi, and New York, among others.

3. Ms. Jennifer Davidson retained Attorney Steve Dampier and myself to serve as her counsel to pursue claims against Blue Cross Blue Shield as class representatives in Florida in 2012. We have a written agreement that she would pay a contingent fee on any financial benefit derived from our representation of her individually if the case was settled on her individual claims. In the event a fee is awarded

on a class basis, we will modify it to comport with my representation and a fee award from the Court. A written agreement was executed by Davidson at that time, but we have been unable to locate the contract. We will continue to search for it, and if found, we will supplement this filing.

Executed on this 15th day of October 2021, Plaquemine, Louisiana.

/s/ Patrick W. Pendley
24110 Eden Street
Plaquemine, LA 70765