FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
Attorneys at Law
www.locklaw.com

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612-339-0981

WASHINGTON, D.C.
Suite 210
415 Second Street, N.E.
Washington, D.C. 20002-4900
T 202.544.9840
F 202-544-9850

**Karen Hanson Riebel**
Main: 612-339-6900
khriebel@locklaw.com
REPLY TO MINNEAPOLIS

February 15, 2015

**HAND DELIVERED**
Betsy Hoyt Belzer

Re: *BlueCross BlueShield Antitrust Litigation*

Dear Ms. Belzer:

We are writing to confirm that you agree to retain the law firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"), the Lemmon Law Firm and other counsel with which we may associate, in your claim against Blue Cross Blue Shield of Minnesota and the related entities, in an antitrust action. This action alleges Defendants' participation in an anticompetitive scheme involving illegal market allocation agreements ultimately led to higher premium rates. This letter confirms the terms of our representation.

You agree that LGN and the Lemmon Law Firm ("Counsel") will be responsible for your representation, may bring and prosecute this matter in your name, and may propose to the Court that you be named as a representative of a plaintiff class. If there is a recovery of any kind in this matter for you and other members of the class pursuant to a class action, attorneys' fees of Counsel, and any co-counsel will be paid from any award granted us by the Court in such amount as may be decided by the Court or by lead counsel. If there is a recovery of any kind for you in this matter outside of any recovery you may obtain as a member of the class, you agree that Counsel shall be paid one-third of the total amount of such recovery or its monetary equivalent. If no recovery is made for you or the plaintiff class or you outside the plaintiff class, there will be no attorneys' fees.

Counsel will advance necessary costs and out-of-pocket disbursements and expenses for this litigation. If there is a recovery of any kind in this matter for you and other members of the class pursuant to a class action, Counsel's out-of-pocket costs will be separately awarded by the

court or paid by defendants. If there is a recovery of any kind for you in this matter outside of any recovery you may obtain as a member of the class, you agree Counsel's out-of-pocket costs will be paid from said recovery before the contingent fee is calculated. If no recovery is made for you, either as part of or apart from the plaintiff class, you shall have no obligation to reimburse LGN and co-counsel for such out-of-pocket costs.

You agree to cooperate and assist us in the prosecution of the litigation. We may request your records (including purchase records) and other information, and your participation in the litigation as necessary, including testimony in depositions and appearance at court hearings and trial. You agree to comply with our requests in a timely manner. You also agree to be guided by our views and advice regarding settlement.

We will advise you regularly of the progress of the lawsuit. You should feel free to contact us any time you have questions or otherwise wish to discuss the matter.

If the terms and conditions in this retainer agreement are acceptable, please sign and date where indicated below and return the original to me.

If you have any questions regarding this agreement or any other matter, please do not hesitate to call. We look forward to working with you and to vigorously representing your interests. Thank you.

Sincerely,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Karen Hanson Riebel

THE LEMMON LAW FIRM

Andrew A. Lemmon

I accept this representation agreement effective as of February 17, 2015.

______________________________

Enclosure (operative Complaint)