FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

DONALDSON GUIN

Attorneys | Counselors

March 4, 2013

RECEIVED
MAR 12 2013

Mona Bhuta
[redacted]

**Re:** ***Confirmation of Limited Engagement of Guin, Stokes & Evans, LLC***

Dear Mona:

This letter confirms our agreement for Guin, Stokes & Evans, LLC ("GSE") to represent you in connection with any antitrust or related claims you may have against Blue Cross Blue Shield of Illinois and Blue Cross Blue Shield Association (collectively, "BCBS"). Please read this letter and, if it meets your approval, sign and return to me in the enclosed, postage-paid envelope (or by fax or email).

GSE's lawyers, the Enterprise Law Group ("ELG") and any other lawyers we associate will prosecute a class action on your behalf and on behalf of similarly situated persons who, like you, paid higher insurance premiums or received lesser benefits as a result of BCBS's illegal restraint of trade in Illinois.

We agree that all out-of-pocket expenses we spend in connection with the prosecution of the action (the "Expenses") will initially be borne by GSE and that counsel will not seek reimbursement of those expenses unless there is a recovery. In the event there is a recovery, either by way of trial or settlement, we will deduct expenses prior to the payment of any recovery to you or to the class. In the event that a class is certified, we will apply to the court for an order allowing the expenses to be deducted from the total amount recovered before any funds are distributed to the class. You will not be responsible for our expenses except out of any recovery.

If a class is certified by the court, the attorneys' fees will be set by the judge who hears the case. In the event that the class is certified, you will receive your class member's share of any recovery. In the event that a class is not certified and your claims are pursued on an individual basis, we agree that GSE will be entitled to 40% of any recovery net of expenses. If there is no recovery, either by trial or settlement, you will not be responsible for paying any fees or reimbursing the expenses. In addition to seeking this recovery of damages on your behalf and on behalf of a class of all others similarly situated, in the event we are successful, we will ask the Court to award you an "incentive bonus," on top of any damages you are awarded, to help compensate you for any time you might incur assisting in this case. Whether, and in what amount, the Court awards an incentive bonus is purely within the Court's discretion.

www.donaldsonguin.com
505 20th Street North | Suite 1000
Birmingham, Alabama 35203
Phone [illegible]

300 South Wacker Drive | Suite 1700
Chicago, Illinois 60606
Phone [illegible]

GSE and ELG do not represent that any results are guaranteed to you. Nothing in this agreement or in any course of dealings between GSE and/or ELG and you should result in any such understanding.

You agree that we may associate one or more additional law firms to assist us in pursuing this action. If other firms are associated, there will be no additional cost to you.

Please acknowledge your acceptance of the terms of this engagement agreement by signing this letter where indicated below and returning it to me. I cannot begin any further work for you until I receive this engagement letter; so it is important that I receive this back with your signature as soon as possible. Please keep a copy of the letter for your records.

We have agreed ELG shall not be responsible for expenses and that ELG will receive 10% of any fees awarded to GSE for their representation of you and any Illinois class or subclass you may represent in this matter. We will endeavor to allocate work and responsibility commensurate with such fee allocation, consistent with and in compliance with all professional responsibility rules of the states of Illinois and Alabama, including without limitation Illinois Rule of Professional Conduct 1.5.

Subject to applicable laws and regulations, we reserve the right to divide our fees with a lawyer who is not an employee of (or of counsel to) our firm or such lawyer's firm if the division is in proportion to the services performed by each lawyer. The amount paid to ELG would be 10% of any fees we collect or are awarded and you hereby agree to this division of fees.

Thank you for the opportunity to be of service to you in this matter. Should you have any questions or require any additional information, please do not hesitate to contact me.

Sincerely,

GUIN, STOKES & EVANS, LLC

Charles R. Watkins

Charles R. Watkins

ENTERPRISE LAW GROUP, LLP

____________________

AGREED:

Monika Bhuta

Mona Bhuta