FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

THIS AGREEMENT is made between Ami Swank hereinafter referred to as "Attorney," and CASA BLANCA hereinafter referred to collectively as "Client" involving a civil claim against Blue Cross Blue Shield as a class representative, and agreed as follows:

1. **ATTORNEY'S FEES.** Client understands that this is a class action case and that any attorney fees shall be determined by the Court and shall be based on the total recovery or an amount deemed reasonable and appropriate by the court upon the conclusion of this case.

2. **EXPENSES. If there is no recovery obtained, the client owes the attorney nothing for attorney fees or expenses.** If there is a recovery, reimbursable expense shall be paid from any settlement or recovery. Notwithstanding same, it is agreed that Attorney shall advance all legal costs and travel expenses directly related to this action. Expenses include, but are not limited to, travel, meal and lodging expenses, deposition charges, expert witness fees and costs, investigation expenses, computer research services, long-distance phone charges, service of process fees, costs for service of subpoena, court costs and fees, jury fees, postage, copy charges, photographic reproduction, preparation of trial exhibits, and all other out-of-pocket expenses incurred by the Attorney in the course of the representation of client. The attorney will maintain an itemized statement of expenses.

3. **MISCELLANEOUS.** Should Client be named and approved as a class representative, Attorney will request from the court, upon the successful conclusion of this case, an appropriate Class Representative Payment in addition to any and all benefits provided for each class member. Attorney may associate other firms and attorneys to assist with the case, as Attorney deems appropriate. Such associations will not affect the attorney's fees. Attorneys may, at their discretion, finance the case expenses with a bank. Notwithstanding the foregoing and as noted above, Client understands and agrees that Client may be a class representative or member of a class in a class action and that in such cases, fees and expenses will be determined by appropriate judicial authority.

**SO AGREED:**

Manager - CasaBlanca LLC

CLIENT

AMI SWANK

2/12/15