FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# CONTRACT FOR REPRESENTATION FOR PROPOSED CLASS ACTION CASE

**Conrad Watson Air** ("Client"), hereby retains the law firm of McCallum, Methvin & Terrell, P.C. (referred to as "MMT") to represent client in a proposed class action against **Blue Cross Blue Shield of Alabama and/or other related entities**. Client agrees that the compensation to be paid MMT, and/or any other attorneys, if such case is certified as a class action, shall be established by the court that will hear the case or approve the settlement. No attorney fees are due from client nor is client required to pay expenses or court costs in the event this case is certified as a class action. All expenses and costs relating to the prosecution of this matter will be advanced by MMT. Client understands that client may be entitled to damages as a member of the Class (if certified) and further may be entitled to such compensation as a court would authorize for a Class Representative Plaintiff, if the class is certified and a successful conclusion reached.

Should it be necessary for client to travel to hearings, depositions and/or conferences which are held out of town, client understands that such costs shall be advanced by MMT including travel expenses and lodging expenses.

Client understands that client has certain duties as a Class Representative which the court requires in order for client to adequately and fairly represent the proposed class. Client is aware that client must generally understand the complaint (from a layman's perspective), know generally the identities of the parties to the lawsuit and the reasons for the lawsuit. Client agrees to vigorously prosecute the litigation and to be responsible for providing notice to the class through MMT. MMT will bear the cost of any class notice.

Client further understands that, if necessary, MMT, at its sole discretion, may associate other law firms to assist in the prosecution of this class action and client hereby authorizes MMT to do so. Client further understands that any law firm associated in this matter by MMT is authorized to act on client's behalf and on behalf of the class. The addition of such law firm shall not affect the individual contingency fee amount referenced below.

Furthermore, if this matter **is not** certified as a class action and individual action is pursued and recovery made on client's behalf, client agrees to pay MMT an undivided contingent fee in the amount of thirty-three and one third percent (33-1/3%). Client also agrees to and understands that this attorney fee (on an individual claim) shall be deducted from the total settlement or judgment of the individual claim after expenses incurred are deducted.

Client understands that expenses include but are not limited to the following: filing fees, depositions, investigative fees, expert fees, travel expenses, photocopies, transcript copies, trial exhibits, online research expenses, cost of notice to the class (if necessary) and other costs usual and customary to the litigation process.

**Under no circumstances shall client be required to reimburse MMT for any expenses or pay MMT any attorney fees if the case is unsuccessful.**

Client has been advised that, in accordance with applicable Rules of Professional Conduct, MMT may place any short-term or nominal client funds of client's in an Interest On Lawyers Trust Account (IOLTA), the interest of which is paid to charity.

Although MMT will perform professional services on client's behalf to the best of our ability, we cannot make and have not made any guarantees regarding the outcome of this legal representation. Any expressions about the outcome of the matter are our best professional estimates only, and are limited by our knowledge of the facts and circumstances at the time they are expressed.

MMT maintains error and omissions insurance coverage applicable to any anticipated legal services to be provided under this agreement.

## THIS IS AN ENFORCEABLE CONTRACT

In the event you have any questions, please do not execute this contract until you have had all your questions fully answered. If the foregoing terms accurately reflect your understanding of our attorney-client relationship, please execute the original of this contract and return it to MMT. This agreement constitutes the full understanding of the terms of our engagement to represent you in the above-referenced matter and supersedes any prior oral or written understanding.

## CLIENT'S RECEIPT OF AGREEMENT AND ACKNOWLEDGMENT OF TERMS

You acknowledge that you have read and understand all the terms and conditions of this agreement before signing it, and have had the opportunity to review this Agreement with other counsel of your choice. You also acknowledge that you have received a copy of this

Agreement upon execution thereof. We look forward to serving you in this matter. If you have any questions about this agreement or any of its terms, MMT will be happy to discuss and address your questions with you or another attorney before you give your approval and acceptance.

Signed this 15 day of November 2016.

By: [signature]
Proposed Class Representative

[signature]
MMT Attorney