FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Sean T. O'Connell**
*Attorney at Law*

Licensed in NH & ME

May 8, 2013

Erik T. Barstow
[redacted]

***Re: Erik T. Barstow vs. Anthem, et al***

Dear Mr. Barstow:

This letter sets forth our agreement concerning this firm's representation of you and serves as a contract for our representation. Please read it thoroughly and carefully. If you have any questions about it, please ask. If not, please sign and return it, keeping the attached copy for your records.

First, I would like to thank you for selecting this firm to represent you. Although I will be primarily responsible for your matter, I may from time to time call upon the services of other attorneys in our office and our paraprofessionals. If this presents a problem for you now or in the future, please let me know promptly.

We would be glad to represent you, negotiate for your compensation and/or litigate your case in Court. Pursuant to New Hampshire law, I must advise you of your right to have this firm represent you on an hourly basis and provide you with an opportunity to pay my hourly rate of $300.00 or to compensate this firm in an amount equal to one-third (1/3) of any recovery we obtain for you. Please indicate your payment preference below by circling either monthly payments or contingency fee.

Monthly payments Contingency Fee

If your selection is contingency fee and we are unsuccessful in reaching a settlement, obtaining any recovery or obtaining a verdict, we would not be entitled to any compensation for legal services rendered.

Third, it is further understood that regardless of the outcome and any monies recovered as set forth above, you are expected to reimburse the firm for all costs advanced and expenses incurred that are directly related to the performance of the legal services undertaken. These include depositions, travel, medical reports, accident reports, Court fees, postage, and copying charges. These expenses are in addition to our

hourly rate or contingency share of any recovery. The net balance to you if a contingency fee is selected will be all monies recovered, less our one-third contingent fee, less our costs. Our costs in this case should not exceed $600 if the case is settled before depositions and trial. Most cases settle prior to trial. If our costs exceed $300 we will inform you prior to any additional charges and seek your approval.

Fourth, in the event this agreement is terminated by either party and any recovery is obtained on your own or utilizing the services of another lawyer or law firm, then this firm will be compensated on the basis of the reasonable value of services provided and the costs expended. Should a dispute arise by either party to this agreement as to the amount of legal fees or costs to be paid in the event of termination, then the parties agree that this matter shall be submitted to the New Hampshire Bar Association Fee Resolution Committee for arbitration and prompt resolution. The parties agree to be bound by the results of such arbitration.

Finally, it is understood that this firm will not negotiate, settle or compromise this matter without your prior consent and approval.

We expect to communicate with you at times via cellular telephone and e-mail. There are inherent risks to the use of these methods of communication including interception of transmission. Please note that if you use your employer's equipment (computer, server, telephone, e-mail account or access your personal e-mail accounting using employer owned equipment) to communicate with us you may waive your attorney-client privilege by doing so. We will assume you are willing to have us use these forms of communication unless you ask us not to do so in writing. If you have any questions about this please call me.

Shaheen & Gordon, P.A. has a document retention policy applicable to all client matters. Shaheen & Gordon will retain the file in this matter for a period of six (6) years after this matter is closed. A matter is closed upon entry of final judgment, settlement of the claim, dismissal of the case or when the engagement undertaken has been fully performed. After this period of time, your file will be destroyed in the ordinary course pursuant to the document retention policy. Exempt from this policy are original real estate, probate, tax and corporate business documents. Any such original documents maintained in your file will be returned to you when your matter is closed or maintained in the firm's safety deposit box. By signing below, you hereby acknowledge that you have been informed of the document retention policy and consent to the destruction of your file six (6) years after the close of your matter pursuant to this policy. At any time prior to the destruction date, you may request your original file or any documents contained within the file.

Before we begin legal action and our representation of you, it is necessary for you to sign and return to this office this fee agreement.

I believe this letter accurately sets forth our agreement. However, if it does not, please contact me. Again, thank you for consulting us.

Very truly yours,

SHAHEEN & GORDON, P.A.

By: ____________________________
Sean T. O'Connell

I hereby agree with the terms contained here.

____________________________
Erik T. Barstow

STO/pk