FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# AGREEMENT FOR LEGAL SERVICES

This Legal Services Agreement ("Agreement") contains the terms under which Kudulis, Reisinger and Price, LLC and Pittman Dutton & Hellums ("Attorneys") will provide legal services to you ("Client"). This Agreement describes the scope of legal services to be performed as well as Attorneys' standard billing policies and practices. This Agreement will be applicable to your matter unless otherwise agreed in writing.

Scope of Services. Attorneys agree to provide you legal services in connection with economic injuries you assert to have suffered as a result of various price inflation tactics and anticompetitive behavior of Blue Cross Blue Shield. By agreeing to have Attorneys represent you, you are agreeing to cooperate with Attorneys by providing information in a timely fashion when required to do so, by making yourself available as may be necessary for the prosecution of your claim and to be fully and completely candid and truthful with your attorneys as to the facts and circumstances surrounding your injury/damage.

Fees, Charges and Expenses for Individual Representation. Attorneys' fee shall equal 33 1/3% of the total amount recovered for Client, whether lump sum or a structured settlement calling for future payments or a contribution of both and shall be payable to at the time of settlement or payment. The term "recovery" shall include the present value of any monetary payments agreed to be made or the fair market value of any property or services agreed to be transferred or rendered for the benefit of the Client. Attorneys will advance all costs as are reasonable to prosecute the lawsuit, including but not limited to, all discovery or court costs, the cost of investigation, records, copy costs, photocopies, long distance telephone calls, postage (other routine correspondence), travel expenses incurred in the prosecution of the action and other necessary and incidental expenses. Attorneys may employ investigators and experts and the expenses of such employment shall be reimbursed as advanced costs. All advanced costs and expenses attributable to Client's case shall be reimbursed to Attorneys from the recovery.

Attorneys and Client further agree that the fees agreed upon herein apply through settlement in advance of trial or before an appeal after the original trial. If the need should arise for an appeal either to be prosecuted or defended, then Client and Attorneys may enter into a separate agreement for such appellate work.

Any recovery shall be distributed in the following manner and order:

- To Attorneys, a sum equal to all costs advanced plus a reasonable carrying charge if the litigation is protracted;
- To Attorneys, a fee in the amount of 33 1/3% after all costs and carrying charge;
- To the holder of any valid lien, a sum to satisfy the lien; and
- To Client, the balance of the recovery.

Fees, Charges and Expenses for Class Action Representation. Attorneys may determine to join your action with the actions of individuals who have suffered a similar injury. By entering into this Agreement, you agree that such joinder presents no conflict with the representation of you as an individual and the fees, charges and expenses for individual representation set forth above shall apply.

Attorneys may also determine that your claim is best brought as a class action on behalf of others similarly situated. The class action device allows persons to enforce their rights in a proceeding which would not otherwise be economically viable because the costs of litigation itself would likely be greater than the average recovery for each individual. Class actions are governed by Rule 23 of the Federal and State Rules of Civil Procedure and are monitored closely by Courts. Courts monitor and approve the notice requirements, any settlement or compromise and the award of any attorney fees.

Should your matter be pursued as a class action and should such an action be certified by the Court, the provisions set forth for fees, charges and expenses for individual representation will not be applicable as the Court will control the award of attorney fees, costs and expenses if the class action is successfully prosecuted and if a benefit to the class is provided by Attorneys. Further, should this matter be pursued as a class action with Client serving as class representative, you will agree to:

- Always considering the interests of the class just as the class representative would consider his or her own interests.
- Participate actively in the lawsuit, such as by testifying at deposition and trial, answering written interrogatories, and by keeping generally aware of the status and progress of the lawsuit.
- Recognizing and accepting that any resolution of the lawsuit, such as by settlement or dismissal, is subject to court approval, and must be in the best interests of the class as a whole.
- Accepting the possibility that, in the event the case is lost, the court may assess certain of defendants' costs of litigation against the class representatives.

Termination. As the Client, you may terminate Attorneys as your legal counsel at any time by written notice to Attorneys. Upon receipt of such a notice, Attorneys will cease all work on your behalf and will cooperate with you in finding appropriate counsel to substitute for Attorneys or in transferring your file to counsel of your choice. Attorneys may also withdraw as your legal counsel or suspend or limit its services to you, in compliance with applicable rules of professional responsibility. Those rules include provisions permitting withdrawal if a client makes the representation unreasonably difficult, requests conduct on the part of Attorneys which is unprofessional or fails to fulfill an obligation to Attorneys. However, such a withdrawal will only be done after providing you adequate notice and an opportunity to secure other counsel.

Association of Other Counsel. Attorneys may seek to associate with other counsel as may be required for the professional and efficient prosecution of your claim. You consent to such association. If other counsel are associated, you will not be charged any more than is accounted for in this agreement. However, your consent to the association of other counsel on this matter and the fees, charges and expenses set forth above will be applicable to other counsel.

Outcome. There is no way to predict the outcome of this matter and by agreeing to provide you legal services, Attorneys do not, and cannot, guarantee a successful outcome to your dispute. Attorneys do guarantee that they will attempt to provide you with professional legal services and representation.

Settlement. If Attorneys receive a settlement overture in this matter, that overture will be transmitted to you promptly. Attorneys will not settle your claim without your prior approval.

Communication. You are encouraged to communicate at any reasonable time any concerns or questions concerning your matter directly to any attorney and paraprofessional familiar with your matter.

(Rest of Page Intentionally Left Blank)

DATE: 11-8-16

Fort McClellan Credit Union

By: ______________________

Its: President / CEO

DATE: 11-8-16

______________________
PITTMAN DUTTON & HELLUMS, P.C.

______________________
Kudulis, Reisinger, and Price, LLC