FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**PROVOSTY & GANKENDORFF, L.L.C.**

ATTORNEYS AND COUNSELORS AT LAW

Henry St. Paul Provosty[1]
Edgar D. Gankendorff[1]
Christophe B. Szapary
Eric R.G. Belin
Lena D. Giangrosso[2]
Kerelie M. Broom
Jason P. Franco

650 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-410-2795
Facsimile: 504-410-2796
Web: www.provostylaw.com
E-Mail: attorneys@provostylaw.com

[1]A Professional Law Corporation
[2]Also Admitted in Texas

egankendorff@provostylaw.com

January 31, 2013

Robert Mercurio
Galactic Funk Touring Inc.
[redacted]

Re: Galactic Funk Touring Inc., and Renee Allie et al. v. Blue Cross Blue Shield of Louisiana and Blue Cross Blue Shield Association

Dear Robert:

We write to set forth the terms and conditions pursuant to which the law firm of Provosty and Gankendorff, LLC ("P&G") agrees to represent you in a class action litigation on your behalf and on behalf of classes of former and current subscribers to health insurance benefit plans issued by Louisiana Health Service & Indemnity Company (d/b/a/ Blue Cross Blue Shield of Louisiana) ("BCBS-LA") to seek to recover any damages sustained whether in the form of overpayment or otherwise and that resulted from alleged antitrust and other violations by BCBS-LA's and other defendants'.

Fee Agreement

We are pursuing this case solely on a contingency fee basis. In a class action of the nature alleged in this matter, if the case is successful and results in a settlement agreement or judgment, this means any fee award we obtain will come to us only as a result of class-wide proceeds, or funds the Defendants may agree to pay separately to us in connection with a settlement for the classes. Ultimately, The Court will have to approve any fee and/or expense award. **Therefore, you are not responsible for paying anything to us.**

Expenses

P&G and co-counsel with which we will be working will advance all expenses incurred in prosecuting the litigation. As you may know, expenses are separate from attorneys' fees, and include such items as travel expenses, fees paid to experts we may have to retain, costs associated with depositions, copy charges, and other expenses incurred in the pursuit of this litigation. If a recovery is obtained in this case, P&G will ask the court to grant reimbursement of its expenses out of class-wide

proceeds. The court will then decide which expenses, if any, should be reimbursed. **We will not seek payment from you for any portion of these expenses.** Additionally, should the prosecution of this case prove to be unsuccessful **you will not be responsible** for any of the expenses incurred in the pursuit of this litigation by Provosty & Gankendorff and/or the firms or lawyers representing you in this case. Finally, should Provosty & Gankendorff and/or any of the law firms or lawyers representing you agree to pay or be ordered to pay any of the Defendants' fees and expenses, under any circumstances or for any reasons whatsoever, you will not be responsible for any portions of those fees and/or expenses.

**Your Responsibilities**

You agree to serve as a class representative in addition to filing suit on your behalf. By agreeing to serve as a class representative, you agree to cooperate in the preparation and any trial of this litigation, to appear on reasonable notice for deposition and court appearances, to provide documents and answer interrogatories as necessary, to comply with all reasonable requests made of you in connection with the preparation and presentation of this litigation, and stay generally informed about the case.

**Documents Retention**

As discovery will start soon after the filing of this litigation, it is critical that you hold, preserve and retain any and all physical and/or electronic documents, correspondence and/or data you may have in your possession and that may be in any way relevant to this litigation. The failure to preserve and retain such relevant information as outlined in the attached standard notice may constitute spoliation of evidence and may result in damages and/or evidentiary and monetary sanctions, and may affect your ability to serve as a class representative. Please contact us should you have any questions on this issue.

**P&G's Duties**

P&G will provide legal services as, may be appropriate to pursue this matter, and in accordance with the prevailing legal, ethical and professional standards. Additionally, P&G will consult with you concerning major litigation decisions such as issues pertaining to settlements or appeals. However, as counsel for the class, we will have to act also in the interests of the proposed class as well as any certified class, as a whole.

As you know, upon your review and approval, on November 13, 2012, we have filed a suit in the Federal Court, Middle District of Louisiana, naming you plaintiff and class representative. We have invited additional law firms, including the firms of Boies, Shiller and Flexner LLP, Hausfeld LLP, and Pittman Dutton and Hellums, PC to participate with us in this litigation so that we may possess the additional benefit of their resources and experience. This does not affect the terms and conditions upon which will have agreed to represent you in this case.

**Termination**

You have the right to terminate this agreement at anytime upon written notice to P&G in connection with the claim you assert on your own behalf. However, the decision to terminate P&G as counsel for the class will be made by the court. P&G also reserves the right to withdraw its representation of you in your individual capacity should you fail to honor the terms of this retainer letter.

Should the above accurately describe and state your understanding of our agreement, please sign and date in the spaces provided for your benefit below and send via regular mail, email or fax a copy of this agreement and retain the original for your records.

Very Truly Yours;

Provosty & Gankendorff, LLC

[signature]

Edgar D. Gankendorff

We have reviewed the foregoing retention letter and fully approve the terms and conditions contained herein.

[signature] Date: 4/13/13
William Isaacson
Boies Schiller & Flexner, LLP

[signature] Date: 2/21/13
Chris Hellums
Pittman Dutton & Hellums, PC

[signature] Date: 2/26/13
Michael Hausfeld
Hausfeld, LLP

Approved and Accepted

[signature] Date: 2/11/13
Robert Mercurio