FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re Blue Cross Blue Shield Antitrust Litigation** | x | MDL No. 2406<br>Master File No. 2:13-cv-2000-RDP |

**DECLARATION OF DOUGLAS A. DELLACCIO, JR.**

I, Douglas A. Dellaccio, Jr., declare that:

1. I am counsel of record for Jeffrey Garner in this action and have personal knowledge of the facts and matters herein stated. The facts stated herein are true and correct to the best of my knowledge.

2. I am a graduate from the Birmingham School of Law (J.D. 1995).

3. I am a principal with the law firm of Cory Watson, P.C., located in Birmingham, Alabama. I am admitted to practice before courts of the State of Alabama. I have also been admitted to practice before the United States District Courts of the Northern District of Alabama and the Middle District of Alabama.

4. Mr. Garner retained me as counsel to pursue claims against Blue Cross Blue Shield as a class representative in March of 2013. We have an agreement that he would pay a 40% contingent fee on any financial benefit derived from my representation for him individually if case was settled on his individual claims. In the event a fee is awarded on a class basis, we will modify it to comport with my representation and a fee award from the Court.

Executed on this 14th Day of October 2021, in Birmingham, Alabama.

*/s/ Douglas A, Dellaccio, Jr.*
Douglas A. Dellaccio, Jr.
ddellacio@corywatson.com
**CORY WATSON, P.C.**

2131 Magnolia Avenue
Birmingham, Alabama 35205
T: (205) 328-2200
F: (205) 324-7896