FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

GMH GIARMARCO, MULLINS & HORTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW

# CONTINGENT FEE CONTRACT

**THIS AGREEMENT** is made effective as of January 1, 2017, by the Hess, Hess & Daniel, P.C. ("Client") and Giarmarco, Mullins & Horton, P.C. ("Attorneys").

**WHEREAS,** Client wishes to pursue a claim for damages and other relief as a named plaintiff in a multi-district class action against Blue Cross Blue Shield of Michigan ("BCBSM") and others pertaining to Client's losses resulting from antitrust violations by BCBSM and other acts of BCBSM and others.

**WHEREAS,** Attorneys have agreed to take on the representation in accordance with the terms and conditions as set forth below.

**NOW, THEREFORE,** the parties agree as follows:

1. Engagement. Client engages and employs Attorneys to pursue a claim against BCBSM and others for various antitrust violations and other matters. Attorneys shall do any and everything Attorneys deem necessary to pursue this claim, including the participation in the existing multi-district class action against BCBSM and others.

2. Compensation. As compensation for such legal services rendered by Attorneys, Client shall:

   A. Pay Attorneys 25% of the Gross Amount Recovered. "Gross Amount Recovered" means the recovery of any monies and things of value of any kind, whether by way of judgment, settlement or otherwise, including but not limited to any interest included in or accruing on the judgment or other form of recovery, and any incentive award as a named plaintiff, costs or attorney fees awarded in Client's favor.

   B. Reimburse Attorneys for all out-of-pocket costs Attorneys have paid including, but not limited to, transcription fees, photocopying, filing fees, travel expenses, expert witness fees, consultant fees, and all other out-of-pocket costs.

3. Termination of Relationship/Lien. Notwithstanding anything to the contrary, either party may terminate this agreement at any time by giving the other party reasonable written notice, and upon taking reasonable steps to avoid prejudice to the rights of the other party, and otherwise in compliance with the Michigan Rules of Professional Conduct. If Client terminates this agreement for any reason, Attorneys shall be entitled to a lien on any

GMH GIARMARCO, MULLINS & HORTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW



proceeds, its actual costs, and compensation based on the reasonable value of its services, considering the risk taken, outcome achieved, expertise, amount of time incurred and any other factor which would place Attorneys in a position as if this agreement had been performed.

4. Various Fee Arrangements. Attorneys may be employed under fee arrangements other than contingent fees, such as on an hourly basis. Contingent fees can take a variety of forms. Client has selected the contingent fee arrangement above from among the several fee arrangements discussed.

The parties understand and agree to the above terms.

"Client"

HESS, HESS & DANIEL, P.C.

By: ________________________________
Its

"Attorneys"

GIARMARCO, MULLINS & HORTON, P.C.

By:________________________________
WILLIAM H. HORTON, authorized agent

"Client"

HESS, HESS & DANIEL, P.C.

By: ______________________________
Its President

"Attorneys"

GIARMARCO, MULLINS & HORTON, P.C.

By: ______________________________
WILLIAM H. HORTON, authorized agent