FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**THE COWAN LAW FIRM**
209 Henry Street
Dallas, Texas 75226-1819

214-826-1900
Toll-free: 866-826-4900
Facsimile: 214-826-8900
chris@cowanlaw.net

**BENJAMIN L. BARNES**
*Attorney & Counselor at Law*
Centennial Plaza
2575 Kelley Pointe Parkway, Suite 100
Edmond, OK 73013

Telephone: 405-330-9860
Facsimile: 405-231-4701
Email: bb@bbarneslaw.com

# CONTRACT BETWEEN ATTORNEYS AND CLIENT

1. The following contract is entered into between Ross Hill, Angie Hill and the Cowan Law Firm/ Benjamin L. Barnes (Attorneys).

2. Client hereby retains the Cowan Law Firm as Attorneys to institute, maintain and prosecute all individual and class action claims for damages against all persons or corporations responsible for any and all damages incurred by the Client and any class he may represent from Blue Cross and Blue Shield of South Dakota, a division of Health Care Service Corporation, a Mutual Legal Reserve Company, an independent licensee of the Blue Cross and Blue Shield Association, including specifically, individual and class action actions violations of The Sherman Antitrust Act, The Clayton Act, and/or the South Dakota Antirust Act and/or Antimonopolistic Act including but not limited to any other similar South Dakota Acts that would apply to the fact scenario presented. This contract binds Client's heirs, executors, administrators, successors and assignees.

3. In consideration of the Cowan Law Firm's services, Client hereby sells, grants, transfers, assigns, and conveys to the Cowan Law Firm an undivided interest in Client's claims or causes of action, and of all recoveries that may be made on Client's behalf of 33-1/3% of the present value of the gross recovery of all money, benefits, or property collected by settlement and 40% if tried or an appeal is filed.

4. Of the fee, Cowan Law Firm will share such fee 50/50 with Pendley, Baudin & Coffin, L.L.P., Post Office Drawer 71, 24110 Eden Street, Plaquemine, Louisiana 70765 ("Pendley Law Firm") and from the 50/50 split and fees shared between the Cowan Law Firm and the Pendley Law Firm, Benjamin L. Barnes will be paid 15% of the total fees shared and split, each attorney and or firm will assume joint responsibility for the prosecution of Client's cause of action with Cowan. The fee to be paid will not increase the total fee owed by the Client. Client's signature at the end of this agreement indicates his/her understanding and consent to the division of fees which will be paid. Client understands and agrees that the Cowan Law Firm and/or the Pendley Law Firm may utilize, assign, joint-venture, and/or refer this matter to more than one attorney or different attorneys and/or law firms and that each attorney assigned to a case may have different responsibilities.

5. In addition to the above attorney fee, Client agrees that in the event of a recovery, all expenses and costs, incurred by or taxed, allocated, or assigned, except those costs that may be paid by the opposing parties, to the Cowan Law Firm and/or the Pendley Law Firm in furtherance of the prosecution of Client's claim will be reimbursed from the monies remaining after the attorneys' fees are paid. Such

expenses and costs may include, but are not limited to, court costs, filing fees, witness fees, long distance telephone calls, copying costs, postage, copies of records, medical records fees, photographs, fees for videotaping and editing depositions, notary fees, costs of trial exhibits, investigator fees, deposition fees, mileage, costs of courier services, travel expenses and court reporter's fees. **THERE WILL BE NO REIMBURSEMENT OF EXPENSES UNLESS THERE IS A RECOVERY ON THE CLAIMS.**

6. Client acknowledges and agrees that the Cowan Law Firm may borrow funds from [redacted] and/or other lenders from time to time to pay certain of the costs referred to above and agree that, in addition to reimbursing Cowan for the amount of such costs, Client also will reimburse Cowan for any interest charges and related expenses Cowan incurs in connection with such borrowings. Client consents to the sale of all amounts due from Client to Cowan to [redacted] and to the disclosure by Cowan to [redacted] and/or other lenders of (i) such Client's name, (ii) the amounts owing from time to time by Client to Cowan, and (iii) privileged client information relative to Client in connection with such sale.

7. It is understood and agreed that the Cowan Law Firm and/or the Pendley Law Firm retain the right to withdraw from this contract and the representation of the Client if no causes of action exist. The Cowan Law Firm and/or the Pendley Law Firm cannot take responsibility for the expiration of claims that have expired prior to Client's contracting with the Cowan Law Firm and/or the Pendley Law Firm to pursue Client's claims.

8. This agreement shall be governed by, construed and enforced in accordance with the laws of the State of Texas. The parties agree that the venue for any dispute arising from this agreement shall be in Dallas County, Texas. The parties agree to submit to the personal jurisdiction and venue or a court or subject matter jurisdiction located in Dallas County, State of Texas.

9. This contract arises from Client's efforts to secure legal representations regarding Client's claims. Client specifically acknowledges that neither Client nor any of Client's family members were solicited by the Cowan Law Firm and/or the Pendley Law Firm or any person acting on behalf of the Cowan Law Firm, and that neither Client nor any of Client's family members were paid money or given anything of value other than the services contracted for above as an inducement for entering into this contract.

10. Notice to Client: The State Bars investigate and prosecutes professional misconduct committed by attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bars will provide you with information about how to file a complaint. Should that be necessary, call 800-932-1900 in Texas, 800-421-5722 in Louisiana, or 405-416-7007 in Oklahoma.

Signed and agreed on Sept 23rd , 2013.

Client Signature: Ron Hill Angie Hill

BCBSSD Policy and/or Group Numbers: [redacted]

Address: [redacted]

City, State Zip: [redacted]

Phone: [redacted]

COWAN LAW FIRM/BENJAMIN L. BARNES

By: ______________________________
R. Christopher Cowan/Benjamin L. Bar