FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

DEL SOLE CAVANAUGH STROYD LLC

The Waterfront Building Suite 300
200 First Avenue Pittsburgh, PA 15222

TEL 412.261.2393
FAX 412.261.2110
www.dscslaw.com

February 28, 2013

Carl Kunzmann
Chief Executive Officer
Iron Gate Technology
The Cardello Building
1501 Reedsdale Street, Suite 107
Pittsburgh PA 15233

Dear Carl:

By your signature below, you are acknowledging that you have agreed to be represented by me and such co-counsel as I deem appropriate to associate with, in a class action being brought against Highmark Blue Cross Blue Shield and the Blue Shield Association and, potentially, other relevant individuals and/or entities.

I have advised you that [redacted]

You understand that in seeking to be a lead plaintiff, you are undertaking certain fiduciary duties and responsibilities, which require you to adequately and fairly represent the interests of all class members by becoming generally familiar with this litigation so that you can monitor, review and participate with counsel in the prosecution of the action. You may and should confer with us at any time you feel it is appropriate to do so. Also, please let me know if your contact information changes so that I can remain in communication at all necessary times.

[redacted]

My firm prosecutes class actions and is seeking to undertake this litigation on a contingent fee basis. As you know, contingency fee agreements are negotiable and not set by law. Under our contingency fee arrangement I will not seek payment of any fees unless the lawsuit generates a recovery or benefit for the class. The payment of our fees is subject to court approval, and I generally seek to have our fees calculated as a percentage of the full amount recovered before the deduction of any fees or expenses. In no event, will I request over 33.33% of the full amount recovered plus reasonable disbursements. If non-monetary benefits are achieved, I will base our fee request related to the non-monetary benefits on prior court awards in which similar benefits were achieved. If there is no recovery or benefit achieved, our Firm will not seek to be paid anything.

Our Firm will also advance all costs and expenses that I deem necessary to pursue the action. Typical costs and expenses include, but are not limited to, telephone, fax transmission, court costs, computer research, copy, and postage expenses, as well as more substantial items, such as the cost of travel, deposition, trial, mediation expenses, and expert witness and consulting fees. If the lawsuit generates a recovery or benefit, I will apply to the Court to have our costs and expenses reimbursed from the settlement fund remaining after the attorneys' fees have been paid. Like the fees, if there is no recovery or benefit achieved, you will not be responsible for any of our costs.

In the course of prosecuting the action, I may, with or without notice to you, retain and/or work with other law firms to serve as local counsel, of counsel, co-counsel, or to provide other legal or referral services. In this event, I would be responsible for dividing any legal fees I receive with such other firms. By signing this letter, you are agreeing that I may divide any such fees with such other counsel upon a percentage basis or based upon time spent prosecuting the action. You will have no responsibility for this division of fees with other counsel and under no circumstances will the addition of other firms increase the amount of fees I seek or are awarded by the Court.

If I determine at any time that the prosecution of these claims is no longer feasible or is contrary to justice or the standards of good faith, I am entitled to withdraw from the representation with reasonable notice to you. This agreement shall be governed by the laws of the Commonwealth of Pennsylvania. All disputes, disagreements and claims arising out of or related to this agreement shall be resolved exclusively through binding arbitration pursuant to the Rules of the American Arbitration Association. My Firm represents that I currently have in effect and will maintain in effect during the term of this contract professional errors and omissions insurance coverage.

Of course, should you have any questions or comments, please feel free to contact me at your convenience. I look forward to working with you in protecting your rights.

Very truly yours,

Benjamin J. Sweet, Esquire

DEL SOLE CAVANAUGH STROYD LLC

By: [signature]

Accepted By:

2/28/13
DATE

[signature]
Carl Kunzmann