FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EMPLOYMENT CONTRACT

I/We the undersigned client/s employ Deal, Cooper, & Holton PLLC, (DCH, PLLC) Lawyers to represent my/our interests with regard to my/our claim(s) against Blue Cross/Blue Shield.

**Read & Agreed** **IT IS AGREED AS FOLLOWS:**

LM DCH, PLLC, will be paid a fee equal to 40% percentage of the gross recovery whether by settlement or litigation. It is agreed if there is no recovery there is no fee.

LM I have been insured with Blue Cross/Blue Shield since 1997.

LM DCH, PLLC, may at its option advance litigation expenses in accordance with Rule 1.8 of the Rules of Professional Conduct established by the Supreme Court of the State of Tennessee. These include but are not limited to expenses such as, court costs, investigation, cost of presenting evidence, expert fees, etc.; however, it is understood that upon settlement these expenses will be reimbursed from the clients share of recovery (deducted after the applicable attorney fees) and is NOT included as part of the aforementioned attorney's fee.

LM DCH, PLLC, in its discretions may employ or associate other lawyers. There will be no additional lawyer fees to the client/s. The aforementioned percentage will be apportioned among all associated lawyers.

LM I, the undersigned client, do hereby acknowledge that I have/have not filed any form of bankruptcy, including Chapter 7 and/or Chapter 13 (Wage Earner) within the last ten (10) years.

LM In the event the client/s discharge DCH, PLLC by this contract, it will have a lien for services rendered in the amount equal to the greater of: 1) Agreed percentage of gross recovery based on any outstanding settlement offer; or 2) $250.00 per hour for services performed to date. In addition all monies advanced by DCH, PLLC will be paid back to DCH, PLLC before any files are released.

LM Only the client/s can authorize the settlement of the case. However, should DCH, PLLC, recommend the acceptance of an offer and client/s elect to reject said offer all monies advanced for litigation expenses by DCH, PLLC, shall be paid within 10 days thereof and client/s will pay all further litigation expenses as incurred.

LM DCH, PLLC, may withdraw and be relieved of any further responsibilities at any time it determines that the case is not a valid claim or that in its opinion it would not be economically feasible to pursue the case any further or for any other ethical or legal reason. Upon DCH, PLLC withdrawing the client/s will not owe any lawyer fees.

LM Client/s have read, understand, and initialed the agreements with DCH, PLLC.

***A VALID AGREEMENT MUST BE EXECUTED BY A DCH, PLLC LAWYER.***

3-11-2013 (X) Linda Mills
Date Signature of Client

**Deal, Cooper, & Holton, PLLC**