FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# CONTRACT FOR LEGAL SERVICES

I, Deborah Piercy, hereby retain and employ ASCHEMANN KELLER LLC as my attorney to represent me in the matter of:

______ A class action against Blue Cross Blue Shield of Illinois and Related Entities ______

I agree to pay said attorneys' fees for services as follows:

A. A minimum fee of $_NA_ and $_NA_ per hour for work in excess of the minimum fee, for all legal services rendered in this matter, or

B. 33 1/3 % of whatever may be recovered from said claim by settlement, or

33 1/3 % of whatever may be recovered from said claim after filing suit in the Circuit Court, or

40 % of whatever may be recovered from said claim if a second trial or an appeal to the Appellate and/or Supreme Courts becomes necessary.

I understand that the payment of attorneys' fees and any award to me requires the approval of the court. I further agree that associate counsel may be employed at the discretion and expense of my attorney, and that any attorney so employed may be designated to appear on my behalf or undertake my representation in this matter.

I further understand that all court costs, subpoena costs, photos, depositions, court reporter costs, expert reports, witness statements, and all other out-of-pocket expenses (collectively, "Costs") will be paid by my attorney or deducted from the proceeds of any recovery. If Client does not receive a recovery, Client will owe no Costs.

Date: 08/09/2012 Client: Deborah Piercy

The above employment is hereby accepted on the terms stated, and if on a percentage contingent fee basis, we agree to make no charge for services unless recovery is had in this matter. In addition, we agree to make no settlement without the consent of the client.

ASCHEMANN KELLER LLC

By: Timothy Keller

Date copy of contract given to client: 8/10/12