FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# CONTRACT FOR REPRESENTATION FOR PROPOSED CLASS ACTION CASE

**Rolison Trucking** ("Client") hereby retains Attorney Jeff Utsey and any other law firms as set out below ("Attorneys") to represent client in a proposed class action against Blue Cross and Blue Shield of Alabama. Client agrees that the compensation to be paid Attorneys shall be established by the court that will hear the case or approve the settlement, if possible. No attorney fees are due from client nor is client required to pay expenses or court costs in the event this case is certified as a class action. All expenses and costs relating to the prosecution of this matter will be advanced by Attorneys. Client understands that client may be entitled to damages as a member of the Class (if certified) and further may be entitled to such compensation as a court would authorize for a Class Representative Plaintiff, if the class is certified and a successful conclusion reached.

Should it be necessary for client to travel to hearings, depositions and/or conferences which are held out of town, client understands that such costs shall be advanced by Attorneys, including travel expenses and lodging expenses.

Client understands that client has certain duties as a Class Representative which the court requires in order for client to adequately and fairly represent the proposed class. Client is aware that client must be generally familiar with the litigation, i.e., understanding the complaint, knowing the identities of the parties to the lawsuit and the reasons for the lawsuit. Client agrees to vigorously prosecute the litigation and to be responsible for providing notice to the class through Attorneys. Attorneys will bear the cost of any class notice.

Client further understands that, if necessary, Attorneys, at their sole discretion, may associate other law firms to assist in the prosecution of this class action and client hereby authorizes Attorneys to do so. Client further understands that any law firm associated in this matter by Attorneys is authorized to act on client's behalf and on behalf of the class.

Furthermore, if this matter **is not** certified as a class action and individual action is pursued and recovery made on client's behalf, client agrees to pay Attorneys an undivided contingent fee in the amount of forty percent (40%). Client also agrees to and understands that this attorney fee (on an individual claim) shall be deducted from the total settlement or judgment of the individual claim after expenses incurred are deducted.

Client understands that expenses include but are not limited to the following: filing fees, depositions, investigative fees, expert fees, travel expenses, copying costs, trial exhibits, online research expenses, and other costs usual and customary to the litigation process.

Client has been advised that, in accordance with applicable Rules of Professional Conduct, Attorneys may place any short-term or nominal client funds of client's in an Interest On Lawyers Trust Account (IOLTA), the interest of which is paid to charity.

Signed this 16th day of November 2016.

By: [signature]
Proposed Class Representative

By: [signature]
Jeff Utsey