FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE
WEISER
LAW FIRM
WWW.WEISERLAWFIRM.COM

PENNSYLVANIA
22 CASSATT AVE.
BERWYN, PA 19312
TELEPHONE: (610) 225-2677
FACSIMILE: (610) 408-8062

CALIFORNIA
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130
TELEPHONE: (858) 794-1441
FACSIMILE: (858) 794-1450

April 2, 2013

Marianita Lopez
Saccoccio & Lopez
66-037 Kamehameha Hwy., Suite 3
Haleiwa, Hawaii 96712

**Re:** ***Hawaii Medical Service Association/Blue Cross and Blue Shield Litigation***

Dear Ms. Lopez:

By your signature below, you are acknowledging that you have authority to act on behalf of Saccoccio & Lopez. You are further acknowledging that Saccoccio & Lopez has agreed to be represented by The Weiser Law Firm, P.C. and such co-counsel as it deems appropriate to associate with in the above-referenced action (the "Action") related to Hawaii Medical Service Association and Blue Cross and Blue Shield Association. You are also acknowledging that we have advised you that [redacted]

You are further acknowledging that we have advised you that we are responsible for advancing all costs associated with the Action, and that you will not be responsible for paying any costs regardless of the outcome of the Action. Finally, you understand that if the Action is successful, that we may apply to the Court for an award of attorneys' fees. If you have any questions regarding the substance of this letter, please contact me. If not, please sign where indicated below.

Very truly yours,

THE WEISER LAW FIRM, P.C.

By: ______________________
David M. Promisloff

Signature

[redacted]

[redacted]