**Shuman Glenn Stecker, P.C.**

December 6, 2019

Marianita Lopez
Saccoccio & Lopez

Re: *Blue Cross/ Blue Shield litigation*

Dear Marianita:

By your signature below, you are acknowledging that Saccoccio & Lopez has agreed to be represented by Shuman Glenn Stecker, P.C. and such counsel as they deem appropriate to associate with in the above-referenced action (the "Action") related to Blue Cross/ Blue Shield and certain officers and directors.

You are further acknowledging that we have advised you that we are responsible for advancing all the costs associated with the Action, and that Saccoccio & Lopez will not be responsible for paying any costs regardless of the outcome of the Action.

Finally, you understand that if the Action is successful, that we may apply to the Court for an award of attorneys' fees. If you have any questions regarding the substance of this letter, please contact me. If not, please sign where indicated.

Sincerely,

Brett D. Stecker

By: ______________________
Marianita Lopez
On behalf of Saccoccio & Lopez

600 17TH STREET, SUITE 2800 SOUTH, DENVER, CO 80302
POST-MONTGOMERY CENTER, ONE MONTGOMERY STREET, SUITE 1800, SAN FRANCISCO, CA 94104

WWW.SHUMANLAWFIRM.COM | PHONE: 303.861.3003 | FAX: 303.536.7849

December 6, 2019

The Weiser Law Firm, P.C.
Attn: Robert B. Weiser
22 Cassatt Avenue
Berwyn, PA 19312

*Re: Blue Cross/ Blue Shield antitrust litigation*

Dear Mr. Weiser:

Please be advised that Saccoccio & Lopez ("S&L") has formally retained Shuman Glenn Stecker, P.C. ("SGS") in connection with the above-referenced matter, as S&L has chosen Brett Stecker to continue to serve as counsel to S&L following his separation from The Weiser Law Firm, P.C. Kindly transmit all of the materials in your firm's Blue Cross/ Blue Shield file to SGS forthwith. Thank you.

Very truly yours,

Marianita Lopez, on behalf of

SACCOCCIO & LOPEZ