FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE VAN WINKLE LAW FIRM

October 13, 2017

Charles D. Owen III, President
Sirocco Inc.
815 Town Mountain Road
Asheville NC 28804

Re: *Sirocco, Inc. v. Blue Cross Blue Shield of North Carolina, et.al.*

Dear Charlie:

Consistent with our discussions, The Van Winkle Law Firm ("Van Winkle") agrees to represent you in class action litigation on behalf of Sirocco and on behalf of classes of health insurance subscribers, to seek to recover any losses sustained as a result of Blue Cross Blue Shield of North Carolina, the Blue Cross Blue Shield Association, and any other defendants' alleged antitrust and other violations regarding Blue Cross Blue Shield of North Carolina practices in the health care markets of North Carolina and other states. In the case, we also plan to request that the Court order the defendants to reform their business practices going forward. The terms and conditions of our representation are as follows:

1. Van Winkle is pursuing this case solely on a contingency fee basis. In a class action such as this one, if the case is successful and results in a settlement or a judgment, the court must approve any award to us for attorneys' fees. Any award would come to us only out of class-wide proceeds, or out of funds that the Defendants agree to pay separately to us in connection with a settlement for the classes. The Court must approve all aspects of any fee and expense award process. **You are not responsible for paying anything to us.**

2. Van Winkle and the co-counsel with which it is working will advance all expenses that we incur in the prosecution of this litigation. Expenses are separate from attorneys' fees, and include such items as travel expenses, expert witness fees, deposition transcripts, copy charges, and other expenses which are incurred in pursuit of this litigation. If a recovery is obtained in this case, Van Winkle will ask the Court to grant reimbursement of its expenses out of any class-wide proceeds.

The Court will decide which expenses, if any, should be reimbursed. **We will not seek payment from you for any portion of these expenses.** Additionally, should the case prove to be unsuccessful, and we are required to pay any of the Defendants' fees or expenses, **you will not be responsible for any portion of those fees or expenses.**

3. You agree to serve as a class representative in this matter, meaning, you agree to cooperate in the preparation and any trial of this litigation, to appear on reasonable notice for deposition and court appearances, to provide documents and answer interrogatories as necessary, and to comply with all reasonable requests made of you in connection with the preparation and presentation of this litigation. [redacted] Van Winkle reserves the right to withdraw from its representation of you in your individual capacity if you fail to honor the terms of this retainer letter.

4. Van Winkle will consult with you regarding major litigation decisions such as issues relating to any settlement or appeal. As counsel for the class, however, we must act in the interests of the proposed class, and any certified class, as a whole.

As you know, this case is already ongoing, and we intend to substitute Sirocco, Inc, as a class representative in the Amended Consolidated Complaint on file in the case In Re Blue Cross Blue Shield Antitrust Litigation, MDL 2406, case number 2:13-cv-20000-RDP.

[redacted]

If you agree to the foregoing, please sign the duplicate originals in the space provided, returning one original to me and retaining the other original for your records. Thank you.

Very truly yours,

**THE VAN WINKLE LAW FIRM**

By: ______________________
Larry McDevitt

By: ______________________
David Wilkerson

AGREED TO AND ACCEPTED:

Sirocco, Inc.

By: ______________________ 10/17/17
Charles D. Owen III Date
President