FILED
2021 Oct-15 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Shuman Glenn Stecker, P.C.**

December 5, 2019

Nancy Thomas
[redacted]

Re: *Blue Cross/ Blue Shield litigation*

Dear Murray:

By your signature below, you are acknowledging that you have agreed to be represented by Shuman Glenn Stecker, P.C. and such counsel as they deem appropriate to associate with in the above-referenced action (the "Action") related to Blue Cross/ Blue Shield and certain officers and directors.

You are further acknowledging that we have advised you that we are responsible for advancing all the costs associated with the Action, and that you will not be responsible for paying any costs regardless of the outcome of the Action.

Finally, you understand that if the Action is successful, that we may apply to the Court for an award of attorneys' fees. If you have any questions regarding the substance of this letter, please contact me. If not, please sign where indicated.

Sincerely,

Brett D. Stecker

By: ______________________
Nancy Thomas

600 17TH STREET, SUITE 2800 SOUTH, DENVER, CO 80302
POST-MONTGOMERY CENTER, ONE MONTGOMERY STREET, SUITE 1800, SAN FRANCISCO, CA 94104
WWW.SHUMANLAWFIRM.COM | PHONE: 303.861.3003 | FAX: 303.536.7849

12/8/19