FILED
2021 Oct-18 PM 12:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** | : | **Master File 2:13-cv-20000-RDP** |
| | : | **This document relates to Subscriber Track cases** |

**PROPOSED AGENDA FOR FINAL APPROVAL HEARING**

**October 20, 2021 – Day 1**

Court Opening Remarks

Settlement Proponents' Opening Presentations

Providers' Comments

Objections – Part 1 (Sperling/Slater and Second Blue Bid objections)

- Injunctive Relief Objections
  - ESAs and Post-Settlement Conduct
  - Second Blue Bids
  - Taft Hartley Plans
  - Local Best Efforts
- Arbitration Clauses
- Non-Disparagement

1. Subscribers' Presentation
2. Defendants' Presentation
3. Presentation from Objectors (Sperling/Slater Objectors, Home Depot, GM, Post Holdings, Tenneco, Oregon Teamsters and Any Others)
4. Defendants' Rebuttal
5. Subscribers' Rebuttal

Objections – Part 2 (Bradley Arant and Self-Funded Subclass objections)

- Self-Funded Sub-Class Settlement Period
- Plan of Distribution FI/ASO Allocation
- Separate Representation of ASO Sub-Class

1. Subscribers' Presentation

2. Self-Funded Sub-Class Settlement Counsel Presentation
3. Direct & Cross-Examination of Dr. Mason
4. Presentation from Objectors (Bradley Arant Objectors)
5. Direct & Cross-Examination of Bradley Arant Objectors' Experts
6. Subscribers' Rebuttal
7. Self-Funded Sub-Class Settlement Counsel Rebuttal

**October 21, 2021 – Day 2**

Objections – Part 3 (Remaining objections)

- Monetary Relief
- Notice
- Plan of Distribution and Claims Process
- Attorneys' Fees and Expenses
- Additional Objections

1. Subscribers' Presentation
2. Defendants' Presentation
3. Presentation from Objectors (Prairie Island Indian Community Health, Christie Bluhm, David Behanna, George Cochran, David Tykulsker, James L. Hart, Robert D. Shattuck Jr. and Any Others)
4. Defendants' Rebuttal
5. Subscribers' Rebuttal

Response to DOL Concerns

1. Subscribers' Presentation
2. Defendants' Presentation
3. DOL Presentation
4. Defendants' Rebuttal
5. Subscribers' Rebuttal

Respectfully submitted,

/s/ David Guin

David Guin
Tammy Stokes
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600
Birmingham, AL 35203
Tel: (205) 226-2282
Fax: (205) 226-2357
davidg@gseattorneys.com
tammys@gseattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, the foregoing was filed with the Clerk of the Court and served on counsel of record via ECF.

/s/ David Guin