FILED
2021 Oct-18 PM 02:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| In re Blue Cross Blue Shield Antitrust Litigation,<br><br>MDL No. 2406. | Master File No. 2:13-CV-20000<br><br>The Honorable R. David Proctor<br><br>This document relates to Subscriber Track cases |

## COUNSEL'S NOTICE OF APPEARANCE FOR U.S. SECRETARY OF LABOR

I, Eirik Cheverud, appear in this case as counsel for Martin J. Walsh, the U.S. Secretary of Labor. As an attorney representing a United States agency, and as one with authorization to do so, I file this notice under Local Rule 83.1(c).

Date: October 18, 2021

Respectfully Submitted,

EIRIK CHEVERUD
Trial Attorney

Plan Benefits Security Division
Office of the Solicitor
U.S. Department of Labor
200 Constitution Ave. NW, N4611
Washington, DC 20210
202.693.5516 | cheverud.eirik.j@dol.gov