FILED
2021 Oct-19 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL 2406) | **Master File 2:13-CV-20000-RDP**<br><br>This document relates to Subscriber Track cases |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted to practice and in good standing in the United States District Court for the District of Columbia, authorized to appear in this action, and appear as counsel for Defendant Blue Cross Blue Shield Association.

Date: October 19, 2021

Respectfully submitted,

*/s/ Theresa S. Gee*

Theresa (Tess) S. Gee (DC Bar #983267)
Miller & Chevalier Chartered
900 Sixteenth St. NW
Black Lives Matter Plaza
Washington, DC 20006
Tel.: 202-626-5800
Fax: 202-626-5801
Email: tgee@milchev.com

*Counsel for Defendant*
*Blue Cross Blue Shield Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2021, I caused to be filed electronically the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

*/s/ Theresa S. Gee*
Tess Gee