FILED
2021 Oct-19 PM 04:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re Blue Cross Blue Shield Antitrust Litigation,<br><br>MDL No. 2406. | Master File No. 2:13-CV-20000<br><br>The Honorable R. David Proctor<br><br>This document relates to Subscriber Track cases |

**COUNSEL'S NOTICE OF APPEARANCE**
**FOR U.S. SECRETARY OF LABOR**

I, Jeffrey M. Hahn, appear in this case as counsel for Martin J. Walsh, U.S. Secretary of Labor. As an attorney representing a United States agency, and as one with authorization to do so, I file this notice under Local Rule 83.1(c).

Date: October 19, 2021

Respectfully Submitted,

/s/ Jeffrey Hahn

JEFFREY M. HAHN
Counsel for Litigation

U.S. Department of Labor
Office of the Solicitor
Plan Benefits Security Division
200 Constitution Ave. NW, N-4611
Washington, DC 20210
202.693.5695 | Hahn.Jeffrey.M@dol.gov