FILED
2021 Oct-19 PM 06:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| In re Blue Cross Blue Shield Antitrust Litigation,<br><br>MDL No. 2406. | Master File No. 2:13-CV-20000<br><br>The Honorable R. David Proctor<br><br>This document relates to Subscriber Track cases |

**COUNSEL'S NOTICE OF APPEARANCE
FOR U.S. SECRETARY OF LABOR**

I, Wayne R. Berry, appear in this case as counsel for Martin J. Walsh, the U.S. Secretary of Labor. As an attorney representing a United States agency, and as one with authorization to do so, I file this notice under Local Rule 83.1(c).

Date: October 18, 2021

Respectfully Submitted,

/s/ Wayne R. Berry

WAYNE R. BERRY
Deputy Associate Solicitor

Plan Benefits Security Division
Office of the Solicitor
United States Department of Labor
200 Constitution Ave. NW, N4611
Washington, DC 20210
Phone: 202.693.5585
Email: Berry.Wayne@dol.gov