FILED
2021 Oct-25 PM 12:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** This document relates to the Subscriber Track. |

**ORDER REGARDING CONTINUATION OF FINAL APPROVAL HEARING**

As discussed at the close of the Final Approval Hearing on Thursday, October 21, 2021, the court will hear argument from the parties and the United States Secretary of Labor concerning issues the Secretary contends are raised by the proposed settlement under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. Therefore, a continuation of the Final Approval Hearing is hereby scheduled to take place on **Wednesday, October 27, 2021, at 10:00 a.m. Central Time.** This hearing will take place **REMOTELY**, via Zoom video conference, and with telephone audio access provided for the public.

Those wishing to attend by Zoom **SHALL** make a request to the Special Master by **12:00 noon on Tuesday, October 26, 2021**. Other interested parties, counsel, and the public may attend the hearing by listening to the hearing free of charge via telephone by dialing (844) 291-5489, access code 1007496.

Judicial Conference policy provides that **ANY RECORDING OF THE HEARING BY ANYONE OTHER THAN THE COURT IS STRICTLY PROHIBITED**.[1]

[1] In 1972, the Judicial Conference of the United States adopted a prohibition against "broadcasting, televising, *recording*, or taking photographs in the courtroom and areas immediately adjacent thereto." The prohibition applies to criminal and civil cases.

**DONE** and **ORDERED** this October 25, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE