FILED
2021 Oct-26 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| | } | |
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | This document relates to the |
| **(MDL NO.: 2406)** | } | Subscriber Track. |
| | } | |

**ORDER**

This matter is before the court on the U.S. Secretary of Labor's Motion for Leave to File Statement of Interest and to Participate in Fairness Hearing. (Doc. # 2856). No one has notified the court of an objection to the Secretary's Motion.

The Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, requires that service of a notice of a proposed settlement of any covered class action be made upon the appropriate federal and state officials prior to final approval of the settlement. Under CAFA, final approval of a class action settlement cannot be given until 90 days after the required notice of the proposed settlement. On November 6, 2020, within 10 days after the proposed Subscriber Settlement was filed with the court, the appropriate federal and state government officials were sent notice of the proposed Subscriber Settlement as required by CAFA. (Doc. # 2704). At least 90 days have passed since that notice was issued.

CAFA's requisite 90-day time period allows government entities the time to comment on or object to the proposed settlement. Here, the Secretary seeks to comment on the settlement and participate in the Fairness Hearing. (Doc. # 2856).

"Unlike the Supreme Court Rules and the Federal Rules of Appellate Procedure, the Federal Rules of Civil Procedure do not specifically provide for the filing of amicus curiae briefs at the district court level. Nevertheless, district courts possess the inherent authority to appoint

'friends of the court' to assist in their proceedings." *In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006) (citing *Resort Timeshare Resales, Inc. v. Stuart*, 764 F. Supp. 1495, 1500-01 (S.D. Fla. 1991)).

Therefore, the U.S. Secretary of Labor's Motion for Leave to File Statement of Interest and to Participate in Fairness Hearing (Doc. # 2856) is **GRANTED IN PART**. The court has already scheduled time to hear argument from the Secretary with regard to the proposed Settlement. (Doc. # 2859). The Court accepts the Secretary's Statement of Interest as part of the Fairness Hearing record.

**DONE** and **ORDERED** this October 26, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE