FILED
2021 Nov-12 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

# Anthem 2010

## *Phase Three*

*Strategic Options Assessment*
*Recommended Strategies*

# Anthem Fully Insured and ASO



***Although margins are high for the Large Group ASO business, the Fully Insured business produces a significantly higher operating gain per member for Anthem.***

| Region | Large Group – FI Operating Gain PMPM | Large Group - ASO Operating Gain PMPM | Large Group - FI Operating Margin PMPM | Large Group – ASO Operating Margin PMPM |
|---|---|---|---|---|
| East | $19.81 | $4.63 | 6.0% | 19.3% |
| Southeast | $15.54 | $5.49 | 7.0% | 20.9% |
| Midwest | $11.98 | $1.71 | 4.8% | 8.8% |
| West | $25.11 | $0.77 | 10.1% | 3.0% |
| Average Across All Regions | $18.11 | $3.15 | | |

**Fully Insured business provides nearly 6 times as much Operating Gain PMPM as ASO**

Sources: Anthem Regional Business Plans