FILED
2021 Nov-12 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

# ASO Operating Vision, Distribution Strategy & Migration Plan 2013-2016

A Road Map towards Revenue Growth

5/8/2013



Florida Blue

In the pursuit of health

# EM 2013 ASO Operating Vision and Action Plan

| Situation | Position |
|---|---|
| Florida Blue has a substantial portion of its membership under an Administrative Services Only (ASO) arrangement (280 clients covering one million members). As a general statement, ASO fees continue to fall in the market place due to intense competition while demands for services continue to grow. In order to remain in the market, Florida Blue has utilized a market based approach to setting ASO fees which does not cover all our costs. | We need a different approach to the ASO market which allows for gaining additional revenue outside of the traditional health sale, and a sales incentive program with a focus on the appropriate behaviors, (e.g. additional revenue generation) to drive desired results. We must work to better understand our customer and consultatively sell these additional products including stop-loss and others to generate additional revenue, while focusing on improving our internal cost structure. We must explore other creative solutions offering low cost and high value solutions to employer markets. |
| **Complication** | **Benefit** |
| Our current Florida Blue ASO platform model does not allow for a base/buy-up approach based on both operational and contractual issues. This does not allow us to improve our financial position while fees are being pressed downward. Further it is likely that HCR will make ASO arrangements seem more attractive to many employers in the 100+ segment. | Maintain and grow appropriate market share. Enhance financial position. Enhance our value proposition and provide a competitive product approach to employer markets. Drive desired sales force behaviors. Offer more choice and flex bility to market. Support corporate mission, vision and values. |
| **Implication** | |
| This increase in volume to ASO at current fees not covering costs will drive ASO deeper into the red, impacting our competitiveness in the insured business. | |

## 2013 Action Plans

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]