# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br>(MDL NO. 2406) | Master File No. 2:13-CV-20000-RDP<br><br>This Document Relates to<br>Provider Track Cases |

## PROVIDER PLAINTIFFS' RESPONSE TO SUBSCRIBER PLAINTIFFS' AND DEFENDANTS' POST-HEARING BRIEFS IN SUPPORT OF FINAL APPROVAL

As Provider Plaintiffs pointed out at the Fairness Hearing, Section uuu at page 16 of the proposed Subscriber Settlement Agreement expressly exempts the Providers' claims. Subscriber counsel made this point in slide 20 of the presentation at the Preliminary Approval Hearing and stated: "The providers are not parties to the settlement. They did not participate in the settlement. And our view is that this has no effect on their case." 11/16/20 Tr. at 55. The Provider Plaintiffs agree and have not objected to the Subscribers' settlement. Consistent with what the Subscriber Plaintiffs have presented to the Court, the Provider Plaintiffs would like to make clear that resolution of the Subscribers' claims, which are based on the Blues' sale of health insurance and administrative services, cannot and should not prejudice any of the Providers' claims, which are based on the Blues' purchase of healthcare goods and services.

All issues relating to the Provider Claims should be decided in proceedings in the Provider Track. Nevertheless, in an abundance of caution, Provider Plaintiffs will briefly explain why their claims would not be affected by approval of the Subscriber settlement.

In particular, the elimination of the National Best Efforts rule and the introduction of a second Blue bid, both of which apply to the way that the Blues sell their services, do not affect whether the Blues' continued use of exclusive territories for contracting with Providers must be

1

judged under the *per se* rule. If the Subscriber settlement is approved, the final approval order should not state or imply that that it affects the standard of review for the Providers' claims.

If the Blues begin to compete on a non-branded basis due to the elimination of National Best Efforts, Subscribers will have more choices, but Providers may not. Blue Plans commonly include "all-products" or "affiliates" clauses in their agreements with Providers. Declaration of H.E. Frech, III, Ph.D. (June 21, 2021) (Doc. No. 2786-1) ¶ 4. These clauses obligate Providers to service subscribers covered by out-of-area Blue plans at the locally negotiated prices, regardless of the type and brand of the insurance. *Id.* To capture profit and revenue from out-of-area Blue Plans' "Green" business, Blue Cross and Blue Shield of Alabama, for example, could create a Green network, require all Alabama Providers to join it through all-products or affiliates clauses in their contracts, and rent the Green network to out-of-area Blues who wish to sell Green policies in Alabama. *Id.* ¶ 5. Renting this network could be very attractive to the out-of-area Blue Plans because the locally negotiated prices paid to the Providers are low. *Id.* In this scenario, the all-products and affiliates clauses allow BCBS-AL to aggregate its market share with the share of the Green entrants. *Id.* ¶ 6. If the process leads to a larger Blue plus Green market share, this will enhance the monopsonistic buying power of the local Blue, harming competition in the buying market and harming Providers. *Id.* ¶ 6.

Allowing a second Blue bid, which may help some National Accounts, will likely harm Providers. If Blue Plans do in fact provide second competitive bids, presumably more employers will choose Blue Plans, increasing the volume of business of out-of-area Blue Plans where the National Accounts are headquartered. Providers, however, do not get a second bid; they still may contract only with their local Blue Plan, and serve the members of the out-of-area Blue Plans through BlueCard. Because BlueCard creates inefficiency and delay, more of the Providers'

payments will be delayed, and their administrative costs will rise. Frech Decl. ¶ 12. Moreover, if second Blue bids cause the total market share of all Blue Plans within an area to rise, the market power of the local Blue Plan—the only one with which the Provider may contract to serve members of all Blue Plans—will *increase*. *Id.*

The very different effect of the Subscriber settlement on Subscribers and Providers is not the only reason to clarify that the Subscriber settlement does not affect the standard of review for the Providers' claims. Moving the Providers' claims to the rule of reason because of the elimination of National Best Efforts would open a rift between this Court and the Northern District of Illinois, which held that territorial market allocation for the purchase of healthcare services is *per se* unlawful, with or without a restriction on unbranded revenue. *In re Delta Dental Antitrust Litig.*, 484 F. Supp. 3d 627, 634–38 (N.D. Ill. 2020). *Delta Dental* involved an association remarkably similar to the Blue Cross Blue Shield Association: it licenses the Delta Dental trademark to a group of independent dental insurers, which control the association and agree not to contract with dental service providers outside their exclusive service areas. *Id.* at 631–32. Relying in part on this Court's opinion on the standard of review in this case, *Delta Dental* held that the use of exclusive services areas for contracting with dental service providers, on its own, must be judged under the *per se* standard. *Id.* at 634–38. At the risk of being repetitive, it must be emphasized that *Delta Dental* is a provider case.

