FILED

2021 Dec-28  PM 04:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ) | |
| ) | |
| IN RE:  BLUE CROSS BLUE SHIELD ) | **Master File No. 2:13_CV-20000-RDP** |
| ) | |
| ANTITRUST LITIGATION ) | |
| ) | |
| (MDL No. 2406) ) | This document relates to all cases. |
| ) | |
| ) | |
| ) | |

## <u>MOTION TO WITHDRAW</u>

COMES NOW James L. Priester, of the law firm of Maynard, Cooper & Gale, P.C.,

respectfully moves this Court to enter an order allowing him to withdraw as counsel of record for

Blue Cross and Blue Shield of Alabama in the following proceedings:

- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama et al*; 2:16-cv-00774
- *American Surgical Assistants, Inc. v. Blue Cross and Blue Shield of Alabama et al*; 2:16-cv-00775
- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P.* v. Blue Cross Blue Shield of Alabama, et al; 2:15-cv-02296
- *Conway et al v. Blue Cross and Blue Shield of Alabama et al*; 2:15-cv-02295
- *Conway et al v. Blue Cross and Blue Shield of Alabama et al;* 2:15-cv-01550
- *Jerry L. Conway, D.C. et al v. Blue Cross and Blue Shield of Alabama, Anthem, Inc. et al*; 2:15-cv-01475
- *Hospital Service District 1 of the Parish of East Baton Rouge, Louisiana v. Blue Cross and Blue Shield of Alabama et al*; 2:15-cv-01476
- *Conway et al v. Blue Cross and Blue Shield of Alabama et al;* 2:15-cv-01349
- *Conway et al v Blue Cross Blue Shield of Alabama et al;* 2:15-cv-01345
- *Conway, D.C. et al v. Blue Cross and Blue Shield of Alabama et al*; 2:15-cv-01346
- *Conway et al v. Blue Cross and Blue Shield of Alabama et al;* 2:15-cv-01347
- *Conway et al v. Blue Cross and Blue Shield of Alabama et al*; 2:15-cv-01348
- *Melson v. Blue Cross and Blue Shield of Alabama et al;* 3:13-cv-00625
- *In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406*; 2:13-cv-20000

- *Surgical Center for Excellence LLP et al v. Blue Cross and Blue Shield of Alabama et al*; 2:13-cv-00001
- *Conway v. Blue Cross and Blue Shield of Alabama et al*; 2:12-cv-02532
- *American Surgical Assistants, Inc. v. Blue Cross and Blue Shield of Alabama et al;* 2:16-cv-00775
- *Chiropractic Plus, P.C. v. Blue Cross and Blue Shield of Texas et al;* 2:13-cv-00303

Maynard, Cooper & Gale, P.C. will continue to represent Defendant Blue Cross and Blue Shield of Alabama.

WHEREFORE, the undersigned requests that the Court grant this Motion and allow James L. Priester to withdraw as counsel.

Respectfully submitted, this the 28th day of December 2021.

Respectfully submitted,

*/s/ James L. Priester*
James L. Priester
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
Birmingham, AL 35203
Phone: 205-254-1000
jpriester@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on 28th day of December 2021, the foregoing was electronically filed with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

*/s/ James L. Priester*

James L. Priester

06249357.1