IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406),<br><br>    Plaintiff,<br><br>_____ | )<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER:<br>) Master File No. 2:13-CV-20000-<br>) RDP<br>)<br>) |

### SELF-FUNDED SUBCLASS OBJECTORS' OBJECTION TO MOTION FOR SUPPLEMENTAL NOTICE TO SELF-FUNDED ACCOUNTS

The Self-Funded Subclass Objectors object to one aspect of the Motion for Supplemental Notice to Self-Funded Accounts. (Doc. 2885). The Supplemental Notice Plan incorporates and relies upon the same incorrect and prejudicial date of September 1, 2015 to define the earliest bound of the class definition for the Self-Funded Subclass. This date is based on the flawed statute of limitations analysis to which the Self-Funded Subclass Objectors have previously objected. The Self-Funded Subclass Objectors incorporate their arguments from their objection (Doc. 2812-19), the reply in support of their objection (Doc. 2845), their arguments at the fairness hearing, and their post-hearing briefing (Doc. 2877) regarding the use of September 1, 2015 as the starting date for determining membership in the Self-Funded Subclass.

Membership in the Self-Funded Subclass should be determined by reference to February 7, 2008, the date used for the Fully Insured Class.

Respectfully submitted this 18th day of January 2022.

*s/J. Thomas Richie*
One of the Attorneys for Objectors

OF COUNSEL
Michael R. Pennington
J. Thomas Richie
Emily M. Ruzic
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200

Richard D. Nix
Henry D. Hoss
M. Richard Mullins
Mark D. Spencer
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                     */s/ J. Thomas Richie*
                                                    J. Thomas Richie