# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | ) ) ) ) ) ) **Master File No. 2:13-CV-20000-RDP** This document relates to all cases. |

## MOTION TO WITHDRAW

The following Crowell & Moring LLP counsel move this Court to allow them to withdraw as counsel of record for Blue Cross Blue Shield of Arizona ("BCBS-AZ") in the referenced MDL:

Kathleen Taylor Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

Sarah M. Gilbert
Honor R. Costello
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com
hcostello@crowell.com

This motion to withdraw also applies to the following underlying actions:

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:12-cv-02532

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1345

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1346

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1347

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1348

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1349

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1475

- *Hosp. Serv. Dist. 1 of the Parish of E. Baton Rouge, La. d/b/a Lane Reg'l Med. Ctr. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-1476

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1550

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2295

- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2296

- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0774

- *Am. Surgical Assistants, Inc., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0775

- *Caldwell v. Blue Cross and Blue Shield of Alabama, et al.*, 2:19-cv-00565

- *Reyes v. Blue Cross and Blue Shield of Alabama, et al.*, 2:21-cv-1235

Counsel from Cravath, Swaine & Moore LLP have filed appearances for, and will continue to represent, BCBS-AZ.

Dated:  January 21, 2022                                   Respectfully submitted,

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy
