# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br>MDL NO. 2406 | Master File No. 2:13-CV-2000-RDP<br><br>This document relates to all cases. |

## MOTION TO WITHDRAW

The following Lightfoot Franklin & White, LLC counsel move this Court to allow them to withdraw as counsel of record for Blue Cross Blue Shield of Arizona ("BCBS-AZ") in the referenced MDL:

John M. Johnson (ASB-7318-O52J)
Brian P. Kappel (ASB-1831-B44K)
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Fax: (205) 581-0799
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

This motion to withdraw also applies to the following underlying actions:

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:12-cv-02532

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1345

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1346

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1347

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1348

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1349

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1475

- *Hosp. Serv. Dist. 1 of the Parish of E. Baton Rouge, La. d/b/a Lane Reg'l Med. Ctr. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-1476

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1550

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2295

- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2296

- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0774

- *Am. Surgical Assistants, Inc., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0775

- *Caldwell v. Blue Cross and Blue Shield of Alabama, et al.*, 2:19-cv-00565

- *Reyes v. Blue Cross and Blue Shield of Alabama, et al.*, 2:21-cv-1235

Counsel from Cravath, Swaine & Moore, LLP have filed appearances for, and will continue to represent, BCBS-AZ.

Dated:  February 11, 2022.                     Respectfully submitted,

                                                          /s/ *Brian P. Kappel*_____
John M. Johnson (ASB-7318-O52J)
Brian P. Kappel (ASB-1831-B44K)
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0716
Fax: (205) 380-9116
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ *Brian P. Kappel*
Brian P. Kappel (ASB-1831-B44K)