FILED
2022 Feb-15 PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** **This document relates to all cases.** |

# ORDER REGARDING PROVIDER ECONOMICS DAY II

The Provider Track of this case is **SET** for a status conference at **9:00 a.m. on Tuesday, March 1, 2022** in New York, New York **at the offices of Cravath, Swaine & Moore LLP**, 825 8th Avenue, New York, NY 10019. Attendance is limited to twelve attorneys for Providers and twelve attorneys for the Blues, plus necessary presenters. For safety and security purposes, counsel attending who are in person **SHALL** notify the Special Master of that fact. For those unable to attend in person, the Special Master will provide a call-in number and Zoom access information for the plenary session of the conference.

The purpose of this status conference is to conduct a Provider-specific "Provider Economics Day" to allow the parties to the Provider Track an opportunity to provide the court with an overview of the economic issues associated with the case in an *objective* format and *without* advocacy. Recognizing that the purpose of Provider Economics Day is to educate the court on these issues in a non-adversarial manner, the following ground rules will govern Provider Economics Day:

1. Provider Economics Day presentations will be "off the record." Although there may be a court reporter, this (and any transcript) is solely for the court's convenience. Matters occurring during this Provider Economics Day *shall not be publicly disclosed, used, or admissible for any purpose* in the litigation. Attendance will be limited. No counsel or any other

person, present in person or via Zoom or telephone, shall utilize any form of recording during the proceedings. If, for any reason, a presenter becomes a witness in the litigation, the presentation may not be used to cross examine or impeach the presenter in as much as the purpose of such presentations is solely to educate the court about the economic issues in the Provider Track litigation. All persons attending Provider Economics Day agree, as a condition of their attendance, to all of the ground rules set forth herein.

2. The Blues shall provide the court with their pre-Provider Economics Day submission **on or before February 23, 2022**. Similarly, Provider Plaintiffs shall provide the court with their pre-Provider Economics Day submissions **on or before February 23, 2022**.

3. The presenters at Provider Economics Day presenters will not be placed under oath. Nor will presenters be subject to cross examination. The court will have the opportunity to ask questions of the presenters as the court deems appropriate. The court may (or may not) consider requests from counsel or the parties to pose certain questions to a party, participant, counsel or expert.

4. The court anticipates that the format will be lecture-style presentations that incorporate the use of demonstrative visual aids. Parties will be allowed to lead the presenters through a modified direct format to focus the lecture presentation.

5. The anticipated schedule for Provider Economics Day is as follows:

a. Provider Economics Day will commence **at 9:00 a.m**.;

b. Provider Plaintiffs will be allowed from **9:00 a.m. to 11:30 a.m**. for their presentation;

c. The Blues will be allowed from **12:30 p.m. to 3:00 p.m**. for their presentation.

**DONE** and **ORDERED** this February 15, 2022.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE