IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD | } } } | Master File No.: 2:13-CV-20000-RDP |
| ANTITRUST LITIGATION (MDL NO.: 2406) | } } } | This document relates to the Provider Track |

### ORDER OF DISMISSAL

In accordance with the accompanying Memorandum Opinion, Certain Defendants'[1] Motion for Partial Summary Judgment (Doc. # 2753) is **GRANTED**. Final judgment **SHALL** be entered in favor of Defendants on the claims asserted by Plaintiffs Charles H. Clark III, M.D., Robert W. Nesbitt, M.D., Luis R. Pernia, M.D., Corey Musselman, M.D., Julie McCormick, M.D., L.L.C., Harbir Makin, M.D., Hillside Family Medicine, LLC, Ear, Nose & Throat Consultants and Hearing Services, P.L.C., and Kathleen Cain, M.D. These named Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this February 16, 2022.

_R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] "Certain Defendants" are Blue Cross Blue Shield of Arizona, Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Nebraska, Blue Cross Blue Shield of North Dakota, Blue Cross Blue Shield of Wyoming, Highmark Western and Northeastern New York Inc. (formerly HealthNow New York Inc. d/b/a BlueCross BlueShield of Western New York and BlueShield of Northeastern New York), USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield, Highmark BCBSD Inc. d/b/a Highmark Blue Cross Blue Shield Delaware, Blue Cross and Blue Shield of Vermont, California Physicians' Service d/b/a Blue Shield of California, and Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield.