FILED
2022 Mar-11 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>This Document relates to all cases. |

# NOTICE OF WITHDRAWAL OF ATTORNEY FOR DEFENDANT BLUE CROSS BLUE SHIELD OF MICHIGAN

PLEASE TAKE NOTICE that Edmund Saw withdraws as counsel for Defendant Blue Cross Blue Shield of Michigan, based on his leaving the law firm of Shearman & Sterling LLP.

Todd M. Stenerson and Brian Hauser will continue as counsel of record for Defendant Blue Cross Blue Shield of Michigan.

Dated: March 11, 2022

Respectfully submitted,

/s/ *Todd M. Stenerson*

Todd M. Stenerson
SHEARMAN & STERLING LLP
901 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: (202) 508-8093
Fax: (202) 508-8100
Todd.Stenerson@Shearman.com

*Counsel for Defendant Blue Cross Blue Shield of Michigan*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March 2022, I filed the foregoing using the electronic filing system, which will send notification of such filing to all counsel of record.

/s/ *Todd M. Stenerson*
Todd M. Stenerson