FILED
2022 Mar-23 PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** |

## ORDER

This case is **SET** for a status conference at **9:30 a.m. on Monday, May 16, 2022,** in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The Special Master will provide Zoom and/or telephone access information for those unable to attend in person. **On or before Wednesday, May 11, 2022**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this March 23, 2022.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE