IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | : Master File 2:13-cv-20000-RDP : : : : : This document relates to : Subscriber Track cases |

**NOTICE OF WITHDRAWAL OF ATTORNEY FOR SUBSCRIBER PLAINTIFFS'**

PLEASE TAKE NOTICE that Kimberly Francis withdraws as counsel for Subscriber Plaintiffs, based on her leaving the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP. William A. Isaacson of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Subscriber Plaintiffs in the matter.

Dated: April 15, 2022
New York, N.Y.

Respectfully submitted,

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

/s/      Kimberly Francis

Kimberly Francis
1285 Avenue of the Americas
New York, N.Y. 10019-6064
Tel: (212) 373-3140
Fax: (212) 492-0140
Email: kfrancis@paulweiss.com

*Counsel for Subscriber Plaintiffs*

1

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 15th day of April 2022 caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                             /s/   *Kimberly Francis*
                                             Kimberly Francis