FILED
2022 Apr-21 PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) | |
| | ) | Master File No. |
| (MDL 2406) | ) | 2:13-CV-20000-RDP |
| | ) | |

# NOTICE OF APPEARANCE

**COMES NOW**, Jessica M. Haynes of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and hereby enters her Notice of Appearance as additional counsel on behalf of Jerry L. Conway, in the above-styled case.

Respectfully submitted this 21st day of April, 2022.

/s/ Jessica M. Haynes
Jessica M. Haynes (ASB-3854-V14F)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
301 St. Louis Street
Mobile, Alabama 36602
Telephone: (251) 308-1515
Facsimile: (334) 954-7555
Email: jessi.haynes@beasleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above listed matter.

/s/ Jessica M. Haynes
OF COUNSEL