IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | : : Master File 2:13-cv-20000-RDP : : : : This document relates to : Subscriber Track cases |

**MOTION CERTIFYING COMPLIANCE WITH THE COURT'S FEBRUARY 4, 2022 ORDER REGARDING SUPPLEMENTAL NOTICE**

On February 4, 2022, the Court entered an order directing Settlement Class Counsel to cause supplemental notice to issue to Self-Funded Entity Accounts. ECF No. 2897 ("Supplemental Notice Order"). Since that order issued, Settlement Class Counsel has worked with JND to implement the Supplemental Notice Plan, in the form approved by the Court, to provide notice to Self-Funded Entity Accounts, as described in the attached Declaration of Jennifer M. Keough regarding Supplemental Notice Plan and Settlement Administration ("Keough Decl.").

By March 18, 2022, as required by the Supplemental Notice Order, JND: 1) sent more than 183,000 direct notices (postcards and emails) to Self-Funded Entity Accounts (Keough Decl. ¶ 5); 2) conducted a supplemental entity media campaign with digital notice placements on LinkedIn and top business and human resources websites, with nearly one million impressions (*id.* ¶ 6); 3) placed notices in leading business and healthcare employee benefits e-newsletters, sent to over 1.4 million subscribers (*id.* ¶ 7); and 4) purchased keywords related to the Settlement, particularly those included in the Supplemental Notice, causing 26,509 impressions to be delivered (*id.* ¶ 8). This robust Supplemental Notice Plan provided the best notice practicable for Self-Funded Entity Accounts under Fed. R. Civ. P. 23. *Id.* ¶ 28.

The Supplemental Notice Plan provided Self-Funded Entity Accounts an opportunity to opt-out, or to object to the form of the Supplemental Notice, by May 2, 2022. *Id.* ¶ 27; *see also* Supplemental Notice Order at ¶ 5. As of May 10, 2022, JND has received 39 timely opt-out requests and 0 timely objections to the Supplemental Notice. Keough Decl. ¶ 27. A list of timely and valid exclusion requests is attached as Exhibit G to the Keough Declaration.

Settlement Class Counsel hereby certifies compliance with the Court's Supplemental Notice Order.

Date: May 10, 2022

Respectfully submitted,

  /s/ David Boies
David Boies – ***Co-Lead Counsel***
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

  /s/ Michael D. Hausfeld
Michael D. Hausfeld – ***Co-Lead Counsel***
Swathi Bojedla – ***Discovery Committee***
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com
sbojedla@hausfeld.com

Charles J. Cooper – ***Co-Chair, Written Submissions Committee & PSC Member***
COOPER & KIRK, PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

Megan Jones – ***Settlement Committee & PSC Member***
Arthur Bailey – ***Discovery Committee***
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mjones@hausfeld.com
abailey@hausfeld.com

Chris T. Hellums – ***Local Facilitating Counsel***
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place N, 1100 Park Place Tower
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
chrish@pittmandutton.com

Gregory Davis – ***Settlement Committee & PSC Member***
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
Tel: (334) 832-9080
Fax: (334) 409-7001
gldavis@knology.net

Kathleen Chavez – ***Settlement Committee & PSC Member***
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
kcc@fmcolaw.com

Carl S. Kravitz – ***Expert Committee***
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Tel: (202) 778-1800
Fax: (202) 822-8106
ckravitz@zuckerman.com

William A. Isaacson – ***Settlement Committee & PSC Member***
PAUL WEISS
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7313
Fax: (202) 379-4937
wisaacson@paulweiss.com

Cyril V. Smith – ***Settlement Committee & PSC Member***
ZUCKERMAN SPAEDER, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel: (410) 949-1145
Fax: (410) 659-0436
csmith@zuckerman.com

David Guin – ***Co-Chair, Written Submissions Committee***
Tammy Stokes – ***Damages Committee***
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. North
Suite 600/Title Building
Birmingham, AL 35203
Tel: (205) 226-2282
Fax: (205) 226-2357
davidg@gseattorneys.com
tammys@gseattorneys.com

Richard Feinstein – ***Expert Committee***
Karen Dyer – ***Expert Committee***
Hamish P.M. Hume – ***Discovery Committee***
BOIES, SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
rfeinstein@bsfllp.com
kdyer@bsfllp.com
hhume@bsfllp.com

Mindee Reuben
Lite DePalma Greenberg
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Tel:  (267) 314-7980
Fax: (973) 623-0858
mreubin@litedepalma.com

