FILED
2022 May-11 AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | : | **Master File No. 2:13-cv-20000-RDP** |
| | : | **This document relates to: All Cases** |

# WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Alicia L. Shelton hereby withdraws her appearance of as counsel for Subscriber Plaintiffs and requests her removal from the service list for the above-referenced action. As of June 3, 2022, Ms. Shelton will no longer be associated with the law firm of Zuckerman Spaeder LLP. The remaining attorneys at Zuckerman Spaeder LLP, including Cyril V. Smith and Daniel P. Moylan, will continue to serve as counsel of record for Subscriber Plaintiffs and all future correspondence and papers in this action should be directed to them.

Date: May 11, 2022

Respectfully submitted,

*/s/ Alicia L. Shelton*
Alicia L. Shelton
Zuckerman Spaeder LLP
100 E Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
E-mail: ashelton@zuckerman.com

*Attorney for Subscriber Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, I electronically filed and served the foregoing document with the Clerk of Court and all counsel of record through the Court's CM/ECF system.

*/s/ Alicia L. Shelton*

Alicia L. Shelton
Zuckerman Spaeder LLP
100 E Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
E-mail: ashelton@zuckerman.com

*Attorney for Subscriber Plaintiffs*