IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD** : | |
| **ANTITRUST LITIGATION** : | Master File 2:13-cv-20000-RDP |
| **MDL 2406** : | |
| : | |
| : | |
| : | This document relates to |
| : | all cases |

# SPECIAL MASTER'S REPORT REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON MAY 16, 2022, AT 9:30 A.M. (Central)

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's March 23, 2022 Order (Document 2908), files this Report providing a proposed Agenda for the Court's Status Conference on May 16, 2022, at 9:30 a.m. (Central), before the Honorable R. David Proctor, as follows:

1.   The status of the Subscriber-Track cases.

2.   The status of the Provider-Track cases.

3.   Any other issues.

Respectfully submitted this 11th day of May, 2022.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner & Benson, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Office
(205) 960-2533 Cell Phone
egentle@gtandslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 11th day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

                            /s/ Edgar C. Gentle, III
                            Edgar C. Gentle, III
                            Court-Appointed Special Master