IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | Master File No. 2:13-CV-20000-RDP<br><br>This document relates to Provider-Track cases. |

**DEFENDANTS' RESPONSE TO PROVIDER PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING THE PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE STANDARD OF REVIEW**

On May 13, 2022, Providers filed a notice of supplemental authority in connection with the pending standard of review motions, pointing the Court to the Ninth Circuit's decision in *The PLS.com, LLC v. National Association of Realtors*, 32 F.4th 824 (9th Cir. 2022).  (*See* Doc. 2918.)  *PLS.com* is an out-of-circuit decision, and holds only that the complaint adequately pleaded a claim sufficient to survive a motion to dismiss.  The decision is not binding on this Court and did not address (much less decide) the standard to be applied to any antitrust claim.  As such, it does not affect the standard of review motions pending before this Court.

Nor does *PLS.com* stand for any of the propositions Providers claim.

*First*, Providers are wrong that *PLS.com* supports a *per se* standard for Providers' group boycott claim.  (*See* Doc. 2918 at 1–2.)  As stated above, the Ninth Circuit was not evaluating the appropriate standard of review, but rather was assessing the sufficiency of plaintiffs' allegations when taken as true.  32 F.4th at 837.  In fact, the Ninth Circuit made this very point: "Although we hold that PLS has adequately alleged a *per se* group boycott, we leave to the district court to determine in the first instance whether it should apply *per se* analysis or rule of reason analysis at later stages in this litigation."  *Id.*  Providers twist this language to

argue that "[t]he Ninth Circuit recognized that whether the standard of review can be determined depends on the stage of the case." (*See* Doc. 2918 at 2.) That, of course, is not at all what the Ninth Circuit was saying. Rather, it was merely underscoring that allowing a *per se* claim to survive *a motion to dismiss* does not dictate the standard of review that will apply *at the merits stage*.

*Second*, to the extent Providers are attempting to use *PLS.com* to argue that the Court need not decide the standard of review applicable to the Blues' service areas (Doc. 2918 at 2), they are mistaken. As long as Providers have any claim for relief—whether for damages or an injunction—after April 27, 2021 (the date on which NBE was eliminated), the Court must decide the standard of review under which to evaluate those claims. By its own terms, the Court's April 2018 standard of review decision covers *only* the period when NBE was in effect.[1] (Doc. 2063 (SoR Op.) at 36–37 ("[T]he court need not decide whether the Blue Plans' service area allocations alone constitute a *per se* violation of Section 1" because "Plaintiffs have presented evidence of an aggregation of competitive restraints"); Doc. 2641 (Preliminary Approval Order) at 48 (with the elimination of NBE, the April 2018 "standard of review opinion would no longer apply").) And nowhere does *PLS.com*—a decision made at the pleading stage—ever suggest that a claim may be tried without an applicable antitrust standard.

*Third*, Providers' assertion that they need additional discovery before the Court can determine the post-NBE standard of review only confirms that the applicable standard must be the rule of reason. (Doc. 2918 at 3.) Indeed, *PLS.com* itself observes that the *per se* standard

---

[1] As the Court is aware, Defendants also maintain that the April 2018 Order should not apply to Providers' claims even for the period when NBE was in effect because, among other reasons, NBE was a subscriber-facing rule from which Providers have identified no damages. Moreover, there is not, and never has been, any restriction on unbranded competition on the Provider side of this two-sided market. (Doc. 2728 (Defs.' Opening SoR Br.) at 25–26.)

is limited to the very narrow set of cases where the restrictions are so plainly anticompetitive that they can be presumed such "without inquiry into the particular market context in which [they] are found." 32 F.4th at 833 (quoting *Nat'l Collegiate Athletic Ass'n v. Bd. of Regents of Univ. of Okla.*, 468 U.S. 85, 100 (1984)). If Providers need further discovery into that market context—particularly after the years of discovery that has already taken place on Blue System service areas—that alone confirms that Blue System service areas are not a *per se* unlawful restraint. But that result is not surprising. After all, "[a]greements to protect trademarks . . . should not immediately be assumed to be anticompetitive"; instead, courts should "presume they are procompetitive." *1-800 Contacts, Inc. v. F.T.C.*, 1 F.4th 102, 116 (2d Cir. 2021).

