# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** <br> **BLUE CROSS BLUE SHIELD** <br> **ANTITRUST LITIGATION** <br> **(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This Document Relates to** <br> **Provider Track Cases** |

### PROVIDER PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PROVIDERS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING THE PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE STANDARD OF REVIEW

The Provider Plaintiffs write briefly to address two misconceptions and one erroneous argument in the Defendants' response to the Providers' notice of supplemental authority (Doc. No. 2923).

In response to the Defendants' first and second points, the Providers do not propose that this Court need not determine the standard of review applicable to the Blues' service areas. Instead, the Providers recognize, as the court did in *PLS.com*, that the standard of review is a legal decision based on determinations of fact. If genuine factual disputes exist, they must be resolved before the standard of review can be determined. This can happen as late as trial. *See* Doc. No. 2747 at 9.

In response to the Defendants' third point, the Providers' acknowledgment that discovery will be supplemented before trial does not support applying the rule of reason. As the Defendants themselves assert, the standard of review focuses on the nature of the restrictions themselves, not their particular market context. Doc. No. 2923 at 1–2. After the close of discovery, the Blues purported to change the nature of the restrictions themselves, and it is on that issue—not the particular market context—that further discovery would be required before the Blues could hope to obtain summary judgment on the standard of review for exclusive service areas.

Finally, in response to the Defendants' fourth point, it is flatly incorrect that the Providers "never defined the relevant market." Doc. No. 2923 at 3. The Providers explained why a full market definition is unnecessary for their group boycott claim, but went a step further and explicitly defined the market as the "market for the purchase of healthcare services that is limited to commercial patients." Doc. No. 2729 at 10. The Defendants' real argument is not that the market is undefined, but that the parties dispute whether the market is two-sided. Doc. No. 2923 at 3. But that argument is based on *American Express*, Doc. No. 2756 at 24 ("Providers have committed the same fatal mistake as plaintiffs in *Ohio v. American Express*"), and the Defendants have conceded that *American Express* does not affect the standard of review, Doc. No. 2752 at 12.

Dated: June 6, 2022                                             Respectfully submitted,

/s/ Barry A. Ragsdale
Barry Alan Ragsdale – ***Plaintiffs' Liaison Counsel and Discovery Liaison Counsel***
Dominick Feld Hyde, PC
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL  35205
Tel:  (205) 536-8888
bragsdale@dfhlaw.com

/s/ Edith M. Kallas
Edith M. Kallas – ***Co-Lead Counsel***
WHATLEY KALLAS, LLP
152 West 57th Street
41st Floor
New York, NY  10019
Tel:  (212) 447-7060
Fax:  (800) 922-4851
Email: ekallas@whatleykallas.com

/s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr. – ***Co-Lead Counsel***
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel:  (205) 488-1200
Fax:  (800) 922-4851
Email: jwhatley@whatleykallas.com
           tbrown@whatleykallas.com

Patrick J. Sheehan
WHATLEY KALLAS, LLP
101 Federal Street
19th Floor
Boston, MA 10019
Tel:  (617) 573-5118
Fax:  (617) 371-2950
Email: psheehan@whatleykallas.com

Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel:  (603) 294-1591
Fax:  (800) 922-4851
Email: hquillen@whatleykallas.com

Charles Clinton Hunter
HAYES HUNTER PC
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel:  (281) 768-4731
Fax: (713) 583-7047
Email: chunter@hayeshunterlaw.com

Dennis Pantazis – *Plaintiffs' Steering Committee*
Brian Clark – *Discovery Committee*
WIGGINS CHILDS PANTAZIS FISHER
 GOLDFARB
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel:  (205) 314-0500
Fax:  (205) 254-1500
Email: dgp@wcqp.com
          bclark@wcqp.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel:  (404) 607-8222
Fax:  (404) 607-8451
Email: dwinegard@whatleykallas.com

E. Kirk Wood, Jr. – *Local Facilitating Counsel*
WOOD LAW FIRM LLC
P. O. Box 382434
Birmingham, AL 35238
Tel:  (205) 612-0243
Fax:  (205) 705-1223
Email: ekirkwood1@bellsouth.net

