# Exhibit A

| | |
|---|---|
| **From:** | Tucker Brown |
| **To:** | Lauren Kennedy |
| **Subject:** | Re: BCBS MDL |
| **Date:** | Tuesday, June 7, 2022 8:28:13 AM |
| **Attachments:** | Draft Provider Submission on Remand.pdf |

Lauren—following up on your email below, attached is a draft of our Submission on Remand—we are happy to discuss at your convenience.

Tucker

**From:** Lauren Kennedy <lkennedy@cravath.com>
**Date:** Friday, June 3, 2022 at 10:04 AM
**To:** Tucker Brown <TBrown@whatleykallas.com>
**Subject:** BCBS MDL

[EXTERNAL]

Tucker,

I believe the parties need to meet and confer about the items the Court should address prior to any remand. I'm reaching out to start that process and to figure out how you all want to proceed. Do you want to send us your list in the first instance, and then we can discuss any additions/modifications we might have?

Lauren

--------------------------------------------------------------------
This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.