FILED
2022 Jul-15 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

GALACTIC FUNK TOURING, INC., ET AL.,

Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF ALABAMA, ET AL.,

Defendants.
____________________________________________/

MDL No. 2406

JURY TRIAL DEMANDED

Master File No. 2:13-CV-20000-RDP

This document relates to: Subscriber Track cases

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned law firm has been retained as counsel of record for certain class action members in this proceeding who have opted out of the settlement and who are plaintiffs in the pending action styled *Hoover, et al. v. Blue Cross and Blue Shield Ass'n, et al.*, Case No. 2:22-cv-00261-RDP. Until further notice, please direct copies of all future pleadings, papers, and/or inquiries related to this matter to the undersigned law firm.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed electronically and was sent by E-Mail from the Florida Courts' E-Filing Portal system on all counsel or parties of record on July 15, 2022.

Respectfully Submitted By:

Gulisano Law, PLLC
5645 Coral Ridge Drive, Suite 207
Coral Springs, FL 33076
954-947-3972 – office
954-947-3910 – fax
michael@gulisanolaw.com – email

s/ Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573