FILED
2022 Aug-15 PM 05:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | **Master File No. 2:13-CV-20000-RDP** This document relates to all cases. |

**MOTION TO WITHDRAW**

The following Crowell & Moring LLP counsel move this Court to allow them to withdraw as counsel of record for Highmark Western and Northeastern New York Inc., formerly known and sued as HealthNow New York Inc. d/b/a BlueCross BlueShield of Western New York and BlueShield of Northeastern New York,[1] in the referenced MDL:

Kathleen Taylor Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

Sarah M. Gilbert
Honor R. Costello
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com
hcostello@crowell.com

This motion to withdraw also applies to the following underlying actions:

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:12-cv-02532
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1345
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1346

[1] In certain underlying cases, HealthNow New York Inc., BlueCross BlueShield of Western New York and BlueShield of Northeastern New York were incorrectly sued as separate defendants.

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1347
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1348
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1349
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1475
- *Hosp. Serv. Dist. 1 of the Parish of E. Baton Rouge, La. d/b/a Lane Reg'l Med. Ctr. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-1476
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1550
- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2295
- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2296
- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0774
- *Am. Surgical Assistants, Inc., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0775
- *Caldwell v. Blue Cross and Blue Shield of Alabama, et al.*, 2:19-cv-00565

Kirkland & Ellis LLP counsel will continue representing Highmark Western and Northeastern New York Inc. in the MDL and referenced underlying actions.

Dated: August 15, 2022

Respectfully submitted,

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy