FILED
2022 Aug-17 PM 12:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| | } | |
| **IN RE: BLUE CROSS BLUE SHIELD** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |
| | } | |

# ORDER

This case is **SET** for a status conference at **9:00 a.m. on Monday, October 3, 2022,** in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The court anticipates that it will conduct caucuses following the status conference. The court, via the Special Master, will provide remote access instructions for those unable to attend in person.

**On or before Wednesday, September 28, 2022**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this August 17, 2022.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE