IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | ) ) ) ) ) ) ) Master File No. 2:13-CV-20000-RDP |

# NOTICE OF APPEAL

Self-Funded Subclass Objectors Topographic, Inc. and Employee Services, Inc. hereby give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment in this action entered by the District Court on August 9, 2022 (Doc. 2931), and amended on September 7, 2022 (Doc. 2939), along with all interlocutory rulings leading up to the final judgment and all subsequent orders premised thereon, including but not limited to the order awarding fees and costs to class counsel (Doc. 2932).

1

Respectfully submitted this 7th day of September, 2022.

                                             *s/J. Thomas Richie*
                                      One of the Attorneys for Objectors

<u>OF COUNSEL</u>
Michael R. Pennington
J. Thomas Richie
Emily M. Ruzic
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mpennington@bradley.com
trichie@bradley.com
eruzic@bradley.com

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
ssmith@bradley.com

Richard D. Nix
Henry D. Hoss
M. Richard Mullins
Mark D. Spencer
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
richard.nix@mcafeetaft.com
henry.hoss@mcafeetaft.com
richard.mullins@mcafeetaft.com
mspencer@mcafeetaft.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ J. Thomas Richie*
J. Thomas Richie
