# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ) <br> ) <br> ANTITRUST LITIGATION ) <br> (MDL NO. 2406) ) <br> ) | **Master File No.:** <br> **2:13-CV-20000-RDP** |

## NOTICE OF APPEAL

Objector Home Depot U.S.A., Inc., together with all its parents, subsidiaries, affiliates, and associated benefit plans who are—to the extent not excluded by the Settlement Agreement or Court Order—members of the Injunctive Relief Class ("Home Depot"), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the FINAL ORDER AND JUDGMENT GRANTING APPROVAL OF SUBSCRIBER CLASS ACTION SETTLEMENT AND APPOINTING SETTLEMENT ADMINISTRATOR entered by the Court on August 9, 2022 [Dkt. 2931] and amended by the Court on September 7, 2022 [Dkt. 2939].

Respectfully submitted this 8th day of September, 2022.

*/s/ Frank M. Lowrey IV*
Frank M. Lowrey IV
GA Bar No. 410310
lowrey@bmelaw.com
Ronan P. Doherty
GA Bar No. 224885
doherty@bmelaw.com
E. Allen Page
GA Bar No. 640163
page@bmelaw.com
BONDURANT MIXSON
& ELMORE, LLP
1201 West Peachtree St NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2022, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all known counsel of record.

*/s/ Frank M. Lowrey IV*
Frank M. Lowrey IV
GA Bar No. 410310
lowrey@bmelaw.com
BONDURANT MIXSON
& ELMORE, LLP
1201 West Peachtree St NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111