IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD | } | Master File No.: 2:13-CV-20000-RDP |
| ANTITRUST LITIGATION | } | |
| | } | NOTICE OF APPEAL |
| (MDL NO.: 2406) | } | |

Objectors Jennifer Cochran and Aaron Craker hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Order And Judgment Granting Approval Of Subscriber Class Action Settlement And Appointing Settlement Administrator (ECF No. 2931) entered on August 9, 2022, and Order Awarding Subscriber Plaintiffs' Counsel Attorneys' Fees and Expenses (ECF No. 2932) also entered on August 9, 2022.

_____
JENNIFER COCHRAN
205 Marytena Drive
Louisville, KY  40214
502-377-8542
jennicochran@gmail.com

_____
AARON CRAKER
205 Marytena Drive
Louisville, KY  40214
502-762-8938
mcdrvitamin@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I mailed this Notice of Appeal to the Clerk of the Court of the United States District Court for the Northern District of Alabama by UPS overnight express mail with instructions to file the Notice electronically into the USDC CM/ECF system.

_____
George Cochran