IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406) | Master File 2:13-CV-20000-RDP |

## NOTICE OF APPEAL

Notice is hereby given that David G. Behenna, a class member, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's: (1) Order Awarding Subscriber Plaintiffs' Counsel Attorneys' Fees and Expenses, entered on August 9, 2022 (Doc. # 2932); and (2) Final Order and Judgment Granting Approval of Subscriber Class Action Settlement and Appointing Settlement Administrator, as entered on August 9, 2022 (Doc. # 2931) (limited to provisions in the Final Order that are related to the Attorneys' Fees and Expenses Order), each Order filed in relation to Case 2:13-CV-20000-RDP.

Respectfully submitted,

David G. Behenna
*Pro Se*

155 Fleet Street
Portsmouth, NH 03801
Tel: 603-964-4688
Fax: 603-836-4249
dgbehenna@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406) | ) ) ) ) ) ) Master File 2:13-CV-20000-RDP |

## CERTIFICATE OF SERVICE

I certify that on September 7, 2022, I mailed via USPS First Class Mail David G. Behenna's Notice of Appeal to the parties set forth, below.

Date: September 7, 2022

David G. Behenna

---

Lauren R Kennedy
CRAVATH SWAINE & MOORE LLP
825 8th Avenue
New York, NY 10019

Winnifred Lewis
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019

Alicia L Shelton
DOJ–USAO
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201

Davis Cooper
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

M Patrick McDowell
BRUNINI GRANTHAM GROWER & HEWES
424 Church St, Ste. 20000
Nashville, TN

Edgar C Gentle, III
Gentle Turner Sexton & Harbison
501 Riverchase Parkway E, Suite 100
Hoover, AL 35244

Anjori Mitra
Calcaterra Pollack LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036

Harold S Reeves
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W
Washington, DC 20036

Terri Olive Tompkins
ROSEN HARDWOOD
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401

Alan McQuarrie Mansfield
WHATLEY KALLAS, LLP
16870 W. Bernardo Dr, Suite 400
San Diego, CA 92127

David S Stone
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922

Helen Lynne Eckinger
Waller Lansden Dortch & Davis LLP
1901 6th Avenue North
Birmingham, AL 352

| | | |
|---|---|---|
| Andrew M Stone<br>STONE LAW FIRM LLC<br>437 Grant Street, Suite 1806<br>Pittsburgh, PA 15219 | Anna Louise Hart<br>HART LAW LLC<br>400 Vestavia Parkway, Suite 100<br>Vestavia, AL 35216 | Annesley H DeGaris<br>Two North Twentieth, Ste. 1030<br>Birmingham, AL 35203 |
| Anthony F. Jackson<br>BECK & AMSDEN<br>1946 Stadium Drive, Suite 1<br>Bozeman, MT 59715 | Anu M Brady<br>MCCALLUM METHVIN & TERRELL<br>The Highland Bldg<br>2201 Arlington Ave South<br>Birmingham, AL 35216 | Archibald I Grubb, II<br>BEASLEY ALLEN CROW METHVIN<br>PORTIS & MILES PC<br>272 Commerce St, PO Box 4160<br>Montgomery, AL 36103-4160 |
| Archie C Lamb, Jr<br>ARCHIE LAMB AND ASSOCIATES<br>P.O. Box 2088<br>Birmingham, AL 35201 | Arthur N Bailey, Jr<br>HAUSFELD LLP<br>44 Montgomery St, Suite 3400<br>San Francisco, CA 94104 | Augusta Salem Dowd<br>WHITE ARNOLD & DOWD, PC<br>2025 3rd Ave N, Ste 500<br>Birmingham, AL 35203 |
| Barry A Ragsdale<br>DOMINICK FELD HYDE PC<br>1130 22nd Street South, Suite 4000<br>Birmingham, AL 35205 | Ben W Gordon, Jr<br>LEVIN PAPANTONIO THOMAS<br>MITCHELL RAFFERTY & PROCTOR<br>316 South Baylen St, Suite 600<br>Pensacola, FL 32502 | Benjamin L Barnes<br>BENJAMIN L BARNES<br>ATTORNEY AND COUNSELOR AT LAW<br>407 W. Covell Road #32123<br>Edmond, OK 73003 |
| Benjamin J Sweet<br>THE SWEET LAW FIRM<br>186 Mohawk Drive<br>Pittsburgh, PA 15228 | Braden Beard<br>HAUSFELD LLP<br>1700 K St NW Suite 650<br>Washington, DC 20006 | Bradley A Wasser<br>LAW OFFICES OF DAVID BALTO<br>1350 I Street NW, Suite 850<br>Washington, DC 20005 |
| Brenton W Cole<br>CARROLL WARREN & PARKER PLLC<br>188 E. Capitol Street, Suite 1200<br>Jackson, MS 39201 | Brian M Clark<br>WIGGINS CHILDS PANTAZIS FISHER<br>& GOLDFARB<br>301 19th Street North<br>Birmingham, AL 35203-3204 | Brian E Wojtalewicz<br>WOJTALEWICZ LAW FIRM LTD<br>139 North Miles St<br>Appleton, MN 56208-0123 |
| Bruce C Jones<br>JONES & SWARTZ PLLC<br>1673 W Shoreline Drive Suite 200<br>Boise, ID 83702 | Bryan L Clobes<br>CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL LLP<br>1101 Market Street, Suite 2650<br>Philadelphia, PA 19107 | Carl S Kravitz<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036 |
| Carl Wesley Pittman<br>THE PITTMAN FIRM PA<br>432 McKenzie Avenue<br>Panama City, FL 32401 | Casey Langston Lott<br>LANGTSON & LOTT, P.A.<br>100 South Main St, P.O. Box 382<br>Booneville, MS 38829 | Charles J Cooper<br>COOPER & KIRK PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, DC 20036 |
| Charles D Hudson<br>PENN AND SEABORN LLC<br>1971Berry Chase Place<br>Montgomery, AL 360117 | Charles C Hunter<br>HAYES HUNGER PC<br>4265 San Felip Suite 1000<br>Houston, TX 77027 | Charles M Thompson<br>CHARLES M THOMPSON PC<br>2539 John Hawkins Pkwy<br>Suite 101-149<br>Hoover, AL 35244 |

