**22UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

U.S.D.C. No :=2:13-cv-20000-RDP
U.S.C.A. No. New Appeal
IN RE:   In Re: Blue Cross Blue Shield Antitrust Litigation MDL

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

☒  Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐  Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.; Click here to enter text. volume(s) of transcripts;

☒  First Notice of Appeal? Yes   Dates of other Notices:

☐  The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐  Original papers (court file) and certified copy of docket entries per USCA request.

☐  There was no hearing from which a transcript could be made.

☐  Copy of CJA Form 20 or District Court order appointing counsel.

☒  The appellant docket fee has been paid. **Yes** Date Paid: 9/7/2022

☐  The appellant has been leave to appeal in forma pauperis and       request for certificate of appealability (order enclosed).

☒  The Judge/Magistrate Judge appealed from is: R. David Proctor

☐  The Court Reporter is:

☐  This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Joe Bulgarella, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐  This is a **DEATH PENALTY** appeal.

☐  Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐  Other:

xc:  Counsel                              Sharon Harris, Clerk

                                By     **K. Miller**_____
                                       Deputy Clerk