FILED

2022 Sep-12  AM 10:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | **Master File No. 2:13-CV-20000-RDP** |
| **(MDL No. 2406)** | This Document relates to all cases |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra C. Markel of BODMAN PLC, hereby enters her appearance as counsel for Defendant Blue Cross Blue Shield of Michigan in the above-captioned matter.

Respectfully submitted,

BODMAN PLC

By: */s/ Alexandra C. Markel*
Alexandra C. Markel (P80705)
6th Floor at Ford Field
1901 St. Antoine
    Detroit, Michigan 48226
Tel: (313) 259-7777
Fax: (313) 393-7579
amarkel@bodmanlaw.com
Attorneys for Defendant Blue Cross
Blue Shield of Michigan

Dated: September 12, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, on the 12th day of September, 2022, filed the foregoing using the electronic filing system, which will automatically serve all counsel of record.

BODMAN PLC

By: */s/ Alexandra C. Markel*
Alexandra C. Markel (P80705)
amarkel@bodmanlaw.com
Attorneys for Defendant Blue Cross
Blue Shield of Michigan

Client Documents\4858-3295-9793_1