FILED
2022 Sep-16 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRIC COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) | |
| | ) | **Master File No.: 2:13-CV-20000-RDP** |
| **(MDLNO.: 2406)** | ) | **This document relates to Subscriber Track** |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brenton K. Morris of the firm BENTON, CENTENO & MORRIS, LLP, hereby enters his appearance as counsel for the following Opt-Outs: **Darling Ingredients Inc.; Griffin Industries, LLC; Automobile Club of Southern California; Bed Bath & Beyond Inc.; Dillard's, Inc.; Halliburton Company; Halliburton Energy Services, Inc.; Kimberly-Clark Corporation; Lincoln National Corporation; Live Nation, Inc.; Nestle` USA, Inc.; Perdue Farms Inc.; Pacific Gas and Electric Company; PG&E Corporation; Raytheon Technologies Corporation; Rite Aid Hdqtrs. Corp.; Rite Aid Corporation; Sterling Jewelers Inc.; Starbucks Corporation; and Tyson Foods Inc.**

Respectfully submitted,

/s/ Brenton K. Morris
BRENTON K. MORRIS (ASB-8119-R46B)
*Attorney for Self-Funded Opt-Outs*

**OF COUNSEL:**
BENTON, CENTENO & MORRIS, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Tel: (205) 278-8000
Fax: (205) 278-8005
**bmorris@bcattys.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Brenton K. Morris
BRENTON K. MORRIS (ASB-8119-R46B)