FILED
2022 Sep-16  AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

IN RE:  BLUE CROSS BLUE SHIELD  )
                                )        **Master File No.: 2:13-CV-20000-RDP**

ANTITRUST LITIGATION  )
  (MDL NO. 2406)  )
_____)

**Declaration of Joseph M. Vanek**

I, JOSEPH M. VANEK, declare as follows:

1.      I am a partner at the firm Sperling & Slater, P.C.

2.      Prior to the opt out deadline, Chicago Painters and Decorators Welfare Fund and its affiliates and predecessors, including the Chicago Painters and Decorators Retiree Welfare Fund, and their associated plans, including the Plan of Benefits of the Chicago Painters and Decorators Welfare Fund and the Plan of Benefits of the Chicago Painters and Decorators Retiree Welfare Fund, submitted to the Settlement Administrator their opt out request attached as **Exhibit 1** via email to info@BCBSsettlement.com and/or via U.S. Mail.

3.      Prior to the opt out deadline, Christian Brothers Services, and Christian Brothers Employee Benefit Trust, their predecessors and their associated plans, submitted to the Settlement Administrator their opt out request attached as **Exhibit 2** via email to info@BCBSsettlement.com and/or via U.S. Mail.

4.      Prior to the opt out deadline, Church Pension Group Services Corporation on behalf of itself and as a sponsor and administrator of the plans funded through The Episcopal Church Clergy and Employees' Benefit Trust, its predecessors, and their associated plans, including the Episcopal Health Plan and the Episcopal Health Plan for Qualified Small Employer Exception

Members, submitted to the Settlement Administrator their opt out request attached as **Exhibit 3** via email to info@BCBSsettlement.com and/or via U.S. Mail.

5.    Prior to the opt out deadline, Dollar General Corporation and the Dollar General Health Plan (a component of the Dollar General Corporation Employee Benefits Plan), submitted to the Settlement Administrator its opt out request attached as **Exhibit 4** via email to info@BCBSsettlement.com and/or via U.S. Mail.

6.    Prior to the opt out deadline, Federal Express Corporation Retiree Group Health Plan for Pilots, submitted to the Settlement Administrator its opt out request attached as **Exhibit 5** via email to info@BCBSsettlement.com and/or via U.S. Mail.

7.    Prior to the opt out deadline, The Guidestone Financial Resources of the Southern Baptist Convention, its predecessors, and their associated plans, including the Group Plan and the Personal Plan, submitted to the Settlement Administrator their opt out request attached as **Exhibit 6** via email to info@BCBSsettlement.com and/or via U.S. Mail.

8.    Prior to the opt out deadline, Hy-Vee and Affiliates Benefit Plan and Trust, submitted to the Settlement Administrator its opt out request attached as **Exhibit 7** via email to info@BCBSsettlement.com.

9.    Prior to the opt out deadline, JetBlue Airways Group Health Insurance Plan submitted to the Settlement Administrator its opt out request attached as **Exhibit 8** via email to info@BCBSsettlement.com and/or via U.S. Mail.

10.    Prior to the opt out deadline, New Albertson's Inc. Health and Welfare Plan, submitted to the Settlement Administrator its opt out request attached as **Exhibit 9** via email to info@BCBSsettlement.com.

11.    Prior to the opt out deadline, SEIU Local 1 & Participating Employers Health Trust, its predecessors, and their associated plans, including the SEIU Local 1 & Participating Employers

2

Health Trust – Plan 1 and SEIU Local 1 & Participating Employers Health Trust – Plan 3, submitted to the Settlement Administrator their opt out request attached as **Exhibit 10** via email to info@BCBSsettlement.com and/or via U.S. Mail.

12.     Prior to the opt out deadline, The Benefits Plan of the Presbyterian Plan (U.S.A.), submitted to the Settlement Administrator its opt out request attached as **Exhibit 11** via email to info@BCBSsettlement.com and/or via U.S. Mail.

13.     Prior to the opt out deadline, General Board of Pension and Health Benefits of The United Methodist Church, Incorporated in Illinois, the HealthFlex Plan it administers, the affiliated UMC Benefit Board, Inc.; and the Employee Health Benefit Trust of The United Methodist Church together with their predecessors, submitted to the Settlement Administrator their opt out request attached as **Exhibit 12** via email to info@BCBSsettlement.com and/or via U.S. Mail.

14.     Prior to the opt out deadline, Kraft Foods Global, Inc.; Kraft Foods Global, Inc. Group Benefit Plan; Kraft Foods Global, Inc. Retiree Health and Life Benefits Plan; H.J. Heinz Company; Group Benefit Program for Collectively-Bargained Active Employees; Group Benefit Program for Collectively-Bargained Retired Employees; Group Benefit Program for Non-Bargaining Active; Group Benefit Program for Non-Bargaining Active Employees; Group Benefit Program for Bargaining Employees; Group Benefit Program for Non-Bargaining Retired Employees; Kraft Heinz Company Group Benefits Plan; and Kraft Heinz Company Retiree Group Benefits Plan, submitted to the Settlement Administrator their opt out request attached as **Exhibit 13** via email to info@BCBSsettlement.com and/or via U.S. Mail.

15.     Prior to the opt out deadline, The Local No. 1 Health Fund, its predecessors, and their associated plans, including the Plan of Benefits for the Local No. 1 Health Fund, submitted

3

to the Settlement Administrator their opt out request attached as **Exhibit 14** via email to info@BCBSsettlement.com and/or via U.S. Mail.

16.    Prior to the opt out deadline, Employee Benefits Plan of MBM Corporation, including its subsidiaries, affiliates, and related companies, as well as its predecessors, submitted to the Settlement Administrator its opt out request attached as **Exhibit 15** via email to info@BCBSsettlement.com and/or via U.S. Mail.

17.    Prior to the opt out deadline, US Foods, Inc. submitted to the Settlement Administrator its opt out request attached as **Exhibit 16** via email to info@BCBSsettlement.com.

18.    Prior to the opt out deadline, Walgreen Co.; Walgreen Health and Welfare Plan (Plan No. 501) f/k/a Walgreen Major Medical Expense Plan; and Duane Reade, Inc. submitted to the Settlement Administrator their opt out request attached as **Exhibit 17** via email to info@BCBSsettlement.com.

19.    Prior to the opt out deadline, The Boeing Company Master Welfare Benefit Plan submitted to the Settlement Administrator its opt out request attached as **Exhibit 18** via email to info@BCBSsettlement.com and/or via U.S. Mail.

20.    Prior to the opt out deadline, Dolgencorp LLC submitted to the Settlement Administrator its opt out request attached as **Exhibit 19** via email to info@BCBSsettlement.com and/or via U.S. Mail.

21.    Prior to the opt out deadline, Concordia Plan Services and the Concordia Health Plan together with their predecessors submitted to the Settlement Administrator their opt out request attached as **Exhibit 20** via email to info@BCBSsettlement.com and/or via U.S. Mail.

22.    Prior to the opt out deadline, North Central States Regional Council of Carpenters' Health Fund, its predecessors, and its associated plans, submitted to the Settlement Administrator

their opt out request attached as **Exhibit 21** via email to info@BCBSsettlement.com and/or via U.S. Mail.

23.    Prior to the opt out deadline, the Sheet Metal Workers Local 73 Welfare Fund its predecessors, and their associated plans, submitted to the Settlement Administrator their opt out request attached as **Exhibit 22** via email to info@BCBSsettlement.com and/or via U.S. Mail.

24.    Prior to the opt out deadline, The Carpenters and Joiners Welfare Fund and all plans maintained thereunder, submitted to the Settlement Administrator their opt out request attached as **Exhibit 23** via email to info@BCBSsettlement.com and/or via U.S. Mail.

25.    Prior to the opt out deadline, Big Lots, Inc. sent its opt-out request via email and certified mail to info@BCBSsettlement.com and/or via U.S. Mail to the Settlement Administrator. That opt-out request consisted of two documents: 1) a one-page document titled "Opt Out Notice" which expressly identified only Big Lots, Inc.; and 2) a cover letter to the claims administrator identifying both Big Lots, Inc. and Big Lots Associate Benefit Plan (and other clients represented by Keller Postman) attached as **Exhibit 24**. . In addition, on July 27, 2021, plaintiffs' counsel also sent the email referenced above ( along with the two documents referenced above) to class counsel and defense counsel. The cover email to class counsel and defense counsel also identified Big Lots, Inc. and Big Lots Associate Benefit Plan as opt outs. That communication is attached as part of Exhibit 24.

26.    Prior to the opt out deadline, The Kroger Co. submitted to the Settlement Administrator an opt out letter via email attached as **Exhibit 25** that lists, among other Kroger entities, The Kroger Co. and 84.51, LLC Health & Welfare Plan, which is the ASO plan operated for the employees of The Kroger Co.'s wholly owned subsidiary, 84.51, LLC.  The 84.51, LLC

5

Health & Welfare Plan operates within 84.51, LLC, meaning that it has no separate corporate existence.  84.51, LLC should be included as an opt-out.

27.    Prior to the opt out deadline, Albertsons Companies, Inc. submitted to the Settlement Administrator its opt out request via email attached as **Exhibit 26** that lists numerous Albertsons entities and health plans, including, among others, New Albertson's Inc. (which is the predecessor to New Albertsons L.P.), New Albertson's Inc. Health and Welfare Plan, and Safeway Inc. (of which New Albertsons L.P. is a subsidiary).  New Albertsons L.P. should be included as an opt-out.

28.    Prior to the opt out deadline, CHS/Community Health Systems, Inc., and the Community Health Systems Group Health Plan and subsidiary and plan entities, including the Health Management Associates Inc. Employee Benefit Plan and the plans identified in the attachment to the Supplemental Opt Out Notices submitted to the Settlement Administrator on May 2, 2022 and acknowledged on May 3, 2022[1], submitted to the Settlement Administrator

---

[1] Those plans are:  MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO HIGH NON UNION; MOSES TA YLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO LOW NON UNION; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION COBRA; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION ACTIVES; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION COBRA; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION COBRA; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION; MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION ACTIVES; MOSES TAYLOR HOSPITAL-MOSES TAYLOR LACK AMBULAN PPO LOW NON UNION; MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACK AMB PPO HIGH COBRA; MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACKA WNNA AMB PPO HIGH; MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNION COBRA; MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNIONS; MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION; MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION COBRA; BERWICK COBRA-; BERWICK COBRA HIGH-; BERWICK UNION COBRA LOW-; BERWICK UNION HIGH-; BERWICK UNION LOW-; DAFBHVXSL9 BRANDYWINE COBRA-; BRANDYWINE HOSPITAL-; CARDIAC CONSULTANTS AT LANCASTER REGIONAL-; CHESTNUT HILL COBRA-; CHESTNUT HILL HOSPITAL-; CHESTNUT HILL UNION-; CHS - COMMONWEAL TH HEALTH MARKET-; CHS - YORK COBRA-; CHS - YORK HOME CARE-; CHS - YORK HOME CARE SERVICES LLC-; CHS - YORK PATHOLOGY PHYSLLCLLC-; CHS BERWICK HH & HOSPICE-; CHS BERWICK HH & HOSPICE COBRA-; CHS CARLISLE REGIONAL MED CTR COBRA-; CHS CARLISLE REGIONAL MEDICAL CENTE-; CHS CHESTNUT HILL UNION COBRA-; CHS COMMUNITY HEALTH SYSTEMS INC – BEHAVIORAL HEALTH SERVICES-; CHS COMMUNITY HEALTH SYSTEMS INC- CHS ACCESS CENTER SERVICES-; CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE-; CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE HR/PR SERVICE CENTER-; CHS COMMUNITY HEALTH SYSTEMS INC - CHS - HOME HEALTH & HOSPICE-; CHS COMMUNITY HEALTH SYSTEMS INC - CLARKSDALE HEALTH NW MISSISSIPPI-; CHS COMMUNITY

HEALTH SYSTEMS INC - MEDICAL CENTER OF SOUTH ARKANSAS-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH BILOXI-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH CENTRAL-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH MADISON-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH NATCHEZ-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RANKIN-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER OAKS-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER REGION-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WESLEY-; CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WOMEN'S HOSPITAL-; CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - BENTONVILLE-; CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - SPRINGDALE-; CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST PHYSICIANS SPECIAL TY HOSPITAL-; CHS COMMUNITY HEALTH SYSTEMS INC - SILOAM SPRINGS REGIONAL HOSP IT AL-; CHS COMMUNITY HEALTH SYSTEMS INC - WILLOW CREEK WOMENS HOSPITAL-; CHS HEART OF LANCASTER REG MED COBR-; CHS HEART OF LANCASTER REG MED CTR-; CHS JENNERSVILLE HH & HOSPICE-; CHS JENNERSVILLE HH & HOSPITAL SV-; DTKB5VXSAR CHS JENNERSVILLE HH COBRA-; CHS LANCASTER MEDICAL GROUP-; CHS LANCASTER MEDICAL GROUP COBRA-; CHS LANCASTER MEDICAL GRP COBRA-; CHS LANCASTER REG MED CTR-; CHS LANCASTER REG MED CTR COBRA-; CHS LANCASTER REGION MED CTR COBRA-; CHS LANCASTER REGIONAL MED CTR-; CHS POTTSTOWN HOMECARE & HOSPICE-; CHS SALEM HH & HOSPICE-; CHS SALEM HH & HOSPICE COBRA-; CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OF-AREA HIGH-; CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OF-AREA LOW-; CHS WILKES BARRE BEHAVIORAL HEALTH-; CHS WILKES BARRE CLINIC COMP ANY-; CHS WILKES BARRE COMMUNITY RESIDENT-; SUN CHS WILKES BARRE VNA HH NEPA-; CHS WILKES BARRE VNA HH OF NEPA-; CHS WOMENS HEALTH SPECIALISTS-; CHS/COMMUNITY HEALTH SYSTEMS-; CHS-POTTSTOWN MEMORIAL MED CENTER-; CHS-WILKES BARRE BARGAINING EMPLOYE-; CHS-YORK PENNSYLVANIA HOSPITAL COMPLLC-; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY CARD IO THORACIC SPECIALISTS; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-AFFINITY GASTROENTEROLOGY ASC LLC; COMMUNITY HEALTH SYSTEMS/CHS PREMIER-P1-AFFINITY GASTROENTEROLOGY ASC LLC COBRA; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY HEALTH MONTCLAJR; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY ORTHO PRACTICE (LEMAK); COMMUNITY HEALTH SYSTEMS/CHS PREMIER-P1-AFFINITY ORTHOPEDIC SPECIALISTS LLC; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-AFFINITY ORTHOPEDIC SPECIALISTS LLC COBRA; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-AFFINITY RADIATION THERAPY SERVICES LLC; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-CAHABA ORTHOPEDICS LLC.; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-CHEROKEE CENTRE HBP SERVICES; COMMUNITY HEALTH SYSTEMS/CHS PREMIER – P1-CHEROKEE HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-CHEROKEE HOSPICE; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-CHEROKEE MEDICAL CENTER; COMMUNITY HEALTH SYSTEMS/CHS PREMIER – P1-CRESTWOOD MEDICAL CENTER; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; COMMUNITY HEALTH SYSTEMS/CHS PREMIER – P1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH/COBRA; COMMUNITY HEALTH SYSTEMS/CHS PREMIER-P1-CRESTWOOD PHYSICIAN SERVICES LLP; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DRXBMNHSGC COMMUNITY HEALTH SYSTEMS/CHS PREMIER-P1-DEKALB CLINICS; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-DEKALB HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-DEKALB REGIONAL MEDICAL CENTER; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-ENTERPRISE CLINICS; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-FLOWERS HOSPITAL; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-FLOWERS WIREGRASS CLINIC; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-FMG PRIMECARE LLC COBRA; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-GADSDEN GR PRIMARY CARE; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-GADSDEN HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-GADSDEN PHYSICIAN GROUP PRACTICES; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN POB; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-GADSDEN REGIONAL; COMMUNITY HEALTH SYSTEMS/CHS PREMIER – P1-GADSDEN REGIONAL - COBRA; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN WOMEN'S HEALTH PARTNERS; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-

