IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ) | |
| ) | Master File No.: 2:13- CV-20000-RDP |
| ANTITRUST LITIGATION ) | |
| (MDL NO. 2406) ) | This document relates to |
| ) | Subscriber Track. |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jon Corey of the firm McKool Smith, P.C., hereby enters his appearance as counsel for the following Opt-Outs: Darling Ingredients Inc.; Griffin Industries, LLC; Automobile Club of Southern California; Bed Bath & Beyond Inc.; Dillard's, Inc.; Halliburton Energy Services, Inc.; Kimberly-Clark Corporation; Lincoln National Corporation; Live Nation Entertainment, Inc.; Nestlé USA, Inc.; Perdue Farms Inc.; Pacific Gas and Electric Company; PG&E Corporation; Raytheon Technologies Corporation; Rite Aid Hdqtrs. Corp.; Rite Aid Corporation; Sterling Jewelers Inc.; Starbucks Corporation; and Tyson Foods, Inc.

Respectfully submitted,

/s/ *Jon Corey*
Jon Corey (CA SBN 185066)

*Attorneys for Darling Ingredients Inc.; Griffin Industries, LLC; Automobile Club of Southern California; Bed Bath & Beyond Inc.; Dillard's, Inc.; Halliburton Energy Services, Inc.; Kimberly-Clark Corporation; Lincoln National Corporation; Live Nation Entertainment, Inc.; Nestlé USA, Inc.; Perdue Farms Inc.; Pacific Gas and Electric Company; PG&E Corporation; Raytheon Technologies Corporation; Rite Aid Hdqtrs. Corp.; Rite Aid Corporation; Sterling Jewelers Inc.; Starbucks Corporation; and Tyson Foods, Inc.*

OF COUNSEL:
MCKOOL SMITH, PC
One California Plaza
300 South Grand Ave., Ste. 2900
Los Angeles, California 90071
Tel.: (213) 694-1200
jcorey@mckoolsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all known counsel of record.

>        */s/ Jon Corey*
> Jon Corey

4884-5420-0883