FILED
2022 Sep-16  PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD | ) | |
| | ) | **Master File No.: 2:13- CV-20000-RDP** |
| ANTITRUST LITIGATION | ) | |
| (MDL NO. 2406) | ) | **This document relates to** |
| | ) | **Subscriber Track.** |

### DECLARATION OF JON COREY IN SUPPORT
### OF JOINDER IN MOTION TO AMEND JUDGMENT

I, Jon Corey, declare as follows:

1.    I am an attorney at the law firm McKool Smith, P.C., counsel for: Darling Ingredients Inc.; Griffin Industries, LLC; Bed Bath & Beyond, Inc.; Automobile Club of Southern California; Dillard's, Inc.; Halliburton Energy Services, Inc.; Kimberly-Clark Corporation; Lincoln National Corporation; Live Nation Entertainment, Inc.; Nestlé USA, Inc. ("Nestlé USA"); Perdue Farms Inc.; Pacific Gas and Electric Company; PG&E Corporation; Raytheon Technologies Corporation; Rite Aid Hdqtrs. Corp.; Rite Aid Corporation; Sterling Jewelers Inc.; Starbucks Corporation; and Tyson Foods, Inc. (the "Joining Non-Parties"), together with all their parents, subsidiaries, and affiliates that would be members of the proposed Settlement Classes in this matter.  I am over the age of 18 and am qualified to make this declaration.  I submit this declaration in support of Joining Non-Parties' Joinder in Home Depot U.S.A., Inc.'s Motion to Amend Judgement.  I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2.    On May 2, 2022, Raytheon Technologies Corporation submitted to the Settlement Administrator a "Request for Exclusion from the Settlement Damages," a true and correct copy of which is attached as **Exhibit 1,** via email to info@BCBSsettlement.com and via U.S. mail.

1

3.     In Raytheon Technologies Corporation's exclusion request, which was timely submitted to the Settlement Administrator, Raytheon Technologies Corporation wrote that it was opting out on behalf of "its [Raytheon Technologies Corporation's] *subsidiaries and affiliates, including but not limited to Rockwell Collins Corporation and Raytheon Company* […] ."  Ex. 1 (emphasis added).

4.     The Opt-Out List does not include Rockwell Collins Corporation, Raytheon Company, or Raytheon Technologies Corporations' subsidiaries and affiliates.

5.     On April 28, 2022, Nestlé USA submitted to the Settlement Administrator a "Request for Exclusion from the Settlement Damages," a true and correct copy of which is attached as **Exhibit 2,** via email to info@BCBSsettlement.com and via U.S mail.

6.     In Nestlé USA's exclusion request, which was timely submitted to the Settlement Administrator, Nestlé USA stated that it was opting out on behalf of "Nestlé USA, Inc. *and its affiliates* as Self-Funded Entity Accounts, from the Settlement Damages Class."  Ex. 2 (emphasis added).  The exclusion request describes "affiliates" as "including but not limited to, Nestlé Purina PetCare Company, Nestlé Nutrition, Nestlé R&D, Nespresso USA, Inc., Nestlé Healthcare Nutrition aka Nestlé Health Science and Gerber Products Company."  *Id*.

[Continued on the following page.]

2

7.    The Opt-Out List does not include: Nestlé Purina PetCare Company, Nestlé Nutrition, Nestlé R&D, Nespresso USA, Inc., Nestlé Healthcare Nutrition aka Nestlé Health Science and Gerber Products Company, or Nestlé USA's affiliates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September, 2022.

By:    */s/ Jon Corey*
       Jon Corey
       McKool Smith, PC
       One California Plaza
       300 South Grand Ave., Ste. 2900
       Los Angeles, California 90071
       Tel.: (213) 694-1200
       jcorey@mckoolsmith.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all known counsel of record.

_/s/ Jon Corey_
Jon Corey

4

4864-0856-0435