FILED

2022 Sep-16  PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1



Steven M. Greenspan
Vice President and Chief Litigation Counsel

O: 860.728.7811
C: 860.490.4207
steven.greenspan@rtx.com

Raytheon Technologies
Legal, Contracts and Compliance
One Farm Springs Road
Farmington, CT 06032
USA

May 2, 2022

**VIA U.S. MAIL / E-MAIL**

Blue Cross Blue Shield Antitrust Litigation
c/o JND Legal Administration – Exclusion Department
P.O. Box 91393
Seattle, Washington 98111
info@BCBSsettlement.com

RE:      Request for Exclusion from the Settlement Damages Class: *In re: Blue Cross Blue Shield Antitrust Litigation* (MDL No 2406, N.D. Ala.) Master File No. 2:13-cv-20000-RDP

Dear Claims Administrator:

I am Corporate Vice President and Chief Litigation Counsel at Raytheon Technologies, Corporation, whose address is 870 Winter Street, Waltham, Massachusetts 024511, and whose telephone number is (781) 722-3000. I am duly authorized by Raytheon Technologies Corporation (formerly known as United Technologies Corporation) to make this Request on its behalf and on behalf of its subsidiaries and affiliates, including but not limited to Rockwell Collins Corporation and Raytheon Company (collectively, "Raytheon").

This letter is intended to exclude Raytheon from the Settlement Damages Class in the *In re: Blue Cross Blue Shield Antitrust Litigation* (MDL No 2406, N.D. Ala.) Master File No. 2:13-cv-20000-RDP. Raytheon intends to opt out of the Settlement Damages Class, including any individualized injunctive relief, to the fullest extent allowed by the terms of the settlement and applicable law.

Raytheon intends to opt out of the Settlement Damages Class only as Self-Funded Entity Accounts, and does not intend to opt-out of claims or withdraw claims to the extent Raytheon or its subsidiaries or affiliates possess or filed any claims to the Settlement Damages Class as Individual Members, Insured Groups, or Members, as defined by the Settlement Agreement.

Kind regards,

Steven M. Greenspan
Corporate Vice President and Chief Litigation Counsel