FILED
2022 Sep-16  PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

Douglas J. Keaton
Senior Paralegal

Nestlé USA
30003 BAINBRIDGE RD.
SOLON, OH 44139
TEL (440) 264-5325
FAX (818) 553-2080
Douglas.Keaton@us.nestle.com

 **Nestlé** Good food, Good life

April 28, 2022

**VIA U.S. MAIL/E-MAIL**

Blue Cross Blue Shield Antitrust Litigation
c/o JND Legal Administration – Exclusion Department
P.O. Box 91393
Seattle, Washington 98111
info@BCBSsettlement.com

> RE:    Request for Exclusion from the Settlement Damages Class: *In re: Blue Cross Blue Shield Antitrust Litigation* (MDL No 2406, N.D. Ala.) Master File No. 2:13-cv-20000-RDP

Dear Claims Administrator:

I am Senior Paralegal of Nestlé USA, Inc., whose address is 30003 Bainbridge Rd., Solon, OH 44139 and whose telephone number is 440-264-5325. I am duly authorized by Nestlé USA, Inc. and its affiliates, including but not limited to, Nestlé Purina PetCare Company, Nestlé Nutrition, Nestlé R&D, Nespresso USA, Inc., Nestlé Healthcare Nutrition aka Nestlé Health Science and Gerber Products Company, to make this Request on their behalf.

This letter is intended to exclude Nestlé USA, Inc. and its affiliates as Self-Funded Entity Accounts, from the Settlement Damages Class in the *In re: Blue Cross Blue Shield Antitrust Litigation* (MDL No 2406, N.D. Ala.) Master File No. 2:13-cv-20000-RDP pursuant to the Court's February 4, 2022 order approving the Supplemental Notice Plan for Self-Funded Entity Accounts. Dkt. No. 2897.

Nestlé USA, Inc. and its affiliates intend to opt out of the Settlement Damages Class, including any individualized injunctive relief, to the fullest extent allowed by the terms of the settlement and applicable law. Nestlé USA, Inc. and its affiliates intend to opt out of the Settlement Damages Class only in their capacity as Self-Funded Entity Accounts, and do not intend to opt-out to the extent Nestlé USA, Inc. and its affiliates possess any claims to the Settlement Damages Class as an Individual Members, Insured Groups, or Members, as defined by the Settlement Agreement. Dkt. No. 2610-2.

Kind regards,

Douglas Keaton
Senior Paralegal
Nestlé USA, Inc.