FILED

2022 Sep-27 AM 09:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
### *Provide all required information and check the appropriate box(es)*

**PART I.**                    **Transcript Information** 23  A II: 28

*Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form with the District Court Clerk and the Court of Appeals Clerk for all cases. 11th Cir. R. 10-1.*

N.D. OF ALABAMA

**Case Information:**

Short Case Style: In Re: Blue Cross Blue Shield Antitrust Litigation MDL _____ vs _____

District Court No.: 2:13-cv-20000-RDP _____   Date Notice of Appeal Filed: 9/8/2022 _____

Court of Appeals No. (if available): _____

**Transcript Order Information:**

[ ] No hearing   [ ] No transcript is required for appeal purposes   [✓] All necessary transcript(s) already on file
[ ] I am ordering a transcript of the following proceedings:

HEARING DATE(S)  /  JUDGE/MAGISTRATE  /  COURT REPORTER NAME(S)

[ ] Pre-Trial Proceedings _____

[ ] Trial _____

[ ] Sentence _____

[ ] Plea _____

[ ] Other _____

**Criminal Appeals:**

In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

[ ] Transcript of Guilty Plea Colloquy
    A transcript of the guilty plea colloquy is already on file.
    A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

[ ] Transcript of Sentencing Hearing
    A transcript of the sentencing hearing is already on file.
    A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note: Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. *See* 11th Cir. R. 27-1(a)(8).**

Page 1 of 2

**Financial Arrangements:**

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: David G. Behenna

Address: 155 Fleet Street, Portsmouth, NH  03801

E-mail: dgbehenna@yahoo.com                    Phone No.: 603-964-4688

**I certify that I have completed and filed Part I with the District Court Clerk and the Court of Appeals Clerk, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.**

Date: 9/21/2022          Signature: _____          Attorney for: Pro Se

## PART II.                    Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were made on: _____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____

Estimated no. of transcript pages: _____

Estimated filing date: _____

Date: _____ Signature: _____          Phone No.: _____

## PART III.          Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.*

I certify that the transcript has been completed and filed with the district court on (date): _____

Date: _____ Signature: _____

Rev. 6/22

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

*In Re: Blue Cross Blue Shield Antitrust Litigation MDL*
*2:13-cv-20000-RDP ( USDC No. District Alabama)*
*Eleventh Circuit Appeal No.- Not Yet Docketed*

I hereby certify that on September 21, 2022, a true and correct copy of Appellant David

G. Behenna's Transcript Order Form and this Certificate of Service (without Exhibit A)

has been sent by USPS mail, first class postage prepaid, and properly addressed to the

persons whose names and addresses are listed on the attached Exhibit A.

By: David G. Behenna

Dated: September 21. 2022

# EXHIBIT A

Lauren R Kennedy
CRAVATH SWAINE & MOORE LLP
825 8th Avenue
New York, NY 10019

M Patrick McDowell
BRUNINI GRANTHAM GROWER &
HEWES
424 Church St, Ste. 20000
Nashville, TN

Terri Olive Tompkins
ROSEN HARDWOOD
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401

Winnifred Lewis
CRAVATH SWAINE & MOORE  LLP
825 Eighth Avenue
New York, NY  10019

Edgar C Gentle , III
Gentle Turner Sexton & Harbison
501 Riverchase Parkway E, Suite 100
Hoover, AL 35244

Alan McQuarrie Mansfield
WHATLEY KALLAS, LLP
16870 W. Bernardo Dr, Suite 400
San Diego, CA  92127

Alicia L Shelton
DOJ–USAO
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201

Anjori Mitra
Calcaterra Pollack LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036

David S Stone
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922

Davis Cooper
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Harold S Reeves
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W
Washington, DC 20036

Helen Lynne Eckinger
Waller Lansden Dortch & Davis LLP
1901 6th Avenue North
Birmingham, AL 352

Howard C Nielson , Jr
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Irving Scher
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004

Joseph H Webster
CHAPMAN LEWIS & SWAN PLLC
501 First Street
Clarksdale, MS 38614

Kara Marie Simons
WANDRO & ASSOCIATES, P.C.
2501 GRAND AVE, SUITE B
DES MOINES, IA 50312

Kimberly Ann Fetsick
HAUSFELD LLP
33 Whitehall Street, Floor 14
New York, NY 10004

