FILED
2022 Sep-27  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:  BLUE CROSS BLUE SHIELD     CASE NO.:  2:13-cv-20000-RDP
ANTITRUST LITIGATION MDL 2406

* * * * * * * * * *

STATUS CONFERENCE

* * * * * * * * * *

BEFORE THE HONORABLE R. DAVID PROCTOR, UNITED STATES

DISTRICT JUDGE, at Birmingham, Alabama, on Tuesday, August 15,

2019, commencing at 9:36 a.m.

APPEARANCES:

SPECIAL MASTER:          Edgar C. Gentle III
                         Attorney at Law
                         GENTLE TURNER SEXTON & HARBISON
                         501 Riverchase Parkway East, Suite 100
                         Hoover, Alabama  35244

FOR THE PLAINTIFFS:      Mr. Barry A. Ragsdale
                         Mr. U. W. Clemon

FOR THE DEFENDANTS:      Mr. Daniel E. Laytin

(A COMPLETE LIST OF IN-PERSON APPEARANCES IS NOT AVAILABLE)

VIA TELEPHONE:

Benje Bailey
Eric R. G. Belin
Edward S. Bloomberg
John D. Briggs
Katherine R. Brown
Travis A. Bustamante
Don Campbell
Anna Clark
Reed Coleman
Sarah Lynn Cylkowski
Nathan Dickson II
Michael C. Dodge
Edgar Dean Gankendorff

APPEARANCES, Continued:

VIA TELEPHONE:

William David George
Charles C. Hunter
Lynn W. Jinks III
Don Karl
Casey Langston Lott
Hope S. Marshall
Patrick McDowell
Mahaley McInnes
Rebekah McKinney
W. Daniel Miles III
Mark Newcomer
Elaine Nichenko
Daniel Owen
Mario A. Pacella
Gwendolyn C. Payton
Myron Penn
Carl Pitman
Aaron S. Podhurst
Elizabeth Pollock-Avery
Henry C. Quillen
Dennis Craig Reich
Samantha A. Robbins
Tracy A. Roman
Donald Savery
L. Shane Seaborn
Andrew Stone
Ami Swank
Greg Wright

Proceedings reported stenographically;
transcript produced by computer.

* * * * * * * * * *

(The following proceedings were heard before the Honorable

R. David Proctor, United States District Judge, at

Birmingham, Alabama, on Tuesday, August 15, 2019,

commencing at 9:36 a.m.:)

THE CLERK:  Come to order, please.  Come to order and

remain seated.

*Risa L. Entrekin, RDR, CRR, Official Court Reporter*
*U.S. District Court, Northern District of Alabama*
*1729 5th Avenue North, Birmingham, Alabama  35203  *  334.531.0686*

THE COURT:  We have a friendly, raucous group this morning.  Everyone is enjoying each other's company.  I'll just step out and let y'all continue, if you...

We're here in In Re:  Blue Cross Blue Shield Antitrust Litigation, MDL 2406, our Master File 13-cv-20000.  We're set for a fairly simple, straightforward, short status conference today.  A reminder that our next status conference will be September 23 at ten a.m. by phone.

There are two issues besides that on the docket that the special master has provided me.  First is status of the case.  And I think -- I think I have a pretty good handle on status of the case.

But, Mr. Ragsdale, I always like hearing from you.

MR. RAGSDALE:  We believe you have a very good handle on the status of the case.

THE COURT:  I'm sure you say that to all your MDL judges.

MR. RAGSDALE:  No, sir.  You are the main one.  Obviously, we are in a holding period at this point and continue to be in one.  Do you have any questions that we could possibly answer?

THE COURT:  I do not.

MR. RAGSDALE:  Okay.  Would it be appropriate to move to B, other issues?

THE COURT:  Yes.  Anybody else have an update on status

of the case that I haven't -- that I would need to hear about?

MR. LAYTIN:  No, sir.

MR. RAGSDALE:  You said you were going to agree with me.

MR. LAYTIN:  I agree.

MR. RAGSDALE:  The only issue, Judge, I have is Judge Clemon's jacket.  And that's all from the plaintiff.

THE COURT:  Okay.  Sir, I need you to come to the podium.  I'm not kidding.  I've got to get a better view of this.  Did Barbara see you leave the house in that this morning?

MR. CLEMON:  As I said to some of them, I'm not out to prove that Joseph is the only one with a coat of many colors.

THE COURT:  Well, you always were the favorite.

MR. CLEMON:  Good to see you.

THE COURT:  Good to see you.

All right.  I just needed to get a closer inspection.  Notice he didn't answer whether Barbara saw him leave the house or not.

MR. CLEMON:  No.

THE COURT:  Okay.  Other issues?

MR. RAGSDALE:  None from the plaintiff.

MR. LAYTIN:  No, Your Honor.

THE COURT:  Well, this would be a colossal waste of time if we didn't have caucuses that will begin forthwith.  So I'd like to start with the Blues' counsel of 12 in the Judicial

Conference Room.  You know where that is here on the floor.  And Ed will orchestrate from there.  How does that sound?

MR. LAYTIN:  Thank you.

THE COURT:  How long did this last, Kecia?

THE CLERK:  It was four minutes.

THE COURT:  Four minutes, two minutes of which involved inspection of the jacket.

All right.  Thank y'all.

(Proceedings concluded at 9:40 a.m.)

* * * * * * * * * * *

*Risa L. Entrekin, RDR, CRR, Official Court Reporter*
*U.S. District Court, Northern District of Alabama*
*1729 5th Avenue North, Birmingham, Alabama  35203  *  334.531.0686*

6

COURT REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

This 26th day of September, 2022.

Risa L. Entrekin
Registered Diplomate Reporter
Certified Realtime Reporter
Official Court Reporter