FILED
2022 Sep-28  PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD *
ANTITRUST LITIGATION MDL 2406 *
                              *  2:13-cv-20000-RDP
                              *  June 25, 2015
                              *  Birmingham, Alabama
                              *  3:03 p.m.
                              *
                              *
        * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF STATUS HEARING VIA PHONE CONFERENCE
BEFORE THE HONORABLE MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE

SPECIAL MASTER:

MR. EDGAR C. GENTLE, III, ESQ.
GENTLE PICKENS & TURNER
2 North 20th Street
Suite 1200
Birmingham, AL 35203
205-716-3000

FOR THE PLAINTIFFS:

MR. BARRY A. RAGSDALE, ESQ.
SIROTE & PERMUTT
2311 Highland Avenue South
P O Box 55727
Birmingham, AL 35255
205-930-5100

MR. ANDREW ALLEN LEMMON, ESQ.
LEMMON LAW FIRM
15058 River Road
Hahnville, LA 70057
985-783-6789

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

MR. CHRISTOPHER T. HELLUMS, ESQ.
PITTMAN DUTTON & HELLUMS PC
2001 Park Place Tower
Suite 1100
Birmingham, AL 35203
205-322-8880

MR. DENNIS G. PANTAZIS, ESQ.
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
205-314-0531

MR. EDWARD K. WOOD, JR., ESQ.
MR. MIKE GURLEY, ESQ.
WOOD LAW FIRM LLC
P O Box 382434
Birmingham, AL 35238
205-612-0243

MR. NICHOLAS B. ROTH, ESQ.
EYSTER KEY TUBB ROTH MIDDLETON & ADAMS LLP
402 East Moulton Street
P O Box 607
Decatur, AL  35602
256-353-6761

MR. PATRICK SHEEHAN, ESQ.
MR. JOE WHATLEY, ESQ.
MS. EDITH KALLAS, ESQ.
MR. W. TUCKER BROWN, ESQ.
WHATLEY KALLAS LLP
2001 Park Place North
Suite 1000
Birmingham, AL 35203
205-488-1200

MR. ARTHUR FRITZINGER, ESQ.
COZEN O'CONNOR
301 South College Street
Suite 2100
Charlotte, NC 28202
704-376-3400

MR. GREGORY L. DAVIS, ESQ.
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
334-832-9080

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

MS. KENINA LEE, ESQ.
AXINN VELTROP & HARKRIDER LLP
950 F Street NW
Washington, DC  20004
202-912-4700

MR. EDWARD S. BLOOMBERG, ESQ.
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203-2887


FOR THE DEFENDANTS:


MS. SARAH J. DONNELL, ESQ.
MS. MARGARET PEPPLE, ESQ.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000

MS. EMILY M. YINGER, ESQ.
HOGAN LOVELLS US LLP
7930 Jones Branch Drive
9th Floor Park Place Building
McLean, VA 22102
703-610-6100

MR. MICHAEL NARANJO, ESQ.
FOLEY & LARDNER LLP
3000 K Street NW
Suite 600
Washington, DC 20007
202-672-5491

MR. STEPHEN WADSWORTH, ESQ.
CAMPBELL GUIN WILLIAMS GUY AND GIDIERE LLC
505 20th Street North
Suite 1600
Birmingham, AL 35203
205-224-0750

MS. YAWANNA McDONALD, ESQ.
CAMPBELL GUIN WILLIAMS GUY AND GIDIERE LLC
505 20th Street North
Suite 1600
Birmingham, AL 35203
205-224-0750

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

MS. TRACY ROMAN, ESQ.
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
205-624-2500

MR. CARLOS M. HERNANDEZ-BURGOS, ESQ.
REICHARD & ESCALERA
P O Box 364148
San Juan, PR 00936-4148
787-777-8819

MR. CAVENDER C. KIMBLE, ESQ.
BALCH & BINGHAM LLP
1901 6th Avenue North
Suite 1500
P O Box 306
Birmingham, AL 35201-0307
205-226-3437

