FILED
2022 Sep-28 PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE BLUE CROSS BLUE SHIELD** | : | |
| **ANTITRUST LITIGATION** | : | **Master File 2:13-cv-20000-RDP** |
| **MDL 2406** | : | |
| | : | |
| | : | |
| | : | **This document relates to** |
| | : | **all cases** |

**SPECIAL MASTER'S REPORT REGARDING PROPOSED AGENDA FOR
STATUS CONFERENCE
ON OCTOBER 3, 2022, AT 9:00 A.M. (Central)**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's August 17, 2022 Order (Document 2937), files this Report providing a proposed Agenda for the Court's Status Conference on October 3, 2022, at 9:00 a.m. (Central), before the Honorable R. David Proctor, as follows:

1.      The status of the Subscriber-Track cases.

2.      The status of the Provider-Track cases.

3.      Any other issues.

4.      Caucuses.

Respectfully submitted this 28th day of September, 2022.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner & Benson, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Office
(205) 960-2533 Cell Phone
egentle@gtandslaw.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this the 28th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.


                            /s/ Edgar C. Gentle, III
                            Edgar C. Gentle, III
                            Court-Appointed Special Master