FILED

2022 Sep-30  AM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

C E R T I F I C A T E

I hereby certify that the foregoing is a correct transcript from the record of proceedings in the above-referenced matter.

*Teresa Roberson*

Teresa Roberson, RPR, RMR