# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 28, 2022

Ronan Doherty
Bondurant Mixson & Elmore, LLP
1201 W PEACHTREE ST NW STE 3900
ATLANTA, GA 30309

Frank M. Lowrey IV
Bondurant Mixson & Elmore, LLP
1201 W PEACHTREE ST NW STE 3900
ATLANTA, GA 30309

Edwin Allen Page
Bondurant Mixson & Elmore, LLP
1201 W PEACHTREE ST NW STE 3900
ATLANTA, GA 30309

Appeal Number: 22-13051-J
Case Style: Galactic Funk Touring, Inc., et al v. Topographic, Inc., et al
District Court Docket No: 2:13-cv-20000-RDP

Please use the appeal number for all filings in this court as to **Home Depot U.S.A., Inc.**

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.

- Only parties represented by counsel must complete the web-based CIP. Counsel <u>must</u> complete the web-based CIP, through the <u>Web-Based CIP</u> link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. <u>See</u> 11th Cir. R. 26.1-5(c).

<u>Civil Appeal Statement</u>
Appellants and Cross-Appellants must file a <u>Civil Appeal Statement</u>, which is available on the Court's website, within 14 days after this letter's date. <u>See</u> 11th Cir. R. 33-1(a).

<u>Mediation</u>
If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free, and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). <u>See</u> 11th Cir. R. 33-1.

<u>Attorney Admissions</u>
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, <u>See</u> 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The <u>Application for Admission to the Bar</u> and <u>Appearance of Counsel Form</u> are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** <u>See</u> 11th Cir. R. 46-6(b).

<u>Defaults</u>
Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed after 14 days and without further notice** unless the following default(s) have been corrected:

<u>Transcript Information Form</u>
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a <u>Transcript Information Form</u>, which is available on the Court's website. <u>See</u> FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after **SEPTEMBER 09, 2022**, except as otherwise provided in 11th Cir. R. 31-1. <u>See</u> 11th Cir. R. 12-1 and 31-1.

<u>Obligation to Notify Court of Change of Addresses</u>
Each pro se party and attorney has a continuing obligation to notify this court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. <u>See</u> 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

DKT-2 Appeal WITH Deficiency