FILED

2022 Oct-06  PM 12:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

IN RE BLUE CROSS BLUE SHIELD     CASE NO. 2:13-cv-20000-RDP
ANTITRUST LITIGATION MDL 2406

\* \* \* \* \* \* \*

**TRANSCRIPT OF STATUS CONFERENCE**

\* \* \* \* \* \* \*

BEFORE THE HONORABLE R. DAVID PROCTOR, UNITED STATES DISTRICT JUDGE, at Birmingham, Alabama, on Monday, October 3, 2022, commencing at 9:14 a.m.

APPEARANCES:

| | |
|---|---|
| SPECIAL MASTER: | Edgar C. Gentle III |
| | Attorney at Law |
| | GENTLE, TURNER & BENSON, LLC |
| | 501 Riverchase Parkway East |
| | Suite 100 |
| | Hoover, Alabama 35244 |
| IN PERSON: | Alexander McInnis Boies |
| | David Boies |
| | Swathi Bojedla |
| | W. Tucker Brown |
| | Carl S. Burkhalter |
| | Jon Carey |
| | Evan Chesler |
| | Charles J. Cooper |
| | Philip Cramer |
| | Gregory L. Davis |
| | Douglas A. Dellaccio, Jr. |
| | Karin DeMasi |

APPEARANCES, CONTINUED:

IN PERSON:              Michael C. Dodge
                        Jay Ezelle
                        Jeffrey Fisher
                        Sarah M. Gilbert
                        David J. Guin
                        Michael E. Gurley
                        Katherine A. Benson
                        Christopher T. Hellums
                        Mark M. Hogewood
                        Craig A. Hoover
                        William A. Isaacson
                        John M. Johnson
                        Megan Jones
                        Edith M. Kallas
                        Lauren R. Kennedy
                        Cason Kirby
                        Donald D. Knowlton, II
                        Chris Kunkle
                        Jonathan S. Mann
                        Patrick McDowell
                        Brenton K. Morris
                        Jess R. Nix
                        Eric Osborne
                        Dennis G. Pantazis
                        Joshua K. Payne
                        Ben Presley
                        Barry A. Ragsdale
                        Thomas Richie
                        Robert B. Roden
                        John G. Schmidt, Jr.
                        Paul Slaker
                        Julia Smeds Roth
                        Nicholas B. Roth
                        Robin Sanders
                        Cyril V. Smith, III
                        Todd M. Stenerson
                        Tammy McClendon Stokes
                        Joseph M. Vanek
                        Michael Velezis
                        Trey Wells
                        Joe R. Whatley, Jr.
                        E. Kirk Wood
                        Jason Zweig

VIA VIDEOCONFERENCE:    John Briggs
                        Justine Casey
                        Kathleen Chavez

APPEARANCES, CONTINUED:

VIA VIDEOCONFERENCE:    Anna Clark
                        Matthew Collibee
                        Chris Cowan
                        Randy Crispen
                        Sarah Cylkowski
                        Katie DuBois
                        Sharon Fry
                        Dave Gaertner
                        Reuben Goetzl
                        Anne Hance
                        Zenola Harper
                        Des Hogan
                        Kail Jethmalani
                        Elizabeth Jose
                        Melissa Kaulzny
                        William Lehman
                        Jeny Maier
                        David Maxwell
                        Duncan McIntosh
                        Lucy Grey McIver
                        Michael Naranjo
                        Andrew Oldis
                        Myron Penn
                        Heidi Raschke
                        Alan Rutenberg
                        Paul Sand
                        Robin Sanders
                        Don Savery
                        Robyn Schwartz
                        Richard Sherburne
                        Andrew Stone
                        Steven Tobiason
                        Ashley Turner
                        Brian Vick
                        Melissa Vogt
                        Amy Walker Wagner
                        Andrea Warren
                        Helen Witt
                        Brian Wonderlich
                        Jeff Zeiger

VIA TELEPHONE:          James Adams
                        Timothy Batton
                        Eric Belin
                        Jack Brady
                        Kitty Brown
                        Van Bunch

APPEARANCES, CONTINUED:

VIA TELEPHONE:          Steve Dampiar
                        Michael Flemming
                        Linda Flippo
                        Michael Ford
                        Edgar Dino Gankendorff
                        Henry Lewis Gillis
                        John Gravante
                        Dan Headlund
                        Charles Hunter
                        Cheryl Levin
                        Hope Marshall
                        Elaine Nichenko
                        Mario Parcella
                        Henry Quillen


                *   *   *   *   *   *   *


        The proceedings were reported by a stenographic court reporter.  The transcript was produced using computer-aided transcription.

(Proceedings commenced at 9:14 a.m. in open court.)

THE COURT:  Good morning, everyone.

IN UNISON:  Good morning, Your Honor.

THE COURT:  We're here in In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406.  The Court set this for a status conference.  We'll have some caucuses after the status conference.

So a few things that we probably need to deal -- I'm kind of curious what you all want to deal with in the general caucus session.  I think the Special Master has circulated an agenda, but not a whole lot on the litigation track per se. What do we need to take up here in the general caucus session, though?

MR WHATLEY:  Your Honor, from the provider plaintiffs, I don't think there's anything we need to address in the general session.

THE COURT:  Okay.

MS. DEMASI:  And we agree for the providers, Your Honor, the Blues.

THE COURT:  All right.  Well, that was a pretty quick general session.

MR. WHATLEY:  Did that set the record, Your Honor?

THE COURT:  It's pretty close.  So I guess we'll just talk about college football, then.  We won't do that.

All right.  Ed, any change to the order of how we want

to proceed?

MR. GENTLE:  No, Your Honor.

THE COURT:  Okay.  And we were going to do some of those in here and let folks filter out?

MR. GENTLE:  Yes, Your Honor.  We were going to do the subscribers' caucus here publicly --

THE COURT:  Right.

MR. GENTLE:  -- and then we follow that by Blues, providers, and the providers with Blues.

THE COURT:  All right.  How does that sound?  So subscriber Blue caucus is here.  And we don't need a record of that?

MR. GENTLE:  No, sir.

THE COURT:  But we'll stay on Zoom and stay with the other feeds; correct?

MR. GENTLE:  Yes, sir.

THE COURT:  Any problem with that, folks?

MR. CHESLER:  No, Your Honor.

MR. BOIES:  No, Your Honor.

THE COURT:  Okay.  All right.  Well, thank you to my handy court reporter for her effort this morning.

(Record concluded at 9:16 a.m.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Dated:  October 6, 2022

*Pamela G. Weyant*
Pamela G. Weyant, RMR, CRR, CCR
Official Court Reporter