# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406) | Master File No.: 2:13-CV-20000-RDP |

## ORDER

This case is **SET** for a status conference at **10:00 a.m. on Wednesday, November 30, 2022 in Washington, D.C. at the offices of Hogan Lovells US LLP**, 555 13th Street NW, Washington, DC 20004. In-person attendees must show proof of vaccination either upon entry to the building or sent in advance. This can be a photograph of the person's vaccination card. For those unable to attend in person, the Special Master will provide a call-in number and Zoom access information for the status conference.

**On or before Monday, November 28**, **2022,** (1) the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference; and (2) counsel attending in person **SHALL** notify the Special Master.

**DONE** and **ORDERED** this October 17, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE