FILED

2022 Oct-28  AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | ) ) ) ) ) ) ) | **Master File No. 2:13-CV-20000-RDP** |

## MOTION TO SUPPLEMENT THE RECORD ON APPEAL

This Court's final approval of the Subscriber-side class action settlement with the Defendants is currently on appeal to the Eleventh Circuit. As part of the Court's prescribed plan for objecting to the proposed settlement, Self-Funded Subclass Objectors Topographic, Inc. and Employee Services, Inc. hand-filed their objection with the District Court Clerk's Office. *See* Ex. A at 1 (showing the cover letter to the objection stamped with the filing date). But the objection was never filed in the District Court's record. Although the Subscribers filed the objection as an exhibit to their motion for final approval, they did not attach all the exhibits to the objection. *Compare* Doc. 2812-19 at 72–194, *with* Ex. A. Specifically, Exhibits 1A and 2C through 12 are missing.

The objection filed by the Self-Funded Subclass Objectors is essential to the Eleventh Circuit's appellate review. *See* FED. R. APP. P. 10(e)(2)(B). Therefore, Self-Funded Subclass Objectors move the Court to supplement the record with their

1

original objection, including all exhibits, and to direct the Clerk to supplement the record on appeal with this pleading.

Counsel for the Self-Funded Subclass Objectors have consulted with lead opposing counsel for Subscriber Plaintiffs (Charles J. Cooper) and Defendants (Evan R. Chesler) about this motion, and the motion is not opposed.

With the approval of opposing counsel, Objectors seek leave to file the entire objection and all exhibits under seal.

Respectfully submitted this 28th day of October, 2022.

*s/J. Thomas Richie*

One of the Attorneys for Objectors

OF COUNSEL
Michael R. Pennington
J. Thomas Richie
Emily M. Ruzic
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mpennington@bradley.com
trichie@bradley.com
eruzic@bradley.com

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
ssmith@bradley.com

Richard D. Nix
Henry D. Hoss
M. Richard Mullins
Mark D. Spencer
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
richard.nix@mcafeetaft.com
henry.hoss@mcafeetaft.com
richard.mullins@mcafteetaft.com
mspencer@mcafeetaft.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<i>/s/ J. Thomas Richie</i>

J. Thomas Richie