# Exhibit A To Be Filed Under Seal