# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD :** <br> **ANTITRUST LITIGATION** <br> **MDL 2406** | **: Master File 2:13-cv-20000-RDP** <br> : <br> : <br> **: This document relates to** <br> **: All Cases** |

# NOTICE OF APPEARANCE

COMES NOW Almas Abdulla, of the law firm Zuckerman Spaeder LLP, and files this entry of appearance as additional attorney of record for Subscriber Plaintiffs.

Dated: November 10, 2022

                                            Respectfully submitted,

                                            */s/ Almas Abdulla*
                                            Almas Abdulla
                                            ZUCKERMAN SPAEDER LLP
                                            1800 M Street, NW, Suite 1000
                                            Washington, DC 20036
                                            Tel. No: 202.778.1800
                                            Fax No: 202.822.8106
                                            aabdulla@zuckerman.com

                                            *Attorney for Subscriber Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a copy to all counsel of record.

/s/ Almas Abdulla
Almas Abdulla