# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** | : <br> : Master File 2:13-cv-20000-RDP <br> : <br> : <br> : This document relates to <br> : All Cases |

## NOTICE OF APPEARANCE

COMES NOW Bryan Reines, of the law firm Zuckerman Spaeder LLP, and files this entry of appearance as additional attorney of record for Subscriber Plaintiffs.

Dated: November 14, 2022

                Respectfully submitted,

                */s/ Bryan Reines*
                Bryan Reines (DC Bar #1780531)
                ZUCKERMAN SPAEDER LLP
                1800 M Street, NW, Suite 1000
                Washington, DC 20036
                Tel. No: 202.778.1800
                Fax No: 202.822.8106
                breines@zuckerman.com

                *Attorney for Subscriber Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a copy to all counsel of record.

*/s/ Bryan Reines*
Bryan Reines
