FILED

2022 Nov-14 PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406) | ) ) ) ) |

**Master File 2:13-CV-20000-RDP**

**OBJECTOR-APPELLANT DAVID G. BEHENNA'S
RESPONSE IN OPPOSITION TO
SUBSCRIBERS' MOTION TO REQUIRE AN APPEAL BOND**

**SUMMARY**

Subscriber Plaintiffs have submitted Subscribers' Motion to Require an Appeal Bond

("Motion") requesting this Court to require parties who have appealed this Court's (1) Final Order

and Judgment Granting Approval of Subscriber Class Action Settlement and Appointing

Settlement Administrator (Doc. # 2931) ("Final Order") and (2) Order Awarding Subscriber

Plaintiffs' Counsel Attorneys' Fees and Expenses (Doc. # 2932) ("Fee and Expense Order") to

post appeal bonds.

Subscriber Plaintiffs request that this Court order appellants to post appeal bonds for (1)

$20,000-$25,000 for costs taxable under Fed. R. App. Rule 39(e); (2) $13,900,000 for projected

theoretical incremental costs of administering the Settlement; (3) $45,800,000 for theoretical costs

the Class might allegedly incur related to delayed adoption of certain injunctive relief; and (4)

$54,200,000 for theoretical projected "liquidity costs" related to Settlement Fund proceeds

currently invested in U.S. government and investment grade money market funds approved by

Plaintiffs' Counsel.

David G. Behenna ("Objector-Appellant") does not object to posting an appeal bond for

reasonable and detailed costs related to Rule 39(e) taxable costs.

1

Objector-Appellant objects to the Motion with respect to his posting of additional bond

amounts for any non-Rule 39(e) costs sought by Subscriber Plaintiffs.   .

## ARGUMENT

**I.     Costs taxable under Federal Rule of Appellate Procedure 39(e)**

Subscriber Plaintiffs ask this Court to require Objector-Appellants to post an appeal bond

under Federal Rule of Appellate Procedure 7 and FRAP 39(e).   Motion, p. 4-5, 9.   Pursuant to

Federal Rule of Appellate Procedure 7, Objector-Appellant is responsible solely for posting a bond

related to 28 U.S.C. § 1920 and Rule 39(e) taxable costs:

> "Mr. Cochran appears to briefly challenge the amount of the appeal bond. Rule 7 simply states that an appeal bond should be in an 'amount necessary to ensure payment of costs on appeal.' Fed. R. App. P. 7.  This means courts should look to 28 U.S.C. § 1920 and Federal Rule of Appellate Procedure 39(e), which provide for taxable costs on appeal, when determining an appropriate amount to cover 'costs on appeal.'  See, e.g., *Tennille v. W. Union Co.,* 774 F.3d 1249, 1257 (10th Cir. 2014) (looking to section 1920 and Rule 39(e))".  *In re Equifax Inc. Customer Data Security Breach Litigation,* No. 20-10249, footnote 30 (11th Cir. June 3, 2021),

Federal Rule of Appellate Procedure 39(e) allows for the following expenses,

> "Rule 39(e) provides that the following costs are taxable: '(1) the preparation and transmission of the record; (2) the reporter's transcript, if needed to determine the appeal; (3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and (4) the fee for filing the notice of appeal.'  In addition, '[t]he costs taxable under [Section] 1920 include the marshal and clerk fees, court reporter fees, printing and witness fees, copying fees, docket fees, and compensation of court appointed experts and interpreters.' *In re Countrywide Financial Corp,* 2010 WL 5147222, at *2 (internal quotations marks omitted)." *In re Polyurethane Foam Antitrust Litig.,* 178 F. Supp. 3d 635, 642 (N.D. Ohio. Apr. 13, 2016).

Subscriber Plaintiffs estimate Rule 39(e) taxable costs at $20,000-$25,000.   Motion, p. 9.

Objector-Appellant does not object to posting an appeal bond based on reasonable costs that are

supported by a detailed accounting, capped at his pro rata share of $20,000.

2

## II.   Settlement administration costs

Subscriber Plaintiffs demand that the appeal bonds include theoretical projected settlement administration costs in the amount of $13,900,000.   Motion, p. 9.

Objector-Appellant objects to the imposition on him of an appeal bond related to this theoretical projected cost.   Objector-Appellant is appealing the Fee and Expense Order and that portion of the Final Order related to the approval of the Fee and Expense Order, including p. 34 (finding that the requested attorney's fees are reasonable), pp. 67-73 (overruling objections asserting that attorney fees are too high), and para. 12, p. 85 (granting approval to those provisions of the Settlement Agreement regarding Plaintiff's Counsel's attorneys' fees).

Objector-Appellant is not appealing the Final Order with respect to (1) the cash consideration being paid from the Net Settlement Fund for release of the Class' Rule 23(b)(3) damage claims and (2) the injunctive relief being provided pursuant to release of the Class' Rule 23(b)(2) claims.   Objector-Appellant's appeal therefore will not delay the processing of Class claims related to distribution to the Class of the Net Settlement Fund.   No bond for costs is warranted against Objector-Appellant for this theoretical projected cost.

## III.   Delay costs – injunctive relief

Subscriber Plaintiffs demand that the appeal bond include theoretical "delay" costs the Class will incur allegedly because Objector-Appellant's appeal will delay the full implementation of Court-approved injunctive relief.   Subscriber Plaintiffs are seeking a bond for $45,800,000 to backstop payment of these theoretical projected costs.

Subscriber Plaintiffs concede, "The Eleventh Circuit has not addressed whether delay costs can be included in an appeal bond."   Motion, p. 12, footnote 10.

Objector-Appellant is not appealing the Final Order with respect the injunctive relief being

3

provided pursuant to release of the Class' Rule 23(b)(2) claims.   Objector-Appellant's appeal

therefore is not impeding the implementation of injunctive relief.   No appeal bond is warranted

against Objector-Appellant for this theoretical projected cost.

