IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | : Master File 2:13-cv-20000-RDP : : : : This document relates to : all cases |

## SPECIAL MASTER'S REPORT REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON NOVEMBER 30, 2022, AT 10:00 A.M. (Eastern)

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's October 17, 2022 Order (Document 2991), files this Report providing a proposed Agenda for the Court's Status Conference on November 30, 2022, at 10:00 a.m. (Eastern), before the Honorable R. David Proctor in the Washington, D.C. offices of Hogan Lovells US LLP, as follows:

1. The status of the Subscriber-Track cases.

2. The status of the Provider-Track cases.

3. Any other issues.

4. Caucuses.

Respectfully submitted this 28th day of November, 2022.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner & Benson, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Office
(205) 960-2533 Cell Phone
egentle@gtandslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 28th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master