# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | Master File No. 2:13-CV-20000-RDP<br><br>This document relates to Subscriber-Track cases. |

## WELLS FARGO'S UNOPPOSED MOTION TO WITHDRAW REQUEST FOR EXCLUSION AND REJOIN THE SUBSCRIBER DAMAGES CLASS

Wells Fargo & Company and the Wells Fargo & Company Health Plan (for Eligible Active Employees and Their Dependents) (collectively, "Wells Fargo") respectfully move this Court for the entry of an Order granting Wells Fargo leave to withdraw its request for exclusion from the Subscriber Damages Class.  In support of its Motion, Wells Fargo relies on the accompanying Memorandum In Support and Declaration of B. Parker Miller, and all exhibits thereto; and all the files, records, and proceedings in the above-captioned case.

Dated:  December 13, 2022

Respectfully Submitted,

/s/ *Hirshel M. Hall*
Hirshel M. Hall
Bar No. 5056H30I
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Hirshel.Hall@alston.com

*Counsel for Wells Fargo & Company and the Wells Fargo & Company Health Plan*

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on December 13, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                 /s/ *Hirshel M. Hall*
                                                 Hirshel M. Hall