# Exhibit A



Vikram Malhotra
Head of Total Rewards
MAC J0193-600
30 Hudson Yards
New York, NY 10001

April 28, 2022

<u>**VIA USPS CERTIFIED MAIL AND E-MAIL**</u>

Blue Cross Blue Shield Antitrust Litigation
c/o JND Legal Administration – Exclusion Dpt.
PO Box 91393
Seattle, WA 98111
info@BCBSsettlement.com

Re:   *In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406*, N.D. Ala. Master File No. 2:13-cv-20000-RDP – Request for Exclusion from Settlement Damages Class

To Notice and Claims Administrator:

    Wells Fargo & Company, on behalf of itself and its wholly-owned subsidiaries ("Wells Fargo"), and Wells Fargo & Company Health Plan (for Eligible Active Employees and their Dependents) (the "Wells Fargo Health Plan") (collectively, the "Wells Fargo Entities") hereby provide notice that the Wells Fargo Entities each request to be excluded from the Settlement Damages Class in *In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406*, N.D. Ala. Master File No. 2:13-cv-20000-RDP. To be clear, Wells Fargo and the Wells Fargo Health Plan each are, by this request, opting out of the Settlement Damages Class.

    Wells Fargo and the Wells Fargo Health Plan may be contacted through Elizabeth Kappenman at Wells Fargo Legal Department, Wells Fargo Center, MAC N9305-09S, 90 South Seventh Street, Minneapolis, MN 55479, telephone number 612-667-2527.

Sincerely,

*/s/ Vikram Malhotra*
Vikram Malhotra
Wells Fargo & Company
Head of Total Rewards

*/s/ Vikram Malhotra*
Vikram Malhotra
Wells Fargo & Company Health Plan (for Eligible
Active Employees and their Dependents)
Plan Administrator

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here
Total Postage & Fees $

Sent To: Blue Cross Blue Shield Antitrust Litigation c/o JND Legal Admin - Exclusion Dpt
Street, Apt. No.; or PO Box No.: PO Box 91393
City, State, ZIP+4: Seattle, WA 98111

7002 2410 0002 4852 3044

PS Form 3800, June 2002                See Reverse for Instructions