FILED
2022 Dec-15 AM 09:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to Provider Track Cases** |

**[PROPOSED] ORDER SETTING ADDITIONAL BRIEFING SCHEDULE PER COURT'S ORDER DATED NOVEMBER 17, 2022**

This matter is before the Court on the Court's own order dated November 17, 2022 regarding additional briefing relevant to class certification (Dkt. 3006). After careful consideration of the parties' jointly proposed schedule, the Court hereby **ORDERS** the following schedule for supplemental briefing on the questions posed by the Court in its Order:

- Plaintiffs' Opening Brief is due on January 27, 2023
- Defendants' Responsive Brief is due on March 10, 2023
- Plaintiffs' Reply Brief is due on March 31, 2023

**THEREFORE, IT IS HEREBY ORDERED,** the parties shall comply with the above agreed-upon briefing schedule.

**DONE and ORDERED** this ____ day of _________________, 2022.

______________________________
**R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**