# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406) | Master File No.: 2:13-CV-20000-RDP<br>This document relates to all cases |

## ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE

This matter is before the court on the parties' Joint Response to the court's November 17, 2022 Order regarding additional briefing relevant to class certification. (Doc. # 3015). The court adopts the parties' jointly proposed schedule. The parties **SHALL** provide supplemental briefing on the questions posed by the court as follows:

• Plaintiffs' Opening Brief is due **on or before January 27, 2023**;

• Defendants' Responsive Brief is due **on or before March 10, 2023**;

• Plaintiffs' Reply Brief is due **on or before March 31, 2023**.

**DONE** and **ORDERED** this December 15, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE