FILED
2023 Jan-03 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| | } | |
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| | } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | |
| | } | |

**ORDER**

This case is **SET** for a status conference at **10:00 a.m. on Monday, February 13, 2023**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The court will also hear argument on Subscribers' Motion to Require an Appeal Bond. (Doc. # 2996). The court, via the Special Master, will provide remote access instructions for those unable to attend in person.

**On or before Wednesday, February 8, 2023**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this January 3, 2023.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE