FILED
2023 Jan-09 PM 08:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | **Master File No. 2:13-CV-20000-RDP**<br>This document relates to all cases. |

# MOTION TO WITHDRAW

The following Crowell & Moring LLP counsel move this Court to allow them to withdraw as counsel of record for Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Blue Cross Blue Shield of North Dakota,[1] and Blue Cross Blue Shield of Wyoming in the referenced MDL:

Michael W. Lieberman
April N. Ross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
mlieberman@crowell.com
aross@crowell.com

This motion to withdraw also applies to the following underlying actions:

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:12-cv-02532
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1345
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1346
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1347

[1] Blue Cross Blue Shield of North Dakota was formerly known as Noridian Mutual Insurance Company.

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1348
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1349
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1475
- *Hosp. Serv. Dist. 1 of the Parish of E. Baton Rouge, La. d/b/a Lane Reg'l Med. Ctr. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-1476
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1550
- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2295
- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2296
- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0774
- *Am. Surgical Assistants, Inc., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0775
- *Caldwell v. Blue Cross and Blue Shield of Alabama, et al.*, 2:19-cv-00565
- *Reyes v. Blue Cross and Blue Shield of Alabama, et al.*, 2:21-cv-1235

Kathleen Taylor Sooy, Tracy A. Roman, Sarah M. Gilbert, and Honor R. Costello will continue representing Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Blue Cross Blue Shield of North Dakota, and Blue Cross Blue Shield of Wyoming in the MDL and referenced underlying actions.

Dated: January 9, 2023

Respectfully submitted,

/s/ Kathleen Taylor Sooy

Kathleen Taylor Sooy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
ksooy@crowell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy