FILED

2023 Jan-24  PM 12:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** <br> **BLUE CROSS BLUE SHIELD** <br> **ANTITRUST LITIGATION** <br> **(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This Document Relates to** <br> **Provider Track Cases** |

**[PROPOSED] ORDER ON PROVIDER PLAINTIFFS'
MOTION TO EXTEND PAGE LIMITS**

On consideration of the Provider Plaintiffs' Motion to Extend Page Limits and the Defendants' response, the motion is GRANTED. In the briefing ordered by Doc. No. 3006, the Provider Plaintiffs' opening brief and the Defendants' response are not to exceed fifty pages, and the Provider Plaintiffs' reply is not to exceed twenty pages.

**DONE and ORDERED** this _____ day of _____, 2023.

_____
**R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**