FILED
2023 Feb-08 PM 12:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** | : | **Master File 2:13-cv-20000-RDP** |
| | : | **This document relates to all cases** |

**SPECIAL MASTER'S REPORT REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON FEBRUARY 13, 2023, AT 10:00 A.M.**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's January 3, 2023 Order (Document 3019), files this Report providing a proposed Agenda for the Court's Status Conference on February 13, 2023, at 10:00 a.m., before the Honorable R. David Proctor in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama, as follows:

1. The status of the Provider-Track cases.

2. The status of the Subscriber-Track cases, and argument on the Appeal Bond Matter.

3. *Alaska Air et al. v. Anthem et al.* and Related Cases - Scheduling Order.

4. Any other issues.

Respectfully submitted this 8th day of February, 2023.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner & Benson, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Office
(205) 960-2533 Cell Phone
egentle@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master