# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

IN RE: BLUE CROSS BLUE SHIELD )
)  Master File No.:
ANTITRUST LITIGATION ) 2:13-CV-20000-RDP
(MDL NO. 2406) )
)

## HOME DEPOT U.S.A., INC.'S
## NOTICE OF PAYMENT OF APPEAL BOND

Per the Court's Memorandum Opinion and Order [Dkt. 3035] filed March 7, 2023, Home Depot Inc. hereby gives notice that payment of its portion of the appeal bond was mailed to the Clerk of Court on March 9, 2023.

Respectfully submitted this 9th day of March, 2023.

*/s/ Frank M. Lowrey IV*
Frank M. Lowrey IV
GA Bar No. 410310
lowrey@bmelaw.com
Ronan P. Doherty
GA Bar No. 224885
doherty@bmelaw.com
E. Allen Page
GA Bar No. 640163
page@bmelaw.com
BONDURANT MIXSON
& ELMORE, LLP
1201 West Peachtree St NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

#3517935v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all known counsel of record.

*/s/ Frank M. Lowrey IV*
Frank M. Lowrey IV
GA Bar No. 410310
lowrey@bmelaw.com
BONDURANT MIXSON
& ELMORE, LLP
1201 West Peachtree St NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

#3517935v1