FILED
2023 Mar-10 PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | )<br>)<br>)<br>)<br>)<br>) | **Master File No. 2:13-CV-20000- RDP** |

**TOPOGRAPHIC, INC. AND EMPLOYEE SERVICES, INC.'S
NOTICE OF PAYMENT OF APPEAL BOND**

In accordance with the Court's Memorandum Opinion and Order [Dkt. 3035] filed March 7, 2023, Topographic, Inc. and Employee Services, Inc. hereby give notice that payment of their portion of the appeal bond was delivered to the Clerk of Court on March 10, 2023.

Respectfully submitted this 10th day of March, 2023.

*/s/ J. Thomas Richie*
One of the Attorneys for Topographic, Inc. and Employee Services, Inc.

OF COUNSEL
Michael R. Pennington
J. Thomas Richie
Emily M. Ruzic
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000

Facsimile: (205) 521-8800
mpennington@bradley.com
trichie@bradley.com
eruzic@bradley.com

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
ssmith@bradley.com

Richard D. Nix
Henry D. Hoss
M. Richard Mullins
Mark D. Spencer
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
richard.nix@mcafeetaft.com
henry.hoss@mcafeetaft.com
richard.mullins@mcafteetaft.com
mspencer@mcafeetaft.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ J. Thomas Richie*