FILED

2023 Mar-30  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406) ) ) ) ) | Master File 2:13-CV-20000-RDP |

## DAVID G. BEHENNA'S
## NOTICE OF PAYMENT OF APPEAL BOND

In accordance with the Court's Memorandum Opinion and Order [Dkt. 3035] filed March 7, 2023, David G. Behenna hereby gives notice that payment of his portion of the appeal bond was mailed to the Clerk of Court on March 25, 2023.

Respectfully submitted this 25th day of March, 2023.

_s/ David G. Behenna_

David G. Behenna
*Pro Se* Objector-Appellant

155 Fleet Street
Portsmouth, NH   03801
Tel: (603) 964-4688
Fax: (603) 836-4249
dgbehenna@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2023, the foregoing Notice of Payment of Appeal

Bond by David G. Behenna was served on the parties listed below via Electronic

Mail or via USPS First Class Mail.

David G. Behenna
155 Fleet Street
Portsmouth, NH   03801
Tel: (603) 964-4688
Fax: (603) 836-4249
dgbehenna@yahoo.com

**Service via Electronic Mail**

| | |
|---|---|
| Aaron G McLeod | aaron.mcleod@arlaw.com |
| Aaron S Podhurst | apodhurst@podhurst.com |
| Adam G Sowatzka | asowatzka@kslaw.com |
| Adam P Plant | aplant@battlewinn.com |
| Alan D Rutenberg | arutenberg@foley.com |
| Alan McQuarrie Mansfield | amansfield@whatleykallas.com |
| Alexander McInnis Boies | aboies@bsfllp.com |
| Alexandra Markel | amarkel@bodmanlaw.com |
| Alyssa C Kalisky | alyssa.kalisky@kirkland.com |
| Ami Swank | ami@swank.net |
| | |
| Andrea Layne Stackhouse | layne@jonesward.com |
| Andrew Allen Lemmon | andrew@lemmonlawfirm.com |
| Andrew M Stone | astone@stone-law-firm.com |
| Andrew Phillip Campbell | andy@campbellpartnerslaw.com |
| Andrew T Campbell | todd@campbellpartnerslaw.com |
| Andrew W Hammond | ahammond@whitecase.com |
| Anjori Mitra | amitra@calcaterrapollack.com |
| Anna M Clark | aclark@phillipslytle.com |
| Anne Salomon | anne.salomon@kirkland.com |
| Annesley H DeGaris | ashelley@milchev.com |
| | |
| Anthony F Shelley | adegaris@degarislaw.com |
| Anthony F. Jackson | Anthony@becklawyers.com |
| Antonio M Clayton | tclaytonlaw@aol.com |
| April N Ross | aross@crowell.com |

| | |
|---|---|
| Archibald I Grubb , II | agrubb@attorneykennugent.com |
| Archie C Lamb , Jr | alamb@archielamb.com |
| Arthur N Bailey , Jr | abailey@hausfeldllp.com |
| Arthur Patrick Fritzinger | afritzinger@cozen.com |
| Augusta Salem Dowd | adowd@whitearnolddowd.com |
| Barry A Ragsdale | BRagsdale@dfhlaw.com |
| | |
| Ben W Gordon, Jr | bgordon@levinlaw.com |
| Benjamin Weyman | bweyman@bgdlegal.com |
| Benjamin Collier Wilson | bcw@rushtonstakely.com |
| Benjamin J Sweet | ben@sweetlawpc.com |
| Benjamin L Barnes | bb@bbarneslaw.com |
| Braden Beard | bbeard@hausfeld.com |
| Bradley A Wasser | brad.wasser@dcantitrustlaw.com |
| Brenton K Morris | bmorris@bcattys.com |
| Brian E Wojtalewicz | brian@wojtalewiczlawfirm.com |
| Brian Justin Kapatkin | bkapatkin@foley.com |
| | |
| Brian K Norman | bkn@snlegal.com |
| Brian M Clark | Bclark@wigginschilds.com |
| Brisa I Wolfe | bwolfe@polsinelli.com |
| Brooke Jones Oppenheimer | boppenheimer@axinn.com |
| Bruce C Jones | bruce@jonesandswartzlaw.com |
| Bruce F Rogers | brogers@bainbridgemims.com |
| Bryan L Clobes | bclobes@caffertyclobes.com |
| Carl S Burkhalter | cburkhalter@maynardcooper.com |
| Carl Wesley Pittman | wespittman@pittmanfirm.com |
| Carolyn Anne DeLone | carrie.delone@hoganlovells.com |
| | |
| Casey Langston Lott | clott@langstonlott.com |
| Cason M Kirby | cason@campbellpartnerslaw.com |
| Catherine E Stetson | cate.stetson@hoganlovells.com |
| Cavender C Kimble | ckimble@balch.com |
| Charles C Hunter | chunter@hayeshunterlaw.com |
| Charles D Hudson | charlie@pennandseaborn.com |
| Charles J Cooper | ccooper@cooperkirk.com |
| Charles M Thompson | CMTLAW@aol.com |
| Charles R Watkins | cwatkins@gseattorneys.com |
| Cheri D Green | CDGreen@bcbsms.com |
| | |
| Christa C Cottrell | ccottrell@kirkland.com |
| Christie A Moore | cmoore@bgdlegal.com |
| Christina D Crow | ccrow@jinkslaw.com |
| Christine Varney | cvarney@cravath.com |
| Christopher Yook | cyook@kslaw.com |
| Christopher L Coffin | ccoffin@pbclawfirm.com |
| Christopher T Cain | cain@scottandcain.com |

