FILED
2023 Apr-06 AM 09:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | **Master File No. 2:13_CV-20000-RDP** This document relates to all cases. |

# NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective April 1, 2023, the law firm of Maynard Cooper & Gale, PC has changed its name to Maynard Nexsen PC. All mailing addresses, telephone and facsimile numbers will remain the same. Electronic mail addresses have changed to the following:

Carl Burkhalter: cburkhalter@maynardnexsen.com

John Thomas A. Matatesta, III: jmalatesta@maynardnexsen.com

Dated: April 6, 2023

Respectfully submitted,

*/s/ Carl S. Burkhalter*

Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Ste. 1700
Birmingham, AL 35203
Phone: 205-254-1000
Facsimile: 205-254-1999
cburkhalter@maynardnexsen.com
jmalatesta@maynardnexsen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 6th day of April 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Carl S. Burkhalter*

Carl S. Burkhalter