FILED
2023 Apr-24 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)

Master File No. 2:13-cv-20000-RDP

This document relates to all cases.

**MOTION TO WITHDRAW**

Please take notice that Eric White respectfully requests to be withdrawn as counsel of record in this case. Mr. White is leaving Kirkland & Ellis LLP and will not continue to represent Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas; Caring for Montanans, Inc. Helen E. Witt and Jeffrey J. Zeiger will continue as counsel of record for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas; Caring for Montanans, Inc.

Dated: April 24, 2023

Respectfully submitted,

By: /s/ *Eric White*

Eric White
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
eric.white@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Eric White*
Eric White