FILED
2023 Jun-06 PM 12:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | ) ) ) ) ) ) | Master File No. 2:13-cv-20000-RDP |

**NOTICE OF WITHDRAWAL AS COUNSEL**

COMES NOW Non-Party Movant Sutter Health, Inc. ("Sutter Health"), by and through undersigned counsel, and notifies the Court of the withdrawal of Adam G. Sowatzka as counsel in this action due to an employment change for Mr. Sowatzka. Defendant continues to be represented by the law firm of King & Spalding and attorneys Norman Armstrong, Jeffrey Spigel and Christopher Yook.

Respectfully submitted this 6th day of June, 2023.

*/s/ Adam G. Sowatzka*

Adam G. Sowatzka (ASB-6774-A60S)
McGuireWoods LLP
1230 Peachtree Street, N.W., Ste 2100
Atlanta, Georgia 30309
404-443-5500
404-443-5599 (fax)
asowatzka@mcguirewoods.com

**THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | ) ) ) ) ) ) | Master File No. 2:13-cv-20000-RDP |

**CERTIFICATE OF SERVICE**

I hereby certify that on the undersigned date, I electronically filed the foregoing ***NOTICE OF WITHDRAWAL OF COUNSEL*** with the Clerk of the Court using the CM/ECF System, which will electronically deliver a copy to the counsel and parties of record.

This 6th day of June, 2023.

*/s/ Adam G. Sowatzka*

Adam G. Sowatzka (ASB-6774-A60S)
McGuireWoods LLP
1230 Peachtree Street, N.W., Ste 2100
Atlanta, Georgia 30309
404-443-5500
404-443-5599 (fax)
asowatzka@mcguirewoods.com