FILED
2023 Jul-19 AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| | } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | This order relates to the Provider Track |
| | } | |

**ORDER**

This case is **SET** for a status conference at **9:30 a.m. on Wednesday, August 9, 2023**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. Counsel may attend in person or via Zoom. The court, via the Special Master, will provide remote access instructions for those unable to attend in person.

**On or before Monday, August 7, 2023**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this July 19, 2023.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE