FILED
2023 Jul-31 PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to Subscriber-Track cases.** |

**CERTAIN FUNDS' UNOPPOSED MOTION TO WITHDRAW REQUEST FOR EXCLUSION AND REJOIN THE SUBSCRIBER DAMAGES CLASS**

Class members United Food and Commercial Workers Local No. 1546 Food Handlers Welfare Fund; Bakery, Cracker, Pie, Yeast Drivers and Miscellaneous Workers Union Local 734 of the International Brotherhood of Teamsters Welfare Fund; Structural Iron Workers Local 1 Welfare Fund; Chicago Area I.B. of T. Welfare Fund; Michigan Electrical Employees' Health Plan; and Teamsters Local 786 Building Material Welfare Fund (collectively herein, the "Funds") respectfully move this Court for the entry of an Order granting the Funds leave to withdraw their respective requests for exclusion from the Subscriber Damages Class. In support of this Motion, the Funds rely on the accompanying Memorandum in Support, Declaration of Eamon P. Kelly, and Declaration of John E. Mossberg, and all exhibits thereto, and all the files, records, and proceedings in the above-captioned case.

Dated: July 31, 2023

Respectfully submitted,

By: */s/ Eamon P. Kelly*

Eamon P. Kelly
SPERLING & SLATER, LLC
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Email: ekelly@sperling-law.com

*Attorney for Class Members United Food and Commercial Workers Local No. 1546 Food Handlers Welfare Fund; Bakery, Cracker, Pie, Yeast Drivers and Miscellaneous Workers Union Local 734 of the International Brotherhood of Teamsters Welfare Fund; Structural Iron Workers Local 1 Welfare Fund; Chicago Area I.B. of T. Welfare Fund; and Teamsters Local 786 Building Material Welfare Fund*

By: */s/ John E. Mossberg*
John E. Mossberg
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Tel: (414) 298-8340
Email: jmossberg@reinhartlaw.com

*Attorney for Class Member Michigan Electrical Employees' Health Plan*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Eamon P. Kelly*