FILED

2023 Jul-31  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

## Declaration of John E. Mossberg in support of Unopposed Motion to Withdraw Request for Exclusion

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP** **This document relates to Subscriber-Track cases.** |

**DECLARATION OF JOHN E. MOSSBERG IN SUPPORT OF CERTAIN FUNDS'
UNOPPOSED MOTION TO WITHDRAW REQUEST FOR EXCLUSION
AND REJOIN THE SUBSCRIBER DAMAGES CLASS**

I, John E. Mossberg, declare under oath that:

1.     Class member Michigan Electrical Employees' Health Plan (herein, the "Fund") wishes to withdraw its request for exclusion from the Subscriber Settlement Damages Class (the "Damages Class"). The Fund expects that if the Motion to Withdraw is granted, the Fund would maintain the same rights and obligations as other class members.

2.     The Fund submitted a timely request to be excluded from the Damages Class, attached hereto as Exhibit A. That request referred to the Fund by its correct name, "Michigan Electrical Employees' Health Plan," in the body and signature block—but due to a scrivener's error, referred to the Fund as "Michigan Electrical Employees' Health <u>Fund</u>" in the header. *Id.* (emphasis added). The request was confirmed received by the Settlement Claims Administrator by email, attached hereto as Exhibit B.

3.     The Fund's request to be excluded from the Damages Class is reflected and acknowledged by the Notice and Claims Administrator for the Class Settlement on the record under the name "Michigan Electrical Employees' Health Fund." ECF No. 2928 at 23:1231.

4.   After the Court issued the Final Order and Judgment Granting Approval of Subscriber Class Action Settlement and Appointing Settlement Administrator ("Final Approval Order"), ECF No. 2931; *see also* ECF No. 2939 (amending Final Approval Order), the Fund re-considered its position and now desires to rejoin the Damages Class.

5.   The Fund has not filed a suit related to this litigation against Defendants and is not part of any existing opt-out litigation.

6.   The Fund has not entered into any other settlements, releases, or agreements resolving their claims in the *In re: Blue Cross Blue Shield Antitrust Litigation* with any Defendant in this litigation.

7.   The Fund has continued to purchase administrative services from Blue Cross Blue Shield of Michigan Mutual Insurance Company since submitting, in April 2022, an opt out notice regarding the Self-Funded Settlement Sub-Class.

8.   To the best of my knowledge, Settlement Class Counsel and Defendants to do not oppose the Motion to Withdraw.

I certify under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed this 2 8th date of April, 2023, in Milwaukee, Wisconsin.

_____
John E. Mossberg

2

# Exhibit A

## OPT OUT NOTICE

Blue Cross Blue Shield Settlement
c/o JND Legal Administration–Exclusion Dpt.
PO Box 91393
Seattle, WA 98111
info@BCBSsettlement.com

Re:   *In re: Blue Cross Blue Shield Antitrust Litigation (U.S. District Court, Northern District of Alabama, Case No. 2:13-CV-20000-RDP)*

**Class Member Name:**   Michigan Electrical Employees' Health Fund, its predecessors, and its associated plans (the "Fund")

**Class Member Address:**   TIC International Corporation, 6525 Centurion Drive, Lansing, MI 48917-9275

**Class Member Telephone Number:**   (517) 321-7502

Dear Claims Administrator:

This letter serves as a request by the Fund and all its associated plans, including the Michigan Electrical Employees' Health Plan, to be excluded from the Self-Funded Settlement Sub-Class in the class action antitrust lawsuit called *In re: Blue Cross Blue Shield Antitrust Litigation,* MDL 2406, Master File No. 2:13-cv-20000-RDP (N.D. Ala.).

MICHIGAN ELECTRICAL EMPLOYEES'
HEALTH PLAN

By: *Thomas A. Hogan*

Title: Chairman

47262435

# Exhibit B

| | |
|---|---|
| **From:** | Blue Cross Blue Shield Settlement |
| **To:** | John E. Mossberg |
| **Subject:** | [EXTERNAL] Ticket#924959/Michigan Electrical Employees Health Plan (Plan) opt out notice -- Has Been Updated |
| **Date:** | Wednesday, April 27, 2022 1:36:18 PM |

--REPLY above this line to respond--
Your ticket 924959 - Michigan Electrical Employees Health Plan (Plan) opt out notice, has been updated.

Dear John,

Thank you for your email. We confirm receipt of your Exclusion request.

Additional information about the Settlement is available on the Settlement website at www.BCBSsettlement.com.

Regards,

Blue Cross Blue Shield Settlement Claims Administrator
c/o JND Legal Administration
Toll-free: 1-888-681-1142
www.BCBSsettlement.com
[NSH]