# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BLUE CROSS BLUE SHIELD** ) | |
| **ANTITRUST LITIGATION** ) | |
| **MDL NO. 2406** ) | |
| ) | |
| ) | CASE NO.: 2:13-cv-20000-RDP |
| ) | |

## NOTICE OF APPEARANCE

COMES NOW, Charles T. Grimes, of the law firm RichardsonClement PC, and hereby enters his appearance as counsel of record for Defendant, Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield.

Respectfully Submitted,

s/ Charles T. Grimes
CHARLES T. GRIMES (ASB-3224-S77C)
RICHARDSONCLEMENT PC
22 Inverness Center Parkway, Suite 500
Birmingham, Alabama 35242
Telephone: (205) 729-7000
Facsimile: (205) 905-7009
E-mail: charley@richardson.law
*Attorney for Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Charles T. Grimes
OF COUNSEL