FILED
2023 Aug-07 AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | **Master File No. 2:13-CV-20000-RDP**<br><br>This Document relates to all cases. |

**NOTICE OF APPEARANCE**

**OF COUNSEL FOR CAPITAL BLUE CROSS**

Please take notice that Michael F. Morris of Spotswood Sansom & Sansbury LLC hereby enters his appearance as counsel for Defendant Capital Blue Cross.

DATED: August 7, 2023

*/s/ Michael F. Morris*
Robert K. Spotswood (SPO 001)
Michael T. Sansbury (SAN 054)
Jess R. Nix (NIX 014)
Morgan B. Franz (FRA 061)
Michael F. Morris (MOR 183)
SPOTSWOOD SANSOM & SANSBURY LLC
The Financial Center
505 20th Street North, Suite 700
Birmingham, Alabama 35203
TEL: (205) 986-3620
FAX: (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
jnix@spotswood.com
mfranz@spotswood.com
mmorris@spotswood.com

*Attorneys for Defendant Capital Blue Cross*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2023 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michael F. Morris*
OF COUNSEL