FILED
2023 Aug-16 PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | } | **Case No. 2:13-CV-20000-RDP** |

**MOTION TO WITHDRAW**

The undersigned, Stephen A. Walsh, moves to withdraw as counsel of record for Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield ("Excellus") in the above-styled case. Excellus will continue to be represented in this matter by Edward S. Bloomberg, John G. Schmidt Jr., and Anna Mercado Clark of Phillips Lytle LLP in New York, and Charles T. Grimes of RichardsonClement PC in Birmingham.

Respectfully submitted,

*/s/ Stephen A. Walsh*

Stephen A. Walsh
WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC
100 Corporate Parkway
One Lake Level
Birmingham, AL 35242
Telephone: (205) 572-4100
Facsimile: (205) 572-4199
swalsh@wwhgd.com
*Attorney for Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Stephen A. Walsh*
OF COUNSEL