FILED
2023 Nov-02 PM 04:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-cv-20000-RDP** |

**MOTION OF METROPOLITAN TRANSPORTATION AUTHORITY, NEW YORK CITY TRANSIT AUTHORITY, MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, THE LONG ISLAND RAILROAD COMPANY, METRO-NORTH COMMUTER RAILROAD COMPANY, MTA BUS COMPANY, MTA CONSTRUCTION AND DEVELOPMENT COMPANY, STATEN ISLAND RAPID TRANSIT OPERATING AUTHORITY, FOR WITHDRAWAL OF COUNSEL**

Metropolitan Transportation Authority, New York City Transit Authority, Manhattan And Bronx Surface Transit Operating Authority, Triborough Bridge And Tunnel Authority, The Long Island Railroad Company, Metro-North Commuter Railroad Company, MTA Bus Company, MTA Construction And Development Company and Staten Island Rapid Transit Operating Authority ("MTA Plaintiffs) moves this Court to allow Anjori Mitra of the law firm Calcaterra Law PC (formerly of the law firm Calcaterra Pollack LLP) to withdraw as counsel of record in this action. The basis for this motion is that the underlying action, *Metropolitan Transportation Authority, et. al. v. Blue Cross Blue Shield of Alabama, et al.*, Case No.: 2:222-CV-265-RDP (N.D. Ala.) was dismissed with prejudice pursuant to a joint stipulation of the parties and the case was closed on August 29, 2023. *See id.*, Clerk's Court Minute Entry, ECF Doc. No. 235 (August 29, 2023).

**CERTIFICATION**

In compliance with Rule 26, and Your Honor's Initial Order, I, Anjori Mitra, acting as counsel for Plaintiffs, certify that I have advised my client of their right to file an objection to this motion with the court.

Dated: November 2, 2023

Respectfully submitted,

*/s/ Regina M. Calcaterra*
Regina M. Calcaterra (admitted *pro hac vice*)
Anjori Mitra (admitted *pro hac vice*)
**CALCATERRA LAW PC**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
rc@calcaterralaw.com
am@calcaterralaw.com
(212) 899-1760

Wilson F. Green
**WILSON F. GREEN LLC**
301 19th Street North, Ste. 525
Birmingham, Alabama 35203
(205) 722-1018
wilson@wilsongreenlaw.com

*Counsel for MTA Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Regina M. Calcaterra*
Regina M. Calcaterra
(admitted *pro hac vice)*