FILED
2023 Nov-03 PM 12:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| | } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | This order relates to the Provider Track |
| | } | |

**ORDER**

This case is **SET** for a status conference at **9:30 a.m. on Thursday, November 30, 2023**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The court, via the Special Master, will provide telephone access instructions for those unable to attend in person.

**On or before Tuesday, November 28, 2023**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this November 3, 2023.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE