FILED
2023 Nov-22 PM 07:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>This Document relates to all cases. |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Todd M. Stenerson, enters his appearance as counsel for Defendant Blue Cross and Blue Shield of Vermont.

Dated: November 22, 2023

Respectfully submitted,

/s/ *Todd M. Stenerson*

Todd M. Stenerson (Washington, DC Bar 462110)
SHEARMAN & STERLING LLP
401 9th Street, Suite 800
Washington, DC 20004
(202) 508-8000
Todd.Stenerson@Shearman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22 day of November 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Todd M. Stenerson*
Todd M. Stenerson