FILED
2023 Nov-22 PM 07:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br>This Document relates to all cases. |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Rachel Mossman Zieminski, enters her appearance as counsel for Defendant Blue Cross and Blue Shield of Vermont.

Dated: November 22, 2023

Respectfully submitted,

/s/ *Rachel Mossman Zieminski*
Rachel Mossman Zieminski (Texas Bar 24131967)
SHEARMAN & STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
(214) 271-5777
Rachel.Zieminski@Shearman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22 day of November 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Rachel Mossman Zieminski*
Rachel Mossman Zieminski