FILED
2023 Nov-30 PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br>(MDL NO. 2406) | Master File No. 2:13-CV-20000-RDP<br>**This Document Relates to All Cases** |

## NOTICE OF APPEARANCE OF COUNSEL

TO: Clerk of the Court
All Attorneys of Record

PLEASE TAKE NOTICE that Sarah L. Cylkowski of Bodman PLC, hereby enters her appearance for Defendant Blue Cross and Blue Shield of Vermont in the above-captioned matter.

BODMAN PLC

By: /s/ *Sarah L. Cylkowski*
Sarah L. Cylkowski (P75952)
Alexandra C. Markel (P81705)
6th Floor at Ford Field
1901 Saint Antoine Street
Detroit, Michigan 48226
(313) 259-7777
amarkel@bodmanlaw.com
scylkowski@bodmanlaw.com
Attorneys for Defendant Blue Cross and Blue Shield of Vermont

Dated: November 30, 2023

**CERTIFICATE OF SERVICE**

I hereby state that on November 30, 2023, the foregoing document was filed with the Clerk of the court via the Court's e-filing system which will give notice of such filing to all parties of record.

BODMAN PLC

By: /s/ *Sarah L. Cylkowski*
Sarah L. Cylkowski (P75952)
Alexandra C. Markel (P81705)
amarkel@bodmanlaw.com
scylkowski@bodmanlaw.com
Attorneys for Defendant Blue Cross and Blue Shield of Vermont