FILED
2023 Dec-18 PM 08:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br>MDL NO. 2406 | **Master File No. 2:13-CV-20000-RDP**<br><br>This document relates to all cases. |

## NOTICE OF ADDRESS CHANGE

Sarah M. Gilbert and Honor R. Costello of Crowell & Moring LLP, counsel for Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Blue Cross Blue Shield of North Dakota,[1] and Blue Cross Blue Shield of Wyoming in the above-captioned action, give notice to this Court, parties, and all counsel of record that their address has changed. All future pleadings, correspondence, and notices should be directed to the following address, with counsels' email addresses and phone and fax numbers remaining the same:

CROWELL & MORING LLP
Two Manhattan West
375 Ninth Ave.
New York, NY 10001

This notice of address change also applies to the following underlying actions:

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:12-cv-02532
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1345
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1346
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1347
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1348

[1] Blue Cross Blue Shield of North Dakota was formerly known as Noridian Mutual Insurance Company.

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1349
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1475
- *Hosp. Serv. Dist. 1 of the Parish of E. Baton Rouge, La. d/b/a Lane Reg'l Med. Ctr. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-1476
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1550
- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2295
- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2296
- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0774
- *Am. Surgical Assistants, Inc., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0775
- *Caldwell v. Blue Cross and Blue Shield of Alabama, et al.*, 2:19-cv-00565
- *Reyes v. Blue Cross and Blue Shield of Alabama, et al.*, 2:21-cv-1235

December 18, 2023

Respectfully submitted,

/s/ Sarah M. Gilbert
Sarah M. Gilbert
Honor R. Costello
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Ave.
New York, NY 10001
Telephone: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com
hcostello@crowell.com

*Counsel for Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Blue Cross Blue Shield of North Dakota, and Blue Cross Blue Shield of Wyoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Sarah M. Gilbert
Sarah M. Gilbert