FILED
2024 Jan-30 PM 01:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 24706) | **Master File No. 2:13-CV-20000-RDP**<br>This document relates to all cases. |

**DEFENDANT'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Defendant Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross and Blue Shield of New Jersey respectfully submits this Corporate Disclosure Statement and states that Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross and Blue Shield of New Jersey (a private non-governmental party) is wholly owned by Horizon Operating Holdings, Inc., which is wholly owned by Horizon Mutual Holdings, Inc., a not-for-profit mutual holding company. Horizon Mutual Holdings, Inc., has no parent corporation and there are no publicly held corporations that own 10% or more of its stock.

Dated: January 30, 2024

*/s/ Cavender C. Kimble*
Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

Craig A. Hoover (*pro hac vice*)
E. Desmond Hogan (*pro hac vice*)
David Maxwell (*pro hac vice*)
Elizabeth Jose (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square

555 13th Street, N.W.
Washington D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
david.maxwell@hoganlovells.com
elizabeth.jose@hoganlovells.com

*Counsel for Defendant Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross and Blue Shield of New Jersey*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Cavender C. Kimble*
Cavender C. Kimble