Case 2:13-cv-20000-RDP   Document 3104   Filed 02/08/24   Page 1 of 2
USCA11 Case: 22-13051   Document: 253-2   Date Filed: 02/05/2024   Page: 1 of 2

FILED
2024 Feb-08 PM 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13051

_____

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406

_____

2:13-cv-20000-RDP

GALACTIC FUNK TOURING, INC.,
AMERICAN ELECTRIC MOTOR SERVICES, INC.,
CB ROOFING, LLC,
PEARCE, BEVILL, LEESBURG, MOORE, P.C.,
PETTUS PLUMBING & PIPING, INC., et al.,

                    Plaintiffs-Appellees,

TOPOGRAPHIC, INC.,
EMPLOYEE SERVICES INC.,
HOME DEPOT U.S.A., INC.,
JENNIFER COCHRAN,
AARON CRAKER,
DAVID G. BEHENNA,

                    Interested Parties-Appellants,

2                                                                                                                22-13051

*versus*

ANTHEM, INC.,

EXCELLUS HEALTH PLAN, INC.,

d.b.a. Excellus BlueCrossBlueShield,

PREMERA BLUE CROSS,

BLUE CROSSBLUE SHIELD OF ARIZONA,

HEALTH CARE SERVICE CORPORATION, et al.,

                                                                                          Defendants-Appellees.

_____

Appeals from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:13-cv-20000-RDP

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 25, 2023

For the Court: David J. Smith, Clerk of Court

ISSUED AS MANDATE: February 5, 2024