FILED
2024 Feb-09 PM 06:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | **Master File No. 2:13-CV-20000-RDP** <br> This document relates to all cases. |

**MOTION TO WITHDRAW**

The following Crowell & Moring LLP counsel move this Court to allow them to withdraw as counsel of record for Blue Cross and Blue Shield of Kansas City and Blue Cross Blue Shield of Wyoming in the referenced MDL:

Tracy A. Roman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
troman@crowell.com

Sarah M. Gilbert
Honor R. Costello
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com
hcostello@crowell.com

This motion to withdraw also applies to the following underlying actions:

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:12-cv-02532
- *Melson v. Blue Cross and Blue Shield of Alabama, et al.*, 3:13-00625
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1345
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1346
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1347
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1348
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1349
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1475

- *Hosp. Serv. Dist. 1 of the Parish of E. Baton Rouge, La. d/b/a Lane Reg'l Med. Ctr. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-1476
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1550
- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2295
- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2296
- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0774
- *Am. Surgical Assistants, Inc., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0775
- *Caldwell v. Blue Cross and Blue Shield of Alabama, et al.*, 2:19-cv-00565
- *Reyes v. Blue Cross and Blue Shield of Alabama, et al.*, 2:21-cv-1235

Cravath, Swaine & Moore LLP counsel will continue representing Blue Cross and Blue Shield of Kansas City and Blue Cross Blue Shield of Wyoming in the MDL and referenced underlying actions.

Dated: February 9, 2024

Respectfully submitted,

/s/ Sarah M. Gilbert
Sarah M. Gilbert
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Sarah M. Gilbert
Sarah M. Gilbert