FILED
2024 Feb-14 PM 04:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | **Master File No. 2:13-CV-20000-RDP** |
| **MDL NO. 2406** | This document relates to all cases. |

## MOTION TO WITHDRAW

The following Lightfoot Franklin & White, LLC counsel move this Court to allow them to withdraw as counsel of record for Blue Cross and Blue Shield of Kansas City and Blue Cross Blue Shield of Wyoming in the referenced MDL:

John M. Johnson (ASB-7318-O52J)
Brian P. Kappel (ASB-1831-B44K)
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Fax: (205) 581-0799
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

To the extent necessary, these counsel intend for this motion to withdraw to also apply to the following underlying actions:

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:12-cv-02532
- *Melson v. BlueCross and Blue Shield of Alabama, et al.*, 3:13-00625
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al*., 2:15-cv-1345
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1346

- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1347
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-134
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1349
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1475
- *Hosp. Serv. Dist. 1 of the Parish of E. Baton Rouge, La. d/b/a Lane Reg'l Med. Ctr. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-1476
- *Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.*, 2:15-cv-1550
- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2295
- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-2296
- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0774
- *Am. Surgical Assistants, Inc., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-0775
- *Caldwell v. Blue Cross and Blue Shield of Alabama, et al.*, 2:19-cv-00565
- *Reyes v. Blue Cross and Blue Shield of Alabama, et al.*, 2:21-cv-1235

Counsel from Cravath, Swaine & Moore LLP will continue to represent these entities in the MDL and referenced underlying actions.

Dated: February 14, 2024

Respectfully submitted,

/s/ *Brian P. Kappel*__________________

John M. Johnson (ASB-7318-O52J)
Brian P. Kappel (ASB-1831-B44K)
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203

Telephone: (205) 581-0716
Fax: (205) 380-9116
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ *Brian P. Kappel*_________________
Brian P. Kappel (ASB-1831-B44K)