FILED
2024 Feb-20 PM 12:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406** | **Master File No.: 2:13-CV-20000-RDP** |

**NOTICE OF APPEARANCE**

Please take notice that Tatum L. Jackson hereby appears as additional counsel of record for Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Nebraska, and Blue Cross Blue Shield of North Dakota[1] in the above-titled action. Please forward all pleadings and correspondence accordingly.

Dated: February 20, 2024.

Respectfully submitted,

/s/ *Tatum L. Jackson*

John M. Johnson (ASB-7318-O52J)
Brian P. Kappel (ASB-1831-B44K)
Tatum L. Jackson (ASB-1191-P65P)
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0716
Fax: (205) 380-9116
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com
tjackson@lightfootlaw.com

[1] Blue Cross Blue Shield of North Dakota was formerly known as Noridian Mutual Insurance Company.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Tatum L. Jackson*
Tatum L. Jackson (ASB-1191-P65P)