FILED
2024 Feb-26 PM 05:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | |
| | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | |
| **(MDL NO.: 2406)** | This order relates to the Provider Track |

**<u>ORDER</u>**

This case is **SET** for a status conference at **9:30 a.m. on Thursday, April 25, 2024**, at the offices of **Kirkland & Ellis, LLP, 333 W. Wolf Point Plaza, Chicago, IL 60654**. In person attendees are to notify the Special Master within a week before the status conference of their intent to attend in person, and will be asked to provide identification upon entering the building. Listen-only telephone attendance will be provided to registering virtual attendees. Virtual attendees are also to notify the Special Master within a week before the status conference of their intent to attend virtually. The court, via the Special Master, will provide telephone access instructions for those attending virtually.

**On or before Tuesday, April 23, 2024**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this February 26, 2024.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE