# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD** : <br> **ANTITRUST LITIGATION** : <br> **MDL 2406** : <br> : <br> : <br> : <br> : | **Master File 2:13-cv-20000-RDP** <br><br><br><br> **This document relates to:** <br> **Subscriber Track cases** |

**[PROPOSED] ORDER ON SUBSCRIBERS' MOTION FOR AN EXPENSE BOND**

This matter is before the Court on Subscribers' Motion for an Expense Bond. *See* ECF No. 3112. After careful consideration of the record, the Court hereby **ORDERS** that (1) any individual Objector filing a petition seeking a writ of *certiorari* in the Supreme Court of the United States (or seeking to extend the time therefor) shall post a bond for settlement administration expenses in the amount of $140,000, and (2) any corporate Objector filing such a petition or seeking such an extension shall post a bond for the remaining balance of $14.4 million after subtracting any bond posted by the individual Objector(s).

It is **HEREBY ORDERED** that the parties shall post bond(s) in the above-specified amounts within seven (7) days of either filing a petition for a writ of *certiorari* or seeking to extend the time for filing such a petition.

**DONE** and **ORDERED** this ___ day of _____, 2024.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDG

2