FILED
2024 Mar-08 PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# U.S. District Court

## Alabama Northern - Birmingham

Receipt Date: Mar 10, 2023 4:18PM

BRADLEY ARANT BOULT CUMMINGS LLP

Rcpt. No: 4196 Trans. Date: Mar 10, 2023 4:18PM Cashier ID: #PC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DALN213CV020000 /001<br>BLUE CROSS AND BLUE SHIELD | 1 | 5000.00 | 5000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1070501 | 03/10/2023 | $5,000.00 |
| | | | Total Due Prior to Payment: | $5,000.00 |
| | | | Total Tendered: | $5,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: REGISTRY DEPOSIT APPEAL BOND FOR TOPOGRAPHIC, INC. & EMPLOYEE SERVICES, INC. IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 2:13-CV-20000 RDP CHECK#1070501

There is a $53 fee for all returned checks, money orders, and/or credit card payments.