FILED
2024 Mar-08 PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | )<br>)<br>)<br>)<br>) | **Master File No. 2:13-CV-20000- RDP** |

**[PROPOSED] ORDER ON TOPOGRAPHIC, INC. AND EMPLOYEE SERVICES, INC.'S UNOPPOSED MOTION TO WITHDRAW BOND**

This matter is before the Court on Topographic, Inc. and Employee Services, Inc.'s Unopposed Motion To Withdraw Bond. The Motion is **GRANTED**.

The Clerk of the Court is authorized and directed to draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00 plus all accrued interest, payable to Bradley Arant Boult Cummings LLP and mail the check to: c/o Emily Ruzic, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203-2119.

**DONE** and **ORDERED** this ___ day of _______________, 2024.

______________________________
**R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**