FILED
2024 Mar-12 AM 08:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | This order relates to the Subscriber Track |

## ORDER

This matter is before the court on Topographic, Inc. and Employee Services, Inc.'s Unopposed Motion to Withdraw Bond. (Doc. # 3114). As grounds for their Motion, Topographic, Inc. and Employee Services, Inc. state that they will not seek a writ of *certiorari* from the Supreme Court of the United States. (*Id.* at 2). The Unopposed Motion (Doc. # 3114) is **GRANTED**.

The Clerk of Court is **DIRECTED** to release the bond posted by Employee Services Inc, Topographic. Inc. (Doc. # 3037) and draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00, payable to Bradley Arant Boult Cummings LLP and mail the check to: c/o Emily Ruzic, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203-2119.

**DONE** and **ORDERED** this March 11, 2024.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE