FILED
2024 Mar-13 PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

**From:** Blue Cross Blue Shield Settlement <info@BCBSsettlement.com>
**Sent:** Friday, January 13, 2023 8:44 AM
**To:** Komarek, Laura
**Cc:** Miller, Parker
**Subject:** Ticket#1146985/In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000 -- Has Been Updated

**EXTERNAL SENDER – Proceed with caution**

---

--REPLY above this line to respond--
Your ticket 1146985 - In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000, has been updated.

Mr. Miller,

We can confirm that Wells Fargo's exclusion is withdrawn. However, we are unable to locate a claim form. The Court-ordered claim filing deadline was November 5, 2021. If Wells Fargo would like to submit a late claim, they may download a copy of the claim form, available on the Important Documents page of the Settlement website, www.BCBSsettlement.com, and submit it by mail or email. All late claims will be discussed with the Parties and the Court.

Regards,

*Blue Cross Blue Shield Settlement* Claims Administrator
c/o JND Legal Administration
Toll-free: 1-888-681-1142
www.BCBSsettlement.com
[JML]