FILED
2024 Mar-13 PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 10

**From:** Blue Cross Blue Shield Settlement <info@BCBSsettlement.com>
**Sent:** Wednesday, November 1, 2023 11:13 AM
**To:** Komarek, Laura
**Subject:** Ticket#1146985/In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000 -- Has Been Updated

**EXTERNAL SENDER – Proceed with caution**

--REPLY above this line to respond--
Your ticket 1146985 - In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000, has been updated.

Dear Laura,

The Court-ordered claim filing deadline was November 5, 2021. All late claims will be discussed with the Parties and the Court.

Additional information about the Settlement is available on the Settlement website at www.BCBSsettlement.com.

Regards,

*Blue Cross Blue Shield Settlement* Claims Administrator
c/o JND Legal Administration
Toll-free: 1-888-681-1142
www.BCBSsettlement.com
[JML]