FILED
2024 Mar-13 PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 12

**From:** Blue Cross Blue Shield Settlement <info@BCBSsettlement.com>
**Sent:** Thursday, November 2, 2023 12:27 PM
**To:** Komarek, Laura
**Subject:** Ticket#1146985/In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000 -- Has Been Updated

**EXTERNAL SENDER – Proceed with caution**

--REPLY above this line to respond--
Your ticket 1146985 - In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000, has been updated.

Dear Laura,

The deadline for Damages Class Members to file a timely claim was November 5, 2021. All late claims will be discussed with the Parties and the Court.

Regards,

Blue Cross Blue Shield Settlement Claims Administrator
c/o JND Legal Administration
Toll-free: 1-888-681-1142
www.BCBSsettlement.com
[JML]