FILED

2024 Mar-13  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 14

| | |
|---|---|
| **From:** | BCBS-Settlement <BCBS-Settlement@BSFLLP.com> |
| **Sent:** | Wednesday, February 14, 2024 6:31 AM |
| **To:** | Komarek, Laura |
| **Cc:** | Miller, Parker |
| **Subject:** | RE: In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000 |

**EXTERNAL SENDER – Proceed with caution**

Hi Laura - Thanks for following up. JND had told me that they were handling this and were supposed to get back to me. I just wrote them again. I hope to have an answer for you this week.

**Adam Shaw**
Partner

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 12th Floor
Albany, NY 12207
(t) 518 434 0600
(d) 518 694 4227
ashaw@bsfllp.com
www.bsfllp.com

**From:** Komarek, Laura <Laura.Komarek@alston.com>
**Sent:** Monday, February 12, 2024 3:36 PM
**To:** BCBS-Settlement <BCBS-Settlement@BSFLLP.com>
**Cc:** Parker Miller <parker.miller@alston.com>
**Subject:** RE: In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Adam –

I wanted to check back in with you regarding Wells Fargo's request for confirmation that on the Claims Administrator's end they have confirmation Wells Fargo is now a member of the Subscriber Damages Class. I wanted to see if you've had any luck with the Claims Administrator on this point.

Please let me know if you have any questions or if it would be helpful to hop on a call to discuss. We greatly appreciate your help!

Best,

**Laura Komarek**
Direct: 404-881-7880
laura.komarek@alston.com

1

**From:** Komarek, Laura
**Sent:** Monday, February 5, 2024 3:27 PM
**To:** BCBS-Settlement <BCBS-Settlement@BSFLLP.com>
**Cc:** Miller, Parker <Parker.Miller@alston.com>
**Subject:** RE: In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000

Adam –

Hope all continues to be well.

I wanted to check back in with you regarding Wells Fargo's request for confirmation that on the Claims Administrator's end they have confirmation Wells Fargo is now a member of the Subscriber Damages Class.  I wanted to see if you've had any luck with the Claims Administrator on this point.

Please let me know if you have any questions or if it would be helpful to hop on a call to discuss.  We greatly appreciate your help!

Best,

**Laura Komarek**
Direct: 404-881-7880
laura.komarek@alston.com

---

**From:** BCBS-Settlement <BCBS-Settlement@BSFLLP.com>
**Sent:** Monday, January 15, 2024 11:49 AM
**To:** Komarek, Laura <Laura.Komarek@alston.com>
**Cc:** Miller, Parker <Parker.Miller@alston.com>
**Subject:** RE: In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000

**EXTERNAL SENDER – Proceed with caution**

---

Hi -  I followed up with JND an expect an answer in the next two weeks.  Do you want to contact me again if we don't have an answer by then.  Thank you.

**Adam Shaw**
Partner

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 12th Floor
Albany, NY 12207
(t) 518 434 0600
(d) 518 694 4227
ashaw@bsfllp.com
www.bsfllp.com

---

**From:** Komarek, Laura <Laura.Komarek@alston.com>
**Sent:** Tuesday, January 2, 2024 10:48 AM
**To:** BCBS-Settlement <BCBS-Settlement@BSFLLP.com>
**Cc:** Parker Miller <parker.miller@alston.com>
**Subject:** RE: In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000

Adam –

Hope you had a great holiday and New Year!

I wanted to check back in with you regarding Wells Fargo's request for confirmation that on the Claims Administrator's end they have confirmation Wells Fargo is now a member of the Subscriber Damages Class. I wanted to see if you've had any luck with the Claims Administrator on this point.

Please let me know if you have any questions or if it would be helpful to hop on a call to discuss. We greatly appreciate your help!

Best,

**Laura Komarek**
Direct: 404-881-7880
laura.komarek@alston.com

---

**From:** BCBS-Settlement <BCBS-Settlement@BSFLLP.com>
**Sent:** Thursday, December 14, 2023 12:07 PM
**To:** Komarek, Laura <Laura.Komarek@alston.com>
**Subject:** RE: In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000

**EXTERNAL SENDER – Proceed with caution**

---

Hi Laura - I can try to get you confirmation by dealing with the management of JND. If you don't hear back from me in a week or so, please reach back out. Because the case is still on appeal a lot of the claims and confirmation process has not taken place yet. But we should be able to confirm that your materials have been received and that you are in the system as a claimant.

**Adam Shaw**
Partner

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
(t) 518 434 0600
(d) 518 694 4227
ashaw@bsfllp.com
www.bsfllp.com

---

**From:** Komarek, Laura <Laura.Komarek@alston.com>
**Sent:** Tuesday, December 12, 2023 12:55 PM
**To:** BCBSsettlement@hausfeld.com; BCBS-Settlement <BCBS-Settlement@BSFLLP.com>
**Cc:** Parker Miller <parker.miller@alston.com>
**Subject:** In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000

Counsel –

I write on behalf of Wells Fargo & Company and the Wells Fargo & Company Health Plan (for Eligible Active Employees and Their Dependents) (collectively, "Wells Fargo"). As you are likely aware, on December 19, 2022, the District Court

3

for the Northern District of Alabama, Southern Division, granted Wells Fargo's Motion to Withdraw its Exclusion Request and Rejoin the Subscriber Damages Class.  A copy of the Order is attached hereto.

Previously, on April 28, 2022, Wells Fargo submitted a request to be excluded from the Damages Class. After the Court issued the Final Order and Judgment Granting Approval of Subscriber Class Action Settlement and Appointing Settlement Administrator, Wells Fargo re-considered its position and filed a Motion seeking to rejoin the Damages Class. As stated above, on December 19, 2022, the District Court for the Northern District of Alabama, Southern Division, granted Wells Fargo's Motion to Withdraw its Exclusion Request and Rejoin the Subscriber Damages Class.  Accordingly, per the Court's December 19, 2022 Order, Wells Fargo is now a member of the Subscriber Damages Class.

I have written to the Blue Cross Blue Shield Settlement Claims Administrator on January 20, January 31, February 7, March 23, April 17, 2022 and October 31, and November 2, 2023 to indicate the above, and ask for confirmation from the Claims Administrator that it has cataloged Wells Fargo is now a member of the Subscriber Damages Class. An example of my correspondence to the Claims Administrator is attached.  In response, I continue to receive the same generic response from the Claims Administrator: "The Court-ordered claim filing deadline was November 5, 2021. All late claims will be discussed with the Parties and the Court."

Because Wells Fargo's late claim has already been approved by the Court, with an opportunity for any party to object or oppose, it is Wells Fargo's position (which has been conveyed to the Claims Administrator) that Wells Fargo's late claim submission has already been discussed with the Parties and the Court.

I also spoke (via phone) with a representative from the Claims Administrator on Thursday, November 9, 2023.  I explained that December 19, 2022 the District Court for the Northern District of Alabama, Southern Division, granted Wells Fargo's Motion to Withdraw its Exclusion Request and Rejoin the Subscriber Damages Class, and asking for confirmation that on the Claims Administrator's end they have confirmation Wells Fargo is now a member of the Subscriber Damages Class.  I again was told that can confirm they received the Court's order, the late claim, but that all late claims will be discussed with the "parties and the court."

We wanted to see if you could provide any assistance in resolving this issue with the Claims Administrator.  Please let me know if you have any questions or if it would be helpful to hop on a call to discuss.

Best,

**Laura A. Komarek**
Senior Associate
ALSTON & BIRD
1201 West Peachtree Street
Atlanta, GA 30309
+1 404 881 7880 (O)
Laura.Komarek@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is

not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]