FILED
2024 Mar-15 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** **This document relates to all cases** |

**ORDER GRANTING WELLS FARGO'S UNOPPOSED MOTION FOR LEAVE TO FILE LATE CLAIM FOR DAMAGES AS PART OF THE SUBSCRIBER DAMAGES CLASS**

This matter is before the court on Wells Fargo's Unopposed Motion for Leave to File Late Claim for Damages as Part of the Subscriber Damages Class. (Doc. # 3116).

On April 28, 2022, Wells Fargo submitted a request to be excluded from the Damages Class. (Docs. # 3014, 3014-1). After the court issued the Final Order and Judgment Granting Approval of Subscriber Class Action Settlement and Appointing Settlement Administrator ("Final Approval Order") (Docs. # 2931, 2939), Wells Fargo re-considered its position and moved to withdraw its request for exclusion and rejoin the Subscriber Damages Class. (Doc. # 3017). On December 16, 2022, the court granted that Motion. (Doc. # 3017). In the current Motion, Wells Fargo seeks clarification that it may file a late claim for damages.

Due to pending appeals, (i) no money has been paid to the Subscriber Damages Class out of the settlement fund; (ii) no Subscriber Damages Class members have received noticed about any potential allocations under the Settlement; (iii) the court understands that there are other Subscriber Damages Class members who will seek leave of Court to file a late claim; and (iv) not all Subscriber Damages Class members claims have been adjudicated. Additionally, Wells Fargo has not negotiated a separate settlement or other special benefit in exchange for withdrawing its

exclusion request and rejoining the class, and it only seeks the benefits it is entitled as a member of the Damages Class. (Doc. # 3118 at ¶ 20).

Therefore, Wells Fargo's current Motion (Doc. # 3116) is **GRANTED**. Wells Fargo **SHALL** be allowed to submit a late claim and participate in the Subscriber Settlement Class. The Claims Administrator is **DIRECTED** to set an appropriate time period in which Wells Fargo may submit its claim.

**DONE** and **ORDERED** this March 15, 2024.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE