FILED
2024 May-02 PM 12:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

---

IN RE:
**BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION
(MDL NO. 2406)**

Master File No. 2:13-CV-20000-RDP
**This Document Relates to All Cases**

---

### MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned counsel of record for Defendants and moves this Court, pursuant to Local Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama, for an order admitting Victoria J. Lu *pro hac vice*, to appear before this Court in the above-captioned matter. In support of this motion, the undersigned respectfully represents as follows:

Victoria J. Lu resides at 21 West Street, 9F, New York, NY 10006. Victoria J. Lu is an Associate at the law firm Axinn, Veltrop & Harkrider LLP located at 114 West 47th Street, New York, New York 10036.  Her telephone number is (202) 261-5659; facsimile number is (202) 728-2201; and email address is vlu@axinn.com.  Victoria J. Lu was admitted to the New York Bar in 2022 and is admitted to practice in the following courts:

| | |
|---|---|
| State of New York | April 11, 2022 |
| U.S. District Court for the District of Connecticut | March 3, 2023 |

Victoria J. Lu remains in good standing and eligible to practice in all courts to which she is admitted.  In support of this motion, attached as **Exhibit A** is the Declaration of Victoria J. Lu and attached as **Exhibit B** is a Certificate of Good Standing.

The undersigned counsel will continue as local counsel for Defendants.  The prescribed

admission fee is being delivered to the Clerk of Court.

WHEREFORE, the undersigned respectfully requests that the Court enter an order admitting Victoria J. Lu *pro hac vice* as counsel for Defendant Independence Hospital Indemnity Plan, Inc., f/k/a Independence Blue Cross.

Dated:  May 2, 2024.                                Respectfully submitted,


*Aaron G. McLeod*
Steve Rowe (ASB-3804-E65S)
Aaron McLeod (ASB-8589-A57M)
ADAMS AND REESE LLP
1901 6th Avenue North, Suite 1110
Birmingham, AL 35203
Telephone: (205) 250-5000
Steve.Rowe@arlaw.com
Aaron.McLeod@arlaw.com

*Attorneys for Defendant Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*s/ Aaron G. McLeod*
Of Counsel

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **BLUE CROSS BLUE SHIELD** <br> **ANTITRUST LITIGATION** <br> **(MDL NO. 2406)** | Master File No. 2:13-CV-20000-RDP <br> **This Document Relates to All Cases** |

**DECLARATION OF VICTORIA J. LU IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Victoria J. Lu, hereby declare under penalty of perjury under the laws of the United States of America:

1.      I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this declaration.

2.      My residence address is 21 West Street, 9F, New York, NY 10006.

3.      My office address is Axinn, Veltrop & Harkrider LLP, 114 West 47th Street New York, New York 10036. My office telephone number is (202) 261-5659. My office facsimile number is (202) 728-2201. My e-mail address is vlu@axinn.com.

4.      I am admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| State of New York | April 11, 2022 |
| U.S. District Court for the District of Connecticut | March 3, 2023 |

5.      I am in good standing and eligible to practice in all courts to which I am admitted.

6.      I hereby certify that I have read and understand the Local Rules of the United States

1

2

District Court for the Northern District of Alabama, the Alabama State Board Code of Professional Courtesy and the Lawyer's Creed, and the CM/ECF requirements for this Court.  I further certify that I am fully prepared to use and abide by them in my practice before this Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: April 30, 2024

_____
Victoria J. Lu

2

# Exhibit B



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, *Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Victoria Jingbei Lu

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **April 11, 2022,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of New York on April 26, 2024.*



*Clerk of the Court*

*CertID-00171647*



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020