FILED
2024 May-03  AM 09:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | Master File No. 2:13-CV-20000-RDP<br>**This Document Relates to All Cases** |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Victoria J. Lu of Axinn, Veltrop & Harkrider LLP hereby appears

as counsel of record for Defendant Independence Hospital Indemnity Plan, Inc. f/k/a Independence

Blue Cross.

Dated: May 3, 2024

Respectfully submitted,

*/s/ Victoria J. Lu*

 Victoria J. Lu
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Tel: (212) 261-5659
vlu@axinn.com

*Attorney for Defendant Independence Hospital*
*Indemnity Plan, Inc. f/k/a Independence Blue*
*Cross*

## CERTIFICATE OF SERVICE

I hereby certify that I have, on May 3, 2024, filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

*/s/ Victoria J. Lu*
Victoria J. Lu