FILED

2024 May-08  PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** ) ) ) ) ) ) ) ) ) | **Master File No. 2:13-CV-20000-RDP** <br><br> This Document relates to all cases. |

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as a result of the combination of Shearman & Sterling LLP and Allen & Overy LLP, effective May 1, 2024, the name of the firm representing the undersigned parties is Allen Overy Shearman Sterling US LLP.  The new email addresses of counsel are:

todd.stenerson@aoshearman.com

rachel.zieminski@aoshearman.com

brian.hauser@aoshearman.com

The mailing address, telephone number, and facsimile number remain unchanged.

Dated: May 8, 2024                 Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

By:  /s/ *Todd M. Stenerson*

Todd M. Stenerson
Brian C. Hauser
401 9th Street NW, Suite 800
Washington, DC 20004
(202) 508-8000
todd.stenerson@aoshearman.com
brian.hauser@aoshearman.com

Rachel Mossman Zieminski
2601 Olive Street, Suite 1700
Dallas, TX 75201
(214) 271-5777
rachel.zieminski@aoshearman.com

*Attorneys for Defendants Blue Cross Blue
Shield of Michigan and Blue Cross Blue
Shield of Vermont*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

By: /s/ *Todd M. Stenerson*
Todd M. Stenerson