FILED

2024 May-10 PM 01:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | Master File 2:13-cv-20000-RDP<br><br>This document relates to All Cases |

## NOTICE OF APPEARANCE

COMES NOW Kelly K. Iverson, of the law firm Lynch Carpenter, LLP, and files this entry of appearance as additional attorney of record for Subscriber Plaintiffs.

Dated: May 10, 2024                    Respectfully submitted,

*/s/ Kelly K. Iverson*
Kelly K. Iverson
LYNCH CARPENTER
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
(412) 322-9243
kelly@lcllp.com