FILED

2024 May-17  PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | **Master File No. 2:13-CV-20000-RDP** <br><br> This Document relates to all cases |

## <u>NOTICE OF CHANGE OF FIRM ADDRESS</u>

PLEASE TAKE NOTICE that Kirkland & Ellis LLP has relocated to the following as of April 29, 2024:

> Kirkland & Ellis LLP
> 333 West Wolf Point Plaza
> Chicago, IL  60654
>
> The Firm's telephone, fax numbers, and email addresses remain unchanged.

Please direct any hard copy service to us at our new address.

Dated:  May 17, 2024

Respectfully submitted,

By: */s/ Jeffrey J. Zeiger, P.C.*

Jeffrey J. Zeiger, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
jzeiger@kirkland.com

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark BCBSD Inc.; Highmark Western and Northeastern New York Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 17th day of May, 2024 filed the foregoing using

the Court's electronic filing system, which will automatically serve all counsel of record.

/s/ *Jeffrey J. Zeiger, P.C.*
Jeffrey J. Zeiger, P.C.

KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200