FILED

2024 Jun-13 PM 02:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD** | } | |
| | } | **Master File No.:  2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | This order relates to the Provider Track |
| | } | |

### ORDER

This matter is before the court on Provider Plaintiffs' Motion for an Order Modifying the Protective Order. (Doc. # 3135). Providers present their motion in relation to a request from plaintiffs in a California state court case against the Blues (the *Prime* case), which seeks production of confidential information from the MDL. Provider Plaintiffs take the position that the protective order in this MDL prohibits the Blues from producing confidential information from the MDL in the *Prime* case. Alternatively, it appears they contend that the discovery sought is akin to a res, over which this court maintains jurisdiction.  The current Motion asks this court to enforce the MDL protective order or modify it as requested. In the interim, they ask the court to inform the Blues and the *Prime* parties that until these issues are decided, they may not produce or discover the requested production.

Provider Plaintiffs are **ORDERED** to serve a copy of their Motion (Doc. # 3135) and this Order on the *Prime* parties seeking production of information subject to the MDL protective order. Any response or opposition to their Motion by any interested party **SHALL** be filed **on or before June 28, 2024**. Providers may reply within ten (10) days.

**DONE** and **ORDERED** this June 13, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE