FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to Subscriber-Track cases.** |

## LIVE NATION'S UNOPPOSED MOTION FOR LEAVE TO REJOIN THE SUBSCRIBER DAMAGES CLASS AND TO FILE A LATE CLAIM FOR DAMAGES

Live Nation Entertainment, Inc. ("Live Nation") respectfully moves this Court for the entry of an Order granting Live Nation leave (a) to rejoin the Subscriber Settlement Damages Class ("Damages Class"), and (b) to file a late claim for damages as part of the Damages Class.

In support of its Motion, Live Nation relies on the accompanying Memorandum In Support, Declaration of Jon Corey and all exhibits thereto, and all the files, records, and proceedings in the above-captioned case.

Dated: June 17, 2024

Respectfully submitted,

*/s/ Jon Corey*
Jon Corey
MCKOOL SMITH, PC
1999 K Street NW, 6th Floor
Washington, District of Columbia 20006
(202) 370-8300
jcorey@mckoolsmith.com

Brenton K. Morris
BENTON, CENTENO & MORRIS, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205)-278-8000
bmorris@bcattys.com

4872-8791-2391

2

4872-8791-2391