FILED

2024 Jun-17  PM 06:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | Master File No. 2:13-CV-20000-RDP<br><br>This document relates to Subscriber-Track cases. |

**DECLARATION OF JON COREY IN SUPPORT OF LIVE NATION'S UNOPPOSED MOTION FOR LEAVE TO REJOIN THE SUBSCRIBER DAMAGES CLASS AND TO FILE A LATE CLAIM FOR DAMAGES**

I, Jon Corey, hereby declare as follows:

1.      I am a member of the bars of the District of Columbia, New York, and California, and Principal at McKool Smith, P.C.  McKool Smith was formerly counsel of record for Live Nation Entertainment, Inc. ("Live Nation") in *Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc. et al., v. Anthem, Inc. et al.*, No. 2:22-cv-01256-RDP (N.D. Al.) (the "Bed Bath Action").

2.      Live Nation's claims were severed from the Bed Bath Action on May 14, 2024, ECF No. 348.  Those claims were included in a new, severed action and were dismissed without prejudice on May 15, 2024. *Live Nation, Inc. v. Anthem, Inc. et al.*, No. 2:24-cv-00600-RDP (N.D. Al.), ECF No. 4.

3.      On May 2, 2022, Live Nation submitted a request to be excluded from the Damages Class, a true and correct copy of which is attached as Exhibit A.

4.      After the Court issued the Final Order and Judgment Granting Approval of Subscriber Class Action Settlement and Appointing Settlement Administrator ("Final Approval Order"), ECF No. 2931; *see also* ECF No. 2939 (amending Final Approval Order), Live Nation

4883-2712-2375

reconsidered its position and now desires to rejoin the Damages Class and to file a late claim for damages as part of the Damages Class.

5.      Live Nation expects that if the Motion is granted, then Live Nation would maintain the same rights and obligations as other class members. Live Nation has not entered into any other settlements, releases, or agreements resolving Live Nation's claims in the *In re: Blue Cross Blue Shield Antitrust Litigation* or in the Bed Bath Action with any Defendant in this litigation.

6.      To the best of my knowledge, neither Settlement Class Counsel nor Defendants oppose the relief requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2024, in Washington, District of Columbia.

Jon Corey
Jon Corey

2