FILED
2024 Jun-24  PM 05:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
| --- | --- |
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This document relates to Subscriber-Track cases.** |

### SETTLING DEFENDANTS' UNOPPOSED MOTION TO APPOINT ROBIN SANDERS TO THE MONITORING COMMITTEE

COME NOW, the Settling Defendants and respectfully move the Court to issue an Order adjusting the Monitoring Committee appointments (Doc. # 3011) as set forth below.

The Subscriber Class Action Settlement, which became effective June 24, 2024, provides for the establishment of a Monitoring Committee.  (Doc. # 2610-2 ¶¶ 1(xx), 1(zz).)  On December 9, 2022, after Final Approval of the Settlement, and after consultation with counsel for the Settling Parties, the Court issued an order establishing the members of the Monitoring Committee as follows:  "(1) Karin DeMasi, Craig Hoover, and Scott Nehs, appointed collectively by Settling Defendants; (2) David Boies, William Isaacson, and Megan Jones, appointed collectively by Settlement Class Counsel; (3) David Benck, appointed by Self-Funded Sub-Class Settlement Counsel; and (4) Edgar Gentle, appointed by the court."  (Doc. # 3011 at 1.)

On June 14, 2024, Mr. Nehs departed from the Blue Cross Blue Shield Association ("BCBSA") and, as such, is no longer positioned to serve on the Monitoring Committee.  In his place, Settling Defendants respectfully request that the Court appoint Robin Sanders, Vice President, Deputy General Counsel, Litigation and Risk, who is ready, able and willing to serve in his place on behalf of Settling Defendants.  Accordingly, Settling Defendants

now respectfully move the Court to remove Mr. Nehs from the Monitoring Committee and to appoint Ms. Sanders.  A proposed order is respectfully filed herewith.

Settling Plaintiffs do not oppose this motion.

Dated:  June 24, 2024

Respectfully submitted,

By */s/ Karin A. DeMasi*

Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com

*Counsel for Defendants-Respondents Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross Blue Shield of Wyoming; California Physicians' Service d/b/a Blue Shield of California; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical*

2

*Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*

Craig A. Hoover
E. Desmond Hogan
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Counsel for Defendants-Respondents Elevance Health, Inc. f/k/a Anthem, Inc., and all of its named subsidiaries in this consolidated action; Aware Integrated, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho; Regence BlueCross BlueShield of Utah;*

Jeffrey J. Zeiger, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
jzeiger@kirkland.com

*Counsel for Defendants-Respondents Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health, a Pennsylvania non-profit organization; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark Blue Cross Blue Shield Delaware Inc.; Highmark Western and*

3

*Regence BlueShield (of Washington); Regence BlueCross BlueShield of Oregon*

Adam H. Charnes
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Tel: (214) 922-7106
Fax: (214) 481-0517
acharnes@kilpatricktownsend.com

Gwendolyn C. Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 96101
Tel: (206) 626-7714
Fax: (206) 623-6793
gpayton@kilpatricktownsend.com

*Counsel for Defendant-Respondent Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska*

M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201
Tel: (601) 948-3101
Fax: (601) 960-6902
pmcdowell@brunini.com

*Counsel for Defendant-Respondent Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company*

*Northeastern New York Inc.*

Todd M. Stenerson
ALLEN OVERY SHEARMAN STERLING US LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@aoshearman.com

Rachel Mossman Zieminski
ALLEN OVERY SHEARMAN STERLING US LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Tel: (214) 271-5777
Fax: (214) 271-5778
rachel.zieminski@aoshearman.com

*Counsel for Defendant-Respondents Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross and Blue Shield of Vermont*

John Briggs
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street, N.W.
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5000
Fax: (205) 250-5034
steve.rowe@arlaw.com

4

Alan D. Rutenberg
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC 20007
Tel: (202) 672-5491
Fax: (202) 672-5399
arutenberg@foley.com

*Counsel for Defendant-Respondent USAble
Mutual Insurance Company, d/b/a Arkansas
Blue Cross and Blue Shield and as Blue
Advantage Administrators of Arkansas*

Edward S. Bloomberg
John G. Schmidt Jr.
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Tel: (716) 847-8400
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com

Anna Mercado Clark
PHILLIPS LYTLE LLP
620 Eighth Avenue, 38th Floor
New York, NY 10018
Tel: (212) 508-0466
Fax: (716) 852-6100
aclark@phillipslytle.com

*Counsel for Defendant-Respondent Excellus
Health Plan, Inc., d/b/a Excellus BlueCross
BlueShield*

aaron.mcleod@arlaw.com

*Counsel for Defendants-Respondents
Independence Hospital Indemnity Plan, Inc.;
Independence Health Group, Inc.*

Sarah Gilbert
Honor Costello
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com
hcostello@crowell.com

Tracy A. Roman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
troman@crowell.com

*Counsel for Defendants-Respondents Blue
Cross of Idaho Health Service, Inc.; Blue
Cross and Blue Shield of Kansas, Inc.; Blue
Cross and Blue Shield of Nebraska; Blue
Cross Blue Shield of North Dakota*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of June, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.


*/s/ Karin A. DeMasi*
Karin A. DeMasi


6