FILED

2024 Jun-24  PM 05:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This document relates to Subscriber-Track cases.** |

### [PROPOSED] ORDER TO APPOINT ROBIN SANDERS TO THE MONITORING COMMITTEE

This matter is before the court on Settling Defendants' Unopposed Motion to Appoint Robin Sanders to the Monitoring Committee.  (Doc. # [●].)  This motion is necessitated by the recent departure of Monitoring Committee member W. Scott Nehs from the Blue Cross Blue Shield Association ("BCBSA").

The Subscriber Class Action Settlement, which became effective June 24, 2024, provides for the establishment of a Monitoring Committee.  (Doc. # 2610-2 ¶¶ 1(xx), 1(zz).)  On December 9, 2022, after Final Approval of the Settlement, and after consultation with counsel for the Settling Parties, the court issued an order establishing the members of the Monitoring Committee as follows:  "(1) Karin DeMasi, Craig Hoover, and Scott Nehs, appointed collectively by Settling Defendants; (2) David Boies, William Isaacson, and Megan Jones, appointed collectively by Settlement Class Counsel; (3) David Benck, appointed by Self-Funded Sub-Class Settlement Counsel; and (4) Edgar Gentle, appointed by the court."  (Doc. # 3011 at 1.)

On June 14, 2024, Mr. Nehs departed BCBSA and, as such can no longer serve as a member of the Monitoring Committee.  Accordingly, Settling Defendants now move the Court to remove Mr. Nehs from the Monitoring Committee and replace him with Robin Sanders, Vice President, Deputy General Counsel, Litigation and Risk.

Upon good cause shown, and with appreciation to Mr. Nehs for his service, Settling Defendants' motion is **GRANTED** and the Court hereby appoints Ms. Sanders to the Monitoring Committee for Settling Defendants.

**DONE** and **ORDERED** this June [●], 2024.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE