# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** } | |
| } | Master File No.: 2:13-CV-20000-RDP |
| **ANTITRUST LITIGATION** } | |
| **(MDL NO.: 2406)** } | This order relates to the Subscriber Track |
| } | |

## ORDER

This matter is before the court on Subscribers' Motion for an Expense Bond. (Doc. # 3112). The Subscriber Class Action Settlement became effective June 24, 2024 upon the Supreme Court's denial of the pending petitions for writs of certiorari filed by Objectors Home Depot and David Behenna. As there is no further need for an appeal bond, the Motion (Doc. # 3112) is **DENIED** as **MOOT**.

**DONE** and **ORDERED** this June 26, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE