FILED
2024 Jun-26 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| | } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | This order relates to the Subscriber Track |

## ORDER APPOINTING ROBIN SANDERS TO THE MONITORING COMMITTEE

This matter is before the court on Settling Defendants' Unopposed Motion to Appoint Robin Sanders to the Monitoring Committee. (Doc. # 3141). As grounds for the Motion, Defendants explain that Monitoring Committee member W. Scott Nehs has left his employment with the Blue Cross Blue Shield Association ("BCBSA").

The Subscriber Class Action Settlement, which became effective June 24, 2024, provides for the establishment of a Monitoring Committee. (Doc. # 2610-2 ¶¶ 1(xx), 1(zz)). On December 9, 2022, after Final Approval of the Settlement, and after consultation with counsel for the Settling Parties, the court issued an order appointing these individuals to serve on the Monitoring Committee: "(1) Karin DeMasi, Craig Hoover, and Scott Nehs, appointed collectively by Settling Defendants; (2) David Boies, William Isaacson, and Megan Jones, appointed collectively by Settlement Class Counsel; (3) David Benck, appointed by Self-Funded Sub-Class Settlement Counsel; and (4) Edgar Gentle, appointed by the court." (Doc. # 3011 at 1). On June 14, 2024, Mr. Nehs departed BCBSA and, as such, he can no longer serve as a member of the Monitoring Committee. Accordingly, Settling Defendants have moved to replace Mr. Nehs on the Monitoring Committee with Robin Sanders, Vice President, Deputy General Counsel, Litigation and Risk. (Doc. # 3141). Defendants' Motion is unopposed.

The Motion (Doc. # 3141) is **GRANTED**. The court hereby appoints Ms. Sanders to the Monitoring Committee for Settling Defendants in place of Mr. Nehs.

The court expresses its sincere thanks to Mr. Nehs in appreciation for his efforts in this case, and in support of his client and the Subscriber Settlement.

**DONE** and **ORDERED** this June 26, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE