FILED
2024 Jun-28  PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This document relates to all cases.** |

## <u>DECLARATION OF KARIN A. DEMASI IN SUPPORT OF DEFENDANTS' RESPONSE TO PROVIDER PLAINTIFFS' MOTION TO ENFORCE OR AMEND THE PROTECTIVE ORDER</u>

I, KARIN A. DEMASI, declare:

1.      I am a Partner at the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendant Blue Cross Blue Shield Association and certain additional Defendants.[1]

2.      I am a member in good standing of the bar of the State of New York and have been admitted to this Court *pro hac vice*.  I respectfully submit this declaration in support of Defendants' Response to Provider Plaintiffs' Motion to Enforce or Amend the Protective Order.

3.      The following documents are attached as Exhibits hereto:

a.      Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Motion to Compel Defendants' Production of Expert Reports and Other Material from Related Litigation, submitted to the Discovery Referee in *VHS Liquidating Trust & Prime Healthcare Servs., Inc. et al. v. Blue Cross of California*, No. RG21106600 (Ca. Super. Ct. Alameda Cnty.) ("*Prime*"), dated March 29, 2024.

b.      Attached hereto as **Exhibit B** is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion to Compel, submitted to the Discovery Referee in *Prime*, dated April 12, 2024.

c.      Attached hereto as **Exhibit C** is a true and correct copy of the Stipulation and Order Appointing a Discovery Referee, filed in *Prime*, dated May 22, 2023.

---

[1] Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; California Physicians' Service d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Blue Cross Blue Shield of Wyoming; Capital Blue Cross; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.

d.      Attached hereto as **Exhibit D** is a true and correct copy of the Referee's Recommendations RE: Plaintiffs' Outstanding Motion to Compel, filed in *Prime*, dated April 25, 2024.

e.      Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' Opposition to Defendants' Brief Addressing the Discovery Referee's Recommendation Regarding Plaintiffs' Motion to Compel, submitted to the Discovery Referee in *Prime*, dated June 14, 2024.

f.      Attached hereto as **Exhibit F** is a true and correct copy of a May 22, 2024 email from Subscriber Plaintiffs' counsel (Megan E. Jones) to *Prime* defendants' counsel.

g.      Attached hereto as **Exhibit G** is a true and correct copy of a May 22, 2024 letter from Provider Plaintiffs' counsel (W. Tucker Brown) to *Prime* defendants' counsel.

h.      Attached hereto as **Exhibit H** is a true and correct copy of Defendants' Brief Addressing the Discovery Referee's Recommendation Regarding Plaintiffs' Motion to Compel, submitted to the Discovery Referee in *Prime*, dated May 31, 2024.

i.      Attached hereto as **Exhibit I** is a true and correct copy of a May 3, 2024 email from *Prime* defendants' counsel (Lillian S. Grossbard) to *Prime* plaintiffs' counsel.

j.      Attached hereto as **Exhibit J** is a true and correct copy of a June 12, 2024 email from *Prime* plaintiffs' counsel (Marisa C. Livesay) to *Prime* defendants' counsel.

k.      Attached hereto as **Exhibit K** is a true and correct copy of Plaintiffs' Objection to the Deadline Recommended by the Discovery Referee in Responding to Certain Discovery Requests, submitted to the Discovery Referee in *Prime*, dated May 31, 2024.

l.      Attached hereto as **Exhibit L** is a true and correct copy of a June 27, 2024

and June 28, 2024 email string between *Prime* plaintiffs' counsel (Steve Vieux) and *Prime*

defendants' counsel (Daniel Ottaunick).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2024
New York, New York

/s/ *Karin A. DeMasi*
Karin A. DeMasi

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Karin A. DeMasi*
Karin A. DeMasi