FILED
2024 Jun-28  PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

PATRICK M. RYAN (SBN 203215)
  *pryan@bzbm.com*
OLIVER Q. DUNLAP (SBN 225566)
  *odunlap@bzbm.com*
MARISA LIVESAY (SBN 223247)
  *mlivesay@bzbm.com*
BRITTANY N. DEJONG (SBN 258766)
  *bdejong@bzbm.com*
STEVE VIEUX (SBN 315133)
  *svieux@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiffs
VHS LIQUIDATING TRUST, PRIME
HEALTHCARE SERVICES, INC., PRIME
HEALTHCARE FOUNDATION, INC. and
PRIME HEALTHCARE MANAGEMENT, INC.

FILED
Superior Court of California
County of Alameda
05/22/2023
Chad Fluke , Executive Officer/Clerk of the Court
By: _____ Nicole Hall _____ Deputy
N. Hall

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| VHS LIQUIDATING TRUST, et al., | Case No. RG21106600 |
| Plaintiffs, | *Assigned for All Purposes to Hon. Evelio Grillo, Department 21* |
| v. | **STIPULATION AND [PROPOSED] ORDER APPOINTING A DISCOVERY REFEREE** |
| BLUE CROSS OF CALIFORNIA, et al., | |
| Defendants. | Complaint Filed:    July 27, 2021 |
| | Trial Date:          None set |

2854.003/1845040.1

STIPULATION AND [PROPOSED] ORDER APPOINTING DISCOVERY REFEREE

## STIPULATION

Plaintiffs VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc., and Prime Healthcare Management, Inc. (collectively, "Plaintiffs") and Defendants[1] (together with Plaintiffs, the "Parties"), by and through their attorneys of record, hereby stipulate to the appointment of Hon. James P. Kleinberg (Ret.), address: 160 W. Santa Clara St., Suite 1600, San Jose, CA 95113, telephone: 408-346-0767, as the Discovery Referee

---

[1] The Defendants include: the Blue Cross Blue Shield Association; Blue Cross of California d/b/a Anthem Blue Cross; Anthem Blue Cross Life and Health Insurance Company; California Physicians' Service, d/b/a Blue Shield of California; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; Elevance Health, Inc. f/k/a Anthem, Inc.; Anthem Health Plans, Inc., d/b/a Anthem Blue Cross and Blue Shield of Connecticut; Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; Rocky Mountain Hospital & Medical Service Inc., d/b/a Anthem Blue Cross and Blue Shield of Colorado in Colorado and d/b/a Anthem Blue Cross and Blue Shield of Nevada in Nevada; Anthem Insurance Companies, Inc., d/b/a Anthem Blue Cross and Blue Shield of Indiana; Anthem Health Plans of Kentucky, Inc., d/b/a Anthem Blue Cross and Blue Shield of Kentucky; Anthem Health Plans of Maine, Inc., d/b/a Anthem Blue Cross and Blue Shield of Maine; HMO Missouri, Inc., d/b/a Anthem Blue Cross and Blue Shield of Missouri; RightCHOICE Managed Care, Inc.; Healthy Alliance Life Insurance Company; Anthem Health Plans of New Hampshire, Inc., d/b/a Anthem Blue Cross and Blue Shield of New Hampshire; Empire HealthChoice Assurance, Inc., d/b/a Empire BlueCross BlueShield; Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield of Ohio; Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield of Virginia, Inc.; Blue Cross Blue Shield of Wisconsin, d/b/a Anthem Blue Cross and Blue Shield of Wisconsin; Compcare Health Services Insurance Corporation; Highmark Inc., f/k/a Highmark Health Services; Highmark BCBSD Inc.; Highmark West Virginia Inc.; CareFirst, Inc.; CareFirst of Maryland, Inc.; CareFirst BlueChoice, Inc.; GuideWell Mutual Holding Corporation; Group Hospitalization and Medical Services, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Cambia Health Solutions, Inc.; Regence BlueCross BlueShield of Oregon; Regence BlueCross BlueShield of Utah; Regence BlueShield; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana; Blue Cross and Blue Shield of Massachusetts, Inc.; Aware Integrated, Inc.; BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota; Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey; Blue Cross and Blue Shield of North Carolina; Triple-S Management Corporation; Triple-S Salud, Inc.; Blue Cross & Blue Shield of Rhode Island; Blue Cross Blue Shield of South Carolina; Blue Cross Blue Shield of Tennessee, Inc.; and Blue Cross and Blue Shield of Vermont.

