# Exhibit F

**Subject:** FW: Prime: Notice Letter re Potential Production of MDL Materials

---

**From:** Megan E. Jones <mjones@hausfeld.com>
**Sent:** Wednesday, May 22, 2024 1:20 PM
**To:** Jay Schaefer <jschaefer@cravath.com>
**Cc:** Lillian Grossbard <lgrossbard@cravath.com>; Theodore DiSalvo <tdisalvo@hausfeld.com>; Swathi Bojedla <sbojedla@hausfeld.com>; Adam Shaw <ashaw@bsfllp.com>; Hamish Hume <hhume@bsfllp.com>; xboies@gmail.com; Michael D. Hausfeld <mhausfeld@hausfeld.com>
**Subject:** Re: Prime: Notice Letter re Potential Production of MDL Materials

External (mjones@hausfeld.com)

Report This Email  FAQ

Jay:

We oppose and object to this production and reserve all rights re same, including but not limited to associated costs and fees.

Happy to meet and confer re our position if helpful.

Thanks,
Megan

**MEGAN E. JONES**
Partner
mjones@hausfeld.com
+1 415-744-1951 direct
*Pronouns: she/her/hers*

# HAUSFELD

600 Montgomery Street
Suite 3200
San Francisco, CA 94111

+1 415 633 1908

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

1

**From:** Jay Schaefer <jschaefer@cravath.com>
**Date:** Thursday, May 16, 2024 at 2:00 PM
**To:** Megan E. Jones <mjones@hausfeld.com>
**Cc:** Lillian Grossbard <lgrossbard@cravath.com>
**Subject:** Prime: Notice Letter re Potential Production of MDL Materials

Counsel,

Please see the attached correspondence.

Regards,
Jay

**Jay Schaefer**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1936
jschaefer@cravath.com

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.