FILED
2024 Jun-28  PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit I

**Subject:**                              FW: MDL Provider Counsel Contact Information

---

**From:** Lillian Grossbard <lgrossbard@cravath.com>
**Sent:** Friday, May 3, 2024 6:58 PM
**To:** Marisa Livesay <mlivesay@bartkolaw.com>; Brittany N. DeJong <bdejong@bartkolaw.com>
**Cc:** Daniel Ottaunick <dottaunick@cravath.com>
**Subject:** MDL Provider Counsel Contact Information

Marisa, Brittany,

As discussed during our meet and confer yesterday, below please find contact information for Tucker Brown of Whatley Kallas, MDL Provider counsel, as well as a link to his information on the Whatley Kallas website.

tbrown@whatleykallas.com
Birmingham Office
205-488-1273

W. Tucker Brown - Whatley Kallas

Regards,

Lillian

**Lillian S. Grossbard**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T +1-212-474-1290
lgrossbard@cravath.com

1