FILED

2024 Jun-28  PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit J

**Subject:**                              FW: VHS Liquidating Trust, et al. v. Blue Cross of California, et al., Case No.:
                                          RG21106600 (Cal. Sup. Ct., Alameda Cty)

**From:** prime_jdg@lists.cravath.com <prime_jdg@lists.cravath.com>
**Sent:** Wednesday, June 12, 2024 2:09 PM
**To:** Jay Schaefer <jschaefer@cravath.com>; Lillian Grossbard <lgrossbard@cravath.com>; prime_jdg@lists.cravath.com
**Cc:** Patrick M. Ryan <pryan@bartkolaw.com>; Jason A. Zweig <jzweig@bartkolaw.com>; Brittany N. DeJong <bdejong@bartkolaw.com>
**Subject:** RE: VHS Liquidating Trust, et al. v. Blue Cross of California, et al., Case No.: RG21106600 (Cal. Sup. Ct., Alameda Cty)

Known External (prime_jdg@lists.cravath.com)

Report This Email  FAQ

Hi Jay,

We do not consent to sharing the requested documents.

Thank you,
Marisa



**Marisa C. Livesay**
**Senior Counsel, Bartko LLP**

✆ (415) 291-4520   🌐 bartkolaw.com
✉ mlivesay@bartkolaw.com
📍 One Embarcadero Ctr., Suite 800, San Francisco, CA 94111

**Confidentiality and Privilege.** This e-mail message, including attachments, is intended solely for review by the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Review by anyone other than the intended recipient(s) shall not constitute a waiver of any ATTORNEY-CLIENT PRIVILEGE or ATTORNEY WORK PRODUCT PROTECTION that may apply to this communication. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

**Tax Advice Disclosure.** Based on current IRS rules and standards, any tax information or written tax advice contained in this email message, including attachments, is not intended to and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

**From:** Jay Schaefer <jschaefer@cravath.com>
**Sent:** Tuesday, June 4, 2024 1:57 PM
**To:** Patrick M. Ryan <pryan@bartkolaw.com>; Oliver Q. Dunlap <odunlap@bartkolaw.com>; Marisa Livesay <mlivesay@bartkolaw.com>; Brittany N. DeJong <bdejong@bartkolaw.com>; Steve Vieux <svieux@bartkolaw.com>; Jason A. Zweig <jzweig@bartkolaw.com>
**Cc:** Lillian Grossbard <lgrossbard@cravath.com>; prime_jdg@lists.cravath.com
**Subject:** RE: VHS Liquidating Trust, et al. v. Blue Cross of California, et al., Case No.: RG21106600 (Cal. Sup. Ct., Alameda Cty)

Counsel,

We have yet to hear whether you consent to Defendants sharing with the MDL Provider Plaintiffs your requests for production, the associated correspondence and the briefing on Plaintiffs' Motion to Compel in front of the Discovery Referee.  (*See* May 22, 2024 Ltr. from T. Brown at 3.)  Please confirm that Defendants are permitted to send the requested documents to the MDL Provider Plaintiffs.

Regards,

Jay

**Jay Schaefer**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1936
jschaefer@cravath.com

---

**From:** Jay Schaefer
**Sent:** Thursday, May 23, 2024 1:55 PM
**To:** Patrick M. Ryan <pryan@bartkolaw.com>; odunlap@bartkolaw.com; mlivesay@bartkolaw.com; Brittany N. DeJong <bdejong@bartkolaw.com>; Steve Vieux <svieux@bartkolaw.com>; 'Jason A. Zweig' <jzweig@bartkolaw.com>
**Cc:** Lillian Grossbard <lgrossbard@cravath.com>; prime_jdg@lists.cravath.com
**Subject:** VHS Liquidating Trust, et al. v. Blue Cross of California, et al., Case No.: RG21106600 (Cal. Sup. Ct., Alameda Cty)

Counsel,

The MDL Provider and Subscriber Plaintiffs have objected to Defendants' production of their confidential MDL materials potentially impacted by the motion to compel responses to RFP Nos. 14 through 17 of Plaintiffs' July 3, 2023 requests for production filed by Plaintiffs in this action ("*Prime* Plaintiffs").  Copies of Defendants' notice letters and the Provider and Subscriber Plaintiffs' responses to them are attached.

Provider Plaintiffs' objection is consistent with what Defendants told the *Prime* Plaintiffs during our May 2, 2024 meet and confer – that Provider Plaintiffs object to Defendants reproducing their confidential MDL materials in this litigation and asked that the *Prime* Plaintiffs contact them directly to discuss the issue.  Defendants provided *Prime* Plaintiffs with contact information for Provider Plaintiffs' counsel on May 3, 2024.  (May 3, 2024 Email from L. Grossbard to M. Livesay.)  Defendants also reminded *Prime* Plaintiffs of Provider Plaintiffs' objection and request that *Prime* Plaintiffs contact them on subsequent meet and confers.  We understand from Provider Plaintiffs' letter that *Prime* Plaintiffs have not reached out to them.

Provider Plaintiffs have requested that Defendants provide them with additional information concerning *Prime* Plaintiffs' requests and motion to compel.  (*See* May 22, 2024 Ltr. from T. Brown at 3.)  Please confirm you do not object to Defendants providing Provider Plaintiffs with the requested document requests, correspondence and briefing to the Discovery Referee on this issue.  We note that Defendants did not tell Provider Plaintiffs that the *Prime* Plaintiffs would not consent to Defendants providing these materials to them, but only that the briefing to the Discovery Referee was not publicly filed and Defendants could not agree to send Provider Plaintiffs a copy without obtaining the *Prime* Plaintiffs' consent.  We are, of course, happy to send the requested materials to Provider Plaintiffs, so long as you agree that we may do so.

Regards,

Jay

**Jay Schaefer**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1936
jschaefer@cravath.com

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.