FILED

2024 Jun-28  PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit L

**Subject:**         FW: VHS Liquidating Trust v. Blue Cross of California - Defendant expert reports

**From:** Daniel Ottaunick (via Prime_JDG list) <Prime_JDG@lists.cravath.com>
**Sent:** Friday, June 28, 2024 3:37 PM
**To:** Steve Vieux <svieux@bartkolaw.com>; Lillian Grossbard <lgrossbard@cravath.com>
**Cc:** Marisa Livesay <mlivesay@bartkolaw.com>; Brittany N. DeJong <bdejong@bartkolaw.com>;
prime_jdg@lists.cravath.com
**Subject:** RE: VHS Liquidating Trust v. Blue Cross of California - Defendant expert reports

Known External (prime_jdg@lists.cravath.com)

Report This Email  FAQ

Steve,

Defendants cannot simply reproduce the MDL expert reports, because, as responsive reports, they contain confidential information of Subscriber Plaintiffs, Provider Plaintiffs and non-parties.  As you know, the MDL Protective Order prohibits Defendants from producing materials belonging to other parties absent their consent or a court order.  Upon receiving Judge Kleinberg's recommendation, Defendants promptly provided notice to the affected MDL Plaintiffs and non-parties.  Provider Plaintiffs objected to Defendants producing any of Providers' confidential information, including within Defendants' own expert reports, and that issue is now before the MDL Court on Provider Plaintiffs' motion.  Subscriber Plaintiffs are in the process of reviewing the reports that include their confidential information to evaluate whether they will consent to the disclosure of that information.  And as we previously informed you, most non-parties have not consented to having their materials produced.  Thus, Defendants are still in the process of identifying what information will need to be redacted from the produced copies of the reports to ensure they comply with the MDL Protective Order and it is very unlikely that process—including receipt of the MDL Court's order providing guidance on these issues—will be completed by July 3.  There is no issue to bring to the Discovery Referee.

Best,

Dan

**Daniel L. Ottaunick**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1687
dottaunick@cravath.com

**From:** Steve Vieux <svieux@bartkolaw.com>
**Sent:** Thursday, June 27, 2024 9:04 PM
**To:** Daniel Ottaunick <dottaunick@cravath.com>; Lillian Grossbard <lgrossbard@cravath.com>
**Cc:** Marisa Livesay <mlivesay@bartkolaw.com>; Brittany N. DeJong <bdejong@bartkolaw.com>;
prime_jdg@lists.cravath.com
**Subject:** RE: VHS Liquidating Trust v. Blue Cross of California - Defendant expert reports

Counsel:

Please produce Defendants' expert reports from the MDL by the close of business on Wednesday, July 3. As a reminder, Judge Kleinberg recommended that Defendants provide the MDL expert reports "without further delay" in his April 25 ruling. It should not be burdensome to produce these materials in light of the fact they were previously produced in the MDL. While we understand that the MDL provider plaintiffs have objected to the production of their expert reports, Defendants should produce their own expert materials from the MDL as soon as possible, in accordance with your agreement to do so in May.

Should you choose not to produce your own MDL expert materials by Wednesday, July 3, Plaintiffs will be forced to seek assistance from the Discovery Referee.

Thank you,

Steve



**Steve Vieux**
**Senior Counsel, Bartko LLP**

✆ (415) 291-4513   ⊕ bartkolaw.com
✉ svieux@bartkolaw.com
⊚ One Embarcadero Ctr., Suite 800, San Francisco, CA 94111

**Confidentiality and Privilege.** This e-mail message, including attachments, is intended solely for review by the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Review by anyone other than the intended recipient(s) shall not constitute a waiver of any ATTORNEY-CLIENT PRIVILEGE or ATTORNEY WORK PRODUCT PROTECTION that may apply to this communication. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

**Tax Advice Disclosure.** Based on current IRS rules and standards, any tax information or written tax advice contained in this email message, including attachments, is not intended to and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.