FILED

2024 Jul-03  PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

Hon. James P. Kleinberg (Ret.)
Discovery Referee
JAMS
160 West Santa Clara Street, Suite 1600
San Jose, CA 95113
Telephone: (408) 288-2240
Jessika Lee, Case Manager
jlee@jamsadr.com
Telephone: (408) 346-0767

## SUPERIOR COURT, STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

VHS LIQUIDATING TRUST, et.al.,          )
                                        )   Case No.: RG21106600
          Plaintiffs,                   )
                                        )
vs.                                     )   JAMS Ref. No. 1110029231
                                        )
                                        )
BLUE CROSS OF CALIFORNIA, et.al.,       )   REFEREE'S RECOMMENDATIONS
                                        )   RE: OUTSTANDING ISSUES AND
                                        )   CASE CALENDAR
          Defendants.                   )
_____)

### SUMMARY OF PENDING MOTIONS AND ISSUES

The Referee is struck by two facts pertaining to this litigation: both sides are represented by some of the nation's pre-eminent law firms and the volume of material sought and produced in discovery is enormous, by any standard. The Referee believes counsel are up to this challenge.

The following list of discovery issues seems to be the most pressing at this time:

    a.  "Vendor security requirements," aka "VSR":

The extensive briefing by both sides on this issue may be summarized as follows: Vendor security requirements help identify profiled, inherent, and residual risks associated with working with third and fourth parties. These security assessments include processes that help identify

REFEREE'S RECOMMENDATIONS RE: CASE CALENDAR

1

the types of vendor risk, their risk criteria, categorize vendors by risk level, and devise a risk management plan. *Per*: National Academies Press, Washington, D.C.

The Referee recommends that the better, albeit the more conservative course, should be that all experts and law firms that house any part of the data are "hosting." As such, VSR should be complied with. The Defendants' Brief of May 10, 2024 at pages 2-5 spells out in detail who and why different parties should be bound. See Referee's Recommendation of April 30, 2024 at p.2.

b.  Role and impact of the MDL proceeding:

The Referee has considered the potential impact of the MDL proceeding in the U.S. District Court in Alabama. Plaintiffs elected not to proceed to litigate in the MDL. The MDL Protective Order allows for the production of materials from the MDL as long as a court of competent jurisdiction (including commercial and government) orders the production. The Superior Court of California, County of Alameda qualifies as such a court and materials produced in the MDL proceeding which are relevant may, and should be, produced in this case as well. It is well established in state and federal courts that discovery and factual presentations made in one case may be introduced in a subsequent proceeding. Whether such materials are barred by privilege or are duplicative and wasteful of time are issues for the Superior Court to decide, as it does in many cases. The Referee notes that this litigation has already been the source of thousands of pages of discovery,[1] and it behooves counsel to make a genuine effort to avoid overdoing this process. But the Referee is also persuaded by the Plaintiffs' assertion at Page 2 of their Reply dated April 19, 2024 that the MDL plaintiffs brought class actions on behalf of *nationwide* classes which undercuts the argument that expert reports are limited to the Alabama market and therefore cannot be of use in this case.

The Referee concludes and recommends that Plaintiffs' Motion to Compel Defendants to produce expert reports and other material from the MDL litigation be granted. See, Plaintiffs' Motion to Compel dated March 29, 2024 and Plaintiffs' Reply of April 19, 2024, and the Declaration of Marisa C. Livesay, Esq., one of Plaintiffs' counsel, dated March 29, 2024 including exhibits thereto.

In summary, Plaintiffs' requests for production from third-party insurers, expert reports, and other material from the MDL litigation must be complied with no later than September 13, 2024, which is a previously agreed upon production date.

//

---

[1] Defendants assert they "are already producing tens of millions of documents and enormous quantities of data from the MDL ---." Defendants' April 12, 2024 Opposition to Plaintiff's Motion to Compel at 2.

