FILED
2024 Jul-25 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**
**(MDL NO.: 2406)**

**Master File No.: 2:13-CV-20000-RDP**

This order relates to the Provider Track

**ORDER**

This case is **SET** for a status conference at **9:00 a.m. Pacific Time on Wednesday, August 28, 2024**, at the offices of **Kirkland & Ellis, LLP, 555 California St., 29th Floor, San Francisco, CA 94104**. In person attendees are to notify the Special Master within a week before the status conference of their intent to attend in person, and will be asked to provide identification upon entering the building. Listen-only telephone attendance will be provided to registering virtual attendees. Virtual attendees are also to notify the Special Master within a week before the status conference of their intent to attend virtually. The court, via the Special Master, will provide telephone access instructions for those attending virtually.

**On or before Friday, August 23, 2024**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

The Clerk of Court is **DIRECTED** to provide a copy of this order to counsel for Non-Parties VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc., and Prime Healthcare Management, Inc. (*See* Docs. 3146, 3148).

**DONE** and **ORDERED** this July 25, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE