FILED
2024 Aug-05  AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD** } | |
| } | **Master File No.:  2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** } | |
| **(MDL NO.: 2406)** } | This order relates to the Provider Track |
| } | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ANESTHESIA ASSOCIATES OF ANN** } | |
| **ARBOR PLLC,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| **v.** } | **Case No.:  2:23-cv-00461-RDP** |
| } | |
| **BLUE CROSS BLUE SHIELD OF** } | |
| **MICHIGAN,** } | |
| } | |
| **Defendant.** } | |

## <u>ORDER</u>

The court has informally been made aware of a discovery dispute relating to this tag-along action that was transferred into the MDL in April 2023. (Case No. 2:23-cv-00461-RDP, Doc. # 69). Therefore, this matter is **SET** for a Zoom status conference at **10:00 a.m. Central Time on Wednesday, August 21, 2024**. The court, via the Special Master, will provide a zoom link to interested parties. The parties should be prepared to discuss (1) whether and how to proceed with discovery in *Anesthesia Associates of Ann Arbor PLLC v. Blue Cross Blue Shield of Michigan,* Case No. 2:23-cv-00461-RDP, and (2) whether this individual provider action may proceed more efficiently in the transferor court than in the transferee court.

On or before Monday, August 19, 2024, interested parties may submit a summary of their position on the issues to be considered by the court and suggestions for any other matters they would like the court to address.

DONE and ORDERED this August 5, 2024.

_____
R. DAVID PROCTOR
CHIEF U.S. DISTRICT JUDGE

2