# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD** | |
| | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LIGITATION** | |
| **(MDL NO.: 2406)** | |

## MOTION BY OBJECTORS-APPELLANTS JENNIFER COCHRAN
## AND AARON CRAKER FOR RELEASE OF APPEAL BOND

Pursuant to this Court's Memorandum Opinion and Order of March 7, 2023 (Doc. No. 3035), Objectors-Appellants Jennifer Cochran and Aaron Craker ("Objectors-Appellants") posted a cash appeal bond in the principal sum of $5,000.00 with the clerk of courts in March 2023 as a condition of appealing the Court's approval of the Subscriber Class Action settlement. The Settlement became effective June 24, 2024 upon the Supreme Court's denial of the pending petitions for writs of certiorari filed by Objectors Home Depot and David Behenna. More than 14 days have passed since the settlement became effective and, upon information and belief, Plaintiffs' counsel has not served notice of taxing appeal costs. Consequently, Objectors-Appellants hereby respectfully request that the Court direct the clerk of courts to release the principal sum of $5,000 to their attorney, George W. Cochran, at the following address:

> George W. Cochran, Esq.
> 1981 Crossfield Circle
> Kent, Ohio 44240

A proposed order is attached for the court's convenience.

Respectfully submitted,

 /s/ George W. Cochran

George W. Cochran
1981 Crossfield Circle
Kent, Ohio 44240
330.607.2187 tel / 330.230.6136 fax
lawchrist@gmail.com
*Attorney for Jennifer Cochran*
*and Aaron Craker*

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ George W. Cochran
George W. Cochran

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD** | : <br> : <br> : Master File No.: 2:13-CV-20000-RDP <br> : <br> **ANTITRUST LIGITATION** : <br> : <br> : <br> **(MDL NO.: 2406)** : |

**[PROPOSED] ORDER GRANTING OBJECTORS-APPELLANTS JENNIFER COCHRAN AND AARON CRAKER'S MOTION TO RELEASE APPEAL BOND**

Upon motion of Objectors-Appellants Jennifer Cochran and Aaron Craker, and for good cause shown, the clerk is hereby directed to release their appeal bond in this matter by mailing a check payable to attorney George W. Cochran in the amount of $5,000 to the following address:

> George W. Cochran, Esq.
> 1981 Crossfield Circle
> Kent, Ohio 44240

**IT IS SO ORDERED:**

_____   _____

**JUDGE**                                                                               **DATE**