# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } |
| | } **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } |
| **(MDL NO.: 2406)** | } This order relates to the Subscriber Track |

## ORDER

This matter is before the court on the Motion by Objectors-Appellants Jennifer Cochran and Aaron Craker for Release of Appeal Bond. (Doc. # 3157). The Subscriber Class Action Settlement became effective June 24, 2024 upon the Supreme Court's denial of the pending petitions for writs of certiorari filed by Objectors Home Depot and David Behenna. As there is no further need for an appeal bond, the Motion (Doc. # 3157) is **GRANTED**.

The Clerk of Court is **DIRECTED** to release the cash bond posted by Jennifer Cochran and Aaron Craker on March 23, 2023, and draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00, payable to attorney George W. Cochran and mail the check to: George W. Cochran, Esq. 1981 Crossfield Circle Kent, Ohio 44240.

**DONE** and **ORDERED** this August 14, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE