FILED

2024 Aug-19  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **No. 2:13-cv-20000-RDP** |

| | |
|---|---|
| **ANESTHESIA ASSOCIATES OF ANN ARBOR PLLC,**<br>      **Plaintiff,**<br>**v.**<br><br>**BLUE CROSS BLUE SHIELD OF MICHIGAN,**<br>      **Defendant.** | **No. 2:23-cv-00461-RDP** |

### NON-PARTY ELEVANCE HEALTH'S
### STATEMENT ON ISSUES TO BE ADDRESSED AT
### AUGUST 21, 2024 STATUS CONFERENCE IN TAG-ALONG PROVIDER ACTION

Pursuant to the Court's Order on August 5, 2024, Elevance Health submits its position concerning *Anesthesia Associates of Ann Arbor PLLC v. Blue Cross Blue Shield of Michigan*, Case No. 2:23-cv-00461-RDP (N.D. Ala.) ("*A4 v. BCBSM*").  On March 15, 2024, A4 served Requests for Production on certain Elevance Health entities which are not defendants in the *A4* action.

Elevance Health understands BCBSM has raised a threshold question of whether A4's claims are barred by the *Love* release.  If BCBSM is correct, A4's request for information from Elevance Health is moot.  Elevance Health believes this is a gating issue that should be decided before any discovery is allowed to proceed in this action.  In addition, Elevance Health joins the position articulated in the filing made today by Blue Cross Blue Shield Association and Blue Cross Blue Shield of Florida, Inc.

Dated:  August 19, 2024

Respectfully submitted,

*/s/ E. Desmond Hogan*

E. Desmond Hogan
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
desmond.hogan@hoganlovells.com

*Counsel for Anthem, Inc., Community
Insurance Company, and Anthem Blue Cross
Blue Shield of Wisconsin*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *E. Desmond Hogan*
E. Desmond Hogan