## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>**BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br>(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to<br>Provider Track Cases** |
| **ANESTHESIA ASSOCIATES OF ANN<br>ARBOR PLLC,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**BLUE CROSS BLUE SHIELD OF<br>MICHIGAN,**<br><br>        **Defendant.** | **Case No.: 2:23-cv-00461-RDP** |

### PROVIDER PLAINTIFFS' SUBMISSION PURSUANT TO THE COURT'S AUGUST 5, 2024 ORDER

The Court has asked two questions: "(1) whether and how to proceed with discovery in *Anesthesia Associates of Ann Arbor PLLC v. Blue Cross Blue Shield of Michigan,* Case No. 2:23-cv-00461-RDP [("A4")], and (2) whether this individual provider action may proceed more efficiently in the transferor court than in the transferee court." D.E. 3153. Provider Plaintiffs address the Court's questions in turn:

1)        Provider Plaintiffs' position is that discovery in A4 is inappropriate at this time.

A4 should not be treated any differently than any other action pending in this MDL. The Court's streamlining order picked the *Conway* action pending in Alabama to proceed before all other cases:

1

> *American Electric Motor Services Inc. v. Blue Cross and Blue Shield of Alabama et al*, Case No. 2:12-cv-02169-RDP, a Subscriber case, and *Conway v. Blue Cross and Blue Shield of Alabama et al*, Case No. 2:12-cv-02532-RDP, a Provider case, are both cases which are a part of this MDL, but which were directly-filed in this court. They are also the earliest-filed cases in the MDL. Therefore, because (1) these cases were directly filed in this court, (2) they are the oldest cases in the MDL, and (3) the court has not been presented with (or itself identified) any other streamlining process, the court will issue an accelerated scheduling order applicable to discovery, class certification motions, *Daubert* motions, and dispositive motions in these two directly-filed cases…
>
> This is the plan; there is not an alternative plan.

D.E. 469 at 5-6. Counsel for Subscribers, including Boies Schiller, argued for the entry of this Order. *Id.* at 4.

As the Court is aware, because of this Order, no scheduling order for any Provider case other than *Conway*, has been entered by the Court.  This includes named Provider Plaintiffs who filed their cases years before A4 and have been stayed ever since.  Inviting open discovery in these cases, at this time, is in the judgment of Provider Co-Lead Counsel, not the best use of the Court's, or Provider Plaintiff counsel's time.  It is particularly inopportune for an action filed over eight years after the *Conway* case (and several others), and literally the last case to join the MDL, to jump the line and disrupt the activity of the case that parties have been working to get to conclusion for twelve years. A4 has already created a mild disruption of the Provider Track.  Opening discovery in A4 (or the tag-alongs generally) would certainly cause a far greater one. There are numerous important issues being litigated in the lead case.

This Court has given Provider Co-Lead Counsel the authority to determine which discovery is appropriate and who should have access to it.  D.E. 61 at 3-4. ("Interim Co-Lead Class Counsel SHALL generally be responsible for … [d]irecting, coordinating, and conducting discovery on behalf of Plaintiffs, including working with Defense Counsel to develop appropriate electronic discovery protocols, serving and responding to written discovery, and conducting the

examination of deponents; coordinating the activities for their respective tracks during pretrial proceedings," including "ensur[ing] the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort.") With this authority, it is the opinion of Co-Lead Counsel that it is not in the interest of order and efficiency in the Provider Track for any discovery in the tag-along actions to be undertaken at this time. Given the other work that must be accomplished in the Provider Track, the Court should simply reinforce the authority of Provider Track Co-Lead Counsel to make this determination and order the A4 Plaintiffs to wait their turn. In the Subscriber Track cases, no separate discovery occurred in the tag-along actions until after the final approval of the settlement.

