FILED
2024 Aug-19  PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | **Master File No. 2:13-CV-20000-RDP** |
| | This document relates to the Provider Track. |
| ANESTHESIA ASSOCIATES OF ANN ARBOR PLLC, | |
| Plaintiff, | |
| v. | **Case No.: 2:23-cv-00461-RDP** |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

**STATEMENT OF NON-PARTIES BLUE CROSS BLUE SHIELD ASSOCIATION AND BLUE CROSS BLUE SHIELD OF FLORIDA ON DISCOVERY IN TAG-ALONG PROVIDER ACTION**

Non-parties to the above-captioned action (the "A4 Action"), Blue Cross Blue Shield Association ("BSCBA") and Blue Cross Blue Shield of Florida, Inc. ("Florida Blue") respectfully submit this statement ahead of the August 21, 2024 Zoom conference set in this matter (*see* MDL Dkt. 3154).

On March 15, 2024, provider MDL tag-along Plaintiff, Anesthesia Associates of Ann Arbor PLLC ("A4"), purported to serve discovery requests in the A4 Action under Federal Rule of Civil Procedure 34 on non-parties BCBSA and Florida Blue.  (*See* Decl. of Hannah L. Dwyer, Exs. 1-2, the "Requests".)  The Requests sought production of "[a]ll Documents and data previously produced by [BCBSA and Florida Blue] in discovery in [the MDL]."  (*Id.* at 2.) BCBSA and Florida Blue responded to the Requests by letter on April 15, 2024, explaining that: (1) Federal Rule of Civil Procedure 34 is not a proper vehicle for obtaining discovery from non-

parties, and thus the Requests were not effective; (2) A4 improperly circumvented the Court's

orders regarding discovery for individual actions in the MDL; and (3) the Requests were plainly

overbroad, unduly burdensome and not proportional to the needs of the case.  The parties also

met and conferred in good faith with respect to their positions, following which the Court set this

conference.

With respect to the pending disputes, BCBSA and Florida Blue respectfully

submit:

1.    Discovery in the A4 Action is premature.  As an initial matter, the non-

parties understand that A4's claims may be barred in their entirety by the releases in the

settlement agreements in *Love v. Blue Cross and Blue Shield Association, et al.*, No. 1:03-cv-

21296-FAM (S.D. Fla.).  No discovery is appropriate until this threshold issue is resolved.

2.    Further, even assuming any of A4's claims should proceed to discovery,

Plaintiff has not served proper discovery on BCBSA or Florida Blue, which are non-parties to

the A4 Action.  As such, A4 may only seek documents from BCBSA and Florida Blue through a

Rule 45 subpoena, with all the protections afforded to non-parties.  (*See* MDL Dkt. 2328 at 2

("Rule 45 protects non-parties who are subpoenaed . . . from the undue burden and expense

imposed by such production." (citations omitted)); Fed. R. Civ. P. 45(d)(1) ("A party or attorney

responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing

undue burden or expense on a person subject to the subpoena.  The court for the district where

compliance is required must enforce this duty and impose an appropriate sanction—which may

include lost earnings and reasonable attorney's fees—on a party or attorney who fails to

comply.").)

3.    Finally, any discovery sought in the A4 Action must comply with the Court's Orders regarding MDL discovery.  (*See* MDL Dkt. 3049 at 1.)  Accordingly, A4 is required to work through the Plaintiffs' Steering Committee—which has been charged with "[d]irecting, coordinating, and conducting discovery on behalf of Plaintiffs, including working with Defense Counsel"—to obtain the discovery A4 seeks.  (MDL Dkt. 61 at 4.)  Deference should therefore be given to the Plaintiffs' Steering Committee with respect to the appropriateness of A4 discovery, should the case proceed to that point.

Dated:  August 19, 2024

Respectfully submitted,

*/s/ Hannah L. Dwyer*
Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
Hannah Dwyer
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com
hdwyer@cravath.com

*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Florida, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Hannah L. Dwyer*
Hannah L. Dwyer