FILED
2024 Aug-19  PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>This document relates to the Provider Track. |

| | |
|---|---|
| **ANESTHESIA ASSOCIATES OF ANN ARBOR PLLC,**<br><br>        **Plaintiff,**<br>**v.**<br><br>**BLUE CROSS BLUE SHIELD OF MICHIGAN,**<br><br>        **Defendant.** | **Case No.: 2:23-cv-00461-RDP** |

**DECLARATION OF HANNAH L. DWYER IN SUPPORT OF STATEMENT OF NON-PARTIES BLUE CROSS BLUE SHIELD ASSOCIATION AND BLUE CROSS BLUE SHIELD OF FLORIDA, INC. ON DISCOVERY IN TAG-ALONG PROVIDER ACTION**

I, HANNAH L. DWYER, declare:

1.      I am an Associate at the law firm Cravath. Swaine and Moore LLP, counsel of record for Blue Cross Blue Shield Association ("BSCBA") and Blue Cross Blue Shield of Florida, Inc. ("Florida Blue").

2.      I am a member in good standing of the bar of the State of New York and have been admitted to this Court *pro hac vice*.  I respectfully submit this declaration in support of Defendants' Statement of Non-Parties Blue Cross and Blue Shield Association and Blue Cross Blue Shield of Florida, Inc. on Discovery in Tag-Along Provider Action.

3.      The following documents are attached as Exhibits hereto:

a.      Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff Anesthesia Associates of Ann Arbor, PLLC's First Request for Production of Documents to Blue Cross Blue Shield of Florida, Inc.

b.      Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Anesthesia Associates of Ann Arbor, PLLC's First Request for Production of Documents to Blue Cross Blue Shield Association.

I declare under penalty of perjury that the forgoing is true and correct.

Dated:  August 19, 2024

Respectfully submitted,

*/s/ Hannah L. Dwyer*
Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
Hannah Dwyer
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com
hdwyer@cravath.com

*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Hannah L. Dwyer*
Hannah L. Dwyer