FILED

2024 Aug-19 PM 06:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | **Master File No. 2:13-CV-20000-RDP**<br><br>This document relates to *Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, Case No. 2:23-cv-00461-RDP |

## PLAINTIFF ANESTHESIA ASSOCIATES OF ANN ARBOR, PLLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO BLUE CROSS BLUE SHIELD ASSOCIATION

Plaintiff Anesthesia Associates of Ann Arbor, PLLC by and through its undersigned counsel, propounds Plaintiff's First Request for Production of Documents to Blue Cross Blue Shield Association (the "Request") pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Case Management and Discovery Order No. 7 (ECF 356).  The responses are due within thirty days from the date of service.

## I.    INSTRUCTIONS AND DEFINITIONS

1.    These instructions incorporate by reference any instructions set forth in in the Local Rules of the United States District Court for the Northern District of Alabama and the Federal Rules of Civil Procedure**.**

2.    The Request should be read as broadly as permitted by the Federal Rules of Civil Procedure.

3.    This Request is deemed to be continuing.  If, after producing these Documents, you obtain or become aware of any further information, Documents, things, or information responsive

to this Request, you are required to so state by supplementing your responses and producing such additional Documents to Plaintiff.

4.      The words and phrases used in the Request shall have the meanings ascribed to them under the Federal Rules of Civil Procedure, unless otherwise stated. All definitions herein include both the singular and plural.

5.      "Document" means any kind of written, recorded, or graphic matter, including writings, drawings, graphs, charts, photographs, audio records, and other data compilations from which information can be obtained. The term "document" also includes any information and data stored electronically, including, but not limited to facsimile, email, text messages, computer storage devices, computer or email backup systems, disaster recovery backup systems, network drives, desktop drives, removable/rewritable media, smart phones, personal data assistants, and all associated metadata. The term "document" includes communications however stored. The term "document" also includes all originals, copies (with or without notes or changes), and drafts of any document.

6.      "Proceedings" means *In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406.

7.      "Blue Cross Blue Shield Association" means the party in these Proceedings Blue Cross Blue Shield Association, including its subsidiaries, officers, directors, agents, employees, counsel, and anyone else acting as a representative of, or on behalf of, the Blue Cross Blue Shield Association.

## II.      <u>REQUEST FOR PRODUCTION</u>

1.      All Documents and data previously produced by Blue Cross Blue Shield Association in discovery in these Proceedings.

Dated: March 15, 2024

<div style="margin-left:auto; width:60%;">

*/s/ David Barillari*
BOIES SCHILLER FLEXNER LLP
Jonathan Schiller, Esq.
David Barillari, Esq.
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com
dbarillari@bsfllp.com


*Counsel for Anesthesia Associates of Ann Arbor, PLLC*

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2024 a true and correct copy of the foregoing has been electronically served on the below counsel for Blue Cross Blue Shield Association via email.

<u>*/s/ David Barillari*</u>

David Barillari

**SERVICE LIST:**

Karen DeMasi (kdemasi@cravath.com)

Evan Chesler (echesler@cravath.com)

Lauren Kennedy (lkennedy@cravath.com)

David Korn (dkorn@cravath.com)

Kimberly R. West (kwest@wallacejordan.com)

Mark M. Hogewood (mhogewood@wallacejordan.com)