FILED
2024 Aug-21  AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | **}** | |
| **IN RE:  BLUE CROSS BLUE SHIELD** | **}** | |
| | **}** | **Master File No.:  2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | This order relates to the Provider Track |
| | **}** | |
| | | |
| **ANESTHESIA ASSOCIATES OF** | **}** | |
| **ANN ARBOR PLLC,** | **}** | |
| | **}** | |
| **Plaintiff,** | **}** | |
| | **}** | |
| **v.** | **}** | **Case No.:  2:23-cv-00461-RDP** |
| | **}** | |
| **BLUE CROSS BLUE SHIELD OF** | **}** | |
| **MICHIGAN,** | **}** | |
| | **}** | |
| **Defendant.** | **}** | |

**ORDER**

On August 21, 2024, the court conducted a Zoom status conference in these cases. As a result of matters occurring on the record during that conference, it is **ORDERED** as follows:

1. **On or before September 20, 2024**, Plaintiff **SHALL** file a second amended complaint consistent with Judge Berg's prior orders that sets forth Plaintiff's remaining claims in one document;

2. **On or before October 11, 2024**, Defendant Blue Cross Blue Shield of Michigan **SHALL** file its anticipated, potentially-dispositive motion based on the releases found in the settlement agreements in *Love v. Blue Cross and Blue Shield Association, et al.* (Case No. 1:03-cv-21296-FAM (S.D. Fla.), Docs # 2221-4, 2221-6, 2221-7, 2221-8);

3. **On or before November 1, 2024**, Plaintiff **SHALL** file its response to Defendant's anticipated motion;

4. **On or before November 8, 2024**, Defendant **SHALL** file any reply in support of its motion; and

5. In anticipation of the upcoming second amended complaint and anticipated motion, counsel for A4 and BCBS-MI are encouraged to review Docs. # 2324 and # 2902 from MDL 2406, Case No. 2:13-cv-20000-RDP, and meet and confer.

**DONE** and **ORDERED** this August 21, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

2