FILED
2024 Aug-25  PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE BLUE CROSS BLUE SHIELD** | : | |
| **ANTITRUST LITIGATION** | : | **Master File 2:13-cv-20000-RDP** |
| **MDL 2406** | : | |
| | : | |
| | : | |
| | : | **This relates to the Provider Track** |
| | : | |

**SPECIAL MASTER'S REPORT REGARDING PROPOSED AGENDA FOR**
**STATUS CONFERENCE**
**ON AUGUST 28, 2024, AT 9:00 A.M. (Pacific)**

COMES NOW, your Special Master and, as requested by the Parties, and pursuant to this Court's July 25, 2024, Order (Document 3150), files this Report providing a proposed Agenda for the Court's Status Conference on August 28, 2024, at 9:00 a.m. (Pacific), before the Honorable R. David Proctor in the San Francisco, CA offices of Kirkland & Ellis, LLP, as follows:

Provider Plaintiffs' Motion to Enforce or Amend Protective Order.

Respectfully submitted this 25th day of August, 2024.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master

OF COUNSEL:

Gentle, Turner & Benson, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000 Office
(205) 960-2533 Cell Phone
egentle@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III
Court-Appointed Special Master