FILED
2024 Aug-29  PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | **}** | |
| **IN RE:  BLUE CROSS BLUE SHIELD** | **}** | |
| | **}** | **Master File No.:  2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |
| | **}** | |

**ORDER**

On August 28, 2024, the court conducted a status conference in this case. As a result of matters occurring during the status conference and discussed on the record during that conference, it is **ORDERED** as follows:

1.  Provider Plaintiffs' Motion for an Order Modifying the Protective Order (Doc. # 3135) is **GRANTED**. An Amended Supplement to Qualified Protective Order will be entered separately.

2.  Counsel in this MDL and counsel representing the plaintiffs in *VHS Liquidating Trust, et al. v. Blue Cross of California, et al*., Case No. RG21106609 (Superior Court, State of California, County of Alameda) ("the *Prime* case") **SHALL** meet and confer regarding the discovery disputes discussed during the status conference in an effort to resolve those issues by mutual agreement. **On or before September 27, 2024**, the parties to the MDL and the *Prime* parties **SHALL** file a joint report regarding the results of their meeting and conference, including their suggestions as to how to proceed to the extent any further action from the court may be necessary.

The Clerk of Court is **DIRECTED** to provide a copy of this order to counsel for Non-Parties VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc., and Prime Healthcare Management, Inc. (*See* Docs. # 3146, 3148).

**DONE** and **ORDERED** this August 29, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE