FILED
2024 Sep-10  PM 12:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | |
| | ) | **Master File No.:** |
| **ANTITRUST LITIGATION** | ) | **2:13-CV-20000-RDP** |
| **(MDL NO. 2406)** | ) | |
| | ) | |

**HOME DEPOT U.S.A., INC.'S**
**REQUEST FOR RETURN OF APPEAL BOND**

Per the Court's Memorandum Opinion and Order [Dkt. 3035] filed March 7, 2023, Home Depot Inc. paid a cash appeal bond of $5,000 into the court registry [see Dkt. 3036] as a condition of appealing the Court's approval of the Subscriber Class Action settlement. The Settlement became effective June 24, 2024 upon the Supreme Court's denial of the pending petitions for writs of certiorari. More than 60 days have passed since, and Plaintiffs' counsel has not served notice of taxing appeal costs. Accordingly, Home Depot, Inc. requests that the Court direct the Clerk to release the appeal bond amount of $5,000 to Home Depot, Inc. via payment to its attorneys at the address below:

> Bondurant Mixson & Elmore, LLP
> 1201 West Peachtree St NW
> Suite 3900
> Atlanta, GA 30309

Respectfully submitted this 10th day of September, 2024.

> */s/ Frank M. Lowrey IV*
> Frank M. Lowrey IV
> GA Bar No. 410310
> lowrey@bmelaw.com
> Ronan P. Doherty
> GA Bar No. 224885
> doherty@bmelaw.com

E. Allen Page
GA Bar No. 640163
page@bmelaw.com
BONDURANT MIXSON
& ELMORE, LLP
1201 West Peachtree St NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of September, 2024, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of

Electronic Filing to all known counsel of record.

*<u>/s/ Frank M. Lowrey IV</u>*
Frank M. Lowrey IV
GA Bar No. 410310
lowrey@bmelaw.com
BONDURANT MIXSON
& ELMORE, LLP
1201 West Peachtree St NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111