FILED
2024 Sep-10 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | This order relates to the Subscriber Track |

**ORDER**

This matter is before the court on the Request by Objector-Appellant Home Depot U.S.A., Inc. for Return of Appeal Bond. (Doc. # 3175). The Subscriber Class Action Settlement became effective June 24, 2024, upon the Supreme Court's denial of the petitions for writs of certiorari filed by Objectors Home Depot and David Behenna. As there is no further need for an appeal bond, the Request (Doc. # 3175) is **GRANTED**.

The Clerk of Court is **DIRECTED** to release the cash bond posted by Home Depot U.S.A., Inc. on March 9, 2023, and draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00, payable to attorney Frank M. Lowrey IV, and mail the check to: Frank M. Lowrey IV, Bondurant Mixson & Elmore, LLP, 1201 West Peachtree St. NW, Suite 3900, Atlanta, GA 30309.

**DONE** and **ORDERED** this September 10, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE