# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406) | Master File No.: 2:13-cv-20000-RDP <br><br> This document relates to all cases |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Michael E. Gurley, Jr. of Gurley Law Firm, LLC., counsel for Plaintiff Providers hereby serves notice to all parties that he has changed his address. The address and contact information of said counsel is as follows:

> Michael E. Gurley Jr.
> GURLEY LAW FIRM, LLC
> Post Office Box 382732
> Birmingham, AL 35238
> Telephone: (205) 538-3975
> Facsimile:   (877) 267-5245

Dated: September 27, 2024

> Respectfully submitted,
>
> */s/ Michael E. Gurley Jr*.
> Michael E. Gurley Jr.
> Gurley Law Firm, LLC
> Post Office Box 382732
> Birmingham, AL 35238
> Telephone: (205) 538-3975
> Facsimile:   (877) 267-5245
> Email: Michael@GurleyLaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 27th day of September 2024, I filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

*/s/ Michael E. Gurley Jr*.
Of Counsel