FILED
2024 Oct-07 AM 11:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| | } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | This order relates to the Provider Track |

**ORDER**

This case is before the court on the Joint Stipulation to Dismiss Claims of Plaintiffs Cason T. Hund, D.M.D., and North Jackson Pharmacy, Inc. (Doc. # 3184). In the Joint Stipulation, the parties agree that all claims brought by Plaintiffs Cason T. Hund, D.M.D., and North Jackson Pharmacy, Inc. against all Defendants in these actions shall be dismissed with prejudice in their entirety, with each party to bear that party's own costs and attorneys' fees. (*Id.*).

In light of the Joint Stipulation, it is hereby **ORDERED** that the claims of Plaintiffs Cason T. Hund, D.M.D., and North Jackson Pharmacy, Inc. against all Defendants are **DISMISSED WITH PREJUDICE**.

This dismissal shall not affect any other right, claim or cause of action which any other Plaintiff has, or may have, against any remaining Defendant.

**DONE** and **ORDERED** this October 7, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE