**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | ) ) ) ) ) ) | **Master File No.: 2:13-cv-20000-RDP**<br><br>**This document relates to all cases** |

# NOTICE OF CHANGE OF ADDRESS

COMES NOW, Michael C. Dodge of Dodge & Associates, P.C. counsel for Plaintiff Providers, and hereby serves notice to all parties he has changed his address. The address and contact information of said counsel is as follows:

Michael C. Dodge
Dodge & Associates, P.C.
Post Office Box 638
Quitman, TX 75783
Telephone and Text: (214) 683-4162
Facsimile: (903) 967-7527
Email: michaelcdodge@hotmail.com

Dated: October 8, 2024

Respectfully submitted,

*/s/ Michael C. Dodge*

Michael C. Dodge
Dodge & Associates, P.C.
Post Office Box 638
Quitman, TX 75783
Telephone and Text: (214) 683-4162
Facsimile: (903) 967-7527
Email: michaelcdodge@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 8th day of October 2024, I filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

*/s/ Michael C. Dodge*
Of Counsel