FILED

2024 Oct-10  AM 09:29
U. S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406) | ) ) Master File 2:13-CV-20000-RDP ) ) ) |

**OBJECTOR-APPELLANT DAVID G. BEHENNA'S
REQUEST FOR RELEASE OF APPEAL BOND**

Per the Court's Memorandum Opinion and Order [Dkt. 3035] filed March 7, 2023, Objector-Appellant David Behenna paid a cash appeal bond of $5,000 into the court registry [see Dkt. 3044] as a condition of appealing the Court's approval of the Subscriber Class Action settlement. The Settlement became effective June 24, 2024 upon the Supreme Court's denial of the pending petitions for writs of certiorari. More than 60 days have passed since, and Plaintiffs' counsel has not served notice of taxing appeal costs. Accordingly, I request that the Court direct the Clerk to release to me the appeal bond amount of $5,000 via payment to my attention at 155 Fleet Street, Portsmouth, NH 03801.

Respectfully submitted this 9th day of October, 2024.

David G. Behenna
*Pro Se* Objector-Appellant

155 Fleet Street
Portsmouth, NH   03801
Tel: (603) 964-4688
Fax: (603) 836-4249
dgbehenna@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, the foregoing Objector-Appellant David G. Behenna's Request for Release of Appeal Bond was served on the parties listed below via Electronic Mail or via USPS First Class Mail.

David G. Behenna

## Service via Electronic Mail

| | |
|---|---|
| Aaron G McLeod | aaron.mcleod@arlaw.com |
| Aaron S Podhurst | apodhurst@podhurst.com |
| Adam H Charnes | acharnes@ktslaw.com |
| Alan D Rutenberg | arutenberg@foley.com |
| Alan McQuarrie Mansfield | amansfield@whatleykallas.com |
| Alexander McInnis Boies | aboies@bsfllp.com |
| Alexandra Markel | amarkel@bodmanlaw.com |
| Almas Abdulla | aabdulla@zuckerman.com |
| Alyssa C Kalisky | alyssa.kalisky@kirkland.com |
| Ami Swank | ami@swank.net |
| | |
| Andrea Layne Stackhouse | layne@jonesward.com |
| Andrew Allen Lemmon | andrew@lemmonlawfirm.com |
| Andrew M Stone | astone@stone-law-firm.com |
| Andrew Phillip Campbell | andy@campbellpartnerslaw.com |
| Andrew T Campbell | todd@campbellpartnerslaw.com |
| Andrew W Hammond | ahammond@whitecase.com |
| Anna M Clark | aclark@phillipslytle.com |
| Anne Salomon | anne.salomon@kirkland.com |
| Annesley H DeGaris | ashelley@milchev.com |
| | |
| Anthony F Shelley | adegaris@degarislaw.com |
| Anthony F. Jackson | Anthony@becklawyers.com |
| Antonio M Clayton | tclaytonlaw@aol.com |
| Archibald I Grubb , II | agrubb@attorneykennugent.com |
| Archie C Lamb , Jr | alamb@archielamb.com |
| Arthur N Bailey , Jr | abailey@hausfeldllp.com |
| Arthur Patrick Fritzinger | afritzinger@cozen.com |
| Ashley M Lowe | alowe@bakerdonelson.com |
| Augusta Salem Dowd | adowd@whitearnolddowd.com |

