FILED
2024 Oct-10 AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **No. 2:13-cv-20000-RDP**<br><br>**This Document Relates to All Cases** |

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the address of Todd M. Stenerson and Brian C. Hauser has changed as listed below:

| Old Address | New Address |
|---|---|
| 401 9th Street, NW<br>Washington, DC 20004<br>(202) 508-8000 | 1101 New York Ave, NW<br>Washington, DC 20005<br>(202) 508-8000 |

Dated: October 10, 2024

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP
By: */s/ Todd M. Stenerson*
Todd M. Stenerson
Brian C. Hauser
1101 New York Ave NW
Washington, DC 20005
(202) 508-8000
todd.stenerson@aoshearman.com
brian.hauser@aoshearman.com

Rachel Mossman Zieminski
2601 Olive Street, Suite 1700
Dallas, TX 75201
(214) 271-5777
rachel.zieminski@aoshearman.com

BODMAN PLC
Sarah L. Cylkowski
Alexandra C. Markel
1901 Saint Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
(313) 259-7777
scylkowski@bodmanlaw.com
amarkel@bodmanlaw.com

*Attorneys for Defendants Blue Cross Blue Shield of Michigan and Blue Cross Blue Shield of Vermont*

**CERTIFICATE OF SERVICE**

I hereby certify than on October 10, 2024, I caused the foregoing document to be served via ECF on all attorneys of record. I declare under penalty of perjury that the foregoing statements are true and correct.

By: */s/ Todd M. Stenerson*
Todd M. Stenerson
1101 New York Ave, NW
Washington, DC 20005
(202) 508-8000
todd.stenerson@aoshearman.com

*Attorney for Defendants Blue Cross Blue Shield of Michigan and Blue Cross Blue Shield of Vermont*