FILED
2024 Oct-10 AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** This order relates to the Subscriber Track |

**ORDER**

This matter is before the court on Objector-Appellant David G. Behenna's Request for Release of Appeal Bond. (Doc. # 3187). The Subscriber Class Action Settlement became effective June 24, 2024, upon the Supreme Court's denial of the petitions for writs of certiorari filed by Objectors Home Depot and Behenna. As there is no further need for an appeal bond, the Request (Doc. # 3187) is **GRANTED**.

The Clerk of Court is **DIRECTED** to release the cash bond posted by David G. Behenna on March 30, 2023 (*see* Doc. # 3044), draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00, payable to David G. Behenna, and mail the check to: David G. Behenna, 155 Fleet Street, Portsmouth, N.H., 03801.

**DONE** and **ORDERED** this October 10, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE