FILED

2024 Oct-10  PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **No. 2:13-cv-20000-RDP**<br><br>**This document relates to No. 2:23-cv-00461-RDP** |

|  |
|---|
| **ANESTHESIA ASSOCIATES OF ANN ARBOR, PLLC,**<br>                    **Plaintiff,**<br>**v.**<br><br>**BLUE CROSS BLUE SHIELD OF MICHIGAN,**<br>                    **Defendant.** |

### PLAINTIFF ANESTHESIA ASSOCIATES OF ANN ARBOR, PLLC AND DEFENDANT BLUE CROSS BLUE SHIELD OF MICHIGAN'S JOINT STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

Pursuant to the Court's August 21, 2024 Order, Defendant Blue Cross Blue Shield of Michigan ("BCBSM") is to file, on or before October 11, 2024, its "potentially-dispositive motion based on the releases found in the settlement agreements in *Love v. Blue Cross and Blue Shield Association, et al.* (Case No. 1:03-cv-21296-FAM (S.D. Fla.), Docs # 2221-4, 2221-6, 2221-7, 2221-8) . . . ."  MDL, Order, ECF No. 3166.  BCBSM has met and conferred with Plaintiff Anesthesia Associates of Ann Arbor, PLLC ("A4") regarding this deadline and the parties have agreed to a revised schedule, such that BCBSM's motion is due on October 21, 2024, A4's response to BCBSM's motion is due on November 20, 2024, and BCBSM's reply in support of its motion is due on November 27, 2024.  A4 reserves the right to seek more time to respond to the motion for good cause.

**SO STIPULATED,**

Dated: October 10, 2024

| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP | ALLEN OVERY SHEARMAN STERLING US LLP |
| By: */s/ David Barillari (with permission)* | |
| | By: */s/ Todd M. Stenerson* |
| Jonathan D. Schiller | |
| David Barillari | Todd M. Stenerson |
| 55 Hudson Yards | 1101 New York Ave N.W. |
| New York, NY 10001 | Washington, DC 20005 |
| (212) 446-2300 | Tel: (202) 508-8000 |
| jschiller@bsfllp.com | Fax: (202) 508-8100 |
| dbarillari@bsfllp.com | todd.stenerson@aoshearman.com |
| *Counsel for Plaintiff Anesthesia Associates of Ann Arbor, PLLC* | Rachel Mossman Zieminski |
| | 2601 Olive Street, Suite 1700 |
| | Dallas, TX 75201 |
| | Tel: (214) 271-5777 |
| | Fax: (214) 271-5778 |
| | rachel.zieminski@aoshearman.com |
| | Sarah L. Cylkowski |
| | Alexandra C. Markel |
| | BODMAN PLC |
| | 1901 Saint Antoine Street |
| | 6th Floor at Ford Field |
| | Detroit, MI 48226 |
| | Tel: (313) 259-7777 |
| | Fax: (734) 930-2494 |
| | scylkowski@bodmanlaw.com |
| | amarkel@bodmanlaw.com |
| | *Counsel for Defendant Blue Cross Blue Shield of Michigan* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Todd M. Stenerson*
Todd M. Stenerson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **No. 2:13-cv-20000-RDP**<br><br>**This document relates to No. 2:23-cv-00461-RDP** |

|  |
|---|
| **ANESTHESIA ASSOCIATES OF ANN ARBOR, PLLC,**<br>                    **Plaintiff,**<br>**v.**<br><br>**BLUE CROSS BLUE SHIELD OF MICHIGAN,**<br>                    **Defendant.** |

### [PROPOSED] ORDER FOR EXTENSION OF TIME

Before the Court is the Parties' October 10, 2024 stipulation for extension of time for filing of Defendant Blue Cross Blue Shield of Michigan's ("BCBSM") anticipated motion pursuant to the Court's Order of August 21, 2024, ECF No. 3166.

The Court has reviewed the Parties' stipulation and finds it to be fair and reasonable.

The Court therefore **ORDERS** that BCBSM's aforementioned motion **SHALL** be filed **on or before October 21, 2024**; with A4's response to said motion **SHALL** be filed **on or before November 20, 2024**; and BCBSM's reply in support of its motion **SHALL** be filed **on or before November 27, 2024**.

**DONE** and **ORDERED** this [DATE].

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

4