FILED
2024 Oct-14  PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** <br> **BLUE CROSS BLUE SHIELD** <br> **ANTITRUST LITIGATION** <br> **(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This Document Relates to** <br> **Provider Track Cases** |

**[PROPOSED] ORDER GRANTING PROVIDER PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO FILE EXCESS PAGES**

This matter is before the Court on Provider Plaintiffs' Unopposed Motion for Leave to File Excess Pages (Doc. ___). The Motion is **GRANTED**. Provider Plaintiffs shall have 55 pages for their Memorandum in Support of their Motion for Preliminary Approval of Proposed Class Settlement.

DONE this __ day of _____, 2024.

_____
**R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE**

1