FILED
2024 Oct-14  PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

**[PROPOSED] ORDER GRANTING PROVIDER PLAINTIFFS' MOTION FOR A STAY**

This matter is before the Court on Provider Plaintiffs' Motion for a Stay (Doc. ___).  The

Motion is **GRANTED**.  All proceedings against Settling Defendants in the Provider Actions, other

than those incident to the settlement process, are hereby stayed.

DONE this __ day of _____, 2024.

 

_____
**R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**

1