FILED
2024 Oct-15 AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** <br> This order relates to the Provider Track |
| **ANESTHESIA ASSOCIATES OF ANN ARBOR PLLC,** <br> **Plaintiff,** <br> **v.** <br> **BLUE CROSS BLUE SHIELD OF MICHIGAN,** <br> **Defendant.** | } | **Case No.: 2:23-cv-00461-RDP** |

## ORDER

Consistent with the Joint Stipulation between Defendant Blue Cross Blue Shield of Michigan ("BCBSM") and Anesthesia Associates of Ann Arbor, PLLC ("A4") regarding an agreed extension of time and revised briefing schedule (Case No. 2:13-CV-20000-RDP, Doc. # 3190), it is **ORDERED** as follows:

1. **On or before October 21, 2024**, BCBSM **SHALL** file its anticipated, potentially-dispositive motion based on the releases found in the settlement agreements in *Love v. Blue Cross and Blue Shield Association, et al*. (Case No. 1:03-cv-21296-FAM (S.D. Fla.), Docs # 2221-4, 2221-6, 2221-7, 2221-8);
2. **On or before November 20, 2024**, A4 **SHALL** file its response to Defendant's anticipated motion; and

3. **On or before November 27, 2024**, BCBSM **SHALL** file any reply in support of its motion.

**DONE** and **ORDERED** this October 15, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE