FILED
2024 Oct-17 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP** |
| | } | **This order relates to the Provider Track** |

**ORDER**

This matter is before the court on (1) Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement (Doc. # 3192); and (2) Provider Plaintiffs' Motion for Approval of Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator (Doc. # 3194). A Preliminary Approval Hearing on Provider Plaintiffs' Motions is **SET** for at **9:30 a.m. Central Time on Thursday, November 14, 2024**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The court will provide instructions for listen-only telephone access by separate order.

**DONE** and **ORDERED** this October 16, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE