FILED
2024 Oct-18 PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| | } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | } | |
| **(MDL NO.: 2406)** | } | **This order relates to the Provider Track** |

**ORDER GRANTING PROVIDER PLAINTIFFS' MOTION FOR A STAY**

This matter is before the court on Provider Plaintiffs' Motion for a Stay. (Doc. # 3195). The Motion (Doc. # 3195) is **GRANTED**. All proceedings against the Settling Defendants in the Provider Actions, other than those incident to the settlement process, are hereby **STAYED**.

**DONE** and **ORDERED** this October 18, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE