FILED
2024 Oct-18 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master File No.: 2:13-CV-20000-RDP**<br>This order relates to the Provider Track |
| **ANESTHESIA ASSOCIATES OF ANN ARBOR PLLC,**<br>**Plaintiff,**<br>**v.**<br>**BLUE CROSS BLUE SHIELD OF MICHIGAN,**<br>**Defendant.** | } | **Case No.: 2:23-cv-00461-RDP** |

## ORDER

On April 11, 2023, the Judicial Panel on Multidistrict Litigation transferred this case from the United States District Court for the Eastern District of Michigan to this court for inclusion in *In Re Blue Cross Blue Shield Antitrust Litigation, MDL 2406*. (Doc. # 70).

On October 14, 2024, in *In Re Blue Cross Blue Shield Antitrust Litigation, MDL 2406*, Provider Plaintiffs notified the court that they had reached a tentative settlement of the Provider track claims in the multidistrict litigation and moved for preliminary approval of their proposed class settlement. (Case No. 2:13-cv-20000-RDP, Docs. # 3192, 3192-1). Pursuant to the Provider track Settlement Agreement, in MDL 2406, Provider Plaintiffs moved to stay "any and all proceedings against Settling Defendants in the Provider Actions, other than those incident to the settlement process." (Case No. 2:13-cv-20000-RDP, Doc. # 3195). On October 18, 2024, the court granted Provider Plaintiffs' Motion to Stay. (Case No. 2:13-cv-20000-RDP, Doc. # 3200).

In accordance with that Order (Case No. 2:13-cv-20000-RDP, Doc. # 3200), and as discussed with the parties to this case during a telephone status conference on October 18, 2024, this case is **STAYED** pending resolution of the approval process regarding the Provider track Settlement in MDL 2406.

At an appropriate time, the parties to this case may move to lift the stay.

**DONE** and **ORDERED** this October 18, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE