FILED
2024 Oct-21  PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)<br><br>THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) ) ) ) ) | Master File No. 2:13-CV-20000-RDP |

**MOTION FOR WITHDRAWAL OF COUNSEL**

COMES NOW the following counsel and moves this Court to allow the withdrawal from further representation of Elevance Health, Inc. and all of its named subsidiaries in the Actions; Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana; Aware Integrated, Inc., and BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross and Blue Shield of New Jersey; Blue Cross & Blue Shield of Rhode Island; and Cambia Health Solutions, Inc., Regence Blue Shield of Idaho, Regence BlueCross BlueShield of Utah, Regence BlueShield (of Washington), and Regence BlueCross BlueShield of Oregon in the referenced MDL:

| | |
|---|---|
| N. Thomas Connally, III | Carrie DeLone |
| HOGAN LOVELLS US LLP | HOGAN LOVELLS US LLP |
| 8350 Broad Street | 555 13th Street, NW |
| 17th Floor | Columbia Square |
| Tysons, VA 22102 | Washington, D.C. 20004 |
| Tel: 703-610-6100 | Tel: 202-637-5600 |
| Fax: 703-610-6200 | Fax: 202-637-5910 |
| tom.connally@hoganlovells.com | carrie.delone@hoganlovells.com |

To the extent necessary, counsel intends for this motion to withdraw to also apply to the following underlying actions:

- *Am. Surgical Assistants, Inc., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-00775

- *Chiropractic Plus, P.C. v. Blue Cross and Blue Shield of Texas, et al.*, 2:13-cv-00303

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:12-cv-02532

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-01345

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-01346

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-01347

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-01348

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-01349

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-01475

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-01550

- *Conway, et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-02295

- *Hosp. Serv. Dist. 1 of the Parish of E. Baton Rouge, La. d/b/a Lane Reg'l Med. Ctr. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-01476

- *Melson v. BlueCross and Blue Shield of Alabama, et al.*, 3:13-00625

- *Quality Dialysis One, L.L.C., f/k/a Quality Dialysis One, L.P., et al. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:15-cv-02296

- *Richmond SA Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*, 2:16-cv-00774

- *The Surgical Center for Excellence, L.L.P, et al. v. Blue Cross and Blue Shield of Alabama, et al., 2:13-cv-00001*

Remaining counsel of record from Hogan Lovells US LLP will continue to represent these entities in the above referenced MDL and underlying actions.

Dated: October 21, 2024                                   Respectfully submitted,

                                                          */s/ Craig A. Hoover*

Craig A. Hoover
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004
Tel: 202-637-5694
Fax: 202-636-5910
Email: craig.hoover@hoganlovells.com

*Counsel for Elevance Health, Inc. and all of its named subsidiaries in the Actions; Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana; Aware Integrated, Inc., and BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross and Blue Shield of New Jersey; Blue Cross & Blue Shield of Rhode Island; and Cambia Health Solutions, Inc., Regence Blue Shield of Idaho, Regence BlueCross BlueShield of Utah, Regence BlueShield (of Washington), and Regence BlueCross BlueShield of Oregon.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 21, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Craig A. Hoover*
Craig A. Hoover