FILED
2024 Oct-23 AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | ) | **Master File No.: 2:13-cv-20000-RDP Subscriber Track Cases** |

| | | |
|---|---|---|
| **This Document relates to:** | ) | |
| **BRETT WATTS,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 2:12-cv-4180-RDP** |
| **BLUE CROSS BLUE SHIELD OF TEXAS, et al.,** | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **This Document relates to:** | ) | |
| **JUDY SHERIDAN,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 2:13-cv-00990-RDP** |
| **WELLPOINT, INC., d/b/a ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY AND BLUE CROSS OF CALIFORNIA AS WELL AS BLUE CROSS OF SOUTHERN CALIFORNIA AND BLUE CROSS OF NORTHERN CALIFORNIA; CALIFORNIA PHYSICIANS' SERVICE, INC., d/b/a BLUE SHIELD OF CALIFORNIA, et al.,** | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **This Document relates to:** | ) | |
| **BETSY JANE BELZER, CONSTANCE DUMMER, and CENTERPOINTE DENTAL** | ) | |

| | | |
|---|---|---|
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Case No. 2:16-cv-00570-RDP** |
| **BLUE CROSS BLUE SHIELD OF ALABAMA, et al.,** | ) | |
| **Defendants.** | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENTS *IN CAMERA*

Comes now, the undersigned counsel, on behalf of Chris Cowan, as counsel of record for Plaintiffs and former Class Representatives, Brett Watts of Texas, Judy Sheridan of California, and Constance Dummer of Minnesota, and further on behalf of attorneys James McDonough and Tyler Barnett, and submit this Motion for Leave to File Documents *In Camera*. In support hereof, the undersigned says as follows:

1. In accordance with the terms of this Court's August 9, 2022 *Order Awarding Subscriber Plaintiffs' Counsel Attorneys' Fees and Expenses*, adopting the January 20, 2022 *In Camera Special Master's Report*, the undersigned counsel seek leave of this Court to file documents *In Camera*. [Doc. 2932]

2. The documents sought to be filed *in camera* are the *In Camera Appeal of the September 24, 2024, Confidential and In Camera Special Master Report* and supporting evidentiary materials.

Respectfully submitted,

*s/ James A Harris, III*
James A. Harris, III
WATKINS & EAGER, PLLC
1904 1st Avenue North, Suite 300
Birmingham, AL 35203
T: 205-732-9160

E: jharris@watkinseager.com
Attorney for Movants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23rd, 2024, the foregoing pleading was filed with the Clerk of the Court and served on counsel of record via ECF.

*/s/ James A. Harris, III*