IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD } } } ANTITRUST LITIGATION } (MDL NO.: 2406) } } | Master File No.: 2:13-CV-20000-RDP<br><br>This order relates to the Provider Track |

### ORDER

Interested persons may attend the Preliminary Approval Hearing on Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement (Doc. # 3192) and Provider Plaintiffs' Motion for Approval of Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator (Doc. # 3194), scheduled to occur at **9:30 a.m. Central Time on Thursday, November 14, 2024**, either in person in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama, or by dialing USA Toll-Free: **877-692-8955**; Access Code: **3671209**. This line will provide listen-only telephone access.

**DONE** and **ORDERED** this November 4, 2024.

R. DAVID PROCTOR
CHIEF U.S. DISTRICT JUDGE