FILED
2024 Nov-13 PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

To:
From: [CA Email Address]
Subject: BCBS Provider Settlement

[Claimant ID]

### Did you or your business provide healthcare services, equipment, or supplies to Blue Plan patients?

### A large Settlement could affect your rights.

Visit www.[websiteURL].com for more info and to file a claim.

A Settlement has been reached with Blue Cross Blue Shield Association ("BCBSA") and Settling Individual Blue Plans (together called "Settling Defendants"). The Provider plaintiffs claimed that the Settling Defendants divided the United States into "Service Areas" and agreed not to compete in those areas. They also claimed that the Settling Defendants fixed prices for services provided. Settling Defendants deny all allegations of wrongdoing.

**Are you included?** The Settlement Class includes all Providers in the U.S. (other than Excluded Providers, who are not part of the Settlement Class) who currently provide or provided healthcare services, equipment, or supplies to any patient who was insured by, or was a Member of or a beneficiary of, any plan administered by any Settling Individual Blue Plan from July 24, 2008 to October 4, 2024. Information on Excluded Providers is available at the website below.

**What can you get from the Settlement?**  If approved by the Court, the Settlement will establish a Settlement Fund. A portion of the fund has been set aside for notice and administration. Settling Defendants will also agree to make changes in the way they do business that will, among other things, increase the opportunities for competition in the market for the purchase of goods and services from healthcare providers, transform the BlueCard program and improve Providers' interactions with the Settling Individual Blue Plans.

**How to get a payment?**  File a claim form online or by mail by **Month XX, 202X** to be eligible for a payment. Claim forms are available at www.BCBSprovidersettlement.com.

**What are your options?**  Even if you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Settling Defendants for the claims at issue in this case, you must exclude yourself from the Settlement Class by **Month XX, 202X**, but you will not be entitled to receive the monetary and injunctive relief benefits of the Settlement. If you stay in the Settlement Class, you may object to the Settlement by **Month XX, 202X**. The Court will hold a hearing on **Month XX, 202X** to consider whether to approve the Settlement, a request for attorneys' fees of up to 25% of the Settlement, and a request for reimbursement of expenses to be paid out of the Settlement Fund. You or your own lawyer may appear at the hearing at your own expense.

*This is just a summary. For more information visit*
*www.[websiteURL].com or call (8XX) XXX-XXXX.*