FILED
2024 Nov-13 PM 06:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-cv-20000-RDP** |

**NOTICE OF APPERANCE**

PLEASE TAKE NOTICE that Chris L. Albright, Esq., of Porterfield Harper Mills Motlow & Ireland, P.A., hereby enters his appearance as counsel for non-party out-of-network emergency medicine providers Bradford Emergency Group, LLC; Columbia Emergency Group, LLC; Duval Emergency Group, LLC; Lake Wales Emergency Physicians, LLC; Lake Oliver Emergency Group, LLC; Melbourne Emergency Group, LLC; NW Florida Emergency Physicians, LLC; Polk Emergency Group, LLC; Ridgewood Emergency Group, LLC; Rockledge Emergency Group, LLC; Sterling Emergency Services of Miami Beach, P.A.; Suwannee Emergency Group, LLC, Western Virginia Regional Emergency Physicians, LLC; Lake Spring Emergency Group, LLC; Wildwood Emergency Group, LLC; Ingleside Emergency Group, LLC; and Kingsford Emergency Group, LLC.

Dated: November 13, 2024

Respectfully submitted,

/s/Christopher L. Albright
Christopher L. Albright
Porterfield, Harper, Mills, Motlow & Ireland, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
Ph.: (205) 980-5000
albright@phm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Christopher L. Albright