IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: <br> BLUE CROSS BLUE SHIELD <br> ANTITRUST LITIGATION <br> (MDL NO. 2406) | ) ) ) ) ) ) ) **Master File No. 2:13-CV-20000-RDP** |

### AMENDED NOTICE OF LIMITED APPERANCE

PLEASE TAKE NOTICE that Chris L. Albright, Esq., of Porterfield Harper Mills Motlow & Ireland, P.A., hereby enters his *limited* appearance solely for the purpose of addressing the settlement in this antitrust case, as counsel for non-party out-of-network emergency medicine providers Bradford Emergency Group, LLC; Columbia Emergency Group, LLC; Duval Emergency Group, LLC; Lake Wales Emergency Physicians, LLC; Lake Oliver Emergency Group, LLC; Melbourne Emergency Group, LLC; NW Florida Emergency Physicians, LLC; Polk Emergency Group, LLC; Ridgewood Emergency Group, LLC; Rockledge Emergency Group, LLC; Sterling Emergency Services of Miami Beach, P.A.; Suwannee Emergency Group, LLC, Western Virginia Regional Emergency Physicians, LLC; Lake Spring Emergency Group, LLC; Wildwood Emergency Group, LLC; Ingleside Emergency Group, LLC; and Kingsford Emergency Group, LLC (collectively, the "Out-of-Network ER Providers"). The Out-of-Network ER Providers expressly reserve and do not waive any and all objections, including but not limited due process and jurisdictional objections.

| | |
|---|---|
| Dated: November 14, 2024 | Respectfully submitted, |
| | /s/Christopher L. Albright |
| | Christopher L. Albright |
| | Porterfield, Harper, Mills, Motlow & Ireland, P.A. |
| | 22 Inverness Center Parkway, Suite 600 |
| | Birmingham, Alabama 35242 |
| | Ph.: (205) 980-5000 |
| | albright@phm-law.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Christopher L. Albright