FILED
2024 Dec-16  PM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP** **This document relates to Provider-track cases.** |

**<u>DECLARATION OF KARIN A. DEMASI IN SUPPORT OF DEFENDANTS' PROOF OF SERVICE OF NOTICE OF SETTLEMENT UNDER THE CLASS ACTION FAIRNESS ACT</u>**

I, KARIN A. DEMASI, declare:

1.      I am a Partner at the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendant Blue Cross Blue Shield Association and certain additional Defendants.[1]

2.      I am a member in good standing of the bar of the State of New York and have been admitted to this Court *pro hac vice*.  I respectfully submit this declaration in support of Defendants' Proof of Service of Notice of Settlement Under the Class Action Fairness Act.

3.      On October 14, 2024 the Provider Plaintiffs filed a Motion for Preliminary Approval of Proposed Class Settlement.  (*See* Dkt. 3192).

---

[1] Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; California Physicians' Service d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Blue Cross Blue Shield of Wyoming; Capital Blue Cross; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.

4.      The Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, requires the service of a notice of a proposed settlement of any covered class action upon the appropriate federal and state officials prior to final approval of the settlement.  Under CAFA, final approval of a class action settlement cannot be given until 90 days after such notice of the proposed settlement.

5.      I caused the required CAFA notices in the above-captioned case to be served on the appropriate government officials in the form of a package with a letter, as attached as Exhibit A, on October 24, 2024.

6.      The CAFA notice letters contained credentials to a File Transfer Protocol that provides access to documents related to the proposed Provider Settlement as further described in Exhibit A.

7.      The CAFA notice packages were sent on October 24, 2024 via Federal Express (Overnight), U.S. Priority Express Mail and e-mail to 113 officials, including but not limited to the Attorney General of the United States; the Attorneys General of each of the 50 states, the District of Columbia, Puerto Rico, Guam, American Samoa, the U.S. Virgin Islands and the Northern Mariana Islands; and the insurance regulators of each of the 50 states, the District of Columbia, Puerto Rico, Guam, American Samoa, the U.S. Virgin Islands and the Northern Mariana Islands.  The complete CAFA notice service list is included in Exhibit A.

8.      As of the date of this declaration, none of the CAFA notice packages has been returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2024
New York, New York

/s/ *Karin A. DeMasi*
Karin A. DeMasi

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 16, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Karin A. DeMasi*
Karin A. DeMasi