FILED
2024 Dec-16  PM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

# CRAVATH

| | |
|---|---|
| Karin A. DeMasi | Lauren R. Kennedy |
| kdemasi@cravath.com | lkennedy@cravath.com |
| T+1-212-474-1000 | T+1-212-474-1000 |
| New York | New York |

October 24, 2024

*In re Blue Cross Blue Shield Antitrust Litigation MDL 2406*, No. 2:13-cv-20000 (N.D. Ala.)

To Whom It May Concern:

        We write on behalf of Blue Cross Blue Shield Association ("BCBSA") and each Blue Cross Blue Shield Plan licensee[1] (collectively, with BCBSA, "Defendants") in the matter of *In re Blue Cross Blue Shield Antitrust Litigation*, Case No. 2:13-cv-20000-RDP, MDL No. 2406 (the "MDL"), pending in the United States District Court for the Northern District of Alabama (the "MDL Court") before the Honorable R. David Proctor.

        In compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1711 *et seq.*, Defendants hereby serve upon you notice that a motion for approval of a proposed class action settlement has been filed in the MDL Court.[2]

---

[1] The Blue Cross Blue Shield Plan licensees include:  Aware Integrated, Inc.; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross & Blue Shield of Mississippi, A Mutual Insurance Company; Blue Cross and Blue Shield of North Carolina; Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Wyoming; California Physicians' Service; Cambia Health Solutions, Inc.; Capital Blue Cross; CareFirst, Inc.; Elevance Health Inc.; Gemstone Holdings, Inc.; GoodLife Partners, Inc.; GuideWell Mutual Holding Corporation; Hawaii Medical Service Association; Health Care Service Corporation, a Mutual Legal Reserve Company; HealthyDakota Mutual Holdings; Highmark Inc.; Horizon Healthcare Services, Inc.; Independence Health Group, Inc.; Lifetime Healthcare, Inc.; Louisiana Health Service & Indemnity Co.; PREMERA; Prosano, Inc.; USAble Mutual Insurance Company; Wellmark, Inc.; and their controlled affiliates.

[2] The proposed Settlement Class is defined as "all Providers in the U.S. (other than Excluded Providers, who are not part of the Settlement Class) who currently provide or provided healthcare services, equipment or supplies to any patient who was insured by, or who was a Member of or a beneficiary of, any plan administered by any Settling Individual Blue Plan during the Settlement Class Period."  (Settlement Agreement ¶ 1(iiii).)  The "U.S." is defined to mean "all fifty (50) states, the District of Columbia, and Puerto Rico."  (Settlement Agreement ¶ 1(uuuu).)  "Excluded Providers" are defined as:  "(i) Providers owned or employed by any of the Settling Defendants; (ii) Providers owned or employed exclusively by Government Entities or Providers that exclusively provided services, equipment or supplies to members of or participants in Medicare, Medicaid or the Federal Employee Health Benefits Programs; (iii) Providers that have otherwise fully released their Released Claims against the Releasees prior to the

---

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

Cravath, Swaine & Moore llp

Counsel for Provider Plaintiffs[3] and counsel for Defendants (the "Parties") engaged in arm's-length negotiations over the course of nine years with the assistance of five highly regarded mediators at different times. These negotiations led to the Parties' execution of the enclosed Settlement Agreement. Nothing in the Settlement Agreement constitutes an admission of liability or wrongdoing by Defendants.

Pursuant to 28 U.S.C. § 1715(b) and in connection with the proposed settlement, Defendants provide copies of the following documents via File Transfer Protocol ("FTP"):

- The Consolidated Fourth Amended Provider Complaint, and earlier versions of the Consolidated Complaints;

- The Court's Order scheduling a Preliminary Approval Hearing for 9:00 a.m. Central Time on Thursday, November 14, 2024;

- Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement and Memorandum of Law in Support thereof, with Exhibits, including:

  - Exhibit A – Settlement Agreement[4];

---

Execution Date, including but not limited to Providers that were members of any of the settlement classes in *Love v. Blue Cross and Blue Shield Association*, No. 1:03-cv-21296-FAM (S.D. Fla.); or (iv) Providers that exclusively provide or provided (a) prescription drugs; (b) durable medical equipment; (c) medical devices; (d) supplies or services provided in an independent clinical laboratory; or (e) services, equipment or supplies covered by standalone dental or vision insurance. Any Provider that falls within the exclusion(s) set forth in clauses (i), (ii) or (iv) of this Paragraph 1(gg) for only a portion of the Settlement Class Period is a Settlement Class Member that may recover in the settlement as set forth in the Plan of Distribution." (Settlement Agreement ¶ 1(gg).) The Settlement Class Period is July 24, 2008 to October 4, 2024. (*See* Settlement Agreement ¶ 1(llll).)

