FILED
2024 Dec-23 PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | **CIVIL ACTION NO. MASTER FILE 2:13-CV-20000-RDP** |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Rachel J. Adcox, an attorney for Defendant Independence Blue Cross in the above-styled civil action and moves this Honorable Court to permit her withdrawal from representation of the said Defendant, based on her leaving the law firm of Axinn, Veltrop & Harkrider LLP. Axinn Veltrop & Harkrider will continue to represent Independence Blue Cross.

Dated: December 23, 2024
New York, New York

Respectfully submitted,

/s/Rachel J. Adcox
Rachel J. Adcox

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of December 2024 caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of filing to all counsel of record.

/s/Rachel J. Adcox ________________
Rachel J. Adcox