FILED
2025 Jan-13 AM 11:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | Case No.: Master File 2:13-cv-20000-RDP |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTE that Axinn, Veltrop & Harkrider LLP (the "Firm") has relocated its New York office to the following:

**Axinn, Veltrop & Harkrider LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111**

Please direct any hard copy service to the Firm's New York attorneys to this new address. The Firm's telephone, fax numbers, and email addresses remain unchanged.

The addresses of the Firm's other offices also remain unchanged, and hard copy service to attorneys at the Firm's other offices should continue to be directed to their current addresses.

Dated: January 13, 2025

*/s/ Kail J. Jethmalani*
Kail J. Jethmalani
Victoria J. Lu
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
Fax: (212) 728-2201
kjethmalani@axinn.com
vlu@axinn.com

John DeQ. Briggs
Jeny M. Maier

Kenina J. Lee
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street, N.W.
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
jmaier@axinn.com
klee@axinn.com

Stephen A. Rowe (ASB-3804-E65S)
Aaron G. McLeod (ASB-8589-A57M)
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5080
Fax: (205) 250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

*Counsel for Defendant Independence Blue Cross*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

*/s/ Kail J. Jethmalani*
Kail J. Jethmalani