FILED
2025 Jan-16 PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | ) ) ) ) | **NOTICE OF APPEAL**<br><br>**Master File No.: 2:13-cv-20000-RDP**<br>**Subscriber Track Cases** |
| **This Document relates to:**<br><br>**BRETT WATTS,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**BLUE CROSS BLUE SHIELD OF TEXAS, et al.,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 2:12-cv-4180-RDP** |
| **This Document relates to:**<br><br>**JUDY SHERIDAN,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**WELLPOINT, INC., d/b/a ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY AND BLUE CROSS OF CALIFORNIA AS WELL AS BLUE CROSS OF SOUTHERN CALIFORNIA AND BLUE CROSS OF NORTHERN CALIFORNIA; CALIFORNIA PHYSICIANS' SERVICE, INC., d/b/a BLUE SHIELD OF CALIFORNIA, et al.,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 2:13-cv-00990-RDP** |
| **This Document relates to:**<br><br>**BETSY JANE BELZER, CONSTANCE DUMMER, and CENTERPOINTE** | ) ) ) ) | |

| | | |
|---|---|---|
| **DENTAL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:16-cv-00570-RDP** |
| | ) | |
| **BLUE CROSS BLUE SHIELD OF ALABAMA, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

Come now, the undersigned counsel, on behalf of Chris Cowan, James McDonough, Tyler Barnett, Brett Watts, Judy Sheridan and Constance Dummer, and submit this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the Confidential and *In Camera* Order in this matter dated December 17, 2024.

*s/ James A Harris, III*
James A. Harris, III
Nicole M. Hardee
WATKINS & EAGER, PLLC
1904 1st Avenue North, Suite 300
Birmingham, AL 35203 23
T: 205-732-9160
E: jharris@watkinseager.com
E: nhardee@watkinseager.com
**Attorneys for Appellants**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16th 2025, the foregoing pleading was filed with the Clerk of the Court and served on counsel of record via ECF.

*/s/ James A. Harris, III*