FILED

2025 Jan–17  AM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

STAYED,APPEAL,LEAD,MDL 2406,PROTECTIVE ORDER

# U.S. District Court
# Northern District of Alabama (Southern)
# CIVIL DOCKET FOR CASE #: 2:13–cv–20000–RDP
## *Internal Use Only*

| | |
|---|---|
| In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406 | Date Filed: 01/08/2013 |
| Assigned to: Judge R David Proctor | Jury Demand: Both |
| Case in other court:  11th Circuit, 22–13051–J | Nature of Suit: 890 Other Statutory Actions |
| 11th Circuit, 22–13051–J | Jurisdiction: Federal Question |
| 11th Circuit, 22–13051–J | |
| 11th Circuit, 22–13051–J | |
| MDL 2406 | |

Cause: 28:1331 Fed. Question

**In Re**

| | | |
|---|---|---|
| **Blue Cross Blue Shield Antitrust Litigation MDL 2406** | represented by | **Lauren R Kennedy** |

**Lauren R Kennedy**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: lkennedy@cravath.com
*ATTORNEY TO BE NOTICED*

**Martin Patrick McDowell**
BRUNINI GRANTHAM GROWER &
HEWES PLLC
Fifth Third Center, Ste. 20000
424 Church Street
Nashville, TN 39205
601–948–3101
Email: pmcdowell@brunini.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terri Olive Tompkins**
ROSEN HARDWOOD
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
205–344–5000
Fax: 205–758–8358
Email: ttompkins@rosenharwood.com
*ATTORNEY TO BE NOTICED*

**Winnifred Lewis**
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

Email: wlewis@cravath.com
*TERMINATED: 07/11/2019*
*ATTORNEY TO BE NOTICED*

**Special Master**

**Special Master**                      represented by   **Edgar C Gentle , III**
                                                         Gentle Turner Sexton & Harbison
                                                         501 Riverchase Parkway East, Suite 100
                                                         Hoover, AL 35244
                                                         United Sta
                                                         205−716−3000
                                                         Fax: 205−716−3010
                                                         Email: egentle@gtandslaw.com
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs' Counsel**                 represented by   **Alan McQuarrie Mansfield**
                                                         WHATLEY KALLAS, LLP
                                                         16870 W. Bernardo Dr.
                                                         Suite 400
                                                         San Diego, CA 92127
                                                         858−674−6641
                                                         Fax: 855−274−1888
                                                         Email: amansfield@whatleykallas.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Alicia L Shelton**
                                                         DOJ−USAO
                                                         36 S. Charles Street
                                                         Fourth Floor
                                                         Baltimore, MD 21201
                                                         410−209−4836
                                                         Email: alicia.shelton2@usdoj.gov
                                                         *TERMINATED: 05/11/2022*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Anjori Mitra**
                                                         Scott&Scott Attorneys at Law LLP
                                                         The Helmsley Building
                                                         230 Park Avenue
                                                         17th Floor
                                                         New York, NY 10169
                                                         212−223−6444
                                                         Email: amitra@scott−scott.com
                                                         *TERMINATED: 11/03/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **David S Stone**

STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
973–218–1111
Fax: 973–218–1106
Email: Dstone@stonemagnalaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davis Cooper**
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202–220–9600
Fax: 202–220–9601
Email: pdcooper@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold S Reeves**
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W
Washington, DC 20036
202–220–9600
Fax: 202–220–9601
Email: hreeves@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helen Lynne Eckinger**
Waller Lansden Dortch & Davis LLP
1901 6th Avenue North
Birmingham, AL 35203
205–226–5708
Fax: 205–214–7342
Email: helen.eckinger@wallerlaw.com
*LEAD ATTORNEY*

**Howard C Nielson , Jr**
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202–220–9600
Fax: 202–220–9601
Email: hnielson@cooperkirk.com
*TERMINATED: 05/29/2019*
*LEAD ATTORNEY*

**Irving Scher**
HAUSFELD LLP
33 Whitehall Street

14th Floor
New York, NY 10004
646−357−1100
Fax: 212−202−4322
Email: ischer@hausfeld.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
CHAPMAN LEWIS & SWAN PLLC
501 First Street
Clarksdale, MS 38614
662−627−4105
Fax: 662−621−2538
Email: harland@chapman−lewis−swan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Marie Simons**
WANDRO & ASSOCIATES, P.C.
2501 GRAND AVE
SUITE B
DES MOINES, IA 50312
515−281−1475
Fax: 515−281−1474
Email: ksimons@2501grand.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Ann Fetsick**
HAUSFELD LLP
33 Whitehall Street, Floor 14
New York, NY 10004
646−357−1100
Email: kfetsick@hausfeld.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Jones**
HAUSFELD LLP
1700 K Street, Nw
Washington, DC 20006
415−744−1951
Fax: 415−358−4980
Email: mjones@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kirk**
COOPER & KIRK, PLLC

1523 New Hampshire Avenue, NW
Washington, DC 20036
202–220–9600
Fax: 202–220–9601
Email: mkirk@cooperkirk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael L Murphy**
BAILEY AND GLASSER, LLP
1055 Thomas Jefferson Street, NW
Washington, DC 20007
202–463–2101
Fax: 202–463–2103
Email: mmurphy@baileyglasser.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patricia Melville**
BOIES SCHILLER FLEXNER, LLP
100 SE 2nd Street – Suite 2800
Miami, FL 33131
305–539–8400
Fax: 305–539–1307
Email: pmelville@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
Calcaterra Pollack LLP
1140 Avenue of the Americas
9th Floor
New York, NY 10036–5803
212–899–1766
Email: rcalcaterra@calcaterrapollack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A Feinstein**
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW
Washington, DC 20015
202–237–2727
Fax: 202–237–6131
Email: RFeinstein@BSFLLP.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sallie E Gilbert**

BAILEY & GLASSER LLP
1055 Thomas Jefferson NW, Suite 540
Washington, DC 20007
202–463–2101
Fax: 202–463–2103
Email: sgilbert@baileyglasser.com
*TERMINATED: 09/27/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Murray , Jr**
MURRAY LAW FIRM
650 Poydras Street
Suite 2150
New Orleans, LA 70130
1–504–525–8100
Fax: 504–584–5249
Email: smurrayjr@murray–lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Neal Zack**
BOIES SCHILLER FLEXNER, LLP
100 SE 2nd Street – Suite 2800
Miami, FL 33131
305–357–8452
Fax: 305–539–8400
Email: Szack@BSFLLP.com
*TERMINATED: 07/22/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven P Wandro**
WANDRO & ASSOCIATES, P.C.
2501 GRAND AVE
SUITE B
DES MOINES, IA 50312
515 281 1475
Fax: 515 281 1474
Email: swandro@2501grand.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Gregory Wright**
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
913–901–0505
Email: gwright@midwest–law.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Butterfield**
Hausfeld LLP
1700 K Street, Nw
Washington, DC 20006
202−540−7143
Fax: 202-540-7201
Email: wbutterfield@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron S Podhurst**
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33129
305−358−2800
Fax: 305−358−2382
Email: apodhurst@podhurst.com
*ATTORNEY TO BE NOTICED*

**Adam W Pittman**
CORY WATSON ATTORNEYS PC
2131 Magnolia Avenue South, Ste. 200
Birmingham, AL 35205
205−328−7000
Fax: 205−324−7896
Email: apittman@corywatson.com
*TERMINATED: 02/01/2013*

**Alexander McInnis Boies**
BOIES SCHILLER FLEXNER
575 Lexington Avenue
7th Floor
New York, NY 10022
212−446−2300
Email: aboies@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Almas Abdulla**
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
202−778−1800
Email: aabdulla@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Ami Swank**
Ami Swank Law Firm
811 Timberdell Road
Norman, OK 73072

405−361−2797
Fax: 405−236−5303
Email: ami@swank.net
*ATTORNEY TO BE NOTICED*

**Amy Pepke**
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
6075 Poplar Ave, Ste 500
Memphis, TN 38119
901−680−7324
Fax: 901−680−7201
*TERMINATED: 11/08/2013*

**Andrea Layne Stackhouse**
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502−882−6000
Fax: 502−587−2007
Email: layne@jonesward.com
*ATTORNEY TO BE NOTICED*

**Andrew C Allen**
LAW OFFICES OF ANDREW C.
ALLEN, LLC
2910 Linden Avenue, Suite 200−B
Homewood, AL 35209
205−747−1903
Fax: 205−847−5400
Email: aallen@acallenlaw.com
*TERMINATED: 05/22/2014*

**Andrew England Brashier**
105 Crenshaw Court
Prattville, AL 36067
334−300−2264
Email: Andrew.Brashier@beasleyallen.com
*TERMINATED: 03/18/2019*
*ATTORNEY TO BE NOTICED*

**Andrew J Kochanowski**
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076
248−355−0300
Fax: 248−746−4001
Email: akochanowski@sommerspc.com
*TERMINATED: 04/08/2015*

**Andrew Allen Lemmon**
Lemmon Law Firm

15058 River Rd.
P.O. Box 904
Hahnville, LA 70057
985–783–6789
Fax: 985.783.1333
Email: andrew@lemmonlawfirm.com
*ATTORNEY TO BE NOTICED*

**Andrew M Stone**
STONE LAW FIRM LLC
437 Grant Street, Suite 1806
Pittsburgh, PA 15219
412–391–2005
Fax: 412–391–0853
Email: astone@stone–law–firm.com
*ATTORNEY TO BE NOTICED*

**Anna Louise Hart**
HART LAW LLC
400 Vestavia Parkway
Suite 100
Vestavia, AL 35216
205–276–1286
Email: ahart@hartlawllc.com
*TERMINATED: 03/12/2015*

**Annesley H DeGaris**
DEGARIS LAW, LLC
2 North 20th Street
Suite 1030
Birmingham, AL 35203
205–575–8000
Fax: 205–278–1454
Email: adegaris@degarislaw.com
*ATTORNEY TO BE NOTICED*

**Anthony F. Jackson**
BECK & AMSDEN
1946 Stadium Drive
Suite 1
Bozeman, MT 59715
406–586–8700
Fax: 406–586–8960
Email: Anthony@becklawyers.com
*ATTORNEY TO BE NOTICED*

**Anu M Brady**
MCCALLUM METHVIN & TERRELL
PC
The Highland Bldg
2201 Arlington Ave South
Birmingham, AL 35216

205–939–0199
Fax: 205–939–0399
Email: brady3104@gmail.com
*TERMINATED: 04/25/2014*

**Archibald I Grubb , II**
BUTLER PRATHER, LLP
P.O. Box 2766
Columbus, GA 31902–2766
706–330–5325
Email: archie@butlerprather.com
*ATTORNEY TO BE NOTICED*

**Archie C Lamb , Jr**
ARCHIE LAMB AND ASSOCIATES
LLC
P.O. Box 2088
Birmingham, AL 35201
205–612–6789
Email: alamb@archielamb.com
*ATTORNEY TO BE NOTICED*

**Arthur N Bailey , Jr**
HAUSFELD LLP
44 Montgomery Steet
Suite 3400
San Francisco, CA 94104
415–633–1908
Fax: 415–358–4980
Email: abailey@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Augusta Salem Dowd**
WHITE ARNOLD & DOWD, PC
Alabama
2001 Park Place Tower, Ste 1400
Birmingham, AL 35203
205–323–1888
Email: adowd@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Barry A Ragsdale**
DOMINICK FELD HYDE PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
205–536–8888
Email: bragsdale@dfhlaw.com
*ATTORNEY TO BE NOTICED*

**Ben W Gordon , Jr**
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR

316 South Baylen Street
Suite 600
Pensacola, FL 32502
850–435–7080
Fax: 850–435–6080
Email: bgordon@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Benjamin L Barnes**
BENJAMIN L BARNES
ATTORNEY AND COUNSELOR AT
LAW
407 W. Covell Road #32123
Edmond, OK 73003
405–595–3936
Fax: 888–493–6648
Email: bb@bbarneslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin J Sweet**
THE SWEET LAW FIRM
186 Mohawk Drive
Pittsburgh, PA 15228
412–742–0631
Email: ben@sweetlawpc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Braden Beard**
HAUSFELD LLP
1700 K St NW Suite 650
Washington, DC 20006
202–540–7200
Fax: 202–540–7201
Email: bbeard@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Bradley A Wasser**
LAW OFFICES OF DAVID BALTO
1350 I Street NW, Suite 850
Washington, DC 20005
202–789–5424
Fax: 202–789–1819
Email: brad.wasser@dcantitrustlaw.com
*ATTORNEY TO BE NOTICED*

**Brenton W Cole**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
3414 Peachtree Rd., NE, Ste. 1600
Atlanta, GA 30326

Email: bcole@bakerdonelson.com
*TERMINATED: 11/03/2014*

**Brian M Clark**
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB
The Kress Building
301 19th Street North
Birmingham, AL 35203–3204
205–314–0500
Fax: 205–254–1500
Email: Bclark@wigginschilds.com
*ATTORNEY TO BE NOTICED*

**Brian E Wojtalewicz**
WOJTALEWICZ LAW FIRM LTD
139 North Miles St
Appleton, MN 56208–0123
320–289–2363
Fax: 320–289–2369
Email: brian@wojtalewiczlawfirm.com
*ATTORNEY TO BE NOTICED*

**Bruce C Jones**
JONES & SWARTZ PLLC
1673 W Shoreline Drive Suite 200
Boise, ID 83702
(208) 489–8989
Fax: (208) 489–8988
Email: bruce@jonesandswartzlaw.com
*ATTORNEY TO BE NOTICED*

**Bryan L Clobes**
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
1101 Market Street, Suite 2650
Philadelphia, PA 19107
215–864–2800
Fax: 215–864–2810
Email: bclobes@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Carl S Kravitz**
Zuckerman Spaeder LLP
1800 M Street, NW
Suote 1000
Washington, DC 20036
202–778–1873
Fax: 202–822–8106
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl Wesley Pittman**
THE PITTMAN FIRM PA
432 McKenzie Avenue
Panama City, FL 32401
850–784–9000
Fax: 850–763–6787
Email: wespittman@pittmanfirm.com
*ATTORNEY TO BE NOTICED*

**Casey Langston Lott**
LANGTSON & LOTT, P.A.
P.O. Box 382
100 South Main Street
Booneville, MS 38829
662–728–9733
Fax: 662–728–1992
Email: clott@langstonlott.com
*ATTORNEY TO BE NOTICED*

**Charles J Cooper**
COOPER & KIRK PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202–220–9600
Fax: 202–220–9601
Email: ccooper@cooperkirk.com
*ATTORNEY TO BE NOTICED*

**Charles D Hudson**
PENN AND SEABORN LLC
1971Berry Chase Place
Montgomery, AL 360117
334–738–4486
Fax: 334–738–4432
Email: charlie@pennandseaborn.com
*ATTORNEY TO BE NOTICED*

**Charles C Hunter**
HAYES HUNGER PC
4265 San Felip Suite 1000
Houston, TX 77027
281–768–4731
Fax: 713–583–7047
Email: chunter@hayeshunterlaw.com
*ATTORNEY TO BE NOTICED*

**Charles M Thompson**
CHARLES M THOMPSON PC
101 Mohawk Drive
Trussville, AL 35173
205–995–0068
Fax: 866–610–1650

Email: cmtlaw316@gmail.com
*ATTORNEY TO BE NOTICED*

**Charles R Watkins**
GUIN STOKES & EVANS LLC
321 S Plymouth Ct
Ste 1250
Chicago, IL 60604
312−878−8391
Fax: 312−663−0303
Email: cwatkins@gseattorneys.com
*ATTORNEY TO BE NOTICED*

**Christina D Crow**
JINKS CROW & DICKSON PC
219 Prairie Street N
PO Box 350
Union Springs, AL 36089
334−738−4225
Fax: 334−738−4229
Email: christy.crow@jinkscrow.com
*ATTORNEY TO BE NOTICED*

**Christopher T Cain**
SCOTT & CAIN
550 W. Main Street, Suite 601
Knoxville, TN 37902
865−525−2150
Fax: 865−525−2120
Email: cain@scottandcain.com
*ATTORNEY TO BE NOTICED*

**Christopher L Coffin**
PENDLEY BAUDIN & COFFIN LLP
24110 Eden Street
Plaquemine, LA 70765
225−687−6396
Fax: 225−687−6398
Email: ccoffin@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Christopher T Hellums**
PITTMAN DUTTON & HELLUMS PC
2001 Park Place Tower
Suite 1100
Birmingham, AL 35203
205−322−8880
Fax: 205−278−2711
Email: chrish@pittmandutton.com
*ATTORNEY TO BE NOTICED*

**Clint Sargent**

MEIERHENRY SARGENT LLP
315 S Phillips Avenue
Sioux Falls, SD 57104–6318
605–336–3075
Fax: 605–336–2593
Email: clint@meierhenrylaw.com
*ATTORNEY TO BE NOTICED*

**Cyril V Smith , III**
ZUCKERMAN SPAEDER LLP
100 E Pratt Street, Suite 2440
Baltimore, MD 21202
410–949–1145
Fax: 410–659–0436
Email: csmith@zuckerman.com
*ATTORNEY TO BE NOTICED*

**D Brian Hufford**
ZUCKERMAN SPAEDER LLP
485 Madison Avenue
10th Floor
New York, NY 10022
212–704–9600
Fax: 212–704–4256
Email: dbhufford@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Dale Ernest Akins**
AKINS LAW FIRM
Unit A
6 Johnston Way
PO Box 1547
Bluffton, SC 29910
843–757–7574
Fax: 843–757–7601
Email: kwhite@hargray.com
*ATTORNEY TO BE NOTICED*

**Daniel E Gustafson**
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
612–333–8844
Fax: 612–339–6622
Email: dgustafson@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Daniel C Hedlund**
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600

Minneapolis, MN 55402
612–333–8844
Fax: 612–339–6622
Email: dhedlund@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Daniel Patrick Moylan**
ZUCKERMAN SPAEDER LLP
100 East Pratt Street Suite 2440
Baltimore, MD 21202
410–949–1159
Fax: 410–659–0436
Email: dmoylan@zuckerman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel E. Phillips**
SOLBERG STEWART MILLER
PO BOX 1897
FARGO, ND 58107–1897
701–237–3166
Fax: 701–237–4627
*ATTORNEY TO BE NOTICED*

**Daniel A Small**
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
202–408–4600
Fax: 202–408–4699
Email: dsmall@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**David A Balto**
LAW OFFICES OF DAVID BALTO
1350 I Street NW, Suite 850
Washington, DC 20005
205–789–5424
Fax: 202–789–1819
Email: david.balto@dcantitrustlaw.com
*ATTORNEY TO BE NOTICED*

**David Boies**
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
914–749–8200
Fax: 914–749–8300
Email: dboies@bsfllp.com
*ATTORNEY TO BE NOTICED*

**David A Ettinger**
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
660 Woodward Ave., Suite 2290
Detroit, MI 48226
313–465–7368
Fax: 313–465–7369
Email: dettinger@honigman.com
*TERMINATED: 12/07/2015*
*ATTORNEY TO BE NOTICED*

**David F Evans**
HICKEY & EVANS
1800 Carey Avenue, Suite 700
P O Box 467
Cheyenne, WY 82003–0467
307–634–1525
Fax: 307–638–7335
*ATTORNEY TO BE NOTICED*

**David J Guin**
GUIN STOKES & EVANS LLC
300 Richard Arrington Jr Blvd. N.
Suite 600
Birmingham, AL 35203
205–503–4505
Fax: 205–226–2357
Email: davidg@gseattorneys.com
*ATTORNEY TO BE NOTICED*

**David J. Hodge**
MORRIS KING & HODGE, PC
200 Pratt Avenue
Huntsville, AL 35801
256–536–0588
Email: dhodge@mkhlawyers.com
*ATTORNEY TO BE NOTICED*

**David M Wilkerson**
THE VAN WINKLE LAW FIRM
11 North Market St
Asheville, NC 28801
828–258–2991
Fax: 828–257–2767
Email: dwilkerson@vwlawfirm.com
*ATTORNEY TO BE NOTICED*

**Deborah J Winegard**
WHATLEY KALLAS LLC
1068 Virginia Avenue NE
Atlanta, GA 30306

17

205−488−1200
Email: dwinegard@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Debra B Hayes**
THE HAYES LAW FIRM
700 Rockmead Suite 210
Kingwood, TX 77339
281−815−4963
Fax: 832−575−4759
Email: dhayes@dhayeslaw.com
*ATTORNEY TO BE NOTICED*

**Dennis G Pantazis**
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203−3204
205−314−0531
Fax: 205−314−0731
Email: dgp@wigginschilds.com
*ATTORNEY TO BE NOTICED*

**Dennis Craig Reich**
REICH & BINSTOCK LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
1−713−622−7271
Fax: 713−623−8724
Email: DReich@reichandbinstock.com
*ATTORNEY TO BE NOTICED*

**Dianne M Nast**
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215−923−9300
Fax: 215−923−9302
Email: dnast@nastlaw.com
*ATTORNEY TO BE NOTICED*

**Donald D Knowlton , II**
CUSIMANO ROBERTS & MILLS LLC
153 South 9th Street
Gadsden, AL 35901
256−543−0400
Email: don@alalawyers.net
*ATTORNEY TO BE NOTICED*

**Donna Smith Cude**
JOHN D. SAXON PC

2119 3rd Avenue North
Birmingham, AL 35203
205–397–1030
Fax: 205–323–1583
Email: dcude@saxonattorneys.com
*ATTORNEY TO BE NOTICED*

**Douglas A Dellaccio , Jr**
CORY WATSON PC
2131 Magnolia Avenue South, Suite 200
P O Box 55927
Birmingham, AL 35255–5972
205–328–2200
Fax: 205–324–7896
Email: ddellaccio@corywatson.com
*ATTORNEY TO BE NOTICED*

**Earnest William Wotring**
Connelly Baker Wotring LLP
700 JPMorgan Chase Tower
600 Travis
Houston, TX 77002
713–980–1700
Fax: 713–980–6925
Email: ewotring@bakerwotring.com
*ATTORNEY TO BE NOTICED*

**Edgar Hyde Carby**
CARBY & CARBY PC
513 State Street
Natchez, MS 39120
601–445–5011
Fax: 601–445–5033
Email: hcarby@carbylaw.com
*TERMINATED: 04/15/2016*

**Edgar Dean Gankendorff**
PROVOATY & GANKENDORFF LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130
504–410–2795
Fax: 504–410–2796
Email: egankendorff@provostylaw.com
*ATTORNEY TO BE NOTICED*

**Edith M Kallas**
WHATLEY KALLAS LLP
152 West 57th Street
41st Floor
New York, NY 10019
212–447–7060
Fax: 800–922–4851

Email: ekallas@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Edward K Wood , Jr**
WOOD LAW FIRM LLC
PO Box 382434
Birmingham, AL 35238
205−612−0243
Fax: 866−747−3905
Email: kirk@woodlawfirmllc.com
*ATTORNEY TO BE NOTICED*

**Edwin J Kilpela , Jr**
CARLSON LYNCH LTD
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
412−322−9243
Fax: 412−231−0246
Email: ekilpela@carlsonlynch.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Pollock−Avery**
CARLSON LYNCH SWEET KILPELA &
CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412−322−9243
Fax: 412−231−0246
Email: eavery@carlsonlynch.com
*ATTORNEY TO BE NOTICED*

**Ellen M Ahrens Wickham**
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612−333−8844
Fax: 612−339−6622
*ATTORNEY TO BE NOTICED*

**Ellen Meriwether**
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
1101 Market Street, Suite 2650
Phildelphia, PA 19107
215−864−2800
Fax: 215−864−2810
Email: emeriwether@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Emily Hawk Mills**

CUSIMANO ROBERTS & MILLS LLC
153 S. 9th Street
Gadsden, AL 35901
256–543–0400
Fax: 256–543–0488
Email: emily@alalawyers.net
*ATTORNEY TO BE NOTICED*

**Eric R Belin**
PROVOSTY & GANKENDORFF LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130
504–410–2795
Fax: 504–410–2796
Email: ebelin@provostylaw.com
*ATTORNEY TO BE NOTICED*

**Eric B Snyder**
BAILEY & GLASSER LLP
227 Capitol Street
Charleston, WV 25301
304–345–6555
Fax: 304–342–1110
Email: esnyder@baileyglasser.com
*ATTORNEY TO BE NOTICED*

**Eric B Swartz**
JONES & SWARTZ PLLC
1673 W Shoreline Drive Suite 200
Boise, ID 83702
(208) 489–8989
Fax: (208) 489–8988
Email: eric@jonesandswartzlaw.com
*ATTORNEY TO BE NOTICED*

**Erin C Burns**
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215–923–9300
Fax: 215–923–9302
Email: eburns@nastlaw.com
*TERMINATED: 07/22/2019*
*ATTORNEY TO BE NOTICED*

**Gail A McQuilkin**
KOZYAK TROPIN &
THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
305–372–1800
Fax: 305–372–3508

Email: gam@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Garrett D Blanchfield**
REINHARDT WENDORF &
BLANCHFIELD
E1250 First National Bank Bldg.
332 Minnisota Street
St. Paul, MN 55101
651–287–2100
Fax: 651–287–2103
Email: g.blanchfield@rwblawfirm.com
*ATTORNEY TO BE NOTICED*

**Gary E. Mason**
MASON, LLP
5101 Wisconsin Avenue NW, Suite 305
Suite 640
Washington, DC 20016
202–429–2290
Fax: 202–429–2294
Email: gmason@masonllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Genevieve M Zimmerman**
Meshbesher & Spence
1616 Park Avenue
Minneapolis, MN 55404
612–339–9121
Fax: 612–339–9128
Email: gzimmerman@meshbesher.com
*ATTORNEY TO BE NOTICED*

**Gerald F. Easter**
GERALD F. EASTER, ATTORNEY AT
LAW
369 N. Main Street
Memphis, TN 38103
901–575–9998
*ATTORNEY TO BE NOTICED*

**Glen M Connor**
QUINN CONNOR WEAVER DAVIES &
ROUCO
Two North Twentieth Street, Ste. 930
Birmingham, AL 35203
205–870–9989
Fax: 205–803–4143
Email: gconnor@qcwdr.com
*ATTORNEY TO BE NOTICED*

**Gregory S Cusimano**
CUSIMANO ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL 35901
1–256–543–0400
Fax: 256–543–0488
Email: greg@alalawyers.net
*ATTORNEY TO BE NOTICED*

**Gregory L Davis**
GREG DAVIS LAW
7475 Halcyon Pointe Drive
Montgomery, AL 36117
334–832–9080
Fax: 334–409–7001
Email: gldavis@gregdavislaw.com
*ATTORNEY TO BE NOTICED*

**Gwendolyn J Simons**
SIMONS & ASSOCIATES LAW PA
PO Box 1238
Scarborough, ME 04070–1238
207–205–2045
Fax: 207–883–7225
Email: gwen@simonsassociateslaw.com
*ATTORNEY TO BE NOTICED*

**H Lewis Gillis**
GILLIS LAW GROUP PC
1715 W. Second Street
Montgomery, AL 36106
334–270–1033
Fax: 334–260–9396
Email: hlgillis@gillislawgrouppc.com
*ATTORNEY TO BE NOTICED*

**Hamish P.M. Hume**
Boies Schiller & Flexner LLP
1401 New York Ave NW
Washington, DC 20005
202–237–2727
Fax: 202–237–6131
Email: hhume@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Harley S Tropin**
KOZYAK TROPIN &
THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
305–372–1800
Fax: 305–372–3508

Email: hst@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Henry C Quillen**
WHATLEY KALLAS LLP
159 Middle Street Suite 2D
Portsmouth, NH 03801
603–294–1591
Fax: 800–922–4851
Email: hquillen@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Herman Watson , Jr**
WATSON MCKINNEY LLP
203 Greene Street
P O Box 18368
Huntsville, AL 35801
256–536–7423
Fax: 256–536–2689
Email: watson@watsonmckinney.com
*ATTORNEY TO BE NOTICED*

**Hope Shemikka Marshall**
WHITE, ARNOLD AND DOWD, PC
2001 Park Place North, Suite 1400
Birmingham, AL 35203
205–241–3133
Email: hmarshall@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Irma L Netting**
Lemmon Law Firm
15058 River Rd
P.O. box 904
Hahnville, LA 70057
985–783–6789
Fax: 985–783–1333
Email: court@lemmonlawfirm.com
*ATTORNEY TO BE NOTICED*

**J Michael Malone**
Hendren & Malone PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612
919–573–1423
Fax: 919–420–0475
Email: mmalone@hendrenmalone.com
*ATTORNEY TO BE NOTICED*

**J Allen Schreiber**
SCHREIBER DISPUTE RESOLUTION

2231 20th Ave., So, Ste. 202
Birmingham, AL 35223
205–871–9140
Email: allen@schreiber.law
*TERMINATED: 11/28/2017*

**J Mark White**
WHITE ARNOLD & DOWD PC
2025 3rd Avenue North, Ste. 500
Birmingham, AL 35203
205–323–1888
Fax: 205–323–8907
Email: mwhite@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Jacob T. E. Stutzman**
CARROLL WARREN & PARKER PLLC
188 E. Capitol Street, Suite 1200
Jackson, MS 39201
601–592–1010
Fax: 601–592–6060
Email: jstutzman@cwplaw.com
*TERMINATED: 02/17/2016*

**James G Adams , Jr**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 East Moulton Street
P O Box 607
Decatur, AL 35602
256–353–6761
Fax: 256–353–6767
Email: jgadams@eysterkeylaw.com
*ATTORNEY TO BE NOTICED*

**James P Carr**
YUHL CARR LLP
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
310–827–2800
Fax: 310–827–4200
Email: jcarr@yuhlcarr.com
*ATTORNEY TO BE NOTICED*

**James Wells Harrell**
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave., N.W., Suite 800
Washington, DC 20015
202–274–1164
Fax: 202–237–6131
Email: wharrell@bsfllp.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**James M Terrell**
METHVIN, TERRELL, YANCEY,
STEPHENS & MILLER, P.C.
2201 Arlington Avenue, South
Birmingham, AL 35205
205−939−0199
Fax: 205−939−0399
Email: jterrell@mtattorneys.com
*ATTORNEY TO BE NOTICED*

**James L Warren , III**
CARROLL WARREN & PARKER PLLC
188 E Capitol Street, Suite 1200
Jackson, MS 39201
601−592−1010
Fax: 601−592−6060
Email: jwarren@cwplaw.com
*TERMINATED: 02/17/2016*

**Janet Brooks Holmes**
McKay Cauthen Settana and Stubley
1303 Blanding Street
Columbia, SC 29201
803−256−4645
Fax: 803−465−1839
*ATTORNEY TO BE NOTICED*

**Jason G. Ausman**
AUSMAN LAW FIRM
1015 North 98th Street
Suite 102
Omaha, NE 68114
402−933−8140
Fax: 402−718−9423
Email: jason@ausmanlawfirm.com
*ATTORNEY TO BE NOTICED*

**Jason S Kilene**
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
612−333−8844
Email: jkilene@gustafsongluek.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason M Knott**
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Ste 1000

Washington, DC 20036
202–778–1813
Email: jknott@zuckerman.com
*TERMINATED: 07/24/2020*
*ATTORNEY TO BE NOTICED*

**Jason R Rathod**
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Avenue, Nw Suite 605
Washington, DC 20036
202–429–2290
Fax: 202–429–2294
Email: jrathod@wbmllp.com
*ATTORNEY TO BE NOTICED*

**Jason J Thompson**
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076
248–415–3206
Fax: 248–436–8453
Email: jthompson@sommerspc.com
*ATTORNEY TO BE NOTICED*

**Javier Asis Lopez**
KOZYAK TROPIN &
THROCKMORTON PA
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
305–372–1800
Fax: 305–372–3508
Email: jal@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Jeannine M Kenney**
HAUSFELD LLP
1700 K St NW Suite 650
Washington, DC 20006
202–540–7200
Fax: 202–540–7201
Email: jkenney@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Jennifer Williams**
GRANT & EISENHOFER PA
123 Justison Street
Wilmington, DE 19801
302–622–7000
Email: jwilliams@gelaw.com
*ATTORNEY TO BE NOTICED*

**Jessica Machelle Haynes**

BEASLEY ALLEN LAW FIRM
301 St. Louis Street
Mobile, AL 36602
251–266–5477
Email: jessi.haynes@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Joe R Whatley , Jr**
WHATLEY KALLAS LLP
2001 Park Place North Suite 1000
Birmingham, AL 35203
205–488–1200
Fax: 800–922–4851
Email: jwhatley@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Joey Kynn James**
JOEY JAMES ATTY AT LAW
412 So. Court Street, Ste. 500
Florence, AL 35630
256–246–2500
Fax: 256–246–1086
Email: joey@joeyjameslaw.com
*ATTORNEY TO BE NOTICED*

**John Clark Davis**
JOHN C DAVIS PC
623 Beard Street
Tallahassee, FL 32303
850–222–4770
Fax: 850–222–3119
Email: john@johndavislaw.net
*ATTORNEY TO BE NOTICED*

**John Gravante , III**
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33130
305–358–2800
Fax: 305–358–2382
Email: jgravante@podhurst.com
*ATTORNEY TO BE NOTICED*

**John R. Holton**
Deal Cooper Holton PLLC
296 Washington Avenue
Memphis, TN 38103
901–523–2222
Fax: 901–523–2232
Email: JHolton@dchlaw.com
*ATTORNEY TO BE NOTICED*

**John Doyle Nalley**
LOVELL & NALLEY
501 N. Main
Benton, AR 72015−0606
(501) 315−7491
Fax: 501−778−4979
Email: johndoylenalley@hotmail.com
*ATTORNEY TO BE NOTICED*

**John W Partin**
PENN & SEABORN LLC
P.O. Box 688
Clayton, AL 36016
334−775−9778
Fax: 334−775−9779
Email: will@pennandseaborn.com
*ATTORNEY TO BE NOTICED*

**John Waldo Reis**
FOX ROTHSCHILD LLP
101 N. Tryon Street, Suite 1700
Charlotte, NC 28246*0109
704−384−2692
Fax: 704−384−2800
Email: jreis@foxrothschild.com
*ATTORNEY TO BE NOTICED*

**John D Saxon**
JOHN D SAXON PC
2119 3rd Avenue North, Suite 100
Birmingham, AL 35203
205−324−0223
Fax: 205−324−1039
Email: jsaxon@saxonattorneys.com
*ATTORNEY TO BE NOTICED*

**John R Wylie**
DONALDSON GUIN LLC
300 South Wacker Drive
Suite 1700A
Chicago, IL 60606
312−878−8391
Fax: 312−663−0303
Email: Johnw@dglawfirm.com
*ATTORNEY TO BE NOTICED*

**Jonathan Charles Little**
SAEED & LITTLE, LLP
1433 N. Meridian Street
Suite 202
Indianapolis, IN 46202
812−320−3367

Fax: 888–422–3151
*ATTORNEY TO BE NOTICED*

**Jonathan S Mann**
PITTMAN DUTTON, HELLUMS,
BRADLEY & MANN
2001 Park Place North, Ste. 1100
Birmingham, AL 35203
205–322–8880
Fax: 205–328–2711
Email: jonm@pittmandutton.com
*ATTORNEY TO BE NOTICED*

**Jonathan R. Voegele , Esq.**
Boies, Schiller & Flexner LLP
26 South Main Street
Hanover, NH 03755
603–643–7918
Fax: 603–643–9010
Email: jvoegele@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Joseph Preston Strom , Jr**
STROM LAW FIRM LLC
2110 Beltline Blvd
Columbia, SC 29204
803–252–4800
Fax: 803–252–4801
Email: petestrom@stromlaw.com
*ATTORNEY TO BE NOTICED*

**Julia Smeds Roth**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 East Moulton Street
P O Box 1607
Decatur, AL 35602–1607
256–353–6761
Fax: 256–353–6767
Email: jroth@eysterkeylaw.com
*ATTORNEY TO BE NOTICED*

**Justin W Bernick**
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
202–637–5485
Fax: 202–637–5910
Email: justin.bernick@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen R Dow**
Baker Wotring
700 JPMorgan Chase Tower
600 Travis
Houston, TX 77002
713–980–6592
Email: kdow@bakerwotring.com
*ATTORNEY TO BE NOTICED*

**Karen H Riebel**
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
612–339–6900
Fax: 612–339–0981
Email: khriebel@locklaw.com
*ATTORNEY TO BE NOTICED*

**Katherine Rogers Brown**
WHITE ARNOLD & DOWD PC
2025 3rd Avenue North, Suite 500
Birmingham, AL 35203
205–323–1888
Fax: 205–323–8907
Email: kbrown@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Kathleen Currie Chavez**
FOOTE MIELKE CHAVEZ & O'NEAL
LLC
10 West State Street, Suite 200
Geneva, IL 60134
630–232–7450
Fax: 630–232–7452
Email: kcc@fmcolaw.com
*ATTORNEY TO BE NOTICED*

**Kathleen Simpson Kiernan**
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
202–237–2727
Fax: 202–237–6131
Email: kkiernan@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Iverson**
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412–322–9243

Email: kelly@lcllp.com
*ATTORNEY TO BE NOTICED*

**Kevin J Stoops**
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076
248−355−0300
Fax: 248−746−4001
Email: kstoops@sommerspc.com
*ATTORNEY TO BE NOTICED*

**Kimberly Francis**
DOJ−USAO
271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
718−254−6147
Email: Kimberly.Francis@usdoj.gov
*TERMINATED: 04/18/2022*
*ATTORNEY TO BE NOTICED*

**L Shane Seaborn**
PENN & SEABORN LLC
5 Court Square
P O Box 688
Clayton, AL 36016−0688
334−775−9778
Fax: 334−775−9779
Email: sseaborn1@yahoo.com
*ATTORNEY TO BE NOTICED*

**Lance Craig Young**
SOMMERS SCHWARTZ PC
One Towne Square, Suite 1700
Southfield, MI 48076
248−746−4033
Fax: 248−415−2238
Email: lyoung@sommerspc.com
*ATTORNEY TO BE NOTICED*

**Lara F Phillip**
HONIGMAN LLP
660 Woodward Avenue
Detroit, MI 48226
313−465−7518
Fax: 313−465−7519
Email: lara.phillip@honigman.com

**Laura Alexander**
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue NW

Suite 500 West
Washington, DC 20005
202–408–4600
Fax: 202–408–4699
Email: lalexander@cohenmilstein.com
*TERMINATED: 01/03/2020*
*ATTORNEY TO BE NOTICED*

**Lawrence L. Jones , II**
JONES WARD PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502–882–6000
Fax: 502–587–2007
Email: larry@jonesward.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee McArthur Scott**
602 HARRISON AVE
STE III
PANAMA CITY, FL 32401
850–819–7833
Fax: 850–784–7706
Email: nscott0418@aol.com

**Leslie Lee Ann Pescia**
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103
334–269–2343
Fax: 334–954–7555
Email: leslie.pescia@beasleyallen.com
*TERMINATED: 09/20/2021*
*ATTORNEY TO BE NOTICED*

**Linda G Flippo**
WHITE ARNOLD & DOWD PC
2025 3rd Avenue, North, Suite 500
Ste 500
Birmingham, AL 35203
205–323–1888
Fax: 205–323–8907
Email: lflippo@whitearnolddowd.com
*ATTORNEY TO BE NOTICED*

**Lisa N Hayes**
REINHARDT WENDORF &
BLANCHFIELD
2186 Roxanna Court
Auburn, AL 36879

33

(334) 707–1911
Email: lnh8803@bellsouth.net
*ATTORNEY TO BE NOTICED*

**Lynn W Jinks , III**
JINKS CROW & DICKSON PC
P.O. Box 350
Union Springs, AL 36089
334–738–4225
Fax: 334–738–4229
Email: ljinks@jinkslaw.com
*ATTORNEY TO BE NOTICED*

**M Stephen Dampier**
THE DAMPIER LAW FIRM PC
P.O. Box 161
Fairhope, AL 36533–0161
251–929–0900
Fax: 251–929–0800
Email: stevedampier@dampierlaw.com
*ATTORNEY TO BE NOTICED*

**MICHAEL J. MCCARRIE**
ARTZ HEALTH LAW
1500 MARKET STREET
SUITE 4100
PHILADELPHIA, PA 19102
267–886–1852
*ATTORNEY TO BE NOTICED*

**Margery S. Bronster**
BRONSTER HOSHIBATA
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
808–524–5644
Fax: 808–599–1881
Email: mbronster@bhhawaii.net
*ATTORNEY TO BE NOTICED*

**Mario A Pacella**
STROM LAW FIRM
2110 Beltline Blvd
Columbia, SC 29204
803–252–4800
Fax: 803–252–4801
Email: mpacella@stromlaw.com
*ATTORNEY TO BE NOTICED*

**Mark K Gray**
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202

502–291–6859
Fax: 502–618–4059
Email: mgray@grayandwhitelaw.com
*ATTORNEY TO BE NOTICED*

**Mark J Murphy**
Mooney Green Saindon Murphy and
Welch PC
1920 L St NW Ste 400
Washington, DC 20036
(202)783–0010
Fax: (202)783–6088
*ATTORNEY TO BE NOTICED*

**Martin Patrick McDowell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J Herman**
FOOTE MIELKE CHAVEZ & O'NEIL
LLC
Ste 200
10 West State Street
Geneva, IL 60134
630–232–7450
Fax: 630–232–7452
Email: mjh@fmcolaw.com
*ATTORNEY TO BE NOTICED*

**Matthew P Weinshall**
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33129
305–358–2800
Fax: 305–358–2382
Email: mweinshall@podhurst.com
*ATTORNEY TO BE NOTICED*

**Meghan M Boone**
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
202–408–4600
Fax: 202–408–4699
Email: mboone@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Melinda Coolidge**
HAUSFELD LLP

1700 K Street, Nw
Washington, DC 20006
202−540−7144
Fax: 202−540−7201
Email: mcoolidge@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Michael C Dodge**
Dodge & Associates, P.C.
PO Box 638
TX
Quitman, TX 75783
214−683−4162
Email: mdodge@gpm−law.com
*ATTORNEY TO BE NOTICED*

**Michael J. Fleming**
KAPKE & WILLERTH LLC
3304 NE Ralph Powell Road
Lee's Summit, MO 64064
816−461−3800
Fax: 816−254−8014
Email: mike@kapkewillerth.com
*ATTORNEY TO BE NOTICED*

**Michael E Gurley , Jr**
GURLEY LAW FIRM, LLC
P.O. Box 382732
Birmingham, AL 35238−2434
205−538−3975
Fax: 877−267−5245
Email: mgurleyjr@yahoo.com
*ATTORNEY TO BE NOTICED*

**Michael David Hausfeld**
Hausfeld LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
United Sta
202−540−7200
Fax: 202−540−7201
Email: mhausfeld@hausfeldllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S Lyons**
WHATLEY KALLAS LLP
1180 Avenue of the Americas 20th Floor
New York, NY 10036
212−447−7060
Fax: 800−922−4851

Email: mlyons@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Michael P McGartland**
MCGARTLAND LAW FIRM PLLC
University Centre I
1300 University Drive Suite 500
Ft Worth, TX 76107
817−332−9300
Fax: 817−332−9301
Email: mike@mcgartland.com
*ATTORNEY TO BE NOTICED*

**Michael L Murphy**
PO Box 38
Centreville, AL 35042
1−205−926−4686
Email: mlmabco@aol.com
*ATTORNEY TO BE NOTICED*

**Michael L Roberts**
CUSIMANO KEENER ROBERTS
KNOWLES & RALEY LLC
153 South 9th Street
Gadsden, AL 35901
256−543−0400
Fax: 256−543−0488
Email: mlr@alabamatortlaw.com
*ATTORNEY TO BE NOTICED*

**Michael J. Sudekum**
MANDEL AND MANDEL, LLP
1108 Olive Street
Fifth Floor
St. Louis, MO 63101
314−621−1701
Fax: 314−621−4800
Email: mike@mandelmandel.com
*ATTORNEY TO BE NOTICED*

**Mike Miller**
SOLBERG STEWART MILLER & TJON
1129 5th Avenue, South
PO Box 1897
Fargo, ND 58107−1897
701−237−3166
Fax: 701−237−4627
Email: mmiller@solberglaw.com
*ATTORNEY TO BE NOTICED*

**Mitchell Lloyd Berry**
DYKE GOLDSHOLL & WINZERLING

PLC
415 N McKinley Suite 1177
Little Rock, AR 72205
501−661−1000
Fax: 501−661−1100
Email: mberry@dhgw.net
*ATTORNEY TO BE NOTICED*

**Monte D. Beck**
BECK & AMSDEN, PLLC
1946 Stadium Drive
Suite 1
Bozeman, MT 59715
406−586−8700
Fax: 406−586−8960
Email: mbeck@becklawyers.com
*ATTORNEY TO BE NOTICED*

**Myron C Penn**
PENN & SEABORN LLC
53 Highway 110
PO Box 5335
Union Springs, AL 36089
334−738−4486
Fax: 334−738−4432
Email: myronpenn28@hotmail.com
*ATTORNEY TO BE NOTICED*

**Nathan A Dickson , II**
JINKS CROW & DICKSON PC
P O Box 350
Union Springs, AL 36089
334−738−4225
Fax: 334−738−4229
Email: NDickson@jinkslaw.com
*ATTORNEY TO BE NOTICED*

**Nicholas R Rockforte**
Pendley Baudin & Coffin LLP
24110 Eden St
Plaquemine, LA 70765
225−687−6396
Fax: 225−687−6398
Email: nrockforte@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Nicholas B Roth**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 E Moulton Street
PO Box 1607
Decatur, AL 35602

256–353–6761
Fax: 256–353–6767
Email: nbroth@eysterkeylaw.com
*ATTORNEY TO BE NOTICED*

**O'Kelley H Pearson**
HICKEY & EVANS
1800 Carey Avenue, Suite 700
P O Box 467
Cheyenne, WY 82003–0467
307–634–1525
Fax: 307–638–7335
*ATTORNEY TO BE NOTICED*

**Patrick E Cafferty**
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
101 North Main Street, Suite 565
Ann Arbor, MI 48104
734–769–2144
Email: pcafferty@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Patrick W Pendley**
PENDLEY BAUDIN & COFFIN LLP
24110 Eden Street
Plaquermine, LA 70765
225–687–6396
Fax: 225–687–6398
Email: pwpendley@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Patrick James Quinlan**
Law Offices of Patrick J. Quinlan
243 North Main St.
Providence, RI 02903
272–5300, ext.127
Fax: 223–1401
*ATTORNEY TO BE NOTICED*

**Patrick J Sheehan**
Whatley Kallas LLP
101 Federal Street, 19th Floor
19th Floor
Boston, MA 02110
617–203–8459
Fax: 800–922–4851
Email: psheehan@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**Perry Michael Yancey**
Methvin, Terrell, Yancey, Stephens &

Miller, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
205−939−0199
Fax: 205−939−0399
Email: myancey@mtattorneys.com
*ATTORNEY TO BE NOTICED*

**Peter E Boivin**
HONIGMAN MILLER SCHWARTZ &
COHN LLP
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
313−465−7396
Fax: 313−465−7397
Email: pboivin@honigman.com
*TERMINATED: 05/13/2013*
*PRO HAC VICE*

**Peter H Burke**
CR LEGAL TEAM, LLP
3535 Grandview Parkway, Suite 100
Birmingham, AL 35243
205−747−1901
Fax: 877−718−9952
Email: phburke@crlegalteam.com
*ATTORNEY TO BE NOTICED*

**Peter Prieto**
PODHURST ORSECK PA
25 West Flagler Street, Suite 800
Miami, Fl 33130
305−358−2800
Fax: 305−358−2382
Email: pprieto@podhurst.com
*ATTORNEY TO BE NOTICED*

**Philip E Carby**
CARBY AND CARBY PC
513 State Street
Natchez, MS 39120
601−445−5011
Fax: 601−445−5033
Email: pcarby@carbylaw.com
*TERMINATED: 04/15/2016*

**Phillip W McCallum**
MCCALLUM METHVIN & TERRELL
PC
2201 Arlington Avenue South
Birmingham, AL 35205
205−939−0199

Fax: 205–939–0399
Email: pwm@mmlaw.net
*ATTORNEY TO BE NOTICED*

**R Christopher Cowan**
THE COWAN LAW FIRM
4711 GASTON AVENUE
Dallas, TX 75246–1013
214–826–1900
Fax: 214–826–8900
Email: CHRIS@COWANLAW.NET
*ATTORNEY TO BE NOTICED*

**R G Methvin , Jr**
Methvin, Terrell, Yancey, Stephens &
Miller, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
205–939–0199
Fax: 205–939–0399
Email: rgm@mtattorneys.com
*ATTORNEY TO BE NOTICED*

**Randall D Noel**
BUTLER SNOW LLP
6075 Poplar Avenue Suite 500
Memphis, TN 38119
901–680–7346
Fax: 901–680–7201
Email: randy.noel@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Rebecca Diane Gilliland**
BEASLEY ALLEN LAW FIRM
302 St. Louis Street
Mobile, AL 36602
251–308–1515
Fax: 334–954–7555
Email: rebecca.gilliland@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Rebecca A Peterson**
Lockridge Grindal Nauen PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401–2179
612–339–6900
Fax: 612–339–0981
Email: rapeterson@locklaw.com
*ATTORNEY TO BE NOTICED*

**Rebekah Keith McKinney**
WATSON MCKINNEY, LLP

203 Greene Street
Huntsville, AL 35801–4934
256–536–7423
Email: mckinney@watsonmckinney.com
*ATTORNEY TO BE NOTICED*

**Rex Y. Fujichaku**
BRONSTER HOSHIBATA
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
808–524–5644
Fax: 808–599–1881
Email: rfujichaku@bhhawaii.net
*ATTORNEY TO BE NOTICED*

**Richard S Frankowski**
THE FRANKOSKI FIRM LLC
1914 4th Avenue North, Ste. 530
Birmingham, AL 35203
205–390–0399
Fax: 205–390–1001
Email: Richard@frankowskifirm.com
*ATTORNEY TO BE NOTICED*

**Richard P Rouco**
QUINN CONNOR WEAVER DAVIES &
ROUCO LLP
Two North Twentieth Street
2 20th Street North
Suite 930
Birmingham, AL 35203
205–870–9989
Fax: 205–803–4143
Email: rrouco@qcwdr.com
*ATTORNEY TO BE NOTICED*

**Robert J Axelrod**
AXELROD & DEAN LLP
830 Third Avenue, 5th Floor
New York, NY 10022
646–448–5263
Fax: 212–840–8560
Email: rjaxelrod@axelroddean.com
*ATTORNEY TO BE NOTICED*

**Robert G Eisler**
GRANT & EISENHOFER PA
123 Justison Street Suite 701
Wilmington, DE 19801
302–622–7030
Fax: 302–622–7100
Email: reisler@gelaw.com

*ATTORNEY TO BE NOTICED*

**Robert M Foote**
FOOTE MIELKE CHAVEZ & O'NEIL
LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232–7450
Fax: (630) 232–7452
Email: rmf@fmcolaw.com
*ATTORNEY TO BE NOTICED*

**Robert M Hatch**
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
808–524–5644
Fax: 808–599–1881
Email: rhatch@bfrhawaii.com
*ATTORNEY TO BE NOTICED*

**Robert B Roden**
SHELBY RODEN LLC
2101 Highland Avenue South
Birmingham, AL 35205
205–933–8383
Fax: 205–933–8386
Email: rroden@shelbyroden.com
*ATTORNEY TO BE NOTICED*

**Samuel Issacharoff**
40 Washington Square South
New York, NY 10012
212–998–6580
*ATTORNEY TO BE NOTICED*

**Scott Allen Martin**
HAUSFELD
1700 K St. NW, Suite 650
Washington, DC 20006
646–357–1100
Fax: 212–202–4322
Email: smartin@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Sean T. O'Connell**
SHAHEEN & GORDON PA
140 Washington St
PO Box 977
Dover, NH 03821–0977
603 749–5000
Fax: 603–749–1838

Email: soconnell@shaheengordon.com
*ATTORNEY TO BE NOTICED*

**Stanley P Baudin**
PENDLEY BAUDIN & COFFIN LLP
24110 Eden Street
Plaquemine, LA 70765
225−687−6396
Fax: 225−687−6398
Email: sbaudin@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Star Mishkel Tyner**
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS, LLP
600 Third Avenue
20th Floor
New York, NY 10016
212−661−1100
Fax: 212−661−8865
Email: start@dglawfirm.com
*ATTORNEY TO BE NOTICED*

**Stephen M Hanson**
LAW OFFICES OF STEPHEN M.
HANSEN, PS
1821 Dock Street, Suite 103
Tacoma, WA 98402
253−302−5955
Fax: 253−301−1147
Email: steve@stephenmhansenlaw.com
*ATTORNEY TO BE NOTICED*

**Swathi Bojedla**
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
202−540−7200
Fax: 202−540−7201
Email: sbojedla@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Ta'Kisha L Guster**
P O Box 2972
Decatur, AL 35602
256−552−0080
Fax: 256−552−0081
Email: takishaguster@gmail.com
*ATTORNEY TO BE NOTICED*

**Tammy McClendon Stokes**
GUIN STOKES & EVANS LLC

300 Richard Arrington Jr. Blvd. N.
Suite 600
Birmingham, AL 35203
205–226–2282
Fax: 205–226–2357
Email: tstokeslaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Tanya Chutkan**
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, 8th Floor
Washington, DC 20015
202–237–6131
Fax: 205–237–2727
Email: tchutkan@bsfllp.com
*TERMINATED: 06/12/2014*

**Temus C Miles , Jr**
McKay Cauthen Settana and Stubley
1303 Blanding Street
Columbia, SC 29201
803–256–4645
*ATTORNEY TO BE NOTICED*

**Thomas Bender**
HORN, AYLWARD & BANDY, LLC
2600 Grand Blvd., Ste. 1100
Kansas City, MO 64108
816–421–6620
Fax: 816–421–4747
Email: tbender@hab–law.com
*ATTORNEY TO BE NOTICED*

**Thomas S Scott , Jr**
Ball & Scott Law Offices
Bank of America Center
Suite 601
550 Main Street
Knoxville, TN 37902
865/525–7028
Fax: 865/525–4579
*ATTORNEY TO BE NOTICED*

**Thomas Michael Trucksess**
HOGAN LOVELLS US LLP
8350 Broad Street
17th Floor
Tysons, VA 22102
703–610–6100
Fax: 703–610–6200
Email: thomas.trucksess@hoganlovells.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Timothy D Battin**
BOIESBATTIN LLP
4041 University Drive, Floor 5
Fairfax, VA 22030
703−764−8700
Fax: 703−764−8704
Email: ncihlar@boiesbattin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy R. Holton**
Deal Cooper Holton PLLC
296 Washington Avenue
Memphis, TN 38103
901−523−2222
Email: THolton@dchlaw.com
*ATTORNEY TO BE NOTICED*

**Troy A Doles**
SCHLICHTER BOGARD & DENTON
LLP
100 S. 4th Street, Ste. 900
St. Louis, MO 63102
314−621−6115
Fax: 314−621−7151
Email: tdoles@uselaws.com
*TERMINATED: 11/22/2016*

**Tyler J Barnett**
YUHL CARR LLP
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
310−827−2800
Fax: 310−827−4200
Email: tbarnett@yuhlcarr.com
*ATTORNEY TO BE NOTICED*

**U. W. Clemon**
U. W. CLEMON, LLC
2001 Park Place, Ste. 1000
Birmingham, AL 35222
205−837−2898
Fax: 205−798−2577
Email: uwclemon1@gmail.com
*ATTORNEY TO BE NOTICED*

**Van Bunch**
BONNETT FAIRBOURN FRIEDMAN &
BALINT PCO
2325 E. Camelback Road, Suite 300

Phoenix, AZ 85016
423−886−9736
Fax: 602−274−1199
Email: vbunch@bffb.com
*ATTORNEY TO BE NOTICED*

**Virginia M Buchanan**
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR
PA
316 S Baylen Street 6th Floor
Pensacola, Fl 32502
850−435−7023
Fax: 850−436−6023
Email: vbuchanan@levinlaw.com
*ATTORNEY TO BE NOTICED*

**W Gordon Ball**
GORDON BALL LAW OFFICE
7001 Old Kent Drive
Knoxville, TN 37919
865−525−7028
Fax: 865−525−4679
Email: gball@gordonball.com
*ATTORNEY TO BE NOTICED*

**W Tucker Brown**
WHATLEY KALLAS LLC
P.O. Box 10968
Birmingham, AL 35202−0968
205−488−1200
Fax: 800−922−4851
Email: tbrown@whatleykallas.com
*ATTORNEY TO BE NOTICED*

**William David George**
Baker Wotring LLP
600 Travis
Suite 700
Houston, TX 77002
713−980−1700
Fax: 713−980−1701
Email: dgeorge@bakerwotring.com
*ATTORNEY TO BE NOTICED*

**William H Horton**
GIARMARCO MULLINS & HORTON
PC
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084−5280
248−457−7000
Fax: 248−457−7001

Email: bhorton@gmhlaw.com
*ATTORNEY TO BE NOTICED*

**William A Isaacson**
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006–1047
202–223–7300
Email: wisaacson@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Wilson Daniel Miles , III**
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
P O Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: dee.miles@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs' Liaison Counsel**               represented by   **Barry A Ragsdale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben W Gordon , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric B Snyder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mario A Pacella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebekah Keith McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Sheridan**                             represented by   **Eric B Snyder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A Harris , III**
Watkins & Eager, PLLC
The Saks Building

1904 1st Avenue North, Suite 300
Birmingham, AL 35203
205–732–9160
Fax: 205–449–1750
Email: jharris@watkinseager.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brett Watts**                           represented by **Eric B Snyder**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James A Harris , III**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Dummer**                      represented by **Eric B Snyder**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James A Harris , III**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anesthesia Associates of Ann Arbor**    represented by **David Paul George Barillari**
**PLLC**                                                 Boies Schiller Flexner LLP
                                                         55 Hudson Yards
                                                         New York, NY 10001
                                                         212–446–2300
                                                         Email: dbarillari@bsfllp.com
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Defendants' Counsel**                   represented by **Alyssa C Kalisky**
                                                         KIRKLAND & ELLIS LLP
                                                         300 North LaSalle
                                                         Chicago, IL 60654
                                                         312–862–2000
                                                         Fax: 312–862–2200
                                                         Email: alyssa.kalisky@kirkland.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brooke Jones Oppenheimer**
                                                         AXINN, VELTROP & HARKRIDER LLP
                                                         90 State House Square

Hartford, CT 06103
860−275−8100
Fax: 860−275−8101
Email: boppenheimer@axinn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carolyn Anne DeLone**
HOGAN LOVELLS US LLP
555 Thirteenth St. NW
Washington, DC 20004
202−637−4860
Fax: 202−637−5910
Email: carrie.delone@hoganlovells.com
*TERMINATED: 10/22/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine E Stetson**
HOGAN LOVELLS
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004−1109
1−202−637−5600
Email: cate.stetson@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Kumagai**
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000
Fax: 212−474−3700
Email: dkumagai@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin E Murphy**
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
202−879−5000
Fax: 202−879−5200
Email: erin.murphy@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C Giglio , Jr**
Liskow & Lewis (LAF)

P O Box 52008 O C S
Lafayette, LA 70505
337–232–7424
Fax: 337–267–2398
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathea KE Bulander**
REDGRAVE LLP
120 S. Sixth Street
Minneapolis, MN 55402
612–746–5031
Fax: 612–332–8915
Email: mbulander@redgravellp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul D Clement**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
202–389–5000
Fax: 202–389–5200
Email: paul.clement@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter R Bisio**
HOGAN LOVELLS US LLP
555 13th St NW
Washington, DC 20004
202–637–5600
Fax: 202–637–5910
Email: peter.bisio@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sallie E Gilbert**
(See above for address)
*TERMINATED: 09/27/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis A Bustamante**
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 South College Street, 23rd Floor
Charlotte, NC 28202
704–417–3044
Fax: 704–417–3248

Email: travis.bustamante@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Egan Kellner**
Liskow & Lewis (LAF)
P O Box 52008 O C S
Lafayette, LA 70505
337−232−7424
Fax: 337−267−2399
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary D Holmstead**
Kirkland & Ellis (IL)
300 N LaSalle St
Chicago, IL 60654
312−862−2392
Fax: 312−862−2200
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zarel Joan Soto**
REICHARD & ESCALARA LLC
MCS Plaza, 10 th floor, 255 Ponce de Leon
Ave
San Juan, PR 00917−1913
787−777−8888
Fax: 787−765−4225
Email: zsoto@reichardescalera.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron G McLeod**
ADAMS & REESE LLP
1901 6th Avenue North, Suite 3000
Suite 1110
Birmingham, AL 35203
205−250−5000
Fax: 205−250−5034
Email: aaron.mcleod@arlaw.com
*ATTORNEY TO BE NOTICED*

**Adam H Charnes**
Kilpatrick Townsend & Stockton LLP
1001 W. Fourth Street
Winston−Salem, NC 27101
336−607−7397
Fax: 336−734−2602
*ATTORNEY TO BE NOTICED*

**Alan Harris**
BODMAN PLC
201 South Division Street Suite 400
Ann Arbor, MI 48104
734−761−2236
Fax: 734−930−2492
Email: aharris@bodmanlaw.com
*TERMINATED: 05/31/2016*

**Alan D Rutenberg**
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Suite 600
Washington, DC 20007
202−672−5300
Email: arutenberg@foley.com
*ATTORNEY TO BE NOTICED*

**Allison Nunley Pham**
5525 Reitz Avenue
Baton Rouge, LA 70809
225−295−2199
*ATTORNEY TO BE NOTICED*

**Andrew Phillip Campbell**
CAMPBELL PARTNERS LAW, LLC
505 20th Street North Suite 1600
Birmingham, AL 35203
205−224−0750
Fax: 205−383−261
Email: andy@campbellpartnerslaw.com
*ATTORNEY TO BE NOTICED*

**Andrew T Campbell**
CAMPBELL PARTNERS
505 North 20th Street, Suite 1600
Birmingham, AL 35203
205−224−0750
Email: todd@campbellpartnerslaw.com
*ATTORNEY TO BE NOTICED*

**Andrew D Kaplan**
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
202−624−2500
Fax: 202−628−5116
Email: akaplan@crowell.com
*TERMINATED: 02/01/2016*

**Andrew W Martin , Jr**

ARMBRECHT JACKSON LLP
PO Box 290
Mobile, AL 36601
251–405–1287
Fax: 251–432–6843
Email: awm@ajlaw.com
*TERMINATED: 04/24/2013*

**Anna M Clark**
PHILLIPS LYTLE LLP
The New York Times Building
620 Eighth Avenue, 38th Floor
New York, NY 10018
212–759–4888
Fax: 212–308–9079
Email: aclark@phillipslytle.com
*ATTORNEY TO BE NOTICED*

**Anne Salomon**
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
312–862–2000
Fax: 312–862–2200
Email: anne.salomon@kirkland.com
*ATTORNEY TO BE NOTICED*

**Anthony F Shelley**
MILLER & CHEVALIER
900 SIXTEENTH ST. NW
900 SIXTEENTH ST. NW
Washington, DC 20006
United Sta
202–626–5924
Fax: 202–626–5801
Email: ashelley@milchev.com
*ATTORNEY TO BE NOTICED*

**Antonio M Clayton**
CLAYTON & FRUGE
3741 LA Highway 1 South
Port Allen, LA 70767
225–344–7000
Fax: 225–383–7631
Email: tclaytonlaw@aol.com
*ATTORNEY TO BE NOTICED*

**April N Ross**
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
205–624–2500

Fax: 205–628–5116
Email: aross@crowell.com
*TERMINATED: 01/10/2023*
*ATTORNEY TO BE NOTICED*

**Arthur Patrick Fritzinger**
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215–665–7264
Email: afritzinger@cozen.com
*ATTORNEY TO BE NOTICED*

**Ashley M Lowe**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC (Knox)
265 Brookview Centre Way
Suite 600
Knoxville, TN 37919
865–549–7000
Fax: 865–633–7207
*ATTORNEY TO BE NOTICED*

**Brian Justin Kapatkin**
FOLEY & LARDNER LLP
3000 K Street NW
Suite 600
Washington, DC 20007
202–945–6054
Email: bkapatkin@foley.com
*TERMINATED: 09/20/2018*
*ATTORNEY TO BE NOTICED*

**Brian P Kappel**
LIGHTFOOT FRANKLIN & WHITE
LLC
400 20th Street North
Birmingham, AL 35203
205–581–0700
Fax: 205–581–0799
Email: bkappel@lightfootlaw.com
*TERMINATED: 08/22/2022*
*ATTORNEY TO BE NOTICED*

**Brian K Norman**
SHAMOUN & NORMAN LLP
1800 Valley View Lane Suite 200
Farmers Branch, TX 75234
214–987–1745
Fax: 214–521–9033
Email: bkn@snlegal.com
*ATTORNEY TO BE NOTICED*

**Bruce F Rogers**
BAINBRIDGE MIMS ROGERS &
SMITH LLP
600 Luckie Drive
Suite 415
PO Box 530886
Birmingham, AL 35253
205–879–1100
Fax: 205–879–4300
Email: brogers@bainbridgemims.com
*ATTORNEY TO BE NOTICED*

**Carl Stanley Burkhalter**
MAYNARD NEXSEN
1901 Sixth Avenue North, Ste. 1700
Birmingham, AL 35203–2618
205–254–1000
Email: cburkhalter@maynardnexsen.com
*ATTORNEY TO BE NOTICED*

**Carlos M Hernandez–Burgos**
REICHARD & ESCALERA
PO Box 364148
San Juan, PR 00936–4148
787–777–8819
Fax: 787–765–4225
Email: hernandezc@reichardescalera.com
*TERMINATED: 06/29/2016*

**Casey R Fronk**
KIRKLAND & ELLIS LLP
300 North Lasalle
Chicago, IL 60654
312–862–3084
Fax: 312–862–2200
Email: cfronk@kirkland.com
*TERMINATED: 09/24/2020*
*ATTORNEY TO BE NOTICED*

**Cavender C Kimble**
BALCH & BINGHAM LLP
PO Box 306
1901 6th Avenue N, Suite 1500
Birmingham, AL 35201–0306
205–226–3437
Fax: 205–488–5860
Email: ckimble@balch.com
*ATTORNEY TO BE NOTICED*

**Chad Dwight Hansen**
Kilpatrick Townsend & Stockton LLP

1001 W Fourth Street
Winston–Salem, NC 27101
336–607–7352
Fax: 336–734–2780
*ATTORNEY TO BE NOTICED*

**Charles A. O'Brien , III**
P.O. Box 98029
5525 Reitz Avenue
Baton Rouge, LA 70898–9029
225–295–2454
Fax: 225–297–2760 FAX
*ATTORNEY TO BE NOTICED*

**Charles L Sweeris**
BLUE SHIELD OF CALIFORNIA
50 Beale Street, 22nd Floor
San Francisco, CA 94105
415–229–5107
Fax: 415–229–5343
Email: charles.sweeris@blueshieldca.com
*TERMINATED: 12/20/2019*
*ATTORNEY TO BE NOTICED*

**Cheri D Green**
BRUNINI GRANTHAM GROWER &
HEWES PLLC
190 E Capitol Street
Suite 100
Jackson, MS 39201
601–960–6864
Email: CDGreen@bcbsms.com
*ATTORNEY TO BE NOTICED*

**Christa C Cottrell**
KIRKLAND & ELLIS LLP
300 North Lasalle
Chicago, IL 60654
312–862–2000
Fax: 312–862–2200
Email: ccottrell@kirkland.com
*ATTORNEY TO BE NOTICED*

**Christine Varney**
CRAVATH SWAINE & MOORE
825 8th Avenue
2 Manhattan West
New York, NY 10019
212–474–1000
Email: cvarney@cravath.com
*ATTORNEY TO BE NOTICED*

**Christopher G Scanlon**
FAEGRE BAKER DANIELS LLP –
Indianapolis
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317)237–0300
Fax: (317)237–1000
*ATTORNEY TO BE NOTICED*

**Christopher A Shapley**
BRUNINI GRANTHAM GROWER &
HEWES PLLC
284 E Capitol Street, Suite 1400
PO Drawer 119
Jackson, MS 39201
601–948–3101
Fax: 601–960–6902
Email: cshapley@brunini.com
*TERMINATED: 09/26/2018*
*ATTORNEY TO BE NOTICED*

**Courtney B Green**
GREENBERG TRAURIG PA
333 S. E. 2nd Avenue
Miami, FL 33131
305–579–0681
Fax: 305–961–5681
Email: greenco@gtlaw.com
*TERMINATED: 09/03/2018*
*ATTORNEY TO BE NOTICED*

**Craig A Hoover**
HOGAN LOVELLS US LLP
555 13th Street
Washington, DC 20004
202–637–5694
Fax: 202–637–5910
Email: craig.hoover@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**D Bruce Hoffman**
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave NW
Washington, DC 20037
202–955–1619
Fax: 202–778–2201
Email: bhoffman@hunton.com
*TERMINATED: 08/07/2017*

**D Kent Meyers**
Crowe & Dunlevy–OKC

20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102
405–235–7729
Fax: 405–272–5245
*ATTORNEY TO BE NOTICED*

**Daniel E Laytin**
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312–862–2000
Fax: 312–862–2200
Email: daniel.laytin@kirkland.com
*ATTORNEY TO BE NOTICED*

**Daniel Louis Ottaunick**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Fax: 212–474–3700
Email: dottaunick@cravath.com
*ATTORNEY TO BE NOTICED*

**Daniel R Taylor , Jr.**
KILPATRICK TOWNSEND &
STOCKTON LLP
1001 West Fourth Street
Winston Salem, NC 27101
336–607–7300
Fax: 336–607–7500
Email: dantaylor@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**David A Coulson**
GREENBERG TRAURIG PA
333 S. E. 2nd Avenue
Miami, FL 33131
305–579–0754
Fax: 305–961–5754
Email: coulsond@gtlaw.com
*ATTORNEY TO BE NOTICED*

**David Newmann**
HOGAN LOVELLS US LLP
1835 Market Street 29th Floor
Philadelphia, PA 19103
267–675–4600
Fax: 267–675–4601
Email: david.newmann@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**David J Zott**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312.862.2000
Fax: 312.862.2200
Email: david.zott@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Devin Clarke Dolive**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
205–251–3000
Fax: 205–458–5100
Email: ddolive@burr.com
*ATTORNEY TO BE NOTICED*

**Donald Keith Andress**
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Suite 3400
Birmingham, AL 35203
205–458–5302
Fax: 205–244–5745
Email: kandress@burr.com
*TERMINATED: 04/20/2017*

**Douglass C.E. Farnsley**
STITES & HARBISON PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202
502–587–3400
Fax: 502–779–8268
Email: dfarnsley@stites.com
*ATTORNEY TO BE NOTICED*

**E Desmond Hogan**
HOGAN LOVELLS US LLP
555 13th Street
Washington, DC 20004
202–637–5493
Fax: 202–637–5910
Email: desmond.hogan@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Edward S Bloomberg**
PHILLIPS LYTLE LLP
One Canalside
125 Main Street

Buffalo, NY 14203–2887
716–847–8400
Fax: 716–852–6100
Email: EBloomberg@phillipslytle.com
*ATTORNEY TO BE NOTICED*

**Elizabeth A Jose**
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202–637–5460
Fax: 202–637–5910
Email: elizabeth.jose@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Barnett LaBauve**
Crowe & Dunlevy–OKC
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102
405–239–6608
Fax: 405–272–5247
*ATTORNEY TO BE NOTICED*

**Emily M Yinger**
HOGAN LOVELLS US LLP
8350 Broad Street
17th Floor
Tysons, VA 22102
703–610–6100
Fax: 703–610–6200
Email: emily.yinger@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Eric White**
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
312–862–2992
Email: ewhite@winston.com
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Erica Zolner**
KIRKLAND & ELLIS LLP
300 N. Lasalle Street
Chicago, IL 60654
312–862–2000
Fax: 312–862–2200
Email: erica.zolner@kirkland.com

*TERMINATED: 07/22/2021*
*ATTORNEY TO BE NOTICED*

**Erik F Benny**
FOLEY & LARDNER LLP
3000 K St NW
Washington, DC 20007
202–295–4144
Fax: 202–672–5399
Email: ebenny@foley.com
*TERMINATED: 08/14/2018*
*ATTORNEY TO BE NOTICED*

**Erin M Wilson**
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101–2338
206–223–7432
Fax: 206–223–7107
Email: wilsonem@lanepowell.com
*ATTORNEY TO BE NOTICED*

**Evan Chesler**
CRAVATH SWAINE & MOORE
825 8th Avenue
New York, NY 10019
212–474–1000
Email: EChesler@cravath.com
*ATTORNEY TO BE NOTICED*

**Gary M London**
BURR & FORMAN LLP
Southtrust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203
251–3000
Fax: 458–5100
Email: glondon@burr.com
*ATTORNEY TO BE NOTICED*

**Gary C Shockley**
Baker, Donelson, Bearman & Caldwell –
Nashville
511 Union Street
Suite 1700
Nashville, TN 37219
615–726–5600
Fax: 615–744–5704
*ATTORNEY TO BE NOTICED*

**Gordon S Rather , Jr.**

WRIGHT LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201
501−371−0808
Fax: 501−376−9442
Email: grather@wlj.com
*TERMINATED: 04/10/2014*

**Grace Robinson Murphy**
MAYNARD COOPER & GALE PC
1901 6th Avenue North
AmSouth Harbert Plaza, Suite 2400
Birmingham, AL 35203−2618
205−254−1170
Fax: 205−254−6388
Email: gmurphy@maynardnexsen.com
*ATTORNEY TO BE NOTICED*

**Gregory Haynes**
Wyatt, Tarrant & Combs LLP – Louisville
500 West Jefferson Street, Suite 2800
Louisville, KY 40202−2898
502−562−7363
Fax: 502−589−0309
*ATTORNEY TO BE NOTICED*

**Gustavo Adolfo Pabon Rico**
REICHARD & ESCALERA LLP
MCS Plaza, 10th Floor, 255 Ponce de Len
Ave.,
San Juan, PR 00917−1913
787−777−8819
Fax: 787−765−4225
Email: pabong@reichardescalera.com
*ATTORNEY TO BE NOTICED*

**Gwendolyn C Payton**
Kilpatrick Townsend & Stockton LLP
1420 5th Ave.
Suite 3700
Seattle, WA 98101
206−467−9600
Fax: 206−623−6793
Email: gpayton@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**Hannah Dwyer**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York
New York, NY 10001

63

212−474−1000
Email: hdwyer@cravath.com
*ATTORNEY TO BE NOTICED*

**Helen E Witt**
KIRKLAND & ELLIS LLP
300 North LaSalle St
Chicago, IL 60654
312−862−2148
Fax: 312−862−2200
Email: hwitt@kirkland.com
*ATTORNEY TO BE NOTICED*

**Henry James Koch**
ARMBRECHT JACKSON LLP
PO Box 290
Mobile, AL 36601
251−405−1300
Fax: 251−432−6843
Email: hjk@ajlaw.com
*TERMINATED: 08/24/2022*
*ATTORNEY TO BE NOTICED*

**Honor R Costello**
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212−803−4064
Fax: 212−223−4134
Email: hcostello@crowell.com
*ATTORNEY TO BE NOTICED*

**Ian R Conner**
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
202−879−5000
Fax: 202−879−5200
Email: ian.conner@kirkland.com
*TERMINATED: 09/08/2017*
*ATTORNEY TO BE NOTICED*

**J Bentley Owens , III**
ELLIS HEAD OWENS & JUSTICE
PO Box 587
Columbiana, AL 35051
205−669−6783
Fax: 205−669−4932
Email: bowens@wefhlaw.com
*ATTORNEY TO BE NOTICED*

**J Robert Robertson**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202−637−5600
Fax: 202−637−5910
Email: robby.robertson@hoganlovells.com
*TERMINATED: 06/08/2018*
*ATTORNEY TO BE NOTICED*

**JEREMY D. FEINSTEIN**
REED SMITH LLP
REED SMITH CENTRE
225 FIFTH AVE
PITTSBURGH, PA 15222−2716
412−288−7972
*ATTORNEY TO BE NOTICED*

**Jacob Joel Franz**
MAYNARD, COOPER & GALE, PC
1901 Sixth Avenue North, Ste. 2400
Birmingham, Al 35203
205−254−1983
Fax: 205−254−1999
Email: jfranz@maynardcooper.com
*TERMINATED: 09/18/2017*

**James A McCullough , II**
BRUNINI GRANTHAM GROWER &
HEWES PLLC
190 E Capitol Street Suite 100
Jackson, MS 39201
601−948−3101
Fax: 601−960−6902
Email: jmccullough@brunini.com
*ATTORNEY TO BE NOTICED*

**James L Priester**
MAYNARD COOPER GALE PC
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203
205−254−1052
Fax: 205−254−1999
Email: jpriester@MaynardNexsen.com
*TERMINATED: 01/05/2022*
*ATTORNEY TO BE NOTICED*

**James M Terrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Thomas Williams , Jr.**
Brooks, Pierce, McLendon, Humphrey &
Leonard, LLP
230 North Elm Street, Suite 2000 [27401]
P. O. Box 26000
Greensboro, NC 27420–6000
336–271–3107
Fax: 336–232–9107
*ATTORNEY TO BE NOTICED*

**Jarod M Taylor**
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
860–275–8109
Fax: 860–275–8101
Email: jtaylor@axinn.com
*ATTORNEY TO BE NOTICED*

**Jason Gourley**
BODMAN PLC
1901 Saint Antoine Street
Detroit, MI 48226
313–392–1063
Fax: 313–393–7579
Email: jgourley@bodmanlaw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey J Zeiger**
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL 60654
312–862–3237
Email: jeffrey.zeiger@kirkland.com
*ATTORNEY TO BE NOTICED*

**Jennifer Kay Van Zant**
BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD, LLP
230 N. Elm Street, Suite 2000
Greensboro, NC 27420
336–271–3132
Fax: 336–232–9132
Email: jvanzant@brookspierce.com
*PRO HAC VICE*

**Jeny M Maier**
AXINN, VELTROP & HARKRIDER LLP
950 F Street, N.W.
5th Floor
Washington, DC 20004
202–469–3523

Email: jmaier@axinn.com
*ATTORNEY TO BE NOTICED*

**Jess Randall Nix**
SPOTSWOOD SANSOM & SANSBURY
LLC
505 20th Street North, Ste 700
Birmingham, AL 35203
205–986–3620
Fax: 205–986–3639
Email: jnix@spotswoodllc.com
*TERMINATED: 01/17/2024*
*ATTORNEY TO BE NOTICED*

**Jessica Staiger**
KIRKLAND & ELLIS LLP
300 North Lasalle
Chicago, IL 60654
312–862–2000
Fax: 312–962–2200
Email: jessica.staiger@kirkland.com
*TERMINATED: 04/11/2019*
*ATTORNEY TO BE NOTICED*

**John D Briggs**
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
202–721–5400
Email: jbriggs@axinn.com
*ATTORNEY TO BE NOTICED*

**John Stone Campbell , III**
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821
225–387–3221
Fax: 225–346–8049 FAX
*ATTORNEY TO BE NOTICED*

**John M Johnson**
LIGHTFOOT FRANKLIN & WHITE
LLC
400 20th Street North
Birmingham, AL 35203
205–581–0700
Fax: 205–581–0799
Email: jjohnson@lightfootlaw.com
*TERMINATED: 08/22/2022*
*ATTORNEY TO BE NOTICED*

**John T A Malatesta , III**

MAYNARD COOPER GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203–2618
205–254–1000
Fax: 205–254–1999
Email: jmalatesta@maynardcooper.com
*ATTORNEY TO BE NOTICED*

**John Martin**
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
803–255–9421
Fax: 803–255–9054
Email: john.martin@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**John Gary Maynard**
HUNTON & WILLIAMS LLP
951 E Byrd Street
Richmond, VA 23219
804–788–8772
Fax: 804–788–8218
Email: jgmaynard@hunton.com
*ATTORNEY TO BE NOTICED*

**John Waldo Reis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John G Schmidt , Jr**
PHILLIPS LYTLE LLP
125 Main Street One Canalside
Buffalo, NY 14203–2887
716–847–7095
Fax: 716–852–6100
Email: jschmidt@phillipslytle.com
*ATTORNEY TO BE NOTICED*

**Jonathan M Redgrave**
REDGRAVE LLP
4800 Westfields Blvd., Ste. 250
20151–4233
Chantilly, VA 20151–4233
571–393–5276
Email: jredgrave@redgravellp.com
*ATTORNEY TO BE NOTICED*

**Joshua K Payne**

CAMPBELL MILLER PAYNE, PLLC
5955 Alpha Rd #1491
Dallas, TX 75240
214–316–7156
Email: josh@cmppllc.com
*TERMINATED: 04/03/2023*
*ATTORNEY TO BE NOTICED*

**Kail J Jethmalani**
Axinn Veltrop & Harkrider, LLP
Antitrust
630 Fifth Avenue
Ste 33rd Floor
New York, NY 10111
212–261–5649
Fax: 212–728–2201
Email: kjethmalani@axinn.com
*ATTORNEY TO BE NOTICED*

**Karin DeMasi**
Cravath, Swaine & Moore LLP
Worldwide Plaza
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: kdemasi@cravath.com
*ATTORNEY TO BE NOTICED*

**Kathleen Taylor Sooy**
CROWELL AND MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
202–624–2500
Fax: 202–628–5116
Email: ksooy@crowell.com
*ATTORNEY TO BE NOTICED*

**Kenina Jih Nin Lee**
AXINN VELTROP & HARKRIDER LLP
950 F St. NW
Washington, DC 20004
202–721–5410
Email: kjl@avhlaw.com
*ATTORNEY TO BE NOTICED*

**Kimberly R West**
WALLACE JORDAN RATLIFF &
BRANDT LLC
P.o. Box 530910
Birmingham, AL 35253
205–870–0555
Fax: 205–871–7534

Email: kwest@wallacejordan.com
*ATTORNEY TO BE NOTICED*

**Kristen Jordana Gillis**
MEANS GILLIS LAW, PC
60 Commerce Street , Suite 200
P.O. Box 5058
Montgomery, AL 36103
334−277−7679
Fax: 334−260−9396
Email: kjgillis@meansgillislaw.com
*ATTORNEY TO BE NOTICED*

**L. Adam Thames**
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821
225−381−0272
Fax: 225−346−8049
*ATTORNEY TO BE NOTICED*

**Lauren R Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lezlie Madden**
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215−665−7286
Email: lmadden@cozen.com
*ATTORNEY TO BE NOTICED*

**Lucile Cohen**
NELSON MULLINS RILEY&
SCARBOROUGH LLP
1320 Main Street 17th Floor
Columbia, SC 29201
803−225−9332
Fax: 803−225−5922
Email: lucie.cohen@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**Margaret Pepple**
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison
Suite 2450
Chicago, Il 60661
(312) 705−7400
Email: margaret.pepple@kirkland.com
*TERMINATED: 06/15/2016*

**Margot Miller**
CRAVATH SWAINE & MOORE
825 8th Avenue
New York, NY 10019
212–474–1000
Email: mamiller@cravath.com
*ATTORNEY TO BE NOTICED*

**Mark Montgomery Hogewood**
WALLACE JORDAN RATLIFF &
BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253
205–870–0555
Fax: 205–871–7534
Email: mhogewood@wallacejordan.com
*ATTORNEY TO BE NOTICED*

**Mark Edward McKane**
Kirkland and Ellis
555 California Street, Suite 2700
San Francisco, CA 94104
415–439–1473
*ATTORNEY TO BE NOTICED*

**Martin Patrick McDowell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Godwin Menge**
SPOTSWOOD, SANSOM &
SANSBURY, LLC
One Federal Place 1819 Fifth Avenue
North, Suite 1050
Birmingham, AL 35203
205–278–1503
Fax: 205–986–3639
Email: mmenge@spotswoodllc.com
*TERMINATED: 08/27/2019*
*ATTORNEY TO BE NOTICED*

**Mary C St John**
BLUE SHILED OF CALIFORNIA
50 Beale Street, 22nd Floor
San Francisco, CA 94105
415–229–5021
Fax: 415–229–5343
Email: Marcy.St.John@blueshieldca.com
*ATTORNEY TO BE NOTICED*

**Matthew L Bleich**

COZEN O'CONNOR
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA 19103
215−665−6918
Fax: 215−701−2210
Email: mbleich@cozen.com
*ATTORNEY TO BE NOTICED*

**Matthew G White**
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ− Memphis
First Tennessee Bank Building
165 Madison Ave.
Ste. 2000
Memphis, TN 38103
901−577−8182
Fax: 901−577−0724
*ATTORNEY TO BE NOTICED*

**Michael Paul Fruge**
CLAYTON & FRUGE
3741 LA Highway 1 South
Port Allen, LA 70767
225−344−7000
Fax: 225−383−7631
Email: michaelfruge@claytonfrugelaw.com
*ATTORNEY TO BE NOTICED*

**Michael Wyld Lieberman**
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
202−624−2776
Fax: 202−628−5116
Email: MLieberman@crowell.com
*TERMINATED: 08/16/2022*
*ATTORNEY TO BE NOTICED*

**Michael Morris**
SPOTSWOOD SANSOM SANSBURY,
LLC
505 20th Street North, Ste. 700
Birmingham, AL 35203
205−986−3620
Email: mmorris@spotswoodllc.com
*TERMINATED: 01/17/2024*
*ATTORNEY TO BE NOTICED*

**Michael A Naranjo**
FEDERAL TRADE COMMISSION

90 7th Street, Suite 14−300
San Francisco, CA 94103
415−848−5100
Email: mnaranjo@ftc.gov
*TERMINATED: 01/27/2023*
*ATTORNEY TO BE NOTICED*

**Michael Sansbury**
SPOTSWOOD SANSOM & SANSBURY
LLC
505 20th St N, Ste 700
Birmingham, AL 35203
205−986−3623
Email: msansbury@spotswood.com
*TERMINATED: 01/17/2024*
*ATTORNEY TO BE NOTICED*

**Morgan Brooke Franz**
SPOTSWOOD SANSOM & SANSBURY
1819 Fifth Ave. North, Suite 1050
Birmingham, AL 35203
205−986−3635
Email: mfranz@spotswoodllc.com
*TERMINATED: 01/17/2024*
*ATTORNEY TO BE NOTICED*

**N Thomas Connally , III**
HOGAN LOVELLS US LLP
8350 Broad Street
17th Floor
Tysons, VA 22102
703−610−6100
Fax: 703−610−6200
Email: tom.connally@hoganlovells.com
*TERMINATED: 10/22/2024*
*ATTORNEY TO BE NOTICED*

**Norman E Bailey , Jr**
Brunini Grantham Grower & Hewes PLLC
190 E Capitol Street Suite 100
Jackson, MS 39201
601−948−3101
Fax: 601−960−6902
Email: bbailey@brunini.com
*ATTORNEY TO BE NOTICED*

**Pamela B Slate**
HILL HILL CARTER FRANCO COLE &
BLACK PC
425 S Perry Street
Montgomery, AL 36104
334−834−7600

73

Fax: 334–386–4381
Email: pslate@hillhillcarter.com
*ATTORNEY TO BE NOTICED*

**Paul K Leary , Jr**
COZEN O'CONNOR
1900 Market St
Philadelphia, PA 19103
215–665–6911
Fax: 215–665–2013
Email: pleary@cozen.com

**Paul A. Wolfla**
FAEGRE BAKER DANIELS LLP –
Indianapolis
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237–0300
Fax: (317) 237–1000

**Pedro Santiago–Rivera**
REICHARD & ESCALERA
255 Ponce De Leon Ave.
MCS Plaza, Tenth Floor
San Juan 00917–1913
P Rico
787–777–8888
Fax: 787–765–4225
Email: santiagopedro@reichardescalera.com
*TERMINATED: 04/06/2015*

**Peter W Zuger**
SERKLAND LAW FIRM
PO BOX 6017
FARGO, ND 58108–6017
701–232–8957
Email: pzuger@serklandlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R Mark Glover**
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ– Memphis
First Tennessee Bank Building
165 Madison Ave.
Ste. 2000
Memphis, TN 38103
901–526–2000
Fax: 901–577–2303
*ATTORNEY TO BE NOTICED*

**R David Kaufman**
BRUNINI GRANTHAM GROWER &
HEWES PLLC
190 E Capitol Street, Suite 100
Jackson, MS 39201
601−948−3101
Fax: 601−960−6902
Email: dkaufman@brunini.com
*ATTORNEY TO BE NOTICED*

**Rachel J Adcox**
AXINN VELTROP HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
202−912−4700
Fax: 202−912−4701
Email: radcox@axinn.com
*TERMINATED: 12/27/2024*
*ATTORNEY TO BE NOTICED*

**Rafael Escalera−Rodriguez**
REICHARD & ESCALERA
255 Ponce De Leon Ave.
MCS Plaza, Tenth Floor
San Juan 00917−1913
P. Rico
787−777−8888
Fax: 787−765−4225
Email: escalera@reichardescalera.com
*ATTORNEY TO BE NOTICED*

**Randall D Noel**
(See above for address)
*TERMINATED: 11/08/2013*

**Robert F Leibenluft**
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202−637−5789
Fax: 202−637−5910
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert R Riley , Jr**
RILEY & JACKSON PC
3530 Independence Drive
Birmingham, AL 35209
205−879−5000
Fax: 205−879−5901
Email: rob@rileyjacksonlaw.com

*ATTORNEY TO BE NOTICED*

**Robert K Spotswood**
SPOTSWOOD SANSOM & SANSBURY
LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
205−986−3620
Fax: 205−986−3639
Email: rks@spotswood.com
*TERMINATED: 01/17/2024*
*ATTORNEY TO BE NOTICED*

**Rowan D Wilson**
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
212−474−1000
Fax: 212−474−3700
Email: rwilson@cravath.com

**SHANNON ELISE MCCLURE**
REED SMITH LLP
2500 ONE LIBERTY PLACE
1650 MARKET ST.
PHILADELPHIA, PA 19103
215−851−8226
*ATTORNEY TO BE NOTICED*

**STEPHEN A. LONEY , JR.**
HOGAN & HARTSON
1835 MARKET ST.
PHILADELPHIA, PA 19103
267−675−4677
Fax: 215−988−2757
*ATTORNEY TO BE NOTICED*

**Samantha A Robbins**
FOLEY & LARDNER LLP
3000 K St NW
Washington, DC 20007
202−295−4776
Fax: 202−672−5399
Email: srobbins@foley.com
*ATTORNEY TO BE NOTICED*

**Samuel Andrew Diddle**
EBERLE BERLIN KADING TURNBOW
& MCKLVEEN
POB 1368
Boise, ID 83701

(208) 344–8535
*ATTORNEY TO BE NOTICED*

**Sarah Lynn Cylkowski**
BODMAN PLC
1901 Saint Antoine Street
Detroit, MI 48226
313–392–1077
Fax: 313–259–7579
Email: scylkowski@bodmanlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah J Donnell**
KIRKLAND & ELLIS LLP
300 North Lasalle
Chicago, IL 60654
312–862–2000
Fax: 312–862–2200
Email: sdonnell@kirkland.com
*ATTORNEY TO BE NOTICED*

**Sarah S Glover**
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North, Ste. 2400
Birmingham, AL 35203
205–254–1877
Fax: 205–254–1999
Email: sglover@maynardcooper.com
*ATTORNEY TO BE NOTICED*

**Scott S Brown**
Mixon Brown LLC
44 Inverness Center Parkway
Suite 140
Birmingham, AL 35242
205–259–6633
Fax: 877–334–9603
Email: sbrown@mixonbrown.com
*ATTORNEY TO BE NOTICED*

**Scott A Irby**
WRIGHT LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201
501–371–0808
Fax: 501–376–9442
Email: sirby@wlj.com
*TERMINATED: 04/10/2014*

**Scott F Singley**
BRUNINI GRANTHAM GROWER &

HEWES PLLC
410 Main Street
PO Box 7520
Columbus, MS 39705
662–240–9744
Fax: 662–240–4127
Email: ssingley@brunini.com
*ATTORNEY TO BE NOTICED*

**Stephen A Rowe**
ADAMS & REESE LLP
1901 6th Avenue North
Suite 3000
Birmingham, AL 35203
205–250–5000
Fax: 205–250–5034
Email: stephen.rowe@arlaw.com
*ATTORNEY TO BE NOTICED*

**Stephen D Wadsworth**
CAMPBELL PARTNERS
505 North 20th Street Suite 1600
Birmingham, AL 35203
2055206723
Email: Stephen.wadsworth@usdoj.gov
*TERMINATED: 05/17/2019*
*ATTORNEY TO BE NOTICED*

**Susan Smelcer**
AXINN VELTROP & HARKRIDER
950 F Street NW
Washington, DC 20005
202–469–3537
Fax: 202–912–4701
Email: ssmelcer@axinn.com
*TERMINATED: 04/29/2019*
*ATTORNEY TO BE NOTICED*

**Sylvia Maria Arizmendi**
REICHARD & ESCALERA
255 Ponce de Leon Ave. Hato Rey
San Juan, PR
939–397–3879
Fax: 787–765–4225
Email: arizmendis@reichardescalera.com
*ATTORNEY TO BE NOTICED*

**Theresa (Tess) S Gee**
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Washington, DC 20006
202–626–5928

Fax: 202−626−5801
Email: tgee@milchev.com
*ATTORNEY TO BE NOTICED*

**Thomas J Rheaume , Jr.**
BODMAN PLC
1901 St Antoine 6th Floor at Ford Field
Detroit, MI 48226
313−392−1074
Email: trheaume@bodmanlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd M Stenerson**
Allen Overy Shearman Sterling US LLP
1101 New York Avenue NW
Washington, DC 20005
202−508−8093
Email: todd.stenerson@aoshearman.com
*ATTORNEY TO BE NOTICED*

**Tracy A Roman**
CROWELL AND MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
202−624−2500
Fax: 202−628−5116
Email: troman@crowell.com
*ATTORNEY TO BE NOTICED*

**Tyrone Carlton Means**
MEANS GILLIS LAW LLC
60 Commerce Street, Ste. 200
Montgomery, AL 36104
334−270−1033
Fax: 334−260−9396
Email: tcmeans@meansgillislaw.com
*ATTORNEY TO BE NOTICED*

**Victoria J. Lu**
Axinn Veltrop & Harkrider, LLP
New York
630 Fifth Avenue
33rd Floor
New York
New York, NY 10111
212−261−5659
Email: vlu@axinn.com
*ATTORNEY TO BE NOTICED*

**Victoria Ann Redgrave**
REDGRAVE LLP

601 Pennsylvania Ave
Washington, DC 20004
202−681−2505
Fax: 612−332−8915
Email: awelbon@redgravellp.com
*ATTORNEY TO BE NOTICED*

**Yawanna Nabors McDonald**
CAMPBELL PARTNERS
505 North 20th Street Suite 1600
Birmingham, AL 35203
205−224−0756
Fax: 205−383−2646
Email: yawanna@campbellpartnerslaw.com
*ATTORNEY TO BE NOTICED*

**Zach Holmstead**
KIRKLAND & ELLIS LLP
300 North Lasalle
Chicago, IL 60654
312−862−2000
Fax: 312−862−2200
Email: zachary.holmstead@kirkland.com
*ATTORNEY TO BE NOTICED*

**Zachary W Best**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202−637−5600
Fax: 202−637−5910
Email: zachary.best@hoganlovells.com
*TERMINATED: 02/27/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthem, Inc.**                    represented by   **Claudine Columbres**
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
212−819−8200
Fax: 212−354−8113
Email: ccolumbres@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn M Kurtz**
WHITE & CASE LLP
1221 Avenue of the Americas , NY 10020
212−819−8200
Fax: 212−354−8113
Email: gkurtz@whitecase.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucile Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew W Hammond**
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
212–819–8200
Fax: 212–354–8113
Email: ahammond@whitecase.com
*ATTORNEY TO BE NOTICED*

**Edgar R Haden**
BALCH & BINGHAM LLP
1901 6th Avenue North
Suite 1500
Birmingham, AL 35201
205–251–8100
Fax: 205–488–5648
Email: ehaden@balch.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Excellus Health Plan, Inc. d/b/a**       represented by   **John G Schmidt , Jr**
**Excellus BlueCrossBlueShield**                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A Walsh**
Stephen A. Walsh
2138 Kirkman Dr.
Hoover, AL 35242
205–419–2096
Fax: 205–419–2115
Email: swala0210@gmail.com
*TERMINATED: 08/16/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna M Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T Grimes**
RICHARDSONCLEMENT PC
22 Inverness Center Parkway, Ste. 500
Birmingham, AL 35242

205−729−7000
Fax: 205−905−7009
Email: Charley@Richardson.law
*ATTORNEY TO BE NOTICED*

**Edward S Bloomberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Premera Blue Cross**                    represented by    **Gwendolyn C Payton**
(See above for address)
*LEAD ATTORNEY*

**Erin M Wilson**
(See above for address)
*TERMINATED: 07/18/2017*

**Defendant**

**Blue Cross Blue Shield of Arizona**      represented by    **Blue Cross Blue Shield of Arizona**
2444 West Las Palmaritas Drive
Phoenix, AZ 85021
PRO SE

**Kathleen Taylor Sooy**
(See above for address)
*TERMINATED: 01/24/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah M. Gilbert**
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212−895−4226
Fax: 212−223−4134
Email: sgilbert@crowell.com
*TERMINATED: 01/24/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tracy A Roman**
(See above for address)
*TERMINATED: 01/24/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Health Care Service Corporation**         represented by

**Jeffrey John Fowler**
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
213–430–6000
Fax: 213–430–6407
Email: JFowler@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric White**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Helen E Witt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey J Zeiger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Montgomery Hogewood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Highmark Inc.**                    represented by   **Erica Zolner**
(See above for address)
*TERMINATED: 07/22/2021*
*ATTORNEY TO BE NOTICED*

**Helen E Witt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly R West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Syndey L Schneider**
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
312–862–3789
Fax: 312–862–2200
Email: sydney.schneider@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Shield of California**                    represented by  **Casey R Fronk**
                                                  (See above for address)
                                                  *TERMINATED: 09/24/2020*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Helen E Witt**
                                                  (See above for address)
                                                  *TERMINATED: 06/22/2021*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Kimberly R West**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross and Blue Shield of**                represented by  **Luther M Dorr , Jr**
**Alabama**                                       MAYNARD COOPER & GALE PC
c/o Burr & Forman LLP                             1901 6th Avenue North, Suite 2400
420 n 20th St                                     Ste 1700
Ste 3400                                          Birmingham
Birmingham, AL 35203                              Birmingham, AL 35203–2618
                                                  205–254–1030
                                                  Fax: 205–254–1999
                                                  Email: rdorr@maynardcooper.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Robert S W Given**
                                                  BURR & FORMAN LLP
                                                  420 North 20th Street
                                                  Southtrust Tower, Suite 3400
                                                  Birmingham, AL 35203
                                                  205–251–3000
                                                  Fax: 205–244–5645
                                                  Email: rgiven@burr.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Carl Stanley Burkhalter**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jacob Joel Franz**
                                                  (See above for address)
                                                  *TERMINATED: 09/18/2017*

                                                  **James L Priester**
                                                  (See above for address)
                                                  *TERMINATED: 01/20/2022*

                                                  **John T A Malatesta , III**
                                                  (See above for address)

*ATTORNEY TO BE NOTICED*

**Winnifred Lewis**
(See above for address)
*TERMINATED: 07/11/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caring for Montanans, Inc. f/k/a Blue**          represented by    **Jeffrey John Fowler**
**Cross and Blue Shield of Montana,**                                (See above for address)
**Inc.**                                                             *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Eric White**
                                                                     (See above for address)
                                                                     *TERMINATED: 04/24/2023*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Erica Zolner**
                                                                     (See above for address)
                                                                     *TERMINATED: 07/22/2021*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Helen E Witt**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jeffrey J Zeiger**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross Blue Shield Michigan**          represented by    **Alexandra Markel**
                                                              BODMAN PLC
                                                              1901 St. Antoine St, Ste 6th Floor
                                                              Detroit, MI 48226
                                                              313–393–7511
                                                              Email: amarkel@bodmanlaw.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Andrew Phillip Campbell**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Cason M. Kirby**
                                                              HOLLAND & KNIGHT, LLP
                                                              1901 Sixth Avenue North, Suite 1400
                                                              Birmingham, AL 35203
                                                              205–226–5706
                                                              Fax: 205–214–8787
                                                              Email: Cason.Kirby@hklaw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Optuminsight, Inc.**

**Defendant**

**Highmark West Virginia Inc.**                represented by    **Erica Zolner**
(See above for address)
*TERMINATED: 07/22/2021*
*ATTORNEY TO BE NOTICED*

**Helen E Witt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Syndey L Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Highmark BCBSD Inc.**                represented by    **Erica Zolner**
(See above for address)
*TERMINATED: 07/22/2021*
*ATTORNEY TO BE NOTICED*

**Helen E Witt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Syndey L Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HealthNow New York, Inc. d/b/a**                represented by    **HealthNow New York, Inc. d/b/a**
**BlueCross BlueShield of Western New**                **BlueCross BlueShield of Western New**
**York and BlueShield of Northeastern**                **York and BlueShield of Northeastern**
**New York**                **New York**
**PRO SE**

**Kathleen Taylor Sooy**
(See above for address)
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah M. Gilbert**
(See above for address)
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tracy A Roman**
(See above for address)
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross of Idaho Health Service Incorporated**          represented by    **Honor R Costello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Taylor Sooy**
(See above for address)
*TERMINATED: 01/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah M. Gilbert**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tracy A Roman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tatum Leigh Jackson**
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
205–581–0799
Email: tjackson@lightfootlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross and Blue Shield of Nebraksa**          represented by    **Kathleen Taylor Sooy**
(See above for address)
*TERMINATED: 01/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah M. Gilbert**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tracy A Roman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross and Blue Shield of North Dakota**                    represented by    **Kathleen Taylor Sooy**
(See above for address)
*TERMINATED: 01/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tatum Leigh Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross and Blue Shield of Wyoming**                    represented by    **Blue Cross and Blue Shield of Wyoming**
PRO SE

**Kathleen Taylor Sooy**
(See above for address)
*TERMINATED: 01/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah M. Gilbert**
(See above for address)
*TERMINATED: 02/12/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tracy A Roman**
(See above for address)
*TERMINATED: 02/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian P Kappel**
(See above for address)
*TERMINATED: 02/15/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Triple–S Salud, Inc.**                    represented by    **Alyssa C Kalisky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniel E Laytin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J Zott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katie R Lencioni**
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
312−862−3655
Fax: 312−862−2200
Email: katie.lencioni@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gustavo Adolfo Pabon Rico**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucile Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cahaba Medical Care**

**Defendant**

| | | |
|---|---|---|
| **USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield** | represented by | **Diane R Hazel**<br>FOLEY & LARDNER LLP<br>1400 16th St., Suite 200<br>Denver, CO 80202<br>720−437−2034<br>Email: dhazel@foley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Brian Justin Kapatkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Naranjo**
(See above for address)

*TERMINATED: 01/27/2023*

**Ryan M Hodinka**
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Ste. 1500
Birmingham, AL 35201
205–226–3464
Email: rhodinka@balch.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania**

represented by **Erica Zolner**
(See above for address)
*TERMINATED: 07/22/2021*
*ATTORNEY TO BE NOTICED*

**Helen E Witt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**California Physicians Service d/b/a Blue Shield of California**

represented by **Casey R Fronk**
(See above for address)
*TERMINATED: 09/24/2020*
*ATTORNEY TO BE NOTICED*

**Charles L Sweeris**
(See above for address)
*TERMINATED: 12/20/2019*
*ATTORNEY TO BE NOTICED*

**Helen E Witt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brett Watts**

**Defendant**

**Blue Cross and Blue Shield of Kansas, Inc.**

represented by **Kathleen Taylor Sooy**
(See above for address)
*TERMINATED: 01/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tatum Leigh Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Blue Cross and Blue Shield of Kansas City** | represented by | **Blue Cross and Blue Shield of Kansas City**<br>PRO SE |
| | | **Kathleen Taylor Sooy**<br>(See above for address)<br>*TERMINATED: 01/03/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Brian P Kappel**<br>(See above for address)<br>*TERMINATED: 02/15/2024*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Blue Cross and Blue Shield of Nebraska** | represented by | **Kathleen Taylor Sooy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Tatum Leigh Jackson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Blue Cross and Blue Shield of Vermont** | represented by | **Alexandra Markel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Brian C Hauser**<br>Shearman & Sterling LLP<br>401 9th Street NW<br>Suite 800<br>Washington, DC 20004<br>202−508−8005<br>Email: brian.hauser@aoshearman.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Rachel Mossman Zieminski**<br>Allen Overy Shearman Sterling US LLP<br>2601 Olive St, 17th Floor<br>Dallas, TX 75201<br>214−271−5777<br>Email: rachel.zieminski@aoshearman.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah Lynn Cylkowski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Todd M Stenerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Baycare Health System, Inc.**

**Amicus**

U.S. Department of Labor                     represented by     **Eirik Cheverud**
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave NW, N4611
Washington, DC 20210
202−693−5516
Email: cheverud.eirik.j@dol.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey M Hahn**
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave. NW, Room N−4611
Washington, DC 20210
202−693−5695
Email: hahn.jeffrey.m@dol.gov
*ATTORNEY TO BE NOTICED*

**Wayne R Berry**
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Ave. NW, Room N−4611
Washington, DC 20210
202−693−5585
Fax: 202−693−5610
Email: berry.wayne@dol.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2013 | 1 | TRANSFER ORDER from the Judicial Panel on MDL 2406 transferring 9 actions listed on schedule A to the Northern Distirct of Alabama. (Attachments: # 1 Schedule with NDAL case numbers) [Deemed filed 12/26/2012 in case 2:12−cv−1133−RDP](AVC) (Entered: 01/08/2013) |
| 01/08/2013 | 2 | CONDITIONAL TRANSFER ORDER (CTO−1) from Judicial Panel on MDL 2406 transferring 10 actions to the Northern District of Alabama listed on the attached Schedule. (Attachments: # 1 CTO−1 Schedule with NDAL case numbers)[deemed filed 12/26/2012 in case 2:12−cv−1133−RDP](AVC) (Entered: 01/08/2013) |
| 01/08/2013 | 3 | |

| | | |
|---|---|---|
| | | CONDITIONAL TRANSFER ORDER (CTO−2) from Judicial Panel on MDL 2406 transferring 3 actions to the Northern District of Alabama. (Attachments: # 1 CTO−2 Schedule with NDAL case numbers) [deemed filed 1/2/2013 in case 2:12−cv−1133−RDP](AVC) (Entered: 01/08/2013) |
| 01/08/2013 | 4 | CONDITIONAL TRANSFER ORDER (CTO−3) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 CTO−3 Schedule with NDAL case numbers) [deemed filed 1/3/2013 in case 2:12−cv−1133−RDP](AVC) (Entered: 01/08/2013) |
| 01/09/2013 | 5 | NOTICE of Filing by Plaintiffs' Counsel (Attachments: # 1 Exhibit Complaint− Attachment A, # 2 Exhibit Notice of Filing− Attachment B) [deemed filed 1/7/2013 in case 2:12−cv−1133−RDP](AVC) (Entered: 01/09/2013) |
| 01/09/2013 | 6 | CASE MANAGEMENT ORDER NO. 1 REGARDING INITIAL STATUS CONFERENCE. Signed by Judge R David Proctor on 1/8/2013. (AVC) (Entered: 01/09/2013) |
| 01/09/2013 | 7 | ORDER APPOINTING SPECIAL MASTER. Signed by Judge R David Proctor on 1/9/2013. (AVC) (Entered: 01/09/2013) |
| 01/15/2013 | 8 | RESPONSE to re 5 *NOTICE of Filing by Plaintiffs' Counsel* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hoover, Craig) (Entered: 01/15/2013) |
| 01/22/2013 | 9 | CONDITIONAL TRANSFER ORDER (CTO−4) from Judicial Panel on MDL 2406 transferring 2 actions to the Northern District of Alabama. (Attachments: # 1 Schedule CTO−4 with NDAL case numbers)(AVC) (Entered: 01/22/2013) |
| 02/13/2013 | 10 | CONDITIONAL TRANSFER ORDER (CTO−5) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 Schedule CTO−5 with NDAL case number)(AVC) (Entered: 02/13/2013) |
| 02/19/2013 | 11 | PROVIDER PLAINTIFFS' Response to the Proposed Annotated Agenda for the February 21,2013 Status Conference filed by Plaintiffs' Counsel. (Whatley, Joe) Modified on 2/20/2013 (AVC). (Entered: 02/19/2013) |
| 02/20/2013 | 12 | PROVIDER PLAINTIFF Group's Response to the Proposed Annotaged Agenda for the February 21, 2013 Status Conference by Plaintiffs' Counsel (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hayes, Debra) Modified on 2/21/2013 (AVC). (Entered: 02/20/2013) |
| 02/21/2013 | 13 | ORDER −In light of the Transfer Order by the U.S. Judicial Panel on Multidistrict Litigation and as discussed at the status conference held on this date, this court will re−open applications for the Interim Lead Counsel position. Applications and/or nominations must be filed with the Clerk's office electronically within twenty−eight (28) days of the date of this order and SHALL NOT exceed fifteen (15) pages. Signed by Judge R David Proctor on 2/21/2013. (AVC) (Entered: 02/21/2013) |
| 02/21/2013 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 2/21/2013. (Court Reporter Anita McCorvey.) (KLL) (Entered: 02/25/2013) |
| 02/26/2013 | 14 | ORDER OF RECUSAL−The undersigned RECUSES from this action. Signed by Magistrate Judge Madeline H Haikala on 2/26/2013. (AVC) (Entered: 02/26/2013) |
| 02/28/2013 | 15 | |

| | | |
|---|---|---|
| | | ORDER APPOINTING PLAINTIFFS LIAISON COUNSEL AND INVITING APPLICATIONS FOR PLAINTIFFS LEADERSHIP COMMITTEE POSITIONS–It is ORDERED that Barry Ragsdale is APPOINTED as Pltfs' Liaison Counsel and will serve as a non–voting member of the to–be–formed Pltfs' Steering Committee. Applications for Pltfs' Leadership Positions SHALL be filed with the Clerk's Office electronically by 4/5/2013. The applications or nominations SHALL be accompanied by a disclosure of any and all agreements between the applicant and any other counsel in these consolidated cases related to the subject matter of these cases. Applications and/or nominations SHALL NOT exceed fifteen (15) pages. Signed by Judge R David Proctor on 2/28/2013. (AVC) (Entered: 02/28/2013) |
| 03/05/2013 | 16 | Transcript of Proceedings held on 2/21/2013, before Judge R. David Proctor. Court Reporter/Transcriber Anita McCorvey, Telephone number 205–278–2063. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court forms/transcripts/Transcript Redaction Policy.pdf) See Transcript Redaction Policy Redaction Request due 3/26/2013. Redacted Transcript Deadline set for 4/5/2013. Release of Transcript Restriction set for 6/3/2013. (AVC) (Entered: 03/05/2013) |
| 03/21/2013 | 17 | APPLICATION of David Boies and William Isaacson to Serve as Interim Lead Counsel for the Subscriber Track Actions by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Kiernan, Kathleen) Modified on 3/21/2013 (AVC). (Entered: 03/21/2013) |
| 03/21/2013 | 18 | MOTION to Appoint Provider Track Lead Counsel and Leadership Structure by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37)(Whatley, Joe) Modified on 3/22/2013 (AVC). (Entered: 03/21/2013) |
| 03/26/2013 | 19 | CONDITIONAL TRANSFER ORDER (CTO–6) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 Schedule CTO–6)(AVC) (Entered: 03/26/2013) |
| 04/01/2013 | 20 | TRANSFER ORDER from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (AVC) (Entered: 04/01/2013) |
| 04/04/2013 | 21 | MOTION to Appoint Counsel *Plaintiffs' Leadership Committee Position –– Subscribers* by Plaintiffs' Counsel. (Cowan, R) (Entered: 04/04/2013) |
| 04/04/2013 | 22 | *Application of Virginia M. Buchanan to Serve on MDL 2406 Subscriber Class Plaintiffs' Steering Committee* (Buchanan, Virginia) Modified on 4/4/2013 (CVA). (Entered: 04/04/2013) |

| 04/04/2013 | 23 | *Application of Ben W. Gordon, Jr. to Serve on MDL 2406 Subscriber Class Plaintiffs' Steering Committee* (Gordon, Ben) Modified on 4/4/2013 (CVA). (Entered: 04/04/2013) |
|---|---|---|
| 04/04/2013 | 24 | Application for Committee Position by Plaintiffs' Counsel. (Attachments: # 1 Exhibit C.V.)(DeGaris, Annesley) Modified on 4/5/2013 (CVA). (Entered: 04/04/2013) |
| 04/04/2013 | 25 | *Application of Douglas A. Dellaccio, Jr. for Committee Position − Subscriber Class* by Plaintiffs' Counsel. (Dellaccio, Douglas) Modified on 4/5/2013 (CVA). (Entered: 04/04/2013) |
| 04/05/2013 | 26 | Application to Serve on Subscriber Committee by Plaintiffs' Counsel. (Attachments: # 1 Exhibit JW Bio)(Warren, James) Modified on 4/5/2013 (CVA). (Entered: 04/05/2013) |
| 04/05/2013 | 27 | APPLICATION and Declaration of Joey James for Appointment to Plaintffs' Steering Committee and Other Integrated Committees. (Attachments: # 1 Exhibit A)(James, Joey) Modified on 4/5/2013 (CVA). (Entered: 04/05/2013) |
| 04/05/2013 | 28 | *Application of Robert G. Methvin, Jr. of McCallum, Methvin & Terrell, P.C. to Serve as One of Four Subscribers' Counsel on the Plaintiffs' Steering Committee* (Attachments: # 1 Exhibit A)(Methvin, R) Modified on 4/5/2013 (CVA). (Entered: 04/05/2013) |
| 04/05/2013 | 29 | MOTION to Appoint Counsel *James M. Terrell for Committee Position −− Subscriber Class* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A − Terrell Biographical Information)(Terrell, James) (Entered: 04/05/2013) |
| 04/05/2013 | 30 | Application of Robert B. Roden to Serve on MDL 2406 Provider Class Plaintiffs' Committee(s) by Plaintiffs' Counsel. (Roden, Robert) Modified on 4/5/2013 (CVA). (Entered: 04/05/2013) |
| 04/05/2013 | 31 | MOTION FOR APPOINTMENT OF WATSON MCKINNEY AND QUINN CONNOR TO PLAINTIFFS' SUBSCRIBER COMMITTEES by Plaintiffs' Counsel. (Watson, Herman) (Entered: 04/05/2013) |
| 04/05/2013 | 32 | Application of Patrick W. Pendley to serve on the Plaintiffs' Steering Committee or, Alternatively, as a Committee Chairman.(Attachments: # 1 Exhibit A)(Pendley, Patrick) Modified on 4/5/2013 (CVA). (Entered: 04/05/2013) |
| 04/05/2013 | 33 | Application of Gordon Ball to Serve as Interim Co−Lead Counsel for Subscriber Plaintiffs, Membership on Plaintiffs' Steering Committee, and/or Leadership Committee Positions of the Settlement and/or Litigation Committees. (Attachments: # 1 Exhibit Resume, # 2 Exhibit List of Other BCBS Cases filed by Ball and Co−Counsel)(Ball, W) Modified on 4/5/2013 (CVA). (Entered: 04/05/2013) |
| 04/05/2013 | 34 | *Application of David J. Hodge For Committee Position − Subscriber Class* by Plaintiffs' Counsel. (Hodge, David) Modified on 4/5/2013 (CVA). (Entered: 04/05/2013) |
| 04/05/2013 | 35 | MOTION to Appoint Counsel *Pittman Provider Group Application for Appointment to Plaintiffs' Provider Steering Committee, Provider Committee Chairs, and Provider Committees* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 |

| | | |
|---|---|---|
| | | Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Hayes, Debra) (Entered: 04/05/2013) |
| 04/05/2013 | 36 | MOTION to Appoint Leadership Positions in the Subscriber Track Actions by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Kiernan, Kathleen) (Entered: 04/05/2013) |
| 04/05/2013 | 37 | *Application of Lawrence L. Jones II for Appointment to Subscriber Class Plaintiffs' Sterring Committee* (Attachments: # 1 Exhibit Application Letter, # 2 Exhibit Biography/CV)(Jones, Lawrence) Modified on 4/5/2013 (CVA). (Entered: 04/05/2013) |
| 04/05/2013 | 38 | MOTION Application of Philip E. Carby for Committee Position–Subscriber Class by Plaintiffs' Counsel. (Warren, James) (Entered: 04/05/2013) |
| 04/05/2013 | 39 | MOTION Application of Michael P. McGartland to Serve on MDL 2406 Subscriber Class Committee by MDLPANEL. (McGartland, Michael) (Entered: 04/05/2013) |
| 04/05/2013 | 40 | NOTICE by Plaintiffs' Counsel *of Firm Name Change* (Stokes, Tammy) (Entered: 04/05/2013) |
| 04/05/2013 | 41 | MOTION to Appoint Counsel by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Coffin, Christopher) (Entered: 04/05/2013) |
| 04/05/2013 | 42 | MOTION to Appoint Counsel *Memorandum in Support of Nominations to Committee Positions in Leadership Structure* by Plaintiffs' Counsel. (Saxon, John) (Entered: 04/05/2013) |
| 04/10/2013 | 43 | STATUS REPORT *Special Master's Rule 23 Report Recommending Interim Plaintiff Leadership Counsel* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 04/10/2013) |
| 04/11/2013 | 44 | CONDITIONAL TRANSFER ORDER (CTO–7) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama (Attachments: # 1 Schedule CTO 7 – NDAL case #)(ASL) (Entered: 04/11/2013) |
| 04/11/2013 | 45 | CONDITIONAL TRANSFER ORDER (CTO–8) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama (Attachments: # 1 Schedule CTO 8 – NDAL case #)(ASL) (Entered: 04/11/2013) |
| 04/11/2013 | 46 | CONDITIONAL TRANSFER ORDER (CTO–9) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama (Attachments: # 1 Schedule CTO 9 – NDAL case #)(ASL) (Entered: 04/11/2013) |
| 04/12/2013 | 47 | ORDER SETTING HEARING ON APPOINTMENT OF INTERIM LEAD CLASS COUNSEL AND PLAINTIFFS' STEERING COMMITTEE any objections to recommended slate for Plas' Leadership Counsel from any party SHALL be filed on or before April 17, 2013; Hearing on recommended slate and any objections thereto set for 4/23/2013 at 10:30 AM in Hugo L Black US Courthouse, Birmingham, AL before Judge R David Proctor. Signed by Judge R David Proctor on 4/12/13. (ASL) (Entered: 04/12/2013) |
| 04/16/2013 | 48 | CONDITIONAL TRANSFER ORDER (CTO–10) from Judicial Panel on MDL 2406 transferring 4 actions to the Northern District of Alabama (Attachments: # 1 Schedule CTO 10 – NDAL case numbers)(ASL) (Entered: 04/16/2013) |
| 04/17/2013 | 49 | Opposition to re 43 *Special Master's Report Recommending Whatley Kallas* filed by Defendants' Counsel. (Norman, Brian) (Entered: 04/17/2013) |

| 04/17/2013 | 50 | RESPONSE to re 43 *Special Master's Rule 23 Report Recommending Interim Plaintiff Leadership Counsel* filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Yinger, Emily) (Entered: 04/17/2013) |
|---|---|---|
| 04/18/2013 | 51 | REPLY to re 49 *Reply of Joe R. Whatley, Jr. and Edith M. Kallas to Objection of Carefirst of Maryland, Inc.* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 04/18/2013) |
| 04/19/2013 | 52 | ORDER re: 49 Carefirst of Maryland's Response to the Special Master's Rule 23 Report Recommending Appointment of Whatley Kallas LLC as Interim Lead Counsel; in preparation for hearing on Tuesday, April 23, 2013 at 10:30 a.m., all parties with an interest in this issue shall file briefs (of not more than 35 pages) addressing the objection, all such briefs shall be filed no later than 4:30 p.m. on Monday, April 22, 2013. Signed by Judge R David Proctor on 4/19/13. (ASL) (Entered: 04/19/2013) |
| 04/19/2013 | 53 | MOTION to Withdraw as Attorney *for Defendant Carefirst of Maryland, Inc.* by Defendants' Counsel. (Martin, Andrew) (Entered: 04/19/2013) |
| 04/19/2013 | 54 | RESPONSE to *Joint Response by Louisiana Health Service & Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana ("BCBS–LA") and Daniel A. Small* filed by Plaintiffs' Counsel. (Pendley, Patrick) (Entered: 04/19/2013) |
| 04/22/2013 | 55 | Brief re 52 Order, *In Support of CareFirst of Maryland's Response in Objection to Special Master's Report Recommending Lead Counsel.* (Attachments: # 1 Exhibit Exhibit A– Part 1, # 2 Exhibit Exhibit A– Part 2)(Norman, Brian) (Entered: 04/22/2013) |
| 04/22/2013 | 56 | RESPONSE to re 52 *Court's April 19, 2013 Order* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H)(Whatley, Joe) (Entered: 04/22/2013) |
| 04/22/2013 | 57 | REPLY to *Response by Certain Louisiana Plaintiffs' Counsel to Joint Response by Blue Cross Blue Shield of Louisiana and CMST* filed by Plaintiffs' Counsel. (Saxon, John) (Entered: 04/22/2013) |
| 04/23/2013 |  | Minute Entry for proceedings held before Judge R David Proctor: Hearing on the appointment of Interim Lead counsel and pla's Steering Committee held on 4/23/2013. (Court Reporter Anita McCorvey.) (KLL) (Entered: 04/23/2013) |
| 04/24/2013 | 59 | TEXT ORDER granting 53 Motion to Withdraw as Attorney. Attorney Andrew W Martin, Jr terminated. Signed by Judge R David Proctor on 04/24/13. (CVA) (Entered: 04/24/2013) |
| 04/24/2013 |  | ORDER It has come to the court's attention that a number of attorneys have contacted the Clerk of the Court to inquire about monitoring this matter. This court's CM/ECF system does not provide an automated method for attorneys to monitor a case. Until such time as an MDL website is developed, to monitor a case, an attorney may log into the PACER system and check the docket. Appearances should not be made directly in the MDL, and appearances in any of the individual cases related to the MDL should only be made by attorneys representing a client involved in the litigation. Any attorney appearing in the case is subject to being held responsible for the representation of the client on whose behalf that attorney appeared. Signed by Judge R David Proctor on 4/24/13. (ASL) (Entered: 04/24/2013) |

| 04/25/2013 | 60 | Transcript of Proceedings held on 04/23/13, before Judge R. David Proctor. Court Reporter/Transcriber Anita McCorvey. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court forms/transcripts/Transcript Redaction Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/16/2013. Redacted Transcript Deadline set for 5/28/2013. Release of Transcript Restriction set for 7/24/2013. (CVA) (Entered: 04/25/2013) |
|---|---|---|
| 04/26/2013 | 61 | CASE MANAGEMENT ORDER NO. 2 ORDER APPOINTING INTERIM CO–LEAD CLASS COUNSEL, LOCAL FACILITATING COUNSEL, PLAINTIFFS' STEERING COMMITTEE, AND DISCOVERY LIAISON COUNSEL. Signed by Judge R David Proctor on 4/26/13. (ASL) (Entered: 04/26/2013) |
| 04/29/2013 | 62 | STATUS REPORT *Special Master's Rule 53 Report Recommending Interim Committee Chairs and Committee Members for the Plaintiff Subscriber and Provider Tracks* by Special Master. filed by Special Master (Attachments: # 1 Exhibit Exhibit A to Special Master's Rule 53 Report, # 2 Exhibit Exhibit B to Special Master's Rule 53 Report)(Gentle, Edgar) (Entered: 04/29/2013) |
| 04/30/2013 | 63 | ORDER REGARDING INTERIM COMMITTEE CHAIR AND MEMBER APPOINTMENTS re 62 Special Master's Report; any objections from any party or interested person to the recommended slate for Interim Committee Chairs and Committee Members SHALL be filed on or before May 7, 2013; any responses to such objections SHALL be filed on or before May 10, 2013; court will take any objections under submission. Signed by Judge R David Proctor on 4/30/13. (ASL) (Entered: 04/30/2013) |
| 05/03/2013 | 64 | AMENDED Transcript of Proceedings held on 4/23/2013, before Judge R. David Proctor. Court Reporter/Transcriber Anita McCorvey, Telephone number 205–278–2063. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court forms/transcripts/Transcript Redaction Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/24/2013. Redacted Transcript Deadline set for 6/3/2013. Release of Transcript Restriction set for 8/1/2013. (AVC) (Entered: 05/03/2013) |
| 05/06/2013 | 65 | AMENDED Transcript of Proceedings held on 2/21/2013, before Judge R. David Proctor. Court Reporter/Transcriber Anita McCorvey, Telephone number 205–278–2063. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be |

| | | |
|---|---|---|
| | | made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court forms/transcripts/Transcript Redaction Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/28/2013. Redacted Transcript Deadline set for 6/6/2013. Release of Transcript Restriction set for 8/5/2013. (AVC) (Entered: 05/06/2013) |
| 05/07/2013 | 66 | RESPONSE to re 62 *(of Certain Defendants on Rule 53 Report of Special Master)* filed by Defendants' Counsel. (Johnson, John) (Entered: 05/07/2013) |
| 05/10/2013 | 67 | PARTIES' Report Regarding Consolidated Class Action Complaint filed by Defendants' Counsel (West, Kimberly) Modified on 5/10/2013 (AVC). (Entered: 05/10/2013) |
| 05/10/2013 | 68 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 66 Response (other) *SUBSCRIBER AND PROVIDER PLAINTIFFS' JOINT RESPONSE TO THE OBJECTIONS OF CERTAIN DEFENDANTS TO THE RULE 53 REPORT OF THE SPECIAL MASTER* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Kiernan, Kathleen) (Entered: 05/10/2013) |
| 05/13/2013 | 69 | TEXT ORDER –This matter is before the court on the Parties' Report Regarding Consolidated Class Action Complaint (Doc. # 67). In light of the Report, it is ORDERED as follows: (1) On or before May 14, 2013, the parties may submit initial briefs limited to eight pages supporting their respective position on whether one consolidated complaint or two should be filed; and (2) on or before May 20, 2013, the parties may file responsive briefs limited to five pages. Signed by Judge R David Proctor on 5/13/2013. (AVC) (Entered: 05/13/2013) |
| 05/13/2013 | 70 | CORRECTED Subscriber and Provider Plaintiffs' Joint Response to the Objections of Certain Defendants to the Rule 53 Report of the Special Master 66 filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Kiernan, Kathleen) Modified on 5/14/2013 (AVC). (Entered: 05/13/2013) |
| 05/14/2013 | 71 | Brief in Support of Allowing the Plaintiffs to be the Masters of their Complaints filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit One, # 2 Exhibit Two)(Whatley, Joe) Modified on 5/14/2013 (AVC). (Entered: 05/14/2013) |
| 05/14/2013 | 72 | NOTICE of Defendants' Position on Consolidated Amended Complaint by Defendants' Counsel (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Hoover, Craig) Modified on 5/15/2013 (AVC). (Entered: 05/14/2013) |
| 05/16/2013 | 73 | Special Master's Rule 23 Report Recommending Approval of Proposed Order Regarding Protocols for Plaintiffs' Counsel Time and Expense Submissions by Special Master. (Attachments: # 1 Exhibit Proposed Billing Order)(Gentle, Edgar) Modified on 5/16/2013 (AVC). (Entered: 05/16/2013) |
| 05/16/2013 | 74 | Corrected Special Master's Rule 53 Report Recommending Approval of Proposed Order Regarding Protocols for Plaintiffs' Counsel Time and Expense Submissions by Special Master. (Attachments: # 1 Exhibit Proposed Billing Order)(Gentle, Edgar) Modified on 5/16/2013 (AVC). (Entered: 05/16/2013) |
| 05/16/2013 | 75 | ORDER REGARDING PROPOSED PROTOCOLS FOR PLAINTIFFS COUNSELTIME AND EXPENSE SUBMISSIONS. Signed by Judge R David Proctor on 5/16/2013. (AVC) (Entered: 05/16/2013) |
| 05/20/2013 | 76 | |

99

| | | REPLY of Defendants in Favor of A Single Consolidated Complaint filed by Defendant Defendants' Counsel. (Hoover, Craig) Modified on 5/20/2013 (AVC). (Entered: 05/20/2013) |
|---|---|---|
| 05/20/2013 | 77 | RESPONSE to Defendants' Memorandum in Support of Requiring Plaintiffs to File a Single Complaint 72 filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 3, # 2 Text of Proposed Order)(Whatley, Joe) Modified on 5/20/2013 (AVC). (Entered: 05/20/2013) |
| 05/24/2013 | 78 | CONDITIONAL TRANSFER ORDER (CTO–12) from Judicial Panel on MDL 2406 transferring 3 actions to the Northern District of Alabama. (Attachments: # 1 CTO–12 Schedule with NDAL case numbers)(AVC) (Entered: 05/24/2013) |
| 05/30/2013 | 79 | ORDER–By 7/1/2013, Interim Co–Lead Class Counsel may file either one consolidated class action complaint, or two consolidated calls action complaints. Lead Counsel and Local Facilitating Counsel for Dfts SHALL confer with Interim Co–Lead Class counsel regarding proposed briefing schedule on the anticipated motions to dismiss. By 7/10/2013, the parties SHALL file a joint written status report setting forth the proposed briefing schedule. Signed by Judge R David Proctor on 5/30/2013. (AVC) (Entered: 05/30/2013) |
| 05/31/2013 | 80 | ORDER REGARDING PROTOCOLS FOR PLAINTIFFS COUNSELTIME AND EXPENSE SUBMISSIONS. Signed by Judge R David Proctor on 5/31/2013. (AVC) (Entered: 05/31/2013) |
| 06/03/2013 | 81 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT: The court ORDERS that the Special Masters application for payment is hereby APPROVED, as further set out in order. Signed by Judge R David Proctor on 06/03/2013. (CVA) (Entered: 06/03/2013) |
| 06/04/2013 | 82 | CASE MANAGEMENT ORDER NO. 3 ORDER APPOINTING INTERIM COMMITTEE CHAIRS AND COMMITTEE MEMBERS FOR THE PLAINTIFF SUBSCRIBER AND PROVIDER TRACKS. Signed by Judge R David Proctor on 6/4/2013. (AVC) (Entered: 06/04/2013) |
| 06/06/2013 | 83 | CONDITIONAL TRANSFER ORDER (CTO–13) from Judicial Panel on MDL 2406 transferring 2 actions to the Northern District of Alabama. (Attachments: # 1 CTO–13 Schedule with NDAL case numbers)(AVC) (Entered: 06/06/2013) |
| 06/20/2013 | 84 | CONDITIONAL TRANSFER ORDER (CTO–14) from Judicial Panel on MDL 2406 transferring 2 actions to the Northern District of Alabama. (Attachments: # 1 CTO–14 Schedule with NDAL case numbers)(AVC) (Entered: 06/20/2013) |
| 07/01/2013 | 85 | AMENDED COMPLAINT *for Consolidated Subscriber Track Actions* against All Defendants, filed by Plaintiffs' Counsel.(Kiernan, Kathleen) (Entered: 07/01/2013) |
| 07/01/2013 | 86 | AMENDED COMPLAINT *for Consolidated Provider Track* against All Defendants, filed by Plaintiffs' Counsel.(Whatley, Joe) (Entered: 07/01/2013) |
| 07/09/2013 | 87 | *** WITHDRAWN***[to be filed in Conway 2:12–2532–RDP and other invidual actions if necessary]Request for service by certified mail filed by Plaintiffs' Counsel. (Whatley, Joe) Modified on 7/10/2013 (AVC). (Entered: 07/09/2013) |
| 07/09/2013 | 88 | MOTION to Appoint Counsel by Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order)(McKinney, Rebekah) (Entered: 07/09/2013) |

| 07/10/2013 | 89 | TEXT ORDER –This matter is before the court on an informal motion for an extension of time for the parties to file their joint report setting forth a proposed briefing schedule on anticipated motions to dismiss. The request is GRANTED. The parties SHALL file a joint written status report setting forth a proposed briefing schedule on anticipated motions to dismiss on or before July 17, 2013. Signed by Judge R David Proctor on 7/10/2013. (AVC) (Entered: 07/10/2013) |
|---|---|---|
| 07/10/2013 | 90 | TEXT ORDER –This matter is before the court on the Unopposed Motion of Herman A. Watson, Jr. to Appoint Rebekah K. McKinney to Replace Him As State Liaison Committee Member for the Subscriber Track (Doc. # 88). For good cause shown, and because the Subscriber Track Lead Counsel, Steering Committee, and Local Facilitating Counsel do not oppose the Motion, the Motion (Doc. # 88) is GRANTED. The court hereby APPOINTS Rebekah K. McKinney to replace Herman A. Watson, Jr. as a State Liaison Committee Member for the Subscriber Track. Signed by Judge R David Proctor on 7/10/2013. (AVC) (Entered: 07/10/2013) |
| 07/17/2013 | 91 | REPORT from the Parties on Motion to Dismiss Schedule 79 by Defendants' Counsel, Plaintiffs' Counsel (Whatley, Joe) Modified on 7/18/2013 (AVC). (Entered: 07/17/2013) |
| 07/18/2013 | 92 | TEXT ORDER –This matter is before the court on the Joint Report from the Parties on Motion to Dismiss Briefing Schedule (Doc. # 91), which requests an additional short extension of time for the parties to file their joint report setting forth a proposed briefing schedule on anticipated motions to dismiss. The request is GRANTED. The parties SHALL file a joint written status report setting forth a proposed briefing schedule on anticipated motions to dismiss on or before July 19, 2013. Signed by Judge R David Proctor on 7/18/2013. (AVC) (Entered: 07/18/2013) |
| 07/19/2013 | 93 | JOINT STATUS REPORT REGARDING MOTION TO DISMISS BRIEFING SCHEDULE by Defendants' Counsel, Plaintiffs' Liaison Counsel. filed by Defendants' Counsel, Plaintiffs' Liaison Counsel (Attachments: # 1 Exhibit 1)(Hoover, Craig) Modified on 7/22/2013 (AVC). (Entered: 07/19/2013) |
| 07/22/2013 | 94 | NOTICE by Plaintiffs' Counsel re 86 Amended Complaint *Filing of Corrected Caption* (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 07/22/2013) |
| 07/23/2013 | 95 | TEXT ORDER –This matter is SET for a status conferenceat 10:00 am on Wednesday, August 21, 2013 in courtroom 7A of the Hugo L. Black United States Courthouse to discuss, among other issues, a briefing schedule on the anticipated motions to dismiss. The court anticipates that the Special Master will circulate a call in number to counsel who wish to attend by phone. Signed by Judge R David Proctor on 7/23/2013. (AVC) (Entered: 07/23/2013) |
| 08/21/2013 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 8/21/2013. As indicated on the record, the court will enter a separate order outlining the briefing schedules agreed to by the parties. (Court Reporter Anita McCorvey.) (KLL) (Entered: 08/21/2013) |
| 08/27/2013 | 96 | Transcript of Proceedings held on 8/21/2013, before Judge R. David Proctor. Court Reporter/Transcriber Anita McCorvey, Telephone number 205–278–2063. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to |

| | | |
|---|---|---|
| | | Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court forms/transcripts/Transcript Redaction Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/17/2013. Redacted Transcript Deadline set for 9/27/2013. Release of Transcript Restriction set for 11/26/2013. (AVC) (Entered: 08/27/2013) |
| 08/30/2013 | 97 | REPORT Regarding Order Setting Briefing Schedule and Establishing Certain Discovery Procedures by Special Master. (Attachments: # 1 Exhibit A Agreed Edits, # 2 Exhibit B Additional Edits Suggested by the Plaintiffs, # 3 Exhibit C Additional Edits Suggested by the Defendants)(Gentle, Edgar) Modified on 9/9/2013 (AVC). (Entered: 08/30/2013) |
| 09/03/2013 | 98 | ORDER SETTING BRIEFING SCHEDULE AND ESTABLISHING CERTAIN DISCOVERY PROCEDURES. Signed by Judge R David Proctor on 9/3/2013. (AVC) (Entered: 09/03/2013) |
| 09/06/2013 | 99 | NOTICE by Plaintiffs' Counsel re 85 Amended Complaint *Errata to Subscriber Track Consolidated Class Action Complaint* (Attachments: # 1 Appendix 1)(Kiernan, Kathleen) (Entered: 09/06/2013) |
| 09/11/2013 | 100 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 9/11/2013. (AVC) (Entered: 09/11/2013) |
| 09/11/2013 | 101 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 9/11/2013. (AVC) (Entered: 09/11/2013) |
| 09/17/2013 | 102 | Emergency MOTION for Preliminary Injunction by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Whatley, Joe) (Entered: 09/17/2013) |
| 09/18/2013 | 103 | **TEXT ORDER** – This matter is before the court on Plaintiff Kathleen Cain's Opposed Emergency Motion for Preliminary Injunction (Doc. # 102). The Motion is more properly filed in the Conway case, case No. 2:12–cv–02532–RDP. Plaintiff's counsel is **DIRECTED** to re–file the motion in that case. The Clerk of the Court is **DIRECTED** to **TERMINATE** the Motion (Doc. # 102) in this case. Additionally, interested parties are **DIRECTED** to coordinate with the Special Master regarding the scheduling of a telephone conference to discuss Plaintiff Cain's Motion. Signed by Judge R David Proctor on 9/18/2013. (AVC) (Entered: 09/18/2013) |
| 09/27/2013 | 104 | MOTION for Leave to File *Certain Exhibits Under Seal* by Defendants' Counsel. (Hogewood, Mark) (Entered: 09/27/2013) |
| 09/27/2013 | 105 | TEXT ORDER–This matter is before the court on Defendants' Motion for Leave to File Certain Exhibits Under Seal (Doc. # 104). The Motion is GRANTED. Defendants are granted leave to file the referenced documents UNDER SEAL. Signed by Judge R David Proctor on 9/27/2013. (AVC) (Entered: 09/27/2013) |
| 09/30/2013 | 106 | MOTION for Leave to File *Unredacted Version of Motion to Dismiss and Supporting Declaration Under Seal* by Capital Blue Cross. (Sansbury, Michael) (Entered: 09/30/2013) |
| 09/30/2013 | 107 | MOTION to Dismiss for Lack of Jurisdiction by Triple S Salud, Inc.. (Attachments: # 1 Exhibit Unsworn Statement Under Penalty of Perjury)(Escalera–Rodriguez, Rafael) (Entered: 09/30/2013) |
| 09/30/2013 | 108 | MOTION to Dismiss by Defendants' Counsel. (Zott, David) (Entered: 09/30/2013) |

| 09/30/2013 | 109 | **TEXT ORDER** – This matter is before the court on Defendant Capital Blue Cross's Motion for Leave to File Unredacted Version of Motion to Dismiss and Supporting Declaration Under Seal. (Doc. # 106). The Motion (Doc. # 106) is **GRANTED**. Defendant Capital Blue Cross is granted leave to file the referenced documents **UNDER SEAL**. Signed by Judge R David Proctor on 9/30/2013. (AVC) (Entered: 09/30/2013) |
|---|---|---|
| 09/30/2013 | 110 | MOTION to Dismiss *Plaintiffs' Complaint by CareFirst of Maryland, Inc.* by Defendants' Counsel. (Norman, Brian) (Entered: 09/30/2013) |
| 09/30/2013 | 111 | Brief in Support of Motion to Dismiss 110 by CareFirst of Maryland, Inc. (Norman, Brian) Modified on 10/4/2013 (AVC). (Entered: 09/30/2013) |
| 09/30/2013 | 112 | MOTION to Dismiss for Lack of Personal Jurisdiction and, Alternatively, Improper Venue by Capital Blue Cross. (Attachments: # 1 Exhibit Declaration of Kimberly Meals)(Sansbury, Michael) Modified on 10/3/2013 (AVC). (Entered: 09/30/2013) |
| 09/30/2013 | 113 | MOTION to Dismiss for Lack of Jurisdiction and Improper Venue *by Excellus Health Plan, Inc.* by Defendants' Counsel. (Attachments: # 1 Exhibit A–G)(Andress, D) Modified on 10/3/2013 (AVC). (Entered: 09/30/2013) |
| 09/30/2013 | 114 | MOTION to Dismiss *by Blue Cross Blue Shield of Michigan* . (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, Part 1, # 3 Exhibit A, Part 2, # 4 Exhibit B, Part 1, # 5 Exhibit B, Part 2, # 6 Exhibit C, Part 1, # 7 Exhibit C, Part 2, # 8 Exhibit D, # 9 Exhibit E, Part 1, # 10 Exhibit E, Part 2, # 11 Errata F, Part 1, # 12 Exhibit G, Part 1, # 13 Exhibit G, Part 2, # 14 Exhibit H, # 15 Exhibit I, Part 1, # 16 Exhibit I, Part 2, # 17 Exhibit I, Part 3)(Campbell, Andrew) Modified on 10/3/2013 (AVC). (Entered: 09/30/2013) |
| 09/30/2013 | 115 | Brief re 108 MOTION to Dismiss *Defendants' Supplemental Brief in Support of Motion to Dismiss* filed by Defendants' Counsel. (Attachments: # 1 Appendix I, # 2 Appendix II, # 3 Exhibit A)(Hoover, Craig) (Entered: 09/30/2013) |
| 09/30/2013 | 116 | MOTION to Dismiss BlueCross BlueShield of South Carolina and Blue Cross and Blue Shield Association to Dismiss the Claims of Plaintiff Shred 360,LLC by Defendants' Counsel. (Hoover, Craig) Modified on 10/3/2013 (AVC). (Entered: 09/30/2013) |
| 09/30/2013 | 117 | Brief *in Support of Motion of BlueCross BlueShield of South Carolina and Blue Cross and Blue Shield Association to Dismiss Claims of Plaintiff Shred 360, LLC* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 09/30/2013) |
| 09/30/2013 | 118 | MOTION to Dismiss by Plaintiffs' Counsel. (McKinney, Rebekah) (Entered: 09/30/2013) |
| 09/30/2013 | 119 | SEALED MOTION re: 112 by Capital Blue Cross. (Attachments: # 1 Exhibit 1)(AVC) (Entered: 09/30/2013) |
| 09/30/2013 | 120 | Brief re 108 MOTION to Dismiss . (Attachments: # 1 Appendix, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Zott, David) (Entered: 09/30/2013) |
| 09/30/2013 | 121 | MOTION in Supprot of Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue *by Blue Cross of Northeastern Pennsylvania* . (Attachments: # 1 Affidavit)(Leary, Paul) Modified on 10/3/2013 (AVC). (Entered: 09/30/2013) |

| 09/30/2013 | 122 | MOTION to Dismiss for Lack of Jurisdiction and Improper Venue *by Blue Cross Blue Shield of Missippi* . (Attachments: # 1 Exhibit A (Declaration of John H. Proctor, III))(McDowell, M) Modified on 10/3/2013 (AVC). (Entered: 09/30/2013) |
|---|---|---|
| 09/30/2013 | 123 | Brief re 122 MOTION to Dismiss for Lack of Jurisdiction filed by Defendants' Counsel. (McDowell, M) (Entered: 09/30/2013) |
| 09/30/2013 | 124 | MOTION to Dismiss by Plaintiffs' Counsel. (McKinney, Rebekah) (Entered: 09/30/2013) |
| 09/30/2013 | 125 | MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue* by Defendants' Counsel. (Attachments: # 1 Memorandum of Certain Defendants in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, # 2 Exhibit 1 – Affidavit of Christine Epper, # 3 Exhibit 2 – Affidavit of Fred Palenske, # 4 Exhibit 3 – Affidavit of Robert L. Stroup III, # 5 Exhibit 4 – Affidavit of Dave Keiter, # 6 Exhibit 5 – Affidavit of David Horn)(Sooy, Kathleen) (Entered: 09/30/2013) |
| 10/03/2013 | 127 | NOTICE of Corporate Disclosure by Defendants' Counsel (Hoover, Craig) (Entered: 10/03/2013) |
| 10/04/2013 | 128 | MOTION for Leave to Appear Pro Hac Vice by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1 (Application and Declaration of Lezlie Madden in Support of Motion for Admission Pro Hac Vice)(Reis, John) (Entered: 10/04/2013) |
| 10/04/2013 |  | PHV Fee paid: $ 50, receipt number 1126–2025167. (Reis, John) (Entered: 10/04/2013) |
| 10/04/2013 | 129 | Consent MOTION to Set Briefing Schedule by Capital Blue Cross. (Sansbury, Michael) (Entered: 10/04/2013) |
| 10/04/2013 | 130 | TEXT ORDER –This matter is before the court on Capital Blue Cross's Unopposed Motion to Set Briefing Schedule (Doc. # 129). The Motion (Doc. # 129) is GRANTED. Capital Blue Cross SHALL respond to the Cerven Complaint (Case No. 2:12–cv–04169–RDP) on or before November 1, 2013. Otherwise the briefing SHALL confirm to the court's existing briefing schedule (Doc. # 98). Signed by Judge R David Proctor on 10/4/2013. (AVC) (Entered: 10/04/2013) |
| 10/04/2013 | 131 | NOTICE of Corporate Disclosure by Defendants' Counsel *regarding WellPoint, Inc.* (Hoover, Craig) (Entered: 10/04/2013) |
| 10/14/2013 | 132 | NOTICE of Corporate Disclosure by Defendants' Counsel (Norman, Brian) (Entered: 10/14/2013) |
| 10/30/2013 | 133 | MOTION for Leave to File *Unredacted Version of Motion to Dismiss and Supporting Declaration Under Seal (Capital BlueCross)* by Defendants' Counsel. (Sansbury, Michael) (Entered: 10/30/2013) |
| 10/30/2013 | 134 | **TEXT ORDER** – This matter is before the court on Defendant Capital Blue Cross's Motion for Leave to File Unredacted Version of Motion to Dismiss and Supporting Declaration Under Seal. (Doc. # 133). The Motion (Doc. # 133) is **GRANTED**. Defendant Capital Blue Cross is **GRANTED LEAVE** to file the referenced documents UNDER SEAL. Signed by Judge R David Proctor on 10/30/2013 (AVC) (Entered: 10/30/2013) |
| 11/01/2013 | 135 |  |

| | | |
|---|---|---|
| | | MOTION to Dismiss for Lack of Jurisdiction *(Personal) and, Alternatively, Improper Venue* by Defendants' Counsel. (Attachments: # 1 Exhibit Exhibit 1, Declaration of Kimberly Meals)(Sansbury, Michael) (Entered: 11/01/2013) |
| 11/01/2013 | 136 | SEALED MOTION by Capital Blue Cross. (Attachments: # 1 Exhibit 1)(AVC) (Entered: 11/01/2013) |
| 11/04/2013 | 137 | STATUS REPORT by Defendants' Counsel, Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Hoover, Craig) (Entered: 11/04/2013) |
| 11/04/2013 | 138 | Corporate Disclosure Statement by Defendants' Counsel. (Burkhalter, Carl) (Entered: 11/04/2013) |
| 11/08/2013 | 139 | PROTECTIVE ORDER UNDER FED. R. EVID. 502(d) REGARDING NON–WAIVER OF INFORMATION SUBJECT TO ATTORNEY–CLIENT PRIVILEGE OR WORK PRODUCT PROTECTION. Signed by Judge R David Proctor on 11/8/2013. (AVC) (Entered: 11/08/2013) |
| 11/20/2013 | 140 | STATUS REPORT by Defendants' Counsel, Plaintiffs' Counsel. filed by Defendants' Counsel, Plaintiffs' Counsel (Hoover, Craig) (Entered: 11/20/2013) |
| 11/26/2013 | 141 | THIRD STATUS REPORT by Defendants' Counsel, Plaintiffs' Counsel. (Hoover, Craig) (Entered: 11/26/2013) |
| 11/27/2013 | 142 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 11/27/2013. (AVC) (Entered: 11/27/2013) |
| 11/27/2013 | 143 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 11/27/2013. (AVC) (Entered: 11/27/2013) |
| 12/06/2013 | 144 | STATUS REPORT by Defendants' Counsel, Plaintiffs' Counsel. filed by Defendants' Counsel, Plaintiffs' Counsel (Attachments: # 1 Exhibit A – Proposed Protective Order)(Hoover, Craig) (Entered: 12/06/2013) |
| 12/17/2013 | 145 | PROTECTIVE ORDER. Signed by Judge R David Proctor on 12/17/2013. (AVC) (Entered: 12/17/2013) |
| 01/09/2014 | 146 | NOTICE by Plaintiffs' Counsel *of Change of Firm Name* (Axelrod, Robert) (Entered: 01/09/2014) |
| 01/13/2014 | 147 | **TEXT ORDER** – The pending Motions to Dismiss in this matter are **SET** for a hearing at **10:00 a.m. on Wednesday, April 9, 2014**, in Courtroom 7A of the Hugo L. Black U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama. The court anticipates that the Special Master will circulate a call in number for counsel wishing to attend by telephone. However, anyone wishing to present argument **SHALL** attend in person. All persons attending by phone are **REMINDED** to mute their phones unless actually addressing the court. Signed by Judge R David Proctor on 1/13/14. (ASL) (Entered: 01/13/2014) |
| 01/15/2014 | 148 | OPPOSITION to Motion to Dismiss 108 & 120 filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 01/15/2014) |
| 01/15/2014 | 149 | JOINT OPPOSITION to Motion to Dismiss Arguments Common to both Providers and Subscribers 108 MOTION filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ragsdale, Barry) (Entered: 01/15/2014) |

| 01/15/2014 | 150 | Brief in Joint Opposition to Motions to Dismiss for Lack of Personal Jurisdiction and Improper Venue 107 , 112 , 113 , 119 , 121 , 122 , 125 , 135 and 136 filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 01/15/2014) |
|---|---|---|
| 01/15/2014 | 151 | RESPONSE in Opposition re 114 MOTION to Dismiss *(Provider Plaintiffs' Response to Defendant Blue Cross Blue Shield of Michigan's Motion to Dismiss (Doc. 114))* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 01/15/2014) |
| 01/15/2014 | 152 | OPPOSITION to Carefirst of Maryland, Inc's Motion to Dismiss 110 & 111 filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 01/15/2014) |
| 01/15/2014 | 153 | Brief on Non−Common Issues in Oppostion to Motions to Dismiss 108 , 114 , 115 , 116 , 117 and 120 filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1)(Guin, David) (Entered: 01/15/2014) |
| 01/16/2014 | 154 | AMENDED Opposition to Motion to Dismiss 108 & 120 by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 01/16/2014) |
| 01/16/2014 | 155 | AMENDED Response to Blue Cross Blue Shield of Michigan's Motion to Dismiss 114 by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 01/16/2014) |
| 01/21/2014 | 156 | MOTION to Appoint Counsel *(Unopposed Motion of Co−Lead Counsel to Appoint Thomas V. Bender to the Discovery Committee for the Provider Track and Notification of Withdrawal of D. Brian Hufford as Provider Counsel)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 01/21/2014) |
| 01/22/2014 | 157 | MOTION for Leave to File *Amici Curiae Brief of Antitrust Professors* by movant. (Attachments: # 1 Exhibit EX 1 − Amici Curiae Brief, # 2 Certificate of Service)(Reuben, Mindee) (Entered: 01/22/2014) |
| 01/22/2014 | 158 | TEXT ORDER This matter is before the court on the Motion for Leave to File Amici Curiae Brief of Antitrust Professors in Opposition to Defendants' Motions to Dismiss Based on the Filed Rate Doctrine 157 . The Motion 157 is GRANTED. The Antitrust Professors are directed to file their proposed brief electronically with the Clerk of the Court. Signed by Judge R David Proctor on 1/22/14. (ASL) (Entered: 01/22/2014) |
| 01/22/2014 | 159 | Brief *of Amici − Antitrust Professors*. (Attachments: # 1 Exhibit A − Areeda & Hovencamp Excerpt, # 2 Certificate of Service)(Reuben, Mindee) (Entered: 01/22/2014) |
| 01/22/2014 | 160 | NOTICE of Change of Address by Henry C Quillen (Quillen, Henry) (Entered: 01/22/2014) |
| 01/22/2014 | 161 | TEXT ORDER This matter is before the court on the Unopposed Motion of Co−Lead Counsel to Appoint Thomas V. Bender to the Discovery Committee for the Provider Track and Notification of Withdrawal of D. Brian Hufford as Provider Counsel 156 . For good cause shown, and because the Motion is unopposed, the Motion 156 is GRANTED. The court hereby APPOINTS Thomas V. Bender to the Discovery Committee for the Provider Track and ACCEPTS the withdrawal of D. Brian Hufford from the Written Submissions Committee for the Provider Track. Signed by Judge R David Proctor on 1/22/14. (ASL) (Entered: 01/22/2014) |
| 02/11/2014 | 162 | |

| | | |
|---|---|---|
| | | MOTION to Amend the May 31, 2013 Order 80 Order by Special Master. (Attachments: # 1 Exhibit Proposed Order)(Gentle, Edgar) (Entered: 02/11/2014) |
| 02/11/2014 | 163 | ORDER GRANTING THE SPECIAL MASTERS UNOPPOSED MOTION TO AMENDTHE MAY 31, 2013 ORDER REGARDING PROTOCOLS FOR PLAINTIFFSCOUNSEL TIME AND EXPENSE SUBMISSIONS−re: 162 . Signed by Judge R David Proctor on 2/11/2014. (AVC) (Entered: 02/11/2014) |
| 02/24/2014 | 164 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 2/24/2014. (AVC) (Entered: 02/24/2014) |
| 02/24/2014 | 165 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 2/24/2014. (AVC) (Entered: 02/24/2014) |
| 03/04/2014 | 166 | NOTICE by Blue Cross Blue Shield Antitrust Litigation MDL 2406 *Notice of Firm Change* (Frankowski, Richard) (Entered: 03/04/2014) |
| 03/04/2014 | 167 | NOTICE by Plaintiffs' Counsel *Notice of Change of Firm Name* (Schreiber, J) (Entered: 03/04/2014) |
| 03/06/2014 | 168 | REPLY Brief filed by Defendant Defendants' Counsel re: 107 MOTION to Dismiss for Lack of Jurisdiction , 150 Response in Opposition to Motion, filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1− Unsworn Statement Under Penalty of Perjury)(Santiago−Rivera, Pedro) (Entered: 03/06/2014) |
| 03/06/2014 | 169 | REPLY Brief filed by Defendant Defendants' Counsel re: 119 SEALED MOTION, 135 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and, Alternatively, Improper Venue*, 150 Response in Opposition to Motion, 112 MOTION to Dismiss for Lack of Personal Jurisdiction and, Alternatively, Improper Venue filed by Defendants' Counsel. (Sansbury, Michael) (Entered: 03/06/2014) |
| 03/06/2014 | 170 | REPLY Brief filed by Defendant Defendants' Counsel re: 114 MOTION to Dismiss *by Blue Cross Blue Shield Michigan* filed by Defendants' Counsel. (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit A)(Campbell, Andrew) (Entered: 03/06/2014) |
| 03/06/2014 | 171 | MOTION to Amend/Correct *Order of Dismissal* by Plaintiffs' Counsel. (Pendley, Patrick) (Entered: 03/06/2014) |
| 03/06/2014 | 172 | REPLY Brief filed by Defendant Defendants' Counsel re: 121 MOTION in Suprot of Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue *by Blue Cross of Northeastern Pennsylvania* filed by Defendants' Counsel. (Bleich, Matthew) (Entered: 03/06/2014) |
| 03/06/2014 | 173 | REPLY Brief filed by Defendant Defendants' Counsel re: 108 MOTION to Dismiss filed by Defendants' Counsel. (Hoover, Craig) (Entered: 03/06/2014) |
| 03/06/2014 | 174 | REPLY Brief filed by Defendant Defendants' Counsel re: 116 MOTION to Dismiss BlueCross BlueShield of South Carolina and Blue Cross and Blue Shield Association to Dismiss the Claims of Plaintiff Shred 360,LLC filed by Defendants' Counsel. (Hoover, Craig) (Entered: 03/06/2014) |
| 03/06/2014 | 175 | REPLY to Response to Motion re 110 MOTION to Dismiss *Plaintiffs' Complaint by CareFirst of Maryland, Inc.* filed by Defendants' Counsel. (Norman, Brian) (Entered: 03/06/2014) |
| 03/06/2014 | 176 | |

107

| | | |
|---|---|---|
| | | REPLY to re 113 *Reply Memorandum of Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, on Its Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue* filed by Defendants' Counsel. (Andress, D) (Entered: 03/06/2014) |
| 03/06/2014 | 177 | REPLY to Response to Motion re 122 MOTION to Dismiss for Lack of Jurisdiction and Improper Venue *by Blue Cross Blue Shield of Missippi* filed by movant. (Attachments: # 1 Exhibit A (Supplemental Declaration of John Proctor))(McDowell, M) (Entered: 03/06/2014) |
| 03/06/2014 | 178 | REPLY to Response to Motion re 108 MOTION to Dismiss filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Zott, David) (Entered: 03/06/2014) |
| 03/06/2014 | 179 | REPLY Brief filed by Defendant Defendants' Counsel re: 125 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue* filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: 03/06/2014) |
| 04/07/2014 | 180 | **TEXT ORDER** – Based upon the parties' request, the argument previously set for 10:00 a.m. on Wednesday, April 9, 2014, is hereby **RE−SET** at **9:00 a.m. the same day**. Signed by Judge R David Proctor on 4/7/14. (ASL) (Entered: 04/07/2014) |
| 04/09/2014 | | Minute Entry for proceedings held before Judge R David Proctor: Motion Hearing held on 4/9/2014 re pending motions to dismiss. (Court Reporter Anita McCorvey.) (KLL) (Entered: 04/09/2014) |
| 04/10/2014 | 181 | MOTION to Withdraw as Attorney by Defendants' Counsel. (Rather, Gordon) (Entered: 04/10/2014) |
| 04/10/2014 | 182 | **TEXT ORDER** – This matter is before the court on the Motion to Allow Withdrawal of Additional Counsel for USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield. The Motion was filed in Case No. 2:13−cv−20000−RDP, but should have been filed in the underlying case, Case No. 2:13−cv−00014−RDP, Sosebee v. USAble Mutual Insurance Company. The Motion (Case No. 2:13−cv−20000−RDP, Doc. # 181) is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorneys Gordon S. Rather, Jr. and Scott A. Irby as counsel for USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield in both cases, and to docket this text order in Case No. 2:13−cv−00014−RDP also. Signed by Judge R David Proctor on 4/10/2014. (AVC) (Entered: 04/10/2014) |
| 04/16/2014 | 183 | REPLY to *(Correspondence to Judge Proctor)* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 04/16/2014) |
| 04/18/2014 | 184 | RESPONSE to *Subcriber Plaintiffs' April 16, 2014 Letter* filed by Defendants' Counsel. (West, Kimberly) (Entered: 04/18/2014) |
| 04/25/2014 | 185 | MOTION to Withdraw as Attorney *for Plaintiff, Gaston CPA Firm, P.C.* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order Order Granting Motion to Withdraw)(Brady, Anu) (Entered: 04/25/2014) |
| 04/25/2014 | 186 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney Anu M. Brady. 185 . The Motion 85 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorney Brady. Signed by Judge R David Proctor on 4/25/2014. (AVC) (Entered: 04/25/2014) |

| 04/29/2014 | 187 | Transcript of Proceedings held on 4/9/2014, before Judge R. David Proctor. Court Reporter/Transcriber Anita McCorvey, Telephone number 205–278–2063. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/20/2014. Redacted Transcript Deadline set for 5/30/2014. Release of Transcript Restriction set for 7/28/2014. (AVC) (Entered: 04/29/2014) |
| 05/15/2014 | 188 | NOTICE of Change of Address by Edwin J Kilpela, Jr (Kilpela, Edwin) (Entered: 05/15/2014) |
| 05/22/2014 | 189 | MOTION to Withdraw *Motion to Withdraw of Andrew C. Allen* by Plaintiffs' Counsel. (Allen, Andrew) (Entered: 05/22/2014) |
| 05/22/2014 | 190 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney Andrew C. Allen. 189 . The Motion 189 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorney Allen. Generally, appearances and Motions to Withdraw should be filed in the underlying case in which the attorney wishes to or has appeared, rather than in the MDL, since the service list for the MDL is generated from those cases. Therefore, the Clerk of the Court is **FURTHER DIRECTED** to **TERMINATE** Attorney Allen also in the underlying case in which he appeared, case No. 2:12–cv–02532. Signed by Judge R David Proctor on 5/22/2014. (AVC) (Entered: 05/22/2014) |
| 05/22/2014 | 191 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 5/22/2014. (AVC) (Entered: 05/22/2014) |
| 05/22/2014 | 192 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 5/22/2014. (AVC) (Entered: 05/22/2014) |
| 06/02/2014 | 193 | NOTICE by Plaintiffs' Counsel re 108 MOTION to Dismiss *Provider Plaintiffs' Notice of Supplemental Authority Regarding Defendants' Motion to Dismiss* (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 06/02/2014) |
| 06/02/2014 | 194 | STATUS REPORT by Defendants' Counsel. filed by Defendants' Counsel (Hoover, Craig) (Entered: 06/02/2014) |
| 06/05/2014 | 195 | NOTICE of Change of Address by Henry C Quillen (Quillen, Henry) (Entered: 06/05/2014) |
| 06/06/2014 | 196 | RESPONSE to re 193 *Provider Plaintiff's Notice of Supplemental Authority Regarding Defendants' Motion to Dismiss* filed by Defendants' Counsel. (Zott, David) (Entered: 06/06/2014) |
| 06/10/2014 | 197 | ORDER REGARDING NON–WAIVER OF WORK PRODUCT DOCTRINE PROTECTION AND ATTORNEY–CLIENT PRIVILEGE AS A RESULT OF THE SUBMISSION OF PLAINTIFFS COMMON BENEFIT TIME AND EXPENSE RECORDS TO THE SPECIAL MASTER AND THE COURT. Signed by Judge R David Proctor on 6/10/2014. (AVC) (Entered: 06/10/2014) |

| 06/11/2014 | 198 | MOTION to Withdraw as Attorney *and For Appointment of Substitute Counsel* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(Kiernan, Kathleen) (Entered: 06/11/2014) |
| --- | --- | --- |
| 06/12/2014 | 199 | ORDER granting 198 Tanya Chutkan's Motion to Withdraw and for Appointment of Substitute Counsel; attorney Richard A. Feinstein is APPOINTED as Co–Chair of the Subscriber Track Experts Committee; Added attorney Richard A Feinstein for Plaintiffs' Counsel. Attorney Tanya Chutkan terminated. Signed by Judge R David Proctor on 6/12/14. (ASL) (Entered: 06/12/2014) |
| 06/12/2014 | 200 | MOTION for Leave to File *Amended Complaint* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ragsdale, Barry) (Entered: 06/12/2014) |
| 06/13/2014 | 201 | **TEXT ORDER** This matter before the court on the Motion of the Subscriber Plaintiffs to Amend the Subscriber Track Consolidated Class Action Complaint. 200 To the extent Defendants have any opposition to the Motion consistent with Rule 15(a), such opposition **SHALL** be filed **on or before June 20, 2014**.. Signed by Judge R David Proctor on 6/13/2014. (KAM, ) (Entered: 06/13/2014) |
| 06/16/2014 | 202 | Joint MOTION to Amend/Correct *Scheduling Order* by Defendants' Counsel. (West, Kimberly) (Entered: 06/16/2014) |
| 06/17/2014 | 203 | **TEXT ORDER** – This matter is before the court on the Joint Request for an Amended Scheduling Order. 202 . The request 202 is **GRANTED**. To the extent Defendants have any opposition to the Motion of the Subscriber Plaintiffs to Amend the Subscriber Track Consolidated Class Action Complaint 200 consistent with Rule 15(a), such opposition **SHALL** be filed **on or before June 27, 2014**. Subscriber Plaintiffs may reply **on or before July 11, 2014**. Signed by Judge R David Proctor on 6/17/2014. (AVC) (Entered: 06/17/2014) |
| 06/18/2014 | 204 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 6/18/2014. (AVC) (Entered: 06/18/2014) |
| 06/18/2014 | 205 | ORDER–In accordance with the Memorandum Opinion 204 , the court concludes that various Dfts' Motions to Dismiss 107 , 110 , 112 , 113 , 114 , 116 , 119 , 121 , 122 , 125 ,and 135 are hereby DENIED WITHOUT PREJUDICE. Dfts' Consolidated Motion to Dismiss 108 is DENIED IN PART. By 7/15/2014, the parties SHALL file a joint status report regarding a proposal for consideration of the remaining issues raised in Dfts' Supplemental Brief in Support of Motion to Dismiss 115 related to the Consolidated Motion to Dismiss 108 . Signed by Judge R David Proctor on 6/18/2014. (AVC) (Entered: 06/18/2014) |
| 06/19/2014 | 206 | NOTICE of Change of Address by Charles C Hunter (Hunter, Charles) (Entered: 06/19/2014) |
| 06/19/2014 | 207 | NOTICE of Change of Address by Robert J Axelrod (Axelrod, Robert) (Entered: 06/19/2014) |
| 06/27/2014 | 208 | RESPONSE to Motion re 200 MOTION for Leave to File *Amended Complaint* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 06/27/2014) |
| 07/11/2014 | 209 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 200 MOTION for Leave to File *Amended Complaint* filed by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 07/11/2014) |
| 07/15/2014 | 210 | |

| | | |
|---|---|---|
| | | STATUS REPORT *(Joint Report)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 07/15/2014) |
| 07/15/2014 | 211 | STATUS REPORT *(Joint Report Regarding Discovery Plan)* by Defendants' Counsel. filed by Defendants' Counsel (Hoover, Craig) (Entered: 07/15/2014) |
| 07/15/2014 | 212 | STATUS REPORT *(Joint Report Regarding Pending Motions to Dismiss)* by Defendants' Counsel. filed by Defendants' Counsel (Hoover, Craig) (Entered: 07/15/2014) |
| 07/29/2014 | 213 | NOTICE of Change of Address by Andrew Phillip Campbell (Campbell, Andrew) (Entered: 07/29/2014) |
| 08/06/2014 | 214 | NOTICE of Change of Address by J Allen Schreiber (Schreiber, J) (Entered: 08/06/2014) |
| 08/14/2014 | 215 | ORDER –re: Motion to Amend the Subscriber Track Consolidated Class Action Complaint 200 . The motion is GRANTED. All current deadlines to file amended complaints are VACATED. The remainder of the relief sought in the Motion to dismiss 108 is DENIED WITHOUT PREJUDICE. The Complaints to which those arguments are addressed will no longer be the operative Complaints. Therefore, the remainder of that Motion is MOOT. Signed by Judge R David Proctor on 8/14/2014. (AVC) (Entered: 08/14/2014) |
| 08/14/2014 | 216 | NOTICE of Change of Address by R Christopher Cowan (Cowan, R) (Entered: 08/14/2014) |
| 08/25/2014 | 217 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 8/25/2014. (AVC) (Entered: 08/25/2014) |
| 08/25/2014 | 218 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 8/25/2014. (AVC) (Entered: 08/25/2014) |
| 08/28/2014 | 219 | STATUS REPORT *(Joint)* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hoover, Craig) (Entered: 08/28/2014) |
| 08/28/2014 | 220 | Brief *(Memorandum in Support of Plaintiffs' Proposed Discovery Plan)*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 08/28/2014) |
| 08/28/2014 | 221 | Brief re 219 Status Report *(Brief in Support of Defendants' Discovery Plan)*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Hoover, Craig) (Entered: 08/28/2014) |
| 09/02/2014 | 222 | STATUS REPORT *(Advanced Surgery Plaintiffs' Supplemental Status Report)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 09/02/2014) |
| 09/22/2014 | 223 | ORDER –This case is SET for a status conference on 11/7/2014 at 10:00a.m., in Courtroom 7A of the Hugo L Black US Courthouse. By 11/3/2014, the parties SHALL submit a joint report containing a proposed briefing schedule for motions to dismiss, as well as a proposed agenda of other items that should be addressed during the status conference. Signed by Judge R David Proctor on 9/22/2014. (AVC) (Entered: 09/22/2014) |
| 09/30/2014 | 224 | AMENDED COMPLAINT *(Consolidated Second Amended Provider Complaint)* against All Defendants, filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 09/30/2014) |

| 10/01/2014 | 225 | TEXT ORDER Discovery Hearing set for 10/6/2014 at 11:30 AM in courtroom 3B, Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam; court reporter to be present. Signed by Magistrate Judge T Michael Putnam on 10/1/14. (ASL) (Entered: 10/01/2014) |
|---|---|---|
| 10/06/2014 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 10/6/2014; statements from plas' and dfts' counsel; parties to submit discovery plan by 10/14/14; discovery plan to be entered by Judge Putnam; hrg adj (Court Reporter Teresa Roberson.) (ASL) (Entered: 10/06/2014) |
| 10/09/2014 | 226 | Transcript of Proceedings held on 10/6/2014, before Magistrate Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number 205–492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/30/2014. Redacted Transcript Deadline set for 11/10/2014. Release of Transcript Restriction set for 1/7/2015. (Attachments: # 1 cert page) (AVC) (Entered: 10/09/2014) |
| 10/10/2014 | 227 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel *(Plaintiffs' Notice of Filing of Amended Proposed Discovery Plan)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ragsdale, Barry) (Entered: 10/10/2014) |
| 10/14/2014 | 228 | NOTICE by Defendants' Counsel *Regarding Updated Discovery Plan Proposal* (Attachments: # 1 Exhibit A (Defendants' Proposed Discovery Plan))(Hoover, Craig) (Entered: 10/14/2014) |
| 10/16/2014 | 229 | DISCOVERY ORDER NO. 1. Signed by Magistrate Judge T Michael Putnam on 10/16/2014. (AVC) (Entered: 10/16/2014) |
| 10/20/2014 | 230 | TEXT ORDER re 229 Discovery Order No. 1. At the request of the parties, the conference with the Magistrate Judge previously set for October 23, 2014, is RESET for Wednesday, October 22, 2014, at 3:00 p.m. CT in Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on October 20, 2014. (AMP) (Entered: 10/20/2014) |
| 10/20/2014 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 10/20/2014. (Court Reporter none.) (ASL) (Entered: 10/21/2014) |
| 10/22/2014 | 231 | DISCOVERY ORDER NO. 2. Signed by Magistrate Judge T Michael Putnam on 10/22/14. (CTS, ) (Entered: 10/22/2014) |
| 10/22/2014 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 10/22/2014; statements from plas' and dfts' counsel; Discovery Order No. 2 to be entered; hrg adj (Court Reporter Cheryl Powell.) (ASL) (Entered: 10/22/2014) |

| 10/31/2014 | 232 | NOTICE by Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company *of Service of Discovery Responses* (McDowell, M) (Entered: 10/31/2014) |
|---|---|---|
| 11/05/2014 | 233 | Transcript of Proceedings held on October 22, 2014, before Judge Putnam. Court Reporter/Transcriber Cheryl Powell. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/26/2014. Redacted Transcript Deadline set for 12/8/2014. Release of Transcript Restriction set for 2/3/2015. (MRR, ) (Entered: 11/05/2014) |
| 11/06/2014 | 234 | NOTICE of Appearance by Yawanna Nabors McDonald on behalf of Defendants' Counsel (McDonald, Yawanna) (Entered: 11/06/2014) |
| 11/07/2014 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 11/7/2014. (Court Reporter Leah Turner.) (KLL) (Entered: 11/07/2014) |
| 11/10/2014 | 235 | **TEXT ORDER** – The court conducted a status conference in this matter on November 7, 2014. As discussed during that conference, **on or before December 8, 2014**, the parties **SHALL** file a joint status report regarding whether they have been able to reach a stipulation regarding how the court and parties should approach the personal jurisdiction, venue, and improper party–plaintiff arguments advanced by certain of the Defendants. Signed by Judge R David Proctor on 11/10/2014. (AVC) (Entered: 11/10/2014) |
| 11/25/2014 | 236 | AMENDED COMPLAINT *(Corrected Consolidated Second Amended Provider Complaint)* against All Defendants, filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 11/25/2014) |
| 12/02/2014 | 237 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 12/2/2014. (AVC) (Entered: 12/02/2014) |
| 12/02/2014 | 238 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 12/2/2014. (AVC) (Entered: 12/02/2014) |
| 12/02/2014 | 239 | Transcript of Proceedings held on 11/7/2014, before Judge R. David Proctor. Court Reporter/Transcriber Leah Turner, Telephone number 256–656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/23/2014. Redacted Transcript Deadline set for 1/2/2015. Release of Transcript Restriction set for 3/2/2015. (AVC) (Entered: 12/02/2014) |
| 12/08/2014 | 240 | |

| | | |
|---|---|---|
| | | JOINT STATUS REPORT Regarding Personal Jurisdiction and Venue Motions filed by Defendants' Counsel (Sooy, Kathleen) (Entered: 12/08/2014) |
| 12/17/2014 | 241 | NOTICE by Defendants' Counsel *Notice of Agreement Regarding Discovery Order* (Hoover, Craig) (Entered: 12/17/2014) |
| 12/18/2014 | 242 | ORDER –re: Notice of Agreement Regarding Discovery Order 241 . The court construes the notice as a Joint Motion to Amend Discovery Order No. 1. The motion is GRANTED. The date for completing meet and confers under Section III.B.1 of Discovery Order No. 1 is extended to 1/14/2015, and the date for submitting to the Court any unresolved disputes under Section III.B.1 is extended to 1/16/2015. All other dates and provisions in Discovery Order No. 1 remain in place.Signed by Magistrate Judge T Michael Putnam on 12/18/2014. (AVC) (Entered: 12/18/2014) |
| 12/18/2014 | 243 | MOTION for Leave to File *Unredacted Version of Motion to Dismiss and Supporting Declaration Under Seal* by Defendants' Counsel. (Payne, Joshua) (Entered: 12/18/2014) |
| 12/19/2014 | 244 | AMENDED COMPLAINT *for Subscriber Track Plaintiffs* against All Defendants, filed by Plaintiffs' Counsel.(Kiernan, Kathleen) (Entered: 12/19/2014) |
| 12/19/2014 | 245 | **TEXT ORDER** – This matter is before the court on Defendant Capital Blue Cross's Motion to Leave to File Unredacted Version of Motion to Dismiss and Supporting Declaration Under Seal. 243 . The Motion 243 is **GRANTED**. Capital Blue Cross may file the referenced documents **UNDER SEAL**. Signed by Judge R David Proctor on 12/19/2014. (AVC) (Entered: 12/19/2014) |
| 12/22/2014 | 246 | NOTICE by Defendants' Counsel OF AGREEMENT REGARDING CFMI'S NEED TO ANSWER COMPLAINT (Norman, Brian) (Modified on 12/22/2014 (CTS, ). (Entered: 12/22/2014) |
| 12/22/2014 | 247 | ANSWER to 236 Amended Complaint by Blue Cross and Blue Shield of Alabama.(Burkhalter, Carl) (Entered: 12/22/2014) |
| 12/22/2014 | 248 | ANSWER to 244 Amended Complaint by Blue Cross and Blue Shield of Alabama.(Burkhalter, Carl) (Entered: 12/22/2014) |
| 12/22/2014 | 249 | MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue* by Defendants' Counsel. (Attachments: # 1 Exhibit 1 (Declaration of Kimberly Meals))(Payne, Joshua) (Entered: 12/22/2014) |
| 12/22/2014 | 250 | TEXT ORDER. Telephone Conference set with Ed Gentle, Barry Ragsdale, and Kimberly West, for Tuesday, January 6, 2015, at 10:00 AM before Magistrate Judge T Michael Putnam. Counsel may call chambers by dialing 866–933–0528 and entering PIN number 3894. Court reporter to be present. Signed by Magistrate Judge T Michael Putnam on December 22, 2014. (AMP) (Entered: 12/22/2014) |
| 12/22/2014 | 251 | MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue as to Triple–S Salud, Inc.* by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – Declaration of Osvaldo Feliu–Villegas)(Hernandez–Burgos, Carlos) (Entered: 12/22/2014) |
| 12/22/2014 | 252 | *USAble Mutual Insurance Company, dba Arkansas Blue Cross and Blue Shield's Answer to Subscriber Track Amended Consolidated Class Action Complaint* ANSWER to 244 Amended Complaint by Defendants' Counsel.(Naranjo, Michael) (Entered: 12/22/2014) |

| 12/22/2014 | 253 | *Blue Cross Blue Shield of Michigan's* ANSWER to 236 Amended Complaint *to Corrected Consolidated Second Amended Provider Complaint* by Defendants' Counsel.(Campbell, Andrew) (Entered: 12/22/2014) |
|---|---|---|
| 12/22/2014 | 254 | *Blue Cross Blue Shield of Michigan* ANSWER to 85 Amended Complaint *of Subscriber Complaint* by Defendants' Counsel.(Campbell, Andrew) (Entered: 12/22/2014) |
| 12/22/2014 | 255 | *USAble Mutual Insurance Company dba Arkansas Blue Cross and Blue Shield's Answer to Corrected Consolidated Second Amended Provider Track Complaint* ANSWER to 236 Amended Complaint by Defendants' Counsel.(Naranjo, Michael) (Entered: 12/22/2014) |
| 12/22/2014 | 256 | MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue by Blue Cross Blue Shield of Mississippi* by movant. (Attachments: # 1 Exhibit 1 (Second Supplemental Declaration of John Proctor III))(McDowell, M) (Entered: 12/22/2014) |
| 12/22/2014 | 257 | Brief re 256 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue by Blue Cross Blue Shield of Mississippi* filed by movant. (McDowell, M) (Entered: 12/22/2014) |
| 12/22/2014 | 258 | Supplemental MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue by Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield* by Defendants' Counsel. (Andress, D) (Entered: 12/22/2014) |
| 12/22/2014 | 259 | MOTION to Dismiss *and Brief in Support* by National Account Service LLC, Consortium Health Plans, Inc.. (Attachments: # 1 Text of Proposed Order)(Zott, David) (Entered: 12/22/2014) |
| 12/22/2014 | 260 | ANSWER to 236 Amended Complaint by Anthem, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 261 | ANSWER to 236 Amended Complaint by Blue Cross Blue Shield of Florida, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 262 | ANSWER to 236 Amended Complaint by Louisiana Health Service & Indemnity Company.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 263 | ANSWER to 236 Amended Complaint by Blue Cross and Blue Shield of Massachusetts, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 264 | ANSWER to 236 Amended Complaint by BCBSM, Inc.,.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 265 | ANSWER to 236 Amended Complaint by Blue Cross and Blue Shield of North Carolina.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 266 | ANSWER to 236 Amended Complaint by Blue Cross Blue Shield of Rhode Island.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 267 | ANSWER to 236 Amended Complaint by Blue Cross and Blue Shield of South Carolina.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 268 | ANSWER to 236 Amended Complaint by Blue Cross Blue Shield of Tennessee, Inc..(Hoover, Craig) (Entered: 12/22/2014) |

| 12/22/2014 | 269 | ANSWER to 236 Amended Complaint by Blue Cross Blue Shield of Vermont.(Hoover, Craig) (Entered: 12/22/2014) |
|---|---|---|
| 12/22/2014 | 270 | ANSWER to 236 Amended Complaint by Cambia Health Solutions, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 271 | ANSWER to 236 Amended Complaint by Hawaii Medical Service Association.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 272 | ANSWER to 236 Amended Complaint by Horizon Blue Cross Blue Shield of New Jersey.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 273 | ANSWER to 236 Amended Complaint by Wellmark, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 274 | ANSWER to 244 Amended Complaint by Anthem, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 275 | ANSWER to 244 Amended Complaint by Blue Cross Blue Shield of Florida, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 276 | ANSWER to 244 Amended Complaint by Louisiana Health Service & Indemnity Company.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 277 | ANSWER to 244 Amended Complaint by Blue Cross and Blue Shield of Massachusetts, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 278 | ANSWER to 244 Amended Complaint by BCBSM, Inc.,.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 279 | ANSWER to 244 Amended Complaint by Blue Cross and Blue Shield of North Carolina.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 280 | MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* by Blue Cross of Northeastern Pennsylvania. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Brian Rinker, # 3 Text of Proposed Order Proposed Order)(Madden, Lezlie) (Entered: 12/22/2014) |
| 12/22/2014 | 281 | ANSWER to 244 Amended Complaint by Blue Cross Blue Shield of Rhode Island.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 282 | ANSWER to 244 Amended Complaint by Blue Cross and Blue Shield of South Carolina.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 283 | ANSWER to 244 Amended Complaint by Blue Cross Blue Shield of Tennessee, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 284 | ANSWER to 244 Amended Complaint by Blue Cross Blue Shield of Vermont.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 285 | ANSWER to 244 Amended Complaint by Cambia Health Solutions, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 286 | ANSWER to 244 Amended Complaint by Hawaii Medical Service Association.(Hoover, Craig) (Entered: 12/22/2014) |
| 12/22/2014 | 287 | ANSWER to 244 Amended Complaint by Horizon Blue Cross Blue Shield of New Jersey.(Hoover, Craig) (Entered: 12/22/2014) |

| 12/22/2014 | 288 | ANSWER to 244 Amended Complaint by Wellmark, Inc..(Hoover, Craig) (Entered: 12/22/2014) |
|---|---|---|
| 12/22/2014 | 289 | ANSWER to 236 Amended Complaint by Blue Cross Blue Shield Association.(Zott, David) (Entered: 12/22/2014) |
| 12/22/2014 | 290 | ANSWER to 236 Amended Complaint by Defendants' Counsel.(Adcox, Rachel) (Entered: 12/22/2014) |
| 12/22/2014 | 291 | ANSWER to 244 Amended Complaint by CareFirst, Inc..(Norman, Brian) (Entered: 12/22/2014) |
| 12/22/2014 | 292 | ANSWER to 244 Amended Complaint by CareFirst of Maryland, Inc..(Norman, Brian) (Entered: 12/22/2014) |
| 12/22/2014 | 293 | ANSWER to 244 Amended Complaint by Group Hospitalization and Medical Services, Inc..(Norman, Brian) (Entered: 12/22/2014) |
| 12/22/2014 | 294 | ANSWER to Complaint with Jury Demand re: 244 *(Subscriber Track, D.I. 244)* by Defendants' Counsel.(Adcox, Rachel) (Entered: 12/22/2014) |
| 12/22/2014 | 295 | ANSWER to 244 Amended Complaint by Blue Cross Blue Shield Association.(Zott, David) (Entered: 12/22/2014) |
| 12/22/2014 | 296 | ANSWER to 236 Amended Complaint by CareFirst, Inc..(Norman, Brian) (Entered: 12/22/2014) |
| 12/22/2014 | 297 | ANSWER to 236 Amended Complaint by Blue Shield of California.(West, Kimberly) (Entered: 12/22/2014) |
| 12/22/2014 | 298 | *Defendant Premera Blue Cross's Answer and Affirmative Defenses* ANSWER to 236 Amended Complaint by Premera Blue Cross.(Payton, Gwendolyn) (Entered: 12/22/2014) |
| 12/22/2014 | 299 | ANSWER to 236 Amended Complaint by CareFirst of Maryland, Inc..(Norman, Brian) (Entered: 12/22/2014) |
| 12/22/2014 | 300 | ANSWER to 244 Amended Complaint by Blue Shield of California.(West, Kimberly) (Entered: 12/22/2014) |
| 12/22/2014 | 301 | *Defendant Premera Blue Crosss Answer and Affirmative Defenses* ANSWER to 244 Amended Complaint by Premera Blue Cross.(Payton, Gwendolyn) (Entered: 12/22/2014) |
| 12/22/2014 | 302 | ANSWER to 236 Amended Complaint by Group Hospitalization and Medical Services, Inc..(Norman, Brian) (Entered: 12/22/2014) |
| 12/22/2014 | 303 | ANSWER to 236 Amended Complaint by Health Care Service Corporation and Caring for Montanan's, Inc..(West, Kimberly) (Entered: 12/22/2014) |
| 12/22/2014 | 304 | ANSWER to 244 Amended Complaint by Health Care Service Corporation and Caring for Montanan's, Inc..(West, Kimberly) (Entered: 12/22/2014) |
| 12/22/2014 | 305 | *Blue Cross and Blue Shield of Nebraska's* ANSWER to Complaint with Jury Demand *(Answer to 236 Corrected Consolidated Second Amended Provider Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 12/22/2014) |
| 12/22/2014 | 306 | |

117

| | | |
|---|---|---|
| | | ANSWER to 236 Amended Complaint by Highmark, Inc..(West, Kimberly) (Entered: 12/22/2014) |
| 12/22/2014 | 307 | ANSWER to 244 Amended Complaint by Highmark, Inc..(West, Kimberly) (Entered: 12/22/2014) |
| 12/22/2014 | 308 | *Blue Cross and Blue Shield of Nebraska's* ANSWER to Complaint with Jury Demand *(Answer to 244 Amended Complaint for Subscriber Track Plaintiffs against All Defendants)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 12/22/2014) |
| 12/22/2014 | 309 | *Blue Cross and Blue Shield of Kansas City's* ANSWER to Complaint with Jury Demand *(Answer to 236 Corrected Consolidated Second Amended Provider Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 12/22/2014) |
| 12/22/2014 | 310 | *Blue Cross and Blue Shield of Kansas City's* ANSWER to Complaint with Jury Demand *(Answer to 244 Amended Complaint for Subscriber Track Plaintiffs against All Defendants* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 12/22/2014) |
| 12/22/2014 | 311 | *Blue Cross of Idaho Health Service Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to 236 Corrected Consolidated Second Amended Provider Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 12/22/2014) |
| 12/22/2014 | 312 | *Blue Cross of Idaho Health Service Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to 244 Amended Complaint for Subscriber Track Plaintiffs against All Defendants)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 12/22/2014) |
| 12/22/2014 | 313 | MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* by Defendants' Counsel. (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Exhibit 1 – Supplemental Affidavit of Christine Epper (AZ), # 3 Exhibit 2 – Affidavit of Shelley Pittman (KS), # 4 Exhibit 3 – Supplemental Affidavit of Dave Keiter (WY), # 5 Exhibit 4 – Supplemental Affidavit of David Horn (HHNY), # 6 Exhibit 5 – Affidavit of Sharon Fletcher (ND)(Sooy, Kathleen) (Entered: 12/22/2014) |
| 12/22/2014 | 314 | SEALED MOTION of Capital BlueCross to dismiss. (Attachments: # 1 Exhibit 1)(KAM, ) (Entered: 12/24/2014) |
| 01/06/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 1/6/2015. (Court Reporter Teresa Roberson.) (ASL) (Entered: 01/06/2015) |
| 01/06/2015 | 315 | TEXT ORDER. Pursuant to the telephone conference held on January 6, 2015, the Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, January 22, 2015, at 1:30 PM in Courtroom 3B, at the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Any letter briefs regarding issues to be discussed at the Status Conference shall be submitted by the Plaintiffs no later than January 16, 2015. The Defendants may file a response no later than noon CST on January 21, 2015. Signed by Magistrate Judge T Michael Putnam on January 6, 2015. (AMP, ) (Entered: 01/06/2015) |
| 01/12/2015 | 316 | ORDER –This case is SET for a status conference on 1/21/2015 at 10:00a.m., in Courtroom 7A of the Hugo L. Black United States Courthouse. By 1/19/2015, the parties SHALL submit a joint report containing a proposed briefing schedule for pending motions, as well as a proposed agenda of other items that should be addressed during the status conference. Signed by Judge R David Proctor on 1/12/2015. (AVC) (Entered: 01/12/2015) |

| 01/13/2015 | 317 | CONDITIONAL TRANSFER ORDER (CTO−15) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 cto−15 schedule with NDAL case number)(AVC) (Entered: 01/13/2015) |
|---|---|---|
| 01/15/2015 | 318 | NOTICE of Change of Address by R Christopher Cowan (Cowan, R) (Entered: 01/15/2015) |
| 01/19/2015 | 319 | REPORT Regarding Briefing Schedule and Agenda for Status Conference of January 21 2015 by Special Master. (Gentle, Edgar) (Entered: 01/19/2015) |
| 01/20/2015 | 320 | NOTICE by Defendants' Counsel *of Joint Motion for Entry of Proposed Case Management Order Regarding Deposition Guidelines* (Attachments: # 1 Proposed Case Management Order No. ___ : Deposition Guidelines)(Hoover, Craig) (Entered: 01/20/2015) |
| 01/21/2015 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 1/21/2015. (Court Reporter Leah Turner.) (KLL) (Entered: 01/21/2015) |
| 01/22/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing/Status Conference held on 1/22/2015. (Court Reporter Teresa Roberson.) (ASL) (Entered: 01/22/2015) |
| 01/27/2015 | 321 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 12/1/2014 through 12/31/2014. Signed by Judge R David Proctor on 1/27/2015. (AVC) (Entered: 01/27/2015) |
| 01/27/2015 | 322 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 12/1/2014 through 12/31/2014. Signed by Judge R David Proctor on 1/27/2015. (AVC) (Entered: 01/27/2015) |
| 02/06/2015 | 323 | RESPONSE in Opposition re 313 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue*, 258 Supplemental MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue by Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield*, 249 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue*, 280 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue*, 251 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue as to Triple−S Salud, Inc.*, 256 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue by Blue Cross Blue Shield of Mississippi* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/06/2015) |
| 02/06/2015 | 324 | DISCOVERY MEMORANDUM NO. 1. Signed by Magistrate Judge T Michael Putnam on 2/6/2015. (AVC) (Entered: 02/06/2015) |
| 02/06/2015 | 325 | RESPONSE to Motion re 259 MOTION to Dismiss *and Brief in Support*, 313 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue*, 258 Supplemental MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue by Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield*, 249 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue*, 280 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue*, 251 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue as to Triple−S Salud, Inc.*, 314 SEALED MOTION, 256 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue by Blue Cross Blue Shield of Mississippi (Subscriber Plaintiffs' Response to Motions to Dismiss Asserting Lack of Personal Jurisdiction and Improper Venue)* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 02/06/2015) |

| 02/10/2015 | 326 | Transcript of Proceedings held on 1/21/2015, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 3/3/2015. Redacted Transcript Deadline set for 3/13/2015. Release of Transcript Restriction set for 5/11/2015. (AVC) (Entered: 02/10/2015) |
| --- | --- | --- |
| 02/12/2015 | 327 | DISCOVERY ORDER NO. 3. Signed by Magistrate Judge T Michael Putnam on 2/12/2015. (AVC) (Entered: 02/12/2015) |
| 02/13/2015 | 328 | RESPONSE in Opposition re 259 MOTION to Dismiss *and Brief in Support* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/13/2015) |
| 02/16/2015 | 329 | Joint MOTION for Discovery *Order for New Parties* by Consortium Health Plans, Inc., National Account Service LLC. (Attachments: # 1 Text of Proposed Order)(Zott, David) (Entered: 02/16/2015) |
| 02/18/2015 | 330 | TEXT ORDER. Pursuant to notification by the Special Master that the parties are not in need of a discovery conference at this time, the monthly status call implemented by Discovery Order No. 1 (doc. 229) is cancelled for the month of February, 2015. Signed by Magistrate Judge T Michael Putnam on February 18, 2015. (AMP, ) (Entered: 02/18/2015) |
| 02/20/2015 | 331 | MOTION for Discovery *Schedule for Defendants Responses to Plaintiffs Requests for Production (Unopposed)* by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Zott, David) (Entered: 02/20/2015) |
| 02/23/2015 | 332 | DISCOVERY ORDER NO. 4 (NEW PARTIES). Signed by Magistrate Judge T Michael Putnam on 2/23/2015. (AVC) (Entered: 02/23/2015) |
| 02/23/2015 | 333 | DISCOVERY ORDER NO. 5 –– SETTING DISCOVERY SCHEDULE FOR RESPONSES TO PLAINTIFFS REQUESTS FOR PRODUCTION– Certain dfts who have identified themselves to pltfs will have until 2/26/2015 to serve written responses and objections to the RFPs; The remaining dfts will have until 3/25/2015 to serve their written responses and objections to the RFPs. Signed by Magistrate Judge T Michael Putnam on 2/23/2015. (AVC) (Entered: 02/23/2015) |
| 02/27/2015 | 334 | ORDER –This case is SET for a status conference on 3/17/2015 at 10:00a.m., in Courtroom 7A of the Hugo L Black US Courthouse. By 3/13/2015, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 2/27/2015. (AVC) (Entered: 02/27/2015) |
| 03/09/2015 | 335 | NOTICE of Change of Address by Richard P Rouco (Rouco, Richard) (Entered: 03/09/2015) |
| 03/10/2015 | 336 | RESPONSE in Support re 313 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: |

| | | |
|---|---|---|
| | | 03/10/2015) |
| 03/10/2015 | 337 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference of March 17, 2015* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 03/10/2015) |
| 03/10/2015 | 338 | REPLY to Response to Motion re 258 Supplemental MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue by Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A: Affidavit of Todd Muscatello, # 2 Exhibit B: Affidavit of Denise Carlson)(Andress, D) (Entered: 03/10/2015) |
| 03/10/2015 | 339 | REPLY to Response to Motion re 249 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue*, 314 SEALED MOTION *of Capital BlueCross* filed by Defendants' Counsel. (Payne, Joshua) (Entered: 03/10/2015) |
| 03/10/2015 | 340 | REPLY to Response to Motion re 251 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue as to Triple–S Salud, Inc.* filed by Defendants' Counsel. (Hernandez–Burgos, Carlos) (Entered: 03/10/2015) |
| 03/10/2015 | 341 | REPLY Brief filed by Movant movant re: 256 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue by Blue Cross Blue Shield of Mississippi* filed by movant. (McDowell, M) (Entered: 03/10/2015) |
| 03/10/2015 | 342 | MOTION to Intervene by Amber Lambert, Jonathan Rich. (AVC) (Entered: 03/11/2015) |
| 03/11/2015 | 343 | Joint MOTION For Entry of Proposed Case Management Order Regarding Protocol Relating to the Production of Documents and Electronically Stored Information by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 03/11/2015) |
| 03/12/2015 | 344 | ORDER –re: Motion to Intervene with Newly Discovered Evidence 342 . The motion is DENIED WITHOUT PREJUDICE because it fails to attach a proposed Complaint in Intervention. The parties should be prepared to discuss an appropriate resolution of Lambert's and Rich's desire to intervene at the status conference on 3/17/2015 at 10:00a.m., in Courtroom 7A of the Hugo L Black US Courthouse. Signed by Judge R David Proctor on 3/12/2015. (AVC) (Entered: 03/12/2015) |
| 03/16/2015 | 345 | REPLY to Response to Motion re 259 MOTION to Dismiss *and Brief in Support* filed by National Account Service LLC, Consortium Health Plans, Inc.. (Zott, David) (Entered: 03/16/2015) |
| 03/17/2015 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 3/17/2015. (Court Reporter Leah Turner.) (KLL) (Entered: 03/17/2015) |
| 03/23/2015 | 346 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, March 26, 2015, at 3:00 PM, via telephone, as arranged by the Special Master. Court reporter to be present. Any written submissions by the parties are governed by subsection II.D.2. of Discovery Order No. 1. (Doc. 229, p. 6). Signed by Magistrate Judge T Michael Putnam on March 23, 2015. (AMP) (Entered: 03/23/2015) |
| 03/23/2015 | 347 | Transcript of Proceedings held on 3/17/2015, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number 256–656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 4/13/2015. Redacted Transcript Deadline set for 4/23/2015. Release of Transcript Restriction set for 6/21/2015. (AVC) (Entered: 03/23/2015) |
| 03/25/2015 | 348 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from January 1, 2015 through February 28, 2015. Signed by Judge R David Proctor on 3/25/2015. (AVC) (Entered: 03/25/2015) |
| 03/25/2015 | 349 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from January 1, 2015 through February 28, 2015. Signed by Judge R David Proctor on 3/25/2015. (AVC) (Entered: 03/25/2015) |
| 03/25/2015 | 350 | JOINT STATUS REPORT Regarding Status of Discovery by Defendants' Counsel. (Hoover, Craig) (Entered: 03/25/2015) |
| 03/26/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Status Conference held on 3/26/2015. (Court Reporter Teresa Roberson.) (ASL) (Entered: 03/26/2015) |
| 04/07/2015 | 351 | NOTICE by Plaintiffs' Counsel *of Filings in Related MDL Proceedings* (Guin, David) (Entered: 04/07/2015) |
| 04/08/2015 | 352 | CONDITIONAL TRANSFER ORDER (CTO−16) from Judicial Panel on MDL 2406 transferring 5 actions to the Northern District of Alabama. (Attachments: # 1 cto−16 schedule)(AVC) (Entered: 04/08/2015) |
| 04/09/2015 | 353 | ORDER −The parties are ORDERED to file a joint written status report by 4/20/2015 addressing the issues as set out. Signed by Judge R David Proctor on 4/9/2015. (AVC) (Entered: 04/09/2015) |
| 04/15/2015 | 354 | Joint MOTION for Entry of Expert Stipulation and Proposed Order by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Zott, David) (Entered: 04/15/2015) |
| 04/15/2015 | 355 | DISCOVERY ORDER NO. 6 – EXPERT STIPULATION. Signed by Magistrate Judge T Michael Putnam on 4/15/2015. (AVC) (Entered: 04/15/2015) |
| 04/16/2015 | 356 | CASE MANAGEMENT AND DISCOVERY ORDER No. 7: PROTOCOL RELATING TO THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION. Signed by Magistrate Judge T Michael Putnam on 4/16/2015. (AVC) (Entered: 04/16/2015) |
| 04/20/2015 | 357 | TEXT ORDER. Pursuant to notification by the Special Master that the parties are not in need of a discovery conference at this time, the monthly discovery status conference call implemented by Discovery Order No. 1 (doc. 229) is cancelled for the month of April, 2015. Signed by Magistrate Judge T Michael Putnam on April 20, 2015. (AMP) (Entered: 04/20/2015) |
| 04/20/2015 | 358 | ORDER −This case is SET for a status conference on 5/19/2015 at 10:30a.m., in Courtroom 7A of the Hugo L Black US Courthouse. By 5/15/2015, the parties |

| | | |
|---|---|---|
| | | SHALL submit a joint report containing proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 4/20/2015. (AVC) (Entered: 04/20/2015) |
| 04/20/2015 | 359 | JOINT STATUS REPORT by Defendants' Counsel. (Sooy, Kathleen) (Entered: 04/20/2015) |
| 04/21/2015 | 360 | ORDER – re: 359 Joint Status Report. In light of the stated desire of a subgroup of the moving Dfts to present additional oral argument on the pending personal jurisdiction and venue motions, the court will entertain additional argument at the 5/19/2015 status conference. However, those Dfts wishing to present argument SHALL confer and coordinate so that only one attorney will argue for those Dfts wishing to present additional argument on the issue of personal jurisdiction and another single attorney will argue for those Dfts wishing to present additional argument on the issue of venue. Signed by Judge R David Proctor on 4/21/2015. (AVC) (Entered: 04/21/2015) |
| 04/27/2015 | 361 | CONDITIONAL TRANSFER ORDER (CTO–17) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 cto–17 schedule)(AVC) (Entered: 04/27/2015) |
| 05/04/2015 | 362 | REPORT Regarding Proposed Agenda for Status Conference of May 19, 2015 by Special Master. (Gentle, Edgar) (Entered: 05/04/2015) |
| 05/08/2015 | 363 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel *of Plaintiffs' Position on Discovery Limits* (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 05/08/2015) |
| 05/08/2015 | 364 | NOTICE by Defendants' Counsel *of Defendants' Proposed Discovery Limits* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hoover, Craig) (Entered: 05/08/2015) |
| 05/14/2015 | 365 | NOTICE by Defendants' Counsel re 249 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue*, 314 SEALED MOTION *Capital BlueCross's Notice of Filing of Supplemental Declaration in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue* (Attachments: # 1 Supplement Supplemental Declaration of Kimberly Meals)(Payne, Joshua) (Entered: 05/14/2015) |
| 05/19/2015 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 5/19/2015. (Court Reporter Leah Turner.) (KLL) (Entered: 05/19/2015) |
| 05/21/2015 | 366 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, May 28, 2015 at 11:00 AM, in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions by the parties are governed by subsection II.D.2. of Discovery Order No. 1. (Doc. 229, p. 6). Signed by Magistrate Judge T Michael Putnam on May 21, 2015. (AMP) (Entered: 05/21/2015) |
| 05/26/2015 | 367 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from March 1, 2015 through April 30, 2015. Signed by Judge R David Proctor on 5/26/2015. (AVC) (Entered: 05/26/2015) |
| 05/26/2015 | 368 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from March 1, 2015 through |

| | | |
|---|---|---|
| | | April 30, 2015. Signed by Judge R David Proctor on 5/26/2015. (AVC) (Entered: 05/26/2015) |
| 05/27/2015 | 369 | ORDER–re: Supplemental Motions to Dismiss 249 , 251 , 256 , 258 , 280 , 313 , and 314 . The Motions are due to be and hereby are DENIED WITHOUT PREJUDICE. The moving dfts may renew those motions after jurisdictional discovery is complete, if there is a basis for dismissal under Rules 12(b)(2) and/or (3). The parties are DIRECTED to work with Judge Putnam to develop a discovery plan which will allow for jurisdictional discovery. Signed by Judge R David Proctor on 5/26/2015. (AVC) (Entered: 05/27/2015) |
| 05/27/2015 | 370 | ORDER–re: Motion to Dismiss filed by NAS and CHP 259 . The motion is DENIED. The parties are DIRECTED to work with Judge Putnam to develop a discovery plan which will encompass expedited discovery on issues relevant to these Defendants' arguments for dismissal. Signed by Judge R David Proctor on 5/26/2015. (AVC) (Entered: 05/27/2015) |
| 05/27/2015 | 371 | Transcript of Proceedings held on 5/19/2015, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <span style="color:red">NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days.</span> (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 6/17/2015. Redacted Transcript Deadline set for 6/27/2015. Release of Transcript Restriction set for 8/25/2015. (AVC) (Entered: 05/27/2015) |
| 05/28/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 5/28/2015. (Court Reporter Sabrina Lewis.) (ASL) (Entered: 05/28/2015) |
| 06/04/2015 | 372 | CASE MANAGEMENT AND DISCOVERY ORDER No. 8. Signed by Magistrate Judge T. Michael Putnam on 6/4/2015. (KAM, ) Modified on 6/5/2015 (KAM, ). (Entered: 06/04/2015) |
| 06/12/2015 | 373 | MOTION to Appoint Counsel *Michael Murphy to Discovery Committee for the Provider Track (Unopposed)* by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 06/12/2015) |
| 06/15/2015 | 374 | ORDER–re: 373 Motion to Appoint Michael L. Murphy to the Discovery Committee for the Provider Track. The motion is GRANTED. Mr. Murphy is APPOINTED to serve on the Provider Track Discovery Committee. Signed by Judge R David Proctor on 6/15/2015. (AVC) (Entered: 06/15/2015) |
| 06/19/2015 | 375 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, June 25, 2015 at 3:00 p.m., via telephone, as arranged by the Special Master. Court reporter to be present. Any written submissions by the parties are governed by subsection II.D.2. of Discovery Order No. 1. (Doc. 229, p. 6). Signed by Magistrate Judge T Michael Putnam on June 19, 2015. (AMP) (Entered: 06/19/2015) |

| 06/25/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 6/25/2015. (Court Reporter Cheryl Powell.) (ASL) (Entered: 06/25/2015) |
|---|---|---|
| 06/25/2015 | 376 | ORDER –Discovery Order No. 1 229 is hereby amended that all meet and confers regarding Structured Data request shall be completed by 8/28/2015. All other dates and provisions in Discovery Order No. 1 remain in place. Signed by Magistrate Judge T Michael Putnam on 6/25/2015. (AVC) (Entered: 06/25/2015) |
| 07/01/2015 | 377 | STATUS REPORT Regarding Case Management by Defendants' Counsel. (Hoover, Craig) (Entered: 07/01/2015) |
| 07/01/2015 | 378 | Provider Plaintiffs' Submission Regarding Streamlining of the Litigation, Class Certification and Trial by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1)(Whatley, Joe) (Entered: 07/01/2015) |
| 07/01/2015 | 379 | Subscriber Plaintiffs' Submission Regarding Streamlining of the Litigation, Class Certification and Trial by Plaintiffs' Counsel. (Bailey, Arthur) (Entered: 07/01/2015) |
| 07/09/2015 | 380 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, July 23, 2015 at 1:00 PM, in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions by the parties are governed by subsection II.D.2 of Discovery Order No. 1. Signed by Magistrate Judge T Michael Putnam on July 9, 2015. (AMP) (Entered: 07/09/2015) |
| 07/09/2015 | 381 | ORDER–This case is SET for a status conference on 8/19/2015 at 10:30a.m. in Courtroom 7A of the Hugo L Black US Courthouse. By 8/17/2015, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 7/9/2015. (AVC) (Entered: 07/09/2015) |
| 07/13/2015 | 382 | TEXT ORDER. The Status Conference previously set for July 23, 2015, is RESET for Wednesday, July 29, 2015 at 10:00 AM, in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions by the parties are governed by subsection II.D.2 of Discovery Order No. 1. Signed by Magistrate Judge T Michael Putnam on July 13, 2015. (AMP) (Entered: 07/13/2015) |
| 07/15/2015 | 383 | REPLY in Support of 377 Defendants' Case Management Proposal filed by Defendants' Counsel. (Hoover, Craig) (Entered: 07/15/2015) |
| 07/15/2015 | 384 | Reply in Support of 378 Provider Plaintiffs' Submission Regarding Streamlining of the Litigation, Class Certification and Trial by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 07/15/2015) |
| 07/15/2015 | 385 | Subscriber Plaintiffs' Response to 377 Defendants' Status Report Regarding Case Management by Plaintiffs' Counsel. (Jones, Megan) (Entered: 07/15/2015) |
| 07/17/2015 | 386 | JOINT STATUS REPORT Regarding Discovery Order No. 8 by Defendants' Counsel. (Hoover, Craig) (Entered: 07/17/2015) |
| 07/21/2015 | 387 | SEALED MOTION–Motion to Compel BCBS–SC Production of 30(B)(6) Witnesses and Documents and Memorandum of Points and Authorities in Support Thereof by Plaintiffs' Counsel. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(AVC) (Entered: 07/21/2015) |

| 07/22/2015 | 388 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 7/22/2015. (AVC) (Entered: 07/22/2015) |
|---|---|---|
| 07/22/2015 | 389 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 7/22/2015. (AVC) (Entered: 07/22/2015) |
| 07/29/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 7/29/2015. Written order to be entered at a later date. (Court Reporter Teresa Robertson.) (YMB) (Entered: 07/29/2015) |
| 08/04/2015 | 390 | TEXT ORDER re 387 SEALED MOTION filed by Plaintiffs' Counsel. As discussed at the Status Conference held July 29, 2015, the defendants' response to the Sealed Motion (doc. 387 ) is due no later than August 7, 2015. Any reply is due no later than August 14, 2015. Signed by Magistrate Judge T Michael Putnam on August 4, 2015. (AMP) (Entered: 08/04/2015) |
| 08/04/2015 | 391 | DISCOVERY MEMORANDUM NO. 2. Signed by Magistrate Judge T Michael Putnam on 8/4/2015. (AVC) (Entered: 08/04/2015) |
| 08/07/2015 | 392 | ***Document Sealed–Pursuant to Protective Order 145 –Response in Opposition to Joint Motion to Compel Production of 30(B)(6) Witnesses and Documents (Attachments: # 1 Table of Contents and Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Part 1, # 4 Exhibit 3 Part 2, # 5 Exhibit 3 Part 3, # 6 Exhibit 3 Part 4, # 7 Exhibit 3 Part 5, # 8 Exhibits 4–7) (AVC) (Entered: 08/07/2015) |
| 08/10/2015 | 393 | CONDITIONAL TRANSFER ORDER (CTO–19) from Judicial Panel on MDL 2406 transferring 5 actions to the Northern District of Alabama. (Attachments: # 1 cto–19 schedule w/NDAL case numbers)(AVC) (Entered: 08/10/2015) |
| 08/14/2015 | 394 | Report Regarding Proposed Agenda for Status Conference of August 19, 2015 (Gentle, Edgar) (Entered: 08/14/2015) |
| 08/14/2015 | 395 | ***SEALED*** Joint REPLY Memorandum in Further Support of Its 387 Motion to Compel BCBS–SC Production of 30(B)(6) Witnesses and Documents. (YMB) (Entered: 08/17/2015) |
| 08/19/2015 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 8/19/2015. (Court Reporter Leah Turner.) (KLL) (Entered: 08/19/2015) |
| 08/20/2015 | 396 | ORDER –It is ORDERED that by 9/2/2015, the parties SHALL file simultaneous initial briefs, limited to thirty (30) pages, addressing the questions posed by the court at the status conference. By 9/9/2015, the parties may file responsive briefs, limited to fifteen (15) pages, on these issues. Signed by Judge R David Proctor on 8/20/2015. (AVC) (Entered: 08/20/2015) |
| 08/21/2015 | 397 | TEXT ORDER. The Status Conference set by Discovery Order No.1 (doc. 229) shall be held on Thursday, August 27, 2015 at 1:00 PM, in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam.Court reporter to be present. Any written submissions by the parties are governed by subsection II.D.2 of Discovery Order No.1. Signed by Magistrate Judge T Michael Putnam on August 21, 2015. (AMP) (Entered: 08/21/2015) |
| 08/24/2015 | 398 | Transcript of Proceedings held on 8/19/2015, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number 256–656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/14/2015. Redacted Transcript Deadline set for 9/24/2015. Release of Transcript Restriction set for 11/22/2015. (AVC) (Entered: 08/24/2015) |
| 08/25/2015 | 399 | Transcript of Proceedings held on 1/6/2015, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number 205–492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/15/2015. Redacted Transcript Deadline set for 9/25/2015. Release of Transcript Restriction set for 11/23/2015. (Attachments: # 1 certification page) (AVC) (Entered: 08/25/2015) |
| 08/25/2015 | 400 | Transcript of Proceedings held on 3/26/2015, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number 205–492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/15/2015. Redacted Transcript Deadline set for 9/25/2015. Release of Transcript Restriction set for 11/23/2015. (Attachments: # 1 certification page) (AVC) (Entered: 08/25/2015) |
| 08/25/2015 | 401 | Transcript of Proceedings held on 7/29/2015, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number 205–492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/15/2015. Redacted Transcript Deadline set for 9/25/2015. Release of Transcript Restriction set for 11/23/2015. (Attachments: # 1 certification page) |

| | | |
|---|---|---|
| | | (AVC) (Entered: 08/25/2015) |
| 08/25/2015 | 402 | MOTION for Protective Order *to Preclude Discovery of Unrelated Litigation* by Blue Cross Blue Shield Antitrust Litigation MDL 2406. (Attachments: # 1 Supplement Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Campbell, Andrew) (Entered: 08/25/2015) |
| 08/26/2015 | 403 | CONDITIONAL TRANSFER ORDER (CTO−20) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 cto−20 schedule w/NDAL case numbers)(AVC) (Entered: 08/26/2015) |
| 08/26/2015 | 404 | CONDITIONAL TRANSFER ORDER (CTO−21) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 cto−21 schedule w/NDAL case numbers)(AVC) (Entered: 08/26/2015) |
| 08/27/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Status Conference – Discovery Hearing held on 8/27/2015. (Court Reporter Lindy Fuller.) (ASL) (Entered: 08/27/2015) |
| 08/27/2015 | 405 | ORDER AMENDING DISCOVERY ORDER NO. 1. Signed by Magistrate Judge T Michael Putnam on 8/27/2015. (AVC) (Entered: 08/27/2015) |
| 08/27/2015 | 406 | TEXT ORDER re 402 MOTION for Protective Order. Plaintiffs may file a Response to the Motion for Protective Order and a Motion to Compel no later than September 1, 2015. Defendant Blue Cross Blue Shield of Michigan may file a Response to the Plaintiffs' Motion to Compel no later than September 8, 2015. No Replies to be filed. A Hearing regarding the Motion for Protective Order and any Motion to Compel filed by the Plaintiffs is SET for Thursday, September 17, 2015, at 10:00 AM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Signed by Magistrate Judge T Michael Putnam on August 27, 2015. (AMP) (Entered: 08/27/2015) |
| 08/27/2015 | 407 | TEXT ORDER. As discussed in the Discovery Status Conference held August 27, 2015, any Motions to Compel by the Plaintiffs regarding access to BCBSA archives or production of documents concerning the pending Anthem/Cigna merger may be filed no later than September 14, 2015. Any Response by the Defendants may be filed no later than September 21, 2015. No Replies shall be filed. Oral argument on the Motions will be heard immediately following the September 2015 Discovery Status Conference. Signed by Magistrate Judge T Michael Putnam on August 27, 2015. (AMP, ) (Entered: 08/27/2015) |
| 09/01/2015 | 408 | MOTION to Compel Production of Documents by Blue Cross Blue Shield of Michigan by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 09/01/2015) |
| 09/01/2015 | 409 | Brief in Support of 408 Motion to Compel Production of Documents and in Opposition to 402 Motion for Protective Order by filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Whatley, Joe) (Entered: 09/01/2015) |
| 09/02/2015 | 410 | DISCOVERY ORDER No. 9. Signed by Magistrate Judge T Michael Putnam on 9/2/2015. (AVC) (Entered: 09/02/2015) |
| 09/08/2015 | 411 | |

| | | |
|---|---|---|
| | | BRIEF in Response to 408 Motion to Compel Production of Documents by Blue Cross Blue Shield of Michigan . (Campbell, Andrew) (Entered: 09/08/2015) |
| 09/08/2015 | 412 | Brief Regarding 396 Certification and Trial of a Nationwide Injunction Class and an Alabama Damages Class. (Whatley, Joe) (Entered: 09/08/2015) |
| 09/08/2015 | 413 | SUPPLEMENTAL SUBMISSION Regarding Case Management by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Hoover, Craig) (Entered: 09/08/2015) |
| 09/08/2015 | 414 | POST–HEARING Submission in Support of 396 Proposal to Streamline the Litigation filed by Plaintiffs' Counsel. (Guin, David) (Entered: 09/08/2015) |
| 09/08/2015 | 415 | Brief in Response to 396 Court's August 20,2015 Order, filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Burkhalter, Carl) (Entered: 09/08/2015) |
| 09/09/2015 | 416 | CONDITIONAL TRANSFER ORDER (CTO–22) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 cto–22 schedule with NDAL case number)(AVC) (Entered: 09/09/2015) |
| 09/11/2015 | 417 | Consent MOTION for Extension of Time to Object to Court's Discovery Order No. 9 by Defendants' Counsel. (Rogers, Bruce) (Entered: 09/11/2015) |
| 09/11/2015 | 418 | **TEXT ORDER** – This matter is before the court on Defendant Blue Cross and Blue Shield of South Carolina's Consent Motion for an Extension of Time to Object to the Court's Discovery Order No. 9. 417 . The Motion 417 is **GRANTED**. The deadline to object is **EXTENDED** until fourteen (14) days after a ruling on Defendant Blue Cross and Blue Shield of South Carolina's anticipated Motion to Reconsider. Signed by Judge R David Proctor on 9/11/2015. (AVC) (Entered: 09/11/2015) |
| 09/14/2015 | 419 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Monday, October 5, 2015 at 2:00 PM, in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1. Signed by Magistrate Judge T Michael Putnam on September 14, 2015. (AMP) (Entered: 09/14/2015) |
| 09/14/2015 | 420 | MOTION to Compel *Inspection of the Blue Cross Blue Shield Association's Archives* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Whatley, Joe) (Entered: 09/14/2015) |
| 09/14/2015 | 421 | MOTION to Compel *Anthem's Production of the Anthem−Cigna Merger Documents* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Whatley, Joe) (Entered: 09/14/2015) |
| 09/16/2015 | 422 | MOTION to Amend 327 Discovery Order No. 3 by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 09/16/2015) |
| 09/16/2015 | 423 | Brief in Support of 422 MOTION to Amend Discovery Order No. 3 filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 09/16/2015) |
| 09/16/2015 | 424 | |

| | | |
|---|---|---|
| | | MOTION for Reconsideration of 410 the Court's Discovery Order No. 9 by Defendants' Counsel. (Rogers, Bruce) (Entered: 09/16/2015) |
| 09/17/2015 | 425 | TEXT ORDER re 422 Plaintiffs' Motion to Amend 327 Discovery Order No. 3. The plaintiffs and defendants may file briefs in support or opposition to the motion by no later than September 28, 2015. The briefs may be **no more than ten (10) pages in length**. Oral argument on the motion will be heard immediately following the Discovery Status Conference set for October 5, 2015. Signed by Magistrate Judge T Michael Putnam on September 17, 2015. (AMP) (Entered: 09/17/2015) |
| 09/17/2015 | 426 | TEXT ORDER re 424 Defendant Blue Cross and Blue Shield of South Carolina's Motion for Reconsideration of 410 the Court's Discovery Order No. 9. The plaintiffs may file a response to the Motion no later than September 28, 2015. The response may be **no more than twelve (12) pages in length**. Oral argument on the motion will be heard immediately following the Discovery Status Conference set for October 5, 2015. Signed by Magistrate Judge T Michael Putnam on September 17, 2015. (AMP) (Entered: 09/17/2015) |
| 09/17/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 9/17/2015 re 402 MOTION for Protective Order *to Preclude Discovery of Unrelated Litigation* filed by Blue Cross Blue Shield Antitrust Litigation MDL 2406, and 408 MOTION to Compel Production of Documents by Blue Cross Blue Shield of Michigan filed by Plaintiffs' Counsel; counsel for plas and dfts present; arguments by counsel; court's remarks; hrg adj (Court Reporter Lindy Fuller.) (ASL) (Entered: 09/17/2015) |
| 09/21/2015 | 427 | RESPONSE in Opposition to 420 Motion to Compel filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – 7/23/15 Letter to Plaintiff)(Zott, David) (Entered: 09/21/2015) |
| 09/21/2015 | 428 | MOTION to Amend Discovery Order No. 1 by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order Proposed Order Amending Discovery Order No. 1)(Hoover, Craig) ). (Entered: 09/21/2015) |
| 09/21/2015 | 429 | OPPOSITION to 421 Motion to Compel Production of Documents Related to Proposed CIGNA Acquisition filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – Correspondence, # 2 Exhibit B – Anthem's Letter Brief)(Hoover, Craig) (Entered: 09/21/2015) |
| 09/22/2015 | 430 | JOINT STATUS Regarding Additional Subscriber & Provider Underlying Complaints by Defendants' Counsel. (Sooy, Kathleen) (Entered: 09/22/2015) |
| 09/22/2015 | 431 | REPLY Brief regarding 396 Certification and Trial of a Nationwide Injunction Class and an Alabama Damages Class. (Attachments: # 1 Exhibit 1 – SEALED, # 2 Exhibit 2, # 3 Exhibit 3)(Whatley, Joe) (Entered: 09/22/2015) |
| 09/22/2015 | 432 | REPLY to Supplemental Submissions Regarding Case Management filed by Defendants' Counsel. (Hoover, Craig) (Entered: 09/22/2015) |
| 09/22/2015 | 433 | REPLY Brief in Response to the Court's August 20, 2015 Order 396 filed by Defendant Defendants' Counsel. (Burkhalter, Carl) (Entered: 09/22/2015) |
| 09/22/2015 | 434 | Subscriber Plaintiffs' Post–Hearing Response in Further Support of their Proposal to Streamline the Litigation re 396 , 414 , 412 , 413 filed by Plaintiffs' Counsel. (Guin, David) (Entered: 09/22/2015) |

| 09/23/2015 | 435 | ***Document Sealed –Pursuant to Protective Order 145 –Exhibit 1 to 431 Provider Plaintiffs' Reply Brief Regarding Certification and Trial of a Nationwide Injunction Class and an Alabama Damages Class. (Attachments: # 1 Exhibit 1) (AVC) (Entered: 09/23/2015) |
|---|---|---|
| 09/23/2015 | 436 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2015 through August 31, 2015 in this matter relating solely to services provided to the Plaintiffs. Signed by Judge R David Proctor on 9/23/2015. (AVC) (Entered: 09/23/2015) |
| 09/23/2015 | 437 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2015 through August 31, 2015 in this matter as it relates to services rendered for both sides of the case. Signed by Judge R David Proctor on 9/23/2015. (AVC) (Entered: 09/23/2015) |
| 09/28/2015 | 438 | Opposition to 424 Motion for Reconsideration filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 09/28/2015) |
| 09/28/2015 | 439 | Opposition to 422 Motion to Amend Discovery Order No. 3 filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: 09/28/2015) |
| 10/05/2015 | 440 | TEXT ORDER re 424 MOTION for Reconsideration of 410 the Court's Discovery Order No. 9. Oral Argument of the Motion is RESET for Thursday, October 8, 2015, at 3:00 PM, via telephone, before Magistrate Judge T Michael Putnam, as arranged by the Special Master. Court reporter to be present. Signed by Magistrate Judge T Michael Putnam on October 5, 2015. (AMP) (Entered: 10/05/2015) |
| 10/05/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 10/5/2015; re: SC Motion for reconsideration (doc #424); Ed Gentle, Special Master, plas' counsel Barry Ragsdale & Bill Butterfield, and SC counsel Bruce Rogers present; motion hearing to be held by telephone re: doc #424 on Thursday, 10/8/15 at 3:00 pm (Court Reporter Sabrina Lewis.) (ASL) (Entered: 10/05/2015) |
| 10/05/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Status Conference held on 10/5/2015; updates from counsel on meet & confer process; discussion regarding items for next discovery conference; arguments by counsel on motions #420, #421, & #422; hrg adj (Court Reporter Leah Turner.) (ASL) (Entered: 10/05/2015) |
| 10/08/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held by telephone on 10/8/2015 re 424 MOTION for Reconsideration of 410 the Court's Discovery Order No. 9 filed by Defendants' Counsel; arguments by counsel for SC dft; arguments by counsel for plas; court's remarks; taken under submission (Court Reporter Teresa Roberson.) (ASL) (Entered: 10/08/2015) |
| 10/15/2015 | 441 | MOTION for Leave to File *Unredacted Version of Motion to Dismiss and Supporting Declaration Under Seal by Capital BlueCross* by Defendants' Counsel. (Payne, Joshua) (Entered: 10/15/2015) |
| 10/16/2015 | 442 | **TEXT ORDER** – This matter is before the court on Defendant Capital Blue Cross's Motion for Leave to File Unredacted Version of Motion to Dismiss and Supporting Declaration Under Seal. 441 . The Motion 441 is **GRANTED**. Capital Blue Cross may file the referenced documents **UNDER SEAL**. Signed by Judge R David |

| | | Proctor on 10/16/2015. (AVC) (Entered: 10/16/2015) |
|---|---|---|
| 10/19/2015 | 443 | NOTICE by Defendants' Counsel re 255 Answer to Amended Complaint, *USAble Mutual Insurance Company, dba Arkansas Blue Cross and Blue Shield's Notice that its Answer and Affirmative Defenses to Corrected Consolidated Second Amended Provider Complaint Applies to Newly Filed Provider Track Complaints* (Naranjo, Michael) (Entered: 10/19/2015) |
| 10/19/2015 | 444 | ANSWER to Complaint with Jury Demand by Blue Cross & Blue Shield of Mississippi .(McDowell, M) (Entered: 10/19/2015) |
| 10/19/2015 | 445 | ANSWER to 236 Amended Complaint by Consortium Health Plans, Inc..(Zott, David) (Entered: 10/19/2015) |
| 10/19/2015 | 446 | MOTION to Dismiss for Lack of Jurisdiction *by Blue Cross & Blue Shield of Mississippi* by movant. (Attachments: # 1 Exhibit 1 (Declaration of John H. Proctor, III))(McDowell, M) (Entered: 10/19/2015) |
| 10/19/2015 | 447 | Brief in Support of 446 Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue by Blue Cross & Blue Shield of Mississippi. (McDowell, M) (Entered: 10/19/2015) |
| 10/19/2015 | 448 | ANSWER to 236 Amended Complaint by National Account Service LLC.(Zott, David) (Entered: 10/19/2015) |
| 10/19/2015 | 449 | NOTICE Regarding Responsive Pleadings to Newly–Filed Complaints by Defendants' Counsel (Hoover, Craig) (Entered: 10/19/2015) |
| 10/19/2015 | 450 | NOTICE that Its Answer and Affirmative Defenses to Corrected Consolidated Second Amended Provider Complaint Applies to Newly Filed Provider–Track Complaints by Independence Hospital Indemnity Plan, Inc.'s (f/k/a Independence Blue Cross) (Briggs, John) (Entered: 10/19/2015) |
| 10/19/2015 | 451 | NOTICE Regarding Responsive Pleadings to Newly Filed Complaints by Highmark Inc. (Zolner, Erica) (Entered: 10/19/2015) |
| 10/19/2015 | 452 | NOTICE Regarding Responsive Pleadings to Newly Filed Complaints by Health Care Service Corporation and Caring For Montanans, Inc. (Zolner, Erica) (Entered: 10/19/2015) |
| 10/19/2015 | 453 | NOTICE of Answers and Affirmative Defenses to Tag–Along Actions by Defendants' Counsel (Norman, Brian) (Entered: 10/19/2015) |
| 10/19/2015 | 454 | NOTICE Regarding Responsive Pleading to Newly–Filed Complaints by Blue Cross Blue Shield of Michigan (Stenerson, Todd) (Entered: 10/19/2015) |
| 10/19/2015 | 455 | NOTICE Regarding Responsive Pleadings to Newly–Filed Complaints by Premera Blue Cross, Also, d/b/a Premera Blue Cross Blue Shield of Alaska. (Payton, Gwendolyn) (Entered: 10/19/2015) |
| 10/19/2015 | 456 | MOTION to Dismiss for Provider Complaints for Lack of Personal Jurisdiction and Improper Venue, and Brief in Support Thereof by Triple–S Salud . (Attachments: # 1 Exhibit 1)(Hernandez–Burgos, Carlos) (Entered: 10/19/2015) |
| 10/20/2015 | 457 | DISCOVERY ORDER NO. 10–The Motion for Protective Order 402 is DENIED, and the Motion to Compel 408 is GRANTED as set out. Signed by Magistrate Judge T Michael Putnam on 10/20/2015. (AVC) (Entered: 10/20/2015) |

132

| 10/20/2015 | 458 | DISCOVERY ORDER NO. 11. Signed by Magistrate Judge T Michael Putnam on 10/20/2015. (AVC) (Entered: 10/20/2015) |
|---|---|---|
| 10/20/2015 | 459 | DISCOVERY ORDER NO. 12. Signed by Magistrate Judge T Michael Putnam on 10/20/2015. (AVC) (Entered: 10/20/2015) |
| 10/22/2015 | 460 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, November 19, 2015 at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1. Oral Argument on 428 MOTION to Amend Discovery Order No. 1 will be heard immediately following the conference. **Any response to the motion may be no more than two (2) pages in length and is due no later than October 29, 2015.** No replies shall be filed. Signed by Magistrate Judge T Michael Putnam on October 22, 2015. (AMP) (Entered: 10/22/2015) |
| 10/23/2015 | 461 | MOTION to Dismiss for Lack of Personal Jurisdiction by California Physicians' Service, Inc., d/b/a Blue Shield of California. (Zolner, Erica) (Entered: 10/23/2015) |
| 10/23/2015 | 462 | Brief in Support of 461 MOTION to Dismiss for Lack of Personal Jurisdiction. (Attachments: # 1 Affidavit of Jennifer Garrison)(Zolner, Erica) (Entered: 10/23/2015) |
| 10/23/2015 | 463 | NOTICE Regarding Responsive Pleadings to Newly Filed Complaints by California Physicians' Services Inc., d/b/a Blue Shield of California. (Zolner, Erica) (Entered: 10/23/2015) |
| 10/28/2015 | 464 | *Highmark Inc.'s* ANSWER to Complaint with Jury Demand *(Subscriber Track – Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(West, Kimberly) (Entered: 10/28/2015) |
| 10/28/2015 | 465 | *Highmark Inc.'s* ANSWER to Complaint with Jury Demand *(Provider Track – Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(West, Kimberly) (Entered: 10/28/2015) |
| 10/29/2015 | 466 | JOINT NOTICE of Agreement to Amend Discovery Order No. 1 229 by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 10/29/2015) |
| 10/29/2015 | 467 | MOTION to Dismiss for Lack of Jurisdiction by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Andress, D) (Entered: 10/29/2015) |
| 10/29/2015 | 468 | Transcript of Proceedings held on 08/27/2015, before Magistrate Judge T. Michael Putnam Court Reporter/Transcriber Lindy M. Fuller, Telephone number (205) 527–2958. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% |

| | | |
|---|---|---|
| | | 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/19/2015. Redacted Transcript Deadline set for 11/29/2015. Release of Transcript Restriction set for 1/27/2016. (Attachments: # 1 certificaion page) (AVC) (Entered: 10/29/2015) |
| 10/30/2015 | 469 | ORDER –The court ORDERS that the pending Motions to Dismiss 446 , 456 , 461 and 467 are DENIED WITHOUT PREJUDICE. Moving dfts' personal jurisdiction and venue defenses are DEEMED PRESERVED to be addressed by this court immediately prior to remand, or by the respective transferor courts after remand. Signed by Judge R David Proctor on 10/30/2015. (AVC) (Entered: 10/30/2015) |
| 10/30/2015 | 470 | JOINT NOTICE of Agreement to Amend Discovery Order No. 1 229 by Defendants' Counsel (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 10/30/2015) |
| 11/03/2015 | 471 | Transcript of Proceedings held on 9/17/2015, before Magistrate Judge T. Michael Putnam. Court Reporter/Transcriber Lindy S. Fuller, Telephone number (205) 527–2958. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/24/2015. Redacted Transcript Deadline set for 12/4/2015. Release of Transcript Restriction set for 2/1/2016. (Attachments: # 1 certification page) (AVC) (Entered: 11/03/2015) |
| 11/03/2015 | 472 | Defendant Blue Cross Blue Shield of Michigan's Opposed MOTION to Modify the Time to Object to Discovery Order No. 10 by Defendants' Counsel. (Campbell, Andrew) (Entered: 11/03/2015) |
| 11/03/2015 | 473 | Defendant Blue Cross Blue Shield of Michigan's Opposed Motion for Clarification of Discovery No. 10 by Defendants' Counsel. (Campbell, Andrew) (Entered: 11/03/2015) |
| 11/03/2015 | 474 | Defendant Blue Cross Blue Shield of Michigan's Brief in Support of 473 Opposed Motion for Clarification of Discovery No. 10. (Campbell, Andrew) (Entered: 11/03/2015) |
| 11/04/2015 | 475 | DISCOVERY ORDER No. 13–Dft's motion for reconsideration 424 is GRANTED IN PART and DENIED IN PART as set out. Signed by Magistrate Judge T Michael Putnam on 11/4/2015. (AVC) (Entered: 11/04/2015) |
| 11/05/2015 | 476 | MOTION to Compel *Blue Cross Blue Shield Association to De–Designate Documents Improperly Designated as Confidential in Violation of Protective Order* by Plaintiffs. (Attachments: # 1 Affidavit Declaration of Joe R. Whatley, Jr., # 2 Text of Proposed Order)(Whatley, Joe) (Entered: 11/05/2015) |
| 11/05/2015 | 477 | ***Document Sealed, pursuant to Protective Order 145 –Exhibit 5 to the Declaration of Joe R. Whatley, Jr. in Support of 476 Plaintiff's Motion to Compel Blue Cross Blue Shield Association to De–Designate Documents Improperly Designated as Confidential in Violation of the Protective Order. (Attachments: # 1 |

| | | Exhibit 5) (AVC) (Entered: 11/05/2015) |
|---|---|---|
| 11/05/2015 | 478 | TEXT ORDER granting 472 Motion to Modify the Time to Object to Discovery Order No. 10. Parties shall have fourteen (14) days following the entry of the court's decision regarding 473 Defendant Blue Cross Blue Shield of Michigan's Opposed Motion for Clarification of Discovery Order No. 10 to file objections to 457 Discovery Order No. 10. Signed by Magistrate Judge T Michael Putnam on November 5, 2015. (AMP) (Entered: 11/05/2015) |
| 11/05/2015 | 479 | TEXT ORDER. Any response to 473 Defendant Blue Cross Blue Shield of Michigan's Opposed Motion for Clarification of Discovery No. 10 is due no later than November 18, 2015, and may be no more than eleven (11) pages in length. Any response to 476 Plaintiff's Opposed Motion to Compel is due no later than November 18, 2015 and may be no more than sixteen (16) pages in length. Signed by Magistrate Judge T Michael Putnam on November 5, 2015. (AMP) (Entered: 11/05/2015) |
| 11/18/2015 | 480 | RESPONSE to 473 Defendant Blue Cross Blue Shield of Michigan's Motion for Clarification filed by Plaintiffs. (Whatley, Joe) (Entered: 11/18/2015) |
| 11/18/2015 | 481 | RESPONSE in Opposition to 476 Motion to Compel filed by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Zott, David) (Entered: 11/18/2015) |
| 11/19/2015 | 482 | ***Document Sealed, pursuant to Protective Order 145 –Exhibit A to Response in Opposition to Motion to Compel. (AVC) (Entered: 11/19/2015) |
| 11/19/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Status Conference held on 11/19/2015; updates by counsel re meet & confer; streamlining question and issues anticipated for Dec conf discussed; arguments by counsel on BCBS Michigan Motion 473 ; arguments by counsel on plas' motion to compel association re confidential doc designation 476 ; motions under submission, order to be entered; hrg adj (Court Reporter Lindy Fuller.) (ASL) (Entered: 11/19/2015) |
| 11/20/2015 | 483 | ORDER AMENDING DISCOVERY ORDER NO. 1. Signed by Magistrate Judge T Michael Putnam on 11/20/2015. (AVC) (Entered: 11/20/2015) |
| 11/20/2015 | 484 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Tuesday, December 15, 2015 at 2:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1. Signed by Magistrate Judge T Michael Putnam on November 20, 2015. (AMP) (Entered: 11/20/2015) |
| 11/20/2015 | 485 | DISCOVERY ORDER NO. 14. Signed by Magistrate Judge T Michael Putnam on 11/20/2015. (AVC) (Entered: 11/20/2015) |
| 11/24/2015 | 486 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services and expenses incurred from 9/1/2015 through 10/31/2015 relating solely to serviced provided to the plaintiffs, and totaling $25,000.00. Signed by Judge R David Proctor on 11/24/2015. (KAM, ) (Entered: 11/24/2015) |
| 11/24/2015 | 487 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 9/1/2015 through 10/31/2015 as it relates to serviced rendered for both sided of the case, and totaling $10,000.00. Signed by Judge R David Proctor on 11/24/2015. (KAM, ) (Entered: 11/24/2015) |

| 12/01/2015 | 488 | MOTION to Compel *Defendant Blue Cross Blue Shield of Alabama to Designate Koko Mackin and Robin Stone as Production Custodians* by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Whatley, Joe) (Entered: 12/01/2015) |
|---|---|---|
| 12/07/2015 | 489 | ORDER –This case is SET for a discovery conference and a status conference on 1/14/2016. The discovery conference will be held at 10:00a.m. in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, Al before Magistrate Judge T Michael Putnam. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1. The status conference will be held at 2:00p.m., in Courtroom 7A of the Hugo L Black US Courthouse, Birmingham, Al. By 1/8/2016, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 12/7/2015. (AVC) (Entered: 12/07/2015) |
| 12/08/2015 | 490 | Transcript of Proceedings held on 11/19/2015, before Magistrate Judge T. Michael Putnam. Court Reporter/Transcriber Lindy M. Fuller, Telephone number (205)527–2958. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/29/2015. Redacted Transcript Deadline set for 1/8/2016. Release of Transcript Restriction set for 3/7/2016. (AVC) (Entered: 12/08/2015) |
| 12/09/2015 | 491 | DISCOVERY ORDER No. 15. Signed by Magistrate Judge T Michael Putnam on 12/9/2015. (AVC) (Entered: 12/09/2015) |
| 12/10/2015 | 492 | RESPONSE to 488 Opposed Motion to Compel Designation of Koko Mackin and Robin Stone as Production Custodians filed by Defendants' Counsel. (Malatesta, John) (Entered: 12/10/2015) |
| 12/10/2015 | 493 | MOTION To Limit The Time Period Applicable To Production Of Documents In Response To Certain Unstructured Data Requests by Defendants' Counsel. (Attachments: # 1 Appendix Exhibit Index, # 2 Exhibit A – Subscriber and Provider Plaintiffs Requests for Production to All Defendants, January 20, 2015, # 3 Exhibit B – iDS Affidavit, December 10, 2015, # 4 Exhibit C – C. Cottrell Letter to B. Ragsdale, February 6, 2015, # 5 Exhibit D – C. Cottrell Letter to B. Ragsdale, April 16, 2015, # 6 Exhibit E – P. Sheehan Letter to C. Cottrell, December 1, 2015, # 7 Exhibit F – C. Cottrell Letter to B. Ragsdale, December 5, 2015, # 8 Exhibit G – C. Cottrell Email to Plaintiffs, December 9, 2015, # 9 Exhibit H – In re Ready–Mixed Concrete Antitrust Litig Entry August 18, 2006)(Zott, David) (Entered: 12/10/2015) |
| 12/14/2015 | 494 | JOINT NOTICE of Agreement to Amend Discovery Order No. 1 by Defendants' Counsel (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 12/14/2015) |
| 12/14/2015 | 495 | DISCOVERY ORDER No. 16–The Motion to Compel BCBAS to de–designate certain documents as confidential 476 is DENIED. Signed by Magistrate Judge T Michael Putnam on 12/14/2015. (AVC) (Entered: 12/14/2015) |

| 12/15/2015 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 12/15/2015; meet & confer updates by counsel; arguments by counsel re: motion 492 & motion 493 ; response by pla to motion 493 to be filed by Monday 12/21/15; order to be entered; hrg adj (Court Reporter Cheryl Powell.) (ASL) (Entered: 12/15/2015) |
|---|---|---|
| 12/18/2015 | 496 | Transcript of Proceedings held on 12/15/15, before Judge T. Michael Putnam. Court Reporter/Transcriber Cheryl K. Powell, Telephone number 256–508–4050. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 1/8/2016. Redacted Transcript Deadline set for 1/18/2016. Release of Transcript Restriction set for 3/17/2016. (MRR, ) Modified on 1/11/2016 (MRR, ). (Entered: 12/18/2015) |
| 12/21/2015 | 497 | CONDITIONAL TRANSFER ORDER (CTO–23) from Judicial Panel on MDL 2406 transferring 2 actions to the Northern District of Alabama. (Attachments: # 1 Schedule CTO–23 with NDAL Case Numbers)(AVC) (Entered: 12/21/2015) |
| 12/21/2015 | 498 | MOTION for Leave to File *Unredacted Version of Declaration in Support of Motion to Dismiss Under Seal by Capital BlueCross* by Defendants' Counsel. (Payne, Joshua) (Entered: 12/21/2015) |
| 12/21/2015 | 499 | RESPONSE to 493 Motion To Limit The Time Period Applicable To Production Of Documents In Response To Certain Unstructured Data Requests filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Whatley, Joe) (Entered: 12/21/2015) |
| 12/22/2015 | 500 | MOTION to Dismiss for Lack of Jurisdiction by movant. (Attachments: # 1 Exhibit 1 (Declaration of John H. Proctor, III))(McDowell, M) (Entered: 12/22/2015) |
| 12/22/2015 | 501 | Brief re 500 MOTION to Dismiss for Lack of Jurisdiction filed by movant. (McDowell, M) (Entered: 12/22/2015) |
| 12/23/2015 | 502 | ORDER AMENDING DISCOVERY ORDER NO. 1–The parties Joint Notice of Agreement to Amend Discovery Order No. 1 494 is GRANTED. Discovery Order No. 1 hereby is amended as set out. Signed by Magistrate Judge T Michael Putnam on 12/23/2015. (AVC) (Entered: 12/23/2015) |
| 12/23/2015 | 503 | **TEXT ORDER** – This matter is before the court on Capital Blue Cross's Motion for Leave to File Unredacted Version of Declaration Under Seal 498 . The Motion 498 is **GRANTED**. Capital Blue Cross may file the referenced document **UNDER SEAL**. All Counsel are **REMINDED** to file pleadings related only to individual cases on the docket for the individual cases rather than on the MDL docket. That is, further Motions to Dismiss should be filed in the individual cases to which they relate. The court also directs attention to its October 30, 2015 Order 469 . Signed by Judge R David Proctor on 12/23/2015. (AVC) (Entered: 12/23/2015) |
| 12/23/2015 | 504 | |

| | | |
|---|---|---|
| | | NOTICE of Filing Supplemental Exhibit In Support of Their Response to BCBSA's Motion to Limit the Time Period Applicable to Production of Documents in Response to Certain Unstructured Data Requests by Plaintiffs (Attachments: # 1 Exhibit F – Part 1, # 2 Exhibit F – Part 2)(Whatley, Joe) (Entered: 12/23/2015) |
| 12/28/2015 | 505 | NOTICE That Its Answer and Affirmative Defenses to Subscriber–Track Amended Consolidated Class–Action Complaint Applies to Newly Amended Subscriber–Track Complaints by Defendants' Counsel (Briggs, John) (Entered: 12/28/2015) |
| 12/28/2015 | 506 | NOTICE Regarding Responsive Pleading to Newly–Filed Complaints by Blue Cross Blue Shield of Michigan (Campbell, Andrew) (Entered: 12/28/2015) |
| 12/28/2015 | 507 | NOTICE Regarding Responsive Pleadings to Newly Filed Complaints by Highmark Inc. (Zolner, Erica) (Entered: 12/28/2015) |
| 12/28/2015 | 508 | NOTICE of Answers and Affirmative Defenses to Tag–Along Actions by Defendants' Counsel . (Norman, Brian) (Entered: 12/28/2015) |
| 12/28/2015 | 509 | MOTION For Leave To File A Reply by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – Reply In Support Of Motion To Limit The Time Period For Production Of Certain Unstructured Data)(Zott, David) (Entered: 12/28/2015) |
| 12/28/2015 | 510 | NOTICE Regarding Responsive Pleading to Newly Filed Complaints by Blue Shield of California. (Zolner, Erica) (Entered: 12/28/2015) |
| 12/29/2015 | 511 | NOTICE by Defendants' Counsel *Regarding Responsive Pleadings to Newly–Filed Complaints* (Yinger, Emily) (Entered: 12/29/2015) |
| 12/30/2015 | 512 | NOTICE by Defendants' Counsel *Regarding Responsive Pleadings to Newly–Filed Complaints* (Payton, Gwendolyn) (Entered: 12/30/2015) |
| 12/31/2015 | 513 | MOTION to Compel by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Malatesta, John) (Entered: 12/31/2015) |
| 01/04/2016 | 514 | Consent MOTION for Leave to File *Surreply* by Plaintiffs. (Attachments: # 1 Exhibit 1 – Surreply, # 2 Text of Proposed Order)(Whatley, Joe) (Entered: 01/04/2016) |
| 01/05/2016 | 515 | ORDER granting motions 509 & 514 . The Association is directed to file its reply by 1/8/2016, and the pltfs are directed to file a surreply by 1/12/2016. Signed by Magistrate Judge T Michael Putnam on 1/5/2016. (AVC) (Entered: 01/05/2016) |
| 01/05/2016 | 516 | REPLY in Support of 493 Motion to Limit the Time Period for Production of Certain Unstructured Data filed by Defendants' Counsel. (Zott, David) (Entered: 01/05/2016) |
| 01/06/2016 | 517 | SURREPLY in Support of Their Response to BCBSA's Motion to Limit the Time Period Applicable to Production of Documents in Response to Certain Unstructured Data Requests filed by Plaintiffs. (Whatley, Joe) (Entered: 01/06/2016) |
| 01/06/2016 | 518 | DISCOVERY ORDER NO. 17– The pltfs' Motion to Compel 488 is GRANTED, and dft BCBS–AL is DIRECTED to designate Koko Mackin and Robin Stone as production custodians. Signed by Magistrate Judge T Michael Putnam on 1/6/2016. (AVC) (Entered: 01/06/2016) |
| 01/06/2016 | 519 | |

| | | |
|---|---|---|
| | | STATUS REPORT Regarding Proposed Agenda For Status Conference of January 14, 2016 filed by Special Master. (Gentle, Edgar) (Entered: 01/06/2016) |
| 01/08/2016 | 520 | Revised Report Regarding Proposed Agenda for Status Conference of January 14, 2016 by Special Master. (Gentle, Edgar) (Entered: 01/08/2016) |
| 01/11/2016 | 521 | RESPONSE to 513 Motion to Compel filed by Plaintiffs. (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 01/11/2016) |
| 01/11/2016 | 522 | DISCOVERY ORDER No. 18– The Motion to Limit The Applicable Time Periods Relation to the Plaintiff's Requests for Unstructured Data 493 is GRANTED IN PART and DENIED IN PART. BCBSA shall be required to produce responsive unstructured data back to 1995 and through December 31, 2013. Signed by Magistrate Judge T Michael Putnam on 1/11/2016. (AVC) (Entered: 01/11/2016) |
| 01/11/2016 | 523 | MOTION for Summary Judgment by Defendants' Counsel. (Priester, James) (Entered: 01/11/2016) |
| 01/11/2016 | 524 | JOINT Brief in Support of 523 Motion for Summary Judgment filed by Defendants' Counsel. (Priester, James) (Entered: 01/11/2016) |
| 01/11/2016 | 525 | Evidentiary Material re: 523 MOTION for Summary Judgment , 524 Brief . (Priester, James) (Entered: 01/11/2016) |
| 01/12/2016 | 526 | ***Document Sealed –Pursuant to Protective Order 145 –Joint Brief in Support of Their Motion Based on the Filed Rate Doctrine for Summary Judgment on the Alabama Subscribers' Damages Claims. (Attachments: # 1 Table of Contents, # 2 Exhibit A, # 3 Exhibit A–1, # 4 Exhibit A–2, # 5 Exhibit A–3, # 6 Exhibit A–4, # 7 Exhibit A–5, # 8 Exhibit A–6, # 9 Exhibit A–7, # 10 Exhibit A–8, # 11 Exhibit A–9, # 12 Exhibit A–10, # 13 Exhibit A–11, # 14 Exhibit A–12, # 15 Exhibit A–13, # 16 Exhibit A–14, # 17 Exhibit A–15, # 18 Exhibit A–16, # 19 Exhibit A–17, # 20 Exhibit A–18, # 21 Exhibit A–19, # 22 Exhibit A–20, # 23 Exhibit A–21, # 24 Exhibit A–22, # 25 Exhibit A–23, # 26 Exhibit A–24, # 27 Exhibit A–25, # 28 Exhibit A–26, # 29 Exhibit A–27, # 30 Exhibit A–28, # 31 Exhibit A–29, # 32 Exhibit A–30, # 33 Exhibit A–31, # 34 Exhibit A–32, # 35 Exhibit A–33, # 36 Exhibit A–34, # 37 Exhibit A–35, # 38 Exhibit A–36, # 39 Exhibit A–37, # 40 Exhibit A–38, # 41 Exhibit A–39, # 42 Exhibit A–40, # 43 Exhibit A–41, # 44 Exhibit A–42, # 45 Exhibit A–43, # 46 Exhibit A–44, # 47 Exhibit A–45, # 48 Exhibit A–46, # 49 Exhibit A–47, # 50 Exhibit A–48, # 51 Exhibit A–49, # 52 Exhibit A–50, # 53 Exhibit A–51, # 54 Exhibit B) (AVC) (Entered: 01/12/2016) |
| 01/13/2016 | 527 | Provider Plaintiffs' STATUS REPORT by Plaintiffs. (Whatley, Joe) (Entered: 01/13/2016) |
| 01/14/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 1/14/2016; discussions regarding progress of discovery and time periods for production; arguments by counsel re: 513 motion to compel by dft BCBS AL; hrg adj (Court Reporter Cheryl Powell.) (ASL) (Entered: 01/14/2016) |
| 01/14/2016 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 1/14/2016. (Court Reporter Leah Turner.) (KLL) (Entered: 01/14/2016) |
| 01/19/2016 | 528 | Transcript of Proceedings held on January 14, 2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Cheryl Powell, Telephone number |

| | | |
|---|---|---|
| | | 256–508–4050. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/9/2016. Redacted Transcript Deadline set for 2/19/2016. Release of Transcript Restriction set for 4/18/2016. (MRR, ) (Entered: 01/19/2016) |
| 01/19/2016 | 529 | NOTICE by Defendants' Counsel *Blue Cross and Blue Shield of Alabama's Regarding Responsive Pleadings to Newly Filed Complaints* (Burkhalter, Carl) (Entered: 01/19/2016) |
| 01/19/2016 | 530 | ORDER–A Discovery Status Conference is SET for Monday, January 25, 2016, at 1:30 PM in Courtroom 3B of the Hugo L. Black United States Courthouse, Birmingham, Alabama before Magistrate Judge T Michael Putnam. Court reporter to be present. Signed by Magistrate Judge T Michael Putnam on 1/19/2016. (AVC) (Entered: 01/19/2016) |
| 01/21/2016 | 531 | Transcript of Proceedings held on 1/14/2016, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/11/2016. Redacted Transcript Deadline set for 2/22/2016. Release of Transcript Restriction set for 4/20/2016. (AVC) (Entered: 01/21/2016) |
| 01/21/2016 | 532 | Joint MOTION For Entry of Discovery and Briefing Schedule and Proposed Order by Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 01/21/2016) |
| 01/22/2016 | 533 | DISCOVERY ORDER AND BRIEFING SCHEDULE–re: 532 Joint Motion For Entry of Discovery and Briefing Schedule. The joint Motion is GRANTED. It is ORDERED that Consortium and NASCO will substantially complete production of agreed–upon documents by 1/31/2016. Provider Plaintiffs may notice up to three Rule 30(b)(6) deposition sessions to be completed by 3/31/2016. Consortium and NASCO will file any motions and their opening brief within thirty (30) days of Providers Plaintiffs' last Rule 30(b)(6) deposition session. Provider Plaintiffs will file any opposition papers within thirty (30) days of Consortium and NASCO's opening brief. Consortium and NASCO will file any reply papers within twenty–one (21) days of Provider Plaintiffs' opposition papers. Signed by Judge R David Proctor on 1/22/2016. (AVC) (Entered: 01/22/2016) |
| 01/24/2016 | 534 | STATUS REPORT in Advance of January 25, 2016 Hearing by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 |

| | | |
|---|---|---|
| | | Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Malatesta, John) (Entered: 01/24/2016) |
| 01/25/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 1/25/2016; arguments by counsel re BCBS AL Motion to Compel (doc # 513 ) (Court Reporter Lindy Fuller.) (ASL) (Entered: 01/25/2016) |
| 01/28/2016 | 535 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 11/1/2015 through 12/31/2015 in this matter relating solely to services provided to the plaintiffs Signed by Judge R David Proctor on 1/28/2016. (KAM, ) Modified on 1/28/2016 (KAM, ). (Entered: 01/28/2016) |
| 01/28/2016 | 536 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 11/1/2015 through 12/31/2015 in this matter as it relates to services rendered for both sides. Signed by Judge R David Proctor on 1/28/2016. (KAM, ) (Entered: 01/28/2016) |
| 02/04/2016 | 537 | Transcript of Proceedings held on 1/25/2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Lindy M. Fuller, Telephone number (205) 527–2958. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/25/2016. Redacted Transcript Deadline set for 3/7/2016. Release of Transcript Restriction set for 5/4/2016. (AVC) (Entered: 02/04/2016) |
| 02/05/2016 | 538 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, February 25, 2016, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1. Signed by Magistrate Judge T Michael Putnam on February 5, 2016. (AMP) (Entered: 02/05/2016) |
| 02/08/2016 | 539 | MOTION to Compel by Plaintiffs. (Ragsdale, Barry) (Entered: 02/08/2016) |
| 02/08/2016 | 540 | Brief *in Support of Motion to Compel*. (Ragsdale, Barry) (Entered: 02/08/2016) |
| 02/10/2016 | 541 | ORDER – re: 539 Motion to Compel Discovery from Defendant Blue Cross Blue Shield of Alabama Regarding the Filed–Rate Doctrine. Dft Blue Cross Blue Shield of Alabama SHALL respond to the Motion by 2/18/2016. Pltfs may reply by 2/23/2016. The Motion is set for a hearing on 3/18/2016 at 9:30a.m., in Courtroom 7A of the Hugo L Black US Courthouse. Signed by Judge R David Proctor on 2/10/2016. (AVC) (Entered: 02/10/2016) |
| 02/12/2016 | 542 | **TEXT ORDER** – This case is **SET** for a status conference on **Friday, March 18, 2016**, in conjunction with the hearing previously set on the Alabama Subscriber Plaintiffs Motion to Compel Discovery from Defendant Blue Cross Blue Shield of Alabama Regarding the Filed–Rate Doctrine. **On or before March 11, 2016**, the |

| | | |
|---|---|---|
| | | parties **SHALL** submit a joint report containing a proposed agenda of items that should be addressed during the status conference. Signed by Judge R David Proctor on 2/12/2016. (AVC) (Entered: 02/12/2016) |
| 02/12/2016 | 543 | MOTION to Quash Deposition and Document Production Notices by Alabama Department of Insurance, The, Steve Ostlund, Robert Turner . (Attachments: # 1 Exhibit Depo notice to Dept. of Insurance, # 2 Exhibit Depo notice to S. Ostlund, # 3 Exhibit Depo notice to R. Turner)(McDonald, John) (Entered: 02/12/2016) |
| 02/15/2016 | 544 | BRIEF in Support of Alabama Subscriber Plaintiffs' Motion to Compel the Production of Documents Responsive to Plaintiffs' Second Request for Production of Documents by Plaintiffs' Counsel. (Attachments: # 1 Supplement Certificate of Compliance With Rule 37, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order Proposed Order)(Davis, Gregory) (Entered: 02/15/2016) |
| 02/17/2016 | 545 | ORDER−re: 543 MOTION to Quash Subpoenas. Subscriber Plaintiffs SHALL respond to the Motion by 2/26/2016. The Department of Insurance may reply by 3/4/2016. The Motion is SET for a hearing during the status conference previously set for 3/18/2016 at 9:30a.m., in Courtroom 7A of the Hugo L Black US Courthouse. Signed by Judge R David Proctor on 2/17/2016. (AVC) (Entered: 02/17/2016) |
| 02/18/2016 | 546 | Joint MOTION to Amend Protective Order by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Hoover, Craig) (Entered: 02/18/2016) |
| 02/18/2016 | 547 | Opposition to 539 Alabama Subscriber Plaintiffs' Motion to Compel Discovery Regarding the Filed−Rate Doctrine filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Priester, James) (Entered: 02/18/2016) |
| 02/22/2016 | 548 | RESPONSE to Motion re 539 MOTION to Compel *(Provider Plaintiffs' Response)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Brown, W) (Entered: 02/22/2016) |
| 02/22/2016 | 549 | Opposition to re 544 *Blue Cross and Blue Shield of Alabama's Response in Opposition to Plaintiffs' Motion to Compel the Production of Documents Responsive to Plaintiffs' Second Request for Production of Documents* filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Malatesta, John) (Entered: 02/22/2016) |
| 02/23/2016 | 550 | QUALIFIED PROTECTIVE ORDER amending the terms of the Protective order entered 12/17/2013 as set out in this order. Signed by Judge R David Proctor on 2/23/2016. (KAM, )** SUPPLEMENTED BY 1488 ** Modified on 9/1/2017 (KAM, ). (Entered: 02/23/2016) |
| 02/23/2016 | 551 | REPLY Brief filed by Plaintiffs Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re: 539 MOTION to Compel *Discovery from BCBS−AL re the Filed−Rate Doctrine* filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 02/23/2016) |
| 02/23/2016 | 552 | ***Document Sealed − Evidentiary submissions in support of 549 (Attachments: # 1 TOC, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (KAM, ) (Entered: 02/24/2016) |
| 02/25/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 2/25/2016; 513 dft BCBS−AL's motion to compel is granted by agreement of the parties, provider plas' to produce documents within 10 |

| | | |
|---|---|---|
| | | days; 544 Alabama Subscriber Plas' motion to compel, arguments by counsel, motion taken under submission; hrg adj. (Court Reporter Leah Turner.) (ASL) (Entered: 02/25/2016) |
| 02/25/2016 | 553 | DISCOVERY ORDER No. 19; granting 513 Motion to Compel; The Provider Plaintiffs are ORDERED to produce, within ten (10) days of theentry of this Order, documents in the Provider Plaintiffs possession that support the allegationthat hospitals and other facilities have closed and that other providers have reduced the scope oftheir services as a result of the defendants alleged antitrust conduct.. Signed by Magistrate Judge T Michael Putnam on 2/25/2016. (KAM, ) (Entered: 02/25/2016) |
| 02/26/2016 | 554 | Opposition to 543 MOTION to Quash Discovery Subpoenas filed by Plaintiffs' Counsel. (Davis, Gregory) (Entered: 02/26/2016) |
| 03/01/2016 | 555 | CONDITIONAL TRANSFER ORDER (CTO–24) from Judicial Panel on MDL 2406 transferring 2 actions to the Northern District of Alabama (Attachments: # 1 CTO–24 Schedule with NDAL case numbers)(AVC) (Entered: 03/01/2016) |
| 03/02/2016 | 556 | Transcript of Proceedings held on February 25, 2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 3/23/2016. Redacted Transcript Deadline set for 4/4/2016. Release of Transcript Restriction set for 5/31/2016. (MRR, ) (Entered: 03/02/2016) |
| 03/02/2016 | 557 | Transcript of Proceedings held on 10/5/2015, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number (205) 492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 3/23/2016. Redacted Transcript Deadline set for 4/4/2016. Release of Transcript Restriction set for 5/31/2016. (Attachments: # 1 Certification Page) (AVC) (Entered: 03/02/2016) |
| 03/03/2016 | 558 | Submission of Proposed Order by Defendants' Counsel re: 539 Motion to Compel (Attachments: # 1 Exhibit A)(Malatesta, John) (Entered: 03/03/2016) |
| 03/04/2016 | 559 | Brief in Support of 543 Motion to Quash filed by Defendants' Counsel. (Hoover, Craig) (Entered: 03/04/2016) |
| 03/04/2016 | 560 | |

| | | |
|---|---|---|
| | | Brief in Support of <u>543</u> Motion to Quash Deposition and Document Production Notices filed by Alabama Department of Insurance, Steve Ostlund, Robert Turner. (McDonald, John) (Entered: 03/04/2016) |
| 03/07/2016 | 561 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Wednesday, March 23, 2016, at 2:00 p.m. in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on March 7, 2016. (AMP) (Entered: 03/07/2016) |
| 03/09/2016 | <u>562</u> | JOINT MOTION to Compel Search Term Disclosures by Hogan Lovells Defendants and Memorandum of Points and Authorities in Support Thereof by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # <u>1</u> Affidavit Declaration of William P. Butterfield and Supporting Exhibits A–E, # <u>2</u> Text of Proposed Order)(Ragsdale, Barry) (Entered: 03/09/2016) |
| 03/09/2016 | <u>563</u> | MOTION to Compel Defendant Highmark to Expedite the Production of Documents Related to Meetings Between Defendants by Plaintiffs' Counsel. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Text of Proposed Order)(Whatley, Joe) Modified on 3/10/2016 (AVC, ). (Entered: 03/09/2016) |
| 03/09/2016 | <u>564</u> | Provider Plaintiffs' MOTION to Compel Defendant Blue Cross and Blue Shield of Alabama to Expedite Production of Certain Documents by Plaintiffs' Counsel. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Text of Proposed Order)(Whatley, Joe) (Entered: 03/09/2016) |
| 03/10/2016 | <u>565</u> | SURREPLY to <u>551</u> Alabama Subscriber Plaintiffs' Reply Memorandum in Support of Motion to Compel Discovery Regarding the Filed Rate Doctrine filed by Defendants' Counsel. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Priester, James) (Entered: 03/10/2016) |
| 03/11/2016 | <u>566</u> | REPORT Regarding Proposed Agenda for Status Conference of March 18, 2016 by Special Master. (Gentle, Edgar) (Entered: 03/11/2016) |
| 03/15/2016 | <u>567</u> | DISCOVERY ORDER No. 20–re: <u>544</u> Motion to Compel. Signed by Magistrate Judge T Michael Putnam on 3/15/16. (AVC) (Entered: 03/15/2016) |
| 03/18/2016 | | Minute Entry for proceedings held before Judge R David Proctor: Motion Hearing held on 3/18/2016 re <u>543</u> MOTION to Quash, <u>539</u> MOTION to Compel. (Court Reporter Teresa Roberson.) (KLL) (Entered: 03/18/2016) |
| 03/18/2016 | <u>568</u> | RESPONSE to <u>563</u> Motion to Compel Defendant Highmark to Expedite the Production of Documents Related to Meetings Among Certain Defendants filed by Defendants' Counsel. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L)(Zolner, Erica) (Entered: 03/18/2016) |
| 03/18/2016 | <u>569</u> | RESPONSE in Opposition to <u>563</u> Provider Plaintiff's Motion to Compel Defendant Highmark to Expedite the Production of Documents Related to Meetings Between Defendants filed by Defendants' Counsel. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Briggs, John) (Entered: 03/18/2016) |
| 03/18/2016 | <u>570</u> | |

| | | |
|---|---|---|
| | | Hogan Lovells Defendants' Memorandum of Law in Opposition to 562 Joint Motion to Compel Search Term Disclosures filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – Cohen Declaration, # 2 Exhibit B – 2016.01.06 Subscriber Pls ltr to Hogan in resp to 10.16 & 11.30 ltrs re search terms w appx, # 3 Exhibit C – 2015.11.17 Hogan ltr to Butterfield in resp to 11.06 ltr re search terms, # 4 Exhibit D – 2015.07.10 DFs' Response to Pls' 6.23 ltr re unstructured disc proposal w appx, # 5 Exhibit E – 2015.10.16 Hogan ltr to Pls re revised search term proposal w appx, # 6 Exhibit F – 2015.05.21 Hogan ltr to PLs re 4.29.15 m&c and re search terms w appx, # 7 Exhibit G – 2015.06.02 Pls' (Sheehan) ltr to Hogan re RFPs & in resp to 05.21 ltr, # 8 Exhibit H – 2015.06.09 Hogan response to Pls 06.02 ltr re certain RFPs, # 9 Exhibit I – 2015.07.30 Hogan ltr to PLs re ESI protocol, # 10 Exhibit J – 2015.10.30 Hogan ltr to Butterfield, et al in resp to 10.27 ltr re search terms, # 11 Exhibit K – 2015.10.31 Hogan Response to Lemmon 10.30 ltr re search terms, # 12 Exhibit L – 2015.11.05 Sheehan ltr to Hogan re Search Terms w appx, # 13 Exhibit M – 2015.11.30 Hogan ltr to Sheehan in resp to 11.05 ltr re search terms w appx, # 14 Exhibit N – 2016.02.01 Martin ltr to Butterfield re plans' search terms w appx, # 15 Exhibit O – 2016.03.17 Cohen email to Pls re Search Terms, # 16 Exhibit P – In–re–Takata–Airbag–Prods–Liab–Litig, # 17 Exhibit Q – In re Polyuretheane (ESI), # 18 Exhibit R – Fresh and Process Potatoes ESI Protocol)(Martin, John) (Entered: 03/18/2016) |
| 03/21/2016 | 571 | ORDER–It is ORDERED that that the Motion to Compel Discovery from Defendant Blue Cross Blue Shield of Alabama Regarding the Filed Rate Doctrine 539 is GRANTED. The Alabama Department of Insurance's Motion to Quash Subpoenas 543 is DENIED. The depositions at issue SHALL go forward. Plaintiffs are allowed a total of eight (8) hours for the two depositions, and those eight hours may be allocated between the two deponents as needed. Signed by Judge R David Proctor on 3/21/2016. (AVC) (Entered: 03/21/2016) |
| 03/21/2016 | 572 | RESPONSE to 564 Motion to Compel Defendant Blue Cross and Blue Shield of Alabama to Expedite Production of Certain Documents filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Malatesta, John) (Entered: 03/21/2016) |
| 03/22/2016 | 573 | Transcript of Proceedings held on 3/18/2016, before Judge R. David Proctor. Court Reporter/Transcriber Teresa Roberson, Telephone number (205) 492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 4/12/2016. Redacted Transcript Deadline set for 4/22/2016. Release of Transcript Restriction set for 6/20/2016. (Attachments: # 1 certification page) (AVC) (Entered: 03/22/2016) |
| 03/23/2016 | 574 | Joint MOTION to Amend Schedule in October 30 Order 469 by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Hogewood, Mark) (Entered: 03/23/2016) |

| 03/23/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 3/23/2016; arguments by counsel on motions, doc # 562 , # 563 & # 564 . (Court Reporter Cheryl Powell.) (ASL) (Entered: 03/23/2016) |
|---|---|---|
| 03/24/2016 | 575 | AMENDED SCHEDULING ORDER–The court hereby AMENDS the schedule in the court's October 30, 2016 Order 469 as set out. The schedule SHALL apply to the prioritized proceedings in *American Electric Motor Services Inc. v. Blue Cross and Blue Shield of Alabama et al.*, Case No. 2:12–cv–02169–RDP, *Conway v. Blue Cross and Blue Shield of Alabama et al.*,Case No. 2:12– cv–02532–RDP, and *Pettus Plumbing & Piping, Inc. v. Blue Cross Blue Shield of Alabama et al.*, Case no. 3:16–cv–00297–RDP. Signed by Judge R David Proctor on 3/23/2016. (AVC) (Entered: 03/24/2016) |
| 03/24/2016 | 576 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT of services rendered and expenses incurred from January 1, 2016 through February 29, 2016. Signed by Judge R David Proctor on 3/24/2016. (AVC) (Entered: 03/24/2016) |
| 03/24/2016 | 577 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT of services rendered and expenses incurred from January 1, 2016 through February 29, 2016. Signed by Judge R David Proctor on 3/24/2016. (AVC) (Entered: 03/24/2016) |
| 03/29/2016 | 578 | CONDITIONAL TRANSFER ORDER (CTO–25) from Judicial Panel on MDL 2406 transferring 2 actions to the Northern District of Alabama. (Attachments: # 1 CTO–25 Schedle with NDAL case numbers)(AVC) (Entered: 03/29/2016) |
| 03/31/2016 | 579 | Transcript of Proceedings held on March 23, 2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Cheryl Powell, Telephone number 256–508–4050. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 4/21/2016. Redacted Transcript Deadline set for 5/2/2016. Release of Transcript Restriction set for 6/29/2016. (MRR, ) (Entered: 03/31/2016) |
| 04/01/2016 | 580 | JOINT NOTICE of Agreement to Amend Discovery Order No. 1 by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hoover, Craig) (Entered: 04/01/2016) |
| 04/04/2016 | 581 | Unopposed MOTION for Entry of Discovery Order by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 04/04/2016) |
| 04/08/2016 | 582 | CONDITIONAL TRANSFER ORDER (CTO–26) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 CTO–26 Schedule w/NDAL case number)(AVC) (Entered: 04/08/2016) |
| 04/08/2016 | 583 | NOTICE That Its Answer and Affirmative Defenses to Subscriber Plaintiffs' Amended Consolidated Class Action Complaint Applies to Newly Filed Subscriber Track Complaints by USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield. (Naranjo, Michael) (Entered: 04/08/2016) |

| 04/13/2016 | 584 | ORDER AMENDING DISCOVERY ORDER No. 1. Signed by Magistrate Judge T Michael Putnam on 4/13/2016. (AVC) (Entered: 04/13/2016) |
| 04/13/2016 | 585 | DISCOVERY ORDER No. 21. Signed by Magistrate Judge T Michael Putnam on 4/13/2016. (AVC) (Entered: 04/13/2016) |
| 04/13/2016 | 586 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, April 28, 2016, at 2:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on April 13, 2016. (AMP) (Entered: 04/13/2016) |
| 04/14/2016 | 587 | Joint MOTION To Enter Order Authorizing Disclosure of Certain Personally Identifiable Information by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 04/14/2016) |
| 04/14/2016 | 588 | Opposed MOTION to Compel Defendant Blue Cross and Blue Shield of Alabama to Produce Materials Related to the Drummond Litigation by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A – Part 1, # 2 Exhibit A – Part 2, # 3 Exhibit A – Part 3, # 4 Exhibit B)(Whatley, Joe) (Entered: 04/14/2016) |
| 04/14/2016 | 589 | MOTION to Compel Plaintiffs to Comply with the ESI Protocol or, in the Alternative, for a Protective Order by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Zeiger, Jeffrey) (Entered: 04/14/2016) |
| 04/15/2016 | 590 | ORDER AUTHORIZING DISCLOSURE OF CERTAIN PERSONALLY IDENTIFIABLE INFORMATION–granting Motion 587 . Signed by Magistrate Judge T Michael Putnam on 4/15/2016. (AVC) (Entered: 04/15/2016) |
| 04/18/2016 | 591 | Opposed MOTION for a Protective Order Requiring any Party to Receive Leave of the Court Before Serving Discovery on Absent Class Members by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 04/18/2016) |
| 04/18/2016 | 592 | Brief in Support of 591 Opposed Motion for a Protective Order Requiring any Party to Receive Leave of the Court Before Serving Discovery on Absent Class Members. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Ragsdale, Barry) (Entered: 04/18/2016) |
| 04/19/2016 | 593 | CONDITIONAL TRANSFER ORDER (CTO–27) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 CTO–27 Schedule w/NDAL case number)(AVC) (Entered: 04/19/2016) |
| 04/19/2016 | 594 | DISCOVERY ORDER No. 22. Signed by Magistrate Judge T Michael Putnam on 4/19/2016. (AVC) (Entered: 04/19/2016) |
| 04/20/2016 | 595 | NOTICE of Change of Address by Archie C Lamb, Jr (Lamb, Archie) (Entered: 04/20/2016) |
| 04/20/2016 | 596 | AMENDED Brief in Support of 591 Opposed Motion for a Protective Order Requiring any Party to Receive Leave of the Court Before Serving Discovery on Absent Class Members. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Ragsdale, Barry) (Entered: 04/20/2016) |

| 04/21/2016 | 597 | DISCOVERY ORDER No. 23 regarding 562 Motion to Compel ; Except as provided herein, the motion to compel is DENIED in all other respects.. Signed by Magistrate Judge T Michael Putnam on 4/21/2016. (KAM, ) (Entered: 04/21/2016) |
|---|---|---|
| 04/22/2016 | 598 | DISCOVERY ORDER No. 24–denying 563 Motion to Compel. Signed by Magistrate Judge T Michael Putnam on 4/22/2016. (AVC) (Entered: 04/22/2016) |
| 04/25/2016 | 599 | ORDER –This case is SET for a status conference on 8/11/2016 at 9:00a.m., in Courtroom 7A of the Hugo L Black US Courthouse. By 8/5/2016, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 4/25/2016. (AVC) (Entered: 04/25/2016) |
| 04/25/2016 | 600 | JOINT Opposition to 589 Motion to Compel or, in the Alternative, For a Protective Order filed by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 04/25/2016) |
| 04/25/2016 | 601 | RESPONSE to 588 Provider Plaintiffs' Motion to Compel Production of All Discovery from the Drummond Litigation filed by Defendants' Counsel. (Burkhalter, Carl) (Entered: 04/25/2016) |
| 04/25/2016 | 602 | RESPONSE to 591 Opposed Motion for a Protective Order Requiring any Party to Receive Leave of the Court Before Serving Discovery on Absent Class Members filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – 4/13/16 Cottrell Letter to Ragsdale & Brown, # 2 Exhibit B – 4/12/16 Notice of Document Subpoena to UnitedHealth Grp. Inc., # 3 Exhibit C – 4/8/16 Cottrell Letter to Ragsdale & Brown)(Zott, David) (Entered: 04/25/2016) |
| 04/28/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 4/28/2016; arguments by counsel on motions (docs 588 , 589 , & 591 ) (Court Reporter Julie Martin.) (ASL) (Entered: 04/28/2016) |
| 05/06/2016 | 603 | CONDITIONAL TRANSFER ORDER (CTO–28) from Judicial Panel on MDL 2406 transferring 3 actions to the Northern District of Alabama. (Attachments: # 1 CTO–28 Schedule with NDAL Case Numbers)(AVC) (Entered: 05/06/2016) |
| 05/09/2016 | 604 | Transcript of Proceedings held on April 28, 2016, before Judge T Michael Putnam. Court Reporter/Transcriber Julie A. Martin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/30/2016. Redacted Transcript Deadline set for 6/9/2016. Release of Transcript Restriction set for 8/8/2016. (MRR, ) (Entered: 05/09/2016) |
| 05/11/2016 | 605 | CONDITIONAL TRANSFER ORDER (CTO–29) from Judicial Panel on MDL 2406 transferring 2 actions to the Northern District of Alabama (Attachments: # 1 CTO–29 Schedule with NDAL case numbers)(AVC) (Entered: 05/11/2016) |
| 05/12/2016 | 606 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, May 26, 2016, at 2:00 PM in Courtroom 3B of the Hugo |

| | | |
|---|---|---|
| | | L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on May 12, 2016. (AMP) (Entered: 05/12/2016) |
| 05/12/2016 | 607 | Plaintiffs' MOTION to Amend Discovery Order No. 14 by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 05/12/2016) |
| 05/12/2016 | 608 | Brief in Support of 607 Plaintiffs' Motion to Amend Discovery Order No. 14 filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 05/12/2016) |
| 05/12/2016 | 609 | MOTION To Amend Discovery Order No. 1 by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hoover, Craig) (Entered: 05/12/2016) |
| 05/12/2016 | 610 | Provider Plaintiffs' MOTION to Compel Defendants National Account Service Company LLC and Consortium Health Plans, Inc. to Produce Documents and Disclosures and to Set the Time Period for NASCO and CHP's Production in the Accelerated Alabama Case by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Text of Proposed Order)(Whatley, Joe) (Entered: 05/12/2016) |
| 05/12/2016 | 611 | MOTION to Compel Defendant Blue Cross and Blue Shield of Alabama to Produce Post−2013 Materials Related to Hospital Tiering and Provider Contract Cancellations and For Clarification of Discovery Order No. 18 by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Text of Proposed Order)(Whatley, Joe) (Entered: 05/12/2016) |
| 05/13/2016 | 612 | TEXT ORDER re 589 Motion of Health Care Service Corporation and Caring for Montanans, Inc., to Compel Plaintiffs to Comply with the ESI Protocol or, in the Alternative, for a Protective Order. The court has been informed by the parties that the matter has been resolved and, accordingly, the motion is MOOT. Signed by Magistrate Judge T Michael Putnam on May 13, 2016. (AMP) (Entered: 05/13/2016) |
| 05/16/2016 | 613 | DISCOVERY ORDER No. 25 denying the Motion to Compel 588 . Signed by Magistrate Judge T Michael Putnam on 5/13/2016. (AVC) (Entered: 05/16/2016) |
| 05/16/2016 | 614 | NOTICE of Supplemental Authority by Plaintiffs' Counsel (Whatley, Joe) (Entered: 05/16/2016) |
| 05/17/2016 | 615 | Subscriber Plaintiffs' MOTION to Compel Defendant Blue Cross Blue Shield of Alabama to Produce Organizational Charts by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Ragsdale, Barry) (Entered: 05/17/2016) |
| 05/17/2016 | 616 | DISCOVERY ORDER No. 26− granting 591 Motion for a Protective Order. Signed by Magistrate Judge T Michael Putnam on 5/17/2016. (AVC) (Entered: 05/17/2016) |
| 05/19/2016 | 617 | Joint MOTION for Order Regarding Court Reporters by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Wood, Edward) (Entered: 05/19/2016) |
| 05/23/2016 | 618 | ORDER granting Joint Motion for Order Regarding Court Reporters 617 . This Order shall apply to all depositions taken by court reporters contracted in the Blue Cross Blue Shield Antitrust Litigation in cases that are currently pending in MDL |

| | | |
|---|---|---|
| | | No. 2406. Signed by Magistrate Judge T Michael Putnam on 5/23/2016. (AVC) (Entered: 05/23/2016) |
| 05/23/2016 | 619 | RESPONSE to 609 MOTION To Amend Discovery Order No. 1 filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Whatley, Joe) (Entered: 05/23/2016) |
| 05/23/2016 | 620 | OPPOSITION to 607 Plaintiffs' Motion to Amend Discovery Order No. 14 filed by Defendants' Counsel. (Attachments: # 1 Exhibit Exhibit 1– Provider Plaintiffs' Subpoena to United)(Hoover, Craig) (Entered: 05/23/2016) |
| 05/23/2016 | 621 | Opposition to 611 Plaintiffs' Motion to Compel Production of Post–2013 Materials filed by Defendants' Counsel. (Burkhalter, Carl) (Entered: 05/23/2016) |
| 05/24/2016 | 622 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from March 1, 2016 through April 30, 2016 in this matter relating solely to services provided to the Plaintiffs. Signed by Judge R David Proctor on 5/24/2016. (AVC) (Entered: 05/24/2016) |
| 05/24/2016 | 623 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from March 1, 2016 through April 30, 2016 in this matter as it relates to services rendered for both sides of the case. Signed by Judge R David Proctor on 5/24/2016. (AVC) (Entered: 05/24/2016) |
| 05/24/2016 | 624 | RESPONSE to 615 Motion to Compel Production of Organizational Charts filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Burkhalter, Carl) (Entered: 05/24/2016) |
| 05/26/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 5/26/2016; discovery updates; arguments by counsel on motions docs 611 and 615 ; hrg adj (Court Reporter Teresa Roberson.) (ASL) (Entered: 05/26/2016) |
| 05/27/2016 | 625 | DISCOVERY ORDER NO. 27 granting 615 Motion to Compel as set out in this order. Signed by Magistrate Judge T Michael Putnam on 5/27/2016. (KAM, ) (Entered: 05/27/2016) |
| 05/27/2016 | 626 | Joint MOTION to Amend Discovery Order Nos. 1 and 3 by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 05/27/2016) |
| 05/31/2016 | 627 | TEXT ORDER re 610 Provider Plaintiffs' Motion to Compel Defendants National Account Service Company, LLC and Consortium Health Plans, Inc. to Produce Documents and Disclosures and to set the Time Period for NASCO and CHP's Production in the Accelerated Alabama Case. The court has been informed by the parties that the matter has been resolved and, accordingly, the motion is MOOT. Signed by Magistrate Judge T Michael Putnam on May 31, 2016. (AMP) (Entered: 05/31/2016) |
| 05/31/2016 | 628 | ORDER AMENDING DISCOVERY ORDER Nos. 1 AND 3– The parties Joint Motion to Amend Discovery Orders No. 1 and 3 626 is GRANTED. Motions 607 and 609 are MOOT. This order supersedes the December 23, 2015 (Doc. 502 ) and April 13, 2016 (Doc. 584 ) orders amending Discovery Order No. 1. All other dates and provisions in Discovery Order No. 1 remain in place. Signed by Magistrate Judge T Michael Putnam on 5/31/2016. (AVC) (Entered: 05/31/2016) |
| 05/31/2016 | 629 | |

| | | |
|---|---|---|
| | | MOTION to Reconsider Discovery Order No. 26. 616 by Defendants' Counsel. (Campbell, Andrew) (Entered: 05/31/2016) |
| 05/31/2016 | 630 | MOTION for Extension of Time to File Objections Under Federal Rule of Civil Procedure 72, or, alternatively to Treat Their Motion for Reconsideration as a Rule 72 Objection by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Campbell, Andrew) (Entered: 05/31/2016) |
| 06/01/2016 | 631 | Transcript of Proceedings held on 5/26/2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number (205) 492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 6/22/2016. Redacted Transcript Deadline set for 7/4/2016. Release of Transcript Restriction set for 8/30/2016. (Attachments: # 1 certification page) (AVC) (Entered: 06/01/2016) |
| 06/01/2016 | 632 | **TEXT ORDER** – This matter is before the court on Defendants' Motion for Extension of Time to File Objections Under Federal Rule of Civil Procedure 72, or, Alternatively, to Treat Their Motion for Reconsideration as a Rule 72 Objection. 630 . The Motion 630 is **GRANTED IN PART**. The deadline to object to Discovery Order No. 26 is **EXTENDED until fourteen days** after the Magistrate Judge's ruling on Defendants' Motion to Reconsider Discovery Order No. 26. 629 . Signed by Judge R David Proctor on 6/1/2016. (AVC) (Entered: 06/01/2016) |
| 06/02/2016 | 633 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, June 30, 2016, at 12:30 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on June 2, 2016. (AMP) (Entered: 06/02/2016) |
| 06/10/2016 | 634 | NOTICE of Supplemental Response to 629 Motion to Reconsider Discovery Order No. 26. filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Campbell, Andrew) (Entered: 06/10/2016) |
| 06/13/2016 | 635 | Subscriber Plaintiffs' Report Concerning Filed Rate Discovery by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 06/13/2016) |
| 06/16/2016 | 636 | MOTION to Compel Plaintiffs to Produce Structured Data by Defendants' Counsel. (Attachments: # 1 Exhibit A–H)(Malatesta, John) (Entered: 06/16/2016) |
| 06/16/2016 | 637 | MOTION to Compel Defendant Blue Cross and Blue Shield of Alabama to Produce Structured Data Dating Between 1995 and 2004 by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Whatley, Joe) (Entered: 06/16/2016) |
| 06/16/2016 | 638 | MOTION to Compel Defendant Capital Bluecross to Designate Former CEOs Anita Smith and William Lehr as Production Custodians and to Compel Production of |

| | | |
|---|---|---|
| | | Certain Documents by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Text of Proposed Order)(Ragsdale, Barry) (Entered: 06/16/2016) |
| 06/16/2016 | 639 | ***Document Sealed –Notice of Filing Exhibits Under Seal in Support of 636 Motion to Compel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (AVC) (Entered: 06/17/2016) |
| 06/17/2016 | 640 | CONDITIONAL TRANSFER ORDER (CTO–30) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 CTO–30 Schedule w/NDAL case number)(AVC) (Entered: 06/17/2016) |
| 06/20/2016 | 641 | AMENDMENT TO DISCOVERY ORDER No. 26–re: Motion to Reconsider Discovery Order No. 26 629 . Discovery Order No. 26 is AMENDED as set out. In all other respects the motion to reconsider Discovery Order No. 26 is DENIED. Signed by Magistrate Judge T Michael Putnam on 6/20/2016. (AVC) (Entered: 06/20/2016) |
| 06/22/2016 | 642 | Joint MOTION to Modify Discovery Order and Briefing Schedule 533 by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Zott, David) (Entered: 06/22/2016) |
| 06/22/2016 | 643 | ORDER –The status conference previously set for 8/11/2016, is hereby RE–SET for 11/4/2016 at 9:30a.m., in Courtroom 7A of the Hugo L Black US Courthouse. By 10/28/2016, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 6/22/2016. (AVC) (Entered: 06/22/2016) |
| 06/22/2016 | 644 | ORDER–The Joint Motion to Modify the Court's January 22, 2016 Discovery Order and Briefing Schedule 642 is GRANTED. It is ORDERED that Consortium and NASCO will file any motions and their opening brief by 7/1/2016; Provider Plaintiffs will file any opposition papers by 8/8/2016; Consortium and NASCO will file any reply papers by 8/29/2016. Signed by Judge R David Proctor on 6/22/2016. (AVC) (Entered: 06/22/2016) |
| 06/24/2016 | 645 | MOTION for an Extension of the Deadline to File Motions To Quash by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 06/24/2016) |
| 06/27/2016 | 646 | RESPONSE to 645 Motion for Extension of the Deadline to File Motions To Quash filed by Defendants' Counsel. (Zott, David) (Entered: 06/27/2016) |
| 06/27/2016 | 647 | TEXT ORDER granting 645 Plaintiffs' Motion for an Extension of Time to File Motions to Quash. The plaintiffs shall have until and including June 30, 2016, to file Motions to Quash. Signed by Magistrate Judge T Michael Putnam on June 27, 2016. (AMP) (Entered: 06/27/2016) |
| 06/27/2016 | 648 | Opposition to 638 Motion to Compel Designation of Certain Custodians and Production of Certain Information From Capital BlueCross filed by Defendants' Counsel. (Attachments: # 1 Exhibits A through K (Discovery Correspondence))(Payne, Joshua) (Entered: 06/27/2016) |
| 06/27/2016 | 649 | Provider Plaintiffs' Response to 636 Motion to Compel Plaintiffs to Produce Structured Data filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Whatley, |

152

| | | Joe) (Entered: 06/27/2016) |
|---|---|---|
| 06/27/2016 | 650 | RESPONSE to 637 Motion to Compel Production of Structured Data for the Period of 1995–2004 filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Burkhalter, Carl) (Entered: 06/27/2016) |
| 06/29/2016 | 651 | MOTION to Withdraw as Attorney by Triple S – Salud, Inc.. (Hernandez–Burgos, Carlos) (Entered: 06/29/2016) |
| 06/29/2016 | 652 | STATUS REPORT on Filed Rate Discovery by Blue Cross Blue Shield of Alabama by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Priester, James) (Entered: 06/29/2016) |
| 06/29/2016 | 653 | JOINT STATUS REPORT Regarding Post–2013 Discovery by Defendants' Counsel. (Burkhalter, Carl) (Entered: 06/29/2016) |
| 06/30/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 6/30/2016; discovery updates; arguments by counsel on motions docs 637 and 638; hrg adj (Court Reporter Teresa Roberson.) (ASL) (Entered: 06/30/2016) |
| 06/30/2016 | 654 | Provider Plaintiffs' MOTION to Quash Subpoenas to Proposed Class Members by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Whatley, Joe) (Entered: 06/30/2016) |
| 06/30/2016 | 655 | NOTICE of Change of Address by Brian K Norman (Norman, Brian) (Entered: 06/30/2016) |
| 06/30/2016 | 656 | Subscriber Plaintiffs' MOTION to Quash Third Party Subpoenas by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Text of Proposed Order)(Ragsdale, Barry) (Entered: 06/30/2016) |
| 07/01/2016 | 657 | Transcript of Proceedings held on 6/30/2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number (205) 492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/22/2016. Redacted Transcript Deadline set for 8/1/2016. Release of Transcript Restriction set for 9/29/2016. (Attachments: # 1 certification page) (AVC) (Entered: 07/01/2016) |
| 07/01/2016 | 658 | MOTION for Summary Judgment *on Behalf of Defendants National Account Service Company LLC and Consortium Health Plans, Inc.* by Defendants' Counsel. (Attachments: # 1 Brief In Support Of Motion, # 2 Exhibit Index, # 3 Exhibit 1 – 5/3/2016 30(b)(6) NASCO Deposition Redacted, # 4 Exhibit 5 – 5/25/2016 30(b)(6) CHP Deposition Redacted, # 5 Exhibit 7 – CHP Plans Ownership History, # 6 Exhibit 8 – CHP Capabilities Book (Pages i–35), # 7 Exhibit 9 – CHP Capabilities Book (Pages 36–40) Redacted, # 8 Exhibit 10 – CHP and BCBSA National Account Support Agreement, # 9 Exhibit 11 – CHP Certificate of Incorporation, # |

| | | |
|---|---|---|
| | | 10 Exhibit 16 – Gulf States v. Nucor Special Master Report)(Zott, David) (Entered: 07/01/2016) |
| 07/01/2016 | 659 | ***Document Sealed–Notice of Filing Under Seal Certain Exhibits to National Account Service Company LLC and Consortium Health Plans, Inc. Motion for Summary Judgment 658 –Pursuant to Protective Order 550 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 Part 1, # 7 Exhibit 6 Part 2, # 8 Exhibit 9, # 9 Exhibit 12, # 10 Exhibit 13, # 11 Exhibit 14, # 12 Exhibit 15) (AVC) (Entered: 07/01/2016) |
| 07/01/2016 | 660 | DISCOVERY ORDER No. 28–re: Motion to Compel Plaintiffs to Produce Structured Data 636 . Plaintiffs are DIRECTED to comply with the production schedule as set out. Signed by Magistrate Judge T Michael Putnam on 7/1/2016. (AVC) (Entered: 07/01/2016) |
| 07/05/2016 | 661 | DISCOVERY ORDER No. 29–The motion to compel Capital Blue Cross to designate Anita Smith and William Lehr as production custodians and to produce documents related to executive compensation 638 is GRANTED. Signed by Magistrate Judge T Michael Putnam on 7/5/2016. (AVC) (Entered: 07/05/2016) |
| 07/05/2016 | 662 | RESPONSE to 654 Motion to Quash Subpoenas to Proposed Class Members filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – 4/28/2016 Hearing Transcript, # 2 Exhibit 2 – Defendants' Subpoena to Samford University, # 3 Exhibit 3 – 3/31/2016 C. Cottrell Letter to B. Ragsdale, # 4 Exhibit 4 – 4/8/2016 C. Cottrell Letter to T. Brown, # 5 Exhibit 5 – 6/9/2016 C. Cottrell Letter to B. Ragsdale, # 6 Exhibit 6 – 6/10/2016 M. Jones Email to Counsel, # 7 Exhibit 7 – 6/14/2016 B. Ragsdale Letter to C. Cottrell, # 8 Exhibit 8 – 6/16/2016 B. Ragsdale Letter to C. Cottrell, # 9 Exhibit 9 – 6/24/2016 C. Cottrell Email to B. Ragsdale, # 10 Exhibit 10 – 4/13/2016 C. Cottrell Letter to T. Brown, # 11 Exhibit 11 – Defendants' Deposition Subpoena to Provider Plaintiffs, # 12 Exhibit 12 – Defendants' Request for Production to Subscriber Plaintiffs, # 13 Exhibit 13 – Defendants' Deposition Subpoena to Subscriber Plaintiffs, # 14 Exhibit 14 – Defendants' Request for Production to Provider Plaintiffs, # 15 Exhibit 15 – Plaintiffs' Request for Production to Milliman, Inc., # 16 Exhibit 16 – 6/3/2016 K. West Letter to B. Ragsdale, # 17 Exhibit 17 – 6/30/2016 Hearing Transcript, # 18 Exhibit 18 – Plaintiffs' Requests for Production to All Defendants)(Zott, David) (Entered: 07/05/2016) |
| 07/05/2016 | 663 | Rule 72 Objection to Discovery Order No. 26 616 by Blue Defendants' Counsel. (Campbell, Andrew) (Entered: 07/05/2016) |
| 07/06/2016 | 664 | MOTION for Leave to File Under Seal by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 07/06/2016) |
| 07/07/2016 | 665 | ORDER REGARDING REVISED SEALING PROCEDURES–Plaintiffs' Motion for Leave to File Under Seal 664 is GRANTED. The parties shall comply with this order as further set out. Signed by Judge R David Proctor on 7/7/2016. (AVC) (Entered: 07/07/2016) |
| 07/12/2016 | 666 | BRIEFING SCHEDULE ON OBJECTION TO DISCOVERY ORDER NO. 26 663 Rule 72 Objection to Discovery Order No. 26 616 –Any response to the Objection SHALL be filed by 7/26/2016. Any reply in support of the Objection SHALL be filed by 8/2/2016. Signed by Judge R David Proctor on 7/12/2016. (AVC) (Entered: 07/12/2016) |

| 07/14/2016 | 667 | **TEXT ORDER** – This matter is **SET** for a telephone conference at **3:00 p.m. on Monday, August 8, 2016**, to discuss scheduling matters related to Defendants' Motion for Summary Judgment based on the Filed Rate Doctrine 523 . The Special Master will provide a call in number for the conference. Signed by Judge R David Proctor on 7/13/2016. (AVC) (Entered: 07/14/2016) |
|---|---|---|
| 07/15/2016 | 668 | Defendants' Supplemental Filing in Support of 663 Their Rule 72 Objection to Discovery Order No. 26 filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – Plaintiffs' Letter to Perdido Beach Resort)(Zott, David) (Entered: 07/15/2016) |
| 07/18/2016 | 669 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, July 28, 2016, at 2:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on July 18, 2016. (AMP) (Entered: 07/18/2016) |
| 07/20/2016 | 670 | MOTION to Compel Defendant Blue Cross and Blue Shield of Alabama to Produce Post–2013 Unstructured Data by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Whatley, Joe) (Entered: 07/20/2016) |
| 07/22/2016 | 671 | CONDITIONAL TRANSFER ORDER (CTO–31) from Judicial Panel on MDL 2406 transferring 1 action to the Northern District of Alabama. (Attachments: # 1 CTO–31 Schedule with NDAL case number)(AVC) (Entered: 07/22/2016) |
| 07/25/2016 | 672 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2016 through June 30, 2016. Signed by Judge R David Proctor on 7/25/2016. (AVC) (Entered: 07/25/2016) |
| 07/25/2016 | 673 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2016 through June 30, 2016. Signed by Judge R David Proctor on 7/25/2016. (AVC) (Entered: 07/25/2016) |
| 07/26/2016 | 674 | DISCOVERY ORDER No. 30–The Motion to Compel 637 is GRANTED IN PART with respect to structured data created after January 1, 2000 and BCBS–AL is DIRECTED to produce such data within sixty (60) days. The motion to compel is otherwise DENIED. Signed by Magistrate Judge T Michael Putnam on 7/26/2016. (AVC) (Entered: 07/26/2016) |
| 07/26/2016 | 675 | Provider Plaintiffs' RESPONSE in Opposition to 663 Rule 72 Objection to Discovery Order No. 26 filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 07/26/2016) |
| 07/26/2016 | 676 | Subscriber Plaintiffs' Opposition to 663 Rule 72 Objection to Discovery Order No. 26 filed by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 07/26/2016) |
| 07/26/2016 | 677 | Blue Cross and Blue Shield of Alabama's RESPONSE to 670 Motion to Compel Post–2013 Unstructured Data filed by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 07/26/2016) |
| 07/28/2016 |  | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 7/28/2016; discovery updates; arguments by counsel on motions docs 611, 654, 656 & 670; hrg adj. (Court Reporter Teresa Roberson.) (ASL) (Entered: 07/28/2016) |

| | | |
|---|---|---|
| 07/29/2016 | 678 | ORDER–Pursuant to discussions held during the 7/28/2016 conference, it is ORDERED that by 8/8/2016, the pltfs and dft BCBS–AL shall submit a joint status report regarding post–2013 discovery. By 8/3/2016, the parties shall notify all subpoenaed non–parties that any objections to the subpoenas must be filed with the court by 8/10/2016 and that arguments on the objections will be heard by the court on 8/17/2016 at 1:00p.m., in Courtroom 3B of the Hugo L. Black U.S. Courthouse. The parties are directed to certify to the court by 8/5/2016, that notification of all subpoenaed nonparties of the objection deadline has occurred. By 8/10/2016, the parties shall submit a joint proposal of language to be included with any future nonparty subpoenas. A hearing regarding filed–rate discovery is set for 8/17/2016 at 9:00a.m., in Courtroom 3B of the Hugo L Black US Courthouse. The parties submit simultaneous briefs regarding filed–rate discovery by 8/8/2016. Responses are due by 8/15/2016. Signed by Magistrate Judge T Michael Putnam on 7/29/2016. (AVC) (Entered: 07/29/2016) |
| 08/01/2016 | 679 | Transcript of Proceedings held on 7/28/2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number (205) 492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/22/2016. Redacted Transcript Deadline set for 9/1/2016. Release of Transcript Restriction set for 10/31/2016. (Attachments: # 1 certification page) (AVC) (Entered: 08/01/2016) |
| 08/02/2016 | 680 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Wednesday, August 17, 2016, at 3:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2. of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on August 2, 2016. (AMP) (Entered: 08/02/2016) |
| 08/02/2016 | 681 | REPLY in Support of 663 Defendants' Rule 72 Objection to Discovery Order No. 26 filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Campbell, Andrew) (Entered: 08/02/2016) |
| 08/05/2016 | 682 | Supplemental Filing Regarding Notice of Objections. (Attachments: # 1 Exhibit 1 – Defendants' Notices to Subpoena Targets re Objection Schedule)(Cottrell, Christa) (Entered: 08/05/2016) |
| 08/05/2016 | 683 | Subscriber Plaintiffs' MOTION for an Order to Show Cause by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 08/05/2016) |
| 08/05/2016 | 684 | Brief in Support of 683 Subscriber Plaintiffs' Motion for an Order to Show Cause. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 (filed under seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (filed under seal), # 10 Exhibit 10 (filed under seal), # 11 Exhibit 11 (filed under seal), # 12 Exhibit 12 (filed under seal), # 13 Text of Proposed Order)(Ragsdale, Barry) (Entered: 08/05/2016) |

| 08/05/2016 | 685 | ***Document Sealed –Subscriber Plaintiffs' Notice of Filing Under Seal Exhibits to Memorandum in Support of Subscriber Plaintiffs' Motion for an Order to Show Cause. (Attachments: # 1 Exhibit 3, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 12) (AVC) (Entered: 08/08/2016) |
|---|---|---|
| 08/08/2016 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Conference held on 8/8/2016. (Court Reporter Leah Turner.) (KLL) (Entered: 08/08/2016) |
| 08/08/2016 | 686 | JOINT STATUS REPORT Regarding Post–2013 Discovery by Plaintiffs' Counsel. (Brown, W) (Entered: 08/08/2016) |
| 08/08/2016 | 687 | Subscriber Plaintiffs' STATUS REPORT on Filed Rate Discovery by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 08/08/2016) |
| 08/08/2016 | 688 | Blue Cross Blue Shield of Alabama's STATUS REPORT on Filed Rate Discovery by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 08/08/2016) |
| 08/08/2016 | 689 | ***Document Sealed –Brief in Opposition to 658 Defendants National Account Service Company LLC and Consortium Health Plans, Inc.'s Motion for Summary Judgment. (Attachments: # 1 Notice, # 2 Exhibit Index, # 3 Exhibit 1 Part 1, # 4 Exhibit 1 Part 2, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4 Part 1, # 8 Exhibit 4 Part 2, # 9 Exhibit 4 Part 3, # 10 Exhibit 4 Part 4, # 11 Exhibit 4 Part 5, # 12 Exhibit 4 Part 6, # 13 Exhibit 4 Part 7, # 14 Exhibit 4 Part 8, # 15 Exhibit 4 Part 9, # 16 Exhibit 4 Part 10, # 17 Exhibit 4 Part 11, # 18 Exhibit 4 Part 12, # 19 Exhibit 4 Part 13, # 20 Exhibit 4 Part 14, # 21 Exhibit 4 Part 15, # 22 Exhibit 4 Part 16, # 23 Exhibit 4 Part 17, # 24 Exhibit 4 Part 18, # 25 Exhibit 4 Part 19, # 26 Exhibit 4 Part 20, # 27 Exhibit 5, # 28 Exhibit 6, # 29 Exhibit 7, # 30 Exhibit 8, # 31 Exhibit 9, # 32 Exhibit 10, # 33 Exhibit 11 Part 1, # 34 Exhibit 11 Part 2, # 35 Exhibit 12, # 36 Exhibit 13, # 37 Exhibit 14, # 38 Exhibit 15, # 39 Exhibit 16, # 40 Exhibit 17, # 41 Exhibit 18, # 42 Exhibit 19, # 43 Exhibit 20, # 44 Exhibit 21, # 45 Exhibit 22, # 46 Exhibit 23, # 47 Exhibit 24 Part 1, # 48 Exhibit 24 Part 2, # 49 Exhibit 25, # 50 Exhibit 26, # 51 Exhibit 27, # 52 Exhibit 28, # 53 Exhibit 29, # 54 Exhibit 30, # 55 Exhibit 31, # 56 Exhibit 32, # 57 Exhibit 33, # 58 Exhibit 34, # 59 Exhibit 35, # 60 Exhibit 36) (AVC) (Entered: 08/09/2016) |
| 08/10/2016 | 690 | ORDER REGARDING VARIOUS MATTERS AND BRIEFING SCHEDULE ON FILED RATE MOTION– Because BCBSAL anticipates filing a revised Motion on the filed rate doctrine, Motion 523 is terminated. The briefing scheduling set out SHALL apply to BCBSAL's revised Motion for Partial Summary Judgment on the filed rate doctrine. This case is SET for a status conference and hearing on 11/29/2016 at 9:30a.m. in Courtroom 7A of the Hugo L. Black U.S. Courthouse. On 11/18/2016, the parties SHALL submit a joint report containing a proposed agenda of any additional items the parties wish to be addressed during the 11/29/2016 status conference and hearing. Signed by Judge R David Proctor on 8/9/2016. (AVC) (Entered: 08/10/2016) |
| 08/10/2016 | 691 | **TEXT ORDER** – In light of the court's Order setting a status conference and hearing for November 29, 2016 690 , the status conference previously set for November 4, 2016 is **CANCELED**. Signed by Judge R David Proctor on 8/10/2016. (AVC) (Entered: 08/10/2016) |
| 08/10/2016 | 692 | OBJECTION to 678 Subpoena filed by Grandview Medical Center. (Attachments: # 1 Affidavit of Jane Northcutt)(Mays, Joseph) (Entered: 08/10/2016) |

| 08/10/2016 | 693 | Non–Party Objections and Motion to Quash Subpoenas by Health Care Authority of the City of Huntsville. (Kelly, Jeffrey) (Entered: 08/10/2016) |
|---|---|---|
| 08/10/2016 | 694 | Brief in Support of 693 Objections and Motion to Quash Subpoenas by Health Care Authority of the City of Huntsville. (Kelly, Jeffrey) (Entered: 08/10/2016) |
| 08/10/2016 | 695 | Non–Party Objections and Motion to Quash Subpoenas by Russellville Hospital, Inc. (Kelly, Jeffrey) (Entered: 08/10/2016) |
| 08/10/2016 | 696 | JOINT Filing Regarding Proposed Language for Letters Accompanying Future Subpoenas to Potential Absent Class Members re: Order 678 . (Cottrell, Christa) (Entered: 08/10/2016) |
| 08/10/2016 | 697 | OBJECTIONS of Non–Party to Subpoena by Regions Bank. (Pennington, James) (Entered: 08/10/2016) |
| 08/10/2016 | 698 | OBJECTION and Motion to Quash Subpoenas by Andrews Sports Medicine and Orthopaedic Center, LLC. (Attachments: # 1 Exhibit Document Subpoena, # 2 Exhibit Deposition Subpoena, # 3 Affidavit Declaration of L Warren)(Wilson, Benjamin) (Entered: 08/10/2016) |
| 08/10/2016 | 699 | Brief in Support of Objection and Motion to Quash 698 filed by Andrews Sports Medicine and Orthopaedic Center, LLC. (Wilson, Benjamin) (Entered: 08/10/2016) |
| 08/10/2016 | 700 | Opposition to Subpoenas Duces Tecum and Subpoena to Testify at a Rule 30(b)(6) Deposition filed by John B. Waits. (Attachments: # 1 Affidavit of Dr. Waits)(Brown, W) (Entered: 08/10/2016) |
| 08/11/2016 | 701 | JOINT STATUS REPORT Regarding Post–2013 Discovery by Plaintiffs' Counsel. (Brown, W) (Entered: 08/11/2016) |
| 08/15/2016 | 702 | Transcript of Proceedings held on 8/8/2016, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/5/2016. Redacted Transcript Deadline set for 9/15/2016. Release of Transcript Restriction set for 11/14/2016. (AVC) (Entered: 08/15/2016) |
| 08/15/2016 | 703 | REPLY to Response to Motion re 656 Subscriber Plaintiffs' MOTION to Quash Third Party Subpoenas, 654 Provider Plaintiffs' MOTION to Quash Subpoenas to Proposed Class Members filed by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 08/15/2016) |
| 08/15/2016 | 704 | RESPONSE to 687 Subscriber Plaintiffs' Status Report on Filed Rate Discovery filed by Defendants' Counsel. (Attachments: # 1 Exhibit A–J)(Burkhalter, Carl) Modified on 8/17/2016 – sealed pursuant to text order # 711 (ASL). (Entered: 08/15/2016) |
| 08/15/2016 | 705 | |

158

| | | |
|---|---|---|
| | | CONSOLIDATED RESPONSE to Potential Class Member Subpoena Targets' Objections 692 , 693 , 694 , 695 , 698 , 699 , 700 Potential Class Member Subpoena Targets' Objections filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – Plaintiffs' Letters to Subpoena Targets, # 2 Exhibit 2 – Subpoena Target Letter to Defendants, # 3 Exhibit 3 – Request for Production Subpoena Excerpt)(Zott, David) (Entered: 08/15/2016) |
| 08/16/2016 | 706 | ***Document Sealed–Notice of Filing Under Seal Exhibits A–J to 704 Response to Subscriber Plaintiffs' Status Report on Filed Rate Discovery. (Attachments: # 1 Table of Contents, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J) (AVC) (Entered: 08/16/2016) |
| 08/16/2016 | 707 | CONSOLIDATED RESPONSE to Potential Class Member Subpoena Targets' Objections 692 , 693 , 694 , 695 , 699 , 700 . (Attachments: # 1 Exhibit 1 – Plaintiffs' Letters to Subpoena Targets, # 2 Exhibit 2 – Subpoena Target Letter to Defendants, # 3 Exhibit 3 – Request for Production Subpoena Excerpt)(Zott, David) (Entered: 08/16/2016) |
| 08/16/2016 | 708 | RESPONSE to re 707 *Non–Party Subpoena* filed by Grandview Medical Center. (Mays, Joseph) (Entered: 08/16/2016) |
| 08/17/2016 | 709 | RESPONSE to Discovery Request from Regions Bank by Regions Bank.(Pennington, James) (Entered: 08/17/2016) |
| 08/17/2016 | 710 | NOTICE of Appearance by George E Knox, Jr on behalf of Health Care Authority of the City of Huntsville, Russellville Hospital, Inc. (Knox, George) (Entered: 08/17/2016) |
| 08/17/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Hearing held on 8/17/2016; re Filed–Rate Discovery; hrg adj. (Court Reporter Sabrina Lewis.) (ASL) (Entered: 08/17/2016) |
| 08/17/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 8/17/2016: re 654 , 656 , 692 , 693 , 695 , 697 , 698 , 700 ; arguments by counsel; hrg adj (Court Reporter Sabrina Lewis) (ASL) (Entered: 08/17/2016) |
| 08/17/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 8/17/2016; discovery updates by counsel; oral motion to seal document number 704 , granted subject to Judge Proctor's decision on related issues; hrg adj. (Court Reporter Sabrina Lewis.) (ASL) (Entered: 08/17/2016) |
| 08/17/2016 | 711 | TEXT ORDER. Oral motion in open court to seal document number 704 is GRANTED subject to Judge Proctor's decision on related issues. Signed by Magistrate Judge T Michael Putnam on 8/17/16. (ASL) (Entered: 08/17/2016) |
| 08/18/2016 | 712 | TEXT ORDER. Pursuant to direction in the Discovery Status Conference held on August 17, 2016, the Subscriber Plaintiffs and defendant Blue Cross Blue Shield of Alabama shall have until Wednesday, August 24, 2016, to file simultaneous briefs addressing 1) whether the issue of the production of the Carden variance analysis is properly before the court, and 2)if so, whether the Carden analysis constitutes attorney work product. Response or reply briefs will not be accepted. Signed by Magistrate Judge T Michael Putnam on August 18, 2016. (AMP, ) (Entered: |

| | | |
|---|---|---|
| | | 08/18/2016) |
| 08/19/2016 | 713 | DISCOVERY ORDER No. 31. Signed by Magistrate Judge T Michael Putnam on 8/19/2016. (AVC) (Entered: 08/19/2016) |
| 08/19/2016 | 714 | OBJECTIONS and Motion to Quash Subpoena by Hometown Health Providers Insurance Company, Inc. (Attachments: # 1 Exhibit A–1, # 2 Exhibit A–2, # 3 Exhibit 3)(Brown, Jeffrey) (Entered: 08/19/2016) |
| 08/22/2016 | 715 | DISCOVERY ORDER NO. 32. Signed by Magistrate Judge T Michael Putnam on 8/22/2016. (AVC) (Entered: 08/22/2016) |
| 08/23/2016 | 716 | **TEXT ORDER**– This matter is before the court on the correspondence from the parties pursuant to the court's Order Regarding Revised Sealing Procedures 665 . In light of that correspondence, the Clerk of the Court is directed to unseal the following exhibits to Document 689: Notice (689–1), Exhibit Index (689–2), 2 (689–5), 5 (689–27), 10 (689–32), 11 (689–33 and 689–34), 12 (689–35), 14 (689–37), 15 (689–38), 16 (689–39), 17 (689–40), 18 (689–41), 19 (689–42), 20 (689–43), 22, (689–45), 25 (689–49) 26 (689–50) 27 (689–51) 28 (689–52) 29 (689–53), 31 (689–55), 34 (689–58), and 35 (689–59). This exercise has revealed that the court was correct that more documents than necessary were being requested to be sealed by the parties. Additionally, the parties **SHALL** undertake to further reduce the number of documents being sealed by, where possible, redacting unnecessary parts of the documents prior to filing rather than asking that the whole document be sealed. Signed by Judge R David Proctor on 8/23/2016. (AVC) (Entered: 08/23/2016) |
| 08/23/2016 | 717 | National Account Service Company LLC and Consortium Health Plans, Inc.'s Unopposed MOTION for Leave to File Joint Reply Brief in Excess of Ten Pages by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Zott, David) (Entered: 08/23/2016) |
| 08/24/2016 | 718 | **TEXT ORDER**–This matter is before the court on Defendants National Account Service Company LLC and Consortium Health Plans, Inc.s Unopposed Motion For Leave to File Joint Reply Brief in Excess of Ten Pages 717 . The Motion 717 is **GRANTED**. The reply brief from Defendants NASCO and CHP may contain up to 25 pages. Signed by Judge R David Proctor on 8/24/2016. (AVC) (Entered: 08/24/2016) |
| 08/24/2016 | 719 | MOTION to Unseal Document by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 08/24/2016) |
| 08/24/2016 | 720 | TEXT ORDER re 714 Non–Party Hometown Health Providers Insurance Company, Inc.'s Objections and Motion to Quash Subpoena. A response by provider plaintiffs may be filed within 7 days of this Order and shall be no more than 15 pages in length. Signed by Magistrate Judge T Michael Putnam on August 24, 2016. (AMP) (Entered: 08/24/2016) |
| 08/24/2016 | 721 | MOTION for a Two–Day Extension by Defendants' Counsel. (Burkhalter, Carl) (Entered: 08/24/2016) |
| 08/24/2016 | 722 | ***Document Sealed–Notice of Filing Under Seal Deposition to 719 Motion to Unseal. (Attachments: # 1 Deposition) (AVC) (Entered: 08/24/2016) |
| 08/24/2016 | 723 | TEXT ORDER granting 721 Defendant Blue Cross and Blue Shield of Alabama's Motion for Two–Day Extension. The Subscriber Plaintiffs and defendant Blue |

| | | |
|---|---|---|
| | | Cross and Blue Shield of Alabama shall have until Friday, August 26, 2016, to file simultaneous briefs as directed by Text Order 712 . Signed by Magistrate Judge T Michael Putnam on August 24, 2016. (AMP) (Entered: 08/24/2016) |
| 08/25/2016 | 724 | **TEXT ORDER**–The court has become aware that the schedule and process regarding maintaining documents under seal is somewhat unclear. The court does not contemplate that extensive briefing should be necessary on whether to maintain documents under seal. The court merely needs to determine whether there is a basis for maintaining documents under seal separate from any agreement between the parties. Also, because the parties must now meet and confer regarding filing documents under seal, the court contemplates that a response should be possible within the time frame designated for seeking to maintain documents under seal: three days. Signed by Judge R David Proctor on 8/25/2016. (AVC) (Entered: 08/25/2016) |
| 08/26/2016 | 725 | Subscriber Plaintiffs' Memorandum Seeking Complete Production of Defendant's Internal Variance Documents. (Attachments: # 1 Text of Proposed Order)(Hellums, Christopher) (Entered: 08/26/2016) |
| 08/26/2016 | 726 | Transcript of Proceedings held on August 17, 2016 9:00 am, before Judge T Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205)278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/16/2016. Redacted Transcript Deadline set for 9/26/2016. Release of Transcript Restriction set for 11/24/2016. (MRR, ) (Entered: 08/26/2016) |
| 08/26/2016 | 727 | Transcript of Proceedings held on August 17, 2016 1:00 pm and 3:00 pm, before Judge T Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205) 278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/16/2016. Redacted Transcript Deadline set for 9/26/2016. Release of Transcript Restriction set for 11/24/2016. (MRR, ) (Entered: 08/26/2016) |
| 08/26/2016 | 728 | Brief re 712 Order,, *Blue Cross Blue Shield of Alabama's Brief in Response to August 18, 2016 Order* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Burkhalter, Carl) (Entered: 08/26/2016) |
| 08/26/2016 | 729 | ***Document Sealed –Notice of Filing Under Seal Exhibits in Support of Brief 725 . (Attachments: # 1 Deposition Part 1, # 2 Deposition Part 2, # 3 Response to Subscriber Plaintiffs' Status Report, # 4 Request for Prodcution, # 5 Notice of |

| | | |
|---|---|---|
| | | Deposition, # 6 Letter, # 7 Deposition Part 1, # 8 Deposition Part 2, # 9 Deposition Part 3, # 10 Objection) (AVC) (Entered: 08/29/2016) |
| 08/29/2016 | 730 | NOTICE of Filing Corrected Exhibit re: 728 by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 08/29/2016) |
| 08/29/2016 | 731 | REPLY Brief in Support of 658 Motion for Summary Judgment filed by Defendants' Counsel. (Zott, David) (Entered: 08/29/2016) |
| 08/29/2016 | 732 | REPLY Brief filed by Defendant Defendants' Counsel re: 719 MOTION to Unseal Document filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – Part 1 of 3, # 2 Exhibit A – Part 2 of 3, # 3 Exhibit A – Part 3 of 3, # 4 Exhibit B)(Burkhalter, Carl) (Entered: 08/29/2016) |
| 08/29/2016 | 733 | AMENDED and RESTATED MOTION Based on Filed Rate Doctrine for Summary Judgment on the Alabama Subscribers' Damages Claims by Defendants' Counsel. (Priester, James) (Entered: 08/29/2016) |
| 08/29/2016 | 734 | JOINT Brief in Support of 733 Amended and Restated Motion Based on the Filed Rate Doctrine for Summary Judgment on the Alabama Subscribers' Damages Claims filed by Defendants' Counsel. (Priester, James) (Entered: 08/29/2016) |
| 08/29/2016 | 735 | Evidentiary Materials re: 734 Joint Brief in Support of Amended and Restated Motion Based on Filed Rate Doctrine for Summary Judgment on the Alabama Subscribers' Damages Claims. (Priester, James) (Entered: 08/29/2016) |
| 08/30/2016 | 736 | SECOND AMENDED RESPONSE to Subpoena by Blue Cross Blue Shield Association by Regions Bank.(Pennington, James) (Entered: 08/30/2016) |
| 08/30/2016 | 737 | ***Document Sealed–Blue Cross and Blue Shield of Alabama's Opposition to 719 Subscriber Plaintiffs' Motion to Unseal Alabama Department of Insurance Deposition Transcript. (Attachments: # 1 DX–1, # 2 DX–2, # 3 DX–3, # 4 Exhibit A–Deposition, # 5 Exhibit A–PX–1, # 6 Exhibit A–PX–2, # 7 Exhibit A–PX–3, # 8 Exhibit A–PX–4, # 9 Exhibit A–PX–5, # 10 Exhibit A–PX–6, # 11 Exhibit A–PX–7, # 12 Exhibit A–PX–8, # 13 Exhibit A–PX–9, # 14 Exhibit A–PX–10, # 15 Exhibit A–PX–11, # 16 Exhibit A–PX–12, # 17 Exhibit A–PX–13, # 18 Exhibit A–PX–14, # 19 Exhibit A–PX–15, # 20 Exhibit A–PX–16, # 21 Exhibit A–PX–17, # 22 Exhibit A–PX–18, # 23 Exhibit A–PX–19, # 24 Exhibit A–PX–20, # 25 Exhibit A–PX–21, # 26 Exhibit A–PX–22, # 27 Exhibit A–PX–23A, # 28 Exhibit A–PX–23B, # 29 Exhibit A–PX–23C, # 30 Exhibit B) (AVC) (Entered: 08/31/2016) |
| 08/30/2016 | 738 | ***Document Sealed–Joint Brief in Support of Amended and Restated Motion Based on the Filed Rate Doctrine for Summary Judgment on the Alabama Subscriber's Damages Claims. (Attachments: # 1 Table of Contents, # 2 Declaration, # 3 Exhibit A1, # 4 Exhibit A2, # 5 Exhibit A3, # 6 Exhibit A4, # 7 Exhibit A5, # 8 Exhibit A6, # 9 Exhibit A7, # 10 Exhibit A8, # 11 Exhibit A9, # 12 Exhibit A10, # 13 Exhibit A11, # 14 Exhibit A12, # 15 Exhibit A13, # 16 Exhibit A14, # 17 Exhibit A15, # 18 Exhibit A16, # 19 Exhibit A17, # 20 Exhibit A18, # 21 Exhibit A19, # 22 Exhibit A20, # 23 Exhibit A21, # 24 Exhibit A22, # 25 Exhibit A23, # 26 Exhibit A24, # 27 Exhibit A25, # 28 Exhibit A26, # 29 Exhibit A27, # 30 Exhibit A28, # 31 Exhibit A29, # 32 Exhibit A30, # 33 Exhibit A31, # 34 Exhibit A32, # 35 Exhibit A33, # 36 Exhibit A34, # 37 Exhibit A35, # 38 Exhibit A36, # 39 Exhibit A37, # 40 Exhibit A38, # 41 Exhibit A39, # 42 Exhibit A40, # 43 Exhibit A41, # 44 Exhibit A42, # 45 Exhibit A43, # 46 Exhibit A44, # 47 Exhibit A45, # 48 |

| | | |
|---|---|---|
| | | Exhibit A46, # 49 Exhibit A47, # 50 Exhibit A48, # 51 Exhibit A49, # 52 Exhibit A50, # 53 Exhibit A51, # 54 Exhibit A52, # 55 Exhibit A53, # 56 Exhibit A54, # 57 Exhibit A55, # 58 Exhibit B Deposition, # 59 Exhibit B−DX−1, # 60 Exhibit B−DX−2, # 61 Exhibit B−DX−3, # 62 Exhibit B−PX−1, # 63 Exhibit B−PX−2, # 64 Exhibit B−PX−3, # 65 Exhibit B−PX−4, # 66 Exhibit B−PX−5, # 67 Exhibit B−PX−6, # 68 Exhibit B−PX−7, # 69 Exhibit B−PX−8, # 70 Exhibit B−PX−9, # 71 Exhibit B−PX−10, # 72 Exhibit B−PX−11, # 73 Exhibit B−PX−12, # 74 Exhibit B−PX−13, # 75 Exhibit B−PX−14, # 76 Exhibit B−PX−15, # 77 Exhibit B−PX−16, # 78 Exhibit B−PX−17, # 79 Exhibit B−PX−18, # 80 Exhibit B−PX−19, # 81 Exhibit B−PX−20, # 82 Exhibit B−PX−21, # 83 Exhibit B−PX−22, # 84 Errata B−PX−23A, # 85 Exhibit B−PX−23B, # 86 Exhibit B−PX−23C, # 87 Exhibit C) (AVC) (Entered: 08/31/2016) |
| 08/31/2016 | 739 | STIPULATION and Notice of Withdrawal of Motion to Quash Subpoena Issued by Provider Plaintiffs by Hometown Health Providers Insurance Company, Inc. (Brown, Jeffrey) (Entered: 08/31/2016) |
| 08/31/2016 | 740 | NOTICE of Supplemental Filing in Support of 725 Brief Seeking Complete Production of Defendant's Internal Variance Documents filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 7A, # 2 Exhibit 7B, # 3 Exhibit 7C)(Ragsdale, Barry) (Entered: 08/31/2016) |
| 09/02/2016 | 741 | **TEXT ORDER**–On September 1, 2016, the court conducted a conference call in this matter. As a result of matters discussed in the conference call, it is **ORDERED** as follows: Plaintiffs and Defendants will meet and confer about modifying the timeframes provided in the courts Order Regarding Revised Sealing Procedures 665 for conferring about documents filed under seal, sending the court justifications for filing a document under seal, and raising objections to a document that has been filed under seal. By **September 8, 2016**, Plaintiffs and Defendants **SHALL** file a joint written status report regarding the proposed timeframes for future filings under seal. Signed by Judge R David Proctor on 9/2/2016. (AVC) (Entered: 09/02/2016) |
| 09/02/2016 | 742 | STATUS REPORT by Grandview Medical Center. (Mays, Joseph) (Entered: 09/02/2016) |
| 09/02/2016 | 743 | JOINT MOTION to Amend Discovery Order No. 32 by Blue Cross Blue Shield Antitrust Litigation MDL 2406. (Malatesta, John) (Entered: 09/02/2016) |
| 09/02/2016 | 744 | REPORT of Non−Parties Regarding Discovery Order No. 31 by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc. (Kelly, Jeffrey) (Entered: 09/02/2016) |
| 09/02/2016 | 745 | REPORT of Non−Party Regarding Discovery Order 31 by Andrews Sports Medicine and Orthopaedic Center, LLC. (Wilson, Benjamin) (Entered: 09/02/2016) |
| 09/02/2016 | 746 | REPORT of Non−Parties Regarding Discovery Order No. 31 by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc. (Attachments: # 1 Exhibit Affidavit of Joe W. Campbell)(Kelly, Jeffrey) (Entered: 09/02/2016) |
| 09/02/2016 | 747 | REPORT of Non−Party Pursuant to Discovery Order 31 by Regions Bank. (Pennington, James) (Entered: 09/02/2016) |
| 09/06/2016 | 748 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Wednesday, September 28, 2016, at 9:00 AM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T |

| | | |
|---|---|---|
| | | Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2. of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on September 6, 2016. (AMP) (Entered: 09/06/2016) |
| 09/06/2016 | 749 | ORDER AMENDING DISCOVERY ORDER NO. 32–The undersigned hereby GRANTS the parties' Joint Motion to Amend Discovery Order No. 32. 743 . Signed by Magistrate Judge T Michael Putnam on 9/6/2016. (AVC) (Entered: 09/06/2016) |
| 09/06/2016 | 750 | SUPPLEMENTAL RESPONSE to Plaintiffs' and Objecting Providers' Motions to Quash filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 09/06/2016) |
| 09/07/2016 | 751 | REPLY to 692 , 750 Supplemental Response to Plaintiffs' and Objecting Providers' Motions to Quash filed by Grandview Medical Center. (Mays, Joseph) (Entered: 09/07/2016) |
| 09/08/2016 | 752 | REPLY to Supplemental Response to Motions to Quash filed by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc.. (Kelly, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 753 | Joint MOTION to Enter Stipulated Order Regarding Preservation of Personal Jurisdiction and Venue Defenses by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 09/08/2016) |
| 09/08/2016 | 754 | JOINT STATUS REPORT Regarding Revised Procedures for Filing Documents Under Seal by Defendants' Counsel.(Attachments: # 1 Text of Proposed Order)(Cottrell, Christa) (Entered: 09/08/2016) |
| 09/09/2016 | 755 | STIPULATED ORDER REGARDING PRESERVATION OF PERSONAL JURISDICTION AND VENUE DEFENSES granting Motion 753 . Signed by Judge R David Proctor on 9/9/2016. (AVC) (Entered: 09/09/2016) |
| 09/09/2016 | 756 | DISCOVERY ORDER No. 33. Signed by Magistrate Judge T Michael Putnam on 9/9/2016. (AVC) (Entered: 09/09/2016) |
| 09/13/2016 | 757 | ORDER REGARDING UPCOMING SETTINGS–This case is **SET** for a party caucuses and a hearing at 1:30p.m. on 9/27/2016 in Courtroom 7A. At the hearing, the court will hear argument regarding Dfts' Objections to Discovery Order No. 26 663 . The court's August 10, 2016 Order setting a status conference for 9:30a.m. on 11/29/2016 690 , is **AMENDED** as set out. A further status conference is hereby **SET** for 9:00a.m. on 12/20/2016, in Courtroom 7A. This status conference will consist of day one of Economic Presentations by the parties. Signed by Judge R David Proctor on 9/13/2016. (AVC) (Entered: 09/13/2016) |
| 09/14/2016 | 758 | ORDER REVISING SEALING PROCEDURES. Signed by Judge R David Proctor on 9/14/2016. (AVC) (Entered: 09/14/2016) |
| 09/14/2016 | 759 | Subscriber Plaintiffs' STATUS REPORT and Proposal Regarding Procedures for BCBSAL–Related Documents Filed Under Seal by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) (Entered: 09/14/2016) |
| 09/15/2016 | 760 | BCBSAL's Response to 759 Subscriber Plaintiffs' Status Report and Proposal, and Motion for Leave to File Limited, Additional Briefing filed by Defendants' Counsel. (Burkhalter, Carl) (Entered: 09/15/2016) |

| 09/16/2016 | 761 | ORDER REGARDING SEALED PAPERS RELATED TO BLUE CROSS BLUE SHIELD OF ALABAMA. Signed by Judge R David Proctor on 9/16/2016. (AVC) (Entered: 09/16/2016) |
|---|---|---|
| 09/20/2016 | 762 | Supplemental Rule 72 Objection filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 09/20/2016) |
| 09/22/2016 | 763 | Subscriber Plaintiffs' Rule 72 Objections to Discovery Order No. 33 by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 09/22/2016) |
| 09/22/2016 | 764 | CERTIFICATE OF SERVICE for doc# 763 by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 09/22/2016) |
| 09/23/2016 | 765 | Subscriber Plaintiffs' Consent Motion for Leave to Exceed Page Limits by Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) (Entered: 09/23/2016) |
| 09/23/2016 | 766 | **TEXT ORDER**–This matter is before the court on the Alabama Subscriber Plaintiffs' Consent Motion for Leave to Exceed Page Limit. 765 The Motion 765 is **GRANTED**. Plaintiffs Consolidated Memorandum of Law may contain up to forty–five (45) pages. Defendants reply brief may contain up to twenty (20) pages. Signed by Judge R David Proctor on 9/23/2016. (AVC) (Entered: 09/23/2016) |
| 09/23/2016 | 767 | RESPONSE to 663 Rule 72 Objection to Discovery Order Number 26 filed by Grandview Medical Center. (Mays, Joseph) (Entered: 09/23/2016) |
| 09/23/2016 | 768 | MOTION to Appoint Counsel , *Gregory S. Cusimano, to the Litigation Committee for the Provider Track* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 09/23/2016) |
| 09/23/2016 | 769 | Notice of Supplemental Authority filed by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Campbell, Andrew) (Entered: 09/23/2016) |
| 09/23/2016 | 770 | Cross MOTION for Partial Summary Judgment by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Ragsdale, Barry) (Entered: 09/23/2016) |
| 09/23/2016 | 771 | ***Document Sealed –Subscriber Plaintiffs' Consolidated Memorandum of Law (1)In Opposition to Defendants' Amended and Restated Motion for Summary Judgment Based on the Filed Rate Doctrine on the Alabama Subscribers' Damages Claims, and (2) In Support of Plaintiffs' Cross–Motion for Partial Summary Judgment. (AVC, ) (Entered: 09/23/2016) |
| 09/23/2016 | 772 | RESPONSE in Opposition to 762 Supplemental Rule 72 Objection filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 09/23/2016) |
| 09/23/2016 | 773 | ***Document Sealed –Subscriber Plaintiffs' Notice of Filing Under Seal Evidentiary Submission in Support of Consolidated Memorandum of Law in Opposition to Defendants' Amended and Restated Motion Based on the Filed Rate Doctrine for Summary Judgment on Alabama Subscribers' Damages Claims, and in Support of Plaintiffs' Cross–Motion for Partial Summary Judgment. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 6, # 6 Exhibit 9, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 12, # 10 Exhibit 18, # 11 Exhibit 20, # 12 Exhibit 22) (AVC) (Entered: 09/23/2016) |

| 09/23/2016 | 774 | **TEXT ORDER**– This matter is before the Court on the Provider Plaintiffs Motion to Appoint Gregory S. Cusimano to the Litigation Committee for the Provider Track. 768 The Motion 768 is GRANTED. Mr. Cusimano is APPOINTED to serve on the Provider Track Litigation Committee. Signed by Judge R David Proctor on 9/23/2016. (AVC) (Entered: 09/23/2016) |
|---|---|---|
| 09/23/2016 | 775 | Evidentiary Submission in Support of Subscriber Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Amended and Restated Motion Based on the Filed Rate Doctrine for Summary Judgment on the Alabama Subscribers' Damages Claims, and in Support of Plaintiffs' Cross–Motion for Partial Summary Judgment.(Attachments: # 1 Exhibit 1 – Under Seal, # 2 Exhibit 2, # 3 Exhibit 3 – Under Seal, # 4 Exhibit 4 – Under Seal, # 5 Exhibit 5, # 6 Exhibit 6 – Under Seal, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 – Under Seal, # 10 Exhibit 10 – Under Seal, # 11 Exhibit 11 – Under Seal, # 12 Exhibit 12 – Under Seal, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18 – Under Seal, # 19 Exhibit 19, # 20 Exhibit 20 – Under Seal, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23)(Ragsdale, Barry) (Entered: 09/23/2016) |
| 09/26/2016 | 776 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2016 through August 31, 2016 in this matter relating solely to services provided to the Plaintiffs, and totaling $46,000.00. Signed by Judge R David Proctor on 9/26/2016. (AVC) (Entered: 09/26/2016) |
| 09/26/2016 | 777 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2016 through August 31, 2016 in this matter as it relates to services rendered for both sides of the case, and totaling $7,000.00. Signed by Judge R David Proctor on 9/26/2016. (AVC) (Entered: 09/26/2016) |
| 09/26/2016 | 778 | Subscriber Plaintiffs' Supplemental Memorandum to Unseal the Carden and Ostlund Depositions. (Ragsdale, Barry) (Entered: 09/26/2016) |
| 09/27/2016 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 9/27/2016. (Court Reporter Leah Turner.) (KLL) (Entered: 09/27/2016) |
| 09/28/2016 | 779 | TEXT ORDER. At the request of the parties, the Discovery Status Conference previously set for September 28, 2016, (doc. 748 ) is CANCELLED. Signed by Magistrate Judge T Michael Putnam on September 28, 2016. (AMP) (Entered: 09/28/2016) |
| 10/03/2016 | 780 | Transcript of Proceedings held on 9/27/2016, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/24/2016. Redacted Transcript Deadline set for 11/3/2016. Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 1/1/2017. (AVC) (Entered: 10/03/2016) |
| 10/06/2016 | 781 | ORDER –The Clerk is directed to unseal the documents and/or exhibits to the Provider Plaintiffs' Memorandum of Law in Opposition to NASCO and CHP's Motion for Summary Judgment 689 as set out. The court recognizes that Defendants NASCO and CHP's Motion for Summary 658 was filed before this court's most recent sealing procedures went into effect. However, the court ORDERS that, by 10/14/2016, any party seeking to maintain the seal on these exhibits filed under seal in connection with the motion for summary judgment 659 **SHALL** provide the court with a justification for maintaining the documents under seal. Signed by Judge R David Proctor on 10/6/2016. (AVC) (Entered: 10/06/2016) |
| 10/06/2016 | 782 | Subscriber Plaintiff's MOTION to Set a Schedule for Briefing of Their Objections to Discovery Order 33 by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) (Entered: 10/06/2016) |
| 10/07/2016 | 783 | **TEXT ORDER**–This matter is before the court on Subscriber Plaintiff's Motion to Set a Schedule for Briefing of Their Objections to Discovery Order 33. 782 While the parties are encouraged to continue efforts to reach a mutually agreeable resolution of this issue, BCBSAL **SHALL** respond to the Motion 782 **on or before October 7, 2016**. Signed by Judge R David Proctor on 10/7/2016. (AVC) (Entered: 10/07/2016) |
| 10/07/2016 | 784 | NOTICE of Filing Revised Redacted Exhibit to Motion for Summary Judgment by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – Revised Redacted Transcript)(Zott, David) (Entered: 10/07/2016) |
| 10/07/2016 | 785 | **TEXT ORDER**–This matter is before the court on an informal request by BCBSAL to extend the deadline to respond to Subscriber Plaintiff's Motion to Set a Schedule for Briefing of Their Objections to Discovery Order 33 782 . The request is **GRANTED**. BCBSAL SHALL respond to the Motion 782 **on or before October 10, 2016**. Signed by Judge R David Proctor on 10/7/2016. (AVC) (Entered: 10/07/2016) |
| 10/10/2016 | 786 | RESPONSE 782 Subscriber Plaintiff's Motion to Set a Schedule for Briefing of Their Objections to Discovery Order 33 filed by Defendants' Counsel. (Burkhalter, Carl) (Entered: 10/10/2016) |
| 10/10/2016 | 787 | JOINT STATUS REPORT Regarding Amended Scheduling Order by Defendants' Counsel. (Hoover, Craig) (Entered: 10/10/2016) |
| 10/11/2016 | 788 | Joint MOTION to Correct Response to Motion to Set Briefing Schedule on Rule 72 Objections to Discovery Order No.33 by Defendants' Counsel. (Burkhalter, Carl) (Entered: 10/11/2016) |
| 10/11/2016 | 789 | **TEXT ORDER**–This matter is before the court on Subscriber Plaintiff's Motion to Set a Schedule for Briefing of Their Objections to Discovery Order 33. 782 In light of the recently–filed Joint Motion to Amend/Correct Response to Motion to Set Briefing Schedule on Rule 72 Objections to Discovery Order No.33 788 , it is **ORDERED** as follows: Subscriber Plaintiff's Motion to Set a Schedule for Briefing of Their Objections to Discovery Order 33 782 is **GRANTED IN PART**. The Joint Motion to Amend/Correct Response to Motion to Set Briefing Schedule on Rule 72 Objections to Discovery Order No.33 788 is **GRANTED**. BCBS–ALs response to Subscriber Plaintiffs Rule 72 Objections to Discovery Order No. 33 is due **on or before October 17, 2016 at 5:00 P.M. CDT**. Any reply is due **on or before** |

167

| | | |
|---|---|---|
| | | **October 21, 2016**. Signed by Judge R David Proctor on 10/11/2016. (AVC) (Entered: 10/11/2016) |
| 10/12/2016 | 790 | ORDER –This matter is before the court on the October 7, 2016 Seal Team Reports from Subscriber Plaintiffs and from Defendants. In light of the matters contained within those reports, the Clerk is directed to unseal the documents as set out. Signed by Judge R David Proctor on 10/12/2016. (AVC) (Entered: 10/12/2016) |
| 10/13/2016 | 791 | ORDER–re: Joint Seal Team Report. The Clerk is DIRECTED to unseal the documents as set out. Signed by Judge R David Proctor on 10/13/2016. (AVC) (Entered: 10/13/2016) |
| 10/17/2016 | 792 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Wednesday, November 2, 2016, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL, before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2. of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on October 17, 2016. (AMP) (Entered: 10/17/2016) |
| 10/17/2016 | 793 | RESPONSE to Subscriber Plaintiffs' Rule 72 Objections to Discovery Order No. 33 filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 B)(Burkhalter, Carl) (Entered: 10/17/2016) |
| 10/17/2016 | 794 | Subscriber Plaintiffs' MOTION To Add Court Filings to Clerk's Docket by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 10/17/2016) |
| 10/18/2016 | 795 | ORDER REGARDING DEFENDANTS' OBJECTION TO DISCOVERY ORDER NO. 26 –re: 663 . The Dft's Objections are **OVERRULED** with one exception. In an effort to promote judicial economy and overall efficiency, the procedures adopted in Discovery Order 26, as modified 641 and 713 are **FURTHER MODIFIED** as set out. Signed by Judge R David Proctor on 10/18/2016. (AVC) (Entered: 10/18/2016) |
| 10/18/2016 | 796 | ORDER UNSEALING OSTLUND AND CARDEN DEPOSITION TRANSCRIPTS–Subscriber Plaintiffs' Motion to Unseal Alabama Department of Insurance Deposition Transcript 719 is GRANTED. Both the Ostlund and the Carden depositions will be unsealed. The Clerk is directed to unseal (doc# 738–58, doc# 773–11, and doc# 773–10). Signed by Judge R David Proctor on 10/18/2016. (AVC) (Entered: 10/18/2016) |
| 10/19/2016 | 797 | Subscriber Plaintiffs' STATUS REPORT Regarding Privilege Log Issues With Blue Cross Blue Shield of Alabama and Blue Cross Blue Shield Association by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 10/19/2016) |
| 10/19/2016 | 798 | Provider Plaintiffs' MOTION to Compel Defendants to Produce Provider Reimbursement Data by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Whatley, Joe) (Entered: 10/19/2016) |
| 10/19/2016 | 799 | Provider Plaintiffs' MOTION to Compel NonParties SK&A Information Services and IMS Health, Inc. and Memorandum in Support by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Whatley, Joe) (Entered: 10/19/2016) |
| 10/19/2016 | 800 | |

| | | |
|---|---|---|
| | | Provider Plaintiffs' MOTION to Compel Nonparty Health Care Cost Institute, and Memorandum in Support by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Whatley, Joe) (Entered: 10/19/2016) |
| 10/19/2016 | 801 | Provider Plaintiffs' MOTION for an Order Compelling Non–Party Insurers to Produce Certain Documents and Data or Setting a Schedule for Resolution of the Underlying Issues on an Expedited Basis by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 10/19/2016) |
| 10/20/2016 | 802 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 10/20/2016. (AVC) (Entered: 10/20/2016) |
| 10/20/2016 | 803 | ORDER–re: Motion for Summary Judgment filed by Defendants National Account Service Company, LLC and Consortium Health Plans, Inc. 658 . For the reasons stated in the Memorandum Opinion 802 , the Motion for Summary Judgment is **GRANTED**. The court will address in subsequent orders in the appropriate related cases the dismissal of NASCO and CHP from those actions and this MDL. Signed by Judge R David Proctor on 10/20/2016. (AVC) (Entered: 10/20/2016) |
| 10/21/2016 | 804 | Subscriber Plaintiffs' REPLY Brief in Support of Rule 72 Objections to Discovery Order No. 33 filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 10/21/2016) |
| 10/21/2016 | 805 | JOINT REPLY Brief in Support of Amended and Restated Motion Based on the Filed Rate Doctrine for Summary Judgment of the Alabama Subscribers' Damages Claims and Joint Brief in Opposition to Subscribers' Cross Motion for Partial Summary Judgment filed by Defendants' Counsel. (Priester, James) (Entered: 10/21/2016) |
| 10/25/2016 | 806 | Opposed MOTION for an Extension of the Deadline to Respond by UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Text of Proposed Order Proposed Order)(Gray, William) (Entered: 10/25/2016) |
| 10/25/2016 | 807 | JOINT STATUS REPORT Regarding Amended Scheduling Order by Defendants' Counsel. (Hoover, Craig) (Entered: 10/25/2016) |
| 10/25/2016 | 808 | MOTION for an Extension of the Deadline to Respond by AETNA, Inc.. (Attachments: # 1 Proposed Order)(Wells, H) (Entered: 10/25/2016) |
| 10/25/2016 | 809 | Opposed MOTION for Extension of Deadline to Respond to Provider Plaintiffs' Motion 801 by Humana Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order)(Turner, Sara) (Entered: 10/25/2016) |
| 10/26/2016 | 810 | NOTICE of Appearance by Daniel R Walworth on behalf of SK&A Information Services, Inc., Quintiles IMS Incorporated, f/k/a IMS Health Incorporated (Walworth, Daniel) (Entered: 10/26/2016) |
| 10/26/2016 | 811 | Consent MOTION of Non–Parties SK&A Information Services Inc. and Quintiles IMS Incorporated for an Extension of the Deadline to Respond by Quintiles IMS Incorporated, f/k/a IMS Health Incorporated, SK&A Information Services, Inc. (Attachments: # 1 Text of Proposed Order)(Walworth, Daniel) (Entered: 10/26/2016) |
| 10/26/2016 | 812 | |

| | | |
|---|---|---|
| | | ORDER –re: Motions to Compel non–parties to respond to subpoenas 799 , 800 , 801 . Responses by the non–parties are due by 11/14/2016. The provider plaintiffs may file a reply by 11/18/2016. The motions for extension of time to respond to the motions to compel 806 , 808 , 809 , 811 are GRANTED IN PART and DENIED IN PART. All non–parties addressed in the provider plaintiffs' motions to compel are ORDERED to adhere to the briefing scheduled as set out. Signed by Magistrate Judge T Michael Putnam on 10/26/2016. (AVC) (Entered: 10/26/2016) |
| 10/27/2016 | 813 | ORDER –The Motion Subscriber Plaitniffs' Motion to Add Court Filings to the Clerk's Docket 794 is **GRANTED**, and Subscriber Plaintiffs are **DIRECTED** to file the documents reference in their Motion on the docket. Any further justification of a filing under seal **SHALL** be filed on the court docket rather than e–mailed to chambers. Signed by Judge R David Proctor on 10/27/2016. (AVC) (Entered: 10/27/2016) |
| 10/28/2016 | 814 | MOTION for Limited Admission by Humana Inc.. (Attachments: # 1 t Exhibit A, # 2 Exhibit B)(Turner, Sara) (Entered: 10/28/2016) |
| 10/28/2016 | 815 | ORDER REGARDING SUBSCRIBER PLAINTIFFS' OBJECTION TODISCOVERY ORDER NO. 33–Subsciriber Plaintiffs' Rule 72 Objections to Discovery Order No. 33 763 are **OVERRULED** as set out. Signed by Judge R David Proctor on 10/28/2016. (AVC) (Entered: 10/28/2016) |
| 10/28/2016 | 816 | RESPONSE to 797 Subscriber Plaintiffs' Status Report Regarding Privilege Logs filed by Defendants' Counsel. (Zott, David) (Entered: 10/28/2016) |
| 10/28/2016 | 817 | STATEMENT of Position Regarding Plaintiffs' Motions to Compel filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Campbell, Andrew) (Entered: 10/28/2016) |
| 10/28/2016 | 818 | RESPONSE to 797 Subscriber Plaintiffs' Status Report Regarding Privilege Logs filed by Defendants' Counsel. (Burkhalter, Carl) (Entered: 10/28/2016) |
| 10/28/2016 | 819 | Opposition to 798 Provider Plaintiffs' Motion to Compel Production of Provider Reimbursement Data filed by California Physicians' Service, Inc. d/b/a Blue Shield of California. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Fronk, Casey) (Entered: 10/28/2016) |
| 10/28/2016 | 820 | Provider Plaintiffs' NOTICE Regarding Motion to Compel Production of Provider Reimbursement Data by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 10/28/2016) |
| 10/28/2016 | 821 | RESPONSE to 798 Provider Plaintiffs' Motion to Compel Production of Provider Reimbursement Data filed by Defendants' Counsel. (Arizmendi, Sylvia) (Entered: 10/28/2016) |
| 10/31/2016 | 822 | NOTICE of Filing by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 10/31/2016 | 823 | NOTICE of Filing by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 10/31/2016 | 824 | NOTICE of Filing by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit A to Attachment A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 10/31/2016 | 825 | |

170

| | | |
|---|---|---|
| | | NOTICE of Filing by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 10/31/2016 | 826 | NOTICE of Filing by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit A to Attachment A, # 3 Exhibit B to Attachment A, # 4 Exhibit C to Attachment A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 10/31/2016 | 827 | NOTICE of Filing by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 10/31/2016 | 828 | NOTICE of Filing by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 10/31/2016 | 829 | NOTICE of Filing by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 10/31/2016 | 830 | NOTICE of Filing by Plaintiffs' Liaison Counsel (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 10/31/2016) |
| 11/01/2016 | 831 | Provider Plaintiffs' Supplemental Notice of Withdrawal of Motion to Compel Production of Provider Reimbursement Data by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 11/01/2016) |
| 11/02/2016 | 832 | DISCOVERY ORDER No. 34. Signed by Magistrate Judge T Michael Putnam on 11/2/2016. (AVC) (Entered: 11/02/2016) |
| 11/02/2016 | 833 | DISCOVERY ORDER No. 35. Signed by Magistrate Judge T Michael Putnam on 11/2/2016. (AVC) (Entered: 11/02/2016) |
| 11/02/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 11/2/2016. (Court Reporter Sabrina Lewis.) (ASL) (Entered: 11/02/2016) |
| 11/02/2016 | 834 | TEXT ORDER withdrawing 798 Motion to Compel. Provider Plaintiffs have withdrawn this motion as to all defendants. (Docs. 820, 831). Signed by Magistrate Judge T Michael Putnam on November 2, 2016. (AMP) (Entered: 11/02/2016) |
| 11/04/2016 | 835 | Subscriber Plaintiffs' (1)Consolidated Reply Memorandum of Law in Support of Their Cross–Motion for Partial Summary Judgment and (2) Submission of Summary Report of BCBSAL's Rate–Filing Illegality filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 11/04/2016) |
| 11/08/2016 | 836 | MOTION for Clarification of Discovery Order No. 34 by Health Care Authority of the City of Huntsville. (Knox, George) (Entered: 11/08/2016) |
| 11/08/2016 | 837 | NOTICE of Change of Firm Affiliation by Plaintiffs' Counsel. (Clemon, U) (Entered: 11/08/2016) |
| 11/08/2016 | 838 | (Corrected) Subscriber Plaintiffs' (1) Consolidated Reply Memorandum of Law in Support of Their Cross–Motion for Partial Summary Judgment and (2) Submission of Summary Report of BCBSAL's Rate–Filing Illegality filed by Plaintiffs' Liaison Counsel (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 11/08/2016) |
| 11/11/2016 | 839 | JOINT SURREPLY Brief in Opposition to Subscriber Plaintiffs' Cross Motion for Partial Summary Judgment filed by Defendants' Counsel. (Attachments: # 1 Attachment A)(Priester, James) (Entered: 11/11/2016) |

| 11/14/2016 | 840 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Wednesday, November 30, 2016, at 9:00 a.m. in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on November 14, 2016. (AMP) (Entered: 11/14/2016) |
|---|---|---|
| 11/14/2016 | 841 | ORDER–At the request of the parties, the briefing schedule issued by the court on October 26, 2016 812 is AMENDED: Responses by non–parties to the provider plaintiffs' motions to compel are due by 11/17/2016. Reply briefs, if any, by the provider plaintiffs are due by 11/23/2016. Any oral argument on the motions will be heard at the Discovery Status Conference set for Wednesday, 11/30/2016. Signed by Magistrate Judge T Michael Putnam on 11/14/2016. (AVC) (Entered: 11/14/2016) |
| 11/14/2016 | 842 | MOTION for Leave to Appear Pro Hac Vice of Joshua Lipton by AETNA, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Wells, H) (Entered: 11/14/2016) |
| 11/14/2016 | | PHV Fee paid: $ 50, receipt number 1126–2738149. (Wells, H) (Entered: 11/14/2016) |
| 11/14/2016 | 843 | Subscriber Plaintiffs' Motion to Amend the Subscriber Track Consolidated Class Action Complaint by Plaintiffs' Counsel. (Attachments: # 1 Proposed Second Amended Consolidated Class Action Complaint)(Guin, David) (Entered: 11/14/2016) |
| 11/16/2016 | 844 | Provider Plaintiffs' NOTICE of Withdrawal of their Motion to Compel Nonparties SK&A Information Services, Inc. and IMS Health, Inc., to Produce Documents Without Prejudice 799 by Plaintiffs' Counsel.(Whatley, Joe) (Entered: 11/16/2016) |
| 11/16/2016 | 845 | RULE 72 Objection to Discovery Order No. 34 832 by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Campbell, Andrew) (Entered: 11/16/2016) |
| 11/16/2016 | 846 | MOTION to Compel Production of Documents from Non–Alabama Named Provider Plaintiffs by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Hoover, Craig) (Entered: 11/16/2016) |
| 11/16/2016 | 847 | MOTION to Compel Defendant Blue Cross Blue Shield of Alabama to Produce Documents by Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Ragsdale, Barry) (Entered: 11/16/2016) |
| 11/16/2016 | 848 | Subscriber Plaintiffs' MOTION to Compel Defendants' Production of Non–claims Structured Data by Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Ragsdale, Barry) (Entered: 11/16/2016) |
| 11/16/2016 | 849 | Subscriber Plaintiffs' MOTION to Compel Defendants' Production of Structured Data by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 11/16/2016) |
| 11/16/2016 | 850 | STATUS REPORT Regarding Plaintiffs Productions by Defendants' Counsel. (Zott, David) (Entered: 11/16/2016) |

| 11/16/2016 | 851 | OBJECTION and Appeal of Discovery Order No. 34 832 by Grandview (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Mays, Joseph) (Entered: 11/16/2016) |
|---|---|---|
| 11/16/2016 | 852 | OBJECTION and Appeal of Discovery Order 34 832 by Andrews Sports Medicine and Orthopaedic Center, LLC.(Wilson, Benjamin) (Entered: 11/16/2016) |
| 11/17/2016 | 853 | 0BJECTION and APPEAL of Discovery Order No. 34 832 by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc. (Knox, George) (Entered: 11/17/2016) |
| 11/17/2016 | 854 | REPORT Regarding Proposed Agenda for Status Conference and Hearing on November 29, 2016 by Special Master. (Gentle, Edgar) (Entered: 11/17/2016) |
| 11/17/2016 | 855 | **TEXT ORDER**–The court is in receipt of a number of objections to Discovery Order No. 34. Interested parties are directed to confer and, on or before November 22, 2016, file with the court of a joint proposed briefing schedule on the objections. Signed by Judge R David Proctor on 11/17/2016. (AVC) (Entered: 11/17/2016) |
| 11/17/2016 | 856 | RESPONSE of Non–Party in Opposition to 801 Provider Plaintiffs' Motion to Compel filed by Humana Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Text of Proposed Order)(Turner, Sara) (Entered: 11/17/2016) |
| 11/17/2016 | 857 | Non–Party Opposition to 801 Provider Plaintiffs' Motion to Compel Production of Certain Documents and Data filed by AETNA, Inc. (Attachments: # 1 Affidavit Declaration of Joshua Lipton, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Wells, H) (Entered: 11/17/2016) |
| 11/17/2016 | 858 | Non–Party RESPONSE to 801 Provider Plaintiffs' Motion to Compel filed by UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Gray, William) (Entered: 11/17/2016) |
| 11/17/2016 | 859 | Non–Party Objection to 800 Provider Plaintiffs' Motion to Compel filed by Health Care Cost Institute, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mays, Joseph) (Entered: 11/17/2016) |
| 11/17/2016 | 860 | NOTICE of Appearance by Christopher W Weller on behalf of CIGNA Health and Life Insurance Company (Weller, Christopher) (Entered: 11/17/2016) |
| 11/17/2016 | 861 | MOTION for Admission Pro Hac Vice of Christopher W. Weller by CIGNA Health and Life Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Weller, Christopher) (Entered: 11/17/2016) |
| 11/17/2016 | 862 | MOTION for Admission Pro Hac Vice Admission of Michelle S. Kallen by CIGNA Health and Life Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Weller, Christopher) (Entered: 11/17/2016) |
| 11/17/2016 | 863 | Non–Party Opposition to 801 Provider Plaintiffs' Motion for an Order to Compel filed by CIGNA Health and Life Insurance Company. (Attachments: # 1 List of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Weller, Christopher) (Entered: 11/17/2016) |

| 11/21/2016 | 864 | NOTICE of Change of Address by Michael J. Fleming (Fleming, Michael) (Entered: 11/21/2016) |
|---|---|---|
| 11/22/2016 | 865 | NOTICE of Appearance by Erik F Benny on behalf of Defendants' Counsel (Benny, Erik) (Entered: 11/22/2016) |
| 11/22/2016 | 866 | MOTION to Stay *Discovery Deadlines in Discovery Order No. 34* by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc.. (Kelly, Jeffrey) (Entered: 11/22/2016) |
| 11/22/2016 | 867 | JOINDER in 866 Motion to Stay Discovery Deadlines in Discovery Order 34 filed by Grandview Medical Center. (Mays, Joseph) (Entered: 11/22/2016) |
| 11/22/2016 | 868 | RESPONSE to 836 Motion for Clarification of Discovery Order No. 34 filed by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Campbell, Andrew) (Entered: 11/22/2016) |
| 11/22/2016 | 869 | **TEXT ORDER** –This matter is before the court on Subscriber Plaintiffs' Motion to Amend the Subscriber Track Consolidated Class Action Complaint. 843 The Motion 843 is GRANTED. Subscriber Plaintiffs are directed to file the proposed Subscriber Track Consolidated Class Action Complaint with the Clerk of the Court. Signed by Judge R David Proctor on 11/22/2016. (AVC) (Entered: 11/22/2016) |
| 11/22/2016 | 870 | Joint Proposed Briefing Schedule for the Rule 72 Appeals of Discovery Order No. 34 by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Text of Proposed Order)(Campbell, Andrew) (Entered: 11/22/2016) |
| 11/22/2016 | 871 | JOINDER in 866 Motion to Stay Discovery Deadlines Set Forth in Discovery Order No. 34 filed by Andrews Sports Medicine and Orthopaedic Center, LLC. (Wilson, Benjamin) (Entered: 11/22/2016) |
| 11/23/2016 | 872 | JOINDER in 866 Motion to Stay Discovery Deadlines in Discovery Order No. 34 filed by John B. Waits. (Brown, W) (Entered: 11/23/2016) |
| 11/23/2016 | 873 | **TEXT ORDER** –This matter is before the court on the Interested Parties' Joint Proposed Briefing Schedule. 870 The request for the proposed Briefing Schedule 870 is GRANTED. The parties submitting the Joint Proposed Briefing Schedule shall file any response briefs on or before December 7, 2016. Reply briefs shall be filed on or before December 14, 2016. Signed by Judge R David Proctor on 11/23/2016. (AVC) (Entered: 11/23/2016) |
| 11/23/2016 | 874 | Subscriber Plaintiff's Notice Regarding Motion to Compel Defendants' Production of Non–claims Structured Data by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 11/23/2016) |
| 11/23/2016 | 875 | Provider Plaintiffs' REPLY in Support of their 801 Motion to Compel Non–Party Insurers to Produce Certain Documents and Data filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 11/23/2016) |
| 11/23/2016 | 876 | Provider Plaintiffs' REPLY in Support of their 800 Motion to Compel Health Care Cost Institute, Inc. filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 11/23/2016) |
| 11/28/2016 | 877 | Subscriber Plaintiffs' NOTICE Regarding Motion to Compel Defendants' Production of Non–Claims Structured Data by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 11/28/2016) |
| 11/28/2016 | 878 | |

| | | |
|---|---|---|
| | | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT, for payment for services rendered and expenses incurred from September 1, 2016 through October 31, 2016 in this matter relating solely to services provided to the Plaintiffs, and totaling $53,000.00. Signed by Judge R David Proctor on 11/28/2016. (AVC) (Entered: 11/28/2016) |
| 11/28/2016 | 879 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT, for payment for services rendered and expenses incurred from September 1, 2016 through October 31, 2016 in this matter as it relates to services rendered for both sides of the case, and totaling $5,000.00. Signed by Judge R David Proctor on 11/28/2016. (AVC) (Entered: 11/28/2016) |
| 11/28/2016 | 880 | Subscriber Plaintiffs' Response to Defendants' Status Report Regarding Plaintiffs' Productions by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 11/28/2016) |
| 11/28/2016 | 881 | Supplemental Statement of Position regarding Plaintiffs' Motions to Compel filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Campbell, Andrew) (Entered: 11/28/2016) |
| 11/28/2016 | 882 | BCBSAL's RESPONSE to 847 Plaintiffs' Motion to Compel Unstructured and Structured Data filed by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 11/28/2016) |
| 11/29/2016 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 11/29/2016. (Court Reporter Leah Turner.) (KLL) (Entered: 11/29/2016) |
| 11/30/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Status Conference held on 11/30/2016; discovery status updates; arguments by counsel on motions docs 847 , 849 , 800 , 801 ; hrg adj. (Court Reporter Teresa Roberson.) (ASL) (Entered: 11/30/2016) |
| 11/30/2016 | 883 | OBJECTIONS AND MOTION to Quash Subpoenas by Health Care Authority of the City of Huntsville. (Kelly, Jeffrey) (Entered: 11/30/2016) |
| 11/30/2016 | 884 | OBJECTIONS AND MOTION to Quash Subpoenas by Russellville Hospital, Inc. (Kelly, Jeffrey) (Entered: 11/30/2016) |
| 11/30/2016 | 885 | OBJECTION to and Motion to Quash Subpoena Issued by Provider Plaintiffs by Grandview Medical Center. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Mays, Joseph) (Entered: 11/30/2016) |
| 11/30/2016 | 886 | OBJECTION and MOTION to Quash Provider Plaintiff Subpoenas by Andrews Sports Medicine and Orthopaedic Center, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Wilson, Benjamin) (Entered: 11/30/2016) |
| 12/01/2016 | 887 | DISCOVERY ORDER No. 36. (See Text Order doc# 889) Signed by Magistrate Judge T Michael Putnam on 12/1/2016. (AVC) (Entered: 12/01/2016) |
| 12/01/2016 | 888 | **TEXT ORDER**–The court has been made aware that the parties might like the opportunity for supplemental briefing on the Filed Rate Motions. To the extent the parties wish to submit additional briefing on the Filed Rate Motions, any such briefing shall be submitted simultaneously **on or before Thursday, December 8, 2016**, and shall be limited to ten pages. Signed by Judge R David Proctor on 12/1/2016. (AVC) (Entered: 12/01/2016) |
| 12/02/2016 | 889 | |

| | | |
|---|---|---|
| | | TEXT ORDER re 887 Discovery Order No. 35. This Order was erroneously filed as Discovery Order No. 35. Document 887 is the 36th discovery order and will hereinafter be referred to as Discovery Order No. 36. Signed by Magistrate Judge T Michael Putnam on December 2, 2016. (AMP) (Entered: 12/02/2016) |
| 12/02/2016 | 890 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Monday, December 19, 2016, at 2:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on December 2, 2016. (AMP) (Entered: 12/02/2016) |
| 12/02/2016 | 891 | ORDER–In light of the pending Rule 72 appeal of Discovery Order No. 34[ 832], the Motion for Clarification 836 is DENIED. The Motion to Stay Discovery Deadlines in Discovery Order No. 34 866 , along the Joinders [567, 571 , 872 IS GRANTED IN PART. All deadlines set out in Discovery Order No. 34 are STAYED for a period of 30 days. Signed by Magistrate Judge T Michael Putnam on 12/2/2016. (AVC) (Entered: 12/02/2016) |
| 12/02/2016 | 892 | ORDER – re: Motion to Compel Defendant Blue Cross Blue Shield of Alabama to Produce Documents 847 and Motion to Compel Defendants' Production of Structured Data 849 . The parties are DIRECTED to meet and confer and file with the court a joint status report (or, if the parties cannot agree, separate reports may be filed) concerning the status of the motions no later than 12/15/2016. Signed by Magistrate Judge T Michael Putnam on 12/2/2016. (AVC) (Entered: 12/02/2016) |
| 12/02/2016 | 893 | ORDER –Pursuant to discussion at the Discovery Conference held on November 30, 2016, Provider Plaintiffs' Motion to Compel Nonparties SK&A Information Services, Inc., and IMS Health, Inc. 799 and Subscriber Plaintiffs' Motion to Compel Defendants' Production of Non–Claims Structured Data. 848 , are WITHDRAWN. Signed by Magistrate Judge T Michael Putnam on 2/2/2016. (AVC) (Entered: 12/02/2016) |
| 12/02/2016 | 894 | Subscriber Plaintiffs' Notice of Correction Regarding Narrowed Discovery Requested from Third Party Insurance Companies by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 12/02/2016) |
| 12/05/2016 | 895 | **TEXT ORDER**–The court's September 13, 2016 order, 757 , setting the Economics Day status conference is **AMENDED** as follows: the status conference is **SET** for **9:00 a.m. (CST) on December 20, 2016 in CR 8**. Signed by Judge R David Proctor on 12/5/2016. (AVC) (Entered: 12/05/2016) |
| 12/06/2016 | 896 | Transcript of Proceedings held on 11/30/2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson, Telephone number (205) 492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/27/2016. Redacted Transcript Deadline set for 1/6/2017. Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 3/6/2017. (Attachments: # 1 certification page) (AVC) (Entered: 12/06/2016) |
| 12/07/2016 | 897 | Subscriber Track Second AMENDED Consolidated Class Action Complaint against All Defendants, filed by Plaintiffs' Counsel.(Guin, David) (Entered: 12/07/2016) |
| 12/07/2016 | 898 | CONSOLIDATED Response to the Objecting Providers' Rule 72 Objections filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 12/07/2016) |
| 12/07/2016 | 899 | Non–Party RESPONSE to 845 Defendants' Rule 72 Objection to Discovery Order No. 34 filed by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc.. (Kelly, Jeffrey) (Entered: 12/07/2016) |
| 12/07/2016 | 900 | RESPONSE to 845 Defendants' Appeal of Discovery Order No. 34 filed by John B. Waits. (Brown, W) (Entered: 12/07/2016) |
| 12/07/2016 | 901 | BRIEF in Support of its Appeal and Objection to Discovery Order No. 34 and in Response to Defendants' Appeal and Objection to Discovery Order No. 34 filed by Grandview Medical Center. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Mays, Joseph) (Entered: 12/07/2016) |
| 12/07/2016 | 902 | RESPONSE on Non–Party to 845 Defendants' Rule 72 Objection to Discovery Order No. 34 filed by Andrews Sports Medicine and Orthopaedic Center, LLC. (Wilson, Benjamin) (Entered: 12/07/2016) |
| 12/08/2016 | 903 | Subscriber Plaintiffs' Post–Hearing Brief on the Filed Rate Doctrine by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 12/08/2016) |
| 12/08/2016 | 904 | Defendants' Supplemental Brief in Support of Their Amended and Restated Motion on the Filed Rate Doctrine for Summary Judgment on the Alabama Subscribers' Damages Claims and in Opposition to Subscribers' Cross Motion for Partial Summary Judgment on filed by Defendants' Counsel. (Attachments: # 1 Exhibit)(Hoover, Craig) (Entered: 12/08/2016) |
| 12/09/2016 | 905 | Transcript of Proceedings held on 11/29/2016, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/30/2016. Redacted Transcript Deadline set for 1/9/2017. Release of Transcript Restriction set for 3/9/2017. (AVC) (Entered: 12/09/2016) |
| 12/09/2016 | 906 | ORDER REGARDING ECONOMICS DAY. Signed by Judge R David Proctor on 12/9/2016. (AVC) (Entered: 12/09/2016) |
| 12/09/2016 | 907 | MOTION for an Order to Show Cause by Plaintiffs' Counsel. (Attachments: # 1 Ex–A, # 2 Ex–B)(Whatley, Joe) (Entered: 12/09/2016) |
| 12/14/2016 | 908 | REPLY in Support of Objections to and Appeal of Discovery Order No. 34 filed by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc. (Kelly, |

| | | Jeffrey) (Entered: 12/14/2016) |
|---|---|---|
| 12/14/2016 | 909 | Provider Plaintiffs' NOTICE Regarding Motions to Quash Their Subpoenas and Request the Motions be Held in Abeyance by Plaintiffs' Counsel. (Brown, W) (Entered: 12/14/2016) |
| 12/14/2016 | 910 | REPLY Brief in Support of 898 Appeal and Objection to Discovery Order No. 34 and in Response to Defendants' Appeal and Objection to Discovery Order No. 34 filed by Grandview Medical Center. (Mays, Joseph) (Entered: 12/14/2016) |
| 12/14/2016 | 911 | Consolidated REPLY in Support of 845 Rule 72 Objection to Discovery Order No. 34 filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 12/14/2016) |
| 12/14/2016 | 912 | MOTION to Strike 901 Grandview Medical Center's Brief in Support of Its Appeal and Objection to Discovery Order No. 34 by Defendants' Counsel. (Campbell, Andrew) (Entered: 12/14/2016) |
| 12/14/2016 | 913 | RESPONSE to 846 Motion to Compel Production of Documents from Non−Alabama Named Provider Plaintiffs filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 12/14/2016) |
| 12/15/2016 | 914 | Unopposed MOTION to Enlarge the Time for Responding to the Amended Complaints by Defendants' Counsel. (Hoover, Craig) (Entered: 12/15/2016) |
| 12/15/2016 | 915 | **TEXT ORDER**– This matter is before the court on the parties' Unopposed Motion to Enlarge the Time for Responding to the Amended Complaints in the prioritized proceedings. 914 The Motion 914 is GRANTED. It is ORDERED as follows: On or before January 17, 2017, any motions to dismiss under Rule 12(b)(6) as well as motions to dismiss based on lack of personal jurisdiction and improper venue SHALL be filed; and on or before January 31, 2017 any answers to the amended complaints SHALL be filed. With respect to any Rule 12(b)(6) motions to dismiss filed on January 17, plaintiffs will have 30 days to file opposition briefs. Reply briefs will be due within 15 days. Any defendants that have preserved their jurisdictional defenses under the Stipulated Order dated September 9, 2016, continue to preserve such defenses. Signed by Judge R David Proctor on 12/15/2016. (AVC) (Entered: 12/15/2016) |
| 12/15/2016 | 916 | JOINT STATUS REPORT on Non−Party Insurers Productions by Plaintiffs' Counsel. (Sheehan, Patrick) (Entered: 12/15/2016) |
| 12/15/2016 | 917 | JOINT STATUS REPORT Regarding Plaintiffs' Motions To Compel Defendant Blue Cross Blue Shield Of Alabama To Produce Unstructured And Structured Data by Defendants' Counsel. (Malatesta, John) (Entered: 12/15/2016) |
| 12/16/2016 | 918 | STATUS REPORT for December 19, 2016 Discovery Conference by Defendants' Counsel. (Attachments: # 1 Exhibit 1)(Hoover, Craig) (Entered: 12/16/2016) |
| 12/16/2016 | 919 | RESPONSE to Provider Plaintiffs' Motion for an Order to Show Cause filed by Defendants' Counsel. (Attachments: # 1 Exhibit A − 11/11/2016 Letter from Whatley to Bush)(Cottrell, Christa) (Entered: 12/16/2016) |
| 12/16/2016 | 920 | ***WITHDRAWN, pursuant to Order 967 *** Subscriber Plaintiffs' Motion to Quash Third Party Subpoenas by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Text of Proposed Order)(Ragsdale, Barry) Modified on 1/31/2017 (AVC). (Entered: |

| | | |
|---|---|---|
| | | 12/16/2016) |
| 12/16/2016 | 921 | Provider Plaintiffs' STATUS REPORT by Plaintiffs' Counsel. (Attachments: # 1 Ex 1, # 2 Ex 2, # 3 Ex 3, # 4 Ex 4, # 5 Ex 5, # 6 Ex 6)(Whatley, Joe) (Entered: 12/16/2016) |
| 12/16/2016 | 922 | Subscriber Plaintiffs' Status Report for the December 19, 2016 Conference by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jones, Megan) (Entered: 12/16/2016) |
| 12/19/2016 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 12/19/2016. (Court Reporter Margaret Wasmund.) (ASL) (Entered: 12/19/2016) |
| 12/20/2016 | 923 | RESPONSE in Opposition re 912 MOTION to Strike 901 Response in Opposition to Motion, *Grandview Medical Center's Brief in Support of its Appeal and objection to Discovery Order No. 34* filed by Grandview Medical Center. (Mays, Joseph) (Entered: 12/20/2016) |
| 12/21/2016 | 924 | RESPONSE to Discovery Request from Blue Cross Blue Shield Association by Sutter Health, Inc..(Sowatzka, Adam) (Entered: 12/21/2016) |
| 12/21/2016 | 925 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 12/21/2016. (KAM, ) (Entered: 12/21/2016) |
| 12/21/2016 | 926 | ORDER in accordance with the memo opn entered contemporaneously, This case is before the court on five Motions to Dismiss (e.g., Docs. # 208, 210, 211, 212, 213, Case No. 2:12–cv–02169–RDP), based on personal jurisdiction and venue defenses, that have been filed in four pending Alabama actions; these Motions to Dismiss are DENIED. The court will address the denial of these Motions to Dismiss in subsequent orders in the appropriate related cas. Signed by Judge R David Proctor on 12/21/2016. (KAM, ) (Entered: 12/21/2016) |
| 12/22/2016 | 927 | ORDER denying 907 Motion for Order to Show Cause with regard to the dfts' intention to subpoena providers outside the state of Alabama. Signed by Magistrate Judge T Michael Putnam on 12/22/2016. (KAM, ) (Entered: 12/22/2016) |
| 12/27/2016 | 928 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (Doc. 229) shall be held on Tuesday, January 24, 2017, at 9:00 AM in COURTROOM 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Caucuses to follow. **Parties are directed to file, jointly to the extent possible, proposed discovery deadlines no later than Wednesday, January 18, 2017.** All other written submissions shall be governed by subsection II.D.2 of Discovery Order No. 1, as amended, unless otherwise ordered by the court. Signed by Magistrate Judge T Michael Putnam on December 27, 2016. (AMP, ) (Entered: 12/27/2016) |
| 12/27/2016 | 929 | REPLY Brief filed by Defendant Defendants' Counsel re: 912 MOTION to Strike 901 Response in Opposition to Motion, *Grandview Medical Center's Brief in Support of its Appeal and objection to Discovery Order No. 34* filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 12/27/2016) |
| 12/28/2016 | 930 | TEXT ORDER. A Special Discovery Status Conference is SET for Monday, January 9, 2017, at 2:00 PM in COURTROOM 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on December 28, 2016. (AMP) (Entered: |

| | | 12/28/2016) |
|---|---|---|
| 12/29/2016 | 931 | MOTION to Extend Stay of Discovery Order Deadlines in Discovery Order No. 34 by Grandview Medical Center. (Mays, Joseph) (Entered: 12/29/2016) |
| 12/30/2016 | 932 | JOINDER in Motion to Extend Stay of Discovery Deadlines in Discovery Order No. 34 MOTION by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc. (Kelly, Jeffrey) (Entered: 12/30/2016) |
| 12/30/2016 | 933 | **TEXT ORDER** –This matter is before the court on Grandview Medical Center's Motion to Extend Stay of Discovery Deadlines in Discovery Order No. 34. 931 The Motion 931 is **GRANTED**. The deadlines in Discovery Order No. 34 are **STAYED** pending a ruling on the appeals of that order. The court will address the deadlines in any ruling on the appeals. Signed by Judge R David Proctor on 12/30/2016. (AVC) (Entered: 12/30/2016) |
| 01/03/2017 | 934 | Transcript of Proceedings held on December 19, 2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Margaret Wasmund, Telephone number 601–329–6113. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 1/24/2017. Redacted Transcript Deadline set for 2/3/2017. Release of Transcript Restriction set for 4/3/2017. (MRR, ) (Entered: 01/03/2017) |
| 01/03/2017 | 935 | TEXT ORDER re 920 Subscriber Plaintiffs' Motion to Quash Third Party Subpoenas, and 924 Non–Party Sutter Health, Inc.'s Objections to Subpoena Duces Tecum and Subpoena for Rule 30(B)(6) Deposition. Any response to the motions is due no later than January 13, 2017. Any reply by the movants is due no later than January 20, 2017. Argument of the motions will be heard at the Discovery Conference set for Tuesday, January 24, 2017, by Order 928 dated December 27, 2016. Signed by Magistrate Judge T Michael Putnam on January 3, 2017. (AMP, ) (Entered: 01/03/2017) |
| 01/03/2017 | 936 | TEXT ORDER re 935 Order Setting Deadlines. The Order is WITHDRAWN as it relates to 924 Non–Party Sutter Health, Inc.'s Objections to Subpoena Duces Tecum and Subpoena for Rule 30(B)(6) Deposition. Signed by Magistrate Judge T Michael Putnam on January 3, 2017. (AMP) (Entered: 01/03/2017) |
| 01/04/2017 | 937 | STATUS REPORT Regarding Plaintiffs' Motions to Compel Defendant Blue Cross Blue Shield of Alabama to Produce Unstructured and Structured Data by Defendants' Counsel. (Malatesta, John) (Entered: 01/04/2017) |
| 01/05/2017 | 938 | **TEXT ORDER**–This matter is before the court on the Motion of Certain Defendants for Certification Under 28 U.S.C. § 1292(B) which was filed in the four pending Alabama actions ((1) Conway, et al., v. Blue Cross & Blue Shield of Alabama, et al., Case No. 2:12–cv–02169–RDP (N.D. Ala.); (2) American Electric Motor Services, Inc., et al., v. Blue Cross Blue Shield of Alabama, et al., Case No. 2:12–cv–02532–RDP (N.D. Ala.); (3) Pettus Plumbing & Piping, Inc. v. Blue Cross Blue Shield of Alabama, et al., Case No. 3:16–cv–00297–RDP (N.D. Ala.); and (4) |

| | | |
|---|---|---|
| | | Pearce, Bevill, Leesburg, Moore, P.C. v. Blue Cross Blue Shield of Alabama, et al., Case No. 2:16–cv–00464–RDP (N.D. Ala.)). A status conference to discuss the Motions is **SET** in Courtroom 7A immediately following the Special Discovery Status Conference before Judge Putnam **on Monday, January 9, 2017**. Signed by Judge R David Proctor on 1/5/2017. (AVC) (Entered: 01/05/2017) |
| 01/05/2017 | 939 | STATUS REPORT Regarding Motion to Compel Defendant Blue Cross Blue Shield of Alabama to Produce Unstructured Data by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 01/05/2017) |
| 01/09/2017 | 940 | Blue Cross Blue Shield of Alabama's REPLY to 939 Plaintiffs' Status Report Regarding Motion to Compel filed by Defendants' Counsel. (Malatesta, John) (Entered: 01/09/2017) |
| 01/09/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 1/9/2017 re 847 849 MOTIONS; arguments by counsel; court's remarks; order to be entered; hrg adj (Court Reporter Julie Martin.) (ASL) (Entered: 01/09/2017) |
| 01/10/2017 | 941 | POST–HEARING Submission of Amended Proposed Order Granting Plaintiffs' Motion to Compel Blue Cross Blue Shield of Alabama to Produce Unstructured Data. (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) (Entered: 01/10/2017) |
| 01/11/2017 | 942 | Unopposed MOTION to Stay Deadlines for Responding to the Amended Complaints by Defendants' Counsel. (Hoover, Craig) (Entered: 01/11/2017) |
| 01/11/2017 | 943 | DISCOVERY ORDER No. 37–The Motion to Compel 847 is GRANTED. Signed by Magistrate Judge T Michael Putnam on 1/11/2017. (AVC) (Entered: 01/11/2017) |
| 01/12/2017 | 944 | ORDER–re: Unopposed Motion to Stay Deadlines for Responding to the Amended Complaints 942 . The Motion is GRANTED. It is hereby ORDERED that all deadlines set forth in the court's December 15 Order 915 are STAYED. Signed by Judge R David Proctor on 1/12/2017. (AVC) (Entered: 01/12/2017) |
| 01/12/2017 | 945 | MOTION to Compel Anthem to Produce Documents Related to the Anthem–Cigna Merger Litigation by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Whatley, Joe) (Entered: 01/12/2017) |
| 01/13/2017 | 946 | RESPONSE to 920 Motion to Quash Subpoenas to Proposed Class Members *Redacted* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – Email Compilation re Subpoenas, # 2 Exhibit F – 6/9/2016 Letter from Cottrell to Ragsdale, # 3 Exhibit G – 6/14/2016 Letter from Ragsdale to Cottrell)(Cottrell, Christa) (Entered: 01/13/2017) |
| 01/13/2017 | 947 | MOTION to Maintain the Seal on its Response to Plaintiffs' Motion to Quash Subpoenas to Proposed Class Members by Defendants' Counsel. (Cottrell, Christa) (Entered: 01/13/2017) |
| 01/17/2017 | 948 | **TEXT ORDER**–This matter is **SET** for a telephone conference at **9:00 a.m. Central time on Tuesday, January 31, 2017**, to discuss Economics Day part 2. The Special Master will provide a call in number for the conference. Signed by Judge R David Proctor on 1/17/2017. (AVC) (Entered: 01/17/2017) |
| 01/17/2017 | 949 | |

| | | |
|---|---|---|
| | | JOINT STATUS REPORT on Non–Party Insurers Productions by Plaintiffs' Counsel. (Sheehan, Patrick) (Entered: 01/17/2017) |
| 01/17/2017 | 950 | STATUS REPORT of Third–Party Managed Care Companies filed by AETNA, Inc. (Wells, H) (Entered: 01/17/2017) |
| 01/18/2017 | 951 | ***Document Sealed –Response to Plaintiff's Motion to Quash Subpoenas to Proposed Class Members. (AVC) (Entered: 01/18/2017) |
| 01/18/2017 | 952 | MOTION for Clarification of Discovery Order No. 37 by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 01/18/2017) |
| 01/19/2017 | 953 | JOINT STATUS REPORT Regarding Schedule by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ragsdale, Barry) (Entered: 01/19/2017) |
| 01/19/2017 | 954 | STATUS REPORT for January 24, 2017 Discovery Conference by Defendants' Counsel. (Attachments: # 1 Exhibit 1)(Hoover, Craig) (Entered: 01/19/2017) |
| 01/20/2017 | 955 | ORDER REGARDING OBJECTIONS TO DISCOVERY ORDER NO. 34– Nothing in Discovery Order No. 34 is either clearly erroneous or contrary to law. Dfts' Rule 72 Objection to Discovery Order No. 34 845 is **OVERRULED IN PART AND SUSTAINED IN PART**. The non–party targets' Objections to Discovery Order No. 34 851 – 853 are **OVERRULED** as not properly presented to the court. Dfts' Motion to Strike Grandview Medical Center's Brief in Support of its Appeal and Objection to Discovery Order No. 34 912 is **DENIED**. Signed by Judge R David Proctor on 1/20/2017. (AVC) (Entered: 01/20/2017) |
| 01/20/2017 | 956 | Opposition to 945 Plaintiff's Motion to Compel Anthem to Produce Documents Related to the Anthem–Cigna Merger Litigation filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hoover, Craig) (Entered: 01/20/2017) |
| 01/20/2017 | 957 | Provider Plaintiffs' Response to 950 Status Report of Third–Party Managed Care Companies filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Sheehan, Patrick) (Entered: 01/20/2017) |
| 01/20/2017 | 958 | Subscriber Plaintiffs' Reply Regarding 920 Motion to Quash Absent Class Member Subpoenas filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 01/20/2017) |
| 01/23/2017 | 959 | MOTION to Amend Scheduling Order by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 01/23/2017) |
| 01/24/2017 | 960 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from November 1, 2016 through December 31, 2016 in this matter as it relates to services rendered for both sides of the case, and totaling $10,000.00. Signed by Judge R David Proctor on 1/24/2017. (AVC) (Entered: 01/24/2017) |
| 01/24/2017 | 961 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from November 1, 2016 through December 31, 2016 in this matter relating solely to services provided to the Plaintiffs, and totaling $50,800.00. Signed by Judge R David Proctor on 1/24/2017. (AVC) (Entered: 01/24/2017) |
| 01/24/2017 | 962 | |

182

| | | |
|---|---|---|
| | | NOTICE of Change of Address by Charles C Hunter (Hunter, Charles) (Entered: 01/24/2017) |
| 01/24/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 1/24/2017; Motions 849 , 801 , 846 , 920 , 945 , 952 ; arguments by counsel; discovery status updates; hrg adj. (Court Reporter Lindy Fuller.) (ASL) (Entered: 01/24/2017) |
| 01/24/2017 | 963 | NOTICE of Supplemental Authority in Support of 945 Plaintiffs' Motion to Compel Anthem to Produce Documents Related to the Anthem–Cigna Merger Litigation by Plaintiffs' Liaison Counsel.(Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 01/24/2017) |
| 01/25/2017 | 964 | RESPONSE to 963 Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Motion to Compel Anthem to Produce Documents Related to the Anthem–Cigna Merger Litigation filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1)(Hoover, Craig) (Entered: 01/25/2017) |
| 01/30/2017 | 965 | Certain Defendants' Opposition to 959 Motion to Amend Scheduling Order filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: 01/30/2017) |
| 01/30/2017 | 966 | Transcript of Proceedings held on 1/24/2017, before Magistrate Judge T. Michael Putnam. Court Reporter/Transcriber Lindy M. Fuller, Telephone number (205) 527–2958. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/20/2017. Redacted Transcript Deadline set for 3/2/2017. Release of Transcript Restriction set for 4/30/2017. (AVC) (Entered: 01/30/2017) |
| 01/31/2017 | 967 | ORDER –Pursuant to the discussion at the Discovery Conference held on 1/24/2017, Subscriber Pltfs' Motion to Quash Third Party Subpoenas 920 is **WITHDRAWN** as set out in the Subscriber Pltfs' Reply Regarding Motion to Quash Absent Class Member Subpoenas 958 . Signed by Magistrate Judge T Michael Putnam on 1/31/2017. (AVC) (Entered: 01/31/2017) |
| 01/31/2017 | 968 | DISCOVERY ORDER No. 38– Signed by Magistrate Judge T Michael Putnam on 1/31/2017. (AVC) (Entered: 01/31/2017) |
| 01/31/2017 | 969 | DISCOVERY ORDER No. 39–The Motion to Compel Production of Documents from Non–Alabama Names Provider Plaintiffs 846 is GRANTED, and the provider plaintiffs are ORDERED to produce to the defendants unstructured and structured data by 3/1/2017. Signed by Magistrate Judge T Michael Putnam on 1/31/2017. (AVC) (Entered: 01/31/2017) |
| 01/31/2017 | 970 | DISCOVERY ORDER No. 40–The Motion to Compel Anthem to Produce Documents Related to the Anthem–Cigna Merger Litigation 945 is GRANTED insofar as Anthem is ORDERED to produce the documents set out. Production is to be made by 2/20/2017. In all other respects, the motion is DENIED. Signed by Magistrate Judge T Michael Putnam on 1/31/2017. (AVC) (Entered: 01/31/2017) |

| 01/31/2017 | 971 | DISCOVERY ORDER No. 41–re: Motion for Clarification of Discovery Order No. 37 952 . Blue Cross Blue Shield of Alabama is ORDERED to produce responsive documents *from the sample set* that are retrieved by search strings with a responsive rate of greater than 0% but less than 4%. Production of the documents shall be made by 2/24/2017. Signed by Magistrate Judge T Michael Putnam on 1/31/2017. (AVC) (Entered: 01/31/2017) |
|---|---|---|
| 01/31/2017 | 972 | DISCOVERY ORDER No. 42–The deadline for discovery in both the Multidistrict Litigation and the streamlined action is extended to 9/25/2017. Any remaining deadlines for filing will be set by the district judge. Signed by Magistrate Judge T Michael Putnam on 1/31/2017. (AVC) (Entered: 01/31/2017) |
| 02/01/2017 | 973 | MOTION to Compel Defendant Blue Cross Blue Shield of Alabama to Produce Eddie Harris for Deposition and for an Order Setting Parameters for Discovery Scheduling by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 02/01/2017) |
| 02/03/2017 | 974 | Transcript of Proceedings held on 1/31/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/24/2017. Redacted Transcript Deadline set for 3/6/2017. Release of Transcript Restriction set for 5/4/2017. (AVC) (Entered: 02/03/2017) |
| 02/03/2017 | 975 | CORRECTED Transcript of Proceedings held on 1/31/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner, Telephone number (256) 656–8239. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/24/2017. Redacted Transcript Deadline set for 3/6/2017. Release of Transcript Restriction set for 5/4/2017. (AVC) (Entered: 02/03/2017) |
| 02/06/2017 | 976 | REPLY in Support of 959 Motion to Amend Scheduling Order filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/06/2017) |
| 02/06/2017 | 977 | Provider Plaintiff's STATUS REPORT by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/06/2017) |
| 02/07/2017 | 978 | TEXT ORDER re 973 MOTION to Compel Defendant Blue Cross Blue Shield of Alabama to Produce Eddie Harris for Deposition and for an Order Setting Parameters for Discovery Scheduling filed by Plaintiffs' Counsel. Any response to |

184

| | | |
|---|---|---|
| | | the motion by Blue Cross Blue Shield of Alabama is due by February 10, 2017. Signed by Magistrate Judge T Michael Putnam on February 7, 2017. (AMP) (Entered: 02/07/2017) |
| 02/07/2017 | 979 | Defendants' MOTION to Remove the Seal on their 946 Response to Plaintiffs' Motion to Quash Subpoenas to Proposed Class Members by Defendants' Counsel. (Cottrell, Christa) (Entered: 02/07/2017) |
| 02/07/2017 | 980 | MOTION to Withdraw as Attorney by Quintiles IMS Incorporated, f/k/a IMS Health Incorporated, SK&A Information Services, Inc.. (Attachments: # 1 Text of Proposed Order)(Walworth, Daniel) (Entered: 02/07/2017) |
| 02/08/2017 | 981 | **TEXT ORDER**–This matter is before the court on Defendants' Motion to Remove the Seal on their Response to Plaintiffs' Motion to Quash Subpoenas to Proposed Class Members. 979 The Motion 979 is **GRANTED**. The Clerk of the Court is directed to UNSEAL the unredacted version of Defendants' Response to Plaintiffs' Motion to Quash Subpoenas to Proposed Class Members. 951 In light of Defendant's Motion 979 , its earlier Motion to Maintain the Seal 947 is **MOOT**. Signed by Judge R David Proctor on 2/8/2017. (AVC) (Entered: 02/08/2017) |
| 02/08/2017 | 982 | **TEXT ORDER**–This matter is before the Court on Non−parties SK&A Information Services, Inc. and Quintiles IMS Incorporated, f/k/a IMS Health Incorporateds Motion for Leave to Withdraw Appearance. 980 The Motion 980 is **GRANTED**. The Clerk of Court is directed to terminate Non−parties SK&A Information Services, Inc. and Quintiles IMS Incorporated, f/k/a IMS Health Incorporated, as well as attorney Daniel R. Walworth. Signed by Judge R David Proctor on 2/8/2017. (AVC) (Entered: 02/08/2017) |
| 02/08/2017 | 983 | MOTION for Extension of Time to Produce Non−Alabama Named Provider Plaintiffs' Discovery by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 02/08/2017) |
| 02/09/2017 | 984 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Tuesday, February 28, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on February 9, 2017. (AMP) (Entered: 02/09/2017) |
| 02/09/2017 | 985 | TEXT ORDER re 983 MOTION for Extension of Time to Produce Non−Alabama Named Provider Plaintiffs' Discovery. The defendants have until February 15, 2017, to notify the court whether the motion is opposed. Signed by Magistrate Judge T Michael Putnam on February 9, 2017. (AMP) (Entered: 02/09/2017) |
| 02/10/2017 | 986 | ORDER SETTING STATUS MARCH CONFERENCE for 3/24/2017 at 09:00a.m., in Courtroom 7A of the Hugo L Black US Courthouse. By 3/20/2017, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. The Special Master will provide a call in number for the conference. Signed by Judge R David Proctor on 2/10/2017. (AVC) (Entered: 02/10/2017) |
| 02/10/2017 | 987 | RESPONSE 977 Plaintiffs' Status Report filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – 10/21/2016 Brown Letter to Salomon, # 2 Exhibit B – 2/6/2017 Brown Letter to Salomon)(Cottrell, Christa) (Entered: 02/10/2017) |

| 02/10/2017 | 988 | RESPONSE to 973 Motion to Compel Production of Eddie Harris for Deposition and for an Order Setting Parameters for Discovery Scheduling filed by Defendants' Counsel. (Burkhalter, Carl) (Entered: 02/10/2017) |
|---|---|---|
| 02/13/2017 | 989 | SECOND AMENDED SCHEDULING ORDER–It is ORDERED that the schedule SHALL apply to the prioritized proceedings in *American Electric Motor Services Inc. v. Blue Cross and Blue Shield of Alabama et al., Conway v. Blue Cross and Blue Shield of Alabama et al., and Pettus Plumbing & Piping, Inc., v. Blue Cross Blue Shield of Alabama et al.* as set out. Pltf's Motion to Amend Scheduling Order 959 is GRANTED. Signed by Judge R David Proctor on 2/13/2017. (AVC) (Entered: 02/13/2017) |
| 02/14/2017 | 990 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 2/14/2017. (AVC) (Entered: 02/14/2017) |
| 02/14/2017 | 991 | DISCOVERY ORDER No. 43–Motion to Compel Defendant Blue Cross and Blue Shield of Alabama to Produce Eddie Harris for Deposition and for an Order Setting Parameters for Discovery Scheduling 973 is GRANTED. Blue Cross Blue Shield of Alabama is DIRECTED to produce all remaining documents related to Eddie Harris no later than 2/16/2017, and to make Mr. Harris available to sit for a deposition on 3/2/2017. Signed by Magistrate Judge T Michael Putnam on 2/14/2017. (AVC) (Entered: 02/14/2017) |
| 02/14/2017 | 992 | RESPONSE to 983 Provider Plaintiffs' Motion for Extension of Time to Produce Non–Alabama Provider Plaintiffs' Discovery filed by Defendants' Counsel. (Zott, David) (Entered: 02/14/2017) |
| 02/15/2017 | 993 | ORDER AMENDING DISCOVERY ORDER No. 39–re: Motion for Extension of Time to Produce Non–Alabama Named Provider Plaintiffs' Discovery 983 . Discovery Order No. 39 is AMENDED: The provider pltfs are ORDERED to produce to the dfts unstructured and structured data requested from the non–Alabama named provider pltfs by 3/29/2017. The provider pltfs also are ORDERED to provide proposed custodians and search terms to the dfts by 2/22/2017. Signed by Magistrate Judge T Michael Putnam on 2/15/2017. (AVC) (Entered: 02/15/2017) |
| 02/16/2017 | 994 | ORDER– re: Objections and Motions to Quash Subpoenas 883 , 884 , 885 , 886 . The provider plaintiffs and non–party movants are DIRECTED to file with the court, by 2/24/2017, briefs addressing why the subpoenas issued by the provider plaintiffs require a different ruling than what already was adjudicated in Discovery Order No. 34 832 and Judge Proctor's Order Regarding Objections to Discovery Order No. 34 955 . Oral argument on this issue and the motions will be heard at the Discovery Status Conference set for 2/28/2017 at 1:00p.m. Signed by Magistrate Judge T Michael Putnam on 2/16/2017. (AVC) (Entered: 02/16/2017) |
| 02/17/2017 | 995 | Provider Plaintiffs' Status Report on Non–Party Insurers' Productions by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sheehan, Patrick) (Entered: 02/17/2017) |
| 02/17/2017 | 996 | ***Document Sealed –Motion to Compel Production of Documents and Data from Third–Party National Insurers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 Part 1, # 9 Exhibit 8 Part 2, # 10 Exhibit 8 Part 3, # 11 Exhibit 8 Part 4, # 12 Exhibit 8 Part 5, # 13 Exhibit 8 Part 6, # 14 Exhibit 8 Part 7, # 15 Exhibit 8 Part 8, # 16 Exhibit 8 Part 9, # 17 Exhibit 8 Part 10, # 18 Exhibit 8 Part 11, # 19 Exhibit 9, # 20 |

| | | Exhibit 10) (AVC) (Entered: 02/21/2017) |
|---|---|---|
| 02/23/2017 | 997 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 2/23/2017. (JLC) (Entered: 02/23/2017) |
| 02/23/2017 | 998 | ORDER GRANTING 733 AMENDED and RESTATED MOTION Based on Filed Rate Doctrine for Summary Judgment on the Alabama Subscribers' Damages Claims to the extent that the money damages claims of Plaintiffs CB Roofing, Inc. and American Electric Motor Service, Inc. against all Defendants are DISMISSED WITH PREJUDICE. In all other respects, the 733 Motion is DENIED, GRANTING 770 Cross MOTION for Partial Summary Judgment to the extent that the Filed Rate affirmative defense is UNAVAILABLE as a defense to the claims of any Subscriber Plaintiff who paid a rate that varied upward from the filed rate. In all other respects, the 770 Motion is DENIED in accordance with the 997 Memorandum Opinion entered contemporaneously herewith. Signed by Judge R David Proctor on 2/23/2017. (JLC) (Entered: 02/23/2017) |
| 02/23/2017 | 999 | ORDER UNSEALING CERTAIN DOCUMENTS; The Clerk of the Court is hereby directed to unseal the following documents and/or exhibits as set out herein: Document 685–2, Document 685–3, Document 729–1, Document 729–2, Document 729–7, Document 729–8, Document 729–9, Document 738, Documents 738–2 through Document 738–87, Document 771, and Documents 773–1 through 773–12. Signed by Judge R David Proctor on 2/23/2017. (JLC) (Entered: 02/23/2017) |
| 02/24/2017 | 1000 | RESPONSE to 994 Order Regarding Non–Party Subpoenas Issued by Provider Plaintiffs filed by Health Care Authority of the City of Huntsville, Russellville Hospital, Inc.. (Kelly, Jeffrey) (Entered: 02/24/2017) |
| 02/24/2017 | 1001 | JOINT Opposition to 996 Motion to Compel and Joint Response to 995 Provider Plaintiffs' Status Report filed by AETNA, Inc., CIGNA Health and Life Insurance Company, Humana Inc., UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Wells, H) (Entered: 02/24/2017) |
| 02/24/2017 | 1002 | SUBMISSION in Response to 994 the Court's Order filed by Grandview Medical Center. (Mays, Joseph) (Entered: 02/24/2017) |
| 02/24/2017 | 1003 | MOTION to Compel Production of Documents and Data from Third–Party National Insurers by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Supplement Letter Brief)(Campbell, Andrew) (Entered: 02/24/2017) |
| 02/24/2017 | 1004 | RESPONSE to Order Regarding Non–Party Subpoenas Issued by Provider Plaintiffs by Andrews Sports Medicine and Orthopaedic Center, LLC. (Wilson, Benjamin) (Entered: 02/24/2017) |
| 02/24/2017 | 1005 | Subscriber Plaintiffs' Position Paper Regarding Status of Discovery Requests From Third Party Insurers by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ragsdale, Barry) (Entered: 02/24/2017) |
| 02/24/2017 | 1006 | Provider Plaintiffs' RESPONSE to 994 the Court's February 16, 2017 Order Regarding Non–Party Subpoenas filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: |

| | | |
|---|---|---|
| | | 02/24/2017) |
| 02/27/2017 | 1007 | Subscriber Plaintiffs' STATUS REPORT by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 02/27/2017) |
| 02/27/2017 | 1008 | Blue Cross Blue Shield of Alabama STATUS REPORT by Defendants' Counsel. (Malatesta, John) (Entered: 02/27/2017) |
| 02/28/2017 | 1009 | Statement Regarding the Objecting Non–Party Alabama Providers' Responses to Provider Plaintiffs' Subpoenas filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Campbell, Andrew) (Entered: 02/28/2017) |
| 02/28/2017 | 1010 | ***Document Sealed–Supplemental Filing in Support of Defendants' Motion to Compel Production of Documents and Data from Third–Party National Insurers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (AVC) (Entered: 02/28/2017) |
| 02/28/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 2/28/2017. (Court Reporter Sabrina Lewis) (ASL) (Entered: 02/28/2017) |
| 03/01/2017 | 1011 | ORDER–The Motions to Quash Subpoenas 883 , 884 , 885 , 886 are MOOT without prejudice to the movant's ability to refile the motions, should attempts to reach an agreement fail. Signed by Magistrate Judge T Michael Putnam on 3/1/2017. (AVC) (Entered: 03/01/2017) |
| 03/01/2017 | 1012 | ORDER AMENDING DISCOVERY ORDER No. 42–The deadline for discovery in the streamlined action is extended to 9/25/2017. Signed by Magistrate Judge T Michael Putnam on 3/1/2017. (AVC) (Entered: 03/01/2017) |
| 03/01/2017 | 1013 | Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Ragsdale, Barry) (Entered: 03/01/2017) |
| 03/03/2017 | 1014 | TEXT ORDER re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data filed by Plaintiffs' Liaison Counsel. Any response to the motion is due no later than March 10, 2017. Signed by Magistrate Judge T Michael Putnam on March 3, 2017. (AMP) (Entered: 03/03/2017) |
| 03/03/2017 | 1015 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Friday, March 24, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on March 3, 2017. (AMP) (Entered: 03/03/2017) |
| 03/07/2017 | 1016 | NOTICE (Letter) by Defendants' Counsel re 1010 Document Sealed *Justification* (Campbell, Andrew) Modified on 3/9/2017 (KAM, ). (Entered: 03/07/2017) |
| 03/08/2017 | 1017 | **TEXT ORDER**–This matter is before the court on Defendants' Notice 1016 that document number 1010 and the exhibits thereto need not be sealed. The clerk of the court is directed to **UNSEAL** document number 1010 and the exhibits thereto. 1010 |

| | | |
|---|---|---|
| | | [1010–1] [1010–2] [1010–3] [1010–4]. Signed by Judge R David Proctor on 3/8/2017. (AVC) (Entered: 03/08/2017) |
| 03/08/2017 | 1018 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data (Ragsdale, Barry) (Entered: 03/08/2017) |
| 03/09/2017 | 1019 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data (Ragsdale, Barry) (Entered: 03/09/2017) |
| 03/09/2017 | 1020 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data (Ragsdale, Barry) (Entered: 03/09/2017) |
| 03/09/2017 | 1021 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data (Ragsdale, Barry) (Entered: 03/09/2017) |
| 03/09/2017 | 1022 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data (Ragsdale, Barry) (Entered: 03/09/2017) |
| 03/10/2017 | 1023 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data (Ragsdale, Barry) (Entered: 03/10/2017) |
| 03/10/2017 | 1024 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data (Ragsdale, Barry) (Entered: 03/10/2017) |
| 03/10/2017 | 1025 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data (Ragsdale, Barry) (Entered: 03/10/2017) |
| 03/10/2017 | 1026 | RESPONSE in Opposition re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data *(as to Hogan Lovells plans)* filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Hoover, Craig) (Entered: 03/10/2017) |
| 03/13/2017 | 1027 | TEXT ORDER re 1013 Subscriber Plaintiffs' Motion to Compel Production of Explanatory Information Accompanying Structured Data. (Doc. 1013). After reviewing the defendants' production, plaintiffs are directed to update their motion to specify what explanatory information remains to be produced. The plaintiffs' update shall be filed no later than noon on Wednesday, March 22, 2017. The Hogan Lovells Defendants may respond to the plaintiffs' update no later than noon on March 24, 2017. Oral argument on the updated motion will be heard at the Discovery Conference set for Friday, March 24, 2017. Signed by Magistrate Judge T Michael Putnam on March 13, 2017. (AMP, ) (Entered: 03/13/2017) |
| 03/13/2017 | 1028 | MOTION to Compel the Provision of Supplemental Search Term Proposals by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Hoover, Craig) (Entered: 03/13/2017) |
| 03/14/2017 | 1029 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time *for BlueCross BlueShield of Tennessee to Produce Non−Claims Structured Data* by Defendants' Counsel. (Miller, Margot) (Entered: 03/14/2017) |
| 03/14/2017 | 1030 | MOTION for Extension of Time *for the Production of Non−Claims Structured Data* by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Briggs, John) (Entered: 03/14/2017) |
| 03/14/2017 | 1031 | First MOTION for Extension of Time *to Substantially Complete Production of Non−Claims Structured Data (as to Hogan Lovells Plans and BCBS−MI)* by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Hoover, Craig) (Entered: 03/14/2017) |
| 03/15/2017 | 1032 | TEXT ORDER. This matter is before the court on three motions to extend Judge Proctor's March 15, 2017 deadline to substantially complete production of non−claims structured data. 1029 1030 1031 . The parties SHALL continue their efforts to reach an agreement as to an extended deadline. On or before March 22, 2017, Plaintiffs SHALL file a report summarizing their position on the Motions, or a report on any agreement if one has been reached by that time. The parties also should be prepared to provide a report to the court on this issue at Judge Putnam's March 24, 2017 discovery conference. Signed by Magistrate Judge T Michael Putnam on March 15, 2017. (AMP, ) (Entered: 03/15/2017) |
| 03/15/2017 | 1033 | MOTION for Extension of Time *to Substantially Produce Non−Claims Structured Data by California Physicians' Services* by Defendants' Counsel. (Fronk, Casey) (Entered: 03/15/2017) |
| 03/15/2017 | 1034 | MOTION for Extension of Time *to Substantially Produce Non−Claims Structured Data (as to USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield)* by Defendants' Counsel. (Naranjo, Michael) (Entered: 03/15/2017) |
| 03/16/2017 | 1035 | TEXT ORDER re 1033 MOTION for Extension of Time, and 1034 MOTION for Extension of Time. The parties are notified that these motions also are subject to the instructions set out in the Text Order dated March 15, 2017 1032 . Signed by Magistrate Judge T Michael Putnam on March 16, 2017. (AMP) (Entered: 03/16/2017) |
| 03/21/2017 | 1036 | NOTICE by Defendants' Counsel re 1028 MOTION to Compel the Provision of Supplemental Search Term Proposals (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 03/21/2017) |
| 03/21/2017 | 1037 | Transcript of Proceedings held on 1/9/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Julie A. Martin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 4/11/2017. Redacted Transcript Deadline set for 4/21/2017. Release of Transcript Restriction set for 6/19/2017. (KAM, ) (Entered: 03/21/2017) |

| | | |
|---|---|---|
| 03/21/2017 | 1038 | Transcript of Proceedings held on 2/28/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number 205–278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 4/11/2017. Redacted Transcript Deadline set for 4/21/2017. Release of Transcript Restriction set for 6/19/2017. (JLC) (Entered: 03/21/2017) |
| 03/21/2017 | 1039 | ORDER SETTING INTERIM DEADLINE FOR THE PROVISIONOF SUPPLEMENTAL SEARCH TERM PROPOSALS–re: Motion to Compel the Provision of Supplemental Search Term Proposals 1028 . It is ORDERED that Section 7 of the Second Amended Discovery Order is AMENDED as set out. Signed by Judge R David Proctor on 3/21/2017. (AVC) (Entered: 03/21/2017) |
| 03/22/2017 | 1040 | DISCOVERY ORDER No. 44. Signed by Magistrate Judge T Michael Putnam on 3/22/2017. (AVC) (Entered: 03/22/2017) |
| 03/22/2017 | 1041 | Subscriber Plaintiffs' Update Regarding Motion to Compel Production of Explanatory Information Accompanying Structured Data by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 03/22/2017) |
| 03/22/2017 | 1042 | STATUS REPORT *Defendants Status Report Regarding Non–Party Alabama Provider Discovery* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit Stenerson to Kelly re BCBSM Subpoena to Huntsville, # 2 Exhibit Stenerson to Kelly re BCBSM Subpoena to Russellville, # 3 Exhibit Stenerson to Kelly re BCBSM Subpoena to Grandview, # 4 Exhibit Stenerson to Kelly re BCBSM Subpoena to Andrews, # 5 Exhibit Stenerson to Kelly re BCBSM Subpoena to Dr. Waits, # 6 Exhibit Brown to Stenerson re Waits Costs, # 7 Exhibit Kelly to Stenerson re Huntsville Costs, # 8 Exhibit Kelly to Stenerson re Russellville Costs, # 9 Exhibit Mays to Stenerson re Grandview Costs, # 10 Exhibit Stenerson to Kelly re Huntsville Invoice, # 11 Exhibit Stenerson to Kelly re Russellville Invoice, # 12 Exhibit Stenerson to Mays re Grandview Invoice, # 13 Exhibit Stenerson to Brown re Waits & Cahaba Invoice, # 14 Exhibit Stenerson to Wilson re Andrews Production Status)(Campbell, Andrew) (Entered: 03/22/2017) |
| 03/22/2017 | 1043 | ORDER APPROVING SPEICAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from January 1, 2017 through February 28, 2017 in this matter as it relates to services rendered for both sides of the case, and totaling $11,000.00. Signed by Judge R David Proctor on 3/22/2017. (KAM) (Entered: 03/22/2017) |
| 03/22/2017 | 1044 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENTfor services rendered and expenses incurred from January 1, 2017 through February 28, 2017 in this matter relating solely to services provided to the Plaintiffs, and totaling $65,600.00. Signed by Judge R David Proctor on 3/22/2017. (KAM) (Entered: 03/22/2017) |
| 03/22/2017 | 1045 | |

| | | |
|---|---|---|
| | | STATUS REPORT *Regarding Subscriber Plaintiffs' Position on Defendants' Motions to Extend the Time to Substantially Produce Non–Claims Structured Data* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) (Entered: 03/22/2017) |
| 03/23/2017 | 1046 | Subscriber Plaintiffs' MOTION for Reconsideration of 998 Order Regarding Filed Rate Summary Judgment Motions by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 03/23/2017) |
| 03/24/2017 | 1047 | RESPONSE to Subscribers' Status Report on Production of Explanatory Information filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1)(Kimble, Cavender) (Entered: 03/24/2017) |
| 03/24/2017 | 1048 | RESPONSE to 1042 Status Report Regarding Non–Party Alabama Provider Discovery filed by Grandview Medical Center. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mays, Joseph) (Entered: 03/24/2017) |
| 03/24/2017 | 1049 | ORDER SETTING APRIL STATUS CONFERENCE – Status Conference set for 4/21/2017 09:00 AM before Judge R David Proctor. On or before Friday, April 14, 2017, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.The Special Master will provide a call in number for the conference.. Signed by Judge R David Proctor on 3/24/2017. (KAM, ) (Entered: 03/24/2017) |
| 03/24/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 3/24/2017. (Court Reporter Sabrina Lewis) (ASL) (Entered: 03/24/2017) |
| 03/27/2017 | 1050 | DISCOVERY ORDER No. 45–Motion to Compel Production 1013 is GRANTED IN PART and DENIED IN PART as set out. The Motions for Extension of Time 1029 , 1030 , 1031 , 1033 , and 1034 are GRANTED. Signed by Magistrate Judge T Michael Putnam on 3/27/2017. (AVC) (Entered: 03/27/2017) |
| 03/29/2017 | 1051 | MOTION for an Extension of the March 29, 2017 Deadline to Produce Non–Alabama Named Provider Plaintiffs' Discovery by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 03/29/2017) |
| 04/03/2017 | 1052 | Subscriber Plaintiffs' NOTICE of Supplemental Authority in Advance of Economics Day II by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hellums, Christopher) (Entered: 04/03/2017) |
| 04/05/2017 | 1053 | MOTION for Reconsideration of Discovery Order No. 44 1040 or, Alternatively, to Enlarge the Deadline for Objecting to Such Order by Health Care Cost Institute, Inc. (Attachments: # 1 Exhibit A)(Mays, Joseph) (Entered: 04/05/2017) |
| 04/05/2017 | 1054 | MOTION to File Under Seal by Humana Inc.. (Turner, Sara) (Entered: 04/05/2017) |
| 04/05/2017 | 1055 | **TEXT ORDER**–This matter is before the court on Non–Party Humana Inc.'s Motion to File Under Seal. 1054 Humana contends the Objection and an attachment contain proprietary and confidential business information regarding Humanas technical systems and IT infrastructure. Because it appears the material sought to be filed under seal relates to a discovery issue, rather than a merits issue, the Motion 1054 is **GRANTED**. Humana is granted leave to file its Rule 72 Objection and the Declaration of Heather Kolasinsky under seal. Signed by Judge R David Proctor on 4/5/2017. (AVC) (Entered: 04/05/2017) |

| 04/05/2017 | 1056 | **TEXT ORDER**–This matter is before the court on Subscriber Plaintiffs' Motion for Reconsideration of Order Regarding Filed Rate Summary Judgment Motions. 1046 Defendants' Response to the Motion is due **on or before April 6, 2017**. Any Reply by Subscriber Plaintiffs is due **on or before April 12, 2017**. Signed by Judge R David Proctor on 4/5/2017. (AVC) (Entered: 04/05/2017) |
|---|---|---|
| 04/05/2017 | 1057 | ***Document Sealed –Non–Party Humana Inc.'s Rule 72 Objection to Discovery Order No. 44. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (AVC) (Entered: 04/05/2017) |
| 04/05/2017 | 1058 | Defendants' Rule 72 Objection to Discovery Order No. 44 by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Campbell, Andrew) Modified on 6/28/2017 (KAM, ). (Entered: 04/05/2017) |
| 04/06/2017 | 1059 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Friday, April 21, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on April 6, 2017. (AMP) (Entered: 04/06/2017) |
| 04/06/2017 | 1060 | TEXT ORDER re 1053 MOTION for Reconsideration of Discovery Order No. 44 1040 or, Alternatively, to Enlarge the Deadline for Objecting to Such Order *filed by Health Care Cost Institute, Inc.*. Any response to the motion is due no later than Tuesday, April 18, 2017. Argument on the motion will be heard at the Discovery Status Conference set for Friday, April 21, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on April 6, 2017. (AMP) (Entered: 04/06/2017) |
| 04/06/2017 | 1061 | Opposition to 1046 Plaintiffs' MOTION for Reconsideration of Order Regarding Filed Rate Summary Judgment Motions filed by Defendants' Counsel. (Hoover, Craig) (Entered: 04/06/2017) |
| 04/07/2017 | 1062 | NOTICE of Filing by Defendants' Counsel (Attachments: # 1 Exhibit A)(Hoover, Craig) (Entered: 04/07/2017) |
| 04/07/2017 | 1063 | Joint MOTION to Stay Discovery Deadlines in Discovery Order No. 44 by CIGNA Health and Life Insurance Company. (Weller, Christopher) (Entered: 04/07/2017) |
| 04/07/2017 | 1064 | Provider Plaintiffs' MOTION for Order Directing Provider Plaintiffs and Subscriber Plaintiffs to Proceed on Separate Tracks for All Discovery Purposes by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 04/07/2017) |
| 04/07/2017 | 1065 | Subscriber Plaintiffs' MOTION Concerning Certain Deposition Time Limitations by Plaintiffs' Counsel. (Hellums, Christopher) See Discovery order 46 Modified on 5/11/2017 (KAM, ). (Entered: 04/07/2017) |
| 04/07/2017 | 1066 | MOTION to Clarify Discovery Order No. 45 by Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) (Entered: 04/07/2017) |
| 04/12/2017 | 1067 | Subscriber Plaintiffs' REPLY in Support of 1046 Motion for Reconsideration of Order Regarding Filed Rate Summary Judgment Motions filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 04/12/2017) |

193

| 04/14/2017 | 1068 | REPORT Regarding Proposed Agenda for Status Conference on April 21, 2017 by Special Master. (Gentle, Edgar) (Entered: 04/14/2017) |
|---|---|---|
| 04/14/2017 | 1069 | TEXT ORDER re 1059 . The Discovery Conference set for Friday, April 21, 2017, will begin immediately following Judge Proctor's April Status Conference and caucuses. Signed by Magistrate Judge T Michael Putnam on April 14, 2017. (AMP) (Entered: 04/14/2017) |
| 04/14/2017 | 1070 | MOTION for Leave to File *Amend* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit Second Amended Class Action Complaint, # 2 Certificate of Service)(Hatch, Robert) (Entered: 04/14/2017) |
| 04/14/2017 | 1071 | STATUS REPORT *Joint Status Report Pursuant to Discovery Order 45* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 04/14/2017) |
| 04/17/2017 | 1072 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel *Subscriber Plaintiffs' Notice of Supplemental Authority Regarding the Filed Rate Summary Judgment Motions* (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 04/17/2017) |
| 04/17/2017 | 1073 | NOTICE by Plaintiffs' Counsel re 1051 MOTION for an Extension of the March 29, 2017 Deadline to Produce Non−Alabama Named Provider Plaintiffs' Discovery (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 04/17/2017) |
| 04/17/2017 | 1074 | MOTION to Amend/Correct 897 Amended Complaint *with Subscriber Plaintiffs' Third Amended Consolidated Complaint* by Plaintiffs' Counsel. (Attachments: # 1 REDACTED Amended Complaint)(Guin, David) (Entered: 04/17/2017) |
| 04/17/2017 | 1075 | NOTICE by Plaintiffs' Counsel *Of Filing Under Seal of Complaint* (Attachments: # 1 Exhibit Fourth Amended Provider Complaint, # 2 Exhibit A to Complaint)(Whatley, Joe) (Entered: 04/17/2017) |
| 04/17/2017 | 1076 | RESPONSE in Opposition re 1063 Joint MOTION to Stay Discovery Deadlines in Discovery Order No. 44 filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 04/17/2017) |
| 04/17/2017 | 1077 | **TEXT ORDER** This matter is before the court on Subscriber Plaintiffs' Motion for Leave to Amend the Subscriber Track Second Amended Consolidated Amended Complaint. 1074 The Motion 1074 is GRANTED. Plaintiffs are directed to file the proposed Third Amended Consolidated Class Action Complaint with the Clerk of the Court.. Signed by Judge R David Proctor on 4/17/2017. (KAM) (Entered: 04/17/2017) |
| 04/17/2017 | 1078 | RESPONSE in Opposition re 1053 MOTION for Reconsideration of Discovery Order No. 44 1040 or, Alternatively, to Enlarge the Deadline for Objecting to Such Order by Health Care Cost Institute, Inc. *FILED UNDER SEAL* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Campbell, Andrew) (Entered: 04/17/2017) |
| 04/17/2017 | 1079 | RESPONSE to *Non−Party Humana Inc.'s Rule 72 Objection to Discovery Order No. 44 Filed as Dkt 1057 Under Seal* filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 04/17/2017) |
| 04/17/2017 | 1080 | RESPONSE to re 1057 *Provider Plaintiffs' Response to Non−Party Humana, Inc.'s Rule 72 Objection to Discovery Order No. 44* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 04/17/2017) |

| 04/17/2017 | 1081 | RESPONSE to re 1063 *Provider Plaintiffs' Response to Non−Party Insurers' Motion to Stay Deadlines in Discovery Order No. 44* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 04/17/2017) |
|---|---|---|
| 04/17/2017 | 1082 | SUBSCRIBER TRACK THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (KAM) Document unsealed 4/28/2017, see order 1113 Modified on 5/2/2017 (KAM, ). (Entered: 04/18/2017) |
| 04/17/2017 | 1084 | ***Document Sealed − Defendants' response to Non−Party Health Care Cost Institute Inc's MOTION FOR RECONSIDERATION of Discovery Order No.44 or, alternatively, to enlarge the deadline for objection to such order (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 04/18/2017) |
| 04/18/2017 | 1083 | CONSOLIDATED FORTH AMENDED PROVIDER COMPLAINT (this document relates to 2:12−cv−2532) (KAM, )Unsealed 4/28/2017 see order 1113 Modified on 5/2/2017 (KAM, ). (Entered: 04/18/2017) |
| 04/18/2017 | 1085 | RESPONSE to re 1052 *Subscriber Plaintiffs' Notice of Supplemental Authority* filed by Defendants' Counsel. (Zott, David) (Entered: 04/18/2017) |
| 04/18/2017 | 1086 | RESPONSE to re 1065 *Subscriber Plaintiffs' Motion Concerning Certain Deposition Time Limitations* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A − In re Anthem Data Breach Litig 12/8/2016 Order)(Zott, David) (Entered: 04/18/2017) |
| 04/18/2017 | 1087 | RESPONSE to Motion re 1053 MOTION for Reconsideration of Discovery Order No. 44 1040 or, Alternatively, to Enlarge the Deadline for Objecting to Such Order by Health Care Cost Institute, Inc. filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 04/18/2017) |
| 04/18/2017 | 1088 | RESPONSE in Opposition re 1064 Provider Plaintiffs' MOTION for Order Directing Provider Plaintiffs and Subscriber Plaintiffs to Proceed on Separate Tracks for All Discovery Purposes filed by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Hoover, Craig) (Entered: 04/18/2017) |
| 04/18/2017 | 1089 | STATUS REPORT *by Provider Plaintiffs on Tranche 1 Productions* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Brown, W) (Entered: 04/18/2017) |
| 04/19/2017 | 1090 | **TEXT ORDER**–The court's March 24, 2017 Order Setting April Status Conference 1049 is **AMENDED** as follows: the status conference is set for **9:00 a.m. (CDT) on April 21, 2017 in CR 8**.. Signed by Judge R David Proctor on 4/19/2017. (KAM) (Entered: 04/19/2017) |
| 04/19/2017 | 1091 | RESPONSE to re 1058 *Joint Response by Non−Party Insurers Aetna, Inc.; UnitedHealthGroup, Incorporated; Humana, Inc.; and Cigna Health and Life Insurance Company to Defendants Rule 72 Objection to Discovery Order No. 44* filed by AETNA, Inc.. (Attachments: # 1 Exhibit 1)(Wells, H) (Entered: 04/19/2017) |
| 04/19/2017 | 1092 | REPLY to Response to Motion re 1063 Joint MOTION to Stay Discovery Deadlines in Discovery Order No. 44 *Joint Reply by Non−Party Insurers Aetna, Inc.; UnitedHealthGroup, Incorporated; Humana, Inc.; and Cigna Health and Life Insurance Company in Support of their Joint Motion to Stay Discovery Deadlines in Discovery Order No. 44* filed by AETNA, Inc.. (Wells, H) (Entered: 04/19/2017) |
| 04/20/2017 | 1093 | |

| | | |
|---|---|---|
| | | STATUS REPORT *(PROVIDER PLAINTIFFS' REPORT REGARDING STATUS CONFERENCE ON APRIL 21, 2017)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Whatley, Joe) (Entered: 04/20/2017) |
| 04/20/2017 | 1094 | RESPONSE to re 1072 *Notice of Supplemental Authority Regarding the Filed Rate Summary Judgment Motions* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 04/20/2017) |
| 04/20/2017 | 1095 | MOTION to Withdraw as Attorney *for Excellus Heath Plan, Excellus BlueCross Blue Shield* by Defendants' Counsel. (Andress, D) (Entered: 04/20/2017) |
| 04/20/2017 | 1096 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed by attorney D. Keith Andress. 1095 The Motion 1095 is GRANTED. The Clerk of the Court is directed to terminate attorney Andress. Signed by Judge R David Proctor on 4/20/2017. (KAM) (Entered: 04/20/2017) |
| 04/21/2017 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 4/21/2017. (Court Reporter Teresa Roberson.) (KLL) (Entered: 04/21/2017) |
| 04/21/2017 | 1097 | ORDER TO SHOW CAUSE the parties are directed to appear and show cause why an injunction should not be entered to either (a) enjoin Anthem, Defendants, Provider Plaintiffs, and Subscriber Plaintiffs from providing information and documents deemed confidential under the Qualified Protective Order and the courts Alternative Dispute Resolution Plan to Cigna in connection with the litigation before the Delaware Chancery Court, and/or (b) enjoin Cigna from requesting such confidential information and documents; parties to simultaneously file briefs by 5/3/2017; reply briefs may be filed by 5/10/2017. Signed by Judge R David Proctor on 4/21/2017. (KAM) (Entered: 04/21/2017) |
| 04/21/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 4/21/2017; re 849 , 1051 , 1063 , 1053 , 1064 , 1065 ; arguments by counsel; hrg adj (Court Reporter Julie Martin) (ASL) (Entered: 04/21/2017) |
| 04/24/2017 | 1098 | ORDER for the reasons stated on the record during the 4/21/2017 status conference; 1046 Motion for Reconsideration is denied without prejudice; the parties and the court will reassess the questions raised by the motion at a later date. Signed by Judge R David Proctor on 4/24/2017. (KAM, ) (Entered: 04/24/2017) |
| 04/24/2017 | 1099 | REPLY to re 1058 *in Support of Defendants' Rule 72 Objection to Discovery Order No. 44* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Campbell, Andrew) (Entered: 04/24/2017) |
| 04/24/2017 | 1101 | Reply in support of defendants' Rule 72 Objection to Discovery Order No. 44 (Attachments: # 1 Exhibit A) (KAM, ) Document unsealed 5/2/2017 Modified on 5/2/2017 (KAM, ). (Entered: 04/25/2017) |
| 04/25/2017 | 1100 | DISCOVERY ORDER NO. 46. Signed by Magistrate Judge T Michael Putnam on 4/25/2017. (KAM) (Entered: 04/25/2017) |
| 04/25/2017 | 1102 | Subscriber Plaintiffs' Motion for Additional BCBS−AL Custodians by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(AVC) Document un−sealed 5/5/2017 see 1132 Modified on 5/5/2017 (KAM, ). (Entered: 04/25/2017) |

| 04/25/2017 | 1103 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT – The Court therefore ORDERS that the Special Master=s application for payment is hereby approved, with one–half of the billing for common projects, plus the billing that=s specific only to Subscriber Track projects, or $22,500.00, to be paid by the Subscriber Track and one–half of the billing for common projects, plus the billing that=s specific only to Provider Track projects, or $19,500.00, to be paid by the Provider Track, from their Common Benefit monies. Signed by Judge R David Proctor on 4/25/2017. (KAM) (Entered: 04/25/2017) |
|---|---|---|
| 04/25/2017 | 1104 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT – The Court therefore ORDERS that the Special Master=s application for payment is hereby approved, with: (i) one–half, or $1,500.00, to be paid by the Defendants; and (ii) one–fourth, or $750.00, to be paid by the Subscriber Track, and one–fourth, or $750.00, to be paid by the Provider Track, from their Common Benefit monies.. Signed by Judge R David Proctor on 4/25/2017. (KAM, ) (Entered: 04/25/2017) |
| 04/25/2017 | 1105 | ORDER the Provider Plaintiffs Motion for an Extension of the March 29, 2017 Deadline to Produce Non–Alabama Named Provider Plaintiffs Discovery 1051 is GRANTED: Provider Plaintiffs will substantially complete their structured and unstructured productions on April 18, 2017, May 1, 2017, and June 1, 2017, as further set out in this order. Signed by Magistrate Judge T Michael Putnam on 4/25/2017. (KAM, ) (Entered: 04/25/2017) |
| 04/25/2017 | 1106 | ORDER granting 1063 Motion to Stay Discovery Deadlines in Discovery Order No. 44; insofar as the deadlines for providing an estimate of costs and the April 30, 2017, deadline for production of strategic documents described in subsection II.B. of Discovery Order No. 44 are STAYED, to be reset following the resolution of the defendants Rule 72 Objection to Discovery. The Non–Party Insurers are not, however,relieved of their duty to continue searching for, screening, and preparing documents for production, and to continue actually producing responsive documents that are historical or fact–based, as opposed to forward–looking strategic documents, as described in subsection II.B. of Discovery Order No. 44, or to provide cost estimates for production of such historical or fact–based market entry/exit documents.2. Signed by Magistrate Judge T Michael Putnam on 4/25/2017. (KAM, ) (Entered: 04/25/2017) |
| 04/25/2017 | 1107 | MOTION to Compel *Blue Cross and Blue Shield of Alabama to Designate Annette Baker, Cynthia Vice, Sherry Lemier, and Jerry Chambers as Document Production Custodians by Provider Plaintiffs* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Whatley, Joe) (Granted in Discovery Order 48 1131 Modified on 5/11/2017 (KAM, ). (Entered: 04/25/2017) |
| 04/26/2017 | 1108 | TEXT ORDER re 1102 SEALED MOTION – Subscriber Plaintiffs' Motion for Additional BCBS–AL Custodians; and 1107 Provider Plaintiffs' MOTION to Compel Blue Cross and Blue Shield of Alabama to Designate Annette Baker, Cynthia Vice, Sherry Lemier, and Jerry Chambers as Document Production Custodians. Any response to the motions is due no later than Monday, May 1, 2017. Signed by Magistrate Judge T Michael Putnam on April 26, 2017. (AMP) (Entered: 04/26/2017) |
| 04/26/2017 | 1109 | Transcript of Proceedings held on 4/21/2017, before Judge R. David Proctor. Court Reporter/Transcriber Teresa Roberson, Telephone number (205) 492–2483. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

197

| | | Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/17/2017. Redacted Transcript Deadline set for 5/27/2017. Release of Transcript Restriction set for 7/25/2017. (Attachments: # 1 ct rptr certification page) (AVC) (Entered: 04/26/2017) |
|---|---|---|
| 04/26/2017 | 1110 | NOTICE by Defendants' Counsel *Regarding Sealing of Subscriber Plaintiffs' Third Amended Complaint and Provider Plaintiffs' Fourth Amended Complaint – Joint* (Hogewood, Mark) (Entered: 04/26/2017) |
| 04/27/2017 | 1111 | Transcript of Proceedings held on April 21, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Julie Martin, Telephone number (205) 837–5266. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/18/2017. Redacted Transcript Deadline set for 5/28/2017. Release of Transcript Restriction set for 7/26/2017. (MRR, ) (Entered: 04/27/2017) |
| 04/27/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 4/27/2017. (Court Reporter Sabrina Lewis) (ASL) (Entered: 04/27/2017) |
| 04/28/2017 | 1112 | TEXT ORDER re 1102 SEALED MOTION – Subscriber Plaintiffs' Motion for Additional BCBS–AL Custodians; and 1107 Provider Plaintiffs' MOTION to Compel Blue Cross and Blue Shield of Alabama to Designate Annette Baker, Cynthia Vice, Sherry Lemier, and Jerry Chambers as Document Production Custodians. A Motion Hearing is SET for Wednesday, May 3, 2017, at 10:00 AM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Signed by Magistrate Judge T Michael Putnam on April 28, 2017. (AMP, ) (Entered: 04/28/2017) |
| 04/28/2017 | 1113 | **TEXT ORDER**This matter is before the court on the parties' Joint Notice Regarding Sealing of Subscriber Plaintiffs Third Amended Complaint and Provider Plaintiffs Fourth Amended Complaint. 1110 In light of the Joint Notice 1110 , the clerk of the court is directed to unseal Documents No. 1082 and 1083. 1082 1083 . Signed by Judge R David Proctor on 4/28/2017. (KAM) (Entered: 04/28/2017) |
| 04/28/2017 | 1114 | DISCOVERY ORDER No. 47. Signed by Magistrate Judge T Michael Putnam on 4/28/2017. (KAM, ) (Entered: 04/28/2017) |
| 05/01/2017 | 1115 | Transcript of Proceedings held on April 27, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205) 278–2065. |

| | | |
|---|---|---|
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/22/2017. Redacted Transcript Deadline set for 6/1/2017. Release of Transcript Restriction set for 7/30/2017. (MRR, ) (Entered: 05/01/2017) |
| 05/01/2017 | 1116 | ORDER REGARDING OBJECTIONS TO DISCOVERY ORDER NO. 44. Signed by Judge R David Proctor on 5/1/2017. (JLC) (Entered: 05/01/2017) |
| 05/01/2017 | 1117 | ORDER that this case is hereby set for a Status Conference at 9:00 a.m. on Thursday, June 8, 2017, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama before Judge R David Proctor. On or before Friday, June 2, 2017, the parties SHALL submit a Joint Report as set out herein. Economics Day Part II is SET at 9:00 a.m. on Friday, June 9, 2017, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. Signed by Judge R David Proctor on 5/1/2017. (JLC) (Entered: 05/01/2017) |
| 05/01/2017 | 1118 | STATUS REPORT *of Provider Plaintiffs Regarding Discovery* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 05/01/2017) |
| 05/01/2017 | 1119 | STATUS REPORT *Subscriber Plaintiffs' Status Report on Depositions, Custodians and Search Terms* by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 05/01/2017) |
| 05/01/2017 | 1120 | STATUS REPORT *by Provider Plaintiffs Regarding Tranche 2 Productions* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Brown, W) (Entered: 05/01/2017) |
| 05/01/2017 | 1121 | RESPONSE to *Plaintiffs' Motions to Compel Additional Custodians* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Malatesta, John) (Entered: 05/01/2017) |
| 05/02/2017 | 1122 | **TEXT ORDER**–This matter is before the court on correspondence dated May 1, 2017 from Defendants regarding the status of the seal on their Reply in Support of Defendants' Rule 72 Objection to Discovery Order No. 44. 1101 In light of that correspondence, the clerk of the court is directed to unseal Document No. 1101. 1101 . Signed by Judge R David Proctor on 5/2/2017. (KAM, ) (Entered: 05/02/2017) |
| 05/03/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 5/3/2017 re 1102 , 1107 ; arguments by counsel; court's remarks; taken under submission; hrg adj (Court Reporter Sabrina Lewis) (ASL) (Entered: 05/03/2017) |
| 05/03/2017 | 1123 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 05/03/2017) |
| 05/03/2017 | 1124 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Claudine Columbres on behalf of Anthem, Inc. (Columbres, Claudine) (Entered: 05/03/2017) |
| 05/03/2017 | 1125 | NOTICE of Appearance by Glenn M Kurtz on behalf of Anthem, Inc. (Kurtz, Glenn) (Entered: 05/03/2017) |
| 05/03/2017 | 1126 | NOTICE by CIGNA Health and Life Insurance Company re 1097 Order to Show Cause,, (Weller, Christopher) (Entered: 05/03/2017) |
| 05/03/2017 | 1127 | RESPONSE to re 1097 *Subscriber Plaintiffs' Reponse to Court's Order to Show Cause* filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 05/03/2017) |
| 05/03/2017 | 1128 | ***Document Sealed – Defendant's Response to the Court's 4/21/2017 Order to Show Cause (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (KAM, ) (Entered: 05/04/2017) |
| 05/03/2017 | 1129 | ***Document Sealed Defendant Anthem Inc's Response to Order to Show Cause (KAM) (Entered: 05/04/2017) |
| 05/04/2017 | 1130 | ***Document Sealed CIGNA Corporation's Response to Show Cause Order 1097 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (KAM, ) (Entered: 05/04/2017) |
| 05/04/2017 | 1131 | DISCOVERY ORDER No. 48. Signed by Magistrate Judge T Michael Putnam on 5/4/2017. (KAM) (Entered: 05/04/2017) |
| 05/05/2017 | 1132 | **TEXT ORDER**–This matter is before the court on correspondence dated May 4, 2017 from the Subscriber Seal Team regarding the status of the seal on their Motion for Additional BCBS–AL Custodians. 1102 In light of that correspondence, the clerk of the court is directed to unseal Document No. 1102. 1102 .. Signed by Judge R David Proctor on 5/5/2017. (KAM, ) (Entered: 05/05/2017) |
| 05/05/2017 | 1133 | NOTICE by Blue Cross Blue Shield Antitrust Litigation MDL 2406 *of Withdrawal of Appearance* (Leary, Paul) (Entered: 05/05/2017) |
| 05/05/2017 | 1134 | **TEXT ORDER**–This matter is before the court on the responses 1123 1127 1128 1129 1130 to the court's April 21, 2017 Show Cause Order 1097 . In light of the responses, this matter is **SET** for a telephone conference at **3:00 p.m. Central Time on Thursday, May 11, 2017**, to discuss the matters addressed in the order and the responses. The telephone conference regarding this issue will occur at the beginning of Judge Putnam's weekly discovery call. Signed by Judge R David Proctor on 5/5/2017. (KAM, ) (Entered: 05/05/2017) |
| 05/05/2017 | 1135 | ***Document Sealed – Notice of Substitution of Exhibits by dft Blue Cross Blue Shield Association (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 6) (KAM) (Entered: 05/05/2017) |
| 05/05/2017 | 1136 | ***Document Sealed Subscriber Plaintiffs' Response to the Court's Order to Show Cause 1097 (KAM, ) (Entered: 05/05/2017) |
| 05/08/2017 | 1137 | MOTION for Leave to Appear Pro Hac Vice by CIGNA Health and Life Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Weller, Christopher) (Entered: 05/08/2017) |
| 05/08/2017 | 1138 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice by CIGNA Health and Life Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Weller, Christopher) (Entered: 05/08/2017) |
| 05/09/2017 | 1139 | **TEXT ORDER**–This matter is before the court on the Motions for Admission Pro Hac Vice filed on behalf of attorneys Samuel C. Leifer and Stephen R. DiPrima. 1137 1138 The Motions 1137 1138 are **GRANTED**.. Signed by Judge R David Proctor on 5/9/2017. (KAM, ) (Entered: 05/09/2017) |
| 05/09/2017 | 1140 | MOTION for Leave to File *Under Seal* by CIGNA Health and Life Insurance Company. (Weller, Christopher) (Entered: 05/09/2017) |
| 05/09/2017 | 1141 | **TEXT ORDER**–This matter is before the court on Cigna Corporation's Unopposed Motion for Leave to File Under Seal. 1140 The Motion 1140 is **GRANTED**. See 145 758 .. Signed by Judge R David Proctor on 5/9/2017. (KAM, ) (Entered: 05/09/2017) |
| 05/09/2017 | 1142 | MOTION *to Extend Time for Rule 30(b)(6) Depositions* by Plaintiffs' Counsel. (Attachments: # 1 Memo in Support)(Lemmon, Andrew) (Entered: 05/09/2017) |
| 05/10/2017 | 1143 | MOTION for Additional Time for Depositions *by Subscriber Plaintiffs* by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 05/10/2017) |
| 05/10/2017 | 1144 | ***Document Sealed – DEFENDANTS REPLY TO CIGNAS AND PLAINTIFFS RESPONSES TO THE COURTS APRIL 21, 2017 SHOW CAUSE ORDER (SAC ) (Entered: 05/10/2017) |
| 05/10/2017 | 1145 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 1097 Order to Show Cause,, *(Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit One, # 2 Exhibit Two)(Whatley, Joe) (Entered: 05/10/2017) |
| 05/10/2017 | 1146 | ***Document Sealed – Cigna Corporation's Reply in Further Support of its Response to Show Cause Order Regarding Privilege Issues 1097 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (KAM, ) (Entered: 05/11/2017) |
| 05/10/2017 | 1147 | ***Document Sealed – Anthem's Reply to the Responses to the Court's 4/21/2017 Show Cause Order (KAM) (Entered: 05/11/2017) |
| 05/11/2017 | 1148 | RESPONSE to Motion re 1142 MOTION *to Extend Time for Rule 30(b)(6) Depositions on Behalf of BCBSA & BCBS–AL* filed by Defendants' Counsel. (Donnell, Sarah) (Entered: 05/11/2017) |
| 05/11/2017 | 1149 | RESPONSE to *Defendants' Request to Maintain the Seal on Their Show Cause Response* filed by Plaintiffs' Counsel. (Stokes, Tammy) (Entered: 05/11/2017) |
| 05/11/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 5/11/2017. (Court Reporter Sabrina Lewis) (ASL) (Entered: 05/11/2017) |
| 05/11/2017 | 1150 | NOTICE by Plaintiffs' Counsel *of Agreement Regarding BCBS–AL Custodians (Subscriber Plaintiffs)* (Hellums, Christopher) (Entered: 05/11/2017) |
| 05/12/2017 | 1151 | DISCOVERY ORDER NO. 49.. Signed by Judge R David Proctor on 5/12/2017. (KAM) (Entered: 05/12/2017) |
| 05/12/2017 | 1152 | SUPPLEMENTAL DISCOVERY ORDER NO. 48. Signed by Magistrate Judge T Michael Putnam on 5/12/2017. (KAM, ) (Entered: 05/12/2017) |

| 05/15/2017 | 1153 | DISCOVERY ORDER NO. 50. Signed by Magistrate Judge T Michael Putnam on 5/15/2017. (KAM) (Entered: 05/15/2017) |
|---|---|---|
| 05/15/2017 | 1154 | MOTION for Extension of Time *For Responding To The Amended Complaints (Unopposed)* by Defendants' Counsel. (Hoover, Craig) (Entered: 05/15/2017) |
| 05/15/2017 | 1155 | Brief re 1149 Response (other) *Defendants' Justification for Filings Submitted Under Seal and Reply to Subscribers' May 11, 2017 Response Regarding Sealing.* (Zott, David) (Entered: 05/15/2017) |
| 05/15/2017 | 1156 | Brief re 1097 Order to Show Cause,, *Defendants' Response to the Court's April 21, 2017 Show Cause Order – Public Version* – filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – 4/12/2017 Hearing Transcript, # 2 Exhibit 2 – 4/13/2017 Hearing Transcript, # 3 Exhibit 3–6 – Filed Under Seal, # 4 Exhibit 7 – 4/28/2017 Laster Letter to Counsel, # 5 Exhibit 8 – Filed Under Seal)(Zott, David) (Entered: 05/15/2017) |
| 05/15/2017 | 1157 | Brief re 1097 Order to Show Cause,, *Defendants' Reply to Cigna's and Plaintiffs' Responses to the Court's April 21, 2017 Show Cause Order – Public Version* – filed by Defendants' Counsel. (Zott, David) (Entered: 05/15/2017) |
| 05/16/2017 | 1158 | **TEXT ORDER**–This matter is before the court on Defendants' Unopposed Motion to Enlarge the Time for Responding to the Amended Complaints. 1154 The Motion 1154 is **GRANTED**. Defendants shall respond to the recently amended complaints **on or before May 17, 2017**. Signed by Judge R David Proctor on 5/16/2017. (KAM) (Entered: 05/16/2017) |
| 05/16/2017 | 1159 | **TEXT ORDER** This matter is before the court on the parties' filings regarding justifications for maintaining the seal on documents filed in response to the court's April 21, 2017 Show Cause Order. 1097 In light of those filings, the Clerk of the Court is directed to unseal Documents 1128–1, 1128–2 and 1128–7. [1128–1] [1128–2] [1128–7]. Signed by Judge R David Proctor on 5/16/2017. (KAM, ) (Entered: 05/16/2017) |
| 05/17/2017 | 1160 | ORDER – No future mediation may be unilaterally cancelled by any party. All future mediation sessions SHALL take place pursuant to this courts order and occur in Birmingham, Alabama. The Mediator and Special Master SHALL submit an appropriate order in relation to all such future sessions. Signed by Judge R David Proctor on 5/16/2017. (KAM) (Entered: 05/17/2017) |
| 05/17/2017 | 1161 | **TEXT ORDER**–This case is **SET** for an ex parte telephone conference with certain Subscribers Counsel at **12:00 noon, Central time, on Friday, May 19, 2017**. Subscribers Lead Counsel, Subscriber Plaintiffs Steering Committee Members and the Subscribers Liaison Counsel **SHALL** attend. The Special Master is asked to circulate dial in information for the call.. Signed by Judge R David Proctor on 5/17/2017. (KAM) (Entered: 05/17/2017) |
| 05/17/2017 | 1162 | *Blue Shield of California's Answer & Affirmative Defenses* ANSWER to Complaint *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(West, Kimberly) (Entered: 05/17/2017) |
| 05/17/2017 | 1163 | *Highmark Inc.'s Answer & Affirmative Defenses* ANSWER to Complaint *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(West, Kimberly) (Entered: 05/17/2017) |
| 05/17/2017 | 1164 | |

| | | |
|---|---|---|
| | | *Health Care Service Corp. & Caring For Montanans, Inc.'s Answer & Affirmative Defenses* ANSWER to Complaint *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(West, Kimberly) (Entered: 05/17/2017) |
| 05/17/2017 | 1165 | *Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield's Answer and Affirmative Defenses to the Subscriber Track Third Amended Consolidated Class Action Complaint [Docket no. 1082]* ANSWER to Complaint by Defendants' Counsel.(Naranjo, Michael) (Entered: 05/17/2017) |
| 05/17/2017 | 1166 | *Blue Cross and Blue Shield Association's* ANSWER to Complaint with Jury Demand *(Subscriber Track's Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Zott, David) (Entered: 05/17/2017) |
| 05/17/2017 | 1167 | *Independence Hospital Indemnity Plan, Inc.'s Answer and Affirmative Defenses* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Adcox, Rachel) (Entered: 05/17/2017) |
| 05/17/2017 | 1168 | *Blue Cross Blue Shield of Alabama's* ANSWER to Complaint *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Burkhalter, Carl) (Entered: 05/17/2017) |
| 05/17/2017 | 1169 | *Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1170 | *Blue Cross and Blue Shield of Florida, Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1171 | *Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana)* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1172 | *Blue Cross and Blue Shield of Massachusetts, Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1173 | *Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company's* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Blue Cross Blue Shield Antitrust Litigation MDL 2406.(McDowell, M) (Entered: 05/17/2017) |
| 05/17/2017 | 1174 | *Wellmark, Inc., d/b/a Wellmark Blue Cross and Blue Shield of Iowa, and Wellmark of South Dakota, Inc., d/b/a Wellmark Blue Cross and Blue Shield of South Dakota's* ANSWER to Complaint with Jury Demand *(Subscriber Track's Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Zott, David) (Entered: 05/17/2017) |
| 05/17/2017 | 1175 | *BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota)* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |

| 05/17/2017 | 1176 | *Blue Cross and Blue Shield of North Carolina, Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
|---|---|---|
| 05/17/2017 | 1177 | *Blue Cross & Blue Shield of Rhode Island* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1178 | *Blue Cross and Blue Shield of South Carolina* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1179 | *Blue Cross and Blue Shield of Vermont* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1180 | *Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (in Washington); Regence Blue Cross Blue Shield of Oregon* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1181 | *Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1182 | *Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey)* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1183 | ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield.(Clark, Anna) (Entered: 05/17/2017) |
| 05/17/2017 | 1184 | *Blue Cross Blue Shield of Michigan's* ANSWER to Complaint with Jury Demand *for the Subscriber Track's Third Amended Consolidated Class Action Complaint* by Defendants' Counsel.(Campbell, Andrew) (Entered: 05/17/2017) |
| 05/17/2017 | 1185 | *CareFirst BlueChoice, Inc.* ANSWER to Complaint with Jury Demand by Defendants' Counsel.(Norman, Brian) (Entered: 05/17/2017) |
| 05/17/2017 | 1186 | *Premera Blue Cross's* ANSWER to Complaint with Jury Demand *Subscriber Track Third Amended Consolidated Class Action Complaint* by Premera Blue Cross.(Payton, Gwendolyn) (Entered: 05/17/2017) |
| 05/17/2017 | 1187 | MOTION to Dismiss *Providers' Consolidated Fourth Amended Complaint* by Defendants' Counsel. (Attachments: # 1 Supplement Brief In Support of MTD, # 2 Exhibit A)(Campbell, Andrew) (Entered: 05/17/2017) |
| 05/17/2017 | 1188 | *Blue Cross & Blue Shield of Mississippi, A Mutual Insurance Company's* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Blue Cross Blue Shield Antitrust Litigation MDL 2406.(McDowell, M) (Entered: 05/17/2017) |

| 05/17/2017 | 1189 | *CareFirst, Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Norman, Brian) (Entered: 05/17/2017) |
|---|---|---|
| 05/17/2017 | 1190 | *CareFirst of Maryland, Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Norman, Brian) (Entered: 05/17/2017) |
| 05/17/2017 | 1191 | *Group Hospitalization and Medical Services, Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Norman, Brian) (Entered: 05/17/2017) |
| 05/17/2017 | 1192 | ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Blue Cross Blue Shield of Arizona.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1193 | *Defendant BlueCross BlueShield of Tennessee's* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Miller, Margot) (Entered: 05/17/2017) |
| 05/17/2017 | 1194 | *Blue Cross of Idaho Health Service, Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1195 | *HealthNow New York Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1196 | *Blue Cross and Blue Shield of Kansas, Inc.* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1197 | *Blue Cross and Blue Shield of Kansas City's* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1198 | *Blue Cross and Blue Shield of Nebraska's* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1199 | ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield.(Clark, Anna) (Entered: 05/17/2017) |
| 05/17/2017 | 1200 | *Noridian Mutual Insurance Company's* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1201 | *Blue Cross Blue Shield of Wyoming* ANSWER to Complaint with Jury Demand *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1202 | *Triple−S Salud, Inc.'s* ANSWER to 86 Amended Complaint *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Pabon Rico, Gustavo) (Entered: 05/17/2017) |
| 05/17/2017 | 1203 | |

205

| | | |
|---|---|---|
| | | *Triple−S Salud, Inc.'s* ANSWER to <u>897</u> Amended Complaint *(Subscriber Track Third Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Pabon Rico, Gustavo) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1204</u> | *Blue Cross Blue Shield of Arizona's* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1205</u> | *Blue Cross and Blue Shield of Kansas City* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1206</u> | *Blue Cross and Blue Shield of Kansas, Inc.* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1207</u> | *Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1208</u> | *Noridian Mutual Insurance Company's* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1209</u> | *Blue Cross and Blue Shield of Florida, Inc.* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1210</u> | *Blue Cross and Blue Shield of Nebraska's* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1211</u> | *Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana)* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1212</u> | *Blue Cross and Blue Shield of Massachusetts, Inc.* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1213</u> | *Blue Cross Blue Shield of Wyoming's* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1214</u> | *BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota)* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1215</u> | *Blue Cross of Idaho Health Service, Inc.* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | <u>1216</u> | *Blue Cross and Blue Shield of North Carolina, Inc.* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action* |

| | | |
|---|---|---|
| | | *Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1217 | *HealthNow New York Inc.* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Sooy, Kathleen) (Entered: 05/17/2017) |
| 05/17/2017 | 1218 | *Blue Cross & Blue Shield of Rhode Island* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1219 | *Blue Cross and Blue Shield of South Carolina* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1220 | *Blue Cross and Blue Shield of Vermont* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1221 | *Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (in Washington); Regence Blue Cross Blue Shield of Oregon* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1222 | *Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1223 | *Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey)* ANSWER to Complaint with Jury Demand *(Provider Track Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Hoover, Craig) (Entered: 05/17/2017) |
| 05/17/2017 | 1224 | *Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield's Answer and Affirmative Defenses to the Provider Track Fourth Amended Consolidated Class Action Complaint [Docket no. 1083]* ANSWER to Complaint with Jury Demand by Defendants' Counsel.(Naranjo, Michael) (Entered: 05/17/2017) |
| 05/18/2017 | 1225 | ORDER re 1187 MOTION to Dismiss *Providers' Consolidated Fourth Amended Complaint* filed by Defendants' Counsel ; Unless the parties otherwise agree on a briefing schedule for the Motion, any response SHALL be filed no later than ten (10) calendar days after the date the Motion was filed. (However, if the due date falls on a weekend or court holiday, the due date shall be the next business day). Any reply SHALL be filed no later than five (5) calendar days after the date on which the responsive brief is filed. Signed by Judge R David Proctor on 5/18/2017. (KAM, ) (Entered: 05/18/2017) |
| 05/18/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 5/18/2017. (Court Reporter Lindy Fuller) (ASL) (Entered: 05/18/2017) |
| 05/19/2017 | 1226 | DISCOVERY ORDER No. 51. Signed by Magistrate Judge T Michael Putnam on 5/19/2017. (JLC) (Entered: 05/19/2017) |

| 05/19/2017 | 1227 | TEXT ORDER. The Discovery Status Conference set by Discovery Order No. 1 (doc. 229)shall be held on June 8, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on May 19, 2017. (AMP) (Entered: 05/19/2017) |
|---|---|---|
| 05/23/2017 | 1228 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT – Payment for services rendered and expenses incurred from 4/1/2017 through 4/30/2017 in this matter as it relates to services rendered for both sides, and totaling $8,000.00. Signed by Judge R David Proctor on 5/23/2017. (KAM, ) (Entered: 05/23/2017) |
| 05/23/2017 | 1229 | ORDER APPOROVING SPECIAL MASTER INVOICE FOR PAYMENT – payment for services rendered and expenses incurred from 4/1/2017 through 4/30/2017 in this matter relating solely to services provided to the plaintiffs, and totaling $41,800.00. Signed by Judge R David Proctor on 5/23/2017. (KAM, ) (Entered: 05/23/2017) |
| 05/24/2017 | 1230 | MEDIATION ORDER – a mediation involving Subscriber Plaintiffs and Defendants shall take place on 6/6/2017 in Birmingham, AL; every party SHALL designate to the mediator a representative who will attend the mediation in person. Signed by Judge R David Proctor on 5/24/2017. (KAM) (Entered: 05/24/2017) |
| 05/25/2017 | 1231 | MOTION *For Additional Anthem Custodians* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hellums, Christopher) withdrawn by 1245 Modified on 6/14/2017 (KAM, ). (Entered: 05/25/2017) |
| 05/25/2017 | 1232 | Subscriber Plaintiffs' Motion to Compel Supplemental Production Custodians. (KAM)(Motion unsealed Modified on 6/2/2017) (KAM, ). Modified on 6/16/2017 (KAM, ). (Entered: 05/25/2017) |
| 05/25/2017 | 1233 | Transcript of Proceedings held on May 3, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205) 278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 6/15/2017. Redacted Transcript Deadline set for 6/25/2017. Release of Transcript Restriction set for 8/23/2017. (MRR, ) (Entered: 05/25/2017) |
| 05/25/2017 | 1234 | Transcript of Proceedings held on May 11, 2017, before Judge R. David Proctor and Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205) 278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without |

| | | |
|---|---|---|
| | | <span style="color:red">redaction after 90 calendar days.</span> (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 6/15/2017. Redacted Transcript Deadline set for 6/25/2017. Release of Transcript Restriction set for 8/23/2017. (MRR, ) (Entered: 05/25/2017) |
| 05/25/2017 | 1235 | MOTION to Compel *BCS Financial Corporation and BCS Insurance Company to Produce Documents (Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Whatley, Joe) Modified on 6/16/2017 (KAM, ). (Entered: 05/25/2017) |
| 05/26/2017 | 1236 | MOTION for Extension of Time to File Response/Reply as to 1235 MOTION to Compel *BCS Financial Corporation and BCS Insurance Company to Produce Documents (Provider Plaintiffs)* by BCS Financial Corporation, BCS Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Pennington, Michael) 1264 granted in part and denied in part this motion Modified on 6/14/2017 (KAM, ). (Entered: 05/26/2017) |
| 05/26/2017 | 1237 | RESPONSE in Opposition re 1187 MOTION to Dismiss *Providers' Consolidated Fourth Amended Complaint* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 05/26/2017) |
| 05/30/2017 | 1238 | RESPONSE in Opposition re 1236 MOTION for Extension of Time to File Response/Reply as to 1235 MOTION to Compel *BCS Financial Corporation and BCS Insurance Company to Produce Documents (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 05/30/2017) |
| 05/30/2017 | 1239 | NOTICE of Appearance by Stephen A Walsh on behalf of Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield (Walsh, Stephen) (Entered: 05/30/2017) |
| 05/30/2017 | 1240 | MOTION Unopposed Motion of Co−Lead Counsel to Obtain Court Approval for the Appointment of Charles J. Cooper to Serve as Co−Chair of the Brief Writing and Submissions for the Subscriber Track by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Hellums, Christopher) (Entered: 05/30/2017) |
| 05/30/2017 | 1241 | MOTION to Compel *by Subscriber Plaintiffs' of Production of Data Regarding Premiums and Total Claims Data* by Plaintiffs' Liaison Counsel. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1. Appendix D, # 3 Exhibit 2. January 19, 2017 letter from Stenerson to Bush, # 4 Text of Proposed Order)(Ragsdale, Barry) (Entered: 05/30/2017) |
| 05/31/2017 | 1242 | TEXT ORDER re 1236 MOTION for Extension of Time to Respond to 1235 MOTION to Compel, filed by *BCS Insurance Company, BCS Financial Corporation*. Argument on the motion shall be heard at the Discovery Conference set for June 8, 2017. Any written response to the motion is governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on May 31, 2017. (AMP) (Entered: 05/31/2017) |
| 05/31/2017 | 1243 | TEXT ORDER re 1241 Subscriber Plaintiffs' Motion to Compel Production of Data Regarding Premiums and Total Claims Data. Defendants named in the motion shall have until Monday, June 12, 2017, to respond to the motion. The possible need for a special setting on the motion shall be addressed at the Discovery Conference set for June 8, 2017. Signed by Magistrate Judge T Michael Putnam on May 31, 2017. (AMP) (Entered: 05/31/2017) |

| 05/31/2017 | 1244 | ORDER granting 1240 Motion appointing Charles J. Cooper to serve as Co–Chair, along with David Guin, of the Brief Writing and Submissions Committee for the Subscriber Tract. Signed by Judge R David Proctor on 5/31/2017. (KAM, ) (Entered: 05/31/2017) |
|---|---|---|
| 05/31/2017 | 1245 | NOTICE by Plaintiffs' Counsel re 1231 MOTION *For Additional Anthem Custodians Notice of Withdrawal* (Hellums, Christopher) (Entered: 05/31/2017) |
| 06/01/2017 | 1246 | NOTICE by Defendants' Counsel *Regarding Sealing of Subscriber Plaintiffs' Motion to Compel Supplemental Production Custodians (Joint)* (Hogewood, Mark) (Entered: 06/01/2017) |
| 06/01/2017 | 1247 | NOTICE of Appearance by Hamish P.M. Hume on behalf of All Plaintiffs (Hume, Hamish) (Entered: 06/01/2017) |
| 06/01/2017 | 1248 | STATUS REPORT *Regarding Provider Plaintiffs' Tranche 3 Productions* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Brown, W) (Entered: 06/01/2017) |
| 06/02/2017 | 1249 | **TEXT ORDER**–This matter is before the court on the parties' Joint Notice Regarding Sealing of Subscriber Plaintiffs Motion to Compel Supplemental Production Custodians. 1246 In light of the Joint Notice 1246 , the Clerk of the Court is directed to unseal Document 1232. 1232 . Signed by Judge R David Proctor on 6/2/2017. (KAM, ) (Entered: 06/02/2017) |
| 06/02/2017 | 1250 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on June 8 2017* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 06/02/2017) |
| 06/02/2017 | 1251 | Brief re 1226 Order *Defendants' Rule 72 Objection to Discovery Order No. 51* filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – 4/21/2017 Hearing Transcript Excerpt)(Zott, David) (Entered: 06/02/2017) |
| 06/02/2017 | 1252 | REPLY Brief filed by Defendant Defendants' Counsel re: 1187 MOTION to Dismiss *Providers' Consolidated Fourth Amended Complaint* filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 06/02/2017) |
| 06/05/2017 | 1253 | SUBSCRIBER plaintiffs' notice of withdrawal of Motion to Compel Additional Custodians 1232 SEALED MOTION (Hellums, Christopher) Modified on 6/6/2017 (KAM, ). (Entered: 06/05/2017) |
| 06/05/2017 | 1254 | RESPONSE in Opposition re 1232 SEALED MOTION *Subscriber Plaintiffs' Motion to Compel Supplemental Production Custodians* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – 2017.04.20 C&M Plan Letter to Subscribers, # 2 Exhibit B – 2017.05.23 C&M Plan Letter to Subscribers, # 3 Exhibit C – 2017.06.05 C&M Plan Letter to Subscribers, # 4 Exhibit D – 2016.04.13 Letter re C&M Plan Unstructured Scope)(Sooy, Kathleen) (Entered: 06/05/2017) |
| 06/06/2017 | 1255 | NOTICE of Appearance by Susan M Razzano on behalf of BCS Financial Corporation, BCS Insurance Company (Razzano, Susan) (Entered: 06/06/2017) |
| 06/06/2017 | 1256 | NOTICE of Appearance by Lisa Cipriano on behalf of BCS Financial Corporation, BCS Insurance Company (Cipriano, Lisa) (Entered: 06/06/2017) |
| 06/06/2017 | 1257 | Defendants' Submission Regarding Standard of Review Discovery. (Zott, David) Modified on 6/7/2017 (JLC). (Entered: 06/06/2017) |

| 06/06/2017 | 1258 | STATUS REPORT *Subscriber Plaintiffs' Status Report On Paper Discovery and Depositions for Legal Standard Briefing* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Hellums, Christopher) (Entered: 06/06/2017) |
|---|---|---|
| 06/07/2017 | 1259 | Transcript of Proceedings held on 5/18/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Lindy M. Fuller, Telephone number 205–278–2062. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 6/28/2017. Redacted Transcript Deadline set for 7/8/2017. Release of Transcript Restriction set for 9/5/2017. (JLC) (Entered: 06/07/2017) |
| 06/07/2017 | 1260 | STATUS REPORT *Regarding Discovery and Depositions for Standard of Review Briefing (Provider Plaintiffs)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Brown, W) (Entered: 06/07/2017) |
| 06/07/2017 | 1261 | Opposition to re 1251 *Defendants' Rule 72 Objection to Discovery Order No. 51 (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 06/07/2017) |
| 06/07/2017 | 1262 | SUBCRIBER PLAINTIFFS'RESPONSE to re 1251 *Defendants'*Rule 72 Objections to DISCOVERY ORDER NO> 51 filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) Modified on 6/8/2017 (KAM, ). (Entered: 06/07/2017) |
| 06/07/2017 | 1263 | STATUS REPORT *Subscriber Plaintiffs' Supplement To Status Report On Paper Discovery And Depositions For Legal Standard Briefing* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Hellums, Christopher) (Entered: 06/07/2017) |
| 06/08/2017 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 6/8/2017. (Court Reporter Leah Turner.) (KLL) (Entered: 06/08/2017) |
| 06/08/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 6/8/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 06/08/2017) |
| 06/08/2017 | 1264 | DISCOVERY ORDER NO. 52. Signed by Magistrate Judge T Michael Putnam on 6/8/2017. (KAM, ) (Entered: 06/08/2017) |
| 06/09/2017 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 6/9/2017. (KLL) (Entered: 06/09/2017) |
| 06/09/2017 | | Minute Entry for proceedings held before Judge R David Proctor: hearing terminated. (KLL) (Entered: 06/09/2017) |
| 06/12/2017 | 1265 | NOTICE of Change of Address by Gwendolyn C Payton (Payton, Gwendolyn) (Entered: 06/12/2017) |
| 06/12/2017 | 1266 | MOTION for Protective Order *Regarding the Notice to Take the Deposition of Robin Stone, Vice President of Governmental Affairs* by Defendants' Counsel. |

| | | |
|---|---|---|
| | | (Burkhalter, Carl) Modified on 6/14/2017 (KAM, ). (Entered: 06/12/2017) |
| 06/12/2017 | 1267 | NOTICE by Plaintiffs' Liaison Counsel re 1241 MOTION to Compel *by Subscriber Plaintiffs' of Production of Data Regarding Premiums and Total Claims Data* (Ragsdale, Barry) (Entered: 06/12/2017) |
| 06/12/2017 | 1268 | TEXT ORDER re 1266 MOTION for Protective Order *Regarding the Notice to Take the Deposition of Robin Stone, Vice President of Governmental Affairs* filed by Defendants' Counsel. Any response to the motion is due no later than 4:00 p.m. CST on Tuesday, June 13, 2017. Signed by Magistrate Judge T Michael Putnam on June 12, 2017. (AMP) (Entered: 06/12/2017) |
| 06/12/2017 | 1269 | RESPONSE in Opposition re 1241 MOTION to Compel *by Subscriber Plaintiffs' of Production of Data Regarding Premiums and Total Claims Data (as to certain Hogan Lovells Defendants)* filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 (Declaration of Robert Tierney), # 8 Exhibit 8 (Declaration of Renee Baxter), # 9 Exhibit 9 (Declaration of Sam Griffin), # 10 Exhibit 10 (Declaration of Catherine Mitchell), # 11 Exhibit 11 (Declaration of Nancy Colton), # 12 Exhibit 12 (Declaration of Adrian Serio))(Hoover, Craig) (Entered: 06/12/2017) |
| 06/13/2017 | 1270 | Transcript of Proceedings held on June 8, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/4/2017. Redacted Transcript Deadline set for 7/14/2017. Release of Transcript Restriction set for 9/11/2017. (Attachments: # 1 certification page) (KAM, ) (Entered: 06/13/2017) |
| 06/13/2017 | 1271 | RESPONSE in Opposition re 1266 MOTION for Protective Order *Regarding the Notice to Take the Deposition of Robin Stone, Vice President of Governmental Affairs* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 06/13/2017) |
| 06/13/2017 | 1272 | STIPULATION *Defendants' Stipulation as to the Authentication and Admissibility of Certain License Agreements* by Defendants' Counsel. filed by Defendants' Counsel (Zott, David) (Entered: 06/13/2017) |
| 06/14/2017 | 1273 | MOTION to Set Timeline for Plaintiffs to Identify Documents for Standard of Review Depositions by Defendants' Counsel. (Hoover, Craig) (Entered: 06/14/2017) |
| 06/14/2017 | 1274 | DISCOVERY ORDER No. 53. Signed by Magistrate Judge T Michael Putnam on 6/14/2017. (KAM) (Entered: 06/14/2017) |
| 06/14/2017 | 1275 | STATUS REPORT *on Subscriber Plaintiffs' Motion to Compel Supplemental Production Custodians* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G)(Sooy, Kathleen) (Entered: 06/14/2017) |
| 06/14/2017 | 1276 | |

212

| | | |
|---|---|---|
| | | Brief re 1232 SEALED MOTION *Supplemental Brief in Support of Subscriber Plaintiffs' Motion to Compel Supplemental Production Custodians* filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Ragsdale, Barry) (Entered: 06/14/2017) |
| 06/14/2017 | 1277 | REPLY to Response to Motion re 1241 MOTION to Compel *by Subscriber Plaintiffs' of Production of Data Regarding Premiums and Total Claims Data* filed by Plaintiffs' Liaison Counsel. (Lemmon, Andrew) (Entered: 06/14/2017) |
| 06/15/2017 | 1278 | Transcript of Proceedings held on 6/8/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/6/2017. Redacted Transcript Deadline set for 7/16/2017. Release of Transcript Restriction set for 9/13/2017. (KAM, ) (Entered: 06/15/2017) |
| 06/15/2017 | 1279 | Transcript of Proceedings held on 6/9/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/6/2017. Redacted Transcript Deadline set for 7/16/2017. Release of Transcript Restriction set for 9/13/2017. (KAM, ) (Entered: 06/15/2017) |
| 06/15/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 6/15/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 06/15/2017) |
| 06/16/2017 | 1280 | ORDER – parties are directed to report to the court, by filing, no later than 4:00 p.m. CDT on Monday, June 19, 2017, whether agreement has been reached with regard to the non–Alabama 30(b)(6) depositions related to legal standard of review.Signed by Magistrate Judge T Michael Putnam on 6/16/2017. (KAM) (Entered: 06/16/2017) |
| 06/16/2017 | 1281 | DISCOVERY ORDER No. 54 denying 1232 Subscriber pla's Motion to Compel supplemental production custodians. Signed by Magistrate Judge T Michael Putnam on 6/16/2017. (KAM) Modified on 6/16/2017 (KAM, ). (Entered: 06/16/2017) |
| 06/16/2017 | 1282 | TEXT ORDER re 1066 Motion to Clarify Discovery Order No. 45. Following discussions with the parties during the telephone conference held on June 15, 2017, the motion hereby is MOOT. Signed by Magistrate Judge T Michael Putnam on June 16, 2017. (AMP) (Entered: 06/16/2017) |
| 06/19/2017 | 1283 | |

| | | Transcript of Proceedings held on June 15, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/10/2017. Redacted Transcript Deadline set for 7/20/2017. Release of Transcript Restriction set for 9/17/2017. (Attachments: # 1 certification) (KAM, ) (Entered: 06/19/2017) |
|---|---|---|
| 06/19/2017 | 1284 | STATUS REPORT *of Liaison Counsel Regarding 30(b)(6) Topics for Standard of Review Discovery* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 06/19/2017) |
| 06/19/2017 | 1285 | DISCOVERY ORDER NO. 55 granting 1273 Motion to set timeline for plaintiffs to indentify documents for standard of review depositions. Signed by Magistrate Judge T Michael Putnam on 6/19/2017. (KAM, ) (Entered: 06/19/2017) |
| 06/20/2017 | 1286 | ORDER overruling 1251 Objection to Discovery Order No 51 by Defendants' Counsel ; Status Conference set for 10/5/2017 09:00 AM before Judge R David Proctor.The Special Master will provide a call in number for the conference. On or before Friday, September 29, 2017, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference, including a briefing schedule on anticipated motions for class certification. Signed by Judge R David Proctor on 6/20/20017. (KAM, ) (Entered: 06/20/2017) |
| 06/20/2017 | 1287 | DISCOVERY ORDER NO. 56 granting 1241 Motion to Compel certain defendants to produce structured data relating to total claims expense per group per year during the class period as set out in this order; data shall be produced to the Subscriber Plaintiffs within 30 days. Signed by Magistrate Judge T Michael Putnam on 6/20/2017. (KAM) (Entered: 06/20/2017) |
| 06/20/2017 | 1288 | MOTION to Amend/Correct 1285 Order on Motion for Miscellaneous Relief *and Status Report regarding 30(b)(6) Topics for Standard of Review Depositions by Anthem, BCBSFL, BCBSNC, and BCBSSC* by Defendants' Counsel. (Attachments: # 1 Exhibit A– M. Jones email, # 2 Text of Proposed Order)(Hoover, Craig) (Entered: 06/20/2017) |
| 06/20/2017 | 1289 | STATUS REPORT *Regarding 30(b)(6) Topics for Standard of Review Depositions and Motion to Amend Discovery Order No. 55* by Health Care Service Corporation, Highmark Inc., Blue Shield of California. filed by Health Care Service Corporation, Highmark Inc., Blue Shield of California (Zolner, Erica) (Entered: 06/20/2017) |
| 06/20/2017 | 1290 | STATUS REPORT *for BCBS Michigan regarding 30(b)(6) Topics for Standard of Review Depositions* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit A)(Campbell, Andrew) (Entered: 06/20/2017) |
| 06/20/2017 | 1291 | STATUS REPORT *Report of Capital BlueCross Regarding 30(b)(6) Topics for Standard of Review Deposition and Joinder in Motion to Amend Discovery Order No. 55* by Defendants' Counsel. filed by Defendants' Counsel (Payne, Joshua) |

| | | (Entered: 06/20/2017) |
|---|---|---|
| 06/20/2017 | 1292 | TEXT ORDER re 1288 Report for Anthem, BCBSFL, BCBSSC, and BCBSNC Regarding 30(b)(6) Topics for Standard of Review Depositions and Motion to Amend Discovery Order No. 55. Any response to the Motion is due by no later than 10:00 a.m. CDT on Thursday, June 22, 2017. Signed by Magistrate Judge T Michael Putnam on June 20, 2017. (AMP) (Entered: 06/20/2017) |
| 06/20/2017 | 1293 | STATUS REPORT *Report of CareFirst, Inc., CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., and CareFirst BlueChoice, Inc. Regarding 30(b)(6) Topics for Standard of Review Depositions and Notice of Joinder in Motion to Amend Discovery Order 55* by Defendants' Counsel. filed by Defendants' Counsel (Norman, Brian) (Entered: 06/20/2017) |
| 06/20/2017 | 1294 | STATUS REPORT *for BCBS Tennessee Regarding 30(b)(6) Topics for Standard of Review Depositions* by Defendants' Counsel. filed by Defendants' Counsel (Kennedy, Lauren) (Entered: 06/20/2017) |
| 06/21/2017 | 1295 | Consent MOTION to Amend/Correct *Discovery Order No. 55* by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 06/21/2017) |
| 06/22/2017 | 1296 | ORDER AMENDED DISCOVERY ORDER NO 55. Signed by Magistrate Judge T Michael Putnam on 6/22/2017. (KAM, ) (Entered: 06/22/2017) |
| 06/23/2017 | 1297 | MOTION to Quash *or Modify Provider Plaintiffs' Subpoenas to BCS Financial Corporation and BCS Insurance Company or, in the Alterntaive, Motion for Protective Order* by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Campbell, Andrew) (Entered: 06/23/2017) |
| 06/23/2017 | 1298 | MOTION to Quash *Provider Plaintiffs' Subpoenas to BCS Insurance Company and BCS Financial Corporation or in the alternative Motion for Protective Order* by Blue Cross and Blue Shield of Alabama. (Given, Robert) (Entered: 06/23/2017) |
| 06/23/2017 | 1299 | Consent MOTION to Amend/Correct 1287 Order on Motion to Compel, *Discovery Order No. 56* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order)(Lemmon, Andrew) (Entered: 06/23/2017) |
| 06/23/2017 | 1300 | RESPONSE to re 1235 *Motion to Compel* filed by BCS Financial Corporation, BCS Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Razzano, Susan) (Entered: 06/23/2017) |
| 06/26/2017 | 1301 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT The court ORDERS that the Special Master's application for payment is approved as set out within. Signed by Judge R David Proctor on 6/26/17. (SAC ) (Entered: 06/26/2017) |
| 06/26/2017 | 1302 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT The court ORDERS that the Special Master's application for payment is approved as setout within. Signed by Judge R David Proctor on 6/26/17. (SAC ) (Entered: 06/26/2017) |
| 06/27/2017 | 1303 | ORDER GRANTING 1299 Consent MOTION to Amend Discovery Order No. 56 as set out herein. Signed by Judge R David Proctor on 6/27/2017. (JLC) (Entered: 06/27/2017) |
| 06/27/2017 | 1304 | |

| | | |
|---|---|---|
| | | ORDER DENYING WITHOUT PREJUDICE Provider Plaintiffs' 1064 MOTION for Order Directing Provider Plaintiffs and Subscriber Plaintiffs to Proceed on Separate Tracks for All Discovery Purposes. Signed by Judge R David Proctor on 6/27/2017. (JLC) (Entered: 06/27/2017) |
| 06/27/2017 | 1305 | DEFENDANTS' MOTION to Compel *Third Parties to Respond to Subpoenas Before the Discovery Cut−off* by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – 6/8/17 Hearing Transcript Excerpt, # 2 Exhibit 2 – 12/2/16 Subpoena to Cedars−Sinai, # 3 Exhibit 3 – 11/30/16 Subpoena to Tenet Healthcare, # 4 Exhibit 4 – 1/31/17 Snavely Email to Owen, # 5 Exhibit 5 – 4/13/17 Salomon Letter to Owen, # 6 Exhibit 6 – 5/18/17 Salomon Letter to Owen, # 7 Exhibit 7 – 6/14/17 Salomon Letter to Owen, # 8 Exhibit 8 – 2/29/16 Subpoena to Viva Health, # 9 Exhibit 9 – 4/26/17 Salomon Letter to Ezelle)(Cottrell, Christa) Modified on 9/25/2017 (KAM, ). (Entered: 06/27/2017) |
| 06/28/2017 | 1306 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 6/28/2017. (KAM) (Entered: 06/28/2017) |
| 06/28/2017 | 1307 | ORDER in accordance with the accompanying memo opinion, denying 1187 Motion to Dismiss. Signed by Judge R David Proctor on 6/28/2017. (KAM) (Entered: 06/28/2017) |
| 06/28/2017 | 1308 | ORDER Defendants are DIRECTED to certify, by no later than Friday, June 30, 2017, that non−parties who have not appeared in the CM/ECF filing system for this case have been served with the motion. Along with the certification, Defendants are DIRECTED to provide to the court the appropriate service address for the non−parties targeted by the motion and, if the non−parties are represented by counsel, the contact information for the attorney(s) representing the non−parties.Signed by Magistrate Judge T Michael Putnam on 6/28/2017. (KAM) (Entered: 06/28/2017) |
| 06/28/2017 | 1309 | RESPONSE in Opposition re 1298 MOTION to Quash *Provider Plaintiffs' Subpoenas to BCS Insurance Company and BCS Financial Corporation or in the alternative Motion for Protective Order*, 1297 MOTION to Quash *or Modify Provider Plaintiffs' Subpoenas to BCS Financial Corporation and BCS Insurance Company or, in the Alterntaive, Motion for Protective Order (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 06/28/2017) |
| 06/29/2017 | 1310 | TEXT ORDER finding as moot 849 Motion to Compel following the Discovery Conference held June 29, 2017. Signed by Magistrate Judge T Michael Putnam on June 29, 2017. (AMP) (Entered: 06/29/2017) |
| 06/29/2017 | 1311 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, July 27, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended, unless otherwise ordered by the court. Signed by Magistrate Judge T Michael Putnam on June 29, 2017. (AMP) (Entered: 06/29/2017) |
| 06/29/2017 | 1312 | CERTIFICATE OF SERVICE by Defendants' Counsel re 1305 MOTION to Compel *Third Parties to Respond to Subpoenas Before the Discovery Cut−off Filed in Response to 1308 Order* (Cottrell, Christa) (Entered: 06/29/2017) |

| 06/29/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 6/29/2017: re 1235 , 1297 , 1298 ; argument by counsel; hrg adj (Court Reporter Sabrina Lewis) (ASL) (Entered: 06/29/2017) |
|---|---|---|
| 06/30/2017 | 1313 | ORDER Setting Hearing on Motion 1305 MOTION to Compel *Third Parties to Respond to Subpoenas Before the Discovery Cut−off* :The subpoena targets, Viva Health, Cedars−Sinai Medical Center, Tenet Healthcare, the University of North Carolina Health Care, and Adventist Health System, may respond to the Motion to Compel no later than Friday, July 14, 2017. A reply brief by the moving defendants, if any, is due Friday, July 21, 2017; Motion Hearing set for 7/27/2017 01:00 PM before Magistrate Judge T Michael Putnam.. Signed by Magistrate Judge T Michael Putnam on 6/30/2017. (KAM, ) (Entered: 06/30/2017) |
| 07/05/2017 | 1314 | MOTION for Disclosure *Subscriber Plaintiffs' Motion to Require Known Witness Disclosure by July 25, 2017* by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 07/05/2017) |
| 07/05/2017 | 1315 | MOTION for Extension of Time *to Complete Production of Documents Pursuant to Provider Plaintiffs' Supplemental Search Terms* by Blue Cross and Blue Shield of Alabama. (Malatesta, John) (Entered: 07/05/2017) |
| 07/06/2017 | 1316 | RESPONSE in Opposition re 1314 MOTION for Disclosure *Subscriber Plaintiffs' Motion to Require Known Witness Disclosure by July 25, 2017* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 07/06/2017) |
| 07/06/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 7/6/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 07/06/2017) |
| 07/06/2017 | 1317 | DISCOVERY ORDER No. 57 – granting in part and denying in part 1235 Motion to Compel as further set out in this order; finding as moot 1297 Motion to Quash; finding as moot 1298 Motion to Quash. Signed by Magistrate Judge T Michael Putnam on 7/6/2017. (KAM, ) (Entered: 07/06/2017) |
| 07/06/2017 | 1318 | STIPULATION of Dismissal *of Claims of Plaintiffs Heritage Medical Partners, LLC; John Clifton Crosby, M.D.; and Wini Hamilton, D.C. Without Prejudice (Joint)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 07/06/2017) |
| 07/07/2017 | 1319 | ORDER granting in part and denying in part 1314 Motion for Disclosure; granting 1315 Motion for Extension of Time. Signed by Magistrate Judge T Michael Putnam on 7/7/2017. (KAM, ) (Entered: 07/07/2017) |
| 07/07/2017 | 1320 | ORDER OF DISMISSAL in accordance with the stipulation of the parties, the claims of plaintiffs Heritage Medical Partners, LLC, Jon Clifton Crosby, MD and Wini Hamilton DC shall be and are DISMISSED WITHOUT PREJUDICE; the parties to bear their own costs, expenses and atty fees. Signed by Judge R David Proctor on 7/7/2017. (KAM, ) (Entered: 07/07/2017) |
| 07/10/2017 | 1321 | *Blue Cross and Blue Shield Association's* ANSWER to Complaint with Jury Demand *(Provider Track's Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Zott, David) (Entered: 07/10/2017) |
| 07/10/2017 | 1322 | *Independence Hospital Indemnity Plan, Inc.'s Answer and Affirmative Defenses* ANSWER to Complaint with Jury Demand *(Provider Track's Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Adcox, Rachel) |

| | | |
|---|---|---|
| | | (Entered: 07/10/2017) |
| 07/10/2017 | 1323 | ANSWER to Complaint with Jury Demand by Health Care Service Corporation, Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc..(Zeiger, Jeffrey) (Entered: 07/10/2017) |
| 07/10/2017 | 1324 | *Premera Blue Cross's Answer and Affirmative Defenses to Consolidated Fourth Amended Provider Complaint* ANSWER to Complaint with Jury Demand by Premera Blue Cross.(Payton, Gwendolyn) (Entered: 07/10/2017) |
| 07/11/2017 | 1325 | Transcript of Proceedings held on June 29, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205) 278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/1/2017. Redacted Transcript Deadline set for 8/11/2017. Release of Transcript Restriction set for 10/9/2017. (MRR, ) (Entered: 07/11/2017) |
| 07/11/2017 | 1326 | Transcript of Proceedings held on 7/6/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/1/2017. Redacted Transcript Deadline set for 8/11/2017. Release of Transcript Restriction set for 10/9/2017. (Attachments: # 1 certification) (KAM, ) (Entered: 07/11/2017) |
| 07/12/2017 | 1327 | MOTION Plaintiffs' Motion to Impose Deadline For BCBSAL To Produce Documents Responsive To Discovery Order No. 41 Search Terms by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 07/12/2017) |
| 07/12/2017 | 1328 | *Wellmark's* ANSWER to Complaint with Jury Demand *(Provider Track's Fourth Amended Consolidated Class Action Complaint)* by Defendants' Counsel.(Zott, David) (Entered: 07/12/2017) |
| 07/12/2017 | 1329 | *Highmark Inc.'s Answer & Affirmative Defenses to Consolidated Fourth Amended Provider Complaint* ANSWER to Complaint with Jury Demand by Highmark Inc..(West, Kimberly) (Entered: 07/12/2017) |
| 07/12/2017 | 1330 | *Blue Shield of California's Answer & Affirmative Defenses to Consolidated Fourth Amended Provider Complaint* ANSWER to Complaint with Jury Demand by Blue Shield of California.(West, Kimberly) (Entered: 07/12/2017) |

| | | |
|---|---|---|
| 07/12/2017 | 1331 | *Defendant CareFirst, Inc.'s Answer and Affirmative Defenses to Consolidated Fourth Amended Provider Complaint* ANSWER to Complaint with Jury Demand by Defendants' Counsel.(Norman, Brian) (Entered: 07/12/2017) |
| 07/12/2017 | 1332 | *Defendant CareFirst of Maryland, Inc.'s Answer and Affirmative Defenses to Consolidated Fourth Amended Provider Complaint* ANSWER to Complaint with Jury Demand by Defendants' Counsel.(Norman, Brian) (Entered: 07/12/2017) |
| 07/12/2017 | 1333 | *Defendant General Hospitalization and Medical Services, Inc.'s Answer and Affirmative Defenses to Consolidated Fourth Amended Provider Complaint* ANSWER to Complaint with Jury Demand by Defendants' Counsel.(Norman, Brian) (Entered: 07/12/2017) |
| 07/12/2017 | 1334 | ANSWER TO *Providers' Consolidated Fourth Amended Complaint* by Blue Cross Blue Shield Michigan. (Campbell, Andrew) Correcting docket – not a motion) Modified on 7/13/2017 (KAM). (Entered: 07/12/2017) |
| 07/12/2017 | 1335 | *Answer to Consol 4th Amended Complaint* ANSWER to Complaint with Jury Demand by Blue Cross Blue Shield Michigan.(Campbell, Andrew) (Entered: 07/12/2017) |
| 07/12/2017 | 1336 | ANSWER to Complaint *Blue Cross and Blue Shield of Alabama's Answer and Affirmative Defenses to Consolidated Fourth Amended Provider Complaint* by Blue Cross and Blue Shield of Alabama.(Burkhalter, Carl) (Entered: 07/12/2017) |
| 07/12/2017 | 1337 | ANSWER to Complaint with Jury Demand *BlueCross BlueShield of Tennessee, Inc.'s Answer and Affirmative Defenses to Consolidated Fourth Amended Provider Complaint* by Defendants' Counsel.(DeMasi, Karin) (Entered: 07/12/2017) |
| 07/13/2017 | 1338 | MOTION for Leave to File Excess Pages *Plaintiffs' Expedited Motion To Extend Page Limit for Legal Standard of Review Briefs* by Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) (Entered: 07/13/2017) |
| 07/13/2017 | 1339 | RESPONSE to Motion re 1338 MOTION for Leave to File Excess Pages *Plaintiffs' Expedited Motion To Extend Page Limit for Legal Standard of Review Briefs* filed by Defendants' Counsel. (Zott, David) (Entered: 07/13/2017) |
| 07/13/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 7/13/2017. (Court Reporter Sabrina Lewis) (ASL) (Entered: 07/13/2017) |
| 07/13/2017 | 1340 | MOTION to Compel *Compliance with Rule 45 By Navigant Consulting, Inc. (Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Brown, W) (Entered: 07/13/2017) |
| 07/13/2017 | 1341 | MOTION to Compel *National Insurers to Produce Documents* by Defendants' Counsel. (Attachments: # 1 Exhibit A – Subpoena to Aetna, # 2 Exhibit B – 10/14/16 Stenerson Letter to Lipton, # 3 Exhibit C – 10/17/16 Stenerson Letter to Bial, # 4 Exhibit D – 1/19/17 Stenerson Letter to Lipton, # 5 Exhibit E – 6/22/17 Lipton Email to Stenerson, # 6 Exhibit F – 6/27/17 McPhie Letter to Stenerson, # 7 Exhibit G – 5/30/17 Bush Letter to Stenerson, # 8 Exhibit H – 7/10/17 Wilson Email to Stenerson, # 9 Exhibit I – 8/9/16 Tompkins Letter to Stenerson)(Cottrell, Christa) (Entered: 07/13/2017) |
| 07/13/2017 | 1345 | |

| | | |
|---|---|---|
| | | SEALED MOTION – PROVIDER PLAINTIFFS MOTION TO ENFORCE DISCOVERY ORDER NO. 44 OR, IN THE ALTERNATIVE, TO COMPEL OPTUMINSIGHT, INC. TO PRODUCE CLAIMS DATA FOR THE 20072009 TIME PERIOD (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(KAM, ) (Entered: 07/14/2017) |
| 07/14/2017 | 1342 | ORDER granting 1338 Motion for Leave to File Excess Pages; It is ORDERED as follows: (1) The page limit for opening legal standard of review briefs due July 17, 2017 is increased to 50 pages; (2) The page limit for responsive briefs due August 14, 2017 is increased to 50 pages; and (3) The page limit for reply briefs due August 28, 2017 is increased to 20 pages. Signed by Judge R David Proctor on 7/14/2017. (KAM) (Entered: 07/14/2017) |
| 07/14/2017 | 1343 | TEXT ORDER re 1340 Provider Plaintiffs' MOTION to Compel Compliance with Rule 45 By Navigant Consulting, Inc. Any response to the motion is due by Friday, July 21, 2017. Movant's reply, if any, is due no later than Tuesday, July 25, 2017. Argument on the motion will be heard at the Discovery Status Conference set for Thursday, July 27, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on July 14, 2017. (AMP) (Entered: 07/14/2017) |
| 07/14/2017 | 1344 | TEXT ORDER re 1341 Certain Defendants' MOTION to Compel National Insurers to Produce Documents. Any response to the motion is due by Friday, July 21, 2017. Movant's reply, if any, is due no later than Tuesday, July 25, 2017. Argument on the motion will be heard at the Discovery Status Conference set for Thursday, July 27, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on July 14, 2017. (AMP) (Entered: 07/14/2017) |
| 07/14/2017 | 1346 | TEXT ORDER re 1345 Provider Plaintiffs' Motion to Enforce Discovery Order No. 44 or, in the Alternative, to Compel OptumInsight, Inc., to Produce Claims Data for the 2007–2009 Time Period. Any response to the motion is due by Friday, July 21, 2017. Movant's reply, if any, is due no later than Tuesday, July 25, 2017. Argument on the motion will be heard at the Discovery Status Conference set for Thursday, July 27, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on July 14, 2017. (AMP, ) (Entered: 07/14/2017) |
| 07/14/2017 | 1347 | RESPONSE in Opposition re 1305 MOTION to Compel *Third Parties to Respond to Subpoenas Before the Discovery Cut–off and Motion to Quash* filed by Adventist Health System Sunbelt Healthcare Corporation, Cedars–Sinai Medical Center, Tenet Healthcare, University of North Carolina Health Care System. (Attachments: # 1 Exhibit Ex 1 Owen Declaration, # 2 Exhibit Ex 1 – A1, # 3 Exhibit Ex 1 – A2, # 4 Exhibit Ex 1 – A3, # 5 Exhibit Ex 1 – A4, # 6 Exhibit Ex 1 – A5, # 7 Exhibit Ex 1 – A6, # 8 Exhibit Ex 1 – A7, # 9 Exhibit Ex 1 – A8, # 10 Exhibit Ex 1 – A9, # 11 Exhibit Ex 1 – A10, # 12 Exhibit Ex 1 – A11, # 13 Exhibit Ex 1 – A12, # 14 Exhibit Ex 1 – A13, # 15 Exhibit Ex 1 – A14, # 16 Exhibit Ex 1 – A15, # 17 Exhibit Ex 1 – A16, # 18 Exhibit Ex 1 – A17, # 19 Exhibit Ex 1 – A18, # 20 Exhibit Ex 1 – A19, # 21 Exhibit Ex 1 – A20, # 22 Exhibit Ex 1 – A21, # 23 Exhibit Exhibit 2 McCaffery Declaration, # 24 Exhibit Exhibit 3 Jordan Declaration, # 25 Exhibit Exhibit 4 Trott Declaration, # 26 Exhibit Exhibit 5 Ridgell |

| | | |
|---|---|---|
| | | Declaration, # 27 Exhibit Exhibit 6 Parrott Declaration)(Brady, P) (Entered: 07/14/2017) |
| 07/17/2017 | 1348 | SUBSCRIBER PLAINTIFFS' MOTION for Partial Summary Judgment *by Subscriber Plaintiffs* by Plaintiffs' Counsel. (Hellums, Christopher) Modified on 9/25/2017 (KAM, ). (Entered: 07/17/2017) |
| 07/17/2017 | 1349 | ***Document Sealed – Defendant's Brief in support of their Motion for Summary Judgment on plaintiffs' Section 1, Per Se, and Quick Look Claims and Certain Exhibits (Attachments: # 1 Exhibit 4, # 2 Exhibit 14, # 3 Exhibit 32, # 4 Exhibit 33, # 5 Exhibit 34, # 6 Exhibit 37, # 7 Exhibit 38, # 8 Exhibit 41, # 9 Exhibit 42, # 10 Exhibit 43, # 11 Exhibit 44, # 12 Exhibit 45, # 13 Exhibit 47, # 14 Exhibit 48, # 15 Exhibit 49, # 16 Exhibit 50, # 17 Exhibit 51, # 18 Exhibit 52, # 19 Exhibit 53, # 20 Exhibit 54, # 21 Exhibit 55, # 22 Exhibit 56, # 23 Exhibit 58, # 24 Exhibit 59, # 25 Exhibit 60, # 26 Exhibit 61, # 27 Exhibit 64, # 28 Exhibit 67, # 29 Exhibit 70, # 30 Exhibit 72, # 31 Exhibit 79, # 32 Exhibit 82, # 33 Exhibit 86, # 34 Exhibit 88, # 35 Exhibit 92, # 36 Exhibit 93., # 37 Exhibit 95, # 38 Exhibit 97, # 39 Exhibit 104, # 40 Exhibit 107, # 41 Exhibit 110, # 42 Exhibit 112, # 43 Exhibit 119, # 44 Exhibit 122, # 45 Exhibit 123, # 46 Exhibit 124, # 47 Exhibit 125) (KAM) (Entered: 07/17/2017) |
| 07/17/2017 | 1350 | PROVIDER PLAINTIFFS' SEALED MOTION – Provider Plaintiffs' Motion for Partial Summary Judgment. (Attachments: # 1 Exhibit A, # 2 1, # 3 2, # 4 3, # 5 4, # 6 5, # 7 6, # 8 7, # 9 8, # 10 9, # 11 10, # 12 11, # 13 12, # 14 13, # 15 14, # 16 15, # 17 16, # 18 17, # 19 18, # 20 19, # 21 20, # 22 21, # 23 22, # 24 23, # 25 24)(KAM, ) (Additional attachment(s) added on 7/18/2017: # 26 Exhibit B, # 27 Exhibit C, # 28 Exhibit D, # 29 Exhibit E, # 30 Exhibit F, # 31 Exhibit G, # 32 Exhibit H, # 33 Exhibit I, # 34 Exhibit J, # 35 Exhibit K, # 36 Exhibit L, # 37 Exhibit M, # 38 Exhibit N, # 39 Exhibit O, # 40 Exhibit P, # 41 Exhibit Q, # 42 Exhibit R, # 43 Exhibit S, # 44 Exhibit T, # 45 Exhibit U, # 46 Exhibit V, # 47 Exhibit W, # 48 Exhibit X, # 49 Exhibit Y, # 50 Exhibit Z, # 51 Exhibit AA, # 52 Exhibit BB, # 53 Exhibit CC, # 54 Exhibit DD, # 55 Exhibit EE, # 56 Exhibit FF, # 57 Exhibit GG, # 58 Exhibit HH) (KAM, ). Modified on 9/25/2017 (KAM, ). (Entered: 07/17/2017) |
| 07/17/2017 | 1351 | ***Document Sealed – Subscriber Plaintiffs' Memorandum of Points and Authorities in support of Subscriber Plaintiffs' Motion for Partial Summary Judgment on the Application of the Per Se Rule. (KAM) ) [Should not be unsealed. Contains privileged content that was clawed back pursuant to the Courts order (Dkt. 1485). The revised sealed version of this filing can be found at Dkt. 2575.] Modified on 5/27/2020 (KAM). (Entered: 07/17/2017) |
| 07/17/2017 | 1352 | ***Document Sealed – Subscriber Plaintiffs' Evidentiary Submission in support of it's Motion for Partial Summary Judgment on the Application of the Per Se Rule (KAM) (Additional attachment(s) added on 8/14/2017: # 1 Exhibit 1–1, # 2 Exhibit 1–2, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 9 Exhibit 6–1, # 10 Exhibit 6–2, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24, # 29 Exhibit 25, # 30 Exhibit 26, # 31 Exhibit 27, # 32 Exhibit 28, # 33 Exhibit 29, # 34 Exhibit 30) (KAM, ). (Additional attachment(s) added on 8/14/2017: # 35 Exhibit 31, # 36 Exhibit 32, # 37 Exhibit 33, # 38 Exhibit 34, # 39 Exhibit 35, # 40 Exhibit 36, # 41 Exhibit 37, # 42 Exhibit 38–1, # 43 Exhibit 38–2, # 44 Exhibit 39, # 45 Exhibit 40, |

# 46 Exhibit 41, # 47 Exhibit 42, # 48 Exhibit 43, # 49 Exhibit 44, # 50 Exhibit 45, # 51 Exhibit 46, # 52 Exhibit 47, # 53 Exhibit 48, # 54 Exhibit 49, # 55 Exhibit 50, # 56 Exhibit 51, # 57 Exhibit 52, # 58 Exhibit 53, # 59 Exhibit 54, # 60 Exhibit 55, # 61 Exhibit 56, # 62 Exhibit 57, # 63 Exhibit 58, # 64 Exhibit 59, # 65 Exhibit 60, # 66 Exhibit 61, # 67 Exhibit 62, # 68 Exhibit 63, # 69 Exhibit 64, # 70 Exhibit 65, # 71 Exhibit 66, # 72 Exhibit 67, # 73 Exhibit 68, # 74 Exhibit 69, # 75 Exhibit 70, # 76 Exhibit 71, # 77 Exhibit 72, # 78 Exhibit 73, # 79 Exhibit 74, # 80 Exhibit 75) (KAM, ). (Additional attachment(s) added on 8/15/2017: # 81 Exhibit 76, # 82 Exhibit 77, # 83 Exhibit 78, # 84 Exhibit 79, # 85 Exhibit 80, # 86 Exhibit 81, # 87 Exhibit 82, # 88 Exhibit 83, # 89 Exhibit 84, # 90 Exhibit 85, # 91 Exhibit 86, # 92 Exhibit 87, # 93 Exhibit 88, # 94 Exhibit 89, # 95 Exhibit 90, # 96 Exhibit 91, # 97 Exhibit 92, # 98 Exhibit 93, # 99 Exhibit 94, # 100 Exhibit 95, # 101 Exhibit 96, # 102 Exhibit 97, # 103 Exhibit 98, # 104 Exhibit 99, # 105 Exhibit 100–1, # 106 Exhibit 100–2, # 107 Exhibit 101, # 108 Exhibit 102, # 109 Exhibit 103, # 110 Exhibit 104, # 111 Exhibit 105) (KAM, ). (Additional attachment(s) added on 8/15/2017: # 112 Exhibit 106, # 113 Exhibit 107, # 114 Exhibit 108, # 115 Exhibit 109, # 116 Exhibit 110, # 117 Exhibit 111, # 118 Exhibit 112, # 119 Exhibit 113, # 120 Exhibit 114, # 121 Exhibit 115, # 122 Exhibit 116, # 123 Exhibit 117, # 124 Exhibit 118, # 125 Exhibit 119, # 126 Exhibit 120, # 127 Exhibit 121, # 128 Exhibit 122, # 129 Exhibit 123, # 130 Exhibit 124, # 131 Exhibit 125, # 132 Exhibit 126, # 133 Exhibit 127, # 134 Exhibit 128, # 135 Exhibit 129, # 136 Exhibit 130, # 137 Exhibit 131, # 138 Exhibit 132, # 139 Exhibit 133, # 140 Exhibit 134, # 141 Exhibit 135, # 142 Exhibit 136, # 143 Exhibit 137, # 144 Exhibit 138, # 145 Exhibit 139, # 146 Exhibit 140, # 147 Exhibit 141, # 148 Exhibit 142, # 149 Exhibit 143, # 150 Exhibit 144, # 151 Exhibit 145, # 152 Exhibit 146, # 153 Exhibit 147, # 154 Exhibit 148, # 155 Exhibit 149, # 156 Exhibit 150) (KAM, ). (Additional attachment(s) added on 8/17/2017: # 157 Exhibit 151, # 158 Exhibit 152, # 159 Exhibit 153, # 160 Exhibit 154, # 161 Exhibit 155, # 162 Exhibit 156, # 163 Exhibit 157, # 164 Exhibit 159, # 165 Exhibit 160, # 166 Exhibit 161, # 167 Exhibit 162, # 168 Exhibit 163, # 169 Exhibit 164, # 170 Exhibit 165, # 171 Exhibit 166, # 172 Exhibit 167–1, # 173 Exhibit 167–2, # 174 Exhibit 168, # 175 Exhibit 169, # 176 Exhibit 170–1, # 177 Exhibit 170–2, # 178 Exhibit 171, # 179 Exhibit 172, # 180 Exhibit 173, # 181 Exhibit 174, # 182 Exhibit 175, # 183 Exhibit 176, # 184 Exhibit 177, # 185 Exhibit 178, # 186 Exhibit 179, # 187 Exhibit 180, # 188 Exhibit 181, # 189 Exhibit 182, # 190 Exhibit 183, # 191 Exhibit 184, # 192 Exhibit 185, # 193 Exhibit 186, # 194 Exhibit 187, # 195 Exhibit 188, # 196 Exhibit 189, # 197 Exhibit 190) (KAM, ). (Additional attachment(s) added on 8/17/2017: # 198 Exhibit 191, # 199 Exhibit 192, # 200 Exhibit 193, # 201 Exhibit 194, # 202 Exhibit 195, # 203 Exhibit 196, # 204 Exhibit 197, # 205 Exhibit 198, # 206 Exhibit 199, # 207 Exhibit 200, # 208 Exhibit 201, # 209 Exhibit 202, # 210 Exhibit 203, # 211 Exhibit 204, # 212 Exhibit 205, # 213 Exhibit 206 [Should not be unsealed. Contains privileged content and is subject to the Court's claw back order (Dkt.1485)], # 214 Exhibit 207, # 215 Exhibit 208, # 216 Exhibit 209, # 217 Exhibit 210, # 218 Exhibit 211, # 219 Exhibit 212, # 220 Exhibit 213, # 221 Exhibit 214 [Exhibit withdrawn and should not be unsealed], # 222 Exhibit 215, # 223 Exhibit 216, # 224 Exhibit 217) (KAM, ). (Additional attachment(s) added on 8/18/2017: # 225 Exhibit 218, # 226 Exhibit 219, # 227 Exhibit 220, # 228 Exhibit 221, # 229 Exhibit 222, # 230 Exhibit 223) (KAM, ). Modified on 5/27/2020 (KAM, ). (Entered: 07/17/2017)

| 07/17/2017 | 1353 | DEFENDANTS' MOTION for Summary Judgment *on Plaintiffs' Section 1, Per Se, and Quick Look Claims* by Defendants' Counsel. (Attachments: # 1 Brief in Support of the Motion, # 2 Exhibit Index, # 3 Exhibit Slip Sheet Regarding Sealed Exhibits, |

| | | |
|---|---|---|
| | | # 4 Exhibit 1 Part 1, # 5 Exhibit 1 Part 2, # 6 Exhibit 1 Part 3, # 7 Exhibit 2 Part 1, # 8 Exhibit 2 Part 2, # 9 Exhibit 3, # 10 Exhibit 4, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7 Part 1, # 14 Exhibit 7 Part 2, # 15 Exhibit 8, # 16 Exhibit 9, # 17 Exhibit 10, # 18 Exhibit 11, # 19 Exhibit 12, # 20 Exhibit 13, # 21 Exhibit 15 Part 1, # 22 Exhibit 15 Part 2, # 23 Exhibit 16, # 24 Exhibit 17, # 25 Exhibit 18, # 26 Exhibit 19 Part 1, # 27 Exhibit 19 Part 2, # 28 Exhibit 20 Part 1, # 29 Exhibit 20 Part 2, # 30 Exhibit 21, # 31 Exhibit 22 Part 1, # 32 Exhibit 22 Part 2, # 33 Exhibit 22 Part 3, # 34 Exhibit 22 Part 4, # 35 Exhibit 23, # 36 Exhibit 24 Part 1, # 37 Exhibit 24 Part 2, # 38 Exhibit 25 Part 1, # 39 Exhibit 25 Part 2, # 40 Exhibit 25 Part 3, # 41 Exhibit 25 Part 4, # 42 Exhibit 26 Part 1, # 43 Exhibit 26 Part 2, # 44 Exhibit 26 Part 3, # 45 Exhibit 27, # 46 Exhibit 28 Part 1, # 47 Exhibit 28 Part 2, # 48 Exhibit 29, # 49 Exhibit 30, # 50 Exhibit 31, # 51 Exhibit 32, # 52 Exhibit 35, # 53 Exhibit 36, # 54 Exhibit 39, # 55 Exhibit 40, # 56 Exhibit 46, # 57 Exhibit 57, # 58 Exhibit 62, # 59 Exhibit 63, # 60 Exhibit 65, # 61 Exhibit 66, # 62 Exhibit 68, # 63 Exhibit 69, # 64 Exhibit 71, # 65 Exhibit 73, # 66 Exhibit 74, # 67 Exhibit 75, # 68 Exhibit 76, # 69 Exhibit 77, # 70 Exhibit 78, # 71 Exhibit 80 Part 1, # 72 Exhibit 80 Part 1, # 73 Exhibit 81, # 74 Exhibit 83, # 75 Exhibit 84, # 76 Exhibit 85, # 77 Exhibit 87, # 78 Exhibit 89, # 79 Exhibit 90, # 80 Exhibit 91, # 81 Exhibit 94, # 82 Exhibit 96, # 83 Exhibit 98, # 84 Exhibit 99, # 85 Exhibit 100, # 86 Exhibit 101, # 87 Exhibit 102, # 88 Exhibit 103, # 89 Exhibit 105, # 90 Exhibit 106, # 91 Exhibit 108, # 92 Exhibit 109, # 93 Exhibit 111, # 94 Exhibit 113, # 95 Exhibit 114 Part 1, # 96 Exhibit 114 Part 1, # 97 Exhibit 115, # 98 Exhibit 116, # 99 Exhibit 117, # 100 Exhibit 118, # 101 Exhibit 120, # 102 Exhibit 121, # 103 Exhibit 126, # 104 Exhibit 127)(Zott, David) Modified on 9/25/2017 (KAM, ). (Entered: 07/17/2017) |
| 07/18/2017 | 1354 | TEXT ORDER granting 1327 Plaintiffs' Motion to Impose Deadline for BCBSAL to Produce Documents Responsive to Discovery Order No. 41 Search Terms. The Motion is GRANTED insofar as Blue Cross Blue Shield of Alabama shall produce responsive documents by August 9, 2017. Production, however, should be made prior to the deadline where possible. Signed by Magistrate Judge T Michael Putnam on July 18, 2017. (AMP) (Entered: 07/18/2017) |
| 07/18/2017 | 1355 | MOTION to Withdraw as Attorney by Premera Blue Cross. (Wilson, Erin) (Entered: 07/18/2017) |
| 07/18/2017 | 1356 | MOTION to Compel *Provider Plaintiffs' Motion to Compel Defendant Blue Cross and Blue Shield of Alabama to Produce Blue Cross Studies and Data from the Blue Cross Liability Database* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Whatley, Joe) (Entered: 07/18/2017) |
| 07/18/2017 | 1357 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney Erin M. Wilson. 1355 The Motion 1355 is GRANTED. The Clerk of the Court is directed to terminate attorney Erin M. Wilson. Signed by Judge R David Proctor on 7/18/2017. (KAM, ) (Entered: 07/18/2017) |
| 07/18/2017 | 1358 | TEXT ORDER re 1356 Provider Plaintiffs' Motion to Compel Defendant Blue Cross and Blue Shield of Alabama to Produce Blue Cross Cost Studies and Data from the Blue Cross Liability Database. Any response to the Motion is due by July 25, 2017. No reply briefs will be accepted. Oral argument on the Motion will be heard at the Discovery Status Conference set for Thursday, July 27, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before |

| | | Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on July 18, 2017. (AMP, ) (Entered: 07/18/2017) |
|---|---|---|
| 07/18/2017 | 1359 | NOTICE by Adventist Health System Sunbelt Healthcare Corporation, Cedars–Sinai Medical Center, Tenet Healthcare, University of North Carolina Health Care System re 1347 Response in Opposition to Motion,,,, *of Filing Signed Declaration and Notice of Correction of Typographical Error* (Attachments: # 1 Exhibit Revised Ex. 4 – Signed Decl. of S. Trott)(Brady, P) (Entered: 07/18/2017) |
| 07/19/2017 | 1362 | ***Document Sealed – Provider Plaintiffs' Notice of Filing Substitute Exhibits (Attachments: # 1 Exhibit B, # 2 Exhibit D, # 3 Exhibit F) (KAM) (Entered: 07/20/2017) |
| 07/20/2017 | 1360 | Transcript of Proceedings held on July 13, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205) 278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/10/2017. Redacted Transcript Deadline set for 8/20/2017. Release of Transcript Restriction set for 10/18/2017. (MRR, ) (Entered: 07/20/2017) |
| 07/20/2017 | 1361 | NOTICE by Defendants' Counsel re 1305 MOTION to Compel *Third Parties to Respond to Subpoenas Before the Discovery Cut–off* (Cottrell, Christa) (Entered: 07/20/2017) |
| 07/21/2017 | 1363 | RESPONSE to Motion re 1341 MOTION to Compel *National Insurers to Produce Documents* filed by CIGNA Health and Life Insurance Company. (Weller, Christopher) (Entered: 07/21/2017) |
| 07/21/2017 | 1364 | RESPONSE to Motion re 1341 MOTION to Compel *National Insurers to Produce Documents* filed by AETNA, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11)(Wells, H) (Entered: 07/21/2017) |
| 07/21/2017 | 1365 | NOTICE by Plaintiffs' Counsel re 1340 MOTION to Compel *Compliance with Rule 45 By Navigant Consulting, Inc. (Provider Plaintiffs)* (Brown, W) (Entered: 07/21/2017) |
| 07/21/2017 | 1366 | REPLY Brief filed by Defendant Defendants' Counsel re: 1305 MOTION to Compel *Third Parties to Respond to Subpoenas Before the Discovery Cut–off* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – 7/18/2017 Snavely Email to Owen, # 2 Exhibit B – 7/20/2017 Owen Letter to Snavely)(Cottrell, Christa) (Entered: 07/21/2017) |
| 07/21/2017 | 1367 | RESPONSE in Opposition re 1341 MOTION to Compel *National Insurers to Produce Documents* filed by UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(Robertson, |

| | | Douglas) (Entered: 07/21/2017) |
|---|---|---|
| 07/21/2017 | 1368 | RESPONSE to Motion re 1345 SEALED MOTION *to Enforce Discovery Order No. 44, or in the alternative, to compel Optuminsight Inc. to Produce Claims Data for the 2007–2009 Time Period* filed by Blue Cross Blue Shield Michigan. (Campbell, Andrew) (Entered: 07/21/2017) |
| 07/21/2017 | 1369 | RESPONSE in Support re 1341 MOTION to Compel *National Insurers to Produce Documents Provider Plaintiffs' Response In Support of Certain Defendants' Motion to Compel National Insurers to Produce Documents* filed by Plaintiffs' Counsel. (Sheehan, Patrick) (Entered: 07/21/2017) |
| 07/21/2017 | 1370 | RESPONSE in Opposition re 1341 MOTION to Compel *National Insurers to Produce Documents Opposition of Non–Party Humana Inc. to Certain Defendants' Motion to Compel National Insurers to Produce Documents* filed by Humana Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16)(Turner, Sara) (Entered: 07/21/2017) |
| 07/21/2017 | 1371 | MOTION to Withdraw as Attorney by Humana Inc.. (Turner, Sara) (Entered: 07/21/2017) |
| 07/21/2017 | 1372 | NOTICE of Appearance by Christie A Moore on behalf of Humana Inc. (Moore, Christie) (Entered: 07/21/2017) |
| 07/21/2017 | 1373 | ***Document Sealed – Non–Party Health Care Cost Institute, Inc's Memorandum of Law in Opposition to Provider Plaintiffs' Motion to Enforce Discovery Order 44, or in the alternative, to compel Optuminsight, Inc to Produce Claims Data for the 2007 – 2009 Time Period (KAM) (Entered: 07/24/2017) |
| 07/21/2017 | 1374 | ***Document Sealed – Opposition of Non–Party Optuminsight, Inc to Provider Plaintiffs' Motion to Enforce Discovery Order No. 44, or, in the alternative, to compel Optuminsignt Inc to produce claims data for the 2007 – 2009 Time Period (KAM) (Entered: 07/24/2017) |
| 07/24/2017 | 1375 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed on behalf of attorney John K. Bush. 1371 The Motion 1371 is GRANTED. The Clerk of the Court is directed to terminate attorney John K. Bush. Signed by Judge R David Proctor on 7/24/2017. (KAM) (Entered: 07/24/2017) |
| 07/25/2017 | 1376 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT – the application for payment for serviced rendered 6/1/2017 – 6/30/2017 relating solely for services provided to the plaintiffs; payment is hereby approved, with one–half of the billing for common projects, plus the billing that=s specific only to Subscriber Track projects, or $28,850.00, to be paid by the Subscriber Track and one–half of the billing for common projects, plus the billing that=s specific only to Provider Track projects, or $18,850.00, to be paid by the Provider Track, from their Common Benefit monies. Signed by Judge R David Proctor on 7/25/2017. (KAM) (Entered: 07/25/2017) |
| 07/25/2017 | 1377 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT – granting the application of the Special Master for payment for serviced rendered |

| | | |
|---|---|---|
| | | 6/1/2017 – 6/30/2017 as it relates to both sides; the Special Master's application for payment is hereby approved, with: (i) one–half, or $4,750.00, to be paid by the Defendants; and (ii) one–fourth, or $2,375.00, to be paid by the Subscriber Track, and one–fourth, or $2,375.00, to be paid by the Provider Track, from their Common Benefit monies. Signed by Judge R David Proctor on 7/25/2017. (KAM, ) (Entered: 07/25/2017) |
| 07/25/2017 | 1378 | MOTION to Seal Document 1368 Response to Motion, by Optuminsight, Inc.. (Robertson, Douglas) (Entered: 07/25/2017) |
| 07/25/2017 | 1379 | REPLY to Response to Motion re 1341 MOTION to Compel *National Insurers to Produce Documents* filed by Defendants' Counsel. (Cottrell, Christa) (Entered: 07/25/2017) |
| 07/25/2017 | 1380 | RESPONSE to Motion re 1356 MOTION to Compel *Provider Plaintiffs' Motion to Compel Defendant Blue Cross and Blue Shield of Alabama to Produce Blue Cross Studies and Data from the Blue Cross Liability Database* filed by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 07/25/2017) |
| 07/25/2017 | 1382 | ***Document Sealed – REPLY OF NON–PARTY OPTUMINSIGHT, INC. TODEFENDANTS RESPONSE TO PROVIDER PLAINTIFFS MOTION TOENFORCE DISCOVERY ORDER NO. 44 OR, IN THE ALTERNATIVE,TO COMPEL OPTUMINSIGHT, INC. TO PRODUCE CLAIMS DATAFOR THE 2007–2009 TIME PERIOD (KAM) (Entered: 07/26/2017) |
| 07/26/2017 | 1381 | TEXT ORDER re 1378 Motion to Seal Document 1368 Response to Motion, by OptumInsight, Inc. Having reviewed the Motion and the document OptumInsight wishes to place under seal, the court sees no reason to deviate from its general disinclination to seal documents. Accordingly, the Motion of Non–Party OptumInsight, Inc. to Place Doc. 1368 Under Seal is DENIED. Signed by Magistrate Judge T Michael Putnam on July 26, 2017. (AMP) (Entered: 07/26/2017) |
| 07/26/2017 | 1383 | STATUS REPORT *on Supplemental Disclosures on behalf of Subscriber Plaintiffs* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hellums, Christopher) (Entered: 07/26/2017) |
| 07/27/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 7/27/2017: arguments by counsel, re MOTIONS 1053 , 1305 , 1341 , 1345 & 1356 ; hrg adj (Court Reporter Lindy Fuller) (ASL) (Entered: 07/27/2017) |
| 07/28/2017 | 1384 | NOTICE of Appearance by P Michael Yancey on behalf of Plaintiffs' Counsel (Yancey, P) (Entered: 07/28/2017) |
| 07/28/2017 | 1385 | ORDER re 1345 SEALED MOTION filed by Plaintiffs' Counsel ; by no later than August 9, 2017, the provider plaintiffs, defendants, and OptumInsight are DIRECTED to file a report (jointly or separately) informing the court whether OptumInsight is capable of calculating and providing, consistent with HIPAA, the duration of time between the date of medical service and the date the service provider was paid for that service by the insurer; Also by August 9, 2017, the provider plaintiffs and defendants, together, will propose to OptumInsight up to three vendors they believe to be capable of extracting from OptumInsights data archives the data at issue for 2007 to 2009. Signed by Magistrate Judge T Michael Putnam on 7/28/2017. (KAM) (Entered: 07/28/2017) |

| | | |
|---|---|---|
| 07/28/2017 | 1386 | DISCOVERY ORDER no. 58 granting in part and denying in part 1356 Motion to Compel. Signed by Magistrate Judge T Michael Putnam on 7/28/2017. (KAM, ) (Entered: 07/28/2017) |
| 07/31/2017 | 1387 | MOTION to Keep Sealed Certain Exhibits to the Standard of Review Briefs re 1350 SEALED MOTION, 1348 MOTION for Partial Summary Judgment *by Subscriber Plaintiffs*, 1353 MOTION for Summary Judgment *on Plaintiffs' Section 1, Per Se, and Quick Look Claims* by Defendants' Counsel. (Attachments: # 1 Appendix A: Exhibits That Defendants Request Remain Sealed)(Zott, David) (Entered: 07/31/2017) |
| 07/31/2017 | 1388 | MOTION Maintain Seal on Select Exhibits re 1349 Document Sealed,,,, by Plaintiffs' Counsel. (Stokes, Tammy) (Entered: 07/31/2017) |
| 07/31/2017 | 1389 | MOTION Maintain the Seal on Certain Documents Relating to Motions for Summary Judgment re 1350 SEALED MOTION, 1353 MOTION for Summary Judgment *on Plaintiffs' Section 1, Per Se, and Quick Look Claims (Provider Plaintiffs)* by Plaintiffs' Counsel. (Brown, W) Corrected version filed –Modified on 8/1/2017 (KAM, ). (Entered: 07/31/2017) |
| 07/31/2017 | 1390 | MOTION to Maintain the Seal on Certain Documents Relating to Motions for Summary Judgment re 1350 SEALED MOTION, 1353 MOTION for Summary Judgment *on Plaintiffs' Section 1, Per Se, and Quick Look Claims (Corrected) (Provider Plaintiffs)* by Plaintiffs' Counsel. (Brown, W) (Entered: 07/31/2017) |
| 08/01/2017 | 1391 | DISCOVERY ORDER NO. 59– granting 1341 Motion to Compel and Discovery Order No. 44 is AMENDED to the extent: Parties wishing to have access to the documents and data produced by Aetna, Humana, and United shall pay, according to their own agreement to split costs, a $100,000.00, good–faith deposit to each of those insurers; Upon payment of the deposit and agreement with the parties on discovery methodology and search terms, Aetna, Humana, and United are DIRECTED to begin making rolling productions. Productions shall be completed by September 1, 2017; in all other respects, the defendants motion is DENIED. Signed by Magistrate Judge T Michael Putnam on 8/1/2017.(KAM) (Entered: 08/01/2017) |
| 08/01/2017 | 1392 | PROVIDER PLAINTIFFS' MOTION for Partial Summary Judgment *Against Anthem, Inc. Regarding Issues Decided in United States v. Anthem (Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A – Part 1, # 2 Exhibit A – Part 2, # 3 Exhibit A – Part 3, # 4 Exhibit B – Part 1, # 5 Exhibit B – Part 2)(Whatley, Joe) Modified on 9/25/2017 (KAM, ). (Entered: 08/01/2017) |
| 08/01/2017 | 1393 | DISCOVERY ORDER No. 60. Signed by Magistrate Judge T Michael Putnam on 8/1/2017. (KAM) (Entered: 08/01/2017) |
| 08/02/2017 | 1394 | **TEXT ORDER** – This matter is before the court on the recent Motions and/or Requests to maintain the seal on certain documents recently filed under seal in connection with briefing on the appropriate standard of review. 1387 1388 1390 The Clerk of the Court is directed to terminate these Motions/Requests. 1387 1388 1390 The parties may respond, and the court will expect the Seal Team's report, pursuant to the Revised Sealing Procedures 758 in due course. Signed by Judge R David Proctor on 8/2/2017. (KAM) (Entered: 08/02/2017) |
| 08/03/2017 | 1395 | SEALED MOTION – Subscriber and Provider Plaintiffs' Motion Challenging Assertion of Privilege Over Document Produced by Defendant BSC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(KAM) (Entered: 08/03/2017) |

| 08/03/2017 | 1396 | Transcript of Proceedings held on 7/27/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Lindy M. Fuller. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/24/2017. Redacted Transcript Deadline set for 9/3/2017. Release of Transcript Restriction set for 11/1/2017. (KAM, ) (Entered: 08/03/2017) |
|---|---|---|
| 08/04/2017 | 1397 | TEXT ORDER: This matter is before the court on the Provider Plaintiffs' Motion for Partial Summary Judgment Regarding Issues Decided in United States v. Anthem. 1392 Unless the parties otherwise agree on a briefing schedule for the Motion, any response SHALL be filed no later than twenty–one (21) calendar days after the date the Motion was filed. (However, if the due date falls on a weekend or court holiday, the due date shall be the next business day). Any reply SHALL be filed no later than fourteen (14) calendar days after the date on which the responsive brief is filed. Signed by Judge R David Proctor on 8/4/17. (SAC ) (Entered: 08/04/2017) |
| 08/04/2017 | 1398 | MOTION to Withdraw as Attorney by Defendants' Counsel. (Hoffman, Donald) (Entered: 08/04/2017) |
| 08/07/2017 | 1399 | TEXT ORDER GRANTING 1398 MOTION to Withdraw as Attorney. Attorney D Bruce Hoffman terminated. Signed by Judge R David Proctor on 8/7/2017. (JLC) (Entered: 08/07/2017) |
| 08/08/2017 | 1400 | MOTION to Withdraw by Regions Bank. (Pennington, James) (Entered: 08/08/2017) |
| 08/08/2017 | 1401 | ***FILED UNDER SEAL*** MOTION Challenging Assertion of Privilege Over Document Produced by Defendant BCBS–KS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(JLC) (Entered: 08/08/2017) |
| 08/08/2017 | 1402 | TEXT ORDER–This matter is before the court on the Motion to Withdraw filed on behalf of attorneys James C. Pennington and M. Tae Phillips. 1371 The Motion 1371 is **GRANTED**. The Clerk of the Court is directed to terminate attorneys Pennington and Phillips. If necessary, the parties are directed to serve any future papers regarding non–party Regions Bank on its registered agent for service of process. Signed by Judge R David Proctor on 8/8/2017. (JLC) (Entered: 08/08/2017) |
| 08/09/2017 | 1403 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on Thursday, August 24, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on August 9, 2017. (AMP) (Entered: 08/09/2017) |
| 08/09/2017 | 1404 | **TEXT ORDER**–This matter is before the court on the Motion to Withdraw filed on behalf of attorneys James C. Pennington and M. Tae Phillips. 1400 The Motion 1400 is **GRANTED**. The Clerk of the Court is directed to terminate attorneys |

| | | Pennington and Phillips. If necessary, the parties are directed to serve any future papers regarding non–party Regions Bank on its registered agent for service of process. Signed by Judge R David Proctor on 8/9/2017. (KAM) (Entered: 08/09/2017) |
|---|---|---|
| 08/09/2017 | 1405 | STATUS REPORT *Regarding OptumInsight, Inc., Data* by Blue Cross Blue Shield Michigan. filed by Blue Cross Blue Shield Michigan (Campbell, Andrew) (Entered: 08/09/2017) |
| 08/10/2017 | 1406 | ORDER the parties' joint request to extend the briefing schedule for the standard of review briefs is GRANTED: The parties responsive briefs are due on August 18, 2017; The parties reply briefs are due on September 1, 2017. Signed by Judge R David Proctor on 8/10/2017. (KAM) (Entered: 08/10/2017) |
| 08/10/2017 | 1407 | ORDER re the parties proposed briefing schedule as to 1392 MOTION for Partial Summary Judgment *Against Anthem, Inc. Regarding Issues Decided in United States v. Anthem (Provider Plaintiffs)* filed by Plaintiffs' Counsel; the parties request is granted; Any responses in opposition to Provider Plaintiffs motion are due by August 30, 2017; Provider Plaintiffs reply is due by September 21, 2017. Signed by Judge R David Proctor on 8/10/2017. (KAM) (Entered: 08/10/2017) |
| 08/10/2017 | 1408 | **TEXT ORDER** – This case is before the court on Subscriber Plaintiffs' amended Sealed Evidentiary Submission in support of their Motion for Partial Summary 1348. The Clerk is **DIRECTED** to **REMOVE** the originally filed exhibits in support of Subscriber Plaintiffs' Motion 1352 and to **SUBSTITUTE** the reduced size exhibits in the amended submission.Signed by Judge R David Proctor on 8/10/2017. (KAM) (Entered: 08/10/2017) |
| 08/10/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 8/10/2017. (Court Reporter Julie Martin) (ASL) (Entered: 08/10/2017) |
| 08/10/2017 | 1409 | MOTION to Compel *Subscriber Plaintiffs' Motion to Compel Prime Therapeutics LLC to Produce Documents* by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Ragsdale, Barry) (Entered: 08/10/2017) |
| 08/10/2017 | 1410 | SEALED MOTION – Subscriber Plaintiffs' Motion to Compel Prime Therapeutics LLC to Produce Documents. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(KAM) (Entered: 08/11/2017) |
| 08/10/2017 | 1411 | SEALED MOTION – Subscriber Plaintiffs' motion to compel defendants to provide substantive answers or specific Bates number References to answer interrogatory no. 9. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhbiit D, # 5 Exhibit E)(KAM, ) (Entered: 08/11/2017) |
| 08/11/2017 | 1412 | DISCOVERY ORDER No. 61 – granting 1053 Motion for Reconsideration; Discovery Order No. 44 is MODIFIED to eliminate any requirement that HCCI produce or procure the production of claims data; rather, that data is now being obtained under a subpoena to OptumInsight. The subpoena to HCCI for claims data is hereby QUASHED. In all other respects Discovery Order No. 44 remains in full force and effect; OptumInsight shall respond, by not later than Friday, August 18, 2017, to the proposals made by Provider Plaintiffs and Defendants for engaging vendors capable of extracting 2007 to 2009 claims data from archival sources at OptumInsight, providing a good faith estimate of the costs it will incur and a |

| | | |
|---|---|---|
| | | timeline for beginning and completing the process of extracting such claims data. Signed by Magistrate Judge T Michael Putnam on 8/11/2017. (KAM) (Entered: 08/11/2017) |
| 08/14/2017 | 1413 | MOTION to Compel */Enforce This Court's Previous Order* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Whatley, Joe) (Entered: 08/14/2017) |
| 08/14/2017 | 1414 | MOTION for Protective Order by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 08/14/2017) |
| 08/14/2017 | 1415 | Brief *Opposing Seal on Summary Judgment Materials*. (Attachments: # 1 Appendix I, # 2 Appendix II, # 3 Appendix III, # 4 Appendix IV, # 5 Appendix V)(Stokes, Tammy) (Entered: 08/14/2017) |
| 08/14/2017 | 1416 | ***Document Sealed – Subscriber Plaintiffs' OPPOSITION to defendants' request to maintain seal on materials filed in connection with the Parties' Standard of Review Summary Judgment filings (Attachments: # 1 App I, # 2 App II, # 3 App III, # 4 App IV, # 5 App V) (KAM) (Entered: 08/15/2017) |
| 08/15/2017 | 1417 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court ( Rule 72 Objection to Discovery Order no. 60) by Cedars–Sinai Medical Center re 1393 Order (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Brady, P) Modified 8/16/2017 (KAM) (Entered: 08/15/2017) |
| 08/16/2017 | 1418 | ORDER the following motions will be heard at the Discovery Status Conference set for 8/24/2017 at 1:00 p.m.; 1395 pla' motion challenging assertion of privilege over document produced by dft BSC; 1401 plas' motion challenging assertion of privilege over document produced by dft BCBS–KS; 1411 subscriber plas' motion to compel; 1413 plas' motion to enforce previous order; 1414 dft BCBS of Alabama's motion for protective order; Any written responses to these motions are due no later than Monday, August 21, 2017, and shall comply with the parameters set out in the Order Amending Discovery Order No. 1 483 ; 1409 subscriber plas' motion to compel will be heard during the discovery telephone conference on 8/31/2017 at 3:00 p.m.; any response is due by 8/28/2017. Signed by Magistrate Judge T Michael Putnam on 8/16/2017. (KAM, ) (Entered: 08/16/2017) |
| 08/16/2017 | 1419 | Transcript of Proceedings held on August 10, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Julie A. Martin, Telephone number (205) 278–2066. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/6/2017. Redacted Transcript Deadline set for 9/16/2017. Release of Transcript Restriction set for 11/14/2017. (MRR, ) (Entered: 08/16/2017) |
| 08/16/2017 | 1420 | NOTICE by Plaintiffs' Counsel re 1411 SEALED MOTION *Notice of Withdrawal as to Certain Defendants* (Hellums, Christopher) (Entered: 08/16/2017) |

| 08/16/2017 | 1425 | ***Document Sealed – STATUS REPORT regarding Optuminsight, Inc Data (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (KAM) (Entered: 08/18/2017) |
|---|---|---|
| 08/17/2017 | 1421 | NOTICE of Appearance by Syndey L Schneider on behalf of Highmark Inc., Highmark West Virginia Inc., Highmark BCBSD Inc. (Schneider, Syndey) (Entered: 08/17/2017) |
| 08/17/2017 | 1422 | MOTION to Compel *Subscriber Plaintiffs' Motion to Compel Blue Cross Blue Shield of Alabama and Its Subsidiaries to Produce Documents* by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Text of Proposed Order)(Ragsdale, Barry) (Entered: 08/17/2017) |
| 08/17/2017 | 1423 | NOTICE of Appearance by Casey R Fronk on behalf of Blue Shield of California (Fronk, Casey) (Entered: 08/17/2017) |
| 08/17/2017 | 1424 | MOTION to Quash *Document Subpoenas to Subsidiaries* by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Exhibit A−4)(Burkhalter, Carl) (Entered: 08/17/2017) |
| 08/17/2017 | 1426 | SEALED MOTION – Provider Plaintiffs' MOTION to COMPEL Blue Cross and Blue Shield of Alabama to produce financial documents. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(KAM, ) (Entered: 08/18/2017) |
| 08/17/2017 | 1427 | SEALED MOTION – Subscriber Plaintiffs' MOTION to COMPEL Blue Cross Blue Shield of Alabama and it subsidiaries to produce documents. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(KAM) (Entered: 08/18/2017) |
| 08/18/2017 | 1428 | ***Document Sealed – NOTICE of filing EXHIBITS under seal in SUPPORT of Blue Cross and Blue Shield of Alabama's Omnibus MOTION to QUASH document subpoenas to Subsidiaries (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3) (KAM, ) (Entered: 08/18/2017) |
| 08/18/2017 | 1429 | RESPONSE to Motion re 1350 SEALED MOTION, 1348 MOTION for Partial Summary Judgment *by Subscriber Plaintiffs* filed by Defendants' Counsel. (Attachments: # 1 Exhibit Index, # 2 Exhibit Slip Sheet Regarding Sealed Exhibits, # 3 Exhibit 129, # 4 Exhibit 130, # 5 Exhibit 131, # 6 Exhibit 132, # 7 Exhibit 133 Part 1, # 8 Exhibit 133 Part 2, # 9 Exhibit 134, # 10 Exhibit 135, # 11 Exhibit 138 Part 1, # 12 Exhibit 138 Part 2, # 13 Exhibit 138 Part 3, # 14 Exhibit 138 Part 4, # 15 Exhibit 138 Part 5, # 16 Exhibit 139 Part 1, # 17 Exhibit 139 Part 2, # 18 Exhibit 140, # 19 Exhibit 143, # 20 Exhibit 148, # 21 Exhibit 150, # 22 Exhibit 151, # 23 Exhibit 152, # 24 Exhibit 153, # 25 Exhibit 154 Part 1, # 26 Exhibit 154 Part 2, # 27 Exhibit 155, # 28 Exhibit 156, # 29 Exhibit 157, # 30 Exhibit 158)(Zott, David) (Entered: 08/18/2017) |
| 08/18/2017 | 1430 | NOTICE by Plaintiffs' Liaison Counsel re 1401 SEALED MOTION *Notice of Joinder of Challenge to Defendant Highmark's Clawback Request to Plaintiffs' Pending Motion Challenging Assertion of Privilege over Document Produced by Defendant BCBS−KS* (Ragsdale, Barry) (Entered: 08/18/2017) |
| 08/18/2017 | 1431 | ***Document Sealed – PROVIDER Plaintiffs' RESPONSE to Defendants' MOTION For SUMMARY JUDGMENT (Attachments: # 1 Exhibit II, # 2 Exhibit 25, # 3 Exhibit 26, # 4 Exhibit 27, # 5 Exhibit 28, # 6 Exhibit 29, # 7 Exhibit 30, # 8 Exhibit 31, # 9 Exhibit 32, # 10 Exhibit 33, # 11 Exhibit 34, # 12 Exhibit 35, # 13 |

Exhibit 36, # 14 Exhibit 37, # 15 Exhibit 38, # 16 Exhibit 39, # 17 Exhibit 40, # 18 Exhibit 41) (KAM) (Additional attachment(s) added on 8/30/2017: # 19 Exhibit 42 part 1, # 20 Exhibit 42 –Part 2, # 21 Exhibit 42 Part 3, # 22 Exhibit 42 –Part 4, # 23 Exhibit 42 Part 5) (KAM, ). (Additional attachment(s) added on 8/30/2017: # 24 Exhibit 43, # 25 Exhibit 44, # 26 Exhibit 45, # 27 Exhibit 46, # 28 Exhibit 47, # 29 Exhibit JJ, # 30 Exhibit KK, # 31 Exhibit LL, # 32 Exhibit MM, # 33 Exhibit NN, # 34 Exhibit OO, # 35 Exhibit PP, # 36 Exhibit QQ, # 37 Exhibit RR, # 38 Exhibit SS, # 39 Exhibit TT, # 40 Exhibit UU, # 41 Exhibit VV, # 42 Exhibit WW, # 43 Exhibit XX, # 44 Exhibit YY, # 45 Exhibit ZZ) (KAM, ). (Additional attachment(s) added on 8/30/2017: # 46 Exhibit AAA, # 47 Exhibit BBB, # 48 Exhibit CCC, # 49 Exhibit DDD, # 50 Exhibit EEE, # 51 Exhibit FFF, # 52 Exhibit GGG, # 53 Exhibit HHH, # 54 Exhibit III, # 55 Exhibit JJJ, # 56 Exhibit KKK, # 57 Exhibit LLL, # 58 Exhibit MMM, # 59 Exhibit NNN, # 60 Exhibit OOO, # 61 Exhibit PPP, # 62 Exhibit QQQ, # 63 Exhibit RRR, # 64 Exhibit SSS, # 65 Exhibit TTT, # 66 Exhibit UUU, # 67 Exhibit VVV, # 68 Exhibit WWW, # 69 Exhibit XXX, # 70 Exhibit YYY, # 71 Exhibit ZZZ) (KAM, ). (Additional attachment(s) added on 10/17/2017: # 72 Exhibit AAAA, # 73 Exhibit BBBB, # 74 Exhibit CCCC, # 75 Exhibit DDDD, # 76 Exhibit EEEE, # 77 Exhibit FFFF, # 78 Exhibit GGGG, # 79 Exhibit HHHH, # 80 Exhibit IIII, # 81 Exhibit JJJJ, # 82 Exhibit KKKK, # 83 Exhibit LLLL, # 84 Exhibit MMMM, # 85 Exhibit NNNN, # 86 Exhibit OOOO, # 87 Exhibit PPPP, # 88 Exhibit QQQQ, # 89 Exhibit RRRR, # 90 Exhibit SSSS, # 91 Exhibit TTTT, # 92 Exhibit UUUU, # 93 Exhibit VVVV part 1, # 94 Exhibit VVVV part 2, # 95 Exhibit VVVV part 3, # 96 Exhibit WWWW, # 97 Exhibit XXXX, # 98 Exhibit YYYY, # 99 Exhibit ZZZZ, # 100 Exhibit AAAAA, # 101 Exhibit BBBBB, # 102 Exhibit CCCCC, # 103 Exhibit DDDDD, # 104 Exhibit EEEEE, # 105 Exhibit FFFFF, # 106 Exhibit GGGGG, # 107 Exhibit HHHHH, # 108 Exhibit IIIII, # 109 Exhibit JJJJJ) (KAM, ). (Entered: 08/21/2017)

| | | |
|---|---|---|
| 08/18/2017 | 1432 | ***Document Sealed – Defendants' RESPONSE to Plaintiffs' MOTIONS for PARTIAL SUMMARY JUDGMENT (KAM) (Entered: 08/21/2017) |
| 08/18/2017 | 1433 | ***Document Sealed – Notice of filing EXHIBITS to Defendants' RESPONSE to Plaintiffs' MOTION FOR PARTIAL SUMMARY JUDGMENT (Attachments: # 1 Exhibit 128, # 2 Exhibit 131, # 3 Exhibit 135, # 4 Exhibit 136, # 5 Exhibit 137, # 6 Exhibit 141, # 7 Exhibit 142, # 8 Exhibit 144, # 9 Exhibit 145, # 10 Exhibit 146, # 11 Exhibit 147, # 12 Exhibit 149, # 13 Exhibit 150, # 14 Exhibit 159) (KAM, ) (Entered: 08/21/2017) |
| 08/18/2017 | 1434 | SUBSCRIBER PLAINTIFFS' SEALED MOTION – Subscriber Plaintiffs' MOTION for PARTIAL SUMMARY JUDGMENT on Defendants' "SINGLE ENTITY" Defense. (KAM) Modified on 9/25/2017 (KAM, ). (Entered: 08/21/2017) |
| 08/18/2017 | 1435 | ***Document Sealed – Memorandum of Points and Authorities in OPPOSITION to Defendants' MOTION for SUMMARY JUDGMENT on Section 1, per se, and Quick Look Claims AND in support of Subscriber plaintiffs' MOTION for PARTIAL SUMMARY JUDGMENT on defendants' "Single Entity" Defense (KAM) (Entered: 08/21/2017) |
| 08/18/2017 | 1436 | ***Document Sealed – Evidentiary Submission for memorandum of points and authorizes in OPPOSITION to defendants' MOTION for SUMMARY JUDGMENT on Section 1, per se and Quick Look Claims AND in SUPPORT of Subscriber plaintiffs' MOTION for PARTIAL SUMMARY JUDGMENT on defendants' "Single Entity' Defense (Attachments: # 1 Exhibit 224 part 1, # 2 Exhibit 224 part 2, |

| | | |
|---|---|---|
| | | # <u>3</u> Exhibit 225, # <u>4</u> Exhibit 226, # <u>5</u> Exhibit 227, # <u>6</u> Exhibit 228, # <u>7</u> Exhibit 229, # <u>8</u> Exhibit 230, # <u>9</u> Exhibit 231, # <u>10</u> Exhibit 232, # <u>11</u> Exhibit 233, # <u>12</u> Exhibit 234, # <u>13</u> Exhibit 235, # <u>14</u> Exhibit 236, # <u>15</u> Exhibit 237, # <u>16</u> Exhibit 238 part 1, # <u>17</u> Exhibit 238 part 2, # <u>18</u> Exhibit 239, # <u>19</u> Exhibit 240, # <u>20</u> Exhibit 241, # <u>21</u> Exhibit 242, # <u>22</u> Exhibit 243, # <u>23</u> Exhibit 244, # <u>24</u> Exhibit 245, # <u>25</u> Exhibit 246, # <u>26</u> Exhibit 247, # <u>27</u> Exhibit 248, # <u>28</u> Exhibit 249, # <u>29</u> Exhibit 250, # <u>30</u> Exhibit 251, # <u>31</u> Exhibit 252 part 1, # <u>32</u> Exhibit 252 part 2, # <u>33</u> Exhibit 253, # <u>34</u> Exhibit 254, # <u>35</u> Exhibit 255, # <u>36</u> Exhibit 256, # <u>37</u> Exhibit 257, # <u>38</u> Exhibit 258, # <u>39</u> Exhibit 259, # <u>40</u> Exhibit 260, # <u>41</u> Exhibit 261, # <u>42</u> Exhibit 262, # <u>43</u> Exhibit 263, # <u>44</u> Exhibit 264, # <u>45</u> Exhibit 265, # <u>46</u> Exhibit 266, # <u>47</u> Exhibit 267, # <u>48</u> Exhibit 268, # <u>49</u> Exhibit 269, # <u>50</u> Exhibit 270, # <u>51</u> Exhibit 271, # <u>52</u> Exhibit 272, # <u>53</u> Exhibit 273, # <u>54</u> Exhibit 274, # <u>55</u> Exhibit 275, # <u>56</u> Exhibit 276, # <u>57</u> Exhibit 277, # <u>58</u> Exhibit 278, # <u>59</u> Exhibit 279 part 1, # <u>60</u> Exhibit 279 part 2, # <u>61</u> Exhibit 279 part 3, # <u>62</u> Exhibit 279 part 4, # <u>63</u> Exhibit 280, # <u>64</u> Exhibit 281, # <u>65</u> Exhibit 282, # <u>66</u> Exhibit 283, # <u>67</u> Exhibit 284, # <u>68</u> Exhibit 285, # <u>69</u> Exhibit 286, # <u>70</u> Exhibit 287, # <u>71</u> Exhibit 288, # <u>72</u> Exhibit 289 part 1, # <u>73</u> Exhibit 289 part 2, # <u>74</u> Exhibit 290, # <u>75</u> Exhibit 291, # <u>76</u> Exhibit 292, # <u>77</u> Exhibit 293, # <u>78</u> Exhibit 294, # <u>79</u> Exhibit 295, # <u>80</u> Exhibit 296, # <u>81</u> Exhibit 297, # <u>82</u> Exhibit 298, # <u>83</u> Exhibit 299, # <u>84</u> Exhibit 300, # <u>85</u> Exhibit 301, # <u>86</u> Exhibit 302, # <u>87</u> Exhibit 303, # <u>88</u> Exhibit 304, # <u>89</u> Exhibit 305, # <u>90</u> Exhibit 306, # <u>91</u> Exhibit 307, # <u>92</u> Exhibit 308, # <u>93</u> Exhibit 309, # <u>94</u> Exhibit 310, # <u>95</u> Exhibit 311, # <u>96</u> Exhibit 312, # <u>97</u> Exhibit 313, # <u>98</u> Exhibit 314, # <u>99</u> Exhibit 315, # <u>100</u> Exhibit 316) (KAM, ) (Entered: 08/21/2017) |
| 08/21/2017 | <u>1437</u> | NOTICE by Plaintiffs' Counsel re <u>1411</u> SEALED MOTION *Notice of Withdrawal as to Certain Defendants* (Hellums, Christopher) (Entered: 08/21/2017) |
| 08/21/2017 | <u>1438</u> | RESPONSE in Opposition re <u>1401</u> SEALED MOTION *Challenging Assertion of Privilege* filed by Highmark BCBSD Inc., Highmark West Virginia Inc.. (Attachments: # <u>1</u> Exhibit)(West, Kimberly) (Entered: 08/21/2017) |
| 08/21/2017 | <u>1439</u> | ***Document Sealed – Defendants' OPPOSITION to Subscriber and Provider Plaintiffs' MOTION Challenging Assertion of Privilege Over Document Produced by Defendant BSC (KAM) (Entered: 08/21/2017) |
| 08/21/2017 | <u>1440</u> | SEALED MOTION – Partially unopposed MOTION for IN CAMERA REVIEW of documents referenced in Defendants' OPPOSIITON to Subscriber and Provider Plaintiffs' MOTION challenging assertion of privilege over document produced by defendant BSC. (KAM) (Entered: 08/21/2017) |
| 08/21/2017 | <u>1441</u> | RESPONSE to Motion re <u>1413</u> MOTION to Compel */Enforce This Court's Previous Order* filed by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 08/21/2017) |
| 08/21/2017 | <u>1442</u> | RESPONSE in Opposition re <u>1414</u> MOTION for Protective Order filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 08/21/2017) |
| 08/21/2017 | <u>1445</u> | ***Document Sealed – OPPOSITION of Blue Cross and Blue Shield of Kansas to plaintiffs' MOTION challenging privilege (KAM) (Entered: 08/22/2017) |
| 08/22/2017 | 1443 | **TEXT ORDER** – This matter is before the court on Defendants' Partially Unopposed Motion for In Camera Review. <u>1440</u> The Motion <u>1440</u> is GRANTED. Defendants are directed to submit the referenced documents to the court for in camera review. Signed by Judge R David Proctor on 8/21/2017. (KAM) (Entered: 08/22/2017) |

| 08/22/2017 | 1444 | NOTICE by Prime Therapeutics LLC re 1418 Order,,, (Lembke, Matthew) (Entered: 08/22/2017) |
|---|---|---|
| 08/22/2017 | 1446 | MOTION to Seal *BCBSAL's Motion to Keep Sealed Certain Exhibits to Its Motion to Quash and to Plaintiffs' Motions to Compel* by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 08/22/2017) |
| 08/22/2017 | 1447 | STATUS REPORT *(Subscriber Plaintiffs' Status Report on Discovery Order 56 and Indicator 17E* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 08/22/2017) |
| 08/22/2017 | 1448 | RESPONSE in Opposition re 1424 MOTION to Quash *Document Subpoenas to Subsidiaries* filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 08/22/2017) |
| 08/22/2017 | 1449 | NOTICE by Plaintiffs' Counsel re 1411 SEALED MOTION *Notice of Withdrawal as to Certain Defendants* (Hellums, Christopher) (Entered: 08/22/2017) |
| 08/22/2017 | 1450 | Opposition to *Subscriber Plaintiffs' Motion to Compel Documents Belonging to Subsidiaries and Affiliates* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Burkhalter, Carl) (Entered: 08/22/2017) |
| 08/22/2017 | 1451 | Opposition to *Provider Plaintiffs' Motion to Compel Production of Financial Documents* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Burkhalter, Carl) (Entered: 08/22/2017) |
| 08/22/2017 | 1452 | ***Document Sealed – Subscriber plaintiffs' OPPOSITION to Blue Cross Blue Shield of Alabama's MOTION to QUASH document subpoenas to subsidiaries (Attachments: # 1 Exhibit A) (KAM) (Entered: 08/23/2017) |
| 08/23/2017 | 1453 | ***Document Sealed – Notice of filing Exhibits in support of Blue Cross and Blue Shield of Alabama's OPPOSITION 1451 to Provider Plaintiffs' MOTION to COMPEL production of financial information (Attachments: # 1 Exhibit 2) (KAM) (Entered: 08/23/2017) |
| 08/23/2017 | 1454 | ORDER re 1444 Notice (Other) filed by Prime Therapeutics LLC ; The court informed the parties in its order dated August 16, 2017, that the Subscriber Plaintiffs motion directed at Prime Therapeutics would be heard during the telephone conference scheduled for August 31, 2017. 1418 To that end, Prime Therapeutics also will have an opportunity to respond to the Subscriber Plaintiffs Motion to Compel Blue Cross and Blue Shield of Alabama and Its Subsidiaries to Produce Documents during the telephone conference. Signed by Magistrate Judge T Michael Putnam on 8/23/2017. (KAM) (Entered: 08/23/2017) |
| 08/23/2017 | 1455 | Opposition to *CORRECTED Opposition to Subscriber Plaintiffs' Motion to Compel Documents Belonging to Subsidiaries and Affiliates* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Burkhalter, Carl) (Entered: 08/23/2017) |
| 08/23/2017 | 1456 | Opposition to *CORRECTED Opposition to Provider Plaintiffs' Motion to Compel Production of Financial Documents* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Burkhalter, Carl) (Entered: 08/23/2017) |
| 08/23/2017 | 1457 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Response/Reply as to 1431 Document Sealed, 1435 Document Sealed, *Regarding Standard of Review* by Defendants' Counsel. (Zott, David) (Entered: 08/23/2017) |
| 08/23/2017 | 1458 | RESPONSE to re 1457 *Defendants' Motion for An Extension of Time to File Reply Briefs Regarding Standard of Review (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 08/23/2017) |
| 08/23/2017 | 1459 | ORDER – On or before September 1, 2017, the Seal Team SHALL meet and confer on these issues and provide the court with recommendations for improving the process. If the Seal Team desires a conference with the court on those issues, that should be reflected in the report. Signed by Judge R David Proctor on 8/23/2017. (KAM) (Entered: 08/23/2017) |
| 08/23/2017 | 1460 | ***Document Sealed – Notice of filing Exhibit in support of Blue Cross and Blue Shield of Alabama's Corrected OPPOSITION to Provider Plaintiffs' MOTION to COMPEL production of financial information (Attachments: # 1 Exhibit 2) (KAM) (Entered: 08/23/2017) |
| 08/23/2017 | 1461 | ORDER Approving Special Master Invoice for Payment for expenses occurred 7/1/2017 – 7/31/2017 solely to services provided to the plaintiffs totally $45,000.00 to be disbursed as set out in this order. Signed by Judge R David Proctor on 8/23/2017. (KAM, ) (Entered: 08/23/2017) |
| 08/23/2017 | 1462 | ORDER approving the Special Master invoice for payment for services rendered and expenses incurred from 7/1/2017 – 7/31/2017 as it relates for both sides totally $5,500.00. Signed by Judge R David Proctor on 8/23/2017. (KAM, ) (Entered: 08/23/2017) |
| 08/24/2017 | 1463 | DEFENDANTS' SEALED MOTION – MOTION to COMPEL Provider Plaintiffs' to Answer Discovery Requests filed by Defendant Blue Cross Blue Shield of Michigan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(KAM) Modified on 9/25/2017 (KAM, ). (Entered: 08/24/2017) |
| 08/24/2017 | 1464 | ORDER granting in part and denying in part 1457 Motion for Extension of Time to File Response/Reply ; the parties' reply briefs on the standard of review SHALL be filed by 9/15/2017; the parties' request concerning the deadline for filing class certification motions are DENIED WITHOUT PREJUDICE. Signed by Judge R David Proctor on 8/24/2017. (KAM) (Entered: 08/24/2017) |
| 08/24/2017 | | Minute Entry for proceedings held before Judge R David Proctor and Magistrate Judge T Michael Putnam: Discovery Status Conference held on 8/24/2017; Motions 1395 , 1401 , 1457 , 1411 , 1413 , 1422 , 1424 , 1426 , arguments by counsel; hrg adj (Court Reporter Teresa Roberson) (ASL) (Entered: 08/24/2017) |
| 08/25/2017 | 1465 | ***FILED UNDER SEAL*** STATUS REPORT REGARDING OPTUMINSIGHT, INC. DATA. (Attachments: # 1 Exhibit 1) (JLC) (Entered: 08/25/2017) |
| 08/25/2017 | 1466 | TEXT ORDER finding as moot 1411 Sealed Motion – Subscriber Plaintiffs' Motion to Compel Defendants to Provide Answers to Interrogatory No. 9. Subscriber Plaintiffs confirmed at the Discovery Conference held August 24, 2017, that the motion is MOOT. Signed by Magistrate Judge T Michael Putnam on August 25, 2017. (AMP) (Entered: 08/25/2017) |
| 08/25/2017 | 1467 | |

| | | |
|---|---|---|
| | | ORDER Parties interested in obtaining OptumInsight, Inc.s (Optum) archived data from the 2007–2009 time period are DIRECTED to inform the court, during the Discovery Telephone Conference to be held on August 31, 2017, whether they prefer to have an outside vendor or the Optum/HCCI team compile the documents for production. Counsel for Optum also is DIRECTED to attend the Discovery Telephone Conference on August 31, 2017, to discuss the pending issues. Signed by Magistrate Judge T Michael Putnam on 8/25/17. (SAC ) (Entered: 08/25/2017) |
| 08/28/2017 | 1468 | STATUS REPORT *Regarding Third Party Subpoenas* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 08/28/2017) |
| 08/28/2017 | 1469 | Transcript of Proceedings held on August 24, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/18/2017. Redacted Transcript Deadline set for 9/28/2017. Release of Transcript Restriction set for 11/26/2017. (KAM, ) (Entered: 08/28/2017) |
| 08/28/2017 | 1470 | DISCOVERY ORDER NO. 62 re: 1413 Motion to Compel; re: 1414 Motion for Protective Order ;documents associated with these witnesses includes only those documents BCBS–AL intends to offer into evidence through their testimony. Such documents shall be produced to the plaintiffs as soon as possible, but not later than September 15, 2017. Signed by Magistrate Judge T Michael Putnam on 8/28/2017. (KAM, ) (Entered: 08/28/2017) |
| 08/28/2017 | 1471 | ***Document Sealed – Subscriber Plaintiffs' Statement in Support of Plaintiffs' MOTIONS To COMPEL (1) Prime Therapeutics and (2) Blue Cross Blue Shield of Alabama and its subsidiaries (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM, ) (Entered: 08/28/2017) |
| 08/28/2017 | 1472 | CERTIFICATE OF SERVICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 08/28/2017) |
| 08/28/2017 | 1473 | Opposition to *Subscriber Plaintiffs' Motion to Compel Relating to Prime Therapeutics, Inc.* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A)(Priester, James) (Entered: 08/28/2017) |
| 08/28/2017 | 1474 | RESPONSE in Opposition re 1410 SEALED MOTION *Subscriber Plaintiffs' Motion to Compel Prime Therapeutics LLC to Produce Documents* filed by Prime Therapeutics LLC. (Attachments: # 1 Exhibit A)(Lembke, Matthew) (Entered: 08/28/2017) |
| 08/29/2017 | 1475 | MOTION to Seal *BCBSAL's Motion to Keep Sealed Certain Portions of Subscriber Plaintiffs' Opposition to BCBSAL's Motion to Quash Document Subpoenas to Subsidiaries* by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 08/29/2017) |
| 08/30/2017 | 1476 | |

| | | |
|---|---|---|
| | | NOTICE by Prime Therapeutics LLC re 1474 Response in Opposition to Motion *of Filing Signed Declaration of Kyle Brua* (Attachments: # 1 Exhibit A)(Lembke, Matthew) (Entered: 08/30/2017) |
| 08/30/2017 | 1477 | MOTION for Protective Order *("Defendants' Motion To Supplement The Qualified Protective Order To Correct An Inadvertent Typographical Error")* by Blue Cross Blue Shield Antitrust Litigation MDL 2406. (Kennedy, Lauren) (Entered: 08/30/2017) |
| 08/30/2017 | 1478 | Brief re 1477 MOTION for Protective Order *("Defendants' Motion To Supplement The Qualified Protective Order To Correct An Inadvertent Typographical Error")* *("Defendants' Brief In Support Of Their Motion To Supplement The Qualified Protective Order To Correct An Inadvertent Typographical Error")* filed by Blue Cross Blue Shield Antitrust Litigation MDL 2406. (Attachments: # 1 Text of Proposed Order)(Kennedy, Lauren) (Entered: 08/30/2017) |
| 08/30/2017 | 1479 | RESPONSE to re 1468 *Plaintiffs' Status Report Regarding Third–Party Subpoenas* filed by Blue Cross Blue Shield Michigan. (Campbell, Andrew) (Entered: 08/30/2017) |
| 08/30/2017 | 1480 | DISCOVERY ORDER No. 63 granting in part and denying in part 1426 Sealed Motion to compel. Signed by Magistrate Judge T Michael Putnam on 8/30/2017. (KAM) (Entered: 08/30/2017) |
| 08/30/2017 | 1481 | RESPONSE in Opposition re 1392 MOTION for Partial Summary Judgment *Against Anthem, Inc. Regarding Issues Decided in United States v. Anthem (Provider Plaintiffs)* filed by Defendants' Counsel. (Zott, David) (Entered: 08/30/2017) |
| 08/30/2017 | 1482 | RESPONSE in Opposition re 1392 MOTION for Partial Summary Judgment *Against Anthem, Inc. Regarding Issues Decided in United States v. Anthem (Provider Plaintiffs)* filed by Anthem, Inc.. (Attachments: # 1 Exhibit Index and Exhibits 1 and 2)(Hoover, Craig) (Entered: 08/30/2017) |
| 08/31/2017 | 1483 | NOTICE of Appearance by Luther M Dorr, Jr on behalf of Blue Cross and Blue Shield of Alabama (Dorr, Luther) (Entered: 08/31/2017) |
| 08/31/2017 | 1484 | NOTICE by Prime Therapeutics LLC re 1474 Response in Opposition to Motion *of Filing Amended Declaration of Kyle Brua* (Attachments: # 1 Exhibit A)(Lembke, Matthew) (Entered: 08/31/2017) |
| 08/31/2017 | 1485 | MEMORANDUM OPINION AND ORDER granting 1395 Sealed Motion Subscriber and Provider Plaintiffs Motion Challenging Assertion of Privilege over Document Produced by Defendant BSC; denying 1401 Sealed Motion Plaintiffs Motion Challenging BCBS–KSs Clawback of November 11, 2011 Blue Caucus Antitrust Compliance Document. Signed by Judge R David Proctor on 8/31/2017. (KAM) (Entered: 08/31/2017) |
| 08/31/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 8/31/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 08/31/2017) |
| 09/01/2017 | 1486 | MOTION to Seal *of DCH Health Care Authority* by Blue Cross Blue Shield Antitrust Litigation MDL 2406. (Tompkins, Terri) (Entered: 09/01/2017) |
| 09/01/2017 | 1487 | |

| | | |
|---|---|---|
| | | NOTICE by Prime Therapeutics LLC re 1474 Response in Opposition to Motion *of Filing Signed Amended Declaration of Kyle Brua* (Attachments: # 1 Exhibit A)(Lembke, Matthew) (Entered: 09/01/2017) |
| 09/01/2017 | 1488 | SUPPLEMENT TO QUALIFIED PROTECTIVE ORDER 550 . Signed by Magistrate Judge T Michael Putnam on 9/1/2017. (KAM, ) (Entered: 09/01/2017) |
| 09/01/2017 | 1489 | **TEXT ORDER**–This matter is before the court on a request from Blue Cross Blue Shield of Michigan to unseal its Motion to Compel Provider Plaintiffs to Answer Discovery Requests 1463 , including the exhibits thereto. No request was made to keep the document sealed, and the Blues' seal team representative is apparently in agreement that the document should be unsealed. Therefore, the Clerk of the Court is directed to **UNSEAL** Document 1463 1463 , and its exhibits. Signed by Judge R David Proctor on 9/1/2017. (KAM, ) (Entered: 09/01/2017) |
| 09/01/2017 | 1490 | RESPONSE to re 1417 *Cedars–Sinai Medical Center's Rule 72 Objection to Discovery Order No. 60* filed by Defendants' Counsel. (Cottrell, Christa) (Entered: 09/01/2017) |
| 09/01/2017 | 1491 | STATUS REPORT *Seal Justification for Doc. # 1431, 1432, 1433, 1435, and 1436* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Appendix A – Exhibits to Unseal, # 2 Appendix B – Exhibits to Remain Sealed)(Zott, David) (Entered: 09/01/2017) |
| 09/01/2017 | 1492 | Transcript of Proceedings held on 8/31/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/22/2017. Redacted Transcript Deadline set for 10/2/2017. Release of Transcript Restriction set for 11/30/2017. (Attachments: # 1 certification page) (KAM, ) (Entered: 09/01/2017) |
| 09/01/2017 | 1493 | **TEXT ORDER** – This matter is before the court on the Motion of DCH Health Care Authority to Seal Certain Exhibits. 1486 The Motion seeks to retain the seal on relevant portions of DCH's corporate representative's deposition which were designated by DCH counsel as Confidential–Outside Counsel Only and filed by Defendants in opposition to Plaintiffs Motions for Partial Summary Judgment. [1433–14] The relevant portions of the deposition contain non–public, confidential information that could be of substantial value to DCHs competitors. Because DCH is a non–party, and because none of the parties object to the request for the deposition to remain under seal, the Motion of DCH Health Care Authority to Seal Certain Exhibits 1486 is GRANTED. The Deposition of DCH Health Care Authority's Rule 30(b)(6) representative Nina Dusang [1433–14] will remain under seal. Signed by Judge R David Proctor on 9/1/2017. (KAM) (Entered: 09/01/2017) |
| 09/01/2017 | 1494 | ORDER – due to a conflict with the court's schedule, the Discovery Telephone Conference set for 9/7/2017 at 3:00 p.m. is RESET to the same day at 11:00 AM before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael |

| | | |
|---|---|---|
| | | Putnam on 9/1/2017. (KAM) (Entered: 09/01/2017) |
| 09/01/2017 | 1495 | MOTION to Seal *Provider Plaintiffs' Request to Maintain the Seal on Certain Documents Relating to Their Opposition to the Defendants' Motion for Summary Judgment* by Plaintiffs' Counsel. (Brown, W) (Entered: 09/01/2017) |
| 09/01/2017 | 1496 | SUBSCRIBER PLAINTIFFS' MOTION for Protective Order *re: Discovery of 61 Non−Alabama Subscriber Plaintiffs* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Text of Proposed Order)(Hellums, Christopher) Modified on 9/25/2017 (KAM, ). (Entered: 09/01/2017) |
| 09/01/2017 | 1497 | MOTION to Seal *Certain Exhibits to Provider Plaintiffs' Response to Defendants' Motion for Summary Judgement* by VIVA Health Inc.. (Ezelle, Jay) (Entered: 09/01/2017) |
| 09/01/2017 | 1498 | MOTION to Seal *Subscriber Plaintiffs' Request to Maintain Seal on Certain Documents Relating to their Opposition to the Defendants' Motion for Summary Judgment on Standard of Review* by Plaintiffs' Counsel. (Guin, David) (Entered: 09/01/2017) |
| 09/05/2017 | 1499 | DISCOVERY ORDER No. 64 GRANTING 1345 SEALED MOTION to Enforce Discovery Order No. 44 as set out herein. Signed by Judge R David Proctor on 9/5/2017. (JLC) (Entered: 09/05/2017) |
| 09/05/2017 | 1500 | MOTION to Seal *Motion to Keep Sealed Subscriber Plaintiffs' Statement in Support of Plaintiffs' Motion to Compel (1) Prime Therapeutics and (2) BCBSAL and its Subsidiaries* by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 09/05/2017) |
| 09/05/2017 | 1501 | NOTICE by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel re 1410 SEALED MOTION *of Filing Amended [Proposed] Order Re Motion to Compel Prime Therapeutics LLC to Produce Documents* (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 09/05/2017) |
| 09/05/2017 | 1502 | TEXT ORDER; This matter is before the court on the Seal Team's recent report regarding proposed modifications to the court's seal process. That report contained a request by Plaintiffs' Seal Team representative(s) for a conference with the court regarding the seal process. A conference with Seal Team members (only) is SET for 10:00 am on Wednesday, September 13, 2017. If at least one Seal Team member from each side cannot attend in person, the Seal Team members SHALL confer and notify chambers of alternative dates and times for the conference. Signed by Judge R David Proctor on 9/5/2017. (JLC) (Entered: 09/05/2017) |
| 09/06/2017 | 1503 | MOTION Defendants' Motion to Enforce Discovery Order No. 8 by Defendants' Counsel. (Attachments: # 1 Exhibit A Chart of Plaintiff Depositions)(Cottrell, Christa) (Entered: 09/06/2017) |
| 09/06/2017 | 1504 | NOTICE of Appearance by Jason M Knott on behalf of Plaintiffs' Counsel (Knott, Jason) (Entered: 09/06/2017) |
| 09/06/2017 | 1505 | DISCOVERY ORDER No. 65 DENYING 1424 MOTION to Quash Subpoenas, GRANTING IN PART and DENYING IN PART 1422 MOTION to Compel. Accordingly, the Subscriber Plaintiffs' 1422 MOTION to Compel is GRANTED to the limited extent that BCBS−AL and its non−charity subsidiaries shall produce to the Subscriber Plaintiffs, by October 2, 2017, one paper or electronic version of |

| | | |
|---|---|---|
| | | every contract entered into between BCBS−AL and any non−charity subsidiary in the years 2008 and 2013 only. In all other respects the motion to compel is DENIED. Signed by Magistrate Judge T Michael Putnam on 9/6/2017. (JLC) (Entered: 09/06/2017) |
| 09/06/2017 | 1506 | STATUS REPORT *Defendants' Reconsideration of Exhibits to Keep Sealed From the Standard of Review Opening Briefs 1387 1459* by Defendants' Counsel. filed by Defendants' Counsel (Donnell, Sarah) (Entered: 09/06/2017) |
| 09/06/2017 | 1507 | RESPONSE in Opposition re 1503 MOTION Defendants' Motion to Enforce Discovery Order No. 8 filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 09/06/2017) |
| 09/06/2017 | 1508 | STATUS REPORT *on Structured Data (Subscriber Plaintiffs)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hellums, Christopher) (Entered: 09/06/2017) |
| 09/07/2017 | 1509 | RESPONSE to re 1508 *by Certain Defendants'* filed by Blue Cross Blue Shield of Arizona, HealthNow New York, Inc. d/b/a BlueCross BlueShield of Western New York and BlueShield of Northeastern New York, Bluie Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Nebraksa, Blue Cross and Blue Shield of North Dakota, Blue Cross and Blue Shield of Wyoming. (Sooy, Kathleen) (Entered: 09/07/2017) |
| 09/07/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 9/7/2017. (Court Reporter Teresa Roberson) (AVC) (Entered: 09/07/2017) |
| 09/07/2017 | 1510 | NOTICE by Prime Therapeutics LLC re 1410 SEALED MOTION *of Filing of [Proposed] Order* (Attachments: # 1 Exhibit A)(Lembke, Matthew) (Entered: 09/07/2017) |
| 09/07/2017 | 1511 | DISCOVERY ORDER No. 66 GRANTING IN PART and DENYING IN PART 1410 SEALED MOTION to Compel Prime Therapeutics LLC to Produce Documents and redacted version 1409 MOTION to Compel Subscriber Plaintiffs' Motion to Compel Prime Therapeutics LLC to Produce Documents. Signed by Magistrate Judge T Michael Putnam on 9/7/2017. (JLC) (Entered: 09/07/2017) |
| 09/08/2017 | 1512 | ORDER re 1503 MOTION Defendants' Motion to Enforce Discovery Order No. 8 filed by Defendants' Counsel ; the parties are directed to produced by 2:00 p.m. on Wednesday, 9/13/2017, an updated "Chart of Plaintiffs' Depositions" informing the court of how many depositions plaintiffs have completed. Signed by Magistrate Judge T Michael Putnam on 9/8/2017. (KAM, ) (Entered: 09/08/2017) |
| 09/08/2017 | 1513 | NOTICE by Plaintiffs' Counsel *Withdrawal of Appearance* (Lyons, Michael) (Entered: 09/08/2017) |
| 09/08/2017 | 1514 | REPLY to re 1490 *in Support of Rule 72 Objection to Discovery Order No. 60* filed by Cedars−Sinai Medical Center. (Attachments: # 1 Exhibit A)(Brady, P) (Entered: 09/08/2017) |
| 09/08/2017 | 1515 | SUBSCRIBER PLAINTIFFS' MOTION for Protective Order *Subscriber Plaintiffs' Motion for Protective Order and Related Relief as to BCBS−AL's Contacts With Class Members* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D (Sealed), # 5 Exhibit E)(Ragsdale, Barry) Modified on 9/25/2017 (KAM, ). (Entered: 09/08/2017) |

| 09/08/2017 | 1516 | Transcript of Proceedings held on 9/7/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/29/2017. Redacted Transcript Deadline set for 10/9/2017. Release of Transcript Restriction set for 12/7/2017. (Attachments: # 1 certification page) (KAM, ) (Entered: 09/08/2017) |
|---|---|---|
| 09/08/2017 | 1521 | ***Document Sealed – Notice of filing Subscriber Plaintiffs Unredacted version of their Motion for Protective order and related relief as to BCBS–AL's Contacts with class members and Exhibit D (Attachments: # 1 unredacted motion, # 2 Exhibit D) (KAM) (Entered: 09/11/2017) |
| 09/11/2017 | 1517 | STATUS REPORT *on Structured Data (Subscriber Plaintiffs)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hellums, Christopher) (Entered: 09/11/2017) |
| 09/11/2017 | 1518 | MOTION to Continue *Depositions of Marshall Morrisette and Brian Edwards* by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 09/11/2017) |
| 09/11/2017 | 1519 | TEXT ORDER. The Status Conference SET by Discovery Order No. 1 (doc. 229) shall be held on Thursday, September 28, 2017, at 1:00 PM in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on September 11, 2017. (AMP) (Entered: 09/11/2017) |
| 09/11/2017 | 1520 | TEXT ORDER re 1518 Motion to Continue the Depositions of Marshall Morrisette and Brian Edwards. Any response to the motion is due no later than 1:00 p.m. CDT. A Telephone Hearing on the motion is SET for Tuesday, September 12, 2017, at 3:00 p.m. CDT before Magistrate Judge T Michael Putnam. Court reporter to be present. Parties are directed to attend the conference by dialing 888–636–3807 and entering access code 3676046. Signed by Magistrate Judge T Michael Putnam on September 11, 2017. (AMP) (Entered: 09/11/2017) |
| 09/11/2017 | 1522 | STIPULATION *of the Provider Plaintiffs and Non–Parties McGriff Seibels & Williams, Inc. and Jed Skeete* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Brown, W) (Entered: 09/11/2017) |
| 09/11/2017 | 1523 | RESPONSE to re 1491 *Defendants' Request to Maintain Seal* filed by Plaintiffs' Counsel. (Stokes, Tammy) (Entered: 09/11/2017) |
| 09/11/2017 | 1524 | RESPONSE to re 1491 *Aetna, Inc.'s Response to Defendants' Seal Justifications to Keep Sealed Certain Trade Secret Exhibits to the Standard of Review Response Briefs (D.E. 1491)* filed by AETNA, Inc.. (Attachments: # 1 Exhibit A)(Wells, H) (Entered: 09/11/2017) |
| 09/12/2017 | 1525 | ORDER UNSEALING CERTAIN DOCUMENTS – This matter is before the court on (1) various Motions from the parties (and one non–party) to maintain the seal on certain documents filed with the court under seal (Docs. 1390 , 1415 , 1446 , 1475 , |

241

| | | |
|---|---|---|
| | | 1495 , 1497 , 1498 and 1500 ), (2) the Seal Teams September 1, 2017 Report regarding sealed exhibits to the parties initial Standard of Review briefing, and (3) Defendants Reconsideration of Exhibits to Keep Sealed 1506 ; In light of the Seal Teams September 1, 2017 Report, the Clerk of the Court is directed to unseal the following documents and/or exhibits:Document 1349–5;Document 1349–22;Document 1349–29;Document 1349–31;Document 1349–39;Document 1350–11 through Document 1350–14;Document 1350–19 through Document 1350–24;Document 1350–27;Document 1350–29;Document 1350–31;Document 1350–34 through Document 1350–58;Document 1352–14 through Document 1352–38;Document 1352–40;Document 1352–129 through Document 1352–163;Document 1352–182;Document 1352–207– 1352–210; Document 1352–212;Document 1352–214;Document 1352–228;Document 1352–229. Signed by Judge R David Proctor on 9/12/2017. (KAM) (Entered: 09/12/2017) |
| 09/12/2017 | 1526 | NOTICE by Plaintiffs' Counsel re 1518 MOTION to Continue *Depositions of Marshall Morrisette and Brian Edwards Supplement to Motion* (Hellums, Christopher) (Entered: 09/12/2017) |
| 09/12/2017 | 1527 | Opposition to *and Motion to Strike, Plaintiffs' Motion to Continue the Deposition of Brian Edwards* filed by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 09/12/2017) |
| 09/12/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 9/12/2017. (Court Reporter Julie Martin) (ASL) (Entered: 09/12/2017) |
| 09/12/2017 | 1528 | SEALED MOTION – Subscriber and Provider plaintiffs' MOTION to COMPEL Blue Cross Blue Shield of Alabama to produce certain retrospective rate credit documents. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(KAM) (Entered: 09/12/2017) |
| 09/12/2017 | 1529 | DISCOVERY ORDER No. 67 – granting 1518 Motion to Continue; Subscriber Plaintiffs shall have until the week of October 2, 2017, to complete the deposition of Brian Edwards. Signed by Magistrate Judge T Michael Putnam on 9/12/2017. (KAM) (Entered: 09/12/2017) |
| 09/12/2017 | 1530 | RESPONSE to re 1517 *Excellus' Response to Subscriber Plaintiffs' Amended Status Report on Structured Data* filed by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield. (Clark, Anna) (Entered: 09/12/2017) |
| 09/12/2017 | 1531 | MOTION to Compel *Blue Cross Blue Shield of Alabama to Produce Certain Retrospective Rate Credit Documents* by Subscriber and Provider Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) Modified on 9/25/2017 (KAM, ). Modified on 9/27/2017 (ASL). (Entered: 09/12/2017) |
| 09/13/2017 | 1532 | Transcript of Proceedings held on September 12, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Julie A. Martin, Telephone number (205) 278–2066. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% |

| | | |
|---|---|---|
| | | 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/4/2017. Redacted Transcript Deadline set for 10/14/2017. Release of Transcript Restriction set for 12/12/2017. (MRR, ) (Entered: 09/13/2017) |
| 09/13/2017 | | Minute Entry for proceedings held before Judge R David Proctor: Seal Team Status Conference held on 9/13/2017. (Court Reporter Leah Turner.) (KLL) (Entered: 09/13/2017) |
| 09/13/2017 | 1533 | STATUS REPORT *with Updated List of Plaintiffs' Depositions Pursuant to the Court's September 8, 2017 Order* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 09/13/2017) |
| 09/13/2017 | 1534 | STATUS REPORT *on Plaintiffs' Depositions and Accompanying Memorandum* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit A – Chart of Plaintiffs' Depositions)(Cottrell, Christa) (Entered: 09/13/2017) |
| 09/13/2017 | 1535 | MOTION to Enforce Discovery Order 3 and Continue Deposition of Harvard Piligrim Health Care, Inc. by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Ragsdale, Barry) (Entered: 09/13/2017) |
| 09/13/2017 | 1536 | Opposition to *Subscriber Plaintiffs' Motion to Compel Relating to Retrospective Rate Credits* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Priester, James) (Entered: 09/13/2017) |
| 09/14/2017 | 1537 | RESPONSE to re 1517 *Wellmark's Response to Subscriber Plaintiffs' Amended Status Report on Structured Data* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – 8/28/17 D. Bossier Email to A. Salomon, # 2 Exhibit B – 4/18/17 A. Salomon Letter to D. Bossier)(Laytin, Daniel) (Entered: 09/14/2017) |
| 09/14/2017 | 1538 | TEXT ORDER re 1535 MOTION to Enforce Discovery Order 3 and Continue Deposition of Harvard Piligrim Health Care, Inc. *filed by Plaintiffs' Liaison Counsel*. Any interested party may respond to this motion by no later than 11:00 CDT on Friday, September 15, 2017. The Clerk is DIRECTED to serve a copy of this motion on Michelle Visser, counsel for Harvard Pilgrim Health Care Inc., at electronic mail address Michelle.Visser@ropesgray.com. Signed by Magistrate Judge T Michael Putnam on September 14, 2017. (AMP) (Entered: 09/14/2017) |
| 09/14/2017 | 1539 | RESPONSE in Opposition re 1496 MOTION for Protective Order *re: Discovery of 61 Non–Alabama Subscriber Plaintiffs* filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 09/14/2017) |
| 09/14/2017 | 1540 | Opposition to re 1535 *Plaintiffs' Expedited Motion to Enforce Discovery Order No. 3 and Continue Deposition of Harvard Pilgrim Health Care Inc.* filed by Defendants' Counsel. (Campbell, Andrew) (Entered: 09/14/2017) |
| 09/14/2017 | 1541 | RESPONSE to re 1517 *Response to Subscriber Plaintiffs' Amended Status Report on Structured Data for Anthem, BCBSFL, and BCBSMA* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 09/14/2017) |
| 09/14/2017 | 1542 | SEALED MOTION – Defendants' MOTION for RECONSIDERATION of the Court's August 31, 2017 Privilege Ruling. (KAM) (Entered: 09/14/2017) |
| 09/14/2017 | 1543 | **TEXT ORDER** – This matter is before the court on Subscriber Plaintiffs' Motion for a Protective Order and Related Relief as to BCBS–AL's Contacts with Class Members. 1515 Oral argument on this Motion will be heard by the undersigned at |

| | | |
|---|---|---|
| | | the October 5, 2017 Status Conference. The court adopts the parties' proposed briefing schedule: Defendant BCBS–AL's response is due on or before 12:00 noon on September 27, 2017; any reply by Subscriber Plaintiffs is due on or before 12:00 noon on October 3, 2017. Signed by Judge R David Proctor on 9/14/2017. (KAM) (Entered: 09/14/2017) |
| 09/14/2017 | 1544 | ORDER re Defendants' 1503 MOTION to Enforce Discovery Order No. 8. Plaintiffs are DIRECTED to file with the Court, by no later than noon CDT on Friday, September 15, 2017, a list of witnesses disclosed after August 1, 2016, in the accelerated Alabama actions. Defendants shall have until noon CDT on Monday, September 18, 2017, to notify the Court of any objections to the Plaintiffs' list. Signed by Magistrate Judge T Michael Putnam on 9/14/2017. (JLC) (Entered: 09/14/2017) |
| 09/14/2017 | 1545 | TEXT ORDER denying 1535 Plaintiffs' Expedited Motion to Enforce Discovery Order No. 3 (Dkt. # 327) and Continue Deposition of Harvard Pilgrim Health, Inc.,**only insofar as** the deposition of Harvard Pilgrim **SHALL** go forward on Tuesday, September 19, 2017, as previously scheduled. Further direction from the court as to the Plaintiffs' Motion to be entered. Signed by Magistrate Judge T Michael Putnam on September 14, 2017. (AMP) (Entered: 09/14/2017) |
| 09/14/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 9/14/2017. (Court Reporter Julie Martin) (ASL) (Entered: 09/14/2017) |
| 09/14/2017 | 1546 | MOTION to Continue *Class Certification Deadlines* by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 09/14/2017) |
| 09/15/2017 | 1547 | RESPONSE in Opposition re 1546 MOTION to Continue *Class Certification Deadlines (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 09/15/2017) |
| 09/15/2017 | 1548 | TEXT ORDER finding as MOOT 1340 Provider Plaintiffs' Motion to Compel Compliance with Rule 45 by Navigant Consulting, Inc., following the Discovery Telephone Conference held September 14, 2017. Signed by Magistrate Judge T Michael Putnam on September 15, 2017. (AMP) (Entered: 09/15/2017) |
| 09/15/2017 | 1549 | STATUS REPORT *of List of Witnesses Disclosed by Defendants after August 1, 2016* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 09/15/2017) |
| 09/15/2017 | 1550 | MOTION to Withdraw by Blue Cross and Blue Shield of Alabama. (Franz, Jacob) (Entered: 09/15/2017) |
| 09/15/2017 | 1551 | REPLY to re 1353 *Defendants' Motion for Summary Judgment on Plaintiffs' Section 1, Per Se, and Quick Look Claims* filed by Defendants' Counsel. (Attachments: # 1 Exhibit Index, # 2 Exhibit Slip Sheet Regarding Sealed Exhibits, # 3 Exhibit 163, # 4 Exhibit 165)(Zott, David) (Entered: 09/15/2017) |
| 09/15/2017 | 1552 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 1348 MOTION for Partial Summary Judgment *by Subscriber Plaintiffs* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit List, # 2 Exhibit Slip Sheet for Sealed Exhibits 317–329)(Hellums, Christopher) (Entered: 09/15/2017) |
| 09/15/2017 | 1553 | REPLY to Response to Motion re 1350 SEALED MOTION *Provider Plaintiffs' Motion for Partial Summary Judgment* filed by Plaintiffs' Counsel. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit KKKKK, # 2 Exhibit LLLLL, # 3 Exhibit 48, # 4 Exhibit 49, Part 1, # 5 Exhibit 49, Part 2, # 6 Exhibit 49, Part 3, # 7 Exhibit 50, # 8 Exhibit 51, # 9 Exhibit 52, # 10 Exhibit MMMMM, # 11 Exhibit NNNNN)(Whatley, Joe) (Entered: 09/15/2017) |
| 09/15/2017 | 1554 | ***Document Sealed – Reply Memorandum of Points and Authorities in Further Support of Subscriber plaintiff's Motion for Partial Summary Judgment on the application of the per se rule (KAM) [Should not be unsealed. Contains privileged content that was clawed back pursuant to the Courts order (Dkt. 2014). The revised sealed version of this filing can be found at Dkt. 2576.] Modified on 5/27/2020 (KAM). (Entered: 09/18/2017) |
| 09/15/2017 | 1555 | ***Document Sealed – EVIDENTIARY SUBMISSION in further support of Subscriber Plaintiffs' Motion for Partial Summary Judgment on the application of the per se rule. (Attachments: # 1 Exhibit 317, # 2 Exhibit 318 [Should not be unsealed. Contains privileged content and is subject to the Courts partial claw back order (Dkt. 2014). The revised, fully public exhibit can be found at Dkt. 2569–1.], # 3 Exhibit 319, # 4 Exhibit 320, # 5 Exhibit 321, # 6 Exhibit 322, # 7 Exhibit 323, # 8 Exhibit 324, # 9 Exhibit 325, # 10 Exhibit 327, # 11 Exhibit 328, # 12 Exhibit 329) (KAM) (Additional attachment(s) added on 9/18/2017: # 13 Exhibit 326) (KAM, ). Modified on 5/27/2020 (KAM, ). (Entered: 09/18/2017) |
| 09/15/2017 | 1556 | ***Document Sealed – Reply in Support of Defendants' Motion for Summary Judgment on Plaintiffs' Section 1, Per Se and Quick Look Claims (Attachments: # 1 Exhibit 160, # 2 Exhibit 161, # 3 Exhibit 162, # 4 Exhibit 164) (KAM, ) (Entered: 09/18/2017) |
| 09/15/2017 | 1557 | ***Document Sealed – Reply is Support of Provider Plaintiffs' Motion for Partial Summary Judgment (Attachments: # 1 Exhibit KKKKK, # 2 Exhibit LLLLL, # 3 Exhibit 48, # 4 Exhibit 49, # 5 Exhibit 50, # 6 Exhibit 51, # 7 Exhibit 52, # 8 Exhibit MMMMM, # 9 Exhibit NNNNN) (KAM,) (Entered: 09/18/2017) |
| 09/18/2017 | 1558 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed by attorney Jacob J. Franz. 1550 The Motion 1550 is **GRANTED**. The Clerk of the Court is directed to terminate attorney Franz. Signed by Judge R David Proctor on 9/18/20017. (KAM) (Entered: 09/18/2017) |
| 09/18/2017 | 1559 | RESPONSE to re 1549 *Subscriber and Provider Plaintiffs' List of Witnesses Disclosed by Defendants After August 1, 2016* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – Chart of Plaintiffs' Depositions, # 2 Exhibit B – 5/24/2016 Butterfield Email to Yinger)(Cottrell, Christa) (Entered: 09/18/2017) |
| 09/18/2017 | 1560 | Transcript of Proceedings held on September 14, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Julie A. Martin, Telephone number (205) 278–2066. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/9/2017. Redacted Transcript Deadline set for 10/19/2017. Release of |

| | | Transcript Restriction set for 12/17/2017. (MRR, ) (Entered: 09/18/2017) |
|---|---|---|
| 09/18/2017 | 1561 | RESPONSE to Motion re 1546 MOTION to Continue *Class Certification Deadlines* filed by Defendants' Counsel. (Cottrell, Christa) (Entered: 09/18/2017) |
| 09/19/2017 | 1562 | DISCOVERY ORDER No. 68 – granting 1503 Motion to enforce discovery order no. 8 ; insofar as Plaintiffs are LIMITED to conducting 117 depositions regarding factual discovery. To the extent Plaintiffs wish to conduct additional depositions, Plaintiffs MUST seek leave of the court and show good cause for each additional deposition sought. Signed by Magistrate Judge T Michael Putnam on 9/19/2017. (KAM) Modified on 9/20/2017 (KAM, ). (Entered: 09/19/2017) |
| 09/20/2017 | 1563 | SUBSCRIBER PLAINTIFFS' MOTION to Compel *Oustanding Data from Non−Party Humana (Subscriber Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1)(Hellums, Christopher) Modified on 9/25/2017 (KAM, ). (Entered: 09/20/2017) |
| 09/20/2017 | 1564 | Transcript of Proceedings held on 9/13/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/11/2017. Redacted Transcript Deadline set for 10/21/2017. Release of Transcript Restriction set for 12/19/2017. (KAM, ) (Entered: 09/20/2017) |
| 09/20/2017 | 1565 | STIPULATION *of the Provider Plaintiffs and Non−Parties McGriff Seibels & Williams, Inc. and Jed Skeete* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Brown, W) (Entered: 09/20/2017) |
| 09/21/2017 | 1566 | TEXT ORDER re 1563 MOTION to Compel Oustanding Data from Non−Party Humana. Any response to the Motion is due no later than noon CDT on Tuesday, September 26, 2017. The motion will be heard at the Discovery Status Conference set for Thursday, September 28, 2017. (See Text Order 1519 ). Signed by Magistrate Judge T Michael Putnam on September 21, 2107. (AMP) (Entered: 09/21/2017) |
| 09/21/2017 | 1567 | THIRD AMENDED SCHEDULING ORDER – GRANTING Subscriber Plaintiffs' 1546 MOTION to Continue *Class Certification Deadlines* ; Fact Discovery shall be completed by 12/1/2017; Class Certification Discovery is due as set out in this order; Motions for class certification and materials in support shall be filed by 1/15/2018; opposition briefs are due by 4/3/2018; reply briefs are due by 5/18/2018; Daubert motions seeking to exclude any class certification expert witness SHALL be filed within seventy−five days of disclosure of the experts report; Damages and Merits Expert Reports and Discovery are due from plaintiffs on 1/31/2018; due from defendants on 4/3/2018; rebuttals from plaintiffs are due on 5/18/2018; Dispositive Motions on issues of Liability and materials in support are due on 4/13/2018; The court will set a pretrial conference at its discretion Signed by Judge R David Proctor on 9/21/2017. (KAM, ) (Entered: 09/21/2017) |
| 09/21/2017 | 1568 | |

| | | |
|---|---|---|
| | | DISCOVERY ORDER No. 69 granting in part and denying in part 1528 Sealed Motion to Compel; Subscriber Plaintiffs motion is GRANTED as to this category of document requests, and BCBS–AL is DIRECTED to produce to the Subscribers such documents or other information BCBS–AL used to report or disclose to the Alabama Department of Insurance the formulas, methods, or manner in which the RRC and the RRC renewal credits were calculated for each class member merit group (groups of between 50 to 200 members) from 2009 to 2016; BCBS–AL is DIRECTED to produce such full reports to the Subscribers for the years 2009 to 2016, including any documents showing RRC true–ups during that period; Insofar as there exists a distinct and identifiable set of reports related to the calculation of each groups RRC, the motion to compel is GRANTED, and BCBS–AL is DIRECTED to produce such reports; the Subscriber Plaintiffs may, by October 2, 2017, identify to BCBS–AL the 30 merit groups with the greatest positive RRC in any single year of their choice (noting for BCBS–AL the year from which these merit groups were chosen). By October 20, 2017, BCBS–AL shall produce to the Subscribers such reports or spreadsheets as may exist showing the calculation of the renewal premiums for each of these 30 merit groups in each year from 2009 to 2016; Unless otherwise stated herein, production required by this Order shall be made by October 20, 2017. In all other respects, the motion to compel is DENIED. Signed by Magistrate Judge T Michael Putnam on 9/21/2017. (KAM) (Entered: 09/21/2017) |
| 09/21/2017 | 1569 | REPLY to Response to Motion re 1392 MOTION for Partial Summary Judgment *Against Anthem, Inc. Regarding Issues Decided in United States v. Anthem (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E)(Whatley, Joe) (Entered: 09/21/2017) |
| 09/21/2017 | 1570 | DEFENDANTS' MOTION to Keep Sealed Defendants' Motion for Reconsideration of the Court's August 31, 2017 Privilege Ruling re 1542 SEALED MOTION by Defendants' Counsel. (Laytin, Daniel) Modified on 9/25/2017 (KAM, ). (Entered: 09/21/2017) |
| 09/21/2017 | 1571 | REPLY to Response to Motion re 1496 MOTION for Protective Order *re: Discovery of 61 Non–Alabama Subscriber Plaintiffs* filed by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 09/21/2017) |
| 09/22/2017 | 1572 | ORDER denying 1542 Sealed Motion– Defendants Motion for Reconsideration of the Courts August 31, 2017 Privilege Ruling. Signed by Judge R David Proctor on 9/22/2017. (KAM) (Entered: 09/22/2017) |
| 09/22/2017 | 1573 | **TEXT ORDER**–This matter is before the court on the Seal Teams September 22, 2017 Report regarding Plaintiffs' Motion to Compel Blue Cross Blue Shield of Alabama to Produce Certain Retrospective Rate Credit Documents and Exhibits 1, 2 and 3. In light of that Report, the Clerk of the Court is directed to unseal the following documents and/or exhibits: Documents No.1528, 1528–1, 1528–2, and 1528–3. 1528 , [1528–1], [1528–2], and [1528–3]. Signed by Judge R David Proctor on 9/22/2017. (KAM) (Entered: 09/22/2017) |
| 09/22/2017 | 1574 | NOTICE of Appearance by Timothy D Battin on behalf of Plaintiffs' Counsel (Battin, Timothy) (Entered: 09/22/2017) |
| 09/22/2017 | 1575 | STATUS REPORT *Regarding Post–9/25 Discovery on Behalf of Plaintiffs and Defendants* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 09/22/2017) |

| 09/22/2017 | 1576 | STATUS REPORT *Seal Justification for Doc. # 1555, 1556, and 1557* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Appendix A – Exhibits to Remain Sealed, # 2 Appendix B – Exhibits to Unseal, # 3 Appendix C – 9/21/2017 MultiPlan Hubbard Affidavit)(Donnell, Sarah) (Entered: 09/22/2017) |
|---|---|---|
| 09/25/2017 | 1577 | ORDER REGARDING CEDARS–SINAI MEDICAL CENTERS RULE 72 OBJECTION TO DISCOVERY ORDER NO. 6 – for the reasons set forth in this order, Cedars–Sinai's Rule 72 Objection to Discovery Order No. 60 1417 is OVERRULED. Signed by Judge R David Proctor on 9/25/2017. (KAM) (Entered: 09/25/2017) |
| 09/26/2017 | 1578 | RESPONSE in Opposition re 1563 MOTION to Compel *Oustanding Data from Non–Party Humana (Subscriber Plaintiffs) Non–Party Humana Inc.'s Opposition to Subscriber Plaintiffs' Motion to Compel Outstanding Data from Non–Party Humana* filed by Humana Inc.. (Attachments: # 1 Exhibit Exhibit 1)(Turner, Sara) (Entered: 09/26/2017) |
| 09/26/2017 | 1579 | NOTICE of Appearance by Charles J Cooper on behalf of Plaintiffs' Counsel (Cooper, Charles) (Entered: 09/26/2017) |
| 09/26/2017 | 1580 | ORDER – Due to the number of items anticipated on the agenda for the October 5, 2017 status conference, the order setting the October 5, 2017 status conference is AMENDED as follows: this case has been SET for a status conference at 1:00 p.m. on Wednesday, October 4, 2017, and continuing at 9:00 a.m. on Thursday, October 5, 2017. Both sessions will take place in Courtroom 7A; The Special Master will provide call in numbers for the conference. On or before Friday, September 29, 2017, the parties SHALL submit a joint report containing a proposed agenda and schedule for items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 9/26/2017. (KAM) (Entered: 09/26/2017) |
| 09/27/2017 | 1581 | NOTICE of Informative Motion *regarding Hurricane Maria* by Triple–S Salud, Inc. (Pabon Rico, Gustavo) Modified on 9/27/2017 (ASL). (Entered: 09/27/2017) |
| 09/27/2017 | 1582 | Opposition to *Subscriber Plaintiffs' Motion for Protective Order* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Burkhalter, Carl) (Entered: 09/27/2017) |
| 09/27/2017 | 1583 | STATUS REPORT *Subscriber Plaintiffs' Interim Report on Documents Relevant to BCBS–AL's contacts with Prospective Class Members (Doc 1515)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Attachments: # 1 Exhibit A, # 2 Exhibit B (Sealed))(Ragsdale, Barry) (Entered: 09/27/2017) |
| 09/27/2017 | 1584 | ***Document Sealed – Subscriber Plaintiff's Unredacted Interim Report of Documents Relevant to BCBS–AL's Contacts with Prospective Class Members 1515 (Attachments: # 1 Exhibit A, # 2 Exhbiit B) (KAM) (Entered: 09/27/2017) |
| 09/27/2017 | 1585 | ***Document Sealed – DEFENDANTS' Notice of filing Exhibits in support of Blue Cross and Blue Shield of Alabama's Opposition to Subscriber Plaintiffs' Motion for Protective Order 1582 (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit F) (KAM) (Entered: 09/27/2017) |
| 09/28/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference and Motion Hearing held on 9/28/2017; arguments by counsel, re 1496 MOTION for Protective Order *re: Discovery of 61 Non–Alabama* |

248

| | | |
|---|---|---|
| | | *Subscriber Plaintiffs*; hrg adj (Court Reporter Teresa Roberson) (ASL) (Entered: 09/28/2017) |
| 09/28/2017 | 1586 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT of Edgar C. Gentle, III, the Court–Appointed Special Master, for payment for services rendered and expenses incurred from August 1, 2017 through August 31, 2017 in this matter relating solely to services provided to the Plaintiffs, and totaling $47,000.00. Signed by Judge R David Proctor on 9/28/2017. (KAM, ) (Entered: 09/28/2017) |
| 09/28/2017 | 1587 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT of Edgar C. Gentle, III, the Court–Appointed Special Master, for payment for services rendered and expenses incurred from August 1, 2017 through August 31, 2017 in this matter as it relates to services rendered for both sides of the case, and totaling $4,500.00. Signed by Judge R David Proctor on 9/28/2017. (KAM) (Entered: 09/28/2017) |
| 09/29/2017 | 1588 | STATUS REPORT *Report Regarding Proposed Agenda and Dial–In Instructions for Status Conference on October 4 and 5 2017* by Special Master. filed by Special Master (Attachments: # 1 Exhibit October 4 2017 Dial In Instructions, # 2 Exhibit October 5 2017 Dial In Instructions)(Gentle, Edgar) (Entered: 09/29/2017) |
| 09/29/2017 | 1589 | Brief re 1576 Status Report, *in Opposition to Seal Request*. (Stokes, Tammy) (Entered: 09/29/2017) |
| 09/29/2017 | 1590 | MOTION to Enter It's Proposed Order Regarding This Court's Show Cause Order dated April 21, 2017 by Anthem, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Kurtz, Glenn) (Entered: 09/29/2017) |
| 09/29/2017 | 1591 | Brief re 1576 Status Report, *in Opposition to Seal Request (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Quillen, Henry) (Entered: 09/29/2017) |
| 09/29/2017 | 1592 | MOTION for Joinder *in Anthem's Motion to Enter its Proposed Order Regarding This Court's Show Cause Order Dated April 21, 2017* by Defendants' Counsel. (Laytin, Daniel) (Entered: 09/29/2017) |
| 10/02/2017 | 1593 | TEXT ORDER finding as moot 1563 Subscribers Plaintiffs' Motion to Compel Outstanding Data from Non–Party Humana, following the Discovery Status Conference held September 28, 2017. Signed by Magistrate Judge T Michael Putnam on October 2, 2017. (JTS) (Entered: 10/02/2017) |
| 10/02/2017 | 1594 | DISCOVERY ORDER No. 70 denying 1496 Motion for Protective Order. Signed by Magistrate Judge T Michael Putnam on 10/2/2017. (KAM, ) (Entered: 10/02/2017) |
| 10/02/2017 | 1595 | **TEXT ORDER** – This matter is before the court on Defendants' Motion to Keep Sealed Defendants' Motion for Reconsideration. 1570 The Motion 1570 is DENIED. Although privileged or proprietary material filed with discovery motions is not subject to the common–law right of access, see Romero v. Drummond Co., 480 F.3d 1234, 1245 (11th Cir. 2007), the Motion to Reconsider 1542 does not disclose any privileged or proprietary material except through general (i.e., non–specific) reference. Therefore, the Clerk of the Court is directed to UNSEAL document 1542. 1542 . Signed by Judge R David Proctor on 10/2/2017. (KAM, ) (Entered: 10/02/2017) |

| 10/02/2017 | 1596 | Transcript of Proceedings held on 9–28–2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/23/2017. Redacted Transcript Deadline set for 11/2/2017. Release of Transcript Restriction set for 12/31/2017. (Attachments: # 1 certification) (KAM, ) Modified on 10/5/2017 (KAM, ). (Entered: 10/02/2017) |
| --- | --- | --- |
| 10/02/2017 | 1597 | RESPONSE in Opposition re 1592 MOTION for Joinder *in Anthem's Motion to Enter its Proposed Order Regarding This Court's Show Cause Order Dated April 21, 2017*, 1590 MOTION to Enter It's Proposed Order Regarding This Court's Show Cause Order dated April 21, 2017 filed by CIGNA Health and Life Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Weller, Christopher) (Entered: 10/02/2017) |
| 10/03/2017 | 1598 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 1515 MOTION for Protective Order *Subscriber Plaintiffs' Motion for Protective Order and Related Relief as to BCBS–AL's Contacts With Class Members* filed by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 10/03/2017) |
| 10/03/2017 | 1599 | NOTICE of Appearance by Andrew W Hammond on behalf of Anthem, Inc. (Hammond, Andrew) (Entered: 10/03/2017) |
| 10/04/2017 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 10/4/2017. (Court Reporter Leah Turner.) (KLL) (Entered: 10/04/2017) |
| 10/05/2017 | 1600 | TRANSFER ORDER OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION transferring 2 civil actions to be included in MDL 2406 BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (Attachments: # 1 Schedule A)(KAM) (Entered: 10/05/2017) |
| 10/05/2017 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 10/5/2017. (Court Reporter Leah Turner.) (KLL) (Entered: 10/05/2017) |
| 10/06/2017 | 1601 | NOTICE of Appearance by Alexander McInnis Boies on behalf of Plaintiffs' Counsel (Boies, Alexander) (Entered: 10/06/2017) |
| 10/10/2017 | 1602 | CIGNA Corporation and ANTHEM Inc's STIPULATION RESOLVING SHOW CAUSE ORDER (KAM) ** unsealed per order 1631 Modified on 10/19/2017 (KAM). (Entered: 10/10/2017) |
| 10/10/2017 | 1603 | ORDER REGARDING DEFENDANTS PRIVILEGE LOGS – As discussed on the record in open court, on or before Friday, October 13, 2017, the parties are ORDERED to (1) meet and confer to narrow and crystalize the disputes and (2) develop a process1 and schedule for resolving those disputes. On or before Monday, October 16, 2017, the parties SHALL file a joint report regarding a proposed process and schedule for resolving any privilege log disputes.Signed by Judge R David Proctor on 10/10/2017. (KAM) (Entered: 10/10/2017) |

| 10/10/2017 | 1604 | ORDER granting in part and denying in part 1515 Motion for Protective Order without prejudice; The Motion sought five separate categories of relief. (Doc. # 1515 at 8). The requests for relief in categories 1, 2, 3 and 5 are DENIED; The request for relief sought in category 4 (responses to Plaintiffs requests for information) is GRANTED IN PART, as discussed more fully on the record in open court. Signed by Judge R David Proctor on 10/10/2017. (KAM) (Entered: 10/10/2017) |
| --- | --- | --- |
| 10/10/2017 | 1605 | **TEXT ORDER** – This matter is before the court on the Seal Teams October 9, 2017 Report regarding Subscriber Plaintiffs' Unredacted Interim Report of Documents Relevant to BCBS−AL's Contacts with Prospective Class Members and Exhibits A and B thereto. In light of that Report, the Clerk of the Court is directed to unseal the following documents and/or exhibits: Documents No. 1584, 1584−1, and 1584−2. 1584 [1584−1] [1584−2].. Signed by Judge R David Proctor on 10/10/2017. (KAM, ) (Entered: 10/10/2017) |
| 10/10/2017 | 1606 | ORDER that the parties having reached an agreement; Anthems Motion to Enter its Proposed Order Regarding this Courts Show Cause Order Dated April 21, 2017 1590 is MOOT. Signed by Judge R David Proctor on 10/10/2017. (KAM) (Entered: 10/10/2017) |
| 10/11/2017 | 1607 | Transcript of Proceedings held on 10/4/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/1/2017. Redacted Transcript Deadline set for 11/11/2017. Release of Transcript Restriction set for 1/9/2018. (KAM, ) (Entered: 10/11/2017) |
| 10/11/2017 | 1608 | NOTICE by Plaintiffs' Liaison Counsel *Regarding Request for Additional Deposition Time for BCBS−AL Witness Noel Carden* (Ragsdale, Barry) (Entered: 10/11/2017) |
| 10/11/2017 | 1609 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on October 26, 2017, at 1:00 PM in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama, before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discover Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on October 11, 2017. (JTS) (Entered: 10/11/2017) |
| 10/11/2017 | 1610 | MOTION for Reconsideration re 815 Order *Subscriber Plaintiffs' Motion for Reconsideration of Oct 28, 16 Order and Discovery Order No. 33* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A – Sealed, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E – Sealed)(Ragsdale, Barry) (Entered: 10/11/2017) |
| 10/11/2017 | 1611 | ***Document Sealed ** SUBSCRIBER PLAINTIFFS' Unredated Motion for reconsideration of October 28, 2016 Order and Discovery Order No. 33 (Attachments: # 1 Exhibit A, # 2 Exhibit E) (KAM, ) (Entered: 10/11/2017) |
| 10/12/2017 | 1612 | |

| | | SEALED MOTION **SUBSCRIBER PLAINTIFFS' MOTION TO COMPEL defendant BCBSAL to produce identifying data. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(KAM) (Entered: 10/12/2017) |
|---|---|---|
| 10/12/2017 | 1613 | Transcript of Proceedings held on 10/5/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/2/2017. Redacted Transcript Deadline set for 11/12/2017. Release of Transcript Restriction set for 1/10/2018. (KAM, ) (Entered: 10/12/2017) |
| 10/12/2017 | 1614 | ***Document Sealed ** PROVIDER PLAINTIFFS' RESPONSE in opposition to Blue Cross Blue Shield of Michigan's MOTION to COMPEL Provider Plaintiffs to answer discovery requests (Attachments: # 1 Exhibit 1) (KAM) (Entered: 10/12/2017) |
| 10/12/2017 | 1615 | MOTION to Compel *Attendance at a Deposition (Provider Plaintiffs')* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Whatley, Joe) (Entered: 10/12/2017) |
| 10/12/2017 | 1616 | RESPONSE in Opposition re 1463 SEALED MOTION *(Provider Plaintiffs') Public Version* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1)(Whatley, Joe) (Entered: 10/12/2017) |
| 10/12/2017 | 1617 | TEXT ORDER re 1610 Subscriber Plaintiffs' Motion for Reconsideration of October 28, 2016 Order and Discovery Order No. 33 and 1612 Subscriber Plaintiffs' Motion to Compel Defendant BCBSAL to Produce Identifying Data. Responses to each motion shall be filed no later than October 19, 2017, and replies, if any, shall be filed no later than October 24, 2017. Signed by Magistrate Judge T Michael Putnam on October 12, 2017. (JTS) (Entered: 10/12/2017) |
| 10/12/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 10/12/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 10/12/2017) |
| 10/12/2017 | 1618 | TEXT ORDER re 1463 Defendant BCBS−MI's Motion to Compel Provider Plaintiffs to Answer Discovery Requests. Oral arguments are set for October 26, 2017, at the Status Conference. Signed by Magistrate Judge T Michael Putnam on October 12, 2017. (JTS) (Entered: 10/12/2017) |
| 10/12/2017 | 1619 | TEXT Order. Per the discussions during the October 12, 2017, telephone conference, the following briefing schedule is set for the clawback issue raised by the defendants: If the issue has not been resolved, the defendants shall file a Motion to Compel the clawback by no later than October 19, 2017, and a response from the plaintiffs to such a motion will be due by no later than October 24, 2017. Signed by Magistrate Judge T Michael Putnam on October 12, 2017. (JTS) (Entered: 10/12/2017) |

| | | |
|---|---|---|
| 10/13/2017 | 1620 | TEXT ORDER re 1615 Provider Plaintiffs' Motion to Compel Attendance at a Deposition. Any response to the motion by Randall Abbott is due no later than October 19, 2017. Movant's reply, if any, is due by October 24, 2017. Signed by Magistrate Judge T Michael Putnam on October 13, 2017. (JTS) (Entered: 10/13/2017) |
| 10/13/2017 | 1621 | Transcript of Proceedings held on 10/12/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/3/2017. Redacted Transcript Deadline set for 11/13/2017. Release of Transcript Restriction set for 1/11/2018. (KAM, ) (Entered: 10/13/2017) |
| 10/13/2017 | 1622 | DISCOVERY ORDER NO. 71 re 1608 Notice (Other) filed by Plaintiffs' Liaison Counsel−−Plaintiffs' request for additional time to take Carden deposition is GRANTED; Plaintiffs may use 3.5 additional hours for the deposition. Oral Motion by BCBS−AL to postpone Carden deposition GRANTED, to be re−scheduled by October 30, 2017. Signed by Magistrate Judge T Michael Putnam on 10/13/2017. (Putnam, T) (Entered: 10/13/2017) |
| 10/16/2017 | 1623 | STATUS REPORT *on Behalf of Plaintiffs and Defendants Regarding Privilege Logs* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Attachments: # 1 Exhibit A−D (SEALED), # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G, # 5 Exhibit H (SEALED), # 6 Exhibit I)(Ragsdale, Barry) (Entered: 10/16/2017) |
| 10/16/2017 | 1624 | ***Document Sealed **PLAINTIFFS' and DEFENDANTS' JOINT STATUS REPORT OF PRIVILEGE LOGS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit H) (KAM) (Entered: 10/17/2017) |
| 10/16/2017 | 1625 | **CIGNA CORPORATION'S Unopposed Motion for leave to file the attached letter under seal (KAM) Document unsealed Modified on 10/17/2017 (KAM, ). (Entered: 10/17/2017) |
| 10/17/2017 | 1626 | **TEXT ORDER**–This matter is before the court on Cigna Corporation's Unopposed Motion for Leave to File Under Seal. 1625 The Motion 1625 is **DENIED**. The Clerk of the Court is directed to **UNSEAL<?b> the Motion and the accompanying letter. 1625 On or before 12:00 noon on October 20, 2017, Cigna and Anthem SHALL file a joint status report regarding the development of the chronology discussed at the October 4–5, 2017 hearing. Whereas the chronology may be filed under seal, the report may not. Signed by Judge R David Proctor on 10/17/2017. (KAM, ) (Entered: 10/17/2017)** |
| 10/17/2017 | 1627 | NOTICE by Plaintiffs' Liaison Counsel re 1623 Status Report, *(Correction to Joint Status Report)* (Ragsdale, Barry) (Entered: 10/17/2017) |
| 10/18/2017 | 1628 | STATUS REPORT *Regarding Authenticity and Admissibility* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Attachments: # 1 Text of Proposed Order)(Ragsdale, Barry) (Entered: 10/18/2017) |

| 10/19/2017 | 1629 | RESPONSE to *Plaintiffs' Notice of Correction to Joint Status Report on Privilege Logs* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Priester, James) (Entered: 10/19/2017) |
| --- | --- | --- |
| 10/19/2017 | 1630 | RESPONSE to re 1628 *Plaintiffs' Status Report* filed by Defendants' Counsel. (Attachments: # 1 Exhibit Exhibit 1)(Hoover, Craig) (Entered: 10/19/2017) |
| 10/19/2017 | 1631 | **TEXT ORDER** – This matter is before the court on the Seal Teams October 19, 2017 Report regarding Cigna Corporations and Anthem Inc.s Stipulation Resolving Show Cause Order. 1602 In light of that Report, the Clerk of the Court is directed to unseal the following document: Document No. 1602. 1602 . Signed by Judge R David Proctor on 10/19/2017. (KAM) (Entered: 10/19/2017) |
| 10/19/2017 | 1632 | NOTICE by Plaintiffs' Counsel *of Withdrawal of Appearance of Jennifer Williams* (Eisler, Robert) (Entered: 10/19/2017) |
| 10/19/2017 | 1633 | TEXT ORDER. Per the discussions of last two telephone conferences held on October 12 and 19, 2017, the parties have raised and discussed an issue related to BCBS−ALs request for a clawback of inadvertently disclosed privileged documents, and the parties agree that the issue is MOOT. Signed by Magistrate Judge T Michael Putnam on October 19, 2017. (JTS) (Entered: 10/19/2017) |
| 10/19/2017 | 1634 | ***Document Sealed **SUBSCRIBER PLAINTIFFS'**Notice of Filing Corrected Exhibit G to the 10/12/2017 motion to compel BCBSAL to Produce Identifying Data (Attachments: # 1 Exhibit Corrected Exhibit G) (KAM) (Entered: 10/19/2017) |
| 10/19/2017 |  | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 10/19/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 10/19/2017) |
| 10/19/2017 | 1635 | Opposition to *Subscriber Plaintiffs' Motion for Reconsideration of October 28, 2016 Order and Discovery Order No. 33* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Burkhalter, Carl) (Entered: 10/19/2017) |
| 10/19/2017 | 1636 | MOTION to Seal *BCBSAL's Motion to Maintain Seal as to Certain Exhibits to Subscriber Plaintiffs' Motion to Compel* by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 10/19/2017) |
| 10/19/2017 | 1637 | RESPONSE to *Subscriber Plaintiffs' Motion to Compel Defendant to Produce Identifying Data* filed by Blue Cross and Blue Shield of Alabama. (Malatesta, John) (Entered: 10/19/2017) |
| 10/20/2017 | 1638 | STATUS REPORT *Joint* by Anthem, Inc.. filed by Anthem, Inc. (Kimble, Cavender) (Entered: 10/20/2017) |
| 10/20/2017 | 1639 | Transcript of Proceedings held on 10/19/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request |

| | | due 11/10/2017. Redacted Transcript Deadline set for 11/20/2017. Release of Transcript Restriction set for 1/18/2018. (KAM, ) (Entered: 10/20/2017) |
|---|---|---|
| 10/20/2017 | 1640 | NOTICE by Blue Cross and Blue Shield of Alabama *Notice of Filing Corrected Exhibit B to its Opposition to Subscriber Plaintiffs' Motion for Reconsideration of October 28, 2016 Order and Discovery Order No.33* (Attachments: # 1 Exhibit B)(Burkhalter, Carl) (Entered: 10/20/2017) |
| 10/23/2017 | 1641 | **TEXT ORDER** – This matter is before the court on BCBSAL's Motion to Maintain the Seal. 1636 The Clerk of the Court is directed to terminate the Motion. 1636 The parties may respond, and the court will expect the Seal Team's report in due course. Signed by Judge R David Proctor on 10/23/2017. (KAM) (Entered: 10/23/2017) |
| 10/23/2017 | 1642 | REPLY to re 1463 *in Support of its Motion to Compel Provider Plaintiffs to Answer Discovery Requests* filed by Blue Cross Blue Shield Michigan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Campbell, Andrew) (Entered: 10/23/2017) |
| 10/23/2017 | 1643 | STATUS REPORT *BCBSA's Seal Justification for Doc. # 1624−3 and 1624−4* by Defendants' Counsel. filed by Defendants' Counsel (Donnell, Sarah) (Entered: 10/23/2017) |
| 10/24/2017 | 1644 | RESPONSE to *Plaintiffs' Notice of Correction to 1623 Joint Status Report on Privilege Logs* filed by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield. (Clark, Anna) (Entered: 10/24/2017) |
| 10/24/2017 | 1645 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 9/1/2017 through 9/30/2017 in this matter as it relates to services rendered for both sides of the case, and totaling $7,500.00. Signed by Judge R David Proctor on 10/24/2017. (KAM, ) (Entered: 10/24/2017) |
| 10/24/2017 | 1646 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2017 through September 30, 2017 in this matter relating solely to services provided to the Plaintiffs, and totaling $46,500.00. Signed by Judge R David Proctor on 10/24/2017. (KAM, ) (Entered: 10/24/2017) |
| 10/24/2017 | 1647 | **TEXT ORDER**–This matter is before the court on the Seal Teams October 23, 2017 Report regarding various documents which can be unsealed. In light of that Report, the Clerk of the Court is directed to unseal the following documents: Provider Plaintiffs Response in Opposition to BCBSMIs Motion to Compel, and Exhibit 1 1614 [1614−1]; Subscriber Plaintiffs Unredacted Motion For Reconsideration of October 28, 2016 Order and Discovery Order No. 33, and Exhibits A and E 1611 [1611−1] [1611−2]; and Subscriber Plaintiffs Motion to Compel Defendant BCBSAL to Produce Identifying Data, and Exhibits A−E and I 1612 [1612−1] [1612−2] [1612−3] [1612−4] [1612−5] [1612−9].. Signed by Judge R David Proctor on 10/24/2017. (KAM) (Entered: 10/24/2017) |
| 10/24/2017 | 1648 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 1635 Opposition (other), 1610 MOTION for Reconsideration re 815 Order *Subscriber Plaintiffs' Motion for Reconsideration of Oct 28, 16 Order and Discovery Order No. 33* filed by Plaintiffs' Counsel. (Ragsdale, Barry) (Entered: 10/24/2017) |
| 10/24/2017 | 1649 | |

| | | |
|---|---|---|
| | | ***Document Sealed *** SUBSCRIBERT PLAINTIFFS' Unredacted Reply in Support of their motion for reconsideration of 10/28/2016 Order and Discovery Order No. 33 (KAM) (Entered: 10/24/2017) |
| 10/24/2017 | 1650 | ***Document Sealed*** SUBSCRIBER PLAINTIFFS' Reply Memorandum in support of motion to compel dft BCBSAL to produce identifying data (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (KAM) (Entered: 10/24/2017) |
| 10/24/2017 | 1651 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 1615 MOTION to Compel *Attendance at a Deposition (Provider Plaintiffs')* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 10/24/2017) |
| 10/25/2017 | 1652 | ORDER re: Joint Status Report and chronologies submitted in camera; Telephone Conference set for 11/13/2017 10:00 AM before Judge R David Proctor.Counsel for Anthem and Cigna, and no more than two attorneys for the Association shall attend the conference; To preserve confidentiality on this issue, the court requests that the Special Master distribute a call–in number to participating counsel only. Signed by Judge R David Proctor on 10/25/2017. (KAM) (Entered: 10/25/2017) |
| 10/26/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference and Motion Hearing held on 10/26/2017; re Motions 1463, 1610, 1612, 1615 and Privilege Logs (doc 1624). (Court Reporter Teresa Roberson) (ASL) (Entered: 10/26/2017) |
| 10/26/2017 | 1653 | MOTION to Seal Document *Motion to Maintain Seal as to Exhibit Contained in Subscriber Plaintiffs' Notice of Filing Document Under Seal* by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 10/26/2017) |
| 10/27/2017 | 1654 | **TEXT ORDER**–This matter is before the court on BCBSAL's Motion to Maintain Seal. 1653 The Clerk of the Court is directed to terminate the Motion. 1653 The parties may respond, and the court will expect the Seal Team's report in due course. Signed by Judge R David Proctor on 10/27/2017. (KAM) (Entered: 10/27/2017) |
| 10/27/2017 | 1655 | DISCOVERY ORDER No. 72 granting 1615 Motion to Compel ; The parties are further ORDERED to schedule a deposition to be held by November 15, 2017, at a time and place reasonably convenient to Abbott. Nonparty witness Robert Abbott is hereby ORDERED to comply with the subpoena served upon him and to appear and testify as required by law by not later than November 15, 2017. Signed by Magistrate Judge T Michael Putnam on 10/27/2017. (KAM) (Entered: 10/27/2017) |
| 10/27/2017 | 1656 | DISCOVERY ORDER No. 73. Signed by Magistrate Judge T Michael Putnam on 10/27/2017. (KAM, ) (Entered: 10/27/2017) |
| 10/30/2017 | 1657 | Transcript of Proceedings held on 10/26/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/20/2017. Redacted Transcript Deadline set for 11/30/2017. Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 1/28/2018. (Attachments: # 1 certification) (KAM, ) (Entered: 10/30/2017) |
| 10/30/2017 | 1658 | MOTION to Enforce This Court's Previous Directive by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 10/30/2017) |
| 10/31/2017 | 1659 | DISCOVERY ORDER No. 74 granting 1612 Subscriber Plaintiffs' Motion to Compel Dft BCBSAL to produce identifying data; Subscribers and BCBSAL have agreed on the production of an explanation of or a decipher of the Coverage Code Data, BCBSAL is ORDERED to produce such explanation or decipher as soon as possible. Within seven (7) days of receipt of said explanation or decipher, the plaintiffs are ORDERED to inform BCBSAL whether the explanation or decipher resolves the issue, and if the explanation or decipher fails to resolve the issue, to Meet and Confer with BCBSAL; If the Meet & Confer confirms that the data cannot be feasibly exported or produced, the plaintiff is DIRECTED to file a status report suggesting feasible ways the data may be produced.. Signed by Magistrate Judge T Michael Putnam on 10/31/2017. (KAM, ) (Entered: 10/31/2017) |
| 10/31/2017 | 1660 | NOTICE of Appearance by Brian Justin Kapatkin on behalf of Defendants' Counsel (Kapatkin, Brian) (Entered: 10/31/2017) |
| 10/31/2017 | 1661 | MOTION to Compel *Production of BCBS−AL's Statements in Connection with the Consent Order [REDACTED]* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ragsdale, Barry) (Entered: 10/31/2017) |
| 10/31/2017 | 1662 | STATUS REPORT *Justification to Maintain Redactions Contained in Subscriber Plaintiffs' Reply in Support of their Motion for Reconsideration* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Attachments: # 1 Exhibit Clawback Letter)(Burkhalter, Carl) (Entered: 10/31/2017) |
| 10/31/2017 | 1663 | SEALED MOTION ***SUBCRIBER PLAINTIFFS' Motion to Compel Production of BCBS−AL's Statements in Connection with the Consent Order. (Attachments: # 1 Exhibit B)(KAM) (Entered: 10/31/2017) |
| 10/31/2017 | 1664 | STATUS REPORT *Justifications to Maintain Seal on Subscriber Plaintiffs' Reply Memorandum* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 10/31/2017) |
| 11/01/2017 | 1665 | DISCOVERY ORDER No. 75 granting 1463 Defendants' Sealed Motion to compel; Provider Plaintiffs are ORDERED to supplement their answers to the discrete subparts of Interrogatory No. 1 concerning RFAs Nos. 1 through 5, providing any unique facts and evidence that each Provider may possess that explain how the rules covered by RFA Nos. 1 through 5 affected any defendants conduct.2 If a Provider does not possess such unique facts and evidence beyond the general response supplied for all Providers, that Provider is ORDERED to admit the lack of such unique fact or evidence. Signed by Magistrate Judge T Michael Putnam on 10/31/2017. (KAM) (Entered: 11/01/2017) |
| 11/01/2017 | 1666 | **TEXT ORDER**–This matter is before the court on Plaintiffs' Motion to Enforce this Court's Previous Directive. (Doc. # 1658). Anthem **SHALL** respond to Plaintiffs' Motion **on or before 3:00 p.m. Central Time on Thursday, November 2, 2017**. This issue is **SET** for a telephone conference at **10:00 a.m. Central Time on Friday, November 3, 2017**. Representative counsel for Anthem and Plaintiffs, **SHALL** attend the telephone conference. To preserve confidentiality on this issue, the court requests that the Special Master distribute a call−in number to participating |

| | | |
|---|---|---|
| | | counsel only. Signed by Judge R David Proctor on 11/1/2017. (KAM) (Entered: 11/01/2017) |
| 11/01/2017 | 1667 | DISCOVERY ORDER No. 76, Protocols for Handling Privileged Documents, Signed by Magistrate Judge T Michael Putnam on 11/1/17. (SAC ) (Entered: 11/01/2017) |
| 11/01/2017 | 1668 | RESPONSE to Motion re 1658 MOTION to Enforce This Court's Previous Directive filed by Anthem, Inc.. (Kimble, Cavender) (Entered: 11/01/2017) |
| 11/03/2017 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Conference held on 11/3/2017. (KLL) (Entered: 11/03/2017) |
| 11/03/2017 | 1669 | STATUS REPORT *on Outstanding Structured Data (Subscriber Plaintiffs)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hellums, Christopher) (Entered: 11/03/2017) |
| 11/03/2017 | 1670 | MOTION to Compel *Production of BCBS−AL's Documents About Out−of−State Sales of Insurance Services* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Ragsdale, Barry) (Entered: 11/03/2017) |
| 11/03/2017 | 1671 | ORDER: re 1658 Plaintiffs Motion to Enforce this Court's Previous Directive is **GRANTED**. By agreement, Anthem will prepare from its proposed chronology a new document, in the nature of a privilege log, reflecting a chronology of mediation−related disclosures. The log should indicate the date of the mediation−related disclosure, the type of communication, and identify the persons involved. Anthem SHALL file this document, under seal, on or before 12:00 noon on Tuesday, November 7, 2017. Signed by Judge R David Proctor on 11/3/17. (SAC) (Entered: 11/03/2017) |
| 11/03/2017 | 1672 | SEALED MOTION **SUBSCRIBER PLAINTIFFS'** Motion to Compel Production of BCBS−AL's Documents about out−of−state sales of insurance services (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(KAM) (Entered: 11/06/2017) |
| 11/06/2017 | 1673 | NOTICE by Plaintiffs' Counsel *of Provider Plaintiffs' Response to Randall Abbott's Letter Motion of November 3, 2017* (Attachments: # 1 Exhibit A)(Quillen, Henry) (Entered: 11/06/2017) |
| 11/06/2017 | 1674 | ORDER Special Status Conference set for 11/16/2017 02:00 PM before Magistrate Judge T Michael Putnam.. Signed by Magistrate Judge T Michael Putnam on 11/6/2017. (KAM, ) (Entered: 11/06/2017) |
| 11/06/2017 | 1675 | ***Document Sealed − ANTHEM's Notice in compliance with the 11/3/2017 Order (Attachments: # 1 Anthem Chronology for MDL plaintiffs) (KAM,) (Entered: 11/06/2017) |
| 11/07/2017 | 1676 | MOTION to Compel *Subscriber Plaintiffs' Omnibus Motion to Compel Remaining Filed Rate Discovery* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Ragsdale, Barry) (Entered: 11/07/2017) |
| 11/07/2017 | 1677 | TEXT ORDER re 1676 Subscriber Plaintiffs' Omnibus Motion to Compel Remaining Filed Rate Discovery. Any response is due no later than November 10, 2017. Movant's reply, if any, is due no later than November 14, 2017. The Motion is set to be heard on November 16, 2017, at the Special Status Conference. Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge T Michael Putnam on November 7, 2017. (JTS) (Entered: 11/07/2017) |
| 11/07/2017 | 1678 | SEALED MOTION ** SUBSCRIBER PLAINTIFFS'** Omnibus Motion To Compel Remaining Filed Rate Discovery. (Attachments: # 1 Exhibit A, # 2 Exhibit C)(KAM) (Entered: 11/08/2017) |
| 11/08/2017 | 1679 | **TEXT ORDER**–This matter is before the court on Plaintiffs Motion to Compel Production of BCBS–ALs Statements in Connection with the Consent Order. (Docs. # 1661 (redacted) and 1663 (sealed)). BCBS–AL's response is due no later than **12:00 noon on Monday, November 13, 2017**. Any reply is due no later than **12:00 noon on November 15, 2017**. Signed by Judge R David Proctor on 11/8/2017. (KAM) (Entered: 11/08/2017) |
| 11/08/2017 | 1680 | NOTICE by Defendants' Counsel *Regarding Remaining Third–Party Depositions* (Cottrell, Christa) (Entered: 11/08/2017) |
| 11/08/2017 | 1681 | MOTION to Compel *Third Party AvMed, Inc.* by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cottrell, Christa) (Entered: 11/08/2017) |
| 11/08/2017 | 1682 | NOTICE by Defendants' Counsel *Certification Pursuant To Discovery Order No. 76 On Behalf Of Capital BlueCross* (Spotswood, Robert) (Entered: 11/08/2017) |
| 11/08/2017 | 1683 | NOTICE by Defendants' Counsel re 1667 Order *Certification of Compliance with Discovery Order No. 76* (Donnell, Sarah) (Entered: 11/08/2017) |
| 11/08/2017 | 1684 | NOTICE by Blue Cross Blue Shield Michigan *of Personal Certification regarding BCBS Michigan's Privilege Log* (Campbell, Andrew) (Entered: 11/08/2017) |
| 11/08/2017 | 1685 | NOTICE by Defendants' Counsel *Certification Pursuant To Discovery Order No. 76 On Behalf Of Independence Hospital Indemnity Plan, Inc.* (Oppenheimer, Brooke) (Entered: 11/08/2017) |
| 11/08/2017 | 1686 | NOTICE by Blue Shield of California *Certification of Blue Shield of California's Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Fronk, Casey) (Entered: 11/08/2017) |
| 11/08/2017 | 1687 | NOTICE by Anthem, Inc. *Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1688 | NOTICE by Defendants' Counsel *Blue Cross Blue Shield of Florida Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1689 | NOTICE by Defendants' Counsel *Blue Cross and Blue Shield of Louisiana Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1690 | Evidentiary Material *Certification of CareFirst, Inc.'s, Group Hospitalization and Medical Services, Inc.'s, CareFirst of Maryland, Inc.'s, and CareFirst BlueChoice, Inc.'s Privilege Logs in Response to Discovery Order No. 76.* (Norman, Brian) (Entered: 11/08/2017) |
| 11/08/2017 | 1691 | NOTICE by Defendants' Counsel *Blue Cross Blue Shield of Massachusetts Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |

| 11/08/2017 | 1692 | NOTICE by Defendants' Counsel *Blue Cross and Blue Shield of Minnesota Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
|---|---|---|
| 11/08/2017 | 1693 | NOTICE by Defendants' Counsel *Blue Cross Blue Shield of Mississippi Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1694 | NOTICE by Defendants' Counsel *BlueCross BlueShield of North Carolina Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1695 | NOTICE by Defendants' Counsel *Blue Cross & Blue Shield of Rhode Island Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1696 | NOTICE by Defendants' Counsel *BlueCross BlueShield of South Carolina Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1697 | NOTICE by Defendants' Counsel *BlueCross BlueShield of Tennessee Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1698 | NOTICE by Defendants' Counsel *Blue Cross and Blue Shield of Vermont Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1699 | NOTICE by Defendants' Counsel *Cambia Health Solutions Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1700 | NOTICE by Defendants' Counsel *Hawaii Medical Service Association Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1701 | NOTICE by Defendants' Counsel *Horizon Blue Cross Blue Shield of New Jersey Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1702 | NOTICE by Defendants' Counsel *Wellmark Blue Cross and Blue Shield Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1703 | NOTICE by Triple–S Salud, Inc. *Certification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Cohen, Lucile) (Entered: 11/08/2017) |
| 11/08/2017 | 1704 | NOTICE by Blue Cross and Blue Shield of Alabama *Certification Pursuant to Discovery Order No. 76* (Malatesta, John) (Entered: 11/08/2017) |
| 11/08/2017 | 1705 | NOTICE by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield *NOTICE by Excellus BlueCertification of Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Clark, Anna) (Entered: 11/08/2017) |
| 11/08/2017 | 1706 | NOTICE by Premera Blue Cross *CERTIFICATION PURSUANT TO DISCOVERY ORDER NO. 76* (Payton, Gwendolyn) (Entered: 11/08/2017) |

| 11/08/2017 | 1707 | NOTICE by Defendants' Counsel *USAble's Certification Pursuant to Discovery Order No. 76* (Naranjo, Michael) (Entered: 11/08/2017) |
|---|---|---|
| 11/08/2017 | 1708 | NOTICE by Highmark BCBSD Inc., Highmark Inc., Highmark West Virginia Inc. *Certification Regarding Cumulative Privilege Log Pursuant to Discovery Order No. 76* (Hogewood, Mark) (Entered: 11/08/2017) |
| 11/08/2017 | 1709 | NOTICE by Defendants' Counsel *of Blue Cross Blue Shield of Arizona's Certification of Consolidated Privilege Log Pursuant to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 11/08/2017) |
| 11/08/2017 | 1710 | NOTICE by Defendants' Counsel *of Blue Cross and Blue Shield of Kansas, Inc.'s Certification of Consolidated Privilege Log Pursuant to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 11/08/2017) |
| 11/08/2017 | 1711 | NOTICE by Defendants' Counsel *of Blue Cross and Blue Shield of Kansas City's Certification of Consolidated Privilege Log Pursuant to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 11/08/2017) |
| 11/08/2017 | 1712 | NOTICE by Defendants' Counsel *of Blue Cross of Idaho Health Service, Inc.'s Certification of Consolidated Privilege Log Pursuant to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 11/08/2017) |
| 11/08/2017 | 1713 | NOTICE by Defendants' Counsel *of Blue Cross and Blue Shield of Nebraska's Certification of Consolidated Privilege Log Pursuant to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 11/08/2017) |
| 11/08/2017 | 1714 | NOTICE by Defendants' Counsel *of HealthNow New York Inc.'s Certification of Consolidated Privilege Log Pursuant to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 11/08/2017) |
| 11/08/2017 | 1715 | NOTICE by Defendants' Counsel *of Noridian Mutual Insurance Company's Certification of Consolidated Privilege Log Pursuant to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 11/08/2017) |
| 11/08/2017 | 1716 | NOTICE by Defendants' Counsel *of Blue Cross Blue Shield of Wyoming's Certification of Consolidated Privilege Log Pursuant to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 11/08/2017) |
| 11/08/2017 | 1717 | NOTICE by Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc., Health Care Service Corporation *Certification of Privilege Review Pursuant to Discovery Order No. 76* (Hogewood, Mark) (Entered: 11/08/2017) |
| 11/09/2017 | 1718 | TEXT ORDER amending 1677 Order. A response to 1676 & 1678 Subscriber Plaintiffs' Omnibus Motion to Compel Remaining Filed Rate Discovery is due no later than Monday, November 13, 2017, at 12:00 p.m. A reply, if any, is due no later than Wednesday, November 15, 2017, at 4:00 p.m. Signed by Magistrate Judge T Michael Putnam on November 9, 2017. (JTS) (Entered: 11/09/2017) |
| 11/09/2017 |  | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 11/9/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 11/09/2017) |
| 11/09/2017 | 1719 | TEXT ORDER re 1680 Defendants' Notice Regarding Remaining Third–Party Depositions. A response is due no later than November 14, 2017, at 12:00 p.m. A reply, if any, is due no later than November 16, 2017, at 12:00 p.m. The issue is set |

| | | for argument on November 16, 2017, at 2:00 P.M. in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama, before the undersigned, as set by the Order dated November 6, 2017 (doc. 1674 ). Signed by Magistrate Judge T Michael Putnam on November 9, 2017. (JTS) (Entered: 11/09/2017) |
|---|---|---|
| 11/09/2017 | 1720 | ORDER Setting Hearing on Motion 1681 MOTION to Compel *Third Party AvMed, Inc*: Motion Hearing set for Thursday, 11/30/2017 at 01:00 PM in Courtroom 3B, Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T. Michael Putnam. Signed by Magistrate Judge T Michael Putnam on 11/9/2017. (ASL) Modified on 11/13/2017 (ASL). (Entered: 11/09/2017) |
| 11/09/2017 | 1721 | ORDER re 1669 Status Report; response is due no later than 11/21/17; reply, if any, is due no later than 11/28/17; court will hear argument regarding the issue on 11/30/17 at 1:00 PM in Courtroom 3B. Signed by Magistrate Judge T Michael Putnam on 11/9/2017. (ASL) (Entered: 11/09/2017) |
| 11/10/2017 | 1722 | STATUS REPORT *BCBSAL's Justifications to Maintain Seal on Subscriber Plaintiffs' Motion to Compel and Exhibit* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 11/10/2017) |
| 11/10/2017 | 1723 | MOTION to Quash *Subpoenas to Alabama Department of Insurance* by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Burkhalter, Carl) (Entered: 11/10/2017) |
| 11/13/2017 | | Set/Reset Hearings (see order 1720 ): Motion Hearing 1681 set for Thursday, 11/30/2017 at 01:00 PM in Courtroom 3B, Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. (ASL) (Entered: 11/13/2017) |
| 11/13/2017 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Conference held on 11/13/2017. (Court Reporter Leah Turner.) (KLL) (Entered: 11/13/2017) |
| 11/13/2017 | 1724 | Opposition to *Subscriber Plaintiffs' Motion to Compel Production of BCBSAL's Statement in Connection with Consent Order* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 11/13/2017) |
| 11/13/2017 | 1725 | Opposition to *Subscriber Plaintiffs' Omnibus Motion to Compel Remaining Filed Rate Discovery* filed by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 11/13/2017) |
| 11/13/2017 | 1726 | TEXT ORDER finding as moot 1670 and 1672 Subscriber Plaintiffs' Motion to Compel Production of BCBS−AL's Documents About Out−of−State Sales of Insurance Services, per the agreement of the parties. Signed by Magistrate Judge T Michael Putnam on November 13, 2017. (JTS) (Entered: 11/13/2017) |
| 11/13/2017 | 1727 | DISCOVERY ORDER No 77 − denying 1610 Motion for Reconsideration. Signed by Magistrate Judge T Michael Putnam on 11/13/2017. (KAM) (Entered: 11/13/2017) |
| 11/13/2017 | 1728 | ORDER APPOINTING SEAL MASTER − the Court appoints R. Bernard Harwood, Jr to serve as a Seal Master in this action with regard to seal−related issues. Signed by Judge R David Proctor on 11/13/2017. (KAM) (Entered: 11/13/2017) |

| 11/13/2017 | 1729 | Transcript of Proceedings held on 11/9/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/4/2017. Redacted Transcript Deadline set for 12/14/2017. Release of Transcript Restriction set for 2/11/2018. (Attachments: # 1 Certification page) (KAM, ) (Entered: 11/13/2017) |
|---|---|---|
| 11/14/2017 | 1730 | RESPONSE to re 1680 *Defendants' Notice Regarding Remaining Third−Party Depositions (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Brown, W) (Entered: 11/14/2017) |
| 11/14/2017 | 1731 | RESPONSE to re 1680 *Subscriber Plaintiffs' Response Regarding Remaining Depositions* filed by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 11/14/2017) |
| 11/14/2017 | 1732 | STATUS REPORT *BCBSAL's Justifications to Maintain Seal on Exhibit Contained in Subscriber Plaintiffs' Omnibus Motion to Compel Remaining Filed Rate Discovery* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 11/14/2017) |
| 11/14/2017 | 1733 | SEALED MOTION to COMPEL the production of documents from non−party provider Cahaba Medical Care by Blue Cross Blue Shield Michigan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(KAM, ) (Entered: 11/15/2017) |
| 11/15/2017 | 1734 | SEALED Transcript of Proceedings held on 11/13/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/6/2017. Redacted Transcript Deadline set for 12/16/2017. Release of Transcript Restriction set for 2/13/2018. (KAM, ) (Entered: 11/15/2017) |
| 11/15/2017 | 1735 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 1661 MOTION to Compel *Production of BCBS−AL's Statements in Connection with the Consent Order [REDACTED] REDACTED* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 11/15/2017) |
| 11/15/2017 | 1736 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 1676 MOTION to Compel *Subscriber Plaintiffs' Omnibus Motion to Compel Remaining Filed Rate Discovery* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 11/15/2017) |
| 11/15/2017 | 1737 | |

| | | |
|---|---|---|
| | | ***Document Sealed **SUBSCRIBER PLANTIFFS** unredacted version of the Reply in Support of Their Omnibus Motion to Compel (KAM) (Entered: 11/15/2017) |
| 11/15/2017 | 1738 | ***Document Sealed ** SUBSCRIBER PLAINTIFFS** Unredacted version of their Reply is Support of their Motion to Compel Production of BCBS–AL's Statements in Connection with the Consent Order. (KAM) (Entered: 11/15/2017) |
| 11/15/2017 | 1739 | STATUS REPORT *on Outstanding Structured Data (Subscriber Plaintiffs)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hellums, Christopher) (Entered: 11/15/2017) |
| 11/15/2017 | 1740 | MOTION to Compel *Baycare Health System Inc.* by Blue Cross Blue Shield Michigan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Campbell, Andrew) (Entered: 11/15/2017) |
| 11/15/2017 | 1741 | MOTION for Reconsideration re 1667 Order *(Discovery Order No. 76)* by Defendants' Counsel. (Sooy, Kathleen) Modified on 11/27/2017 (KAM, ). (Entered: 11/15/2017) |
| 11/15/2017 | 1742 | MOTION for Extension of Time *to File a Rule 72 Objection, or Alternatively, to Treat Their Motion for Reconsideration as a Rule 72 Objection* by Defendants' Counsel. (Sooy, Kathleen) (Entered: 11/15/2017) |
| 11/16/2017 | 1743 | REPLY to re 1680 *Defendants' Reply Regarding Third–Party Depositions* filed by Defendants' Counsel. (Cottrell, Christa) (Entered: 11/16/2017) |
| 11/16/2017 | 1744 | REPLY to re 1680 *Defendants' Corrected Reply Regarding Third–Party Depositions* filed by Defendants' Counsel. (Cottrell, Christa) (Entered: 11/16/2017) |
| 11/16/2017 | 1745 | RESPONSE in Opposition re 1742 MOTION for Extension of Time *to File a Rule 72 Objection, or Alternatively, to Treat Their Motion for Reconsideration as a Rule 72 Objection (Joint)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Brown, W) (Entered: 11/16/2017) |
| 11/16/2017 | 1746 | ***Document Sealed – SUBSCRIBER PLAINTIFFS' Status Report regarding newly produced document relating to Anthem's chronology (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (KAM, ) (Entered: 11/16/2017) |
| 11/16/2017 | 1747 | SEALED MOTION to Compel the production of certain documents from the Non–Party Provider Healthcare Authority of the City of Huntsville by Blue Cross Blue Shield Michigan. (KAM, ) (Additional attachment(s) added on 11/16/2017: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (KAM, ). (Entered: 11/16/2017) |
| 11/16/2017 | 1748 | STATUS REPORT *Regarding Sampling Process* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 11/16/2017) |
| 11/16/2017 | 1749 | NOTICE of Appearance by Jeffrey John Fowler on behalf of Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc., Health Care Service Corporation (Fowler, Jeffrey) (Entered: 11/16/2017) |
| 11/16/2017 | 1750 | SEALED MOTION **PROVIDER PLAINTIFFS'** Motion to Compel Blue Cross and Blue Shield of Alabama to comply with its Rule 30(B0(6) obligations. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(KAM) (Entered: 11/16/2017) |

| | | |
|---|---|---|
| 11/16/2017 | 1751 | SEALED MOTION ** PROVIDER PLAINTIFFS'** Motion to Compel Blue Corss and Blure Shield of Alabama to produce Truven, Thompson Reuters and Milliman Data. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(KAM) (Entered: 11/16/2017) |
| 11/16/2017 | 1752 | MOTION to Compel *Blue Cross and Blue Shield of Alabama to Comply With Its Rule 30(b)(6) Obligations (Redacted) (Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Whatley, Joe) (Entered: 11/16/2017) |
| 11/16/2017 | 1753 | MOTION to Compel *Blue Cross and Blue Shield of Alabama to Produce Truven, Thompson Reuters, and Milliman Data (Redacted) (Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Whatley, Joe) (Entered: 11/16/2017) |
| 11/16/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam and Judge R. David Proctor: Status Conference and Motion Hearing held on 11/16/2017. (Court Reporter Christina Decker) (ASL) (Entered: 11/16/2017) |
| 11/17/2017 | 1754 | RESPONSE to re 1746 / *Defendant Anthem Inc.'s Response to the Subscriber Plaintiffs' Status Report Regarding Newly Produced Document Relating to Anthem's Chronology* filed by Anthem, Inc.. (Kurtz, Glenn) (Entered: 11/17/2017) |
| 11/17/2017 | 1755 | TEXT ORDER re 1733 BCBS–MI's Motion to Compel the Production of Documents from Non–Party Provider Cahaba Medical Care, 1740 Defendants' Motion to Compel Baycare Health System, Inc., and 1747 BCBS–MI's Motion to Compel the Production of Certain Documents from Non–Party Provider Healthcare Authority of the City of Huntsville. Any responses to the motions are due no later than November 22, 2017, at 5:00 p.m. CST. Replies, if any, are due no later than November 29, 2017, at 12:00 p.m. CST. Signed by Magistrate Judge T Michael Putnam on November 17, 2017. (JTS) (Entered: 11/17/2017) |
| 11/17/2017 | 1756 | TEXT ORDER re 1751 1753 Provider Plaintiffs' Motion to Compel BCBS–AL to Produce Truven, Thompson Reuters, and Milliman Data and 1750 1752 Motion to Compel BCBS–AL to Comply With its Rule 30(b)(6) Obligations. Any responses to the motions are due November 28, 2017, at 12:00 p.m. CST. Pursuant to the Discovery Status Conference held on November 17, 2017, no replies will be filed. Signed by Magistrate Judge T Michael Putnam on November 17, 2017. (JTS) (Entered: 11/17/2017) |
| 11/17/2017 | 1757 | TEXT ORDER re 1739 Subscriber Plaintiffs' Updated Status Report on Outstanding Structured Data. To the extent the Subscriber Plaintiffs wish to file any motions regarding any outstanding structure data issues, the motions may be filed no later than November 22, 2017, per the discussions of the Status Conference held on November 16, 2017. If a motion is filed, any response is due no later than November 29, 2017, at 12:00 p.m. CST. No replies will be filed. Signed by Magistrate Judge T Michael Putnam on November 17, 2017. (JTS) (Entered: 11/17/2017) |
| 11/17/2017 | 1758 | ORDER re 1741 MOTION for Reconsideration re 1667 Order *(Discovery Order No. 76)* filed by Defendants' Counsel, and 1742 MOTION for Extension of Time *to File a Rule 72 Objection, or Alternatively, to Treat Their Motion for Reconsideration as a Rule 72 Objection* filed by Defendants' Counsel. The Motion for Extension of Time to File Rule 72 Objection (doc. 1742) is DENIED IN PART and GRANTED IN PART. To the extent the Motion requests an extension of time |

| | | |
|---|---|---|
| | | to file a Rule 72 objection, the Motion is DENIED. To the extent the Motion requests the Motion to Reconsider Discovery Order No. 76 (doc. 1741) be treated as a Rule 72 objection, the Motion is GRANTED. Signed by Magistrate Judge T Michael Putnam on 11/17/2017. (JLC) (Entered: 11/17/2017) |
| 11/17/2017 | 1759 | MOTION for Protective Order *Regarding Deposition of Michael Velezis* by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 11/17/2017) |
| 11/17/2017 | 1760 | TEXT ORDER re 1759 BCBS–AL's Motion for Protective Order Regarding Deposition of Michael Velezis. Any response to the motion is due no later than November 22, 2017, at 5:00 p.m. CST. A reply, if any, is due no later than November 29, 2017, at 12:00 p.m. CST. Signed by Magistrate Judge T Michael Putnam on November 17, 2017. (JTS) (Entered: 11/17/2017) |
| 11/20/2017 | 1761 | **TEXT ORDER**–This matter is before the court on BCBS–AL's Motion to Quash Subpoenas to the Alabama Department of Insurance. 1723 Any response to the Motion is due **on or before November 22, 2017 at 5:00 p.m. CST**. A reply, if any, is due **on or before November 29, 2017 at 12:00 p.m. CST**. Signed by Judge R David Proctor on 11/20/2017. (KAM) (Entered: 11/20/2017) |
| 11/20/2017 | 1762 | MOTION for Protective Order by Alabama Department of Insurance. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(McDonald, John) (Entered: 11/20/2017) |
| 11/20/2017 | 1763 | ORDER APPOINTING PRIVILEGE MASTER – Pursuant to Federal Rule of Civil Procedure 53, and with the agreement of the Parties, the court hereby APPOINTS R. Bernard Harwood, Jr., to serve as a Privilege Master in this action with regard to privilege log related issues. Signed by Judge R David Proctor on 11/20/2017. (KAM, ) (Entered: 11/20/2017) |
| 11/21/2017 | 1764 | TEXT ORDER re 1674 Order dated November 6, 2017. The Status Conference set by Discovery Order No. 1 (doc. 229), which was previously scheduled for 1:00 p.m. on November 30, 2017, is RESET for 10:00 a.m. on November 30, 2017, in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama, before the undersigned. Court reporter to be present. Signed by Magistrate Judge T Michael Putnam on November 21, 2017. (JTS) (Entered: 11/21/2017) |
| 11/21/2017 | 1765 | MOTION to Unseal Document 1734 Transcript,,, *Provider Plaintiffs' Motion to Unseal Transcript of November 13, 2017 Conference* by Plaintiffs' Counsel. (Brown, W) (Entered: 11/21/2017) |
| 11/21/2017 | 1766 | Transcript of Proceedings held on 11/16/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Christina Decker. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/12/2017. Redacted Transcript Deadline set for 12/22/2017. Release of Transcript Restriction set for 2/19/2018. (KAM) (Entered: 11/21/2017) |

| 11/21/2017 | 1767 | ORDER granting 1661 Motion to Compel; granting 1663 Sealed Motion. Signed by Judge R David Proctor on 11/21/2017. (KAM, ) (Entered: 11/21/2017) |
|---|---|---|
| 11/21/2017 | 1768 | RESPONSE in Opposition re 1681 MOTION to Compel *Third Party AvMed, Inc.* filed by AvMed, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Treadwell, Raymond) (Entered: 11/21/2017) |
| 11/21/2017 | 1769 | RESPONSE to *the Court's November 9, 2017 Order* filed by VIVA Health Inc.. (Ezelle, Jay) (Entered: 11/21/2017) |
| 11/21/2017 | 1770 | MOTION Maintain Seal re 1733 SEALED MOTION *Third Party Provider Cahaba Medical Care's Motion to Maintain Seal on Defendant Blue Cross Blue Shield of Michigan's Motion to Compel the Production of Documents and Accompanying Exhibits* by Cahaba Medical Care. (Brown, W) (Entered: 11/21/2017) |
| 11/21/2017 | 1771 | NOTICE by Plaintiffs' Counsel *Notice of Joinder in Motion to Unseal Transcript of November 13, 2017 Conference* (Hellums, Christopher) (Entered: 11/21/2017) |
| 11/21/2017 | 1779 | ***Document Sealed **Defendant BCBS of Michigan's MOTION TO COMPEL Avantgarde Aviation Inc (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (KAM, ) Modified on 11/27/2017 (KAM, ). (Entered: 11/22/2017) |
| 11/22/2017 | 1772 | RESPONSE in Opposition re 1723 MOTION to Quash *Subpoenas to Alabama Department of Insurance*, 1762 MOTION for Protective Order filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 11/22/2017) |
| 11/22/2017 | 1773 | RESPONSE in Opposition re 1740 MOTION to Compel *Baycare Health System Inc.* filed by Baycare Health System, Inc.. (White, James) (Entered: 11/22/2017) |
| 11/22/2017 | 1774 | RESPONSE in Opposition re 1759 MOTION for Protective Order *Regarding Deposition of Michael Velezis* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Ragsdale, Barry) (Entered: 11/22/2017) |
| 11/22/2017 | 1775 | MOTION to Compel *Defendants' Structured Data Production* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 11/22/2017) |
| 11/22/2017 | 1776 | STATUS REPORT *Subscriber Plaintiffs' Report On Outstanding Non–Party Structured Data* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hellums, Christopher) (Entered: 11/22/2017) |
| 11/22/2017 | 1777 | MOTION to Seal *Motion of Non–Party to Maintain Seal, And For Other Relief* by Health Care Authority of the City of Huntsville. (Kelly, Jeffrey) (Entered: 11/22/2017) |
| 11/22/2017 | 1778 | RESPONSE to Motion re 1747 SEALED MOTION *TO COMPEL* filed by Health Care Authority of the City of Huntsville. (Kelly, Jeffrey) (Entered: 11/22/2017) |
| 11/22/2017 | 1780 | ***Document Sealed ** SUBSCRIBER PLAINTIFFS'** Exhibit A to Motion and Incorporated Memorandum to Compel Defendants' Structured Data Production 1775 (KAM, ) (Entered: 11/22/2017) |
| 11/22/2017 | 1781 | RESPONSE in Opposition re 1733 SEALED MOTION *Third Party Provider Cahaba Medical Care's Response in Opposition to Defendant Blue Cross Blue Shield of Michigan's Motion to Compel the Production of Documents (Redacted)* filed by Cahaba Medical Care. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Brown, W) (Entered: 11/22/2017) |

| 11/22/2017 | 1782 | RESPONSE to Motion re 1747 SEALED MOTION *Provider Plaintiffs' Response to Defendant Blue Cross Blue Shield of Michigan's Motion to Compel the Production of Documents From Huntsville Hospital* filed by Plaintiffs' Counsel. (Brown, W) (Entered: 11/22/2017) |
|---|---|---|
| 11/22/2017 | 1783 | STATUS REPORT *Plaintiffs' and Defendants' Joint Status Report on Post–December 1, 2017 Depositions* by Defendants' Counsel. filed by Defendants' Counsel (West, Kimberly) (Entered: 11/22/2017) |
| 11/22/2017 | 1786 | ***Document Sealed ** Third Party Provider Cahaba Medical Care's Response in Opposition to Defendant Blue Cross Blue Shield of Michigan's Motion to Compel Production of Documents (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (KAM) (Entered: 11/27/2017) |
| 11/24/2017 | 1784 | STATUS REPORT *Justifications to Maintain Seals on Certain Exhibits Contained in Provider Plaintiffs' Motion to Compel BCBSAL to Comply with its Rule 30(b)(6) Obligations* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 11/24/2017) |
| 11/24/2017 | 1785 | STATUS REPORT *Justifications to Maintain Redactions and Seals on Provider Plaintiffs' Motion to Compel BCBSAL to Produce Truven, Thompson Reuters, and Milliman Data and Accompanying Exhibits* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 11/24/2017) |
| 11/27/2017 | 1787 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from October 1, 2017 through October 31, 2017 in this matter as it relates to services rendered for both sides of the case, and totaling $14,000.00. Signed by Judge R David Proctor on 11/27/2017. (KAM) (Entered: 11/27/2017) |
| 11/27/2017 | 1788 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENTfor services rendered and expenses incurred from October 1, 2017 through October 31, 2017 in this matter relating solely to services provided to the Plaintiffs, and totaling $53,000.00. Signed by Judge R David Proctor on 11/27/2017. (KAM, ) (Entered: 11/27/2017) |
| 11/27/2017 | 1789 | TEXT ORDER re 1779 Defendant BCBS–MI's Motion to Compel Avantgarde Aviation, Inc. Any response to the motion is due no later than December 1, 2017, at 5:00 p.m. CST. A reply, if any, is due no later than December 6, 2017, at 12:00 p.m. CST. Signed by Magistrate Judge T Michael Putnam on November 27, 2017. (JTS) (Entered: 11/27/2017) |
| 11/27/2017 | 1790 | MOTION for Protective Order *Regarding the Deposition of Community Health Systems (Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Brown, W) (Entered: 11/27/2017) |
| 11/28/2017 | 1791 | Opposition to *Provider Plaintiffs' Motion to Compel BCBSAL to Produce Truven, Thompson Reuters, and Milliman Data* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Malatesta, John) (Entered: 11/28/2017) |
| 11/28/2017 | 1792 | REPLY to re 1681 *Motion to Compel Third Party AvMed, Inc.* filed by Defendants' Counsel. (Cottrell, Christa) (Entered: 11/28/2017) |
| 11/28/2017 | 1793 | |

|  |  | ***Document Sealed **BCBS of Alabama's Reply to Subscriber Plaintiffs' consolidated response regarding subpoenas to Alabama Department of Insurance (Attachments: # 1 Exhibit A) (KAM) (Entered: 11/28/2017) |
|---|---|---|
| 11/28/2017 | 1794 | MOTION to Withdraw as Attorney by Plaintiffs' Counsel. (Schreiber, J) (Entered: 11/28/2017) |
| 11/28/2017 | 1795 | SEALED MOTION ** Subscriber Plaintiffs' Supplemental Motion to Compel Blue Cross and Blue Shield of Alabama to produce Truven Data. (Attachments: # 1 Exhibit 1)(KAM) (Entered: 11/28/2017) |
| 11/28/2017 | 1796 | **TEXT ORDER** – This matter is before the court on (a) Subscriber Plaintiffs' Consolidated Response Regarding Subpoenas to Alabama Department of Insurance 1772 and (b) BCBS–AL's Reply to Subscriber Plaintiffs' Consolidated Response Regarding Subpoenas to Alabama Department of Insurance. 1793 In light of those filings 1772 1793 : (1) BCBS–AL's Motion to Quash Subpoenas to Alabama Department of Insurance 1723 and (2) the Alabama Department of Insurance's Motion to Quash Subpoenas or for Protective Order 1762 are MOOT. Signed by Judge R David Proctor on 11/28/2017. (KAM, ) (Entered: 11/28/2017) |
| 11/28/2017 | 1797 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney J. Allen Schreiber. 1794 The Motion 1794 is GRANTED. The Clerk of the Court is directed to terminate attorney Schreiber. Signed by Judge R David Proctor on 11/28/2017. (KAM, ) (Entered: 11/28/2017) |
| 11/29/2017 | 1798 | RESPONSE to Motion re 1765 MOTION to Unseal Document 1734 Transcript,,, *Provider Plaintiffs' Motion to Unseal Transcript of November 13, 2017 Conference* filed by Anthem, Inc.. (Kurtz, Glenn) (Entered: 11/29/2017) |
| 11/29/2017 | 1799 | REPLY Brief filed by Defendant Blue Cross Blue Shield Michigan re: 1773 Response in Opposition to Motion, 1740 MOTION to Compel *Baycare Health System Inc.* filed by Blue Cross Blue Shield Michigan. (Campbell, Andrew) (Entered: 11/29/2017) |
| 11/29/2017 | 1800 | RESPONSE to re 1765 *Plaintiffs' Motion to Unseal Transcript of November 13, 2017 Conference* filed by Defendants' Counsel. (Laytin, Daniel) (Entered: 11/29/2017) |
| 11/29/2017 | 1801 | RESPONSE in Opposition re 1775 MOTION to Compel *Defendants' Structured Data Production* filed by Anthem, Inc.. (Hoover, Craig) (Entered: 11/29/2017) |
| 11/29/2017 | 1802 | RESPONSE to Motion re 1775 MOTION to Compel *Defendants' Structured Data Production* filed by Defendants' Counsel. (Norman, Brian) (Entered: 11/29/2017) |
| 11/29/2017 | 1803 | RESPONSE in Opposition re 1775 MOTION to Compel *Defendants' Structured Data Production* filed by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield. (Clark, Anna) (Entered: 11/29/2017) |
| 11/29/2017 | 1804 | ***Document Sealed ** Blue Cross Blue Sheild of Michigan's REPLY in support of its Motion to Compel the production of documents from Non–Party Provider Cahaba Medical Care (KAM) (Entered: 11/29/2017) |
| 11/29/2017 | 1805 | ***Document Sealed **Blue Cross Blue Shield of Michigan's Reply in support of its Motion to Compel the production of certain documents from non–party provider Healthcare Authority of the City of Huntsville (KAM) (Entered: 11/29/2017) |

| 11/29/2017 | 1806 | NOTICE by Plaintiffs' Counsel re 1775 MOTION to Compel *Defendants' Structured Data Production by Subscriber Plaintiffs* (Ragsdale, Barry) (Entered: 11/29/2017) |
|---|---|---|
| 11/29/2017 | 1807 | RESPONSE in Opposition re 1742 MOTION for Extension of Time *to File a Rule 72 Objection, or Alternatively, to Treat Their Motion for Reconsideration as a Rule 72 Objection* filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Hellums, Christopher) (Entered: 11/29/2017) |
| 11/29/2017 | 1808 | Opposition to re 1790 *Provider Plaintiffs' Motion for a Protective Order Barring the Deposition of Community Health Systems* filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Sooy, Kathleen) (Entered: 11/29/2017) |
| 11/29/2017 | 1809 | ***Document Sealed ** Subscriber & Provider Plaintiffs' Opposition to Defendants' Rule 72 Objection to discovery order 76 (Attachments: # 1 Exhibit A) (KAM, ) (Entered: 11/29/2017) |
| 11/30/2017 | 1810 | SEALED MOTION **BCBS MICHIGAN's MOTION to Compel Subscriber Plaintiffs to supplement their responses to defendants' first set of discovery requests pursuant to Discovery Order No. 75 by Blue Cross Blue Shield Michigan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(KAM) (Entered: 11/30/2017) |
| 11/30/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Status Conference held on 11/30/2017 and Motion Hearing held on 11/30/2017: re 1681 , 1733 , 1740 , 1747 , 1775 , 1790 ; argument by counsel; status updates; hrg adj (Court Reporter Sabrina Lewis) (ASL) (Entered: 11/30/2017) |
| 11/30/2017 | 1811 | MOTION for Protective Order *Regarding Plaintiffs' Non−Party Subpoena to Peter Kilmartin* by Peter Kilmartin. (Attachments: # 1 Exhibit A)(Plant, Adam) (Entered: 11/30/2017) |
| 11/30/2017 | 1812 | TEXT ORDER re 1669 Subscribers' Status Report on Outstanding Structured Data, which was construed as a motion as to United and Viva by 1721 Order dated November 9, 2017. The issue is MOOT, per the discussions of the parties at the Discovery Status Conference held on November 30, 2017. Signed by Magistrate Judge T Michael Putnam on November 30, 2017. (JTS) (Entered: 11/30/2017) |
| 11/30/2017 | 1813 | DISCOVERY ORDER NO. 78 denying 1790 Motion for Protective Order ; The deposition of Community Health is ORDERED to proceed on December 6, 2017, as scheduled. Signed by Magistrate Judge T Michael Putnam on 11/30/2017. (KAM) (Entered: 11/30/2017) |
| 11/30/2017 | 1814 | REPLY to re 1765 *Provider Plaintiffs' Reply In Support of Their Motion to Unseal Transcript of November 13, 2017 Conference* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 11/30/2017) |
| 12/01/2017 | 1815 | ***Document Sealed **SUBSCRIBER PLAINTIFFS' Opposition to BCBS−MI's Motion to Compelo (Attachments: # 1 Exhibit A, # 2 Exhbit B, # 3 Exhibit C) (KAM, ) (Entered: 12/01/2017) |
| 12/01/2017 | 1816 | SEALED MOTION **SUBSCRIBER AND PROVIDER PLAINTIFFS' Motion Challenging Assertion of Privilege Over Documents Produced by Defendants Anthem, Inc and Capital Bluecross. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(KAM) (Entered: 12/01/2017) |

| 12/04/2017 | 1817 | **DISCOVERY ORDER No. 79**: re 1681 Motion to Compel Third Party AvMed, Inc.– The motion is **GRANTED** as set out within. Signed by Magistrate Judge T Michael Putnam on 12/4/17. (SAC ) Modified on 12/4/2017 (SAC ). (Entered: 12/04/2017) |
|---|---|---|
| 12/04/2017 | 1818 | RESPONSE in Support re 1741 MOTION for Reconsideration re 1667 Order *(Discovery Order No. 76)* filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: 12/04/2017) |
| 12/04/2017 | 1819 | JOINT PROTECTIVE ORDER: re 1811 Motion for Protective order is GRANTED as set out within. Signed by Magistrate Judge T Michael Putnam on 12/4/17. (SAC ) (Entered: 12/04/2017) |
| 12/04/2017 | 1820 | DISCOVERY ORDER No. 80: – DENYING 1676 Motion to Compel. Documents required to be produced pursuant to this Order shall be produced by December 20, 2017. Signed by Magistrate Judge T Michael Putnam on 12/4/17. (SAC ) (Entered: 12/04/2017) |
| 12/05/2017 | 1821 | **TEXT ORDER**–By agreement of the parties, BCBS–AL's Motion for Protective Order Regarding Deposition of Michael Velezis (Doc. # 1759) is **MOOT**.Signed by Judge R David Proctor on 12/5/2017. (KAM) (Entered: 12/05/2017) |
| 12/05/2017 | 1822 | ORDER pending before the court is 1816 SEALED MOTION Plaintiffs Motion Challenging Assertion of Privilege over Documents Produced by Defendants Anthem, Inc. and Capital Bluecross; any responses are due no later than Monday, December 11, 2017 at 5:00 p.m. CST; dfts may submit challenged documents for in camera review by email; any reply is due by Wednesday, December 13, 2017 at 12:00 p.m. CST; Motion is set for argument on 12/14/2017 03:00 PM during the weekly telephone conference before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on 12/5/2017. (KAM) (Entered: 12/05/2017) |
| 12/05/2017 | 1823 | ***Document Sealed **BCBS of ALABAMA Response to Subscriber Plaintiffs' Supplemental Motion to Compel Truven Data (Attachments: # 1 Exhibit A) (KAM) (Entered: 12/05/2017) |
| 12/05/2017 | 1824 | DISCOVERY ORDER NO. 81 granting 1747 Sealed Motion BCBS of Michigan's Motion to Compel the Production of certain documents from Non–Party Provider Healthcare Authority of the City of Huntsville; Huntsville is ORDERED to produce (1) redacted copies of its payer contracts from January 1, 2010, to December 31, 2015, containing exclusivity provisions sufficient to identify only the payer identity and the exclusivity provision contained in the contract and (2) documents from January 1, 2010, to December 31, 2015, sufficient to show the necessity for the exclusivity provisions but redacted to prevent disclosure of rates negotiated to acquire the exclusivity provisions.Defendant Blue Cross Blue Shield of Michigans Motion to Compel the Production of Documents from Non–Party Provider Cahaba Medical Care 1733 is GRANTED, and Cahaba is ORDERED to produce its Medicaid, Medicare, and commercial payer rates from January 1, 2008, to December 31, 2013 Signed by Magistrate Judge T Michael Putnam on 12/5/2017. (KAM) Modified on 12/6/2017 (KAM, ). (Entered: 12/05/2017) |
| 12/05/2017 | 1825 | STATUS REPORT *Subscriber Plaintiffs' Updated Report on Motion to Compel Defendants Blue Cross Blue Shield of Alabama to Produce Identifying Data* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Ragsdale, Barry) (Entered: 12/05/2017) |

| 12/05/2017 | 1826 | STATUS REPORT *Justifications to Maintain Seal on Exhibit 1 to Subcriber Plaintiffs' Supplemental Motion to Compel BCBSAL to Produce Truven Data* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 12/05/2017) |
|---|---|---|
| 12/06/2017 | 1827 | MOTION to Seal */Maintain Seal on Defendant Blue Cross Blue Shield of Michigan's Reply in Support of Motion to Compel the Production of Documents and Accompanying Exhibits* by Cahaba Medical Care. (Brown, W) (Entered: 12/06/2017) |
| 12/06/2017 | 1828 | ***Document Sealed **DEFENDANTS' Reply in support of its Motion to compel Avantgarde Aviation Inc (Attachments: # 1 EX 5) (KAM, ) (Entered: 12/06/2017) |
| 12/06/2017 | 1829 | STATUS REPORT *on Late Production of Documents by Defendants* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hellums, Christopher) (Entered: 12/06/2017) |
| 12/06/2017 | 1830 | DISCOVERY ORDER No 82 – granting in part and denying in part 1740 Motion to Compel non–party medical provider, Baycare Health System, Inc., to produce documents response to a subpoena served on it by defendants on December 1, 2016, as well as produce a Rule 30(b)(6) witness for deposition testimony as further set out in this order. Signed by Magistrate Judge T Michael Putnam on 12/6/2017. (KAM) (Entered: 12/06/2017) |
| 12/06/2017 | 1831 | DISCOVERY ORDER No 83 granting 1775 Subscriber Plaintiffs' Motion to Compel Defendants Structured Data Production, specifically as it relates to Anthem ; Anthem is directed to certify medical, pharmacy and capitation clams data truly does not exist and why search for this data is impractical and unnecessary; Search again for the missing total claims expense data for BCBS of GA and BCBS Healthcare Plan of Georgia Inc in accordance with the instructions set forth in this order. Signed by Judge R David Proctor on 12/6/2017. (KAM, ) (Entered: 12/06/2017) |
| 12/06/2017 | 1832 | STATUS REPORT *Justification to Maintain Redaction and Seal on Plaintiffs' Opposition to Defendants' Rule 72 Objection to Discovery Order 76 and Accompanying Exhibit* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 12/06/2017) |
| 12/07/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 12/7/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 12/07/2017) |
| 12/08/2017 | 1833 | Transcript of Proceedings held on November 30, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205) 278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/29/2017. Redacted Transcript Deadline set for 1/8/2018. Release of Transcript Restriction set for 3/8/2018. (MRR, ) (Entered: 12/08/2017) |

| 12/08/2017 | 1834 | Justifications for Keeping Sealed Plaintiffs' Motion Challenging Certain Clawback Requests of Inadvertently Produced Privileged Documents by Defendants' Counsel. filed by Defendants' Counsel (Donnell, Sarah) Modified on 12/11/2017 (JLC). (Entered: 12/08/2017) |
|---|---|---|
| 12/11/2017 | 1836 | ***Document Sealed **DEFENDANTS'** Opposition to plaintiffs' motion challenging assertion of privilege over document produced by defendant Anthem, Inc (KAM) (Entered: 12/12/2017) |
| 12/11/2017 | 1837 | ***Document Sealed **DEFENDANT Capital BlueCross's** RESPONSE to plaintiffs' motion challenging assertion of privilege (Attachments: # 1 Declaration) (KAM) (Entered: 12/12/2017) |
| 12/12/2017 | 1835 | **DISCOVERY ORDER No. 84** granting in part and denying in part 1779 Motion to compel; the motion is GRANTED insofar as Avantgarde is ORDERED to provide certification as to its discovery responses to BCBS–MIs August 21, 2017, discovery requests. Otherwise, the Motion is DENIED; Documents responsive to Categories 2 4, 6, and 7 simply are not relevant to the prioritized Alabama Action, and documents responsive to Category 5 already have been produced; The court further DENIES BCBS–MIs request for an additional deposition. Signed by Magistrate Judge T Michael Putnam on 12/12/20107. (KAM) (Entered: 12/12/2017) |
| 12/12/2017 | 1838 | Transcript of Proceedings held on 12/7/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 1/2/2018. Redacted Transcript Deadline set for 1/12/2018. Release of Transcript Restriction set for 3/12/2018. (Attachments: # 1 certification) (KAM, ) (Entered: 12/12/2017) |
| 12/12/2017 | 1839 | STATUS REPORT *Justifications to Maintain Seal on Its Response to Subscriber Plaintiffs' Supplemental Motion to Compel Truven Data and Accompanying Exhibit* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 12/12/2017) |
| 12/13/2017 | 1840 | ***Document Sealed **PLAINTIFFS'** Reply in support of Motion challenging assertion of privilege over documents produced by defendants Anthem, Inc and Capital Bluecross (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 part 1, # 3 Exhibit 2 part 2, # 4 Exhibit 2 part 3) (KAM) (Entered: 12/13/2017) |
| 12/13/2017 | 1841 | ***Document Sealed ***PLAINTIFFS'*** AMENDED Reply in support of Motion challenging assertion of privilege over documents produced by defendants Anthem, Inc and Capital BlueCross (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 Part 1, # 6 Exhibit 5 Part 2, # 7 Exhibit 5 Part 3) (KAM) (Entered: 12/13/2017) |
| 12/13/2017 | 1842 | Brief re 1832 Status Report, . (Stokes, Tammy) (Entered: 12/13/2017) |
| 12/14/2017 | 1843 | |

| | | |
|---|---|---|
| | | TEXT ORDER finding as moot 1751 and 1753 Providers' Motion to Compel BCBS−AL to Produce Truven, Thompson Reuters, and Milliman Data, per the agreement of the parties at the weekly telephone conference. Signed by Magistrate Judge T Michael Putnam on December 14, 2017. (JTS) (Entered: 12/14/2017) |
| 12/14/2017 | 1844 | TEXT ORDER finding as moot 1795 Subscribers' Supplemental Motion to Compel BCBS−AL to Produce Truven Data, per the agreement of parties at the weekly telephone conference. Signed by Magistrate Judge T Michael Putnam on December 14, 2017. (JTS) (Entered: 12/14/2017) |
| 12/14/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 12/14/2017. (Court Reporter Sabrina Lewis) (ASL) (Entered: 12/14/2017) |
| 12/15/2017 | 1845 | Transcript of Proceedings held on 12/7/2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 1/5/2018. Redacted Transcript Deadline set for 1/15/2018. Release of Transcript Restriction set for 3/15/2018. (Attachments: # 1 Certification) (KAM, ) (Entered: 12/15/2017) |
| 12/15/2017 | 1846 | RESPONSE to *Defendants' Seal Justifications* filed by Plaintiffs' Counsel. (Stokes, Tammy) (Entered: 12/15/2017) |
| 12/18/2017 | 1847 | STATUS REPORT *Defendants' Justifications for Keeping Sealed Opposition and Reply Briefs Regarding Plaintiffs' Motion Challenging Privilege Assertions* by Defendants' Counsel. filed by Defendants' Counsel (Donnell, Sarah) (Entered: 12/18/2017) |
| 12/18/2017 | 1848 | AMENDMENT TO DISCOVERY ORDER No. 76. Signed by Magistrate Judge T Michael Putnam on 12/18/2017. (KAM) (Entered: 12/18/2017) |
| 12/19/2017 | 1849 | ORDER re 1816 SEALED MOTION Challenging Assertion of Privilege over Documents Produced by Defendants Anthem, Inc. and Capital Bluecross. The Court hereby ORDERS the following documents set out herein to be produced by Anthem and BCBSA for in camera review. The defendants may submit the documents for in camera review either by hand delivery or by overnight mail directly to Chambers, marked "Confidential, In Camera" by December 27, 2017. Signed by Magistrate Judge T Michael Putnam on 12/19/2017. (JLC, ) (Entered: 12/19/2017) |
| 12/20/2017 | 1850 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on January 11, 2018, at 1:00 p.m. in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama, before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on December 20, 2017. (JTS) (Entered: 12/20/2017) |
| 12/21/2017 | 1851 | |

| | | Transcript of Proceedings held on December 14, 2017, before Judge T. Michael Putnam and Judge R. David Proctor. Court Reporter/Transcriber Sabrina Lewis, Telephone number (205) 278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 1/11/2018. Redacted Transcript Deadline set for 1/21/2018. Release of Transcript Restriction set for 3/21/2018. (MRR, ) (Entered: 12/21/2017) |
|---|---|---|
| 12/21/2017 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 12/21/2017. (Court Reporter Teresa Roberson) (ASL) (Entered: 12/21/2017) |
| 12/27/2017 | 1852 | ***Document Sealed ***BCBSA and ANTHEM's** Memorandum regarding their in camera submission of documents pursuant to the court's 12/19/2017 Order (KAM) (Entered: 12/28/2017) |
| 01/03/2018 | 1853 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 11/1/2017 through 11/30/2017 in this matter as it relates to services rendered for both sides of the case, and totaling $6,000.00. Signed by Judge R David Proctor on 1/3/2018. (KAM) (Entered: 01/03/2018) |
| 01/03/2018 | 1854 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 11/1/2017 through 11/30/2017 in this matter relating solely to services provided to the Plaintiffs, and totaling $51,000.00. Signed by Judge R David Proctor on 1/3/2018. (KAM) (Entered: 01/03/2018) |
| 01/04/2018 | 1855 | STATUS REPORT *BCBSA & Anthem's Justifications for Keeping Sealed Their In Camera Submission of Documents and Accompanying Memorandum* by Defendants' Counsel. filed by Defendants' Counsel (Donnell, Sarah) (Entered: 01/04/2018) |
| 01/09/2018 | 1856 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) to be held on January 11, 2018, at 1:00 p.m. hereby is CANCELLED. Signed by Magistrate Judge T Michael Putnam on January 9, 2018. (JTS) (Entered: 01/09/2018) |
| 01/11/2018 | 1857 | ORDER REGARDING CERTAIN DEADLINES – The following deadlines from the courts Third Amended Scheduling Order 1567 are **SUSPENDED**:The January 15, 2018 deadline for filing Class Certification Motions; The deadline for Daubert motions seeking to exclude class certification expert witnesses; and the April 3, 2018 deadline for filing Dispositive Motions; The court relieves the parties of these deadlines because they have asked the court for the opportunity to explore the possibility of a resolution of this matter; if the court is informed by the Special Master that this opportunity is no longer proving fruitful, the court will promptly issue its decision on the appropriate standard of review, and will set a hearing to discuss an aggressive schedule for the first phase of this case, including class certification motions, Daubert motions, and dispositive motions.DONE and ORDERED this January 11, 2018.Signed by Judge R David Proctor on 1/11/2018. |

| | | (KAM) (Entered: 01/11/2018) |
|---|---|---|
| 01/11/2018 | 1858 | ***Document Sealed ** PLAINTIFFS' Response to BCBSA and Anthem's Memorandum regarding their in camera submission of documents pursuant to the Court's 12/19/2017 Order (Attachments: # 1 Exhibit 1) Exhibit 220, # 2 Exhibit 2) Exhibit 221, # 3 Exhibit 3) Exhibit 222, # 4 Exhibit 4, # 5 Exhibit 5) Exhbit 44) (KAM) (Entered: 01/11/2018) |
| 01/12/2018 | 1859 | AMENDED ORDER REGARDING CERTAIN DEADLINES – The following deadlines from the courts Third Amended Scheduling Order 1567 are SUSPENDED:The January 15, 2018 deadline for filing Class Certification Motions; The January 31, 2018 deadline for Damages and Merits Expert Reports; The deadline for Daubert motions seeking to exclude class certification expert witnesses; and The April 3, 2018 deadline for filing Dispositive Motions; The court relieves the parties of these deadlines because they have asked the court for the opportunity to explore the possibility of a resolution of this matter. If the court is informed by the Special Master that this opportunity is no longer proving fruitful, the court will promptly issue its decision on the appropriate standard of review, and will set a hearing to discuss an aggressive schedule for the first phase of this case, including class certification motions, expert reports, Daubert motions, and dispositive motions. Signed by Judge R David Proctor on 1/12/2018. (KAM) (Entered: 01/12/2018) |
| 01/17/2018 | 1860 | ORDER Status Conference set for 1/25/2018 01:00 PM before Magistrate Judge T Michael Putnam. Per the request of the parties, during the January 25, 2018, In–Person Status Conference, the court will hear argument on a privilege dispute concerning production ordered by Discovery Order No. 80. Simultaneous briefing by the parties is to be completed no later than Monday, January 22, 2018, at 12:00 p.m. (Noon) CST. Signed by Magistrate Judge T Michael Putnam on 1/17/2018. (KAM) (Entered: 01/17/2018) |
| 01/18/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 1/18/2018. (Court Reporter Teresa Roberson) (ASL) (Entered: 01/18/2018) |
| 01/19/2018 | 1861 | STATUS REPORT *BCBSA and Anthem's Justifications for Keeping Sealed Plaintiffs' Response to BCBSA and Anthem's In Camera Submission of Documents and Accompanying Memorandum* by Defendants' Counsel. filed by Defendants' Counsel (Donnell, Sarah) (Entered: 01/19/2018) |
| 01/19/2018 | 1862 | Transcript of Proceedings held on 1/19/2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/9/2018. Redacted Transcript Deadline set for 2/19/2018. Release of Transcript Restriction set for 4/19/2018. (Attachments: # 1 Cert page) (KAM, ) (Entered: 01/19/2018) |

| | | |
|---|---|---|
| 01/22/2018 | 1863 | Brief *BCBSAL'S Memorandum Regarding Privileged Email Communications and Draft Refund Letters*. (Attachments: # 1 Exhibit A–F, # 2 Exhibit G)(Burkhalter, Carl) (Entered: 01/22/2018) |
| 01/22/2018 | 1864 | MOTION to Compel *Production of Filed Rate Discovery and Challenging Assertion of Privilege* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit Exhibit A (Filed Under Seal), # 2 Exhibit Exhibit B (Filed Under Seal)(Hellums, Christopher) (Entered: 01/22/2018) |
| 01/22/2018 | 1865 | SEALED MOTION **SUBSCRIBER AND PROVIDER PLAINTIFFS' Motion to Compel production of filed rate discovery and challenging assertion of privilege. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(KAM) (Entered: 01/22/2018) |
| 01/22/2018 | 1866 | TEXT ORDER finding as moot 1750 and 1752 Provider Plaintiffs' Motion to Compel BCBS–AL to Comply with its Rule 30(b)(6) Obligations, per the agreement of parties during the January 18, 2018, Weekly Telephone Conference. Signed by Magistrate Judge T Michael Putnam on January 22, 2018. (JTS) (Entered: 01/22/2018) |
| 01/23/2018 | 1867 | STATUS REPORT *to Judge Putnam Regarding Redaction and Privilege Issues Related to Depositions of Terry Kellogg and Robin Stone* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 01/23/2018) |
| 01/23/2018 | 1868 | ***Document Sealed **PLAINTIFFS' Status Report regarding redaction and privilege issues related to depositions of Terry Kellogg and Robin Stone (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (KAM) (Entered: 01/24/2018) |
| 01/24/2018 | 1869 | ORDER – SUPPLEMENT TO THE AMENDMENT TO DISCOVERY ORDER NO. 76 – Protocol for Privilege Reports and Recommendations; Judge Harwood shall file the Report and Recommendations onto the docket via the Electronic Case Filing system. To the extent a R&R quotes or refers in great detail to privileged material, Judge Harwood shall redact such material and file a redacted version of the RR Judge Harwood shall physically deliver a copy of the unredacted Report and Recommendation on a USB flash drive or other medium to Judge Cooglers courtroom deputy or career law clerk at the Tuscaloosa Federal Building and Courthouse, located at 2005 University Boulevard, Tuscaloosa, Alabama 35401; The name of the.PDF version of the unredacted R&R shall contain the document number of the filed redacted Report and Recommendation; The unredacted R&R will then be entered as a sealed attachment to the redacted R&R that only court personnel will be able to access; Contemporaneously with filing the redacted R&R, Judge Harwood shall securely transmit the unredacted R&R to the interested Blue Cross Blue Shield (BCBS) entity whose privileged matter is the subject of the RR Any objections to the R&R and responses to said objections shall be filed in accordance with the Amendment to Discovery Order No. 76 1848 ; All other deadlines announced in the Amendment to Discovery Order No. 76 remain operative; to the extent the BCBS entities have not done so already, the BCBS entities are DIRECTED to individually (or by group if represented by the same counsel) contact Judge Harwood teams with information detailing how Judge Harwood should securely transmit the unredacted Report and Recommendation to each interested BCBS entity. Signed by Magistrate Judge T Michael Putnam on 1/24/2018. (KAM) (Entered: 01/24/2018) |

| 01/25/2018 | 1870 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER.* (Harwood, R) (Entered: 01/25/2018) |
|---|---|---|
| 01/25/2018 | 1871 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF WYOMING.* (Harwood, R) (Additional attachment(s) added on 1/25/2018: # 1 Exhibit Unredacted Copy) (PSM, ). (Additional attachment(s) added on 1/31/2018: # 2 redacted order) (KAM, ). (Entered: 01/25/2018) |
| 01/25/2018 | 1872 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF SOUTH CAROLINA.* (Harwood, R) (Entered: 01/25/2018) |
| 01/25/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 1/25/2018; argument by counsel re MOTION doc 1864 ; hrg adj (Court Reporter Teresa Roberson) (ASL) (Entered: 01/25/2018) |
| 01/26/2018 | 1873 | ORDER 1868 Plaintiffs Status Report to Judge Putnam Regarding Redaction and Privilege Issues Related to Depositions of Terry Kellogg and Robin Stone is construed as a motion and set for hearing; Motion Hearing set for 2/6/2018 11:00 AM before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on 1/26/2018. (KAM) (Entered: 01/26/2018) |
| 01/26/2018 | 1874 | Transcript of Proceedings held on 1/25/2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/16/2018. Redacted Transcript Deadline set for 2/26/2018. Release of Transcript Restriction set for 4/26/2018. (Attachments: # 1 Certification) (KAM, ) (Entered: 01/26/2018) |
| 01/26/2018 | 1875 | TEXT ORDER re 1873 Order dated January 26, 2018. The Motion Hearing previously set for February 6, 2018, by the Order dated January 26, 2018, is RESET for February 20, 2018, at 1:00 p.m. in Courtroom 3B, Hugo L Black US Courthouse, Birmingham, AL before Judge T Michael Putnam. Court reporter to be present. Signed by Magistrate Judge T Michael Putnam on January 26, 2018. (JTS) (Entered: 01/26/2018) |
| 01/29/2018 | 1876 | TEXT ORDER amending 1873 Order dated January 26, 2018. Responses are due no later than February 8, 2015, and replies, if any, are due no later than February 15, 2018. All other issue limitations set forth in the Order dated January 26, 2018, remain in effect. Signed by Magistrate Judge T Michael Putnam on January 29, 2018. (JTS) (Entered: 01/29/2018) |
| 01/29/2018 | 1877 | DISCOVERY ORDER No. 85 – denying 1864 Motion to Compel Production of Filed Rate Discovery and Challenging Assertion of Privilege. Signed by Magistrate Judge Michael T. Putnam on 1/29/2018. (KAM) Modified on 1/30/2018 (KAM, ). (Entered: 01/29/2018) |

| 01/29/2018 | 1878 | ORDER DENYING 1741 MOTION for Reconsideration and OVERRULING the Objections. Signed by Judge R David Proctor on 1/29/2018. (JLC) (Entered: 01/29/2018) |
|---|---|---|
| 01/29/2018 | 1879 | STATUS REPORT *Justification to Maintain Seal on Exhibit B to Plaintiffs' Motion to Compel Production of Filed Rate Discovery and Challenging Assertion of Privilege* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 01/29/2018) |
| 01/30/2018 | 1880 | ***Document Sealed **SUBSCRIBER PLAINTIFFS'** MOTION to de−designate non−privileged financial reserve documents appearing on privilege logs (Attachments: # 1 Exhibit A) (KAM) (Entered: 01/30/2018) |
| 01/30/2018 | 1881 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT TRIPLE−S SALUD.* (Harwood, R) (Additional attachment(s) added on 1/30/2018: # 1 Exhibit Unredacted R&R 1881) (PSM, ). (Entered: 01/30/2018) |
| 01/30/2018 | 1882 | ORDER Status Conference set for 2/22/2018 01:00 PM before Magistrate Judge T Michael Putnam; Motions 1868 plaintiffs' construed motion to reopen depositions and and 1880 subscriber plaintiffs' motion to de−designate non−privileged financial reserve documents will be heard at the status conference; deadlines regarding submissions with regard to these motions shall remain in effect. Signed by Magistrate Judge T Michael Putnam on 1/30/2018. (KAM) (Entered: 01/30/2018) |
| 01/30/2018 | 1883 | STATUS REPORT *Regarding Subscriber Plaintiffs' Amended Responses to BCBSM's First Set of Discovery Requests, BCBSM's Motion to Compel, and Discovery Order 75* by Blue Cross Blue Shield Michigan. filed by Blue Cross Blue Shield Michigan (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Campbell, Andrew) (Entered: 01/30/2018) |
| 01/31/2018 | 1884 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD ASSOCIATION.* (Harwood, R) (Additional attachment(s) added on 1/31/2018: # 1 Exhibit Unredacted 1884) (PSM, ). (Entered: 01/31/2018) |
| 01/31/2018 | 1885 | ORDER re 1871 RR The parties are ORDERED to PERMANENTLY DELETE, DESTROY, and PURGE any and all electronic copies of Document 1871. Additionally, the parties are ORDERED NOT to examine, alter, or manipulate the redactions within the downloaded version of the original docket entry. The court has corrected the redaction method to prevent any issues with future Reports and Recommendations going forward. Signed by Magistrate Judge T Michael Putnam on 1/31/2018. (KAM) (Entered: 01/31/2018) |
| 01/31/2018 | 1886 | STATUS REPORT *in Response to BCBS−MI Status Report Regarding Subscriber Plaintiffs' Amended Responses to BCBS−MI's First Set of Discovery Requests* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hellums, Christopher) (Entered: 01/31/2018) |
| 02/01/2018 | 1887 | NOTICE of Appearance by Alicia L Shelton on behalf of Plaintiffs' Counsel (Shelton, Alicia) (Entered: 02/01/2018) |
| 02/01/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 2/1/2018. (Court Reporter Teresa Roberson) (ASL) (Entered: 02/01/2018) |

| 02/01/2018 | 1888 | ***Document Sealed ** BlueCross BlueShield of South Carolina and Blue Cross Blue Shield Association's OBJECTION to the 1/25/2018 Report & Recommendation of Special Master (KAM) (Entered: 02/01/2018) |
|---|---|---|
| 02/01/2018 | 1889 | RESPONSE to re 1871 , 1872 *Plaintiffs' Objections to Special Master's Reports and Recommendations on BCBS–WY and BCBS–SC Privilege Log Samples* filed by Plaintiffs' Counsel. (Cooper, Charles) (Entered: 02/01/2018) |
| 02/01/2018 | 1890 | ***Document Sealed **BCBS of WYOMING** OBJECTION TO 1871 Special Master Report and Recommendation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (KAM) (Entered: 02/02/2018) |
| 02/05/2018 | 1891 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF RHODE ISLAND*. (Harwood, R) (Entered: 02/05/2018) |
| 02/05/2018 | 1892 | ***Document Sealed **PLAINTIFFS'** Response to Objections of BCBSSC, BCBSA and BCBS–WY to the 1/25/2018 REPORTS & RECOMMENATIONS of the Special Master (KAM) (Entered: 02/05/2018) |
| 02/05/2018 | 1893 | ***Document Sealed **BCBS of South Carolina's RESPONSE to plaintiffs' objection to 1/25/2018 Report and Recommendation of the Special Master (KAM) (Entered: 02/05/2018) |
| 02/05/2018 | 1894 | STATUS REPORT by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Stokes, Tammy) (Entered: 02/05/2018) |
| 02/05/2018 | 1895 | ***Document Sealed **BCBS of WYOMING Response to Plaintiff's Objection to the Special Master Report and Recommendation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C part 1, # 4 Exhibit C part 2, # 5 Exhibit C part 3, # 6 Exhibit C part 4) (KAM) (Entered: 02/06/2018) |
| 02/06/2018 | 1896 | ***Document Sealed **PLAINTIFFS"** Objections to Special Master's Report and Recommendation on Triple–S Salud Privilege Log Samples (Attachments: # 1 Exhibit A) (KAM) (Entered: 02/06/2018) |
| 02/06/2018 | 1897 | RESPONSE to re 1881 *Triple–S' Objection to Special Master's Report & Recommendation* filed by Triple–S Salud, Inc.. (Cohen, Lucile) (Entered: 02/06/2018) |
| 02/06/2018 | 1898 | RESPONSE to re 1870 *Defendants' Objection & Request for Clarification to Special Privilege Master Report & Recommendation on Common Interest Doctrine* filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: 02/06/2018) |
| 02/07/2018 | 1899 | DISCOVERY ORDER NO. 86 – granting in part and denying in part 1810 Sealed Motion – Defendant Blue Cross Blue Shield of Michigans Motion to Compel Subscriber Plaintiffs to Supplement their Responses to Defendants First Set of Discovery Requests Pursuant to Discovery Order No. 75.Signed by Magistrate Judge T Michael Putnam on 2/7/2018. (KAM) (Entered: 02/07/2018) |
| 02/07/2018 | 1900 | ***Document Sealed **PLAINTIFFS' Objections to Special Master's Report and Recommendation 1884 on BCBSA Privilege Log Samples (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 02/07/2018) |
| 02/07/2018 | 1901 | ***Document Sealed **BLUE CROSS BLUE SHIELD ASSOCIATIONS' Objection to 1/31/2018 Report and Recommendation of the Special Master (KAM) |

|  |  | (Entered: 02/07/2018) |
|---|---|---|
| 02/07/2018 | 1902 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINAS SAMPLE DOCUMENTS. Signed by Judge R David Proctor on 2/7/2018. (KAM) (Entered: 02/07/2018) |
| 02/07/2018 | 1903 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF WYOMINGS SAMPLE DOCUMENTS. Signed by Judge R David Proctor on 2/7/2018. (KAM) (Entered: 02/07/2018) |
| 02/08/2018 | 1904 | NOTICE of Appearance by Elizabeth Pollock–Avery on behalf of Plaintiffs' Counsel (Pollock–Avery, Elizabeth) (Entered: 02/08/2018) |
| 02/08/2018 | 1905 | ORDER UNSEALING CERTAIN DOCUMENTS – pursuant to the Seal Team's 2/6/2018 report regarding sealed exhibits to the parties' Standard of Review briefing; the Clerk is directed to unseal certain documents and/or exhibits as further set out in this order. Signed by Judge R David Proctor on 2/8/2018. (KAM) (Entered: 02/08/2018) |
| 02/08/2018 | 1906 | Opposition to *Plaintiffs' Motion to Reopen Depositions* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 02/08/2018) |
| 02/09/2018 | 1907 | ***Document Sealed **Blue Cross Blue Shield of Alabama's OPPOSITION to Plaintiffs' Motion to Reopen Depositions (Attachments: # 1 Exhibit A) (KAM) (Entered: 02/09/2018) |
| 02/09/2018 | 1908 | ORDER REGARDING DEFENDANTS OBJECTION AND REQUST FOR CLARIFICATION REGARDING COMMON INTEREST DOCTRINE – for the reasons set forth in this order, 1898 Defendants' objection is OVERRULED and their Request for clarification is DENIED without prejudice. Signed by Judge R David Proctor on 2/9/2018. (KAM) (Entered: 02/09/2018) |
| 02/09/2018 | 1909 | ***Document Sealed ** Triple–S Salud's Response to Plaintiffs' objection to January 30,2018 Report and Recommendation of the Special Master (KAM) (Entered: 02/09/2018) |
| 02/09/2018 | 1910 | Consent MOTION for Extension of Time to File Response/Reply as to 1880 Document Sealed by Anthem, Inc.. (Cohen, Lucile) (Entered: 02/09/2018) |
| 02/12/2018 | 1911 | TEXT ORDER granting 1910 Anthem's Motion for Extension of Time to File Response. Anthem's response is due no later than February 15, 2018. A reply, if any, is due no later than February 21, 2018, at 12:00 p.m. CST. Signed by Magistrate Judge T Michael Putnam on February 12, 2018. (JTS) (Entered: 02/12/2018) |
| 02/12/2018 | 1912 | ***Document Sealed ** Blue Cross Blue Shield Association's Response to Plaintiffs' Objection to January 31, 2018 Report & Recommendation of Special Master (KAM) (Entered: 02/12/2018) |
| 02/12/2018 | 1913 | ***Document Sealed **SUBSCRIBER PLAINTIFFS' Rule 72 Objections to Discovery Order No. 85 (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 02/12/2018) |
| 02/12/2018 | 1914 | ***Document Sealed ** PLAINTIFFS' Response to Blue Cross Blue Shield Association's Objection to January 31, 2018 Report and Recommendation of Special |

| | | Master (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (KAM) (Entered: 02/12/2018) |
|---|---|---|
| 02/12/2018 | 1915 | ***Document Sealed – **Blue Cross & Blue Shield of Rhode Island's OBJECTION to February 5, 2018 Report & Recommendation of the Special Master (KAM) (Entered: 02/13/2018) |
| 02/13/2018 | 1916 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF TRIPLE–S SALUDS SAMPLE DOCUMENTS re 1896 Document Sealed Objections and 1897 Response (other) filed by Triple–S Salud, Inc; **Objection overruled. Ruling: privilege claim upheld**. Signed by Judge R David Proctor on 2/13/2018. (KAM) (Entered: 02/13/2018) |
| 02/14/2018 | 1917 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD ASSOCIATIONS SAMPLE DOCUMENTS 1900 and 1901 . Signed by Judge R David Proctor on 2/14/2018. (KAM) (Entered: 02/14/2018) |
| 02/14/2018 | 1918 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment of services rendered and expenses incurred from 12/1/2017 through 12/31/2017 in this matter relating solely to services provided to the Plaintiffs and totaling $46,500.00. Signed by Judge R David Proctor on 2/14/2018. (KAM) (Entered: 02/14/2018) |
| 02/14/2018 | 1919 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 12/1/2017 through 12/31/2017 in this matter as it relates to services rendered for both sides of the case, and totaling $5,500.00. Signed by Judge R David Proctor on 2/14/2018. (KAM) (Entered: 02/14/2018) |
| 02/14/2018 | 1920 | MOTION to Withdraw *Motion to De–Designate Non–Privileged Financial Reserve Documents Appearing on Privilege Logs As to Anthem* by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 02/14/2018) |
| 02/15/2018 | 1921 | TEXT ORDER granting 1920 Motion to Withdraw. The Motion to De–Designate Non–Privileged Financial Reserve Documents Appearing on Privilege Logs 1880 is deemed WITHDRAWN. Signed by Magistrate Judge T Michael Putnam on February 15, 2018. (JTS) (Entered: 02/15/2018) |
| 02/15/2018 | 1922 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF RHODE ISLANDS SAMPLE DOCUMENTS; This matter is before the court on Blue Cross and Blue Shield of Rhode Islands Objection to the February 5, 2018 Report and Recommendation of Special Master. (Doc. # 1915). At issue is only one document, document 221331.1 The Privilege Special Master determined that with regard to Document 221331, the claimed privilege was unsubstantiated (Doc. # 1891), and BCBS–RI objects to that determination 1915 ; Objection sustained. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 2/15/2018. (KAM) (Entered: 02/15/2018) |
| 02/15/2018 | 1923 | REPLY to re 1906 , 1868 , 1873 *Plaintiffs' Reply In Support of Their Construed Motion to Reopen the Depositions of Terry Kellogg and Robin Stone* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 02/15/2018) |
| 02/15/2018 | 1924 | STATUS REPORT *on Behalf of Plaintiffs and Defendants on Sampling Process* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) |

| | | |
|---|---|---|
| | | (Entered: 02/15/2018) |
| 02/16/2018 | 1925 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF MINNESOTA*. (Harwood, R) (Additional attachment(s) added on 2/16/2018: # 1 Exhibit Unredacted) (PSM, ). (Entered: 02/16/2018) |
| 02/16/2018 | 1926 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF MISSISSIPPI*. (Harwood, R) (Additional attachment(s) added on 2/16/2018: # 1 Exhibit Unredacted) (PSM, ). (Entered: 02/16/2018) |
| 02/16/2018 | 1927 | MOTION for Sanctions *Plaintiffs' Motion to Reopen Depositions of Steven Ostlund and Michael Velezis and Motion for Sanctions (Redacted)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 02/16/2018) |
| 02/16/2018 | 1928 | ORDER Setting Hearing on Motion 1927 MOTION for Sanctions *Plaintiffs' Motion to Reopen Depositions of Steven Ostlund and Michael Velezis and Motion for Sanctions (Redacted)* : Motion Hearing set for 3/8/2018 01:00 PM before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T. Michael Putnam on 2/16/2018. (KAM) Modified on 2/16/2018 (KAM, ). (Entered: 02/16/2018) |
| 02/16/2018 | 1929 | SEALED MOTION **PLAINTIFFS" Motion to Reopen the depositions of Steven Ostlund and Michael Velezis and MOTION for Sanctions. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(KAM) (Entered: 02/16/2018) |
| 02/19/2018 | 1930 | MOTION for Protective Order *Regarding Ostlund Deposition and Request for Permission to File Out of Time* by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Burkhalter, Carl) (Entered: 02/19/2018) |
| 02/20/2018 | 1931 | SEALED MOTION for limited Protective Odder regarding Ostlund deposition and request for permission to file out of time by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit B)(KAM) (Entered: 02/20/2018) |
| 02/20/2018 | 1932 | TEXT ORDER re 1930 and 1931 Motion for Limited Protective Order Regarding Ostlund Deposition and Request for Permission to File Out of Time. Any response to the motion is due no later than February 27, 2018, at 12:00 p.m. CST. A reply, if any, is due no later than March 6, 2018, at 12:00 p.m. CST. Argument is set for March 8, 2018. Signed by Magistrate Judge T Michael Putnam on February 20, 2018. (JTS) (Entered: 02/20/2018) |
| 02/20/2018 | 1933 | ORDER UNSEALING CERTAIN DOCUMENTS – in light of the Seal Team's February 20, 2018 Report, the Clerk is directed to unseal documents and/or exhibits as set out in this order. Signed by Judge R David Proctor on 2/20/2018. (KAM) (Entered: 02/20/2018) |
| 02/21/2018 | 1934 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS AND BLUE SHIELD OF LOUISIANA*. (Harwood, R) (Entered: 02/21/2018) |
| 02/21/2018 | 1935 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF ALABAMA*. (Harwood, R) (Additional attachment(s) added on 2/21/2018: # 1 Supplement Unredacted Brief) (PSM, ). (Entered: 02/21/2018) |
| 02/21/2018 | 1936 | |

| | | |
|---|---|---|
| | | NOTICE by Plaintiffs' Liaison Counsel re 1924 Status Report *of [Proposed] Order Regarding Briefing of Disputes under Discovery Order No. 76 on behalf of Plaintiffs and Defendants* (Ragsdale, Barry) (Entered: 02/21/2018) |
| 02/22/2018 | 1937 | NOTICE of Change of Address by Garrett D Blanchfield (Blanchfield, Garrett) (Entered: 02/22/2018) |
| 02/22/2018 | 1938 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 1/1/2018 through 1/31/2018 in this matter relating solely to services provided to the plaintiffs and totaling $65,000.00. Signed by Judge R David Proctor on 2/22/2018. (KAM) (Entered: 02/22/2018) |
| 02/22/2018 | 1939 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 1/1/2018 through 1/31/2018 in this matter as it relates to services rendered for both sides of the case, and totaling $4,500.00. Signed by Judge R David Proctor on 2/22/2018. (KAM) (Entered: 02/22/2018) |
| 02/22/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Status Conference and Motion Hearing held on 2/22/2018; re 1868 ; argument by counsel; court's remarks; taken under submission; hrg adj. (Court Reporter Lindy Fuller) (ASL) (Entered: 02/22/2018) |
| 02/23/2018 | 1940 | NOTICE by Plaintiffs' Counsel re 1350 SEALED MOTION, 1431 Document Sealed,,,,,,,,,,, *of Filing Redacted Exhibits for Docket Numbers 1350–25 and 1431–16* (Attachments: # 1 Exhibit 24, # 2 Exhibit 39)(Quillen, Henry) (Entered: 02/23/2018) |
| 02/23/2018 | 1941 | SECOND AMENDMENT TO DISCOVERY ORDER No. 76. Signed by Magistrate Judge T Michael Putnam on 2/23/2018. (JLC) (Entered: 02/23/2018) |
| 02/23/2018 | 1942 | Opposition to *Motion to Reopen Depositions and for Sanctions* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 02/23/2018) |
| 02/23/2018 | 1943 | ***Document Sealed– Plaintiff's Objections to Special Master's Report and Recommendation on BCBS–MS and BCBS–MN Privilege Log Samples. (Attachments: # 1 Exhibit 1) (SAC ) (Entered: 02/23/2018) |
| 02/26/2018 | 1944 | Transcript of Proceedings held on 2/22/18, before Judge T. Michael Putnam. Court Reporter/Transcriber Lindy Fuller, Telephone number (205) 278–2062. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 3/19/2018. Redacted Transcript Deadline set for 3/29/2018. Release of Transcript Restriction set for 5/27/2018. (MRR, ) (Entered: 02/26/2018) |
| 02/26/2018 | 1945 | ***Document Sealed– BCBSAL'S OPPOSITION TO MOTION TO REOPEN DEPOSITIONS AND FOR SANCTIONS. (SAC ) (Entered: 02/26/2018) |

| | | |
|---|---|---|
| 02/26/2018 | 1946 | ***Document Sealed– Blue Cross and Blue Shield of Minnesota's Response to Plaintiff's Objection to February 16, 2018 Report & Recommendation of the Special Master. (SAC ) (Entered: 02/26/2018) |
| 02/26/2018 | 1947 | RESPONSE to *Plaintiffs' Objection to February 16 Report & Recommendation regarding Sample Documents from Blue Cross & Blue Shield of Mississippi* filed by Defendants' Counsel. (Cohen, Lucile) (Entered: 02/26/2018) |
| 02/26/2018 | 1948 | RESPONSE to *Subscriber Plaintiffs' Rule 72 Objections to Discovery Order No. 85* filed by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 02/26/2018) |
| 02/27/2018 | 1949 | ***Document Sealed ***Blue Cross and Blue Shield of Alabama's Response to Subscriber Plaintiffs' Rule 72 Objections to Discovery Order No. 85 (KAM) (Entered: 02/27/2018) |
| 02/27/2018 | 1950 | ***Document Sealed **Plaintiff's RESPONSE in OPPOSITION to Blue Cross and Blue Shield of Alabama's Motion for limited protective order regarding Ostlund deposition (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (KAM) (Entered: 02/27/2018) |
| 02/27/2018 | 1951 | RESPONSE in Opposition re 1930 MOTION for Protective Order *Regarding Ostlund Deposition and Request for Permission to File Out of Time (Redacted)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Whatley, Joe) (Entered: 02/27/2018) |
| 02/27/2018 | 1952 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS AND BLUE SHIELD OF FLORIDA*. (Harwood, R) (Entered: 02/27/2018) |
| 02/27/2018 | 1953 | NOTICE by Plaintiffs' Counsel re 1350 SEALED MOTION *of Filing Redacted Exhibit A* (Attachments: # 1 Exhibit A – Redacted)(Quillen, Henry) (Entered: 02/27/2018) |
| 02/28/2018 | 1954 | ***Document Sealed** Plaintiffs' OBJECTIONS to Special Master's Report and Recommendation on BCBS–LA and BCBS–AL Privilege Log Samples (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 02/28/2018) |
| 02/28/2018 | 1955 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF MINNESOTAS AND BLUE CROSS AND BLUE SHIELD OF MISSISSIPPIS SAMPLE DOCUMENTS – Document BCBS–MN–00117617 – Objection sustained. Ruling: Privilege claim unsubstantiated; Document BCBS–MN–00119008 – Objection overruled. Ruling: Privilege claim upheld; Document BCBS–MN–00385736 – Objection overruled. Ruling: Privilege claim upheld; Document BCBS–MN–00159348 – Objection overruled. Ruling: Privilege claim upheld; Document BCBSMS0144405 – Objection overruled. Ruling: Privilege claim upheld; Document BCBSMS0157015 – Objection overruled. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 2/28/2018. (KAM) (Entered: 02/28/2018) |
| 02/28/2018 | 1956 | STATUS REPORT *on Redacted Documents* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Malatesta, John) (Entered: 02/28/2018) |
| 03/02/2018 | 1957 | ***Document Sealed **PLAINTIFFS' Reply in Support of Motion to Sanction BCBS of Alabama (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) |

285

| | | |
|---|---|---|
| | | (KAM) (Entered: 03/02/2018) |
| 03/02/2018 | 1958 | REPLY to re 1929 *Plaintiffs' Reply In Support of Motion to Sanction Blue Cross and Blue Shield of Alabama (Redacted)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Whatley, Joe) (Entered: 03/02/2018) |
| 03/05/2018 | 1959 | STATUS REPORT *Certification Regarding BCBS of Michigan's Cumulative Privilege Log Pursuant to Second Amendment to Discovery Order No. 76* by Blue Cross Blue Shield Michigan. filed by Blue Cross Blue Shield Michigan (Campbell, Andrew) (Entered: 03/05/2018) |
| 03/05/2018 | 1960 | NOTICE by Defendants' Counsel *Certification Pursuant To Second Amendment to Discovery Order No. 76 On Behalf Of Independence Hospital Indemnity Plan, Inc.* (Oppenheimer, Brooke) (Entered: 03/05/2018) |
| 03/05/2018 | 1961 | SEALED MOTION ** Plaintiffs' MOTION to amend order appointing Privilege Master, ECF No. 1763. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(KAM) (Entered: 03/05/2018) |
| 03/05/2018 | 1962 | NOTICE by USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield *Certification Pursuant to Discovery Order 76* (Benny, Erik) (Entered: 03/05/2018) |
| 03/05/2018 | 1963 | ***Document Sealed **DEFENDANT BCBS of Louisiana's RESPONSE to Plaintiffs' Objection to 2/21/2018 REPORT & RECOMMENDATION of the Special Master (KAM) (Entered: 03/05/2018) |
| 03/05/2018 | 1964 | NOTICE by Defendants' Counsel *Certification Regarding Blue Cross Blue Shield Association's Cumulative Privilege Logs Pursuant to Second Amendment to Discovery Order No. 76* (Donnell, Sarah) (Entered: 03/05/2018) |
| 03/05/2018 | 1965 | ORDER REGARDING SUBSCRIBER PLAINTIFFS RULE 72 OBJECTIONS TO DISCOVERY ORDER NO. 85 – Subscriber Plaintiffs Rule 72 Objections to Discovery Order No. 85 (Doc. # 1913) are OVERRULED. Signed by Judge R David Proctor on 3/5/2018. (KAM) (Entered: 03/05/2018) |
| 03/05/2018 | 1966 | NOTICE by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield *Certification Pursuant to Discovery Order 76* (Clark, Anna) (Entered: 03/05/2018) |
| 03/05/2018 | 1967 | NOTICE by Defendants' Counsel *Certification Pursuant To Second Amendment To Discovery Order No. 76 On Behalf Of Capital BlueCross* (Spotswood, Robert) (Entered: 03/05/2018) |
| 03/05/2018 | 1968 | NOTICE by Premera Blue Cross *Certification Regarding Premera's Cumulative Privilege Log Pursuant to Second Amendment to Discover Order No. 76* (Payton, Gwendolyn) (Entered: 03/05/2018) |
| 03/05/2018 | 1969 | NOTICE by Blue Shield of California *Certification of Blue Shield of California's Cumulative Privilege Log Pursuant to the Second Amendment to Discovery Order No. 76* (Fronk, Casey) (Entered: 03/05/2018) |
| 03/05/2018 | 1970 | NOTICE by Highmark Inc. *Certification Regarding Highmark Cumulative Privilege Log Pursuant to Second Amendment to Discovery Order No. 76* (Zolner, Erica) (Entered: 03/05/2018) |
| 03/05/2018 | 1971 | NOTICE by Defendants' Counsel *Certification of CareFirst, Inc.'s, Group Hospitalization and Medical Services, Inc.'s, CareFirst of Maryland, Inc.'s, and* |

| | | |
|---|---|---|
| | | *CareFirst BlueChoice, Inc.'s Privilege Logs in Response to Second Amendment to Discovery Order No. 76* (Norman, Brian) (Entered: 03/05/2018) |
| 03/05/2018 | 1972 | NOTICE by Anthem, Inc. re 1667 Order *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF ANTHEM, INC.* (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1973 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUE CROSS BLUE SHIELD OF FLORIDA* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1974 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUE CROSS AND BLUE SHIELD OF LOUISIANA* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1975 | NOTICE by Blue Cross and Blue Shield of Alabama – *Certification Pursuant to Second Amendment to Discovery Order No. 76* (Malatesta, John) (Entered: 03/05/2018) |
| 03/05/2018 | 1976 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUE CROSS BLUE SHIELD OF MASSACHUSETTS* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1977 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUE CROSS AND BLUE SHIELD OF MINNESOTA* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1978 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUE CROSS & BLUE SHIELD OF MISSISSIPPI* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1979 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUECROSS BLUESHIELD OF NORTH CAROLINA* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1980 | NOTICE by Defendants' Counsel *of Blue Cross Blue Shield of Arizona's Certification Pursuant to Second Amendment to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 03/05/2018) |
| 03/05/2018 | 1981 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUE CROSS & BLUE SHIELD OF RHODE ISLAND* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1982 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUECROSS BLUESHIELD OF SOUTH CAROLINA* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1983 | |

287

| | | |
|---|---|---|
| | | NOTICE by Defendants' Counsel *of Blue Cross and Blue Shield of Kansas, Inc.s Certification Pursuant to Second Amendment to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 03/05/2018) |
| 03/05/2018 | 1984 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUECROSS BLUESHIELD OF TENNESSEE* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1985 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF BLUE CROSS AND BLUE SHIELD OF VERMONT* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1986 | NOTICE by Defendants' Counsel *of Blue Cross and Blue Shield of Kansas City's Certification Pursuant to Second Amendment to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 03/05/2018) |
| 03/05/2018 | 1987 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF CAMBIA HEALTH SOLUTIONS* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1988 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF HAWAII MEDICAL SERVICE ASSOCIATION* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1989 | NOTICE by Defendants' Counsel *of Blue Cross of Idaho Health Service, Inc.'s Certification Pursuant to Second Amendment to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 03/05/2018) |
| 03/05/2018 | 1990 | CERTIFICATE of Counsel *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1991 | NOTICE by Defendants' Counsel *of Blue Cross and Blue Shield of Nebraska's Certification Pursuant to Second Amendment to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 03/05/2018) |
| 03/05/2018 | 1992 | CERTIFICATE of Counsel re 1667 Order *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF TRIPLE−S SALUD* by Lucile Cohen on behalf of Triple−S Salud, Inc. (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1993 | NOTICE by Defendants' Counsel *of HealthNow New York Inc.'s Certification Pursuant to Second Amendment to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 03/05/2018) |
| 03/05/2018 | 1994 | CERTIFICATE of Counsel re 1667 Order *CERTIFICATION PURSUANT TO DISCOVERY ORDER 76 ON BEHALF OF WELLMARK BLUE CROSS AND BLUE SHIELD* by Lucile Cohen on behalf of Defendants' Counsel (Cohen, Lucile) (Entered: 03/05/2018) |
| 03/05/2018 | 1995 | NOTICE by Defendants' Counsel *of Noridian Mutual Insurance Company's Certification Pursuant to Second Amendment to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 03/05/2018) |

| 03/05/2018 | 1996 | NOTICE by Defendants' Counsel *of Blue Cross Blue Shield of Wyoming's Certification Pursuant to Second Amendment to Discovery Order No. 76* (Sooy, Kathleen) (Entered: 03/05/2018) |
|---|---|---|
| 03/05/2018 | 1997 | NOTICE by Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc., Health Care Service Corporation */ Certification of Privilege Review Pursuant to Second Amendment to Discovery Order No. 76* (Fowler, Jeffrey) (Entered: 03/05/2018) |
| 03/05/2018 | 1998 | RESPONSE to *Plaintiffs' Objection to February 21, 2018 Report & Recommendation of Special Master* filed by Blue Cross and Blue Shield of Alabama. (Malatesta, John) (Entered: 03/05/2018) |
| 03/06/2018 | 1999 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF MASSACHUSETTS*. (Harwood, R) (Additional attachment(s) added on 3/6/2018: # 1 Exhibit Unredacted) (PSM, ). (Entered: 03/06/2018) |
| 03/06/2018 | 2000 | REPLY to *In Further Support of Motion for Protective Order Regarding Ostlund Deposition* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Exhibit A−4, # 5 Exhibit A−5, # 6 Exhibit A−6)(Burkhalter, Carl) (Entered: 03/06/2018) |
| 03/06/2018 | 2001 | NOTICE by Plaintiffs' Counsel re 1350 SEALED MOTION *of Filing Redacted Motion for Summary Judgment* (Attachments: # 1 Exhibit)(Quillen, Henry) (Entered: 03/06/2018) |
| 03/06/2018 | 2002 | NOTICE by Plaintiffs' Counsel re 1431 Document Sealed,,,,,,,,,, *of Filing Redacted Response to Defendants' Motion for Summary Judgment* (Attachments: # 1 Exhibit)(Quillen, Henry) (Entered: 03/06/2018) |
| 03/06/2018 | 2003 | NOTICE by Plaintiffs' Counsel re 1557 Document Sealed, *of Filing Redacted Reply In Support of Their Motion for Summary Judgment* (Attachments: # 1 Exhibit)(Quillen, Henry) (Entered: 03/06/2018) |
| 03/06/2018 | 2004 | ***Document Sealed*** BCBSALS REPLY IN FURTHER SUPPORT OF MOTION FORPROTECTIVE ORDER REGARDING OSTLUND DEPOSITION (KAM) (Entered: 03/06/2018) |
| 03/06/2018 | 2005 | ***Document Sealed *** Plaintiffs' OBJECTIONS to Special Mater's Report and Recommendation on BCBS−FL (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (KAM) (Entered: 03/06/2018) |
| 03/06/2018 | 2006 | NOTICE by Plaintiffs' Counsel re 1431 Document Sealed,,,,,,,,,, *of Filing Redacted Response to Defendants' Motion for Summary Judgment (Corrected)* (Attachments: # 1 Exhibit)(Quillen, Henry) (Entered: 03/06/2018) |
| 03/06/2018 | 2007 | ***Document Sealed ** Blue Cross and Blue Shield of Louisiana's Response to Plaintiffs' Objection to February 21, 2018 Report & Recommendation of the Special Master (KAM) (Entered: 03/06/2018) |
| 03/06/2018 | 2008 | ***Document Sealed *** Blue Cross Blue Shield of Florida's Objection to February 27, 2018 Report & Recommendation of Special Master (KAM) (Entered: 03/06/2018) |
| 03/06/2018 | 2009 | |

| | | |
|---|---|---|
| | | **TEXT ORDER** – This matter is before the court on Plaintiffs' Motion to Amend Order Appointing Privilege Master (Doc. # 1961 ). Any response to the Motion is due on or before March 16, 2018. Any reply is due on or before March 23 2018. Argument is set for **10:00 a.m. on April 5, 2018**. In their briefing, the parties may want to address the effect of the March 5 recertification of Defendants' privilege logs in light of the rulings issued by the Privilege Master and the Court on the sample documents. The court may have questions about the review of particular documents. Signed by Judge R David Proctor on 3/6/2018. (KAM, ) (Entered: 03/06/2018) |
| 03/06/2018 | 2010 | STATUS REPORT *BCBSAL's Justifications to Maintain Redactions Contained in Plaintiffs' Response in Opposition to BCBSAL's Motion for Limited Protective Order Regarding Ostlund Deposition and Accompanying Exhibit* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 03/06/2018) |
| 03/07/2018 | 2011 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF LOUISIANAS AND BLUE CROSS AND BLUE SHIELD OF ALABAMAS SAMPLE DOCUMENTS – Document BCBSAL–1700393 – Objection overruled. Ruling: Privilege claim upheld; Document BCBSLA–00208909 –Objection overruled. Ruling: Privilege claim upheld as to the first three chronological e–mails in the string; Document BCBSLA–00208842 – Objection sustained. Ruling: Privilege claim unsubstantiated. Signed by Judge R David Proctor on 3/7/2018. (KAM) (Entered: 03/07/2018) |
| 03/07/2018 | 2012 | ***Document Sealed*** PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY INSUPPORT OF MOTION CHALLENGING ASSERTION OFPRIVILEGE OVER DOCUMENTS PRODUCED BYDEFENDANTS ANTHEM, INC. AND CAPITAL BLUECROSS (Attachments: # 1 Exhibit 1) (KAM) (Entered: 03/07/2018) |
| 03/07/2018 | 2013 | RESPONSE to re 1956 *Plaintiffs' Response to Blue Cross and Blue Shield of Alabama's Status Report on Redacted Documents* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 03/07/2018) |
| 03/08/2018 | 2014 | DISCOVERY ORDER NO. 87 granting in part and denying in part 1816 Plaintiffs Motion Challenging Assertion of Privilege over Documents Produced by Defendants Anthem, Inc. and Capital BlueCross filed on December 1, 2017 as set out in this order. Signed by Magistrate Judge T Michael Putnam on 3/8/2018. (Attachments: # 1 SEALED Exhibit) (KAM) (Entered: 03/08/2018) |
| 03/08/2018 | 2015 | NOTICE by Plaintiffs' Counsel re 1351 Document Sealed *of Filing Redacted Document* (Attachments: # 1 Exhibit)(Stokes, Tammy) (Entered: 03/08/2018) |
| 03/08/2018 | 2016 | NOTICE by Plaintiffs' Counsel re 1435 Document Sealed, *of Filing Redacted Document* (Attachments: # 1 Exhibit)(Stokes, Tammy) (Entered: 03/08/2018) |
| 03/08/2018 | 2017 | NOTICE by Plaintiffs' Counsel re 1554 Document Sealed *of Filing Redacted Document* (Attachments: # 1 Exhibit)(Stokes, Tammy) (Entered: 03/08/2018) |
| 03/08/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 3/8/2018: re 1927 , 1931 ; argument by counsel; court's remarks; hrg adj(Court Reporter Leah Turner) (ASL) (Entered: 03/08/2018) |
| 03/09/2018 | 2018 | |

| | | |
|---|---|---|
| | | DISCOVERY ORDER NO. 88 – Pending before the court is the plaintiffs Construed Motion to Reopen the Depositions of Terry Kellogg and Robin Stone filed on January 23, 2018 1868 and 1873 ; the Construed Motion is GRANTED. The plaintiffs may reopen the Kellogg and Stone depositions for one hour for each executive. However, the scope is limited to the November 2010 email chain and the meaning of the email chains contents.2 The depositions are to be completed by March 30, 2018. Signed by Magistrate Judge T Michael Putnam on 3/9/2018. (KAM) (Entered: 03/09/2018) |
| 03/09/2018 | 2019 | ***Document Sealed **BLUE CROSS BLUE SHIELD OF FLORIDA'S RESPONSE TO PLAINTIFFS'OBJECTION TO FEBRUARY 27, 2018 REPORT & RECOMMENDATIONOF THE SPECIAL MASTER (KAM) (Entered: 03/09/2018) |
| 03/12/2018 | 2020 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF FLORIDAS SAMPLE DOCUMENTS – Document BCBSF–00308741– Objection overruled. Ruling: Privilege claim upheld; Document BCBSF–00122264 – Objection sustained. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 3/12/2018. (KAM) (Entered: 03/12/2018) |
| 03/12/2018 | 2021 | NOTICE by Plaintiffs' Counsel re 1351 Document Sealed *of Filing Redacted Document* (Attachments: # 1 Exhibit)(Stokes, Tammy) (Entered: 03/12/2018) |
| 03/12/2018 | 2022 | DISCOVERY ORDER No. 89 – granting in part and denying in part 1927 Motion for Sanctions as further set out in this order; denying 1930 Motion for Protective Order;. Signed by Magistrate Judge T Michael Putnam on 3/12/2018. (KAM) (Entered: 03/12/2018) |
| 03/13/2018 | 2023 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF VERMONT.* (Harwood, R) (Entered: 03/13/2018) |
| 03/13/2018 | 2024 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF NORTH DAKOTA.* (Harwood, R) (Entered: 03/13/2018) |
| 03/13/2018 | 2025 | RESPONSE to re 2010 *Plaintiffs' Response in Opposition to BCBS–AL's Justification to Maintain Redactions Contained in Plaintiffs' Response In Opposition to BCBS–AL's Motion for Limited Protective Order Regarding Ostlund Deposition* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 03/13/2018) |
| 03/13/2018 | 2026 | NOTICE by Plaintiffs' Counsel re 1999 Brief *regarding Special Master's Report & Recommendation on BCBS–MA Privilege Log Samples* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ragsdale, Barry) (Entered: 03/13/2018) |
| 03/14/2018 | 2027 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF MICHIGAN.* (Harwood, R) (Additional attachment(s) added on 3/14/2018: # 1 Exhibit Unredacted Brief) (PSM, ). (Entered: 03/14/2018) |
| 03/14/2018 | 2028 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF TENNESSEE.* (Harwood, R) (Additional attachment(s) added on 3/14/2018: # 1 Exhibit Unredacted Brief) (PSM, ). (Entered: 03/14/2018) |
| 03/16/2018 | 2029 | |

| | | |
|---|---|---|
| | | Transcript of Proceedings held on March 8, 2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Leah S. Turner, Telephone number (205) 278–1780. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 4/6/2018. Redacted Transcript Deadline set for 4/16/2018. Release of Transcript Restriction set for 6/14/2018. (MRR, ) (Entered: 03/16/2018) |
| 03/16/2018 | 2030 | RESPONSE to re 2026 *Blue Cross Blue Shield of Massachusetts Response to Plaintiffs' Notice Regarding Report & Recommendation* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – 9/20/2017 email, # 2 Exhibit B – 11/7/2017 email, # 3 Exhibit C – 11/8/2017 BCBSMA production excerpt, # 4 Exhibit D – 11/10/2017 email, # 5 Exhibit E – in camera review cover sheets)(Cohen, Lucile) (Entered: 03/16/2018) |
| 03/16/2018 | 2031 | RESPONSE in Opposition re 1961 SEALED MOTION *to Amend Order Appointing Privilege Master* filed by Defendants' Counsel. (Bulander, Mathea) (Entered: 03/16/2018) |
| 03/20/2018 | 2032 | **TEXT ORDER** – The hearing on Plaintiffs' Motion to Amend Order Appointing Privilege Master 1961 previously set for April 5, 2018, is hereby RE–SET for 9:00 a.m. on Thursday, April 19, 2018 in courtroom 7A of the Hugo L. Black U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama. In addition, the court has received notice from the Special Master that the opportunity the court allowed the parties to explore the possibility of a resolution of this matter is no longer proving fruitful. Therefore, at the April 19, 2018 hearing, in addition to arguing Plaintiffs' Motion to Amend Order Appointing Privilege Master, the parties SHALL be prepared to discuss an aggressive schedule for the first phase of this case, including class certification motions, expert reports, Daubert motions, and dispositive motions. The parties SHALL (1) meet and confer regarding proposed deadlines, and (2) on or before April 16, 2018, file a joint report regarding any agreed–upon deadlines and/or the parties' respective proposals for those deadlines.. Signed by Judge R David Proctor on 3/20/2018. (KAM) (Entered: 03/20/2018) |
| 03/20/2018 | 2033 | ***Document Sealed ** BCBS of Vermont's OBJECTION to the 3/13/2018 Report & Recommendation of the Special Master (KAM) (Entered: 03/20/2018) |
| 03/20/2018 | 2034 | NOTICE by Plaintiffs' Liaison Counsel re 2024 Brief *Plaintiffs' Objections to Special Master's Reports and Recommendation on BCBS–ND Privilege Log Samples* (Ragsdale, Barry) (Entered: 03/20/2018) |
| 03/20/2018 | 2035 | ***Document Sealed** BCBS of North Dakota's OBJECTION to Special Master Report and Recommendation 2024 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (KAM) (Entered: 03/20/2018) |
| 03/21/2018 | 2036 | MOTION to Amend/Correct *Discovery Order No. 88 (Redacted)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Whatley, Joe) (Entered: 03/21/2018) |

| 03/21/2018 | 2037 | ***Document Sealed Plaintiffs' Objection to Special Master's Report and Recommendation on BCBS–TN and BCBS–MI Privilege Log Samples (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 03/22/2018) |
|---|---|---|
| 03/21/2018 | 2038 | SEALED MOTION **Plaintiffs' MOTION to amend Discovery Order No. 88. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(KAM) (Entered: 03/22/2018) |
| 03/22/2018 | 2039 | STATUS REPORT *on Motions to Compel* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 03/22/2018) |
| 03/22/2018 | 2040 | MOTION for Extension of Time to File *Rule 72 Objection To Discovery Order No. 87* by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 03/22/2018) |
| 03/23/2018 | 2041 | **TEXT ORDER** This matter is before the court on Plaintiffs Motion for Extension of Time to File Rule 72 Objection to Discovery Order No. 87. 2040 The current basis for Plaintiffs Motion is too speculative to warrant relief at this point in time. The Motion 2040 is **DENIED WITHOUT PREJUDICE**. If a concrete basis for an objection is discovered after the deadline to file an objection has run, Plaintiffs may seek to file an objection out of time.Signed by Judge R David Proctor on 3/23/2018. (KAM) (Entered: 03/23/2018) |
| 03/23/2018 | 2042 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT USABLE MUTUAL INSURANCE COMPANY, DOING BUSINESS AS ARKANSAS BLUE CROSS AND BLUE SHIELD*. (Harwood, R) (Additional attachment(s) added on 3/23/2018: # 1 Exhibit Unredacted Brief) (PSM, ). (Entered: 03/23/2018) |
| 03/23/2018 | 2043 | ***Document Sealed ***DEFENDANT BCBS of North Dakota's RESPONSE to Plaintiffs' Objection to Special Master Report 2034 (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 03/23/2018) |
| 03/23/2018 | 2044 | ***Document Sealed **PLAINTIFFS' REPLY in support of Motion to Amend Order Appointing Privilege Master (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (KAM) (Entered: 03/23/2018) |
| 03/23/2018 | 2045 | REPLY to re 1961 *In Support of Motion to Amend Order Appointing Privilege Master (Redacted)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 03/23/2018) |
| 03/23/2018 | 2046 | Opposition to re 2035 *BCBS–ND's Objections to Special Master's Report & Recommendation* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 03/23/2018) |
| 03/26/2018 | 2047 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from February 1, 2018 through February 28, 2018 in this matter relating solely to services provided to the Plaintiffs, and totaling $58,000.00. Signed by Judge R David Proctor on 3/26/2018. (KAM) (Entered: 03/26/2018) |
| 03/26/2018 | 2048 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from February 1, 2018 through February 28, 2018 in this matter as it relates to services rendered for both sides of the case, and totaling $3,500.00. Signed by Judge R David Proctor on 3/26/2018. (KAM) (Entered: 03/26/2018) |

| 03/26/2018 | 2049 | ***Document Sealed ** DEFENDANT BCBS of TN Inc's RESPONSE to plaintiffs' objections to the 3/14/2018 Report and Recommendation of the Special Privilege Master (KAM) (Entered: 03/26/2018) |
|---|---|---|
| 03/26/2018 | 2051 | ***Document Sealed ***DEFENDANT BCBS of Michigan's RESPONSE to Plaintiffs' Objection to March 14, 2018 Report & Recommendation of the Special Master (Attachments: # 1 Exhibit E – part 1, # 2 Exhibit E – part 2, # 3 Exhibit E – part 3, # 4 Exhibit E – part 4, # 5 Exhibit E – part 5, # 6 Exhibit E – part 6, # 7 Exhibit F) (KAM) (Entered: 03/27/2018) |
| 03/27/2018 | 2050 | TEXT ORDER re 2036 and 2038 Plaintiffs' Motion to Amend Discovery Order No. 88. Any response to this motion is due no later than April 9, 2018. A reply, if any, is due no later April 16, 2018. The court will hear argument on April 19, 2018, at the conclusion of Judge Proctor's hearing and/or at 1:30 p.m. in Courtroom 3B, Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on March 27, 2018. (JTS) (Entered: 03/27/2018) |
| 03/27/2018 | 2052 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT HEALTH CARE SERVICE CORPORATION AND CARING FOR MONTANANS, INC.*. (Harwood, R) (Entered: 03/27/2018) |
| 03/28/2018 | 2053 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF VERMONTS SAMPLE DOCUMENTS – Document BCBSVT–00183413 – Objection sustained. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 3/28/2018. (KAM) (Entered: 03/28/2018) |
| 04/02/2018 | 2054 | SUPPLEMENTAL ORDER REGARDING DISCOVERY ORDER NO. 76. Signed by Judge R David Proctor on 4/2/2018. (JLC) (Entered: 04/02/2018) |
| 04/02/2018 | 2055 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF MICHIGAN'S SAMPLE DOCUMENTS. Signed by Judge R David Proctor on 4/2/2018. (JLC) (Entered: 04/02/2018) |
| 04/02/2018 | 2056 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF TENNESSEE'S SAMPLE DOCUMENTS. Signed by Judge R David Proctor on 4/2/2018. (JLC) (Entered: 04/02/2018) |
| 04/02/2018 | 2057 | ORDER REGARDING BLUE CROSS AND BLUE SHIELD OF NORTH DAKOTA'S SAMPLE DOCUMENTS. Signed by Judge R David Proctor on 4/2/2018. (JLC) (Entered: 04/02/2018) |
| 04/03/2018 | 2058 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT HEALTH CARE SERVICE CORPORATION AND CARING FOR MONTANANS, INC.*. (Harwood, R) (Entered: 04/03/2018) |
| 04/03/2018 | 2059 | STATUS REPORT *Plaintiffs' Status Report Regarding Continuing Area of Relevant Discovery* by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 04/03/2018) |
| 04/04/2018 | 2060 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT ANTHEM, INC.*. (Harwood, R) (Additional attachment(s) added on 4/4/2018: # 1 Exhibit Unredacted Brief) (PSM, ). (Entered: 04/04/2018) |

| 04/04/2018 | 2061 | STATUS REPORT *Plaintiffs' Corrected Status Report Regarding Continuing Area of Relevant Discovery* by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel. filed by Plaintiffs' Counsel, Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 04/04/2018) |
|---|---|---|
| 04/05/2018 | 2062 | ***FILED UNDER SEAL at the request of Chambers***Joint MOTION for Discovery *Re Costs Incurred by Aetna & Humana* by Defendants' Counsel. (West, Kimberly) Modified on 4/6/2018 (JLC). Modified on 4/9/2018 (KAM, ). (Entered: 04/05/2018) |
| 04/05/2018 | 2063 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 4/5/2018. (JLC) (Entered: 04/05/2018) |
| 04/05/2018 | 2064 | ORDER REGARDING SECTION 1 STANDARD OF REVIEW AND SINGLE ENTITY DEFENSE; The 1348 MOTION for Partial Summary Judgment is GRANTED, The Provider Plaintiffs' 1350 SEALED MOTION for Partial Summary Judgment is GRANTED IN PART AND DENIED IN PART, The 1353 MOTION for Summary Judgment on Plaintiffs' Section 1, Per Se, and Quick Look Claims is GRANTED IN PART AND DENIED IN PART, The 1434 SEALED MOTION for Partial Summary Judgment on Defendants' "Single Entity" Defense is DENIED in accordance with the Memorandum Opinion entered contemporaneously herewith. Signed by Judge R David Proctor on 4/5/2018. (JLC) (Entered: 04/05/2018) |
| 04/05/2018 | 2065 | SEALED MOTION – DEFENDANTS' and PROVIDER PLAINTIFFS' Joint Motion regarding costs incurred by Aetna and Humana. (KAM) Modified on 4/9/2018 (KAM, ). (Entered: 04/06/2018) |
| 04/09/2018 | 2066 | Joint MOTION for Discovery *Re Costs Incurred by Aetna & Humana* by Defendants' Counsel. (West, Kimberly) Modified on 10/25/2018 (KAM, ). (Entered: 04/09/2018) |
| 04/09/2018 | 2067 | MOTION for Leave to File Excess Pages by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 04/09/2018) |
| 04/09/2018 | 2068 | Opposition to *Plaintiffs' Motion to Amend Discovery Order No. 88* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Malatesta, John) (Entered: 04/09/2018) |
| 04/10/2018 | 2069 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT EXCELLUS HEALTH PLAN, INC., D/B/A EXCELLUS BLUECROSS BLUESHIELD*. (Harwood, R) (Entered: 04/10/2018) |
| 04/10/2018 | 2070 | TEXT ORDER re 2066 Joint Motion Regarding Costs Incurred by Aetna and Humana. Any responses to the motion are due no later than April 25, 2018. Replies, if any, are due no later than May 2, 2018. Argument is SET for May 17, 2018, at 1:00 p.m. in Courtroom 3B, Hugo L Black US Courthouse, Birmingham, Alabama before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on April 10, 2018. (JTS) (Entered: 04/10/2018) |
| 04/10/2018 | 2071 | ***Document Sealed **DEFENDANT BCBS of Alabama's OPPOSITION to plaintiffs' Motion to amend Discovery Order No. 88 (KAM) (Entered: 04/10/2018) |
| 04/11/2018 | 2072 | |

| | | |
|---|---|---|
| | | MOTION for Sanctions *Against BCBS–AL for Violation of Discovery Order 76* by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Ragsdale, Barry) (Entered: 04/11/2018) |
| 04/11/2018 | 2073 | MOTION for Protective Order *Renewed Motion for Protective Order as to BCBS–AL's Contacts with Putative Class Members* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 – Sealed, # 3 Exhibit 3 – Sealed, # 4 Exhibit 4, # 5 Exhibit 5 – Sealed, # 6 Exhibit 6 – Sealed, # 7 Exhibit 7 – Sealed, # 8 Exhibit 8 – Sealed, # 9 Exhibit 9 – Sealed, # 10 Exhibit 10 – Sealed, # 11 Exhibit 11 – Sealed, # 12 Exhibit 12 – Sealed, # 13 Exhibit 13 – Sealed, # 14 Exhibit 14 – Sealed, # 15 Exhibit 15 – Sealed, # 16 Exhibit 16 – Sealed, # 17 Exhibit 17 – Sealed, # 18 Exhibit 18 – Sealed, # 19 Exhibit 19 – Sealed)(Ragsdale, Barry) (Entered: 04/11/2018) |
| 04/11/2018 | 2074 | SEALED MOTION **SUBSCRIBER AND PROVIDER PLAINTIFFS' MOTION FOR SANCTIONS against BCBA–AL for violation of Discovery Order 76. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(KAM) Modified on 4/12/2018 (KAM, ). (Entered: 04/11/2018) |
| 04/11/2018 | 2075 | SEALED MOTION **SUBSCRIBER PLAINTIFFS' Renewed MOTION for PROTECTIVE ORDER as to BCBS–AL's Contacts with Putative Class Members. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Exhibit 12, # 11 Exhibit 13, # 12 Exhibit 14, # 13 Exhibit 15, # 14 Exhibit 16, # 15 Exhibit 17, # 16 Exhibit 18, # 17 Exhibit 19)(KAM) Modified on 4/12/2018 (KAM, ). (Entered: 04/11/2018) |
| 04/12/2018 | 2076 | TEXT ORDER re 2066 Joint Motion Regarding Costs Incurred by Aetna and Humana. The Motion Hearing previously set for May 17, 2018, is RESET for May 15, 2018, at 1:00 pm in Courtroom 3B, Hugo L Black US Courthouse, Birmingham, Alabama before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on April 12, 2018. (JTS) (Entered: 04/12/2018) |
| 04/12/2018 | 2077 | TEXT ORDER granting 2067 BCBS–AL's Motion to Exceed Page Limit. Signed by Magistrate Judge T Michael Putnam on April 12, 2018. (JTS) (Entered: 04/12/2018) |
| 04/12/2018 | 2078 | ORDER granting in part 1765 Motion to Unseal Document ; The court will provide a copy of the transcript to counsel participating in the conference via e–mail. Within seven (7) days of receipt of the e–mail containing the transcript, any proposed redactions should be provided via e–mail to chambers at proctor_chambers@alnd.uscourts.gov. Despite the granting of the motion, counsel receiving the transcript SHALL NOT allow anyone unnecessary to the redaction process to view the unredacted transcript. The court will thereafter enter an appropriate redacted version of the transcript on the docket.Signed by Judge R David Proctor on 4/12/2018. (KAM) (Entered: 04/12/2018) |
| 04/12/2018 | 2079 | RESPONSE to re 2061 *Plaintiffs' Status Report Regarding Continuing Area of Relevant Discovery* filed by Defendants' Counsel. (Zott, David) (Entered: 04/12/2018) |
| 04/12/2018 | 2080 | SEALED MOTION ** PLAINTIFFS' MOTION to COMPEL Production of Documents from certain Defendants' Privilege Logs. (Attachments: # 1 Exhibit 1, # |

| | | |
|---|---|---|
| | | 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit A−T)(KAM) (Entered: 04/12/2018) |
| 04/13/2018 | 2081 | TEXT ORDER re 2072 Motion for Sanctions Against BCBS−AL for Violation of Discovery Order 76. A response is due no later than April 27, 2018. A reply, if any, is due no later than May 8, 2018. Argument is set for May 15, 2018, at 1:00 p.m. in Courtroom 3B, Hugo L Black US Courthouse, Birmingham, Alabama before Magistrate Judge T Michael Putnam. Signed by Magistrate Judge T Michael Putnam on April 13, 2018. (JTS) (Entered: 04/13/2018) |
| 04/16/2018 | 2082 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 4/16/2018. (KAM) (Entered: 04/16/2018) |
| 04/16/2018 | 2083 | ORDER for the reasons explained in the accompanying Memorandum Opinion, 1392 Motion for Partial Summary Judgment Regarding Issues Decided in United States v. Anthem is DENIED. Signed by Judge R David Proctor on 4/16/2018. (KAM) (Entered: 04/16/2018) |
| 04/16/2018 | 2084 | ***Document Sealed ** PLAINTIFFS' REPLY in Support of Motion to Amend Discovery Order 88 (KAM) (Entered: 04/16/2018) |
| 04/16/2018 | 2085 | MOTION for Certification Under 28 U.S.C. 1292(b) by Defendants' Counsel. (Attachments: # 1 Memorandum in Support)(Zott, David) (Entered: 04/16/2018) |
| 04/16/2018 | 2086 | STATUS REPORT by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit 1)(Hoover, Craig) (Entered: 04/16/2018) |
| 04/16/2018 | 2087 | STATUS REPORT by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 04/16/2018) |
| 04/17/2018 | 2088 | STATUS REPORT *Report Regarding Proposed Agenda for Hearing and Status Conference on April 19, 2018* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 04/17/2018) |
| 04/17/2018 | 2089 | STATUS REPORT *Regarding Plaintiffs' Refusal to Follow Court−Imposed Limitations on Re−Opened Deposition* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Burkhalter, Carl) (Entered: 04/17/2018) |
| 04/17/2018 | 2090 | ***Document Sealed **BCBS Association's RESPONSE to plaintiff's Motion to Compel production of documents from certain defendants' privilege logs (KAM) (Entered: 04/17/2018) |
| 04/17/2018 | 2091 | Opposition to re 2069 *April 10, 2018 Report & Recommendation of Special Master (Redacted)* filed by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield. (Schmidt, John) (Entered: 04/17/2018) |
| 04/17/2018 | 2092 | NOTICE by Plaintiffs' Liaison Counsel re 2069 Brief *Plaintiffs' Objections to Special Master's Reports and Recommendation on Excellus Privilege Log Samples* (Ragsdale, Barry) (Entered: 04/17/2018) |
| 04/17/2018 | 2093 | |

| | | |
|---|---|---|
| | | ***Document Sealed **DEFENDANT BCBSAL's STATUS REPORT regarding plaintiffs' refusal to follow court−imposed limitations on re−opened deposition (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E) (KAM) (Entered: 04/17/2018) |
| 04/17/2018 | 2094 | ***Document Sealed ***DEFENDANT BCBS of North Carolina's RESPONSE to plaintiffs' Motion to Compel production of documents from certain defendants' privilege logs (KAM) (Entered: 04/17/2018) |
| 04/17/2018 | 2095 | RESPONSE to *Plaintiffs' Motion to Compel Production of Documents from Certain Defendants' Privilege Logs* filed by Blue Cross and Blue Shield of Alabama. (Malatesta, John) (Entered: 04/17/2018) |
| 04/17/2018 | 2096 | ***Document Sealed **Excellus' OBJECTION to the 4/10/2018 REPORT & RECOMMENDATION of the Special Master (KAM) (Entered: 04/17/2018) |
| 04/17/2018 | 2097 | ***Document Sealed **DEFENDANT CAPITAL BLUECROSS RESPONSE to plaintiffs' motion to compel production of documents from certain defendants' privilege logs (Attachments: # 1 Exhibit) (KAM) (Entered: 04/17/2018) |
| 04/18/2018 | 2098 | **TEXT ORDER**–This matter is before the court on Subscriber Plaintiffs' Renewed Motion for a Protective Order as to BCBS−AL's Contacts with Putative Class Members. 2073 . Any response to the Motion 2073 is due **on or before April 27, 2018**; any reply is due **on or before May 9, 2018**. Signed by Judge R David Proctor on 4/18/2018. (KAM) (Entered: 04/18/2018) |
| 04/18/2018 | 2099 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT ANTHEM, INC.*. (Harwood, R) (Additional attachment(s) added on 4/18/2018: # 1 Exhibit Unredacted Brief) (PSM, ). (Entered: 04/18/2018) |
| 04/18/2018 | 2100 | NOTICE by Defendants' Counsel re 2086 Status Report (Kimble, Cavender) (Entered: 04/18/2018) |
| 04/18/2018 | 2101 | STATUS REPORT *Regarding Pending Issues In Light of April 5, 2018 Ruling (Provider Plaintiffs) (Redacted)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Whatley, Joe) (Entered: 04/18/2018) |
| 04/18/2018 | 2102 | STATUS REPORT *on Privilege Logs* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 04/18/2018) |
| 04/18/2018 | 2103 | ***Document Sealed *** PROVIDER PLAINTIFFS' STATUS REPORT regarding pending issues in light of 4/5/2018 Ruling (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11−1, # 12 Exhibit 11−2, # 13 Exhibit 11−3, # 14 Exhibit 11−4, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22) (KAM) (Entered: 04/18/2018) |
| 04/18/2018 | 2104 | ***Document Sealed*** DEFENDANT BCBS of Alabama's RESPONSE to Plaintiffs' Motion to Compel production of documents from certain defendants' |

298

| | | privilege logs (KAM) (Entered: 04/18/2018) |
|---|---|---|
| 04/18/2018 | 2105 | RESPONSE to re 2089 *BCBSAL's Status Report Regarding Plaintiffs' Refusal to Follow Court–Imposed Limitations on Re–Opened Deposition* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 04/18/2018) |
| 04/19/2018 | | Minute Entry for proceedings held before Judge R David Proctor: Motion Hearing held on 4/19/2018 re 1961 SEALED MOTION. (Court Reporter Leah Turner.) (KLL) (Entered: 04/19/2018) |
| 04/19/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 4/19/2018: re 2036 , 2061 , 2089 ; oral argument by counsel; court's remarks; hrg adj. (Court Reporter Leah Turner) (ASL) (Entered: 04/19/2018) |
| 04/20/2018 | 2106 | RESPONSE to re 2092 *of Excellus to Plaintiff's Objection to the Special Master's 4.10.18 Report & Recommendation (Redacted)* filed by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield. (Schmidt, John) (Entered: 04/20/2018) |
| 04/20/2018 | 2107 | ***Document Sealed*** DEFENDANT Excellus" RESPONSE to plaintiffs' objection to the Special Master's 4/10/2018 Report and Recommendation 2069 (KAM) (Entered: 04/20/2018) |
| 04/20/2018 | 2108 | **TEXT ORDER** This matter is before the court on Defendants' Motion for Certification under 28 U.S.C. § 1292(b). 2085 Any response from Plaintiffs is due on or before April 25, 2018. Any reply from Defendants is due on or before April 30, 2018. Signed by Judge R David Proctor on 4/20/2018. (KAM) (Entered: 04/20/2018) |
| 04/20/2018 | 2109 | **TEXT ORDER**–This matter is before the court on Plaintiffs Motion to Amend Order Appointing Privilege Master. 1763 For the reasons discussed on the record in open court on April 19, 2018, the Motion 1961 is **DENIED WITHOUT PREJUDICE**. Signed by Judge R David Proctor on 4/20/2018. (KAM) (Entered: 04/20/2018) |
| 04/23/2018 | 2110 | Transcript of Proceedings held on April 19, 2018, before Judge R David Proctor. Court Reporter/Transcriber Leah S Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/14/2018. Redacted Transcript Deadline set for 5/24/2018. Release of Transcript Restriction set for 7/22/2018. (SAC ) (Entered: 04/23/2018) |
| 04/23/2018 | 2111 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT The court has reviewed the application, and finds it to be fair and reasonable. The court ORDERS that the Special Master's application for payment is approved, with: (i) one–half, or $2,500.00, to be paid by the Defendants; and (ii) one–fourth, or $1,250.00, to be paid by the Subscriber Track, and one–fourth, or $1,250.00, to be paid by the Provider Track, from their Common Benefit monies. The Court reserves the power to modify the terms of this order. Signed by Judge R David Proctor on |

| | | 4/23/18. (SAC ) (Entered: 04/23/2018) |
|---|---|---|
| 04/23/2018 | 2112 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT The court has reviewed the application, and finds it to be fair and reasonable. The court ORDERS that the Special Master's application for payment is approved, with one–half of the billing for common projects, plus the billing that's specific only to subscriber Track projects, or $32,500.00, to be paid by the Subscriber Track and one–half of the billing for common projects, plus the billing that's specific only to Provider Track projects, or $22,500.00, to be paid by the Provider Track, from their Common Benefit monies. The court reserves the power to modify the terms of this order. Signed by Judge R David Proctor on 4/23/18. (SAC ) (Entered: 04/23/2018) |
| 04/23/2018 | 2113 | MODIFICATION to DISCOVERY ORDER No. 88– The motion 2036 is GRANTED IN PART and DENIED IN PART. The motion is GRANTED insofar as the depositions of Kellogg and Stone are held in abeyance until June 22, 2018. The motion is DENIED WITHOUT PREJUDICE insofar as the plaintiffs seek to amend Discovery Order No. 88 to expand the length and scope of the depositions. Plaintiffs may file a renewed motion to amend Discovery Order No. 88 at the conclusion of the abeyance period, explaining in detail the grounds supporting the plaintiffs' requested relief regarding the length and scope of the depositions. Signed by Magistrate Judge T Michael Putnam on 4/23/18. (SAC ) (Entered: 04/23/2018) |
| 04/24/2018 | 2114 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT PREMERA*. (Harwood, R) (Entered: 04/24/2018) |
| 04/24/2018 | 2115 | Transcript of Proceedings held on April 19, 2018, before Judge T Michael Putnam. Court Reporter/Transcriber Leah Turner/ Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/15/2018. Redacted Transcript Deadline set for 5/25/2018. Release of Transcript Restriction set for 7/23/2018. (Attachments: # 1 Certificate) (SAC ) (Entered: 04/24/2018) |
| 04/24/2018 | 2116 | STATUS REPORT *BCBSAL's Justifications to Maintain Seal on Exhibits C and E to its Status Report Regarding Plaintiffs' Refusal to Follow Court–Imposed Limitations on Re–Opened Deposition* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 04/24/2018) |
| 04/25/2018 | 2117 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT ANTHEM, INC.*. (Harwood, R) (Additional attachment(s) added on 4/25/2018: # 1 Exhibit Unredacted Brief) (PSM, ). (Entered: 04/25/2018) |
| 04/25/2018 | 2118 | Transcript of Proceedings held on 4/19/2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Leah Turner/Teresa Roberson. Transcript may be |

| | | |
|---|---|---|
| | | viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/16/2018. Redacted Transcript Deadline set for 5/26/2018. Release of Transcript Restriction set for 7/24/2018. (Attachments: # 1 CR certification) (KAM) (Entered: 04/25/2018) |
| 04/25/2018 | 2119 | ORDER REGARDING EXCELLUS HEALTH PLAN, INC. d/b/a EXCELLUS BLUECROSS BLUESHIELDS SAMPLE DOCUMENTS – Document EXCELLUS_PL_00000470 – Objection overruled. Ruling: Privilege claim upheld; Document EXCELLUS_PL_00000484 – Objection sustained. Ruling: Privilege claim upheld; Document EXCELLUS_PL_00000485 – Objection sustained. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 4/25/2018. (KAM) (Entered: 04/25/2018) |
| 04/25/2018 | 2120 | MOTION for Partial Summary Judgment *Against Certain Defendants That Were Not Signatories to Settlement Agreements in Love v. Blue Cross and Blue Shield Association (Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 04/25/2018) |
| 04/25/2018 | 2121 | ORDER REGARDING RULE 5.2 – the request contained in 2116 is GRANTED IN PART; Pursuant to Federal Rule of Civil Procedure 5.2(d), BCBS–AL is ORDERED to file redacted versions of Documents 2093–1 and 2093–3 on the public docket; absent a contrary order of the court in a particular circumstance, the court SUSPENDS the operation of Rule 5.2(d) in this MDL. Counsel in this MDL SHALL NOT file under seal any documents that merely require redaction, particularly where redaction will not obscure the substance of the document. Signed by Judge R David Proctor on 4/25/2018. (KAM) (Entered: 04/25/2018) |
| 04/25/2018 | 2122 | RESPONSE in Opposition re 2085 MOTION for Certification Under 28 U.S.C. 1292(b) *(Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 04/25/2018) |
| 04/25/2018 | 2123 | Joint MOTION Reimbursement of Costs and Fees re 2062 Joint MOTION for Discovery *Re Costs Incurred by Aetna & Humana* by AETNA, Inc., Humana Inc.. (Attachments: # 1 Exhibit 1 – Subpoena, # 2 Exhibit 2 – Letter, # 3 Exhibit 3 – Letter, # 4 Exhibit 4 – Letter, # 5 Exhibit 5 – Letter, # 6 Exhibit 6 – Letter, # 7 Exhibit 7 – Letter, # 8 Exhibit 8 – Letter, # 9 Exhibit 9 – Letter, # 10 Exhibit 10 – Letter, # 11 Exhibit 11 – Letter, # 12 Exhibit 12 – Letter, # 13 Exhibit 13 – Letter, # 14 Exhibit 14 – Email, # 15 Exhibit 15 – Email, # 16 Exhibit 16 – Email, # 17 Exhibit 17 – Email, # 18 Exhibit 18 – Email, # 19 Exhibit 19 – Email, # 20 Exhibit 20 – Email, # 21 Exhibit 21 – Letter, # 22 Exhibit 22 – Email, # 23 Exhibit 23 – Email, # 24 Exhibit 24 – Email, # 25 Exhibit 25 – Letter, # 26 Exhibit 26 – Letter, # 27 Exhibit 27 – Fee Application, # 28 Exhibit 28 – Fee Application)(Weyman, Benjamin) Modified on 10/25/2018 (KAM, ). (Entered: 04/25/2018) |
| 04/25/2018 | 2124 | RESPONSE in Opposition re 2085 MOTION for Certification Under 28 U.S.C. 1292(b) filed by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 04/25/2018) |

| 04/25/2018 | 2125 | STATUS REPORT *BCBSAL's Justifications to Maintain Seal and Redactions on Certain Portions of Subscriber Plaintiffs' Renewed Motion for Protective Order and Certain Accompanying Exhibits* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 04/25/2018) |
|---|---|---|
| 04/26/2018 | 2126 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT HEALTH CARE SERVICE CORPORATION AND CARING FOR MONTANANS, INC..* (Harwood, R) (Entered: 04/26/2018) |
| 04/27/2018 | 2127 | Opposition to re 2074 *Plaintiffs' Motion for Sanctions Against BCBS–AL for Violation of Discovery Order 76* filed by Defendants' Counsel. (Zott, David) (Entered: 04/27/2018) |
| 04/27/2018 | 2128 | MOTION for Leave to File Excess Pages by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 04/27/2018) |
| 04/27/2018 | 2129 | Opposition to *Plaintiffs' Motion for Sanctions for Violation of Discovery Order No. 76* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Burkhalter, Carl) (Entered: 04/27/2018) |
| 04/27/2018 | 2130 | Opposition to *Subscriber Plaintiffs' Renewed Motion for Protective Order as to BCBSAL's Contacts with Punative Class Members* filed by Blue Cross and Blue Shield of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Burkhalter, Carl) (Entered: 04/27/2018) |
| 04/29/2018 | 2131 | RESPONSE in Opposition re 2128 MOTION for Leave to File Excess Pages filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 04/29/2018) |
| 04/30/2018 | 2132 | **TEXT ORDER** This matter is before the court on an informal request from Defendants' counsel for an enlargement to 20 pages for their consolidated reply to Plaintiffs' separate oppositions to their Motion for Certification under 28 U.S.C. § 1292(b). 2085 The court understands that Defendants' counsel reached out to Plaintiffs' counsel, who do not oppose this request. Therefore, the request is **GRANTED**. Signed by Judge R David Proctor on 4/29/2018. (KAM) (Entered: 04/30/2018) |
| 04/30/2018 | 2133 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE SHIELD OF CALIFORNIA*. (Harwood, R) (Additional attachment(s) added on 4/30/2018: # 1 Unredacted R&R) (KAM, ). (Entered: 04/30/2018) |
| 04/30/2018 | 2134 | RESPONSE in Support re 2128 MOTION for Leave to File Excess Pages filed by Defendants' Counsel. (Attachments: # 1 Exhibit A)(Burkhalter, Carl) (Entered: 04/30/2018) |
| 04/30/2018 | 2135 | ***Document Sealed *** DEFENDANT BCBS Alabama's OPPOSITION to Plaintiffs' Motion for Sanctions for violation of Discovery Order No. 76 (KAM) (Entered: 04/30/2018) |
| 04/30/2018 | 2136 | ***Document Sealed *** DEFENDANT BCBS of Alabama's OPPOSITION to Subscriber Plaintiffs' RENEWED MOTION for Protective Order as to BCBSAL's |

| | | |
|---|---|---|
| | | contacts with putative class members (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit G) (KAM) (Entered: 04/30/2018) |
| 04/30/2018 | 2137 | ORDER The Seal Team is ORDERED to meet with Judge Harwood on May 15, 2018, at 11:00 a.m. in Courtroom 3B, Hugo L. Black US Courthouse, Birmingham, Alabama. Court reporter to be present. Signed by Magistrate Judge T Michael Putnam on 4/30/2018. (KAM) (Entered: 04/30/2018) |
| 04/30/2018 | 2138 | THIRD AMENDMENT TO DISCOVERY ORDER No. 76 as set out in this order. Signed by Magistrate Judge T Michael Putnam on 4/29/2018. (KAM) (Entered: 04/30/2018) |
| 04/30/2018 | 2139 | REPLY Brief filed by Defendant Defendants' Counsel re: 2085 MOTION for Certification Under 28 U.S.C. 1292(b) filed by Defendants' Counsel. (Zott, David) (Entered: 04/30/2018) |
| 05/01/2018 | 2140 | NOTICE SUBSCRIBER PLAINTIFFS NOTICE OF FILING REDACTED DOCUMENTS re 1436 Document Sealed,,,,,,,,, 1352 Document Sealed,,,,,,,,,,,,,,,,,,,, *of Filing Redacted Excerpts of Certain Sealed Exhibits* (Attachments: # 1 A – Leahey Tr., # 2 B – Hedges Tr., # 3 C – Wilson Tr., # 4 D – Carter Tr., # 5 E – Putziger Tr., # 6 F – Murphy Tr., # 7 G – Rotunno Tr., # 8 H – Serota Tr., # 9 I – Serota2 Tr., # 10 J – Carden Tr., # 11 K – Kellogg Tr., # 12 L – Swedish Tr., # 13 M – Anthem Tr.)(Stokes, Tammy) Modified on 5/2/2018 (KAM, ). (Entered: 05/01/2018) |
| 05/01/2018 | 2141 | RESPONSE to re 2114 *Plaintiffs' Objections to Special Master's Reports and Recommendation on Premera Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 05/01/2018) |
| 05/01/2018 | 2142 | ORDER This case is before the court on Defendant Blue Cross and Blue Shield of Alabamas Motion to Exceed Page Limit. 2128 . Plaintiffs oppose the motion. 2131 . The motion, which concerns a brief filed in opposition to a request for discovery sanctions, is properly before Judge Putnam and will not be ruled upon in this order. Nevertheless, the rancorous briefing regarding this motion compels the court to weigh in on this current chapter of the parties discovery soap opera as set out in this order; the court leaves it to Judge Putnam to address this motion.Signed by Judge R David Proctor on 5/1/2018. (KAM) (Entered: 05/01/2018) |
| 05/01/2018 | 2143 | ***Document Sealed *** PLAINTIFFS' OBJECTIONS to Special Master's Report and Recommendation 2114 on Premera's privilege log samples (Attachments: # 1 Exhibit 1) (KAM) (Entered: 05/01/2018) |
| 05/02/2018 | 2144 | **TEXT ORDER**–This matter is before the court on Provider Plaintiffs Motion for Partial Summary Judgment. 2120 Any responses to the Motion are due **on or before June 26, 2018**. Any replies are due **on or before July 26, 2018**. Signed by Judge R David Proctor on 5/2/2018. (KAM) (Entered: 05/02/2018) |
| 05/02/2018 | 2145 | RESPONSE in Support re 2123 Joint MOTION Reimbursement of Costs and Fees re 2062 Joint MOTION for Discovery *Re Costs Incurred by Aetna & Humana jointly filed by Provider Plaintiffs and* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(West, Kimberly) (Entered: 05/02/2018) |
| 05/02/2018 | 2146 | ***Document Sealed*** DEFENDANTS1 AND PROVIDER PLAINTIFFS JOINT REPLY IN SUPPORT OFMOTION REGARDING COSTS INCURRED BY |

| | | AETNA AND HUMANA (KAM) (Entered: 05/02/2018) |
|---|---|---|
| 05/02/2018 | 2147 | NOTICE by Blue Cross and Blue Shield of Alabama *Notice of Filing Pursuant to Order Regarding Rule 5.2* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Burkhalter, Carl) (Entered: 05/02/2018) |
| 05/02/2018 | 2148 | STATUS REPORT *BCBSAL's Justifications to Maintain Seal and Redactions on Provider Plaintiffs' Status Report Regarding Pending Issues in Light of April 5, 2018 Ruling and Certain Accompanying Exhibits* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 05/02/2018) |
| 05/03/2018 | 2149 | REDACTED Transcript of Proceedings held on 11/13/2017, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/24/2018. Redacted Transcript Deadline set for 6/3/2018. Release of Transcript Restriction set for 8/1/2018. (KAM) (Entered: 05/03/2018) |
| 05/04/2018 | 2150 | ***Document Sealed*** PREMERA BLUE CROSSS RESPONSE TO PLAINTIFFS OBJECTION TO THESPECIAL MASTERS APRIL 24, 2018 REPORT & RECOMMENDATION (Attachments: # 1 Exhibit A) (KAM) (Entered: 05/04/2018) |
| 05/07/2018 | 2151 | ORDER granting 2128 Motion for Leave to File Excess Pages. Signed by Magistrate Judge T Michael Putnam on 5/7/2018. (KAM) (Entered: 05/07/2018) |
| 05/07/2018 | 2152 | RESPONSE to re 2133 *Plaintiffs' Objections to Special Master's Report and Recommendation on Blue Shield of California Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1)(Ragsdale, Barry) (Entered: 05/07/2018) |
| 05/07/2018 | 2153 | ***Document Sealed*** PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER'SREPORT AND RECOMMENDATION ON BLUE SHIELD OFCALIFORNIA PRIVILEGE LOG SAMPLES (Attachments: # 1 Exhibit 1) (KAM) (Entered: 05/07/2018) |
| 05/07/2018 | 2154 | STATUS REPORT *Concerning Personally Identifiable Information Contained in Sealed Exhibit to its Opposition to Subscribers' Renewed Motion for Protective Order* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 05/07/2018) |
| 05/08/2018 | 2155 | STATUS REPORT *Concerning Justifications to Maintain Seals and Redactions on Certain Portions of Subscriber Plaintiffs' Renewed Motion for Protective Order and Certain Accompanying Exhibits* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) (Entered: 05/08/2018) |
| 05/08/2018 | 2156 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2127 Opposition (other), 2129 Opposition (other), *Plaintiffs' Consolidated Reply In Support of Motion for* |

| | | |
|---|---|---|
| | | *Sanctions Against BCBS–AL for Violation of Discovery Order 76* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit J)(Whatley, Joe) (Entered: 05/08/2018) |
| 05/08/2018 | 2157 | MOTION for Oral Argument re 2085 MOTION for Certification Under 28 U.S.C. 1292(b) by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 05/08/2018) |
| 05/09/2018 | 2158 | ORDER REGARDING PREMERA BLUE CROSSS SAMPLE DOCUMENTS – Document Premera–Incamera–000113; Objection: sustained in part. Ruling: Privilege claim upheld in part and unsubstantiated in part. Signed by Judge R David Proctor on 5/9/2018. (KAM) (Entered: 05/09/2018) |
| 05/09/2018 | 2159 | ORDER– re: Motion for Certification 2085 , on or before 5/24/2018, parties SHALL each file a report, limited to twenty pages, addressing in detail what issues (evidentiary or legal) in their class certification motions or responses should be differently analyzed if the court, contrary to its rulings previously, were to apply (1) the rule of reason standard of review to Plaintiffs claims regarding the aggregation of ESAs and National Best Efforts or (2) the per se standard of review to Plaintiffs claims regarding Blue Card.1The Clerk of the Court is directed to ADMINISTRATIVELY TERMINATE Plaintiffs Motion for Oral Argument. 2157 .Signed by Judge R David Proctor on 5/9/2018. (KAM) (Entered: 05/09/2018) |
| 05/09/2018 | 2160 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2073 MOTION for Protective Order *Renewed Motion for Protective Order as to BCBS–AL's Contacts with Putative Class Members* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 05/09/2018) |
| 05/09/2018 | 2161 | ***Document Sealed*** REPLY MEMORANDUM IN SUPPORT OF SUBSCRIBERPLAINTIFFS RENEWED MOTION FOR APROTECTIVE ORDER AS TO CLASS MEMBER CONTACTS (Attachments: # 1 Exhibit A) (KAM) (Entered: 05/09/2018) |
| 05/10/2018 | 2162 | MOTION to Compel *Production of Documents From Certain Defendants' Privilege Logs* by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit A–I)(Ragsdale, Barry) (Entered: 05/10/2018) |
| 05/10/2018 | 2163 | ***Document Sealed*** CALIFORNIA PHYSICIANS SERVICE INC.S RESPONSE TO PLAINTIFFSOBJECTION TO THE SPECIAL PRIVILEGE MASTERSAPRIL 30, 2018 REPORT & RECOMMENDATION (KAM) (Entered: 05/10/2018) |
| 05/10/2018 | 2164 | ***Document Sealed*** PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTSFROM CERTAIN DEFENDANTS' PRIVILEGE LOGS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit A–I) (KAM) (Entered: 05/10/2018) |
| 05/11/2018 | 2165 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT HEALTH CARE SERVICE CORPORATION AND CARING FOR MONTANANS, INC.*. (Harwood, R) (Entered: 05/11/2018) |
| 05/11/2018 | 2166 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT HEALTHNOW NEW YORK INC.*. (Harwood, R) (Entered: 05/11/2018) |
| 05/14/2018 | 2167 | ORDER REGARDING BLUE SHIELD OF CALIFORNIAS SAMPLE DOCUMENTS – Document BCBS–002137601; Objection overruled. Ruling: |

| | | |
|---|---|---|
| | | Privilege claim upheld. Document BCBS–006567335; Objection sustained. Ruling: Privilege claim unsubstantiated. Document BOX10–0002452; Objection overruled. Ruling: Privilege claim upheld. Document SHRDN_PAPER–0136365; Objection overruled. Ruling: Privilege claim upheld.Signed by Judge R David Proctor on 5/14/2018. (KAM) (Entered: 05/14/2018) |
| 05/15/2018 | 2168 | ***Document Sealed*** CERTAIN DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO COMPEL (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5A, # 6 Exhibit 5B, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (KAM) (Entered: 05/15/2018) |
| 05/15/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Motion Hearing held on 5/15/2018; Privilege Master's Update; Motions 2066 & 2074 , argument by counsel; court's remarks; hrg adj (Court Reporter Leah Turner) (ASL) (Entered: 05/15/2018) |
| 05/16/2018 | 2169 | RESPONSE to re 2148 *Blue Cross and Blue Shield of Alabama's Justifications to Maintain Seals and Redactions on Certain Portions of Provider Plaintiffs' Status Report Regarding Pending Issues In Light of April 5, 2018 Ruling and Certain Accompanying Exhibits (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 05/16/2018) |
| 05/18/2018 | 2170 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT ANTHEM, INC.*. (Harwood, R) (Additional attachment(s) added on 5/18/2018: # 1 Unredacted R&R) (KAM, ). (Entered: 05/18/2018) |
| 05/18/2018 | 2171 | ***Document Sealed*** OBJECTION OF HEALTHNOW NEW YORK TOSPECIAL MASTER REPORT AND RECOMMENDATION (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D–1, # 5 Exhibit D–2, # 6 Exhibit D–3) (KAM) (Entered: 05/18/2018) |
| 05/18/2018 | 2172 | RESPONSE to re 2165 *Plaintiffs' Objections to Special Master's Report and Recommendation on HCSC Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 05/18/2018) |
| 05/21/2018 | 2173 | ORDER before the court is Defts and Providers Joint Motion Regarding Costs Incurred by Aetna and Humana 2066 ; Aetna and Humana are ORDERED to submit their outside counsels detailed time sheets no later than June 4, 2018; to the extent time sheets exist for the contract attorneys review, Aetna and Humana are ORDERED to submit those time sheets no later than June 4, 2018, as well. Signed by Magistrate Judge T Michael Putnam on 5/21/2018. (KAM) (Entered: 05/21/2018) |
| 05/21/2018 | 2174 | RESPONSE to re 2172 *Plaintiffs' Objections to Special Master's Report and Recommendation on HCSC Privilege Log Samples* filed by Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc., Health Care Service Corporation. (Zeiger, Jeffrey) (Entered: 05/21/2018) |
| 05/22/2018 | 2175 | ORDER REGARDING HEALTHNOW NEW YORKS SAMPLE DOCUMENTS – Document HN–PL00002623 – Objection sustained. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 5/22/2018. (KAM) (Entered: 05/22/2018) |
| 05/22/2018 | 2176 | ORDER REGARDING HCSCS SAMPLE DOCUMENTS – Document CNTRL 08955649 – Plaintiffs objection regarding this document is MOOT. Document |

| | | |
|---|---|---|
| | | HCSC–E005 205137 – Plaintiffs objection regarding this document is MOOT. Signed by Judge R David Proctor on 5/22/2018. (KAM) (Entered: 05/22/2018) |
| 05/22/2018 | 2177 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 4/1/2018 through 4/30/2018 as it relates to both sides and totaling $10,000.00. Signed by Judge R David Proctor on 5/22/2018. (KAM) (Entered: 05/22/2018) |
| 05/22/2018 | 2178 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 4/1/2018 through 4/30/2018 relating solely to the services provided to the plaintiffs and totaling $54,000.00. Signed by Judge R David Proctor on 5/22/2018. (KAM) (Entered: 05/22/2018) |
| 05/22/2018 | 2179 | Transcript of Proceedings held on 5/15/2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Leah S. Turner, Telephone number 205–278–1780. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 6/12/2018. Redacted Transcript Deadline set for 6/22/2018. Release of Transcript Restriction set for 8/20/2018. (JLC) (Entered: 05/22/2018) |
| 05/24/2018 | 2180 | STATUS REPORT *Regarding Privilege Log Challenges* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 05/24/2018) |
| 05/24/2018 | 2181 | ***Document Sealed*** Provider Plaintiffs' Memorandum regarding the effect of the standard of review on class certification of plaintiffs' Section 1 claims (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (KAM) (Entered: 05/24/2018) |
| 05/24/2018 | 2182 | RESPONSE to *the Court's May 9, 2018 Order* filed by Defendants' Counsel. (Zott, David) (Entered: 05/24/2018) |
| 05/24/2018 | 2183 | Brief *Provider Plaintiffs' Memorandum Regarding the Effect of the Standard of Review on Class Certification of Plaintiffs' Section 1 Claims (Redacted)* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Whatley, Joe) (Entered: 05/24/2018) |
| 05/24/2018 | 2184 | RESPONSE to re 2159 *Subscriber Plaintiffs' Statement Regarding the Antitrust Standard of Review and Class Certification* filed by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: 05/24/2018) |
| 05/25/2018 | 2185 | RESPONSE to re 2170 *Plaintiffs' Objections to Special Master's Report and Recommendation on Anthem, Inc. Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 05/25/2018) |
| 05/25/2018 | 2186 | Opposition to re 2170 *Report & Recommendation of Special Privilege Master Regarding Anthem, Inc. Sample Documents* filed by Anthem, Inc.. (Attachments: # 1 Exhibit A – Umstead Declaration)(Cohen, Lucile) (Entered: 05/25/2018) |

| 05/25/2018 | 2187 | Consent MOTION for Extension of Time *to File Response to Plaintiffs' Objections to the Special Privilege Master's Report and Recommendation on Anthem, Inc.'s Sample Documents* by Anthem, Inc.. (Cohen, Lucile) (Entered: 05/25/2018) |
|---|---|---|
| 05/25/2018 | 2188 | **TEXT ORDER** This case is before the court on Defendant Anthem, Inc.'s Consent Motion to Extend the Parties' Deadline for Filing Responses to Objections to the Special Master's Report and Recommendation on Anthem, Inc.'s Privilege Log Samples. 2187 For good cause shown, Anthem's Motion 2187 is **GRANTED**. The parties **MAY** file responses to the objections to Judge Harwood's Report and Recommendation on Anthem's privilege log samples **on or before 12:00 p.m. CDT on June 1, 2018**. Signed by Judge R David Proctor on 5/25/2018. (JLC) (Entered: 05/25/2018) |
| 05/30/2018 | 2189 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY*. (Harwood, R) (Entered: 05/30/2018) |
| 06/01/2018 | 2190 | RESPONSE to re 2185 *Plaintiffs' Objections to Special Privilege Master's Report and Recommendation* filed by Anthem, Inc.. (Cohen, Lucile) (Entered: 06/01/2018) |
| 06/01/2018 | 2191 | NOTICE of Appearance by Susan Smelcer on behalf of Defendants' Counsel (Smelcer, Susan) (Entered: 06/01/2018) |
| 06/04/2018 | 2192 | MOTION for Leave to File *Supplemental Brief in Support of Motion for Sanctions Against BCBS−AL for Violation of Discovery Order No. 76 (Opposed)* by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 06/04/2018) |
| 06/05/2018 | 2193 | RESPONSE to *Plaintiffs' June 4, 2018 Motion to File Supplemental Brief* filed by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 06/05/2018) |
| 06/06/2018 | 2194 | TEXT ORDER denying 2192 Motion for Leave to File Supplemental Brief in Support of Motion for Sanctions. Signed by Magistrate Judge T Michael Putnam on June 6, 2018. (JTS) (Entered: 06/06/2018) |
| 06/06/2018 | 2195 | ORDER REGARDING ANTHEMS SAMPLE DOCUMENTS − Documents WLP−05997745, WLP−07314205, WLP−06293872, and WLP−06849240;in response to Plaintiffs Objections, Anthem notes that it either has already produced, or agreesto produce, these four documents 2190 ; objections regarding these documents are MOOT. Document WLP−07831263 − objection overruled. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 6/6/2018. (KAM) (Entered: 06/06/2018) |
| 06/07/2018 | 2196 | ORDER UNSEALING CERTAIN DOCUMENTS. Signed by Judge R David Proctor on 6/7/2018. (KAM) (Entered: 06/07/2018) |
| 06/07/2018 | 2197 | STATUS REPORT *Regarding Discovery Order No. 83* by Anthem, Inc.. filed by Anthem, Inc. (Hoover, Craig) (Entered: 06/07/2018) |
| 06/08/2018 | 2198 | ORDER Status Conference set for 6/28/2018 09:00 AM in Courtroom 7A before Judge R David Proctor. The Special Master will provide a call−in number for the conference. On or before Friday, 6/22/2018, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 6/8/2018. (KAM) (Entered: 06/08/2018) |

| 06/08/2018 | 2199 | TEXT ORDER. The Status Conference set by Discovery Order No. 1 (doc. 229) shall be held on June 28, 2018, at 1:00 PM in Courtroom 3B, Hugo L. Black US Courthouse, Birmingham, Alabama, before Magistrate Judge T Michael Putnam. Court reporter to be present. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. Signed by Magistrate Judge T Michael Putnam on June 8, 2018. (JTS) (Entered: 06/08/2018) |
|---|---|---|
| 06/08/2018 | 2200 | **TEXT ORDER**–This matter is **SET** for a telephone conference at **10:00 a.m. on Monday, June 11, 2018**, to briefly discuss matters related to Defendants Motion for Certification under 28 U.S.C. § 1292(b). [Doc. # 2085] A court reporter will be present. The Special Master will provide a call in number for the conference. Signed by Judge R David Proctor on 6/8/2018. (KAM) (Entered: 06/08/2018) |
| 06/11/2018 | 2201 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT HIGHMARK, INC.*. (Harwood, R) (Additional attachment(s) added on 6/11/2018: # 1 Supplement Unredacted R&R) (PSM, ). (Entered: 06/11/2018) |
| 06/11/2018 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Conference held on 6/11/2018. (Court Reporter Leah Turner.) (KLL) (Entered: 06/11/2018) |
| 06/12/2018 | 2202 | MEMORANDUM OPINION REGARDING CERTIFICATIONUNDER 28 U.S.C. § 1292(b). Signed by Judge R David Proctor on 6/12/2018. (KAM) (KAM, ). (Entered: 06/12/2018) |
| 06/12/2018 | 2203 | ORDER REGARDING CERTIFICATION UNDER 28 U.S.C. § 1292(b) AND AMENDED ORDER REGARDING SECTION 1 STANDARD OF REVIEW; in accordance with the accompanying Memorandum Opinion, granting 2085 Motion for Certification under 28 U.S.C. § 1292(b);The courts April 5, 2018 Order Regarding Section 1 Standard of Review and Single Entity Defense is AMENDED as set out in this order. Signed by Judge R David Proctor on 6/12/2018. (KAM) (Entered: 06/12/2018) |
| 06/12/2018 | 2204 | Transcript of Proceedings held on 6/11/2018, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/3/2018. Redacted Transcript Deadline set for 7/13/2018. Release of Transcript Restriction set for 9/10/2018. (KAM, ) (Entered: 06/12/2018) |
| 06/13/2018 | 2205 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT WELLMARK BLUE CROSS AND BLUE SHIELD*. (Harwood, R) (Entered: 06/13/2018) |
| 06/14/2018 | 2206 | STATUS REPORT *regarding Provider Plaintiffs' Justifications to Maintain Seal on Exhibit LLLL to Their Response to Defendants' Motion for Summary Judgment* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 06/14/2018) |

| 06/14/2018 | 2207 | ORDER re Status Conference previously set for Thursday, June 28, 2018, it is hereby RE–SET for 9:00 a.m. on Thursday, August 30, 2018, in Courtroom 7A of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. On or before Friday, August 24, 2018, the parties SHALL submit a Joint Report containing a proposed agenda of items the parties wish to be addressed during the Status Conference. Signed by Judge R David Proctor on 6/14/2018. (JLC, ) (Entered: 06/14/2018) |
|---|---|---|
| 06/14/2018 | 2208 | STATUS REPORT *Regarding Privilege Log Challenges* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 06/14/2018) |
| 06/15/2018 | 2209 | ORDER re Status Conference previously set for Thursday, June 28, 2018, it is hereby RE–SET for 1:00 p.m. on Thursday, August 30, 2018, in Courtroom 3B of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama before Magistrate Judge T Michael Putnam. Furthermore, the parties are DIRECTED to submit a Joint Report by August 27, 2018, proposing limited Discovery Deadlines and procedures in order to complete any fact Discovery that is necessary as a result of the sampling process's conclusion. Signed by Magistrate Judge T Michael Putnam on 6/15/2018. (JLC) (Entered: 06/15/2018) |
| 06/18/2018 | 2210 | ***Document Sealed*** Highmark Inc's OBJECTION to 6/11/2018 Report and Recommendation of Special Master (KAM) (Entered: 06/18/2018) |
| 06/18/2018 | 2211 | RESPONSE to re 2201 *Plaintiffs' Objections to Special Master's Report and Recommendation on Highmark, Inc.* filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 06/18/2018) |
| 06/21/2018 | 2212 | ***Document Sealed*** HIGHMARK INC.S RESPONSE TO PLAINTIFFS OBJECTIONS TOJUNE 11, 2018 REPORT & RECOMMENDATION OF SPECIAL MASTER (KAM) (Entered: 06/21/2018) |
| 06/21/2018 | 2213 | RESPONSE to *Plaintiffs' Response To Highmark Objections To Special Masters Report And Recommendation On Highmark, Inc.* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 06/21/2018) |
| 06/22/2018 | 2214 | ORDER REGARDING HIGHMARKS SAMPLE DOCUMENTS – Document HMK019816091_001 – Objection sustained. Ruling: Privilege claim upheld; Document HMK019592573_0001 – Objection sustained. Ruling: Privilege claim upheld; Document HMK019880363_0001 – Objection sustained. Ruling: Privilege claim upheld; Document HMK018486557 – Objection overruled. Ruling: Privilege claim sustained in part; Documents HMK011233682_0001, HMK019409906, and HMK019760695. Highmark has agreed to produce these documents 2212 , Plas objection with respect to these three documents is moot; Document HMK011384225 – Objection overruled. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 6/22/2018. (KAM) (Entered: 06/22/2018) |
| 06/22/2018 | 2215 | MOTION to Amend/Correct 2113 Order on Motion to Amend/Correct,,, Order on Sealed Motion,, *Plaintiffs' Unopposed Motion to Amend Modification to Discovery Order No. 88* by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 06/22/2018) |
| 06/25/2018 | 2216 | TEXT ORDER re 2215 Unopposed Motion to Amend Modification to Discovery Order No. 88. The parties are directed to submit mutually agreeable dates to the Special Master no later than July 2, 2018. Signed by Magistrate Judge T Michael |

| | | |
|---|---|---|
| | | Putnam on June 25, 2018. (JTS) (Entered: 06/25/2018) |
| 06/26/2018 | 2217 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT HAWAII MEDICAL SERVICE ASSOCIATION*. (Harwood, R) (Additional attachment(s) added on 6/26/2018: # 1 Supplement Unredacted R&R) (PSM, ). (Entered: 06/26/2018) |
| 06/26/2018 | 2218 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 5/1/2018 – 5/31/2018 in this matter relating solely to the services provided to the plaintiffs, and totaling $57,500.00. Signed by Judge R David Proctor on 6/26/2018. (KAM) (Entered: 06/26/2018) |
| 06/26/2018 | 2219 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from 5/1/2018 – 5/31/2018 in this matter as it relates to services rendered for both sides of the case, and totaling $6,000.00. Signed by Judge R David Proctor on 6/26/2018. (KAM) (Entered: 06/26/2018) |
| 06/26/2018 | 2220 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT CAPITAL BLUECROSS*. (Harwood, R) (Additional attachment(s) added on 6/26/2018: # 1 Supplement Unredacted R&R) (PSM, ). (Entered: 06/26/2018) |
| 06/26/2018 | 2221 | RESPONSE in Opposition re 2120 MOTION for Partial Summary Judgment *Against Certain Defendants That Were Not Signatories to Settlement Agreements in Love v. Blue Cross and Blue Shield Association (Provider Plaintiffs)* filed by Defendants' Counsel. (Attachments: # 1 Evidentiary Submission Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18)(Sooy, Kathleen) (Entered: 06/26/2018) |
| 06/26/2018 | 2222 | JOINDER in re 2120 *IN CERTAIN DEFENDANTS' OPPOSITION TO PROVIDER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT* filed by USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield. (Naranjo, Michael) (Entered: 06/26/2018) |
| 06/26/2018 | 2223 | Opposition to re 2120 *Provider Plaintiffs' Motion for Partial Summary Judgment* filed by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield. (Attachments: # 1 Exhibit A)(Walsh, Stephen) (Entered: 06/26/2018) |
| 06/28/2018 | 2224 | SEALED MOTION – Subscriber and Provider Plaintiffs' MOTION to compel production of documents form BCBS–VT's Privilege Log (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit C and OO)(KAM) Modified on 6/29/2018 (KAM, ). (Entered: 06/28/2018) |
| 06/28/2018 | 2225 | MOTION to Compel *Production of Documents From BCBS–VT's Privilege Log* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit C and OO)(Hellums, Christopher) (Entered: 06/28/2018) |
| 06/29/2018 | 2226 | MOTION to Substitute Party by Plaintiffs' Counsel. (Wilkerson, David) (Entered: 06/29/2018) |
| 07/02/2018 | 2227 | **TEXT ORDER**–This matter is before the court on Plaintiff SHGI Corporation's Motion to Substitute Plaintiff. 2226 The Motion explains that SHGI Corporation has been acquired by Sirocco and Sirocco seeks to replace SHGI as a named plaintiff in this litigation. The Motion 2226 is **GRANTED**. The Clerk of the Court is directed |

| | | |
|---|---|---|
| | | to substitute Sirocco as a named plaintiff in place of SHGI Corporation in this litigation. Signed by Judge R David Proctor on 7/2/2018. (KAM) (Entered: 07/02/2018) |
| 07/02/2018 | 2228 | ORDER UNSEALING CERTAIN DOCUMENTS as set out in this order. Signed by Judge R David Proctor on 7/2/2018. (KAM) (Entered: 07/02/2018) |
| 07/03/2018 | 2229 | ***Document Sealed** OBJECTION OF CAPITAL BLUECROSS TO REPORT & RECOMMENDATION OFSPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS (Attachments: # 1 Exhibit Declaration of William Manning) (KAM) (Entered: 07/05/2018) |
| 07/05/2018 | 2230 | ***Document Sealed*** BLUE CROSS BLUE SHIELD OF VERMONT'S RESPONSE TO PLANTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BLUE CROSS BLUE SHIELD OF VERMONT'S PRIVILEGE LOG (KAM) (Entered: 07/05/2018) |
| 07/05/2018 | 2231 | MEMORANDUM OPINION AND ORDER REGARDING BCBS−ALS CONTACTS WITH PUTATIVE CLASS MEMBERS − Subscriber Plaintiffs Renewed Motion for a Protective Order as to BCBS−ALs Contacts with Putative Class Members (Doc. # 2075) is DENIED. Signed by Judge R David Proctor on 7/15/2018. (KAM) (Entered: 07/05/2018) |
| 07/09/2018 | 2232 | ORDER this matter is before the court on the Plaintiffs' unopposed Motion to Amend Modification to Discovery Order No. 88 2215 ; Telephone Conference set for 7/19/2018 03:00 PM before Magistrate Judge T. Michael Putnam. Signed by Magistrate Judge T. Michael Putnam on 7/9/2018. (KAM) (Entered: 07/09/2018) |
| 07/10/2018 | 2233 | STATUS REPORT *on Privilege Logs* by Blue Cross and Blue Shield of Alabama. filed by Blue Cross and Blue Shield of Alabama (Malatesta, John) (Entered: 07/10/2018) |
| 07/11/2018 | 2234 | ORDER REGARDING CAPITAL BLUECROSSS SAMPLE DOCUMENTS; Document CBC_PL_00005186 − Objection sustained. Ruling: Privilege claim as to the two identified additional e−mails is upheld; Document CBC_PL_00022447 − Objection sustained in part. Ruling: Privilege claim upheld as to the third and fourth paragraphs of the e−mail which may be redacted; Document CBC_PL_00033626 − Objection sustained. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 7/11/2018. (KAM) (Entered: 07/11/2018) |
| 07/12/2018 | 2235 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS OF IDAHO HEALTH SERVICE, INC.*. (Harwood, R) (Entered: 07/12/2018) |
| 07/12/2018 | 2236 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT CAMBIA HEALTH SOLUTIONS*. (Harwood, R) (Additional attachment(s) added on 7/12/2018: # 1 Unredacted R&R) (KAM, ). (Entered: 07/12/2018) |
| 07/12/2018 | 2237 | MOTION to Withdraw as Attorney *Michelle S. Kallen* by CIGNA Health and Life Insurance Company. (Weller, Christopher) (Entered: 07/12/2018) |
| 07/12/2018 | 2238 | **TEXT ORDER** − This case is before the court on the Motion to Withdraw filed on behalf of attorney Michelle S. Kallen. 2237 The Motion 2237 is GRANTED. The Clerk of the Court is directed to terminate attorney Kallen. Signed by Judge R David Proctor on 7/12/2018. (KAM) (Entered: 07/12/2018) |

| 07/19/2018 | 2239 | ***Document Sealed*** OBJECTION OF Blue Cross of Idaho Health Service Inc to Special Master Report and Recommendation 2235 (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 07/19/2018) |
| --- | --- | --- |
| 07/19/2018 | 2240 | RESPONSE to re 2235 , 2236 *Plaintiffs' Objections to Special Master's Report and Recommendation on Blue Cross of Idaho and Cambia Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 07/19/2018) |
| 07/19/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Telephone Conference held on 7/19/2018. (Court Reporter Teresa Roberson) (ASL) (Entered: 07/19/2018) |
| 07/19/2018 | 2241 | ORDER granting 2215 Plaintiffs Unopposed Motion to Amend Modification to Discovery Order No. 88. The Plaintiffs shall file their Renewed Motion to Amend Discovery Order No. 88 within twenty–one (21) days after the final Report and Recommendation is entered by the Privilege Master, but in no event, the renewed motion is due no later than September 28, 2018. Signed by Magistrate Judge T Michael Putnam on 7/19/2018. (KAM) (Entered: 07/19/2018) |
| 07/23/2018 | 2242 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from June 1, 2018 through June 30, 2018 in this matter relating solely to services provided to the Plaintiffs, and totaling $63,000.00. Signed by Judge R David Proctor on 7/23/2018. (KAM) (Entered: 07/23/2018) |
| 07/23/2018 | 2243 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from June 1, 2018 through June 30, 2018 in this matter as it relates to services rendered for both sides of the case, and totaling $3,500.00. Signed by Judge R David Proctor on 7/23/2018. (KAM) (Entered: 07/23/2018) |
| 07/23/2018 | 2244 | RESPONSE to re 2240 *Plaintiffs' Objection to Special Master Report 2235* filed by Blue Cross of Idaho Health Service Incorporated. (Sooy, Kathleen) (Entered: 07/23/2018) |
| 07/23/2018 | 2245 | RESPONSE to re 2240 *Cambia Health Solutions's Response to Plaintiffs' Objections to Special Master's Report & Recommendation on Cambia's Privilege Log Samples* filed by Defendants' Counsel. (Cohen, Lucile) (Entered: 07/23/2018) |
| 07/24/2018 | 2246 | MOTION for Extension of Time to File Response/Reply as to 2120 MOTION for Partial Summary Judgment *Against Certain Defendants That Were Not Signatories to Settlement Agreements in Love v. Blue Cross and Blue Shield Association (Provider Plaintiffs) Unopposed* by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 07/24/2018) |
| 07/24/2018 | 2247 | ORDER REGARDING CAMBIA HEALTH SOLUTIONSS SAMPLE DOCUMENTS – Cambia has responded to Plaintiffs Objection by agreeing to produce the one document at issue 2245 ; therefore, that portion of Plainitffs' Objection 2240 directed to Cambia's privilege sample is **MOOT**. Signed by Judge R David Proctor on 7/24/2018. (KAM) (Entered: 07/24/2018) |
| 07/24/2018 | 2248 | ORDER REGARDING BLUE CROSS OF IDAHO HEALTH SERVICE, INC.S SAMPLE DOCUMENTS – Idaho has responded to Plaintiffs Objection by agreeing to produce the one document at issue. 2244 . Therefore, that portion of Plaintiffs Objection 2240 directed to Idahos privilege sample is **MOOT**. Remaining at issue is |

| | | |
|---|---|---|
| | | one document: BC–IDAHO_MDL000675943. 2239 ; Document BC–IDAHO_MDL000675943 –Objection sustained. Ruling: Privilege claim upheld as to the entire last paragraph. Signed by Judge R David Proctor on 7/24/2018. (KAM) (Entered: 07/24/2018) |
| 07/24/2018 | 2249 | **TEXT ORDER** This matter is before the court on Provider Plaintiffs' Unopposed Motion for Extension of Time to File Reply to Motion for Partial Summary Judgment. 2246 The Motion 2246 is **GRANTED**. Plaintiffs' SHALL file any Reply in Support of their Motion for Partial Summary Judgment on or before August 6, 2018.Signed by Judge R David Proctor on 7/24/2018. (KAM) (Entered: 07/24/2018) |
| 07/25/2018 | 2250 | FOURTH AMENDMENT TO DISCOVERY ORDER No. 76. Signed by Magistrate Judge T Michael Putnam on 7/25/2018. (KAM) (Entered: 07/25/2018) |
| 07/25/2018 | 2251 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF ARIZONA*. (Harwood, R) (Entered: 07/25/2018) |
| 07/27/2018 | 2252 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT INDEPENDENCE HOSPITAL INDEMNITY PLAN*. (Harwood, R) (Additional attachment(s) added on 7/27/2018: # 1 Exhibit Unredacted R&R) (PSM, ). (Entered: 07/27/2018) |
| 07/30/2018 | 2253 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS BLUE SHIELD OF NORTH CAROLINA*. (Harwood, R) (Additional attachment(s) added on 7/30/2018: # 1 unredacted R&R) (KAM, ). (Entered: 07/30/2018) |
| 08/01/2018 | 2254 | ***Document Sealed *** BCBS OF ARIZONA'S OBJECTION TO SPECIAL MASTER REPORT AND RECOMMENDATION 2251 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (KAM) (Entered: 08/01/2018) |
| 08/01/2018 | 2255 | ***Document Sealed*** SUBCRIBER AND PROVIDER PLAIRNIFFS' OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONON BLUE CROSS BLUE SHIELD OF ARIZONA PRIVILGE LOG SAMPLES (Attachments: # 1 Exhibit A) (KAM) (Entered: 08/01/2018) |
| 08/01/2018 | 2256 | RESPONSE to re 2251 *Plaintiffs' Objections to Special Master's Report and Recommendation on Blue Cross Blue Shield of Arizona Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Ragsdale, Barry) (Entered: 08/01/2018) |
| 08/03/2018 | 2257 | RESPONSE to re 2252 *Plaintiffs' Objections to Special Master's Report and Recommendation on Independence Blue Cross Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Ragsdale, Barry) (Entered: 08/03/2018) |
| 08/03/2018 | 2258 | ***Document Sealed*** SUBCRIBER AND PROVIDER PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON INDEPENDENCE BLUE CROSS PRIVILEGE LOG SAMPLES 2252 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D–1, # 5 Exhibit D–2, # 6 Exhibit D–3, # 7 Exhibit E–1, # 8 Exhibit E–2, # 9 Exhibit F) (KAM) (Entered: 08/03/2018) |

| 08/06/2018 | 2259 | RESPONSE to re 2256 *Plaintiffs' Objection to Special Master's Report and Recommendation* filed by Blue Cross Blue Shield of Arizona. (Sooy, Kathleen) (Entered: 08/06/2018) |
|---|---|---|
| 08/06/2018 | 2260 | ***Document Sealed*** BLUE CROSS BLUE SHIELD OF NORTH CAROLINA'S OBJECTION TO JULY 30, 2018 REPORT & RECOMMENDATION OF SPECIAL MASTER (KAM) (Entered: 08/06/2018) |
| 08/06/2018 | 2261 | ***Document Sealed*** INDEPENDENCE HOSPITIAL INDEMNITY PLAN'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO JULY 27,2018 REPORT & RECOMMENDATION OF THE SPECIAL MASTER (KAM) (Entered: 08/06/2018) |
| 08/06/2018 | 2262 | RESPONSE to *Plaintiffs' Objections to July 27, 2018 Report & Recommendation of the Special Master re Independence Blue Cross* filed by Defendants' Counsel. (Rowe, Stephen) (Entered: 08/06/2018) |
| 08/06/2018 | 2263 | RESPONSE to re 2254 *Plaintiffs' Response To BCBS−AZ Objections To Special Masters Report And Recommendation On The Privilege Log Of BCBS−AZ* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 08/06/2018) |
| 08/06/2018 | 2264 | REPLY to Response to Motion re 2120 MOTION for Partial Summary Judgment *Against Certain Defendants That Were Not Signatories to Settlement Agreements in Love v. Blue Cross and Blue Shield Association (Provider Plaintiffs)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 08/06/2018) |
| 08/06/2018 | 2265 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2223 Opposition (other) *of Excellus, Inc. to Provider Plaintiffs' Motion for Partial Summary Judgment Against Certain Defendants That Were Not Signatories to Settlement Agreements in Love v. Blue Cross and Blue Shield Association* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A − Declaration of Edith M. Kallas, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration, # 4 Exhibit 3 to Declaration, # 5 Exhibit 4 to Declaration, # 6 Exhibit 5 to Declaration)(Whatley, Joe) (Entered: 08/06/2018) |
| 08/10/2018 | 2266 | MOTION to Withdraw as Attorney by USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield. (Benny, Erik) (Entered: 08/10/2018) |
| 08/13/2018 | 2267 | ORDER REGARDING BLUE CROSS BLUE SHIELD OF NORTH CAROLINAS SAMPLE DOCUMENTSDocument BCBSNC−00324425 − Objection sustained. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 8/13/2018. (KAM) (Entered: 08/13/2018) |
| 08/13/2018 | 2268 | MOTION for Leave to File *Surreply in Opposition to Providers' Motion for Partial Summary Judgement* by Defendants' Counsel. (Sooy, Kathleen) (Entered: 08/13/2018) |
| 08/14/2018 | 2269 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS AND BLUE SHIELD OF KANSAS, INC..* (Harwood, R) (Additional attachment(s) added on 8/14/2018: # 1 Exhibit Unredacted R&R) (PSM, ). (Entered: 08/14/2018) |
| 08/14/2018 | 2270 | **TEXT ORDER**–This matter is before the court on the Non−Settling Defendants' Motion for Leave to File Surreply in Opposition to Providers' Motion for Partial Summary Judgment. 2268 The Motion 2268 is **GRANTED**. The Non−Settling Defendants may file a surreply, limited to fifteen pages, **on or before September 5, 2018**. Providers may file a final brief, similarly limited to fifteen pages, **on or** |

| | | |
|---|---|---|
| | | **before September 26, 2018**.Signed by Judge R David Proctor on 8/14/2018. (KAM) (Entered: 08/14/2018) |
| 08/14/2018 | 2271 | **TEXT ORDER** This case is before the court on attorney Erik F. Benny's Motion to Withdraw. Benny's Motion to Withdraw is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate attorney Benny. Signed by Judge R David Proctor on 8/14/2018. (KAM) (Entered: 08/14/2018) |
| 08/14/2018 | 2272 | ORDER REGARDING INDEPENDENCE BLUE CROSSS SAMPLE DOCUMENTS –IBC has responded to Plaintiffs Objection. (Doc. # 2261). In its response, IBC agrees to produce four of the nine documents at issue in Plaintiffs Objection. (Doc. # 22261 at 8). Therefore, Plaintiffs Objections relating to documents IBC–PL–0029140, IBC–PL–0029347, IBC–PL–0007327, and IBC–PL–0018450 are MOOT. (Doc. # 22261 at 8); Documents IBC–PL–0029240 and IBC–PL–0029248 are overlapping documents – Objection overruled. Ruling: Privilege claim upheld as to the third and fourth sequential e–mails in the string; Document IBC–PL–0018766 – Objection sustained in part and overruled in part. Ruling: Privilege claim upheld only as to proposed redactions noted above; Document IBC–PL–0020581 –Objection overruled. Ruling: Privilege claim upheld Objection overruled. Ruling: Privilege claim upheld; Document IBC–PL–0022390 –. Signed by Judge R David Proctor on 8/14/2018. (KAM) (Entered: 08/14/2018) |
| 08/14/2018 | 2273 | ORDER REGARDING BLUE CROSS BLUE SHIELD OF ARIZONAS SAMPLE DOCUMENTS – BCBS–AZ has responded toPlaintiffs Objection by agreeing to produce the one document at issue. (Doc. # 2259). Therefore,Plaintiffs Objection to Arizona privilege sample (Doc. # 2255) is MOOT; Document AZ–PL00006510 – Objection overruled. Ruling: Privilege claim not substantiated; Document AZ–PL00001279 – Objection overruled. Ruling: Privilege claim not substantiated; Document AZ–PL00001622 – Objection sustained. Ruling: Privilege claim upheld as to the third e–mail in the string. Signed by Judge R David Proctor on 8/14/2018. (KAM) (Entered: 08/14/2018) |
| 08/14/2018 | 2274 | Supplemental MOTION to Strike *New Arguments in Providers' Reply in Further Support of their Motion for Partial Summary Judgment and Alternatively for Leave to File Sur–Reply* by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield. (Bloomberg, Edward) (Entered: 08/14/2018) |
| 08/16/2018 | 2275 | RESPONSE in Opposition re 2274 Supplemental MOTION to Strike *New Arguments in Providers' Reply in Further Support of their Motion for Partial Summary Judgment and Alternatively for Leave to File Sur–Reply* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 08/16/2018) |
| 08/17/2018 | 2276 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on August 30, 2018* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 08/17/2018) |
| 08/21/2018 | 2277 | ***Document Sealed** Response of BCBS of Kansas to Special Master Report and Recommendation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 08/21/2018) |
| 08/21/2018 | 2278 | ***Document Sealed** SUBCRIBER AND PROVIDER PLAINTIFFS' OBJECTIONS to Special Master's Report and Recommendation on BCBS of Kansas Privilege Log Samples (KAM) (Entered: 08/21/2018) |
| 08/21/2018 | 2279 | |

| | | RESPONSE to re 2269 *Plaintiffs' Objections to Special Master's Report and Recommendation on Blue Cross Blue Shield of Kansas Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 08/21/2018) |
|---|---|---|
| 08/22/2018 | 2280 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2018 through July 31, 2018 in this matter relating solely to services provided to the Plaintiffs, and totaling $50,000.00. Signed by Judge R David Proctor on 8/22/2018. (KAM) (Entered: 08/22/2018) |
| 08/22/2018 | 2281 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2018 through July 31, 2018 in this matter as it relates to services rendered for both sides of the case, and totaling $3,000.00. Signed by Judge R David Proctor on 8/22/2018. (KAM) (Entered: 08/22/2018) |
| 08/24/2018 | 2282 | ORDER – 1. Third Party Provider Cahaba Medical Cares Motion to Maintain Seal on Defendant Blue Cross Blue Shield of Michigans Motion to Compel the Production of Documents and Accompanying Exhibits (Doc. # 1770) is GRANTED IN PART. Document # 1733, and its exhibits, documents # 1733–1, 1733–2, and 1733–3 SHALL remain UNDER SEAL. 2. The Motion of Non–Party Health Care Authority of the City of Huntsville to Maintain Seal, and for Other Relief (Doc. # 1777) is GRANTED IN PART. Document # 1747, and its exhibits, documents # 1747–1, 1747–2, 1747–3, 1747–4, 1747–5, 1747–6, and 1747–7 SHALL remain UNDER SEAL. 3. Third Party Provider Cahaba Medical Cares Motion to Maintain Seal on Defendant Blue Cross Blue Shield of Michigans Reply in Support of Motion to Compel the Production of Documents and Accompanying Exhibits (Doc. # 1827) is GRANTED. Document #1804 SHALL remain UNDER SEAL. Signed by Judge R David Proctor on 8/24/2018. (KEK) (Entered: 08/24/2018) |
| 08/24/2018 | 2283 | ORDER – Therefore, Excelluss Supplemental Motion to Strike or Alternatively, for Leave to File Sur–Reply (Doc. # 2274) is GRANTED IN PART AND DENIED IN PART. That portion of Providers Reply directed to the MSSNY agreements, rather than the Love agreements, is stricken. No surreplies other than those already allowed will be considered by the court. Signed by Judge R David Proctor on 8/24/2018. (KEK) (Entered: 08/24/2018) |
| 08/24/2018 | 2285 | ***Document Sealed***DEFENDANT BCBS of Kansas RESPONSE to plaintiffs' objections to Special Master Report (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 08/28/2018) |
| 08/27/2018 | 2284 | STATUS REPORT *JOINT STATUS REPORT for August 30, 2018 Discovery Conference* by Defendants' Counsel. filed by Defendants' Counsel (Hoover, Craig) (Entered: 08/27/2018) |
| 08/30/2018 | 2286 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS AND BLUE SHIELD OF KANSAS CITY*. (Harwood, R) (Additional attachment(s) added on 8/30/2018: # 1 Exhibit Unredacted R&R) (PSM, ). (Entered: 08/30/2018) |
| 08/30/2018 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 8/30/2018. (Court Reporter Leah Turner.) (KLL) (Entered: 08/30/2018) |
| 08/30/2018 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 8/30/2018. (Court Reporter Sabrina Lewis) |

| | | |
|---|---|---|
| | | (ASL) (Entered: 08/30/2018) |
| 08/30/2018 | 2287 | ORDER– A Status Conference is SET for 10/25/2018 01:00 PM at the Hugo L Black Courthouse before Magistrate Judge T Michael Putnam; The parties are DIRECTED to submit a joint status report by October 22, 2018; If the parties cannot come to an agreement sufficient to permit a joint status report, the parties are DIRECTED to submit separate status reports by October 22, 2018; Further instructions within. Signed by Magistrate Judge T Michael Putnam on 8/30/18. (MRR, ) (Entered: 08/30/2018) |
| 09/04/2018 | 2288 | ORDER REGARDING BLUE CROSS BLUE SHIELD OF KANSASS SAMPLE DOCUMENTS :Document KS–PL00003744 – Objection sustained. Ruling: Privilege claim upheld as to the first e–mail in the chain; Document KS–PL00013163 – Objection overruled. Ruling: Privilege claim upheld as to the second and third chronological e–mails in the chain; Document KS–HC–PL00000221 – Objection overruled. Ruling: Privilege claim upheld; Document KS–HC–PL00000010 – Objection overruled. Ruling: Privilege claim upheld; Document KS–HC–PL00000166 – Objection overruled. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 9/4/2018. (KAM) (Entered: 09/04/2018) |
| 09/05/2018 | 2289 | ORDER on or before September 21, 2018, counsel for Defendants SHALL make sure that at least one attorney of record has appeared for each defendant in each underlying case to which the defendant is a party. On or before September 24, 2018, with local facilitating counsel for Defendants SHALL file a status report indicating that all such appearances have been made. Signed by Judge R David Proctor on 9/5/2018. (KAM) (Entered: 09/05/2018) |
| 09/05/2018 | 2290 | RESPONSE in Opposition re 2120 MOTION for Partial Summary Judgment *Against Certain Defendants That Were Not Signatories to Settlement Agreements in Love v. Blue Cross and Blue Shield Association (Provider Plaintiffs)* filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: 09/05/2018) |
| 09/07/2018 | 2291 | Transcript of Proceedings held on 8/30/2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/28/2018. Redacted Transcript Deadline set for 10/8/2018. Release of Transcript Restriction set for 12/6/2018. (KEK) Correcting date of hearing Modified on 10/15/2018 (KAM, ). (Entered: 09/07/2018) |
| 09/11/2018 | 2292 | STATUS REPORT *on Special Master De–Designation* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 09/11/2018) |
| 09/12/2018 | 2293 | NOTICE of Appearance by Helen E Witt on behalf of Blue Shield of California, Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc., Health Care Service Corporation, Highmark BCBSD Inc., Highmark Inc., Highmark |

| | | |
|---|---|---|
| | | West Virginia Inc., Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania (Witt, Helen) (Entered: 09/12/2018) |
| 09/13/2018 | 2294 | RESPONSE to re 2292 *Defendants' Response to Plaintiffs' Status Report on Special Master De–Designation* filed by Defendants' Counsel. (Attachments: # 1 Exhibit Exhibit 1)(Hoover, Craig) (Entered: 09/13/2018) |
| 09/14/2018 | 2295 | NOTICE of Appearance by Charles L Sweeris on behalf of California Physicians Service d/b/a Blue Shield of California (Sweeris, Charles) (Entered: 09/14/2018) |
| 09/14/2018 | 2296 | DISCOVERY ORDER No. 90; The motion for sanctions (Doc. 2072 and Sealed Doc. 2074) are DENIED as set out herein. Signed by Magistrate Judge T Michael Putnam on 9/14/2018. (JLC) (Entered: 09/14/2018) |
| 09/20/2018 | 2297 | MOTION to Withdraw as Attorney by USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield. (Kapatkin, Brian) (Entered: 09/20/2018) |
| 09/20/2018 | 2298 | **TEXT ORDER** This matter is before the court on attorney Brian J. Kapatkin's Motion to Withdraw 2297 . The Motion 2297 is GRANTED. The Clerk of Court is DIRECTED to terminate Attorney Kapatkin. Signed by Judge R David Proctor on 9/20/2018. (KAM) (Entered: 09/20/2018) |
| 09/21/2018 | 2299 | NOTICE of Appearance by Andrew Phillip Campbell on behalf of Blue Cross Blue Shield Michigan (Campbell, Andrew) (Entered: 09/21/2018) |
| 09/24/2018 | 2300 | STATUS REPORT by Defendants' Counsel. filed by Defendants' Counsel (Hogewood, Mark) (Entered: 09/24/2018) |
| 09/25/2018 | 2301 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from August 1, 2018 through August 31, 2018 in this matter as it relates to services rendered for both sides of the case, and totaling $6,000.00. Signed by Judge R David Proctor on 9/25/2018. (KAM) (Entered: 09/25/2018) |
| 09/25/2018 | 2302 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from August 1, 2018 through August 31, 2018 in this matter relating solely to services provided to the Plaintiffs, and totaling $49,000.00. Signed by Judge R David Proctor on 9/25/2018. (KAM) (Entered: 09/25/2018) |
| 09/26/2018 | 2303 | MOTION to Withdraw as Attorney *Christopher A. Shapley* by Blue Cross Blue Shield Antitrust Litigation MDL 2406. (McDowell, M) (Entered: 09/26/2018) |
| 09/26/2018 | 2304 | **TEXT ORDER** This matter is before the court on attorney Christopher A. Shapley's Motion for Withdrawal of Counsel. The Motion is GRANTED. The Clerk of the Court is directed to terminate attorney Shapley. Signed by Judge R David Proctor on 9/26/2018. (KAM) (Entered: 09/26/2018) |
| 09/26/2018 | 2305 | Transcript of Proceedings held on 8/30/2018, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at |

| | | |
|---|---|---|
| | | http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/17/2018. Redacted Transcript Deadline set for 10/27/2018. Release of Transcript Restriction set for 12/25/2018. (KAM) (Entered: 09/26/2018) |
| 09/26/2018 | 2306 | REPLY to re 2120 *Surreply in Support of Provider Plaintiffs' Motion for Partial Summary Judgment Against Certain Defendants That Were Not Signatories to Settlement Agreements in Love v. Blue Cross and Blue Shield Association* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 09/26/2018) |
| 09/28/2018 | 2307 | MOTION for Extension of Time *to File Renewed Motion to Amend Discovery Order No. 88* by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 09/28/2018) |
| 10/01/2018 | 2308 | TEXT ORDER re 2307 Motion for Extension of Time. BCBS Alabama has notified the court that they will respond to the motion today. Any response to the motion is due no later than 5:00 PM on October 1, 2018. Signed by Magistrate Judge T Michael Putnam on October 1, 2018. (TNC) (Entered: 10/01/2018) |
| 10/01/2018 | 2309 | Opposition to *Plaintiffs' September 28, 2018 Motion for Extension of Time* filed by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 10/01/2018) |
| 10/04/2018 | 2310 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS AND BLUE SHIELD OF KANSAS CITY*. (Harwood, R) (Additional attachment(s) added on 10/4/2018: # 1 Exhibit Unredacted R&R) (PSM, ). (Entered: 10/04/2018) |
| 10/05/2018 | 2311 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT BLUE CROSS AND BLUE SHIELD OF NEBRASKA*. (Harwood, R) (Additional attachment(s) added on 10/5/2018: # 1 Exhibit Unredacted R&R) (PSM, ). (Entered: 10/05/2018) |
| 10/05/2018 | 2312 | Brief *FIRST PARTIAL REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT FIRSTCARE*. (Harwood, R) (Additional attachment(s) added on 10/5/2018: # 1 Exhibit Unredacted R&R) (PSM, ). (Entered: 10/05/2018) |
| 10/05/2018 | 2313 | Brief *FINAL PARTIAL REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT CAREFIRST*. (Harwood, R) (Entered: 10/05/2018) |
| 10/11/2018 | 2314 | ***Document Sealed*** Subscriber and Provider Plaintiffs' OBJECTIONS TO SPECIAL MASTER'SREPORT AND RECOMMENDATION ON BCBS–KCPRIVILEGE LOG SAMPLES (Attachments: # 1 Exhibit 1) (KAM) (Entered: 10/11/2018) |
| 10/11/2018 | 2315 | RESPONSE to re 2310 *Plaintiffs' Objections to Special Master's Report & Recommendation on BCBS–KC Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1)(Ragsdale, Barry) (Entered: 10/11/2018) |
| 10/11/2018 | 2316 | ***Document Sealed*** BLUE CROSS AND BLUE SHIELD OF KANSAS CITY'S OBJECTION TO SPECIAL MASTER REPORT AND RECOMMENDATION (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (KAM) (Entered: 10/11/2018) |
| 10/11/2018 | 2317 | |

| | | |
|---|---|---|
| | | ORDER This case is set for a status conference with the Special Master on October 29, 2018 at a mutually convenient time and place. Agenda items will include: (i) case planning based on whether the Interlocutory Appeal is accepted by the Eleventh Circuit; (ii) collaboration in resolving any remaining Privilege Log (documents) issues; and (iii) if, when, and how discovery may be supplemented. If the parties wish to address additional items, they shall inform the Special Master within a week prior to the status conference. Signed by Judge R David Proctor on 10/11/2018. (KAM) (Entered: 10/11/2018) |
| 10/12/2018 | 2318 | ***Document Sealed*** BLUE CROSS AND BLUE SHIELD OF NEBRASKA'S OBJECTION TO SPECIAL MASTER REPORT AND RECOMMENDATION 2311 (Attachments: # 1 Exhibit A, # 2 Exhibit B) (KAM) (Entered: 10/12/2018) |
| 10/12/2018 | 2319 | ***Document Sealed*** CAREFIRST DEFENDANTS' OBJECTION TO SPECIALMASTER REPORT AND RECOMMENDATION (KAM) (Entered: 10/12/2018) |
| 10/15/2018 | 2320 | RESPONSE to re 2318 *Plaintiffs' Response To BCBS–NE Objections To Special Master's Report And Recommendation On The Privilege Log Of BCBS–NE* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 10/15/2018) |
| 10/15/2018 | 2321 | ***Document Sealed*** RESPONSE OF BLUE CROSS AND BLUE SIDELD OF KANSAS CITYTO PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER REPORT (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (KAM) (Entered: 10/15/2018) |
| 10/15/2018 | 2322 | AMENDED 2291 reflecting page numbers; Transcript of Proceedings held on 8/30/2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/5/2018. Redacted Transcript Deadline set for 11/15/2018. Release of Transcript Restriction set for 1/13/2019. (KAM, ) (Entered: 10/15/2018) |
| 10/16/2018 | 2323 | ORDER Per the request of the parties, a hearing on Documents 2036 and 2038 is set for November 15, 2018, at 1:00 P.M. in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama. Court reporter to be present. Plaintiffs supporting briefs are due no later than October 29, 2018, at 3:00 P.M. BCBS–ALs responsive brief is due no later than November 13, 2018 at 3:00 P.M.; The Discovery Conference previously set by Document 2287 for October 25, 2018, at 1:00 P.M. in Courtroom 3B of the Hugo L. Black US Courthouse, Birmingham, Alabama, is CANCELLED. Signed by Magistrate Judge T Michael Putnam on 10/16/2018. (KAM) (Entered: 10/16/2018) |
| 10/17/2018 | 2324 | MEMORANDUM OPINION AND ORDER denying 2120 Motion for Partial Summary Judgment against Certain Defendants That Were Not Signatories to Settlement Agreements in Love v. Blue Cross and Blue Shield Association; Costs related to the current Motion are taxed against Provider Plaintiffs. Signed by Judge |

| | | R David Proctor on 10/17/2018. (KAM) (Entered: 10/17/2018) |
|---|---|---|
| 10/17/2018 | 2325 | ORDER REGARDING BLUE CROSS BLUE SHIELD OF NEBRASKAS SAMPLE DOCUMENTS 2318 ; Document NE−PL000000665 – Objection overruled. Ruling: Privilege claim as to the third e−mail in the chain dated May 29, 2008, is not substantiated. Signed by Judge R David Proctor on 10/17/2018. (KAM) (Entered: 10/17/2018) |
| 10/17/2018 | 2326 | ***Document Sealed*** SUPPLEMENT TO OBJECTION OF CAREFIRST DEFENDANTS TO SPECIAL MASTER REPORT AND RECOMMENDATION First Partial Report & Recommendation [ECF No. 2312] (Report 1), and the Second PartialReport & Recommendation [ECF. No. 2313] (Report 2). (KAM) (Entered: 10/17/2018) |
| 10/19/2018 | 2327 | ORDER REGARDING BLUE CROSS BLUE SHIELD OF KANSAS CITY'S SAMPLE DOCUMENTS. Signed by Judge R David Proctor on 10/19/2018. (JLC) (Entered: 10/19/2018) |
| 10/24/2018 | 2328 | DISCOVERY ORDER No. 91. Signed by Magistrate Judge T Michael Putnam on 10/24/2018. (KAM) (Entered: 10/24/2018) |
| 10/24/2018 | 2329 | Consent MOTION to Continue *Motion to Compel Deadline as to Certain Defendants* by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 10/24/2018) |
| 10/25/2018 | 2330 | ORDER REGARDING BLUE CROSS BLUE SHIELD OF CAREFIRSTS SAMPLE DOCUMENTS 2319 ; Document CareFirst INCAMERA−00000651 – Objection sustained. Ruling: privilege claim upheld; Document CareFirst INCAMERA−00000799 – Objection sustained. Ruling: privilege claim upheld; Document CareFirst INCAMERA−00000811 – Objection sustained. Ruling: Privilege claim upheld; Document CareFirst INCAMERA−00001068 – Objection sustained. Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 10/25/2018. (KAM) (Entered: 10/25/2018) |
| 10/25/2018 | 2331 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2018 through September 30, 2018 in this matter relating solely to services provided to the Plaintiffs, and totaling $63,000.00. Signed by Judge R David Proctor on 10/25/2018. (KAM) (Entered: 10/25/2018) |
| 10/26/2018 | 2332 | SEALED MOTION **Subscriber and Provider Plaintiffs' MOTION TO COMPEL production of documents from certain Defendants' privilege logs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit)(KAM) Modified on 10/29/2018 (KAM, ). (Entered: 10/26/2018) |
| 10/26/2018 | 2333 | MOTION to Compel *Production of Documents From Certain Defendants' Privilege Logs* by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit R, BB, and NN)(Ragsdale, Barry) (Entered: 10/26/2018) |
| 10/26/2018 | 2334 | TEXT ORDER; This matter is before the court on the parties' Consent Motion to Continue Motion to Compel Deadline as to Certain Defendants. 2329 The Motion 2329 is GRANTED. The Fourth Amendment to Discovery Order No. 76 2250 is AMENDED as follows: (d) For all remaining disputes, Plaintiffs will file any motions to compel on or before December 7, 2018. Signed by Judge R David |

| | | Proctor on 10/26/2018. (JLC) (Entered: 10/26/2018) |
|---|---|---|
| 10/29/2018 | 2335 | STATUS REPORT *Regarding the Reopened Depositions of Terry Kellogg and Robin Stone (Plaintiffs)* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 10/29/2018) |
| 11/02/2018 | 2336 | ***Document Sealed*** RESPONSE OF CAPITAL BLUECROSS TO PLAINTIFFS MOTIONTO COMPEL PRODUCTION OF DOCUMENTSFROM CERTAIN DEFENDANTS PRIVILEGE LOGS (KAM) (Entered: 11/02/2018) |
| 11/02/2018 | 2337 | ***Document Sealed – RESPONSE of Defendant Independence to Plaintiff's Motion to Compel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (KEK) (Entered: 11/02/2018) |
| 11/05/2018 | 2338 | ORDER REGARDING PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BCBS–VTS PRIVILEGE LOG – Document BCBSVT–00168592 – Ruling: Privilege claim unsubstantiated; Documents BCBSVT–00163742, BCBSVT–00183776, and BCBSVT–00183777 – Ruling: Privilege claim unsubstantiated. Signed by Judge R David Proctor on 11/5/2018. (KAM) (Entered: 11/05/2018) |
| 11/05/2018 | 2339 | ORDER REGARDING PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BCBSAS PRIVILEGE LOG – Document BCBSA 24164 – Ruling: Privilege claim unsubstantiated; Document BCBSA 28662 – Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 11/5/2018. (KAM) (Entered: 11/05/2018) |
| 11/07/2018 | 2340 | ORDER REGARDING PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BCBS–NC'S PRIVILEGE LOG. Signed by Judge R David Proctor on 11/7/2018. (JLC) (Entered: 11/07/2018) |
| 11/08/2018 | 2341 | ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BCBS–KS'S PRIVILEGE LOG. Signed by Judge R David Proctor on 11/8/2018. (JLC) (Entered: 11/08/2018) |
| 11/09/2018 | 2342 | TEXT ORDER. With the filing of Plaintiffs' Status Report 2335 on October 29, 2018, the Hearing before Judge Putnam scheduled for November 15, 2018, is CANCELLED. Signed by Magistrate Judge T Michael Putnam on November 9, 2018. (TNC) (Entered: 11/09/2018) |
| 11/09/2018 | 2343 | ORDER REGARDING PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BCBS–ALS PRIVILEGE LOG 2080 ; Documents 580403684 and 580403693 – Ruling: Privilege claim upheld; Documents 14208469 and 38705472 – Ruling: Privilege claim upheld; Documents 3903990 through 3903994 – Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 11/5/2018. (KAM) (Entered: 11/09/2018) |
| 11/15/2018 | 2344 | ORDER REGARDING PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BCBS–KCS PRIVILEGE LOG 2164 ;Document KC–PL00008776 – Ruling: Privilege claim upheld in part with respect to the second sentence in the second paragraph; privilege claim unsubstantiated with respect to the remainder of the e–mail chain; Document KC–PL00011443 – Ruling: Privilege claim upheld; Document KC–PL00011813 – Ruling: Privilege claim unsubstantiated; Documents KC–PL00015379 and KC–PL00015381 – Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 11/15/2018. (KAM) |

| | | (Entered: 11/15/2018) |
|---|---|---|
| 11/16/2018 | 2345 | ORDER REGARDING PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM INDEPENDENCES PRIVILEGE LOG 2333 – Document IBC–PL–006490 – Ruling: Privilege claim upheld. Signed by Judge R David Proctor on 11/16/2018. (KAM) (Entered: 11/16/2018) |
| 11/26/2018 | 2346 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from October 1, 2018 through October 31, 2018 in this matter relating solely to services provided to the Plaintiffs, and totaling $55,500.00. Signed by Judge R David Proctor on 11/26/2018. (KAM) (Entered: 11/26/2018) |
| 11/26/2018 | 2347 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2018 through October 31, 2018 in this matter as it relates to services rendered for both sides of the case, and totaling $12,000.00. Signed by Judge R David Proctor on 11/26/2018. (KAM) (Entered: 11/26/2018) |
| 11/29/2018 | 2348 | NOTICE by Plaintiffs' Liaison Counsel re 2162 MOTION to Compel *Production of Documents From Certain Defendants' Privilege Logs* (Ragsdale, Barry) (Entered: 11/29/2018) |
| 11/30/2018 | 2349 | **TEXT ORDER** This matter is before the court on Plaintiffs' Notice Regarding Motion to Compel Production of Documents from Certain Defendants' Privilege Logs. 2348 Plaintiffs' Notice 2348 informs the court that the remaining portions of the Motion to Compel 2162 which have not previously been ruled on have been resolved. Therefore, the remaining portions of Plaintiffs Motion to Compel 2162 are MOOT. Signed by Judge R David Proctor on 11/30/2018. (KAM) (Entered: 11/30/2018) |
| 12/17/2018 | 2350 | ORDER Status Conference set for 1/15/2019 09:30 AM in Hugo L Black US Courthouse, Birmingham, AL before Judge R David Proctor. The Special Master will provide a call–in number for the conference. On or before Wednesday, January 9, 2019, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.. Signed by Judge R David Proctor on 12/17/2018. (KAM) (Entered: 12/17/2018) |
| 12/17/2018 | 2351 | ORDER Status Conference set for 1/15/2019 01:00 PM before Magistrate Judge T Michael Putnam. Any written submissions are governed by subsection II.D.2 of Discovery Order No. 1, as amended. The Special Master will provide a call–in number for the conference.The parties are DIRECTED to submit a joint status report by January 9, 2019, that contains a proposed agenda for the discovery conference. Signed by Magistrate Judge T Michael Putnam on 12/17/2018. (KAM) (Entered: 12/17/2018) |
| 01/02/2019 | 2352 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from November 1, 2018 through November 30, 2018 in this matter relating solely to services provided to the Plaintiffs, and totaling $48,000.00. Signed by Judge R David Proctor on 1/2/2019. (KAM) (Entered: 01/02/2019) |
| 01/02/2019 | 2353 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from November 1, 2018 through November 30, 2018 in this matter as it relates to services rendered for both sides of the case, |

| | | |
|---|---|---|
| | | and totaling $9,000.00. Signed by Judge R David Proctor on 1/2/2019. (KAM) (Entered: 01/02/2019) |
| 01/04/2019 | 2354 | Brief *REPORT & RECOMMENDATION OF SPECIAL PRIVILEGE MASTER REGARDING SAMPLE DOCUMENTS FROM DEFENDANT CAPITAL BLUECROSS*. (Harwood, R) (Entered: 01/04/2019) |
| 01/07/2019 | 2355 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on January 15, 2019 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 01/07/2019) |
| 01/07/2019 | 2356 | STATUS REPORT *Report Regarding Proposed Agenda for Discovery Status Conference on January 15, 2019 at 1:00 p.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 01/07/2019) |
| 01/10/2019 | 2357 | ORDER terminating without prejudice 2080 Motion to compel in light of Docs. 2339 , 2340 , 2354 and 2342 it appears the motion is substantially resolved ; 2307 Motion for Extension of Time is presently somewhat MOOT; once the privilege log issues are finally resolved, plaintiffs may have 30 days to renew such a motion targeted at any unresolved issues; terminating without prejudice 2333 Motion to Compel in light of Docs 2345 and 2354 , the motion appears to be substantially resolved. Signed by Judge R David Proctor on 1/10/2019. (KAM) (Entered: 01/10/2019) |
| 01/11/2019 | 2358 | STIPULATION *Regarding Briefing Schedule for Objections to Report and Recommendation of Special Privilege Master Regarding Sample Documents from Defendant Capital BlueCross* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 01/11/2019) |
| 01/11/2019 | 2359 | ***Document Sealed** OBJECTION of Capital BlueCross to 2354 Report & Recommendation of Special Privilege Master (KAM) (Entered: 01/11/2019) |
| 01/11/2019 | 2360 | **TEXT ORDER** This matter is before the court on the parties' Joint Stipulation Regarding Briefing Schedule for Objections. 2358 The court adopts the Stipulation. Objections to the latest Report and Recommendation 2354 are due Friday, January 11, 2019. Unless otherwise agreed or ordered by the court, responses to any such objections SHALL be filed on or before January 18, 2019. Signed by Judge R David Proctor on 1/11/2019. (KAM) (Entered: 01/11/2019) |
| 01/11/2019 | 2361 | RESPONSE to re 2354 *Plaintiffs' Objections to Special Master's Report & Recommendation on Capital BlueCross Privilege Log Samples* filed by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 01/11/2019) |
| 01/14/2019 | 2362 | NOTICE by Plaintiffs' Counsel *of Filing Plaintiffs' Joint Submission Regarding Case Schedule* (Whatley, Joe) (Entered: 01/14/2019) |
| 01/14/2019 | 2363 | STATUS REPORT *regarding Case Schedule* by Defendants' Counsel. filed by Defendants' Counsel (Hoover, Craig) (Entered: 01/14/2019) |
| 01/14/2019 | 2364 | STATUS REPORT *(Plaintiffs' Status Report on Privilege Sampling)* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 01/14/2019) |
| 01/15/2019 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 1/15/2019. (Court Reporter Leah Turner.) (KLL) (Entered: 01/15/2019) |

| 01/15/2019 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery Status Conference held on 1/15/2019. (Court Reporter Leah Turner) (ASL) (Entered: 01/15/2019) |
|---|---|---|
| 01/17/2019 | 2365 | ORDER APPOINTING THE BLUES COUNCIIL OF TWELVE; Carl Burkhalter, Evan Chesler, Karin DeMasi, Desmond Hogan, Mark Hogewood, Craig Hoover, John M. Johnson, Daniel Laytin, Kathleen Sooy, Kimberly West, Helen Witt and David Zott are appointed; the Counsel shall confer and within 21 days, provide the court in camera a report recommending how they propose to organize themselves and effectively lead in the defense of the claims asserted in this MDL. Signed by Judge R David Proctor on 1/17/2019. (KAM) (Entered: 01/17/2019) |
| 01/17/2019 | 2366 | STATUS REPORT *Joint Status Report Regarding Proposed Second Privilege Sampling* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit Exhibit A)(Hogan, E) (Entered: 01/17/2019) |
| 01/17/2019 | 2367 | NOTICE by Plaintiffs' Liaison Counsel re 2366 Status Report *of Plaintiffs' Proposed Order Regarding Additional Sampling of Privilege Logs* (Ragsdale, Barry) (Entered: 01/17/2019) |
| 01/18/2019 | 2368 | NOTICE by Defendants' Counsel re 2366 Status Report *Defendants' Proposed Order Regarding Second Privilege Sampling* (Hogan, E) (Entered: 01/18/2019) |
| 01/18/2019 | 2369 | RESPONSE to *Plaintiffs' Objections to Report & Recommendation of Special Privilege Master by Capital BlueCross* filed by Defendants' Counsel. (Payne, Joshua) (Entered: 01/18/2019) |
| 01/23/2019 | 2370 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from December 1, 2018 through December 31, 2018 in this matter relating solely to services provided to the Plaintiffs, and totaling $44,000.00. Signed by Judge R David Proctor on 1/23/2019. (KAM) (Entered: 01/23/2019) |
| 01/23/2019 | 2371 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from December 1, 2018 through December 31, 2018 in this matter as it relates to services rendered for both sides of the case, and totaling $8,000.00. Signed by Judge R David Proctor on 1/23/2019. (KAM) (Entered: 01/23/2019) |
| 01/24/2019 | 2372 | Transcript of Proceedings held on 1/15/2019, before Judge T. Michael Putnam. Court Reporter/Transcriber Leah S. Turner, Telephone number 205–278–1780. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/14/2019. Redacted Transcript Deadline set for 2/24/2019. Release of Transcript Restriction set for 4/24/2019. (JLC) (Entered: 01/24/2019) |
| 01/24/2019 | 2373 | Transcript of Proceedings held on 1/15/2019, before Judge R. David Proctor. Court Reporter/Transcriber Leah S. Turner. Transcript may be viewed at the court public |

| | | |
|---|---|---|
| | | terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/14/2019. Redacted Transcript Deadline set for 2/24/2019. Release of Transcript Restriction set for 4/24/2019. (KAM, ) (Entered: 01/24/2019) |
| 01/28/2019 | 2374 | ORDER REFERRING ADDITIONAL SAMPLING ISSUES TO PRIVILEGE MASTER; the court hereby REFERS the matter of additional sampling to Justice Harwood. The parties are DIRECTED to meet and confer with Justice Harwood and Special Master Ed Gentle to develop a method for conducting the additional sampling in an efficient manner. Signed by Judge R David Proctor on 1/28/2019. (KAM) (Entered: 01/28/2019) |
| 01/28/2019 | 2375 | ORDER REGARDING CAPITAL BLUECROSSS SAMPLE DOCUMENTS – This matter is before the court on the Objections to the Special Masters Report and Recommendation on Privilege Log Samples from Capital BlueCross from Plaintiffs and from Capital; Capital has responded to Plaintiffs Objection by agreeing to produce the one document at issue in their objection, document CBC_PL_00003938; Therefore, Plaintiffs Objection (Doc. # 2361) directed to Capitals privilege sample is MOOT; Document CBC_PL_00040722 – Objection sustained. Ruling: privilege claim upheld as to document CBC_PL_00040722. Signed by Judge R David Proctor on 1/28/2019. (KAM) (Entered: 01/28/2019) |
| 02/11/2019 | 2376 | NOTICE of Appearance by Winnifred Lewis on behalf of Blue Cross and Blue Shield of Alabama (Lewis, Winnifred) (Entered: 02/11/2019) |
| 02/12/2019 | 2377 | STATUS REPORT *on Defendants' Certified Privilege Logs* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 02/12/2019) |
| 02/14/2019 | 2378 | Joint MOTION to Set Schedule by Plaintiffs' Liaison Counsel. (Ragsdale, Barry) (Entered: 02/14/2019) |
| 02/14/2019 | 2379 | STATUS REPORT *regarding Case Schedule* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Hoover, Craig) (Entered: 02/14/2019) |
| 02/14/2019 | 2380 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Submission on Schedule After Eleventh Circuit's Denial of the Defendants' 1292(b) Petition* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Whatley, Joe) (Entered: 02/14/2019) |
| 02/14/2019 | 2381 | Brief re 2378 Joint MOTION to Set Schedule *Memorandum of Law in Support on Behalf of Subscriber Plaintiffs*. (Hellums, Christopher) (Entered: 02/14/2019) |
| 02/21/2019 | 2382 | MOTION to Intervene *Verified Motion to Intervene for the Limited Purpose of Seeking a Preliminary Injunction* by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/21/2019) |
| 02/21/2019 | 2383 | |

| | | |
|---|---|---|
| | | MOTION for Preliminary Injunction *Verified Motion for Preliminary Injunction* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A–Part 1, # 2 Exhibit A–Part 2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N)(Whatley, Joe) (Entered: 02/21/2019) |
| 02/22/2019 | 2384 | RESPONSE to Motion re 2378 Joint MOTION to Set Schedule filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1)(Hoover, Craig) (Entered: 02/22/2019) |
| 02/22/2019 | 2385 | RESPONSE to re 2379 *Subscriber Plaintiffs' Response in Opposition to Defendants' Status Report Regarding Case Schedule* filed by Plaintiffs' Liaison Counsel. (Hellums, Christopher) (Entered: 02/22/2019) |
| 02/22/2019 | 2386 | RESPONSE to re 2379 *Provider Plaintiffs' Response to Defendants' Status Report Regarding Case Schedule* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/22/2019) |
| 02/25/2019 | 2387 | NOTICE by Plaintiffs' Counsel re 2384 Response to Motion *Notice of Clarification* (Whatley, Joe) (Entered: 02/25/2019) |
| 02/27/2019 | 2388 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from January 1, 2019 through January 31, 2019 in this matter relating solely to services provided to the Plaintiffs, and totaling $47,000.00. Signed by Judge R David Proctor on 2/27/2019. (KAM) (Entered: 02/27/2019) |
| 02/27/2019 | 2389 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from January 1, 2019 through January 31, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $13,000.00. Signed by Judge R David Proctor on 2/27/2019. (KAM) (Entered: 02/27/2019) |
| 03/06/2019 | 2390 | Brief *REPORT & RECOMMENDATION OF PRIVILEGE MASTER FOR SELECTION OF ADDITIONAL SAMPLES FOR REVIEW FROM THE DEFENDANTS RESPECTIVE LOGS*. (Harwood, R) (Entered: 03/06/2019) |
| 03/06/2019 | 2391 | Brief *REPORT & RECOMMENDATION OF PRIVILEGE MASTER FOR SELECTION OF ADDITIONAL SAMPLES FOR REVIEW FROM THE DEFENDANTS RESPECTIVE LOGS (CORRECTED SO AS TO INCLUDE EXHIBIT 1 THERETO, INADVERTENTLY OMITTED FROM THE INITIAL FILING OF THIS DOCUMENT)*. (Harwood, R) (Entered: 03/06/2019) |
| 03/08/2019 | 2392 | FOURTH AMENDED SCHEDULING ORDER – Class Certification Discovery: All reports from retained experts on class certification under FRCP 26(a)(2) are: Due from Plaintiffs upon filing of any class certification motion; Due from Defendants upon filing of any opposition to class certification motion; Rebuttal due from Plaintiffs upon filing of any reply to class certification motion; parties SHALL complete the depositions of any expert on class certification issues within 30 days of receipt of the experts report provided that any deposition regarding a rebuttal report SHALL be taken within 14 days of service of the rebuttal report; Class Certification Motions: Motions for class certification and materials in support SHALL be filed on or before 4/15/2019; Opposition briefs SHALL be due on or before 7/15/2019; Reply briefs SHALL be due on or before August 30, 2019; Any Daubert motions seeking to exclude any class certification expert witness SHALL be filed within 75 days of disclosure of the experts report; Damages and Merits Expert Reports and |

| | | |
|---|---|---|
| | | Discovery are: Due from Plaintiffs on or before 5/15/2019; Due from Defendants on or before 7/30/2019; Rebuttals due from Plaintiffs on or before 8/16/2019. Signed by Judge R David Proctor on 3/8/2019. (KAM) (Entered: 03/08/2019) |
| 03/08/2019 | 2393 | **TEXT ORDER** This matter is before the Court on Plaintiffs' Joint Motion to Set Schedule. 2378 In light of the Fourth Amended Scheduling Order 2392 the Joint Motion 2378 is MOOT. Signed by Judge R David Proctor on 3/8/2019. (KAM) (Entered: 03/08/2019) |
| 03/11/2019 | 2394 | ORDER REGARDING ADDITIONAL SAMPLING BY THE PRIVILEGE MASTER. Signed by Judge R David Proctor on 3/11/2019. (KAM) (Entered: 03/11/2019) |
| 03/15/2019 | 2395 | Brief *REPORT & RECOMMENDATION OF SEAL MASTER REGARDING STANDARD OF REVIEW BRIEF EXHIBITS*. (Harwood, R) (Entered: 03/15/2019) |
| 03/19/2019 | 2396 | NOTICE by Plaintiffs' Counsel *Providers' First Notice from the Anthem v. Cigna Delaware Trial* (Whatley, Joe) (Entered: 03/19/2019) |
| 03/21/2019 | 2397 | **TEXT ORDER** This matter is before the court on an informal request to seal Providers' First Notice from the Anthem v. Cigna Delaware Trial. 2396 This limited issue is **SET** for a telephone conference at 1:00 p.m. on Monday, March 25, 2019. Counsel who have been corresponding with the court on this issue, and/or the parties' respective Seal Team members, are **DIRECTED** to call 866–434–5269 to access the telephone conference. The access code is 6022965. Signed by Judge R David Proctor on 3/21/2019. (KAM) (Entered: 03/21/2019) |
| 03/22/2019 | 2398 | RESPONSE to re 2396 *Anthem's Response to Provider Plaintiffs' First Notice from the Anthem v. Cigna Trial* filed by Anthem, Inc.. (Kimble, Cavender) (Entered: 03/22/2019) |
| 03/25/2019 | 2399 | REPLY to re 2396 *Provider Plaintiffs' Reply Regarding First Notice from the Anthem v. Cigna Trial* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 03/25/2019) |
| 03/25/2019 | 2400 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from February 1, 2019 through February 28, 2019 in this matter relating solely to services provided to the Plaintiffs, and totaling $54,000.00. Signed by Judge R David Proctor on 3/25/2019. (KAM) (Entered: 03/25/2019) |
| 03/25/2019 | 2401 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from February 1, 2019 through February 28, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $5,500.00. Signed by Judge R David Proctor on 3/25/2019. (KAM) (Entered: 03/25/2019) |
| 03/29/2019 | 2402 | Joint MOTION regarding Class Certification Briefing by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 03/29/2019) |
| 04/01/2019 | 2403 | ORDER before the court on the parties Joint Motion Regarding Class Certification Briefing. (Doc. # 2402 ). In the Motion, the parties ask the court to enter an order reflecting the parties agreed structure and page limits applicable to class certification briefing. The Motion (Doc. # 2402) is GRANTED; page limits applicable to class certification briefing filed pursuant to the Fourth Amended Scheduling Order SHALL be as follows:a. Provider and Subscriber Plaintiffs |

| | | |
|---|---|---|
| | | motions for class certification shall not exceed 60 pages per track. Subscriber Plaintiffs may file separate motions to certify under Rules 23(b)(2) and 23(b)(3), provided that the total number of pages for both motions combined does not exceed 60 pages.b. Defendants oppositions to Subscriber and Provider Plaintiffs motions for class certification, respectively, shall not exceed 75 pages per track. Defendants may file one opposition to both tracks. Defendants opposition(s) will not exceed 150 pages total.c. Provider and Subscriber Plaintiffs replies in support of their motions for class certification shall not exceed 40 pages per track.d. All motions, oppositions, and replies filed pursuant to this order shall comply with the formatting requirements of this Courts standard Initial Order, including the requirement to use Times New Roman Font and 12–point type (except footnotes may be in 10–point type).. Signed by Judge R David Proctor on 4/1/2019. (KAM) (Entered: 04/01/2019) |
| 04/05/2019 | 2404 | ORDER Status Conference set for 5/23/2019 09:30 AM before Judge R David Proctor.The Special Master will provide a call–in number for the conference. On or before Monday, May 20, 2019, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 4/5/2019. (KAM) (Entered: 04/05/2019) |
| 04/08/2019 | 2405 | ORDER REGARDING EXPERT REPORT SUMMARIES – Pursuant to the Fourth Amended Scheduling Order (Doc. # 2392 ), the parties will soon be filing expert reports together with briefing on class certification motions and dispositive motions. Concurrently the filing of those expert reports, the parties SHALL also file a separate executive summary of each such expert report. The summaries should be designed to orient the court to contents of the full reports. They SHALL be filed in a separate document and not exceed ten (10) pages in length. Signed by Judge R David Proctor on 4/8/2019. (KAM) (Entered: 04/08/2019) |
| 04/09/2019 | 2406 | Transcript of Proceedings held on 3/25/2019, before Judge R. David Proctor. Court Reporter/Transcriber Janet Arledge. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 4/30/2019. Redacted Transcript Deadline set for 5/10/2019. Release of Transcript Restriction set for 7/8/2019. (KAM, ) (Entered: 04/09/2019) |
| 04/15/2019 | 2407 | MOTION to Certify Class *Subscriber Plaintiffs' Motion for Certification of Nationwide Injunctive Class or, in the Alternative, Alabama Injunctive Class* by Plaintiffs' Counsel. (Hellums, Christopher) (Additional attachment(s) added on 4/15/2019: # 1 Unredacted Brief) (KAM, ). (Entered: 04/15/2019) |
| 04/15/2019 | 2408 | Brief re 2407 MOTION to Certify Class *Subscriber Plaintiffs' Motion for Certification of Nationwide Injunctive Class or, in the Alternative, Alabama Injunctive Class – Memorandum of Law in Support*. (Hellums, Christopher) (Entered: 04/15/2019) |
| 04/15/2019 | 2409 | MOTION to Certify Class *Subscriber Plaintiffs' Motion for Certification of Alabama Damages Class* by Plaintiffs' Counsel. (Hellums, Christopher) (Entered: |

| | | |
|---|---|---|
| | | 04/15/2019) |
| 04/15/2019 | 2410 | Brief re 2409 MOTION to Certify Class *Subscriber Plaintiffs' Motion for Certification of Alabama Damages Class – Memorandum of Law in Support*. (Hellums, Christopher) (Additional attachment(s) added on 4/15/2019: # 1 Unredacted brief) (KAM, ). (Entered: 04/15/2019) |
| 04/15/2019 | 2411 | NOTICE by Plaintiffs' Counsel *Subscriber Plaintiffs' Executive Summary of Expert Reports of Dr. Daniel Rubinfeld and Dr. Ariel Pakes* (Hellums, Christopher) (Additional attachment(s) added on 4/15/2019: # 1 Unredacted Summary) (KAM, ). (Entered: 04/15/2019) |
| 04/15/2019 | 2412 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Executive Summary of Expert Report of Daniel J. Slottje, Ph.D.* (Whatley, Joe) (Entered: 04/15/2019) |
| 04/15/2019 | 2413 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Executive Summary of Expert Report of H.E. Frech, III, Ph.D.* (Whatley, Joe) (Entered: 04/15/2019) |
| 04/15/2019 | 2414 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Executive Summary of Expert Report of Deborah Haas–Wilson, Ph.D.* (Whatley, Joe) (Entered: 04/15/2019) |
| 04/15/2019 | 2415 | SEALED MOTION **Provider Plaintiffs' MOTION for Class Certification and Supporting Memorandum. (KAM) Modified on 4/23/2019 (KAM, ) [Should not be unsealed. Contains privileged information that was clawed back. The operative version of this motion and supporting memorandum can be found at Dkt. 2421] Modified on 5/27/2020 (KAM). (Entered: 04/15/2019) |
| 04/15/2019 | 2416 | MOTION to Certify Class *Provider Plaintiffs' Motion for Class Certification and Supporting Memorandum (Public Version)* by Plaintiffs' Counsel. (Whatley, Joe) Modified on 4/23/2019 (KAM, ). (Entered: 04/15/2019) |
| 04/19/2019 | 2417 | CORRECTED Transcript of Proceedings held on 3/25/2019, before Judge R. David Proctor. Court Reporter/Transcriber Sabrina Lewis. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/10/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/18/2019. (KAM) (Entered: 04/19/2019) |
| 04/19/2019 | 2418 | ORDER In addition to any items the parties wish to place on the agenda for the May 23, 2019 status conference, the parties SHALL be prepared to discuss how ASOs might fit into or relate to this MDL; the parties SHALL submit a joint report including a list of (1) all ASOs and (2) who may represent the ASOs in any discussions about resolution or other litigation matters. Signed by Judge R David Proctor on 4/19/2019. (KAM) (Entered: 04/19/2019) |
| 04/22/2019 | 2419 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from March 1, 2019 through March 31, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $5,500.00. Signed by Judge R David Proctor on 4/22/2019. (KAM) |

| | | |
|---|---|---|
| | | (Entered: 04/22/2019) |
| 04/22/2019 | 2420 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from March 1, 2019 through March 31, 2019 in this matter relating solely to services provided to the Plaintiffs, and totaling $62,200.00. Signed by Judge R David Proctor on 4/22/2019. (KAM) (Entered: 04/22/2019) |
| 04/22/2019 | 2421 | PROVIDER PLAINTIFFS AMENDED MOTION FOR CLASS CERTIFICATION AND SUPPORTING MEMORANDUM (KAM) Modified on 6/12/2019 (KAM, ). DOCUMENT UNSEALED on 4/23/2020 pursuant to order. Modified on 4/24/2020 (KAM) (Entered: 04/22/2019) |
| 04/23/2019 | 2422 | Amended MOTION to Certify Class *Provider Plaintiffs' Amended Motion for Class Certification and Supporting Memorandum (Public Version)* by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 04/23/2019) |
| 04/26/2019 | 2423 | MOTION to Withdraw as Attorney *or Remove Susan Smelcer as Counsel* by Defendants' Counsel. (McLeod, Aaron) (Entered: 04/26/2019) |
| 04/29/2019 | 2424 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw or Remove Counsel seeking to remove Susan Smelcer as counsel for Independence Hospital Indemnity Plan, Inc. The Motion is GRANTED. The Clerk of the Court is directed to terminate attorney Smelcer. Signed by Judge R David Proctor on 4/29/2019. (KAM) (Entered: 04/29/2019) |
| 05/10/2019 | 2425 | MOTION for Protective Order *Regarding Privileged Materials Cited by Plaintiffs in Support of Class Certification* by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – Mar. 25, 2019 Hearing Tr. excerpts, # 2 Exhibit 2– Mar. 20, 2019 D. Hogan email, # 3 Exhibit 3– Cigna Reply re Motion to Compel, # 4 Exhibit 4– Order re in camera review, # 5 Exhibit 5– Feb. 28, 2019 Trial Tr. excerpts, # 6 Exhibit 6– Cigna Motion to Compel, # 7 Exhibit 7– Letter Order re in camera review)(Hogan, E) (Entered: 05/10/2019) |
| 05/13/2019 | 2426 | **TEXT ORDER**–This matter is before the court on Defendants' Motion for Protective Order Regarding Privileged Materials Cited By Plaintiffs in Support of Class Certification. 2425 Subscriber Plaintiffs **SHALL** respond to the Motion **on or before Friday, May 17, 2019**. Defendants **MAY** reply **on or before Tuesday, May 21, 2019**. Interested parties should be prepared to address the Motion at the status conference on **Thursday, May 23, 2019**. Signed by Judge R David Proctor on 5/13/2019. (KAM) (Entered: 05/13/2019) |
| 05/15/2019 | 2427 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Executive Summary of Expert Report of Thomas D. Gober, CFE* (Whatley, Joe) (Entered: 05/15/2019) |
| 05/15/2019 | 2428 | NOTICE by Plaintiffs' Counsel *Subscriber Plaintiffs' Executive Summary of Merits Expert Reports* (Hellums, Christopher) (Entered: 05/15/2019) |
| 05/16/2019 | 2429 | ORDER The court herby CONTINUES the deadlines for the addressing how ASOs might fit into or relate to this MDL, and ORDERS that, in preparation for the June 20, 2019 status conference, the parties SHALL meet and confer and be prepared to discuss a plan for addressing ASOs. In advance of the June hearing, the parties SHALL submit a joint report including a list of (1) all ASOs and (2) who may represent the ASOs in any discussions about resolution or other litigation matters. Signed by Judge R David Proctor on 5/16/2019. (KAM) (Entered: 05/16/2019) |

| 05/17/2019 | 2430 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on May 23, 2019* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 05/17/2019) |
|---|---|---|
| 05/17/2019 | 2431 | MOTION to Withdraw as Attorney by Blue Cross Blue Shield Michigan. (Wadsworth, Stephen) (Entered: 05/17/2019) |
| 05/17/2019 | 2432 | TEXT ORDER; This matter is before the court on the Motion to Withdraw as counsel for Blue Cross Blue Shield of Michigan filed by Stephen D. Wadsworth. The Motion is GRANTED. The Clerk of the Court is directed to terminate attorney Wadsworth. Attorney Stephen D Wadsworth terminated. Signed by Judge R David Proctor on 5/17/2019. (JLC) (Entered: 05/17/2019) |
| 05/17/2019 | 2433 | Opposition to re 2425 *Subscriber Plaintiffs' Opposition to Defendants' Motion for Protective Order* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Hellums, Christopher) (Entered: 05/17/2019) |
| 05/17/2019 | 2434 | RESPONSE in Opposition re 2425 MOTION for Protective Order *Regarding Privileged Materials Cited by Plaintiffs in Support of Class Certification* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 05/17/2019) |
| 05/20/2019 | 2435 | ORDER Discovery Conference set for 5/23/2019 01:30 PM before Magistrate Judge T Michael Putnam. Parties shall jointly submit a proposed agenda of items the parties wish to be addressed at the discovery conference on or before Wednesday, May 22, 2019 at 1:00 p.m.. Signed by Magistrate Judge T Michael Putnam on 5/20/2019. (KAM) (Entered: 05/20/2019) |
| 05/21/2019 | 2436 | Unopposed MOTION to Amend/Correct *Rule 30(b)(6) Deposition Testimony* by Health Care Service Corporation. (Hogewood, Mark) (Entered: 05/21/2019) |
| 05/21/2019 | 2437 | REPLY Brief filed by Defendant Defendants' Counsel re: 2425 MOTION for Protective Order *Regarding Privileged Materials Cited by Plaintiffs in Support of Class Certification* filed by Defendants' Counsel. (Attachments: # 1 Exhibit A – May 16, 2019 M. Hogewood email chain excerpts, # 2 Exhibit B – Blix Street Records reply memorandum)(Hogan, E) (Entered: 05/21/2019) |
| 05/22/2019 | 2438 | ORDER this matter is before the court on Defendant Health Care Service Corporation's 2436 Motion to Correct Rule 30(b)(6) Deposition Testimony; The Motion seeks to amend specific portions of the June 22, 2017 Rule 30(b)(6) deposition testimony of its corporate representative, Steven Hamman, outside the time permitted by Federal Rule of Civil Procedure 30(e). (Id.). The Motion (Doc. # 2436) is GRANTED. Signed by Judge R David Proctor on 5/22/2019. (KAM) (Entered: 05/22/2019) |
| 05/22/2019 | 2439 | Joint MOTION to Amend/Correct *Fourth Amended Scheduling Order* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A – Redline of Proposed Changes, # 2 Exhibit B – Proposed Fifth Amended Scheduling Order)(Whatley, Joe) (Entered: 05/22/2019) |
| 05/22/2019 | 2440 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from April 1, 2019 through April 30, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $8,000.00. Signed by Judge R David Proctor on 5/22/2019. (KAM) (Entered: 05/22/2019) |
| 05/22/2019 | 2441 | |

| | | |
|---|---|---|
| | | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from April 1, 2019 through April 30, 2019 in this matter relating solely to services provided to the Plaintiffs, and totaling $74,000.00. Signed by Judge R David Proctor on 5/22/2019. (KAM) (Entered: 05/22/2019) |
| 05/22/2019 | 2442 | STATUS REPORT *Regarding Proposed Agenda for Discovery Conference* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 05/22/2019) |
| 05/23/2019 | 2443 | ORDER GRANTING 2439 Joint MOTION to Amend Scheduling Order. FIFTH AMENDED SCHEDULING ORDER; See all deadlines and instructions as set out herein. Signed by Judge R David Proctor on 5/23/2019. (JLC) (Entered: 05/23/2019) |
| 05/23/2019 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 5/23/2019. (Court Reporter Teresa Roberson.) (KLL) (Entered: 05/23/2019) |
| 05/23/2019 | | Minute Entry for proceedings held before Magistrate Judge T Michael Putnam: Discovery & Status Conference held on 5/23/2019. (Court Reporter Teresa Roberson) (ASL) (Entered: 05/24/2019) |
| 05/31/2019 | 2444 | NOTICE by Plaintiffs' Counsel *of Response to Subpoena* (Attachments: # 1 Exhibit A)(Whatley, Joe) (Entered: 05/31/2019) |
| 06/04/2019 | 2445 | ORDER This matter is before the court on Defendants Motion for Protective Order Regarding Privileged Materials Cited by Plaintiffs in Support of Class Certification 2425 Motion for Protective Order; the court concludes that thedocuments (or portions of documents) which are the subject of Defendants Motion are not privileged, Defendants Motion for Protective Order (Doc. # 2425 ) is DENIED. Signed by Judge R David Proctor on 6/4/2019. (KAM) (Entered: 06/04/2019) |
| 06/06/2019 | 2446 | ORDER This case is SET for a status conference at 9:30 a.m. on Thursday, June 20, 2019, in Courtroom 8 of the Hugo L. Black United States Courthouse; On or before Monday, June 17, 2019, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference; the court again CONTINUES the deadline for addressing how ASOs might fit into or relate to this MDL, and ORDERS that, in preparation for the July 2019 status conference, the parties SHALL meet and confer and be prepared to discuss a plan for addressing ASOs. In advance of the July hearing, the parties SHALL submit a joint report including a list of (1) all ASOs and (2) who may represent the ASOs in any discussions about resolution or other litigation matters. Signed by Judge R David Proctor on 6/6/2019. (KAM) (Entered: 06/06/2019) |
| 06/07/2019 | 2447 | STATUS REPORT *On Personal Jurisdiction Challenges, Joint* by Defendants' Counsel. filed by Defendants' Counsel (Hogewood, Mark) (Entered: 06/07/2019) |
| 06/14/2019 | 2448 | NOTICE by Defendants' Counsel re 1349 Document Sealed,,,, 1433 Document Sealed, *of Filing Certain Redacted Standard of Review Brief Exhibits* (Attachments: # 1 Exhibit 50, # 2 Exhibit 51, # 3 Exhibit 53, # 4 Exhibit 54, # 5 Exhibit 58, # 6 Exhibit 60, # 7 Exhibit 95, # 8 Exhibit 112, # 9 Exhibit 136, # 10 Exhibit 137, # 11 Exhibit 146)(Donnell, Sarah) (Entered: 06/14/2019) |
| 06/14/2019 | 2449 | NOTICE by Plaintiffs' Counsel *of Provider Plaintiffs' Filing of Certain Redacted Standard of Review Exhibits* (Attachments: # 1 Exhibit PP Ex. 8 (1350–9), # 2 |

| | | |
|---|---|---|
| | | Exhibit PP Ex. 9 (1350–10), # 3 Exhibit PP Ex. 32 (1431–9), # 4 Exhibit PP Ex. PP (1431–35), # 5 Exhibit PP Ex. VVVV – Part 1 (1431–93), # 6 Exhibit PP Ex. VVVV – Part 2 (1431–94), # 7 Exhibit PP Ex. VVVV – Part 3 (1431–95))(Quillen, Henry) (Entered: 06/14/2019) |
| 06/14/2019 | 2450 | NOTICE by Plaintiffs' Counsel re 1436 Document Sealed,,,,,,,,, 1555 Document Sealed, 1352 Document Sealed,,,,,,,,,,,,,,,,,,, of *Subscribers Filing Certain Redacted Standard of Review Exhibits* (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3, # 4 Ex. 4, # 5 Ex. 176, # 6 Ex. 177, # 7 Ex. 178, # 8 Ex. 179, # 9 Ex. 180, # 10 Ex. 181, # 11 Ex. 182, # 12 Ex. 183, # 13 Ex. 184, # 14 Ex. 185, # 15 Ex. 186, # 16 Ex. 187, # 17 Ex. 188, # 18 Ex. 189 part 1, # 19 Ex. 189 part 2, # 20 Ex. 190 part 1, # 21 Ex. 190 part 2, # 22 Ex. 191 part 1, # 23 Ex. 191 part 2, # 24 Ex. 192 part 1, # 25 Ex. 192 part 2, # 26 Ex. 193 part 1, # 27 Ex. 193 part 2, # 28 Ex. 194 part 1, # 29 Ex. 194 part 2, # 30 Ex. 195 part 1, # 31 Ex. 195 part 2, # 32 Ex. 196 part 1, # 33 Ex. 196 part 2, # 34 Ex. 197 part 1, # 35 Ex. 197 part 2, # 36 Ex. 198 part 1, # 37 Ex. 198 part 2, # 38 Ex. 199, # 39 Ex. 210 part 1, # 40 Ex. 210 part 2, # 41 Ex. 210 part 3, # 42 Ex. 215, # 43 Ex. 216, # 44 Ex. 217, # 45 Ex. 249 part 1, # 46 Ex. 249 part 2, # 47 Ex. 252, # 48 Ex. 254, # 49 Ex. 256, # 50 Ex. 261, # 51 Ex. 262, # 52 Ex. 282, # 53 Ex. 283, # 54 Ex. 289, # 55 Ex. 323)(Stokes, Tammy) (Entered: 06/14/2019) |
| 06/14/2019 | 2451 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on June 20, 2019 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 06/14/2019) |
| 06/14/2019 | 2452 | STATUS REPORT *JOINT REPORT REGARDING DISPOSITIVE MOTIONS* by Plaintiffs' Liaison Counsel. filed by Plaintiffs' Liaison Counsel (Ragsdale, Barry) (Entered: 06/14/2019) |
| 06/18/2019 | 2453 | ***Document Sealed** SUBSCRIBER PLAINTIFFS' NOTICE OF FILING DOCUMENTS UNDER SEAL (Attachments: # 1 Exhibit 367, # 2 Exhibit 368, # 3 Exhibit 369, # 4 Exhibit 371, # 5 Exhibit 373, # 6 Exhibit 375, # 7 Exhibit 376, # 8 Exhibit 377, # 9 Exhibit 379, # 10 Exhibit 383, # 11 Exhibit 384, # 12 Exhibit 390, # 13 Exhibit 391, # 14 Exhibit 405, # 15 Exhbiit 406, # 16 Exhibit 407, # 17 Exhibit 408, # 18 Exhibit 409, # 19 Exhibit 410, # 20 Exhibit 411, # 21 Exhibit 412, # 22 Exhibit 413, # 23 Exhibit 414, # 24 Exhibit 415) (KAM) (Entered: 06/18/2019) |
| 06/18/2019 | 2454 | ***Document Sealed*** PROVIDER PLAINTIFFS' Notice of filing Sealed Documents Related to Their Evidentiary Submission in Support of their Amended Motion for Class Certification (Attachments: # 1 Exhibit 2, # 2 Exhibit 15, # 3 Exhibit 18, # 4 Exhibit 19, # 5 Exhibit 20, # 6 Exhibit 23, # 7 Exhibit 43, # 8 Exhibit 45, # 9 Exhibit 46, # 10 Exhibit 47, # 11 Exhibit 50, # 12 Exhibit 51, # 13 Exhibit 54, # 14 Exhibit 55) (KAM) (Entered: 06/18/2019) |
| 06/18/2019 | 2455 | Evidentiary Material re: 2421 SEALED MOTION *Provider Plaintiffs' Evidentiary Submission in Support of Their Amended Motion for Class Certification (Public Version)*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, part 1, # 36 Exhibit 35, part 2, # 37 Exhibit 35, part 3, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit |

| | | |
|---|---|---|
| | | 42, # <u>45</u> Exhibit 43, # <u>46</u> Exhibit 44, # <u>47</u> Exhibit 45, # <u>48</u> Exhibit 46, # <u>49</u> Exhibit 47, # <u>50</u> Exhibit 48, # <u>51</u> Exhibit 49, # <u>52</u> Exhibit 50, # <u>53</u> Exhibit 51, # <u>54</u> Exhibit 52, # <u>55</u> Exhibit 53, # <u>56</u> Exhibit 54, # <u>57</u> Exhibit 55)(Quillen, Henry) (Entered: 06/18/2019) |
| 06/18/2019 | <u>2456</u> | Evidentiary Material re: <u>2409</u> MOTION to Certify Class *Subscriber Plaintiffs' Motion for Certification of Alabama Damages Class*, <u>2407</u> MOTION to Certify Class *Subscriber Plaintiffs' Motion for Certification of Nationwide Injunctive Class or, in the Alternative, Alabama Injunctive Class* . (Attachments: # <u>1</u> Exhibit 330, # <u>2</u> Exhibit 331, # <u>3</u> Exhibit 332, # <u>4</u> Exhibit 333, # <u>5</u> Exhibit 334, # <u>6</u> Exhibit 335, # <u>7</u> Exhibit 336, # <u>8</u> Exhibit 337, # <u>9</u> Exhibit 338, # <u>10</u> Exhibit 339, # <u>11</u> Exhibit 340, # <u>12</u> Exhibit 341, # <u>13</u> Exhibit 342, # <u>14</u> Exhibit 343, # <u>15</u> Exhibit 344, # <u>16</u> Exhibit 345, # <u>17</u> Exhibit 346, # <u>18</u> Exhibit 347, # <u>19</u> Exhibit 348, # <u>20</u> Exhibit 349, # <u>21</u> Exhibit 350, # <u>22</u> Exhibit 351, # <u>23</u> Exhibit 352, # <u>24</u> Exhibit 353, # <u>25</u> Exhibit 354, # <u>26</u> Exhibit 355, # <u>27</u> Exhibit 356, # <u>28</u> Exhibit 357, # <u>29</u> Exhibit 358, # <u>30</u> Exhibit 359, # <u>31</u> Exhibit 360, # <u>32</u> Exhibit 361, # <u>33</u> Exhibit 362, # <u>34</u> Exhibit 363, # <u>35</u> Exhibit 364, # <u>36</u> Exhibit 365, # <u>37</u> Exhibit 366, # <u>38</u> Exhibit 367, # <u>39</u> Exhibit 368, # <u>40</u> Exhibit 369, # <u>41</u> Exhibit 370, # <u>42</u> Exhibit 371, # <u>43</u> Exhibit 372, # <u>44</u> Exhibit 373)(Hellums, Christopher) (Entered: 06/18/2019) |
| 06/18/2019 | <u>2457</u> | Evidentiary Material re: <u>2409</u> MOTION to Certify Class *Subscriber Plaintiffs' Motion for Certification of Alabama Damages Class*, <u>2407</u> MOTION to Certify Class *Subscriber Plaintiffs' Motion for Certification of Nationwide Injunctive Class or, in the Alternative, Alabama Injunctive Class* . (Attachments: # <u>1</u> Exhibit 374, # <u>2</u> Exhibit 375, # <u>3</u> Exhibit 376, # <u>4</u> Exhibit 377, # <u>5</u> Exhibit 378, # <u>6</u> Exhibit 379, # <u>7</u> Exhibit 380, # <u>8</u> Exhibit 381, # <u>9</u> Exhibit 382, # <u>10</u> Exhibit 383, # <u>11</u> Exhibit 384, # <u>12</u> Exhibit 385, # <u>13</u> Exhibit 386, # <u>14</u> Exhibit 387, # <u>15</u> Exhibit 388, # <u>16</u> Exhibit 389, # <u>17</u> Exhibit 390, # <u>18</u> Exhibit 391, # <u>19</u> Exhibit 392, # <u>20</u> Exhibit 393, # <u>21</u> Exhibit 394, # <u>22</u> Exhibit 395, # <u>23</u> Exhibit 396, # <u>24</u> Exhibit 397, # <u>25</u> Exhibit 398, # <u>26</u> Exhibit 399, # <u>27</u> Exhibit 400, # <u>28</u> Exhibit 401, # <u>29</u> Exhibit 402, # <u>30</u> Exhibit 403, # <u>31</u> Exhibit 404, # <u>32</u> Exhibit 405, # <u>33</u> Exhibit 406, # <u>34</u> Exhibit 407, # <u>35</u> Exhibit 408, # <u>36</u> Exhibit 409, # <u>37</u> Exhibit 410, # <u>38</u> Exhibit 411, # <u>39</u> Exhibit 412, # <u>40</u> Exhibit 413, # <u>41</u> Exhibit 414, # <u>42</u> Exhibit 415)(Hellums, Christopher) (Entered: 06/18/2019) |
| 06/20/2019 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 6/20/2019. (Court Reporter Risa Entrekin.) (KLL) (Entered: 06/20/2019) |
| 06/24/2019 | <u>2458</u> | Transcript of Proceedings held on June 20, 2019, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/15/2019. Redacted Transcript Deadline set for 7/25/2019. Release of Transcript Restriction set for 9/22/2019. (KAM) (Entered: 06/24/2019) |
| 06/24/2019 | <u>2459</u> | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2019 through May 31, 2019 in |

| | | |
|---|---|---|
| | | this matter relating solely to services provided to the Plaintiffs, and totaling $57,500.00. Signed by Judge R David Proctor on 6/24/2019. (KAM) (Entered: 06/24/2019) |
| 06/24/2019 | 2460 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2019 through May 31, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $10,000.00. Signed by Judge R David Proctor on 6/24/2019. (KAM) (Entered: 06/24/2019) |
| 06/25/2019 | 2461 | STATUS REPORT *of Blue Cross and Blue Shield of Kansas City and Blue Cross Blue Shield of North Dakota to Maintain Seal on Certain Exhibits to Subscribers' Motion for Class Certification* by Defendants' Counsel. filed by Defendants' Counsel (Sooy, Kathleen) (Entered: 06/25/2019) |
| 06/26/2019 | 2462 | ORDER Status Conference set for 7/22/2019 09:30 AM in Courtroom 8 of the Hugo L. Black United States Courthouse before Judge R David Proctor; The Special Master will provide a call–in number for the conference; On or before Wednesday, July 17, 2019, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 6/26/2019. (KAM) (Entered: 06/26/2019) |
| 07/01/2019 | 2463 | NOTICE by Defendants' Counsel *of Filing Under Seal* (Kimble, Cavender) (Entered: 07/01/2019) |
| 07/01/2019 | 2464 | MOTION to Exclude Provider Plaintiffs' Expert H.E. Frech, III by Defendants' Counsel. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1)(Donnell, Sarah) Modified on 7/2/2019 (KAM, ). (Entered: 07/01/2019) |
| 07/01/2019 | 2465 | MOTION to Exclude in Part Subscriber Plaintiffs' Expert Daniel Rubinfeld by Defendants' Counsel. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1)(Donnell, Sarah) (Entered: 07/01/2019) |
| 07/01/2019 | 2466 | MOTION to Exclude Provider Plaintiffs' Expert Dr. Deborah Haas–Wilson by Defendants' Counsel. (Attachments: # 1 Memorandum in Support)(Hogan, E) (Entered: 07/01/2019) |
| 07/01/2019 | 2467 | Evidentiary Material re: 2466 MOTION to Exclude Provider Plaintiffs' Expert Dr. Deborah Haas–Wilson . (Attachments: # 1 Exhibit 1– Haas–Wilson deposition excerpts, # 2 Exhibit 2– Filed under seal, # 3 Exhibit 3– St. Alphonsus declaration, # 4 Exhibit 4– Ordover declaration, # 5 Exhibit 5– Murphy deposition excerpt, # 6 Exhibit 6– Pakes deposition excerpt, # 7 Exhibit 7– Filed under seal, # 8 Exhibit 8– Filed under seal, # 9 Exhibit 9– Filed under seal, # 10 Exhibit 10– Filed under seal, # 11 Exhibit 11– Project Banner document, # 12 Exhibit 12– Kendrick deposition excerpt, # 13 Exhibit 13– ABA Section of Antitrust Law)(Hogan, E) (Entered: 07/01/2019) |
| 07/01/2019 | 2468 | MOTION to Exclude Subscriber Plaintiffs' Expert Dr. Ariel Pakes by Defendants' Counsel. (Attachments: # 1 Memorandum in Support)(Hogan, E) (Entered: 07/01/2019) |
| 07/01/2019 | 2469 | Evidentiary Material re: 2468 MOTION to Exclude Subscriber Plaintiffs' Expert Dr. Ariel Pakes . (Attachments: # 1 Exhibit 1– Pakes deposition excerpts (May 10, 2019), # 2 Exhibit 2– Ordover declaration, # 3 Exhibit 3– Pakes deposition excerpts (June 14, 2019), # 4 Exhibit 4– Trish & Herring article, # 5 Exhibit 5– Ho & Lee |

| | | |
|---|---|---|
| | | article, # 6 Exhibit 6– Filed under seal, # 7 Exhibit 7 – Filed under seal, # 8 Exhibit 8 – Filed under seal, # 9 Exhibit 9 – Filed under seal, # 10 Exhibit 10– Alabama health insurance marketplace, # 11 Exhibit 11– Individual Products presentation, # 12 Exhibit 12– Email re Viva, # 13 Exhibit 13– Filed under seal, # 14 Exhibit 14– Filed under seal, # 15 Exhibit 15– BCBSVT President's Report, # 16 Exhibit 16– Lifetime Health Board meeting document, # 17 Exhibit 17 – Shepard article, # 18 Exhibit 18 – Ho, Pakes, and Shepard article, # 19 Exhibit 19 – Proving Antitrust Damages, # 20 Exhibit 20 – 2008 United 10–K, # 21 Exhibit 21– 2008 Humana 10–K)(Hogan, E) (Entered: 07/01/2019) |
| 07/01/2019 | 2470 | NOTICE by Blue Cross Blue Shield Michigan *Notice of Filing Under Seal* (Campbell, Andrew) (Entered: 07/01/2019) |
| 07/01/2019 | 2471 | MOTION to Strike *Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje* by Blue Cross Blue Shield Michigan. (Attachments: # 1 Supplement Memorandum in Support of Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje)(Campbell, Andrew) Modified on 7/2/2019 (KAM, ). (Entered: 07/01/2019) |
| 07/01/2019 | 2472 | Evidentiary Material re: 2471 MOTION to Strike *Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje* . (Attachments: # 1 Exhibit Exhibit 1 Slottje Deposition Excerpts (Redacted), # 2 Exhibit Exhibit 2 Cigna Deposition Excerpts (filed under seal), # 3 Exhibit Exhibit 3 Aetna Deposition Excerpts (filed under seal), # 4 Exhibit Exhibit 4 Humana (Findlay) Deposition Excerpts (filed under seal))(Campbell, Andrew) (Entered: 07/01/2019) |
| 07/01/2019 | 2473 | Evidentiary Material re: 2471 MOTION to Strike *Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje* . (Attachments: # 1 Exhibit 5 Fech Deposition Excerpts)(Campbell, Andrew) (Entered: 07/01/2019) |
| 07/01/2019 | 2474 | Evidentiary Material re: 2471 MOTION to Strike *Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje* . (Attachments: # 1 Exhibit 6 Haas–Wilson Deposition Excerpts, # 2 Exhibit 7 Cigna Document (filed under seal), # 3 Exhibit 8 Humana (Davis) Deposition Excerpts (filed under seal))(Campbell, Andrew) (Entered: 07/01/2019) |
| 07/01/2019 | 2475 | ***Document Sealed** DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE OR STRIKE THE EXPERT TESTIMONY, OPINIONS AND ANALYSIS OF DR. ARIEL PAKES and Exhibits 6, 7, 8, 9, 13, 14 (KAM) Modified on 7/8/2019 (KAM, ). (Entered: 07/02/2019) |
| 07/01/2019 | 2476 | ***Document Sealed*** DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE OR STRIKE EXPERT TESTIMONY, OPINIONS, AND ANALYSIS OF DR. DEBORAH HAAS–WILSON and Exhibits 2, 4, 7, 8, 9, 10 (KAM) (Entered: 07/02/2019) |
| 07/01/2019 | 2480 | ***Document Sealed** DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION 2477 TO EXCLUDE PROVIDER PLAINTIFFS' EXPERT DR. DANIEL J. SLOTTJE (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (KAM) (Entered: 07/03/2019) |
| 07/02/2019 | 2477 | SEALED MOTION – DEFENDANTS' MOTION TO EXCLUDE PROVIDER PLAINTIFFS' EXPERT DR. DANIEL J. SLOTTJE. (KAM) (Entered: 07/02/2019) |

| 07/02/2019 | 2478 | MOTION Corrected Motion to Exclude Provider Plaintiffs' Expert H.E. Frech, III (Filed as 2464 ) by Defendants' Counsel. (Attachments: # 1 Corrected Memorandum in Support, # 2 Exhibit 1)(Donnell, Sarah) (Entered: 07/02/2019) |
|---|---|---|
| 07/02/2019 | 2479 | STATUS REPORT *of Subscribers' Opposition to Seal of Certain Class Certification Exhibits* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Stokes, Tammy) (Entered: 07/02/2019) |
| 07/02/2019 | 2481 | ***Document Sealed*** SUBSCRIBER'S OPPOSITION TO DEFENDANTS' REQUEST TO SEAL CERTAIN CLASS CERTIFICATION EXHIBITS (KAM) (Entered: 07/03/2019) |
| 07/10/2019 | 2482 | MOTION to Withdraw as Attorney *Winnifred Lewis* by Blue Cross Blue Shield Antitrust Litigation MDL 2406, Blue Cross and Blue Shield of Alabama. (Lewis, Winnifred) (Entered: 07/10/2019) |
| 07/11/2019 | 2483 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed by Winnifred A. Lewis. 2482 The Motion is GRANTED. The Clerk of the Court is directed to terminate attorney Lewis. Signed by Judge R David Proctor on 7/11/2019. (KAM) (Entered: 07/11/2019) |
| 07/15/2019 | 2484 | NOTICE by Defendants' Counsel *of Filing Under Seal* (Kimble, Cavender) (Entered: 07/15/2019) |
| 07/15/2019 | 2485 | NOTICE by Defendants' Counsel *Executive Summary of Expert Report of Dr. Kevin R. Murphy PhD* (Hoover, Craig) (Entered: 07/15/2019) |
| 07/15/2019 | 2486 | NOTICE by Defendants' Counsel *Executive Summary of Expert Report of Dr. Erin E. Trish, PhD* (Hoover, Craig) (Entered: 07/15/2019) |
| 07/15/2019 | 2487 | NOTICE by Defendants' Counsel *Defendants' Executive Summary of Expert Report of Dr. David S. Evans* (Hoover, Craig) (Entered: 07/15/2019) |
| 07/15/2019 | 2488 | NOTICE by Defendants' Counsel *Executive Summary of the Expert Report of Dr. Lawrence Wu* (Hoover, Craig) (Entered: 07/15/2019) |
| 07/15/2019 | 2489 | NOTICE by Defendants' Counsel *Executive Summary of the Expert Report of Dr. Janusz Ordover* (Hoover, Craig) (Entered: 07/15/2019) |
| 07/15/2019 | 2490 | Opposition to re 2415 , 2409 , 2407 *Defendants' Opposition to Subscribers' and Providers' Motions for Class Certification* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 07/15/2019) |
| 07/15/2019 | 2491 | ***Document Sealed*** DEFENDANTS' Opposition to Subscribers' and Providers' Motions for Class Certification (KAM) (Entered: 07/16/2019) |
| 07/15/2019 | 2492 | ***Document Sealed*** Executive Summary of Expert Report of Dr. Erin E. Trish PH.D. (KAM) (Entered: 07/16/2019) |
| 07/15/2019 | 2493 | ***Document Sealed***Executive Summary of Expert Report of Dr. Kevin R. Murphy, PH.D (KAM) (Entered: 07/16/2019) |
| 07/16/2019 | 2494 | MOTION to Withdraw as Attorney by Plaintiffs' Counsel. (Burns, Erin) (Entered: 07/16/2019) |
| 07/16/2019 | 2495 | NOTICE of Change of Address by Stephen A Walsh (Walsh, Stephen) (Entered: 07/16/2019) |

| 07/17/2019 | 2496 | NOTICE by Defendants' Counsel re 2491 Document Sealed *Notice of Correction to Sealed Filing* (Hoover, Craig) (Entered: 07/17/2019) |
|---|---|---|
| 07/17/2019 | 2497 | ORDER The court again CONTINUES the deadline for addressing how ASOs might fit into or relate to this MDL, and ORDERS that, in preparation for the August 2019 status conference, the parties SHALL meet and confer and be prepared to discuss a plan for addressing ASOs. In advance of the August hearing, the parties SHALL submit a joint report including a list of (1) all ASOs and (2) who may represent the ASOs in any discussions about resolution or other litigation matters. Signed by Judge R David Proctor on 7/17/2019. (KAM) (Entered: 07/17/2019) |
| 07/17/2019 | 2498 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on July 22, 2019 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 07/17/2019) |
| 07/22/2019 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 7/22/2019. (Court Reporter Risa Entrekin.) (KLL) (Entered: 07/22/2019) |
| 07/22/2019 | 2499 | **TEXT ORDER**–This matter is before the court on the Motion to Withdraw as Counsel filed by Erin C. Burns. 2494 The Motion is **GRANTED**. The Clerk of the Court is directed to terminate attorney Burns. Signed by Judge R David Proctor on 7/22/2019. (KEK) (Entered: 07/22/2019) |
| 07/22/2019 | 2500 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 7/22/2019. (KEK) (Entered: 07/22/2019) |
| 07/22/2019 | 2501 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 7/22/2019. (KEK) (Entered: 07/22/2019) |
| 07/25/2019 | 2502 | Transcript of Proceedings held on 7/22/2019, before Judge R David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/15/2019. Redacted Transcript Deadline set for 8/25/2019. Release of Transcript Restriction set for 10/23/2019. (KEK) (Entered: 07/25/2019) |
| 07/26/2019 | 2503 | ***VACATED***SIXTH AMENDED SCHEDULING ORDER: certain time limits apply as set out in this order. Signed by Judge R David Proctor on 7/25/2019. (KAM) Modified on 9/23/2019 (KE). (Entered: 07/26/2019) |
| 07/26/2019 | 2504 | NOTICE of Appearance by Anna M Clark on behalf of Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield (Clark, Anna) (Entered: 07/26/2019) |
| 07/26/2019 | 2505 | NOTICE of Appearance by John G Schmidt, Jr on behalf of Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield (Schmidt, John) (Entered: 07/26/2019) |
| 07/26/2019 | 2506 | NOTICE of Appearance by Edward S Bloomberg on behalf of Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield (Bloomberg, Edward) (Entered: 07/26/2019) |

| 08/02/2019 | 2507 | ORDER Status Conference set for 8/15/2019 09:30 AM before Judge R David Proctor. The Special Master will provide a call–in number for the conference. On or before Tuesday, August 13, 2019, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 8/2/2019. (KAM) (Entered: 08/02/2019) |
|---|---|---|
| 08/13/2019 | 2508 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on August 15, 2019 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 08/13/2019) |
| 08/15/2019 |  | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 8/15/2019. (Court Reporter Risa Entrekin.) (KLL) (Entered: 08/15/2019) |
| 08/22/2019 | 2509 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2019 through July 31, 2019 in this matter relating solely to services provided to the Plaintiffs, totaling $43,500.00. Signed by Judge R David Proctor on 8/22/2019. (JLC) (Entered: 08/22/2019) |
| 08/22/2019 | 2510 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2019 through July 31, 2019 in this matter as it relates to services rendered for both sides of the case and totaling $9,000.00. Signed by Judge R David Proctor on 8/22/2019. (JLC) (Entered: 08/22/2019) |
| 09/03/2019 | 2511 | ORDER Telephone Status Conference set for 9/23/2019 10:00 AM before Judge R David Proctor. The Special Master will provide a call–in number for the telephone status conference, and for caucuses to take place following the status conference. On or before Thursday, September 19, 2019, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 9/3/2019. (KAM) (Entered: 09/03/2019) |
| 09/19/2019 | 2512 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on September 23, 2019 at 10:00 A.M.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 09/19/2019) |
| 09/23/2019 |  | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 9/23/2019. (Court Reporter Risa Entrekin.) (KLL) (Entered: 09/23/2019) |
| 09/23/2019 | 2513 | ORDER – The Sixth Amended Scheduling Order (Doc. # 2503) is VACATED. All deadlines are further STAYED for ninety (90) days. If appropriate, the stay may be further extended by agreement among the parties or by the court. In the event the stay is not further extended, the parties SHALL meet and confer upon expiration of the stay and, within two weeks from the expiration of the stay, the parties SHALL submit a joint filing with their respective positions on the schedule moving forward. Signed by Judge R David Proctor on 9/23/2019. (KEK) (Entered: 09/23/2019) |
| 09/23/2019 | 2514 | ORDER – This case is SET for a status conference at 10:00 a.m. on Thursday, October 17, 2019 in Chicago, Illinois at the offices of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654. The Special Master will provide a call–in number for the telephone status conference. On or before Monday, October 14, 2019, (1) the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference; and (2) for security purposes, counsel attending in person SHALL notify the Special Master. |

341

| | | Signed by Judge R David Proctor on 9/23/2019. (KEK) (Entered: 09/23/2019) |
|---|---|---|
| 09/24/2019 | 2515 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from August 1, 2019 through August 31, 2019 in this matter relating solely to services provided to the Plaintiffs, and totaling $45,500.00. Signed by Judge R David Proctor on 9/24/2019. (KAM) (Entered: 09/24/2019) |
| 09/24/2019 | 2516 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from August 1, 2019 through August 31, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $3,500.00. Signed by Judge R David Proctor on 9/24/2019. (KAM) (Entered: 09/24/2019) |
| 09/25/2019 | 2517 | Transcript of Proceedings(Telephonic Status Conference) held on 9/23/2019, before Judge R. David Proctor. Court Reporter/Transcriber Risa Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/16/2019. Redacted Transcript Deadline set for 10/26/2019. Release of Transcript Restriction set for 12/24/2019. (KAM) (Entered: 09/25/2019) |
| 10/14/2019 | 2518 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on October 17, 2019 at 10:00 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 10/14/2019) |
| 10/17/2019 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 10/17/2019. (Court Reporter Risa Entrekin.) (KLL) (Entered: 10/17/2019) |
| 10/17/2019 | 2519 | Transcript of Proceedings held on 10/17/2019, before Judge R. David Proctor. Court Reporter/Transcriber Risa Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/7/2019. Redacted Transcript Deadline set for 11/17/2019. Release of Transcript Restriction set for 1/15/2020. (KAM) (Entered: 10/17/2019) |
| 10/23/2019 | 2520 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2019 through September 30, 2019 in this matter relating solely to services provided to the Plaintiffs, and totaling $51,000.00. Signed by Judge R David Proctor on 10/22/2019. (KAM) (Entered: 10/23/2019) |
| 10/23/2019 | 2521 | |

| | | |
|---|---|---|
| | | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2019 through September 30, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $6,000.00. Signed by Judge R David Proctor on 10/22/2019. (KAM) (Entered: 10/23/2019) |
| 11/08/2019 | 2522 | ORDER SETTING STATUS CONFERENCE; A Status Conference is hereby set for Thursday, December 19, 2019 at 9:30 a.m., in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The Special Master will provide a call–in number for the Conference. On or before Monday, December 16, 2019, the parties SHALL submit a Joint Report containing a proposed agenda of items the parties wish to be addressed during the Status Conference. Signed by Judge R David Proctor on 11/8/2019. (JLC) Modified on 11/12/2019 (KLL, ). (Entered: 11/08/2019) |
| 11/26/2019 | 2523 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from October 1, 2019 through October 31, 2019 in this matter relating solely to services provided to the Plaintiffs, and totaling $59,500.00. Signed by Judge R David Proctor on 11/26/2019. (KAM) (Entered: 11/26/2019) |
| 11/26/2019 | 2524 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from October 1, 2019 through October 31, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $8,500.00. Signed by Judge R David Proctor on 11/26/2019. (KAM) (Entered: 11/26/2019) |
| 12/10/2019 | 2525 | ORDER The status conference currently set at 9:30 a.m. on Thursday, December 19, 2019, will now be conducted by telephone. The Special Master will provide a call–in number for the telephone status conference, and for caucuses to take place following the status conference. Counsel planning to attend the telephone conference and caucuses should inform the Special Master of their plans to attend, and the parties SHALL designate those persons who plan to address the court on the calls.1 On or before Monday, December 16, 2019, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the telephone status conference. Signed by Judge R David Proctor on 12/10/2019. (KAM) (Entered: 12/10/2019) |
| 12/16/2019 | 2526 | STATUS REPORT *Report Regarding Proposed Agenda for Telephonic Status Conference on December 19, 2019 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 12/16/2019) |
| 12/19/2019 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Conference held on 12/19/2019. (Court Reporter Risa Entrekin.) (KLL) (Entered: 12/19/2019) |
| 12/20/2019 | 2527 | ORDER that this case is SET for a Status Conference at 10.00 a.m. on Friday, January 31, 2020, at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, in the seventeenth floor courtroom. The Special Master will provide a call–in number for the Telephone Status Conference. On or before Monday, January 27, 2020, the parties SHALL submit a Joint Report containing a proposed agenda of items the parties wish to be addressed during the Status Conference. Signed by Judge R David Proctor on 12/20/2019. (JLC) (Entered: 12/20/2019) |

| 12/20/2019 | 2528 | MOTION to Withdraw as Attorney *Charles L. Sweeris* by California Physicians Service d/b/a Blue Shield of California. (Sweeris, Charles) (Entered: 12/20/2019) |
|---|---|---|
| 12/20/2019 | 2529 | TEXT ORDER GRANTING 2528 MOTION to Withdraw as Attorney. Charles L. Sweeris terminated. Signed by Judge R David Proctor on 12/20/2019. (JLC) (Entered: 12/20/2019) |
| 12/26/2019 | 2530 | Transcript of Proceedings held on 12/19/2019, before Judge R. David Proctor. Court Reporter/Transcriber Risa Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 1/26/2020. Release of Transcript Restriction set for 3/25/2020. (KAM) (Entered: 12/26/2019) |
| 12/30/2019 | 2531 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from November 1, 2019 through November 30, 2019 in this matter as it relates to services rendered for both sides of the case, and totaling $1,500.00. Signed by Judge R David Proctor on 12/30/2019. (KAM) (Entered: 12/30/2019) |
| 12/30/2019 | 2532 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from November 1, 2019 through November 30, 2019 in this matter relating solely to services provided to the Plaintiffs, and totaling $47,200.00. Signed by Judge R David Proctor on 12/30/2019. (KAM) (Entered: 12/30/2019) |
| 12/31/2019 | 2533 | MOTION to Withdraw as Attorney *Laura Alexander* by Plaintiffs' Counsel. (Small, Daniel) (Entered: 12/31/2019) |
| 12/31/2019 | 2534 | MOTION to Withdraw as Attorney by UnitedHealth Group Incorporated. (Robertson, Douglas) (Entered: 12/31/2019) |
| 01/03/2020 | 2535 | **TEXT ORDER** This matter is before the court on the Motions to Withdraw filed by Attorneys Laura Alexander 2533 and Douglas N. Robertson 2534 . The Motions are **GRANTED**. The Clerk of the Court is directed to terminate attorneys Alexander and Robertson. Signed by Judge R David Proctor on 1/3/2020. (KAM) (Entered: 01/03/2020) |
| 01/06/2020 | 2536 | ORDER By agreement of the parties, all deadlines will remain **STAYED** until further order of the court. The status of the stay will be discussed at the January 31, 2020 status conference. Signed by Judge R David Proctor on 1/6/2020. (KAM) (Entered: 01/06/2020) |
| 01/23/2020 | 2537 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 1/23/2019. (JLC) (Entered: 01/23/2020) |
| 01/23/2020 | 2538 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 1/23/2019. (JLC) (Entered: 01/23/2020) |
| 01/27/2020 | 2539 | |

| | | STATUS REPORT *Report Regarding Proposed Agenda for Telephonic Status Conference on January 31, 2020 at 10:00 a.m. in Tampa, Florida* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 01/27/2020) |
|---|---|---|
| 01/31/2020 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 1/31/2020. The March status conference will be set by separate court order. (Court Reporter Howard Jones.) (Gretchen O'Brien, CRD) (Entered: 01/31/2020) |
| 02/13/2020 | 2540 | Transcript of Proceedings held on 1/31/2020, before Judge R. David Proctor. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy (JLC) (Entered: 02/13/2020) |
| 02/13/2020 | 2541 | ORDER The status of the pending stay of this case will be discussed at the next status conference, which the court anticipates will be set in April 2020. In light of the continued stay, the Clerk of the Court is directed to administratively terminate all pending motions. Any such motions may be re−filed, if appropriate, after the stay is lifted. Signed by Judge R David Proctor on 2/13/2020. (KAM) (Entered: 02/13/2020) |
| 02/17/2020 | 2542 | NOTICE by Plaintiffs' Counsel *Change of Firm and Address* (Cain, Christopher) (Entered: 02/17/2020) |
| 02/19/2020 | 2543 | ORDER Telephone Status Conference set for 3/4/2020 09:30 AM before Judge R David Proctor. The Special Master will provide a call−in number for the telephone status conference, and for caucuses to take place following the status conference. On or before Monday, March 2, 2020, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 2/19/2020. (KAM) (Entered: 02/19/2020) |
| 02/24/2020 | 2544 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 2/24/2020. (JLC) (Entered: 02/24/2020) |
| 02/24/2020 | 2545 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 2/24/2020. (JLC) (Entered: 02/24/2020) |
| 03/02/2020 | 2546 | STATUS REPORT *Report Regarding Proposed Agenda for Telephonic Status Conference on March 4, 2020 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 03/02/2020) |
| 03/04/2020 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 3/4/2020. The April status conference will be set by separate order. (Court Reporter Risa Entrekin. TRANSCRIPT OF PROCEEDINGS SEALED) (KLL) (Entered: 03/04/2020) |
| 03/06/2020 | 2547 | SEALED Transcript of Proceedings held on 3/4/2020, before Judge R. David Proctor. Court Reporter/Transcriber Risa Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the |

| | | |
|---|---|---|
| | | <span style="color:red">Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days.</span> (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 3/27/2020. Redacted Transcript Deadline set for 4/6/2020. Release of Transcript Restriction set for 6/4/2020. (KAM) (Entered: 03/06/2020) |
| 03/17/2020 | 2548 | ORDER Telephone Status Conference set for 4/16/2020 09:30 AM before Judge R David Proctor; The Special Master will provide a call–in number for the telephone status conference, and for caucuses to take place following the status conference; On or before Monday, April 13, 2020, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 3/17/2020. (KAM) (Entered: 03/17/2020) |
| 03/23/2020 | 2549 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from February 1, 2020 through February 29, 2020 in this matter relating solely to services provided to the Plaintiffs, and totaling $50,800.00. Signed by Judge R David Proctor on 3/23/2020. (KAM) (Entered: 03/23/2020) |
| 03/23/2020 | 2550 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from February 1, 2020 through February 29, 2020 in this matter as it relates to services rendered for both sides of the case, and totaling $4,500.00. Signed by Judge R David Proctor on 3/23/2020. (KAM) (Entered: 03/23/2020) |
| 04/13/2020 | 2551 | STATUS REPORT *Report Regarding Proposed Agenda for Telephonic Status Conference on April 16, 2020 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 04/13/2020) |
| 04/16/2020 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Conference held on 4/16/2020. A separate order will be entered setting May status conference. (Court Reporter Risa Entrekin.) (KLL) (Entered: 04/16/2020) |
| 04/17/2020 | 2552 | Transcript of Proceedings held on April 16, 2020, before Judge R David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <span style="color:red">NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days.</span> (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/8/2020. Redacted Transcript Deadline set for 5/18/2020. Release of Transcript Restriction set for 7/16/2020. (KAM) (Entered: 04/17/2020) |
| 04/22/2020 | 2553 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from March 1, 2020 through March 31, 2020 in this matter relating solely to services provided to the Plaintiffs, and totaling $62,500.00. Signed by Judge R David Proctor on 4/22/2020. (KAM) (Entered: 04/22/2020) |

| 04/22/2020 | 2554 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from March 1, 2020 through March 31, 2020 in this matter as it relates to services rendered for both sides of the case, and totaling $6,000.00. Signed by Judge R David Proctor on 4/22/2020. (KAM) (Entered: 04/22/2020) |
|---|---|---|
| 04/24/2020 | 2555 | NOTICE by Defendants' Counsel re 2485 Notice (Other), 2486 Notice (Other) *Defendants' Notice of Re–Filing Certain Expert Executive Summaries* (Attachments: # 1 Exhibit – Executive Summary of Expert Report of Dr. Kevin R. Murphy, Ph.D., # 2 Exhibit – Executive Summary of Expert Report of Dr. Erin E. Trish, Ph.D.)(Donnell, Sarah) (Entered: 04/24/2020) |
| 04/24/2020 | 2556 | ORDER UNSEALING CERTAIN DOCUMENTS. Signed by Judge R David Proctor on 4/23/2020. (KAM) (Entered: 04/24/2020) |
| 04/24/2020 | 2557 | NOTICE by Defendants' Counsel re 2476 Document Sealed *Defendants Notice of Re–Filing of Memorandum of Law In Support of Defendants Motion to Exclude or Strike Expert Testimony, Opinions, And Analysis of Dr. Deborah Haas–Wilson And One Exhibit Thereto* (Attachments: # 1 Exhibit Memorandum Of Law In Support Of Defendants Motion To Exclude Or Strike Expert Testimony, Opinions, And Analysis Of Dr. Deborah Haas–Wilson, # 2 Exhibit 9)(Hogan, E) (Entered: 04/24/2020) |
| 04/24/2020 | 2558 | NOTICE by Defendants' Counsel re 2475 Document Sealed *Defendants Notice of Re–Filing of Memorandum of Law In Support of Defendants Motion to Exclude or Strike The Expert Testimony, Opinions, And Analysis of Dr. Ariel Pakes And Certain Exhibits Thereto* (Attachments: # 1 Exhibit Memorandum of Law In Support Of Defendants Motion to Exclude or Strike The Expert Testimony, Opinions, And Analysis of Dr. Ariel Pakes, # 2 Exhibit 9, # 3 Exhibit 14)(Hogan, E) (Entered: 04/24/2020) |
| 04/24/2020 | 2559 | NOTICE by Blue Cross Blue Shield Michigan re 2472 Evidentiary Material, *2471 Motion to Strike, Defendants Notice of Re–filing Defendants Motion to Exclude Provider Plaintiffs Expert Dr. Daniel J. Slottje and Certain Related Exhibits* (Attachments: # 1 Defendants' Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje, # 2 Defendants' Memorandum of Law in Support of Their Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje, # 3 Exhibit 1 – Excerpts of Dr. Slottje Deposition Transcript)(Stenerson, Todd) (Entered: 04/24/2020) |
| 04/27/2020 | 2560 | Brief *REPORT & RECOMMENDATION OF SEAL MASTER REGARDING CERTAIN DEFENDANTS JUSTIFICATIONS TO MAINTAIN SEAL ON CERTAIN EXHIBITS TO SUBSCRIBERS MOTIONS FOR CLASS CERTIFICATION.* (Harwood, R) (Entered: 04/27/2020) |
| 04/27/2020 | 2561 | AMENDED ORDER UNSEALING CERTAIN DOCUMENTS. Signed by Judge R David Proctor on 4/27/2020. (KAM) (Entered: 04/27/2020) |
| 04/28/2020 | 2562 | ORDER Telephone Status Conference set for 5/19/2020 09:30 AM before Judge R David Proctor. The Special Master will provide a call–in number for the telephone status conference, and for caucuses to take place following the status conference. On or before Friday, May 15, 2020, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 4/28/2020. (KAM) (Entered: 04/28/2020) |

| 04/30/2020 | 2563 | NOTICE by Defendants' Counsel re 2491 Document Sealed *Defendants Notice Of Re–Filing Of Defendants Opposition To Subscribers And Providers Motions For Class Certification* (Attachments: # 1 Exhibit Defendants Opposition To Subscribers And Providers Motions For Class Certification)(Hoover, Craig) (Entered: 04/30/2020) |
|---|---|---|
| 04/30/2020 | 2564 | Evidentiary Material re: 2491 Document Sealed *Evidentiary Submission In Support Of Defendants Opposition To Subscribers And Providers Motions For Class Certification.* (Attachments: # 1 Exhibit DX167, # 2 Exhibit DX168, # 3 Exhibit DX169, # 4 Exhibit DX170, # 5 Exhibit DX171, # 6 Exhibit DX172, # 7 Exhibit DX173, # 8 Exhibit DX174, # 9 Exhibit DX175, # 10 Exhibit DX176, # 11 Exhibit DX177, # 12 Exhibit DX178, # 13 Exhibit DX179, # 14 Exhibit DX180, # 15 Exhibit DX182, # 16 Exhibit DX183, # 17 Exhibit DX184, # 18 Exhibit DX185, # 19 Exhibit DX186, # 20 Exhibit DX187, # 21 Exhibit DX188, # 22 Exhibit DX189, # 23 Exhibit DX190, # 24 Exhibit DX191, # 25 Exhibit DX192, # 26 Exhibit DX193, # 27 Exhibit DX199, # 28 Exhibit DX200, # 29 Exhibit DX203, # 30 Exhibit DX204, # 31 Exhibit DX205, # 32 Exhibit DX206, # 33 Exhibit DX207, # 34 Exhibit DX208, # 35 Exhibit DX209, # 36 Exhibit DX211, # 37 Exhibit DX214, # 38 Exhibit DX215, # 39 Exhibit DX223, # 40 Exhibit DX224, # 41 Exhibit DX226, # 42 Exhibit DX228, # 43 Exhibit DX229, # 44 Exhibit DX231, # 45 Exhibit DX232, # 46 Exhibit DX233, # 47 Exhibit DX234, # 48 Exhibit DX235, # 49 Exhibit DX238, # 50 Exhibit DX248, # 51 Exhibit DX249, # 52 Exhibit DX250, # 53 Exhibit DX251, # 54 Exhibit DX252, # 55 Exhibit DX253, # 56 Exhibit DX254, # 57 Exhibit DX255, # 58 Exhibit DX256, # 59 Exhibit DX257, # 60 Exhibit DX258, # 61 Exhibit DX259, # 62 Exhibit DX260, # 63 Exhibit DX260.5, # 64 Exhibit DX261, # 65 Exhibit DX262, # 66 Exhibit DX263, # 67 Exhibit DX264, # 68 Exhibit DX265, # 69 Exhibit DX266, # 70 Exhibit DX267, # 71 Exhibit DX268, # 72 Exhibit DX269, # 73 Exhibit DX270, # 74 Exhibit DX271, # 75 Exhibit DX272, # 76 Exhibit DX273, # 77 Exhibit DX274, # 78 Exhibit DX275, # 79 Exhibit DX276, # 80 Exhibit DX277)(Hoover, Craig) (Entered: 04/30/2020) |
| 04/30/2020 | 2565 | NOTICE by Defendants' Counsel re 2564 Evidentiary Material,,,,,, *Notice of Sealed Filing Regarding Evidentiary Submission in Support of Defendants' Opposition to Subscribers' and Providers' Motions for Class Certification* (Kimble, Cavender) (Additional attachment(s) added on 5/4/2020: # 1 Exhibit 165, # 2 Exhibit 166, # 3 Exhibit 174, # 4 Exhibit 176, # 5 Exhibit 178, # 6 Exhibit 180, # 7 Exhibit 181, # 8 Exhibit 190, # 9 Exhibit 191, # 10 Exhibit 194, # 11 Exhibit 195, # 12 Exhibit 196, # 13 Exhibit 197, # 14 Exhibit 198, # 15 Exhibit 201, # 16 Exhibit 202, # 17 Exhibit 203, # 18 Exhibit 205, # 19 Exhibit 207, # 20 Exhibit 210, # 21 Exhibit 212, # 22 Exhibit 213, # 23 Exhibit 213.5, # 24 Exhibit 216, # 25 Exhibit 217, # 26 Exhibit 218, # 27 Exhibit 219, # 28 Exhibit 220, # 29 Exhibit 221, # 30 Exhibit 222, # 31 Exhibit 223, # 32 Exhibit 225, # 33 Exhibit 227, # 34 Exhibit 228, # 35 Exhibit 230, # 36 Exhibit 236, # 37 Exhibit 237, # 38 Exhibit 239, # 39 Exhibit 240, # 40 Exhibit 241, # 41 Exhibit 242, # 42 Exhibit 243, # 43 Exhibit 244, # 44 Exhibit 245, # 45 Exhibit 246, # 46 Exhibit 247, # 47 Exhibit 261, # 48 Exhibit 278, # 49 Exhibit 279 part 1, # 50 Exhibit 279 part 2, # 51 Exhibit 280, # 52 Exhibit 281, # 53 Exhibit 282) (KAM, ). Modified on 5/19/2020 (KAM, ). (Entered: 04/30/2020) |
| 05/08/2020 | 2566 | NOTICE by Plaintiffs' Counsel re 2408 Brief *of Subscribers Amended Filing* (Attachments: # 1 Exhibit 1)(Stokes, Tammy) (Entered: 05/08/2020) |
| 05/08/2020 | 2567 | NOTICE by Plaintiffs' Counsel re 2410 Brief, *of Subscribers' Amended Filing* (Attachments: # 1 Exhibit 1)(Stokes, Tammy) (Entered: 05/08/2020) |

| 05/08/2020 | 2568 | NOTICE by Plaintiffs' Counsel re 2457 Evidentiary Material,,,, *of Subscribers' Amended Filing of Exhibit 414 [2457–41]* (Attachments: # 1 Exhibit 1)(Stokes, Tammy) (Entered: 05/08/2020) |
|---|---|---|
| 05/08/2020 | 2569 | NOTICE by Plaintiffs' Counsel re 1555 Document Sealed, *of Subscribers' Amended Filing of Exhibit 318 [1555–2]* (Attachments: # 1 Exhibit 1)(Stokes, Tammy) (Entered: 05/08/2020) |
| 05/11/2020 | 2570 | ORDER UNSEALING CERTAIN DOCUMENTS the Clerk of the Court is directed to unseal the following documents and/or exhibits: [1350–23] and {1436–46}. Signed by Judge R David Proctor on 5/11/2020. (KAM) (Entered: 05/11/2020) |
| 05/15/2020 | 2571 | STATUS REPORT *Report Regarding Proposed Agenda for Telephonic Status Conference on May 19 2020* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 05/15/2020) |
| 05/19/2020 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Conference held on 5/19/2020. A separate order will be entered setting the June status conference. (Court Reporter Risa Entrekin.) (KLL) (Entered: 05/19/2020) |
| 05/20/2020 | 2572 | Transcript of Proceedings held on 5/19/2020, before Judge R David Proctor. Court Reporter/Transcriber Risa L. Entrekin, Telephone number 334–240–2405. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 6/10/2020. Redacted Transcript Deadline set for 6/20/2020. Release of Transcript Restriction set for 8/18/2020. (KEK) (Entered: 05/20/2020) |
| 05/26/2020 | 2573 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from April 1, 2020 through April 30, 2020 in this matter as it relates to services rendered for both sides of the case, and totaling $5,000.00. Signed by Judge R David Proctor on 5/26/2020. (KAM) (Entered: 05/26/2020) |
| 05/26/2020 | 2574 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from April 1, 2020 through April 30, 2020 in this matter relating solely to services provided to the Plaintiffs, and totaling $50,500.00. Signed by Judge R David Proctor on 5/26/2020. (KAM) (Entered: 05/26/2020) |
| 05/26/2020 | 2575 | ***Document Sealed*** SUBSCRIBER PLAINTIFF'S Redacted copy of privileged material contained within Memorandum of points and authorities in support of Subscriber Plaintiff's Motion for Partial Summary Judgment on the application of the Per Se Rule originally filed July 17, 2017 1351 (KAM) (Entered: 05/26/2020) |
| 05/26/2020 | 2576 | ***Document Sealed*** SUBSCRIBER PLAINTIFF'S REDACTED copy of privileged material contained within Reply Memorandum of points and authorities in further support of Subscriber Plaintiff's Motion for Partial Summary Judgment on |

| | | |
|---|---|---|
| | | the application of the Per Se Rule originally filed on September 15, 2017 <u>1554</u> (KAM) (Entered: 05/26/2020) |
| 05/27/2020 | <u>2577</u> | ORDER Telephone Status Conference set for 6/22/2020 09:30 AM before Judge R David Proctor. The Special Master will provide a call–in number for the telephone status conference, and information regarding caucuses to take place following the status conference. On or before Thursday, June 18, 2020, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 5/27/2020. (KAM) (Entered: 05/27/2020) |
| 05/28/2020 | <u>2578</u> | NOTICE by Defendants' Counsel re <u>1352</u> Document Sealed,,,,,,,,,,,,,,,,,,,,,, <u>1554</u> Document Sealed, <u>1555</u> Document Sealed,, <u>1351</u> Document Sealed, *Joint Notice on Certain Standard of Review Materials Filed Under Seal* (Hogewood, Mark) (Entered: 05/28/2020) |
| 05/28/2020 | <u>2579</u> | NOTICE by Defendants' Counsel *Joint Notice on Certain Class Certification Material Filed Under Seal <u>2415</u>* (Hogewood, Mark) (Entered: 05/28/2020) |
| 05/28/2020 | <u>2580</u> | ORDER UNSEALING CERTAIN DOCUMENTS – In light of the Report, the Clerk of the Court is directed to unseal the following document and/or exhibit: 6/18/2019 Subscriber Plaintiffs' Exhibit 373 ( <u>2453</u> –5). Signed by Judge R David Proctor on 5/28/2020. (KEK) (Entered: 05/28/2020) |
| 06/02/2020 | <u>2581</u> | NOTICE by Defendants' Counsel *Notice of Filing Joint Comprehensive Index Regarding Exhibits to the Motions for Summary Judgment Related to the Standard of Review <u>1353</u> <u>1349</u> <u>1429</u> <u>1432</u> <u>1551</u> <u>1556</u> <u>1348</u> <u>2575</u> <u>2021</u> <u>1434</u> <u>1435</u> <u>2016</u> <u>2576</u> <u>2017</u> <u>1350</u> <u>2001</u> <u>1431</u> <u>2002</u> <u>1557</u> <u>2003</u>* (Attachments: # <u>1</u> Exhibit Joint Index of Standard of Review Briefing Exhibits)(Hogewood, Mark) (Entered: 06/02/2020) |
| 06/02/2020 | <u>2582</u> | NOTICE by Defendants' Counsel *Notice of Filing Joint Comprehensive Index Regarding Class Certification Material <u>2563</u> <u>2491</u> <u>2487</u> <u>2555</u> <u>2493</u> <u>2489</u> <u>2492</u> <u>2488</u> <u>2466</u> <u>2557</u> <u>2476</u> <u>2468</u> <u>2558</u> <u>2475</u> <u>2465</u> <u>2559</u> <u>2480</u> <u>2478</u> <u>2409</u> <u>2567</u> <u>2410</u> <u>2407</u> <u>2566</u> <u>2411</u> <u>2421</u> <u>2413</u> <u>2414</u> <u>2412</u>* (Attachments: # <u>1</u> Exhibit Joint Index of Class Certification Briefing and Related Filings)(Hogewood, Mark) (Entered: 06/02/2020) |
| 06/18/2020 | <u>2583</u> | STATUS REPORT *Report Regarding Proposed Agenda for Telephonic Status Conference on June 22, 2020 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 06/18/2020) |
| 06/22/2020 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Status Conference held on 6/22/2020. The July status conference will be set by separate court order. (Court Reporter Risa Entrekin.) (KLL) (Entered: 06/22/2020) |
| 06/22/2020 | <u>2584</u> | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2020 through May 31, 2020 in this matter relating solely to services provided to the Plaintiffs, and totaling $46,500.00. Signed by Judge R David Proctor on 6/22/2020. (KAM) (Entered: 06/22/2020) |
| 06/22/2020 | <u>2585</u> | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2020 through May 31, 2020 in this matter as it relates to services rendered for both sides of the case, and totaling $6,000.00. Signed by Judge R David Proctor on 6/22/2020. (KAM) (Entered: 06/22/2020) |

| 06/23/2020 | 2586 | Transcript of Proceedings held on 6/22/2020, before Judge R David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/14/2020. Redacted Transcript Deadline set for 7/24/2020. Release of Transcript Restriction set for 9/21/2020. (KAM) (Entered: 06/23/2020) |
| --- | --- | --- |
| 06/26/2020 | 2587 | NOTICE of Change of Address by William A Isaacson (Isaacson, William) (Entered: 06/26/2020) |
| 07/07/2020 | 2588 | ORDER Telephone Conference set for 7/28/2020 09:30 AM before Judge R David Proctor. The Special Master will provide a call–in number for the telephone status conference, and information regarding caucuses to take place following the status conference. On or before Friday, July 24, 2020, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 7/7/2020. (KAM) (Entered: 07/07/2020) |
| 07/22/2020 | 2589 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from June 1, 2020 through June 30, 2020 in this matter as it relates to services rendered for both sides of the case, and totaling $5,000.00. Signed by Judge R David Proctor on 7/22/2020. (KAM) (Entered: 07/22/2020) |
| 07/22/2020 | 2590 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from June 1, 2020 through June 30, 2020 in this matter relating solely to services provided to the Plaintiffs, and totaling $47,000.00. Signed by Judge R David Proctor on 7/22/2020. (KAM) (Entered: 07/22/2020) |
| 07/24/2020 | 2591 | STATUS REPORT *Report Regarding Proposed Agenda for Telephonic Status Conference on July 28, 2020 at 9:30 a.m.* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 07/24/2020) |
| 07/24/2020 | 2592 | MOTION to Withdraw as Attorney *for Subscriber Plaintiffs [Jason M. Knott]* by Plaintiffs' Counsel. (Knott, Jason) (Entered: 07/24/2020) |
| 07/24/2020 | 2593 | **TEXT ORDER** – This matter is before the court on the Withdrawal of Appearance filed by Jason M. Knott. 2592 . The Withdrawal 2592 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** Attorney Knott. Signed by Judge R David Proctor on 7/24/2020. (KAM) (Entered: 07/24/2020) |
| 07/28/2020 | | Minute Entry for proceedings held before Judge R David Proctor: Telephone Conference held on 7/28/2020. A separate order will be entered by the court setting the status conference for August 2020. (Court Reporter Risa Entrekin.) (KLL) (Entered: 07/28/2020) |
| 07/29/2020 | 2594 | ORDER The parties **SHALL** meet and confer about (1) lifting the stay and (2) developing a schedule for proceedings once the stay is lifted; On or before August |

| | | |
|---|---|---|
| | | 31, 2020,1 the parties **SHALL** file a joint report regarding lifting the stay and how matters on the Providers claims should proceed thereafter. Signed by Judge R David Proctor on 7/29/2020. (KAM) (Entered: 07/29/2020) |
| 07/30/2020 | 2595 | Transcript of Proceedings held on July 28, 2020, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/20/2020. Redacted Transcript Deadline set for 8/30/2020. Release of Transcript Restriction set for 10/28/2020. (KAM) (Entered: 07/30/2020) |
| 08/21/2020 | 2596 | NOTICE of Change of Address by Benjamin L Barnes (Barnes, Benjamin) (Entered: 08/21/2020) |
| 08/25/2020 | 2597 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2020 through July 31, 2020 in this matter relating solely to services provided to the Plaintiffs, and totaling $32,500.00. Signed by Judge R David Proctor on 8/25/2020. (KAM) (Entered: 08/25/2020) |
| 08/25/2020 | 2598 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2020 through July 31, 2020 in this matter as it relates to services rendered for both sides of the case, and totaling $4,000.00. Signed by Judge R David Proctor on 8/25/2020. (KAM) (Entered: 08/25/2020) |
| 08/31/2020 | 2599 | STATUS REPORT *Joint Report Regarding Proposed Schedule* by Defendants' Counsel. filed by Defendants' Counsel (Attachments: # 1 Exhibit 1– Proposed Seventh Amended Scheduling Order)(Hoover, Craig) (Entered: 08/31/2020) |
| 09/22/2020 | 2600 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 9/22/2020. (KEK) (Entered: 09/22/2020) |
| 09/24/2020 | 2601 | MOTION to Withdraw as Attorney *Casey R. Fronk* by California Physicians Service d/b/a Blue Shield of California. (Fronk, Casey) (Entered: 09/24/2020) |
| 09/24/2020 | 2602 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney Casey R. Fronk. 2601 The Motion 2601 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorney Fronk. Signed by Judge R David Proctor on 9/24/2020. (KAM) (Entered: 09/24/2020) |
| 10/01/2020 | 2603 | SEVENTH AMENDED SCHEDULING ORDER (EXCLUSIVE TO PROVIDER TRACK) – certain time limits apply as set out in this order. Signed by Judge R David Proctor on 9/30/2020. (KAM) (Entered: 10/01/2020) |
| 10/09/2020 | 2604 | MOTION to Certify Class *Provider Plaintiffs' Renewed Motion for Class Certification and Supporting Memorandum* by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 10/09/2020) |
| 10/09/2020 | 2605 | |

| | | RESPONSE in Opposition re <u>2604</u> MOTION to Certify Class *Provider Plaintiffs' Renewed Motion for Class Certification and Supporting Memorandum* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 10/09/2020) |
|---|---|---|
| 10/09/2020 | <u>2606</u> | ***Document Sealed – Defendants' Opposition to <u>2604</u> Renewed Motion for Class Certification. (KEK) (Entered: 10/09/2020) |
| 10/22/2020 | <u>2607</u> | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 10/22/2020. (KEK) (Entered: 10/22/2020) |
| 10/22/2020 | <u>2608</u> | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 10/22/2020. (KEK) (Entered: 10/22/2020) |
| 10/30/2020 | <u>2609</u> | MOTION for Leave to File *Fourth Amended Consolidated Class Action Complaint* by Plaintiffs' Counsel. (Attachments: # <u>1</u> Exhibit A – Proposed Complaint)(Guin, David) (Entered: 10/30/2020) |
| 10/30/2020 | <u>2610</u> | MOTION for Settlement *Subscriber Plaintiffs Motion for Preliminary Approval of Proposed Class Settlement* by Plaintiffs' Counsel. (Attachments: # <u>1</u> Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Class Settlement, # <u>2</u> Exhibit A Settlement Agreement, # <u>3</u> Exhibit B [Proposed] Order Preliminarily Approving Settlement, # <u>4</u> Exhibit C [Proposed] Final Approval Order of Settlement and Final Judgment and Order of Dismissal with Prejudice, # <u>5</u> Exhibit D [Proposed] Plan of Distribution, # <u>6</u> Exhibit E Settlement Class Counsel Declaration, # <u>7</u> Exhibit F Self–Funded Sub–Class Settlement Counsel Declaration, # <u>8</u> Exhibit G Declaration of Kenneth R. Feinberg, # <u>9</u> Exhibit H Declaration of Darrell Chodorow, # <u>10</u> Exhibit I Declaration of Dr. Daniel Rubinfeld, # <u>11</u> Exhibit J Declaration of Dr. Ariel Pakes, # <u>12</u> Exhibit K Declaration of Edgar C. Gentle)(Hausfeld, Michael) Modified on 12/1/2020 (KAM, ). (Entered: 10/30/2020) |
| 10/30/2020 | <u>2611</u> | MOTION for Settlement *Subscriber Plaintiffs Motion for Approval of Plan for Notice and Appointment of Claims Administrator* by Plaintiffs' Counsel. (Attachments: # <u>1</u> Memorandum of Law in Support of Motion for Approval of Plan for Notice and Appointment of Claims Administrator, # <u>2</u> Declaration of Jennifer M. Keough Regarding Proposed Notice Plan (with Exhibits A–L))(Hausfeld, Michael) Modified on 12/1/2020 (KAM, ). (Entered: 10/30/2020) |
| 10/30/2020 | <u>2612</u> | Brief *Defendants' Brief in Support of Subscriber Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement*. (Zott, David) (Entered: 10/30/2020) |
| 10/30/2020 | <u>2613</u> | Joint MOTION for Entry of Stipulation and Proposed Order Regarding Protected Health Information and Personally Identifiable Information for Subscriber Settlement by Defendants' Counsel. (Attachments: # <u>1</u> Text of Proposed Order – Stipulation & Proposed Order)(Zott, David) (Entered: 10/30/2020) |
| 11/02/2020 | 2614 | **TEXT ORDER** This matter is before the court on the Motion of the Subscriber Plaintiffs to File Their Fourth Amended Consolidated Class Action Complaint. <u>2609</u> The Motion <u>2609</u> is **GRANTED**. Subscriber Plaintiffs are directed to file their proposed Fourth Amended Consolidated Class Action Complaint with the Clerk of Court. Signed by Judge R David Proctor on 11/2/2020. (KAM) (Entered: 11/02/2020) |
| 11/02/2020 | <u>2615</u> | STIPULATION AND ORDER REGARDING PROTECTED HEALTH INFORMATION AND PERSONALLY IDENTIFIABLE INFORMATION FOR SUBSCRIBER SETTLEMENT. Signed by Judge R David Proctor on 11/2/2020. |

| | | (KAM) (Entered: 11/02/2020) |
|---|---|---|
| 11/02/2020 | 2616 | AMENDED COMPLAINT *Subscriber Plaintiffs' Fourth Amended Consolidated Class Action Complaint* against All Defendants, filed by Plaintiffs' Counsel.(Guin, David) (Entered: 11/02/2020) |
| 11/03/2020 | 2617 | Joint MOTION FOR ENTRY OF STIPULATION AND PROPOSED ORDER GOVERNING THE TAKING OF REMOTE DEPOSITIONS OF EXPERTS by Defendants' Counsel. (Attachments: # 1 Text of Proposed Order)(Hoover, Craig) (Entered: 11/03/2020) |
| 11/04/2020 | 2618 | STIPULATION AND ORDER GOVERNING THE TAKING OF REMOTE DEPOSITIONS OF EXPERTS – This matter is before the court on the Joint Motion for Entry of Stipulation and Proposed Order Governing the Taking of Remote Depositions of Experts (Doc. # 2617 ), filed by Provider Plaintiffs and Defendants. The Joint Motion (Doc. # 2617 ) is GRANTED. Signed by Judge R David Proctor on 11/4/2020. (KEK) (Entered: 11/04/2020) |
| 11/04/2020 | 2619 | ORDER – This matter is before the court on (1) Subscriber Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement (Doc. # 2610 ); and (2) Subscriber Plaintiffs' Motion for Approval of Plan for Notice and Appointment of Claims Administrator (Doc. # 2611 ). A Preliminary Approval Hearing on Subscriber Plaintiffs' Motions is SET for 9:00 a.m. Central Time on Monday, November 16, 2020. The hearing will take place remotely via Zoom webinar.Further information, including a Zoom link, will be forthcoming under separate order. Signed by Judge R David Proctor on 11/4/2020. (KEK) (Entered: 11/04/2020) |
| 11/10/2020 | 2620 | ORDER REGARDING ACCESS TO PRELIMINARY APPROVAL HEARING. Signed by Judge R David Proctor on 11/9/2020. (KAM) (Entered: 11/10/2020) |
| 11/11/2020 | 2621 | NOTICE by Plaintiffs' Counsel re 2610 MOTION for Settlement *Subscriber Plaintiffs Motion for Preliminary Approval of Proposed Class Settlement* (Attachments: # 1 Amended [Proposed] Final Approval Order of Settlement and Final Judgment and Order of Dismissal with Prejudice)(Hausfeld, Michael) (Entered: 11/11/2020) |
| 11/12/2020 | 2622 | **TEXT ORDER** – To clarify the courts Order Regarding Access to the November 16, 2020 Preliminary Approval Hearing 2620 , video access to the hearing will be available only to counsel who the court anticipates will be speaking or presenting at the hearing. All other access will be audio only via the courts public help desk. Signed by Judge R David Proctor on 11/12/2020. (KAM) (Entered: 11/12/2020) |
| 11/12/2020 | 2623 | RESPONSE to Motion re 2610 MOTION for Settlement *Subscriber Plaintiffs Motion for Preliminary Approval of Proposed Class Settlement* filed by Brett Watts, Judy Sheridan, Constance Dummer. (Cowan, R) (Entered: 11/12/2020) |
| 11/13/2020 | 2624 | NOTICE of Appearance by Samuel Issacharoff on behalf of Plaintiffs' Counsel (Issacharoff, Samuel) (Entered: 11/13/2020) |
| 11/16/2020 | | Minute Entry for proceedings held before Judge R David Proctor: Preliminary Approval Settlement Conference held on 11/16/2020. (Court Reporter Risa Entrekin.) (KLL) (Entered: 11/17/2020) |
| 11/17/2020 | 2625 | NOTICE by Plaintiffs' Counsel *of Filing PowerPoint Slide Presentation from Preliminary Approval Hearing* (Attachments: # 1 Exhibit)(Guin, David) (Entered: |

| | | 11/17/2020) |
|---|---|---|
| 11/19/2020 | 2626 | Transcript of Proceedings – HEARING ON PRELIMINARY APPROVAL OF SUBSCRIBER TRACK SETTLEMENT held on November 17, 2020, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/10/2020. Redacted Transcript Deadline set for 12/20/2020. Release of Transcript Restriction set for 2/17/2021. (KAM) (Entered: 11/19/2020) |
| 11/23/2020 | 2627 | RESPONSE to re 2623 , 2610 *POST–HEARING SUBMISSION MOTION FOR CLASS SETTLMENT APPROVAL* filed by Constance Dummer, Judy Sheridan, Brett Watts. (Cowan, R) (Entered: 11/23/2020) |
| 11/23/2020 | 2628 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2610 MOTION for Settlement *Subscriber Plaintiffs Motion for Preliminary Approval of Proposed Class Settlement* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1 – Excerpts of 11/16/20 Hearing Transcript)(Hausfeld, Michael) (Entered: 11/23/2020) |
| 11/23/2020 | 2631 | ** SEALED MOTION** PROVIDER PLAINTIFFS' Motion to Exclude Defendants' Expert Lawrence Wu, PhD and Memorandum in Support. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(KAM) (Entered: 11/24/2020) |
| 11/23/2020 | 2632 | ***Document Sealed*** PROVIDER PLAINTIFFS' RESPONSE in Opposition to Defendants' Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (KAM) (Entered: 11/24/2020) |
| 11/23/2020 | 2633 | ***SEALED MOTION*** PROVIDER PLAINTIFFS' MOTION TO EXCLUDE Dr. Ariel Pakes. (KAM) (Entered: 11/24/2020) |
| 11/23/2020 | 2634 | ***Document Sealed*** PROVIDER PLAINTIFFS' RESPONSE in Opposition to Defendants' Motion to Exclude Providers' expert H.E. Frech III (Attachments: # 1 Exhibit 1) (KAM) (Entered: 11/24/2020) |
| 11/23/2020 | 2635 | ***SEALED MOTION*** PROVIDER PLAINTIFFS' MOTION to Exclude or Strike the expert testimony, opinions and analysis of Janusz Ordover, PhD and brief in support. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(KAM) (Entered: 11/24/2020) |
| 11/23/2020 | 2636 | ***Document Sealed*** PROVIDER PLAINTIFFS' RESPONSE in OPPOSITION to Defendants' Motion to exclude or stike expert testimony, opinions, and analysis of Dr. Deborah Haas–Wilson (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (KAM) (Entered: 11/24/2020) |
| 11/23/2020 | 2639 | |

| | | |
|---|---|---|
| | | *** SEALED MOTION *** PROVIDER PLAINTIFFS' MOTION to Exclude Defendants' Expert Kevin M. Murphy and Memorandum in support. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(KAM) (Entered: 11/24/2020) |
| 11/24/2020 | 2629 | Brief *Defendants' Submission Regarding Proposed Preliminary and Final Approval Orders*. (Zott, David) (Entered: 11/24/2020) |
| 11/24/2020 | 2630 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Proposed Language for Inclusion in the Subscriber Settlement Preliminary and Final Approval Orders* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whatley, Joe) (Entered: 11/24/2020) |
| 11/24/2020 | 2637 | REPLY to re 2629 *Provider Plaintiffs' Reply to Defendants' Submission Regarding Proposed Preliminary and Final Approval Orders* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 11/24/2020) |
| 11/24/2020 | 2638 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from October 1, 2020 through October 31, 2020 in this matter relating solely to services provided to the Plaintiffs, and totaling $43,600.00. Signed by Judge R David Proctor on 11/24/2020. (KAM) (Entered: 11/24/2020) |
| 11/24/2020 | 2640 | Brief re 2630 Notice (Other) *Defendants' Response to Provider Plaintiffs' Proposed Language for Inclusion in the Subscriber Settlement Preliminary and Final Approval Orders*. (Zott, David) (Entered: 11/24/2020) |
| 11/30/2020 | 2641 | MEMORANDUM OPINION AND ORDER PRELIMINARILY APPROVING SETTLEMENT, PLAN OF DISTRIBUTION, AND NOTICE PLAN, AND DIRECTING NOTICE TO THE CLASS; The court finds that the Proposed Plan of Distribution is within the range of reasonableness, fairness, and adequacy so that it may be sent to the members of the Settlement Classes, and it is hereby **PRELIMINARILY APPROVED**; Final Approval Hearing set for **Wednesday, October 20, 2021 10:00 AM Central Time, continuing on Thursday, October 2021, if necessary**before Judge R David Proctor.. Signed by Judge R David Proctor on 11/30/2020. (KAM) (Entered: 11/30/2020) |
| 12/02/2020 | 2642 | ***Document Sealed*** PROVIDER PLAINTIFFS REPLY IN SUPPORT OF THEIR RENEWED MOTION FOR CLASS CERTIFICATION AND SUPPORTING MEMORANDUM (KAM) (Entered: 12/02/2020) |
| 12/02/2020 | 2643 | PROVIDER PLAINTIFFS' Executive Summary of Reply Report of H. E. Frech III,Ph.D. (KAM) Document unsealed by order 2669 Modified on 1/20/2021 (KAM). (Entered: 12/02/2020) |
| 12/02/2020 | 2644 | NOTICE by Defendants' Counsel *Executive Summary of Expert Report of Nancy L. Litwinski* (Zott, David) (Entered: 12/02/2020) |
| 12/02/2020 | 2645 | NOTICE by Defendants' Counsel *Executive Summary of Expert Report of Lisa B. Perlmutter* (Zott, David) (Entered: 12/02/2020) |
| 12/02/2020 | 2646 | NOTICE by Defendants' Counsel *Executive Summary of Expert Report of R. Lawrence Van Horn, Ph.D.* (Zott, David) (Entered: 12/02/2020) |

| 12/02/2020 | 2647 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2604 MOTION to Certify Class *Provider Plaintiffs' Renewed Motion for Class Certification and Supporting Memorandum (Public Version)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 12/02/2020) |
|---|---|---|
| 12/02/2020 | 2648 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Executive Summary of Reply Report of H.E. Frech, III, Ph.D. (Public Version)* (Whatley, Joe) (Entered: 12/02/2020) |
| 12/02/2020 | 2649 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Executive Summary of Rebuttal Class Certification Expert Report of Daniel J. Slottje, Ph.D.* (Whatley, Joe) (Entered: 12/02/2020) |
| 12/02/2020 | 2650 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Executive Summary of Rebuttal Expert Report of Deborah Haas–Wilson, Ph.D.* (Whatley, Joe) (Entered: 12/02/2020) |
| 12/02/2020 | 2651 | NOTICE by Blue Cross and Blue Shield of Alabama *Executive Summary of Expert Report of David Dillon* (Burkhalter, Carl) (Entered: 12/02/2020) |
| 12/02/2020 | 2652 | NOTICE by Defendants' Counsel *Executive Summary of the Expert Report of Dr. David S. Evans* (DeMasi, Karin) (Entered: 12/02/2020) |
| 12/02/2020 | 2653 | NOTICE by Defendants' Counsel *Executive Summary of the Expert Report of Dr. Robert H. Topel* (DeMasi, Karin) (Entered: 12/02/2020) |
| 12/08/2020 | 2654 | Transcript (Corrected) of Proceedings held on November 16, 2020, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/29/2020. Redacted Transcript Deadline set for 1/8/2021. Release of Transcript Restriction set for 3/8/2021. (KAM) (Entered: 12/08/2020) |
| 12/16/2020 | 2655 | MOTION To Exclude Defendants' Expert Kevin M. Murphy *and Memorandum In Support Thereof (Public Version)* by Plaintiffs' Counsel. (Whatley, Joe) Modified on 1/27/2021 (KAM, ). (Entered: 12/16/2020) |
| 12/16/2020 | 2656 | MOTION and Supporting Memorandum of Law In Support of Motion to Exclude or Strike the Expert Testimony, Opinions, and Analysis of Janusz Ordover, Ph.D. *(Public Version)* by Plaintiffs' Counsel. (Whatley, Joe) Modified on 1/27/2021 (KAM, ). (Entered: 12/16/2020) |
| 12/17/2020 | 2657 | ORDER UNSEALING CERTAIN DOCUMENTS – This matter is before the court on the Seal Team's December 16, 2020 Report regarding additional sealed documents that the parties agree can be unsealed. Signed by Judge R David Proctor on 12/17/2020. (KEK) (Entered: 12/17/2020) |
| 12/22/2020 | 2658 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 12/22/2020. (KEK) (Entered: 12/22/2020) |

| 12/22/2020 | 2659 | ORDER – This case is SET for a video status conference at 10:30 a.m. on Wednesday, January 27, 2021. The Special Master will provide access information for the video status conference, and information regarding video caucuses to take place following the status conference. On or before Friday, January 22, 2021, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 12/22/2020. (KEK) (Entered: 12/22/2020) |
|---|---|---|
| 12/30/2020 | 2660 | Transcript of Proceedings (Telephonic Status Conference) held on 12/29/2020, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 1/20/2021. Redacted Transcript Deadline set for 1/30/2021. Release of Transcript Restriction set for 3/30/2021. (KAM) (Entered: 12/30/2020) |
| 01/05/2021 | 2661 | AMENDED ORDER – The January 27, 2021 status conference will be conducted by telephone. The Special Master will provide access information for the status conference. **On or before Friday, January 22, 2021**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.. Signed by Judge R David Proctor on 1/5/2021. (KAM) (Entered: 01/05/2021) |
| 01/08/2021 | 2662 | NOTICE of Appearance by Eric B Snyder on behalf of All Plaintiffs (Snyder, Eric) (Entered: 01/08/2021) |
| 01/19/2021 | 2663 | RESPONSE to re 2639 *Defendants' Response to Providers' Motion to Exclude the Expert Testimony of Professor Kevin Murphy (Public Version)* filed by Defendants' Counsel. (Zott, David) (Entered: 01/19/2021) |
| 01/19/2021 | 2664 | ***Document Sealed*** Defendants' RESPONSE to Provider's MOTION to exclude the expert testimony of Professor Kevin Murphy (KAM) (Entered: 01/19/2021) |
| 01/19/2021 | 2665 | RESPONSE to Motion re 2633 SEALED MOTION *Defendants' Response to Providers' Motion to Exclude Subscriber Expert Dr. Pakes in the Provider Track* filed by Defendants' Counsel. (Attachments: # 1 Exhibit 1 – Haas–Wilson Dep. Excerpts)(Hoover, Craig) (Entered: 01/19/2021) |
| 01/19/2021 | 2666 | RESPONSE in Opposition re 2635 SEALED MOTION *Defendants Opposition To Provider Plaintiffs Motion To Exclude Or Strike The Expert Testimony, Opinions, And Analysis Of Janusz Ordover, Ph.D.* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 01/19/2021) |
| 01/19/2021 | 2667 | RESPONSE to Motion re 2633 SEALED MOTION *Subscriber Plaintiffs' Response to Providers' Motion Regarding Dr. Ariel Pakes* filed by Plaintiffs' Counsel. (Hausfeld, Michael) (Entered: 01/19/2021) |
| 01/19/2021 | 2668 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition re 2631 SEALED MOTION *Defendants Opposition To Providers Motion To Exclude Defendants Expert Lawrence Wu, Ph.D.* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 01/19/2021) |
| 01/20/2021 | 2669 | ORDER UNSEALING CERTAIN DOCUMENTS. Signed by Judge R David Proctor on 1/19/2021. (KAM) (Entered: 01/20/2021) |
| 01/22/2021 | 2670 | STATUS REPORT *Report Regarding Proposed Agenda for Telephonic Status Conference on January 27, 2021 at 10:30 a.m. (Central)* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 01/22/2021) |
| 01/22/2021 | 2671 | MOTION to Appoint Counsel *Unopposed Motion of Subscribers' Co–Lead Counsel to Obtain Court Approval for the Appointment of Charles J. Cooper to the Plaintiffs' Steering Committee for the Subscriber Track* by Special Master. (Gentle, Edgar) (Entered: 01/22/2021) |
| 01/25/2021 | 2672 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 1/25/2021. (KAM) (Entered: 01/25/2021) |
| 01/25/2021 | 2673 | ORDER this matter is before the court on 2671 MOTION to Appoint Counsel *Unopposed Motion of Subscribers' Co–Lead Counsel to Obtain Court Approval for the Appointment of Charles J. Cooper to the Plaintiffs' Steering Committee for the Subscriber Track* filed by Special Master; the Motion is **GRANTED**; The Court therefore **APPROVES** and **APPOINTS** Charles J. Cooper to serve on the Plaintiffs Steering Committee for the Subscriber Track. Signed by Judge R David Proctor on 1/225/2021. (KAM) (Entered: 01/25/2021) |
| 01/27/2021 | 2674 | NOTICE of Appearance by Kimberly Francis on behalf of Plaintiffs' Counsel (Francis, Kimberly) (Entered: 01/27/2021) |
| 01/27/2021 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 1/27/2021. The court will enter a separate order setting the next status conference. (Court Reporter Risa Entrekin.) (KLL) (Entered: 01/27/2021) |
| 01/28/2021 | 2675 | NOTICE by Defendants' Counsel re 2666 Response in Opposition to Motion, (Kimble, Cavender) (Entered: 01/28/2021) |
| 01/28/2021 | 2676 | ***Document Sealed – EVIDENTIARY SUBMISSION IN SUPPORT of Defendant's Opposition to Provider Plaintiff's Motion to Exclude of Strike the Expert Testimony, Opinions, and Analysis of Janusz Ordover, PH.D. (KEK) (Entered: 01/28/2021) |
| 01/28/2021 | 2677 | Evidentiary Material re: 2668 Response in Opposition to Motion *Evidentiary Submission In Support Of Defendants Opposition To Providers Motion To Exclude Defendants Expert Lawrence Wu, Ph.D..* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Hoover, Craig) (Entered: 01/28/2021) |
| 01/28/2021 | 2678 | Evidentiary Material re: 2666 Response in Opposition to Motion, *Evidentiary Submission In Support Of Defendants Opposition To Provider Plaintiffs Motion To Exclude Or Strike The Expert Testimony, Opinions, And Analysis Of Janusz Ordover, Ph.D..* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Hoover, Craig) (Entered: 01/28/2021) |
| 01/29/2021 | 2679 | Evidentiary Material re: 2664 Document Sealed, 2663 Response (other) *Evidentiary Submission in Support of Defendants' Response to Providers' Motion to Exclude the* |

| | | |
|---|---|---|
| | | *Expert Testimony of Professor Kevin Murphy.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Zott, David) (Entered: 01/29/2021) |
| 01/29/2021 | 2680 | ***Document Sealed*** Evidentiary submission in support of Defendants' Response to Providers' Motion to Exclude the Expert Testimony of Professor Kevin Murphy (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit F) (KAM) (Entered: 01/29/2021) |
| 02/01/2021 | 2681 | NOTICE by Plaintiffs' Counsel *of Filing Provider Plaintiffs' Executive Summary of Merits and Damages Rebuttal Report of H.E. Frech, III, Ph.D.* (Whatley, Joe) (Entered: 02/01/2021) |
| 02/01/2021 | 2682 | NOTICE by Plaintiffs' Counsel *of Filing Provider Plaintiffs' Executive Summary of the Expert Rebuttal Report of Deborah Haas–Wilson, Ph.D.* (Whatley, Joe) (Entered: 02/01/2021) |
| 02/01/2021 | 2683 | NOTICE by Plaintiffs' Counsel *of Filing Provider Plaintiffs' Executive Summary of Merits and Damages Rebuttal Report of Daniel J. Slottje, Ph.D.* (Whatley, Joe) (Entered: 02/01/2021) |
| 02/01/2021 | 2684 | NOTICE by Plaintiffs' Counsel *of Filing Provider Plaintiffs' Executive Summary of Expert Report of Thomas D. Gober, CFE* (Whatley, Joe) (Entered: 02/01/2021) |
| 02/01/2021 | 2685 | NOTICE by Plaintiffs' Counsel *of Filing Provider Plaintiffs' Executive Summary of Expert Report of Catherine Tucker, Ph.D.* (Whatley, Joe) (Entered: 02/01/2021) |
| 02/01/2021 | 2686 | NOTICE by Plaintiffs' Counsel *of Filing Provider Plaintiffs' Executive Summary of Merits and Damages Rebuttal Report of Roy Goldman Ph.D. FSA MAAA CERA* (Whatley, Joe) (Entered: 02/01/2021) |
| 02/02/2021 | 2687 | NOTICE of Appearance by Cason M Kirby on behalf of Blue Cross Blue Shield Michigan (Kirby, Cason) (Entered: 02/02/2021) |
| 02/02/2021 | 2688 | NOTICE of Appearance by Cason M Kirby on behalf of Blue Cross Blue Shield Michigan (Kirby, Cason) (Entered: 02/02/2021) |
| 02/02/2021 | 2689 | Transcript of Proceedings (Telephone Conference) held on 1/27/2021, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/23/2021. Redacted Transcript Deadline set for 3/5/2021. Release of Transcript Restriction set for 5/3/2021. (KAM) (Entered: 02/02/2021) |
| 02/02/2021 | 2690 | REPLY to re 2478 *Defendants' Reply in Support of Corrected Motion to Exclude Providers' Expert H.E. Frech, III* filed by Defendants' Counsel. (Donnell, Sarah) (Entered: 02/02/2021) |
| 02/02/2021 | 2691 | |

| | | |
|---|---|---|
| | | REPLY Brief filed by Defendant Defendants' Counsel re: 2463 Notice (Other) *Reply In Support Of Defendants Motion To Exclude Or Strike The Expert Testimony, Opinions, And Analysis Of Dr. Deborah Haas–Wilson* filed by Defendants' Counsel. (Hoover, Craig) (Entered: 02/02/2021) |
| 02/02/2021 | 2692 | RESPONSE in Support re 2477 SEALED MOTION *of Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje* filed by Blue Cross Blue Shield Michigan. (Kirby, Cason) (Entered: 02/02/2021) |
| 02/02/2021 | 2693 | ***Document Sealed*** Defendants' Reply in support of their Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje (KAM) (Entered: 02/03/2021) |
| 02/03/2021 | 2694 | RESPONSE in Support re 2477 SEALED MOTION *Defendants' *Corrected* Reply in Support of their Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje* filed by Blue Cross Blue Shield Michigan. (Kirby, Cason) (Entered: 02/03/2021) |
| 02/03/2021 | 2695 | ***Document Sealed** Defendants' CORRECTED Reply in Support of their Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje (KAM) (Entered: 02/04/2021) |
| 02/04/2021 | 2696 | Evidentiary Material re: 2690 REPLY (other) *Evidentiary Submission in Support of Defendants' Reply in Support of Corrected Motion to Exclude Providers' Expert H.E. Frech, III*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Donnell, Sarah) (Entered: 02/04/2021) |
| 02/04/2021 | 2697 | Evidentiary Material re: 2691 Reply Brief, *Evidentiary Submission In Support Of Reply In Support Of Defendants Motion To Exclude Or Strike The Expert Testimony, Opinions, And Analysis Of Dr. Deborah Haas–Wilson*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hoover, Craig) (Entered: 02/04/2021) |
| 02/09/2021 | 2698 | Evidentiary Material re: 2694 Response in Support of Motion *to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje*. (Attachments: # 1 Exhibit Exhibit 1 – Slottje Excerpts, # 2 Exhibit Exhibit 2 – Slottje Excerpts, # 3 Exhibit Exhibit 3 – Kellogg Excerpts, # 4 Exhibit Exhibit 4 – Haas–Wilson Excerpts, # 5 Exhibit Exhibit 5 – Haas–Wilson Excerpts, # 6 Exhibit Exhibit 6 – Filed Under Seal, # 7 Exhibit Exhibit 7 – Filed Under Seal, # 8 Exhibit Exhibit 8 – Findlay Excerpts, # 9 Exhibit Exhibit 9 – Filed Under Seal, # 10 Exhibit Exhibit 10 – BCBSA00115424 Excerpt)(Kirby, Cason) (Entered: 02/09/2021) |
| 02/09/2021 | 2699 | ***Document Sealed*** Evidentiary Submission in Support of Defendants' Correctede Reply in Support of Their Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel J. Slottje (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10) (KAM) (Entered: 02/10/2021) |
| 02/12/2021 | 2700 | Evidentiary Material re: 2634 Document Sealed *Evidentiary Submission in Support of Provider Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Provider Plaintiffs' Expert H. E. Frech, III Ph.D.*. (Attachments: # 1 Exhibit 1)(Whatley, Joe) (Entered: 02/12/2021) |
| 02/12/2021 | 2701 | Evidentiary Material re: 2636 Document Sealed, *Evidentiary Submission in Support of Provider Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Provider Plaintiffs' Expert Deborah Haas–Wilson, Ph.D.*. (Attachments: # 1 Exhibit 1)(Whatley, Joe) (Entered: 02/12/2021) |

| 02/12/2021 | 2702 | Evidentiary Material re: 2655 MOTION To Exclude Defendants' Expert Kevin M. Murphy *and Memorandum In Support Thereof (Public Version)*, 2639 SEALED MOTION *Evidentiary Submission in Support of Provider Plaintiffs' Motion to Exclude Defendants' Expert Kevin M. Murphy*. (Attachments: # 1 Exhibit 1)(Whatley, Joe) (Entered: 02/12/2021) |
|---|---|---|
| 02/12/2021 | 2703 | Evidentiary Material re: 2632 Document Sealed *Evidentiary Submission in Support of Provider Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Provider Plaintiffs' Expert Dr. Daniel Slottje*. (Attachments: # 1 Exhibit 1)(Whatley, Joe) (Entered: 02/12/2021) |
| 02/16/2021 | 2704 | NOTICE by Defendants' Counsel *Proof of Service of Notice of Settlement Under Class Action Fairness Act* (Attachments: # 1 Exhibit 1 – Affidavit of Daniel Laytin, # 2 Exhibit 2 – CAFA Notice Letter)(Laytin, Daniel) (Entered: 02/16/2021) |
| 02/22/2021 | 2705 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from November 1, 2020 through January 31, 2021 in this matter as it relates to services rendered for both sides of the case, and totaling $6,500.00. Signed by Judge R David Proctor on 2/22/2021. (KAM) (Entered: 02/22/2021) |
| 02/22/2021 | 2706 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from January 1, 2021 through January 31, 2021 in this matter relating solely to services provided to the Plaintiffs, and totaling $56,500.00. Signed by Judge R David Proctor on 2/22/2021. (KAM) (Entered: 02/22/2021) |
| 02/22/2021 | 2707 | REPLY to re 2633 *Provider Plaintiffs' Reply In Support of Their Motion to Exclude Dr. Pakes in the Provider Track Because, As Defendants Themselves Have Admitted, Dr. Pakes's Testimony is Inadmissible and Notice of Joinder, Adoption and Incorporation of Defendants' Motion to Exclude or Strike the Expert Testimony, Opinions and Analysis of Dr. Ariel Pakes* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/22/2021) |
| 02/22/2021 | 2708 | REPLY to re 2631 *Provider Plaintiffs' Reply In Support of Their Motion to Exclude Defendants' Expert Lawrence Wu, Ph.D.* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/22/2021) |
| 02/22/2021 | 2709 | REPLY to re 2635 *Provider Plaintiffs' Reply Memorandum of Law in Support of Motion to Exclude or Strike the Expert Testimony, Opinions, and Analysis of Janusz Ordover, Ph.D. (Public Version)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/22/2021) |
| 02/22/2021 | 2710 | REPLY to re 2639 *Provider Plaintiffs' Reply In Support of Their Motion to Exclude Defendants' Expert Kevin M. Murphy and Memorandum In Support Thereof (Public Version)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 02/22/2021) |
| 02/23/2021 | 2711 | Evidentiary Material re: 2708 REPLY (other) *In Support of Provider Plaintiffs' Reply In Support of Their Motion to Exclude Defendants' Expert Lawrence Wu, Ph.D.*. (Attachments: # 1 Exhibit 10, # 2 Exhibit 11, # 3 Exhibit 12)(Whatley, Joe) (Entered: 02/23/2021) |
| 02/23/2021 | 2712 | ***Document Sealed** PROVIDER PLAINTIFFS REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE DEFENDANTS EXPERT KEVIN M. MURPHY AND MEMORANDUM IN SUPPORT (Attachments: # 1 Exhibit 21, # 2 Exhibit |

| | | |
|---|---|---|
| | | 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25, # 6 Exhibit 26, # 7 Exhibit 27, # 8 Exhibit 28, # 9 Exhibit 29, # 10 Exhibit 30, # 11 Exhibit 31, # 12 Exhibit 32, # 13 Exhibit 33, # 14 Exhibit 34, # 15 Exhibit 35, # 16 Exhibit 36, # 17 Exhibit 37, # 18 Exhibit 38) (KAM) (Entered: 02/23/2021) |
| 02/23/2021 | 2713 | ***Document Sealed*** PROVIDER PLAINTIFFS REPLY MEMORANDUM OF LAW IN SUPPORT OFMOTION TO EXCLUDE OR STRIKE THE EXPERT TESTIMONY, OPINIONS, ANDANALYSIS OF JANUSZ ORDOVER, PH.D. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5) (KAM) (Entered: 02/23/2021) |
| 03/05/2021 | 2714 | ORDER – In recent consultation with Providers and the Blues, it appears that both sides seek to further re–visit the appropriate standard of review applicable to Providers' claims. Therefore, it is ORDERED as follows: 1. On or before March 15, 2021, counsel for Providers and the Blues SHALL (a) meet and confer regarding an efficient manner to revisit the standard of review issue as to Providers' claims, and (b) file a joint report containing a proposed aggressive briefing schedule. 2. Because the court believes that any further ruling on the standard of review applicable to Providers' claims will impact a decision on the appropriateness of class certification on those claims, on the court's own motion, the Clerk of the Court is DIRECTED to TERMINATE the pending Motion for Class Certification and Motions to Exclude Defendants' class certification experts. (Docs. # 2604 , 2631 , 2633 , 2635 , and 2639 ). After disposition of the standard of review issue, the court will confer with counsel for Providers and the Blues to determine whether the Motions may be reinstated, or whether revised briefing will be required. Signed by Judge R David Proctor on 3/5/2021. (KEK) (Entered: 03/05/2021) |
| 03/12/2021 | 2715 | MOTION to Amend/Correct 2641 Order,,, Set Hearings,, *Unopposed Motion to Amend Plan of Distribution for Clarity and to Amend Preliminary Approval Order Regarding Filing of Objections* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A – [Proposed] Plan of Distribution, # 2 Text of Proposed Order)(Hausfeld, Michael) (Entered: 03/12/2021) |
| 03/15/2021 | 2716 | ORDER AMENDING PLAN OF DISTRIBUTION AND PRELIMINARY APPROVAL ORDER REGARDING FILING OF OBJECTIONS – This matter is before the court on Settlement Class Counsel's Unopposed Motion to Amend Plan of Distribution for Clarity and to Amend Preliminary Approval Order Regarding Filing of Objections. (Doc. # 2715 ). The Motion (Doc. # 2715 ) is GRANTED. Signed by Judge R David Proctor on 3/15/2021. (KEK) (Entered: 03/15/2021) |
| 03/15/2021 | 2717 | STATUS REPORT *Joint Report Regarding Proposed Schedule by Defendants and Provider Plaintiffs* (Attachments: # 1 Exhibit 1)(DeMasi, Karin) Modified on 3/16/2021 (KAM, ). (Entered: 03/15/2021) |
| 03/16/2021 | 2718 | EIGHTH AMENDED SCHEDULING ORDER (EXCLUSIVE TO PROVIDER TRACK) All motions related to the antitrust standard of review applicable to Providers claims in this case (the Standard of Review) are due **on or before May 21, 2021**; Any opposition to motions related to the Standard of Review is due **on or before June 21, 2021**; Any reply in support of motions related to the Standard of Review is due **on or before July 12, 2021**; All potentially dispositive motions on issues of liability which are not critically dependent on the outcome of class certification, materials in support, and supporting expert reports under Fed. R. Civ. P. 26(a)(2) are due **on or before June 18, 2021**; The parties will meet and confer as to an appropriate briefing schedule after the filing of such a Motion or Motions, and present a schedule or competing proposals to the court by **no later than June 25,** |

| | | |
|---|---|---|
| | | **2021**. Signed by Judge R David Proctor on 3/16/2021. (KAM) (Entered: 03/16/2021) |
| 03/22/2021 | 2719 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from February 1, 2021 through February 28, 2021 in this matter relating solely to services provided to the Plaintiffs, and totaling $67,500.00. Signed by Judge R David Proctor on 3/22/2021. (KAM) (Entered: 03/22/2021) |
| 04/23/2021 | 2720 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 4/23/2021. (KEK) (Entered: 04/23/2021) |
| 05/06/2021 | 2721 | ORDER – This case is SET for a status conference at 9:30 a.m. on Tuesday, June 29, 2021, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The Special Master will provide Zoom access information for those unable to attend in person. On or before Friday, June 25, 2021, the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 5/6/2021. (KEK) (Entered: 05/06/2021) |
| 05/10/2021 | 2722 | Evidentiary Material re: 2642 Document Sealed *in Support of Provider Plaintiffs' Reply In Support of Their Renewed Motion for Class Certification*. (Attachments: # 1 Exhibit 56, # 2 Exhibit 57, # 3 Exhibit 58, # 4 Exhibit 59, # 5 Exhibit 60, # 6 Exhibit 61, # 7 Exhibit 62, # 8 Exhibit 63, # 9 Exhibit 64, # 10 Exhibit 65, # 11 Exhibit 66, # 12 Exhibit 67)(Whatley, Joe) (Entered: 05/10/2021) |
| 05/10/2021 | 2723 | REPLY to re 2635 *Provider Plaintiffs' Reply Memorandum of Law in Support of Motion to Exclude or Strike the Expert Testimony, Opinions, and Analysis of Janusz Ordover, Ph.D. (Corrected Public Version)* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 05/10/2021) |
| 05/10/2021 | 2724 | ***Document Sealed*** PROVIDER PLAINTIFF'S Evidentiary Submission in support of Reply in support of their Renewed Motion for Class Certification (Attachments: # 1 Exhibit 56, # 2 Exhibit 57, # 3 Exhibit 61, # 4 Exhibit 66, # 5 Exhibit 67) (KAM) (Entered: 05/10/2021) |
| 05/11/2021 | 2725 | ORDER UNSEALING CERTAIN DOCUMENTS as set out in this order. Signed by Judge R David Proctor on 5/11/2021. (KAM) (Entered: 05/11/2021) |
| 05/18/2021 | 2726 | ORDER APPROVING PLAINTIFFS= LIAISON COUNSEL=S FEE APPLICATION. Signed by Judge R David Proctor on 5/18/2021. (KAM) (Entered: 05/18/2021) |
| 05/21/2021 | 2727 | MOTION for Summary Judgment *("Defendants' Motion Regarding The Antitrust Standard Of Review Applicable To Provider Plaintiffs' Section 1 Claims Pursuant To Federal Rule Of Civil Procedure 56")* by Defendants' Counsel. (Chesler, Evan) (Entered: 05/21/2021) |
| 05/21/2021 | 2728 | Brief re 2727 MOTION for Summary Judgment *("Defendants' Motion Regarding The Antitrust Standard Of Review Applicable To Provider Plaintiffs' Section 1 Claims Pursuant To Federal Rule Of Civil Procedure 56")* filed by Defendants' Counsel. (Chesler, Evan) (Entered: 05/21/2021) |
| 05/21/2021 | 2729 | SEALED MOTION – PROVIDER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE STANDARD OF REVIEW FOR THEIR GROUP BOYCOTT CLAIMS. (KEK) (Entered: 05/24/2021) |

| 05/21/2021 | 2730 | SEALED MOTION – PROVIDER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE STANDARD OF REVIEW IN LIGHT OF AMEX. (KEK) (Entered: 05/24/2021) |
|---|---|---|
| 05/24/2021 | 2731 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 5/24/2021. (KEK) (Entered: 05/24/2021) |
| 05/24/2021 | 2732 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 5/24/2021. (KEK) (Entered: 05/24/2021) |
| 05/28/2021 | 2733 | MOTION for Attorney Fees *Subscriber Counsel's Motion for Approval of their Attorneys' Fees and Expenses Application* by Plaintiffs' Counsel. (Attachments: # 1 Memorandum of Law in Support of Motion for Approval of Attorneys' Fees and Expenses Application, # 2 Exhibit A – Declaration of Co–Lead Counsel, # 3 Exhibit B – Declaration of Professor Charles Silver, # 4 Exhibit C – Declaration of Professor Brian Fitzpatrick, # 5 Exhibit D – Declaration of Special Master Edgar C. Gentle)(Hausfeld, Michael) (Entered: 05/28/2021) |
| 06/01/2021 | 2734 | ***Document Sealed*** Defendants' EVIDENTIARY SUBMISSION in support of Defendants' Motion regarding The Antitrust Standard of Review Applicable to Provider Plaintiffs' Section 1 Claims pursuant to FRCP 56 (Attachments: # 1 Exhibit 294, # 2 Exhibit 295, # 3 Exhibit 296, # 4 Exhibit 297, # 5 Exhibit 299, # 6 Exhibit 300) (KAM) (Entered: 06/01/2021) |
| 06/01/2021 | 2735 | Evidentiary Material re: 2727 MOTION for Summary Judgment *("Defendants' Motion Regarding The Antitrust Standard Of Review Applicable To Provider Plaintiffs' Section 1 Claims Pursuant To Federal Rule Of Civil Procedure 56")* . (Attachments: # 1 Exhibit 283, # 2 Exhibit 284, # 3 Exhibit 285, # 4 Exhibit 286, # 5 Exhibit 287, # 6 Exhibit 288, # 7 Exhibit 289, # 8 Exhibit 290, # 9 Exhibit 291, # 10 Exhibit 292, # 11 Exhibit 293, # 12 Exhibit 298, # 13 Exhibit 301, # 14 Exhibit 302, # 15 Exhibit 303, # 16 Exhibit 304, # 17 Exhibit 305, # 18 Exhibit 306, # 19 Exhibit 307, # 20 Exhibit 308, # 21 Exhibit 309, # 22 Exhibit 310, # 23 Exhibit 311, # 24 Exhibit 312, # 25 Exhibit 313, # 26 Exhibit 314, # 27 Exhibit 315, # 28 Exhibit 316, # 29 Exhibit 317, # 30 Exhibit 318, # 31 Exhibit 319, # 32 Exhibit 320, # 33 Exhibit 321)(Chesler, Evan) (Entered: 06/01/2021) |
| 06/01/2021 | 2736 | NOTICE by Defendants' Counsel re 2735 Evidentiary Material,,, (Chesler, Evan) (Entered: 06/01/2021) |
| 06/02/2021 | 2737 | ORDER This matter is before the court on a Motion by a Class Member for the Court to Modify the Settlement or Dismiss this Case; The court has instructed the Clerk of the Court to file the document, and return a copy, but the court will construe the document as an Objection to the Settlement, rather than a Motion. Signed by Judge R David Proctor on 6/2/2021. (KAM) (Entered: 06/02/2021) |
| 06/02/2021 | 2738 | OBJECTION by a Class Member for the Court to Modify the Settlement or Dismiss this Case. (KAM) (Entered: 06/02/2021) |
| 06/09/2021 | 2739 | NOTICE by Plaintiffs' Counsel re 2733 MOTION for Attorney Fees *Subscriber Counsel's Motion for Approval of their Attorneys' Fees and Expenses Application Subscriber Counsel's Notice of Supplemental Authority* (Attachments: # 1 Exhibit A – In re Equifax Inc. Customer Data Security Breach Litigation)(Hausfeld, Michael) (Entered: 06/09/2021) |
| 06/14/2021 | 2740 | |

| | | Evidentiary Material re: 2729 SEALED MOTION *Provider Plaintiffs' Motion for Partial Summary Judgment Regarding the standard of Review of Their Group Boycott Claims.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Whatley, Joe) (Entered: 06/14/2021) |
|---|---|---|
| 06/14/2021 | 2741 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Motion for Partial Summary Judgment Regarding the Standard of Review of Their Group Boycott Claims (Public Version)* (Whatley, Joe) (Entered: 06/14/2021) |
| 06/14/2021 | 2742 | Evidentiary Material re: 2730 SEALED MOTION *Provider Plaintiffs' Motion for Partial Summary Judgment Regarding the Standard of Review in Light of Amex.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28)(Whatley, Joe) (Entered: 06/14/2021) |
| 06/14/2021 | 2743 | NOTICE by Plaintiffs' Counsel re 2730 SEALED MOTION *Provider Plaintiffs' Motion for Partial Summary Judgment Regarding the Standard of Review in Light of Amex (Public Version)* (Whatley, Joe) (Entered: 06/14/2021) |
| 06/14/2021 | 2744 | ***Document Sealed**PROVIDER PLAINTIFFS' Notice of filing Evidentiary Submission in support of Motion for Partial Summary Judgment regarding the Standard of Review of their Group Boycott Claims (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 6) (KAM) (Entered: 06/14/2021) |
| 06/14/2021 | 2745 | ***Document Sealed*** PROVIDER PLAINTIFFS' Notice of filing sealed Evidentiary Submissions in support of Motion for Partial Summary Judgement regarding the Standard of Review in Light of AMEX (Attachments: # 1 Exhibit 13, # 2 Exhibit 19, # 3 Exhibit 21) (KAM) (Entered: 06/14/2021) |
| 06/17/2021 | 2746 | **TEXT ORDER** – In anticipation of the new federal Juneteenth holiday, all deadlines set on June 18, 2021, are **EXTENDED** to **Monday, June 21, 2021**. Although the new holiday gives all great cause for celebration, the court apologizes to any young attorneys who are now expected to work this weekend. Signed by Judge R David Proctor on 6/17/2021. (KAM) (Entered: 06/17/2021) |
| 06/21/2021 | 2747 | ***Document Sealed*** PROVIDER PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANTS MOTION REGARDING THE STANDARD OF REVIEW APPLICABLE TO PROVIDER PLAINTIFFS SECTION 1 CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 (KAM) (Entered: 06/21/2021) |
| 06/21/2021 | 2748 | SEALED MOTION PROVIDER PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE DEFENDANTS SINGLE ENTITY DEFENSE. (KAM) (Entered: 06/21/2021) |
| 06/21/2021 | 2749 | ***Document Sealed** PROVIDER PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS CLAIM TO COMMON–LAW TRADEMARK RIGHTS (KAM) (Entered: 06/21/2021) |
| 06/21/2021 | 2750 | MOTION for Summary Judgment *("Defendants' Motion for Summary Judgment on (I) All Claims Advanced by Non–General Acute Care Hospital Providers and (II)* |

| | | |
|---|---|---|
| | | *Any Claims Based on Blue System Rules Other than ESAs or BlueCard for Failure to Demonstrate Injury or Damages")* by Defendants' Counsel. (Chesler, Evan) (Entered: 06/21/2021) |
| 06/21/2021 | 2751 | Brief re 2750 MOTION for Summary Judgment *("Defendants' Motion for Summary Judgment on (I) All Claims Advanced by Non–General Acute Care Hospital Providers and (II) Any Claims Based on Blue System Rules Other than ESAs or BlueCard for Failure to Demons (Defendants' Opening Brief In Support of Motion) filed by Defendants' Counsel. (Chesler, Evan) (Entered: 06/21/2021)* |
| 06/21/2021 | 2752 | RESPONSE in Opposition re 2730 SEALED MOTION *("Defendants' Response to Provider Plaintiffs' Motion for Partial Summary Judgment Regarding the Standard of Review In Light of Amex")* filed by Defendants' Counsel. (Chesler, Evan) (Entered: 06/21/2021) |
| 06/21/2021 | 2753 | MOTION for Partial Summary Judgment *by Certain Defendants* by Defendants' Counsel. (Sooy, Kathleen) (Entered: 06/21/2021) |
| 06/21/2021 | 2754 | Brief re 2753 MOTION for Partial Summary Judgment *by Certain Defendants* filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: 06/21/2021) |
| 06/21/2021 | 2755 | NOTICE by Defendants' Counsel re 2729 SEALED MOTION *("Notice of Filing Under Seal")* (Chesler, Evan) (Entered: 06/21/2021) |
| 06/21/2021 | 2756 | Brief re 2729 SEALED MOTION *("Defendants' Brief in Opposition to Provider Plaintiffs' Motion for Partial Summary Judgment Regarding the Standard of Review Applicable to Providers' Group Boycott Claims"––Redacted)* filed by Defendants' Counsel. (Chesler, Evan) (Entered: 06/21/2021) |
| 06/21/2021 | 2757 | NOTICE by Defendants' Counsel *("Defendants' Notice of Other Potential Motions Critically Dependent on the Outcome of Class Certification or Other Pending Motions")* (Chesler, Evan) (Entered: 06/21/2021) |
| 06/21/2021 | 2758 | MOTION for Summary Judgment *On Providers' Damages Claims As Time–Barred And Speculative* by Defendants' Counsel. (Stenerson, Todd) (Entered: 06/21/2021) |
| 06/21/2021 | 2759 | NOTICE by Defendants' Counsel *re Sealed Motion* (Stenerson, Todd) (Entered: 06/21/2021) |
| 06/21/2021 | 2760 | ***Document Sealed*** DEFENDANTS' BRIEF IN OPPOSITION TO PROVIDER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE STANDARD OFREVIEW APPLICABLE TO PROVIDERS GROUP BOYCOTT CLAIMS (KAM) (Entered: 06/22/2021) |
| 06/21/2021 | 2761 | ***Document Sealed*** DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PROVIDERS'DAMAGES CLAIMS AS TIME–BARRED AND SPECULATIVE (KAM) (Entered: 06/22/2021) |
| 06/21/2021 | 2762 | ***Document Sealed*** DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PROVIDERS' DAMAGES CLAIMS AS TIME–BARRED AND SPECULATIVE (KAM) (Entered: 06/22/2021) |
| 06/22/2021 | 2763 | MOTION to Withdraw as Attorney by California Physicians Service d/b/a Blue Shield of California. (Witt, Helen) (Entered: 06/22/2021) |
| 06/22/2021 | 2764 | |

| | | |
|---|---|---|
| | | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from May 1, 2021 through May 31, 2021 in this matter relating solely to services provided to the Plaintiffs, and totaling $55,500.00. Signed by Judge R David Proctor on 6/22/2021. (KAM) (Entered: 06/22/2021) |
| 06/22/2021 | 2765 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed by certain attorneys in the Kirkland & Ellis LLP firm seeking to withdraw from representing Defendant California Physicians Service d/b/a Blue Shield of California (BSCA).The Motion is **GRANTED**. The Clerk of the Court is directed to terminate the attorneys referenced in the Motion from their representation of BSCA. Signed by Judge R David Proctor on 6/22/2021. (KAM) (Entered: 06/22/2021) |
| 06/24/2021 | 2766 | STATUS REPORT *Joint Report Regarding Briefing Schedule for Dispositive Motions Not Dependent on Class Certification* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Attachments: # 1 Exhibit 1 – Proposed Order)(Whatley, Joe) (Entered: 06/24/2021) |
| 06/25/2021 | 2767 | ORDER re 2766 – In that Report, the parties requested that Section B of the Eighth Amended Scheduling Order (Doc. # 2718 ) be modified. The request is GRANTED. Section B of the Eighth Amended Scheduling Order is MODIFIED as follows: All potentially dispositive motions on issues of liability which are not critically dependent on the outcome of class certification, materials in support, and supporting expert reports under Fed. R. Civ. P. 26(a)(2) were due on or before June 21, 2021. Responses to those Motions SHALL be filed on or before August 20, 2021. Any replies SHALL be filed on or before September 20, 2021. Signed by Judge R David Proctor on 6/25/2021. (KEK) (Entered: 06/25/2021) |
| 06/25/2021 | 2768 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on June 29, 2021 at 9:30 a.m. (Central)* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 06/25/2021) |
| 06/29/2021 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 6/29/2021. A separate order will be entered setting the next status conference in September. (Court Reporter Risa Entrekin.) (KLL) (Entered: 06/29/2021) |
| 06/30/2021 | 2769 | Transcript of Proceedings held on June 29, 2021, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/21/2021. Redacted Transcript Deadline set for 7/31/2021. Release of Transcript Restriction set for 9/28/2021. (KAM) (Entered: 06/30/2021) |
| 07/12/2021 | 2770 | PROVIDER PLAINTIFF'S Reply in support of their Motion for Partial Summary Judgment regarding The Standard of Review for their Group Boycott Claims (KAM) Modified on 8/2/2021 (KAM, ). (Entered: 07/12/2021) |
| 07/12/2021 | 2771 | |

| | | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2730 SEALED MOTION *Provider Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment Regarding the Standard of Review in Light of Amex* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 07/12/2021) |
|---|---|---|
| 07/12/2021 | 2772 | REPLY Brief filed by Defendant Defendants' Counsel re: 2727 MOTION for Summary Judgment *("Defendants' Motion Regarding The Antitrust Standard Of Review Applicable To Provider Plaintiffs' Section 1 Claims Pursuant To Federal Rule Of Civil Procedure 56")* filed by Defendants' Counsel. (Chesler, Evan) (Entered: 07/12/2021) |
| 07/20/2021 | 2773 | Evidentiary Material re: 2750 MOTION for Summary Judgment *("Defendants' Motion for Summary Judgment on (I) All Claims Advanced by Non−General Acute Care Hospital Providers and (II) Any Claims Based on Blue System Rules Other than ESAs or BlueCard for Failure to Demons* . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Chesler, Evan) (Entered: 07/20/2021) |
| 07/22/2021 | 2774 | MOTION to Withdraw as Attorney by Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc., Defendants' Counsel, Highmark BCBSD Inc., Highmark Inc., Highmark West Virginia Inc., Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania. (Zolner, Erica) (Entered: 07/22/2021) |
| 07/22/2021 | 2775 | Evidentiary Material re: 2760 Document Sealed, 2752 Response in Opposition to Motion, . (Attachments: # 1 Exhibit 322, # 2 Exhibit 323, # 3 Exhibit 324, # 4 Exhibit 325, # 5 Exhibit 326, # 6 Exhibit 327, # 7 Exhibit 328, # 8 Exhibit 330, # 9 Exhibit 332, # 10 Exhibit 333, # 11 Exhibit 334, # 12 Exhibit 335, # 13 Exhibit 336, # 14 Exhibit 337, # 15 Exhibit 338, # 16 Exhibit 339, # 17 Exhibit 341, # 18 Exhibit 342, # 19 Exhibit 343, # 20 Exhibit 344, # 21 Exhibit 345, # 22 Exhibit 346, # 23 Exhibit 347, # 24 Exhibit 348, # 25 Exhibit 349, # 26 Exhibit 350, # 27 Exhibit 351)(Chesler, Evan) (Entered: 07/22/2021) |
| 07/22/2021 | 2776 | Brief re 2729 SEALED MOTION *("Defendants' Brief In Opposition To Provider Plaintiffs' Motion For Partial Summary Judgment Regarding The Standard Of Review Applicable To Providers' Group Boycott Claims"−−Redacted Version).* (Chesler, Evan) (Entered: 07/22/2021) |
| 07/22/2021 | 2777 | ***Document Sealed** DEFENDANTS" EVIDENTIARY SUBMISSION in Support of (I) Opposition to Provider Plaintiffs' Motion for Partial Summary Judgment regarding the Standard of Review Applicable to Providers' Group Boycott Claims and (II) RESPONSE to Provider Plaintiffs' Motion for Partial Summary Judgment regarding the Standard of Review in light of AMEX (Attachments: # 1 Exhibit 326, # 2 Exhibit 329, # 3 Exhibit 330, # 4 Exhibit 331 Part 1, # 5 Exhibit 331 Part 2, # 6 Exhibit 331 Part 3, # 7 Exhibit 339, # 8 Exhibit 340) (KAM) (Entered: 07/22/2021) |
| 07/22/2021 | 2778 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed by attorney Erica B. Zolner. The Motion is **GRANTED**. The clerk of the court is directed to terminate attorney Zolner. Signed by Judge R David Proctor on 7/22/2021. (KAM) (Entered: 07/22/2021) |
| 07/22/2021 | 2779 | ORDER APPROVING SPECIAL MATER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2021 through June 30, 2021 in this matter as it relates to services rendered for both sides of this case, and totaling $8,000.00. Signed by Judge R David Proctor on 7/22/2021. (KAM) (Entered: |

| | | |
|---|---|---|
| | | 07/22/2021) |
| 07/22/2021 | 2780 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from June 1, 2021 through June 30, 2021 in this mater relating solely to the services provied to the Plaintiffs, and totaling $72,000.00. Signed by Judge R David Proctor on 7/22/2021. (KAM) (Entered: 07/22/2021) |
| 07/23/2021 | 2781 | RESPONSE in Support re 2758 MOTION for Summary Judgment *On Providers' Damages Claims As Time–Barred And Speculative* filed by Blue Cross Blue Shield Michigan. (Kirby, Cason) (Entered: 07/23/2021) |
| 07/23/2021 | 2782 | Evidentiary Material re: 2758 MOTION for Summary Judgment *On Providers' Damages Claims As Time–Barred And Speculative* . (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18)(Kirby, Cason) (Entered: 07/23/2021) |
| 07/23/2021 | 2783 | ***Document Sealed*** DEFENDANTS' EVIDENTIARY SUBMISSION in support of Motion for Summary Judgment on Providers' Damages Claim as time–barred and speculative (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15, # 9 Exhibit 16, # 10 Exhibit 17) (KAM) (Entered: 07/23/2021) |
| 07/27/2021 | 2784 | MOTION for Partial Summary Judgment *on the Defendants' Single Entity Defense (Provider Plaintiffs) (Public Version of doc. 2748)* by Plaintiffs' Counsel. (Whatley, Joe) Modified on 8/2/2021 (KAM, ). (Entered: 07/27/2021) |
| 07/27/2021 | 2785 | Evidentiary Material re: 2748 SEALED MOTION *in Support of Provider Plaintiffs' Motion for Partial Summary Judgment on the Defendants' Single Entity Defense*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Whatley, Joe) (Entered: 07/27/2021) |
| 07/27/2021 | 2786 | Evidentiary Material re: 2747 Document Sealed *in Support of Provider Plaintiffs' Response in Opposition to Defendants' Motion Regarding the Standard of Review Applicable to Provider Plaintiffs' Section 1 Claims Pursuant to Federal Rule of Civil Procedure 56*. (Attachments: # 1 Exhibit 1)(Whatley, Joe) (Entered: 07/27/2021) |
| 07/27/2021 | 2787 | ***Document Sealed*** PROVIDER PLAINTIFFS' notice of filing sealed evidentiary submission in support of Motion for Partial Summary Judgment on the Defendants' Single Entity Defense (Attachments: # 1 Exhibit 1, # 2 Exhibit 3) (KAM) (Entered: 07/27/2021) |
| 07/27/2021 | 2788 | Evidentiary Material re: 2770 Document Sealed *in Support of Provider Plaintiffs' Reply In Support of Their Motion for Partial Summary Judgment Regarding the Standard of Review for Their Group Boycott Claims*. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14)(Whatley, Joe) (Entered: 07/27/2021) |
| 07/27/2021 | 2789 | ***Document Sealed*** PROVIDER PLAINTIFFS' Evidentiary Submissio in support of Rely in Support of their Motion for Partial Summary Judgement |

| | | |
|---|---|---|
| | | regarding the Standard of Review for their Group Boycott Claims (Attachments: # 1 Exhibit 9, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14) (KAM) (Entered: 07/27/2021) |
| 07/28/2021 | 2790 | MOTION for Leave to File *Documents for In Camera Review* by ServisFirst Bancshares Inc, Topographic. Inc., Employee Services Inc. (Richie, John) (Entered: 07/28/2021) |
| 07/30/2021 | 2791 | Amicus Curiae APPEARANCE entered by John W Davis on behalf of John W Davis. filed by on behalf of John W Davis (Davis, John) (Entered: 07/30/2021) |
| 08/03/2021 | 2792 | ORDER Status Conference set for 9/14/2021 09:30 AM in New York, New York at the offices of Cravath, Swaine & Moore LLP, 825 8th Avenue, New York, NY 10019. In−person attendees must be vaccinated; On or before Wednesday, September 8, 2021, (1) the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference; and (2) for security purposes, counsel attending in person SHALL notify the Special Master. Signed by Judge R David Proctor on 8/3/2021. (KAM) (Entered: 08/03/2021) |
| 08/05/2021 | 2793 | NOTICE by Defendants' Counsel *("Notice of Filing Joint Comprehensive Index Regarding Exhibits to the Motions for Summary Judgment Related to the Standard of Review −− Redacted")* (Attachments: # 1 Joint Index of Standard of Review Briefing Exhibits)(Chesler, Evan) (Entered: 08/05/2021) |
| 08/05/2021 | 2794 | ***Document Sealed*** Defendants' Joint Comprehensive Index Regarding Exhibits to the Motions for Summary Judgment Related to the Standard of Review (Attachments: # 1 Exhibit 1) (KAM) (Entered: 08/05/2021) |
| 08/19/2021 | 2795 | Evidentiary Material re: 2753 MOTION for Partial Summary Judgment *by Certain Defendants* . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 − Filed Under Seal, # 8 Exhibit 8, # 9 Exhibit 9 − Filed Under Seal, # 10 Exhibit 10 − Filed Under Seal, # 11 Exhibit 11 − Filed Under Seal)(Sooy, Kathleen) (Entered: 08/19/2021) |
| 08/20/2021 | 2796 | ***Document Sealed − Exhibits in Support of Certain Defendants' Motion for Partial Summary Judgment. (Attachments: # 1 Exhibit 7, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11) (KEK) (Entered: 08/20/2021) |
| 08/20/2021 | 2797 | ***Document Sealed − PROVIDER PLAINTIFFS' OPPOSITION to 2750 Motion. (KEK) (Entered: 08/20/2021) |
| 08/20/2021 | 2798 | PROVIDER PLAINTIFFS' OPPOSITION to 2758 Motion.(KEK) Modified on 8/30/2021 (KAM). (Entered: 08/20/2021) |
| 08/20/2021 | 2799 | RESPONSE in Opposition re 2753 MOTION for Partial Summary Judgment *by Certain Defendants* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Whatley, Joe) (Entered: 08/20/2021) |
| 08/20/2021 | 2800 | Opposition to re 2749 *("Defendants' Opposition to Provider Plaintiffs' Motion for Partial Summary Judgment on Defendants' Common−Law Trademark Rights")* filed by Defendants' Counsel. (Chesler, Evan) (Entered: 08/20/2021) |
| 08/20/2021 | 2801 | RESPONSE in Opposition re 2748 SEALED MOTION *("Defendants' Brief in Opposition to Provider Plaintiffs' Motion for Partial Summary Judgment on the Defendants' Single Entity Defense")* filed by Defendants' Counsel. (Chesler, Evan) |

| | | (Entered: 08/20/2021) |
|---|---|---|
| 08/23/2021 | 2802 | MOTION for Leave to File Excess Pages *for Subscribers' Final Approval Brief and Consolidated Responses to Objections* by Plaintiffs' Counsel. (Guin, David) (Entered: 08/23/2021) |
| 08/23/2021 | 2803 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2021 through July 31, 2021 in this matter relating solely to services provided to the Plaintiffs, and totaling $50,000.00. Signed by Judge R David Proctor on 8/23/2021. (KAM) (Entered: 08/23/2021) |
| 08/23/2021 | 2804 | **TEXT ORDER** – This matter is before the court on Subscriber Plaintiffs Motion to File a Consolidated Brief, Not Exceeding 150 Pages, in Support of Final Approval and in Response to All Timely−Submitted Objections. 2802 For good cause shown, the Motion 2802 is **GRANTED**. Subscriber Plaintiffs may file a consolidated brief in support final approval not to exceed 150 pages. Signed by Judge R David Proctor on 8/23/2021. (KAM) (Entered: 08/23/2021) |
| 08/26/2021 | 2805 | MOTION for Extension of Time *for Filing Deadlines Related to Class Settlement* by Plaintiffs' Counsel. (Guin, David) (Entered: 08/26/2021) |
| 08/26/2021 | 2806 | ORDER AMENDING DEADLINE RELATED TO CLASS SETTLEMENT This matter is before the court on Subscriber Plaintiffs Unopposed Motion for Extension of Filing Deadlines Related to Class Settlement 2805 ; the Motion is **GRANTED**; The language below in bold italics SHALL be inserted so that paragraph 29 provides as follows: Friday, September 3, 2021 Deadline for Parties to file any Motion(s) for Final Approval of Settlement and responses to any timely submitted Settlement Class Member objections. Signed by Judge R David Proctor on 8/26/2021. (KAM) (Entered: 08/26/2021) |
| 08/27/2021 | 2807 | Evidentiary Material re: 2800 Opposition (other) *("Evidentiary Submission in Support of Defendants' Opposition to Provider Plaintiffs' Motion for Partial Summary Judgment on Defendants' Common−Law Trademark Rights")*. (Attachments: # 1 Exhibit 1)(Chesler, Evan) (Entered: 08/27/2021) |
| 08/27/2021 | 2808 | Evidentiary Material re: 2801 Response in Opposition to Motion, *("Evidentiary Submission in Support of Defendants' Brief in Opposition to Provider Plaintiffs' Motion for Partial Summary Judgment on the Defendants' Single Entity Defense")*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Chesler, Evan) (Entered: 08/27/2021) |
| 08/30/2021 | 2809 | **TEXT ORDER** This matter is before the court on an informal report from the Seal Team. In light of that report, the Clerk of Court is directed to **UNSEAL** Doc. 2798 . Signed by Judge R David Proctor on 8/30/2021. (KAM) (Entered: 08/30/2021) |
| 08/30/2021 | 2810 | Evidentiary Material re: 2798 Document Sealed *in Support of Provider Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Providers' Damages Claims as Time−Barred and Speculative*. (Attachments: # 1 Exhibit 1)(Whatley, Joe) (Entered: 08/30/2021) |
| 08/31/2021 | 2811 | NOTICE by Plaintiffs' Counsel *of Death of Corporate Representative* (Whatley, Joe) (Entered: 08/31/2021) |
| 09/03/2021 | 2812 | MOTION for Settlement *Subscriber Plaintiff's Motion for Final Approval of Class Settlement* by Plaintiffs' Counsel. (Attachments: # 1 Subscriber Plaintiffs' |

| | | |
|---|---|---|
| | | Memorandum of Law in Support of Motion for Final Approval of Class Settlement, # 2 Exhibit A – Keough Declaration, # 3 Keough Declaration Exhibits A–G, # 4 Keough Declaration Exhibit H (part 1), # 5 Keough Declaration Exhibit H (part 2) – P, # 6 Keough Declaration Exhibit Q, # 7 Exhibit B – Rubinfeld Declaration, # 8 Exhibit C – Regional Carriers, # 9 Exhibit D – Mason Declaration, # 10 Exhibit E – BCBS–AZ_MDL000124422, # 11 Exhibit F – CAREFIRST_ESI_06681777, # 12 Exhibit G – ARKBCBS0047016, # 13 Exhibit H – DOL Letter, # 14 Exhibit I – Resume of Judge Gonzalez, # 15 Exhibit J – Proposed Order Appointing Settlement Administrator, # 16 Exhibit K – Proposed Amended Data Production Order, # 17 Exhibit L – Proposed Final Judgment and Order of Approval, # 18 Exhibit M – Proposed Fee Order, # 19 Exhibits 1–3, # 20 Exhibits 4–14, # 21 Exhibits 15–30, # 22 Exhibits 31–40)(Hausfeld, Michael) (Entered: 09/03/2021) |
| 09/03/2021 | 2813 | Brief *Defendants' Brief in Support of Subscriber Plaintiffs' Motion for Final Approval of Proposed Class Settlement.* (Attachments: # 1 Exhibit 1 – B. Roberts Deposition Excerpt, # 2 Exhibit 2 – R. Abbott Deposition Excerpt, # 3 Exhibit 3 – K. Murphy Deposition Excerpt, # 4 Exhibit 4 – S. Serota Deposition Excerpt, # 5 Exhibit 5 – R. Kolodgy Deposition Excerpt, # 6 Exhibit 6 – D. Rubinfeld Deposition Excerpt, # 7 Exhibit 7 – H. Frech Deposition Excerpt)(Laytin, Daniel) (Entered: 09/03/2021) |
| 09/03/2021 | 2814 | Brief *Defendants' Response to Department of Labor's Letter.* (Zott, David) (Entered: 09/03/2021) |
| 09/08/2021 | 2815 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on September 14, 2021 at 9:30 a.m. (Eastern)* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 09/08/2021) |
| 09/17/2021 | 2816 | Transcript of Proceedings held on 9/14/2021, before Judge R David Proctor. Court Reporter/Transcriber Risa Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/8/2021. Redacted Transcript Deadline set for 10/18/2021. Release of Transcript Restriction set for 12/16/2021. (KEK) (Entered: 09/17/2021) |
| 09/17/2021 | 2817 | MOTION to Withdraw as Attorney *for Leslie Pescia* by Plaintiffs' Counsel. (Pescia, Leslie) (Entered: 09/17/2021) |
| 09/20/2021 | 2818 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed by Leslie L. Pescia. 2817 The Motion 2817 is **GRANTED**. The Clerk of Court is directed to terminate Attorney Pescia. Signed by Judge R David Proctor on 9/20/2021. (KAM) (Entered: 09/20/2021) |
| 09/20/2021 | 2819 | Defendants' Reply in support of their Motion for Summary Judgment on (I) all claims advanced by Non–General Acute Care Hospital Prviders and (II) any claims based on Blue System rules other than ESAS or Bluecard for failure to demonstrate injury or damages (KAM) Document unsealed on 10/7/2021 (KAM). (Entered: 09/20/2021) |

| 09/20/2021 | 2820 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2748 SEALED MOTION *Provider Plaintiffs' Reply In Support of Their Motion for Partial Summary Judgment on the Defendants' Single Entity Defense* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 09/20/2021) |
|---|---|---|
| 09/20/2021 | 2821 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2749 Document Sealed *Provider Plaintiffs' Reply In Support of Their Motion for Partial Summary Judgment on Defendants' Claim to Common−Law Trademark Rights* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 09/20/2021) |
| 09/20/2021 | 2822 | REPLY Brief filed by Defendant Defendants' Counsel re: 2753 MOTION for Partial Summary Judgment *by Certain Defendants* filed by Defendants' Counsel. (Sooy, Kathleen) (Entered: 09/20/2021) |
| 09/20/2021 | 2823 | REPLY Brief filed by Defendant Blue Cross Blue Shield Michigan re: 2758 MOTION for Summary Judgment *On Providers' Damages Claims As Time−Barred And Speculative* filed by Blue Cross Blue Shield Michigan. (Stenerson, Todd) (Entered: 09/20/2021) |
| 09/20/2021 | 2824 | Evidentiary Material re: 2753 MOTION for Partial Summary Judgment *by Certain Defendants (Exhibits 12−17)*. (Attachments: # 1 Exhibit 12, # 2 Exhibit 13, # 3 Exhibit 14 (Part 1 of 10), # 4 Exhibit 14 (Part 2 of 10), # 5 Exhibit 14 (Part 3 of 10), # 6 Exhibit 14 (Part 4 of 10), # 7 Exhibit 14 (Part 5 of 10), # 8 Exhibit 14 (Part 6 of 10), # 9 Exhibit 14 (Part 7 of 10), # 10 Exhibit 14 (Part 8 of 10), # 11 Exhibit 14 (Part 9 of 10), # 12 Exhibit 14 (Part 10 of 10), # 13 Exhibit 15 (Part 1 of 10), # 14 Exhibit 15 (Part 2 of 10), # 15 Exhibit 15 (Part 3 of 10), # 16 Exhibit 15 (Part 4 of 10), # 17 Exhibit 15 (Part 5 of 10), # 18 Exhibit 15 (Part 6 of 10), # 19 Exhibit 15 (Part 7 of 10), # 20 Exhibit 15 (Part 8 of 10), # 21 Exhibit 15 (Part 9 of 10), # 22 Exhibit 15 (Part 10 of 10), # 23 Exhibit 16, # 24 Exhibit 17)(Sooy, Kathleen) (Entered: 09/20/2021) |
| 09/24/2021 | 2825 | NOTICE by Plaintiffs' Counsel re 2812 MOTION for Settlement *Subscriber Plaintiff's Motion for Final Approval of Class Settlement of Filing Revised Redacted Ex. D* (Attachments: # 1 Exhibit 1)(Stokes, Tammy) (Entered: 09/24/2021) |
| 09/24/2021 | 2826 | ***Document Sealed** SUBSCRIBER PLAINTIFFS' NOTICE of filing EXHIBIT D in support of Motion for Final Approval of Class Settlement and Appointment of Settlement Administrator (KAM) (Entered: 09/24/2021) |
| 09/24/2021 | 2827 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from August 1, 2021 through August 31, 2021 in this matter relating solely to services provided to the Plaintiffs, and totaling $60,000.00. Signed by Judge R David Proctor on 9/24/2021. (KAM) (Entered: 09/24/2021) |
| 09/24/2021 | 2828 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from July 1, 2021 through August 31, 2021 in this matter as it relates to services rendered for both sides of the case, and totaling $7,500.00. Signed by Judge R David Proctor on 9/24/2021. (KAM) (Entered: 09/24/2021) |
| 09/27/2021 | 2829 | **TEXT ORDER**: This matter is before the court on an informal request from the National Account Objectors to file a reply memorandum in support of their Motion Either to Opt Out of the Injunctive Relief Settlement Class or, In the Alternative, Opposition to the Approval of the Injunctive Relief Class Settlement. The request is |

| | | |
|---|---|---|
| | | **GRANTED**. The National Account Objectors may file a reply brief of up to 25 pages. Signed by Judge R David Proctor on 9/27/2021. (KAM) (Entered: 09/27/2021) |
| 09/27/2021 | 2830 | REPLY Brief filed by Objector National Account Objectors re: 2829 Order, *National Accounts' Reply Memorandum in Support of Their Motion to Opt Out of the Injunctive Relief Settlement Class or, in the Alternative, Opposition to the Approval of the Injunctive Relief Class Settlement* filed by National Account Objectors. (Slater, Paul) (Entered: 09/27/2021) |
| 09/27/2021 | 2831 | **TEXT ORDER** – This matter is before the court on the Self–Funded Subclass Objectors Motion to Submit Documents for *In Camera* Review. 2790 Pursuant to the Long Form Notice approved by the court, Objectors to the proposed Subscriber Settlement must submit documents reflecting the terms of any agreements that relate to the objection process, including agreements relating to the engagement of counsel. [2611–2 at 105] The Self–Funded Subclass Objectors Motion 2790 is **GRANTED IN PART**. The Self–Funded Subclass Objectors may submit their engagement–related documents *in camera*, by providing them to chambers. Signed by Judge R David Proctor on 9/27/2021. (KAM) (Entered: 09/27/2021) |
| 09/28/2021 | 2832 | MOTION for Disclosure by Employee Services Inc, ServisFirst Bancshares Inc, Topographic. Inc.. (Richie, John) (Entered: 09/28/2021) |
| 09/30/2021 | 2833 | MOTION for Leave to Appear as Amicus Curiae in support of Article III Jurisdictional defect to the Subscribers' settlement by Shiyang Huang. (KAM) (Entered: 10/01/2021) |
| 10/01/2021 | 2834 | ORDER This matter is before the court on the Motion for Leave to Appear as Amicus Curiae in Support of Article III Jurisdictional Defect to the Subscribers Settlement filed by Shiyang Huang 2833 ; the Motion is **DENIED**; as part of the approval process, the court will address its Article III jurisdiction in relation to the Subscribers claims for injunctive relief and to provide the injunctive relief contemplated in the Subscribers Settlement. Signed by Judge R David Proctor on 10/1/2021. (KAM) (Entered: 10/01/2021) |
| 10/04/2021 | 2835 | ORDER AMENDING THE PRELIMINARY APPROVAL ORDER 2641 ; In order to facilitate the attendance of interested persons at the Final Approval Hearing, the Court AMENDS Document # 2641 , paragraph 28, sentence one, to provide as follows: Final Approval Hearing is hereby scheduled before the undersigned to be commenced on **Wednesday, October 20, 2021, at 10:00 a.m. Central Time, continuing on Thursday, October 21, 2021, if necessary**. This hearing will be held in person. However, given the current state of the COVID–19 pandemic, the hearing will take place **IN PERSON** and **REMOTELY**, via Zoom video conference, and with telephone audio access provided for the public; Those wishing to attend by Zoom **SHALL** make a written request to the Special Master by **October 13, 2021**; **ANY RECORDING OF THE HEARING BY ANYONE OTHER THAN THE COURT IS STRICTLY PROHIBITED**. Signed by Judge R David Proctor on 10/4/2021. (KAM) (Entered: 10/04/2021) |
| 10/07/2021 | 2836 | MOTION to Compel *Appearance of Dr. Mason at Fairness Hearing* by Employee Services Inc, ServisFirst Bancshares Inc, Topographic. Inc.. (Richie, John) (Entered: 10/07/2021) |
| 10/07/2021 | 2837 | Unopposed MOTION for Leave to File *Sur–Reply Brief* by Employee Services Inc, ServisFirst Bancshares Inc, Topographic. Inc.. (Richie, John) (Entered: 10/07/2021) |

| 10/07/2021 | 2838 | **TEXT ORDER** – This matter is before the court on an informal report from the Seal Team. In light of that report, the Clerk of Court is **DIRECTED** to **UNSEAL** Doc. # 2819. 2819 .. Signed by Judge R David Proctor on 10/7/25021. (KAM) (Entered: 10/07/2021) |
|---|---|---|
| 10/07/2021 | 2839 | Evidentiary Material re: 2819 Document Sealed, *(Reply Brief)*. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 7, # 5 Exhibit 8, # 6 Exhibit 9, # 7 Exhibit 10, # 8 Exhibit 11)(Chesler, Evan) (Entered: 10/07/2021) |
| 10/08/2021 | 2840 | **TEXT ORDER** – This matter is before the court on the Self–Funded Subclass Objectors Unopposed Motion for Leave to File a Reply Brief. 2837 The Motion 2837 is **GRANTED**. **On or before October 12, 2021**, the Self–Funded Subclass Objectors may file a reply brief of up to 35 pages. Signed by Judge R David Proctor on 10/8/2021. (KAM) (Entered: 10/08/2021) |
| 10/08/2021 | 2841 | ORDER This matter is before on the following Motions filed by the Self–Funded Subclass Objectors: (1) a Motion for Reciprocal Disclosure of Settlement Proponents Agreements (Doc. # 2832) and (2) a Motion to Require Dr. Mason to Appear at the Fairness Hearing and for Production of Certain Portions of His File (Doc. # 2836); 2832 Motion for Disclosure is **GRANTED IN PART. on or before October 15,2021**, Lead Counsel for the Fully Insured Subclass and for the Self–Funded Subclass **SHALL** file with the Clerk of Court: (1) any engagement–related documents regarding their representation of the Subscriber Settlement Subclasses, and (2) any agreements related to the retention of Dr. Mason; 2836 Motion to Compel is **GRANTED IN PART**; Dr. Mason and the Self–Funded Objectors experts Ugo Okewho and Jim Watson**SHALL** attend the Fairness hearing on October 20 (and, as necessary, October 21), 2021 to present testimony and submit to cross examination either in person or by deposition; On or before Thursday, October 14, 2021, interested parties **SHALL** meet and confer and determine the scope of document production from these experts, which scope **SHALL** apply reciprocally to all of these experts; **On or before October 18, 2021**, interested parties **SHALL** file a notice with the court to inform it whether these witnesses will appear live or by deposition; In all other respects, the Motions (Docs. # 2832 and 2836) are **DENIED**. Signed by Judge R David Proctor on 10/8/2021. (KAM) Modified on 10/8/2021 (KAM, ). (Entered: 10/08/2021) |
| 10/11/2021 | 2842 | Evidentiary Material re: 2797 Document Sealed *in Support of Provider Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on (I) All Claims Advanced by Non–General Acute Care Hospital Providers and (II) Any Claims Based on Blue System Rules Other Than ESAs or BlueCard for Failure to Demonstrate Injury or Damages*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Whatley, Joe) (Entered: 10/11/2021) |
| 10/11/2021 | 2843 | RESPONSE in Opposition re 2750 MOTION for Summary Judgment *("Defendants' Motion for Summary Judgment on (I) All Claims Advanced by Non–General Acute Care Hospital Providers and (II) Any Claims Based on Blue System Rules Other than ESAs or BlueCard for Failure to Demons trate Injury or Damages (Public Version) filed by Plaintiffs' Counsel*. (Whatley, Joe) (Entered: 10/11/2021) |
| 10/12/2021 | 2844 | ***Document Sealed***PROVIDER PLAINTIFFS' Evidentiary submission in support of Opposition to Defendant's Motion for Summary Judgment on (I) all cliams advanced by non–general acute care hospital providers and (II) any claims based on Blue System rules other than Easas or Bluecard for failure to demonstrate |

| | | |
|---|---|---|
| | | injury or damages (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 6, # 5 Exhibit 7) (KAM) (Entered: 10/12/2021) |
| 10/12/2021 | 2845 | REPLY Brief filed by Objectors Employee Services Inc, ServisFirst Bancshares Inc, Topographic. Inc. re: 2812 MOTION for Settlement *Subscriber Plaintiff's Motion for Final Approval of Class Settlement* filed by Employee Services Inc, ServisFirst Bancshares Inc, Topographic. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Richie, John) (Entered: 10/12/2021) |
| 10/15/2021 | 2846 | NOTICE by Plaintiffs' Counsel re 2841 Order on Motion for Disclosure,,,,,,, Order on Motion to Compel,,,,,, *by Fully Insured Subscriber Plaintiffs of Filing Retainer Agreements* (Attachments: # 1 1, # 2 2, # 3 3, # 4 4, # 5 5, # 6 6, # 7 7, # 8 8, # 9 9, # 10 10, # 11 11, # 12 12, # 13 13, # 14 14, # 15 15, # 16 16, # 17 17, # 18 18, # 19 19, # 20 20, # 21 21, # 22 22, # 23 23, # 24 24, # 25 25, # 26 26, # 27 27, # 28 28, # 29 29, # 30 30, # 31 31, # 32 32, # 33 33, # 34 34, # 35 35, # 36 36, # 37 37, # 38 38, # 39 39, # 40 40, # 41 41, # 42 42, # 43 43, # 44 44, # 45 45, # 46 46, # 47 47, # 48 48, # 49 49, # 50 50, # 51 51, # 52 52, # 53 53, # 54 54, # 55 55, # 56 56, # 57 57, # 58 58, # 59 59, # 60 60, # 61 61, # 62 62, # 63 63)(Guin, David) (Entered: 10/15/2021) |
| 10/15/2021 | 2847 | NOTICE by Plaintiffs' Counsel *of Self–Funded Subclass Plaintiffs' Filing of Engagement Documents* (Attachments: # 1 Exhibit Fee Agreement, # 2 Exhibit Engagement letter)(Gregory, Steven) (Entered: 10/15/2021) |
| 10/15/2021 | 2848 | NOTICE by Plaintiffs' Counsel *of Filing of Self–Funded Subclass's Engagement Letter* (Attachments: # 1 Exhibit Retainer Agreement)(Gregory, Steven) (Entered: 10/15/2021) |
| 10/18/2021 | 2849 | NOTICE by Plaintiffs' Counsel *of the Parties' Joint Proposed Agenda for Final Approval Hearing* (Guin, David) (Entered: 10/18/2021) |
| 10/18/2021 | 2850 | NOTICE of Appearance by Eirik Cheverud on behalf of U.S. Department of Labor (Cheverud, Eirik) (Entered: 10/18/2021) |
| 10/18/2021 | 2851 | STATUS REPORT *Joint as to Allocation Expert Testimony and Document Disclosure as Ordered by Court on Oct 8* by Employee Services Inc, ServisFirst Bancshares Inc, Topographic. Inc.. filed by Employee Services Inc, ServisFirst Bancshares Inc, Topographic. Inc. (Richie, John) (Entered: 10/18/2021) |
| 10/19/2021 | 2852 | NOTICE of Appearance by Anthony F Shelley on behalf of Defendants' Counsel (Shelley, Anthony) (Entered: 10/19/2021) |
| 10/19/2021 | 2853 | NOTICE of Appearance by Theresa (Tess) S Gee on behalf of Defendants' Counsel (Gee, Theresa (Tess)) (Entered: 10/19/2021) |
| 10/19/2021 | 2854 | NOTICE of Appearance by Jeffrey M Hahn on behalf of U.S. Department of Labor (Hahn, Jeffrey) (Entered: 10/19/2021) |
| 10/19/2021 | 2855 | **TEXT ORDER** The court previously required counsel for the two classes in this case to publicly disclose any retention agreements they have with class representatives. Recent amendments to Rule 23(e)(5) direct the court to evaluate the motives or potential motives of objectors. Although the court has no reason to believe that any particular attorney for an objector has any improper motive, the best practice is to require appropriate disclosures of retention agreements between outside counsel for objectors and their clients. *See* Advisory Committee Notes to |

| | | |
|---|---|---|
| | | 2018 Amendments to Fed. R. Civ. P. 23(e)(5). However, the Objectors counsels retention agreements should not be made publicly available. Instead, those agreements should be made available to proponents of the settlement. For these reasons, outside counsel for Objectors **SHALL** disclose to the Special Master any retention agreement related to this action that exists between counsel and counsels clients. The Special Master **SHALL** in turn provide those retention agreements to Subscriber class counsel, ASO class counsel, and Blue Cross Blue Shield counsel. Signed by Judge R David Proctor on 10/19/2021. (KAM) (Entered: 10/19/2021) |
| 10/19/2021 | 2856 | MOTION for Leave to File *Statement of Interest as Amicus Curiae* by U.S. Department of Labor. (Attachments: # 1 Statement of Interest by Amicus Curiae Secretary of Labor)(Cheverud, Eirik) (Entered: 10/19/2021) |
| 10/19/2021 | 2857 | NOTICE of Appearance by Wayne R Berry on behalf of U.S. Department of Labor (Berry, Wayne) (Entered: 10/19/2021) |
| 10/20/2021 | | Minute Entry for proceedings held before Judge R David Proctor: Motion Hearing begun on 10/20/2021 re 2812 MOTION for Settlement *Subscriber Plaintiff's Motion for Final Approval of Class Settlement* filed by Plaintiffs' Counsel. Fairness Evidentiary Hearing CONTINUING ON 10/21/2021 at 9:00 AM (CST) in the Special Proceedings courtroom located on the 8th floor of the Hugo L Black US Courthouse, in Birmingham, AL before Judge R David Proctor. However, given the current state of the COVID–19 pandemic, the hearing will take place IN PERSON and REMOTELY, via Zoom video conference, and with telephone audio access provided for the public (see the court's previous order for dial in number 2835 ). ANY RECORDING OF THE HEARING BY ANYONE OTHER THAN THE COURT IS STRICTLY PROHIBITED. (Court Reporter Risa Entrekin.) (KLL) (Entered: 10/20/2021) |
| 10/21/2021 | 2858 | NOTICE by Defendants' Counsel *("Notice of Filing Joint Comprehensive Index Regarding Exhibits to the Motions for Summary Judgment")* (Attachments: # 1 Joint Index of Summary Judgment Briefing Exhibits)(Chesler, Evan) (Entered: 10/21/2021) |
| 10/21/2021 | | Minute Entry for proceedings concluded before Judge R David Proctor: Evidentiary Hearing held on 10/21/2021. Testimony presented by Subscribers/Plaintiffs; Testimony presented by Defendants/Objectors. Post–hearing briefings schedule as indicated on the record. Court adjourned. (Court Reporter Risa Entrekin.) (KLL) (Entered: 10/21/2021) |
| 10/25/2021 | 2859 | ORDER REGARDING CONTINUATION OF FINAL APPROVAL HEARING As discussed at the close of the Final Approval Hearing on Thursday, October 21, 2021, the court will hear argument from the parties and the United States Secretary of Labor concerning issues the Secretary contends are raised by the proposed settlement under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. A continuation of the Final Approval Hearing is hereby scheduled to take place on **Wednesday, October 27, 2021, at 10:00 a.m. Central Time**. This hearing will take place **REMOTELY**, via Zoom video conference, and with telephone audio access provided for the public.Those wishing to attend by Zoom **SHALL** make a request to the Special Master by **12:00 noon on Tuesday, October 26, 2021**. Other interested parties, counsel, and the public may attend the hearing by listening to the hearing free of charge via telephone by dialing (844) 291–5489, access code 1007496.Judicial Conference policy provides that **ANY RECORDING OF THE HEARING BY ANYONE OTHER THAN THE COURT IS** |

| | | |
|---|---|---|
| | | **STRICTLY PROHIBITED**. Signed by Judge R David Proctor on 10/25/2021. (KAM) (Entered: 10/25/2021) |
| 10/26/2021 | 2860 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2021 through September 30, 2021 in this matter as it relates to services rendered for both sides of the case, and totaling $15,000.00. Signed by Judge R David Proctor on 10/26/2021. (KAM) (Entered: 10/26/2021) |
| 10/26/2021 | 2861 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2021 through September 30, 2021 in this matter relating solely to services provided to the Plaintiffs, and totaling $41,000.00. Signed by Judge R David Proctor on 10/26/2021. (KAM) (Entered: 10/26/2021) |
| 10/26/2021 | 2862 | ORDER – before the court is the Self–Funded Subclass Objectors' request that the court require Dr. Joseph Mason to be deposed; the request was made during the Fairness Hearing held on October 20–21, 2021; The court is satisfied that it has the proper record information before it to determine if the Fully–Insured/ASO allocation was fair, adequate, and reasonable; the Self–Funded Subclass Objectors' request to depose Dr. Mason is **DENIED**. Signed by Judge R David Proctor on 10/26/2021. (KAM) (Entered: 10/26/2021) |
| 10/26/2021 | 2863 | ORDER – this matter is before the court on the U.S. Secretary of Labor's Motion for Leave to File Statement of Interest and to Participate in Fairness Hearing 2856 ; the motion is **GRANTED IN PART**; The court has already scheduled time to hear argument from the Secretary with regard to the proposed Settlement. 2859 . The Court accepts the Secretarys Statement of Interest as part of the Fairness Hearing record. Signed by Judge R David Proctor on 10/26/2021. (KAM) (Entered: 10/26/2021) |
| 10/27/2021 | | Minute Entry for proceedings held before Judge R David Proctor: Motion Hearing held on 10/27/2021 re 2812 MOTION for Settlement *Subscriber Plaintiff's Motion for Final Approval of Class Settlement* filed by Plaintiffs' Counsel. (Court Reporter Risa Entrekin.) (KLL) (Entered: 10/27/2021) |
| 11/03/2021 | 2864 | Transcript (Volume I) of Motion Hearing for Final Approval of Class Settlement of Subscriber Claims held on October 20, 2021, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/24/2021. Redacted Transcript Deadline set for 12/4/2021. Release of Transcript Restriction set for 2/1/2022. (KAM) (Entered: 11/03/2021) |
| 11/05/2021 | 2865 | Transcript (Volume II) of Proceedings Motion Hearing for Final Approval of Class Settlement held on October 21, 2021, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline |

| | | |
|---|---|---|
| | | for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/26/2021. Redacted Transcript Deadline set for 12/6/2021. Release of Transcript Restriction set for 2/3/2022. (KAM) (Entered: 11/05/2021) |
| 11/05/2021 | 2866 | Transcript (Volume III) of Proceedings Motion Hearing for Final Approval of Class Settlement of Subscriber Plaintiffs; Claims held on October 27, 20212, before Judge R. David Proctor. Court Reporter/Transcriber Risa L. Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 11/26/2021. Redacted Transcript Deadline set for 12/6/2021. Release of Transcript Restriction set for 2/3/2022. (KAM) (Entered: 11/05/2021) |
| 11/09/2021 | 2867 | **TEXT ORDER** – At the end of the second full day of the Fairness Hearing, the court announced deadlines for post–hearing briefing regarding the proposed Settlement and the objections received by the court. Interested parties are **REMINDED** of the following deadlines: (1) the deadline for the Settlement Proponents to file any further written submissions in favor of the Settlement is **November 12, 2021**; (2) the deadline for any Objectors or other interested persons to respond to the Settlement Proponents' written submissions is **December 1, 2021**; (3) the deadline for any reply to the Objectors submissions from the Settlement Proponents or other interested parties is **December 10, 2021**. Signed by Judge R David Proctor on 11/9/2021. (KAM) (Entered: 11/09/2021) |
| 11/12/2021 | 2868 | RESPONSE in Support re 2812 MOTION for Settlement *Subscriber Plaintiff's Motion for Final Approval of Class Settlement* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Hausfeld, Michael) (Entered: 11/12/2021) |
| 11/12/2021 | 2869 | RESPONSE in Support re 2812 MOTION for Settlement *Subscriber Plaintiff's Motion for Final Approval of Class Settlement* filed by Defendants' Counsel. (Laytin, Daniel) (Entered: 11/12/2021) |
| 11/22/2021 | 2870 | **TEXT ORDER** This matter is before the court on an informal request for an extension of the deadlines for post–hearing briefing regarding the proposed Settlement and the objections received by the court. The request is unopposed, and is **GRANTED**. It is **ORDERED** as follows: (1) the deadline for any Objectors or other interested persons to respond to the Settlement Proponents' written submissions is **December 8, 2021**; and (2) the deadline for any reply to the Objectors submissions from the Settlement Proponents or other interested parties is **December 17, 2021**. Signed by Judge R David Proctor on 11/22/2021. (KAM) |

| | | (Entered: 11/22/2021) |
|---|---|---|
| 11/22/2021 | 2871 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from October 1, 2021 through October 31, 2021 in this matter relating solely to services provided to the Plaintiffs, and totaling $44,000.00. Signed by Judge R David Proctor on 11/22/2021. (KAM) (Entered: 11/22/2021) |
| 11/24/2021 | 2872 | **TEXT ORDER** The court understands that the Provider/Blues mediator has discussed with those parties the courts idea of conducting an economics day designed to further educate the court and the mediators regarding the provider–side market. The court contemplates that attorneys and client representatives rather than experts will be primarily involved. To that end, the Providers and the Blues **SHALL** meet and confer regarding dates in January or February that would be convenient for that. **On or before December 3, 2021**, the Providers and Blues **SHALL** report to the court regarding their availability. Signed by Judge R David Proctor on 11/24/2021. (KAM) (Entered: 11/24/2021) |
| 12/02/2021 | 2873 | RESPONSE to Settlement Proponent's Post–Hearing Arguments by Shiyant Huang (pro se') (received 11/22/2021). (KAM) (Entered: 12/02/2021) |
| 12/08/2021 | 2874 | RESPONSE to *Settlement Proponents Post–Hearing Arguments* filed by General Motors. (Wancjer, Hershel) (Entered: 12/08/2021) |
| 12/08/2021 | 2875 | RESPONSE to *Post Hearing and Renewal of Objections* filed by Home Depot U.S.A., Inc.,. (Lowrey, Frank) (Entered: 12/08/2021) |
| 12/08/2021 | 2876 | Brief *Alaska Air Movants' Post Fairness Hearing Brief*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Slater, Paul) (Entered: 12/08/2021) |
| 12/08/2021 | 2877 | Brief *by Self–Funded Subclass Objectors Post–Fairness Hearing [2812–19]*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Richie, John) (Entered: 12/08/2021) |
| 12/08/2021 | 2878 | RESPONSE to re 2868 , 2869 *Provider Plaintiffs' Response to Subscriber Plaintiffs' and Defendants' Post–Hearing Briefs In Support of Final Approval* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 12/08/2021) |
| 12/09/2021 | 2879 | AMENDED STIPULATION AND ORDER REGARDING PROTECTED HEALTH INFORMATION AND PERSONALLY IDENTIFIABLE INFORMATION FOR SUBSCRIBER SETTLEMENT. Signed by Judge R David Proctor on 12/9/2021. (KAM) (Entered: 12/09/2021) |
| 12/17/2021 | 2880 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2868 Response in Support of Motion, 2812 MOTION for Settlement *Subscriber Plaintiff's Motion for Final Approval of Class Settlement* filed by Plaintiffs' Counsel. (Hausfeld, Michael) (Entered: 12/17/2021) |
| 12/17/2021 | 2881 | REPLY Brief filed by Defendant Defendants' Counsel re: 2869 Response in Support of Motion *Defendants' Post–Hearing Reply Brief in Support of Final Approval* filed by Defendants' Counsel. (Laytin, Daniel) (Entered: 12/17/2021) |
| 12/23/2021 | 2882 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 12/23/2021. (KEK) (Entered: 12/23/2021) |
| 12/28/2021 | 2883 | MOTION to Withdraw as Attorney by Blue Cross and Blue Shield of Alabama. (Priester, James) (Entered: 12/28/2021) |

| 01/05/2022 | 2884 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney James L. Priester. 2883 The Motion 2883 is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** attorney Priester as counsel for BCBS−AL in this MDL, as well as in the underlying cases in which he has appeared which are listed in the Motion. 2883 Other attorneys from Maynard, Cooper & Gale, P.C. will continue to represent BCBS−AL.. Signed by Judge R David Proctor on 1/5/2022. (KAM) (Entered: 01/05/2022) |
|---|---|---|
| 01/10/2022 | 2885 | MOTION for Supplemental Notice to Self−Funded Accounts by Plaintiffs' Counsel. (Attachments: # 1 Declaration of Jennifer M. Keough, # 2 [Proposed] Order)(Hausfeld, Michael) (Entered: 01/10/2022) |
| 01/11/2022 | 2886 | **TEXT ORDER** – This matter is before the court on the Motion from Subscriber Plaintiffs and Settling Defendants for Supplemental Notice to Self−Funded Accounts. 2885 . **On or before January 18, 2022**, any opposition to the Motion **SHALL** be filed. Any reply **SHALL** be filed **on or before January 25, 2022**. Signed by Judge R David Proctor on 1/11/2022. (KAM) (Entered: 01/11/2022) |
| 01/13/2022 | 2887 | RESPONSE in Opposition re 2885 MOTION for Supplemental Notice to Self−Funded Accounts *Alaska Air Movants' Objection to Motion for Supplemental Notice to Self−Funded Accounts* filed by National Account Objectors. (Attachments: # 1 Exhibit A)(Presley, Benjamin) (Entered: 01/13/2022) |
| 01/18/2022 | 2888 | RESPONSE to Motion re 2885 MOTION for Supplemental Notice to Self−Funded Accounts filed by Home Depot U.S.A., Inc.,. (Lowrey, Frank) (Entered: 01/18/2022) |
| 01/18/2022 | 2889 | RESPONSE in Opposition re 2885 MOTION for Supplemental Notice to Self−Funded Accounts *Objection to Motion for Supplemental Notice to Self−Funded Accounts* filed by General Motors. (Wancjer, Hershel) (Entered: 01/18/2022) |
| 01/18/2022 | 2890 | Opposition to re 2885 filed by Employee Services Inc, ServisFirst Bancshares Inc, Topographic. Inc.. (Richie, John) (Entered: 01/18/2022) |
| 01/21/2022 | 2891 | MOTION to Withdraw as Attorney by Blue Cross Blue Shield of Arizona. (Sooy, Kathleen) (Entered: 01/21/2022) |
| 01/24/2022 | 2892 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed by Crowell & Moring LLP counsel. 2891 The Motion 2891 is **GRANTED**. The Clerk of Court is directed to terminate attorneys Kathleen Taylor Sooy, Tracy A. Roman, April N. Ross, Sarah M. Gilbert, Honor R. Costello, and Michael W. Lieberman as counsel for BCBS−AZ in this MDL, as well as in the underlying cases in which they have appeared, which are listed in the Motion. 2891 Attorneys from Cravath, Swaine & Moore LLP will continue to represent BCBS−AZ. Signed by Judge R David Proctor on 1/24/2022. (KAM) (Entered: 01/24/2022) |
| 01/24/2022 | 2893 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from December 1, 2021 through December 31, 2021 in this matter relating solely to services provided to the Plaintiffs, and totaling $64,000.00. Signed by Judge R David Proctor on 1/24/2022. (KAM) (Entered: 01/24/2022) |
| 01/25/2022 | 2894 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 2885 MOTION for Supplemental Notice to Self−Funded Accounts filed by Plaintiffs' Counsel. |

| | | |
|---|---|---|
| | | (Hausfeld, Michael) (Entered: 01/25/2022) |
| 01/25/2022 | 2895 | RESPONSE to re 2888 *Defendants' Response to Objector Home Depot's Submission Regarding Subscribers' Motion for Supplemental Notice to Self−Funded Accounts* filed by Defendants' Counsel. (Laytin, Daniel) (Entered: 01/25/2022) |
| 01/27/2022 | 2896 | STIPULATION *Joint Stipulation Regarding the Proposed Supplemental Notice to Self−Funded Accounts* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Hausfeld, Michael) (Entered: 01/27/2022) |
| 02/04/2022 | 2897 | MEMORANDUM OPINION AND ORDER GRANTING MOTION FOR SUPPLEMENTAL NOTICE TO SELF−FUNDED ACCOUNTS – Subscriber Plaintiffs Motion for Supplemental Notice to Self−Funded Accounts (Doc. # 2885) is **GRANTED** as set out within this order; the court **WILL NOT** resolve Subscriber Plaintiffs' motion for final approval until after supplemental notice is complete, and the renewed opt−out period for Self−Funded Entity Accounts is closed. The court **RESERVES** the question of whether subsequent briefing or reports are necessary after supplemental notice occurs; The previously submitted objections relating to the inability to opt out of the Second Blue Bid injunctive relief are **OVERRULED**. Signed by Judge R David Proctor on 2/4/2022. (KAM) (Entered: 02/04/2022) |
| 02/11/2022 | 2898 | MOTION to Withdraw by Blue Cross Blue Shield of Arizona. (Kappel, Brian) (Entered: 02/11/2022) |
| 02/11/2022 | 2899 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed by John M. Johnson and Brian P. Kappel of Lightfoot Franklin & White, LLC. 2898 The Motion 2898 is **GRANTED**. The Clerk of Court is directed to terminate attorneys John M. Johnson and Brian P. Kappel as counsel for BCBS−AZ in this MDL, as well as in the underlying cases in which they have appeared, which are listed in the Motion. 2898 Attorneys from Cravath, Swaine & Moore LLP will continue to represent BCBS−AZ. Signed by Judge R David Proctor on 2/11/2022. (KAM) (Entered: 02/11/2022) |
| 02/15/2022 | 2900 | ORDER REGARDING PROVIDER ECONOMICS DAY II – The Provider Track of this case is **SET** for a status conference at **9:00 a.m. on Tuesday, March 1, 2022** in New York, New York at the offices of Cravath, Swaine & Moore LLP, 825 8th Avenue, New York, NY 10019; The Blues shall provide the court with their pre−Provider Economics Day submission **on or before February 23, 2022**. Similarly, Provider Plaintiffs shall provide the court with their pre−Provider Economics Day submissions **on or before February 23, 2022**. Signed by Judge R David Proctor on 2/15/2022. (KAM) (Entered: 02/15/2022) |
| 02/16/2022 | 2901 | MEMORANDUM OPINION AND ORDER – 2730 Provider Plaintiffs Motion for Partial Summary Judgment Regarding the Standard of Review in Light of Amex is **GRANTED**; The Amex case does not affect the standard of review in this case. Signed by Judge R David Proctor on 2/16/2022. (KAM) (Entered: 02/16/2022) |
| 02/16/2022 | 2902 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 2/16/2022. (KAM) (Entered: 02/16/2022) |
| 02/16/2022 | 2903 | ORDER OF DISMISSAL in accordance with the accompanying Memorandum Opinion, 2753 Certain Defendants' Motion for Partial Summary Judgment is **GRANTED**; Final judgment **SHALL** be entered in favor of Defendants on the claims asserted by Plaintiffs Charles H. Clark III, M.D., Robert W. Nesbitt, M.D., Luis R. Pernia, M.D., Corey Musselman, M.D., Julie McCormick, M.D., L.L.C., |

| | | |
|---|---|---|
| | | Harbir Makin, M.D., Hillside Family Medicine, LLC, Ear, Nose & Throat Consultants and Hearing Services, P.L.C., and Kathleen Cain, M.D. These named Plaintiffs claims are **DISMISSED WITH PREJUDICE**.. Signed by Judge R David Proctor on 2/16/2022. (KAM) (Entered: 02/16/2022) |
| 02/23/2022 | 2904 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from January 1, 2022 through January 31, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $45,000.00. Signed by Judge R David Proctor on 2/23/2022. (KAM) (Entered: 02/23/2022) |
| 03/01/2022 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 3/1/2022. (Court Reporter Risa Entrekin. TRANSCRIPT WILL BE FOR COURT USE ONLY; NOT PUBLIC DISCLOSURE) (KLL) (Entered: 03/01/2022) |
| 03/11/2022 | 2905 | NOTICE by Blue Cross Blue Shield Michigan */Notice of withdrawal of attorney Edmund Saw for defendant Blue Cross Blue Shield of Michigan* (Stenerson, Todd) (Entered: 03/11/2022) |
| 03/11/2022 | 2906 | **TEXT ORDER** – This matter is before the court on the Notice of Withdrawal filed by attorney Edmund Saw. 2905 Defendant Blue Cross Blue Shield of Michigan will continue to be represented by other attorneys at the law firm of Shearman & Sterling LLP. Therefore, the Notice/Motion 2905 is GRANTED. The Clerk of Court is directed to terminate attorney Saw from representing Blue Cross Blue Shield of Michigan in the MDL and in any underlying member cases. Signed by Judge R David Proctor on 3/11/2022. (KEK) (Entered: 03/11/2022) |
| 03/22/2022 | 2907 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from February 1, 2022 through February 28, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $53,000.00. Signed by Judge R David Proctor on 3/22/2022. (KAM) (Entered: 03/22/2022) |
| 03/23/2022 | 2908 | ORDER This case is **SET** for a status conference at **9:30 a.m. on Monday, May 16, 2022** before Judge R David Proctor. The Special Master will provide Zoom and/or telephone access information for those unable to attend in person. **On or before Wednesday, May 11, 2022**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 3/23/2022. (KAM) (Entered: 03/23/2022) |
| 04/15/2022 | 2909 | NOTICE by Plaintiffs' Counsel *Notice of Withdrawal of Attorney for Subscriber Plaintiffs* (Francis, Kimberly) (Entered: 04/15/2022) |
| 04/18/2022 | 2910 | **TEXT ORDER** – This matter is before the court on the Notice of Withdrawal filed by attorney Kimberly Francis. 2902 In light of the Notice 2902 the Clerk of the Court is **DIRECTED** to **TERMINATE** attorney Francis. Signed by Judge R David Proctor on 4/18/2022. (KAM) (Entered: 04/18/2022) |
| 04/21/2022 | 2911 | NOTICE of Appearance by Rebecca Diane Gilliland on behalf of Plaintiffs' Counsel (Gilliland, Rebecca) (Entered: 04/21/2022) |
| 04/21/2022 | 2912 | NOTICE of Appearance by Jessica Machelle Haynes on behalf of Plaintiffs' Counsel (Haynes, Jessica) (Entered: 04/21/2022) |
| 04/25/2022 | 2913 | |

| | | |
|---|---|---|
| | | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 4/25/2022. (KEK) (Entered: 04/25/2022) |
| 05/10/2022 | 2914 | NOTICE *Certifying Compliance with the Court's February 4, 2022 Order Regarding Supplemental Notice* by Plaintiffs' Counsel. (Attachments: # 1 Declaration of Jennifer M. Keough regarding Supplemental Notice Plan and Settlement Administration)(Hausfeld, Michael) Modified on 5/12/2022– correcting docket (KAM). (Entered: 05/10/2022) |
| 05/11/2022 | 2915 | MOTION to Withdraw as Attorney – *ALICIA L. SHELTON* by Plaintiffs' Counsel. (Smith, Cyril) (Entered: 05/11/2022) |
| 05/11/2022 | 2916 | STATUS REPORT *Report Regarding Proposed Agenda for Status Conference on May 16, 2022, at 9:30 a.m. (Central)* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 05/11/2022) |
| 05/11/2022 | 2917 | **TEXT ORDER** This matter is before the court on the Withdrawal of Appearance filed by attorney Alicia L. Shelton. 2915 The Withdrawal 2915 is construed as a motion, and is **GRANTED**. The Clerk of the Court is directed to terminate attorney Shelton. Signed by Judge R David Proctor on 5/11/2022. (KAM) (Entered: 05/11/2022) |
| 05/13/2022 | 2918 | NOTICE by Plaintiffs' Counsel re 2729 SEALED MOTION, 2727 MOTION for Summary Judgment *("Defendants' Motion Regarding The Antitrust Standard Of Review Applicable To Provider Plaintiffs' Section 1 Claims Pursuant To Federal Rule Of Civil Procedure 56")* of Supplemental Authority Regarding the Parties' Motions for Partial Summary Judgment on the Standard of Review (Provider Plaintiffs) (Whatley, Joe) (Entered: 05/13/2022) |
| 05/13/2022 | 2919 | Unopposed MOTION to Amend/Correct *the Subscriber Track Notice Website* by Plaintiffs' Counsel. (Hausfeld, Michael) (Entered: 05/13/2022) |
| 05/16/2022 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 5/16/2022. (Court Reporter Pamela Weyant.) (KLL) (Entered: 05/16/2022) |
| 05/16/2022 | 2920 | **TEXT ORDER** – This matter is before the court on Subscriber Settlement Class Counsels Unopposed Motion to Amend the Subscriber Track Notice Website. 2919 The Motion seeks to update Frequently Asked Question No. 25 to address the timing of a request for a Second Blue Bid. The Motion 2919 is **GRANTED**. Settlement Class Counsel SHALL cause the settlement website to be updated to reflect the proposed amended FAQ 25. Signed by Judge R David Proctor on 5/16/2022. (KAM) (Entered: 05/16/2022) |
| 05/23/2022 | 2921 | Transcript of Proceedings held on May 16, 2022, before Judge R. David Proctor. Court Reporter/Transcriber Pamela Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 6/13/2022. Redacted Transcript Deadline set for 6/23/2022. Release of Transcript Restriction set for 8/21/2022. (KAM) (Entered: 05/23/2022) |

| 05/24/2022 | 2922 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from April 1, 2022 through April 30, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $20,000.00. Signed by Judge R David Proctor on 5/24/2022. (KAM) (Entered: 05/24/2022) |
|---|---|---|
| 05/31/2022 | 2923 | RESPONSE to re 2918 *("Defendants' Response to Provider Plaintiffs' Notice of Supplemental Authority Regarding the Parties' Motions for Partial Summary Judgment on the Standard of Review")* filed by Defendants' Counsel. (Chesler, Evan) (Entered: 05/31/2022) |
| 06/06/2022 | 2924 | REPLY to re 2923 *Provider Plaintiffs' Reply to Defendants' Response to Providers' Notice of Supplemental Authority Regarding the Parties' Motions for Partial Summary Judgment on the Standard of Review* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 06/06/2022) |
| 06/16/2022 | 2925 | NOTICE by Plaintiffs' Counsel *Provider Plaintiffs' Submission on Remand* (Attachments: # 1 Exhibit A – June 7 Email)(Whatley, Joe) (Entered: 06/16/2022) |
| 06/16/2022 | 2926 | NOTICE by Defendants' Counsel *("Defendants' Submission on Issues to be Resolved Prior to Remand")*. (Chesler, Evan) (Entered: 06/16/2022) |
| 06/23/2022 | 2927 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2022 through May 31, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $20,000.00. Signed by Judge R David Proctor on 6/23/2022. (KAM) (Entered: 06/23/2022) |
| 06/24/2022 | 2928 | AFFIDAVIT in Support re 2610 MOTION for Settlement *Subscriber Plaintiffs Motion for Preliminary Approval of Proposed Class Settlement Declaration of Jennifer M. Keough Regarding Exclusion Requests* filed by Plaintiffs' Counsel. (Hausfeld, Michael) (Entered: 06/24/2022) |
| 07/15/2022 | 2929 | NOTICE of Appearance by Michael Gulisano on behalf of John Hoover (Gulisano, Michael) (Entered: 07/15/2022) |
| 07/25/2022 | 2930 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from June 1, 2022 through June 30, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $19,000.00. Signed by Judge R David Proctor on 7/25/2022. (KAM) (Entered: 07/25/2022) |
| 08/09/2022 | 2931 | FINAL ORDER AND JUDGMENT GRANTING APPROVAL OF SUBSCRIBER CLASS ACTION SETTLEMENT AND APPOINTING SETTLEMENT ADMINISTRATOR – for the reasons set out in this order; Subscriber Plaintiffs' Motion for Final Approval of Class Settlement and Appointment of Settlement Administrator 2812 is **GRANTED**; Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the court **APPOINTS** Hausfeld, LLP and Boies Schiller Flexner, LLP as Settlement Class Counsel for the Settlement Classes and Burns Charest, LLP as Self–Funded Sub–Class Settlement Counsel for the Self–Funded Sub–Class; the court hereby GRANTS final approval of the Settlement Agreement in all respects (including, without limitation: the Settlement Fund amount; the releases; the Injunctive Relief; and the dismissal with prejudice of the claims asserted against Settling Defendants in the Action), and finds that the Settlement Agreement is, in all respects, fair, reasonable, and adequate to the Settlement |

| | | |
|---|---|---|
| | | Classes; Except as to any claim of those Rule 23(b)(3) Opt–Outs identified in Document # 2928 who have validly and timely requested exclusion from the Damages Class and the divisible Second Blue Bid relief, the Action and all claims contained therein, as well as all of the Released Claims against any of the Releasees by Releasors, are each hereby **DISMISSED WITH PREJUDICE**. This Final Order and Judgment SHALL NOT affect, in any way, the right of Releasors to pursue claims, if any, outside the scope of the Released Claims; The court **RESERVES** the issue of the makeup of the Monitoring Committee established in the Settlement. The court will appoint the members of the Monitoring Committee by separate order; The Subscriber Actions are hereby **DISMISSED WITH PREJUDICE** and, except as provided for in the Settlement Agreement and any order of this court granting fee, expense, or service awards as contemplated under the Settlement Agreement, without costs. The Honorable Irma E. Gonzalez (Ret.) is **APPOINTED** as the Settlement Administrator, with responsibility limited to assisting in the implementation of the Plan of Distribution and the resolution of any disputes between Settlement Class Members and the Claims Administrator pursuant to the Plan of Distribution, as set forth in the Settlement Agreement. Signed by Judge R David Proctor on 8/9/2022. (KAM) (Entered: 08/09/2022) |
| 08/09/2022 | 2932 | ORDER AWARDING SUBSCRIBER PLAINTIFFS COUNSEL ATTORNEYS FEES AND EXPENSES 2733 Motion for Attorney Fees is **GRANTED**; Subscriber Counsel are hereby **AWARDED** attorneys fees in the amount of $626,583,372.10, representing 23.47% of the Settlement Fund. The court **FINDS** this amount to be fair and reasonable. Subscriber Counsel are **FURTHER AWARDED** $40,916,627.90 in payment of litigation costs and expenses to be paid from the Settlement Fund, which sum the court finds to be fair, adequately documented, reasonable, and necessary to the representation of the Settlement Class; Any appeal or any challenge affecting this courts approval regarding any attorneys fees and expense application SHALL in no way disturb or affect the finality of the Judgment. Signed by Judge R David Proctor on 8/9/2022. (KAM) (Entered: 08/09/2022) |
| 08/09/2022 | 2933 | MEMORANDUM OPINION AND ORDER ON DEFENDANTS MOTION REGARDING THE ANTITRUST STANDARD OF REVIEW APPLICABLE TO PROVIDER PLAINTIFFS SECTION 1 CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 – for all the reasons set forth in this order, Defendants' Motion Regarding the Anitrust Standard of Review Applicable to Provider Plaintiffs' Section 1 Claims 2722 is **GRANTED IN PART AND DENIED IN PART**; The Motion is **GRANTED** to the extent that the court concludes that ESAs, viewed alone (i.e., divorced from NBE), should not immediately be assumed to be anticompetitive, 1–800 Contacts, 1 F.4th at 116, and thus are not naked restraint[s] of trade with no purpose except stifling competition. Levine v. Cent. Fla. Med. Affiliates, Inc., 72 F.3d 1538, 1550 (11th Cir. 1996). Therefore, for the period of time following the elimination of the NBE rule (after April 2021), the court concludes that it must apply the rule of reason analysis to Providers Market Allocation Conspiracy claims.In all other respects, the Motion is **DENIED**. Signed by Judge R David Proctor on 8/9/2022. (KAM) (Entered: 08/09/2022) |
| 08/09/2022 | 2934 | MEMORANDUM OPINION AND ORDER ON PROVIDER PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE STANDARD OF REVIEW FOR THEIR GROUP BOYCOTT CLAIMS – This matter is before the court on Provider Plaintiffs Motion for Partial Summary Judgment Regarding the Standard of Review for their Group Boycott Claims 2729 ; the court determines that |

| | | |
|---|---|---|
| | | Providers alleged Boycott Conspiracy is not a naked restraint of trade with no purpose except stifling competition. Levine, 72 F.3d at 1550. Therefore, the court reaffirms its conclusion that it must apply the rule of reason analysis to Providers Boycott Conspiracy claim. See In re Blue Cross Blue Shield Antitrust Litig., 308 F. Supp. 3d at 1277. Signed by Judge R David Proctor on 8/9/2022. (KAM) (Entered: 08/09/2022) |
| 08/15/2022 | 2935 | MOTION to Withdraw as Attorney by HealthNow New York, Inc. d/b/a BlueCross BlueShield of Western New York and BlueShield of Northeastern New York. (Sooy, Kathleen) (Entered: 08/15/2022) |
| 08/16/2022 | 2936 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by certain attorneys from Crowell & Moring LLP from representing Highmark Western and Northeastern New York Inc., formerly known and sued as HealthNow New York Inc. d/b/a BlueCross BlueShield of Western New York and BlueShield of Northeastern New York. 2935 The Motion 2935 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorneys Kathleen Taylor Sooy, Tracy A. Roman, April N. Ross, Michael W. Lieberman, Sarah M. Gilbert, and Honor R. Costello from representing these Defendants. The Clerk of Court is **FURTHER DIRECTED** to **TERMINATE** the listed lawyers from representing these Defendants in the underlying actions listed in the Motion. Signed by Judge R David Proctor on 8/16/2022. (KAM) (Entered: 08/16/2022) |
| 08/17/2022 | 2937 | ORDER This case is **SET** for a Status Conference at **9:00 a.m. on Monday, October 3, 2022** in Courtroom 8 of the Hugo L Black US Courthouse, Birmingham, AL before Judge R David Proctor. The court anticipates that it will conduct caucuses following the status conference. The court, via the Special Master, will provide remote access instructions for those unable to attend in person. **On or before Wednesday, September 28,2022**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties which to be addressed during the status conference. Signed by Judge R David Proctor on 8/17/2022. (KAM) (Entered: 08/17/2022) |
| 08/22/2022 | 2938 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2022 through July 31, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $30,000.00. Signed by Judge R David Proctor on 8/22/2022. (KAM) (Entered: 08/22/2022) |
| 09/07/2022 | 2939 | AMENDMENT TO FINAL ORDER AND JUDGMENT GRANTING APPROVAL OF SUBSCRIBER CLASS ACTION SETTLEMENT RELATING ONLY TO THE RELEASES PROVIDED BY OPT–OUTS – on the court's own motion, pursuant to FRCP 60(a) and with the settling parties' consent, the Final Order and Judgment Granting Approval of Subscriber Class Action Settlement is AMENDED, as as set out within this order, with regard to the releases provided by Opt–Outs under the Settlement. Signed by Judge R David Proctor on 9/7/2022. (KAM) (Entered: 09/07/2022) |
| 09/07/2022 | 2940 | NOTICE OF APPEAL by Employee Services Inc, Topographic. Inc.. Filing fee $ 505, receipt number AALNDC–4164486. NDAL rec# B–1015 (Richie, John) Modified on 9/7/2022 (KAM). (Entered: 09/07/2022) |
| 09/07/2022 | 2943 | NOTICE OF APPEAL by Objectors Jennifer Cochran and Aaron Craker as to 2931 Order, 2932 Order on Motion for Attorney Fees,, (KAM) (Entered: 09/09/2022) |

| 09/08/2022 | 2941 | MOTION to Amend/Correct 2939 Order, by Home Depot U.S.A., Inc.,. (Attachments: # 1 Affidavit Declaration of Frank Lowrey)(Lowrey, Frank) (Entered: 09/08/2022) |
|---|---|---|
| 09/08/2022 | 2942 | NOTICE OF APPEAL as to 2939 Order, 2931 Order,,,,,,,,,, by Home Depot U.S.A., Inc.,. Filing fee $ 505, receipt number BALNDC−4165628. (Lowrey, Frank) NDAL rec# B−1047 Modified on 9/9/2022 (KAM). (Entered: 09/08/2022) |
| 09/08/2022 | 2944 | NOTICE OF APPEAL by class member David G. Behenna as to 2931 Order 2932 Order on Motion for Attorney Fees,,. (KAM) (Entered: 09/09/2022) |
| 09/09/2022 | 2945 | **TEXT ORDER** – This matter is before the court on the Motion to Amend Judgment filed by Opt−Out Home Depot U.S.A., Inc. and related parties 2941 . The Settling Parties and any other interested party **SHALL** respond to the Motion 2941 on or before **September 16, 2022**. Signed by Judge R David Proctor on 9/9/2022. (KAM) (Entered: 09/09/2022) |
| 09/09/2022 | 2946 | Transmittal Letter to the Eleventh Circuit Court of Appeals for 2940 appeal by Self−Funded Subclass Objectors Topographic. Inc. (KAM) (Entered: 09/09/2022) |
| 09/09/2022 | 2947 | Transmission of Notice of Appeal 2940 and Docket Sheet to US Court of Appeals re 2931 Order 2932 Order on Motion for Attorney Fees(KAM) (Entered: 09/09/2022) |
| 09/09/2022 | 2948 | Transmittal Notice to the Eleventh Circuit Court of Appeals of Appeal by Home Depot U.S.A., Inc., 2942 (KAM) (Entered: 09/09/2022) |
| 09/09/2022 | 2949 | Transmission of Notice of Appeal [2942} and Docket Sheet to US Court of Appeals re 2942 Notice of Appeal (KAM) (Entered: 09/09/2022) |
| 09/09/2022 | | USCA Appeal Fees received $ 505 receipt number B−1051 re 2944 Notice of Appeal (David G. Behenna) (KAM) (Entered: 09/09/2022) |
| 09/12/2022 | 2950 | NOTICE of Appearance by Alexandra Markel on behalf of Blue Cross Blue Shield Michigan (Markel, Alexandra) (Entered: 09/12/2022) |
| 09/15/2022 | 2951 | NOTICE –CORRECTED TRANSMITTAL Notice to the Eleventh Circuit Court of Appeals re 2940 Notice of Appeal by Employee Services Inc, Topographic. Inc. (KAM) (Entered: 09/15/2022) |
| 09/15/2022 | 2952 | NOTICE – CORRECTED TRANSMITTAL NOTICE to the Eleventh Circuit Court of Appeals re 2942 Notice of Appeal by Home Depot U.S.A., Inc. (KAM) (Entered: 09/15/2022) |
| 09/15/2022 | 2953 | NOTICE– Transmittal Notice to the Eleventh Circuit Court of Appeals re 2943 Notice of Appeal by Objectors Jennifer Cochran and Aaron Craker. (KAM) (Entered: 09/15/2022) |
| 09/15/2022 | 2954 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 2943 Notice of Appeal (KAM) (Entered: 09/15/2022) |
| 09/15/2022 | 2955 | NOTICE – Transmittal Notice to the Eleventh Circuit Court of Appeals re 2944 Notice of Appeal by class member, David G. Behenna (KAM) (Entered: 09/15/2022) |
| 09/15/2022 | 2956 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 2944 Notice of Appeal by class member David G. Behenna (KAM) (Entered: 09/15/2022) |

| 09/16/2022 | 2957 | NOTICE of Appearance by Brenton K Morris on behalf of Darling Ingredients Inc., Griffin Industries, LLC, Automobile Club of Southern California, Bed Bath & Beyond Inc., Dillards, Inc, Halliburton Company, Halliburton Energy Services, Inc., Kimberly–Clark Corporation, Lincoln National Corporation, Live Nation, Inc., Nestle USA, Inc., Perdue Farms Inc., Pacific Gas and Electric Company, PG&E Corporation, Raytheon Technologies Corporation, Rite Aid Hdqtrs. Corp., Rite Aid Corporation, Sterling Jewelers Inc., Starbucks Corporation, Tyson Foods Inc. (Morris, Brenton) (Entered: 09/16/2022) |
|---|---|---|
| 09/16/2022 | 2958 | RESPONSE in Support re 2941 MOTION to Amend/Correct 2939 Order, filed by National Account Objectors. (Attachments: # 1 Exhibit A – Declaration of Joseph M. Vanek with Exhibits 1–27)(Presley, Benjamin) (Entered: 09/16/2022) |
| 09/16/2022 | 2959 | NOTICE of Appearance by Jon Corey on behalf of Automobile Club of Southern California, Bed Bath & Beyond Inc., Darling Ingredients Inc., Dillards, Inc, Griffin Industries, LLC, Halliburton Energy Services, Inc., Kimberly–Clark Corporation, Lincoln National Corporation, Live Nation, Inc., Nestle USA, Inc., PG&E Corporation, Pacific Gas and Electric Company, Perdue Farms Inc., Raytheon Technologies Corporation, Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Starbucks Corporation, Sterling Jewelers Inc., Tyson Foods Inc. (Corey, Jon) (Entered: 09/16/2022) |
| 09/16/2022 | 2960 | JOINDER in re 2941 *Joinder in Motion to Amend Judgment* filed by Automobile Club of Southern California, Bed Bath & Beyond Inc., Darling Ingredients Inc., Dillards, Inc, Griffin Industries, LLC, Halliburton Energy Services, Inc., Kimberly–Clark Corporation, Lincoln National Corporation, Live Nation, Inc., Nestle USA, Inc., PG&E Corporation, Pacific Gas and Electric Company, Perdue Farms Inc., Raytheon Technologies Corporation, Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Starbucks Corporation, Sterling Jewelers Inc., Tyson Foods Inc.. (Attachments: # 1 Affidavit Corey Declaration in Support Joinder, # 2 Exhibit 1–2022 05 02 Letter, # 3 Exhibit 2–2022 04 28 Letter)(Corey, Jon) (Entered: 09/16/2022) |
| 09/16/2022 | 2961 | RESPONSE to re 2941 *("Defendants' Response To Motion To Amend Judgment")* filed by Defendants' Counsel. (Chesler, Evan) (Entered: 09/16/2022) |
| 09/20/2022 | 2962 | ORDER REGARDING OPT–OUT LIST This matter is before the court on the Motion to Amend Judgment filed by Opt–Out Home Depot U.S.A., Inc. and all related parents, subsidiaries, affiliates, and associated benefit plans who validly excluded themselves from the Settlement Class 2941 ; The court's Amended Final Order makes clear that the exclusion requests themselves (not the Settlement Administrators list) controls the questions of who has opted out; To be clear, the courts handling Opt–Out actions are not bound exclusively by Document 2939 in determining whether a party properly opted out of the Subscriber Settlement in this MDL. Entities not listed within Document 2939 who contend they submitted timely and valid exclusion requests may present extrinsic evidence to establish that they submitted a properly made exclusion request; Home Depot's Motion to Amend Judgment (Doc. 2941) is **DENIED**.. Signed by Judge R David Proctor on 9/20/2022. (KAM) (Entered: 09/20/2022) |
| 09/21/2022 | 2963 | Transcript of Proceedings – Discovery Status Conference held on March 24, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/12/2022. Redacted Transcript Deadline set for 10/22/2022. Release of Transcript Restriction set for 12/20/2022. (KAM) (Entered: 09/21/2022) |
| 09/21/2022 | 2964 | Transcript of Proceedings – Discovery Conference held on May 28, 2015, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/12/2022. Redacted Transcript Deadline set for 10/22/2022. Release of Transcript Restriction set for 12/20/2022. (KAM) (Entered: 09/21/2022) |
| 09/21/2022 | 2965 | Transcript of Proceedings– Discovery Status Conference held on November 20, 2016, before Judge T. Michael Putnam. Court Reporter/Transcriber Sabrina Lewis. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/12/2022. Redacted Transcript Deadline set for 10/22/2022. Release of Transcript Restriction set for 12/20/2022. (KAM) (Entered: 09/21/2022) |
| 09/21/2022 | 2966 | TRANSCRIPT REQUEST by Employee Services Inc, Topographic. Inc. (Richie, John) (Entered: 09/21/2022) |
| 09/22/2022 | 2967 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from August 1, 2022 through August 31, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $32,000.00. Signed by Judge R David Proctor on 9/22/2022. (KAM) (Entered: 09/22/2022) |
| 09/22/2022 | 2968 | Court Reporter Acknowledgement of Transcript Request (Risa Entrekin) (KAM) (Entered: 09/22/2022) |
| 09/23/2022 | 2969 | **TEXT ORDER** This matter is before the court on an informal report from the Special Master that the parties are in agreement that the transcript of the March 4, 2020 telephone status conference may be unsealed. In light of that report, the Clerk of Court is DIRECTED to UNSEAL Doc. # 2547. 2547 . Signed by Judge R David |

| | | Proctor on 9/23/2022. (KAM) (Entered: 09/23/2022) |
|---|---|---|
| 09/23/2022 | 2970 | TRANSCRIPT REQUEST by Class Member David Behenna (KAM) (Entered: 09/27/2022) |
| 09/27/2022 | 2971 | COURT REPORTER ACKNOWLEDGEMENT TRANSCRIPT REQUEST for proceedings held on 11/3/2017 before Judge R. David Proctor. No transcript was made for this hearing. (KAM) (Entered: 09/27/2022) |
| 09/27/2022 | 2972 | Transcript of Proceedings– Status conference held on 8/15/2019, before Judge R. David Proctor. Court Reporter/Transcriber Risa Entrekin. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/18/2022. Redacted Transcript Deadline set for 10/28/2022. Release of Transcript Restriction set for 12/26/2022. (KAM) (Entered: 09/27/2022) |
| 09/27/2022 | 2973 | COURT REPORTER ACKNOWLEDGEMENT PART III TRANSCRIPT REQUEST (KAM) (Entered: 09/27/2022) |
| 09/28/2022 | 2974 | COURT REPORTER ACKNOWLEDGEMENT Of TRANSCRIPT REQUEST by Cheryl Powell (KAM) (Entered: 09/28/2022) |
| 09/28/2022 | 2975 | Transcript of Proceedings – Status Hearing via phone conference held on June 25, 2015, before Judge Magistrate T. Michael Putnam. Court Reporter/Transcriber Cheryl Powell. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/19/2022. Redacted Transcript Deadline set for 10/29/2022. Release of Transcript Restriction set for 12/27/2022. (KAM) (Entered: 09/28/2022) |
| 09/28/2022 | 2976 | STATUS REPORT *Regarding Proposed Agenda for Status Conference on October 3, 2022 at 9:00 a.m. (Central)* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 09/28/2022) |
| 09/30/2022 | 2977 | Transcript of Proceedings Status Conference held on May 23, 2019, before Judge R. David Proctor. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at |

| | | |
|---|---|---|
| | | http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/21/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/29/2022. (Attachments: # 1 certification) (KAM) (Entered: 09/30/2022) |
| 09/30/2022 | 2978 | Transcript of Proceedings of Phone Conference held on December 21, 2017, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/21/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/29/2022. (KAM) (Entered: 09/30/2022) |
| 09/30/2022 | 2979 | Transcript of Proceedings Status Conference held on May 23, 2019, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/21/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/29/2022. (Attachments: # 1 certification) (KAM) (Entered: 09/30/2022) |
| 09/30/2022 | 2980 | Transcript of Proceedings – Phone conference held on July 19, 2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/21/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/29/2022. (Attachments: # 1 Certificaiton) (KAM) (Entered: 09/30/2022) |
| 09/30/2022 | 2981 | Transcript of Proceedings – Phone Conference held on February 1, 2018, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/21/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/29/2022. (KAM) (Additional attachment(s) added on 9/30/2022: # 1 Certification) (KAM, ). (Entered: 09/30/2022) |
| 09/30/2022 | 2982 | Transcript of Proceedings – Motion Hearing, In chambers conference call held on October 8, 2015, before Judge T. Michael Putnam. Court Reporter/Transcriber Teresa Roberson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/21/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/29/2022. (Attachments: # 1 Certification) (KAM) (Entered: 09/30/2022) |
| 09/30/2022 | 2983 | COURT REPORTER ACKNOWLEDGEMENT PART III OF TRANSCRIPT REQUEST by Teresa Roberson (KAM) (Entered: 09/30/2022) |
| 10/03/2022 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 10/3/2022. (Court Reporter Pamela Weyant.) (KLL) (Entered: 10/03/2022) |
| 10/05/2022 | 2984 | USCA Case Number 22–13051–J for 2942 Notice of Appeal filed by Home Depot U.S.A., Inc.,. (KAM) (Entered: 10/05/2022) |
| 10/05/2022 | 2985 | USCA Case Number 22–13051–J for 2940 Notice of Appeal filed by Employee Services Inc, Topographic. Inc.. (KAM) (Entered: 10/05/2022) |
| 10/05/2022 | 2986 | USCA Case Number 22–13051–J for 2944 Notice of Appeal. (KAM) (Entered: 10/05/2022) |
| 10/05/2022 | 2987 | USCA Case Number 22–13051–J for 2943 Notice of Appeal. (KAM) (Entered: 10/05/2022) |
| 10/05/2022 | 2988 | TRANSCRIPT REQUEST by Home Depot U.S.A., Inc., for proceedings held on NA before Judge NA.. filed by Home Depot U.S.A., Inc., (Lowrey, Frank) (Entered: 10/05/2022) |
| 10/06/2022 | 2989 | Transcript of Proceedings – Status Conference held on October 3, 2022, before Judge R. David Proctor. Court Reporter/Transcriber Pamela Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this |

| | | |
|---|---|---|
| | | transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/27/2022. Redacted Transcript Deadline set for 11/6/2022. Release of Transcript Restriction set for 1/4/2023. (KAM) (Entered: 10/06/2022) |
| 10/07/2022 | 2990 | Transcript of Proceedings – Discovery Status Conference held on November 2, 2016, before Judge T. Michael Putnam. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy (KAM) (Entered: 10/07/2022) |
| 10/17/2022 | 2991 | ORDER This case is **SET** for a status conference at **10:00 a.m. on Wednesday, November 30, 2022 in Washington, D.C. at the offices of Hogan Lovells US LLP**, 555 13th Street NW, Washington, DC 20004. In–person attendees must show proof of vaccination either upon entry to the building or sent in advance. **On or before Monday, November 28, 2022**, (1) the parties SHALL submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference; and (2) counsel attending in person SHALL notify the Special Master. Signed by Judge R David Proctor on 10/17/2022. (KAM) (Entered: 10/17/2022) |
| 10/19/2022 | 2992 | **TEXT ORDER** To clarify, the **November 30, 2022** status conference in Washington, D.C. is set for **10:00 a.m. Eastern Time**. Signed by Judge R David Proctor on 10/19/2022. (KAM) (Entered: 10/19/2022) |
| 10/24/2022 | 2993 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2022 through September 30, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $19,000.00. Signed by Judge R David Proctor on 10/24/2022. (KAM) (Entered: 10/24/2022) |
| 10/28/2022 | 2994 | MOTION to Supplement the Record on Appeal by Employee Services Inc, Topographic. Inc.. (Attachments: # 1 Exhibit A – Filed Under Seal)(Richie, John) (Entered: 10/28/2022) |
| 10/28/2022 | | USCA Appeal Fees received $ 505 receipt number B–1683 re 2943 Notice of Appeal (KAM) (Entered: 10/28/2022) |
| 10/28/2022 | 2995 | **TEXT ORDER** This matter is before the court on the Motion to Supplement the Record on Appeal filed by Self–Funded Subclass Objectors Topographic, Inc. and Employee Services, Inc. 2994 These Objectors' Motion seeks to supplement the record with their original objection, including all exhibits, to be filed under seal, and asks that the court direct the Clerk to supplement the record on appeal with this pleading. The Motion is not opposed by the parties. The Motion 2994 is **GRANTED**. Self–Funded Subclass Objectors Topographic, Inc. and Employee Services, Inc. are granted leave to file their original objection, including all exhibits, under seal. Upon receipt, the Clerk of the Court is directed to supplement the record |

| | | |
|---|---|---|
| | | on appeal with these materials. Signed by Judge R David Proctor on 10/28/2022. (KAM) (Entered: 10/28/2022) |
| 11/01/2022 | 2996 | MOTION for Bond *Appeal Bond* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A – Bian Declaration, # 2 Exhibit B – McKnight Declaration)(Guin, David) (Entered: 11/01/2022) |
| 11/01/2022 | 2998 | ***Document Sealed*** Self–Funded Objectors Topographic, Inc and Employee Services filing Exhibit A to its Motion to Supplement the Record on Appeal 2994 (Attachments: # 1 Exhibit A – part 1, # 2 Exhibit A – part 2, # 3 Exhibit A – part 3) (KAM) (Entered: 11/02/2022) |
| 11/02/2022 | 2997 | **TEXT ORDER** – This matter is before the court on Subscribers' Motion to Require an Appeal Bond. 2996 . Any opposition to the Motion **SHALL** be filed **on or before November 14, 2022**. Any reply **SHALL** be filed **on or before November 18, 2022**. The court may, in its discretion, hear from interested parties on the issue of an appeal bond at the November 30, 2022 status conference. Signed by Judge R David Proctor on 11/2/2022. (KSS) (Entered: 11/02/2022) |
| 11/03/2022 | 2999 | NOTICE by Plaintiffs' Counsel *of Certificate of Service* (Stokes, Tammy) (Entered: 11/03/2022) |
| 11/10/2022 | 3000 | NOTICE of Appearance by Almas Judge Abdulla on behalf of Plaintiffs' Counsel (Abdulla, Almas) (Entered: 11/10/2022) |
| 11/10/2022 | 3001 | RESPONSE in Opposition re 2996 MOTION for Bond *Appeal Bond* by Objector–Appellants Jennifer Cochran and Aaron Crakers. (KAM) (Entered: 11/10/2022) |
| 11/14/2022 | 3002 | NOTICE of Appearance by Bryan M Reines on behalf of Plaintiffs' Counsel (Reines, Bryan) (Entered: 11/14/2022) |
| 11/14/2022 | 3003 | RESPONSE in Opposition re 2996 MOTION for Bond *Appeal Bond* filed by Employee Services Inc, Topographic. Inc.. (Richie, John) (Entered: 11/14/2022) |
| 11/14/2022 | 3004 | RESPONSE in Opposition re 2996 MOTION for Bond *Appeal Bond* filed by Home Depot U.S.A., Inc.,. (Lowrey, Frank) (Entered: 11/14/2022) |
| 11/14/2022 | 3005 | RESPONSE in Opposition re 2996 MOTION for Bond *Appeal Bond* filed by Objector–Appellant David G. Behenna. (KAM) (Entered: 11/14/2022) |
| 11/17/2022 | 3006 | ORDER REGARDING ADDITIONAL BRIEFING RELEVANT TO CLASS CERTIFICATION This matter is before the court on the Providers and the Blues respective reports regarding issues they requested that the court prioritize. (Docs. # 2925, 2926). One of the issues the Providers and the Blues agreed should be addressed is Provider Plaintiffs Renewed Motion for Class Certification. (Doc. # 2604). The court requires additional briefing and desires the parties input about a schedule for that. **On or before December 16, 2022**, the parties **SHALL** meet and confer and file a joint report with the court proposing a briefing schedule for supplemental briefing on the courts questions set out in this order. Signed by Judge R David Proctor on 11/17/2022. (KAM) (Entered: 11/17/2022) |
| 11/21/2022 | 3007 | SUBSCRIBERS' REPLY Brief in support of re: 2996 MOTION for *Appeal Bond* (DEEMED FILED 11/18/2022 – cm/ecf was down for maintenance, document received in helpdesk on 11/18/2022 at 9:03 p.m.). (KAM) (Entered: 11/21/2022) |

| 11/28/2022 | 3008 | STATUS REPORT *Special Master's Report Regarding Proposed Agenda for Status Conference on November 30, 2022, at 10:00 a.m. (Eastern)* by Special Master. filed by Special Master (Gentle, Edgar) (Entered: 11/28/2022) |
|---|---|---|
| 11/28/2022 | 3009 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from October 1, 2022 through October 31, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $31,000.00. Signed by Judge R David Proctor on 11/28/2022. (KAM) (Entered: 11/28/2022) |
| 11/30/2022 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 11/30/2022. (Court Reporter Pamela Weyant.) (KLL) (Entered: 11/30/2022) |
| 12/06/2022 | 3010 | Transcript of Proceedings held on November 30, 2022, before Judge R. David Proctor. Court Reporter/Transcriber Pamela Weyant, Telephone number 205–278–2065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/27/2022. Redacted Transcript Deadline set for 1/6/2023. Release of Transcript Restriction set for 3/6/2023. (KAM) (Entered: 12/06/2022) |
| 12/09/2022 | 3011 | ORDER APPOINTING MONITORING COMMITTEE the court hereby **ESTABLISHES** a Monitoring Committee to serve and to perform the functions specified under the Settlement Agreement during the Monitoring Period. The Monitoring Committee **SHALL** be made up of: (1) Karin DeMasi, Craig Hoover, and Scott Nehs, appointed collectively by Settling Defendants; (2) David Boies, William Isaacson, and Megan Jones, appointed collectively by Settlement Class Counsel; (3) David Benck, appointed by Self–Funded Sub–Class Settlement Counsel; and (4) Edgar Gentle, appointed by the court. Signed by Judge R David Proctor on 12/9/2022. (KAM) (Entered: 12/09/2022) |
| 12/13/2022 | | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Northern District of Alabama certifies that the record is complete for purposes of this appeal re: 2940 Notice of Appeal, 2942 Notice of Appeal, 2943 Notice of Appeal, 2944 Notice of Appeal, Appeal No. 22–13501. The entire record on appeal is available electronically. (KAM) (Entered: 12/13/2022) |
| 12/13/2022 | 3012 | Unopposed MOTION to Withdraw *Request for Exclusion and Rejoin the Subscriber Damages Class* by Wells Fargo & Company and the Wells Fargo & Company Health Plan. (Hall, Hirshel) (Entered: 12/13/2022) |
| 12/13/2022 | 3013 | Brief re 3012 Unopposed MOTION to Withdraw *Request for Exclusion and Rejoin the Subscriber Damages Class* . (Hall, Hirshel) (Entered: 12/13/2022) |
| 12/13/2022 | 3014 | AFFIDAVIT re 3012 Unopposed MOTION to Withdraw *Request for Exclusion and Rejoin the Subscriber Damages Class* by Wells Fargo & Company and the Wells Fargo & Company Health Plan. filed by Wells Fargo & Company and the Wells Fargo & Company Health Plan (Attachments: # 1 Exhibit A)(Hall, Hirshel) (Entered: 12/13/2022) |

| 12/15/2022 | 3015 | RESPONSE to re 3006 *Joint Response to Court's Order Dated November 17, 2022* filed by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1 – Proposed Order)(Whatley, Joe) (Entered: 12/15/2022) |
|---|---|---|
| 12/15/2022 | 3016 | ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE This matter is before the court on the parties Joint Response to the court's November 17, 2022 Order regarding additional briefing relevant to class certification 3015 . The court adopts the parties' jointly proposed schedule. The parties **SHALL** provide supplemental briefing on the questions posed by the court as follows: Plaintiffs Opening Brief is due **on or before January 27, 2023**; Defendants Responsive Brief is due **on or before March 10, 2023**; Plaintiffs Reply Brief is due **on or before March 31, 2023**. Signed by Judge R David Proctor on 12/015/2022. (KAM) (Entered: 12/15/2022) |
| 12/16/2022 | 3017 | ORDER GRANTING WELLS FARGOS MOTION TO WITHDRAW EXCLUSION REQUEST AND REJOIN DAMAGES CLASS – 3012 Unopposed MOTION to Withdraw *Request for Exclusion and Rejoin the Subscriber Damages Class* is **GRANTED**. Any list of Opt Outs is hereby **AMENDED** in accordance with this order. Signed by Judge R David Proctor on 12/16/2022. (KAM) (KAM, ). (Entered: 12/16/2022) |
| 12/23/2022 | 3018 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT. Signed by Judge R David Proctor on 12/22/2022. (Entered: 12/23/2022) |
| 01/03/2023 | 3019 | ORDER Status Conference set for **10:00 a.m. on Monday, February 13, 2023**, before Judge R David Proctor. The court will also hear argument on Subscribers Motion to Require an Appeal Bond. (Doc. # 2996). The court, via the Special Master, will provide remote access instructions for those unable to attend in person. **On or before Wednesday, February 8, 2023**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 1/3/2022. (KAM) (Entered: 01/03/2023) |
| 01/09/2023 | 3020 | MOTION to Withdraw as Attorney *on behalf of Michael W. Lieberman and April N. Ross* by Blue Cross and Blue Shield of North Dakota, Blue Cross and Blue Shield of Wyoming, Blue Cross of Idaho Health Service Incorporated, Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska. (Sooy, Kathleen) (Entered: 01/09/2023) |
| 01/10/2023 | 3021 | **TEXT ORDER** This matter is before the court on the Motion to Withdraw filed on behalf of Michael W. Lieberman and April N. Ross. 3020 Attorneys Lieberman and Ross seek to withdraw from representing Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Blue Cross Blue Shield of North Dakota f/k/a Noridian Mutual Insurance Company, and Blue Cross Blue Shield of Wyoming in the MDL and in the underlying cases listed in the Motion. 3020 The Motion 3020 is **GRANTED**. The Clerk of the Court is directed to **TERMINATE** attorneys Lieberman and Ross in this case and the other cases listed in the Motion. These Defendants will continue to be represented by other attorneys with Crowell & Moring LLP. Signed by Judge R David Proctor on 1/10/2023. (KAM) (Entered: 01/10/2023) |
| 01/24/2023 | 3022 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from December 1, 2022 |

| | | |
|---|---|---|
| | | through December 31, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $28, 000.00. Signed by Judge R David Proctor on 1/24/2023. (KAM) (Entered: 01/24/2023) |
| 01/24/2023 | 3023 | MOTION for Leave to File Excess Pages *Provider Plaintiffs' Motion to Extend Page Limits* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order)(Whatley, Joe) (Entered: 01/24/2023) |
| 01/24/2023 | 3024 | **TEXT ORDER** – This matter is before the court on Provider Plaintiffs' Motion to Extend Page Limits. 2023 Provider Plaintiffs seek fifty (50) pages for the initial and responsive briefs on the issues discussed in the court's November 17, 2022 Order regarding additional briefing relevant to class certification 3006 , and twenty (20) pages for the reply brief. Defendants do not oppose an extension of the page limit, but do not see the need for 50 pages. The Motion 2023 is **GRANTED**. Provider Plaintiffs' opening brief and Defendants' response **SHALL NOT** exceed fifty (50) pages, and Provider Plaintiffs' reply **SHALL NOT** exceed twenty (20) pages. Signed by Judge R David Proctor on 1/24/2023. (KAM) (Entered: 01/24/2023) |
| 01/27/2023 | 3025 | Provider Plaintiffs' Brief Regarding Two–Sided Platforms and Drazen v. Pinto (Attachments: # 1 Exhibit) (KAM) Main document unsealed on 5/8/2023 3053 Modified on 5/8/2023 (KAM). (Entered: 01/27/2023) |
| 01/27/2023 | 3026 | MOTION to Withdraw as Attorney by USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield. (Naranjo, Michael) (Entered: 01/27/2023) |
| 01/27/2023 | 3027 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed on behalf of Michael A. Naranjo, of the law firm of Foley & Lardner LLP. 3026 Attorney Naranjo seeks to withdraw from Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield in the MDL and in the underlying cases listed in the Motion. 3026 The Motion 3026 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorney Naranjo in this case and the other cases listed in the Motion. This Defendant will continue to be represented by another attorneys with Foley & Lardner LLP.. Signed by Judge R David Proctor on 1/27/2023. (KAM) (Entered: 01/27/2023) |
| 02/08/2023 | 3028 | NOTICE by Special Master re 3019 Order,,, Set Hearings,, *Special Master's Report Regarding Proposed Agenda for Status Conference on February 13, 2023, at 10:00 a.m.* (Gentle, Edgar) (Entered: 02/08/2023) |
| 02/08/2023 | 3029 | STATUS REPORT *Concerning Notice and Administration* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Attachments: # 1 Declaration of Jennifer M. Keough Regarding Notice Plan and Settlement Administration Update)(Hausfeld, Michael) (Entered: 02/08/2023) |
| 02/13/2023 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 2/13/2023. Oral argument re appeal bond. (Court Reporter Pamela Weyant.) (KLL) (Entered: 02/13/2023) |
| 02/17/2023 | 3030 | Transcript of Proceedings held on February 13, 2023, before Judge R. David Proctor. Court Reporter/Transcriber Pamela G. Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the |

| | | |
|---|---|---|
| | | <span style="color:red">public without redaction after 90 calendar days.</span> (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 3/10/2023. Redacted Transcript Deadline set for 3/20/2023. Release of Transcript Restriction set for 5/18/2023. (KAM) (Entered: 02/17/2023) |
| 02/22/2023 | 3031 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from January 1, 2022 through January 31, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $33,000.00. Signed by Judge R David Proctor on 2/22/2023. (KAM) (Entered: 02/22/2023) |
| 02/27/2023 | 3032 | RESPONSE to re 2996 *Supplemental Brief Regarding Appeal Costs* filed by Plaintiffs' Counsel. (Guin, David) (Entered: 02/27/2023) |
| 02/27/2023 | 3033 | RESPONSE in Opposition re 2996 MOTION for Bond *Appeal Bond* filed by Home Depot U.S.A., Inc.,. (Lowrey, Frank) (Entered: 02/27/2023) |
| 02/27/2023 | 3034 | RESPONSE in Opposition re 2996 MOTION for Bond *Appeal Bond* filed by Employee Services Inc, Topographic. Inc.. (Richie, John) (Entered: 02/27/2023) |
| 03/07/2023 | 3035 | MEMORANDUM OPINION AND ORDER This matter is before the court upon Subscribers' Motion to Require an Appeal Bond 2996 . The 2996 Motion for Appeal Bond is **GRANTED IN PART AND DENIED IN PART**. Based on its inherent authority, the court finds that an appeal bond for each of the four appeals in the amount of $5,000.00 is appropriate.. Signed by Judge R David Proctor on 3/7/2023. (KAM) (Entered: 03/07/2023) |
| 03/09/2023 | 3036 | NOTICE by Home Depot U.S.A., Inc., *of Payment of Appeal Bond* (Lowrey, Frank) (Entered: 03/09/2023) |
| 03/10/2023 | 3037 | CASH BOND – NOTICE by Employee Services Inc, Topographic. Inc. *Notice of Payment of Appeal Bond* (Richie, John) Cash Bond in the Amount of $5,000 receipt # B–4196 received in Clerk's Office 3/10/2023 (KAM). (Entered: 03/10/2023) |
| 03/10/2023 | 3038 | NOTICE by Defendants' Counsel *of Filing Under Seal* (Hogewood, Mark) (Entered: 03/10/2023) |
| 03/10/2023 | 3039 | ***Document Sealed*** Defendants' Supplemental Class Certification Brief Pursuant to the Court's November 17, 2022 Order (KAM) (Entered: 03/10/2023) |
| 03/10/2023 | 3040 | ***Document Sealed*** Evidentiary Submission in Support of Defendants' Supplemental Class Certification Brief Pursuant to the Court's November 17, 2022 Order (KAM) (Entered: 03/10/2023) |
| 03/17/2023 | 3041 | MOTION for Leave to Appear Pro Hac Vice *Diane R. Hazel* by USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield. (Hodinka, Ryan) (Entered: 03/17/2023) |
| 03/17/2023 | 3042 | **TEXT ORDER** – Before the court is attorney Diane R. Hazels Motion for Pro Hac Vice Admission. 3041 The Motion 3041 is **GRANTED**. Signed by Judge R David Proctor on 3/17/2023. (KAM) (Entered: 03/17/2023) |
| 03/22/2023 | 3043 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from February 1, 2022 through February 28, 2022 in this matter relating solely to services provided to the Plaintiffs, and |

| | | |
|---|---|---|
| | | totaling $25,000.00. Signed by Judge R David Proctor on 3/22/2023. (KAM) (Entered: 03/22/2023) |
| 03/23/2023 | | PHV Fee paid: $75, receipt number B–4340 (KAM) (Entered: 03/23/2023) |
| 03/23/2023 | | Appeal BOND (cash) in the amount of $ 5000.00 posted for Jennifer Cochran and Aaron Craker (KAM) (Entered: 03/23/2023) |
| 03/30/2023 | 3044 | NOTICE of Payment of Appeal Bond in the amount of $5,000 Rec.#B–4501 by David G. Behenna (KAM) (Entered: 03/30/2023) |
| 03/31/2023 | 3045 | ***Document Sealed*** Provider Plaintiffs' Reply Brief Regarding Two–Sided Platforms and Drazen v. Pinto (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (KAM) Main document and Ex 1 unsealed 5/8/2023 3053 Modified on 5/8/2023 (KAM). (Entered: 03/31/2023) |
| 03/31/2023 | 3046 | MOTION to Withdraw as Attorney *on behalf of Defendant Capital Blue Cross* by Defendants' Counsel. (Payne, Joshua) (Entered: 03/31/2023) |
| 04/03/2023 | 3047 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by Joshua K. Payne of the law firm of Spotswood Sansom & Sansbury LLC 3046 . Attorney Payne seeks to withdraw from representing Defendant Capital Blue Cross in the MDL and in the underlying cases listed in the Motion 3046 . The Motion 3046 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorney Payne in this case and the other cases listed in the Motion. This Defendant will continue to be represented by another attorney with Spotswood Sansom & Sansbury LLC. Signed by Judge R David Proctor on 4/3/2023. (KAM) (Entered: 04/03/2023) |
| 04/06/2023 | 3048 | NOTICE by Blue Cross and Blue Shield of Alabama *Notice of Change of Firm Name* (Burkhalter, Carl) (Entered: 04/06/2023) |
| 04/10/2023 | 3049 | TRANSFER ORDER of the Judicial Panel on Multidistrict Litigation transferring 1 civil action from the Eastern District of Michigan 2:20–cv–12916 for inclusion in MDL 2406 IN RE: Blue cross Blue Shield Antitrust Litigation. (KAM) (Entered: 04/10/2023) |
| 04/24/2023 | 3050 | MOTION to Withdraw as Attorney by Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc., Health Care Service Corporation. (White, Eric) (Entered: 04/24/2023) |
| 04/24/2023 | 3051 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from March 1, 2022 through March 31, 2022 in this matter relating solely to services provided to the Plaintiffs, and totaling $20,000.00. The court therefore ORDERS that the Special Master's application for payment is hereby approved as set out. Signed by Judge R David Proctor on 4/24/2023. (KSS) (Entered: 04/24/2023) |
| 04/24/2023 | 3052 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney Eric White of the law firm Kirkland & Ellis LLP. 3050 The Motion 3050 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** Attorney White from representing Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas; Caring for Montanans, Inc. Signed by Judge R |

| | | |
|---|---|---|
| | | David Proctor on 4/24/2023. (KSS) (Entered: 04/24/2023) |
| 05/08/2023 | 3053 | **TEXT ORDER**: This matter is before the court on an informal report from the Seal Team. In light of that report, the Clerk of Court is **DIRECTED** to **UNSEAL** document numbers 3025, 3045, and 3045–1. 3025 3045 [3045–1]. Signed by Judge R David Proctor on 5/8/2023. (KAM) (Entered: 05/08/2023) |
| 05/08/2023 | 3054 | REPLY Brief filed by Defendant Defendants' Counsel re: 3039 Document Sealed *Supplemental Class Certification Brief Pursuant to the Court's 11/17/22 Order (redacted)* filed by Defendants' Counsel. (Hogewood, Mark) (Entered: 05/08/2023) |
| 05/22/2023 | 3055 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from April 1, 2023 through April 30, 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $15,000.00. Signed by Judge R David Proctor on 5/22/2023. (KAM) (Entered: 05/22/2023) |
| 06/05/2023 | 3056 | MOTION for Leave to File *Amicus Brief* by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 06/05/2023) |
| 06/06/2023 | 3057 | NOTICE by Sutter Health, Inc. *Notice of Withdrawal as Counsel* (Sowatzka, Adam) (Entered: 06/06/2023) |
| 06/07/2023 | 3058 | **TEXT ORDER** – This matter is before the court on attorney Adam G. Sowatzka's Notice of Withdrawal 3057 , which the court construes as a motion. The Motion 3057 is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** attorney Sowatzka. Signed by Judge R David Proctor on 6/7/2023. (KAM) (Entered: 06/07/2023) |
| 06/09/2023 | 3059 | RESPONSE in Opposition re 3056 MOTION for Leave to File *Amicus Brief* filed by Defendants' Counsel. (Hogewood, Mark) (Entered: 06/09/2023) |
| 06/12/2023 | 3060 | ORDER This matter is before the court on Provider Plaintiffs Motion for Leave for the American Medical Association to File a Brief as Amicus Curiae. (Doc. # 3056). Defendants have filed an opposition to the Motion. (Doc. # 3059). The court does not believe that an amicus brief explaining what the AMA actually meant in its prior amicus brief, or how the AMA interprets the Supreme Court's opinion in Ohio v. Am. Express Co., would be helpful at this juncture. Provider Plaintiffs' Motion for Leave for the American Medical Association to File a Brief as Amicus Curiae (Doc. # 3056) is **DENIED**.Signed by Judge R David Proctor on 6/12/2023. (KAM) (Entered: 06/12/2023) |
| 06/23/2023 | 3061 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from May 1, 2023 through May 31, 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $23,000.00. Signed by Judge R David Proctor on 6/23/2023. (KAM) (Entered: 06/23/2023) |
| 07/19/2023 | 3062 | ORDER: This case is **SET** for a status conference at **9:30 a.m. on Wednesday, August 9, 2023,** in Hugo L Black US Courthouse, Birmingham, AL before Judge R David Proctor. Counsel may attend in person or via Zoom. The court, via the Special Master, will provide remote access instructions for those unable to attend in person. **On or before Monday, August 7, 2023**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the statusconference. Signed by Judge R David Proctor on 7/19/2023. (KAM) |

| | | (Entered: 07/19/2023) |
|---|---|---|
| 07/25/2023 | 3063 | **TEXT ORDER** – The Status Conference previously set for 9:30 a.m. on August 9, 2023. is **CANCELLED**. Signed by Judge R David Proctor on 7/25/2023. (KAM) (Entered: 07/25/2023) |
| 07/25/2023 | 3064 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from June 1, 2023 through June 30, 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $19,000.00. Signed by Judge R David Proctor on 7/25/2023. (KAM) (Entered: 07/25/2023) |
| 07/31/2023 | 3065 | Unopposed MOTION to Withdraw *Request for Exclusion and Rejoin the Subscriber Damages Class* by United Food and Commercial Workers Local No. 1546 Food Handlers Welfare Fund, Bakery, Cracker, Pie, Yeast Drivers and Miscellaneous Workers Union Local 734 of the International Brotherhood of Teamsters Welfare Fund, Structural Iron Workers Local 1 Welfare Fund, Chicago Area I.B. of T. Welfare Fund, Michigan Electrical Employees' Health Plan, Teamsters Local 786 Building Material Welfare Fund. (Kelly, Eamon) (Entered: 07/31/2023) |
| 07/31/2023 | 3066 | Brief re 3065 Unopposed MOTION to Withdraw *Request for Exclusion and Rejoin the Subscriber Damages Class* . (Attachments: # 1 Exhibit 1 – Declaration of Eamon P. Kelly in support of Unopposed Motion to Withdraw Request for Exclusion, # 2 Exhibit 2 – Declaration of John E. Mossberg in support of Unopposed Motion to Withdraw Request for Exclusion)(Kelly, Eamon) (Entered: 07/31/2023) |
| 08/01/2023 | 3067 | ORDER GRANTING THE FUNDS' MOTION TO WITHDRAW EXCLUSION REQUEST AND REJOIN SUBSCRIBER DAMAGES CLASS The Fund's Unopposed Motion 3065 is **GRANTED**. Any list of Opt Outs is hereby **AMENDED** in accordance with this Order. Signed by Judge R David Proctor on 8/1/2023. (KAM) (Entered: 08/01/2023) |
| 08/02/2023 | 3068 | NOTICE of Appearance by Charles T Grimes on behalf of Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield (Grimes, Charles) (Entered: 08/02/2023) |
| 08/07/2023 | 3069 | NOTICE of Appearance by Michael Morris on behalf of Defendants' Counsel (Morris, Michael) (Entered: 08/07/2023) |
| 08/16/2023 | 3070 | MOTION to Withdraw as Attorney by Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield. (Walsh, Stephen) (Entered: 08/16/2023) |
| 08/16/2023 | 3071 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney Stephen A. Walsh seeking to withdraw from representing Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield. The Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** attorney Walsh. Signed by Judge R David Proctor on 8/16/2023. (KAM) (Entered: 08/16/2023) |
| 08/22/2023 | 3072 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from July 1, 2023 through July 31, 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $8,500.00. Signed by Judge R David Proctor on 8/22/2023. (KAM) (Entered: 08/22/2023) |
| 09/25/2023 | 3073 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from August 1, 2023 through August 31, |

| | | |
|---|---|---|
| | | 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $14,500.00.Signed by Judge R David Proctor on 9/25/2023. (KAM) (Entered: 09/25/2023) |
| 10/02/2023 | 3074 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed on behalf of attorneys from the law firms of Hogan Lovells and Balch & Bingham seeking to withdraw from further representation of Defendant Blue Cross and Blue Shield of South Carolina. The Motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorneys from the law firms of Hogan Lovells and Balch & Bingham from representing Blue Cross and Blue Shield of South Carolina. Signed by Judge R David Proctor on 10/2/2023. (KAM) (Entered: 10/02/2023) |
| 10/19/2023 | 3075 | SHOW CAUSE ORDER Since early 2013, this court has presided over this multidistrict litigation ("MDL") styled In re Blue Cross Blue Shield Antitrust Litigation MDL 2406. During that ten plus year span of time, the court has coordinated pretrial proceedings in over ninety centralized and direct–filed cases, the vast majority of which are now closed. Early in these proceedings, the court divided the litigation into two tracks: a Subscriber track and a Provider track. As discussed more fully below, the Subscriber track ended in a class settlement that was approved by the court on August 9, 2022. What remains in this MDL is the Provider track litigation. The question before the court is whether the need for consolidated or coordinated pretrial proceedings has ended. To assist the court in assessing this issue, **on or before November 10, 2023**, interested parties **SHALL SHOW CAUSE** in writing why this court should not file a suggestion of remand with the JPML. Signed by Judge R David Proctor on 10/19/2023. (KAM) (Entered: 10/19/2023) |
| 10/23/2023 | 3076 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from September 1, 2023 through September 30, 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $11,000.00. Signed by Judge R David Proctor on 10/23/2023. (KAM) (Entered: 10/23/2023) |
| 11/02/2023 | 3077 | Unopposed MOTION to Withdraw as Attorney by Plaintiffs' Counsel. (Mitra, Anjori) (Entered: 11/02/2023) |
| 11/03/2023 | 3078 | ORDER This case is **SET** for a status conference at **9:30 a.m. on Thursday, November 30, 2023**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The court, via the Special Master, will provide telephone access instructions for those unable to attend in person. **On or before Tuesday, November 28, 2023**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 11/3/2023. (KAM) (Entered: 11/03/2023) |
| 11/03/2023 | 3079 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed on behalf of attorney Anjori Mitra. 3077 . The Motion 3077 is **GRANTED**. The Clerk of the Court is **DIRECTED** to **TERMINATE** attorney Mitra. Signed by Judge R David Proctor on 11/3/2023. (KAM) (Entered: 11/03/2023) |
| 11/10/2023 | 3080 | RESPONSE to re 3075 *Provider Plaintiffs' Response to the Court's Show Cause Order* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 11/10/2023) |
| 11/10/2023 | 3081 | RESPONSE TO ORDER TO SHOW CAUSE by Defendants' Counsel. filed by Defendants' Counsel (DeMasi, Karin) (Entered: 11/10/2023) |

| 11/14/2023 | 3082 | RESPONSE to re 3075 *Corrected Provider Plaintiffs' Response to the Court's Show Cause Order* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 11/14/2023) |
|---|---|---|
| 11/22/2023 | 3083 | NOTICE of Appearance by Todd M Stenerson on behalf of Blue Cross and Blue Shield of Vermont (Stenerson, Todd) (Entered: 11/22/2023) |
| 11/22/2023 | 3084 | NOTICE of Appearance by Rachel Mossman Zieminski on behalf of Blue Cross and Blue Shield of Vermont (Zieminski, Rachel) (Entered: 11/22/2023) |
| 11/22/2023 | 3085 | NOTICE of Appearance by Brian C Hauser on behalf of Blue Cross and Blue Shield of Vermont (Hauser, Brian) (Entered: 11/22/2023) |
| 11/28/2023 | 3086 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from October 1, 2023 through October 31, 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $12,500.00. Signed by Judge R David Proctor on 11/28/2023. (KAM) (Entered: 11/28/2023) |
| 11/28/2023 | 3087 | NOTICE by Plaintiffs' Counsel *Parties' Joint Report Regarding Proposed Agenda for Status Conference on November 30, 2023 at 9:30 AM (Central)* (Whatley, Joe) (Entered: 11/28/2023) |
| 11/30/2023 |  | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 11/30/2023. Attorneys present in–person and by phone. Discussions heard re: court's order to show cause. (Court Reporter Pamela Weyant) (KSS) (Entered: 11/30/2023) |
| 11/30/2023 | 3088 | NOTICE of Appearance by Sarah Lynn Cylkowski on behalf of Blue Cross and Blue Shield of Vermont (Cylkowski, Sarah) (Entered: 11/30/2023) |
| 11/30/2023 | 3089 | NOTICE of Appearance by Alexandra Markel on behalf of Blue Cross and Blue Shield of Vermont (Markel, Alexandra) (Entered: 11/30/2023) |
| 12/04/2023 | 3090 | Transcript of Proceedings (Status Conference) held on November 30, 2023, before Judge R. David Proctor. Court Reporter/Transcriber Pamela G. Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/25/2023. Redacted Transcript Deadline set for 1/4/2024. Release of Transcript Restriction set for 3/3/2024. (KAM) (Entered: 12/04/2023) |
| 12/18/2023 | 3091 | NOTICE of Change of Address by Sarah M. Gilbert (Gilbert, Sarah) (Entered: 12/18/2023) |
| 12/21/2023 | 3092 | MEMORANDUM OPINION AND ORDER Because there remain genuine issues as to (1) whether Providers' have alleged new injurious acts with regard to their various claims within the limitations period, and (2) the reliability of Providers' damages models, Defendants' Motion for Summary Judgment on Providers' Damages Claims as Time–Barred and Speculative (Doc. # 2758) is **DENIED**. Signed by Judge R David Proctor on 12/21/2023. (KAM) (Entered: 12/21/2023) |

| 12/22/2023 | 3093 | MEMORANDUM OPINION AND ORDER This matter is before the court on Provider Plaintiffs' Motion for Partial Summary Judgment on the Defendants' Single Entity Defense. (Doc. # 2748). Under the facts of this case, the court cannot say as a matter of law whether Defendants' conduct can be shielded by the single entity defense. Because there remain genuine issues of material fact as to whether Defendants operate as a single entity as to the enforcement of the Blue Marks and the alleged market allocation, Provider Plaintiffs Motion for Partial Summary Judgment on the Defendants' Single Entity Defense (Doc. # 2748) is **DENIED**.. Signed by Judge R David Proctor on 12/22/2023. (KAM) (Entered: 12/22/2023) |
|---|---|---|
| 12/31/2023 | 3094 | MOTION to Withdraw as Attorney by Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Nebraska, Blue Cross and Blue Shield of North Dakota, Blue Cross and Blue Shield of Wyoming, Blue Cross of Idaho Health Service Incorporated. (Sooy, Kathleen) (Entered: 12/31/2023) |
| 01/02/2024 | 3095 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from November 1, 2023 through November 30, 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $15,000.00. Signed by Judge R David Proctor on 1/2/2024. (KAM) (Entered: 01/02/2024) |
| 01/03/2024 | 3096 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney Kathleen Taylor Sooy of Crowell & Moring LLP. 3094 The Motion 3094 is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** attorney Sooy from representing the following Defendants in each of the cases listed in the Motion 3094 : Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Blue Cross Blue Shield of North Dakota, and Blue Cross Blue Shield of Wyoming. These Defendants will continue to be represented by other attorneys at Crowell & Moring LLP. Signed by Judge R David Proctor on 1/3/2024. (KAM) (Entered: 01/03/2024) |
| 01/15/2024 | 3097 | STATUS REPORT *Parties' Joint Status Report* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 01/15/2024) |
| 01/16/2024 | 3098 | MOTION to Withdraw as Attorney by Defendants' Counsel. (Morris, Michael) (Entered: 01/16/2024) |
| 01/17/2024 | 3099 | **TEXT ORDER** – This matter is before the court on the Motion for Withdrawal of Counsel filed by attorneys Robert K. Spotswood, Michael T. Sansbury, Jess R. Nix, Morgan B. Franz, and Michael F. Morris of SPOTSWOOD SANSOM & SANSBURY LLC. 3098 These attorneys seek to withdraw from representing Capital Blue Cross in the MDL and the underlying MDL cases. The Motion 3098 is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** the attorneys from SPOTSWOOD SANSOM & SANSBURY LLC from representing Capital Blue Cross in the MDL and the underlying MDL cases. Capital Blue Cross will be represented by attorneys at Cravath, Swaine & Moore LLP. Signed by Judge R David Proctor on 1/17/2024. (KAM) (Entered: 01/17/2024) |
| 01/23/2024 | 3100 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from December 1, 2023 through December 31, 2023 in this matter relating solely to services provided to the Plaintiffs, and totaling $20,000.00.. Signed by Judge R David Proctor on 1/23/2024. (KAM) |

| | | (Entered: 01/23/2024) |
|---|---|---|
| 01/30/2024 | 3101 | Corporate Disclosure Statement by Defendants' Counsel. filed by Defendants' Counsel (Kimble, Cavender) (Entered: 01/30/2024) |
| 01/31/2024 | 3102 | MEMORANDUM OPINION AND ORDER This matter is before the court on Defendants' Motion for Summary Judgment on (1) All Claims Advanced by Non−General Acute Care Hospital Providers and (2) Any Claims Based on Blue System Rules Other Than ESAs or BlueCard for Failure to Demonstrate Injury or Damages. (Doc. # 2750 ). The Motion has been fully briefed. For the reasons discussed within this order, Defendants' Motion for Summary Judgment on (I) All Claims Advanced by Non−General Acute Care Hospital Providers and (II) Any Claims Based on Blue System Rules Other Than ESAs or BlueCard for Failure to Demonstrate Injury or Damages (Doc. # 2750 ) is **DENIED**. Signed by Judge R David Proctor on 1/31/2024. (KAM) (Entered: 01/31/2024) |
| 01/31/2024 | 3103 | MEMORANDUM OPINION AND ORDER This matter is before the court on Provider Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Judgment on Defendants' Claim to Common−Law Trademark Rights. (Doc. # 2749 ). Because there are genuine issues of material fact regarding whether St. Paul and Buffalo(1) acquiesced in these other Plans' use of the Marks in other markets, or (2) granted licenses without appropriate controls, Provider Plaintiffs' Motion for Partial Summary Judgment on Defendants Claim to Common−Law Trademark Rights (Doc. # 2749 ) is **DENIED**. Signed by Judge R David Proctor on 1/31/2024. (KAM) (Entered: 01/31/2024) |
| 02/08/2024 | 3104 | ORDER of USCA Before William Pryor, Abudu, and Barber, USCJ, AFFIRMING the judgment approving the settlement agreement. Issued as Mandate 2/5/2024 with Opinion attached. (Attachments: # 1 Opinion)(KAM) (Entered: 02/08/2024) |
| 02/09/2024 | 3105 | MOTION to Withdraw as Attorney by Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Wyoming. (Gilbert, Sarah) (Entered: 02/09/2024) |
| 02/12/2024 | 3106 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorneys Tracy A. Roman, Sarah M. Gilbert, and Honor R. Costello of Crowell & Moring LLP. 3105 The Motion 3105 is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** attorneys Roman, Gilbert, and Costello from representing Blue Cross and Blue Shield of Kansas City and Blue Cross Blue Shield of Wyoming in the MDL and in each of the cases listed in the Motion 3105 . These defendants remain represented by other counsel. Signed by Judge R David Proctor on 02/12/2024. (CLD) (Entered: 02/12/2024) |
| 02/14/2024 | 3107 | MOTION to Withdraw as Attorney by Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Wyoming. (Kappel, Brian) Modified on 2/21/2024 (KAM, ). (Entered: 02/14/2024) |
| 02/15/2024 | 3108 | ORDER−This matter is before the court on the Motion to Withdraw filed by attorneys John M. Johnson and Brian P. Kappel of Lightfoot Franklin & White, LLC. 3107 The Motion 3107 is **GRANTED**. The Clerk of Court is directed to terminate attorneys Johnson and Kappel from representing Blue Cross and Blue Shield of Kansas City and Blue Cross Blue Shield of Wyoming in the MDL and in each of the cases listed in the Motion 3107 . These defendants remain represented by other counsel. Signed by Judge R David Proctor on 02/15/2024. (CLD) (Entered: 02/15/2024) |

| 02/20/2024 | 3109 | NOTICE of Appearance by Tatum Leigh Jackson on behalf of Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Nebraska, Blue Cross and Blue Shield of North Dakota, Blue Cross of Idaho Health Service Incorporated (Jackson, Tatum) (Entered: 02/20/2024) |
|---|---|---|
| 02/22/2024 | 3110 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT or services rendered and expenses incurred from January 1, 2024 through January 31, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $10,500.00. Signed by Judge R David Proctor on 2/22/2024. (KAM) (Entered: 02/22/2024) |
| 02/26/2024 | 3111 | ORDER. This case is **SET** for a status conference at **9:30 a.m. on Thursday, April 25, 2024**, at the offices of **Kirkland & Ellis, LLP, 333 W. Wolf Point Plaza, Chicago, IL 60654**. **On or before Tuesday, April 23, 2024**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Signed by Judge R David Proctor on 2/26/2024. (KAM) (Entered: 02/26/2024) |
| 03/06/2024 | 3112 | MOTION for Bond *Subscriber Plaintiffs' Motion for an Expense Bond* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A – Megan Jones Declaration, # 2 Exhibit B – Proposed Order)(Guin, David) (Entered: 03/06/2024) |
| 03/06/2024 | 3113 | **TEXT ORDER** – This matter is before the court on Subscribers' Motion For An Expense Bond. 3112 . Any opposition to the Motion **SHALL** be filed **on or before March 22, 2024**. Any reply **SHALL** be filed **on or before March 29, 2024**. Subscribers' Counsel **SHALL** ensure than counsel for the objectors receive prompt notice of this order. Signed by Judge R David Proctor on 03/06/2024. (CLD) (Entered: 03/06/2024) |
| 03/08/2024 | 3114 | Unopposed MOTION for Bond *to Withdraw Bond* by Employee Services Inc, Topographic. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ruzic, Emily) (Entered: 03/08/2024) |
| 03/11/2024 | 3115 | ORDER: This matter is before the court on Topographic, Inc. and Employee Services, Inc.'s Unopposed Motion to Withdraw Bond. (Doc. # 3114 ). The Unopposed Motion (Doc. # 3114 ) is **GRANTED**.The Clerk of Court is **DIRECTED** to release the bond posted by Employee Services Inc, Topographic. Inc. (Doc. # 3037 ) and draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00, payable to Bradley Arant Boult Cummings LLP. Signed by Judge R David Proctor on 03/11/2024. (CLD) (Entered: 03/12/2024) |
| 03/13/2024 | 3116 | MOTION Wells Fargo's Unopposed Motion for Leave to File Late Claim for Damages as Part of the Subscriber Damages Class re 3017 Order on Motion to Withdraw, by Wells Fargo & Company and the Wells Fargo & Company Health Plan. (Hall, Hirshel) (Entered: 03/13/2024) |
| 03/13/2024 | 3117 | Brief re 3116 MOTION Wells Fargo's Unopposed Motion for Leave to File Late Claim for Damages as Part of the Subscriber Damages Class re 3017 Order on Motion to Withdraw, *Memorandum of Support of Wells Fargo's Unopposed Motion for Leave to File Late Claim with the Subscriber Damages Class*. (Hall, Hirshel) (Entered: 03/13/2024) |
| 03/13/2024 | 3118 | AFFIDAVIT re 3116 MOTION Wells Fargo's Unopposed Motion for Leave to File Late Claim for Damages as Part of the Subscriber Damages Class re 3017 Order on |

| | | |
|---|---|---|
| | | Motion to Withdraw, *Declaration of Laura A. Komarek in Support of Wells Fargo's Unopposed Motion for Leave to File Late Claim with the Subscriber Damages Class* by Wells Fargo & Company and the Wells Fargo & Company Health Plan. filed by Wells Fargo & Company and the Wells Fargo & Company Health Plan (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Hall, Hirshel) (Entered: 03/13/2024) |
| 03/15/2024 | 3119 | ORDER GRANTING WELLS FARGOS UNOPPOSED MOTION FOR LEAVE TO FILE LATE CLAIM FOR DAMAGES AS PART OF THE SUBSCRIBER DAMAGES CLASS: This matter is before the court on Wells Fargo's Unopposed Motion for Leave to File Late Claim for Damages as Part of the Subscriber Damages Class. (Doc. # 3116 ). Wells Fargo's current Motion (Doc. # 3116 ) is **GRANTED**. Wells Fargo **SHALL** be allowed to submit a late claim and participate in the Subscriber Settlement Class. The Claims Administrator is **DIRECTED** to set an appropriate time period in which Wells Fargo may submit its claim. Signed by Judge R David Proctor on 03/15/2024. (CLD) (Entered: 03/15/2024) |
| 03/22/2024 | 3120 | RESPONSE in Opposition re 3112 MOTION for Bond *Subscriber Plaintiffs' Motion for an Expense Bond* filed by Home Depot U.S.A., Inc.,. (Lowrey, Frank) (Entered: 03/22/2024) |
| 03/22/2024 | 3122 | RESPONSE in Opposition by Objector−Appellant David G. Behenna to 3112 MOTION for Bond *Subscriber Plaintiffs' Motion for an Expense Bond*. (KAM) (Entered: 03/25/2024) |
| 03/25/2024 | 3121 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for services rendered and expenses incurred from February 1, 2024 through February 29, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $14,500.00.. Signed by Judge R David Proctor on 3/25/2024. (KAM) (Entered: 03/25/2024) |
| 03/29/2024 | 3123 | REPLY to Response to Motion re 3112 MOTION for Bond *Subscriber Plaintiffs' Motion for an Expense Bond* filed by Plaintiffs' Counsel. (Abdulla, Almas) (Entered: 03/29/2024) |
| 04/11/2024 | 3124 | **TEXT ORDER** – The listen−only telephone access for the status conference at **9:30 a.m. on April 25, 2024** is: Toll Free: **877−692−8955**; Access code: **870349**. Signed by Judge R David Proctor on 04/11/2024. (CLD) (Entered: 04/11/2024) |
| 04/22/2024 | 3125 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for payment for services rendered and expenses incurred from March 1, 2024 through March 31, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $13,000.00.. Signed by Judge R David Proctor on 04/22/2024. (CLD) (Entered: 04/22/2024) |
| 04/23/2024 | 3126 | NOTICE by Plaintiffs' Counsel *Parties' Joint Report Regarding Proposed Agenda for Status Conference on April 25, 2024 at 9:30 A.M. (Central)* (Whatley, Joe) (Entered: 04/23/2024) |
| 04/25/2024 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 4/25/2024. Providers Status Conference held in Chicago with Judge and Parties. Discussion regarding suggestion of remand heard. (Court Reporter Pamela Weyant) (KSS) (Entered: 04/25/2024) |

| 05/02/2024 | 3127 | Transcript of Proceedings held on 04/25/2024, before Judge R. David Proctor. Court Reporter/Transcriber Pamela G. Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/23/2024. Redacted Transcript Deadline set for 6/2/2024. Release of Transcript Restriction set for 7/31/2024. (CLD) (Entered: 05/02/2024) |
|---|---|---|
| 05/02/2024 | 3128 | MOTION for Leave to Appear Pro Hac Vice *for Victoria J. Lu* by Defendants' Counsel. (McLeod, Aaron) (Entered: 05/02/2024) |
| 05/02/2024 | 3129 | **TEXT ORDER** The Clerk of Court is directed to terminate Attorney Victoria J. Lu's Motion for Admission Pro Hac Vice. 3128 Pursuant to Case Management Order No. 1 6 , any attorney admitted to practice and in good standing in any United States District Court is admitted pro hac vice in this litigation and association of co−counsel for purposes of filing and/or litigation, including direct filing, is not required. To the extent not already done, any attorney representing a party in this action must register for and have a CM/ECF login name and password for this District. Signed by Judge R David Proctor on 05/02/2024. (CLD) (Entered: 05/02/2024) |
| 05/03/2024 | 3130 | NOTICE of Appearance by Victoria J. Lu on behalf of Defendants' Counsel (Lu, Victoria) (Entered: 05/03/2024) |
| 05/08/2024 | 3131 | NOTICE by Blue Cross Blue Shield Michigan, Blue Cross and Blue Shield of Vermont *OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES.* (Stenerson, Todd) (Entered: 05/08/2024) |
| 05/10/2024 | 3132 | NOTICE of Appearance by Kelly Iverson on behalf of Plaintiffs' Counsel (Iverson, Kelly) (Entered: 05/10/2024) |
| 05/17/2024 | 3133 | NOTICE of Change of Address by Jeffrey J Zeiger (Zeiger, Jeffrey) (Entered: 05/17/2024) |
| 05/22/2024 | 3134 | **ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT** for payment for services rendered and expenses incurred from April 1, 2024 through April 30, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $9,000.00. Signed by Judge R David Proctor on 05/22/2024. (CLD) (Entered: 05/22/2024) |
| 06/13/2024 | 3135 | MOTION to Enforce or Amend the re 1488 Protective Order *(Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Whatley, Joe) (Entered: 06/13/2024) |
| 06/13/2024 | 3136 | **ORDER**: This matter is before the court on Provider Plaintiffs' Motion for an Order Modifying the Protective Order. (Doc. # 3135 ). Provider Plaintiffs are **ORDERED** to serve a copy of their Motion (Doc. # 3135 ) and this Order on the Prime parties seeking production of information subject to the MDL protective order. Any response or opposition to their Motion by any interested party **SHALL** be filed on or before June 28, 2024. Providers may reply within ten (10) days. Signed by Judge |

| | | R David Proctor on 06/13/2024. (CLD) (Entered: 06/13/2024) |
|---|---|---|
| 06/17/2024 | 3137 | Unopposed MOTION Leave to rejoin the Subscriber Settlement Damages Class and to file a late claim for damages as part of the Damages Class by Live Nation, Inc.. (Corey, Jon) (Entered: 06/17/2024) |
| 06/17/2024 | 3138 | Brief re 3137 Unopposed MOTION Leave to rejoin the Subscriber Settlement Damages Class and to file a late claim for damages as part of the Damages Class filed by Live Nation, Inc.. (Corey, Jon) (Entered: 06/17/2024) |
| 06/17/2024 | 3139 | AFFIDAVIT in Support re 3137 Unopposed MOTION Leave to rejoin the Subscriber Settlement Damages Class and to file a late claim for damages as part of the Damages Class *Declaration of Jon Corey in Support of Live Nation's Unopposed Motion for Leave to Rejoin the Subscriber Damages Class and to FIle a Late Claim for Damages.* filed by Live Nation, Inc.. (Corey, Jon) (Entered: 06/17/2024) |
| 06/21/2024 | 3140 | **ORDER**: This matter is before the court on the Unopposed Motion for Leave to Rejoin the Subscriber Damages Class and to File a Late Claim for Damages filed by Live Nation Entertainment, Inc. ("Live Nation"). (Doc. # 3137 ). Live Nation's Unopposed Motion for Leave to Rejoin the Subscriber Damages Class and to File a Late Claim for Damages (Doc. # 3137 ) is **GRANTED**. Any list of Opt Outs is hereby **AMENDED** in accordance with this Order. Signed by Judge R David Proctor on 06/21/2024. (CLD) (Entered: 06/21/2024) |
| 06/24/2024 | 3141 | Unopposed MOTION to Amend/Correct 3011 Order,, *Settling Defendants' Unopposed Motion to Appoint Robin Sanders to the Monitoring Committee* by Defendants' Counsel. (Attachments: # 1 [Proposed] Order to Appoint Robin Sanders to the Monitoring Committee)(DeMasi, Karin) (Entered: 06/24/2024) |
| 06/26/2024 | 3142 | **ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT** for payment for services rendered and expenses incurred from May 1, 2024 through May 31, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $29,000.00. Signed by Judge R David Proctor on 06/26/2024. (CLD) (Entered: 06/26/2024) |
| 06/26/2024 | 3143 | **ORDER**: This matter is before the court on Subscribers' Motion for an Expense Bond. (Doc. # 3112 ). The Subscriber Class Action Settlement became effective June 24, 2024 upon the Supreme Court's denial of the pending petitions for writs of certiorari filed by Objectors Home Depot and David Behenna. As there is no further need for an appeal bond, the Motion (Doc. # 3112 ) is **DENIED** as **MOOT**. Signed by Judge R David Proctor on 06/26/2024. (CLD) (Entered: 06/26/2024) |
| 06/26/2024 | 3144 | **ORDER APPOINTING ROBIN SANDERS TO THE MONITORING COMMITTEE**: This matter is before the court on Settling Defendants' Unopposed Motion to Appoint Robin Sanders to the Monitoring Committee. (Doc. # 3141 ). The Motion (Doc. # 3141 ) is **GRANTED**. The court hereby appoints Ms. Sanders to the Monitoring Committee for Settling Defendants in place of Mr. Nehs. Signed by Judge R David Proctor on 06/26/2024. (CLD) (Entered: 06/26/2024) |
| 06/28/2024 | 3145 | RESPONSE to Motion re 3135 MOTION to Enforce or Amend the re 1488 Protective Order *(Provider Plaintiffs) Defendants' Response to Provider Plaintiffs' Motion to Enforce or Amend the Protective Order* filed by Defendants' Counsel. (Attachments: # 1 Declaration of Karin A. DeMasi, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, |

| | | # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(DeMasi, Karin) (Entered: 06/28/2024) |
|---|---|---|
| 06/28/2024 | 3146 | Opposition to *Provider Plaintiffs' Motion to Enforce or Amend the Protective Order* filed by VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc., Prime Healthcare Management, Inc.. (Attachments: # 1 Exhibit Ex 1 – BND Declaration)(Knight, Sam) (Entered: 06/28/2024) |
| 07/01/2024 | 3147 | ORDER This matter is before the court on Provider Plaintiffs' Motion for an Order Modifying the Protective Order. (Doc. # 3135 ). The Motion is still being briefed by interested parties, including Plaintiffs in the Prime case. (Docs. # 3136 , 3145 , 3146 ). As this court continues to consider this issue, and until further order of this court, the parties to the MDL are **ENJOINED** from producing MDL discovery in any other proceeding without this court's explicit approval. The court notes that this is not a final determination of the issue, but rather an injunction directing the parties to **MAINTAIN THE STATUS QUO** pending further consideration of the issue. Signed by Judge R David Proctor on 7/1/2024. (KAM) (Entered: 07/01/2024) |
| 07/03/2024 | 3148 | NOTICE by Prime Healthcare Foundation, Inc., Prime Healthcare Management, Inc., Prime Healthcare Services, Inc., VHS Liquidating Trust re 3135 MOTION to Enforce or Amend the re 1488 Protective Order *(Provider Plaintiffs) – Notice of Supplemental Authority* (Attachments: # 1 Exhibit A – Referee's Recommendations)(Knight, Sam) (Entered: 07/03/2024) |
| 07/08/2024 | 3149 | REPLY Brief filed by Plaintiff Plaintiffs' Counsel re: 3135 MOTION to Enforce or Amend the re 1488 Protective Order *(Provider Plaintiffs) Provider Plaintiffs' Reply in Support of Their Motion to Enforce or Amend the Protective Order* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 07/08/2024) |
| 07/25/2024 | 3150 | **ORDER**: This case is **SET** for a status conference at **9:00 a.m. Pacific Time on Wednesday, August 28, 2024**, at the offices of **Kirkland & Ellis, LLP, 555 California St., 29th Floor, San Francisco, CA 94104**. **On or before Friday, August 23, 2024**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference. Other instructions within. The Clerk of Court is **DIRECTED** to provide a copy of this order to counsel for Non–Parties VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc., and Prime Healthcare Management, Inc. (See Docs. 3146, 3148). Signed by Judge R David Proctor on 07/25/2024. (CLD) (Entered: 07/25/2024) |
| 07/26/2024 | 3151 | **ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT** for payment for services rendered and expenses incurred from June 1, 2024 through June 30, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $65,500.00. Signed by Judge R David Proctor on 07/26/2024. (CLD) (Entered: 07/26/2024) |
| 08/02/2024 | 3152 | **ORDER**: This matter is before the court on Provider Plaintiffs' Motion for an Order Modifying the Protective Order. (Doc. # 3135 ). The Provider Track of this MDL is still being litigated before this court. As this court continues to consider this issue, and until further order of this court, the parties to the MDL are **ENJOINED** from producing MDL discovery in any other proceeding without **the consent of the party (or parties) whose information is sought or** this courts explicit approval. The court notes that this is not a final determination of the issue, but rather an injunction directing the parties to **MAINTAIN THE STATUS QUO** pending |

| | | |
|---|---|---|
| | | further consideration of the issue. Signed by Judge R David Proctor on 08/02/204. (CLD) (Entered: 08/02/2024) |
| 08/05/2024 | 3153 | **ORDER**: The court has informally been made aware of a discovery dispute relating to this tag−along action that was transferred into the MDL in April 2023. (Case No. 2:23−cv−00461−RDP, Doc. # 69 ). Therefore, this matter is **SET** for a Zoom status conference at **10:00 a.m. Central Time on Wednesday, August 21, 2024**. The court, via the Special Master, will provide a zoom link to interested parties. **On or before Monday, August 19, 2024**, interested parties may submit a summary of their position on the issues to be considered by the court and suggestions for any other matters they would like the court to address. Other instructions within. Signed by Judge R David Proctor on 08/05/2024. (CLD) (Entered: 08/05/2024) |
| 08/05/2024 | 3154 | **TEXT ORDER** – The Zoom status conference previously set at 10:00 a.m. Central Time on Wednesday, August 21, 2024 is hereby **RE−SET** to **9:00 a.m. Central Time** the same day. Signed by Judge R David Proctor on 08/05/2024. (CLD) (Entered: 08/05/2024) |
| 08/08/2024 | 3155 | MOTION for Joinder *by Subscriber Plaintiffs to Join in Motion of Provider Plaintiffs to Enforce or Amend Protective Order* by Plaintiffs' Counsel. (Hausfeld, Michael) (Entered: 08/08/2024) |
| 08/09/2024 | 3156 | **TEXT ORDER**: This matter is before the court on the Motion of Subscriber Plaintiffs to Join in Motion of Provider Plaintiffs to Enforce or Amend Protective Order. 3155 The Motion 3155 is **GRANTED**. Any additional briefing **SHALL** be filed on or before **August 19, 2024**. Signed by Judge R David Proctor on 08/09/2024. (CLD) (Entered: 08/09/2024) |
| 08/14/2024 | 3157 | MOTION for Bond *Release (Appeal)* by jennifer cochran. (Cochran, George) (Entered: 08/14/2024) |
| 08/15/2024 | 3158 | **ORDER**: This matter is before the court on the Motion by Objectors−Appellants Jennifer Cochran and Aaron Craker for Release of Appeal Bond. (Doc. # 3157 ). The Motion (Doc. # 3157 ) is **GRANTED**. The Clerk of Court is **DIRECTED** to release the cash bond posted by Jennifer Cochran and Aaron Craker on March 23, 2023, and draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00. Signed by Judge R David Proctor on 08/14/2024. (CLD) (Entered: 08/15/2024) |
| 08/19/2024 | 3159 | NOTICE by Anthem, Inc. re 3153 Order,,, Set Hearings,, *Non−Party Statement on Issues to be Addressed at the August 21, 2024 Status Conference* (Hogan, E) (Entered: 08/19/2024) |
| 08/19/2024 | 3160 | NOTICE by Blue Cross Blue Shield Michigan re 3153 Order,,, Set Hearings,, (Stenerson, Todd) (Entered: 08/19/2024) |
| 08/19/2024 | 3161 | NOTICE by Anesthesia Associates of Ann Arbor PLLC re 3153 Order,,, Set Hearings,, (Barillari, David) (Entered: 08/19/2024) |
| 08/19/2024 | 3162 | NOTICE by Plaintiffs' Counsel re 3153 Order,,, Set Hearings,, *Provider Plaintiffs' Submission Pursuant to the Court's August 5, 2024 Order* (Whatley, Joe) (Entered: 08/19/2024) |
| 08/19/2024 | 3163 | NOTICE of Appearance by Hannah Dwyer on behalf of Defendants' Counsel (Dwyer, Hannah) (Entered: 08/19/2024) |

| 08/19/2024 | 3164 | NOTICE by Defendants' Counsel re 3153 Order,,, Set Hearings,, *Statement of Non−Parties Blue Cross Blue Shield Association and Blue Cross Blue Shield of Florida on Discovery in Tag−Along Provider Action* (Attachments: # 1 Declaration of Hannah L. Dwyer, # 2 Exhibit 1, # 3 Exhibit 2)(Dwyer, Hannah) (Entered: 08/19/2024) |
|---|---|---|
| 08/20/2024 | 3165 | NOTICE of Appearance by Daniel Louis Ottaunick on behalf of Defendants' Counsel (Ottaunick, Daniel) (Entered: 08/20/2024) |
| 08/21/2024 | | Minute Entry for proceedings held before Judge R David Proctor: Zoom Status Conference held on 8/21/2024. Deadlines set as stated on the call, order to be entered by the court. (Court Reporter Pamela Weyant) (KSS) (Entered: 08/21/2024) |
| 08/21/2024 | 3166 | **ORDER**: On August 21, 2024, the court conducted a Zoom status conference in these cases. As a result of matters occurring on the record during that conference, it is **ORDERED** 1. **On or before September 20, 2024**, Plaintiff **SHALL** file a second amended complaint consistent with Judge Berg's prior orders that sets forth Plaintiff's remaining claims in one document; 2. **On or before October 11, 2024**, Defendant Blue Cross Blue Shield of Michigan **SHALL** file its anticipated, potentially−dispositive motion as set out. 3. **On or before November 1, 2024**, Plaintiff **SHALL** file its response to Defendant's anticipated motion; 4. **On or before November 8, 2024**, Defendant **SHALL** file any reply in support of its motion. other instructions within. Signed by Judge R David Proctor on 08/21/2024. (CLD) (Entered: 08/21/2024) |
| 08/22/2024 | 3167 | **ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT** for payment for services rendered and expenses incurred from July 1, 2024 through July 31, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $150,000.00. Signed by Judge R David Proctor on 08/22/2024. (CLD) (Entered: 08/22/2024) |
| 08/25/2024 | 3168 | NOTICE by Special Master re 3150 Order,,,,, Set Deadlines/Hearings,,, *Proposed Agenda for August 28, 2024 Status Conference* (Gentle, Edgar) (Entered: 08/25/2024) |
| 08/27/2024 | | Set/Reset Hearings: Status Conference set for 8/28/2024 at 9:00 AM (PST); 11:00 AM (CST) before Judge R David Proctor. (KSS) (Entered: 08/27/2024) |
| 08/28/2024 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference and Oral Arguments held on 8/28/2024 (San Francisco, CA). (Court Reporter Pamela Weyant.) (KSS) (Entered: 08/28/2024) |
| 08/28/2024 | 3169 | Transcript of Proceedings held on 08/21/2024, before Judge R. David Proctor. Court Reporter/Transcriber Pamela G. Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/18/2024. Redacted Transcript Deadline set for 9/28/2024. Release of Transcript Restriction set for 11/26/2024. (CLD) (Entered: 08/28/2024) |

| 08/29/2024 | 3170 | **ORDER**: On August 28, 2024, the court conducted a status conference in this case. 1. Provider Plaintiffs' Motion for an Order Modifying the Protective Order (Doc. # 3135 ) is **GRANTED**. An Amended Supplement to Qualified Protective Order will be entered separately. 2. Counsel in this MDL and counsel representing the plaintiffs in VHS Liquidating Trust, et al. v. Blue Cross of California, et al., Case No. RG21106609 (Superior Court, State of California, County of Alameda) ("the Prime case") **SHALL** meet and confer regarding the discovery disputes. **On or before September 27, 2024**, the parties to the MDL and the Prime parties **SHALL** file a joint report regarding the results of their meeting and conference. The Clerk of Court is **DIRECTED** to provide a copy of this order to counsel for Non−Parties VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc., and Prime Healthcare Management, Inc. (See Docs. # 3146, 3148). Other instructions within. Signed by Judge R David Proctor on 08/29/2024. (CLD) (Entered: 08/29/2024) |
|---|---|---|
| 08/29/2024 | 3171 | AMENDED SUPPLEMENT TO QUALIFIED PROTECTIVE ORDER. Signed by Judge R David Proctor on 08/29/2024. (CLD) (Entered: 08/29/2024) |
| 09/04/2024 | 3172 | Transcript of Proceedings held on 08/28/2024, before Judge R. David Proctor. Court Reporter/Transcriber Pamela G. Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/25/2024. Redacted Transcript Deadline set for 10/5/2024. Release of Transcript Restriction set for 12/3/2024. (CLD) (Entered: 09/04/2024) |
| 09/09/2024 | 3173 | **AGREED IN CAMERA SCHEDULING ORDER Signed by Judge R David Proctor on 09/09/2024. (CLD) Modified on 9/12/2024 (CLD). (Entered: 09/09/2024)** |
| 09/09/2024 | 3174 | **TEXT ORDER**: The Clerk of Court is directed to **SEAL** document no. 3173 . Signed by Judge R David Proctor on 09/09/2024. (CLD) (Entered: 09/09/2024) |
| 09/10/2024 | 3175 | MOTION for Release of Bond Obligation by Home Depot U.S.A., Inc.,. (Lowrey, Frank) (Entered: 09/10/2024) |
| 09/10/2024 | 3176 | **ORDER**: This matter is before the court on the Request by Objector−Appellant Home Depot U.S.A., Inc. for Return of Appeal Bond. (Doc. # 3175 ). As there is no further need for an appeal bond, the Request (Doc. # 3175 ) is **GRANTED**. The Clerk of Court is **DIRECTED** to release the cash bond posted by Home Depot U.S.A., Inc. on March 9, 2023, and draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00, payable to attorney Frank M. Lowrey IV, and mail the check to: Frank M. Lowrey IV, Bondurant Mixson & Elmore, LLP, 1201 West Peachtree St. NW, Suite 3900, Atlanta, GA 30309. Signed by Judge R David Proctor on 09/10/2024. (CLD) (Entered: 09/10/2024) |
| 09/11/2024 | 3177 | Corrected Transcript of Proceedings held on 08/28/2024,(re: 3172 ) before Judge R. David Proctor. Court Reporter/Transcriber Pamela G. Weyant. Transcript may be |

| | | |
|---|---|---|
| | | viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/2/2024. Redacted Transcript Deadline set for 10/12/2024. Release of Transcript Restriction set for 12/10/2024. (CLD) (Entered: 09/11/2024) |
| 09/18/2024 | 3178 | Final Amended Transcript of Proceedings held on 8/28/2024, before Judge R. David Proctor. Court Reporter/Transcriber Pamela G. Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 10/9/2024. Redacted Transcript Deadline set for 10/19/2024. Release of Transcript Restriction set for 12/17/2024. (CLD) (Entered: 09/18/2024) |
| 09/20/2024 | 3179 | AMENDED COMPLAINT *Second Amended Complaint* against Blue Cross Blue Shield Michigan, filed by Anesthesia Associates of Ann Arbor PLLC.(Barillari, David) (Entered: 09/20/2024) |
| 09/24/2024 | 3180 | **ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT** for payment for services rendered and expenses incurred from August 1, 2024 through August 31, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $65,000.00. Signed by Judge R David Proctor on 09/24/2024.(CLD) (Entered: 09/24/2024) |
| 09/27/2024 | 3181 | NOTICE of Change of Address by Michael E Gurley, Jr (Gurley, Michael) (Entered: 09/27/2024) |
| 09/27/2024 | 3182 | NOTICE of Change of Address by Michael E Gurley, Jr (Gurley, Michael) (Entered: 09/27/2024) |
| 09/27/2024 | 3183 | STATUS REPORT *Parties' Joint Status Report Pursuant to Court's August 29, 2024 Order* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 09/27/2024) |
| 10/03/2024 | 3184 | STIPULATION of Dismissal *Joint Stipulation to Dismiss Claims of Plaintiffs Cason T. Hund, D.M.D. and North Jackson Pharmacy, Inc.* by Plaintiffs' Counsel. filed by Plaintiffs' Counsel (Whatley, Joe) (Entered: 10/03/2024) |
| 10/07/2024 | 3185 | **ORDER**: This case is before the court on the Joint Stipulation to Dismiss Claims of Plaintiffs Cason T. Hund, D.M.D., and North Jackson Pharmacy, Inc. (Doc. # 3184 ). In light of the Joint Stipulation, it is hereby **ORDERED** that the claims of Plaintiffs Cason T. Hund, D.M.D., and North Jackson Pharmacy, Inc. against all Defendants are **DISMISSED WITH PREJUDICE**. This dismissal shall not affect any other right, claim or cause of action which any other Plaintiff has, or may have, |

| | | against any remaining Defendant. Signed by Judge R David Proctor on 10/07/2024. (CLD) (Entered: 10/07/2024) |
|---|---|---|
| 10/08/2024 | 3186 | NOTICE of Change of Address by Michael C Dodge (Dodge, Michael) (Entered: 10/08/2024) |
| 10/09/2024 | 3187 | MOTION For Objector–Appellant David G. Behenna's Release of Appeal Bond by David G. Behenna. (CLD) (Entered: 10/10/2024) |
| 10/10/2024 | 3188 | NOTICE of Change of Address by Todd M Stenerson (Stenerson, Todd) (Entered: 10/10/2024) |
| 10/10/2024 | 3189 | **ORDER**: This matter is before the court on Objector–Appellant David G. Behenna's Request for Release of Appeal Bond. (Doc. # 3187 ). The Subscriber Class Action Settlement became effective June 24, 2024, upon the Supreme Court's denial of the petitions for writs of certiorari filed by Objectors Home Depot and Behenna. As there is no further need for an appeal bond, the Request (Doc. # 3187 ) is **GRANTED**. The Clerk of Court is **DIRECTED** to release the cash bond posted by David G. Behenna on March 30, 2023 (see Doc. # 3044 ), draw a check on the funds on deposit in the Registry of the Court in the principal amount of $5,000.00, payable to David G. Behenna, and mail the check to: David G. Behenna, 155 Fleet Street, Portsmouth, N.H., 03801. Signed by Judge R David Proctor on 10/10/2024. (CLD) (Entered: 10/10/2024) |
| 10/10/2024 | 3190 | STIPULATION *and Proposed Order for Extension of Time by Plaintiff Anesthesia Associates of Ann Arbor, PLLC and* by Blue Cross Blue Shield Michigan. filed by Blue Cross Blue Shield Michigan (Stenerson, Todd) (Entered: 10/10/2024) |
| 10/10/2024 | 3191 | **TEXT ORDER**: This matter is before the court on Plaintiff Anesthesia Associates of Ann Arbor, PLLC and Defendant Blue Cross Blue Shield Of Michigan's Joint Stipulation for Extension Of Time. 3190 The court **ADOPTS** the parties' proposed stipulated deadlines. The court's August 21, 2024 briefing order 3166 is **AMENDED** as follows: (1) BCBSM's anticipated motion regarding the settlement agreements in *Love* **SHALL** be filed **on or before October 21, 2024**; (2) A4's response to said motion **SHALL** be filed **on or before November 20, 2024**; and (3) BCBSM's reply in support of its motion **SHALL** be filed **on or before November 27, 2024**. Signed by Judge R David Proctor on 10/10/2024. (CLD) (Entered: 10/10/2024) |
| 10/14/2024 | 3192 | MOTION for Settlement *Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement* by Plaintiffs' Counsel. (Attachments: # 1 Provider Plaintiffs' Memorandum of Law In Support of Their Motion for Preliminary Approval of Proposed Class Settlement, # 2 Exhibit A – Settlement Agreement, # 3 Exhibit B – Provider Co–Lead Counsel Joint Declaration In Support of Motion for Preliminary Approval of Proposed Provider Class Settlement, # 4 Exhibit C – Declaration of Kenneth R. Feinberg and Camille S. Biros, # 5 Exhibit D – Declaration of Samuel Issacharoff, # 6 Exhibit E – Affidavit of Edgar C. Gentle, III, # 7 Text of Proposed Order [Proposed] Order Preliminarily Approving Settlement, # 8 Text of Proposed Order [Proposed] Final Approval Order of Settlement and Final Judgment and Order of Dismissal With Prejudice)(Whatley, Joe) (Entered: 10/14/2024) |
| 10/14/2024 | 3193 | MOTION for Leave to File Excess Pages *Provider Plaintiffs' Unopposed Motion for Leave to File Excess Pages* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order [Proposed] Order Granting Provider Plaintiffs' Unopposed Motion |

| | | |
|---|---|---|
| | | for Leave to File Excess Pages)(Whatley, Joe) (Entered: 10/14/2024) |
| 10/14/2024 | 3194 | MOTION for Approval of a Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator *(Provider Plaintiffs)* by Plaintiffs' Counsel. (Attachments: # 1 Memorandum of Law In Support of Provider Plaintiffs' Motion for Approval of a Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator, # 2 Exhibit A – Declaration of Roma Petkauskas Regarding Proposed Notice Plan, # 3 Exhibit B – Declaration of Shannon R. Wheatman, Ph.D. on Adequacy of Notices and Notice Plan)(Whatley, Joe) (Entered: 10/14/2024) |
| 10/14/2024 | 3195 | MOTION to Stay *Provider Plaintiffs' Motion for a Stay* by Plaintiffs' Counsel. (Attachments: # 1 Text of Proposed Order [Proposed] Order Granting Provider Plaintiffs' Motion for a Stay)(Whatley, Joe) (Entered: 10/14/2024) |
| 10/15/2024 | 3196 | **ORDER**: Consistent with the Joint Stipulation between Defendant Blue Cross Blue Shield of Michigan ("BCBSM") and Anesthesia Associates of Ann Arbor, PLLC ("A4") regarding an agreed extension of time and revised briefing schedule (Case No. 2:13–CV–20000–RDP, Doc. # 3190 ), it is **ORDERED** as follows: 1. **On or before October 21, 2024**, BCBSM **SHALL** file its anticipated, potentially–dispositive motion based on the releases found in the settlement agreements in Love v. Blue Cross and Blue Shield Association, et al. (Case No. 1:03–cv–21296–FAM (S.D. Fla.), Docs # 2221 –4, 2221 –6, 2221 –7, 2221 –8); 2. **On or before November 20, 2024**, A4 **SHALL** file its response to Defendant's anticipated motion; and 3. **On or before November 27, 2024**, BCBSM **SHALL** file any reply in support of its motion. Signed by Judge R David Proctor on 10/15/2024. (CLD) (Entered: 10/15/2024) |
| 10/15/2024 | 3197 | **TEXT ORDER** – This matter is before the court on Provider Plaintiffs' Unopposed Motion for Leave to File Excess Pages. 3193 The Motion 3193 is **GRANTED**. Provider Plaintiffs may have 55 pages for their Memorandum in Support of their Motion for Preliminary Approval of Proposed Class Settlement. Signed by Judge R David Proctor on 10/15/2024. (CLD) (Entered: 10/15/2024) |
| 10/16/2024 | 3198 | **ORDER**: This matter is before the court on (1) Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement (Doc. # 3192 ); and (2) Provider Plaintiffs' Motion for Approval of Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator (Doc. # 3194 ). A Preliminary Approval Hearing on Provider Plaintiffs' Motions is **SET** for at **9:30 a.m. Central Time on Thursday, November 14, 2024**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The court will provide instructions for listen–only telephone access by separate order. Signed by Judge R David Proctor on 10/16/2024. (CLD) (Entered: 10/17/2024) |
| 10/17/2024 | 3199 | **MEMORANDUM OPINION AND ORDER**: This matter is before the court on the parties' Joint Status Report pursuant to the court's August 29, 2024 Order. (Doc. # 3183 ). The court **ORDERS** that Defendants may produce the requested claims data from 2008–2014 as produced by Optum in the MDL if the Prime plaintiffs pay Provider Plaintiffs the hard costs (approximately $31,000) related to this data. The court **ORDERS** that Defendants' may produce their MDL expert reports to the Prime plaintiffs. However, unless Provider plaintiffs and the Prime plaintiffs can reach a mutual agreement regarding fair compensation for Provider plaintiffs' work deposing those experts, the Prime plaintiffs will need to take their own depositions |

| | | |
|---|---|---|
| | | of those experts. As discussed in detail within, there is substantial authority for imposing costs on plaintiffs' counsel seeking to use other counsel's work in aid of their own clients' recovery. For these reasons, Defendants are **NOT** granted leave under the MDL protective orders to produce the deposition transcripts of their MDL experts. This court does not invite the Prime plaintiffs to come on and take a free ride. The Prime Blues **MAY** produce to the Prime plaintiffs the 2008–14 Optum claims data and their own expert reports produced in this MDL. However, absent an agreement about cost sharing, the Prime Blues **MAY NOT** produce position transcripts and exhibits of BCBS witnesses taken in this MDL. Signed by Judge R David Proctor on 10/17/2024. (CLD) (Entered: 10/17/2024) |
| 10/18/2024 | 3200 | **ORDER GRANTING PROVIDER PLAINTIFFS' MOTION FOR A STAY**: This matter is before the court on Provider Plaintiffs' Motion for a Stay. (Doc. # 3195 ). The Motion (Doc. # 3195 ) is **GRANTED**. All proceedings against the Settling Defendants in the Provider Actions, other than those incident to the settlement process, are hereby **STAYED**. Signed by Judge R David Proctor on 10/18/2024. (CLD) (Entered: 10/18/2024) |
| 10/18/2024 | 3201 | **ORDER**: On October 18, 2024, the court granted Provider Plaintiffs' Motion to Stay. (Case No. 2:13–cv–20000–RDP, Doc. # 3200). In accordance with that Order (Case No. 2:13–cv–20000–RDP, Doc. # 3200 ), and as discussed with the parties to this case during a telephone status conference on October 18, 2024, this case is **STAYED** pending resolution of the approval process regarding the Provider track Settlement in MDL 2406. At an appropriate time, the parties to this case may move to lift the stay. Signed by Judge R David Proctor on 10/18/2024. (CLD) (Entered: 10/18/2024) |
| 10/21/2024 | 3202 | MOTION to Withdraw as Attorney *for N. Thomas Connally, III and Carrie DeLone by Elevance Health, Inc. and all of its named subsidiaries in the Actions; Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana; Aware Integrated, Inc., and BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross and Blue Shield of New Jersey; Blue Cross & Blue Shield of Rhode Island; and Cambia Health Solutions, Inc., Regence Blue Shield of Idaho, Regence BlueCross BlueShield of Utah, Regence BlueShield (of Washington), and Regence BlueCross BlueShield of Oregon* by Anthem, Inc.. (Hoover, Craig) (Entered: 10/21/2024) |
| 10/22/2024 | 3203 | **TEXT ORDER**: This matter is before the court on the Motion to Withdraw filed on behalf of attorneys N. Thomas Connally, III and Carrie DeLone of Hogan Lovells US LLP. 3202 The Motion 3202 is **GRANTED**. The Clerk of Court is directed to terminate attorneys Connally and DeLone from representing Elevance Health, Inc. and all of its named subsidiaries in the Actions; Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana; Aware Integrated, Inc., and BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross and Blue Shield of New Jersey; Blue Cross & Blue Shield of Rhode Island; and Cambia Health Solutions, Inc., Regence Blue Shield of Idaho, Regence BlueCross BlueShield of Utah, Regence BlueShield (of Washington), and Regence BlueCross BlueShield of Oregon in the MDL and in each of the cases listed in the Motion 3202 . These defendants remain represented by other counsel.. Signed by Judge R David Proctor on 10/22/2024. (KAM) (Entered: 10/22/2024) |
| 10/22/2024 | 3204 | ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT for |

419

| | | |
|---|---|---|
| | | services rendered and expenses incurred from September 1, 2024 through September 30, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $52,000.00. Signed by Judge R David Proctor on 10/22/2024. (KAM) (Entered: 10/22/2024) |
| 10/23/2024 | 3205 | MOTION for Leave to File *In Camera* by Constance Dummer, Judy Sheridan, Brett Watts. (Harris, James) (Entered: 10/23/2024) |
| 10/23/2024 | 3206 | **TEXT ORDER**: This matter is before the court on Chris Cowan's Motion for Leave to File Documents In Camera 3205 The Motion 3205 is **GRANTED**. Cowan's In Camera Appeal of the September 24, 2024, Confidential and In Camera Special Master Report and supporting evidentiary materials may be submitted to the Special Master In Camera. Signed by Judge R David Proctor on 10/23/2024. (CLD) (Entered: 10/23/2024) |
| 10/23/2024 | 3207 | Brief re 3192 MOTION for Settlement *Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement*, 3194 MOTION for Approval of a Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator *(Provider Plaintiffs) Provider Plaintiffs' Supplement to Their Memoranda of Law in Support of Their Motion for Preliminary Approval of Proposed Class Settlement and Motion for Approval of a Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator*. (Attachments: # 1 Exhibit A – Plan of Distribution, # 2 Exhibit B – Declaration of Kenneth R. Feinberg and Camille S. Biros, # 3 Exhibit C – Amended Declaration of Roma Petkauskas Regarding Proposed Notice Plan, # 4 Exhibit D – Amended Declaration of Shannon R. Wheatman, PhD on Adequacy of Notices and Notice Plan, # 5 Exhibit E – Amended Proposed Order Preliminarily Approving Settlement, # 6 Exhibit F – Amended Proposed Final Approval Order of Settlement and Final Judgment and Order of Dismissal With Prejudice)(Whatley, Joe) (Entered: 10/23/2024) |
| 11/04/2024 | 3208 | **ORDER**: Interested persons may attend the Preliminary Approval Hearing on Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement (Doc. # 3192 ) and Provider Plaintiffs' Motion for Approval of Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator (Doc. # 3194 ), scheduled to occur at **9:30 a.m. Central Time on Thursday, November 14, 2024**, either in person in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama, or by dialing USA Toll–Free: **877–692–8955**; Access Code: **3671209**. This line will provide listen–only telephone access. Signed by Judge R David Proctor on 11/4/2024. (CLD) (Entered: 11/04/2024) |
| 11/13/2024 | 3209 | NOTICE by Plaintiffs' Counsel re 3207 Brief,,,, *Provider Plaintiffs' Notice of Filing Amended Documents in Support of Their Motion for Preliminary Approval* (Attachments: # 1 Exhibit 1 – Long Form Notice, # 2 Exhibit 2 – Postcard Notice, # 3 Exhibit 3 – Email Notice, # 4 Exhibit 4 – Hospital/Facility Claim Form, # 5 Exhibit 5 – Professional Claim Form)(Whatley, Joe) (Entered: 11/13/2024) |
| 11/13/2024 | 3210 | NOTICE of Appearance by Christopher Lamar Albright on behalf of Bradford Emergency Group, LLC, Columbia Emergency Group, LLC, Duval Emergency Group, LLC, Lake Wales Emergency Physicians, LLC, Lake Oliver Emergency Group, LLC, Melbourne Emergency Group, LLC, NW Florida Emergency Physicians, LLC, Polk Emergency Group, LLC, Ridgewood Emergency Group, LLC, Rockledge Emergency Group, LLC, Sterling Emergency Services of Miami |

| | | Beach, P.A, Suwannee Emergency Group, LLC, Western Virginia Regional Emergency Physicians, LLC, Lake Spring Emergency Group, LLC, Wildwood Emergency Group, LLC, Ingleside Emergency Group, LLC, Kingsford Emergency Group, LLC (Albright, Christopher) (Entered: 11/13/2024) |
|---|---|---|
| 11/13/2024 | 3211 | Opposition to re 3207 *OUT−OF−NETWORK EMERGENCY MEDICAL PROVIDER GROUPS OBJECTION TO PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT AND MOTION FOR 30−DAY CONTINUANCE OF PRELIMINARY APPROVAL HEARIN* filed by Blue Shield of California, Duval Emergency Group, LLC, Ingleside Emergency Group, LLC, Lake Oliver Emergency Group, LLC, Lake Spring Emergency Group, LLC, Lake Wales Emergency Physicians, LLC, Melbourne Emergency Group, LLC, NW Florida Emergency Physicians, LLC, Polk Emergency Group, LLC, Ridgewood Emergency Group, LLC, Rockledge Emergency Group, LLC, Sterling Emergency Services of Miami Beach, P.A, Suwannee Emergency Group, LLC, Wildwood Emergency Group, LLC. (Albright, Christopher) (Entered: 11/13/2024) |
| 11/14/2024 | 3212 | NOTICE of Appearance by Christopher Lamar Albright on behalf of Bradford Emergency Group, LLC, Columbia Emergency Group, LLC, Duval Emergency Group, LLC, Ingleside Emergency Group, LLC, Kingsford Emergency Group, LLC, Lake Oliver Emergency Group, LLC, Lake Spring Emergency Group, LLC, Lake Wales Emergency Physicians, LLC, Melbourne Emergency Group, LLC, NW Florida Emergency Physicians, LLC, Polk Emergency Group, LLC, Ridgewood Emergency Group, LLC, Rockledge Emergency Group, LLC, Sterling Emergency Services of Miami Beach, P.A, Suwannee Emergency Group, LLC, Western Virginia Regional Emergency Physicians, LLC, Wildwood Emergency Group, LLC (Albright, Christopher) (Entered: 11/14/2024) |
| 11/14/2024 | 3213 | NOTICE by Western Virginia Regional Emergency Physicians, LLC re 3210 Notice of Appearance,, 3211 Opposition (other),, *Amended Notice of Limited Apperance* (Albright, Christopher) (Entered: 11/14/2024) |
| 11/14/2024 | | Minute Entry for proceedings held before Judge R David Proctor: Motion Hearing held on 11/14/2024 re 3192 MOTION for Settlement Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement filed by Plaintiffs' Counsel. (Court Reporter Pamela Weyant) (KSS) (Entered: 11/14/2024) |
| 11/14/2024 | 3214 | NOTICE by Plaintiffs' Counsel *of Filing Powerpoint Presentation from Preliminary Approval Hearing* (Attachments: # 1 Provider Plaintiffs' Powerpoint Presentation)(Whatley, Joe) (Entered: 11/14/2024) |
| 11/15/2024 | 3215 | **SUGGESTION OF REMAND**: Pursuant to Rule 10.1(b)(1) of the Rules of the Judicial Panel on Multidistrict Litigation, the court respectively **SUGGESTS** that the Panel **REMAND** the following case to its transferor court: Hoover, et al. v. Blue Cross and Blue Shield Association, et al., Northern District of Alabama (Southern) Case No. 2:22−cv−00261−RDP. The Clerk of Court is **DIRECTED** to serve a copy of this Suggestion of Remand on the JPML's Acting Clerk of the Panel, Marcella R. Lockert, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NE, Room G−255, North Lobby, Washington, DC 20544−0005. Signed by Judge R David Proctor on 11/15/2024. (CLD) (Entered: 11/15/2024) |
| 11/19/2024 | 3216 | Transcript of Proceedings held on November 14, 2024, before Judge R. David Proctor. Court Reporter/Transcriber Pamela G. Weyant. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber |

| | | before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 12/10/2024. Redacted Transcript Deadline set for 12/20/2024. Release of Transcript Restriction set for 2/17/2025. (CLD) (Entered: 11/19/2024) |
|---|---|---|
| 11/22/2024 | 3217 | Opposition to *Amended Out−of−Network Emergency Medical Provider Groups' Objection to Preliminary Approval of Proposed Class Settlement* filed by Bradford Emergency Group, LLC, Columbia Emergency Group, LLC, Duval Emergency Group, LLC, Lake Wales Emergency Physicians, LLC, Lake Oliver Emergency Group, LLC, Melbourne Emergency Group, LLC, NW Florida Emergency Physicians, LLC, Polk Emergency Group, LLC, Ridgewood Emergency Group, LLC, Rockledge Emergency Group, LLC, Sterling Emergency Services of Miami Beach, P.A, Suwannee Emergency Group, LLC, Western Virginia Regional Emergency Physicians, LLC, Lake Spring Emergency Group, LLC, Wildwood Emergency Group, LLC, Ingleside Emergency Group, LLC, Kingsford Emergency Group, LLC. (Albright, Christopher) (Entered: 11/22/2024) |
| 11/22/2024 | 3218 | **TEXT ORDER** – This matter is before the court on an Amended Objection to the Provider Settlement filed by non−party out−of−network emergency medicine providers. 3217 Any response to the Amended Objection 3217 **SHALL** be filed **on or before Monday, November 25, 2024**. Any reply **SHALL** be filed **on or before Monday, December 2, 2024**. Signed by Judge R David Proctor on 11/22/2024. (CLD) (Entered: 11/22/2024) |
| 11/25/2024 | 3219 | **ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT** for payment for services rendered and expenses incurred from October 1, 2024 through October 31, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $75,000.00. Signed by Judge R David Proctor on 11/25/2024. (CLD) (Entered: 11/25/2024) |
| 11/25/2024 | 3220 | Opposition to re 3217 *Defendants' Opposition to Out−of−Network Emergency Medical Provider Groups' Amended Objection to Preliminary Approval of Proposed Provider Class Settlement* filed by Defendants' Counsel. (DeMasi, Karin) (Entered: 11/25/2024) |
| 11/25/2024 | 3221 | RESPONSE to re 3217 *Provider Plaintiffs' Memorandum of Law in Opposition to Out−of−Network ER Groups' Objection* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 11/25/2024) |
| 12/02/2024 | 3222 | RESPONSE to *Reply to the Responses to Objection to Preliminary Approval of Proposed Class Settlement* filed by Bradford Emergency Group, LLC, Columbia Emergency Group, LLC, Duval Emergency Group, LLC, Lake Oliver Emergency Group, LLC, Melbourne Emergency Group, LLC, Polk Emergency Group, LLC, Ridgewood Emergency Group, LLC, Rockledge Emergency Group, LLC, Suwannee Emergency Group, LLC, Lake Spring Emergency Group, LLC, Wildwood Emergency Group, LLC, Ingleside Emergency Group, LLC, Kingsford Emergency Group, LLC. (Albright, Christopher) (Entered: 12/02/2024) |
| 12/02/2024 | 3223 | |

| | | |
|---|---|---|
| | | NOTICE by Plaintiffs' Counsel re 3207 Brief,,,, *Provider Plaintiffs' Second Notice of Filing Amended Documents in Support of Their Motion for Preliminary Approval* (Attachments: # 1 Exhibit 1 – Long Form Notice, # 2 Exhibit 2 – Hospital/Facility Claim Form, # 3 Exhibit 3 – Professional Claim Form)(Whatley, Joe) (Entered: 12/02/2024) |
| 12/03/2024 | 3224 | **ORDER**: For the reasons within, the Out–of–Network ER Groups' Objection (Doc. # 3211 ) and Amended Objection (Doc. # 3217 ) to Preliminary Approval are **OVERRULED**. The Out–of–Network ER Groups may renew their objection at the appropriate time. And, of course, if the Out–of–Network ER Groups are uncomfortable with the Release, they need not remain in the Settlement. Signed by Judge R David Proctor on 12/03/2024. (CLD) (Entered: 12/03/2024) |
| 12/04/2024 | 3225 | **MEMORANDUM OPINION AND ORDER PRELIMINARILY APPROVING PROVIDER PLAINTIFFS' SETTLEMENT AND PLAN FOR NOTICE AND APPOINTMENT OF SETTLEMENT NOTICE ADMINISTRATOR AND SETTLEMENT ADMINISTRATOR**: The terms of the Settlement Agreement are hereby **PRELIMINARILY APPROVED**. Solely for settlement purposes, Edith M. Kallas and Joe R. Whatley, Jr. of Whatley Kallas LLP are PRELIMINARILY DESIGNATED as Provider Co–Lead Counsel. BrownGreer PLC is APPOINTED as the Settlement Notice Administrator. Special Master Ed Gentle is APPOINTED as the Settlement Administrator. Provider Plaintiffs **SHALL** move for appointment of, and the court will select, a Settlement Claims Administrator to assist in the implementation of the Plan of Distribution. Within thirty (30) calendar days of entry of this Order, Settling Defendants **SHALL** cause the $100 million Notice and Administration Fund to be transferred into an Escrow Account. Any Class Member who wishes to be excluded from the Settlement Class **SHALL** mail a written notification of their intent to be excluded to the Settlement Notice Administrator at the address provided in the long–form notice, in the notices published in the media, and on the settlement website, postmarked no later than **March 4, 2025**. A Final Fairness Hearing is hereby scheduled before the undersigned to be commenced on **Tuesday, July 29, 2025 at 9:30 a.m., continuing on Wednesday, July 30, and on Thursday, July 31, 2025, if necessary**. Other instructions and information within. Signed by Judge R David Proctor on 12/04/2024. (CLD) (Entered: 12/04/2024) |
| 12/06/2024 | 3226 | **TEXT ORDER**: The court has found a discrepancy regarding certain dates in its order granting preliminary approval to the Provider Plaintiffs' settlement. 3225 To clarify, the deadline for the filing of claims and the first day of the Final Fairness Hearing are both **July 29, 2025**. Signed by Judge R David Proctor on 12/06/2024. (CLD) (Entered: 12/06/2024) |
| 12/16/2024 | 3227 | NOTICE by Defendants' Counsel *Proof of Service of Notice of Settlement Under Class Action Fairness Act* (Attachments: # 1 Declaration of Karin A. DeMasi, # 2 Exhibit A – CAFA Notice Letter)(DeMasi, Karin) (Entered: 12/16/2024) |
| 12/23/2024 | 3228 | MOTION to Withdraw as Attorney by Defendants' Counsel. (Adcox, Rachel) (Entered: 12/23/2024) |
| 12/27/2024 | 3229 | **TEXT ORDER** – This matter is before the court on the Motion to Withdraw filed by attorney Rachel J. Adcox. 3228 The Motion 3228 is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** attorney Adcox. Signed by Judge R David Proctor on 12/27/2024. (CLD) (Entered: 12/27/2024) |
| 12/27/2024 | 3230 | |

| | | |
|---|---|---|
| | | **ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT** for payment for services rendered and expenses incurred from November 1, 2024 through November 30, 2024 in this matter relating solely to services provided to the Plaintiffs, and totaling $37,500.00. Signed by Judge R David Proctor on 12/27/2024. (CLD) (Entered: 12/27/2024) |
| 01/06/2025 | 3231 | ORDER. This matter is before the court on two Complaints filed in camera with the Special Master relating to attorneys fees awarded to Patrick W. Pendley and the law firm Pendley, Baudin & Coffin, LLC in connection with the Subscriber Settlement. These Complaints are **SEVERED** from this action. The Clerk of Court is **DIRECTED** to file the Amended Complaint filed by the Ball Parties and the Complaint filed by the Dampier Parties into two separate civil actions, which will be assigned to the undersigned. The Special Master is directed to file any related filings in the two cases, and any future filings **SHALL** be filed with the court in the respective case. The parties to these to–be–filed cases are **PROHIBITED** from attempting to address the method used to determine the Subscriber attorney fee allocations in any manner in any public filing. However, the court sees no reason that these parties' disputes over the division of the award need to remain confidential. Signed by Judge R David Proctor on 1/6/2024. (KAM) (Entered: 01/06/2025) |
| 01/10/2025 | 3232 | MOTION to Disqualify Counsel *Provider Plaintiffs' Motion to Disqualify Cyril Smith and for Corrective Notice* by Plaintiffs' Counsel. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Whatley, Joe) (Entered: 01/10/2025) |
| 01/10/2025 | 3233 | **TEXT ORDER** – This matter is before the court on Provider Plaintiffs' Motion to Disqualify and for Corrective Notice. 3232 On or before **January 15, 2025**, interested parties **SHALL**meet and confer regarding a briefing schedule for the Motion. On or before **January 17, 2025**, the interested parties **SHALL** file a joint report containing a proposed briefing schedule. Signed by Judge R David Proctor on 01/10/2025. (CLD) (Entered: 01/10/2025) |
| 01/13/2025 | 3234 | NOTICE of Change of Address by Kail J Jethmalani (Jethmalani, Kail) (Entered: 01/13/2025) |
| 01/15/2025 | 3235 | RESPONSE to re 3233 *Joint Report on Proposed Briefing Schedule for Provider Plaintiffs' Motion to Disqualify Cyril Smith and for Corrective Notice* filed by Plaintiffs' Counsel. (Whatley, Joe) (Entered: 01/15/2025) |
| 01/16/2025 | 3236 | **TEXT ORDER** – This matter is before the court on the Joint Report on Proposed Briefing Schedule for Provider Plaintiffs' Motion to Disqualify Cyril Smith and for Corrective Notice. 3235 In light of the Joint Report 3235 it is **ORDERED** as follows: Smith **SHALL** respond to the Motion 3232 within fourteen days of its filing, or on or before **January 24, 2025**. Provider Plaintiffs may reply on or before **January 31, 2025**. Signed by Judge R David Proctor on 01/16/2025. (CLD) (Entered: 01/16/2025) |
| 01/16/2025 | 3237 | NOTICE OF APPEAL by Judy Sheridan, Brett Watts, Constance Dummer. Filing fee $ 605, receipt number AALNDC–4765730(ALND B–15819). Appeal Record due by 1/16/2024. (Harris, James) Modified on 1/16/2025 (CLD). (Entered: 01/16/2025) |
| 01/17/2025 | 3238 | NOTICE of Transmittal letter to the Eleventh Circuit Court of Appeals by Chris Cowan, James McDonough, Tyler Barnett, Brett Watts, Judy Sheridan and Constance Dummer. (CLD) (Entered: 01/17/2025) |

FILED

2025 Jan-17 AM 08:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

Mr. Dave Smith, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303.

U.S.D.C. No:2:13-cv-20000-RDP
U.S.C.A. No. APPEAL
IN RE:     In Re: Blue Cross Blue Shield of Antitrust Litigation MDL

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

☒        Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐        Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.;
Click here to enter text.volume(s) of transcripts;

☒        First Notice of Appeal? No   Dates of other Notices: 09/07/20222 & 9/08/2022

☐        The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐        Original papers (court file) and certified copy of docket entries per USCA request.

☐        There was no hearing from which a transcript could be made.

☐        Copy of CJA Form 20 or District Court order appointing counsel.

☒        The appellant docket fee has been paid. **Yes**Date Paid 1/16/2025

☐        The appellant has been Choose an item. leave to appeal in forma pauperis and        request for certificate of appealability (order enclosed).

☒        The Judge/Magistrate Judge appealed from is: R. David Proctor

☐        The Court Reporter is:

☐        This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Joe Bulgarella, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐        This is a **DEATH PENALTY** appeal.

☐        Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐        Other:

xc:  Counsel                          GREER M. LYNCH, Clerk

                                    By: Crystal Dockery
                                       Deputy Clerk

FILED

2025 Jan-16 PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | ) ) ) ) | **NOTICE OF APPEAL** <br><br> **Master File No.: 2:13-cv-20000-RDP** <br> **Subscriber Track Cases** |

| | | |
|---|---|---|
| This Document relates to: <br><br> **BRETT WATTS,** <br><br> Plaintiff, <br><br> vs. <br><br> **BLUE CROSS BLUE SHIELD OF TEXAS, et al.,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 2:12-cv-4180-RDP** |

| | | |
|---|---|---|
| This Document relates to: <br><br> **JUDY SHERIDAN,** <br><br> Plaintiff, <br><br> vs. <br><br> **WELLPOINT, INC., d/b/a ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY AND BLUE CROSS OF CALIFORNIA AS WELL AS BLUE CROSS OF SOUTHERN CALIFORNIA AND BLUE CROSS OF NORTHERN CALIFORNIA; CALIFORNIA PHYSICIANS' SERVICE, INC., d/b/a BLUE SHIELD OF CALIFORNIA, et al.,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 2:13-cv-00990-RDP** |

| | | |
|---|---|---|
| This Document relates to: <br><br> **BETSY JANE BELZER, CONSTANCE DUMMER, and CENTERPOINTE** | ) ) ) ) | |

| | | |
|---|---|---|
| **DENTAL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:16-cv-00570-RDP** |
| | ) | |
| **BLUE CROSS BLUE SHIELD OF** | ) | |
| **ALABAMA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEAL

Come now, the undersigned counsel, on behalf of Chris Cowan, James McDonough, Tyler Barnett, Brett Watts, Judy Sheridan and Constance Dummer, and submit this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the Confidential and *In Camera* Order in this matter dated December 17, 2024.

<div align="right">

*s/ James A Harris, III*
James A. Harris, III
Nicole M. Hardee
WATKINS & EAGER, PLLC
1904 1st Avenue North, Suite 300
Birmingham, AL 35203 23
T: 205-732-9160
E: jharris@watkinseager.com
E: nhardee@watkinseager.com
**Attorneys for Appellants**

</div>

### CERTIFICATE OF SERVICE

I hereby certify that on January 16th 2025, the foregoing pleading was filed with the Clerk of the Court and served on counsel of record via ECF.

<div align="right">

*/s/ James A. Harris, III*

</div>