FILED
2025 Jan-23 PM 12:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br><br>(MDL NO. 2406) | MASTER CASE NO. 2:13-cv-20000-RDP<br><br>This Document Relates to Provider Track Cases |

**NOTICE OF APPEARANCE**

COMES NOW Joe L. Leak of the law firm of Leak, Douglas & Morano, PC, and hereby files his notice of appearance as counsel of record for Cyril Smith ("Smith")[1] and Smith's firm, Zuckerman Spaeder LLP ("Zuckerman Spaeder") in relation to Provider Plaintiffs' Motion to Disqualify Cyril Smith and For Corrective Notice filed on January 10, 2025 (Doc. 3232).

Respectfully submitted,

*/s/ Joe L. Leak*

Joe L. Leak ASB5124A63J
LEAK, DOUGLAS & MORANO, PC
The John A. Hand Building
17 20th Street North, Suite 200
Birmingham, AL 35203
Phone: 205.977.7099
jleak@leakdouglas.com

*Attorney for Cyril Smith and Zuckerman Spaeder LLP*

[1] Smith is an attorney for the Subscriber Plaintiffs in this case. This Court appointed him to the Subscriber Plaintiffs' Steering Committee, and he is a member of the Subscribers' Settlement Committee.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, a copy of the foregoing was filed electronically using the CM/ECF system and served by US Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, which will automatically send e-mail notification of such filing to all counsel of record, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Joe L. Leak*
Joe L. Leak