FILED
2025 Jan-24  PM 6:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

FILED

2017 Jan-04  AM 11:51
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | ) ) ) | **Master File No. 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | ) | |
| **(MDL No. 2406)** | ) ) | This document relates to all cases. |
|  | ) | |

### NOTICE OF APPEARANCE

P. John Brady, Daniel D. Owen, and Brisa I. Wolfe of Polsinelli PC hereby enter their appearance as counsel of record for the third-party subpoena recipients Tenet Healthcare, Mercy Health Network, Cedars-Sinai Medical Center, Adventist Health System Sunbelt Healthcare Corporation, and University of North Carolina Health Care System in the above-captioned matter.

Respectfully submitted,

POLSINELLI PC

*/s/ Daniel D. Owen*
P. John Brady
Daniel D. Owen
Brisa I. Wolfe
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jbrady@polsinelli.com
dowen@polsinelli.com
bwolfe@polsinelli.com

*COUNSEL FOR TENET HEALTHCARE,*
*MERCY HEALTH NETWORK,*
*CEDARS-SINAI MEDICAL CENTER,*
*ADVENTIST HEALTH SYSTEM SUNBELT*
*HEALTHCARE CORPORATION, AND*
*UNIVERSITY OF NORTH CAROLINA*
*HEALTH CARE SYSTEM*

55420044.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2017, a true and correct copy of the above and foregoing was filed using the CM/ECF System, which caused notice to be sent to all counsel of record.

*/s/ Daniel D. Owen*
*COUNSEL FOR TENET HEALTHCARE,*
*MERCY HEALTH NETWORK,*
*CEDARS-SINAI MEDICAL CENTER,*
*ADVENTIST HEALTH SYSTEM SUNBELT*
*HEALTHCARE CORPORATION, AND*
*UNIVERSITY OF NORTH CAROLINA*
*HEALTH CARE SYSTEM*