# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** } | |
| } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** } | |
| **(MDL NO.: 2406)** } | This order relates to the Provider Track |
| } | |

## ORDER

In the court's December 4, 2024 Memorandum Opinion and Order Preliminarily Approving Provider Plaintiffs' Settlement and Plan for Notice and Appointment of Settlement Notice Administrator and Settlement Administrator, at the parties' suggestion the court set a deadline of February 2, 2025 for Provider Plaintiffs to move for the appointment of a Settlement Claims Administrator. (Doc. # 3225 at 56). Upon reflection, however, the court's view is that it may be prudent to have that motion presented after a Final Fairness Hearing. At that time, the scope and the complexity of the anticipated claims administration will be better known.

As they did with selecting the Notice Administrator, Provider Plaintiffs plan to use a competitive bidding process to seek an appropriately qualified Claims Administrator. This is commendable. Continuing this deadline will enable the Provider Plaintiffs to issue a request for proposals that includes more detail about the work that claims administration will require in this matter, and it is likely to result in more detailed, higher-quality proposals, as well as a projection of more certain costs.

2

For these reasons, the court *sua sponte* **ORDERS** that the deadline for Provider Plaintiffs to move for appointment of a Settlement Claims Administrator is **CONTINUED GENERALLY**, and will be addressed in connection with a motion for final approval of the Settlement.

**DONE** and **ORDERED** this January 29, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE