FILED
2025 Jan-30 AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:<br>BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br>(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to<br>Provider Track Cases** |

**JOINT REPORT ON PROPOSED BRIEFING SCHEDULE FOR
PROVIDER PLAINTIFFS' MOTION TO DISQUALIFY POLSINELLI, P.C.
AND FOR CORRECTIVE NOTICE**

Pursuant to this Court's text order of January 27, counsel for Polsinelli, P.C. ("Polsinelli"), Robert Cary of Williams & Connolly LLP and Craig Alexander of Rumberger, Kirk & Caldwell, P.A., and Provider Plaintiffs' counsel Henry Quillen of Whatley Kallas LLP met and conferred via telephone regarding a briefing schedule for the Provider Plaintiffs' Motion to Disqualify Polsinelli, P.C. and for Corrective Notice, Doc. No. 3245. Following that conference and ensuing email communications, counsel have agreed to the following briefing schedule:

Polsinelli will file its opposition on or before February 7, 2025.

Provider Plaintiffs will file their reply within seven (7) days of the filing of Polsinelli's opposition.

Respectfully submitted this the 30th day of January, 2025.

*/s/ Edith M. Kallas*
Edith M. Kallas – ***Co-Lead Counsel***
WHATLEY KALLAS, LLP
152 West 57th Street
41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr. – ***Co-Lead Counsel***
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
tbrown@whatleykallas.com

***Co-Lead Counsel for the Provider Plaintiffs***

*/s/* Craig A. Alexander
Craig A. Alexander
RUMBERGER, KIRK & CALDWELL, P.A.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Tel: (205) 572-4920
Email: calexander@rumberger.com

Robert M. Cary
(to be admitted *pro hac vice* if necessary)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5175
Email: rcary@wc.com

***Counsel for Polsinelli, P.C.***