FILED

2025 Feb-02  PM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

**[PROPOSED] ORDER GRANTING PROVIDER PLAINTIFFS' UNOPPOSED**
**MOTION FOR LEAVE TO FILE EXCESS PAGES**

This matter is before the Court on Provider Plaintiffs' Unopposed Motion for Leave to File Excess Pages (Doc. ___).  The Motion is **GRANTED**.  Provider Plaintiffs shall have 30 pages for their Memorandum in Support of their Motion for Attorneys' Fees and Expenses.

DONE this __ day of _____, 2025.

_____
**R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**

1