# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BLUE CROSS BLUE SHIELD ) | MASTER CASE NO. 3:13-cv-20000-RDP |
| ANTITRUST LITIGATION ) | |
| ) | |
| (MDL NO. 2406) ) | |

## NOTICE OF APPEARANCE

COMES NOW Michael Pablo Dowd-Nieto of Holland Law Firm LLC and hereby files his notice of appearance as additional counsel of record for Plaintiffs.

Dated: February 3, 2025        HOLLAND LAW FIRM LLC

/s/ Michael Pablo Dowd-Nieto
Michael Pablo Dowd-Nieto
211 N. Broadway, Suite 2625
St. Louis, MO  63102
314-241-8111 Telephone
314-241-5554 Facsimile
mdowd@hollandtriallawyers.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on this 3rd day of February, 2025.

        HOLLAND LAW FIRM LLC

        */s/ Michael Pablo Dowd-Nieto*
        Michael Pablo Dowd-Nieto
        211 N. Broadway, Suite 2625
        St. Louis, MO  63102
        314-241-8111 Telephone
        314-241-5554 Facsimile
        mdowd@hollandtriallawyers.com