FILED
2025 Feb-06 PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) | **MASTER CASE NO. 2:13-cv-20000-RDP** |
| | ) | |
| **(MDL NO. 2406)** | ) | **This Document Relates to Provider Track Cases** |
| | ) | |
| | ) | |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I appear as counsel on behalf of Polsinelli, PC.

I am a member in good standing of the Bar of the U.S. District Court for the District of Columbia and four other federal district courts.

Dated: February 6, 2025.

Respectfully submitted,

*/s/ William Burke*

William Burke
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
wburke@wc.com
Phone: (202) 434-5299
Fax: (202) 434-5029

**CERTIFICATE OF SERVICE**

I undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on this 6th day of February 2025.

Williams & Connolly LLP

*/s/ William Burke*
William Burke