FILED
2025 Feb-06 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) | **MASTER CASE NO. 3:13-cv-20000-RDP** |
| | ) | |
| **(MDL NO. 2406)** | ) | **This Document Relates to Provider Track Cases** |
| | ) | |

# NOTICE OF APPEARANCE

Craig A. Alexander of Rumberger Kirk & Caldwell, P.C. and hereby files his notice of appearance as one of the counsel of record for Polsinelli, P.C.

Dated: February 5, 2025

Respectfully submitted,

/s/ *Craig A. Alexander*
Craig A. Alexander

**OF COUNSEL:**

Rumberger, Kirk & Caldwell P.A., P.C.
Renasant Place, Suite 1300
2001 Park Place North
Birmingham, AL 35203
calexander@rumberger.com

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on this 6th day of February 2025.

RUMBERGER KIRK & CALDWELL PC

By: /s/ *Craig A. Alexander*
Craig A. Alexander