FILED
2025 Feb-07 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br><br>MDL No. 2406 | Master File No. 2:13-CV-20000-RDP<br><br>This Document Relates to Provider Track Cases |

**MOTION OF JOHN T. A. MALATESTA III
TO WITHDRAW AS COUNSEL**

John T. A. Malatesta III moves this Court to withdraw as counsel for defendant BlueCross BlueShield of Alabama ("BCBS Alabama") in this civil action. In support of this motion, the undersigned states as follows:

I began work in this civil action as counsel to BCBS Alabama in or around 2013. At that time, I worked as a lawyer at the law firm of Maynard Cooper & Gale (now Maynard Nexsen PC). My work in this civil action as counsel to BCBS Alabama ended several years ago, long before I joined the law firm Polsinelli PC in January 2024. To the best of my recollection, my involvement in the case stopped sometime during 2018. I cannot be more precise because I no longer have access to my files relating to BCBS Alabama, which remain at Maynard Nexsen.

I recently became aware of the filing of a motion in this civil action titled "Provider Plaintiffs' Motion to Disqualify Polsinelli, P.C. and for Corrective Notice," which brings to the

court's attention (1) my role as counsel for BCBS Alabama during my time at Maynard and (2) my current status as an attorney at Polsinelli.

I am filing this Motion to Withdraw because I no longer have an attorney-client relationship with BCBS Alabama and for the additional purpose of informing the court of the approximate time when my involvement in this litigation ended.

I am aware of the professional obligation of an attorney to keep confidential information that was gained during the course of representing a client, and I have fulfilled and will continue to fulfill that obligation with regard to my prior representation of BCBS Alabama. Additionally, Polsinelli has screened me from any involvement in, or communications about, this MDL proceeding.

WHEREFORE, the undersigned respectfully moves this Court for an order confirming that the undersigned has withdrawn from the representation of BCBS Alabama in this civil action.

Respectfully submitted,

John T. A. Malatesta