FILED
2025 Feb-11 AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | ) ) ) ) | **Master File No.: 2:13-cv-20000-RDP**<br>**Subscriber Track Cases** |
| **This Document relates to:**<br><br>**BRETT WATTS,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**BLUE CROSS BLUE SHIELD OF TEXAS, et al.,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 2:12-cv-4180-RDP** |
| **This Document relates to:**<br><br>**JUDY SHERIDAN,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**WELLPOINT, INC., d/b/a ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY AND BLUE CROSS OF CALIFORNIA AS WELL AS BLUE CROSS OF SOUTHERN CALIFORNIA AND BLUE CROSS OF NORTHERN CALIFORNIA; CALIFORNIA PHYSICIANS' SERVICE, INC., d/b/a BLUE SHIELD OF CALIFORNIA, et al.,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 2:13-cv-00990-RDP** |
| **This Document relates to:**<br><br>**BETSY JANE BELZER, CONSTANCE DUMMER, and CENTERPOINTE** | ) ) ) ) | |

| | | |
|---|---|---|
| **DENTAL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:16-cv-00570-RDP** |
| | ) | |
| **BLUE CROSS BLUE SHIELD OF ALABAMA, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF INCOMPLETE DISTRICT COURT RECORD AND NOTICE OF PENDING *IN CAMERA* MOTION TO SUPPLEMENT DISTRICT COURT RECORD ON APPEAL TO INCLUDE *IN CAMERA* DOCUMENTS UNDER SEAL

Come now the undersigned counsel on behalf of Chris Cowan, James McDonough, Tyler Barnett, Brett Watts, Judy Sheridan and Constance Dummer ("Appellants") and provide notice to the District Court of the following:

1. In compliance with the United States Court of Appeals for the Eleventh Circuit Civil Docketing Notice (Doc. 1-1) and in satisfaction of obligations under with Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure, Appellants file simultaneously herewith their Certification that no transcript will be ordered.

2. However, Appellants provide herein notice to the District Clerk that the District Court Record on appeal is not yet complete and is subject to further supplementation. On January 30, 2025, Appellants submitted the *In Camera Motion to Supplement District Court Record on Appeal to Include In Camera Documents Under Seal*. (hereinafter "Appellants' *In Camera* Motion to Supplement Record")

3. Appellants' *In Camera* Motion to Supplement Record seeks to supplement the District Court Record "Under Seal" with additional District Court documents including motions,

briefs, evidentiary materials, and orders that were received and reviewed exclusively *in camera*.

4. Appellants' *In Camera* Motion to Supplement Record remains pending before the District Court. Therefore, while Appellants require no further preparation of transcripts to complete the District Court Record, it is the position of Appellants that, absent supplementation, the District Court Record is not yet complete for transmission or review by the United States Court of Appeals for the Eleventh Circuit.

Respectfully submitted,

*s/ James A Harris, III*
James A. Harris, III
Nicole M. Hardee
WATKINS & EAGER, PLLC
1904 1st Avenue North, Suite 300
Birmingham, AL 35203 23
T: 205-732-9160
E: jharris@watkinseager.com
E: nhardee@watkinseager.com
**Attorneys for Appellants**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11th 2025, the foregoing pleading was filed with the Clerk of the Court and served on counsel of record via ECF.

*/s/ James A. Harris, III*