FILED
2025 Feb-14 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

**Subject:** BCBS Class Action Settlement: Provider Decisions & Timing: Zoom Call Invitation

**From:** Zotec Partners <zoteccommunications@sf.zotecpartners.com>
**Sent:** Tuesday, December 17, 2024 12:42 PM
**To:**
**Subject:** BCBS Class Action Settlement: Provider Decisions & Timing: Zoom Call Invitation

USE CAUTION: External Message.

-

Web Version

On December 4, 2024, a U.S. District Court in Alabama granted preliminary approval of a settlement that will be binding on every hospital and healthcare provider in the U.S. including physicians and physician groups of all types. The lawsuit claimed that all of the Blue Cross Blue Shield plans throughout the U.S. had conspired to illegally lower reimbursements to hospitals and other healthcare providers beginning in 2008, and continuing to the **present date** , in violation of U.S. antitrust laws. All hospitals and healthcare providers must decide, prior to **March 4, 2025**, whether to accept the settlement or opt out of the settlement. **The process in this case is significantly different than in other class action matters where an opt out is easier to pursue.**

Since 2016, the national law firm of Polsinelli, P.C. has been involved in this case for a wide range of healthcare providers and, most recently, advising providers as to whether they should accept the class action settlement or opt out. Polsinelli's presentation will cover the terms of the proposed settlement and the pros and cons of either accepting the settlement or opting out, as well as other options to seek direct damages against the applicable plans.

**Please join us on Thursday, December 19, 2024, at 12pm EST using the Zoom information listed below.**

1. **Topic:** BCBS Settlement Information
2. **Time:** Dec 19, 2024, 12:00 PM Indiana (East)

**Join Zoom Meeting:**

https://zotecpartners.zoom.us/j/84941261582?pwd=b8Rpv5mipYQQY7k7H9f2Ldo9mcx4x0.1

**Meeting ID:** 849 4126 1582

**Passcode:** 533690

**One tap mobile**
+13126266799,,84941261582# US (Chicago)
+16465588656,,84941261582# US (New York)

**Dial by your location**
• +1 312 626 6799 US (Chicago)
• +1 646 558 8656 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)

**Meeting ID: 849 4126 1582**

Find your local number: https://zotecpartners.zoom.us/u/k0DxvMwRQ

This email was sent by: Zotec Partners LLC
1 Zotec Way, Carmel, Indiana, 46032 United States

**Privacy Policy**

**Update Profile** **Manage Subscriptions** **Unsubscribe**