FILED
2025 Feb-14 PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**Subject:** FW: BCBS MDL Provider Settlement

**From:** Michael Velezis <MVelezis@bcbsal.org>
**Sent:** Friday, January 3, 2025 5:21 PM
**To:** J.T. Malatesta <jtmalatesta@polsinelli.com>
**Subject:** BCBS MDL Provider Settlement

**EXTERNAL EMAIL** **mvelezis@bcbsal.org**

JT,

I hope this finds you well, happy new year.

I am reaching out as I understand that your new law firm has issued a webinar encouraging providers to opt out of the recent MDL Provider Settlement in *In re Blue Cross Blue Shield*. In light of your (and other Polsinelli lawyers') representation of Blue Cross Blue Shield of Alabama in the MDL, we are evaluating the potential conflicts and ethical issues this raises.

Would you please let me know (i) whether you (and any other Polsinelli attorney who represented BCBSAL in the MDL) filed a withdrawal as an attorney for BCBSAL in the MDL, and if so, the date of those filings; (ii) your role, if any, in the effort being undertaken by the Polsinelli firm to attract opt-out provider clients; (iii) whether the Polsinelli firm has put into place any protections in light of your ongoing knowledge of the MDL Defendants' confidential information; and (iv) any other information that you think we should be aware of in evaluating this issue.

I would appreciate hearing back from you promptly. BCBSAL reserves all rights.

Michael

Michael J. Velezis
Vice President and General Counsel
205.220.6384

Blue Cross and Blue Shield of Alabama
450 Riverchase Parkway East
Birmingham, Alabama 35244

***CONFIDENTIALITY NOTICE***

This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.