FILED
2025 Feb-14  PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B



**BlueCross BlueShield**
of Alabama

January 9, 2025

**Via US Mail and Email**

J.T. Malatesta, III (jtmalatesta@polsinelli.com)
Polsinelli
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209

Chase Simmons (csimmons@polsinelli.com)
Chairman and Chief Executive Officer
Polsinelli
900 West 48th Place, Suite 900
Kansas City, MO 64112

**RE: Blue Cross Blue Shield Antitrust MDL Provider Settlement**

Dear Mr. Malatesta and Mr. Simmons:

It has come to Blue Cross and Blue Shield of Alabama's (BCBSAL) attention that Polsinelli is actively soliciting Blue Cross Blue Shield Antitrust MDL provider settlement class member opt out clients.  Attached is a January 3, 2025 email sent to Mr. Malatesta who, along with other former Maynard Cooper attorneys and staff, actively represented BCBSAL for around 10 years in the MDL prior to joining Polsinelli, requesting a prompt dialogue as we investigate various conflict and ethical issues.

Hearing nothing from Mr. Malatesta or Polsinelli, BCBSAL does not waive these conflicts as to all Polsinelli attorneys and staff that represented BCBSAL in this MDL. *See* Ala. R. Prof. Conduct 1.6 - 1.9.  Further, these conflicts are imputed under Alabama Rules of Professional Conduct to Polsinelli and all of its professionals. *See* Ala. R. Prof. Conduct 1.10.

BCBSAL does not consent to Polsinelli or any of its attorneys representing Blue Cross Blue Shield Antitrust MDL provider settlement class members or any other persons or entities in any matter related to any facts and claims made in the MDL.

By Monday, January 13, 2025, please advise in writing whether Polsinelli will immediately withdraw from any existing representation and cease soliciting or accepting any future related representations. BCBSAL reserves all rights.

Sincerely,

Michael J. Velezis
Vice President and General Counsel

J.T. Malatesta, III
Chase Simmons
January 9, 2025
Page 2


Attachment

Cc:     Barry Alexander (barry.alexander@polsinelli.com)
        Polsinelli
        555 Fayetteville Street, Suite 720
        Raleigh, NC 27601

        David King (dking@polsinelli.com)
        Polsinelli
        501 Commerce Street, Suite 1300
        Nashville, TN 37203

        Daniel Owen (dowen@polsinelli.com)
        Polsinelli
        900 West 48th Place, Suite 900
        Kansas City, MO 64112

        Starr Drum (sdrum@polsinelli.com)
        Polsinelli
        2100 Southbridge Pkwy, Suite 650
        Birmingham, AL 35209

        Sarah Glover (sglover@polsinelli.com)
        Polsinelli
        2100 Southbridge Pkwy, Suite 650
        Birmingham, AL 35209

        Adam Griffin (agriffin@polsinelli.com)
        Polsinelli
        1401 Eye ("I") Street, N.W., Suite 800
        Washington, DC 20005

## Michael Velezis

| | |
|---|---|
| **From:** | Michael Velezis |
| **Sent:** | Friday, January 3, 2025 5:21 PM |
| **To:** | jtmalatesta@polsinelli.com |
| **Subject:** | BCBS MDL Provider Settlement |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

JT,

I hope this finds you well, happy new year.

I am reaching out as I understand that your new law firm has issued a webinar encouraging providers to opt out of the recent MDL Provider Settlement in *In re Blue Cross Blue Shield*. In light of your (and other Polsinelli lawyers') representation of Blue Cross Blue Shield of Alabama in the MDL, we are evaluating the potential conflicts and ethical issues this raises.

Would you please let me know (i) whether you (and any other Polsinelli attorney who represented BCBSAL in the MDL) filed a withdrawal as an attorney for BCBSAL in the MDL, and if so, the date of those filings; (ii) your role, if any, in the effort being undertaken by the Polsinelli firm to attract opt-out provider clients; (iii) whether the Polsinelli firm has put into place any protections in light of your ongoing knowledge of the MDL Defendants' confidential information; and (iv) any other information that you think we should be aware of in evaluating this issue.

I would appreciate hearing back from you promptly. BCBSAL reserves all rights.

Michael

Michael J. Velezis
Vice President and General Counsel
205.220.6384

Blue Cross and Blue Shield of Alabama
450 Riverchase Parkway East
Birmingham, Alabama 35244