FILED
2025 Feb-14 PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

POLSINELLI.

2950 N. Harwood Street, Ste. 2100, Dallas, TX 75201 • (214) 397-0030

January 13, 2025

L. James Berglund II
(214) 661-5550
ljberglund@polsinelli.com

Via United States Mail
Via Email

Michael J. Velezis, Esq.
BlueCross BlueShield of Alabama
450 Riverchase Parkway East
Birmingham, AL 35244
MVelezis@bsbsal.org

**Re: BCBSAL**

Dear Mr. Velezis:

This letter is in response to your January 9, 2025 letter addressed to J. T. Malatesta and Chase Simmons. Mr. Malatesta informed me of your January 3, 2025 email. Polsinelli PC is aware that J. T. Malatesta, Sarah Glover, Starr Drum and Todd Panciera ("Former Maynard Attorneys") were part of the group of attorneys at Maynard Cooper & Gale PC ("Maynard") that represented BlueCross BlueShield of Alabama ("BCBSAL") in the In re Blue Cross Blue Shield MDL Litigation ("MDL Litigation"). Polsinelli PC also understands that BCBSAL does not consent to it representing parties with interests materially adverse to the interests of BCBSAL in the MDL litigation or any substantially related matter.

I have confirmed that the Former Maynard Attorneys are not in possession of any documents containing any confidential information regarding BCBSAl. In addition, they did not, and will not, disclose any information regarding their prior work in connection with the MDL Litigation to any attorneys at Polsinelli PC.

In response to your letter, Polsinelli PC represents that it is not currently advising or representing any clients in the MDL Litigation adverse to the interests of BCBSAL in the MDL Litigation and will not represent any clients materially adverse to the interests of BCBSAL in the MDL Litigation or any substantially related matters in the future.

It is Polsinelli PC's understanding that BCBSAL is the only defendant that the Maynard firm represented in the MDL Litigation when the Former Maynard Attorneys were associated with

POLSINELLI.



Maynard. The rules of professional conduct governing conflicts, therefore, do not apply with respect to the other defendants and this response only addresses representation of settlement class members or other parties adverse to the BCBSAL's interests in the MDL Litigation.

Sincerely,

/s/ *L. James Berglund II*

L. James Berglund II
Chief Legal Officer

LJB:aky