FILED

2025 Feb-14  PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit D

**Subject:**                    FW: BCBS MDL Provider Settlement

**From:** J.T. Malatesta <jtmalatesta@polsinelli.com>
**Sent:** Monday, January 13, 2025 6:03 PM
**To:** mvelezis@bcbsal.org
**Cc:** James Berglund <ljberglund@polsinelli.com>
**Subject:** {External} RE: BCBS MDL Provider Settlement

Michael,

Happy New Year.  It's nice to hear from you, albeit under these circumstances.  I was on vacation when you reached out.

I have inquired and can report on behalf of the Maynard group that moved over to Polsinelli in or around January 2024 that none of us have any knowledge, information, or involvement of or about any matters any other Polsinelli lawyers may be handling with respect to the *In re Blue Cross Blue Shield* MDL Litigation.  I can also say that no one in the Maynard group has had any _conversations or communications_ with any Polsinelli lawyers, Polsinelli clients, or prospective Polsinelli clients about this litigation since joining the firm.  As an indication of how far removed we all are, we do not know if a webinar even occurred, with whom, or on what date.

The Maynard group that moved over to Polsinelli has not handled any work for BCBSAL at Polsinelli and did not bring any documents related to BCBSAL with us to Polsinelli.  In fact, when Maynard requested one-time support from Leanne McAlpine on a discrete data question after moving over to Polsinelli, I reported to Carl Burkhalter that none of us could represent BCBSAL in any capacity.  Upon receipt of your e-mail, I verified that no one in the Polsinelli Birmingham office has had any communications with BCBSAL until I received your January 3, 2025 e-mail.

Please check with Maynard about the notices of withdrawal.  Prior to our departure, Carl reported Maynard Nexsen would be filing those as counsel of record for BCBSAL.  As you know, none of us substantively handled any aspects of that litigation once the e-discovery phase of the litigation concluded many years back even while I was at Maynard.

I hope the foregoing information addresses any possible concerns.

Best regards,

J.T.

**John Thomas Malatesta**
*Shareholder*

jtmalatesta@polsinelli.com
**205.963.7138**

Polsinelli PC, Polsinelli LLP in California

polsinelli.com

1

**From:** Michael Velezis <MVelezis@bcbsal.org>
**Sent:** Friday, January 3, 2025 5:21 PM
**To:** J.T. Malatesta <jtmalatesta@polsinelli.com>
**Subject:** BCBS MDL Provider Settlement

**EXTERNAL EMAIL**    **mvelezis@bcbsal.org**

JT,

I hope this finds you well, happy new year.

I am reaching out as I understand that your new law firm has issued a webinar encouraging providers to opt out of the recent MDL Provider Settlement in *In re Blue Cross Blue Shield*. In light of your (and other Polsinelli lawyers') representation of Blue Cross Blue Shield of Alabama in the MDL, we are evaluating the potential conflicts and ethical issues this raises.

Would you please let me know (i) whether you (and any other Polsinelli attorney who represented BCBSAL in the MDL) filed a withdrawal as an attorney for BCBSAL in the MDL, and if so, the date of those filings; (ii) your role, if any, in the effort being undertaken by the Polsinelli firm to attract opt-out provider clients; (iii) whether the Polsinelli firm has put into place any protections in light of your ongoing knowledge of the MDL Defendants' confidential information; and (iv) any other information that you think we should be aware of in evaluating this issue.

I would appreciate hearing back from you promptly. BCBSAL reserves all rights.

Michael

Michael J. Velezis
Vice President and General Counsel
205.220.6384

Blue Cross and Blue Shield of Alabama
450 Riverchase Parkway East
Birmingham, Alabama 35244


***CONFIDENTIALITY NOTICE***

This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this

message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.