FILED
2025 Feb-17 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br><br>(MDL NO. 2406) | )<br>)<br>)<br>)<br>)<br>) | MASTER CASE NO. 3:13-cv-20000-RDP |

**NOTICE OF WITHDRAWAL NOTICE OF APPEARANCE**

The undersigned counsel requests that the Court withdraw his entry of appearance as counsel filed in the "relates to all cases" matter which was filed on February 3, 2025 (Doc. No.: 3261). Counsel submits that he inadvertently filed his entry of appearance in this matter, instead of filing his entry in the Provider Action only.

Counsel intends on filing a new Notice of Appearance for this University of Missouri Plaintiff to be filed in the "relates to the provider track" cases.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion withdrawing the undersigned as counsel of record, and for all further relief deemed just and proper.

Dated: February 17, 2025

HOLLAND LAW FIRM LLC

*/s/ Patrick R. Dowd*

Patrick R. Dowd
211 N. Broadway, Suite 2625
St. Louis, MO 63102
314-241-8111 Telephone
314-241-5554 Facsimile
pdowd@hollandtriallawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on this 17th day of February, 2025.

HOLLAND LAW FIRM LLC

*/s/ Patrick R. Dowd*
Patrick R. Dowd
211 N. Broadway, Suite 2625
St. Louis, MO 63102
314-241-8111 Telephone
314-241-5554 Facsimile
pdowd@hollandtriallawyers.com