FILED
2025 Feb-17 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) | MASTER CASE NO. 3:13-cv-20000-RDP |
| | ) | |
| | ) | |
| (MDL NO. 2406) | ) | |

**PROPOSED ORDER**

Counsel, Michael Pablo Dowd-Nieto's, Notice to Withdraw Notice of Appearance for Plaintiffs in the "relates to all cases" matter is called, heard, and GRANTED.

IT IS SO ORDERED:

Dated: ______________________  ______________________________
JUDGE