FILED
2025 Feb-18 PM 12:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) | MASTER CASE NO. 3:13-cv-20000-RDP |
| | ) | |
| | ) | This Document Relates to the Provider Track |
| (MDL NO. 2406) | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Michael Pablo Dowd-Nieto of Holland Law Firm LLC and hereby files his notice of appearance as additional counsel of record for Plaintiffs.

Dated: February 18, 2025

HOLLAND LAW FIRM LLC

*/s/ Michael Pablo Dowd-Nieto*

Michael Pablo Dowd-Nieto
211 N. Broadway, Suite 2625
St. Louis, MO 63102
314-241-8111 Telephone
314-241-5554 Facsimile
mdowd@hollandtriallawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on this 18th day of February, 2025.

HOLLAND LAW FIRM LLC

*/s/ Michael Pablo Dowd-Nieto*

Michael Pablo Dowd-Nieto
211 N. Broadway, Suite 2625
St. Louis, MO 63102
314-241-8111 Telephone
314-241-5554 Facsimile
mdowd@hollandtriallawyers.com