# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**<br><br>**MDL NO. 2406** | Master File No. 2:13-CV-20000-RDP<br><br>This Document Relates to<br>Provider Track Cases |

## JOINT NOTICE OF WITHDRAWAL OF PROVIDER PLAINTIFFS' MOTION TO DISQUALIFY CYRIL SMITH AND FOR CORRECTIVE NOTICE

Provider Plaintiffs, Cyril Smith, and Zuckerman Spaeder, LLP (together, the "Parties") have reached an agreement to withdraw the Provider Plaintiffs' Motion to Disqualify Cyril Smith and For Corrective Notice [Doc. 3232] ("Motion"). In reliance on that agreement and the representations therein, the Parties hereby provide notice of the withdrawal of the Motion with prejudice.

Dated:  February 20, 2025                Respectfully submitted,


/s/ *Joe L. Leak*_____
Joe L. Leak ASB5124A63J
Michael J. Douglas ASB2888C52D
LEAK, DOUGLAS & MORANO, PC
The John A. Hand Building
17 20th Street North, Suite 200
Birmingham, AL 35203
Phone: 205.977.7099
jleak@leakdouglas.com
mdouglas@leakdouglas.com

*Attorneys for Respondents Cy Smith and Zuckerman Spaeder LLP*

<div style="column-count:2">

*/s/ Edith M. Kallas*
Edith M. Kallas – ***Co-Lead Counsel***
WHATLEY KALLAS, LLP
152 West 57th Street
41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr. – ***Co-Lead Counsel***
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
          tbrown@whatleykallas.com

Barry Alan Ragsdale – ***Plaintiffs' Liaison Counsel and Discovery Liaison Counsel***
Dominick Feld Hyde, PC
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Tel: (205) 536-8888
bragsdale@dfhlaw.com

Dennis Pantazis – ***Plaintiffs' Steering Committee***
Brian Clark – ***Discovery Committee***
WIGGINS CHILDS PANTAZIS FISHER GOLDFARB
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel: (205) 314-0500
Fax: (205) 254-1500
Email: dgp@wigginschilds.com
          bclark@wigginschilds.com

Aaron S. Podhurst – ***Plaintiffs' Steering Committee***
Peter Prieto – ***Chair, Expert Committee***
PODHURST ORSECK, P.A.
One S.E. 3rd Avenue
Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
Email: apodhurst@podhurst.com
          pprieto@podhurst.com

U.W. Clemon – ***Plaintiffs' Steering Committee***
U. W. Clemon, LLC
5202 Mountain Ridge Parkway
Birmingham, AL 35222
Tel: (205) 837-2898
Email: uwclemon1@gmail.com

</div>

Samuel Issacharoff
40 Washington Square South
New York, NY 10012
212.998.6580
si13@nyu.edu

| | |
|---|---|
| J. Mark White – ***Litigation Committee***<br>Augusta S. Dowd – ***Chair, Litigation Committee***<br>Linda G. Flippo – ***Discovery Committee***<br>WHITE ARNOLD & DOWD, P.C.<br>2001 Park Place North<br>Suite 1400<br>Birmingham, AL  35203<br>Tel: (205) 323-1888<br>Fax: (205) 323-8907<br>Email: mwhite@whitearnolddowd.com<br>           adowd@whitearnolddowd.com<br>           lflippo@whitearnolddowd.com | W. Daniel Miles, III – ***Written Submissions Committee***<br>BEASLEY ALLEN CROW METHVIN PORTIS<br> & MILES, P.C.<br>218 Commerce Street<br>Montgomery, AL 36104<br>Tel: (800) 898-2034<br>Fax: (334) 954-7555<br>Email: dee.miles@beasleyallen.com |
| Mark K. Gray – ***Discovery Committee***<br>GRAY & WHITE<br>713 E. Market Street, Suite 200<br>Louisville, KY 40202<br>Tel: (502) 805-1800<br>Fax: (502) 618-4059<br>Email: mgray@grayandwhitelaw.com | Myron C. Penn – ***Discovery Committee***<br>PENN & SEABORN, LLC<br>53 Highway 110<br>Post Office Box 5335<br>Union Springs, AL 36089<br>Tel: (334) 738-4486<br>Fax: (334) 738-4432<br>Email: myronpenn28@hotmail.com |
| Patrick J. Sheehan<br>WHATLEY KALLAS, LLP<br>101 Federal Street<br>19th Floor<br>Boston, MA 10019<br>Tel: (617) 573-5118<br>Fax: (617) 371-2950<br>Email: psheehan@whatleykallas.com | Henry C. Quillen<br>WHATLEY KALLAS, LLP<br>159 Middle Street<br>Suite 2C<br>Portsmouth, NH 03801<br>Tel: (603) 294-1591<br>Fax: (800) 922-4851<br>Email: hquillen@whatleykallas.com |
| Deborah J. Winegard<br>WHATLEY KALLAS, LLP<br>1068 Virginia Avenue, NE<br>Atlanta, GA 30306<br>Tel: (404) 607-8222<br>Fax: (404) 607-8451<br>Email: dwinegard@whatleykallas.com | Charles Clinton Hunter<br>HAYES HUNTER PC<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Tel: (281) 768-4731<br>Fax: (713) 583-7047<br>Email: chunter@hayeshunterlaw.com |

E. Kirk Wood, Jr. – ***Local Facilitating Counsel***
WOOD LAW FIRM LLC
P. O. Box 382434
Birmingham, AL 35238
Tel: (205) 612-0243
Fax: (205) 705-1223
Email: kirk@woodlawfirmllc.com

