FILED
2025 Mar-06 AM 09:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-10177

---

In Re: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION MDL 2406

---

PLAINTIFFS' COUNSEL, et al.,
Plaintiffs,

R. CHRISTOPHER COWAN,
JAMES MCDONOUGH,
JUDY SHERIDAN,
CONSTANCE DUMMER,
TYLER J. BARNETT,
BRETT WATTS,

Plaintiffs-Appellants,

*versus*

ANTHEM, INC.,
EXCELLUS HEALTH PLAN, INC.,
d.b.a.Excellus BlueCrossBlueShield,
PREMERA BLUE CROSS,
BLUE CROSS BLUE SHIELD OF ARIZONA, et al.,
DEFENDANTS' COUNSEL,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:13-cv-20000-RDP

---

ORDER:

Appellants' motion to stay this appeal pending resolution of its request to supplement the record on appeal is DENIED AS MOOT.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE