IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | Master File No. 2:13-CV-20000-RDP<br><br>This document relates to the Subscriber Track. |

### ORDER MAKING PUBLIC THE COURT'S *IN CAMERA* APPROVING A LOCAL SERVICE AND SUPPORT FEE PURSUANT TO THE APPROVED SUBSCRIBER SETTLEMENT

Appendix D, Paragraph 10 of the Subscriber Settlement Agreement (Doc. 2610-2) establishes a Local Service and Support Fee ("LSSF") that is "[s]ubject to final approval" by this court. The court approved the LSSF in an *in camera* order ("the Order") dated September 25, 2024. The Monitoring Committee has since requested that the Order be publicly entered on the above-captioned docket. By consenting to the Order being made public, the Monitoring Committee and settling parties are not, in any way, intending to depart from or waive any applicable privileges or confidentiality protections, including any applicable mediation privileges, common interest privileges, or the confidentiality provisions set forth in Paragraph 20 or Appendix E, Paragraph 1(f) of the Subscriber Settlement Agreement.

**DONE** and **ORDERED** this March 7, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE