FILED
2025 Mar-13 PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B – Anthem BCBS's Rule 7.1 Disclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

OWENS & MINOR, INC., ET AL.

vs.

ANTHEM HEALTH PLANS OF VIRGINIA, INC.

Civil/Criminal Action No. 3:24-cv-820

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield is a wholly-owned subsidiary of Anthem Southeast, Inc., which is a wholly-owned subsidiary of Elevance Health, Inc. (f/k/a Anthem, Inc.), which is a publicly held corporation.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for __________ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for __________ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

1/17/2025
Date

/s/ John M. Erbach
Signature of Attorney or Litigant
Counsel for Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield