FILED
2025 Mar-13 PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | ) ) ) | **Master File No. 2:13-CV-20000-RDP** |

**[PROPOSED] ORDER GRANTING
ANTHEM HEALTH PLANS OF VIRGINIA INC.'S
MOTION TO ENFORCE THE COURT'S INJUNCTION
REGARDING SUBSCRIBER CLASS MEMBER'S RELEASED CLAIMS**

Before the Court is Anthem Health Plans of Virginia Inc.'s ("Anthem") Motion to Enforce the Court's Injunction ("Motion"). Having reviewed the Motion, the Court finds that Owens & Minor Inc.'s and Owners & Minor Flexible Benefits Plans' (together, "OMI") claims challenging Blue Cross Blue Shield Association rules, including the BlueCard Program and related fees, in *Owens & Minor, Inc., et al. v. Anthem Health Plans of Virginia, Inc.*, Case No. 3:24-CV-820 (E.D. Va.) (the "Virginia Action") are Released Claims under the terms of the Subscriber Settlement Agreement, approved by this Court (ECF No. 2931). The Released Claims include any claims that OMI has asserted in its Amended Complaint based on the factual allegations asserted in paragraphs 56 through 65 of OMI's Amended Complaint. As such, it is hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that OMI is ENJOINED from prosecuting any and all claims relating to Blue Cross Blue Shield Association rules, including the BlueCard Program and related fees, in the Virginia Action, *see, e.g.* Am. Compl. ¶¶ 56-65, 98; and it is

FURTHER ORDERED that OMI shall DISMISS those Released Claims in the Virginia Action within 14 days from the date hereof.

IT IS SO ORDERED

Entered this _____ day of _______, 2025.

_______________________________

Hon. R. David Proctor
Chief U.S. District Judge