# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | ) ) ) ) ) Master File No. 2:13-CV-20000-RDP |

## JOINT REPORT ON PROPOSED BRIEFING SCHEDULE FOR ANTHEM HEALTH PLANS OF VIRGINIA INC.'S MOTION TO ENFORCE THE COURT'S INJUNCTION REGARDING SUBSCRIBER CLASS MEMBER'S RELEASED CLAIMS

Pursuant to this Court's March 14, 2025 order, counsel for Anthem Health Plans of Virginia Inc. ("Anthem") and counsel for Owens & Minor, Inc. and Owners & Minor Flexible Benefits Plans (together, "O&M") met and conferred via email regarding a briefing schedule for Anthem's Motion to Enforce the Court's Injunction Regarding Subscriber Class Member's Released Claims, ECF No. 3289 (the "Motion"). Counsel have agreed to the following briefing schedule:

OMI will file its Response to the Motion on or before March 31, 2025.

Anthem will file its Reply in support of the Motion on or before April 10, 2025.

Respectfully submitted this 21st day of March, 2025.

/s/ *E. Desmond Hogan*
Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Elizabeth Jose
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5901
craighoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com

elizabethjose@hoganlovells.com

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

*Counsel for Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. I further certify that a true and correct copy of the foregoing was served via electronic mail on the following:

COMMONWEALTH LAW GROUP
Seth Carroll
Matthew Lastrapes
3311 West Broad Street
Richmond, VA 23230
Phone: (804) 551-9650
Facsimile: (866) 238-6415
scarroll@hurtinva.com
mlastrapes@hurtinva.com

PLEVIN & GALLUCCI COMPANY LPA
Frank Gallucci, III
55 Public Square
Suite 2222
Cleveland, OH 44113
Phone: (216) 861-0804
fgallucci@pglawyer.com

THE LANIER LAW FIRM, P.C.
W. Mark Lanier
Benjamin Major
Ryan D. Ellis
Julian Cokic
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
WML@lanierlawfirm.com
Ben.Major@lanierlawfirm.com
Ryan.Ellis@lanierlawfirm.com
Julian.Cokic@lanierlawfirm.com

*Counsel for Owens & Minor, Inc. and Owens & Minor Flexible Benefits Plan*

/s/ *E. Desmond Hogan*
E. Desmond Hogan
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5901
desmond.hogan@hoganlovells.com