FILED
2025 Mar-28 AM 10:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHEN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | MASTER CASE NO. 2:13-CV-20000-RDP |
| BLUE CROSS BLUE SHIELD | ) | |
| ANTITRUST LITIGATION | ) | This Document Relates to the Provider Track |
| | ) | |
| (MDL NO. 2406) | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Devan L. Byrd, of Byrd Firm, PLLC, and hereby files her notice of appearance as counsel for Plaintiffs, Owens & Minor, Inc. and Owens & Minor Flexible Benefits Plan.

Dated: March 28, 2025

BYRD FIRM, PLLC

*/s/ Devan L. Byrd*

Devan L. Byrd
Byrd Firm, PLLC
Post Office Box 59133
Birmingham, AL 35259
Telephone: (205) 882-5220
Email: devan@thebyrdfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving notices on this 28th day of March, 2025.

BYRD FIRM, PLLC

*<u>/s/ Devan L. Byrd</u>*

Devan L. Byrd
Byrd Firm, PLLC
Post Office Box 59133
Birmingham, AL 35259
Telephone: (205) 882-5220
Email: devan@thebyrdfirm.com