FILED

2025 Mar-31  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

Case 3:23-cv-00820-REP  Document 40  Filed 03/26/25  Page 1 of 3 PageID# 778

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| OWENS & MINOR, INC. and OWENS & MINOR FLEXIBLE BENEFITS PLAN,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>Defendant. | Case No. 3:23-cv-00820-REP |

**JOINT NOTICE OF RELATED MOTION FILED
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

Plaintiffs Owens & Minor, Inc. and Owens & Minor Flexible Benefits Plan ("OMI") and

Defendant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield

("Anthem"), by counsel, jointly notify the Court as follows:

1.  OMI is a class member who did not opt out of Subscriber Class Settlement in *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2:13-cv-20000-RDP (N.D. Ala.) (Proctor, J.).  The Subscriber Class Settlement Agreement includes a release of certain claims.

2.  Anthem contends that a subset of the claims that OMI asserts in its First Amended Complaint, ECF No. 25, relating to the Blue Cross Blue Shield Association system, including the BlueCard program, were released as part of the Subscriber Class Settlement Agreement.

3.  OMI contends that these claims were not released as part of the Subscriber Class Settlement Agreement.

4.     The parties met and conferred and exchanged correspondence on this issue, but were unable to reach agreement.

5.     The Northern District of Alabama has retained exclusive jurisdiction to interpret and enforce the Subscriber Class Settlement Agreement. (ECF No. 34 at 17 n.15.)

6.     On March 13, 2025, Anthem filed a Motion to Enforce the Court's Injunction Regarding Subscriber Class Member's Released Claims in *In re Blue Cross Blue Shield Antitrust Litigation*, Case No. 2:13cv20000-RDP (N.D. Ala.), ECF No. 3289 (the "MDL Motion"). A complete copy of the MDL Motion together with all exhibits thereto is attached hereto as **Exhibit A**.

7.     Pursuant to an order from the Northern District of Alabama, the parties have conferred and agreed on a proposed briefing schedule for the MDL Motion whereby OMI will respond to the MDL Motion no later than March 31, 2025, and Anthem will file a reply no later than April 10, 2025. The parties will report back to this Court regarding the disposition of the MDL Motion and any other material developments in that proceeding.

Respectfully submitted,

| | |
|---|---|
| */s/ Seth Carroll* | */s/ John M. Erbach* |
| Seth Carroll (VA Bar No. 74745) | Hugh M. Fain, III (VA Bar No. 26494) |
| Matthew Lastrapes (VA Bar No. 84097) | John M. Erbach (VA Bar No. 76695) |
| 3311 West Broad Street | Christopher W. Bascom (VA Bar No. 87302) |
| Richmond, VA 23230 | Spotts Fain PC |
| Telephone: (804) 551-9650 | 411 E. Franklin Street, Suite 600 |
| Fax: (866) 238-6415 | Richmond, VA 23219 |
| scarroll@hurtinva.com | Telephone: (804) 697-2040 |
| mlastrapes@hurtinva.com | Fax: (804) 697-2140 |
| COMMONWEALTH LAW GROUP | hfain@spottsfain.com |
| | jerbach@spottsfain.com |
| W. Mark Lanier (pro hac vice) | cbacsom@spottsfain.com |
| Benjamin Major (pro hac vice) | |
| Ryan D. Ellis (pro hac vice) | |
| Julian Cokic (pro hac vice) | |

10940 W. Sam Houston Pkwy N. Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
Fax: (713) 659-2204
WML@lanierlawfirm.com
Ben.Major@lanierlawfirm.com
Ryan.Ellis@lanierlawfirm.com
Julian.Cokic@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.

Frank Gallucci (pro hac vice)
55 Public Square, Suite 2222
Cleveland, Ohio 44113
Telephone: (216) 861-0804
Fax: (216) 861-5322
FGallucci@pglawyer.com
PLEVIN AND GALLUCCI CO., LPA

*Counsel for Plaintiffs Owens & Minor, Inc.
and Owens & Minor Flexible Benefits Plan*

E. Desmond Hogan (*pro hac vice*)
Briana L. Black (*pro hac vice*) Daniel
Balmori (*pro hac vice*) W. David
Maxwell (*pro hac vice*) HOGAN
LOVELLS US LLP 555 Thirteenth
Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
desmond.hogan@hoganlovells.com
briana.black@hoganlovells.com
daniel.balmori@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Defendant
Anthem Health Plans of Virginia, Inc.*