FILED

2025 Mar-31  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD | § | |
| ANTITRUST LITIGATION | § | Master File No. 2:13-CV-20000-RDP |
| | § | |
| (MDL No. 2406) | § | |

## [PROPOSED] ORDER DENYING ANTHEM HEALTH PLANS OF VIRGINIA, INC.'S MOTION TO ENFORCE THE COURT'S INJUNCTION REGARDING SUBSCRIBER CLASS MEMBER'S RELEASED CLAIMS

Before the Court is Anthem Health Plans of Virginia Inc.'s ("Anthem") Motion to Enforce the Court's Injunction ("Motion"). Having reviewed the Motion, the Response thereto filed by Owens & Minor Inc.'s and Owners & Minor Flexible Benefits Plans (together, "OMI"), and any reply, the Court finds that OMI's claims referencing Blue Cross Blue Shield Association rules, including the BlueCard Program and related fees, in *Owens & Minor, Inc., et al. v. Anthem Health Plans of Virginia, Inc.*, Case No. 3:24-CV-820 (E.D. Va.) (the "Virginia Action") are not Released Claims under the terms of the Subscriber Settlement Agreement, approved by this Court (ECF No. 2931). As such, it is hereby:

ORDERED that the Motion is DENIED.

Entered this _____ day of _____, 2025.

_____
Hon. R. David Proctor
Chief U.S. District Judge