FILED
2025 Apr-01 PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHEN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | MASTER CASE NO. 2:13-CV-20000-RDP |
| BLUE CROSS BLUE SHIELD | ) | |
| ANTITRUST LITIGATION | ) | This Document Relates to the Provider Track |
| | ) | |
| (MDL NO. 2406) | ) | |

**NOTICE OF CERTIFICATION OF PRO HAC VICE REQUIREMENTS FOR BENJAMIN T. MAJOR**

COMES NOW, attorney Benjamin T. Major who is seeking admission Pro Hac Vice on behalf of Plaintiffs, Owens & Minor, Inc. and Owens & Minor Flexible Benefits Plan. Attorney Benjamin T. Major applied for admission Pro Hac Vice on March 28, 2025 (Doc. 3296). Pursuant to Order Doc. 3298, attorney Benjamin T. Major hereby certifies the following:

1. I have read and understand the Local Rules of the United States District Court for the Northern District of Alabama.
2. I have read and understand the Alabama State Bar Code of Professional Courtesy and the Lawyers Creed.
3. I have read and understand the CM/ECF requirements for this Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: April 1, 2025

*/s/ Benjamin T. Major*

Benjamin T. Major, *pro hac vice pending*
Texas Bar No. 24074639
The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N., Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
Ben.Major@lanierlawfirm.com

Respectfully submitted,

*/s/ Devan L. Byrd*
Devan L. Byrd
Byrd Firm, PLLC
Post Office Box 59133
Birmingham, AL 35259
Telephone: (205) 882-5220
Email: devan@thebyrdfirm.com

*/s/ Benjamin T. Major*
Benjamin T. Major, *pro hac vice pending*
Texas Bar No. 24074639
Kyle D. Schnitzer, *pro hac vice pending*
Texas Bar No. 24083811
The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N., Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
Ben.Major@lanierlawfirm.com
Kyle.Schnitzer@lanierlawfirm.com

*Counsel for Owens & Minor, Inc and*
*Owens & Minor Flexible Benefits Plan*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's CM/ECF system on all parties receiving notices on this 1st day of April, 2025.

*/s/ Devan L. Byrd*
Devan L. Byrd