IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD }<br>}<br>ANTITRUST LITIGATION }<br>(MDL NO.: 2406) }<br>} | Master File No.: 2:13-CV-20000-RDP<br><br>This order relates to the Provider Track |

## **ORDER**

This matter is before the court on an informal request from one of the law firms identified in the court's March 25, 2025 Order (Doc. # 3294) as representing Provider opt outs who may be receiving third party funding in connection with their representation. The informal request seeks to submit *in camera* the written materials that are responsive to the court's Order that are due on April 9, 2025. The informal request is **GRANTED**.

The four firms identified in the court's Order (Doc. # 3294) as representing the opting-out Class Members (Paul Hastings, K&L Gates, McKool Smith, and Bartko Pavia) **SHALL** submit the relevant information (*i.e.*, whether their clients have received third-party funds) in writing to the Special Master, who will transmit that information to the court.

Additionally, the video conference scheduled for April 16, 2025 is **CONTINUED GENERALLY**. After reviewing the written materials, the court will determine whether and when to reset the hearing and to what extent disclosure of the materials to the parties is required and/or warranted.

The Settling Parties **SHALL** work with the Settlement Notice Administrator and the Settlement Administrator to promptly provide copies of this Order to the relevant firms.

**DONE** and **ORDERED** this April 8, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE