FILED
2025 Apr-08 PM 07:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION
(MDL No. 2406)**

**Master File No. 2:13-cv-20000-RDP**

**This document relates to all cases.**

**MOTION TO WITHDRAW**

Comes now David J. Guin, on behalf of Harold S. Reeves, respectfully moves this Honorable Court to withdraw Mr. Reeves as one of the counsel of record for Plaintiffs in the above-styled case.

Mr. Reeves is no longer affiliated with Cooper and Kirk, PLLC and the remaining listed counsel for Plaintiffs will continue to represent the parties.

WHEREFORE the undersigned respectfully requests that this Honorable Court enter an Order allowing the undersigned to withdraw from the representation of Plaintiffs.

Dated: April 8, 2025

Respectfully submitted,

*/s/ David J. Guin*

David J. Guin
GUIN & EVANS, LLC
P.O. Box 380723
Birmingham, AL 35238
Tel: (205) 527-1806
Fax: (205) 413-8716
davidg@guinevans.com

Harold S. Reeves
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
(202) 220-9600
hsreeves@cooperkirk.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, David J. Guin, on behalf of Harold S. Reeves, hereby certify that on this 8th day of April, 2025, I filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

Dated: April 8, 2025

/s/ David J. Guin
David J. Guin

*Counsel for Plaintiffs*