FILED
2025 Apr-22 AM 09:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) ) | **Case no. 2:13-cv-20000-RDP** |
| **MDL NO. 2406** | ) ) | |

# MOTION TO WITHDRAW

Defendant Blue Cross Blue Shield of Michigan, Inc. respectfully requests the Court's leave for Cason M. Kirby to withdraw as counsel of record. Andrew P. Campbell, Todd M. Stenerson, Brian C. Hauser, Rachel Zieminski, Jacob N. Kotler, Sara Cylkowski, and Alexandra Markel will continue to represent Defendant Blue Cross Blue Shield of Michigan, Inc.

Respectfully submitted this the 22nd day of April, 2025.

*<u>/s/ Andrew P. Campbell</u>*
Andrew P. Campbell
Campbell Partners, LLC
505 20th Street North,
Suite 1600
Birmingham, AL 35203
Tel.: (205) 224-0750
Fax: (205) 656-2570
andy@campbellpartnerslaw.com

*Counsel for Defendant Blue Cross Blue Shield of Michigan, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of April, 2025, I filed the foregoing with the clerk of the Court through the CM/ECF system, which electronically serve all counsel of record.

*/s/ Andrew P. Campbell*
Of Counsel