FILED
2025 Apr-23  PM 06:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

### [PROPOSED] ORDER GRANTING PROVIDER PLAINTIFFS' UNOPPOSED
### MOTION FOR LEAVE TO FILE EXCESS PAGES

This matter is before the Court on Provider Plaintiffs' Unopposed Motion for Leave to File

Excess Pages (Doc. ___).  The Motion is **GRANTED**.  Provider Plaintiffs shall have 40 pages for

their Memorandum in Support of their Motion for Final Approval of Proposed Class Settlement.

DONE this __ day of _____, 2025.

_____
**R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**