Since the Subscriber Settlement exempts Provider claims, there is no reason that the Subscribers or the Blues would offer a compelling reason to distinguish *Delta Dental* from the Providers' claims here, and they have not. *Delta Dental* was decided on a motion to dismiss, but the Subscribers' and Blues' briefs identify no aspect of the Blues' rules governing exclusive service areas (as applied to Providers) that differs materially from the plaintiffs' allegations about

the Delta Dental system. (Doc. No. 2868 at 4–6; Doc. No. 2869 at 11 n.4.) In fact, the Subscribers' lead counsel represent the plaintiff dental service providers in *Delta Dental*, where they are proceeding under the *per se* rule for claims arising from exclusive service areas for branded business.

Finally, it would be procedurally improper for a final approval order to hold that the Providers' claims must be evaluated under the rule of reason by virtue of the Subscriber settlement. Such an important decision deserves full briefing and argument in the Provider Track, which has not occurred here.

## CONCLUSION

The Subscriber settlement will change the ways in which the Blue Plans can compete for Subscribers' business, but these changes do not apply directly to competition among Blue Plans for Providers' services, and they may in fact harm Providers. Therefore, a final approval order should not state or imply that it changes the standard of review for the Providers' claims. Any conclusion about the effect of the Subscriber settlement on the Providers' claims would be premature and unwarranted.

Dated: December 8, 2021                                      Respectfully submitted,

*/s/ Edith M. Kallas*                                        */s/ Joe R. Whatley, Jr.*
Edith M. Kallas – **Co-Lead Counsel**                        Joe R. Whatley, Jr. – **Co-Lead Counsel**
WHATLEY KALLAS, LLP                                          W. Tucker Brown
152 West 57th Street                                         WHATLEY KALLAS, LLP
41st Floor                                                   2001 Park Place North
New York, NY 10019                                           1000 Park Place Tower
Tel: (212) 447-7060                                          Birmingham, AL 35203
Fax: (800) 922-4851                                          Tel: (205) 488-1200
Email: ekallas@whatleykallas.com                             Fax: (800) 922-4851
                                                             Email: jwhatley@whatleykallas.com
                                                                        tbrown@whatleykallas.com

4

| | |
|---|---|
| Patrick J. Sheehan<br>WHATLEY KALLAS, LLP<br>101 Federal Street<br>19th Floor<br>Boston, MA 10019<br>Tel:  (617) 573-5118<br>Fax:  (617) 371-2950<br>Email: psheehan@whatleykallas.com | Deborah J. Winegard<br>WHATLEY KALLAS, LLP<br>1068 Virginia Avenue, NE<br>Atlanta, GA 30306<br>Tel:  (404) 607-8222<br>Fax:  (404) 607-8451<br>Email: dwinegard@whatleykallas.com |
| Henry C. Quillen<br>WHATLEY KALLAS, LLP<br>159 Middle Street, Suite 2C<br>Portsmouth, NH  03801<br>Tel:  (603) 294-1591<br>Fax:  (800) 922-4851<br>Email: hquillen@whatleykallas.com | E. Kirk Wood, Jr. – *Local Facilitating Counsel*<br>WOOD LAW FIRM LLC<br>P. O. Box 382434<br>Birmingham, AL 35238<br>Tel:  (205) 612-0243<br>Fax:  (205) 705-1223<br>Email: ekirkwood1@bellsouth.net |
| Charles Clinton Hunter<br>HAYES HUNTER PC<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Tel:  (281) 768-4731<br>Fax: (713) 583-7047<br>Email: chunter@hayeshunterlaw.com | Aaron S. Podhurst – *Plaintiffs' Steering Committee*<br>Peter Prieto – *Chair, Expert Committee*<br>PODHURST ORSECK, P.A.<br>One S.E. 3rd Avenue<br>Suite 2300<br>Miami, FL  33131<br>Tel:  (305) 358-2800<br>Fax:  (305) 358-2382<br>Email: apodhurst@podhurst.com<br>           pprieto@podhurst.com |
| Dennis Pantazis – *Plaintiffs' Steering Committee*<br>Brian Clark – *Discovery Committee*<br>WIGGINS CHILDS PANTAZIS FISHER GOLDFARB<br>The Kress Building<br>301 Nineteenth Street North<br>Birmingham, AL 35203<br>Tel:  (205) 314-0500<br>Fax:  (205) 254-1500<br>Email: dgp@wcqp.com<br>           bclark@wcqp.com | U.W. Clemon – *Plaintiffs' Steering Committee*<br>U. W. Clemon, LLC<br>5202 Mountain Ridge Parkway<br>Birmingham, AL  35222<br>Tel: (205) 837-2898<br>Email: clemonu@bellsouth.net |