Nate Cihlar
Joshua Callister
Srauss & Boies
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel:  (703) 764-8700
Fax:  (703) 764-8704
ncihlar@straus-boies.com
jcallister@straus-boies.com

Patrick Cafferty – *Discovery Committee*
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
150 S. Wacker Drive, Suite 300
Chicago, IL 60606
Tel: (312) 782-4880
pcafferty@caffertyclobes.com

Bryan Clobes – *Litigation Committee*
Ellen Meriwether – *Written Submissions Committee*
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
2005 North Monroe Street
Media, PA 19063
Tel: (215) 864-2800
Fax: (215) 864-2810
bclobes@caffertyclobes.com
emeriwether@caffertyclobes.com

Andrew Lemmon – Chair, Discovery Committee
LEMMON LAW FIRM
15058 River Road
PO Box 904
Hahnville, LA 70057
Tel: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Virginia Buchanan – Chair, Class Certification Committee
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7000
Fax: (850) 435-7020
vbuchanan@levinlaw.com

Douglas Dellaccio – *Litigation Committee*
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 32505
Tel: (205) 328-2200
Fax: (205) 324-7896
ddellaccio@cwcd.com

Larry McDevitt – *Chair, Class Certification Committee*
David Wilkerson – *Discovery Committee*
VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Tel: (828) 258-2991
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Edwin J. Kilpela, Jr.
Benjamin Sweet – ***Litigation Committee***
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110
ekilpela@dsclaw.com
bsweet@dsclaw.com

Charles T. Caliendo – ***Class Certification Committee***
GRANT & EISENHOFER
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
ccaliendo@gelaw.com

Daniel Gustafson – ***Litigation Committee***
Daniel C. Hedlund – ***Damages Committee***
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

John Saxon – ***Litigation Committee***
JOHN D. SAXON, P.C.
2119 3rd Avenue North
Birmingham, AL 35203-3314
Tel: (205) 324-0223
Fax: (205) 323-1583
jsaxon@saxonattorneys.com

Robert M. Foote – ***Damages Committee***
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 797-3339
Fax: (630) 232-7452
rmf@fmcolaw.com

Robert Eisler – ***Discovery Committee***
GRANT & EISENHOFER
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
reisler@gelaw.com

Brent Hazzard – ***Litigation Committee***
HAZZARD LAW, LLC
447 Northpark Drive
Ridgeland, MS 39157
Tel: (601) 977-5253
Fax: (601) 977-5236
brenthazzard@yahoo.com

Lawrence Jones – ***Damages Committee***
JONES WARD PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
Tel:  (502) 882-6000
Fax: (502) 587-2007
larry@jonesward.com

| | |
|---|---|
| Robert Methvin – ***Chair, Settlement Committee*** <br> James M. Terrell – ***Class Certification Committee*** <br> MCCALLUM, METHVIN & TERRELL, P.C. <br> The Highland Building <br> 2201 Arlington Avenue South <br> Birmingham, AL 35205 <br> Tel: (205) 939-0199 <br> Fax: (205) 939-0399 <br> rgm@mmlaw.net <br> jterrell@mmlaw.net | Michael McGartland – ***Class Certification Committee*** <br> MCGARTLAND & BORCHARDT LLP <br> 1300 South University Drive, Suite 500 <br> Fort Worth, TX 76107 <br> Tel: (817) 332-9300 <br> Fax: (817) 332-9301 <br> mike@attorneysmb.com |
| H. Lewis Gillis – ***Co-Head Chair, Litigation Committee*** <br> MEANS GILLIS LAW, LLC <br> 3121 Zelda Court <br> Montgomery, AL 36106 <br> Tel: 1-800-626-9684 <br> hlgillis@tmgslaw.com | David J. Hodge – ***Chair, Settlement Committee*** <br> MORRIS, KING & HODGE <br> 200 Pratt Avenue NE <br> Huntsville, AL 35801 <br> Tel: (256) 536-0588 <br> Fax: (256) 533-1504 <br> lstewart@alinjurylaw.com |

*Counsel for Subscriber Plaintiffs*

                                                         */s/ Warren T. Burns*
                                                         Warren T. Burns
                                                         BURNS CHAREST LLP
                                                         900 Jackson Street, Suite 500
                                                         Dallas, Texas 75202
                                                         Tel: (469) 904-4550
                                                         Fax: (469) 444-5002
                                                         wburns@burnscharest.com

                                            *Counsel for the Self-Funded Sub-Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, the foregoing was filed with the Clerk of the Court and served on counsel of record via ECF.

/s/ Michael D. Hausfeld

Michael D. Hausfeld