*Fourth*, the Ninth Circuit in *PLS.com* did not "reject[]" Defendants' argument that "Providers' group boycott claim cannot be judged under the *per se* rule because there is a dispute about the proper definition of the relevant market." (Doc. 2918 at 1.) In opposing Providers' motion for summary judgment (Doc. 2760), Defendants argued, among other things, that Providers had not demonstrated one of the key requirements of a *per se* group boycott claim: evidence that the boycotting firms possess market power. (Doc. 2760 (Defs.' Opp. Br.) at 23–25.) Among other failures of proof on this issue, Providers never defined the relevant market—a market which, in this case, must account for both sides of a two-sided transaction platform. (*Id.*) *PLS.com* did not address this requirement, much less reject the relevance of two-sided market features when assessing market power. Rather, the defendant in *PLS.com* "d[id] not seriously dispute" that the plaintiff had "adequately alleged that they have market power." 32 F.4th at 835 n.5.

For all these reasons, the Ninth Circuit's decision in *PLS.com* is not instructive here, or only further supports Defendants on the renewed standard of review motions pending before the Court.

Dated:  May 31, 2022

Respectfully submitted,

/s/ *Evan R. Chesler*
Evan R. Chesler
Christine A. Varney
Karin A. DeMasi
Lauren R. Kennedy
Helam Gebremariam
David H. Korn
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
cvarney@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
hgebremariam@cravath.com
dkorn@cravath.com

*Coordinating Counsel for Defendant Blue Cross and Blue Shield Association; Counsel for Defendants Blue Cross and Blue Shield of Alabama; Blue Cross Blue Shield of Arizona; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina, Inc.; BlueCross BlueShield of Tennessee, Inc.; California Physicians' Service d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care*

*Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa)*

Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Peter Bisio
Elizabeth Jose
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
peter.bisio@hoganlovells.com
elizabeth.jose@hoganlovells.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
Sarah J. Donnell
Christa C. Cottrell, P.C.
Zachary Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com
sarah.donnell@kirkland.com
christa.cottrell@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Blue Cross Blue Shield Association*

Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com

5

of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC  29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon; Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc; Defendants Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; BlueCross BlueShield of Tennessee, Inc.*

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500

mhogewood@wallacejordan.com

*Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross Blue Shield of Arizona; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark Blue Cross Blue Shield Delaware Inc.; California Physicians' Service d/b/a Blue Shield of California; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)*

Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL  35203
Tel: (205) 254-1000
Fax: (205) 254-1999
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Pamela B. Slate
HILL CARTER FRANCO COLE & BLACK, P.C.
425 South Perry Street
Montgomery, AL  36104

Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action; Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*


Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

*Counsel for Defendants Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska*


Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX 75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*With Cravath, Swaine & Moore LLP, counsel for Defendant Blue Cross Blue Shield of Alabama*


Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
jzeiger@kirkland.com

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark Blue Cross Blue Shield Delaware Inc.; Highmark Western and Northeastern New York Inc.*


Jonathan M. Redgrave
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com

*Additional Counsel for HCSC and*

7

Tel: (251) 405-1300  
Fax: (251) 432-6843  
hjk@ajlaw.com  

*Counsel for Defendants CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.*

R. David Kaufman  
M. Patrick McDowell  
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC  
190 East Capitol Street  
The Pinnacle Building, Suite 100  
Jackson, MS  39201  
Tel: (601) 948-3101  
Fax: (601) 960-6902  
dkaufman@brunini.com  
pmcdowell@brunini.com  

Cheri D. Green  
BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY  
P.O. Box 1043  
Jackson, MS  39215  
Tel: (601) 932-3704  
cdgreen@bcbsms.com  

*Counsel for Defendant Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company*

Michael A. Naranjo  
FOLEY & LARDNER LLP  
555 California Street, Suite 1700  
San Francisco, CA  94104  
Tel: (415) 984-9847  
Fax: (415) 434-4507  
mnaranjo@foley.com  

Alan D. Rutenberg  
Benjamin R. Dryden  
FOLEY & LARDNER LLP  
3000 K Street, N.W., Suite 600  
Washington, DC  20007  

*Highmark Defendants*

Todd M. Stenerson  
Brian C. Hauser  
SHEARMAN & STERLING LLP  
401 9th Street, N.W., Suite 800  
Washington, DC  20004  
Tel: (202) 508-8000  
Fax: (202) 508-8100  
todd.stenerson@shearman.com  
brian.hauser@shearman.com  