Aaron S. Podhurst – *Plaintiffs' Steering Committee*
Peter Prieto – *Chair, Expert Committee*
PODHURST ORSECK, P.A.
One S.E. 3rd Avenue
Suite 2300
Miami, FL  33131
Tel:  (305) 358-2800
Fax:  (305) 358-2382
Email: apodhurst@podhurst.com
          pprieto@podhurst.com

U.W. Clemon – *Plaintiffs' Steering Committee*
U. W. Clemon, LLC
5202 Mountain Ridge Parkway
Birmingham, AL  35222
Tel: (205) 837-2898
Email: clemonu@bellsouth.net

3

| | |
|---|---|
| Dennis C. Reich – ***Chair, Damages Committee***<br>REICH & BINSTOCK, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Tel:  (713) 622-7271<br>Fax:  (713) 623-8724<br>Email:  dreich@rbfirm.net | J. Mark White – ***Litigation Committee***<br>Augusta S. Dowd – ***Chair, Litigation Committee***<br>Linda G. Flippo – ***Discovery Committee***<br>WHITE ARNOLD & DOWD, P.C.<br>The Massey Building<br>2025 Third Avenue North, Suite 500<br>Birmingham, AL 35203<br>Tel:  (205) 323-1888<br>Fax:  (205) 323-8907<br>Email: mwhite@whitearnolddowd.com<br>          adowd@whitearnolddowd.com<br>          lflippo@whitearnolddowd.com |
| Nicholas B. Roth – ***Chair, Discovery Committee***<br>Julia Smeds Roth – ***Discovery Committee***<br>EYSTER KEY TUBB ROTH MIDDLETON<br>  & ADAMS, LLP<br>402 East Moulton Street, SE<br>Decatur, AL 35602<br>Tel:  (256) 353-6761<br>Fax:  (256) 353-6767<br>Email: nbroth@eysterkey.com<br>          jroth@eysterkey.com | Van Bunch – ***Chair, Class Certification Committee***<br>BONNETT FAIRBOURN FRIEDMAN &<br>  BALINT, P.C.<br>2325 E. Camelback Road, Suite 300<br>Phoenix, AZ 85016<br>Tel:  (602) 274-1100<br>Fax:  (602) 274-1199<br>Email: vbunch@bffb.com |
| David A. Balto – ***Expert Committee***<br>THE LAW OFFICES OF DAVID A. BALTO<br>1350 I Street, N.W., Suite 850<br>Washington, DC 20005<br>Tel:  (202) 789-5424<br>Fax:  (202) 589-1819<br>Email: david.balto@dcantitrustlaw.com | Robert J. Axelrod – ***Chair, Written Submissions Committee***<br>AXELROD LLP<br>800 Third Avenue, Suite 2800<br>New York, NY 10022<br>Tel: (646) 448-5263<br>Fax: (212) 840-8560<br>Email: rjaxelrod@axelrodllp.com |
| Joey K. James – ***Litigation Committee***<br>BUNCH & JAMES<br>P. O. Box 878<br>Florence, AL 35631<br>Tel:  (256) 764-0095<br>Fax:  (256) 767-5705<br>Email: joey@bunchandjames.com | W. Daniel Miles, III – ***Written Submissions Committee***<br>BEASLEY ALLEN CROW METHVIN PORTIS<br>  & MILES, P.C.<br>218 Commerce Street<br>Montgomery, AL 36104<br>Tel:  (800) 898-2034<br>Fax:  (334) 954-7555<br>Email: dee.miles@beasleyallen.com |

Richard S. Frankowski – *Discovery Committee*
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, AL  35233
Tel:  (205) 390-0399
Fax: (205) 390-1001
Email: richard@frankowskifirm.com

John C. Davis – *Written Submissions Committee*
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel:  (850) 222-4770
Email: john@johndavislaw.net

Mark K. Gray – *Discovery Committee*
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel:  (502) 805-1800
Fax:  (502) 618-4059
Email: mgray@grayandwhitelaw.com