Douglas A Dellaccio, Jr
CORY WATSON PC
2131 Magnolia Avenue South, Suite 200
P O Box 55927
Birmingham, AL 35255-5972

Earnest William Wotring
Connelly Baker Wotring LLP
700 JPMorgan Chase Tower, 600 Travis
Houston, TX 77002

Edgar Hyde Carby
CARBY & CARBY PC
513 State Street
Natchez, MS 39120

Edgar Dean Gankendorff
PROVOATY & GANKENDORFF LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130

Edith M Kallas
WHATLEY KALLAS LLP
152 West 57th St, 41st Floor
New York, NY 10019

Edward K Wood, Jr
WOOD LAW FIRM LLC
PO Box 382434
Birmingham, AL 35238

Edwin J Kilpela, Jr
CARLSON LYNCH LTD
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

Elizabeth Pollock-Avery
CARLSON LYNCH SWEET KILPELA & CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

Ellen M Ahrens
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Ellen Meriwether
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
1101 Market Street, Suite 2650
Philadelphia, PA 19107

Emily Hawk Mills
CUSIMANO ROBERTS & MILLS LLC
153 S. 9th Street
Gadsden, AL 35901

Eric R Belin
PROVOSTY & GANKENDORFF LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130

Eric B Snyder
BAILEY & GLASSER LLP
227 Capitol Street
Charleston, WV 25301

Eric B Swartz
JONES & SWARTZ PLLC
1673 W Shoreline Drive Suite 200
Boise, ID 83702

Erin C Burns
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107

Gail A McQuilkin
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

Garrett D Blanchfield
REINHARDT WENDORF & BLANCHFIELD
E1250 First National Bank Bldg.
332 Minnisota Street
St. Paul, MN 55101

Gary E Mason
MASON, LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016

Genevieve M Zimmerman
Meshbesher & Spence
1616 Park Avenue
Minneapolis, MN 55404

Gerald F. Easter
GERALD F. EASTER, ATTORNEY AT LAW
369 N. Main Street
Memphis, TN 38103

Glen M Connor
QUINN CONNOR WEAVER DAVIES & ROUCO
Two North Twentieth Street, Ste. 930
Birmingham, AL 35203

Gregory S Cusimano
CUSIMANO ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL 35901

Gregory L Davis
GREG DAVIS LAW
7475 Halcyon Pointe Drive
Montgomery, AL 36117

Gwendolyn J Simons
SIMONS & ASSOCIATES LAW PA
PO Box 1238
Scarborough, ME 04070-1238

H Lewis Gillis
MEANS GILLIS LAW, LLC
3121 Zelda Court
PO Drawer 5058
Montgomery, AL 36103-5058