7

GRANDVIEW MEDICAL CENTER; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-GRANDVIEW MEDICAL GROUP RESEARCH LLC; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-GRANDVIEW MEDICAL GROUP RESEARCH LLC COBRA; COMMUNITY HEALTH SYSTEMS/CHS PREMIER-P1-LY STABLER HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-LV STABLER MEMORIAL; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-MEDICAL CENTER ENTERPRISE; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-SOUTH BALDWIN HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-SOUTH BALDWIN MEDICAL; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-STRINGFELLOW HMA PHYS. MGMT; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-STRINGFELLOW MEMORIAL HOSPITAL; COMMUNITY HEALTH SYSTEMS/CHS PREMIER-P1-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-TRINITY CENTRAL AL HOME HEALTH BESSEMER; COMMUNITY HEALTH SYSTEMS/CHS PREMIER- P1-TRINITY CENTRAL AL HOME HEALTH FULTONDALE; A COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY GP; COMMUNITY HEALTH SYSTEMS/CHS PREMIER-P1-TRINITY HBS - COBRA; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY LABFIRST; COMMUNITY HEALTH SYSTEMS/CHS PREMIER P1- TRINITY MOB; COMMUNITY HEALTH SYSTEMS/CHS PREMIER-P1-TRINITY MOB - COBRA; COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM PREMIER; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY GASTROENTEROLOGY ASC LLC; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY GASTROENTEROLOGY ASC LLC COBRA; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY HEALTH MONTCLAIR; D9KBMQ6C3W COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY ORTHO PRACTICE (LEMAK); COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY ORTHOPEDIC SPECIALISTS LLC; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY ORTHOPEDIC SPECIALISTS LLC COBRA; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY RADIATION THERAPY SERVICES LLC; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-Bl-AFFINTY CARDIO THORACIC SPECIALISTS; COMMUNITY HEALTH SYSTEMS/CHS/ BASICB 1-CAHABA ORTHOPEDICS LLC.; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-BI-CHEROKEE CENTRE HBP SERVICES; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CHEROKEE HOSPICE; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE MEDICAL CENTER; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE MEDICAL CENTER/ COBRA; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CRESTWOOD MEDICAL CENTER; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH/COBRA; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CRESTWOOD PHYSICIAN SERVICES LLP; COMMUNITY HEALTH SYSTEMS/CHS/ BASICBl- CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB CLINICS; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB REGIONAL MEDICAL CENTER; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-DEKALB REGIONAL MEDICAL CENTER/ COBRA; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-ENTERPRISE CLINICS; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FACILITY COBRA; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-FLOWERS HOSPITAL; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FLOWERS WIREGRASS CLINIC; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FMG PRIMECARE LLC; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FMG PRIMECARE LLC COBRA; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GADSDEN GR PRIMARY CARE; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GADSDEN HOME HEALTH; DR COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GADSDEN PHYSICIAN GROUP PRACTICES; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GADSDEN POB; COMMUNITY HEALTH SYSTEMS/CHS/ BASICB I-GADSDEN REGIONAL; COMMUNITY HEALTH SYSTEMS/CHS/ BASICB 1-GADSDEN WOMEN'S HEALTH PARTNERS; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GRANDVIEW MEDICAL CENTER; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GRANDVIEW MEDICAL GROUP RESEARCH LLC; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B 1-L V ST ABLER HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-LY STABLER MEMORIAL; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-LY STABLER MEMORIAL/ COBRA; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-MEDICAL CENTER ENTERPRISE; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-SOUTH BALDWIN HOME HEALTH; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-Bl-SOUTH BALDWIN MEDICAL; COMMUNITY HEALTH

8

their opt out notices attached as **Exhibit 27** via email to info@BCBSsettlement.com and/or via

U.S. Mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2022.

Joseph M. Vanek

SYSTEMS/CHS/BASIC-BI-SOUTH BALDWIN MEDICAL/ COBRA; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B 1-SPRINGFELLOW MEMORIAL HOSPITAL; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-BISTRINGFELLOW HMA PHYS. MGMT; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-STRINGFELLOW MEMORIAL HOSPITAL; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY AL HOME HEALTH BESSEMER; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY AL HOME HEALTH FULTONDALE; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY GP; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY HBS - COBRA; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY LABFIRST; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY MOB; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY MOB - COBRA; COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-WOMEN'S HEALTH PARTNERS / COBRA; COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM BASIC; EASTON BARG HIGH-; EASTON BARG LOW-; EASTON COBRA-; EASTON HOSP PHYSICIAN PRACTICE OFFICE-; EASTON HOSP PHYSICIAN PRACTICE OFFICE EMPLOYEES-; EASTON HOSPITAL-; EASTON HOSPITAL BARGAINING UNIT(UNION)-; EASTON HO SPIT AL CBO (CENTRAL BUSINESS)-; EASTON HOSPITAL CBO CENTRAL BUSINESS OFFICE-; EASTON HOSPITAL HOME HEALTH & HOSPITAL-; JENNERSVILLE COBRA-; JENNERSVILLE REGIONAL HOSPITAL-; JENNERSVILLE UNION-; LOCK HAVEN UNION HIGH-; LOCK HAVEN UNION LOW-; MEMORIAL HOSPITAL OF SALEM COUNTY-; PHOENIXVILLE COBRA-; PHOENIXVILLE HOSPITAL-; POTTSTOWN COBRA-; POTTSTOWN MEMORIAL MEDICAL CENTER-; POTTSTOWN MEMORIAL MEDICAL CENTER C-; POTTSTOWN MEMORIAL MEDICAL CENTERS-; POTTSTOWN MEMORIAL MEDICAL CENTER COVENTRY-; POTTSTOWN UNION-; POTTSTOWN UNION COBRA-; DWKBMSLCEX SALEM COBRA-; SALEM COBRA HIGH-; SCRANTON NON-UNION HIGH COBRA-; SCRANTON SEIU HIGH COBRA-; SHARON REGIONAL HOSP BASIC COBRA-; SHARON REGIONAL HOSP PREMIER COBRA-; TYLER NON-UNION HIGH COBRA-; WBGH - UNION-; WBGH UNION COBRA-; WILKES BARRE UNION-; WILKES BARRE UNION COBRA-; WILKES-BARRE ACADEMIC MEDICINE-; WILKES-BARRE BEHAVIORAL HOSP-; WILKES-BARRE HOSPITAL CO.-; WILKES-BARRE MOB-; WVHCS - IMC-; WVHCS - IMC COBRA-; WYOMING VALLEY HOSPITAL SYSTEM COBRA-; WYOMING VALLEY HOSPITAL SYSTEM COBRA

9

# Exhibit 1



## Zenith American
### SOLUTIONS®

## OPT OUT NOTICE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

**Re:    Notification of Intent to Be Excluded**

**Class Member Name:** Chicago Painters and Decorators Welfare Fund and, its affiliates and predecessors, including the Chicago Painters and Decorators Retiree Welfare Fund, and their associated plans, including the Plan of Benefits of the Chicago Painters and Decorators Welfare Fund and the Plan of Benefits of the Chicago Painters and Decorators Retiree Welfare Fund **(the "Fund")**

**Class Member Address:** 2625 Butterfield Road, Suite 208 E, Oak Brook, IL 60523

**Class Member Telephone Number**: (312) 649-1200

Dear Claims Administrator:

This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Chicago Painters and Decorators Welfare Fund
Chicago Painters and Decorators Retiree Welfare Fund
By: *[signature]*
Title: Administrator

cc: info@BCBSsettlement.com



# Exhibit 2

## OPT OUT NOTICE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:     *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

### Re:     Notification of Intent to Be Excluded

**Class Member Name:** Christian Brothers Services and the Christian Brothers Employee Benefit Trust, their predecessors and their associated plans (collectively referred to herein as "the Fund")

**Class Member Address:** 1205 Windham Parkway, Romeoville, IL  60446

**Class Member Telephone Number**: 630-378-2909

Dear Claims Administrator:

This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.


CHRISTIAN BROTHERS SERVICES

By: _____
         Brother Michael Quirk

Its:     President and Chief Executive Officer


cc: info@BCBSsettlement.com

# Exhibit 3

## OPT OUT NOTICE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

**Re:    Notification of Intent to Be Excluded**

**Class Member Name:** Church Pension Group Services Corporation, on behalf of itself and as sponsor and administrator of the plans funded through The Episcopal Church Clergy and Employees' Benefit Trust, its predecessors, successors, and their associated plans, including the Episcopal Health Plan and Episcopal Health Plan for Qualified Small Employer Exception Members **(the "Fund")**

**Class Member Address:** 19 East 34th Street, New York, NY 10016

**Class Member Telephone Number:** (800) 223-6602

Dear Claims Administrator:

This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Church Pension Group Services Corporation

By: _____
Nancy L. Sanborn

Title: Executive Vice President, Chief Legal Officer and Secretary

cc: info@BCBSsettlement.com

# Exhibit 4

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

CC: info@BCBSsettlement.com

**Re:    Notification of Intent to Be Excluded**

**Class Member Name: Dollar General Health Plan (a component of the Dollar General Corporation Employee Benefits Plan)**

**Class Member Address: 100 Mission Ridge, Goodlettsville, TN 37027**

**Class Member Telephone Number: (615) 855-4000**

Dear Claims Administrator:

This letter serves as an exclusion request by Dollar General Health Plan (a component of the Dollar General Corporation Employee Benefits Plan). Dollar General Health Plan elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Dollar General Health Plan (a component of the
Dollar General Corporation Employee Benefits
Plan)

By:    _Matthew Hancock_

Matthew Hancock

Title:   Senior Director, Finance

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

CC: info@BCBSsettlement.com

**Re:**    **Notification of Intent to Be Excluded**

**Class Member Name: Dollar General Corporation, sponsor and administrator of the Dollar General Health Plan (a component of the Dollar General Corporation Employee Benefits Plan)**

**Class Member Address: 100 Mission Ridge, Goodlettsville, TN 37072**

**Class Member Telephone Number: (615) 855-4000**

Dear Claims Administrator:

This letter serves as an exclusion request by Dollar General Corporation, sponsor and administrator of the Dollar General Health Plan (a component of the Dollar General Corporation Employee Benefits Plan) ("Dollar General"). Dollar General elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Dollar General Corporation, sponsor and administrator of the Dollar General Health Plan (a component of the Dollar General Corporation Employee Benefits Plan)

By: _____

Aaron Belville

Title: Vice President, Human Resources

# Exhibit 5

**OPT-OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

CC: info@BCBSsettlement.com

> **Re:    Notification of Intent to Be Excluded**
>
> **Class Member Name: FedEx Corporation**
>
> **Class Member Address: 942 South Shady Grove Rd, Memphis, TN 38120**
>
> **Class Member Telephone Number: (901) 818-7500**

Dear Claims Administrator:

This letter serves as an exclusion request by FedEx Corporation, Federal Express Corporation, the Federal Express Corporation Group Health Plan, the Federal Express Corporation Group Health Plan for Pilots, the Federal Express Corporation Retiree Group Health Plan for Pilots, the FedEx Corporation Group Health Plan, and the FedEx Corporation Retiree Group Health Plan (collectively, "FedEx"). FedEx elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

FedEx

By: David A. Billions

Title: Managing Director - Legal

# Exhibit 6

## OPT OUT NOTICE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

**Re:    Notification of Intent to Be Excluded**

**Class Member Name:** GuideStone Financial Resources of the Southern Baptist Convention, its predecessors, and their associated plans, including the Group Plan and the Personal Plan **(the "Fund")**

**Class Member Address:** 5005 LBJ Freeway, Ste. 2200, Dallas, Texas 75244

**Class Member Telephone Number**: 214.720.2169

Dear Claims Administrator:

This letter serves as an exclusion request by the Fund. The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

GuideStone Financial Resources
of the Southern Baptist Convention
 By: Chu Soh

 Title: Vice President, Chief Insurance Officer

cc: info@BCBSsettlement.com

# Exhibit 7

July 26, 2021

*Confidential Communication*

Blue Cross Blue Shield Settlement                                    *Via E-mail*
c/o JND Legal Administration-Exclusion Dept.
Post Office Box 91393
Seattle, Washington  98111

Re:    *Blue Cross Blue Shield Antitrust Litigation* **(U.S. District Court, Northern District of Alabama, Case No: 2:13-cv-20000-RDP)**

Dear Claims Administrator:

This letter serves as a request by Hy-Vee Inc. including its affiliated companies, (collectively "Hy-Vee"), and the health plan that Hy-Vee sponsors, including Hy-Vee and Affiliates Benefit Plan and Trust, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit entitled *In re Blue Cross Blue Shield Antitrust* Litigation MDL 2406, Master File No: 2:13-cv-20000-RDP (N.D. Ala.).  Hy-Vee does not know how it and health plans are identified in the information sources being used by the Claims Administrator to identify opt outs. As such, Hy-Vee reserves the right to supplement this letter with other information based on how Hy-Vee or its health plans are identified in your records.

By: _____
    [NAME]

Its: SVP, Secretary & Chief Counsel
     [TITLE]

# Exhibit 8

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111
info@BCBSsettlement.com

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation (U.S. District Court, Northern District of Alabama, Case No. 2:13-CV-20000-RDP)*

**Class Member Name:** JetBlue Airways Corporation, including its subsidiaries, affiliates, and related companies
**Class Member Address:** 27-01 Queens Plaza North, Long Island City, NY 11101
**Class Member Telephone Number:** 718-709-2276

Dear Claims Administrator:

This letter serves as a request by JetBlue Airways Corporation, including its affiliated companies, and the health plan that JetBlue sponsors, JetBlue Airways Group Health Insurance Plan, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation,* MDL 2406, Master File No. 2:13-cv-20000-RDP (N.D. Ala.).

**JetBlue Airways Corporation**

By: _Michael P Clinton_

Its: _Vice-President, Associate General Counsel_

**JetBlue Airways Group Health Insurance Plan**

By: _Andrea Brown_

Its: _Director, Total Rewards_

# Exhibit 9

July 27, 2021

*Confidential Communication*

Blue Cross Blue Shield Settlement                                   *Via E-mail*
c/o JND Legal Administration-Exclusion Dept.
Post Office Box 91393
Seattle, Washington  98111

Re:    ***Blue Cross Blue Shield Antitrust Litigation*** **(U.S. District Court, Northern District of Alabama, Case No: 2:13-cv-20000-RDP)**

Dear Claims Administrator:

This letter serves as a request by Albertsons Companies Inc., including the entities and trade names identified in Exhibit 1 (collectively "Albertsons"), and health plans that Albertsons sponsors, including Albertsons Companies, Inc. Health and Welfare Plan, f/k/a Albertson's LLC Health & Welfare Plan and New Albertson's Inc. Health and Welfare Plan, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit entitled *In re Blue Cross Blue Shield Antitrust* Litigation MDL 2406, Master File No: 2:13-cv-20000-RDP (N.D. Ala.). Albertsons does not know how it and health plans are identified in the information sources being used by the Claims Administrator to identify opt outs.  As such, Albertsons reserves the right to supplement this letter with other information based on how it or its health plans are identified in your records.

Albertsons Companies Inc.

By: _____
       Theodore K. Bell

Its: Senior Corporate Litigation Counsel

**Exhibit 1**

***In re Blue Cross Blue Shield Antirust Litigation***

<u>**ALBERTSONS COMPANIES INC.**</u>

Albertsons

Albertson's, Inc.

Albertsons LLC

Albertsons Companies LLC

Albertsons Companies Inc.

Acme Markets

American Stores Company

American Drug Stores Company

Jewel Foods

Jewel Foods, Inc.

Jewel Food Stores

Lucerne Foods, Inc.

New Albertson's Inc.

Shaw's Supermarkets, Inc.

Star Market

Safeway

Safeway Inc.

Safeway Food & Drug

Carr-Gottstein Foods Co.

Dominick's

Dominick's Finer Foods, LLC

Extreme Value

Extreme Value Centers

Genuardi'

Genuardi's Family Markets LP

Jerseymaid Milk Products

Pak 'N Save Foods

Pavilions

Pavilions Place

Randall's

Randall's Food & Drugs LP

Simon David

The Vons Companies, Inc.

Tom Thumb Food & Drugs

Vons

Vons Grocery Company

# Exhibit 10

**OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

      **Re:    Notification of Intent to Be Excluded**

      **Class Member Name:** SEIU Local 1 & Participating Employers Health Trust, its predecessors, and their associated plans, including the SEIU Local 1 & Participating Employers Health Trust—Plan 1 and SEIU Local 1 & Participating Employers Health Trust—Plan 3 **(the "Fund")**

      **Class Member Address:** 111 E. Wacker Drive, Suite 1700, Chicago, IL 60601

      **Class Member Telephone Number**: (312) 233-8800

Dear Claims Administrator:

This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

      SEIU Local 1 & Participating Employers Health Trust

*Maria Pizarro*

By:

Title:   Fund Manager

cc: info@BCBSsettlement.com

# Exhibit 11

**OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

Re:    **Notification of Intent to Be Excluded**

**Class Member Name:** The Board of Pensions of the Presbyterian Church (U.S.A.) as the responsible entity assigned by the Presbyterian Church (U.S.A.) to maintain and operate the denomination's self-funded medical plan known as The Benefits Plan of the Presbyterian Plan (U.S.A.), and The Benefits Plan of the Presbyterian Plan (U.S.A.)(the "Fund") **(collectively, the "Fund")**

**Class Member Address:** 2000 Market Street, 4th Fl., Philadelphia PA 19103
Attention: Pat Haines, Executive Vice President & Chief Benefits Officer

**Class Member Telephone Number**: 215-587-7443

Dear Claims Administrator:

This letter serves as an exclusion request by the Fund. The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

For the Fund:
The Board of Pensions of the Presbyterian Church (U.S.A.)