Megan Jones
HAUSFELD LLP
1700 K Street, Nw
Washington, DC 20006

Michael Kirk
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

Michael L Murphy
BAILEY AND GLASSER, LLP
1055 Thomas Jefferson Street, NW
Washington, DC 20007

Patricia Melville
BOIES SCHILLER FLEXNER, LLP
100 SE 2nd Street – Suite 2800
Miami, FL 33131

Regina Marie Calcaterra
Calcaterra Pollack LLP
1140 Avenue of the Americas, 9th FL
New York, NY 10036–5803

Richard A Feinstein
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW
Washington, DC 20015

Sallie E Gilbert
BAILEY & GLASSER LLP
1055 Thomas Jefferson NW, Suite 540
Washington, DC 20007

Stephen B Murray , Jr
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Stephen Neal Zack
BOIES SCHILLER FLEXNER, LLP
100 SE 2nd Street – Suite 2800
Miami, FL 33131

Steven P Wandro
WANDRO & ASSOCIATES, P.C.
2501 GRAND AVE, SUITE B
DES MOINES, IA 50312

W Gregory Wright
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208

William Butterfield
Hausfeld LLP
1700 K Street, Nw
Washington, DC 20006

Aaron S Podhurst
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33129

# EXHIBIT A

Carl Wesley Pittman
THE PITTMAN FIRM PA
432 McKenzie Avenue
Panama City, FL 32401

Casey Langston Lott
LANGTSON & LOTT, P.A.
100 South Main St, P.O. Box 382
Booneville, MS 38829

Charles J Cooper
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Charles D Hudson
PENN AND SEABORN LLC
1971 Berry Chase Place
Montgomery, AL 360117

Charles C Hunter
HAYES HUNGER PC
4265 San Felip Suite 1000
Houston, TX 77027

Charles M Thompson
CHARLES M THOMPSON PC
2539 John Hawkins Pkwy
Suite 101−149
Hoover, AL 35244

Charles R Watkins
GUIN STOKES & EVANS LLC
321 S Plymouth Ct, Ste 1250
Chicago, IL 60604

Christina D Crow
JINKS CROW & DICKSON PC
219 Prairie Street N, PO Box 350
Union Springs, AL 36089

Christopher T Cain
SCOTT & CAIN
550 W. Main Street, Suite 601
Knoxville, TN 37902

Christopher L Coffin
PENDLEY BAUDIN & COFFIN LLP
24110 Eden Street
Plaquemine, LA 70765

Christopher T Hellums
PITTMAN DUTTON & HELLUMS PC
2001 Park Place Tower, Suite 1100
Birmingham, AL 35203

Clint Sargent
MEIERHENRY SARGENT LLP
315 S Phillips Avenue
Sioux Falls, SD 57104−6318

Cyril V Smith, III
ZUCKERMAN SPAEDER LLP
100 E Pratt Street, Suite 2440
Baltimore, MD 21202

D Brian Hufford
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022

Dale Ernest Akins
AKINS LAW FIRM
6 Johnston Way, Unit A
PO Box 1547
Bluffton, SC 29910

Daniel E Gustafson
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Daniel C Hedlund
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402

Daniel Patrick Moylan
ZUCKERMAN SPAEDER LLP
100 East Pratt Street Suite 2440
Baltimore, MD 21202

Daniel E. Phillips
SOLBERG STEWART MILLER
PO BOX 1897
FARGO, ND 58107−1897

Daniel A Small
COHEN MILSTEIN SELLERS & TOLL
1100 New York Ave, NW,
Suite 500 West
Washington, DC 20005

David A Balto
LAW OFFICES OF DAVID BALTO
1350 I Street NW, Suite 850
Washington, DC 20005

David Boies
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504

David A Ettinger
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
660 Woodward Ave., Suite 2290
Detroit, MI 48226

David J Guin
GUIN STOKES & EVANS LLC
300 Richard Arrington Jr Blvd. N.
Suite 600
Birmingham, AL 35203

David J Hodge
MORRIS KING & HODGE PC
200 Pratt Avenue NE
Huntsville, AL 35801

David M Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market St
Asheville, NC 28801

Deborah J Winegard
WHATLEY KALLAS LLC
1068 Virginia Avenue NE
Atlanta, GA 30306

Debra B Hayes
THE HAYES LAW FIRM
700 Rockmead Suite 210
Kingwood, TX 77339

Dennis G Pantazis
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB LLC
301 19th Street North
Birmingham, AL 35203−3204

Dennis Craig Reich
REICH & BINSTOCK LLP
4265 San Felipe, Suite 1000
Houston, TX 77027