MR. CHARLES L. SWEERIS, ESQ.
BLUE SHIELD OF CALIFORNIA
50 Beale Street
22nd Floor
San Francisco, CA 94105
415-229-5107

MS. CHRISTA COTTRELL, ESQ.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000

MR. ZACH HOLMSTEAD, ESQ.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000

MR. E. DESMOND HOGAN, ESQ.
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202-637-5600

MR. JOHN G. SCHMIDT, JR., ESQ.
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203-2887

MS. GWENDOLYN PAYTON, ESQ.
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
206-223-7432

MR. JOSHUA K. PAYNE, ESQ.
SPOTSWOOD SANSOM & SANSBURY LLC
1819 5th Avenue North
Suite 1050
Birmingham, AL 35203
205-986-3620

MR. MARK HOGEWOOD, ESQ.
WALLACE JORDAN RATLIFF & BRANDT LLC
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209
205-870-0555


ALSO PRESENT:


MR. JOHN D. MARTIN, ESQ.
NELSON MULLINS LLP


MS. LUCILE H. COHEN, ESQ.
NELSON MULLINS LLP

MS. SWATHI BOJEDIA, ESQ.

MR. WILLIAM SIMON, ESQ.

MS. ALLISON HOLT, ESQ.

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

**P R O C E E D I N G S**

THE COURT:  Well, this is Judge Putnam. And it's 3:00 o'clock here in Birmingham.  Let me quickly run through a list of -- a roll call, a list of names that Ed Gentle has given us about people who would plan to attend in the conference.

Barry Ragsdale?

MR. RAGSDALE:  I'm here, Judge.

THE COURT:  Chris Hellums?

MR. HELLUMS:  Here.

THE COURT:  Kirk Wood?

MR. WOOD:  Here, Your Honor.

THE COURT:  Joe Whatley?

MR. WHATLEY:  Here, Your Honor.

THE COURT:  Edith Kallas?

MS. KALLAS:  Here, Your Honor.

THE COURT:  Andrew Lemmon?

UNIDENTIFIED:  Judge, Andrew Lemmon is having a little trouble logging in.

THE COURT:  Thank you.  Dennis Pantazis?

UNIDENTIFIED:  Same issue.

THE COURT:  Nick Roth?

(No response.)

THE COURT:  Mike Gurley?

MR. GURLEY:  Here, Your Honor.

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

THE COURT:  Patrick Sheehan?

MR. SHEEHAN:  Here, Your Honor.

THE COURT:  Tucker Brown?

MR. BROWN:  Here, Your Honor.

THE COURT:  Emily Yinger?

MS. YINGER:  Here, Your Honor.

THE COURT:  Emily, is that you?

MS. YINGER:  That's me.  I'm going to be on mute, because I'm here in music city and it's somewhat loud.

THE COURT:  It usually is.

MS. YINGER:  So I'll be on mute.

THE COURT:  Sara Donnell?

MS. DONNELL:  Here, Your Honor.

THE COURT:  Des Hogan?

MR. HOGAN:  I'm here, Your Honor.

THE COURT:  Mike Naranjo?

MR. NARANJO:  Present, Your Honor.

THE COURT:  Lucie Cohen?

MS. COHEN:  Here, Your Honor.

THE COURT:  John Martin?

UNIDENTIFIED:  He has a conflict, Your Honor.  I don't think he'll be able to dial in.

THE COURT:  Tracy Roman?

MS. ROMAN:  Here, Your Honor.

THE COURT:  Gwendolyn Payton?

MS. PAYTON:  Here.

THE COURT:  Margaret Pepple?

MS. PEPPLE:  Here.

THE COURT:  Chuck Sweeris?

MR. SWEERIS:  Here, Your Honor.

THE COURT:  Kenina Lee?

MS. LEE:  Here, Your Honor.

THE COURT:  Josh Payne?

MR. PAYNE:  Here, Judge.

THE COURT:  John Schmidt?

MR. SCHMIDT:  Present, Your Honor.

THE COURT:  Chris Kimble?

MR. KIMBLE:  Here, Judge.

THE COURT:  Carlos Hernandez?