## IV.   Delay costs – Settlement proceeds

The Settlement Agreement required Defendants to pay $2,670,000,000 in settlement of the

Class' 23(b)(3) damage claims; to fund the Notice and Administration Fund ($100,000,000); to

pay Plaintiffs' Counsel's fees and expenses ($667,500,000); and to pay the Service Awards.

The following payments were scheduled to be made by the Defendants and from the

Escrow Account:

a. "Within 30 calendar days of entry of the Preliminary Approval Order, Settling Defendants shall cause to be transferred into the Escrow Account (1) the $100 million ($100,000,000.00) Notice and Administration Fund, and (2) an advance of $300 million ($300,000,000.00) of the remaining Settlement Amount." Settlement Agreement, p. 36

b. "A partial award of seventy-five million ($75,000,000) of the total attorneys' fees, expenses, and interest as are awarded by the Court shall be paid from the Escrow Account no later than 31 days after the entry of an order preliminarily approving the Settlement." Settlement Agreement, p. 41.

c. "Within 30 calendar days of the Court's entry of the Final Judgment and Order of Dismissal, Settling Defendants shall cause the remaining portion of the Settlement Amount to be transferred into the Escrow Account." Settlement Agreement, p. 36.

d. "Separate and apart from the Fee and Expense Award, Settling Defendants further agree to reimburse plaintiffs' counsel's actual and reasonable fees and expenses incurred for Notice and Administration in an amount not to exceed seven million dollars ($7,000,000).  Such reimbursements shall further be limited to no more than 2.33 million dollars ($2,330,000) per year, with any remainder of that amount rolling over year over year for final accounting upon completion of the process.  Such reimbursements will be paid from the Notice and Administration Fund." Settlement Agreement, pp. 42-43.

The Settlement Fund includes, "… any income or accrued interest earned on those monies."

Settlement Agreement, definition of "Settlement Fund", p. 19.

4

The Preliminary Approval Order was entered Nov. 30, 2020 (Doc. # 2641). The Final Order was entered Aug. 9, 2022 (Doc. # 2941).

Based on these Settlement Agreement provisions, the Net Settlement Fund available for distribution to the Class is at least $1,902,500,000, or $2,670,000,000 (Settlement Fund) minus $100,000,000 (Notice and Administration Fund) minus $667,500,000 (Plaintiffs' Counsel's attorneys' fees and expenses). In addition to the $1,902,500,000, the Net Settlement Fund will earn investment income.

Subscriber Plaintiffs are seeking a $54,200,000 bond to cover theoretical "delay" costs the Class and Plaintiff's Counsel will allegedly suffer because the Objector-Appellant's appeal will "penalize the Class by sequestering the Settlement proceeds in low-yield money-market funds and the like, for the entire period of the appeals." Motion, p. 11-13.

To repeat, Subscriber Plaintiffs concede, "The Eleventh Circuit has not addressed whether delay costs can be included in an appeal bond." Motion, p. 12, footnote 10.

**a.    Settlement Class.** Objector-Appellant is **not** appealing the Final Order with respect to the $1,902,500,000 cash consideration being paid from the Net Settlement Fund (after deducting Plaintiffs' Counsel's attorneys' fees and expenses) in release of the Class' Rule 23(b)(3) claims. Objector-Appellant's appeal is not delaying the distribution to the Settlement Class of the Net Settlement Fund.

The Settlement Agreement allows for distribution of the Net Settlement Fund and imposition of the injunctive relief independent of, and separate from, payment of Plaintiffs' Counsel's attorneys' fees as set forth in the Fee and Expenses Order.

> "c.    Notwithstanding any other provision in this Paragraph 8, any proceeding, order, or motion for reconsideration, appeal, petition for a writ of certiorari or its equivalent, pertaining solely to any Plan of Distribution, Fee and Expense Application, and/or the actions of the Monitoring Committee shall not in any way

5

delay or preclude the Effective Date." Settlement Agreement, p. 25.

Objector-Appellant's appeal does not interfere with distribution of the Net Settlement Fund and adoption in full of the injunctive relief.

b.      **Plaintiffs' Counsel's Attorneys' Fees.**    Objector-Appellant is appealing the Fee and Expense Order (but not the amount of expenses) with respect to attorneys' fees to be paid in excess of the Plaintiffs' Counsel's lodestar ($194,226,322).    Objector-Appellant estimates that the Settlement Fund currently holds $551,583,372 in reserve for Plaintiff's Counsel's fees.    That figure is based on $667,500,000 minus $75,000,000 (attorneys' fees paid to Plaintiffs' Counsel by Defendants prior to fairness hearing) minus $40,916,628 (Court-approved expenses).

No appeal bond is warranted against Objector-Appellant related to his appeal of the Fee and Expense Order and the estimated $551,583,372 of attorneys' fees being held in an interest- and income-bearing account pending resolution of appeals.   For one, Plaintiff's Counsel is not being deprived of investment income on the monetary value of the Plaintiffs' Counsel's share of the Settlement Fund.   Settlement Fund proceeds are invested in U.S. government or investment grade money market accounts.   Plaintiffs' Counsel negotiated with Defendants the investments allowed and investment parameters to be made with respect to the Settlement Fund proceeds.

> "26.   **Escrow Account**.   The Escrow Account shall be selected by the Parties and will be established at the Bank with such Bank serving as Escrow Agent subject to escrow instructions regarding investment types and reinvestment of income and proceeds mutually acceptable to *Settlement Class Counsel, Self-Funded Sub-Class Settlement Counsel* [italics added], and Settling Defendants.   Such Escrow Account is to be administered by the Escrow Agent under the Court's continuing supervision and control. …

>> "b.   The Escrow Agent shall cause the funds deposited in the Escrow Account to be *invested in short-term instruments backed by the full faith and credit of the U.S. Government or fully insured in writing by the U.S. Government, or money market funds rated Aaa and AAA, respectively by Moody's Investor Services and Standard and Poor's* [italics added], invested substantially in such instruments, and shall reinvest any income

6

from these instruments and the proceeds of these instruments as they mature in similar instruments at their then-current market rates.  …"  Settlement Agreement, p. 38.