| | |
|---|---|
| Edwin J Kilpela, Jr | ekilpela@carlsonlynch.com |
| Eirik Cheverud | cheverud.eirik.j@dol.gov |
| Elizabeth Pollock-Avery | eavery@carlsonlynch.com |
| Elizabeth A Jose | elizabeth.jose@hoganlovells.com |
| Ellen Meriwether | emeriwether@caffertyclobes.com |
| Emily Hawk Mills | emily@alalawyers.net |
| Emily M Yinger | emily.yinger@hoganlovells.com |
| Emily Myers Ruzic | eruzic@bradley.com |
| Eric White | eric.white@kirkland.com |
| Eric B Snyder | esnyder@baileyglasser.com |
| | |
| Eric B Swartz | eric@jonesandswartzlaw.com |
| Eric J Wycoff | ewycoff@pierceatwood.com |
| Eric R Belin | ebelin@provostylaw.com |
| Erin E Murphy | erin.murphy@kirkland.com |
| Erin M Wilson | wilsonem@lanepowell.com |
| Evan Chesler | EChesler@cravath.com |
| Frank M Lowrey, IV | lowrey@bmelaw.com |
| Gail A McQuilkin | gam@kttlaw.com |
| Garrett D Blanchfield | g.blanchfield@rwblawfirm.com |
| Gary E Mason | gmason@masonllp.com |
| | |
| Gary M London | glondon@burr.com |
| Genevieve M Zimmerman | gzimmerman@meshbesher.com |
| George E Knox, Jr | gek@lanierford.com |
| Glen M Connor | gconnor@qcwdr.com |
| Glenn M Kurtz | gkurtz@whitecase.com |
| Grace Robinson Murphy | gmurphy@maynardcooper.com |
| Gregory L Davis | gldavis@gregdavislaw.com |
| Gregory S Cusimano | greg@alalawyers.net |
| Gustavo Adolfo Pabon Rico | pabong@reichardescalera.com |
| Gwendolyn C Payton | gpayton@kilpatricktownsend.com |
| | |
| Gwendolyn J Simons | gwen@simonsassociateslaw.com |
| H Lewis Gillis | hlgillis@meansgillislaw.com |
| H Thomas Wells, III | twells@starneslaw.com |
| Hamish P.M. Hume | hhume@bsfllp.com |
| Harley S Tropin | hst@kttlaw.com |
| Harold S Reeves | hreeves@cooperkirk.com |
| Helen E Witt | hwitt@kirkland.com |
| Henry C Quillen | hquillen@whatleykallas.com |
| Herman Watson, Jr | watson@watsonmckinney.com |
| Honor R Costello | hcostello@crowell.com |
| | |
| Hope Shemikka Marshall | hmarshall@whitearnolddowd.com |
| Iain Robert McPhie | Iain.McPhie@bakerbotts.com |