2854.003/1845040.1

1

STIPULATION AND [PROPOSED] ORDER APPOINTING DISCOVERY REFEREE

pursuant to Code of Civil Procedure section 638(b). The proposed Discovery Referee is an active member of the State Bar of California, SB# 42070. The proposed Discovery Referee's signature provided below, indicates his consent to serve and certification that he is aware of, and will comply with, the applicable provisions of canon 6 of the Code of Judicial Ethics and the California Rules of Court.

The Parties further stipulate and agree as follows:

**Scope and Subject Matter of Reference**: The Discovery Referee is appointed to hear and issue recommendations concerning discovery motions and disputes relevant to discovery in this action. The Discovery Referee is authorized to set the date, time, and place for any hearings determined by the Discovery Referee to be necessary; preside over such hearings; take evidence; conduct *in camera* inspections; and make recommendations to the Court on any disputed issue within the scope of this paragraph that the parties have referred to the Discovery Referee.

**Referee's Compensation**: The Parties have agreed that the Discovery Referee's compensation of $800 per hour plus 13% of professional fees and initial non-refundable case management fee of $875 per party is to be paid 50% by Defendants and 50% by Plaintiffs, unless otherwise ordered by the Court. Any dispute with respect to allocation of fees shall be submitted to the Court. The Court shall retain jurisdiction after dismissal of the action to hear any motion related to apportionment or nonpayment of the fees and costs of the Discovery Referee.

**Referee's Report**: The Discovery Referee shall serve a written report on the Parties and file it with the Court within 20 days after the completion of any hearing regarding discovery disputes in this case, with a recommendation on the merits of any disputed issue.  Any party may file an objection to the Discovery Referee's report or recommendations within 14 days after the Discovery Referee serves and files the report, or within another time as the Court or Discovery Referee may direct. The objection shall be served on the Discovery Referee and all other Parties. Responses to the objections shall be filed with the Court and served on the Discovery Referee and all other Parties within 14 days after the objection is served, or within another time as the Court or Discovery Referee may direct. Replies in support of the objections shall be filed with the Court and served on the Discovery Referee and all other Parties within 7 days after the response to the

2

STIPULATION AND [PROPOSED] ORDER APPOINTING DISCOVERY REFEREE

objections is served, or within another time as the Court or Discovery Referee may direct. The Discovery Referee's report shall be only advisory pursuant to Code of Civil Procedure section 644(b).  The Court may adopt, modify or disregard the Discovery Referee's recommendations, in whole or in part, after independently considering the referee's findings and any objections and responses thereto filed with the court.

**Court Facilities**: The use of Court facilities is not requested. The Discovery Referee is to be contacted to arrange attendance at any proceeding that is open to the public and that is conducted in a private facility by way of phone or video conference.

**AND THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO ENTRY OF THIS STIPULATION AS AN ORDER**.

DATED:  May 9, 2023

/s/ Patrick M. Ryan
PATRICK M. RYAN (SBN 203215)
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
Attorneys for Plaintiffs VHS LIQUIDATING
TRUST, PRIME HEALTHCARE SERVICES,
INC., PRIME HEALTHCARE FOUNDATION,
INC. and PRIME HEALTHCARE
MANAGEMENT, INC.