REFEREE'S RECOMMENDATIONS RE: CASE CALENDAR

2

c. Defendants' Requests for Production Nos. 26 and 32

Defendants' RFP No. 26 requests all documents relating to negotiations with any insurer, (including commercial and government) regarding the terms of any current or prospective contract, and RFP No. 32 seeks documents that identify those insurers Plaintiffs did not contract with, and the reasons why. As pointed out in the Declaration of Roxanne I. Kraft, Assistant General Counsel – Litigation for Plaintiff Prime Healthcare, of April 12, 2024 ¶¶ 7-10, these Requests are "extremely broad" and burdensome. Plaintiffs' Opposition of June 14, 2024 at pages 4 and 5, made a proposal which, in theory, seems a reasonable solution. On the other hand, Defendants' Brief of May 31, 2024 is particularly persuasive. See, Pages 1-3. The Referee believes that a deadline for this process is appropriate, and September 13, 2024 is proposed. But production must be ongoing well before that date.

d. Requests for Production and Special Interrogatories ("SROG")

The Referee made Recommendations on May 6, 2024 and Plaintiffs were granted additional time to respond to RFP No. 59 and SROG No. 7 within which to comply. Any and all May 6, 2024 Recommendations granting additional time should now be revoked and Plaintiffs should be held to comply with all of these discovery requests by September 13, 2024. Further, Plaintiffs should not be permitted to use this additional time to delay search term negotiations or Plaintiffs' searches in response to RFP No. 26.

e. RFP No. 34

This RFP seeks Plaintiffs' net profit or loss on total services for Blue versus non-Blue subscribers. Prime states it does not track profits and losses as Defendants requested. VHS offers it will investigate whether Verity tracked this information, Plaintiffs Opposition Brief of June 14, 2024 at page 5. This response is satisfactory,

f. Defendants' Motion to Strike Plaintiffs' unauthorized proposed order

Three days after the filing of responsive briefs, Plaintiffs filed a six-page document entitled "Referee's Recommendations and [Proposed] Order." Defendants objected to this unauthorized filing. The Referee finds the parties' briefs are sufficient regarding the issues raised and has not relied upon Plaintiffs' unauthorized order as controlling.

**FURTHER RECOMMENDATIONS**

The Referee encourages designated trial counsel to meet and confer, in person if possible, within a week post-Court order to review the overall status of discovery in this case. A suggestion:

REFEREE'S RECOMMENDATIONS RE: CASE CALENDAR

3

both sides should construct a joint list of what the issues at trial will be, and how those will be proven or disproven. Presumably counsel who have participated in the MDL proceeding have already done so. And, as requested by Defendants in their Brief at page 7 dated May 31, 2024:

In addition to other steps mandated above Plaintiffs shall:

1.  Proceed immediately to negotiate search terms designed to identify for production negotiating documents responsive to RFP No. 26;

2.  Produce documents or data that are sufficient to show Plaintiffs' annual net profit or loss on total services for Blue members versus non-Blue members responsive to RFP No, 34;

3.  Use search terms to identify responsive documents for production in addition to formal analyses responsive to RFP Nos. 40-41.

Further, all of the documents called for in the discovery briefs and referenced in these recommendations should be produced promptly and  by September 13, 2024 at the latest.

Dated: June **28**, 2024

Respectfully submitted:

_____
Hon. James P. Kleinberg (Ret.)
Referee

REFEREE'S RECOMMENDATIONS RE: CASE CALENDAR

4

## <u>PROOF OF SERVICE BY E-Mail</u>

Re: VHS Liquidating Trust, et al. vs. Blue Cross of California dba Anthem Blue Cross, et al.
Reference No. 1110029231

      I, Jesika Lee, not a party to the within action, hereby declare that on  June 28, 2024, I served the attached Referee's Recommendations Re: Outstanding Issues and Case Calendar on the parties in the within action by electronic mail at San Jose, CALIFORNIA, addressed as follows:

Patrick M. Ryan Esq.
Marisa C. Livesay
Brittany N. DeJong
Bartko LLP
One Embarcadero Center
Suite 800
San Francisco, CA   94111
Phone: 415-956-1900
pryan@bzbm.com
mlivesay@bzbm.com
bdejong@bzbm.com
   Parties Represented:
   Prime Healthcare Foundation, Inc.
   Prime Healthcare Management, Inc.
   Prime Healthcare Services, Inc.
   VHS Liquidating Trust