As a technical matter, it does not appear this Court has entered any scheduling order in the A4 case and there are no pending deadlines. The discovery plan filed by the parties in the Michigan court (although it is unclear if it was entered by the Michigan court) was based on a fall 2022 trial date, with discovery to be complete in February 2022. Whether entered by the Michigan court or not, it is clear those deadlines were not met. In this Court, the parties have not provided many of documents required by Rule 26(f). There appear to be no active deadlines in the A4 case (which would make sense if they are functionally stayed by the streamlining order) and therefore there is simply no reason this issue must be dealt with now. As with the other tag-along actions, A4 should wait its turn for the streamlined action *Conway* action to reach conclusion. If A4 wishes to proceed with formal discovery in its case, and if the Court thinks it wise, it seems the first step would be to undertake the process of developing a proposed discovery schedule and other attendant reports (to be reviewed by Providers Co-Lead Counsel) and ask the Court for a scheduling order with reasonable deadlines. If the Court were so inclined, it may make more sense for a broader discussion of how to handle discovery in *all* the tag-along actions, not just A4, to begin now so

3

that the Court could consider whether that discovery should happen in this Court at all and, if so, develop a procedure for that discovery to proceed at an appropriate stage.

If the Court were inclined to let A4 take discovery, as has been discussed with respect to other cases, the documents at issue have been sought, reviewed and maintained at considerable expense in time and money to the Provider Plaintiffs and their counsel. The Special Master is keenly aware of the costs of the maintenance of these materials for many years, and any tag-along plaintiff who now wants access to them must share in the cost of maintaining them for several years and in any additional costs related to their reproduction or access.  If A4 receives any discovery from the Provider Plaintiffs, it must share in those costs and pay its fair share of developing, maintaining and providing those materials. Further, Provider Plaintiffs have made clear they will not be the ones to subdivide or restrict access to the Blues' productions or Third Parties based on relevance or other objections.  If the Blues want Provider Plaintiffs to share their discovery materials with tag-along plaintiffs, it cannot be done in a way that increases the costs and work of Provider Co-Lead Counsel and their designees.

Provider Plaintiffs will leave the Blues and other interested parties to discuss whether the discovery sought here is properly sought, appropriate, relevant or necessary to the A4 case.

2)      Provider Plaintiffs take no position on whether A4 may proceed more efficiently in the transferor court than here, other than the position they have previously taken with respect to the Court's previous questions regarding remand of the non-directly filed actions in the MDL.

**CONCLUSION**

Provider Plaintiffs' position is that discovery in the A4 action, other than voluntary discovery between the parties, should not occur at this time.

Dated:  August 19, 2024                                  Respectfully submitted,

*/s/ Edith M. Kallas*                                    */s/ Joe R. Whatley, Jr.*
Edith M. Kallas – ***Co-Lead Counsel***                 Joe R. Whatley, Jr. – ***Co-Lead Counsel***
WHATLEY KALLAS, LLP                                      W. Tucker Brown
152 West 57th Street                                     WHATLEY KALLAS, LLP
41st Floor                                               2001 Park Place North
New York, NY  10019                                      1000 Park Place Tower
Tel:  (212) 447-7060                                     Birmingham, AL 35203
Fax:  (800) 922-4851                                     Tel:  (205) 488-1200
Email: ekallas@whatleykallas.com                         Fax:  (800) 922-4851
                                                         Email: jwhatley@whatleykallas.com
                                                                 tbrown@whatleykallas.com

*/s/ Barry A. Ragsdale*
Barry Alan Ragsdale – ***Plaintiffs' Liaison***
***Counsel and Discovery Liaison Counsel***
Dominick Feld Hyde, PC
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL  35205
Tel:  (205) 536-8888
bragsdale@dfhlaw.com

Patrick J. Sheehan                                       Deborah J. Winegard
WHATLEY KALLAS, LLP                                      WHATLEY KALLAS, LLP
101 Federal Street                                       1068 Virginia Avenue, NE
19th Floor                                               Atlanta, GA 30306
Boston, MA 10019                                         Tel:  (404) 607-8222
Tel:  (617) 573-5118                                     Fax:  (404) 607-8451
Fax:  (617) 371-2950                                     Email: dwinegard@whatleykallas.com
Email: psheehan@whatleykallas.com