1

| | |
|---|---|
| Barry A Ragsdale | BRagsdale@dfhlaw.com |
| | |
| Ben W Gordon, Jr | bgordon@levinlaw.com |
| Benjamin J Sweet | ben@sweetlawpc.com |
| Benjamin L Barnes | bb@bbarneslaw.com |
| Braden Beard | bbeard@hausfeld.com |
| Bradley A Wasser | brad.wasser@dcantitrustlaw.com |
| Brian C Hauser | brian.hauser@shearman.com |
| Brian E Wojtalewicz | brian@wojtalewiczlawfirm.com |
| Brian Justin Kapatkin | bkapatkin@foley.com |
| | |
| Brian K Norman | bkn@snlegal.com |
| Brian M Clark | Bclark@wigginschilds.com |
| Brooke Jones Oppenheimer | boppenheimer@axinn.com |
| Bruce C Jones | bruce@jonesandswartzlaw.com |
| Bruce F Rogers | brogers@bainbridgemims.com |
| Bryan L Clobes | bclobes@caffertyclobes.com |
| Carl S Burkhalter | cburkhalter@maynardcooper.com |
| Carl S Kravitz | ckravitz@zuckerman.com |
| Carl Wesley Pittman | wespittman@pittmanfirm.com |
| Carolyn Anne DeLone | carrie.delone@hoganlovells.com |
| | |
| Casey Langston Lott | clott@langstonlott.com |
| Cason M Kirby | cason@campbellpartnerslaw.com |
| Catherine E Stetson | cate.stetson@hoganlovells.com |
| Cavender C Kimble | ckimble@balch.com |
| Chad Dwight Hansen | chadhansen@ktslaw.com |
| Charles A. O'Brien, III | andy.obrien@bcbsla.com |
| Charles C Hunter | chunter@hayeshunterlaw.com |
| Charles D Hudson | charlie@pennandseaborn.com |
| Charles J Cooper | ccooper@cooperkirk.com |
| Charles M Thompson | CMTLAW@aol.com |
| Charles R Watkins | cwatkins@gseattorneys.com |
| Charles T Grimes | Charley@Richardson.law |
| Cheri D Green | CDGreen@bcbsms.com |
| | |
| Christa C Cottrell | ccottrell@kirkland.com |
| Christina D Crow | ccrow@jinkslaw.com |
| Christine Varney | cvarney@cravath.com |
| Christopher L Coffin | ccoffin@pbclawfirm.com |
| Christopher T Cain | cain@scottandcain.com |
| Christopher T Hellums | PDH-efiling@pittmandutton.com |
| Claudine Columbres | ccolumbres@whitecase.com |
| Clint Sargent | clint@meierhenrylaw.com |
| | |
| Craig A Hoover | craig.hoover@hoganlovells.com |

| | |
|---|---|
| Cyril V Smith, III | csmith@zuckerman.com |
| D Brian Hufford | dbhufford@zuckerman.com |
| D Kent Meyers | kent.meyers@crowedunlevy.com |
| Dale Ernest Akins | kwhite@hargray.com |
| Daniel A Small | dsmall@cohenmilstein.com |
| Daniel C Hedlund | dhedlund@gustafsongluek.com |
| Daniel E Gustafson | dgustafson@gustafsongluek.com |
| Daniel E Laytin | daniel.laytin@kirkland.com |
| Daniel Patrick Moylan | dmoylan@zuckerman.com |
| | |
| Daniel E. Phillips | dphillips@solberglaw.com |
| Daniel R Taylor , Jr | dantaylor@kilpatricktownsend.com |
| David Boies | dboies@bsfllp.com |
| David Kumagai | dkumagai@cravath.com |
| David Newmann | david.newmann@hoganlovells.com |
| David A Balto | david.balto@dcantitrustlaw.com |
| David A Coulson | coulsond@gtlaw.com |
| David F Evans | devans@hickeyevans.com |
| David J Guin | davidg@gseattorneys.com |
| David J Hodge | wparker@mkhlawyers.com |
| David J Zott | david.zott@kirkland.com |
| David M Wilkerson | dwilkerson@vwlawfirm.com |
| | |
| David S Stone | Dstone@stonemagnalaw.com |
| Davis Cooper | pdcooper@cooperkirk.com |
| Deborah J Winegard | dwinegard@whatleykallas.com |
| Debra B Hayes | dhayes@dhayeslaw.com |
| Dennis Craig Reich | DReich@reichandbinstock.com |
| Dennis G Pantazis | dgp@wigginschilds.com |
| Devin Clarke Dolive | ddolive@burr.com |
| Diane R Hazel | dhazel@foley.com |
| Dianne M Nast | dnast@nastlaw.com |
| Donald D Knowlton, II | don@alalawyers.net |
| Donna Smith Cude | dcude@saxonattorneys.com |
| | |
| Douglas A Dellaccio, Jr | ddellaccio@corywatson.com |
| Douglass C.E. Farnsley | dfarnsley@stites.com |
| E Desmond Hogan | desmond.hogan@hoganlovells.com |
| Earnest William Wotring | ewotring@bakerwotring.com |
| Edgar C Gentle, III | egentle@gtandslaw.com |
| Edgar Dean Gankendorff | egankendorff@provostylaw.com |
| Edgar R Haden | ehaden@balch.com |
| Edith M Kallas | ekallas@whatleykallas.com |
| Edward K Wood, Jr | kirk@woodlawfirmllc.com |
| Edward S Bloomberg | EBloomberg@phillipslytle.com |