[3] There were two types of cases consolidated in the MDL—cases brought by subscribers of Defendants' health insurance products (the "Subscriber Track"), and cases brought by providers who provided healthcare services to Defendants' members (the "Provider Track"). This letter refers to the Provider Track of the MDL. The Subscriber Track was previously resolved by a separate class action settlement ("Subscriber Settlement"), notice of which was provided under the CAFA by letter dated February 16, 2021. The Subscriber Settlement received final approval from the MDL Court on August 9, 2022. *See In re Blue Cross Blue Shield Antitrust Litig*., No. 2:13-CV-20000-RDP, 2022 WL 4587618 (N.D. Ala. Aug. 9, 2022). The United States Court of Appeals for the Eleventh Circuit ("Eleventh Circuit") affirmed final approval of the Subscriber Settlement on October 25, 2023; the Eleventh Circuit declined rehearing *en banc* on January 26, 2024; and the United States Supreme Court declined the writ of certiorari on June 24, 2024. *See In re Blue Cross Blue Shield Antitrust Litig*. *MDL 2406*, 85 F.4th 1070 (11th Cir. 2023), *cert. denied sub nom. Behenna v. Blue Cross Blue Shield Ass'n*, 144 S. Ct. 2686 (2024), and *cert. denied sub nom. Home Depot U.S.A., Inc. v. Blue Cross Blue Shield Ass'n*, 144 S. Ct. 2687 (2024).

[4] The Parties to the Settlement Agreement also signed a confidential supplemental agreement, which is referenced in Paragraph 51 of the Settlement Agreement and which was submitted *in camera* to the Court. It is typical for agreements of this nature to remain confidential. *See In re HealthSouth Corp. Sec. Litig*., 334 F. App'x 248, 250 n.4 (11th Cir. 2009); *Manual For Complex Litigation* § 21.631 (4th ed. 2004). The Parties are also negotiating an Escrow Agreement related to the Settlement Agreement. The Escrow Agreement has not yet been finalized.

- Provider Plaintiffs' Motion for Approval of a Plan for Notice and Appointment of Claims Administrator, Memorandum of Law in Support thereof, and Supplement to the Memorandum of Law in Support thereof, with Exhibits, including:

  - Exhibit C – Amended Declaration of Roma Petkauskas Regarding Proposed Notice Plan, which contains Proposed Notices of the Settlement and Proposed Claim Forms and Instructions.

To access these documents, please use the following FTP credentials:

| | |
|---|---|
| URL: | https://fileshare.cravath.com/ |
| Username: | 012062_00001_102324_01 |
| Password: | 25fcoODw6gGH |

Because the Settlement Class consists of a broad group of providers in the U.S. who currently provide or provided healthcare services to any Blue Cross Blue Shield member in any part of the country over a sixteen-year period, it is not feasible at the present time to provide the names (or number) of class members of the proposed Settlement Class who reside in each state or the estimated proportionate share of the claims of such members to the entire settlement. We anticipate, however, that the Settlement Class is sufficiently numerous as to include class members residing in all 50 U.S. states, as well as the District of Columbia, and may include class members residing in U.S. territories.

The Defendants submit this notice to comply with any and all obligations they may have under CAFA. Please contact me if you have any questions or if you request hardcopies of any of the documents.