Nicholas B. Roth – ***Chair, Discovery Committee***
Julia Smeds Roth – ***Discovery Committee***
EYSTER KEY TUBB ROTH MIDDLETON & ADAMS, LLP
402 East Moulton Street, SE
Decatur, AL 35602
Tel: (256) 353-6761
Fax: (256) 353-6767
Email: nbroth@eysterkeylaw.com
         jroth@eysterkeylaw.com

Van Bunch – ***Chair, Class Certification Committee***
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
Email: vbunch@bffb.com

Robert J. Axelrod – ***Chair, Written Submissions Committee***
AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
Tel: (646) 448-5263
Fax: (212) 840-8560
Email: raxelrod39@gmail.com

Dennis C. Reich – ***Chair, Damages Committee***
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
Email: dreich@reichandbinstock.com

David A. Balto – ***Expert Committee***
THE LAW OFFICES OF DAVID A. BALTO
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 789-5424
Fax: (202) 589-1819
Email: david.balto@dcantitrustlaw.com

Joey K. James – ***Litigation Committee***
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel: (256) 764-0095
Fax: (256) 767-5705
Email: joey@joeyjameslaw.com

Richard S. Frankowski – ***Discovery Committee***
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, AL 35233
Tel: (205) 390-0399
Fax: (205) 390-1001
Email: richard@frankowskifirm.com

John C. Davis – ***Written Submissions Committee***
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel: (850) 222-4770
Email: john@johndavislaw.net

Lynn W. Jinks, III – ***Expert Committee***
Christina D. Crow – ***Discovery Committee***
JINKS CROW, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel: (334) 738-4225
Fax: (334) 738-4229
Email: ljinks@jinkslaw.com
　　　　ccrow@jinkslaw.com

Stephen M. Hansen – ***Class Certification Committee***
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel: (253) 302-5955
Fax: (253) 301-1147
Email: steve@stephenmhansenlaw.com

C. Wes Pittman – ***Settlement Committee***
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue
Panama City, FL 32401
Tel: (850) 784-9000
Fax: (850) 763-6787
Email: wes@pittmanfirm.com

Robert B. Roden – ***Litigation Committee***
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel: (205) 933-8383
Fax: (205) 933-8386
Email: rroden@shelbyroden.com

Michael C. Dodge – ***Expert Committee***
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel: (972) 419-7172
Email: mdodge@gpm-law.com

Michael E. Gurley, Jr. – ***Discovery Committee***
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel: (205) 908-6512
Email: mgurleyjr@yahoo.com

Harley S. Tropin – ***Damages Committee***
Javier A. Lopez – ***Discovery Committee***
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: hst@kttlaw.com
　　　　jal@kttlaw.com

J. Preston Strom, Jr. – ***Litigation Committee***
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel: (803) 252-4800
Fax: (803) 252-4801
Email: petestrom@stromlaw.com

Thomas V. Bender – ***Discovery Committee***
Dirk L. Hubbard
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Tel: (816) 421-0700
Email: tbender@hab-law.com
　　　　dhubbard@hab-law.com

Gregory S. Cusimano – ***Litigation Committee***
CUSIMANO, ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL 35901
Phone: (256) 543-0400
Fax: (256) 543-0488
Email: greg@alalawyers.net

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel: (320) 289-2363
Fax: (320) 289-2369
Email: brian@wojtalewiczlawfirm.com

Archie C. Lamb, Jr.
ARCHIE LAMB & ASSOCIATES, LLC
301 19th Street North, Suite 585
The Kress Bldg.
Birmingham, AL 35203-3145
(205) 458-1210
Email: alamb@archielamb.com

Paul Lundberg
LUNDBERG LAW, PLC
600 4TH Street, Suite 906
Sioux City, IA 51101
Tel: (712) 234-3030
Fax: (712) 234-3034
Email: paul@lundberglawfirm.com

Gary E. Mason – ***Class Certification Committee***
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DC 20036
Tel: (202) 429-2290
Fax: (202) 640-1160
Email: gmason@wbmllp.com

Michael L. Murphy – ***Discovery Committee***
BAILEY GLASSER LLP
910 17th Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103
Email: mmurphy@baileyglasser.com

Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel: (719) 471-1984
Fax: (719) 577-4356
Email: lance@searsassociates.com

Jessica Dillon
Ray R. Brown
Molly Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK 99501
Tel: (907) 277-5400
Fax: (907) 277-9896
Email: Jessica@dillonfindley.com
   Ray@dillonfindley.com
   Molly@dillonfindley.com

| | |
|---|---|
| Gwen Simons<br>Simons & Associates Law, P.A.<br>P.O. Box 1238<br>Scarborough, ME 04070-1238<br>Tel: (207) 205-2045<br>Fax: (207) 883-7225<br>Email: gwen@simonsassociateslaw.com | Allyson C. Dirksen<br>HEIDMAN LAW FIRM, P.L.L.C.<br>1128 Historic 4th Street<br>P. O. Box 3086<br>Sioux City, IA 51101<br>Tel: (712) 255-8838<br>Fax (712) 258-6714<br>Email: allyson.dirksen@heidmanlaw.com |

*Counsel for Provider Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2025, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

/s/*Joe L. Leak*
Joe L. Leak

*Counsel for Respondents Cy Smith and Zuckerman Spaeder LLP*

10073241.1