Dennis C. Reich – *Chair, Damages Committee*
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel:  (713) 622-7271
Fax:  (713) 623-8724
Email:  dreich@rbfirm.net

Nicholas B. Roth – *Chair, Discovery Committee*
Julia Smeds Roth – *Discovery Committee*
EYSTER KEY TUBB ROTH MIDDLETON
  & ADAMS, LLP
402 East Moulton Street, SE
Decatur, AL 35602
Tel:  (256) 353-6761
Fax:  (256) 353-6767
Email: nbroth@eysterkey.com
         jroth@eysterkey.com

David A. Balto – *Expert Committee*
THE LAW OFFICES OF DAVID A. BALTO
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel:  (202) 789-5424
Fax:  (202) 589-1819
Email: david.balto@dcantitrustlaw.com

Joey K. James – *Litigation Committee*
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel:  (256) 764-0095
Fax:  (256) 767-5705
Email: joey@bunchandjames.com

J. Mark White – *Litigation Committee*
Augusta S. Dowd – *Chair, Litigation Committee*
Linda G. Flippo – *Discovery Committee*
WHITE ARNOLD & DOWD, P.C.
The Massey Building
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
Tel:  (205) 323-1888
Fax:  (205) 323-8907
Email: mwhite@whitearnolddowd.com
         adowd@whitearnolddowd.com
         lflippo@whitearnolddowd.com

Van Bunch – *Chair, Class Certification Committee*
BONNETT FAIRBOURN FRIEDMAN &
  BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel:  (602) 274-1100
Fax:  (602) 274-1199
Email: vbunch@bffb.com

Robert J. Axelrod – *Chair, Written Submissions Committee*
AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
Tel: (646) 448-5263
Fax: (212) 840-8560
Email: rjaxelrod@axelrodllp.com

W. Daniel Miles, III – *Written Submissions Committee*
BEASLEY ALLEN CROW METHVIN PORTIS
  & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel:  (800) 898-2034
Fax:  (334) 954-7555
Email: dee.miles@beasleyallen.com

Richard S. Frankowski – *Discovery Committee*
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, AL  35233
Tel:  (205) 390-0399
Fax: (205) 390-1001
Email: richard@frankowskifirm.com

John C. Davis – *Written Submissions Committee*
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel:  (850) 222-4770
Email: john@johndavislaw.net

Mark K. Gray – *Discovery Committee*
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel:  (502) 805-1800
Fax:  (502) 618-4059
Email: mgray@grayandwhitelaw.com

Stephen M. Hansen – *Class Certification Committee*
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel:  (253) 302-5955
Fax:  (253) 301-1147
Email: steve@stephenmhansenlaw.com

Harley S. Tropin – *Damages Committee*
Javier A. Lopez – *Discovery Committee*
KOZYAK TROPIN &
 THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel:  (305) 372-1800
Fax:  (305) 372-3508
Email: hst@kttlaw.com
           jal@kttlaw.com

Michael C. Dodge – *Expert Committee*
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel:  (972) 419-7172
Email: mdodge@gpm-law.com

Michael E. Gurley, Jr. – *Discovery Committee*
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel:  (205) 908-6512
Email: mgurleyjr@yahoo.com