Sarah L. Cylkowski  
Thomas J. Rheaume, Jr.  
BODMAN PLC  
1901 Saint Antoine Street  
6th Floor at Ford Field  
Detroit, MI  48226  
Tel: (313) 259-7777  
Fax: (734) 930-2494  
scylkowski@bodmanlaw.com  
trheaume@bodmanlaw.com  

Andy P. Campbell  
A. Todd Campbell  
Yawanna N. McDonald  
CAMPBELL PARTNERS LLC  
505 North 20th Street, Suite 1600  
Birmingham, AL  35203  
Tel: (205) 224-0750  
Fax: (205) 224-8622  
andy@campbellpartnerslaw.com  
todd@campbellpartnerslaw.com  
yawanna@campbellpartnerslaw.com  

*Counsel for Defendant Blue Cross and Blue Shield of Michigan*

John Briggs  
Rachel Adcox  
Jeny M. Maier  
AXINN, VELTROP & HARKRIDER, LLP  
1901 L Street, N.W.  
Washington, DC  20036  

8

Tel: (202) 672-5300  
Fax: (202) 672-5399  
arutenberg@foley.com  
bdryden@foley.com  

*Counsel for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield*

Robert K. Spotswood  
Michael T. Sansbury  
Joshua K. Payne  
Jess R. Nix  
Morgan B. Franz  
SPOTSWOOD SANSOM & SANSBURY LLC  
Financial Center  
505 20th Street North, Suite 700  
Birmingham, AL  35203  
Tel: (205) 986-3620  
Fax: (205) 986-3639  
rks@spotswoodllc.com  
msansbury@spotswoodllc.com  
jpayne@spotswoodllc.com  
jnix@spotswoodllc.com  
mfranz@spotswoodllc.com  

*Counsel for Defendant Capital BlueCross*

Robert R. Riley, Jr.  
RILEY & JACKSON, P.C.  
3530 Independence Drive  
Birmingham, AL  35209  
Tel: (205) 879-5000  
Fax: (205) 879-5901  
rob@rileyjacksonlaw.com  

*Counsel for Defendants Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; BlueCross BlueShield of Tennessee, Inc.*

Edward S. Bloomberg  
John G. Schmidt Jr.  
Anna Mercado Clark  

Tel: (202) 912-4700  
Fax: (202) 912-4701  
jbriggs@axinn.com  
radcox@axinn.com  
jmaier@axinn.com  

Stephen A. Rowe  
Aaron G. McLeod  
ADAMS AND REESE LLP  
Regions Harbert Plaza  
1901 6th Avenue North, Suite 3000  
Birmingham, AL  35203  
Tel: (205) 250-5000  
Fax: (205) 250-5034  
steve.rowe@arlaw.com  
aaron.mcleod@arlaw.com  

*Counsel for Defendant Independence Blue Cross*

Kathleen Taylor Sooy  
Tracy A. Roman  
Sarah Gilbert  
Honor Costello  
CROWELL & MORING LLP  
1001 Pennsylvania Avenue, N.W.  
Washington, DC  20004  
Tel: (202) 624-2500  
Fax: (202) 628-5116  
ksooy@crowell.com  
troman@crowell.com  
sgilbert@crowell.com  
hcostello@crowell.com  

John M. Johnson  
Brian P. Kappel  
LIGHTFOOT FRANKLIN & WHITE LLC  
The Clark Building  
400 20th Street North  
Birmingham, AL  35203  
Tel: (205) 581-0700  
Fax: (205) 581-0799  
jjohnson@lightfootlaw.com  
bkappel@lightfootlaw.com  

9

PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY  14203
Tel: (716) 847-8400
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

Stephen A. Walsh
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL
100 Corporate Parkway
One Lake Level
Birmingham, AL  35242
Tel: (205) 572-4107
Fax: (205) 572-4199
swalsh@wwhgd.com

*Counsel for Defendant, Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, incorrectly sued as Excellus BlueCross BlueShield of New York*

*Counsel for Defendants Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska; Blue Cross Blue Shield of North Dakota; Blue Cross Blue Shield of Wyoming*

David J. Zott, P.C.
Daniel E. Laytin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Evan R. Chesler*
Evan R. Chesler