Stephen M. Hansen – *Class Certification Committee*
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel:  (253) 302-5955
Fax:  (253) 301-1147
Email: steve@stephenmhansenlaw.com

Harley S. Tropin – *Damages Committee*
Javier A. Lopez – *Discovery Committee*
KOZYAK TROPIN &
  THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel:  (305) 372-1800
Fax:  (305) 372-3508
Email: hst@kttlaw.com
           jal@kttlaw.com

Michael C. Dodge – *Expert Committee*
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel:  (972) 419-7172
Email: mdodge@gpm-law.com

Michael E. Gurley, Jr. – *Discovery Committee*
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel:  (205) 908-6512
Email: mgurleyjr@yahoo.com

Lynn W. Jinks, III – *Expert Committee*
Christina D. Crow – *Discovery Committee*
JINKS CROW & DICKSON, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel:  (334) 738-4225
Fax:  (334) 738-4229
Email: ljinks@jinkslaw.com
           ccrow@jinkslaw.com

Myron C. Penn – *Discovery Committee*
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel:  (334) 738-4486
Fax:  (334) 738-4432
Email: myronpenn28@hotmail.com

J. Preston Strom, Jr. – *Litigation Committee*
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel:  (803) 252-4800
Fax:  (803) 252-4801
Email: petestrom@stromlaw.com

C. Wes Pittman – *Settlement Committee*
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue
Panama City, FL 32401
Tel:  (850) 784-9000
Fax:  (850) 763-6787
Email: wes@pittmanfirm.com

Robert B. Roden – *Litigation Committee*
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel:  (205) 933-8383
Fax:  (205) 933-8386
Email: rroden@shelbyroden.com

Gary E. Mason – *Class Certification Committee*
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DC 20036
Tel:  (202) 429-2290
Fax:  (202) 640-1160
Email: gmason@wbmllp.com

Michael L. Murphy – *Discovery Committee*
BAILEY GLASSER LLP
910 17th Street, NW, Suite 800
Washington, DC  20006
Tel:  (202) 463-2101
Fax: (202) 463-2103
Email: mmurphy@baileyglasser.com

Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel:  (719) 471-1984
Fax:  (719) 577-4356
Email: lance@searsassociates.com

Thomas V. Bender – *Discovery Committee*
Dirk L. Hubbard
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Tel:  (816) 421-0700
Email:  tbender@hab-law.com
            dhubbard@hab-law.com

Gregory S. Cusimano – *Litigation Committee*
CUSIMANO, ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL  35901
Phone: (256) 543-0400
Fax: (256) 543-0488
Email:  greg@alalawyers.net

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel:  (320) 289-2363
Fax:  (320) 289-2369
Email: brian@wojtalewiczlawfirm.com

Archie C. Lamb, Jr.
ARCHIE LAMB & ASSOCIATES, LLC
301 19th Street North, Suite 585
The Kress Bldg.
Birmingham, AL 35203-3145
(205) 458-1210
Email: alamb@archielamb.com

Paul Lundberg
LUNDBERG LAW, PLC
600 4TH Street, Suite 906
Sioux City, IA  51101
Tel:  (712) 234-3030
Fax:  (712) 234-3034
Email:  paul@lundberglawfirm.com

Jessica Dillon
Ray R. Brown
Molly Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK  99501
Tel:  (907) 277-5400
Fax:  (907) 277-9896
Email:  Jessica@dillonfindley.com
           Ray@dillonfindley.com
           Molly@dillonfindley.com

Cynthia C. Moser
HEIDMAN LAW FIRM
1128 Historic 4th Street
P. O. Box 3086
Sioux City, IA  51101
Tel:  (712) 255-8838
Fax  (712) 258-6714
Email:  Cynthia.Moser@heidmanlaw.com

Gwen Simons
Simons & Associates Law, P.A.
P.O. Box 1238
Scarborough, ME 04070-1238
Tel: (207) 205-2045
Fax: (207) 883-7225
Email: gwen@simonsassociateslaw.com