Hamish P.M. Hume
Boies Schiller & Flexner LLP
1401 New York Ave NW
Washington, DC 20005

Harley S Tropin
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

John R. Holton
Deal Cooper Holton PLLC
296 Washington Avenue
Memphis, TN 38103

John Doyle Nalley
LOVELL & NALLEY
501 N. Main
Benton, AR 72015-0606

John W Partin
PENN & SEABORN LLC
P.O. Box 688
Clayton, AL 36016

John W Reis
FOX ROTHSCHILD LLP
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246-0109

John D Saxon
JOHN D SAXON PC
2119 3rd Avenue North, Suite 100
Birmingham, AL 35203

John R Wylie
DONALDSON GUIN LLC
300 South Wacker Dr, Suite 1700A
Chicago, IL 60606

Jonathan Charles Little
SAEED & LITTLE, LLP
1433 N. Meridian St, Suite 202
Indianapolis, IN 46202

Jonathan S Mann
PITTMAN DUTTON, HELLUMS,
BRADLEY & MANN
2001 Park Place North, Ste. 1100
Birmingham, AL 35203

Jonathan R. Voegele, Esq.
Boies, Schiller & Flexner LLP
26 South Main Street
Hanover, NH 03755

Joseph Preston Strom, Jr
STROM LAW FIRM LLC
2110 Beltline Blvd
Columbia, SC 29204

Julia Smeds Roth
EYSTER KEY TUBB ROTH MIDDLETON
& ADAMS LLP
402 East Moulton Street
P O Box 1607
Decatur, AL 35602-1607

Justin W Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004

Karen R Dow
Baker Wotring
700 JPMorgan Chase Tower
600 Travis
Houston, TX 77002

Karen H Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401

Katherine Rogers Brown
WHITE ARNOLD & DOWD PC
2025 3rd Avenue North, Suite 500
Birmingham, AL 35203

Kathleen Currie Chavez
FOOTE MIELKE CHAVEZ & O'NEAL
10 West State Street, Suite 200
Geneva, IL 60134

Kathleen Simpson Kiernan
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

Kevin J Stoops
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076

Kimberly Francis
DOJ-USAO
271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201

L Shane Seaborn
PENN & SEABORN LLC
5 Court Square
P O Box 688
Clayton, Al 36016-0688

Lance Craig Young
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076

Lara F Phillip
HONIGMAN LLP
660 Woodward Avenue
Detroit, MI 48226

Laura Alexander
COHEN MILSTEIN SELLERS & TOLL
1100 New York Ave NW, Suite 500 West
Washington, DC 20005

Lawrence L. Jones, II
JONES WARD PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202

Lee McArthur Scott
602 HARRISON AVE
SUITE III
PANAMA CITY, FL 32401

Leslie Lee Ann Pescia
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103

Linda G Flippo
WHITE ARNOLD & DOWD PC
2025 3rd Avenue, North, Suite 500
Birmingham, AL 35203