By: *Patricia M. Haines*

Executive Vice President and Chief Benefits Officer
Title:

cc: info@BCBSsettlement.com

DMEAST #45391609 v2

# Exhibit 12

## OPT OUT NOTICE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:     *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request


Re:     **Notification of Intent to Be Excluded**

**Class Member Name:** The General Board of Pension and Health Benefits of The United Methodist Church, Incorporated in Illinois, the HealthFlex Plan it administers, the affiliated UMC Benefit Board, Inc. and the Employee Health Benefit Trust of The United Methodist Church, together with their predecessors and successors **(the "Fund")**

**Class Member Address:** 1901 Chestnut Avenue, Glenview, IL 60025-1604

**Class Member Telephone Number**: 847-866-4213


Dear Claims Administrator:

This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

The General Board of Pension and Health Benefits of The United Methodist Church, Incorporated in Illinois, the HealthFlex Plan it administers, the affiliated UMC Benefit Board, Inc. and the Employee Health Benefit Trust of The United Methodist Church, together with their predecessors and successors


By: _____

Title: Chief Legal and Governance Officer

cc: info@BCBSsettlement.com

# Exhibit 13

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111
info@BCBSsettlement.com

Re:     *In re: Blue Cross Blue Shield Antitrust Litigation (U.S. District Court, Northern District of Alabama, Case No. 2:13-CV-20000-RDP*)

**Class Member Name:** The Kraft Heinz Company, including its subsidiaries, affiliates, and related companies; and its predecessors and Group Benefits Plans Listed Below
**Class Member Address:** 200 E. Randolph, Suite 7600, Chicago, IL 60601
**Class Member Telephone Number:** 847-646-3314

Dear Claims Administrator:

This letter serves as a request by The Kraft Heinz Company, including its subsidiaries, affiliates, and related companies; as well as its predecessors and the group benefit plans listed below, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation,* MDL 2406, Master File No. 2:13-cv-20000-RDP (N.D. Ala.).

**<u>Pre-merger Kraft:</u>**

Kraft Foods Global, Inc.

Kraft Foods Global, Inc. Group Benefit Plan

Kraft Foods Group, Inc. Retiree Health and Life Benefits Plan

**<u>Pre-merger Heinz:</u>**

H.J. Heinz Company

Group Benefit Program for Collectively-Bargained Active Employees

Group Benefit Program for Collectively-Bargained Retired Employees

Group Benefit Program for Non-Bargaining Active

Group Benefit Program for Non-Bargaining Active Employees

Group Benefit Program for Bargaining Employees

Group Benefit Program for Non-Bargaining Retired Employees

**Merged and filed as Kraft Heinz:**

Kraft Heinz Company Group Benefits Plan

Kraft Heinz Company Retiree Group Benefits Plan


**The Kraft Heinz Company, and on behalf of its predecessor companies Kraft Foods Global, Inc. and H.J. Heinz Company**

**Kraft Heinz Company Group Benefits Plan, Kraft Heinz Company Retire Group Benefits Plan, and the Pre-Merger Plans Listed Above.**


By: _Stephen Mahien_

By: _Stephen Mahien_


Its:  Chief Counsel, Litigation

Its:  Chief Counsel, Litigation

# Exhibit 14

**OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

   **Re:    Notification of Intent to Be Excluded**

   **Class Member Name:** The Local No. 1 Health Fund, its predecessors, and their associated plans, including the Plan of Benefits for the Local No. 1 Health Fund **(the "Fund")**

   **Class Member Address:** 1431 Opus Place, Suite 350 Downers Grove, IL 60515

   **Class Member Telephone Number**: (630) 463-7161

Dear Claims Administrator:

   This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. **2:13-cv-20000-RDP.**

                         The Local No. 1 Health Fund

                         By:   *David Butt*

                         Title: Administrator

cc: info@BCBSsettlement.com

# Exhibit 15

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111
info@BCBSsettlement.com

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation (U.S. District Court, Northern District of Alabama, Case No. 2:13-CV-20000-RDP)*

**Class Member Name:** Employee Benefits Plan of MBM Corporation and its Sponsor The MBM Corporation
**Class Member Address:** 2641 Meadowbrook Road, Rocky Mount, NC 27801
**Class Member Telephone Number: 254-770-5538**

Dear Claims Administrator:

This letter serves as a request by The MBM Corporation, including its subsidiaries, affiliates, and related companies; as well as its predecessors and the Employee Benefits Plan of MBM Corporation, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation,* MDL 2406, Master File No. 2:13-cv-20000-RDP (N.D. Ala.).

**Employee Benefits Plan of MBM Corporation and the MBM Corporation**

By: _Christie Sugel_

Title: _Director, Benefits & HRIS_

# Exhibit 16



Blue Cross Blue Shield Antitrust Litigation
c/o JND Legal Administration – Exclusion Department
PO Box 91393
Seattle, WA 98111

April 28, 2022

**Re:     Blue Cross Blue Shield Antitrust Litigation (U.S. District Court, Northern District of Alabama, Case No. 2:13-cv-20000-RDP)**

Dear Claims Administrator:

This letter serves as a request by U.S. Foods Holding Corporation and US Foods, Inc. including the wholly-owned affiliates that it controls (collectively "US Foods"), and the health plan that US Foods sponsors, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit entitled *In re Blue Cross Blue Shield Antitrust Litigation* MDL 2406, Master File No.: 2:13-cv-20000-DRP (N.D. Ala.).

US Foods does not know how it and health plans are identified in the information sources being used by the Claims Administrator to identify opt outs. As such, US Foods reserves the right to supplement this letter with other information based on how US Foods or its health plans are identified in your records.

US Foods hereby withdraws its previous claim submission.

Sincerely,

Andrew Johnstone
Associate General Counsel – Litigation, Employment & Risk Management
9399 West Higgins Road, Suite 100
Rosemont, Illinois 60018
andrew.johnstone@usfoods.com

9399 West Higgins Road, Suite 100 | Rosemont, IL 60018

# Exhibit 17



Karen M. Fine, Director and Managing Counsel
Commercial Litigation

Walgreen Co.
104 Wilmot Road, MS 144P
Deerfield, IL 60015
P 847-315-3152  F 847-315-4826
karen.fine@walgreens.com
www.walgreens.com

July 27, 2021

***Confidential Communication***

**VIA E-MAIL**
Blue Cross Blue Shield Settlement
c/o JND Legal Administration-Exclusion Dept.
Post Office Box 91393
Seattle, Washington  98111

Re:    ***Blue Cross Blue Shield Antitrust Litigation*** **(U.S. District Court, Northern District
of Alabama, Case No: 2:13-cv-20000-RDP)**

Dear Claims Administrator:

This letter serves as a request by Walgreen Co., including the wholly-owned affiliates
that it controls[1] (collectively "Walgreens"), and the health plan that Walgreens sponsors,
including without limitation Walgreen Health and Welfare Plan (Plan No. 501) f/k/a Walgreen
Major Medical Expense Plan (providing coverage from 2003 to the present), to be excluded
from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit entitled *In re
Blue Cross Blue Shield Antitrust* Litigation MDL 2406, Master File No: 2:13-cv-20000-RDP (N.D.
Ala.).  Walgreens does not know how it and health plans are identified in the information
sources being used by the Claims Administrator to identify opt outs.  As such, Walgreens
reserves the right to supplement this letter with other information based on how Walgreens or
its health plans are identified in your records.

By: _____
        Karen M. Fine

Its:  Senior Director and Managing Counsel, Commercial Litigation and Regulatory Law

---

[1]        This includes Duane Reade, Inc.

**Member of Walgreens Boots Alliance**

# Exhibit 18

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

CC: info@BCBSsettlement.com

**Re:     Notification of Intent to Be Excluded**

**Class Member Name:** The Boeing Company

**Class Member Address:**
100 N. Riverside, MC 5003-1001
Chicago, Illinois 60606

**Class Member Telephone Number:** (425) 919-7963

Dear Claims Administrator:

This letter serves as an exclusion request by The Boeing Company, as the plan sponsor of

The Boeing Company Master Welfare Benefit Plan (which includes component benefit programs

that offer self-insured medical plans administered by a company that is part of the Blue Cross Blue

Shield Associate) (the "Plan").  The Boeing Company, on behalf of the Plan, elects to be excluded

from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield*

*Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

The Boeing Company

By: _____

Gregory D. Marchand

Title:  Director, Global Benefits

# Exhibit 19

**DOLLAR GENERAL**

Dollar General Corporation
100 Mission Ridge
Goodlettsville, TN  37072

WRITER'S DIRECT DIAL: (615) 855-5378
cbearry@dollargeneral.com

April 28, 2022

**SUPPLEMENTAL OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

> **Re:     Notification of Intent to Be Excluded**
>
> **Class Member Name: Dollar General Corporation**
>
> **Class Member Address: 100 Mission Ridge, Goodlettsville, TN  37072**
>
> **Class Member Telephone Number: 615 855-4000**

Dear Claims Administrator:

Dollar General Corporation and all affiliated, acquired and/or predecessor plans previously executed and submitted an opt out notice in this matter. Copies of Dollar General Corporation's and Dollar General Health Plan's opt out notices are attached as **Exhibits A and B**. Dolgencorp, LLC is a wholly-owned subsidiary of Dollar General Corporation. Dollar General Corporation is submitting this supplemental letter to confirm that Dolgencorp, LLC as a wholly-owned subsidiary of Dollar General Corporation has elected to and has been opted-out of  the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Very Truly Yours,

DocuSigned by:

*Chad Bearry*

3D457DC51D57465...

Chad Bearry, Vice President, Total Rewards

Cc: info@BCBSsettlement.com

# Exhibit 20

**OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    <u>*In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request</u>

   **Re:    Notification of Intent to Be Excluded**

   **Class Member Name: Concordia Plan Services and the Concordia Health Plan, together with their predecessors and successors (the "Fund")**

   **Class Member Address:    1333 S. Kirkwood Road
                              St. Louis, MO 63122**

   **Class Member Telephone Number**: (314) 885-6705

Dear Claims Administrator:

   This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

                              **Concordia Plan Services and the Concordia Health Plan, together with their predecessors and successors**


                              By: _____

                              Title: President and Chief Executive Officer

cc: info@BCBSsettlement.com

# Exhibit 21

**OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111
info@BCBSsettlement.com

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation (U.S. District Court, Northern District of Alabama, Case No. 2:13-CV-20000-RDP)*

**Class Member Name:** North Central States Regional Council of Carpenters Health Fund, its predecessors, and its associated plans (the "Fund")

**Class Member Address:** NCSRCC Benefit Funds, PO Box 4002, Eau Claire, WI 54702

**Class Member Telephone Number:** (800) 424-3405 x634

Dear Claims Administrator:

This letter serves as a request by the Fund and all its associated plans, including the North Central States Regional Council of Carpenters Health Plan, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation,* MDL 2406, Master File No. 2:13-cv-20000-RDP (N.D. Ala.).

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND

DocuSigned by:

By: Robert L. Barker
96A403ACEAB143A...

Title: Chairman

47207946

# Exhibit 22

## OPT OUT NOTICE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

**Re:    Notification of Intent to Be Excluded**

**Class Member Name:** the Sheet Metal Workers Local 73 Welfare Fund, its predecessors, and their associated plans, (the "Fund") **(the "Fund")**

**Class Member Address**: 4530 Roosevelt Road, Hillside, IL 60162

**Class Member Telephone Number**: (708) 449-7373

Dear Claims Administrator:

This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Sheet Metal Workers Local 73 Welfare Fund

By: 

Title: Fund Administrator

cc: info@BCBSsettlement.com

# Exhibit 23

## OPT OUT NOTICE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

Re:    *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406: Exclusion Request

**Re:    Notification of Intent to Be Excluded**

**Class Member Name:** The Carpenters and Joiners Welfare Fund and all plans maintained thereunder (the "Fund")

**Class Member Address:** 3001 Metro Drive No 500, Bloomington, MN 55425

**Class Member Telephone Number:** (952) 854-0795

Dear Claims Administrator:

This letter serves as an exclusion request by the Fund.  The Fund elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

The Carpenters and Joiners Welfare Fund

By: _____
Authorized Trustee

cc: info@BCBSsettlement.com

# Exhibit 24

**Keller | Lenkner**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606



**CERTIFIED MAIL**

7021 0950 0002 1940 5786



quadient
FIRST-CLASS MAIL
$007.36 ⁹
07/27/2021 ZIP 60606
043M30213398
US POSTAGE

JND 07/29/21

Claims Administrator
Blue Cross Blue Shield Settlement
c/o JND Legal Administration
PO Box 91393
Seattle, WA 98111

# Keller｜Lenkner

July 27, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Claims Administrator
Blue Cross Blue Shield Settlement
c/o JND Legal Administration
P.O. Box 91393
Seattle, WA 98111

Re:    Blue Cross Blue Shield Settlement Exclusion Forms

Dear Claims Administrator:

Enclosed please find the original opt-out notices for the following:

- Alaska Airlines, Inc.; Alaska Airlines, Inc. Welfare Benefit Plan; Alaska Air Group, Inc. Welfare Benefit Plan; Horizon Air Industries, Inc.; Horizon Air Industries, Inc. Welfare Benefit Plan; Employee Benefit Plan for Employees of Horizon Air Industries, Inc.; Employee Benefit Plan for Full-Time and Part-Time Employees Horizon Air Industries, Inc.
- American Electric Power Service Corporation, for itself and as Plan Sponsor and named Plan Administrator of the American Electric Power System Comprehensive Medical Plan
- Big Lots, Inc.; Big Lots Associate Benefit Plan
- BNSF Railway Company; Burlington Northern Santa Fe LLC (f/k/a Burlington Northern Santa Fe Corp.); Burlington Northern Santa Fe Group Benefits Plan; Burlington Northern Santa Fe Corporation Welfare Benefit Trust; The Burlington Northern Santa Fe Employee Benefits Committee for the Burlington Northern Santa Fe Corporation Group Benefits Plan
- FedEx Corporation; The Federal Express Corporation Group Health Plan; The Federal Express Corporation Group Health Plan for Pilots; The Federal Express Corporation Retiree Group Health Plan for Pilots; The FedEx Corporation Group Health Plan; The FedEx Corporation Retiree Group Health Plan
- McLane Company, Inc.; The McLane Company, Inc. Welfare Plan

Should you have any questions or need additional information, please contact me.

Sincerely,

Jason A. Zweig

JAZ/jh
Enclosures

Keller Lenkner LLC  |  150 N. Riverside Plaza, Suite 4270, Chicago, IL 60606  |  312.741.5220  |  kellerlenkner.com

Received

JUL 29 2021

by JNDLA

**OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle. WA 98111

CC: info@BCBSsettlement.com

   **Re:     Notification of Intent to Be Excluded**

   **Class Member Name: Big Lots, Inc.**

   **Class Member Address: 4900 E. Dublin Granville Road, Columbus, OH 43081**

   **Class Member Telephone Number: (614) 278-6769**

Dear Claims Administrator:

   This letter serves as an exclusion request by Big Lots. Inc.  Big Lots elects to be excluded

from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield

Antitrust Litigation* MDL 2406. N.D. Ala. Master File No. 2:13-cv-20000-RDP.

                              Big Lots, Inc.
                              By:

                              Name: J. David Campbell, Jr.

                              Title: Director, Litigation

**From:** Jason Zweig <jaz@kellerlenkner.com>
**Sent:** Tuesday, July 27, 2021 3:26 PM
**To:** info@BCBSsettlement.com; bcbssettlement@hausfeld.com; bcbs-settlement@bsfllp.com; wburns@burnscharest.com; bcbssettlement@kirkland.com; daniel.laytin@kirkland.com
**Subject:** Courtesy Copy of BCBS Settlement Exclusion Notices

Dear Counsel:

Please find attached a courtesy copy, via PDF, of a letter and exclusion notices from the BCBS Class Settlement that we have sent to the BCBS Class Settlement Claims Administrator via certified mail on behalf of:

- Alaska Airlines, Inc.; Alaska Airlines, Inc. Welfare Benefit Plan; Alaska Air Group, Inc. Welfare Benefit Plan; Horizon Air Industries, Inc.; Horizon Air Industries, Inc. Welfare Benefit Plan; Employee Benefit Plan for Employees of Horizon Air Industries, Inc.; Employee Benefit Plan for Full-Time and Part-Time Employees Horizon Air Industries, Inc.
- American Electric Power Service Corporation, for itself and as Plan Sponsor and named Plan Administrator of the American Electric Power System Comprehensive Medical Plan
- Big Lots, Inc.; Big Lots Associate Benefit Plan
- BNSF Railway Company; Burlington Northern Santa Fe LLC (f/k/a Burlington Northern Santa Fe Corp.); Burlington Northern Santa Fe Group Benefits Plan; Burlington Northern Santa Fe Corporation Welfare Benefit Trust; The Burlington Northern Santa Fe Employee Benefits Committee for the Burlington Northern Santa Fe Corporation Group Benefits Plan
- FedEx Corporation; The Federal Express Corporation Group Health Plan; The Federal Express Corporation Group Health Plan for Pilots; The Federal Express Corporation Retiree Group Health Plan for Pilots; The FedEx Corporation Group Health Plan; The FedEx Corporation Retiree Group Health Plan
- McLane Company, Inc.; The McLane Company, Inc. Welfare Plan

Thank you for your time and attention to this matter.