## EXHIBIT A

Henry C Quillen
WHATLEY KALLAS LLP
159 Middle Street Suite 2D
Portsmouth, NH 03801

Irma L Netting
Lemmon Law Firm
15058 River Rd
P.O. Box 904
Hahnville, LA 70057

J Mark White
WHITE ARNOLD & DOWD PC
2025 3rd Avenue North
Suite 500
Birmingham, AL 35203

James P Carr
YUHL CARR LLP
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292

James L Warren , III
CARROLL WARREN & PARKER
PLLC
188 E Capitol Street, Suite 1200
Jackson, MS 39201

Jason S Kilene
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Jason J Thompson
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076

Jennifer Williams
GRANT & EISENHOFER PA
123 Justison Street
Wilmington, DE 19801

Joey K James
BUNCH & JAMES
210 East Tennessee Street
P O Box 878
Florence, AL 35631

John R. Holton
Deal Cooper Holton PLLC
296 Washington Avenue
Memphis, TN 38103

Herman Watson , Jr
WATSON MCKINNEY LLP
203 Greene Street
P O Box 18368
Huntsville, AL 35801

J Michael Malone
Hendren & Malone PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612

Jacob T. E. Stutzman
CARROLL WARREN & PARKER
PLLC
188 E. Capitol Street, Suite 1200
Jackson, MS 39201

James Wells Harrell
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave., N.W., Suite 800
Washington, DC 20015

Janet Brooks Holmes
McKay Cauthen Settana and Stubley
1303 Blanding Street
Columbia, SC 29201

Jason M Knott
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Ste 1000
Washington, DC 20036

Javier Asis Lopez
KOZYAK TROPIN &
THROCKMORTON PA
2525 Ponce De Leon Boulevard, 9th FL
Miami, FL 33134

Jessica Machelle Haynes
BEASLEY ALLEN LAW FIRM
301 St. Louis Street
Mobile, AL 36602

John Clark Davis
JOHN C DAVIS PC
623 Beard Street
Tallahassee, FL 32303

John Doyle Nalley
LOVELL & NALLEY
501 N. Main
Benton, AR 72015−0606

Hope S Marshall
WHITE ARNOLD & DOWD PC
2025 Third Avenue North, Suite 500
Birmingham, AL 35203

J Allen Schreiber
SCHREIBER LAW FIRM
6 Office Park Circle, Suite 209
Birmingham, AL 35223

James G Adams , Jr
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 East Moulton St, PO Box 607
Decatur, AL 35602

James M Terrell
METHVIN, TERRELL, YANCEY,
STEPHENS & MILLER, P.C.
2201 Arlington Avenue, South
Birmingham, AL 35205

Jason G. Ausman
AUSMAN LAW FIRM
1015 North 98th St, Suite 102
Omaha, NE 68114

Jason R Rathod
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC 20036

Jeannine M Kenney
HAUSFELD LLP
1700 K St NW Suite 650
Washington, DC 20006

Joe R Whatley , Jr
WHATLEY KALLAS LLP
2001 Park Place North Suite 1000
Birmingham, AL 35203

John Gravante , III
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33130

John W Partin
PENN & SEABORN LLC
P.O. Box 688
Clayton, AL 36016

# EXHIBIT A

Mark K Gray
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202

Mark J Murphy
Mooney Green Saindon Murphy and
Welch PC
1920 L St NW Ste 400
Washington, DC 20036

Matthew J Herman
FOOTE MIELKE CHAVEZ & O'NEIL
Ste 200
10 West State Street
Geneva, IL 60134

Matthew P Weinshall
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33129

Meghan M Boone
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005

Melinda Coolidge
HAUSFELD LLP
1700 K Street, Nw
Washington, DC 20006

Michael C Dodge
GLAST PHILLIPS & MURRAY PC
14801 Quorum Drive, Suite 500
Dallas, TX 75254

Michael J. Fleming
KAPKE & WILLERTH LLC
3304 NE Ralph Powell Road
Lee's Summit, MO 64064

Michael E Gurley , Jr
GURLEY LAW FIRM, LLC
P.O. Box 382732
Birmingham, AL 35238-2434

Michael David Hausfeld
Hausfeld LLP
888 16th Street, NW
Suite 300
Washington, DC 20006

Michael S Lyons
WHATLEY KALLAS LLP
1180 Avenue of the Americas 20th Floor
New York, NY 10036