MR. HERNANDEZ:  Here, Your Honor.

THE COURT:  Art Fritzinger?

(No response.)

THE COURT:  Carl Burkhalter?

(No response.)

THE COURT:  Allison Holt?

MS. HOLT:  Here, Your Honor.

THE COURT:  Zach Holmstead?

MR. HOLMSTEAD:  Here, Your Honor.

THE COURT:  Mark Hogewood?

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

MR. HOGEWOOD:  Yes, sir, Judge.

THE COURT:  Has anyone else joined the call since I started calling the list?

MR. LEMMON:  Yes, Your Honor.  This is Andrew Lemmon.

THE COURT:  Thank you.

MR. DAVIS:  And this is Greg Davis, Your Honor.

THE COURT:  Greg Davis?

MR. PANTAZIS:  Your Honor, Dennis Pantazis, as well, for the plaintiffs' provider.

THE COURT:  Thank you.  Anyone else joining the call?

MS. BOJEDIA:  Swathi Bojedia.

THE COURT:  I'm sorry.  Give me that name again.

MS. BOJEDIA:  Sure.  It's Swathi, S-W-A-T-H-I, Bojedria, B-O-J-E-D-R-I-A.

THE COURT:  All right.  Thank you.

MS. BOJEDRIA:  Thank you.

THE COURT:  Anyone else?

MR. SIMON:  Bill Simon.

THE COURT:  I'm sorry.  Give me that again.

MR. SIMON:  William Simon.

THE COURT:  William Simon.

MR. BLOOMBERG:  Ed Bloomberg, as well, Your Honor.

THE COURT:  Ed Bloomberg.  Thank you. Anyone else?

MR. WADSWORTH:  Stephen Wadsworth, for Blue Cross Blue Shield Michigan.

THE COURT:  Stephen Wadsworth?

MR. WADSWORTH:  Yes, Your Honor.

THE COURT:  Thank you.

MS. McDONALD:  Yawanna McDonald.

THE COURT:  All right.  Thank you.  Anyone else?

All right.  This is the regular fourth-Thursday-of-the-month conference.  I really haven't received any briefing letters about issues that the parties wanted to discuss.  But I am certainly open to any kind of discussions or issues anybody feels the need to raise.

Mr. Ragsdale, do you have anything from the plaintiffs' perspective?

MR. RAGSDALE:  We do, Your Honor.  We primarily wanted to give you an update on what had transpired since the last time we got together.  Make sure that you didn't have any questions that needed to be answered about that.

We have selected, through a random drawing, Dennis Pantazis to make that presentation.

THE COURT:  Dennis?

MR. PANTAZIS:  He meant I drew the short straw.

But Your Honor, we do not have any issues that we are asking the Court for guidance as far as a dispute with the defendants.  And even the plaintiff providers or subscribers.  But we did suggest for this conference to continue so that we could let you know what, you know, has been going on so you and the Court would know the activities and the levels that both the defendants, all the defendants and both plaintiffs tracks have been attempting to work through and have worked through a lot of things over the last month.

So if you would permit me, I will give you kind of an overview of the type of activities we've been doing collectively.

THE COURT:  Yes.  Thank you.

MR. PANTAZIS:  It is not to take us to the point of dispute.  We do have disputes with the defendant.  They're just not ripe or we hope to have them resolved.  But I do think it's important for the Court to know that we haven't been sitting on our hands since the last hearing.

THE COURT:  All right.

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

MR. PANTAZIS:  Your Honor, we began -- the last hearing was right on the heels of a face-to-face meeting that had occurred a day or two before, two days before with 19 of the defendants, the plaintiff providers, and the plaintiff subscribers and providers.  And we went through all of the unstructured data doc requests, RFPs.

And the purpose was to clarify and so see if we can't get them into some sort of format that we could all agree we could move forward.  And I have to say that a lot of progress I think -- this is personal; I'm not speaking for any one group -- was made.