Plaintiffs fail to provide support for their contention that an appeal bond is required for lost interest income: the Settlement Fund is invested in instruments the terms of which Subscriber Plaintiff's Counsel negotiated with Defendants and continue to have input as to selection.

Subscriber Plaintiffs cite several cases they claim support their contention that appeal bonds are required for "delay" costs related to the settlement proceeds.  Subscriber Plaintiffs miss the mark.  The Settlement Fund is invested in interest-bearing accounts.  The cases cited involve settlements where all – or a portion – of the settlement funds were not invested in interest-bearing accounts after judgment and before distribution to their respective classes:

*In re Polyurethane Foam Antitrust Litig.*, 178 F. Supp. 3d 635 (N.D. Ohio Apr. 13, 2016): A defendant was not obligated to make a final $43.5 million settlement payment until all appellate rights exhausted.  That resulted in lost interest income for the class members. *Id* at 644.

*Brandewie v. Wal-Mart Stores, Inc.*, 2016 WL 698110 (N.D.Ohio Feb. 22, 2016): The court imposed a bond for $38,000, consisting of $25,000 for costs and $13,000 for delay of administering the class action.  The court found that the $38,000 bond would also serve to cover delay costs related to the monetary judgment. *Id* at p. 5.

*In re: Checking Account Overdraft Litigation*, 2012 WL 456691 (S.D. Fla. Feb. 14, 2012): The court ordered appellant to post a $5,000 bond to ensure payment of costs and a bond for $616,338 related to delay of distribution of funds.  The calculation of the appeal bond related to delay of distribution was based on lost interest on a $280 million judgment. *Id* at p. 6, note 6. There was no mention in order whether the defendant was required to fund the monetary value of the judgment at or about the time of court's entry of final order.

7

*In re Wal-Mart Wage & Hour Emp't Practices Litig.*, 2010 WL 786513 (D. Nev. Mar. 8, 2010): The court ordered appeal bonds without providing a mathematical or legal explanation as to allocation to Rule 39 costs, administration costs or interest costs. *Id* at pp. 3-4. There was no mention in order whether the defendant was required to fund the monetary value of the judgment at or about the time of court's entry of final order.

*Allapattah Servs., Inc. v. Exxon Corp.*, 2006 WL 1132371 (S.D. Fla. Apr. 7, 2006): The court imposed a $13.5 million appeal bond on objector to a $1.075 billion settlement. Order of Final Approval of Class Action Settlement Agreement, Apr. 7, 2006, pp. 32-33; and Report and Recommendation on Westheimers's Objection to the Class Settlement, Apr. 7, 2006, pp. 20-21. The judgment proceeds were deposited in a bank account. There was no mention in the order whether the bank account was an interest bearing account. Order, pp. 32-33.

None of the cases cited by Plaintiffs provide legal support for an appeal bond for costs based on the concept of lost "liquidity value."

Objector-Appellant notes that Defendants did not file a motion in support of Subscribers' Motion, *In re Wal-Mart Wage* at p. 2.

8

## **CONCLUSION**

For the reasons cited above, Objector-Appellant's appeal bond, if any, should be limited to

28 U.S.C. § 1920 and Rule 39(e) taxable costs that are reasonable and based on an accounting.

Executed on November 14, 2022, at Portsmouth, New Hampshire.

Respectfully submitted,

David G. Behenna
*Pro Se* Objector-Appellant

155 Fleet Street
Portsmouth, NH   03801
Tel: (603) 964-4688
Fax: (603) 836-4249
dgbehenna@yahoo.com

9

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, the foregoing Objection of Objector-Appellant David

G. Behenna to Subscribers' Motion to Require an Appeal Bond was served on the parties listed

below via Electronic Mail or via USPS First Class Mail.

David G. Behenna

## Service via Electronic Mail

| | |
|---|---|
| Aaron G McLeod | aaron.mcleod@arlaw.com |
| Aaron S Podhurst | apodhurst@podhurst.com |
| Adam G Sowatzka | asowatzka@kslaw.com |
| Adam P Plant | aplant@battlewinn.com |
| Alan D Rutenberg | arutenberg@foley.com |
| Alan McQuarrie Mansfield | amansfield@whatleykallas.com |
| Alexander McInnis Boies | aboies@bsfllp.com |
| Alexandra Markel | amarkel@bodmanlaw.com |
| Alyssa C Kalisky | alyssa.kalisky@kirkland.com |
| Ami Swank | ami@swank.net |
| | |
| Andrea Layne Stackhouse | layne@jonesward.com |
| Andrew Allen Lemmon | andrew@lemmonlawfirm.com |
| Andrew M Stone | astone@stone-law-firm.com |
| Andrew Phillip Campbell | andy@campbellpartnerslaw.com |
| Andrew T Campbell | todd@campbellpartnerslaw.com |
| Andrew W Hammond | ahammond@whitecase.com |
| Anjori Mitra | amitra@calcaterrapollack.com |
| Anna M Clark | aclark@phillipslytle.com |
| Anne Salomon | anne.salomon@kirkland.com |
| Annesley H DeGaris | ashelley@milchev.com |
| | |
| Anthony F Shelley | adegaris@degarislaw.com |
| Anthony F. Jackson | Anthony@becklawyers.com |
| Antonio M Clayton | tclaytonlaw@aol.com |
| April N Ross | aross@crowell.com |
| Archibald I Grubb , II | agrubb@attorneykennugent.com |
| Archie C Lamb , Jr | alamb@archielamb.com |
| Arthur N Bailey , Jr | abailey@hausfeldllp.com |