| | |
|---|---|
| John Thomas Richie | trichie@bradley.com |
| John W Davis | john@johnwdavis.com |
| John W Partin | will@pennandseaborn.com |
| John W Reis | jreis@foxrothschild.com |
| Jon Corey | jcorey@mckoolsmithhennigan.com |
| | |
| Jonathan M Redgrave | jredgrave@redgravellp.com |
| Jonathan R. Voegele, Esq | jvoegele@bsfllp.com |
| Jonathan S Mann | jonm@pittmandutton.com |
| Joseph B Mays , Jr | jmays@babc.com |
| Joseph H Webster | harland@chapman-lewis-swan.com |
| Joseph J Bial | jbial@paulweiss.com |
| Joseph Preston Strom, Jr | petestrom@stromlaw.com |
| Joshua Lipton | jlipton@gibsondunn.com |
| Joshua K Payne | jpayne@spotswoodllc.com |
| Julia Smeds Roth | jroth@eysterkeylaw.com |
| | |
| Justin W Bernick | justin.bernick@hoganlovells.com |
| Kail J Jethmalani | kjethmalani@axinn.com |
| Kara Marie Simons | ksimons@2501grand.com |
| Karen H Riebel | khriebel@locklaw.com |
| Karen R Dow | kdow@bakerwotring.com |
| Karin DeMasi | kdemasi@cravath.com |
| Katherine Rogers Brown | kbrown@whitearnolddowd.com |
| Kathleen Currie Chavez | kcc@fmcolaw.com |
| Kathleen Simpson Kiernan | kkiernan@bsfllp.com |
| Kathleen Taylor Sooy | ksooy@crowell.com |
| | |
| Katie R Lencioni | katie.lencioni@kirkland.com |
| Kenina Lee | kjl@avhlaw.com |
| Kevin J Stoops | kstoops@sommerspc.com |
| Kimberly Ann Fetsick | kfetsick@hausfeld.com |
| Kimberly R West | kwest@wallacejordan.com |
| Kristen Jordana Gillis | kjgillis@meansgillislaw.com |
| L Shane Seaborn | sseaborn1@yahoo.com |
| Lance Craig Young | lyoung@sommerspc.com |
| Lauren B Houseknecht | lbh@lanierford.com |
| Lauren R Kennedy | lkennedy@cravath.com |
| | |
| Lawrence L. Jones, II | larry@jonesward.com |
| Lezlie Madden | lmadden@cozen.com |
| Linda G Flippo | lflippo@whitearnolddowd.com |
| Lisa Cipriano | lcipriano@eimerstahl.com |
| Lisa N Hayes | lnh8803@bellsouth.net |
| Lucile Cohen | lucie.cohen@nelsonmullins.com |
| Luther M Dorr, Jr | rdorr@maynardcooper.com |
| Lynn W Jinks, III | ljinks@jinkslaw.com |

| | |
|---|---|
| Norman E Bailey, Jr | bbailey@brunini.com |
| P John Brady | jbrady@polsinelli.com |
| Pamela B Slate | pslate@hillhillcarter.com |
| Patricia Melville | pmelville@bsfllp.com |
| Patrick E Cafferty | pcafferty@caffertyclobes.com |
| Patrick J Sheehan | psheehan@whatleykallas.com |
| Patrick M Shegon | pms@rushtonstakely.com |
| Patrick W Pendley | pwpendley@pbclawfirm.com |
| Paul D Clement | paul.clement@kirkland.com |
| Perry Michael Yancey | myancey@mmlaw.net |
| | |
| Peter Prieto | pprieto@podhurst.com |
| Peter H Burke | pburke@burkeharvey.com |
| Peter R Bisio | peter.bisio@hoganlovells.com |
| Peter W Zuger | pzuger@serklandlaw.com |
| Phillip W McCallum | pwm@mmlaw.net |
| R Christopher Cowan | CHRIS@COWANLAW.NET |
| R David Kaufman | dkaufman@brunini.com |
| R G Methvin, Jr. | rgm@mtattorneys.com |
| Rachel J Adcox | rja@avhlaw.com |
| Rafael Escalera-Rodriguez | escalera@reichardescalera.com |
| | |
| Randall D Noel | randy.noel@butlersnow.com |
| Rebecca A Peterson | rapeterson@locklaw.com |
| Rebecca Diane Gilliland | rebecca.gilliland@beasleyallen.com |
| Rebekah Keith McKinney | mckinney@watsonmckinney.com |
| Regina Marie Calcaterra | rcalcaterra@calcaterrapollack.com |
| Rex Y. Fujichaku | rfujichaku@bhhawaii.net |
| Richard A Feinstein | RFeinstein@BSFLLP.com |
| Richard P Rouco | rrouco@qcwdr.com |
| Richard S Frankowski | Richard@frankowskifirm.com |
| Robert B Roden | rroden@shelbyroden.com |
| | |
| Robert Bernard Harwood, Jr | BHarwood@rosenharwood.com |
| Robert G Eisler | reisler@gelaw.com |
| Robert J Axelrod | rjaxelrod@axelroddean.com |
| Robert K Spotswood | rks@spotswoodllc.com |
| Robert M Foote | rmf@fmcolaw.com |
| Robert M Hatch | rhatch@bfrhawaii.com |
| Robert R Riley, Jr. | rob@rileyjacksonlaw.com |
| Robert S W Given | rgiven@burr.com |
| Rosmond Dolen | rdolen@bgdlegal.com |
| Samantha A Robbins | srobbins@foley.com |
| | |
| Samuel C Leifer | SCLeifer@wlrk.com |
| Sara M Turner | smturner@bakerdonelson.com |
| Sarah J Donnell | sdonnell@kirkland.com |