DATED:  May 9, 2023

/s/ Christopher J. Kelly
CHRISTOPHER J. KELLY (SBN 276312)
MAYER BROWN LLP
3000 El Camino Real, Suite 300
Palo Alto, CA 94306
Tel: (650) 331-2025
Fax: (650) 331-2060
cjkelly@mayerbrown.com

/s/ Craig A. Hoover
CRAIG A. HOOVER (SBN 113965)
E. DESMOND HOGAN (*pro hac vice*)
JUSTIN W. BERNICK (*pro hac vice*)
ELIZABETH A. JOSE (*pro hac vice*)
W. DAVID MAXWELL (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
elizabeth.jose@hoganlovells.com
david.maxwell@hoganlovells.com

2854.003/1845040.1

3

STIPULATION AND [PROPOSED] ORDER APPOINTING DISCOVERY REFEREE

EVAN R. CHESLER (*pro hac vice*)
KARIN A. DEMASI (*pro hac vice*)
LAUREN R. KENNEDY (*pro hac vice*)
HELAM GEBREMARIAM (*pro hac vice*)
DAVID H. KORN (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
hgebremariam@cravath.com
dkorn@cravath.com

*Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; Blue Cross and Blue Shield of Florida, Inc.; GuideWell Mutual Holding Corp.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; Blue Cross Blue Shield of Tennessee, Inc.; California Physicians' Service, d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*

CHRISTOPHER J. COX (SBN 151650)
HOGAN LOVELLS US LLP
4085 Campbell Ave, Ste 100
Menlo Park, California 94025
Tel: (650) 463-4000
Fax: (650) 463-4199
chris.cox@hoganlovells.com

HARMONY R. GBE (SBN 313241)
HOGAN LOVELLS US LLP
1999 Avenue Of The Stars, Ste 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax (310) 785-4601
harmony.gbe@hoganlovells.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc. and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Aware Integrated, Inc.; Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*

2854.003/1845040.1

4

STIPULATION AND [~~PROPOSED~~] ORDER APPOINTING DISCOVERY REFEREE

*/s/ Carl Burkhalter*
CARL S. BURKHALTER (*pro hac vice*)
JOHN THOMAS A. MALATESTA, III
(*pro hac vice* forthcoming)
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

PAMELA B. SLATE (*pro hac vice*
forthcoming)
HILL CARTER FRANCO COLE &
BLACK, P.C.
425 South Perry Street
Montgomery, AL 36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*With Cravath, Swaine & Moore LLP,
counsel for Defendant Blue Cross Blue
Shield of Alabama*

*/s/ Jennifer B. Fisher*
JENNIFER B. FISHER (SBN 241321)
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
jfisher@goodwinlaw.com

MARK MCKANE (SBN 230552)
MICHAEL P. ESSER (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
mmckane@kirkland.com
michael.esser@kirkland.com

JEFFREY J. ZEIGER, P.C. (*pro hac vice*)
KEITH HOLT (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
jzeiger@kirkland.com
keith.holt@kirkland.com

*Counsel for Defendants Health Care Service
Corporation, an Illinois Mutual Legal Reserve
Company, including its divisions Blue Cross and
Blue Shield of Illinois, Blue Cross and Blue
Shield of Texas, Blue Cross and Blue Shield of
New Mexico, Blue Cross and Blue Shield of
Oklahoma, and Blue Cross and Blue Shield of
Montana; Caring for Montanans, Inc., f/k/a Blue
Cross and Blue Shield of Montana, Inc.;
Highmark Inc., f/k/a Highmark Health Services;
Highmark West Virginia Inc.; Highmark
BCBSD Inc.*

DATED: May 10, 2023

By: _____
Hon. James P. Kleinberg (Ret.)
Proposed Discovery Referee

2854.003/1845040.1

5

STIPULATION AND [~~PROPOSED~~] ORDER APPOINTING DISCOVERY REFEREE

**ORDER**

**AS STIPULATED, IT IS SO ORDERED.**

05/22/2023
DATED:  May ___, 2023

_____

Hon. Evelio Grillo
Judge of the Superior Court
**Evelio Grillo / Judge**

**<u>PROOF OF SERVICE</u>**

**VHS Liquidating Trust, et al. v. Blue Cross of California, et al.**
**Case No. RG21106600**

At the time of service, I was over 18 years of age and not a party to this action.  My business address is One Embarcadero Center, Suite 800, San Francisco, CA 94111.