Steve Vieux Esq.
Bartko LLP
One Embarcadero Center
Suite 800
San Francisco, CA   94111
Phone: 415-956-1900
svieux@bartkolaw.com
   Parties Represented:
   Prime Healthcare Foundation, Inc.
   Prime Healthcare Management, Inc.
   Prime Healthcare Services, Inc.
   VHS Liquidating Trust

Christopher J. Kelly Esq.
Mayer Brown LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA   94306-2112
Phone: 650-331-2035
cjkelly@mayerbrown.com
   Parties Represented:
   Blue Cross Blue Shield Association
   Blue Cross Blue Shield of Arizona
   Blue Cross and Blue Shield of Alabama
   Blue Cross and Blue Shield of Florida
   Blue Cross and Blue Shield of Massachusetts,
   Blue Cross and Blue Shield of North Carolina
   BlueCross BlueShield of Tennessee
   California Physicians' Service
   CareFirst BlueChoice, Inc.

Karin A. DeMasi Esq.
Ms. Lauren Kennedy
David H. Korn Esq.
Cravath, Swaine & Moore LLP
Two Manhattan West
375 9th Ave
New York, NY   10001
Phone: 212-474-1000
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
   Parties Represented:
   Blue Cross Blue Shield Association
   Blue Cross Blue Shield of Arizona
   Blue Cross and Blue Shield of Alabama
   Blue Cross and Blue Shield of Florida
   Blue Cross and Blue Shield of Massachusetts,

Carefirst of Maryland, Inc
Caring for Montanans fka BlueCross BlueShiel
Group Hospitalization and Medical Services,
GuideWell Mutual Holding Corp
Hawaii Medical Service Association dba BCBS
Health Care Service Corporation
Triple-S Management Corporation
Triple-S Salud
Wellmark of South Dakota dba Wellmark BCBS o
Wellmark, Inc. dba Wellmark BlueCross BlueSh

Blue Cross and Blue Shield of North Carolina
BlueCross BlueShield of Tennessee
California Physicians' Service
CareFirst BlueChoice, Inc.
Carefirst of Maryland, Inc
Caring for Montanans fka BlueCross BlueShiel
Group Hospitalization and Medical Services,
GuideWell Mutual Holding Corp
Hawaii Medical Service Association dba BCBS
Health Care Service Corporation
Triple-S Management Corporation
Triple-S Salud
Wellmark of South Dakota dba Wellmark BCBS o
Wellmark, Inc. dba Wellmark BlueCross BlueSh

Desmond Hogan Esq.
Elizabeth A. Jose
Hogan Lovells US LLP
555 13th St., NW
Washington, DC   20004
Phone: 202-637-5600
desmond.hogan@hoganlovells.com
elizabeth.jose@hoganlovells.com
   Parties Represented:
   Anthem Inc. f/k/a Wellpoint, Inc.
   Aware Integrated, Inc.
   BCBSM Inc. dba Blue Cross Blue Shield of Min
   Blue Cross & Blue Shield of Rhode Island
   Cambia Health Solutions, Incorporated
   Horizon Healthcare Services, Inc.dba Horizon
   Louisiana Health Service and Indemnity dba B
   Regence Blue Cross Blue Shield of Oregon
   Regence Blue Cross Blue Shield of Utah
   Regence Blue Cross Blue Shield of Washington

Jennifer B. Fisher Esq.
Jessica Huang
Goodwin Procter LLP
Three Embarcadero Center
28th Floor
San Francisco, CA   94111
Phone: 415-733-6000
jfisher@goodwinlaw.com
jhuang@goodwinlaw.com
   Parties Represented:
   Caring for Montanans fka BlueCross BlueShiel
   Health Care Service Corporation
   Highmark BCBSD, Inc. dba Highmark BCBS Delaw
   Highmark Blue Cross Blue Shield
   Highmark Inc.
   Highmark West Virginia, Inc.

Mark E. McKane Esq.
Michael Esser Esq.
Kirkland & Ellis LLP
555 California St.
San Francisco, CA   94104
Phone: 415-439-1400
mark.mckane@kirkland.com
michael.esser@kirkland.com
   Parties Represented:
   Caring for Montanans fka BlueCross BlueShiel

Jeffrey J. Zeiger Esq.
Keith Holt Esq.
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL   60654
Phone: 312-862-2000
jzeiger@kirkland.com
keith.holt@kirkland.com
   Parties Represented:
   Caring for Montanans fka BlueCross BlueShiel

Health Care Service Corporation
Highmark BCBSD, Inc. dba Highmark BCBS Delaw
Highmark Blue Cross Blue Shield
Highmark Inc.
Highmark West Virginia, Inc.