Henry C. Quillen                                         E. Kirk Wood, Jr. – ***Local Facilitating***
WHATLEY KALLAS, LLP                                      ***Counsel***
159 Middle Street, Suite 2C                              WOOD LAW FIRM LLC
Portsmouth, NH  03801                                    P. O. Box 382434
Tel:  (603) 294-1591                                     Birmingham, AL 35238
Fax:  (800) 922-4851                                     Tel:  (205) 612-0243
Email: hquillen@whatleykallas.com                        Fax:  (205) 705-1223
                                                         Email: ekirkwood1@bellsouth.net

Charles Clinton Hunter
HAYES HUNTER PC
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel:  (281) 768-4731
Fax: (713) 583-7047
Email: chunter@hayeshunterlaw.com

Aaron S. Podhurst – *Plaintiffs' Steering Committee*
Peter Prieto – *Chair, Expert Committee*
PODHURST ORSECK, P.A.
One S.E. 3rd Avenue
Suite 2300
Miami, FL  33131
Tel:  (305) 358-2800
Fax:  (305) 358-2382
Email: apodhurst@podhurst.com
          pprieto@podhurst.com

Dennis Pantazis – *Plaintiffs' Steering Committee*
Brian Clark – *Discovery Committee*
WIGGINS CHILDS PANTAZIS FISHER
 GOLDFARB
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel:  (205) 314-0500
Fax:  (205) 254-1500
Email: dgp@wcqp.com
          bclark@wcqp.com

U.W. Clemon – *Plaintiffs' Steering Committee*
U. W. Clemon, LLC
5202 Mountain Ridge Parkway
Birmingham, AL  35222
Tel: (205) 837-2898
Email: uwclemon1@gmail.com

Dennis C. Reich – *Chair, Damages Committee*
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel:  (713) 622-7271
Fax:  (713) 623-8724
Email:  dreich@rbfirm.net

J. Mark White – *Litigation Committee*
Augusta S. Dowd – *Chair, Litigation Committee*
Linda G. Flippo – *Discovery Committee*
WHITE ARNOLD & DOWD, P.C.
2001 Park Place North
Suite 1400
Birmingham, AL  35203
Tel:  (205) 323-1888
Fax:  (205) 323-8907
Email: mwhite@whitearnolddowd.com
          adowd@whitearnolddowd.com
          lflippo@whitearnolddowd.com

6

Nicholas B. Roth – *Chair, Discovery Committee*
Julia Smeds Roth – *Discovery Committee*
EYSTER KEY TUBB ROTH MIDDLETON
  & ADAMS, LLP
402 East Moulton Street, SE
Decatur, AL 35602
Tel:  (256) 353-6761
Fax:  (256) 353-6767
Email: nbroth@eysterkey.com
        jroth@eysterkey.com

David A. Balto – *Expert Committee*
THE LAW OFFICES OF DAVID A. BALTO
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel:  (202) 789-5424
Fax:  (202) 589-1819
Email: david.balto@dcantitrustlaw.com

Joey K. James – *Litigation Committee*
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel:  (256) 764-0095
Fax:  (256) 767-5705
Email: joey@bunchandjames.com

Richard S. Frankowski – *Discovery Committee*
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, AL  35233
Tel:  (205) 390-0399
Fax: (205) 390-1001
Email: richard@frankowskifirm.com

Van Bunch – *Chair, Class Certification Committee*
BONNETT FAIRBOURN FRIEDMAN &
  BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel:  (602) 274-1100
Fax:  (602) 274-1199
Email: vbunch@bffb.com

Robert J. Axelrod – *Chair, Written Submissions Committee*
AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
Tel: (646) 448-5263
Fax: (212) 840-8560
Email: raxelrod39@gmail.com

W. Daniel Miles, III – *Written Submissions Committee*
BEASLEY ALLEN CROW METHVIN PORTIS
  & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel:  (800) 898-2034
Fax:  (334) 954-7555
Email: dee.miles@beasleyallen.com

Michael C. Dodge – *Expert Committee*
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel:  (972) 419-7172
Email: mdodge@gpm-law.com

John C. Davis – *Written Submissions Committee*
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel:  (850) 222-4770
Email: john@johndavislaw.net