3



| | |
|---|---|
| Edwin J Kilpela, Jr | ekilpela@carlsonlynch.com |
| Eirik Cheverud | cheverud.eirik.j@dol.gov |
| Elizabeth Barnett LaBauve | elizabeth.labauve@crowedunlevy.com |
| Elizabeth Pollock-Avery | eavery@carlsonlynch.com |
| Elizabeth A Jose | elizabeth.jose@hoganlovells.com |
| Ellen Meriwether | emeriwether@caffertyclobes.com |
| Ellen Ahrens Wickham | ewickham@madellaw.com |
| Emily Hawk Mills | emily@alalawyers.net |
| Emily M Yinger | emily.yinger@hoganlovells.com |
| Eric B Snyder | esnyder@baileyglasser.com |
| | |
| Eric B Swartz | eric@jonesandswartzlaw.com |
| Eric R Belin | ebelin@provostylaw.com |
| Erin E Murphy | erin.murphy@kirkland.com |
| Erin M Wilson | wilsonem@lanepowell.com |
| Evan Chesler | EChesler@cravath.com |
| Gail A McQuilkin | gam@kttlaw.com |
| Garrett D Blanchfield | g.blanchfield@rwblawfirm.com |
| Gary C Shockley | gshockley@bakerdonelson.com |
| Gary E Mason | gmason@masonllp.com |
| | |
| Gary M London | glondon@burr.com |
| Genevieve M Zimmerman | gzimmerman@meshbesher.com |
| Glen M Connor | gconnor@qcwdr.com |
| Glenn M Kurtz | gkurtz@whitecase.com |
| Grace Robinson Murphy | gmurphy@maynardcooper.com |
| Gregory L Davis | gldavis@gregdavislaw.com |
| Gregory S Cusimano | greg@alalawyers.net |
| Gustavo Adolfo Pabon Rico | pabong@reichardescalera.com |
| Gwendolyn C Payton | gpayton@kilpatricktownsend.com |
| | |
| Gwendolyn J Simons | gwen@simonsassociateslaw.com |
| H Lewis Gillis | hlgillis@meansgillislaw.com |
| Hamish P.M. Hume | hhume@bsfllp.com |
| Harley S Tropin | hst@kttlaw.com |
| Harold S Reeves | hreeves@cooperkirk.com |
| Helen Lynne Eckinger | helen.eckinger@wallerlaw.com |
| Helen E Witt | hwitt@kirkland.com |
| Henry C Quillen | hquillen@whatleykallas.com |
| Herman Watson, Jr | watson@watsonmckinney.com |
| Honor R Costello | hcostello@crowell.com |
| | |
| Hope Shemikka Marshall | hmarshall@whitearnolddowd.com |
| Irma L Netting | court@lemmonlawfirm.com |
| Irving Scher | ischer@hausfeld.com |
| J Bentley Owens, III | bowens@wefhlaw.com |