Respectfully,

/s/  Karin A. DeMasi

Karin A. DeMasi
Lauren R. Kennedy
CRAVATH, SWAINE & MOORE LLP
kdemasi@cravath.com
lkennedy@cravath.com

*Lead Counsel for the Blue Cross Blue Shield System; Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross Blue Shield of Wyoming; California Physicians' Service d/b/a Blue Shield of California; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of*

*Hawaii); Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*

Karin A. DeMasi
Lauren R. Kennedy
CRAVATH, SWAINE & MOORE LLP
kdemasi@cravath.com
lkennedy@cravath.com

Jeffrey J. Zeiger, P.C.
KIRKLAND & ELLIS LLP
jzeiger@kirkland.com

*Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.*

Craig A. Hoover
E. Desmond Hogan
HOGAN LOVELLS US LLP
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Elevance Health f/k/a Anthem, Inc., and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*

Jeffrey J. Zeiger, P.C.
KIRKLAND & ELLIS LLP
jzeiger@kirkland.com

*Highmark Inc.*

Sarah M. Gilbert
Honor R. Costello
CROWELL & MORING LLP
sgilbert@crowell.com
hcostello@crowell.com

4

*Blue Cross of Idaho Health Service, Inc.; Gemstone Holdings, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; GoodLife Partners, Inc.; Blue Cross and Blue Shield of Nebraska; HealthyDakota Mutual Holdings; Blue Cross Blue Shield of North Dakota*

Alan D. Rutenberg
Diane R. Hazel
FOLEY & LARDNER LLP
arutenberg@foley.com
dhazel@foley.com

*USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield and as BlueAdvantage Administrators of Arkansas*

Todd Stenerson
Rachel Mossman Zieminski
ALLEN OVERY SHEARMAN STERLING US LLP
todd.stenerson@aoshearman.com
rachel.zieminski@aoshearman.com

Sarah Cylkowski
BODMAN PLC
scylkowski@bodmanlaw.com

*Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross and Blue Shield of Vermont*

M. Patrick McDowell
Benje Bailey
James McCullough
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
pmcdowell@brunini.com
bbailey@brunini.com
jmccullough@brunini.com

*Blue Cross & Blue Shield of Mississippi, A Mutual Insurance Company*

John G. Schmidt Jr.
Anna Mercado Clark
PHILLIPS LYTLE LLP
jschmidt@phillipslytle.com
aclark@phillipslytle.com

*Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield*

John Briggs
AXINN, VELTROP & HARKRIDER, LLP

jbriggs@axinn.com

*Independence Blue Cross*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
gpayton@kilpatricktownsend.com

*Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska*

**Service List**

**BY FEDEX**

Office of the Attorney General of the United States
    Attn:  CAFA Coordinator/General Counsel's Office
        U.S. Department of Justice
            950 Pennsylvania Avenue, NW
                Washington, DC 20530-0001

Office of the Attorney General, State of Alabama
    Attn:  CAFA Coordinator/General Counsel's Office
        501 Washington Avenue
            Montgomery, AL 36104

Office of the Attorney General, State of Alaska
    Attn:  CAFA Coordinator/General Counsel's Office
        1031 W. 4th Avenue, Suite 200
            Anchorage, AK 99501-1994

Office of the Attorney General, State of Arizona
    Attn:  CAFA Coordinator/General Counsel's Office
        2005 N. Central Avenue
            Phoenix, AZ 85004-2926

Office of the Attorney General, State of Arkansas
    Attn:  CAFA Coordinator/General Counsel's Office
        323 Center Street, Suite 200
            Little Rock, AR 72201

Office of the Attorney General, State of California
    Attn:  CAFA Coordinator
        Consumer Protection Section
            455 Golden Gate Avenue, Suite 11000
                San Francisco, CA 94102

Office of the Attorney General, State of Colorado
    Attn:  CAFA Coordinator/General Counsel's Office
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 10th Floor
            Denver, CO 80203

Office of the Attorney General, State of Delaware
    Attn:  CAFA Coordinator/General Counsel's Office
        Carvel State Office Bldg.
        820 N. French Street
            Wilmington, DE 19801

Office of the Attorney General, District of Columbia
    Attn:  CAFA Coordinator/General Counsel's Office
        400 6th Street, NW
            Washington, DC 20001

Office of the Attorney General, State of Florida
    Attn:  CAFA Coordinator/General Counsel's Office
        The Capitol PL-01
           Tallahassee, FL 32399-1050

Office of the Attorney General, State of Georgia
    Attn:  CAFA Coordinator/General Counsel's Office
        40 Capitol Square, SW
           Atlanta, GA 30334

Office of the Attorney General, State of Hawaii
    Attn:  CAFA Coordinator/General Counsel's Office
        425 Queen Street
           Honolulu, HI 96813

Office of the Attorney General, State of Illinois
    Attn:  CAFA Coordinator/General Counsel's Office
        115 S. LaSalle Street
           Chicago, IL 60603