Lynn W. Jinks, III – *Expert Committee*
Christina D. Crow – *Discovery Committee*
JINKS CROW & DICKSON, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel:  (334) 738-4225
Fax:  (334) 738-4229
Email: ljinks@jinkslaw.com
           ccrow@jinkslaw.com

Myron C. Penn – *Discovery Committee*
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel:  (334) 738-4486
Fax:  (334) 738-4432
Email: myronpenn28@hotmail.com

J. Preston Strom, Jr. – *Litigation Committee*
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel:  (803) 252-4800
Fax:  (803) 252-4801
Email: petestrom@stromlaw.com

| | |
|---|---|
| C. Wes Pittman – *Settlement Committee*<br>THE PITTMAN FIRM, P.A.<br>432 McKenzie Avenue<br>Panama City, FL 32401<br>Tel:  (850) 784-9000<br>Fax:  (850) 763-6787<br>Email: wes@pittmanfirm.com | Thomas V. Bender – *Discovery Committee*<br>Dirk L. Hubbard<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand Blvd., Suite 1100<br>Kansas City, MO 64108<br>Tel:  (816) 421-0700<br>Email:  tbender@hab-law.com<br>           dhubbard@hab-law.com |
| Robert B. Roden – *Litigation Committee*<br>SHELBY RODEN, LLC<br>2956 Rhodes Circle<br>Birmingham, AL 35205<br>Tel:  (205) 933-8383<br>Fax:  (205) 933-8386<br>Email: rroden@shelbyroden.com | Gregory S. Cusimano – *Litigation Committee*<br>CUSIMANO, ROBERTS & MILLS, LLC<br>153 South 9th Street<br>Gadsden, AL  35901<br>Phone: (256) 543-0400<br>Fax: (256) 543-0488<br>Email:  greg@alalawyers.net |
| Gary E. Mason – *Class Certification Committee*<br>WHITFIELD BRYSON & MASON, LLP<br>1625 Massachusetts Ave. NW, Suite 605<br>Washington, DC 20036<br>Tel:  (202) 429-2290<br>Fax:  (202) 640-1160<br>Email: gmason@wbmllp.com | Brian E. Wojtalewicz<br>WOJTALEWICZ LAW FIRM, LTD.<br>139 N. Miles Street<br>Appleton, MN 56208<br>Tel:  (320) 289-2363<br>Fax:  (320) 289-2369<br>Email: brian@wojtalewiczlawfirm.com |
| Michael L. Murphy – *Discovery Committee*<br>BAILEY GLASSER LLP<br>910 17th Street, NW, Suite 800<br>Washington, DC  20006<br>Tel:  (202) 463-2101<br>Fax: (202) 463-2103<br>Email: mmurphy@baileyglasser.com | Archie C. Lamb, Jr.<br>ARCHIE LAMB & ASSOCIATES, LLC<br>301 19th Street North, Suite 585<br>The Kress Bldg.<br>Birmingham, AL 35203-3145<br>(205) 458-1210<br>Email: alamb@archielamb.com |
| Lance Michael Sears<br>SEARS & SWANSON, P.C.<br>First Bank Building<br>2 North Cascade Avenue, Suite 1250<br>Colorado Springs, CO 80903<br>Tel:  (719) 471-1984<br>Fax:  (719) 577-4356<br>Email: lance@searsassociates.com | Paul Lundberg<br>LUNDBERG LAW, PLC<br>600 4TH Street, Suite 906<br>Sioux City, IA  51101<br>Tel:  (712) 234-3030<br>Fax:  (712) 234-3034<br>Email:  paul@lundberglawfirm.com |

Jessica Dillon
Ray R. Brown
Molly Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK  99501
Tel:  (907) 277-5400
Fax:  (907) 277-9896
Email:  Jessica@dillonfindley.com
           Ray@dillonfindley.com
           Molly@dillonfindley.com

Cynthia C. Moser
HEIDMAN LAW FIRM
1128 Historic 4th Street
P. O. Box 3086
Sioux City, IA  51101
Tel:  (712) 255-8838
Fax  (712) 258-6714
Email:  Cynthia.Moser@heidmanlaw.com

Gwen Simons
Simons & Associates Law, P.A.
P.O. Box 1238
Scarborough, ME 04070-1238
Tel: (207) 205-2045
Fax: (207) 883-7225
Email: gwen@simonsassociateslaw.com