| | | |
|---|---|---|
| Nicholas B Roth<br>EYSTER KEY TUBB ROTH<br>MIDDLETON & ADAMS LLP<br>402 E Moulton Street<br>PO Box 1607<br>Decatur, AL 35602 | O'Kelley H Pearson<br>HICKEY & EVANS<br>1800 Carey Avenue, Suite 700<br>P O Box 467<br>Cheyenne, WY 82003-0467 | Patrick E Cafferty<br>CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL LLP<br>101 North Main Street, Suite 565<br>Ann Arbor, MI 48104 |
| Patrick W Pendley<br>PENDLEY BAUDIN & COFFIN LLP<br>24110 Eden Street<br>Plaquermine, LA 7076 | Patrick James Quinlan<br>Law Offices of Patrick J. Quinlan<br>243 North Main St.<br>Providence, RI 02903 | Patrick J Sheehan<br>Whatley Kallas LLP<br>101 Federal Street, 19th Floor<br>Boston, MA 02110 |
| Perry Michael Yancey<br>Methvin, Terrell, Yancey, Stephens &<br>Miller, P.C.<br>2201 Arlington Avenue South<br>Birmingham, AL 35205 | Peter E Boivin<br>HONIGMAN MILLER SCHWARTZ &<br>COHN LLP<br>660 Woodward Avenue, Suite 2290<br>Detroit, MI 48226 | Peter H Burke<br>BURKE HARVEY, LLC<br>3535 Grandview Parkway Suite 100<br>Birmingham, AL 35243 |
| Peter Prieto<br>PODHURST ORSECK PA<br>25 West Flagler Street, Suite 800<br>Miami, Fl 33130 | Philip E Carby<br>CARBY AND CARBY PC<br>513 State Street<br>Natchez, MS 39120 | Phillip W McCallum<br>MCCALLUM METHVIN & TERRELL<br>2201 Arlington Avenue South<br>Birmingham, AL 35205 |
| R Christopher Cowan<br>THE COWAN LAW FIRM<br>4711 GASTON AVENUE<br>Dallas, TX 75246-1013 | R G Methvin, Jr<br>Methvin, Terrell, Yancey, Stephens &<br>Miller, P.C.<br>2201 Arlington Avenue South<br>Birmingham, AL 35205 | Randall D Noel<br>BUTLER SNOW LLP<br>6075 Poplar Avenue Suite 500<br>Memphis, TN 38119 |
| Rebecca Diane Gilliland<br>BEASLEY ALLEN LAW FIRM<br>302 St. Louis Street<br>Mobile, AL 36602 | Rebecca A Peterson<br>Lockridge Grindal Nauen PLLP<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401-2179 | Rebekah Keith McKinney<br>WATSON MCKINNEY, LLP<br>203 Greene Street<br>Huntsville, AL 35801-4934 |
| Rex Y. Fujichaku<br>BRONSTER HOSHIBATA<br>1003 Bishop Street, Suite 2300<br>Honolulu, HI 96813 | Richard S Frankowski<br>THE FRANKOSKI FIRM LLC<br>1914 4th Avenue North, Ste. 530<br>Birmingham, AL 35203 | Richard P Rouco<br>QUINN CONNOR WEAVER DAVIES &<br>ROUCO LLP<br>2 20th Street North, Suite 930<br>Birmingham, AL 35203 |
| Robert J Axelrod<br>AXELROD & DEAN LLP<br>830 Third Avenue, 5th Floor<br>New York, NY 10022 | Robert G Eisler<br>GRANT & EISENHOFER PA<br>123 Justison Street Suite 701<br>Wilmington, DE 19801 | Robert M Foote<br>FOOTE MIELKE CHAVEZ & O'NEIL<br>10 West State Street, Suite 200<br>Geneva, IL 60134 |
| Robert M Hatch<br>BRONSTER FUJICHAKU ROBBINS<br>1003 Bishop Street, Suite 2300<br>Honolulu, HI 96813 | Robert B Roden<br>SHELBY RODEN LLC<br>2101 Highland Avenue South<br>Birmingham, AL 35205 | Samuel Issacharoff<br>40 Washington Square South<br>New York, NY 10012 |

Brooke Jones Oppenheimer
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103

Carolyn Anne DeLone
HOGAN LOVELLS US LLP
555 Thirteenth St. NW
Washington, DC 20004

Catherine E Stetson
HOGAN LOVELLS
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109

David Kumagai
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019

Erin E Murphy
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Joseph C Giglio, Jr
Liskow & Lewis (LAF)
P O Box 52008 O C S
Lafayette, LA 70505

Mathea KE Bulander
REDGRAVE LLP
120 S. Sixth Street
Minneapolis, MN 55402

Paul D Clement
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004

Peter R Bisio
HOGAN LOVELLS US LLP
555 13th St NW
Washington, DC 20004

Travis A Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 South College Street, 23rd Floor
Charlotte, NC 28202

William Egan Kellner
Liskow & Lewis (LAF)
P O Box 52008 O C S
Lafayette, LA 70505

Zachary D Holmstead
Kirkland & Ellis (IL)
300 N LaSalle St
Chicago, IL 60654

Zarel Joan Soto
REICHARD & ESCALARA LLC
MCS Plaza, 10th floor,
255 Ponce de Leon Ave
San Juan, PR 00917-1913

Aaron G McLeod
ADAMS & REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203

Adam H Charnes
Kilpatrick Townsend & Stockton LLP
1001 W. Fourth Street
Winston-Salem, NC 27101

Alan Harris
BODMAN PLC
201 South Division Street Suite 400
Ann Arbor, MI 48104

Alan D Rutenberg
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007

Allison Nunley Pham
5525 Reitz Avenue
Baton Rouge, LA 70809

Andrew Phillip Campbell
CAMPBELL PARTNERS LAW, LLC
505 20th Street North Suite 1600
Birmingham, AL 35203