Sincerely,

Jason A. Zweig

**Jason Zweig**
Partner

Keller | Lenkner
150 N. Riverside Plaza, Suite 4270 | Chicago, IL, 60606
312.216.8667 | Email | Bio | Website

# Exhibit 25

July 26, 2021

*Confidential Communication*

Blue Cross Blue Shield Settlement                                                    *Via E-mail*
c/o JND Legal Administration-Exclusion Dept.
Post Office Box 91393
Seattle, Washington  98111

Re:   ***Blue Cross Blue Shield Antitrust Litigation* (U.S. District Court, Northern District of Alabama, Case No: 2:13-cv-20000-RDP)**

Dear Claims Administrator:

This letter serves as a request by The Kroger Co., including the entities and trade names identified in Exhibit 1 (collectively "Kroger), and the health plan that Kroger sponsors, including The Kroger Co. Health and Welfare Benefit Plan and 84.51, LLC Health & Welfare Plan, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit entitled *In re Blue Cross Blue Shield Antitrust* Litigation MDL 2406, Master File No: 2:13-cv-20000-RDP (N.D. Ala.).  Kroger does not know how it and health plans are identified in the information sources being used by the Claims Administrator to identify opt outs.  As such, Kroger reserves the right to supplement this letter with other information based on how Kroger or its health plans are identified in your records.

By: _____
[NAME]

Its: _____
[TITLE]

**Exhibit 1**

*In re Blue Cross Blue Shield Antirust Litigation*

**THE KROGER CO.**

| | |
|---|---|
| Kroger | King Soopers |
| The Kroger Co. | Mariano's Fresh Market |
| Kroger Limited Partnership I | Metro Market |
| KRGP Inc. | Owen's |
| Kroger Texas L.P. | Pick 'n Save |
| The Kroger Co. of Michigan | Pay Less Super Markets |
| Baker's | QFC |
| City Market | Ralphs |
| Copps Food Center | Ralphs Grocery Company |
| Dillon | Roundy's Inc. |
| Dillon Companies, Inc. | Ruler Foods |
| FMJ, Inc. | Smith's |
| Food 4 Less | Smith's Food & Drug Centers, Inc. |
| Food 4 Less Holdings, Inc. | |
| Fred Meyer | |
| Fred Meyer, Inc. | |
| Fred Meyer Jewelers, Inc. | |
| Fred Meyer Stores, Inc. | |
| Fry's | |
| Gerbes | |
| Harris Teeter | |
| Harris Teeter, Inc. | |
| Harris Teeter, LLC | |
| Healthy Options, Inc. | |
| Jay C Food Stores | |
| Junior Food Stores of West Florida, Inc. | |
| Kessel | |
| Kessel Food Markets, Inc. | |

# Exhibit 26

July 27, 2021

***Confidential Communication***

Blue Cross Blue Shield Settlement                                    ***Via E-mail***
c/o JND Legal Administration-Exclusion Dept.
Post Office Box 91393
Seattle, Washington  98111

Re:   ***Blue Cross Blue Shield Antitrust Litigation*** **(U.S. District Court, Northern District of Alabama, Case No: 2:13-cv-20000-RDP)**

Dear Claims Administrator:

This letter serves as a request by Albertsons Companies Inc., including the entities and trade names identified in Exhibit 1 (collectively "Albertsons"), and health plans that Albertsons sponsors, including Albertsons Companies, Inc. Health and Welfare Plan, f/k/a Albertson's LLC Health & Welfare Plan and New Albertson's Inc. Health and Welfare Plan, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit entitled *In re Blue Cross Blue Shield Antitrust* Litigation MDL 2406, Master File No: 2:13-cv-20000-RDP (N.D. Ala.). Albertsons does not know how it and health plans are identified in the information sources being used by the Claims Administrator to identify opt outs.  As such, Albertsons reserves the right to supplement this letter with other information based on how it or its health plans are identified in your records.

Albertsons Companies Inc.

By: _Theodore K. Bell_
      Theodore K. Bell

Its: Senior Corporate Litigation Counsel

**Exhibit 1**

***In re Blue Cross Blue Shield Antirust Litigation***

**<u>ALBERTSONS COMPANIES INC.</u>**

Albertsons

Albertson's, Inc.

Albertsons LLC

Albertsons Companies LLC

Albertsons Companies Inc.

Acme Markets

American Stores Company

American Drug Stores Company

Jewel Foods

Jewel Foods, Inc.

Jewel Food Stores

Lucerne Foods, Inc.

New Albertson's Inc.

Shaw's Supermarkets, Inc.

Star Market

Safeway

Safeway Inc.

Safeway Food & Drug

Carr-Gottstein Foods Co.

Dominick's

Dominick's Finer Foods, LLC

Extreme Value

Extreme Value Centers

Genuardi'

Genuardi's Family Markets LP

Jerseymaid Milk Products

Pak 'N Save Foods

Pavilions

Pavilions Place

Randall's

Randall's Food & Drugs LP

Simon David

The Vons Companies, Inc.

Tom Thumb Food & Drugs

Vons

Vons Grocery Company

# Exhibit 27

**SUPPLEMENTAL OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

CC: info@BCBSsettlement.com

**Re:    Notification of Intent to Be Excluded**

**Class Member Name: Community Health Systems Group Health Plan**

**Class Member Address: 4000 Meridian Blvd Franklin, TN 37067**

**Class Member Telephone Number: 615-465-7000**

Dear Claims Administrator:

The Community Health Systems Group Health Plan (the "CHS Plan") previously executed and submitted an opt out notice in this matter on July 26, 2021 for itself and all affiliated, acquired and/or predecessor plans, including the Health Management Associates, Inc. Employee Benefit Plan. A copy of the CHS Plan's July 26, 2021 opt out notice is attached as **Exhibit A**. The plans identified in the supplemental notices dated March 18, 2022 and attached hereto as **Exhibit B** are affiliated and/or supplemental plans to the CHS Plan, and should be considered to have opted out of the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP pursuant to CHS's July 26, 2021 opt out notice and this supplemental opt out notice.

The plans identified on **Exhibit B** are:

DXUBHQMCYD MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO HIGH NON UNION; DX4BDNVSJE MOSES TA YLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO LOW NON UNION; DYTBLMNS98 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION; DF7BSUZCL4 MOSES TAYLOR HOSPITAL-MOSES

TAYLOR HOSPITAL PPO HIGH NON UNION COBRA; DSUB3GVCQM MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION; D2RB5SLCE4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION ACTIVES; DHDBAMLCWG MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION COBRA; DQFBUETCV4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION; DMXBQGTSUR MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION COBRA; D5JB34UC72 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION; DLZB2E4S3A MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION ACTIVES; DH6B89PCYQ MOSES TAYLOR HOSPITAL-MOSES TAYLOR LACK AMBULAN PPO LOW NON UNION; D5ABVK9CDJ MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACK AMB PPO HIGH COBRA; D7TBD9VCFW MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACKA WNNA AMB PPO HIGH; D7TBWYZSU6 MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNION COBRA; DQGB6M5CHR MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNIONS; DXKBG45C36 MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION; D4FBN52STM MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION COBRA

and

DN2BDHPS8C BERWICK COBRA-; DQ6B8XZCYH BERWICK COBRA HIGH-; DHVBQ87C9X BERWICK UNION COBRA LOW-; DXNBJTYC73 BERWICK UNION HIGH-; DKXBMLJSYD BERWICK UNION LOW-; DAFBHVXSL9 BRANDYWINE COBRA-; DVKBZJ9C7R BRANDYWINE HOSPITAL-; DA8BXY3SDV CARDIAC CONSULTANTS AT LANCASTER REGIONAL-; D9VB6FGSZ3 CHESTNUT HILL COBRA-; DARB5UGCEF CHESTNUT HILL HOSPITAL-; D8DBPWES5Y CHESTNUT HILL UNION-; DWKBJA9C2S CHS - COMMONWEAL TH HEALTH MARKET-; DVHBXEMCSA CHS - YORK COBRA-; DHDBXELC3U CHS - YORK HOME CARE-; DXYBPTNS3M CHS - YORK HOME CARE SERVICES LLC-;

D9NBGTKCYZ CHS - YORK PATHOLOGY PHYSLLCLLC-; DFNBVMUCY4 CHS BERWICK HH & HOSPICE-; D8TB6GFCNJ CHS BERWICK HH & HOSPICE COBRA-; DVEBAN7CGX CHS CARLISLE REGIONAL MED CTR COBRA-; D24BDQGSNA CHS CARLISLE REGIONAL MEDICAL CENTE-; DK4B9PLS32 CHS CHESTNUT HILL UNION COBRA-; DPWBMFYCQL CHS COMMUNITY HEALTH SYSTEMS INC – BEHAVIORAL HEALTH SERVICES-; DALB68FC24 CHS COMMUNITY HEALTH SYSTEMS INC- CHS ACCESS CENTER SERVICES-; DN2B7URS9W CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE-; D4EBPZUC7Y CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE HR/PR SERVICE CENTER-; DZ2BJGNS9T CHS COMMUNITY HEALTH SYSTEMS INC - CHS - HOME HEALTH & HOSPICE-; DSVBNP9CYQ CHS COMMUNITY HEALTH SYSTEMS INC - CLARKSDALE HEALTH NW MISSISSIPPI-; DT9B3P8CXL CHS COMMUNITY HEALTH SYSTEMS INC - MEDICAL CENTER OF SOUTH ARKANSAS-; DXQBPTMS3Y CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH BILOXI-; DZ3BEQUSV5 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH CENTRAL-; DETBK9YCRL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH MADISON-; DXAB62QSPL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH NATCHEZ-; DNUB298SHW CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RANKIN-; DVGBRNUS47 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER OAKS-; DNJBEKACTL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER REGION-; DAFBVRHCL6 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WESLEY-; DLGB587SJZ CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WOMEN'S HOSPITAL-; DWTBDQACF4 CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - BENTONVILLE-; DVPBRX9CYM CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - SPRINGDALE-; DSGBQZHCVE CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST PHYSICIANS SPECIAL TY HOSPITAL-; D93B4WASNK CHS COMMUNITY HEALTH SYSTEMS INC - SILOAM SPRINGS REGIONAL

HOSP IT AL-; DFWBK87C69 CHS COMMUNITY HEALTH SYSTEMS INC - WILLOW CREEK WOMENS HOSPITAL-; D4QBY8US3G CHS HEART OF LANCASTER REG MED COBR-; D4WBUAFS98 CHS HEART OF LANCASTER REG MED CTR-; DRWBG98C4S CHS JENNERSVILLE HH & HOSPICE-; DX2B6VMS8Q CHS JENNERSVILLE HH & HOSPITAL SV-; DTKB5VXSAR CHS JENNERSVILLE HH COBRA-; DM8BJKXCH2 CHS LANCASTER MEDICAL GROUP-; D45BGN3STV CHS LANCASTER MEDICAL GROUP COBRA-; D7KBR8YSWU CHS LANCASTER MEDICAL GRP COBRA-; DG5BUNS86 CHS LANCASTER REG MED CTR-; DK3BPGACEL CHS LANCASTER REG MED CTR COBRA-; DHQBW9JCDE CHS LANCASTER REGION MED CTR COBRA-; DX8B6CLS43 CHS LANCASTER REGIONAL MED CTR-; DPHBGRTC58 CHS POTTSTOWN HOMECARE & HOSPICE-; DCRBULES69 CHS SALEM HH & HOSPICE-; DV6BHA2SN9 CHS SALEM HH & HOSPICE COBRA-; DY4B7KFS3D CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OFAREA HIGH-; DADBPESCYH CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OF-AREA LOW-; DTMBPVDSKU CHS WILKES BARRE BEHAVIORAL HEALTH-; DWMB2UVCSF CHS WILKES BARRE CLINIC COMP ANY-; D3XBKARCZW CHS WILKES BARRE COMMUNITY RESIDENT-; D42BTH3 SUN CHS WILKES BARRE VNA HH NEPA-; D3WB5FGCVE CHS WILKES BARRE VNA HH OF NEPA-; DJ2BRCTSPW CHS WOMENS HEALTH SPECIALISTS-; DFDB4C7S5L CHS/COMMUNITY HEALTH SYSTEMS-; DH2BGXNS5Q CHS-POTTSTOWN MEMORIAL MED CENTER-; DE7BRFKSHZ CHS-WILKES BARRE BARGAINING EMPLOYE-; DPJBG9YCHM CHS-YORK PENNSYLVANIA HOSPITAL COMPLLC-; DMWB357CSF COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-AFFINITY CARD IO THORACIC SPECIALISTS; D8KB6AHCWD COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-AFFINITY GASTROENTEROLOGY ASC LLC; DJWBRZ6CDF COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-AFFINITY GASTROENTEROLOGY ASC LLC COBRA; DV7B8FKSDQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-AFFINITY HEALTH MONTCLAJR;

DHSBFL3CTR COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-AFFINITY ORTHO PRACTICE (LEMAK); DDTB6EJCQW COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-AFFINITY ORTHOPEDIC SPECIALISTS LLC; DFMBS83CRK COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-AFFINITY ORTHOPEDIC SPECIALISTS LLC COBRA; D7UB5M3CZA COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-AFFINITY RADIATION THERAPY SERVICES LLC; DLVBR8TSYN COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CAHABA ORTHOPEDICS LLC.; DJWB7QNC85 COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CHEROKEE CENTRE HBP SERVICES; D6DBVH4CJN COMMUNITY HEALTH SYSTEMS/CHS PREMIER – PlCHEROKEE HOME HEALTH; D6JB2WDCSM COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-CHEROKEE HOSPICE; DUPBTZ4S8C COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CHEROKEE MEDICAL CENTER; DYRB5QKC98 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-CRESTWOOD MEDICAL CENTER; D82B3QASEH COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; D58BR7ESHC COMMUNITY HEALTH SYSTEMS/CHS PREMIER – PlCRESTWOOD OCCUPATIONAL MEDICINE HEALTH/COBRA; D8ZBEFTCN7 COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-CRESTWOOD PHYSICIAN SERVICES LLP; DJ4BMFLCYT COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DRXBMNHSGC COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-DEKALB CLINICS; DQFBEHUCP6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-DEKALB HOME HEALTH; DL9BEW4CHK COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-DEKALB REGIONAL MEDICAL CENTER; DN7BVD6SXJ COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-ENTERPRISE CLINICS; D6VBEPHSJK COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-FLOWERS HOSPITAL; DYVBJ7NCSQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-FLOWERS WIREGRASS CLINIC; DEJBVZCSL6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER- PlFMG

PRIMECARE LLC COBRA; D2YBHXNCK6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-GADSDEN GR PRIMARY CARE; DZPBFYRCQD COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-GADSDEN HOME HEALTH; DG8BRZNSHV COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-GADSDEN PHYSICIAN GROUP PRACTICES; DVRBY6GC94 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-GADSDEN POB; DJHBVMQSEY COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-GADSDEN REGIONAL; D7XB8W9SVM COMMUNITY HEALTH SYSTEMS/CHS PREMIER – PlGADSDEN REGIONAL - COBRA; DRPBKYMSD9 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-GADSDEN WOMEN'S HEALTH PARTNERS; DKZB4XLC3T COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-GRANDVIEW MEDICAL CENTER; D9WB3KXCVH COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-GRANDVIEW MEDICAL GROUP RESEARCH LLC; DD2B86WCNL COMMUNITY HEALTH SYSTEMS/CHS PREMIER- PlGRANDVIEW MEDICAL GROUP RESEARCH LLC COBRA; D9QBUNJC2K COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-LY STABLER HOME HEALTH; DPMB2DXSY3 COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-LV STABLER MEMORIAL; DPNB9M6C2J COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-MEDICAL CENTER ENTERPRISE; DAJBPV8C63 COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-SOUTH BALDWIN HOME HEALTH; D3MB28SCFP COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-SOUTH BALDWIN MEDICAL; D3VB7PLCMQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-STRINGFELLOW HMA PHYS. MGMT; DFRBEV2S8C COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-STRINGFELLOW MEMORIAL HOSPITAL; DJNBD5QSCX COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; DNYBX7JC3K COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-TRINITY CENTRAL AL HOME HEALTH BESSEMER; DVEBGN9C3M COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-TRINITY CENTRAL AL HOME HEALTH FULTONDALE; DMNBKC9SF A COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-