Michael P McGartland
MCGARTLAND LAW FIRM PLLC
University Centre I
1300 University Drive Suite 500
Ft Worth, TX 76107

Michael L Murphy
PO Box 38
Centreville, AL 35042

Michael L Roberts
CUSIMANO KEENER ROBERTS
KNOWLES & RALEY LLC
153 South 9th Street
Gadsden, AL 35901

Michael J. Sudekum
MANDEL AND MANDEL, LLP
1108 Olive Street
Fifth Floor
St. Louis, MO 63101

Mike Miller
SOLBERG STEWART MILLER & TJON
1129 5th Avenue, South
PO Box 1897
Fargo, ND 58107-1897

Mitchell Lloyd Berry
DYKE GOLDSHOLL & WINZERLING
415 N McKinley Suite 1177
Little Rock, AR 72205

Monte D. Beck
BECK & AMSDEN, PLLC
1946 Stadium Drive
Suite 1
Bozeman, MT 59715

Myron C Penn
PENN & SEABORN LLC
53 Highway 110
PO Box 5335
Union Springs, AL 36089

Nathan A Dickson , II
JINKS CROW & DICKSON PC
P O Box 350
Union Springs, AL 36089

Nicholas R Rockforte
Pendley Baudin & Coffin LLP
24110 Eden St
Plaquemine, LA 70765

Nicholas B Roth
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 E Moulton Street
PO Box 1607
Decatur, AL 35602

O'Kelley H Pearson
HICKEY & EVANS
1800 Carey Avenue, Suite 700
P O Box 467
Cheyenne, WY 82003-0467

Patrick E Cafferty
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
101 North Main Street, Suite 565
Ann Arbor, MI 48104

Patrick W Pendley
PENDLEY BAUDIN & COFFIN LLP
24110 Eden Street
Plaquemine, LA 7076

Patrick James Quinlan
Law Offices of Patrick J. Quinlan
243 North Main St.
Providence, RI 02903

Patrick J Sheehan
Whatley Kallas LLP
101 Federal Street, 19th Floor
Boston, MA 02110

Perry Michael Yancey
Methvin, Terrell, Yancey, Stephens &
Miller, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205

Peter E Boivin
HONIGMAN MILLER SCHWARTZ &
COHN LLP
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

Peter H Burke
BURKE HARVEY, LLC
3535 Grandview Parkway Suite 100
Birmingham, AL 35243

# EXHIBIT A

Thomas Michael Trucksess
HOGAN LOVELLS US LLP
8350 Broad Street
17th Floor
Tysons, VA 22102

Timothy D Battin
BOIESBATTIN LLP
4041 University Drive, Floor 5
Fairfax, VA 22030

Timothy R. Holton
Deal Cooper Holton PLLC
296 Washington Avenue
Memphis, TN 38103

Troy A Doles
SCHLICHTER BOGARD & DENTON
100 S. 4th Street, Ste. 900
St. Louis, MO 63102

Tyler J Barnett
YUHL CARR LLP
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292

U W Clemon
U.W. Clemon, LLC
2001 Park Place
Suite 1000
Birmingham, AL 35203

Van Bunch
BONNETT FAIRBOURN FRIEDMAN
& BALINT PCO
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016

Virginia M Buchanan
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR
316 S Baylen Street 6th Floor
Pensacola, Fl 32502

W Gordon Ball
GORDON BALL LAW OFFICE
7001 Old Kent Drive
Knoxville, TN 37919

W Tucker Brown
WHATLEY KALLAS LLC
P.O. Box 10968
Birmingham, AL 35202−0968

William David George
Baker Wotring LLP
600 Travis
Suite 700
Houston, TX 77002

William H Horton
GIARMARCO MULLINS & HORTON
101 West Big Beaver Road
Tenth Floor
Troy, MI 48084−5280

William A Isaacson
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006−1047

Wilson Daniel Miles, III
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
P O Box 4160
Montgomery, AL 36103−4160

Alyssa C Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Brooke Jones Oppenheimer
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103

Carolyn Anne DeLone
HOGAN LOVELLS US LLP
555 Thirteenth St. NW
Washington, DC 20004

Catherine E Stetson
HOGAN LOVELLS
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004−1109

David Kumagai
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019

Erin E Murphy
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Joseph C Giglio , Jr
Liskow & Lewis (LAF)
P O Box 52008 O C S
Lafayette, LA 70505