And the defendants sent us two letters following up on that, and we've sent them our responses following up on that.  But a lot of work has gone into that.  And while that was for 19 of the defendants, we're prepared to say that if we do reach an agreement, we're prepared to make that same proposal for all defendants.  And again I'm not suggesting that they've agreed.  I'm just, again, painting what has happened from that standpoint.

We followed up after the hearing with Your Honor with a meet and confer in Chicago.  And it was with the association.  And it was primarily to prioritize and to, again, clarify how some structured data is going to be produced.  And that has also been -- we're following up with that.  I think we hope -- we made significant progress, we

think, in that, as well.  But we think we can get together and possibility the next meeting with the IT consultant so that we can bring that to an end and bring that to an agreement hopefully.

Your Honor, of course we have met twice on a monthly, biweekly meeting and by phone to discuss the smaller issues.  And some of those issues we've been able to resolve.  And others have been developed to the point where they're either getting handled in a face-to-face meet and confer or waiting for exchanging of documents.

We also on the 15th of June had a meeting in New York.  Now, that was not a specific meeting for discovery.  But it was a meeting for overall structure, streamline prioritization of the overall case which discovery was part of that dialog.  While no agreement was reached, different proposals were submitted and exchanged.

We followed through with the providers, had a face-to-face with -- in Washington on the 15th.  I think I said the New York meeting was on the 15th.  It actually was on the Tenth.  On the 15th where the provider plaintiffs discussed with all the defendants their responses to structured data RFPs and, again, further clarified, set up a process of how that could be accessed and prioritized.

Your Honor, we have exchanged letters on a variety of things during this period of time, including we received

recently a NASCO letter where they have prioritized a process or submitted to us a process.  We are in the process of looking at that and going back to them.  And that would prioritize the discovery for NASCO because it's unique.  And that's something the Court had asked them to do and us to work with them doing.  So we're working on that.

In addition to that, we have -- I'm trying to look at my notes as we go, Your Honor.  In addition to that, your Discovery Order Number 8 set up a process in which the plaintiffs were to identify through their structured RFPs, I'm going to call them, time buckets of what they propose how far back.  That has been completed from our perspective and sent to the defendants.

Obviously, that is a process that's somewhat in the middle of.  But that took a lot of time.  And we're in the process of hopefully getting a response back to the defendants.  And maybe we can work through that issue, as well.

There are some depositions that have been discussed with the defendants.  Andrew Lemmon will talk about the one that I know of, a 30 (b)(6) involving South Carolina.

THE COURT:  All right.  Mr. Lemmon?

MR. LEMMON:  And I think I heard my friend, John Martin, on the line, as well.  And he's from Blue Cross Blue Shield of South Carolina.  But we have sent

them a 30 (b)(6) notice.  We then, pursuant to the policy that the Court set out, received from them on June 11th their responses and objections to the 30 (b)(6) notice.  Since then, we have been -- we have had some discussions, and we're working on scheduling a meet and confer on the parts of the notice that we disagree on.

I think the proposed dates for the meet and confer are the second week in July, Eighth, Ninth or Tenth, and although the deposition had originally been scheduled for June, we pushed it back so that we could deal with the objections that Blue Cross Blue Shield of South Carolina has.

I think that we're trying to schedule the deposition actually for the week of August the 10th.

MR. PANTAZIS:  Your Honor, this is Dennis Pantazis again.

In addition to setting that deposition, we are also having a dialog about how 30 (b)(6)s should be viewed and how they're counted.  So I don't really want to get into it, but I do want the Court to know that we're in discussions with the defendants about that process and hopefully to have some sort of protocol, understanding as to that, as well.

THE COURT:  All right.

MR. PANTAZIS:  There are some general requests.  We're working on the personal jurisdiction discovery that the Court had suggested that we prioritize.

That is in the process of being done.  I think there's some questions and some documents going back and forth about the Anthem/Cigna agreement or potential agreement and some archiving information that we are seeking.

So what I'm saying is there's a lot of activity that has occurred.  The defendants -- I have to say this -- have worked with us.  And I think we have a good relationship with them.  You know, I'm saying that without ever buying a drink.