| | |
|---|---|
| Arthur Patrick Fritzinger | afritzinger@cozen.com |
| Augusta Salem Dowd | adowd@whitearnolddowd.com |
| Barry A Ragsdale | BRagsdale@dfhlaw.com |
| | |
| Ben W Gordon, Jr | bgordon@levinlaw.com |
| Benjamin Weyman | bweyman@bgdlegal.com |
| Benjamin Collier Wilson | bcw@rushtonstakely.com |
| Benjamin J Sweet | ben@sweetlawpc.com |
| Benjamin L Barnes | bb@bbarneslaw.com |
| Braden Beard | bbeard@hausfeld.com |
| Bradley A Wasser | brad.wasser@dcantitrustlaw.com |
| Brenton K Morris | bmorris@bcattys.com |
| Brian E Wojtalewicz | brian@wojtalewiczlawfirm.com |
| Brian Justin Kapatkin | bkapatkin@foley.com |
| | |
| Brian K Norman | bkn@snlegal.com |
| Brian M Clark | Bclark@wigginschilds.com |
| Brisa I Wolfe | bwolfe@polsinelli.com |
| Brooke Jones Oppenheimer | boppenheimer@axinn.com |
| Bruce C Jones | bruce@jonesandswartzlaw.com |
| Bruce F Rogers | brogers@bainbridgemims.com |
| Bryan L Clobes | bclobes@caffertyclobes.com |
| Carl S Burkhalter | cburkhalter@maynardcooper.com |
| Carl Wesley Pittman | wespittman@pittmanfirm.com |
| Carolyn Anne DeLone | carrie.delone@hoganlovells.com |
| | |
| Casey Langston Lott | clott@langstonlott.com |
| Cason M Kirby | cason@campbellpartnerslaw.com |
| Catherine E Stetson | cate.stetson@hoganlovells.com |
| Cavender C Kimble | ckimble@balch.com |
| Charles C Hunter | chunter@hayeshunterlaw.com |
| Charles D Hudson | charlie@pennandseaborn.com |
| Charles J Cooper | ccooper@cooperkirk.com |
| Charles M Thompson | CMTLAW@aol.com |
| Charles R Watkins | cwatkins@gseattorneys.com |
| Cheri D Green | CDGreen@bcbsms.com |
| | |
| Christa C Cottrell | ccottrell@kirkland.com |
| Christie A Moore | cmoore@bgdlegal.com |
| Christina D Crow | ccrow@jinkslaw.com |
| Christine Varney | cvarney@cravath.com |
| Christopher Yook | cyook@kslaw.com |
| Christopher L Coffin | ccoffin@pbclawfirm.com |
| Christopher T Cain | cain@scottandcain.com |
| Christopher T Hellums | PDH-efiling@pittmandutton.com |
| Claudine Columbres | ccolumbres@whitecase.com |

11

| | |
|---|---|
| Clint Sargent | clint@meierhenrylaw.com |
| | |
| Craig A Hoover | craig.hoover@hoganlovells.com |
| Cyril V Smith, III | csmith@zuckerman.com |
| D Brian Hufford | dbhufford@zuckerman.com |
| Dale Ernest Akins | kwhite@hargray.com |
| Daniel A Small | dsmall@cohenmilstein.com |
| Daniel C Hedlund | dhedlund@gustafsongluek.com |
| Daniel D Owen | dowen@polsinelli.com |
| Daniel E Gustafson | dgustafson@gustafsongluek.com |
| Daniel E Laytin | daniel.laytin@kirkland.com |
| Daniel Patrick Moylan | dmoylan@zuckerman.com |
| | |
| Daniel R Taylor , Jr | dantaylor@kilpatricktownsend.com |
| David Boies | dboies@bsfllp.com |
| David Kumagai | dkumagai@cravath.com |
| David Newmann | david.newmann@hoganlovells.com |
| David A Balto | david.balto@dcantitrustlaw.com |
| David A Coulson | coulsond@gtlaw.com |
| David J Guin | davidg@gseattorneys.com |
| David J Hodge | wparker@mkhlawyers.com |
| David J Zott | david.zott@kirkland.com |
| David M Wilkerson | dwilkerson@vwlawfirm.com |
| | |
| David S Stone | Dstone@stonemagnalaw.com |
| Davis Cooper | pdcooper@cooperkirk.com |
| Deborah J Winegard | dwinegard@whatleykallas.com |
| Debra B Hayes | dhayes@dhayeslaw.com |
| Dennis Craig Reich | DReich@reichandbinstock.com |
| Dennis G Pantazis | dgp@wigginschilds.com |
| Devin Clarke Dolive | ddolive@burr.com |
| Dianne M Nast | dnast@nastlaw.com |
| Donald D Knowlton, II | don@alalawyers.net |
| Donna Smith Cude | dcude@saxonattorneys.com |
| | |
| Douglas A Dellaccio, Jr | ddellaccio@corywatson.com |
| Douglass C.E. Farnsley | dfarnsley@stites.com |
| E Desmond Hogan | desmond.hogan@hoganlovells.com |
| Earnest William Wotring | ewotring@bakerwotring.com |
| Edgar C Gentle, III | egentle@gtandslaw.com |
| Edgar Dean Gankendorff | egankendorff@provostylaw.com |
| Edgar R Haden | ehaden@balch.com |
| Edith M Kallas | ekallas@whatleykallas.com |
| Edward K Wood, Jr | kirk@woodlawfirmllc.com |
| Edward S Bloomberg | EBloomberg@phillipslytle.com |