| | |
|---|---|
| William David George | dgeorge@bakerwotring.com |
| William H Horton | bhorton@gmhlaw.com |
| William P Gray , Jr | wpg@grayattorneys.com |
| Wilson Daniel Miles, III | dee.miles@beasleyallen.com |
| | |
| Yawanna Nabors McDonald | yawanna@campbellpartnerslaw.com |
| Zach Holmstead | zachary.holmstead@kirkland.com |
| Zarel Joan Soto | zsoto@reichardescalera.com |
| | |
| Allen Page | page@bmelaw.com |
| Bent Hazzard | brenthazzard@yahoo.com |
| Bryan M Reines | breines@zuckerman.com |
| Charles T Caliendo | ccaliendo@gelaw.com |
| Eric L Cramer | ecramer@bm.net |
| George W Cochran | lawchrist@gmail.com |
| Henry Hoss | henry.hoss@mcafeetaft.com |
| Karen Dyer | kdyer@bsfllp.com |
| Larry McDevitt | lmcdevitt@vwlawfirm.com |
| M Richard Mullins | richard.mullins@mcafeetaft.com |
| Mark Spencer | mspencer@mcafeetaft.com |
| Richard Nix | richard.nix@mcafeetaft.com |
| Ronan P Doherty | doherty@bmelaw.com |
| Scott Burnett Smith | ssmith@bradley.com |

## Service via USPS First Class Mail

| | |
|---|---|
| Adam H Charnes<br>Kilpatrick Townsend & Stockton LLP<br>1001 W. Fourth Street<br>Winston-Salem, NC   27101 | Allison Nunley Pham<br>5525 Reitz Avenue<br>Baton Rouge, LA   70809 |
| Amber Lambert<br>181498<br>Central Miss. Correctional Facility<br>P.O. Box 88550<br>Pearl, MS   39208 | Ashley M Lowe<br>Baker, Donelson, Bearman, Caldwell<br>& Berkowitz, PC<br>265 Brookview Centre Way, Ste 600<br>Knoxville, TN   37919 |
| Carl S Kravitz<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC   20036 | Chad Dwight Hansen<br>Kilpatrick Townsend & Stockton LLP<br>1001 W Fourth Street<br>Winston-Salem, NC   27101 |

| | |
|---|---|
| Michael J. McCarrie<br>Artz Health Law<br>1500 Market St., Suite 4100<br>Philadelphia, PA  19102 | Mark E. McKane<br>Kirkland and Ellis<br>555 California Street, Suite 2700<br>San Francisco, CA  94104 |
| Mark J Murphy<br>Mooney Green Saindon Murphy and<br>Welch PC<br>1920 L St NW, Suite 400<br>Washington, DC  20036 | Matthew G White<br>Baker Donelson Bearman Caldwell &<br>Berkowitz<br>165 Madison Ave., Suite 2000<br>Memphis, TN  38103 |
| O'Kelley H Pearson<br>Hickey & Evans<br>1800 Carey Ave, Suite 700<br>Cheyenne, WY  82003-0467 | Patrick James Quinlan<br>Law Offices of Patrick J. Quinlan<br>243 North Main St.<br>Providence, RI  02903 |
| R Mark Glover<br>Baker Donelson Bearman Caldwell &<br>Berkowitz<br>165 Madison Ave., Suite 2000<br>Memphis, TN  38103 | Robert F Leibenluft<br>Hogan Lovells US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004 |
| Shannon Elise McClure<br>Reed Smith LLP<br>1650 Market Street<br>Philadelphia, PA  19103 | Stephen A. Loney, Jr.<br>Hogan & Hartson<br>1835 Market Street<br>Philadelphia, PA  19103 |
| Samuel Issacharoff<br>40 Washington Square South<br>New York, NY  10012 | Samuel Andrew Diddle<br>Eberle Berlin Kading Turnbow &<br>McKlveen<br>PO Box 1368<br>Boise, ID  83701 |
| Temus C Miles , Jr<br>McKay Cauthen Settana and Stubley<br>1303 Blanding Street<br>Columbia, SC  29201 | Thomas S. Scott, Jr.<br>Ball & Scott Law Offices<br>550 Main Street, Suite 601<br>Knoxville, TN  37902 |
| William Egan Kellner<br>Liskow & Lewis<br>P.O. Box 52008<br>Lafayette, LA  70505 | Zachary D Holmstead<br>Kirkland & Ellis<br>300 N LaSalle St<br>Chicago, IL  60654 |