On May 10, 2023, I served true copies of the following document(s) described as:

**STIPULATION AND [PROPOSED] ORDER APPOINTING A DISCOVERY REFEREE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE:**  I served the document(s) on the person listed in the Service List by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 10, 2023, at Benicia, California.

_____
Caroline Pfahl

STIPULATION AND [PROPOSED] ORDER ADOPTING A DISCOVERY REFEREE

**SERVICE LIST**
**VHS Liquidating Trust, et al. v. Blue Cross of California, et al.**
**Case No. RG21106600**

**All defendants served via email at:**
**VerityPrimeJDG@cravath.com**

| | |
|---|---|
| Mark McKane, Esq.<br>Michael P. Esser, Esq.<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104 | Tel: (415) 439-1400<br>Email: *mmckane@kirkland.com*<br>*michael.esser@kirkland.com* |
| David Zott (pro hac vice)<br>Daniel Laytin (pro hac vice)<br>Zachary Holmstead (pro hac vice pending)<br>Keith Holt (pro hac vice pending)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Tel: (312) 862-2000<br>Email: *dzott@kirkland.com*<br>*dlaytin@kirkland.com*<br>*zachary.holmstead@kirkland.com*<br><br>*Counsel for Defendant*<br>*Blue Cross Blue Shield Association* |
| Craig A. Hoover, Esq.<br>E. Desmond Hogan, Esq.<br>Justin W. Bernick Esq.<br>Elizabeth A. Jose, Esq.<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 13th Street, N.W.<br>Washington, DC 20004 | Tel: (202) 637-5600<br>Email: *craig.hoover@hoganlovells.com*<br>*desmond.hogan@hoganlovells.com*<br>*justin.bernick@hoganlovells.com*<br>*elizabeth.jose@hoganlovells.com*<br>*david.maxwell@hoganlovells.com* |
| Christopher J. Cox, Esq.<br>HOGAN LOVELLS US LLP<br>4085 Campbell Avenue, Suite 100<br>Menlo Park, CA 94025 | Tel: (650) 463-4078<br>Fax: (650) 463-4199<br>Email: *chris.cox@hoganlovells.com* |
| Harmony R. Gbe, Esq.<br>HOGAN LOVELLS US LLP<br>1999 Avenue Of The Stars, Ste 1400<br>Los Angeles, CA 90067 | Tel: (310) 785-4600<br>harmony.gbe@hoganlovells.com<br><br>*Counsel for Anthem, Inc., f/k/a WellPoint, Inc.,*<br>*and all of its named subsidiaries in this action;*<br>*Louisiana Health Service & Indemnity*<br>*Company (Blue Cross and Blue Shield of*<br>*Louisiana); BCBSM, Inc. (Blue Cross and Blue*<br>*Shield of Minnesota); Aware Integrated, Inc.;*<br>*Blue Cross and Blue Shield of South Carolina;*<br>*Horizon Healthcare Services, Inc. (Horizon*<br>*Blue Cross and Blue Shield of New Jersey);*<br>*Blue Cross & Blue Shield of Rhode Island;*<br>*Blue Cross and Blue Shield of Vermont;*<br>*Cambia Health Solutions, Inc.; Regence Blue*<br>*Cross Blue Shield of Utah; Regence Blue*<br>*Shield (of Washington); Regence Blue Cross*<br>*Blue Shield of Oregon* |