Carl S. Burkhalter Esq.
Maynard Nexsen
1901 Sixth Ave. North
Suite 1700
Birmingham, AL   35203
Phone: 205-254-1000
cburkhalter@maynardcooper.com
   Parties Represented:
   Blue Cross Blue Shield of Alabama

Lillian S. Grossbard Esq.
Daniel L. Ottaunick
Elizabeth S. Rozbruch
Cravath, Swaine & Moore LLP
Two Manhattan West
375 9th Ave
New York, NY   10001
Phone: 212-474-1000
lgrossbard@cravath.com
dottaunick@cravath.com
lroston@cravath.com
   Parties Represented:
   Blue Cross Blue Shield Association
   Blue Cross Blue Shield of Arizona
   Blue Cross and Blue Shield of Alabama
   Blue Cross and Blue Shield of Florida
   Blue Cross and Blue Shield of Massachusetts,
   Blue Cross and Blue Shield of North Carolina
   BlueCross BlueShield of Tennessee
   California Physicians' Service
   CareFirst BlueChoice, Inc.
   Carefirst of Maryland, Inc
   Caring for Montanans fka BlueCross BlueShiel
   Group Hospitalization and Medical Services,
   GuideWell Mutual Holding Corp
   Hawaii Medical Service Association dba BCBS
   Health Care Service Corporation
   Triple-S Management Corporation
   Triple-S Salud

Health Care Service Corporation
Highmark BCBSD, Inc. dba Highmark BCBS Delaw
Highmark Blue Cross Blue Shield
Highmark Inc.
Highmark West Virginia, Inc.

Pamela B. Slate Esq.
Hill Carter Franco Cole & Black, P.C.
425 South Perry Street
Montgomery, AL   36104
Phone: (334) 834-7600
pslate@hillhillcarter.com
   Parties Represented:
   Blue Cross Blue Shield of Alabama

Samuel Yergin
Hogan Lovells US LLP
8350 Broad St.
17th Floor
Tysons, VA   22102
Phone: 703 610 6100
samuel.yergin@hoganlovells.com
   Parties Represented:
   Anthem Inc. f/k/a Wellpoint, Inc.
   Aware Integrated, Inc.
   BCBSM Inc. dba Blue Cross Blue Shield of Min
   Blue Cross & Blue Shield of Rhode Island
   Cambia Health Solutions, Incorporated
   Horizon Healthcare Services, Inc.dba Horizon
   Louisiana Health Service and Indemnity dba B
   Regence Blue Cross Blue Shield of Oregon
   Regence Blue Cross Blue Shield of Utah
   Regence Blue Cross Blue Shield of Washington

Wellmark of South Dakota dba Wellmark BCBS o
Wellmark, Inc. dba Wellmark BlueCross BlueSh

Amber M. Trincado Esq.
Hogan Lovells US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA   94111
Phone: 415-374-2300
amber.trincado@hoganlovells.com
   Parties Represented:
   Anthem Inc. f/k/a Wellpoint, Inc.
   Aware Integrated, Inc.
   BCBSM Inc. dba Blue Cross Blue Shield of Min
   Blue Cross & Blue Shield of Rhode Island
   Cambia Health Solutions, Incorporated
   Horizon Healthcare Services, Inc.dba Horizon
   Louisiana Health Service and Indemnity dba B
   Regence Blue Cross Blue Shield of Oregon
   Regence Blue Cross Blue Shield of Utah
   Regence Blue Cross Blue Shield of Washington

Brhan A. Ahmed
Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA   90067
Phone: 310-785-4600
brhan.ahmed@hoganlovells.com
   Parties Represented:
   Anthem Inc. f/k/a Wellpoint, Inc.
   Aware Integrated, Inc.
   BCBSM Inc. dba Blue Cross Blue Shield of Min
   Blue Cross & Blue Shield of Rhode Island
   Cambia Health Solutions, Incorporated
   Horizon Healthcare Services, Inc.dba Horizon
   Louisiana Health Service and Indemnity dba B
   Regence Blue Cross Blue Shield of Oregon
   Regence Blue Cross Blue Shield of Utah
   Regence Blue Cross Blue Shield of Washington