Mark K. Gray – *Discovery Committee*
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel:  (502) 805-1800
Fax:  (502) 618-4059
Email: mgray@grayandwhitelaw.com

Stephen M. Hansen – *Class Certification Committee*
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel:  (253) 302-5955
Fax:  (253) 301-1147
Email: steve@stephenmhansenlaw.com

Harley S. Tropin – *Damages Committee*
Javier A. Lopez – *Discovery Committee*
KOZYAK TROPIN &
  THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel:  (305) 372-1800
Fax:  (305) 372-3508
Email: hst@kttlaw.com
        jal@kttlaw.com

Michael E. Gurley, Jr. – *Discovery Committee*
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel:  (205) 908-6512
Email: mgurleyjr@yahoo.com

Lynn W. Jinks, III – *Expert Committee*
Christina D. Crow – *Discovery Committee*
JINKS CROW & DICKSON, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel:  (334) 738-4225
Fax:  (334) 738-4229
Email: ljinks@jinkslaw.com
        ccrow@jinkslaw.com

Myron C. Penn – *Discovery Committee*
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel:  (334) 738-4486
Fax:  (334) 738-4432
Email: myronpenn28@hotmail.com

J. Preston Strom, Jr. – *Litigation Committee*
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel:  (803) 252-4800
Fax:  (803) 252-4801
Email: petestrom@stromlaw.com

C. Wes Pittman – *Settlement Committee*
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue
Panama City, FL 32401
Tel:  (850) 784-9000
Fax:  (850) 763-6787
Email: wes@pittmanfirm.com

Robert B. Roden – *Litigation Committee*
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel:  (205) 933-8383
Fax:  (205) 933-8386
Email: rroden@shelbyroden.com

Gary E. Mason – *Class Certification Committee*
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DC 20036
Tel:  (202) 429-2290
Fax:  (202) 640-1160
Email: gmason@wbmllp.com

Michael L. Murphy – *Discovery Committee*
BAILEY GLASSER LLP
910 17th Street, NW, Suite 800
Washington, DC  20006
Tel:  (202) 463-2101
Fax: (202) 463-2103
Email: mmurphy@baileyglasser.com

Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel:  (719) 471-1984
Fax:  (719) 577-4356
Email: lance@searsassociates.com

Thomas V. Bender – *Discovery Committee*
Dirk L. Hubbard
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Tel:  (816) 421-0700
Email:  tbender@hab-law.com
          dhubbard@hab-law.com

Gregory S. Cusimano – *Litigation Committee*
CUSIMANO, ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL  35901
Phone: (256) 543-0400
Fax: (256) 543-0488
Email:  greg@alalawyers.net

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel:  (320) 289-2363
Fax:  (320) 289-2369
Email: brian@wojtalewiczlawfirm.com

Archie C. Lamb, Jr.
ARCHIE LAMB & ASSOCIATES, LLC
301 19th Street North, Suite 585
The Kress Bldg.
Birmingham, AL 35203-3145
(205) 458-1210
Email: alamb@archielamb.com

Paul Lundberg
LUNDBERG LAW, PLC
600 4TH Street, Suite 906
Sioux City, IA  51101
Tel:  (712) 234-3030
Fax:  (712) 234-3034
Email:  paul@lundberglawfirm.com

Jessica Dillon
Ray R. Brown
Molly Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK  99501
Tel:  (907) 277-5400
Fax:  (907) 277-9896
Email:  Jessica@dillonfindley.com
          Ray@dillonfindley.com
          Molly@dillonfindley.com

Cynthia C. Moser
HEIDMAN LAW FIRM
1128 Historic 4th Street
P. O. Box 3086
Sioux City, IA  51101
Tel:  (712) 255-8838
Fax  (712) 258-6714
Email:  Cynthia.Moser@heidmanlaw.com

Gwen Simons
Simons & Associates Law, P.A.
P.O. Box 1238
Scarborough, ME 04070-1238
Tel: (207) 205-2045
Fax: (207) 883-7225
Email: gwen@simonsassociateslaw.com

10