4

| | |
|---|---|
| J Mark White | mwhite@whitearnolddowd.com |
| J Michael Malone | mmalone@hendrenmalone.com |
| James A McCullough , II | jmccullough@brunini.com |
| James G Adams, Jr | jgadams@eysterkeylaw.com |
| James M Terrell | jterrell@mtattorneys.com |
| | |
| James P Carr | jcarr@yuhlcarr.com |
| James Thomas Williams , | jwilliams@BrooksPierce.com |
| James Wells Harrell | wharrell@bsfllp.com |
| Janet Brooks Holmes | janetholmes1@mac.com |
| Jarod M Taylor | jtaylor@axinn.com |
| Jason Gourley | jgourley@bodmanlaw.com |
| Jason G. Ausman | jason@ausmanlawfirm.com |
| Jason J Thompson | jthompson@sommerspc.com |
| Jason R Rathod | jrathod@wbmllp.com |
| Jason S Kilene | jkilene@gustafsongluek.com |
| Javier Asis Lopez | jal@kttlaw.com |
| | |
| Jeannine M Kenney | jkenney@hausfeld.com |
| Jeffrey J Zeiger | jeffrey.zeiger@kirkland.com |
| Jeffrey John Fowler | JFowler@omm.com |
| Jeffrey M Hahn | hahn.jeffrey.m@dol.gov |
| Jennifer Kay Van Zant | jvanzant@brookspierce.com |
| Jennifer Williams | jwilliams@gelaw.com |
| Jeny M Maier | jmaier@axinn.com |
| Jeremy D. Feinstein | jfeinstein@reedsmith.com |
| Jessica Machelle Haynes | jessi.haynes@beasleyallen.com |
| | |
| Joe R Whatley, Jr | jwhatley@whatleykallas.com |
| Joey K James | julia@bunchandjames.com |
| John Gravante, III | jgravante@podhurst.com |
| John Martin | john.martin@nelsonmullins.com |
| John Clark Davis | john@johndavislaw.net |
| John D Briggs | jdb@avhlaw.com |
| John D Saxon | jsaxon@saxonattorneys.com |
| John Doyle Nalley | johndoylenalley@hotmail.com |
| | |
| John G Schmidt, Jr | jschmidt@phillipslytle.com |
| John Gary Maynard | jgmaynard@hunton.com |
| John R Wylie | Johnw@dglawfirm.com |
| John R. Holton | JHolton@dchlaw.com |
| John Stone Campbell, III | johnstone.campbell@taylorporter.com |
| John T A Malatesta, III | jmalatesta@maynardcooper.com |
| John W Partin | will@pennandseaborn.com |
| John W Reis | jreis@foxrothschild.com |