Office of the Attorney General, State of Indiana
    Attn:  CAFA Coordinator/General Counsel's Office
        Indiana Government Center South
        302 W. Washington Street, 5th Floor
           Indianapolis, IN 46204

Office of the Attorney General, State of Iowa
    Attn:  CAFA Coordinator/General Counsel's Office
        Hoover State Office Building
        1305 E. Walnut Street
           Des Moines, IA 50319

Office of the Attorney General, State of Kansas
    Attn:  CAFA Coordinator/General Counsel's Office
        120 SW 10th Avenue, 2nd Floor
           Topeka, KS 66612

Office of the Attorney General, Commonwealth of Kentucky
    Attn:  CAFA Coordinator/General Counsel's Office
        700 Capitol Avenue, Suite 118
           Frankfort, KY 40601-3449

Office of the Attorney General, State of Maine
    Attn:  CAFA Coordinator/General Counsel's Office
        6 State House Station
           Augusta, ME 04333

Office of the Attorney General, State of Maryland
    Attn:  CAFA Coordinator/General Counsel's Office
        200 St. Paul Place
           Baltimore, MD 21202

Office of the Attorney General, Commonwealth of Massachusetts
    Attn:  CAFA Coordinator/General Counsel's Office
        1 Ashburton Place, 20th Floor
          Boston, MA 02108

Office of the Attorney General, State of Minnesota
    Attn:  CAFA Coordinator/General Counsel's Office
        State Capitol
          445 Minnesota Street
            Suite 1400
              St. Paul, MN 55101-2131

Office of the Attorney General, State of Nevada
    Attn:  CAFA Coordinator/General Counsel's Office
        100 North Carson Street
          Carson City, NV 89701

Office of the Attorney General, State of New Hampshire
    Attn:  CAFA Coordinator/General Counsel's Office
        NH Department of Justice
          33 Capitol Street
            Concord, NH 03301

Office of the Attorney General, State of New Mexico
    Attn:  CAFA Coordinator/General Counsel's Office
        201 3rd Street, NW
          Suite 300
            Albuquerque, NM 87102

Office of the Attorney General, State of North Carolina
    Attn:  CAFA Coordinator/General Counsel's Office
        9001 Mail Service Center
          Raleigh, NC 27699-9001

Office of the Attorney General, State of North Dakota
    Attn:  CAFA Coordinator/General Counsel's Office
        State Capitol
          600 E. Boulevard Avenue, Department 125
            Bismarck, ND 58505-0040

Office of the Attorney General, State of Ohio
    Attn:  CAFA Coordinator/General Counsel's Office
        30 E. Broad Street, 14th Floor
          Columbus, OH 43215

Office of the Attorney General, State of Oklahoma
    Attn:  CAFA Coordinator/General Counsel's Office
        313 NE 21st Street
          Oklahoma City, OK 73105

Office of the Attorney General, State of Oregon
    Attn:  CAFA Coordinator/General Counsel's Office
        Oregon Department of Justice
            1162 Court Street NE
                Salem, OR 97301-4096

Office of the Attorney General, Commonwealth of Pennsylvania
    Attn:  CAFA Coordinator/General Counsel's Office
        16th Floor, Strawberry Square
            Harrisburg, PA 17120

Office of the Attorney General, Commonwealth of Puerto Rico
    Attn:  CAFA Coordinator/General Counsel's Office
        Torre Chardón, Suite 1201
            350 Carlos Chardón Street
                San Juan, PR 00918

Office of the Attorney General, Commonwealth of Rhode Island
    Attn:  CAFA Coordinator/General Counsel's Office
        150 South Main Street
            Providence, RI 02903

Office of the Attorney General, State of South Dakota
    Attn:  CAFA Coordinator/General Counsel's Office
        1302 E Hwy 14, Suite 1
            Pierre, SD 57501-8501

Office of the Attorney General, State of Utah
    Attn:  CAFA Coordinator/General Counsel's Office
        350 North State Street, Suite 230
            Salt Lake City, UT 84114-2320

Office of the Attorney General, Virgin Islands
    Attn:  CAFA Coordinator/General Counsel's Office
        3438 Krondprindsens Gade
            GERS Building, 2nd Floor
                St. Thomas, VI 00802

Office of the Attorney General, State of Vermont
    Attn:  CAFA Coordinator/General Counsel's Office
        Attorney General's Office
        109 State Street
            Montpelier, VT 05609-1001