Andrew D Kaplan
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004

Andrew W Martin, Jr
ARMBRECHT JACKSON LLP
PO Box 290
Mobile, AL 36601

Anna M Clark
PHILLIPS LYTLE LLP
620 Eighth Avenue 23rd Floor
New York, NY 10018

Anne Salomon
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654

Anthony F Shelley
MILLER & CHEVALIER
900 SIXTEENTH ST. NW
Washington, DC 20006

Antonio M Clayton
CLAYTON & FRUGE
3741 LA Highway 1 South
Port Allen, LA 70767

April N Ross
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Arthur Patrick Fritzinger
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

| | | |
|---|---|---|
| Devin Clarke Dolive<br>BURR & FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203 | Douglass C.E. Farnsley<br>STITES & HARBISON PLLC<br>400 W. Market Street, Suite 1800<br>Louisville, KY 40202 | E Desmond Hogan<br>HOGAN LOVELLS US LLP<br>555 13th Street<br>Washington, DC 20004 |
| Edward S Bloomberg<br>PHILLIPS LYTLE LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203-2887 | Elizabeth A Jose<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004 | Elizabeth Barnett LaBauve<br>Crowe & Dunlevy<br>20 N Broadway Ave<br>Suite 1800<br>Oklahoma City, OK 73102 |
| Emily M Yinger<br>HOGAN LOVELLS US LLP<br>8350 Broad Street<br>17th Floor<br>Tysons, VA 22102 | Eric White<br>KIRKLAND & ELLIS LLP<br>300 N LaSalle<br>Chicago, IL 60654 | Erica Zolner<br>KIRKLAND & ELLIS LLP<br>300 N. Lasalle Street<br>Chicago, IL 60654 |
| Erik F Benny<br>FOLEY & LARDNER LLP<br>3000 K St NW<br>Washington, DC 20007 | Erin M Wilson<br>LANE POWELL PC<br>1420 Fifth Avenue<br>Suite 4100<br>Seattle, WA 98101-2338 | Evan Chesler<br>CRAVATH SWAINE & MOORE<br>825 8th Avenue<br>New York, NY 10019 |
| Gary M London<br>BURR & FORMAN LLP<br>Southtrust Tower, Suite 3100<br>420 North 20th Street<br>Birmingham, AL 35203 | Gary C Shockley<br>Baker, Donelson, Bearman & Caldwell<br>511 Union Street<br>Suite 1700<br>Nashville, TN 37219 | Gordon S Rather, Jr.<br>WRIGHT LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, AR 72201 |
| Grace Robinson Murphy<br>MAYNARD COOPER & GALE PC<br>1901 6th Avenue North<br>AmSouth Harbert Plaza, Suite 2400<br>Birmingham, AL 35203-2 | Gregory Haynes<br>Wyatt, Tarrant & Combs LLP<br>500 West Jefferson Street, Suite 2800<br>Louisville, KY 40202-2898 | Gustavo Adolfo Pabon Rico<br>REICHARD & ESCALERA LLP<br>MCS Plaza, 10th Floor<br>255 Ponce de Leon Ave.<br>San Juan, PR 00917-1913 |
| Gwendolyn C Payton<br>Kilpatrick Townsend & Stockton LLP<br>1420 5th Ave, Suite 3700<br>Seattle, WA 98101 | Helen E Witt<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle St<br>Chicago, IL 60654 | Henry James Koch<br>ARMBRECHT JACKSON LLP<br>PO Box 290<br>Mobile, AL 36601 |
| Honor R Costello<br>CROWELL & MORING LLP<br>590 Madison Avenue<br>New York, NY 10022 | Ian R Conner<br>655 Fifteenth Street, NW<br>Washington, DC 20005 | J Bentley Owens, III<br>ELLIS HEAD OWENS & JUSTICE<br>PO Box 587<br>Columbiana, AL 35051 |
| J Robert Robertson<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004 | JEREMY D. FEINSTEIN<br>REED SMITH LLP<br>REED SMITH CENTRE<br>225 FIFTH AVE<br>PITTSBURGH, PA 15222-2716 | Jacob Joel Franz<br>MAYNARD, COOPER & GALE, PC<br>1901 Sixth Avenue North, Ste. 2400<br>Birmingham, Al 35203 |