TRINITY GP; DENBPJRS4G COMMUNITY HEALTH SYSTEMS/CHS PREMIER-PlTRINITY HBS - COBRA; DDWB4ZECHV COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-TRINITY LABFIRST; DTWBUZPSH6 COMMUNITY HEALTH SYSTEMS/CHS PREMIERPl- TRINITY MOB; DMPB25ZSAW COMMUNITY HEALTH SYSTEMS/CHS PREMIER-PlTRINITY MOB - COBRA; DX8B5V7CNL COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM PREMIER; D6RBNS3CY7 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY GASTROENTEROLOGY ASC LLC; D6FBGUQCP3 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY GASTROENTEROLOGY ASC LLC COBRA; DLDBA2TC53 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY HEALTH MONTCLAIR; D9KBMQ6C3W COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY ORTHO PRACTICE (LEMAK); DR5BH48C2W COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY ORTHOPEDIC SPECIALISTS LLC; D4WB2R6CVJ COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY ORTHOPEDIC SPECIALISTS LLC COBRA; DXHB7G2S6V COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY RADIATION THERAPY SERVICES LLC; D3XBW4JCMF COMMUNITY HEALTH SYSTEMS/CHS/BASIC-Bl-AFFINTY CARDIO THORACIC SPECIALISTS; DR6BNS9CKU COMMUNITY HEALTH SYSTEMS/CHS/ BASICB 1-CAHABA ORTHOPEDICS LLC.; DZFBW4XSMP COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-BI-CHEROKEE CENTRE HBP SERVICES; DKYBL8ECDZ COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE HOME HEALTH; DL8B3MXC2H COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CHEROKEE HOSPICE; DWGB4T2SM9 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE MEDICAL CENTER; D5NBTFQCD9 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE MEDICAL CENTER/ COBRA; DHGB8LFCTR COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CRESTWOOD MEDICAL CENTER; DDRBZ5FS3 7 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; DHKBZRASVQ

COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CRESTWOOD OCCUPATIONAL MEDICINE  HEALTH/COBRA; DHUBLP7CQW COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CRESTWOOD PHYSICIAN SERVICES LLP; D3MBF76SEG COMMUNITY HEALTH SYSTEMS/CHS/ BASICBl- CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DNSBK7JCZ5 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB CLINICS; D5VB72KCX3 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB HOME HEALTH; DGYBM6HS7K COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB REGIONAL MEDICAL CENTER; DY5BJL 7CXP COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-DEKALB REGIONAL MEDICAL CENTER/ COBRA; DJWB2F8SVT COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-ENTERPRISE CLINICS; DXPBYRCS92 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FACILITY COBRA; DU5BMDWS8K COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-FLOWERS HOSPITAL; DU8BAEWCTL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FLOWERS WIREGRASS CLINIC; DZNBKQWSXY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FMG PRIMECARE LLC; DUYBP82S3Z COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FMG PRIMECARE LLC COBRA; DT9BGJ8CVL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GADSDEN GR PRIMARY CARE; DXTBEQKS9L COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GADSDEN HOME HEALTH; DR 7B8NUSJL COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GADSDEN PHYSICIAN GROUP PRACTICES; DZTBKXES8A COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GADSDEN POB; DRAB86LCNW COMMUNITY HEALTH SYSTEMS/CHS/ BASICB I-GADSDEN REGIONAL; DMGBAJKCFN COMMUNITY HEALTH SYSTEMS/CHS/ BASICB 1-GADSDEN WOMEN'S HEALTH PARTNERS; DHKBZQ6CRT COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GRANDVIEW MEDICAL CENTER; D4HBNK.UCD6 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GRANDVIEW MEDICAL GROUP RESEARCH LLC; DGNB573SRQ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B 1-L V ST ABLER HOME HEALTH; DWUB5YCS4L COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-

Bl-LY STABLER MEMORIAL; D6RBPWNSYM COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-LY STABLER MEMORIAL/ COBRA; DTMBPGYCRD COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-MEDICAL CENTER ENTERPRISE; DUXBKHSCGR COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-SOUTH BALDWIN HOME HEALTH; DW3BGF4CU8 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-Bl-SOUTH BALDWIN MEDICAL; DUJB8A6CMK COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-SOUTH BALDWIN MEDICAL/ COBRA; DM5BKGESY 4 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B 1-SPRINGFELLOW MEMORIAL HOSPITAL; DMJB8KDCG2 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-BlSTRINGFELLOW HMA PHYS. MGMT; D7VB38WC6J COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-STRINGFELLOW MEMORIAL HOSPITAL; DJMBFE7SPD COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; DJTBAQZC7D COMMUNITY HEALTH SYSTEMS/CHS/BASIC-Bl-TRINITY AL HOME HEALTH BESSEMER; D5HB8J4SFY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-BITRINITY AL HOME HEALTH FULTONDALE; DYQBLFUS82 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY GP; DJTBQHDC8A COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY HBS - COBRA; DMQBSW3CPY COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY LABFIRST; D2YBR8USEN COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY MOB; DYQB92GSDF COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY MOB - COBRA; DQ9BE3XSMY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-WOMEN'S HEALTH PARTNERS *I* COBRA; DJLBANZSRK COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM BASIC; DV4B396CMW EASTON BARG HIGH-; DSXBUJHC59 EASTON BARG LOW-; D6EBYSNCRA EASTON COBRA-; D3EBXQ7CKR EASTON HOSP PHYSICIAN PRACTICE OFFICE-; DF3BL 72SME EASTON HOSP PHYSICIAN PRACTICE OFFICE EMPLOYEES-; D93BVMHCUY EASTON HOSPITAL-; D7GBJ83CPE EASTON HOSPITAL BARGAINING UNIT(UNION)-; DL VB3U5C72 EASTON HO SPIT

AL CBO (CENTRAL BUSINESS)-; DUTBYS2CZ5 EASTON HOSPITAL CBO CENTRAL BUSINESS OFFICE-; D5PB8FXSC9 EASTON HOSPITAL HOME HEALTH &HOSPITAL-; DAUBKE7SPT JENNERSVILLE COBRA-; D9NBQ8GSK4 JENNERSVILLE REGIONAL HOSPITAL-; DRHBF2AS8T JENNERSVILLE UNION-; DE2BN3WS5T LOCK HA VEN UNION HIGH-; DCQB7:XZS83 LOCK HA VEN UNION LOW-; D37BW98SJ5 MEMORIAL HOSPITAL OF SALEM COUNTY-; DNZB4LTC9Q PHOENIXVILLE COBRA-; DHDB697SEF PHOENIXVILLE HOSPITAL-; D6JBKUYSX5 POTTSTOWN COBRA-; D8WBNP6C4L POTTSTOWN MEMORIAL MEDICAL CENTER-; DWLBE92CUD POTTSTOWN MEMORIAL MEDICAL CENTER C-; D6QB7XASKT POTTSTOWN MEMORIAL MEDICAL CENTERS-; D3YBAP4C8X POTTSTOWN MEMORIAL MEDICAL CENTER COVENTRY-; D5NBY9LCGK POTTSTOWN UNION-; DTZB43QSG9 POTTSTOWN UNION COBRA-; DWKBMSLCEX SALEM COBRA-; DG7BXH8SCA SALEM COBRA HIGH-; DK7BE9TCQF SCRANTON NON-UNION HIGH COBRA-; D2NBXW7SE6 SCRANTON SEIU HIGH COBRA-; DUJBD4ESCN SHARON REGIONAL HOSP BASIC COBRA-; DAPBQ83SFL SHARON REGIONAL HOSP PREMIER COBRA-; DHYBWEKSJ7 TYLER NON-UNION HIGH COBRA-; DLDBA49CVW WBGH - UNION-; DEDB75RC6Y WBGH UNION COBRA-; D7LBXUMSJN WILKES BARRE UNION-; DA WB6MJS2D WILKES BARRE UNION COBRA-; D4WBJKNSC7 WILKES-BARRE ACADEMIC MEDICINE-; D3ABKZQCME WILKES-BARRE BEHAVIORAL HOSP-; DL2BSEGCZV WILKES-BARRE HOSPITAL CO.-; D2ZBL3FCEJ WILKES-BARRE MOB-; D28BJ3LCRT WVHCS - IMC-; DL6BKXHSQC WVHCS - IMC COBRA-; DRGBUTDC2V WYOMING VALLEY HOSPITA SYSTEM COBRA-; DL9BVQGC65 WYOMING VALLEY HOSPITAL SYSTEM COBRA

Community Health Systems Group Health Plan

By: _____

Justin D. Pitt

Title:  Executive Vice President, General
        Counsel and Assistant Secretary,
        CHS/Community Health Systems, Inc.

# EXHIBIT A

**OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

CC: info@BCBSsettlement.com

> **Re:    Notification of Intent to Be Excluded**
>
> **Class Member Name: Community Health Systems Group Health Plan**
>
> **Class Member Address: 4000 Meridian Blvd Franklin, TN 37067**
>
> **Class Member Telephone Number: 615-465-7000**

Dear Claims Administrator:

This letter serves as an exclusion request by Community Health Systems Group Health Plan, together with all affiliated, acquired and/or predecessor plans, including the Health Management Associates, Inc. Employee Benefit Plan (the "CHS Plan"). The CHS Plan elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

Community Health Systems Group Health Plan

By: _____

Benjamin C. Fordham

Title:    Executive Vice President, General Counsel and Assistant Secretary, CHS/Community Health Systems, Inc.

# EXHIBIT B

**BLUE CROSS BLUE SHIELD SETTLEMENT**
**C/O JND LEGAL ADMINISTRATION**
**P.O. BOX 91390**
**SEATTLE, WA 98111**

March 18, 2022

MOSES TAYLOR HOSPITAL
4000 MERIDIAN BLVD HUMAN RESOURCES DEPT
FRANKLIN, TN 37067

    **Re:**    **Blue Cross Blue Shield Settlement – Supplemental Notice**

Dear MOSES TAYLOR HOSPITAL:

Please see the enclosed Supplemental Notice for the following Self-Funded Entity Accounts:

DXUBHQMCYD MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO HIGH NON UNION; DX4BDNVSJE MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO LOW NON UNION; DYTBLMNS98 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION; DF7BSUZCL4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION COBRA; DSUB3GVCQM MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION; D2RB5SLCE4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION ACTIVES; DHDBAMLCWG MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION COBRA; DQFBUETCV4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION; DMXBQGTSUR MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION COBRA; D5JB34UC72 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION; DLZB2E4S3A MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION ACTIVES; DH6B89PCYQ MOSES TAYLOR HOSPITAL-MOSES TAYLOR LACK AMBULAN PPO LOW NON UNION; D5ABVK9CDJ MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACK AMB PPO HIGH COBRA; D7TBD9VCFW MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACKAWNNA AMB PPO HIGH; D7TBWYZSU6 MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNION COBRA; DQGB6M5CHR MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNIONS; DXKBG45C36 MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION; D4FBN52STM MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION COBRA

Sincerely,
Claims Administrator

BLUE CROSS BLUE SHIELD SETTLEMENT
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91390
SEATTLE, WA 98111

March 18, 2022

WILKES BARRE UNION COBRA
4000 MERIDIAN BLVD
FRANKLIN, TN  37067

Re:    Blue Cross Blue Shield Settlement – Supplemental Notice

Dear WILKES BARRE UNION COBRA:

Please see the enclosed Supplemental Notice for the following Self-Funded Entity Accounts:

DN2BDHPS8C BERWICK COBRA-; DQ6B8XZCYH BERWICK COBRA HIGH-; DHVBQ87C9X BERWICK UNION COBRA LOW-; DXNBJTYC73 BERWICK UNION HIGH-; DKXBMLJSYD BERWICK UNION LOW-; DAFBHVXSL9 BRANDYWINE COBRA-; DVKBZJ9C7R BRANDYWINE HOSPITAL-; DA8BXY3SDV CARDIAC CONSULTANTS AT LANCASTER REGIONAL-; D9VB6FGSZ3 CHESTNUT HILL COBRA-; DARB5UGCEF CHESTNUT HILL HOSPITAL-; D8DBPWES5Y CHESTNUT HILL UNION-; DWKBJA9C2S CHS - COMMONWEALTH HEALTH MARKET-; DVHBXEMCSA CHS - YORK COBRA-; DHDBXELC3U CHS - YORK HOME CARE-; DXYBPTNS3M CHS - YORK HOME CARE SERVICES  LLC-; D9NBGTKCYZ CHS - YORK PATHOLOGY PHYSLLCLLC-; DFNBVMUCY4 CHS BERWICK HH & HOSPICE-; D8TB6GFCNJ CHS BERWICK HH & HOSPICE COBRA-; DVEBAN7CGX CHS CARLISLE REGIONAL MED CTR COBRA-; D24BDQGSNA CHS CARLISLE REGIONAL MEDICAL CENTE-; DK4B9PLS32 CHS CHESTNUT HILL UNION COBRA-; DPWBMFYCQL CHS COMMUNITY HEALTH SYSTEMS INC - BEHAVIORAL HEALTH SERVICES-; DALB68FC24 CHS COMMUNITY HEALTH SYSTEMS INC - CHS - ACCESS CENTER SERVICES-; DN2B7URS9W CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE-; D4EBPZUC7Y CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE HR/PR SERVICE CENTER-; DZ2BJGNS9T CHS COMMUNITY HEALTH SYSTEMS INC - CHS - HOME HEALTH & HOSPICE-; DSVBNP9CYQ CHS COMMUNITY HEALTH SYSTEMS INC - CLARKSDALE HEALTH NW MISSISSIPPI-; DT9B3P8CXL CHS COMMUNITY HEALTH SYSTEMS INC - MEDICAL CENTER OF SOUTH ARKANSAS-; DXQBPTMS3Y CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH BILOXI-; DZ3BEQUSV5 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH CENTRAL-; DETBK9YCRL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH MADISON-; DXAB62QSPL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH NATCHEZ-; DNUB298SHW CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RANKIN-; DVGBRNUS47 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER OAKS-; DNJBEKACTL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER REGION-; DAFBVRHCL6 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WESLEY-; DLGB587SJZ CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WOMEN'S HOSPITAL-; DWTBDQACF4 CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - BENTONVILLE-; DVPBRX9CYM CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - SPRINGDALE-; DSGBQZHCVE CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST PHYSICIANS SPECIALTY HOSPITAL-; D93B4WASNK CHS COMMUNITY HEALTH SYSTEMS INC - SILOAM SPRINGS REGIONAL HOSPITAL-; DFWBK87C69 CHS COMMUNITY HEALTH SYSTEMS INC -

WILLOW CREEK WOMENS HOSPITAL-; D4QBY8US3G CHS HEART OF LANCASTER REG MED COBR-; D4WBUAFS98 CHS HEART OF LANCASTER REG MED CTR-; DRWBG98C4S CHS JENNERSVILLE HH & HOSPICE-; DX2B6VMS8Q CHS JENNERSVILLE HH & HOSPITAL SV-; DTKB5VXSAR CHS JENNERSVILLE HH COBRA-; DM8BJKXCH2 CHS LANCASTER MEDICAL GROUP-; D45BGN3STV CHS LANCASTER MEDICAL GROUP COBRA-; D7KBR8YSWU CHS LANCASTER MEDICAL GRP COBRA-; DG5BUJYS86 CHS LANCASTER REG MED CTR-; DK3BPGACEL CHS LANCASTER REG MED CTR COBRA-; DHQBW9JCDE CHS LANCASTER REGION MED CTR COBRA-; DX8B6CLS43 CHS LANCASTER REGIONAL MED CTR-; DPHBGRTC58 CHS POTTSTOWN HOMECARE & HOSPICE-; DCRBULES69 CHS SALEM HH & HOSPICE-; DV6BHA2SN9 CHS SALEM HH & HOSPICE COBRA-; DY4B7KFS3D CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OF-AREA HIGH-; DADBPESCYH CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OF-AREA LOW-; DTMBPVDSKU CHS WILKES BARRE BEHAVIORAL HEALTH-; DWMB2UVCSF CHS WILKES BARRE CLINIC COMPANY-; D3XBKARCZW CHS WILKES BARRE COMMUNITY RESIDENT-; D42BTH3SUN CHS WILKES BARRE VNA HH NEPA-; D3WB5FGCVE CHS WILKES BARRE VNA HH OF NEPA-; DJ2BRCTSPW CHS WOMENS HEALTH SPECIALISTS-; DFDB4C7S5L CHS/COMMUNITY HEALTH SYSTEMS-; DH2BGXNS5Q CHS-POTTSTOWN MEMORIAL MED CENTER-; DE7BRFKSHZ CHS-WILKES BARRE BARGAINING EMPLOYE-; DPJBG9YCHM CHS-YORK PENNSYLVANIA HOSPITAL COMPLLC-; DMWB357CSF COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY CARDIO THORACIC SPECIALISTS; D8KB6AHCWD COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY GASTROENTEROLOGY ASC  LLC; DJWBRZ6CDF COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY GASTROENTEROLOGY ASC  LLC COBRA; DV7B8FKSDQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY HEALTH MONTCLAIR; DHSBFL3CTR COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY ORTHO PRACTICE (LEMAK); DDTB6EJCQW COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY ORTHOPEDIC SPECIALISTS  LLC; DFMBS83CRK COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY ORTHOPEDIC SPECIALISTS  LLC COBRA; D7UB5M3CZA COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY RADIATION THERAPY SERVICES  LLC; DLVBR8TSYN COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CAHABA ORTHOPEDICS  LLC.; DJWB7QNC85 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CHEROKEE CENTRE HBP SERVICES; D6DBVH4CJN COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CHEROKEE HOME HEALTH; D6JB2WDCSM COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CHEROKEE HOSPICE; DUPBTZ4S8C COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CHEROKEE MEDICAL CENTER; DYRB5QKC98 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD MEDICAL CENTER; D82B3QASEH COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; D58BR7ESHC COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH/COBRA; D8ZBEFTCN7 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD PHYSICIAN SERVICES LLP; DJ4BMFLCYT COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DRXBMNHSGC COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-DEKALB CLINICS; DQFBEHUCP6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-DEKALB HOME HEALTH; DL9BEW4CHK COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-DEKALB REGIONAL MEDICAL CENTER; DN7BVD6SXJ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-ENTERPRISE CLINICS; D6VBEPHSJK COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-FLOWERS HOSPITAL; DYVBJ7NCSQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-FLOWERS WIREGRASS CLINIC; DEJBVZCSL6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-FMG PRIMECARE LLC COBRA; D2YBHXNCK6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN GR PRIMARY CARE; DZPBFYRCQD COMMUNITY HEALTH