Mathea KE Bulander
REDGRAVE LLP
120 S. Sixth Street
Minneapolis, MN 55402

Paul D Clement
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004

Peter R Bisio
HOGAN LOVELLS US LLP
555 13th St NW
Washington, DC 20004

Travis A Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 South College Street, 23rd Floor
Charlotte, NC 28202

William Egan Kellner
Liskow & Lewis (LAF)
P O Box 52008 O C S
Lafayette, LA 70505

Zachary D Holmstead
Kirkland & Ellis (IL)
300 N LaSalle St
Chicago, IL 60654

Zarel Joan Soto
REICHARD & ESCALARA LLC
MCS Plaza, 10th floor,
255 Ponce de Leon Ave
San Juan, PR 00917−1913

Aaron G McLeod
ADAMS & REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203

Adam H Charnes
Kilpatrick Townsend & Stockton LLP
1001 W. Fourth Street
Winston−Salem, NC 27101

**EXHIBIT A**

Craig A Hoover
HOGAN LOVELLS US LLP
555 13th Street
Washington, DC 20004

D Kent Meyers
Crowe & Dunlevy
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102

David A Coulson
GREENBERG TRAURIG PA
333 S. E. 2nd Avenue
Miami, FL 33131

Devin Clarke Dolive
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Edward S Bloomberg
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203-2887

Emily M Yinger
HOGAN LOVELLS US LLP
8350 Broad Street
17th Floor
Tysons, VA 22102

Erik F Benny
FOLEY & LARDNER LLP
3000 K St NW
Washington, DC 20007

Gary M London
BURR & FORMAN LLP
Southtrust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203

Grace Robinson Murphy
MAYNARD COOPER & GALE PC
1901 6th Avenue North
AmSouth Harbert Plaza, Suite 2400
Birmingham, AL 35203-2

Gwendolyn C Payton
Kilpatrick Townsend & Stockton LLP
1420 5th Ave, Suite 3700
Seattle, WA 98101

D Keith Andress
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC
420 North 20th Street, Suite 1400
1400 Wells Fargo Tower
Birmingham, AL 35203

Daniel E Laytin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

David Newmann
HOGAN LOVELLS US LLP
1835 Market Street 29th Floor
Philadelphia, PA 19103

Douglass C.E. Farnsley
STITES & HARBISON PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202

Elizabeth A Jose
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Eric White
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654

Erin M Wilson
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

Gary C Shockley
Baker, Donelson, Bearman & Caldwell
511 Union Street
Suite 1700
Nashville, TN 37219

Gregory Haynes
Wyatt, Tarrant & Combs LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898

Helen E Witt
KIRKLAND & ELLIS LLP
300 North LaSalle St
Chicago, IL 60654

D Bruce Hoffman
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave NW
Washington, DC 20037

Daniel R Taylor , Jr.
KILPATRICK TOWNSEND &
STOCKTON LLP
1001 West Fourth Street
Winston Salem, NC 27101

David J Zott
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

E Desmond Hogan
HOGAN LOVELLS US LLP
555 13th Street
Washington, DC 20004

Elizabeth Barnett LaBauve
Crowe & Dunlevy
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102

Erica Zolner
KIRKLAND & ELLIS LLP
300 N. Lasalle Street
Chicago, IL 60654

Evan Chesler
CRAVATH SWAINE & MOORE
825 8th Avenue
New York, NY 10019

Gordon S Rather, Jr.
WRIGHT LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201

Gustavo Adolfo Pabon Rico
REICHARD & ESCALERA LLP
MCS Plaza, 10th Floor
255 Ponce de Leon Ave.
San Juan, PR  00917-1913

Henry James Koch
ARMBRECHT JACKSON LLP
PO Box 290
Mobile, AL 36601

# EXHIBIT A

Jeffrey John Fowler
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071

Syndey L Schneider
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654

Luther M Dorr , Jr
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203−2618

Robert S W Given
BURR & FORMAN LLP
420 North 20th Street
Southtrust Tower, Suite 3400
Birmingham, AL 35203

Cason M Kirby
CAMPBELL PARTNERS
505 20th Street North Suite 1600
Birmingham, AL 35203

Katie R Lencioni
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654

Eirik Cheverud
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave NW, RM N-4611
Washington, DC 20210

Jeffrey M Hahn
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave. NW, Rm N−4611
Washington, DC 20210

Wayne R Berry
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave. NW, Rm N−4611
Washington, DC 20210