But it is -- they have -- I'm not suggesting all these topics are out there and that they have not been working in trying to find compromises and solutions with us.  They have.  And they've -- and I think many of these areas we will come to resolution.  We may at the end of the process, 30, 60 days from now, have some disputes on them.  But right now, we don't.

And we thought it was important for you to know that we've been working hard, trying to get to this point and get this discovery moving.

THE COURT:  All right.  And that's -- I think one of the things that I wanted to try to signal at the last conference that while I am all in favor of meet and confers that are productive and result in some agreements, ultimately, the discovery has to start moving forward.  Things have to start occurring.  And that's what I want to try to do is to get something going.  Get some discovery

rolling in the case.

MR. HOGEWOOD:  Your Honor, this is Mark Hogewood.  Des Hogan from the Hogan Lovells firm will be the main spokesperson for us.

MR. HOGAN:  This is Des Hogan.  And I agree with Mr. Pantazis that significant progress has been made.  The parties have been working hard on the issues.

And I think we are in agreement that it's important to work through this process, and we're also in agreement that issues need to be resolved and discovery move forward.

So we are working towards that.  I know the plaintiffs are working towards that, as well.  And we expect that to happen, Your Honor.

THE COURT:  All right.  So anyone else wish to speak in terms of -- particularly in terms of dealing with an update or just letting me know about particular issues that are going on?

MS. ROMAN:  Yes, Your Honor.  This is Tracy Roman.  We represent eight of the defendants.  And I just want to address something Mr. Pantazis said a little bit earlier; and that is, there have been a few letters going back and forth between plaintiffs and counsel and what I'll call the Hogan defendants with respect to meet and confers that they have had.

I just want to make the point that on behalf of our

eight clients, we served obviously separate discovery responses that are unique to our clients.  And because of that, we had, we think, a very productive call -- meet-and-confer call with both sets of plaintiffs a couple of weeks ago and sent them a letter memorializing that.

I'm saying all this just to make the point that the issues raised in the correspondence between the Hogan defendants and the plaintiffs may not apply to our clients.  And we may have different reactions to proposals they've made.

So we will follow up with the plaintiffs and, of course, getting the letter that they recently sent to the Hogan defendants to see what our issues are.  But we have separate responses.

We've agreed with respect to certain requests to produce documents in a different -- perhaps different documents than other defendants have.

So we just have issues that are unique to us, and we just want to make that point, Your Honor.

THE COURT:  And you expect to be working with Dennis Pantazis to make sure that the plaintiffs are in agreement with that?

MR. PANTAZIS:  Your Honor, this is Dennis Pantazis.  I think that Tracy is correct.  I didn't mean to imply that there hasn't been other communications and --

working on the RFPs.  Some specific, as she's indicated, had a different response, and we're working through that.  What I was saying, though, is that as kind of a default denominator, if we were able to reach the issues with the 19 from the Hogan firm, we would make them available to the other defendants, as well.

That doesn't mean that we won't work with specific issues and specific responses for a particular defendant as she just described.

THE COURT:  All right.

MR. ROTH:  Your Honor, this is Nick Roth. I want to make just a slight clarification.  Dennis has said what he just said about the defendants -- if we get an agreement with them, we would apply that across the board but not completely across the board.  It would be for the Blue Cross -- association.

That's not to say we won't have a lot in common with the association, but we just haven't reached the point where the providers and subscribers know that they can make that same offer to the association.

So that's the one clarification I'd like to make.

THE COURT:  So as I understand what you're saying, it may well be that the association itself may be on a different footing as far as the providers' and subscribers' discovery offer is concerned?

CHERYL K. POWELL, CCR, RPR, FCRR
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

MR. ROTH:  That's correct.  And they may not be.  But we just are not to the point where we can make that same gesture toward them at this point.

THE COURT:  All right.  I understand.

MR. PANTAZIS:  Your Honor, you can tell we're right on point where the defendants have corrected me and my own side has corrected me.  And they both were right.

There is one issue, though, that I do want to bring up if the Court is finished with that point.

THE COURT:  Yes.