| | |
|---|---|
| Edwin J Kilpela, Jr | ekilpela@carlsonlynch.com |
| Eirik Cheverud | cheverud.eirik.j@dol.gov |
| Elizabeth Pollock-Avery | eavery@carlsonlynch.com |
| Elizabeth A Jose | elizabeth.jose@hoganlovells.com |
| Ellen Meriwether | emeriwether@caffertyclobes.com |
| Emily Hawk Mills | emily@alalawyers.net |
| Emily M Yinger | emily.yinger@hoganlovells.com |
| Emily Myers Ruzic | eruzic@bradley.com |
| Eric White | eric.white@kirkland.com |
| Eric B Snyder | esnyder@baileyglasser.com |
| | |
| Eric B Swartz | eric@jonesandswartzlaw.com |
| Eric J Wycoff | ewycoff@pierceatwood.com |
| Eric R Belin | ebelin@provostylaw.com |
| Erin E Murphy | erin.murphy@kirkland.com |
| Erin M Wilson | wilsonem@lanepowell.com |
| Evan Chesler | EChesler@cravath.com |
| Frank M Lowrey, IV | lowrey@bmelaw.com |
| Gail A McQuilkin | gam@kttlaw.com |
| Garrett D Blanchfield | g.blanchfield@rwblawfirm.com |
| Gary E Mason | gmason@masonllp.com |
| | |
| Gary M London | glondon@burr.com |
| Genevieve M Zimmerman | gzimmerman@meshbesher.com |
| George E Knox, Jr | gek@lanierford.com |
| Glen M Connor | gconnor@qcwdr.com |
| Glenn M Kurtz | gkurtz@whitecase.com |
| Grace Robinson Murphy | gmurphy@maynardcooper.com |
| Gregory L Davis | gldavis@gregdavislaw.com |
| Gregory S Cusimano | greg@alalawyers.net |
| Gustavo Adolfo Pabon Rico | pabong@reichardescalera.com |
| Gwendolyn C Payton | gpayton@kilpatricktownsend.com |
| | |
| Gwendolyn J Simons | gwen@simonsassociateslaw.com |
| H Lewis Gillis | hlgillis@meansgillislaw.com |
| H Thomas Wells, III | twells@starneslaw.com |
| Hamish P.M. Hume | hhume@bsfllp.com |
| Harley S Tropin | hst@kttlaw.com |
| Harold S Reeves | hreeves@cooperkirk.com |
| Helen E Witt | hwitt@kirkland.com |
| Henry C Quillen | hquillen@whatleykallas.com |
| Herman Watson, Jr | watson@watsonmckinney.com |
| Honor R Costello | hcostello@crowell.com |
| | |
| Hope Shemikka Marshall | hmarshall@whitearnolddowd.com |
| Iain Robert McPhie | Iain.McPhie@bakerbotts.com |

13

| | |
|---|---|
| Irma L Netting | court@lemmonlawfirm.com |
| Irving Scher | ischer@hausfeld.com |
| J Bentley Owens, III | bowens@wefhlaw.com |
| J Mark White | mwhite@whitearnolddowd.com |
| J Michael Malone | mmalone@hendrenmalone.com |
| James A McCullough , II | jmccullough@brunini.com |
| James G Adams, Jr | jgadams@eysterkeylaw.com |
| James M Terrell | jterrell@mtattorneys.com |
| | |
| James P Carr | jcarr@yuhlcarr.com |
| James Wells Harrell | wharrell@bsfllp.com |
| Jarod M Taylor | jtaylor@axinn.com |
| Jason Gourley | jgourley@bodmanlaw.com |
| Jason G. Ausman | jason@ausmanlawfirm.com |
| Jason J Thompson | jthompson@sommerspc.com |
| Jason R Rathod | jrathod@wbmllp.com |
| Jason S Kilene | jkilene@gustafsongluek.com |
| Javier Asis Lopez | jal@kttlaw.com |
| Jay M Ezelle | JEzelle@starneslaw.com |
| | |
| Jeannine M Kenney | jkenney@hausfeld.com |
| Jeffrey Spigel | jspigel@kslaw.com |
| Jeffrey J Zeiger | jeffrey.zeiger@kirkland.com |
| Jeffrey John Fowler | JFowler@omm.com |
| Jeffrey M Hahn | hahn.jeffrey.m@dol.gov |
| Jeffrey T Kelly | jtk@lanierford.com |
| Jennifer Williams | jwilliams@gelaw.com |
| Jeny M Maier | jmaier@axinn.com |
| Jess Randall Nix | jnix@spotswoodllc.com |
| Jessica Machelle Haynes | jessi.haynes@beasleyallen.com |
| | |
| Jody Boudreault | Jody.Boudreault@bakerbotts.com |
| Joe R Whatley, Jr | jwhatley@whatleykallas.com |
| Joey K James | julia@bunchandjames.com |
| John Gravante, III | jgravante@podhurst.com |
| John Martin | john.martin@nelsonmullins.com |
| John Clark Davis | john@johndavislaw.net |
| John D Briggs | jdb@avhlaw.com |
| John D Saxon | jsaxon@saxonattorneys.com |
| John Doyle Nalley | johndoylenalley@hotmail.com |
| John Fairley McDonald, III | john.mcdonald@insurance.alabama.gov |
| | |
| John G Schmidt, Jr | jschmidt@phillipslytle.com |
| John Gary Maynard | jgmaynard@hunton.com |
| John R Wylie | Johnw@dglawfirm.com |
| John R. Holton | JHolton@dchlaw.com |