2

STIPULATION AND [~~PROPOSED~~] ORDER ADOPTING A DISCOVERY REFEREE

Christopher J. Kelly, Esq.
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

Tel: (650) 331-2025
Email: *cjkelly@mayerbrown.com*

Evan R. Chesler, Esq.
Christine A. Varney (pro hac vice)
Karin A. DeMasi (pro hac vice)
Lauren R. Kennedy (pro hac vice)
David H. Korn (pro hac vice)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Tel: (212) 474-1000
Email: *echesler@cravath.com*
       *cvarney@cravath.com*
       *kdemasi@cravath.com*
       *lkennedy@cravath.com*
       *dkorn@cravath.com*

*Counsel for Defendants Blue Cross Blue Shield Association , Blue Cross and Blue Shield of Alabama; Blue Cross Blue Shield of Arizona, Blue Cross and Blue Shield of Florida, Inc.; Guidewell Mutual Holding Corp.; Hawaii Medical Service Association  (Blue Cross and Blue Shield of Hawaii), Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina, Inc.; BlueCross BlueShield of Tennessee, Inc.; California Physicians' Service d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc., Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa), Triple-S Salud, Inc.; and Triple-S Management Corp.*

STIPULATION AND [~~PROPOSED~~] ORDER ADOPTING A DISCOVERY REFEREE

James L. Priester, Esq.
Carl S. Burkhalter, Esq.
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL 35203

Tel: (205) 254-1000
Email: *jpriester@maynardcooper.com*
    *cburkhalter@maynardcooper.com*
    *jmalatesta@maynardcooper.com*

Nicholas J. Boos, Esq.
MAYNARD, COOPER & GALE PC
2 Embarcadero Center, Suite 1450
San Francisco, CA 94111

Tel: (415) 646-4674
*nboos@maynardcooper.com*

Pamela B. Slate, Esq.
HILL CARTER FRANCO COLE &
BLACK, P.C.
425 South Perry Street
Montgomery, AL 36104

Tel: (334) 834-7600
*pslate@hillhillcarter.com*

*With Cravath, Swaine & Moore LLP, Counsel for Defendant Blue Cross Blue Shield of Alabama*

Shane J. Moses, Esq.
Michael A. Naranjo, Esq.
Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, CA 94104

Tel: (415) 434-4484
Email: *mnaranjo@foley.com*
    *smoses@foley.com*

M. Patrick McDowell (pro hac vice pending)
James A. McCullough (pro hac vice pending)
BRUNINI, GRANTHAM, GROWER &
HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201

Tel: (601) 948-3101
Email: *pmcdowell@brunini.com*
    *jmccullough@brunini.com*

*Counsel for Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company*

Jonathan M. Redgrave, Esq.
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151

Tel: (703) 592-1155
Email: *jredgrave@redgravellp.com*

*Additional Counsel for HCSC and Highmark Defendants*

STIPULATION AND [PROPOSED] ORDER ADOPTING A DISCOVERY REFEREE

Jennifer B. Fisher
GOODWIN PROCTER LLP
Three Embarcadero Center, 29th Floor San
Francisco, CA 94111

Tel:  (415) 766-6000 Email:
jfisher@goodwinlaw.com

Mark McKane, Esq.
Michael P. Esser, Esq.
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104

Tel: (415) 439-1400
Email: *mmckane@kirkland.com*
*michael.esser@kirkland.com*

Jeffrey J. Zeiger, P.C.
Keith Holt (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Tel: (312) 862-2000
Email: *jzeiger@kirkland.com*
*kholt@kirkland.com*

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark Blue Cross Blue Shield Delaware Inc.*

Mark McKane, Esq.
Michael P. Esser, Esq.
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104

Tel: (415) 439-1400
Email: *mmckane@kirkland.com*
*michael.esser@kirkland.com*

David Zott (pro hac vice pending)
Daniel E. Laytin (pro hac vice pending)
Zachary Holmstead (pro hac vice pending)
Katie R. Lencioni (pro hac vice pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Tel: (312) 862-2000
Fax: (312) 862-2200
Email: *dzott@kirkland.com*
*zachary.holmstead@kirkland.com*
*daniel.laytin@kirkland.com*