John F. Cove, Jr. Esq.
Shearman & Sterling LLP
535 Mission Street
25th Floor
San Francisco, CA   94105
Phone: 415 616 1100
John.Cove@aoshearman.com
   Parties Represented:
   Blue Cross and Blue Shield of Vermont

Todd Stenerson Esq.
Brian Hauser
Shearman & Sterling LLP
401 9th Street, N.W.
Suite 800
Washington, DC   20004-2604
Phone: 202-508-8000
Todd.Stenerson@aoshearman.com
Brian.Hauser@aoshearman.com
   Parties Represented:
   Blue Cross and Blue Shield of Vermont

Rachel Mossman Zieminski
Shearman & Sterling LLP
2828 N Harwood St
18th Fl
Dallas, TX   75201
Phone: 214-271-5777
Rachel.Zieminski@aoshearman.com
   Parties Represented:
   Blue Cross and Blue Shield of Vermont

Matt L. Rotert
Nicholas B. Snavely Esq.
Redgrave LLP
230 W. Monroe St.
Suite 210
Chicago, IL   60606
Phone: 312-800-1968
mrotert@redgravellp.com
nsnavely@redgravellp.com
   Parties Represented:
   California Physicians' Service dba Blue Shie

Jason A. Zweig Esq.
Bartko LLP
1 South Wacker Drive
Floor 35
Chicago, IL   60606
jzweig@bartkolaw.com
    Parties Represented:
    Prime Healthcare Foundation, Inc.
    Prime Healthcare Management, Inc.
    Prime Healthcare Services, Inc.
    VHS Liquidating Trust

Kaitlin S. Phillips
Jay Schaefer
Nikol A. Oydanich
Cravath, Swaine & Moore LLP
Two Manhattan West
375 9th Ave
New York, NY   10001
Phone: 212-474-1000
kphillips@cravath.com
jschaefer@cravath.com
noydanich@cravath.com
    Parties Represented:
    Blue Cross Blue Shield Association
    Blue Cross Blue Shield of Arizona
    Blue Cross and Blue Shield of Alabama
    Blue Cross and Blue Shield of Florida
    Blue Cross and Blue Shield of Massachusetts,
    Blue Cross and Blue Shield of North Carolina
    BlueCross BlueShield of Tennessee
    California Physicians' Service
    CareFirst BlueChoice, Inc.
    Carefirst of Maryland, Inc
    Caring for Montanans fka BlueCross BlueShiel
    Group Hospitalization and Medical Services,
    GuideWell Mutual Holding Corp
    Hawaii Medical Service Association dba BCBS
    Health Care Service Corporation
    Triple-S Management Corporation
    Triple-S Salud
    Wellmark of South Dakota dba Wellmark BCBS o
    Wellmark, Inc. dba Wellmark BlueCross BlueSh

Abraham Cooper
Cravath, Swaine & Moore LLP
Two Manhattan West
375 9th Ave
New York, NY   10001
Phone: 212-474-1000
acooper@cravath.com
    Parties Represented:
    Blue Cross Blue Shield Association
    Blue Cross Blue Shield of Arizona
    Blue Cross and Blue Shield of Alabama
    Blue Cross and Blue Shield of Florida

Blue Cross and Blue Shield of Massachusetts,
Blue Cross and Blue Shield of North Carolina
BlueCross BlueShield of Tennessee
California Physicians' Service
CareFirst BlueChoice, Inc.
Carefirst of Maryland, Inc
Caring for Montanans fka BlueCross BlueShiel
Group Hospitalization and Medical Services,
GuideWell Mutual Holding Corp
Hawaii Medical Service Association dba BCBS
Health Care Service Corporation
Triple-S Management Corporation
Triple-S Salud
Wellmark of South Dakota dba Wellmark BCBS o
Wellmark, Inc. dba Wellmark BlueCross BlueSh

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Jose,

CALIFORNIA on  June 28, 2024.


_Jesika Lee_
_____
Jesika Lee
JAMS
JLee@jamsadr.com