5

| | |
|---|---|
| Jonathan Charles Little | jon@sllawfirm.com |
| Jonathan M Redgrave | jredgrave@redgravellp.com |
| Jonathan R. Voegele, Esq | jvoegele@bsfllp.com |
| Jonathan S Mann | jonm@pittmandutton.com |
| Joseph H Webster | harland@chapman-lewis-swan.com |
| Joseph Preston Strom, Jr | petestrom@stromlaw.com |
| Joseph C Giglio, Jr | jcgiglio@liskow.com |
| Julia Smeds Roth | jroth@eysterkeylaw.com |
| | |
| Justin W Bernick | justin.bernick@hoganlovells.com |
| Kail J Jethmalani | kjethmalani@axinn.com |
| Kara Marie Simons | ksimons@2501grand.com |
| Karen H Riebel | khriebel@locklaw.com |
| Karen R Dow | kdow@bakerwotring.com |
| Karin DeMasi | kdemasi@cravath.com |
| Katherine Rogers Brown | kbrown@whitearnolddowd.com |
| Kathleen Currie Chavez | kcc@fmcolaw.com |
| Kathleen Simpson Kiernan | kkiernan@bsfllp.com |
| Kathleen Taylor Sooy | ksooy@crowell.com |
| | |
| Katie R Lencioni | katie.lencioni@kirkland.com |
| Kenina Lee | kjl@avhlaw.com |
| Kevin J Stoops | kstoops@sommerspc.com |
| Kimberly Ann Fetsick | kfetsick@hausfeld.com |
| Kimberly R West | kwest@wallacejordan.com |
| Kristen Jordana Gillis | kjgillis@meansgillislaw.com |
| L Shane Seaborn | sseaborn1@yahoo.com |
| Lance Craig Young | lyoung@sommerspc.com |
| | |
| Lauren R Kennedy | lkennedy@cravath.com |
| Lara F Phillip | lara.phillip@honigman.com |
| Lawrence L. Jones, II | larry@jonesward.com |
| Lee McArthur Scott | nscott0418@aol.com |
| Lezlie Madden | lmadden@cozen.com |
| Linda G Flippo | lflippo@whitearnolddowd.com |
| Lisa N Hayes | lnh8803@bellsouth.net |
| Lucile Cohen | lucie.cohen@nelsonmullins.com |
| Luther M Dorr, Jr | rdorr@maynardcooper.com |
| Lynn W Jinks, III | ljinks@jinkslaw.com |
| M Stephen Dampier | stevedampier@dampierlaw.com |
| Margery S. Bronster | mbronster@bhhawaii.net |
| | |
| Margot Miller | mamiller@cravath.com |
| Mark E. McKane | mark.mckane@kirkland.com |
| Mark J Murphy | mmurphy@mooneygreen.com |
| Mario A Pacella | mpacella@stromlaw.com |

| | |
|---|---|
| Mark K Gray | mgray@grayandwhitelaw.com |
| Mark M. Hogewood | mhogewood@wallacejordan.com |
| Martin Patrick McDowell | pmcdowell@brunini.com |
| Mary C St John | Marcy.St.John@blueshieldca.com |
| Mathea KE Bulander | mbulander@redgravellp.com |
| Matthew G White | mwhite@bakerdonelson.com |
| Matthew J Herman | mjh@fmcolaw.com |
| Matthew L Bleich | mbleich@cozen.com |
| | |
| Matthew P Weinshall | mweinshall@podhurst.com |
| Megan Jones | mjones@hausfeldllp.com |
| Meghan M Boone | mboone@cohenmilstein.com |
| Melinda Coolidge | mcoolidge@hausfeldllp.com |
| Michael Kirk | mkirk@cooperkirk.com |
| Michael A Naranjo | mnaranjo@foley.com |
| Michael C Dodge | mdodge@gpm-law.com |
| Michael David Hausfeld | mhausfeld@hausfeldllp.com |
| | |
| Michael E Gurley, Jr | mgurleyjr@yahoo.com |
| Michael J. Fleming | mike@kapkewillerth.com |
| Michael J. McCarrie | mjm@artzmccarrie.com |
| Michael J. Sudekum | mike@mandelmandel.com |
| Michael L Murphy | mlmabco@aol.com |
| Michael L Murphy | mmurphy@baileyglasser.com |
| Michael L Roberts | mlr@alabamatortlaw.com |
| Michael P McGartland | mike@mcgartland.com |
| Michael Paul Fruge | michaelfruge@claytonfrugelaw.com |
| Michael S Lyons | mlyons@whatleykallas.com |
| | |
| Mike Miller | mmiller@solberglaw.com |
| Mitchell Lloyd Berry | mberry@dhgw.net |
| Monte D. Beck | mbeck@becklawyers.com |
| Myron C Penn | myronpenn28@hotmail.com |
| N Thomas Connally, III | tom.connally@hoganlovells.com |
| Nathan A Dickson, II | NDickson@jinkslaw.com |
| Nicholas B Roth | nbroth@eysterkeylaw.com |
| Nicholas R Rockforte | nrockforte@pbclawfirm.com |
| | |
| Norman E Bailey, Jr | bbailey@brunini.com |
| O'Kelley H Pearson | kpearson@hickeyevans.com |
| Pamela B Slate | pslate@hillhillcarter.com |
| Patricia Melville | pmelville@bsfllp.com |
| Patrick E Cafferty | pcafferty@caffertyclobes.com |
| Patrick J Sheehan | psheehan@whatleykallas.com |
| Patrick James Quinlan | quinlaw@verizon.net |
| Patrick W Pendley | pwpendley@pbclawfirm.com |