Office of the Attorney General, Commonwealth of Virginia
    Attn:  CAFA Coordinator/General Counsel's Office
        202 North Ninth Street
            Richmond, VA 23219

Office of the Attorney General, State of West Virginia
    Attn:  CAFA Coordinator/General Counsel's Office
        State Capitol Complex
            1900 Kanawha Blvd. E
                Building 1, Room E-26
                    Charleston, WV 25305

Office of the Attorney General, State of Wyoming
    Attn:  CAFA Coordinator/General Counsel's Office
        109 State Capitol
            200 W. 24th Street
                Cheyenne, WY 82002

Division of Insurance, State of Alaska
    Attn: Legal
        Robert B. Atwood Building
            550 W. 7th Ave., STE 1560
                Anchorage, AK 99501-3567

Department of Insurance and Financial Institutions, State of Arizona
    Attn: Legal
        100 North 15th Avenue, Suite 261
            Phoenix, AZ 85007

Insurance Department, State of Arkansas
    Attn: Legal
        1 Commerce Way
            Little Rock, AR 72202

Department of Insurance, State of California
    Attn: Legal
        300 Capitol Mall, 17th Floor
            Sacramento, CA 95814

Division of Insurance, State of Colorado
    Attn: Legal
        1560 Broadway, Suite 850
            Denver, CO 80202

Department of Insurance, Securities & Banking, District of Columbia
    Attn: Legal
        1050 First Street, N.E., Suite 801
            Washington, DC 20002

Office of Insurance Regulation, State of Florida
    Attn:  Legal
        200 East Gaines Street
            Tallahassee, FL 32399-4206

Office of the Commissioner of Insurance and Fire Safety, State of Georgia
    Attn:  Legal
        2 Martin Luther King Jr. Drive
          West Tower, Suite 702
            Atlanta, GA 30334

Department of Insurance, State of Illinois
    Attn:  Office of Consumer Health Insurance/Legal
        320 W. Washington Street
          Springfield, IL 62701

Department of Insurance, State of Indiana
    Attn:  Consumer Services Division/Legal
        311 W. Washington St, Suite 300
          Indianapolis, IN 46204-2787

Insurance Division, State of Iowa
    Attn:  Legal
        1963 Bell Avenue, Suite 100
          Des Moines, IA 50315

Department of Insurance, State of Kansas
    Attn:  Legal
        1300 SW Arrowhead Road
          Topeka, KS 66604-4073

Department of Insurance, State of Kentucky
    Attn:  Legal
        500 Mero Street
          2 SE 11
            Frankfort, KY 40601

Bureau of Insurance, State of Maine
    Attn:  Legal
        76 Northern Ave
          Gardiner, ME 04345

Insurance Administration, State of Maryland
    Attn:  Legal
        200 St. Paul Place, Suite 2700
          Baltimore, MD 21202

Division of Insurance, Commonwealth of Massachusetts
    Attn:  Legal
        1000 Washington Street, Suite 810
          Boston, MA 02118

Department of Commerce, State of Minnesota
    Attn:  Insurance Division/Legal
        85 7th Place East, Suite 280
          St. Paul, MN 55101

Commissioner of Insurance & Securities, State of Montana
    Attn:  Insurance Consumer Services/Legal
        840 Helena Ave,
           Helena, MT 59601

Department of Business and Industry, State of Nevada
    Attn:  Division of Insurance/Legal
        2300 W. Sahara Avenue, Suite 770
           Las Vegas, NV 89102

Insurance Department, State of New Hampshire
    Attn:  Legal
        21 South Fruit Street, Suite 14
           Concord, NH 03301

Office of the Superintendent of Insurance, State of New Mexico
    Attn:  Legal
        1120 Paseo De Peralta
           Santa Fe, NM 87501

Department of Insurance, State of North Carolina
    Attn:  Legal
        1201 Mail Service Center
           Raleigh, NC 27699-1201

Insurance Department, State of North Dakota
    Attn:  CAFA Insurance Regulator/General Insurance Regulator
        600 E. Boulevard Avenue
           Bismarck, ND 58505-0320

Department of Insurance State of Ohio
    Attn:  Legal
        50 W. Town Street, Suite 300
           Columbus, OH 43215