| | | |
|---|---|---|
| Lucile Cohen<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>1320 Main Street 17th Floor<br>Columbia, SC 29201 | Margaret Pepple<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>500 West Madison<br>Suite 2450<br>Chicago, Il 60661 | Margot Miller<br>CRAVATH SWAINE & MOORE<br>825 8th Avenue<br>New York, NY 10019 |
| Mark Montgomery Hogewood<br>WALLACE JORDAN RATLIFF &<br>BRANDT, LLC<br>800 Shades Creek Parkway, Ste. 400<br>Birmingham, AL 35209 | Mark Edward McKane<br>Kirkland and Ellis<br>555 California Street, Suite 2700<br>San Francisco, CA 94104 | Mary Godwin Menge<br>SPOTSWOOD, SANSOM &<br>SANSBURY, LLC<br>1819 Fifth Avenue North, Suite 1050<br>Birmingham, AL 35203 |
| Mary C St John<br>BLUE SHIELD OF CALIFORNIA<br>50 Beale Street, 22nd Floor<br>San Francisco, CA 94105 | Matthew L Bleich<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103 | Matthew G White<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ<br>165 Madison Ave., Ste. 2000<br>Memphis, TN 38103 |
| Michael Paul Fruge<br>CLAYTON & FRUGE<br>3741 LA Highway 1 South<br>Port Allen, LA 70767 | Michael Wyld Lieberman<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004 | Michael A Naranjo<br>FOLEY & LARDNER LLP<br>555 California Street, 17th Floor<br>San Francisco, CA 94589 |
| Michael Sansbury<br>SPOTSWOOD SANSOM & SANSBURY LLC<br>1819 5th Avenue North, Suite 1050<br>Birmingham, AL 35203 | Morgan Brooke Franz<br>SPOTSWOOD SANSOM & SANSBURY LLC<br>1819 Fifth Ave. North, Suite 1050<br>Birmingham, AL 35203 | N Thomas Connally, III<br>HOGAN LOVELLS US LLP<br>8350 Broad Street, 17th Floor<br>Tysons, VA 22102 |
| Norman E Bailey, Jr<br>Brunini Grantham Grower & Hewes<br>190 E Capitol Street Suite 100<br>Jackson, MS 39201 | Pamela B Slate<br>HILL HILL CARTER FRANCO COLE &<br>BLACK PC<br>425 S Perry Street<br>Montgomery, AL 36104 | Paul K Leary, Jr<br>COZEN O'CONNOR<br>1900 Market St<br>Philadelphia, PA 19103 |
| Paul A. Wolfla<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204 | Pedro Santiago-Rivera<br>REICHARD & ESCALERA<br>255 Ponce De Leon Ave.<br>Tenth Floor<br>San Juan, PR 00917-1913 | Peter W Zuger<br>SERKLAND LAW FIRM<br>PO BOX 6017<br>FARGO, ND 58108-6017 |
| R Mark Glover<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ<br>165 Madison Ave., Ste. 2000<br>Memphis, TN 38103 | R David Kaufman<br>BRUNINI GRANTHAM GROWER &<br>HEWES PLLC<br>190 E Capitol Street, Suite 100<br>Jackson, MS 39201 | Rachel J Adcox<br>AXINN VELTROP HARKRIDER LLP<br>950 F Street NW<br>Washington, DC 20004 |
| Rafael Escalera-Rodriguez<br>REICHARD & ESCALERA<br>255 Ponce De Leon Ave.<br>Tenth Floor<br>San Juan, PR 00917-1913 | Robert F Leibenluft<br>Hogan Lovells US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004 | Robert R Riley, Jr<br>RILEY & JACKSON PC<br>3530 Independence Drive<br>Birmingham, AL 35209 |

Edgar R Haden
BALCH & BINGHAM LLP
1901 6th Avenue North
Suite 1500
Birmingham, AL 35201

Jeffrey John Fowler
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071

Robert S W Given
BURR & FORMAN LLP
420 North 20th Street
Southtrust Tower, Suite 3400
Birmingham, AL 35203

Eirik Cheverud
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave NW, RM N-4611
Washington, DC 20210

Stephen A Walsh
WEINBURG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
100 Corporate Parkway, One Lake Level
Birmingham, AL 35242

Syndey L Schneider
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654

Cason M Kirby
CAMPBELL PARTNERS
505 20th Street North Suite 1600
Birmingham, AL 35203

Jeffrey M Hahn
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave. NW, Rm N-4611
Washington, DC 20210

Sarah M. Gilbert
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, NY 10022

Luther M Dorr , Jr
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203-2618

Katie R Lencioni
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654

Wayne R Berry
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave. NW, Rm N-4611
Washington, DC 20210