SYSTEMS/CHS PREMIER - P1-GADSDEN HOME HEALTH; DG8BRZNSHV COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN PHYSICIAN GROUP PRACTICES; DVRBY6GC94 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN POB; DJHBVMQSEY COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN REGIONAL; D7XB8W9SVM COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN REGIONAL - COBRA; DRPBKYMSD9 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN WOMEN'S HEALTH PARTNERS; DKZB4XLC3T COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GRANDVIEW MEDICAL CENTER; D9WB3KXCVH COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GRANDVIEW MEDICAL GROUP RESEARCH  LLC; DD2B86WCNL COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GRANDVIEW MEDICAL GROUP RESEARCH  LLC COBRA; D9QBUNJC2K COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-LV STABLER HOME HEALTH; DPMB2DXSY3 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-LV STABLER MEMORIAL; DPNB9M6C2J COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-MEDICAL CENTER ENTERPRISE; DAJBPV8C63 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-SOUTH BALDWIN HOME HEALTH; D3MB28SCFP COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-SOUTH BALDWIN MEDICAL; D3VB7PLCMQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-STRINGFELLOW HMA PHYS. MGMT; DFRBEV2S8C COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-STRINGFELLOW MEMORIAL HOSPITAL; DJNBD5QSCX COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; DNYBX7JC3K COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY CENTRAL AL HOME HEALTH BESSEMER; DVEBGN9C3M COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY CENTRAL AL HOME HEALTH FULTONDALE; DMNBKC9SFA COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY GP; DENBPJRS4G COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY HBS - COBRA; DDWB4ZECHV COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY LABFIRST; DTWBUZPSH6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY MOB; DMPB25ZSAW COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY MOB - COBRA; DX8B5V7CNL COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM PREMIER; D6RBNS3CY7 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY GASTROENTEROLOGY ASC LLC; D6FBGUQCP3 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY GASTROENTEROLOGY ASC  LLC COBRA; DLDBA2TC53 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY HEALTH MONTCLAIR; D9KBMQ6C3W COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY ORTHO PRACTICE (LEMAK); DR5BH48C2W COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY ORTHOPEDIC SPECIALISTS LLC; D4WB2R6CVJ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY ORTHOPEDIC SPECIALISTS  LLC COBRA; DXHB7G2S6V COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY RADIATION THERAPY SERVICES  LLC; D3XBW4JCMF COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINTY CARDIO THORACIC SPECIALISTS; DR6BNS9CKU COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CAHABA ORTHOPEDICS  LLC.; DZFBW4XSMP COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE CENTRE HBP SERVICES; DKYBL8ECDZ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE HOME HEALTH; DL8B3MXC2H COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE HOSPICE; DWGB4T2SM9 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE MEDICAL CENTER; D5NBTFQCD9 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE MEDICAL CENTER/ COBRA; DHGB8LFCTR COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD MEDICAL CENTER; DDRBZ5FS37 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; DHKBZRASVQ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH/COBRA; DHUBLP7CQW COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD

PHYSICIAN SERVICES LLP; D3MBF76SEG COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DNSBK7JCZ5 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-DEKALB CLINICS; D5VB72KCX3 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-DEKALB HOME HEALTH; DGYBM6HS7K COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-DEKALB REGIONAL MEDICAL CENTER; DY5BJL7CXP COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-DEKALB REGIONAL MEDICAL CENTER/ COBRA; DJWB2F8SVT COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-ENTERPRISE CLINICS; DXPBYRCS92 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FACILITY COBRA; DU5BMDWS8K COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FLOWERS HOSPITAL; DU8BAEWCTL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FLOWERS WIREGRASS CLINIC; DZNBKQWSXY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FMG PRIMECARE LLC; DUYBP82S3Z COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FMG PRIMECARE LLC COBRA; DT9BGJ8CVL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN GR PRIMARY CARE; DXTBEQKS9L COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN HOME HEALTH; DR7B8NUSJL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN PHYSICIAN GROUP PRACTICES; DZTBKXES8A COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN POB; DRAB86LCNW COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN REGIONAL; DMGBAJKCFN COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN WOMEN'S HEALTH PARTNERS; DHKBZQ6CRT COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GRANDVIEW MEDICAL CENTER; D4HBNKUCD6 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GRANDVIEW MEDICAL GROUP RESEARCH  LLC; DGNB573SRQ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-LV STABLER HOME HEALTH; DWUB5YCS4L COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-LV STABLER MEMORIAL; D6RBPWNSYM COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-LV STABLER MEMORIAL/ COBRA; DTMBPGYCRD COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-MEDICAL CENTER ENTERPRISE; DUXBKHSCGR COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-SOUTH BALDWIN HOME HEALTH; DW3BGF4CU8 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-SOUTH BALDWIN MEDICAL; DUJB8A6CMK COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-SOUTH BALDWIN MEDICAL/ COBRA; DM5BKGESY4 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-SPRINGFELLOW MEMORIAL HOSPITAL; DMJB8KDCG2 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-STRINGFELLOW HMA PHYS. MGMT; D7VB38WC6J COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-STRINGFELLOW MEMORIAL HOSPITAL; DJMBFE7SPD COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; DJTBAQZC7D COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY AL HOME HEALTH BESSEMER; D5HB8J4SFY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY AL HOME HEALTH FULTONDALE; DYQBLFUS82 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY GP; DJTBQHDC8A COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY HBS - COBRA; DMQBSW3CPY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY LABFIRST; D2YBR8USEN COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY MOB; DYQB92GSDF COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY MOB - COBRA; DQ9BE3XSMY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-WOMEN'S HEALTH PARTNERS / COBRA; DJLBANZSRK COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM BASIC; DV4B396CMW EASTON BARG HIGH-; DSXBUJHC59 EASTON BARG LOW-; D6EBYSNCRA EASTON COBRA-; D3EBXQ7CKR EASTON HOSP PHYSICIAN PRACTICEOFFICE-; DF3BL72SME EASTON HOSP PHYSICIAN PRACTICEOFFICE EMPLOYEES-; D93BVMHCUY EASTON HOSPITAL-; D7GBJ83CPE EASTON HOSPITAL BARGAINING UNIT(UNION)-; DLVB3U5C72 EASTON HOSPITAL CBO (CENTRALBUSINESS)-; DUTBYS2CZ5 EASTON HOSPITAL CBO CENTRALBUSINESS OFFICE-; D5PB8FXSC9 EASTON HOSPITAL HOME HEALTH &HOSPITAL-; DAUBKE7SPT

JENNERSVILLE COBRA-; D9NBQ8GSK4 JENNERSVILLE REGIONAL HOSPITAL-; DRHBF2AS8T JENNERSVILLE UNION-; DE2BN3WS5T LOCK HAVEN UNION HIGH-; DCQB7XZS83 LOCK HAVEN UNION LOW-; D37BW98SJ5 MEMORIAL HOSPITAL OF SALEM COUNTY-; DNZB4LTC9Q PHOENIXVILLE COBRA-; DHDB697SEF PHOENIXVILLE HOSPITAL-; D6JBKUYSX5 POTTSTOWN COBRA-; D8WBNP6C4L POTTSTOWN MEMORIAL MEDICAL CENTER-; DWLBE92CUD POTTSTOWN MEMORIAL MEDICAL CENTER C-; D6QB7XASKT POTTSTOWN MEMORIAL MEDICAL CENTER S-; D3YBAP4C8X POTTSTOWN MEMORIAL MEDICAL CENTERCOVENTRY-; D5NBY9LCGK POTTSTOWN UNION-; DTZB43QSG9 POTTSTOWN UNION COBRA-; DWKBM5LCEX SALEM COBRA-; DG7BXH8SCA SALEM COBRA HIGH-; DK7BE9TCQF SCRANTON NON-UNION HIGH COBRA-; D2NBXW7SE6 SCRANTON SEIU HIGH COBRA-; DUJBD4ESCN SHARON REGIONAL HOSP BASIC COBRA-; DAPBQ83SFL SHARON REGIONAL HOSP PREMIER COBRA-; DHYBWEKSJ7 TYLER NON-UNION HIGH COBRA-; DLDBA49CVW WBGH - UNION-; DEDB75RC6Y WBGH UNION COBRA-; D7LBXUMSJN WILKES BARRE UNION-; DAWB6MJS2D WILKES BARRE UNION COBRA-; D4WBJKNSC7 WILKES-BARRE ACADEMIC MEDICINE-; D3ABKZQCME WILKES-BARRE BEHAVIORAL HOSP-; DL2BSEGCZV WILKES-BARRE HOSPITAL CO.-; D2ZBL3FCEJ WILKES-BARRE MOB-; D28BJ3LCRT WVHCS - IMC-; DL6BKXHSQC WVHCS - IMC COBRA-; DRGBUTDC2V WYOMING VALLEY HOSPITA SYSTEM COBRA-; DL9BVQGC65 WYOMING VALLEY HOSPITAL SYSTEMCOBRA-

Sincerely,
Claims Administrator

**SUPPLEMENTAL OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

CC: info@BCBSsettlement.com

**Re:     Notification of Intent to Be Excluded**

**Class Member Name: CHS/Community Health Systems Inc., sponsor and administrator of the Community Health Systems Group Health Plan and all affiliated and subordinate plans**

**Class Member Address: 4000 Meridian Blvd Franklin, TN 37067**

**Class Member Telephone Number: 615-465-7000**

Dear Claims Administrator:

CHS/Community Health Systems Inc., sponsor and administrator of the Community Health Systems Group Health Plan and all affiliated, acquired and/or predecessor plans, including the Health Management Associates, Inc. Employee Benefit Plan ("CHS") previously executed and submitted an opt out notice in this matter on July 26, 2021. A copy of CHS's July 26, 2021 opt out notice is attached as **Exhibit A**. The plans identified in the supplemental notices dated March 18, 2022 and attached hereto as **Exhibit B** are affiliated and/or supplemental plans to the Community Health Systems Group Health Plan, and should be considered to have opted out of the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP pursuant to CHS's July 26, 2021 opt out notice and this supplemental opt out notice.

The plans identified on **Exhibit B** are:

DXUBHQMCYD MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO HIGH NON UNION; DX4BDNVSJE MOSES TA YLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO LOW NON UNION;

DYTBLMNS98 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION; DF7BSUZCL4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION COBRA; DSUB3GVCQM MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION; D2RB5SLCE4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION ACTIVES; DHDBAMLCWG MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION COBRA; DQFBUETCV4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION; DMXBQGTSUR MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION COBRA; D5JB34UC72 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION; DLZB2E4S3A MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION ACTIVES; DH6B89PCYQ MOSES TAYLOR HOSPITAL-MOSES TAYLOR LACK AMBULAN PPO LOW NON UNION; D5ABVK9CDJ MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACK AMB PPO HIGH COBRA; D7TBD9VCFW MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACKA WNNA AMB PPO HIGH; D7TBWYZSU6 MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNION COBRA; DQGB6M5CHR MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNIONS; DXKBG45C36 MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION; D4FBN52STM MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION COBRA

and

DN2BDHPS8C BERWICK COBRA-; DQ6B8XZCYH BERWICK COBRA HIGH-; DHVBQ87C9X BERWICK UNION COBRA LOW-; DXNBJTYC73 BERWICK UNION HIGH-; DKXBMLJSYD BERWICK UNION LOW-; DAFBHVXSL9 BRANDYWINE COBRA-; DVKBZJ9C7R BRANDYWINE HOSPITAL-; DA8BXY3SDV CARDIAC CONSULTANTS AT LANCASTER REGIONAL-; D9VB6FGSZ3 CHESTNUT HILL COBRA-; DARB5UGCEF CHESTNUT HILL HOSPITAL-; D8DBPWES5Y CHESTNUT HILL UNION-; DWKBJA9C2S CHS - COMMONWEAL TH HEALTH MARKET-;

DVHBXEMCSA CHS - YORK COBRA-; DHDBXELC3U CHS - YORK HOME CARE-; DXYBPTNS3M CHS - YORK HOME CARE SERVICES LLC-; D9NBGTKCYZ CHS - YORK PATHOLOGY PHYSLLCLLC-; DFNBVMUCY4 CHS BERWICK HH & HOSPICE-; D8TB6GFCNJ CHS BERWICK HH & HOSPICE COBRA-; DVEBAN7CGX CHS CARLISLE REGIONAL MED CTR COBRA-; D24BDQGSNA CHS CARLISLE REGIONAL MEDICAL CENTE-; DK4B9PLS32 CHS CHESTNUT HILL UNION COBRA-; DPWBMFYCQL CHS COMMUNITY HEALTH SYSTEMS INC – BEHAVIORAL HEALTH SERVICES-; DALB68FC24 CHS COMMUNITY HEALTH SYSTEMS INC- CHS ACCESS CENTER SERVICES-; DN2B7URS9W CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE-; D4EBPZUC7Y CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE HR/PR SERVICE CENTER-; DZ2BJGNS9T CHS COMMUNITY HEALTH SYSTEMS INC - CHS - HOME HEALTH & HOSPICE-; DSVBNP9CYQ CHS COMMUNITY HEALTH SYSTEMS INC - CLARKSDALE HEALTH NW MISSISSIPPI-; DT9B3P8CXL CHS COMMUNITY HEALTH SYSTEMS INC - MEDICAL CENTER OF SOUTH ARKANSAS-; DXQBPTMS3Y CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH BILOXI-; DZ3BEQUSV5 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH CENTRAL-; DETBK9YCRL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH MADISON-; DXAB62QSPL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH NATCHEZ-; DNUB298SHW CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RANKIN-; DVGBRNUS47 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER OAKS-; DNJBEKACTL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER REGION-; DAFBVRHCL6 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WESLEY-; DLGB587SJZ CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WOMEN'S HOSPITAL-; DWTBDQACF4 CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - BENTONVILLE-; DVPBRX9CYM CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - SPRINGDALE-; DSGBQZHCVE CHS COMMUNITY HEALTH SYSTEMS INC

- NORTHWEST PHYSICIANS SPECIAL TY HOSPITAL-; D93B4WASNK CHS COMMUNITY HEALTH SYSTEMS INC - SILOAM SPRINGS REGIONAL HOSP IT AL-; DFWBK87C69 CHS COMMUNITY HEALTH SYSTEMS INC - WILLOW CREEK WOMENS HOSPITAL-; D4QBY8US3G CHS HEART OF LANCASTER REG MED COBR-; D4WBUAFS98 CHS HEART OF LANCASTER REG MED CTR-; DRWBG98C4S CHS JENNERSVILLE HH & HOSPICE-; DX2B6VMS8Q CHS JENNERSVILLE HH & HOSPITAL SV-; DTKB5VXSAR CHS JENNERSVILLE HH COBRA-; DM8BJKXCH2 CHS LANCASTER MEDICAL GROUP-; D45BGN3STV CHS LANCASTER MEDICAL GROUP COBRA-; D7KBR8YSWU CHS LANCASTER MEDICAL GRP COBRA-; DG5BUNS86 CHS LANCASTER REG MED CTR-; DK3BPGACEL CHS LANCASTER REG MED CTR COBRA-; DHQBW9JCDE CHS LANCASTER REGION MED CTR COBRA-; DX8B6CLS43 CHS LANCASTER REGIONAL MED CTR-; DPHBGRTC58 CHS POTTSTOWN HOMECARE & HOSPICE-; DCRBULES69 CHS SALEM HH & HOSPICE-; DV6BHA2SN9 CHS SALEM HH & HOSPICE COBRA-; DY4B7KFS3D CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OFAREA HIGH-; DADBPESCYH CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OF-AREA LOW-; DTMBPVDSKU CHS WILKES BARRE BEHAVIORAL HEALTH-; DWMB2UVCSF CHS WILKES BARRE CLINIC COMP ANY-; D3XBKARCZW CHS WILKES BARRE COMMUNITY RESIDENT-; D42BTH3 SUN CHS WILKES BARRE VNA HH NEPA-; D3WB5FGCVE CHS WILKES BARRE VNA HH OF NEPA-; DJ2BRCTSPW CHS WOMENS HEALTH SPECIALISTS-; DFDB4C7S5L CHS/COMMUNITY HEALTH SYSTEMS-; DH2BGXNS5Q CHS-POTTSTOWN MEMORIAL MED CENTER-; DE7BRFKSHZ CHS-WILKES BARRE BARGAINING EMPLOYE-; DPJBG9YCHM CHS-YORK PENNSYLVANIA HOSPITAL COMPLLC-; DMWB357CSF COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-AFFINITY CARD IO THORACIC SPECIALISTS; D8KB6AHCWD COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-AFFINITY GASTROENTEROLOGY ASC LLC; DJWBRZ6CDF COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-AFFINITY