MR. PANTAZIS:  The -- there is a -- and we've been discussing this with the defendants collectively.

There is a structured data meet-and-confer deadline we think, by our calculations, is July 7th.  We've been working real hard on the unstructured data while working on the structured data at the same time.

But we think that it's going to be really unrealistic to have a meet and confer, particularly since most of these structured data are going to have to be individualized with some of the defendants.  And getting that completed by July 7th with a holiday and everything else, I think the defendants are in agreement that we all -- both jointly ask for it -- an extension of that deadline.

But I did want to bring that to the Court's attention since we had this opportunity.

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

THE COURT: Anyone want to speak from the defendants?

MR. HOGAN: Yeah. Your Honor, Vince Hogan for the defendants. And that's right.

Mr. Pantazis raised the issue and asked for -- the plaintiffs had asked us to look at extending the unstructured meet-and-confer deadline because there is significant amounts of work to do on this issue. And it's important to get it right. Meet and confers are ongoing.

The defendants, in response to plaintiffs' request, are willing and have offered to the plaintiffs to extend that deadline until August 28th where the meet-and-confer process would be completed. And I think that would take modification of the discovery order and the deadline in the discovery order.

But I think the parties are in agreement on that. As long as the plaintiffs are in agreement on August 28th, that would be fine with the defendants.

MR. PANTAZIS: From our standpoint, Your Honor -- and we're talking about structured data meet and confers, not unstructured. I didn't know if I heard that correctly. But the -- we're okay with that date.

You know, there's a lot of defendants and a lot of meet and confers. And we need to get this done. And, you know, we could put the artificial date of July 7th. But

that's just -- not going to physically be able to meet with all the defendants to do that.  So we're in agreement with the defendants on the August date.  And will move heaven and earth to try to get it done through that period.

THE COURT:  All right.  Anyone else have any comment about extending the structured data meet-and-confer deadline to August 28?  And otherwise, I'll take that as being an agreed proposal by all the parties and I'll just unilaterally modify -- I guess that's in -- I'm guessing it's in Discovery Order Number 1, but I'll go back and check and see.

MR. PANTAZIS:  I think that's correct.

THE COURT:  Since that's the one that dealt with structured discovery.

MR. PANTAZIS:  Yes, sir, Your Honor.

THE COURT:  But unless anybody else has a comment or objection, as they say in the legislative halls, without objection?

(No response.)

THE COURT:  All right.  Well, I will modify that, then, by just a very short little order to extend the structured data meet-and-confer deadline to August 28.

Anyone else have any comments about anything?

MR. PANTAZIS:  Not from the defense side

that I know of, Your Honor.

THE COURT:  Mr. Ragsdale?

MR. RAGSDALE:  I think that is all for us, Judge.

THE COURT:  All right.  Well, I will modify that deadline date to August 28.

Certainly if the parties need my assistance in the meantime -- of course, we have another conference scheduled for the fourth Thursday in July.  But if the parties need my assistance on anything prior to that, then certainly let me know.  I try to be available to help if I can.  All right?

MR. PANTAZIS:  Thank you, Your Honor.

MR. RAGSDALE:  Thank you, Your Honor.

THE COURT:  Thank y'all very much.  I appreciate it.

And I'll get that short order modifying that date for you.

(The Proceedings were concluded at approximately 3:26 p.m. on June 25, 2015.)

*CHERYL K. POWELL, CCR, RPR, FCRR*
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com

C E R T I F I C A T E

I, the undersigned, hereby certify that the foregoing pages contain a true and correct transcript of the aforementioned proceedings as is hereinabove set out, as the same was taken down by me in stenotype and later transcribed utilizing computer-aided transcription.

This is the 10th day of July of 2015.

*Cheryl K Powell*

---

Cheryl Renae King Powell, CCR, RPR, FCRR

Federal Certified Realtime Reporter

**CHERYL K. POWELL, CCR, RPR, FCRR**
Federal Official Court Reporter
1729 Fifth Avenue, North
Birmingham, AL 35203
256-508-4050/wrd4wrdrpr@aol.com