| | |
|---|---|
| John T A Malatesta, III | jmalatesta@maynardcooper.com |
| John Thomas Richie | trichie@bradley.com |
| John W Davis | john@johnwdavis.com |
| John W Partin | will@pennandseaborn.com |
| John W Reis | jreis@foxrothschild.com |
| Jon Corey | jcorey@mckoolsmithhennigan.com |
| | |
| Jonathan M Redgrave | jredgrave@redgravellp.com |
| Jonathan R. Voegele, Esq | jvoegele@bsfllp.com |
| Jonathan S Mann | jonm@pittmandutton.com |
| Joseph B Mays , Jr | jmays@babc.com |
| Joseph H Webster | harland@chapman-lewis-swan.com |
| Joseph J Bial | jbial@paulweiss.com |
| Joseph Preston Strom, Jr | petestrom@stromlaw.com |
| Joshua Lipton | jlipton@gibsondunn.com |
| Joshua K Payne | jpayne@spotswoodllc.com |
| Julia Smeds Roth | jroth@eysterkeylaw.com |
| | |
| Justin W Bernick | justin.bernick@hoganlovells.com |
| Kail J Jethmalani | kjethmalani@axinn.com |
| Kara Marie Simons | ksimons@2501grand.com |
| Karen H Riebel | khriebel@locklaw.com |
| Karen R Dow | kdow@bakerwotring.com |
| Karin DeMasi | kdemasi@cravath.com |
| Katherine Rogers Brown | kbrown@whitearnolddowd.com |
| Kathleen Currie Chavez | kcc@fmcolaw.com |
| Kathleen Simpson Kiernan | kkiernan@bsfllp.com |
| Kathleen Taylor Sooy | ksooy@crowell.com |
| | |
| Katie R Lencioni | katie.lencioni@kirkland.com |
| Kenina Lee | kjl@avhlaw.com |
| Kevin J Stoops | kstoops@sommerspc.com |
| Kimberly Ann Fetsick | kfetsick@hausfeld.com |
| Kimberly R West | kwest@wallacejordan.com |
| Kristen Jordana Gillis | kjgillis@meansgillislaw.com |
| L Shane Seaborn | sseaborn1@yahoo.com |
| Lance Craig Young | lyoung@sommerspc.com |
| Lauren B Houseknecht | lbh@lanierford.com |
| Lauren R Kennedy | lkennedy@cravath.com |
| | |
| Lawrence L. Jones, II | larry@jonesward.com |
| Lezlie Madden | lmadden@cozen.com |
| Linda G Flippo | lflippo@whitearnolddowd.com |
| Lisa Cipriano | lcipriano@eimerstahl.com |
| Lisa N Hayes | lnh8803@bellsouth.net |
| Lucile Cohen | lucie.cohen@nelsonmullins.com |

| | |
|---|---|
| Luther M Dorr, Jr | rdorr@maynardcooper.com |
| Lynn W Jinks, III | ljinks@jinkslaw.com |
| M Stephen Dampier | stevedampier@dampierlaw.com |
| Margery S. Bronster | mbronster@bhhawaii.net |
| | |
| Margot Miller | mamiller@cravath.com |
| Mario A Pacella | mpacella@stromlaw.com |
| Mark J Botti | mark.botti@bakerbotts.com |
| Mark K Gray | mgray@grayandwhitelaw.com |
| Mark M. Hogewood | mhogewood@wallacejordan.com |
| Martin Patrick McDowell | pmcdowell@brunini.com |
| Mary C St John | Marcy.St.John@blueshieldca.com |
| Mathea KE Bulander | mbulander@redgravellp.com |
| Matthew J Herman | mjh@fmcolaw.com |
| Matthew L Bleich | mbleich@cozen.com |
| | |
| Matthew P Weinshall | mweinshall@podhurst.com |
| Megan Jones | mjones@hausfeldllp.com |
| Meghan M Boone | mboone@cohenmilstein.com |
| Melinda Coolidge | mcoolidge@hausfeldllp.com |
| Michael Gulisano | michael@gulisanolaw.com |
| Michael Kirk | mkirk@cooperkirk.com |
| Michael Sansbury | msansbury@spotswood.com |
| Michael A Naranjo | mnaranjo@foley.com |
| Michael C Dodge | mdodge@gpm-law.com |
| Michael David Hausfeld | mhausfeld@hausfeldllp.com |
| | |
| Michael E Gurley, Jr | mgurleyjr@yahoo.com |
| Michael J. Fleming | mike@kapkewillerth.com |
| Michael J. Sudekum | mike@mandelmandel.com |
| Michael L. Murphy | mlmabco@aol.com |
| Michael L Murphy | mmurphy@baileyglasser.com |
| Michael L Roberts | mlr@alabamatortlaw.com |
| Michael P McGartland | mike@mcgartland.com |
| Michael Paul Fruge | michaelfruge@claytonfrugelaw.com |
| Michael R Pennington | mpennington@bradley.com |
| Michael S Lyons | mlyons@whatleykallas.com |
| | |
| Mike Miller | mmiller@solberglaw.com |
| Mitchell Lloyd Berry | mberry@dhgw.net |
| Monte D. Beck | mbeck@becklawyers.com |
| Morgan Brooke Franz | mfranz@spotswoodllc.com |
| Myron C Penn | myronpenn28@hotmail.com |
| N Thomas Connally, III | tom.connally@hoganlovells.com |
| Nathan A Dickson, II | NDickson@jinkslaw.com |
| Nicholas B Roth | nbroth@eysterkeylaw.com |