*Counsel for Defendants Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)*

STIPULATION AND [~~PROPOSED~~] ORDER ADOPTING A DISCOVERY REFEREE

Rebecca M. Suarez, Esq.
Molly A. Jones, Esq.
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111

Tel: (415) 986-2800
Email: *rsuarez@crowell.com*
     *mojones@crowell.com*

Kathleen Taylor Sooy (pro hac vice pending)
Tracy A. Roman (pro hac vice pending)
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004

Tel: (202) 624-2500
Fax: (202) 628-5116
Email: *ksooy@crowell.com*
     *troman@crowell.com*

Sarah M. Gilbert (pro hac vice pending)
Honor R. Costello (pro hac vice pending)
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, NY 10022

Tel: (212) 223-4000
Email: *sgilbert@crowell.com*
     *hcostello@crowell.com*

*Counsel for Defendants Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; GoodLife Partners, Inc.; Blue Cross and Blue Shield of Nebraska; Blue Cross Blue Shield of Arizona; HealthyDakota Mutual Holdings; Blue Cross Blue Shield of North Dakota; Blue Cross Blue Shield of Wyoming; HealthNow Systems, Inc.; Highmark Western and Northeastern New York Inc.*

STIPULATION AND [PROPOSED] ORDER ADOPTING A DISCOVERY REFEREE

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF ALAMEDA** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>05/31/2023<br>Chad Finke, Executive Officer/Clerk of the Court<br>By: _Nicole Hall_ Deputy<br>N. Hall |
| PLAINTIFF/PETITIONER:<br>VHS Liquidating Trust  et al | |
| DEFENDANT/RESPONDENT:<br>Blue Cross of California et al | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL**<br>**PROCEDURE 1010.6** | CASE NUMBER:<br>RG21106600 |

**I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the Stipulation and Order Adopting a Discovery Referee entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.**

Brittany Nicole DeJong
Bartko Zankel Bunzel & Miller
bdejong@bzbm.com

Chad Eric DeVeaux
Bartko Zankel Bunzel & Miller
cdeveaux@bzbm.com

Christopher James Cox
Hogan Lovells US LLP
chris.cox@hoganlovells.com

Christopher Kelly
cjkelly@mayerbrown.com

Craig Alan Hoover
Hogan Lovells US LLP
craig.hoover@hoganlovells.com

David Korn
Cravath, Swaine & Moore LLP
dkorn@cravath.com

Evan R. Chesler
Cravath, Swaine & Moore LLP
echesler@cravath.com

Harmony Roselina Gbe
Hogan Lovells US LLP
harmony.gbe@hoganlovells.com

John Cove
SHEARMAN & STERLING LLP
john.cove@shearman.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 05/31/2023                    By:

_Nicole Hall_

N. Hall, Deputy Clerk

**CERTIFICATE OF ELECTRONIC SERVICE**
**CODE OF CIVIL PROCEDURE 1010.6**

| SHORT TITLE: VHS Liquidating Trust VS Blue Cross of California | CASE NUMBER: RG21106600 |
| --- | --- |

Helam Gebremariam
Cravath, Swaine & Moore LLP
hgebremariam@cravath.com

Lauren Kennedy
Cravath, Swaine & Moore LLP
lkennedy@cravath.com

Karin DeMasi
Cravath, Swaine, & Moore LLP
kdemasi@cravath.com

Michael Angel Naranjo
FOLEY & LARDNER LLP
mnaranjo@foley.com

Marisa C Livesay
Bartko Zankel Bunzel & Miller
mlivesay@bzbm.com

Tracy Eila Reichmuth
Crowell & Moring LLP
treichmuth@crowell.com

Molly Anne Jones
Crowell & Moring LLP
MOJones@crowell.com

**ADDITIONAL PAGE – CERTIFICATE OF MAILING**    Page **2** of **2**