7

| | |
|---|---|
| Paul A Wolfla | paul.wolfla@faegredrinker.com |
| Paul D Clement | paul.clement@kirkland.com |
| Paul K Leary , Jr | pleary@cozen.com |
| Perry Michael Yancey | myancey@mmlaw.net |
| | |
| Peter Prieto | pprieto@podhurst.com |
| Peter H Burke | pburke@burkeharvey.com |
| Peter R Bisio | peter.bisio@hoganlovells.com |
| Peter W Zuger | pzuger@serklandlaw.com |
| Phillip W McCallum | pwm@mmlaw.net |
| R Christopher Cowan | CHRIS@COWANLAW.NET |
| R David Kaufman | dkaufman@brunini.com |
| R G Methvin, Jr. | rgm@mtattorneys.com |
| R Mark Glover | mglover@bakerdonelson.com |
| Rachel J Adcox | rja@avhlaw.com |
| Rafael Escalera-Rodriguez | escalera@reichardescalera.com |
| | |
| Rachel Mossman Zieminski | rachel.zieminski@shearman.com |
| Randall D Noel | randy.noel@butlersnow.com |
| Rebecca A Peterson | rapeterson@locklaw.com |
| Rebecca Diane Gilliland | rebecca.gilliland@beasleyallen.com |
| Rebekah Keith McKinney | mckinney@watsonmckinney.com |
| Regina Marie Calcaterra | rcalcaterra@calcaterrapollack.com |
| Rex Y. Fujichaku | rfujichaku@bhhawaii.net |
| Richard A Feinstein | RFeinstein@BSFLLP.com |
| Richard P Rouco | rrouco@qcwdr.com |
| Richard S Frankowski | Richard@frankowskifirm.com |
| Robert B Roden | rroden@shelbyroden.com |
| | |
| Robert F Leibenluft | rleibenluft@law.gwu.edu |
| Robert G Eisler | reisler@gelaw.com |
| Robert J Axelrod | rjaxelrod@axelroddean.com |
| Robert M Foote | rmf@fmcolaw.com |
| Robert M Hatch | rhatch@bfrhawaii.com |
| Robert R Riley, Jr. | rob@rileyjacksonlaw.com |
| Robert S W Given | rgiven@burr.com |
| Rowan D Wilson | rwilson@cravath.com |
| Ryan M Hodinka | rhodinka@balch.com |
| Samantha A Robbins | srobbins@foley.com |
| | |
| Samuel Andrew Diddle | sdiddle@eberle.com |
| Samuel Issacharoff | samuel.issacharoff@nyu.edu |
| Sarah J Donnell | sdonnell@kirkland.com |
| Sarah Lynn Cylkowski | scylkowski@bodmanlaw.com |
| Sarah S Glover | sglover@maynardcooper.com |
| Scott Allen Martin | smartin@hausfeld.com |