Insurance Department, State of Oklahoma
    Attn:  Legal
        400 NE 50th Street
           Oklahoma City, OK 73105

Insurance Department, State of Pennsylvania
    Attn:  Legal
        1326 Strawberry Square
           Harrisburg, PA 17120

Department of Business Regulation, Commonwealth of Rhode Island
    Attn:  Insurance Division
        1511 Pontiac Ave
           Cranston, RI 02920

Department of Insurance, State of South Carolina
    Attn:  Legal
        1201 Main Street, Suite 1000
           Columbia, SC 29201

Department of Labor and Regulation, State of South Dakota
    Attn:  Division of Insurance
        124 S. Euclid Avenue, 2nd Floor
           Pierre, SD 57501

Department of Commerce and Insurance, State of Tennessee
    Attn:  Insurance Division/Legal
        500 James Robertson Parkway
        Davy Crockett Tower
           Nashville, TN 37243-0565

Insurance Department, State of Utah
    Attn:  Legal
        4315 S. 2700 W, Suite 2300
           Taylorsville, UT 84129

Division of Banking, Insurance & Financial Regulation, Virgin Islands
    Attn:  Insurance Division/Legal
        8000 Nisky Center Suite 200
           St. Thomas, Virgin Islands 00802

Office of the Commissioner of Insurance, State of Wisconsin
    Attn:  Legal
        125 South Webster Street
           Madison, WI 53703

Department of Insurance, State of Wyoming
    Attn:  Legal
        106 East 6th Avenue
           Cheyenne, WY 82001


**<u>BY CERTIFIED MAIL</u>**

Office of the Attorney General, American Samoa
    Attn:  Department of Legal Affairs/CAFA Coordinator
        Executive Office Bldg., 3rd Floor
           P.O. Box 7
              Utulei, American Samoa 96799

Office of the Attorney General, State of Guam
    Attn:  CAFA Coordinator/General Counsel's Office
        590 S. Marine Corps Dr, Suite 901
           Tamuning, Guam 96913

Office of the Attorney General, State of Idaho
    Attn:  CAFA Coordinator/General Counsel's Office
        700 W. Jefferson Street, Suite 210
            P.O. Box 83720
                Boise, ID 83720-0010

Office of the Attorney General, State of Louisiana
    Attn:  CAFA Coordinator/General Counsel's Office
        P.O. Box 94005
            Baton Rouge, LA 70804

Office of the Attorney General, State of Michigan
    Attn:  CAFA Coordinator/General Counsel's Office
        G. Mennen Williams Building, 7th Floor
            525 W. Ottawa St, P.O. Box 30212
                Lansing, MI 48909

Office of the Attorney General, State of Mississippi
    Attn:  CAFA Coordinator/General Counsel's Office
        550 High Street, Suite 1200
            P.O. Box 220
                Jackson, MS 39205

Office of the Attorney General, State of Missouri
    Attn:  CAFA Coordinator/General Counsel's Office
        Supreme Court Building
            207 W. High Street, P.O. Box 899
                Jefferson City, MO 65102

Office of the Attorney General, State of Montana
    Attn:  CAFA Coordinator/General Counsel's Office
        215 N. Sanders St., 3rd Floor
            P.O. Box 201401
                Helena, MT 59620-1401

Office of the Attorney General, State of Nebraska
    Attn:  CAFA Coordinator/General Counsel's Office
        2115 State Capitol
            P.O. Box 98920
                Lincoln, NE 68509

Office of the Attorney General, State of New Jersey
    Attn:  CAFA Coordinator/General Counsel's Office
        RJ Hughes Justice Complex
            25 Market Street, P.O. Box 080
                Trenton, NJ 08625-0080

Office of the Attorney General, State of Northern Mariana Islands
    Attn:  CAFA Coordinator/General Counsel's Office
        Administration Building
            Caller Box 10007
                Saipan, MP 96950-8907

Office of the Attorney General, State of South Carolina
    Attn:  CAFA Coordinator/General Counsel's Office
        P.O. Box 11549
            Columbia, SC 29211

Office of the Attorney General, State of Tennessee
    Attn:  CAFA Coordinator/General Counsel's Office
        P.O. Box 20207
            Nashville, TN 37202-0207

Office of the Attorney General, State of Texas
    Attn:  CAFA Coordinator/General Counsel's Office
        P.O. Box 12548
            Austin, TX 78711-2548