GASTROENTEROLOGY ASC LLC COBRA; DV7B8FKSDQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-AFFINITY HEALTH MONTCLAJR; DHSBFL3CTR COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-AFFINITY ORTHO PRACTICE (LEMAK); DDTB6EJCQW COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-AFFINITY ORTHOPEDIC SPECIALISTS LLC; DFMBS83CRK COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-AFFINITY ORTHOPEDIC SPECIALISTS LLC COBRA; D7UB5M3CZA COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-AFFINITY RADIATION THERAPY SERVICES LLC; DLVBR8TSYN COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CAHABA ORTHOPEDICS LLC.; DJWB7QNC85 COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CHEROKEE CENTRE HBP SERVICES; D6DBVH4CJN COMMUNITY HEALTH SYSTEMS/CHS PREMIER – PlCHEROKEE HOME HEALTH; D6JB2WDCSM COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-CHEROKEE HOSPICE; DUPBTZ4S8C COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-CHEROKEE MEDICAL CENTER; DYRB5QKC98 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-CRESTWOOD MEDICAL CENTER; D82B3QASEH COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; D58BR7ESHC COMMUNITY HEALTH SYSTEMS/CHS PREMIER – PlCRESTWOOD OCCUPATIONAL MEDICINE HEALTH/COBRA; D8ZBEFTCN7 COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-CRESTWOOD PHYSICIAN SERVICES LLP; DJ4BMFLCYT COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DRXBMNHSGC COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-DEKALB CLINICS; DQFBEHUCP6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-DEKALB HOME HEALTH; DL9BEW4CHK COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-DEKALB REGIONAL MEDICAL CENTER; DN7BVD6SXJ COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-ENTERPRISE CLINICS; D6VBEPHSJK COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-FLOWERS HOSPITAL; DYVBJ7NCSQ COMMUNITY HEALTH

SYSTEMS/CHS PREMIER- Pl-FLOWERS WIREGRASS CLINIC; DEJBVZCSL6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER- PlFMG PRIMECARE LLC COBRA; D2YBHXNCK6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-GADSDEN GR PRIMARY CARE; DZPBFYRCQD COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-GADSDEN HOME HEALTH; DG8BRZNSHV COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-GADSDEN PHYSICIAN GROUP PRACTICES; DVRBY6GC94 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-GADSDEN POB; DJHBVMQSEY COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-GADSDEN REGIONAL; D7XB8W9SVM COMMUNITY HEALTH SYSTEMS/CHS PREMIER – PlGADSDEN REGIONAL - COBRA; DRPBKYMSD9 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-GADSDEN WOMEN'S HEALTH PARTNERS; DKZB4XLC3T COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-GRANDVIEW MEDICAL CENTER; D9WB3KXCVH COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-GRANDVIEW MEDICAL GROUP RESEARCH LLC; DD2B86WCNL COMMUNITY HEALTH SYSTEMS/CHS PREMIER- PlGRANDVIEW MEDICAL GROUP RESEARCH LLC COBRA; D9QBUNJC2K COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-LY STABLER HOME HEALTH; DPMB2DXSY3 COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-LV STABLER MEMORIAL; DPNB9M6C2J COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-MEDICAL CENTER ENTERPRISE; DAJBPV8C63 COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-SOUTH BALDWIN HOME HEALTH; D3MB28SCFP COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-SOUTH BALDWIN MEDICAL; D3VB7PLCMQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-STRINGFELLOW HMA PHYS. MGMT; DFRBEV2S8C COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-STRINGFELLOW MEMORIAL HOSPITAL; DJNBD5QSCX COMMUNITY HEALTH SYSTEMS/CHS PREMIER-Pl-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; DNYBX7JC3K COMMUNITY HEALTH SYSTEMS/CHS PREMIER- Pl-TRINITY CENTRAL AL HOME HEALTH BESSEMER; DVEBGN9C3M COMMUNITY HEALTH SYSTEMS/CHS

PREMIER- Pl-TRINITY CENTRAL AL HOME HEALTH FULTONDALE; DMNBKC9SF A COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-TRINITY GP; DENBPJRS4G COMMUNITY HEALTH SYSTEMS/CHS PREMIER-PlTRINITY HBS - COBRA; DDWB4ZECHV COMMUNITY HEALTH SYSTEMS/CHS PREMIER - Pl-TRINITY LABFIRST; DTWBUZPSH6 COMMUNITY HEALTH SYSTEMS/CHS PREMIERPl- TRINITY MOB; DMPB25ZSAW COMMUNITY HEALTH SYSTEMS/CHS PREMIER-PlTRINITY MOB - COBRA; DX8B5V7CNL COMMUNITY HEALTH SYSTEMS/CHS PREMIER - PI-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM PREMIER; D6RBNS3CY7 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY GASTROENTEROLOGY ASC LLC; D6FBGUQCP3 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY GASTROENTEROLOGY ASC LLC COBRA; DLDBA2TC53 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY HEALTH MONTCLAIR; D9KBMQ6C3W COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-AFFINITY ORTHO PRACTICE (LEMAK); DR5BH48C2W COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY ORTHOPEDIC SPECIALISTS LLC; D4WB2R6CVJ COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY ORTHOPEDIC SPECIALISTS LLC COBRA; DXHB7G2S6V COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-AFFINITY RADIATION THERAPY SERVICES LLC; D3XBW4JCMF COMMUNITY HEALTH SYSTEMS/CHS/BASIC-Bl-AFFINTY CARDIO THORACIC SPECIALISTS; DR6BNS9CKU COMMUNITY HEALTH SYSTEMS/CHS/ BASICB 1-CAHABA ORTHOPEDICS LLC.; DZFBW4XSMP COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-BI-CHEROKEE CENTRE HBP SERVICES; DKYBL8ECDZ COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE HOME HEALTH; DL8B3MXC2H COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CHEROKEE HOSPICE; DWGB4T2SM9 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE MEDICAL CENTER; D5NBTFQCD9 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CHEROKEE MEDICAL CENTER/ COBRA; DHGB8LFCTR COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CRESTWOOD MEDICAL CENTER;

DDRBZ5FS3 7 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; DHKBZRASVQ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CRESTWOOD OCCUPATIONAL MEDICINE  HEALTH/COBRA; DHUBLP7CQW COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-CRESTWOOD PHYSICIAN SERVICES LLP; D3MBF76SEG COMMUNITY HEALTH SYSTEMS/CHS/ BASICBl- CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DNSBK7JCZ5 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB CLINICS; D5VB72KCX3 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB HOME HEALTH; DGYBM6HS7K COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-DEKALB REGIONAL MEDICAL CENTER; DY5BJL 7CXP COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-DEKALB REGIONAL MEDICAL CENTER/ COBRA; DJWB2F8SVT COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-ENTERPRISE CLINICS; DXPBYRCS92 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FACILITY COBRA; DU5BMDWS8K COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-FLOWERS HOSPITAL; DU8BAEWCTL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FLOWERS WIREGRASS CLINIC; DZNBKQWSXY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-FMG PRIMECARE LLC; DUYBP82S3Z COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FMG PRIMECARE LLC COBRA; DT9BGJ8CVL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GADSDEN GR PRIMARY CARE; DXTBEQKS9L COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GADSDEN HOME HEALTH; DR 7B8NUSJL COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GADSDEN PHYSICIAN GROUP PRACTICES; DZTBKXES8A COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GADSDEN POB; DRAB86LCNW COMMUNITY HEALTH SYSTEMS/CHS/ BASICB I-GADSDEN REGIONAL; DMGBAJKCFN COMMUNITY HEALTH SYSTEMS/CHS/ BASICB 1-GADSDEN WOMEN'S HEALTH PARTNERS; DHKBZQ6CRT COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-GRANDVIEW MEDICAL CENTER; D4HBNK.UCD6 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-GRANDVIEW MEDICAL GROUP RESEARCH LLC; DGNB573SRQ

COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B 1-L V ST ABLER HOME HEALTH; DWUB5YCS4L COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-LY STABLER MEMORIAL; D6RBPWNSYM COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-LY STABLER MEMORIAL/ COBRA; DTMBPGYCRD COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-MEDICAL CENTER ENTERPRISE; DUXBKHSCGR COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-SOUTH BALDWIN HOME HEALTH; DW3BGF4CU8 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-Bl-SOUTH BALDWIN MEDICAL; DUJB8A6CMK COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-SOUTH BALDWIN MEDICAL/ COBRA; DM5BKGESY 4 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B 1-SPRINGFELLOW MEMORIAL HOSPITAL; DMJB8KDCG2 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-BlSTRINGFELLOW HMA PHYS. MGMT; D7VB38WC6J COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-STRINGFELLOW MEMORIAL HOSPITAL; DJMBFE7SPD COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; DJTBAQZC7D COMMUNITY HEALTH SYSTEMS/CHS/BASIC-Bl-TRINITY AL HOME HEALTH BESSEMER; D5HB8J4SFY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-BlTRINITY AL HOME HEALTH FULTONDALE; DYQBLFUS82 COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY GP; DJTBQHDC8A COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY HBS - COBRA; DMQBSW3CPY COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-TRINITY LABFIRST; D2YBR8USEN COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY MOB; DYQB92GSDF COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-TRINITY MOB - COBRA; DQ9BE3XSMY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-Bl-WOMEN'S HEALTH PARTNERS *I* COBRA; DJLBANZSRK COMMUNITY HEALTH SYSTEMS/CHS/BASIC-BI-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM BASIC; DV4B396CMW EASTON BARG HIGH-; DSXBUJHC59 EASTON BARG LOW-; D6EBYSNCRA EASTON COBRA-; D3EBXQ7CKR EASTON HOSP PHYSICIAN PRACTICE OFFICE-; DF3BL 72SME EASTON HOSP PHYSICIAN PRACTICE OFFICE

EMPLOYEES-; D93BVMHCUY EASTON HOSPITAL-; D7GBJ83CPE EASTON HOSPITAL BARGAINING UNIT(UNION)-; DL VB3U5C72 EASTON HO SPIT AL CBO (CENTRAL BUSINESS)-; DUTBYS2CZ5 EASTON HOSPITAL CBO CENTRAL BUSINESS OFFICE-; D5PB8FXSC9 EASTON HOSPITAL HOME HEALTH &HOSPITAL-; DAUBKE7SPT JENNERSVILLE COBRA-; D9NBQ8GSK4 JENNERSVILLE REGIONAL HOSPITAL-; DRHBF2AS8T JENNERSVILLE UNION-; DE2BN3WS5T LOCK HA VEN UNION HIGH-; DCQB7:XZS83 LOCK HA VEN UNION LOW-; D37BW98SJ5 MEMORIAL HOSPITAL OF SALEM COUNTY-; DNZB4LTC9Q PHOENIXVILLE COBRA-; DHDB697SEF PHOENIXVILLE HOSPITAL-; D6JBKUYSX5 POTTSTOWN COBRA-; D8WBNP6C4L POTTSTOWN MEMORIAL MEDICAL CENTER-; DWLBE92CUD POTTSTOWN MEMORIAL MEDICAL CENTER C-; D6QB7XASKT POTTSTOWN MEMORIAL MEDICAL CENTERS-; D3YBAP4C8X POTTSTOWN MEMORIAL MEDICAL CENTER COVENTRY-; D5NBY9LCGK POTTSTOWN UNION-; DTZB43QSG9 POTTSTOWN UNION COBRA-; DWKBMSLCEX SALEM COBRA-; DG7BXH8SCA SALEM COBRA HIGH-; DK7BE9TCQF SCRANTON NON-UNION HIGH COBRA-; D2NBXW7SE6 SCRANTON SEIU HIGH COBRA-; DUJBD4ESCN SHARON REGIONAL HOSP BASIC COBRA-; DAPBQ83SFL SHARON REGIONAL HOSP PREMIER COBRA-; DHYBWEKSJ7 TYLER NON-UNION HIGH COBRA-; DLDBA49CVW WBGH - UNION-; DEDB75RC6Y WBGH UNION COBRA-; D7LBXUMSJN WILKES BARRE UNION-; DA WB6MJS2D WILKES BARRE UNION COBRA-; D4WBJKNSC7 WILKES-BARRE ACADEMIC MEDICINE-; D3ABKZQCME WILKES-BARRE BEHAVIORAL HOSP-; DL2BSEGCZV WILKES-BARRE HOSPITAL CO.-; D2ZBL3FCEJ WILKES-BARRE MOB-; D28BJ3LCRT WVHCS - IMC-; DL6BKXHSQC WVHCS - IMC COBRA-; DRGBUTDC2V WYOMING VALLEY HOSPITA SYSTEM COBRA-; DL9BVQGC65 WYOMING VALLEY HOSPITAL SYSTEM COBRA

CHS/Community Health Systems Inc.

By: _____

Justin D. Pitt

Title: Executive Vice President, General Counsel and Assistant Secretary, CHS/Community Health Systems, Inc.

# EXHIBIT A

**OPT OUT NOTICE**

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111

CC: info@BCBSsettlement.com

> **Re:**   **Notification of Intent to Be Excluded**
>
> **Class Member Name: CHS/Community Health Systems Inc., sponsor and administrator of the Community Health Systems Group Health Plan**
>
> **Class Member Address: 4000 Meridian Blvd Franklin, TN 37067**
>
> **Class Member Telephone Number: 615-465-7000**

Dear Claims Administrator:

This letter serves as an exclusion request by CHS/Community Health Systems Inc., sponsor and administrator of the Community Health Systems Group Health Plan and all affiliated, acquired and/or predecessor plans, including the Health Management Associates, Inc. Employee Benefit Plan ("CHS"). CHS elects to be excluded from the settlement class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation* MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

CHS/Community Health Systems Inc.

By: _____

Benjamin C. Fordham

Title: Executive Vice President, General Counsel and Assistant Secretary, CHS/Community Health Systems, Inc.

# EXHIBIT B

**BLUE CROSS BLUE SHIELD SETTLEMENT**
**C/O JND LEGAL ADMINISTRATION**
**P.O. BOX 91390**
**SEATTLE, WA 98111**

March 18, 2022

MOSES TAYLOR HOSPITAL
4000 MERIDIAN BLVD HUMAN RESOURCES DEPT
FRANKLIN, TN  37067

> **Re:    Blue Cross Blue Shield Settlement – Supplemental Notice**

Dear MOSES TAYLOR HOSPITAL:

Please see the enclosed Supplemental Notice for the following Self-Funded Entity Accounts:

DXUBHQMCYD MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO HIGH NON UNION; DX4BDNVSJE MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOME HEALTH PPO LOW NON UNION; DYTBLMNS98 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION; DF7BSUZCL4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH NON UNION COBRA; DSUB3GVCQM MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION; D2RB5SLCE4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION ACTIVES; DHDBAMLCWG MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO HIGH UNION COBRA; DQFBUETCV4 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION; DMXBQGTSUR MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW NON UNION COBRA; D5JB34UC72 MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION; DLZB2E4S3A MOSES TAYLOR HOSPITAL-MOSES TAYLOR HOSPITAL PPO LOW UNION ACTIVES; DH6B89PCYQ MOSES TAYLOR HOSPITAL-MOSES TAYLOR LACK AMBULAN PPO LOW NON UNION; D5ABVK9CDJ MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACK AMB PPO HIGH COBRA; D7TBD9VCFW MOSES TAYLOR HOSPITAL-MOSES TAYLOR NON UNION LACKAWNNA AMB PPO HIGH; D7TBWYZSU6 MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNION COBRA; DQGB6M5CHR MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO HIGH NON UNIONS; DXKBG45C36 MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION; D4FBN52STM MOSES TAYLOR HOSPITAL-PHYSICIANS HLTH ALLIANCE PPO LOW NON UNION COBRA

Sincerely,
Claims Administrator

**BLUE CROSS BLUE SHIELD SETTLEMENT**
**C/O JND LEGAL ADMINISTRATION**
**P.O. BOX 91390**
**SEATTLE, WA 98111**

March 18, 2022

WILKES BARRE UNION COBRA
4000 MERIDIAN BLVD
FRANKLIN, TN  37067

    **Re:    Blue Cross Blue Shield Settlement – Supplemental Notice**

Dear WILKES BARRE UNION COBRA:

Please see the enclosed Supplemental Notice for the following Self-Funded Entity Accounts:

DN2BDHPS8C BERWICK COBRA-; DQ6B8XZCYH BERWICK COBRA HIGH-; DHVBQ87C9X BERWICK UNION COBRA LOW-; DXNBJTYC73 BERWICK UNION HIGH-; DKXBMLJSYD BERWICK UNION LOW-; DAFBHVXSL9 BRANDYWINE COBRA-; DVKBZJ9C7R BRANDYWINE HOSPITAL-; DA8BXY3SDV CARDIAC CONSULTANTS AT LANCASTER REGIONAL-; D9VB6FGSZ3 CHESTNUT HILL COBRA-; DARB5UGCEF CHESTNUT HILL HOSPITAL-; D8DBPWES5Y CHESTNUT HILL UNION-; DWKBJA9C2S CHS - COMMONWEALTH HEALTH MARKET-; DVHBXEMCSA CHS - YORK COBRA-; DHDBXELC3U CHS - YORK HOME CARE-; DXYBPTNS3M CHS - YORK HOME CARE SERVICES  LLC-; D9NBGTKCYZ CHS - YORK PATHOLOGY PHYSLLCLLC-; DFNBVMUCY4 CHS BERWICK HH & HOSPICE-; D8TB6GFCNJ CHS BERWICK HH & HOSPICE COBRA-; DVEBAN7CGX CHS CARLISLE REGIONAL MED CTR COBRA-; D24BDQGSNA CHS CARLISLE REGIONAL MEDICAL CENTE-; DK4B9PLS32 CHS CHESTNUT HILL UNION COBRA-; DPWBMFYCQL CHS COMMUNITY HEALTH SYSTEMS INC - BEHAVIORAL HEALTH SERVICES-; DALB68FC24 CHS COMMUNITY HEALTH SYSTEMS INC - CHS - ACCESS CENTER SERVICES-; DN2B7URS9W CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE-; D4EBPZUC7Y CHS COMMUNITY HEALTH SYSTEMS INC - CHS - CORPORATE HR/PR SERVICE CENTER-; DZ2BJGNS9T CHS COMMUNITY HEALTH SYSTEMS INC - CHS - HOME HEALTH & HOSPICE-; DSVBNP9CYQ CHS COMMUNITY HEALTH SYSTEMS INC - CLARKSDALE HEALTH NW MISSISSIPPI-; DT9B3P8CXL CHS COMMUNITY HEALTH SYSTEMS INC - MEDICAL CENTER OF SOUTH ARKANSAS-; DXQBPTMS3Y CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH BILOXI-; DZ3BEQUSV5 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH CENTRAL-; DETBK9YCRL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH MADISON-; DXAB62QSPL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH NATCHEZ-; DNUB298SHW CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RANKIN-; DVGBRNUS47 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER OAKS-; DNJBEKACTL CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH RIVER REGION-; DAFBVRHCL6 CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WESLEY-; DLGB587SJZ CHS COMMUNITY HEALTH SYSTEMS INC - MERIT HEALTH WOMEN'S HOSPITAL-; DWTBDQACF4 CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - BENTONVILLE-; DVPBRX9CYM CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST MEDICAL CENTER - SPRINGDALE-; DSGBQZHCVE CHS COMMUNITY HEALTH SYSTEMS INC - NORTHWEST PHYSICIANS SPECIALTY HOSPITAL-; D93B4WASNK CHS COMMUNITY HEALTH SYSTEMS INC - SILOAM SPRINGS REGIONAL HOSPITAL-; DFWBK87C69 CHS COMMUNITY HEALTH SYSTEMS INC -

WILLOW CREEK WOMENS HOSPITAL-; D4QBY8US3G CHS HEART OF LANCASTER REG MED COBR-; D4WBUAFS98 CHS HEART OF LANCASTER REG MED CTR-; DRWBG98C4S CHS JENNERSVILLE HH & HOSPICE-; DX2B6VMS8Q CHS JENNERSVILLE HH & HOSPITAL SV-; DTKB5VXSAR CHS JENNERSVILLE HH COBRA-; DM8BJKXCH2 CHS LANCASTER MEDICAL GROUP-; D45BGN3STV CHS LANCASTER MEDICAL GROUP COBRA-; D7KBR8YSWU CHS LANCASTER MEDICAL GRP COBRA-; DG5BUJYS86 CHS LANCASTER REG MED CTR-; DK3BPGACEL CHS LANCASTER REG MED CTR COBRA-; DHQBW9JCDE CHS LANCASTER REGION MED CTR COBRA-; DX8B6CLS43 CHS LANCASTER REGIONAL MED CTR-; DPHBGRTC58 CHS POTTSTOWN HOMECARE & HOSPICE-; DCRBULES69 CHS SALEM HH & HOSPICE-; DV6BHA2SN9 CHS SALEM HH & HOSPICE COBRA-; DY4B7KFS3D CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OF-AREA HIGH-; DADBPESCYH CHS WILKES BARRE BEHAVIOR HOSP - SEIU OUT-OF-AREA SEIU OUT-OF-AREA LOW-; DTMBPVDSKU CHS WILKES BARRE BEHAVIORAL HEALTH-; DWMB2UVCSF CHS WILKES BARRE CLINIC COMPANY-; D3XBKARCZW CHS WILKES BARRE COMMUNITY RESIDENT-; D42BTH3SUN CHS WILKES BARRE VNA HH NEPA-; D3WB5FGCVE CHS WILKES BARRE VNA HH OF NEPA-; DJ2BRCTSPW CHS WOMENS HEALTH SPECIALISTS-; DFDB4C7S5L CHS/COMMUNITY HEALTH SYSTEMS-; DH2BGXNS5Q CHS-POTTSTOWN MEMORIAL MED CENTER-; DE7BRFKSHZ CHS-WILKES BARRE BARGAINING EMPLOYE-; DPJBG9YCHM CHS-YORK PENNSYLVANIA HOSPITAL COMPLLC-; DMWB357CSF COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY CARDIO THORACIC SPECIALISTS; D8KB6AHCWD COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY GASTROENTEROLOGY ASC  LLC; DJWBRZ6CDF COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY GASTROENTEROLOGY ASC  LLC COBRA; DV7B8FKSDQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY HEALTH MONTCLAIR; DHSBFL3CTR COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY ORTHO PRACTICE (LEMAK); DDTB6EJCQW COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY ORTHOPEDIC SPECIALISTS  LLC; DFMBS83CRK COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY ORTHOPEDIC SPECIALISTS  LLC COBRA; D7UB5M3CZA COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-AFFINITY RADIATION THERAPY SERVICES  LLC; DLVBR8TSYN COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CAHABA ORTHOPEDICS  LLC.; DJWB7QNC85 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CHEROKEE CENTRE HBP SERVICES; D6DBVH4CJN COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CHEROKEE HOME HEALTH; D6JB2WDCSM COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CHEROKEE HOSPICE; DUPBTZ4S8C COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CHEROKEE MEDICAL CENTER; DYRB5QKC98 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD MEDICAL CENTER; D82B3QASEH COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; D58BR7ESHC COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH/COBRA; D8ZBEFTCN7 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD PHYSICIAN SERVICES LLP; DJ4BMFLCYT COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DRXBMNHSGC COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-DEKALB CLINICS; DQFBEHUCP6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-DEKALB HOME HEALTH; DL9BEW4CHK COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-DEKALB REGIONAL MEDICAL CENTER; DN7BVD6SXJ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-ENTERPRISE CLINICS; D6VBEPHSJK COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-FLOWERS HOSPITAL; DYVBJ7NCSQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-FLOWERS WIREGRASS CLINIC; DEJBVZCSL6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-FMG PRIMECARE LLC COBRA; D2YBHXNCK6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN GR PRIMARY CARE; DZPBFYRCQD COMMUNITY HEALTH

SYSTEMS/CHS PREMIER - P1-GADSDEN HOME HEALTH; DG8BRZNSHV COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN PHYSICIAN GROUP PRACTICES; DVRBY6GC94 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN POB; DJHBVMQSEY COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN REGIONAL; D7XB8W9SVM COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN REGIONAL - COBRA; DRPBKYMSD9 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GADSDEN WOMEN'S HEALTH PARTNERS; DKZB4XLC3T COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GRANDVIEW MEDICAL CENTER; D9WB3KXCVH COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GRANDVIEW MEDICAL GROUP RESEARCH  LLC; DD2B86WCNL COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-GRANDVIEW MEDICAL GROUP RESEARCH  LLC COBRA; D9QBUNJC2K COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-LV STABLER HOME HEALTH; DPMB2DXSY3 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-LV STABLER MEMORIAL; DPNB9M6C2J COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-MEDICAL CENTER ENTERPRISE; DAJBPV8C63 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-SOUTH BALDWIN HOME HEALTH; D3MB28SCFP COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-SOUTH BALDWIN MEDICAL; D3VB7PLCMQ COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-STRINGFELLOW HMA PHYS. MGMT; DFRBEV2S8C COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-STRINGFELLOW MEMORIAL HOSPITAL; DJNBD5QSCX COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; DNYBX7JC3K COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY CENTRAL AL HOME HEALTH BESSEMER; DVEBGN9C3M COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY CENTRAL AL HOME HEALTH FULTONDALE; DMNBKC9SFA COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY GP; DENBPJRS4G COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY HBS - COBRA; DDWB4ZECHV COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY LABFIRST; DTWBUZPSH6 COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY MOB; DMPB25ZSAW COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-TRINITY MOB - COBRA; DX8B5V7CNL COMMUNITY HEALTH SYSTEMS/CHS PREMIER - P1-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM PREMIER; D6RBNS3CY7 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY GASTROENTEROLOGY ASC LLC; D6FBGUQCP3 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY GASTROENTEROLOGY ASC  LLC COBRA; DLDBA2TC53 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY HEALTH MONTCLAIR; D9KBMQ6C3W COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY ORTHO PRACTICE (LEMAK); DR5BH48C2W COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY ORTHOPEDIC SPECIALISTS LLC; D4WB2R6CVJ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY ORTHOPEDIC SPECIALISTS  LLC COBRA; DXHB7G2S6V COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINITY RADIATION THERAPY SERVICES  LLC; D3XBW4JCMF COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-AFFINTY CARDIO THORACIC SPECIALISTS; DR6BNS9CKU COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CAHABA ORTHOPEDICS  LLC.; DZFBW4XSMP COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE CENTRE HBP SERVICES; DKYBL8ECDZ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE HOME HEALTH; DL8B3MXC2H COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE HOSPICE; DWGB4T2SM9 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE MEDICAL CENTER; D5NBTFQCD9 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CHEROKEE MEDICAL CENTER/ COBRA; DHGB8LFCTR COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD MEDICAL CENTER; DDRBZ5FS37 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH; DHKBZRASVQ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD OCCUPATIONAL MEDICINE HEALTH/COBRA; DHUBLP7CQW COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD

PHYSICIAN SERVICES LLP; D3MBF76SEG COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-CRESTWOOD PHYSICIAN SERVICES LLP - COBRA; DNSBK7JCZ5 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-DEKALB CLINICS; D5VB72KCX3 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-DEKALB HOME HEALTH; DGYBM6HS7K COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-DEKALB REGIONAL MEDICAL CENTER; DY5BJL7CXP COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-DEKALB REGIONAL MEDICAL CENTER/ COBRA; DJWB2F8SVT COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-ENTERPRISE CLINICS; DXPBYRCS92 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FACILITY COBRA; DU5BMDWS8K COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FLOWERS HOSPITAL; DU8BAEWCTL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FLOWERS WIREGRASS CLINIC; DZNBKQWSXY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FMG PRIMECARE LLC; DUYBP82S3Z COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-FMG PRIMECARE LLC COBRA; DT9BGJ8CVL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN GR PRIMARY CARE; DXTBEQKS9L COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN HOME HEALTH; DR7B8NUSJL COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN PHYSICIAN GROUP PRACTICES; DZTBKXES8A COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN POB; DRAB86LCNW COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN REGIONAL; DMGBAJKCFN COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GADSDEN WOMEN'S HEALTH PARTNERS; DHKBZQ6CRT COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GRANDVIEW MEDICAL CENTER; D4HBNKUCD6 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-GRANDVIEW MEDICAL GROUP RESEARCH  LLC; DGNB573SRQ COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-LV STABLER HOME HEALTH; DWUB5YCS4L COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-LV STABLER MEMORIAL; D6RBPWNSYM COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-LV STABLER MEMORIAL/ COBRA; DTMBPGYCRD COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-MEDICAL CENTER ENTERPRISE; DUXBKHSCGR COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-SOUTH BALDWIN HOME HEALTH; DW3BGF4CU8 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-SOUTH BALDWIN MEDICAL; DUJB8A6CMK COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-SOUTH BALDWIN MEDICAL/ COBRA; DM5BKGESY4 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-SPRINGFELLOW MEMORIAL HOSPITAL; DMJB8KDCG2 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-STRINGFELLOW HMA PHYS. MGMT; D7VB38WC6J COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-STRINGFELLOW MEMORIAL HOSPITAL; DJMBFE7SPD COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY AFFINITY CARDIOVASCULAR SPECIALIST; DJTBAQZC7D COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY AL HOME HEALTH BESSEMER; D5HB8J4SFY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY AL HOME HEALTH FULTONDALE; DYQBLFUS82 COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY GP; DJTBQHDC8A COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY HBS - COBRA; DMQBSW3CPY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY LABFIRST; D2YBR8USEN COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY MOB; DYQB92GSDF COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-TRINITY MOB - COBRA; DQ9BE3XSMY COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-WOMEN'S HEALTH PARTNERS / COBRA; DJLBANZSRK COMMUNITY HEALTH SYSTEMS/CHS/ BASIC-B1-WOMEN'S HEALTH SPECIALISTS OF BIRMINGHAM BASIC; DV4B396CMW EASTON BARG HIGH-; DSXBUJHC59 EASTON BARG LOW-; D6EBYSNCRA EASTON COBRA-; D3EBXQ7CKR EASTON HOSP PHYSICIAN PRACTICEOFFICE-; DF3BL72SME EASTON HOSP PHYSICIAN PRACTICEOFFICE EMPLOYEES-; D93BVMHCUY EASTON HOSPITAL-; D7GBJ83CPE EASTON HOSPITAL BARGAINING UNIT(UNION)-; DLVB3U5C72 EASTON HOSPITAL CBO (CENTRALBUSINESS)-; DUTBYS2CZ5 EASTON HOSPITAL CBO CENTRALBUSINESS OFFICE-; D5PB8FXSC9 EASTON HOSPITAL HOME HEALTH &HOSPITAL-; DAUBKE7SPT

JENNERSVILLE COBRA-; D9NBQ8GSK4 JENNERSVILLE REGIONAL HOSPITAL-; DRHBF2AS8T JENNERSVILLE UNION-; DE2BN3WS5T LOCK HAVEN UNION HIGH-; DCQB7XZS83 LOCK HAVEN UNION LOW-; D37BW98SJ5 MEMORIAL HOSPITAL OF SALEM COUNTY-; DNZB4LTC9Q PHOENIXVILLE COBRA-; DHDB697SEF PHOENIXVILLE HOSPITAL-; D6JBKUYSX5 POTTSTOWN COBRA-; D8WBNP6C4L POTTSTOWN MEMORIAL MEDICAL CENTER-; DWLBE92CUD POTTSTOWN MEMORIAL MEDICAL CENTER C-; D6QB7XASKT POTTSTOWN MEMORIAL MEDICAL CENTER S-; D3YBAP4C8X POTTSTOWN MEMORIAL MEDICAL CENTERCOVENTRY-; D5NBY9LCGK POTTSTOWN UNION-; DTZB43QSG9 POTTSTOWN UNION COBRA-; DWKBM5LCEX SALEM COBRA-; DG7BXH8SCA SALEM COBRA HIGH-; DK7BE9TCQF SCRANTON NON-UNION HIGH COBRA-; D2NBXW7SE6 SCRANTON SEIU HIGH COBRA-; DUJBD4ESCN SHARON REGIONAL HOSP BASIC COBRA-; DAPBQ83SFL SHARON REGIONAL HOSP PREMIER COBRA-; DHYBWEKSJ7 TYLER NON-UNION HIGH COBRA-; DLDBA49CVW WBGH - UNION-; DEDB75RC6Y WBGH UNION COBRA-; D7LBXUMSJN WILKES BARRE UNION-; DAWB6MJS2D WILKES BARRE UNION COBRA-; D4WBJKNSC7 WILKES-BARRE ACADEMIC MEDICINE-; D3ABKZQCME WILKES-BARRE BEHAVIORAL HOSP-; DL2BSEGCZV WILKES-BARRE HOSPITAL CO.-; D2ZBL3FCEJ WILKES-BARRE MOB-; D28BJ3LCRT WVHCS - IMC-; DL6BKXHSQC WVHCS - IMC COBRA-; DRGBUTDC2V WYOMING VALLEY HOSPITA SYSTEM COBRA-; DL9BVQGC65 WYOMING VALLEY HOSPITAL SYSTEMCOBRA-

Sincerely,
Claims Administrator