16

| | |
|---|---|
| Nicholas R Rockforte | nrockforte@pbclawfirm.com |
| Norman Armstrong | narmstrong@kslaw.com |
| | |
| Norman E Bailey, Jr | bbailey@brunini.com |
| P John Brady | jbrady@polsinelli.com |
| Pamela B Slate | pslate@hillhillcarter.com |
| Patricia Melville | pmelville@bsfllp.com |
| Patrick E Cafferty | pcafferty@caffertyclobes.com |
| Patrick J Sheehan | psheehan@whatleykallas.com |
| Patrick M Shegon | pms@rushtonstakely.com |
| Patrick W Pendley | pwpendley@pbclawfirm.com |
| Paul D Clement | paul.clement@kirkland.com |
| Perry Michael Yancey | myancey@mmlaw.net |
| | |
| Peter Prieto | pprieto@podhurst.com |
| Peter H Burke | pburke@burkeharvey.com |
| Peter R Bisio | peter.bisio@hoganlovells.com |
| Peter W Zuger | pzuger@serklandlaw.com |
| Phillip W McCallum | pwm@mmlaw.net |
| R Christopher Cowan | CHRIS@COWANLAW.NET |
| R David Kaufman | dkaufman@brunini.com |
| R G Methvin, Jr. | rgm@mtattorneys.com |
| Rachel J Adcox | rja@avhlaw.com |
| Rafael Escalera-Rodriguez | escalera@reichardescalera.com |
| | |
| Randall D Noel | randy.noel@butlersnow.com |
| Rebecca A Peterson | rapeterson@locklaw.com |
| Rebecca Diane Gilliland | rebecca.gilliland@beasleyallen.com |
| Rebekah Keith McKinney | mckinney@watsonmckinney.com |
| Regina Marie Calcaterra | rcalcaterra@calcaterrapollack.com |
| Rex Y. Fujichaku | rfujichaku@bhhawaii.net |
| Richard A Feinstein | RFeinstein@BSFLLP.com |
| Richard P Rouco | rrouco@qcwdr.com |
| Richard S Frankowski | Richard@frankowskifirm.com |
| Robert B Roden | rroden@shelbyroden.com |
| | |
| Robert Bernard Harwood, Jr | BHarwood@rosenharwood.com |
| Robert G Eisler | reisler@gelaw.com |
| Robert J Axelrod | rjaxelrod@axelroddean.com |
| Robert K Spotswood | rks@spotswoodllc.com |
| Robert M Foote | rmf@fmcolaw.com |
| Robert M Hatch | rhatch@bfrhawaii.com |
| Robert R Riley, Jr. | rob@rileyjacksonlaw.com |
| Robert S W Given | rgiven@burr.com |
| Rosmond Dolen | rdolen@bgdlegal.com |
| Samantha A Robbins | srobbins@foley.com |

17

| | |
|---|---|
| Samuel C Leifer | SCLeifer@wlrk.com |
| Sara M Turner | smturner@bakerdonelson.com |
| Sarah J Donnell | sdonnell@kirkland.com |
| Sarah Lynn Cylkowski | scylkowski@bodmanlaw.com |
| Sarah M. Gilbert | sgilbert@crowell.com |
| Sarah S Glover | sglover@maynardcooper.com |
| Scott Allen Martin | smartin@hausfeld.com |
| Scott F Singley | ssingley@brunini.com |
| Scott S Brown | sbrown@mixonfirm.com |
| Sean T. O'Connell | soconnell@shaheengordon.com |
| | |
| Stanley P Baudin | sbaudin@pbclawfirm.com |
| Star Mishkel Tyner | start@dglawfirm.com |
| Stephen A Rowe | steve.rowe@arlaw.com |
| Stephen A Walsh | swalsh@wwhgd.com |
| Stephen B Murray, Jr. | smurrayjr@murray-lawfirm.com |
| Stephen M Hanson | steve@stephenmhansenlaw.com |
| Stephen R Diprima | SRDiPrima@wlrk.com |
| Steven P Wandro | swandro@2501grand.com |
| Susan M Razzano | srazzano@eimerstahl.com |
| Swathi Bojedla | sbojedla@hausfeld.com |
| | |
| Sylvia Maria Arizmendi | arizmendis@reichardescalera.com |
| Syndey L Schneider | sydney.schneider@kirkland.com |
| Ta'Kisha L Guster | takishaguster@gmail.com |
| Tammy McClendon Stokes | tammys@gseattorneys.com |
| Terri Olive Tompkins | ttompkins@rosenharwood.com |
| Theresa (Tess) S Gee | tgee@milchev.com |
| Thomas Bender | tbender@hab-law.com |
| Thomas J Rheaume, Jr. | trheaume@bodmanlaw.com |
| Thomas Michael Trucksess | thomas.trucksess@hoganlovells.com |
| Timothy D Battin | tbattin@boiesbattin.com |
| | |
| Timothy R. Holton | THolton@dchlaw.com |
| Todd M Stenerson | todd.stenerson@shearman.com |
| Tracy A Roman | troman@crowell.com |
| Travis A Bustamante | travis.bustamante@nelsonmullins.com |
| Tyler J Barnett | tbarnett@yuhlcarr.com |
| Tyrone Carlton Means | tcmeans@meansgillislaw.com |
| U W Clemon | uwclemon1@gmail.com |
| Van Bunch | vbunch@bffb.com |
| Victoria Ann Redgrave | awelbon@redgravellp.com |
| Virginia M Buchanan | vbuchanan@levinlaw.com |

18

| | |
|---|---|
| W Gordon Ball | gball@gordonball.com |
| W Gregory Wright | gwright@midwest-law.com |
| W Tucker Brown | tbrown@whatleykallas.com |
| Wayne R Berry | berry.wayne@dol.gov |
| William Butterfield | wbutterfield@hausfeldllp.com |
| William A Isaacson | wisaacson@paulweiss.com |
| William David George | dgeorge@bakerwotring.com |
| William H Horton | bhorton@gmhlaw.com |
| William P Gray , Jr | wpg@grayattorneys.com |
| Wilson Daniel Miles, III | dee.miles@beasleyallen.com |
| | |
| Yawanna Nabors McDonald | yawanna@campbellpartnerslaw.com |
| Zach Holmstead | zachary.holmstead@kirkland.com |
| Zarel Joan Soto | zsoto@reichardescalera.com |
| | |
| Allen Page | page@bmelaw.com |
| Bent Hazzard | brenthazzard@yahoo.com |
| Bryan M Reines | breines@zuckerman.com |
| Charles T Caliendo | ccaliendo@gelaw.com |
| Eric L Cramer | ecramer@bm.net |
| George W Cochran | lawchrist@gmail.com |
| Henry Hoss | henry.hoss@mcafeetaft.com |
| Karen Dyer | kdyer@bsfllp.com |
| Larry McDevitt | lmcdevitt@vwlawfirm.com |
| M Richard Mullins | richard.mullins@mcafeetaft.com |
| Mark Spencer | mspencer@mcafeetaft.com |
| Richard Nix | richard.nix@mcafeetaft.com |
| Ronan P Doherty | doherty@bmelaw.com |
| Scott Burnett Smith | ssmith@bradley.com |