8

| | |
|---|---|
| Scott F Singley | ssingley@brunini.com |
| Scott S Brown | sbrown@mixonfirm.com |
| Sean T. O'Connell | soconnell@shaheengordon.com |
| | |
| Shannon Elise McClure | smcclure@reedsmith.com |
| Stanley P Baudin | sbaudin@pbclawfirm.com |
| Star Mishkel Tyner | start@dglawfirm.com |
| Stephen A. Loney, Jr. | Stephen.loney@hoganlovells.com |
| Stephen A Rowe | steve.rowe@arlaw.com |
| Stephen B Murray, Jr. | smurrayjr@murray-lawfirm.com |
| Stephen M Hanson | steve@stephenmhansenlaw.com |
| Steven P Wandro | swandro@2501grand.com |
| Swathi Bojedla | sbojedla@hausfeld.com |
| | |
| Sylvia Maria Arizmendi | arizmendis@reichardescalera.com |
| Syndey L Schneider | sydney.schneider@kirkland.com |
| Ta'Kisha L Guster | takishaguster@gmail.com |
| Tammy McClendon Stokes | tammys@gseattorneys.com |
| Tatum Leigh Jackson | tjackson@lightfootlaw.com |
| Temus C Miles, Jr | tmiles@westcolumbiasc.gov |
| Terri Olive Tompkins | ttompkins@rosenharwood.com |
| Theresa (Tess) S Gee | tgee@milchev.com |
| Thomas Bender | tbender@hab-law.com |
| Thomas J Rheaume, Jr. | trheaume@bodmanlaw.com |
| Thomas S Scott, Jr | scott@ballandscott.com |
| Thomas Michael Trucksess | thomas.trucksess@hoganlovells.com |
| Timothy D Battin | tbattin@boiesbattin.com |
| | |
| Timothy R. Holton | THolton@dchlaw.com |
| Todd M Stenerson | todd.stenerson@shearman.com |
| Tracy A Roman | troman@crowell.com |
| Travis A Bustamante | travis.bustamante@nelsonmullins.com |
| Tyler J Barnett | tbarnett@yuhlcarr.com |
| Tyrone Carlton Means | tcmeans@meansgillislaw.com |
| U W Clemon | uwclemon1@gmail.com |
| Van Bunch | vbunch@bffb.com |
| Victoria Ann Redgrave | awelbon@redgravellp.com |
| Virginia M Buchanan | vbuchanan@levinlaw.com |
| | |
| W Gordon Ball | gball@gordonball.com |
| W Gregory Wright | gwright@midwest-law.com |
| W Tucker Brown | tbrown@whatleykallas.com |
| Wayne R Berry | berry.wayne@dol.gov |
| William Butterfield | wbutterfield@hausfeldllp.com |
| William A Isaacson | wisaacson@paulweiss.com |
| William David George | dgeorge@bakerwotring.com |

9



| | |
|---|---|
| William Egan Kellner | william.kellner@gmail.com |
| William H Horton | bhorton@gmhlaw.com |
| William Egan Kellner | william.kellner@gmail.com |
| Wilson Daniel Miles, III | dee.miles@beasleyallen.com |
| | |
| Yawanna Nabors McDonald | yawanna@campbellpartnerslaw.com |
| Zach Holmstead | zachary.holmstead@kirkland.com |
| Zachary W Best | zachary.best@hoganlovells.com |
| Zarel Joan Soto | zsoto@reichardescalera.com |
| | |
| Frank M. Lowrey | lowrey@bmelaw.com |
| Ronan P. Doherty | doherty@bmelaw.com |
| E. Allen Page | page@bmelaw.com |
| George W Cochran | lawchrist@gmail.com |

## Service via USPS First Class Mail

| | |
|---|---|
| Allison Nunley Pham<br>5525 Reitz Avenue<br>Baton Rouge, LA   70809 | Christopher G Scanlon<br>Faegre Baker Daniels LLP<br>300 North Meridian St, Suite 2700<br>Indianapolis, IN   46204 |
| Gerald F. Easter, Attorney at Law<br>369 N. Main Street<br>Memphis, TN 38103 | Gregory Haynes<br>Wyatt, Tarrant & Combs LLP<br>500 West Jefferson St, Suite 2800<br>Louisville, KY 40202-2898 |
| L. Adam Thames<br>Taylor, Porter, Brooks & Phillips<br>P. O. Box 2471<br>Baton Rouge, LA   70821 | |