Office of the Attorney General, State of Washington
    Attn:  CAFA Coordinator/General Counsel's Office
        1125 Washington Street SE
        P.O. Box 40100
            Olympia, WA 98504-0100

Office of the Attorney General, State of Wisconsin
    Attn:  CAFA Coordinator/General Counsel's Office
        Wisconsin Department of Justice
        P.O. Box 7857
            Madison, WI 53707-7857

Department of Insurance, State of Alabama
    Attn:  Legal
        P.O. Box 303351
            Montgomery, AL 36130-3351

Office of the Insurance Commissioner, American Samoa
    Attn:  Office of the Governor
        Pentagon Bldg. 2nd Floor Nuuuli
            Pago Pago, American Samoa 96799

Department of Insurance, State of Connecticut
    Attn:  Legal
        P.O. Box 816
            Hartford, CT 06142-0816

Department of Insurance, State of Guam
    Attn:  Legal
        P.O. Box 23607
            Barrigada, Guam 96921

Insurance Division, State of Hawaii
    Attn:  Legal
        P.O. Box 3614
            Honolulu, Hawaii 96811

Department of Insurance, State of Idaho
    Attn:  Legal
        700 West State Street, 3rd Floor
            P.O. Box 83720
                Boise, ID 83720-00043

Department of Insurance, State of Louisiana
    Attn:  Legal
        1702 N. 3rd Street
            P.O. Box 94214
                Baton Rouge, LA 70804

Department of Insurance and Financial Services, State of Michigan
    Attn:  Legal
        P.O. Box 30220
            Lansing, MI 48909-7720

Insurance Department, State of Mississippi
    Attn:  Legal
        P.O. Box 79
            Jackson, MS 39205-0079

Department of Commerce & Insurance, State of Missouri
    Attn:  Insurance Division/Legal
        P.O. Box 690
            Jefferson City, MO 65102-0690

Department of Insurance, State of Nebraska
    Attn:  Legal
        P.O. Box 95087
            Lincoln, NE 68509-5087

Department of Banking & Insurance, State of New Jersey
    Attn:  Division of Insurance
        20 West State Street
            P.O. Box 325
                Trenton, NJ 08625

Department of Commerce, Northen Mariana Islands
    Attn:  Insurance Division/Legal
        P.O. Box 5795 CHRB
            Saipan, MP 96950

Division of Financial Regulation, State of Oregon
    Attn:  Insurance Division/Legal
        P.O. Box 14480
            Salem, OR 97309-0405

Office of the Commissioner of Insurance, Commonwealth of Puerto Rico
    Attn:  Legal
        361 Calle Calaf
            P.O. Box 195415
                San Juan, PR 00919-5415

Department of Insurance, State of Texas
    Attn:  Legal
        P.O. Box 12030
            Austin, TX 78711-2030

Department of Financial Regulation, State of Vermont
    Attn:  Insurance Division/Legal
        89 Main Street
            Montpelier, VT 05620-3101

Bureau of Insurance, State of Virginia
    Attn:  Legal
        P.O. Box 1157
            Richmond, VA 23218

Office of the Insurance Commissioner, State of Washington
    Attn:  Legal
        P.O. Box 40255
            Olympia, WA 98504-0255

Office of the Insurance Commissioner, State of West Virginia
    Attn:  Legal
        P.O. Box 50540
            Charleston, WV 25305-0540

**<u>BY EMAIL</u>**

Office of the Attorney General, State of Connecticut
    Attn:  CAFA Coordinator
        A.G.CAFA@CT.GOV

Office of the Attorney General, State of New York
    Attn:  CAFA Coordinator
        CAFA.Notices@ag.ny.gov

Department of Insurance, State of Delaware
    Attn:  Legal
        DOI-Legal@delaware.gov

Department of Financial Services, State of New York
    Attn:  Office of General Counsel
        counsel@dfs.ny.gov

Cc:    Edith M. Kallas
          Joe R. Whatley, Jr.
          W. Tucker Brown
          Patrick J. Sheehan
          Henry C. Quillen
          WHATLEY KALLAS, LLP
          ekallas@whatleykallas.com
          jwhatley@whatleykallas.com
          tbrown@whatleykallas.com
          psheehan@whatleykallas.com
          hquillen@whatleykallas.com

*Counsel for the Provider Class Representatives and Settlement Class*