**Service via USPS First Class Mail**

| | |
|---|---|
| Adam H Charnes<br>Kilpatrick Townsend & Stockton LLP<br>1001 W. Fourth Street<br>Winston-Salem, NC   27101 | Allison Nunley Pham<br>5525 Reitz Avenue<br>Baton Rouge, LA   70809 |
| Amber Lambert<br>181498<br>Central Miss. Correctional Facility<br>P.O. Box 88550<br>Pearl, MS   39208 | Ashley M Lowe<br>Baker, Donelson, Bearman, Caldwell<br>& Berkowitz, PC<br>265 Brookview Centre Way, Ste 600<br>Knoxville, TN   37919 |

| | |
|---|---|
| Carl S Kravitz<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC   20036 | Chad Dwight Hansen<br>Kilpatrick Townsend & Stockton LLP<br>1001 W Fourth Street<br>Winston-Salem, NC   27101 |
| Charles A. O'Brien , III<br>P.O. Box 98029<br>5525 Reitz Avenue<br>Baton Rouge, LA   70898-9029 | Christopher G Scanlon<br>Faegre Baker Daniels LLP<br>300 North Meridian St, Suite 2700<br>Indianapolis, IN   46204 |
| D Kent Meyers<br>Crowe & Dunlevy-OKC<br>20 N Broadway Ave, Suite 1800<br>Oklahoma City, OK   73102 | Daniel E. Phillips<br>Solberg Stewart Miller<br>P.O. Box 1897<br>Fargo, ND   58107-1897 |
| David F Evans<br>Hickey & Evans<br>1800 Carey Avenue, Suite 700<br>Cheyenne, WY   82003-0467 | Elizabeth Barnett LaBauve<br>Crowe & Dunlevy-OKC<br>20 N Broadway Ave, Suite 1800<br>Oklahoma City, OK   73102 |
| Ellen M Ahrens Wickham<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN   55402 | Gary C Shockley<br>Baker, Donelson, Bearman &<br>Caldwell<br>511 Union Street, Suite 1700<br>Nashville, TN   37219 |
| Gerald F. Easter<br>Gerald F. Easter, Atty at Law<br>369 N. Main Street<br>Memphis, TN   38103 | Gregory Haynes<br>Wyatt, Tarrant & Combs LLP<br>500 West Jefferson St, Suite 2800<br>Louisville, KY   40202-2898 |
| Jeremy D. Feinstein<br>Reed Smith LLP<br>225 Fifth Avenue<br>Pittsburgh, PA   15222-2716 | James Thomas Williams , Jr<br>Brooks, Pierce, McLendon,<br>Humphrey & Leonard, LLP<br>230 North Elm St, Suite 2000<br>Greensboro, NC   27420-6000 |
| Janet Brooks Holmes<br>McKay Cauthen Settana and Stubley<br>1303 Blanding Street<br>Columbia, SC   29201 | John Stone Campbell , III<br>Taylor, Porter, Brooks & Phillips<br>P. O. Box 2471<br>Baton Rouge, LA70821 |
| Jonathan Rich<br>KX9662, SCI Benner Township<br>301 Institution Drive<br>Bellefonte, PA   16823 | Jonathan Charles Little<br>Saeed & Little, LLP<br>1433 N. Meridian St., Suite 202<br>Indianapolis, IN   46202 |

20

| | |
|---|---|
| Joseph C Giglio , Jr<br>Liskow & Lewis<br>P O Box 52008<br>Lafayette, LA   70505 | L. Adam Thames<br>Taylor, Porter, Brooks & Phillips<br>P. O. Box 2471<br>Baton Rouge, LA   70821 |
| Michael J. McCarrie<br>Artz Health Law<br>1500 Market St., Suite 4100<br>Philadelphia, PA   19102 | Mark E. McKane<br>Kirkland and Ellis<br>555 California Street, Suite 2700<br>San Francisco, CA   94104 |
| Mark J Murphy<br>Mooney Green Saindon Murphy and<br>Welch PC<br>1920 L St NW, Suite 400<br>Washington, DC   20036 | Matthew G White<br>Baker Donelson Bearman Caldwell &<br>Berkowitz<br>165 Madison Ave., Suite 2000<br>Memphis, TN   38103 |
| O'Kelley H Pearson<br>Hickey & Evans<br>1800 Carey Ave, Suite 700<br>Cheyenne, WY   82003-0467 | Patrick James Quinlan<br>Law Offices of Patrick J. Quinlan<br>243 North Main St.<br>Providence, RI   02903 |
| R Mark Glover<br>Baker Donelson Bearman Caldwell &<br>Berkowitz<br>165 Madison Ave., Suite 2000<br>Memphis, TN   38103 | Robert F Leibenluft<br>Hogan Lovells US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004 |
| Shannon Elise McClure<br>Reed Smith LLP<br>1650 Market Street<br>Philadelphia, PA   19103 | Stephen A. Loney, Jr.<br>Hogan & Hartson<br>1835 Market Street<br>Philadelphia, PA   19103 |
| Samuel Issacharoff<br>40 Washington Square South<br>New York, NY   10012 | Samuel Andrew Diddle<br>Eberle Berlin Kading Turnbow &<br>McKlveen<br>PO Box 1368<br>Boise, ID   83701 |
| Temus C Miles , Jr<br>McKay Cauthen Settana and Stubley<br>1303 Blanding Street<br>Columbia, SC   29201 | Thomas S. Scott, Jr.<br>Ball & Scott Law Offices<br>550 Main Street, Suite 601<br>Knoxville, TN   37902 |

21

| William Egan Kellner | Zachary D Holmstead |
|---|---|
| Liskow & Lewis | Kirkland & Ellis |
| P.O. Box 52008 | 300 N LaSalle St |
| Lafayette, LA   70505 | Chicago, IL   60654 |