FILED
2025 Apr-24  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | Master File No. 2:13-CV-20000-RDP<br><br>This Document Relates to<br>Provider Track Cases |

**PROVIDER CO-LEAD COUNSEL CORRECTED JOINT DECLARATION IN**
**SUPPORT OF PROVIDER PLAINTIFFS' MOTION FOR FINAL APPROVAL**

**We, Joe R. Whatley, Jr. and Edith M. Kallas, declare:**

1.      We are partners in the law firm Whatley Kallas LLP. This Court has preliminarily designated us as Provider Co-Lead Counsel. Doc. No. 3225 at 49. We submit this declaration in support of the Provider Plaintiffs' Motion for Final Approval of Proposed Class Settlement. We have personal knowledge of the matters set forth herein. If called upon and sworn as witnesses, we could competently testify thereto.

2.      Unless otherwise defined herein, all capitalized terms have the meanings ascribed to them in the Settlement Agreement, attached as Exhibit A to Provider Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement.

3.      We incorporate by reference herein our Joint Declaration in Support of Motion for Preliminary Approval of Proposed Provider Class Settlement, Doc. No. 3192-2.

**I.      Settlement Negotiation**

4.      In our prior declaration, we described the settlement negotiation process in this case. We have confirmed that the parties participated in more than 500 in-person, virtual, and/or telephonic mediation and negotiation sessions.

**II.    Notice and Education about the Settlement**

5.    The Settlement Agreement was executed on October 4, 2024. Even before seeking preliminarily approval of the settlement, we and other attorneys in our firm began working closely with the Settlement Notice Administrator, BrownGreer PLC, to prepare for implementation of the Notice Plan.

6.    As described in the declaration of the Settlement Notice Administrator, notice was completed in accordance with the Preliminary Approval Order. We and others in our firm have continued to work closely with BrownGreer to answer questions from Class Members during and after implementation of the Notice Plan.

7.    In addition to confirming that notice was completed properly, we and our partners have spent hundreds of hours educating class members about the Settlement. This education began on Monday, October 14, 2024, the day we filed the motion for preliminary approval and publicly announced the Settlement.  In an effort to commence a broad-based education about the benefits of the Settlement, we presented the very next day (October 15, 2024) to 220 members of the Multi-State Hospital Coalition. This Coalition is comprised of representatives of at least thirty state hospital associations. By way of background, we communicated with this Coalition throughout the litigation and negotiation process, as we did with other Providers and associations of Providers, to ensure that we were addressing their concerns about issues at the heart of this litigation. Similarly, on October 17, 2024, we made a virtual presentation to the American Society of Medical Association Counsel, a national group comprised of medical association counsel from around the country.  During the time leading up to the Preliminary Approval Hearing, we also presented to individual Providers, including hospital systems, individual hospitals, groups and individual professionals, and we presented a national webinar.  In addition, as described in more detail in

2

Paragraph 10 below, our firm established a settlement page on our website designed to provide information about the Settlement as it became available.

8.      The Court held the preliminary approval hearing on November 14, 2024.  On November 20, 2024, we presented to the American Hospital Association and more than one hundred of its members.  We continued to make presentations to Providers throughout the country, including members of associations of Providers, groups of class members, and individual class members on a daily basis during every weekday (except for the holidays through the end of 2024).  After the holidays, starting on December 30, 2024, we resumed meetings with class members every workday through the opt-out deadline of March 4, 2024.  Since that time, we have continued to have meetings with class members and their counsel to educate them about the settlement.  In February 2025, we appeared in person before the CFOs of the largest healthcare systems in the country to discuss the settlement.

9.      Most of the meetings we held lasted an hour with a supporting PowerPoint presentation about the Settlement (which was then distributed to participants).  We have given more than 117 presentations to hospital systems, individual hospitals, medical groups, individual professionals, and associations, including national and state hospital associations and associations of healthcare professionals. Our partner Patrick Sheehan has conducted regular webinars almost every week to explain the claim filing process to facilities and professionals who are Class Members. To date, he has hosted 8 webinars for facilities and 7 webinars for professionals. We and our partners have exchanged countless emails and had countless phone calls to answer specific questions from Class Members since preliminary approval. We estimate that our firm has presented to or spoken with more than 5,757 Providers. During this process, we found that the reaction to the Settlement Agreement was overwhelmingly positive.

10.     In a further effort to educate class members, we also created a settlement landing page on our firm website that went live on October 14, 2024.  This page initially contained a brief statement about the Settlement and the Motion for Preliminary Approval with its exhibits, including the Settlement Agreement.  Thereafter, we posted the PowerPoint that was used at the Preliminary Approval Hearing, papers and exhibits filed in support of Preliminary Approval, the Court's Preliminary Approval Memorandum and Order, the Order overruling objections to Preliminary Approval, Court-approved Notice and Claim forms, Notice of filing of Expert Declarations and related summaries, and papers filed in support of our motion for attorneys' fees and expenses.  Additional information was also posted on the page, including FAQs, press releases and articles regarding the settlement with applicable links, dates of upcoming webinars, and a link to the official settlement website.

11.     We also sent out direct communications to class members, including a letter to general counsels of hundreds of hospital systems via electronic mail and U.S. mail in December 2024 describing the settlement and injunctive relief. We also sent a brochure to system CEOs and CFOs in December 2024 detailing "What the multi-billion-dollar BCBS settlement and its BlueCard program transformation mean to you." In addition, we sent a press release regarding the valuation of Injunctive Relief via electronic mail to CEOs, CFOs and GCs of hundreds of hospital systems in January and February 2025. Announcements regarding claims webinars were published online and sent to general counsels of hospital systems and hospital associations, hospital CEOs and CFOs, and others who attended our presentations.

12.     The Settlement has also received considerable media attention, including articles in widely read legal and healthcare industry publications and social media.

4

**III.    The Settlement is Fair, Reasonable and Adequate**

13.    As is demonstrated by the foregoing, a significant amount of time and effort was made to educate Class Members about the injunctive and monetary benefits of the Settlement. During this time, and in an effort to give as much information as possible to class members about the benefits of the Settlement, the experts also prepared and filed a valuation of the injunctive relief, which estimated a minimum value of approximately $17.3 billion. This figure represents the value over the next ten years of fewer BlueCard claims requiring follow-up, less time spent on follow-up for BlueCard claims, less time spent on pre-submission tasks for BlueCard claims, and a five-year commitment to pay BlueCard claims promptly. *See* Doc. No. 3254. Other Injunctive Relief in the Settlement Agreement provides significant additional value that was not quantified.

14.    The injunctive relief, which is subject to a compliance, reporting, and monitoring process, significantly improves how Providers will be able to deal with the Blues, bringing more transparency, efficiency, and Blue Plan accountability to the BlueCard program, as well as significant changes to encourage more competition.   This relief is not something the Blues would have done on their own. The Provider Plaintiffs obtained this relief through years of litigation and negotiation, and the Blues estimate that implementing it will cost them hundreds of millions of dollars.

15.    As we have described before, the Settlement Agreement also provides for $2.8 billion in monetary relief, which is the largest amount obtained in a healthcare antitrust settlement in history.

**A.    Transformation and Accountability of the BlueCard Program**

16.    Because each Blue Plan generally contracts with Providers only in that plan's Service Area, Providers must submit claims through the BlueCard system when they treat members of another Blue Plan. For decades, Providers have complained that BlueCard is a non-

5

transparent program that causes additional costs, inefficiencies, and frustration due to issues with submission, processing and payment of these claims. To resolve these issues, the Blues have agreed to develop and implement a system-wide, cloud-based architecture that will enable the delivery of the System's inter-Plan claims data.  This transformation, along with the other information-sharing enhancements will increase Local Plans' and Settlement Class Members' access to critical information, so that out-of-area Blues are no longer the only Blues with available information about those members.  As a result, Settlement Class Members will be able to get up-to-date, accurate information, as if they were a contracted provider of the Home Plan, *directly from their Local Plan*, so that the Local/Host Plan is better equipped to resolve issues that arise during the BlueCard process.

17.    The BlueCard Transformation includes information relating to member benefits and eligibility, preauthorization requirements and claims status tracking.  This transformation is also supported by relief relating to the designation of a BlueCard Executive, implementation of a Real-Time Messaging System and the creation of a National Executive Resolution Group. The BlueCard Prompt Pay Commitment and Service Level Agreements contain penalties to ensure accountability.

### B.    Significant Changes to Encourage More Competition

18.     The injunctive relief also contains provisions to encourage more competition. First, the Blues have agreed to modify the Contiguous Area Rule.  This modification will allow contiguous area contracts to cover additional members for Settlement Class Members.  The Blues have also agreed to expand the opportunity for contiguous area contracting to include Settlement Class Member hospitals and certain affiliated providers within a 60-minute drive time of an

Anchor Hospital already in a contiguous county, expanding the contracting opportunity for hundreds of hospitals.

19.     Second, the Blues have agreed to protections from certain affiliates and all products clauses.  In this regard, the Blues have agreed not to rent certain non-Blue networks to other Blue plans operating as Greens, ensuring Provider Settlement Class Members likewise see the benefit of the elimination of the National Best Efforts rule.

### C.     <u>Additional Commitments</u>

20.     Providers' day-to-day interactions with the Blues will improve as well. With major upgrades to the Blues' technical capabilities, and commitments from the Blues to make more information available, Providers will have access to more information, and more timely information, than ever before: Third-Party Information; Minimum Data Requirements; a Blue Plan Common Appeals Form; Pre-Authorization Standards; and Telehealth Relief.

21.     The Settlement Agreement will also expand Providers' opportunity to enter into value-based contracts with the Blues: Minimum Level of Value-Based Care and Best Practices for Value-Based Care.

### D.     <u>Compliance, Monitoring and Reporting</u>

22.     Finally, the Provider Plaintiffs have made sure the commitments of the Settlement Agreement are enforceable. For a period of five years from the Effective Date of the Settlement, a five person Monitoring Committee comprised of two members appointed by the Settling Defendants, two members appointed by Provider Co- Lead Counsel, and one member appointed by the Court shall review new rules or regulations proposed by BCBSA and submitted to the Monitoring Committee and shall adjudicate disputes related to the Injunctive Relief.

23.    After speaking with thousands of Providers, we continue to believe that the settlement, which changes the Blues' practices to the benefit of the Settlement Class, while providing historic monetary relief, is fair, reasonable, and adequate. In addition to the relief in the settlement, the Plan of Distribution is fair, reasonable, and adequate. Before determining the Plan of Distribution, the Provider Plaintiffs selected Kenneth Feinberg and Camille Biros, perhaps the foremost authorities on the distribution of settlement funds in large, complex cases, as the allocation experts. Mr. Feinberg and Ms. Biros also advised the Subscriber Plaintiffs on the division of their settlement fund. Mr. Feinberg and Ms. Biros met with many Providers ranging from large hospital systems to individual physicians. The result of the allocation process was the division of settlement funds reflected in the Provider Plaintiffs' Plan of Distribution.

## IV.    OBJECTIONS AND OPT-OUTS

### A.    <u>Objections</u>

24.    We have received only three objections to the settlement (one from North Texas Division, Inc.; one from Allatoona Emergency Group, PC and Alabama Emergency Physician Partners, LLC; and one from Kyle Egner DC), and twenty-four conditional objections from clients of Paul Hastings LLP to the court-ordered opt-out process. The clients of Paul Hastings object to the settlement only to the extent their opt-out notices are found to be deficient. Because these opt-out notices have been found to meet the requirements of the Preliminary Approval Order, the Paul Hastings clients' objections are moot.

25.    The objectors Allatoona Emergency Medical Group and Alabama Emergency Physician Partners (the "Objecting ER Groups") contend that the Plan of Distribution treats out-of-network emergency providers inequitably. The Objecting ER Groups are affiliated with SCP Health, a collection of medical groups owned by the private equity firm Onex Partners.  The objection of the ER Groups is verified by the same person with SCP Health who signed more than

7,000 opt-out requests for professionals affiliated with SCP Health's medical groups. Many of those professionals are doctors who are not members of the Settlement Class because of rulings made by this and other Courts based upon the *Love* exclusion. The objectors to preliminary approval were also affiliated with SCP Health, and their objections were verified by the same person from SCP Health. The same attorneys who represented the objectors to preliminary approval are also representing the Objecting ER Groups, except for their local counsel who has not appeared on the new objection.

26.    Before agreeing to the settlement, Settlement Class Counsel received extensive input from a wide variety of stakeholders, including entities that own both in-network and out-of-network providers. These entities participated in mediation sessions and the Provider Work Group. Settlement Class Counsel made sure that the Settlement Agreement provided significant injunctive and monetary relief to out-of-network providers and treated them equitably in the Plan of Distribution. As we understand it, the central inequity asserted by the Objecting ER Groups is that "out-of-network emergency medicine providers are entitled to higher reimbursement rates than in-network providers," and the "proposed settlement in this case fails, however, to differentiate among distinct reimbursement arrangements." If it is true that out-of-network emergency medicine providers are entitled to higher reimbursement rates than in-network providers, a claim on which we take no position, the Plan of Distribution accounts for this difference by basing distributions on Allowed Amounts. If out-of-network emergency medicine providers have higher Allowed Amounts, then (all other things being equal) they will recover more in the settlement. Therefore, there is no inequity here.

### B.    Opt-Outs

27.    The Settlement Notice Administrator, BrownGreer, has received 15,589 opt-out notices. Our firm is working with BrownGreer to evaluate these notices to determine which ones

are facially valid, meaning that they appear to comply with the requirements of the Preliminary Approval Order. A notice may be deficient because it is missing required information, it is not signed by the relevant Provider, the Provider is not a Class Member, or other reasons. We have attached a list of the Opt-Outs we have determined to be facially valid as an exhibit to the Motion for Final Approval. We are working with BrownGreer to notify the senders of deficient opt-out notices of the deficiency and offer them a chance to cure the deficiency if possible. (Some deficiencies cannot be cured, such as a notice submitted by a Provider who is not a Class Member.) If a Provider who has submitted an opt-out notice is not listed on the exhibit, it does not necessarily mean that the notice is deficient; it may mean that we are still evaluating whether the notice complies with the Preliminary Approval Order and the Notice Plan. We will submit updated lists of Opt-Outs to the Court as they become available, and we reserve the right to revise the list if necessary.

28.    Nearly half of the opt-out notices were signed by the same person: Lisha Falk of SCP Health. SCP Health owns or is otherwise associated with many groups of emergency room physicians, including the Objecting ER Groups. On April 3, 2025, we sent a letter to Ms. Falk asking her about the source of her authority to opt out emergency physician groups and the professionals who work with those groups. Ms. Falk has not responded. Ms. Falk also verified the objection filed by the Objecting ER Groups.[1] As background, the Canadian private equity group Onex Partners has an ownership interest in SCP Health.[2] Onex Partners' parent company Onex boasts that it has "returned $4 billion to shareholders since inception in the form of share buybacks

---

[1] In its filings with the Alabama Secretary of State, Alabama Emergency Physician Partners, LLC lists SCP Health's address in Louisiana as its principal address. Ex. 1. The same is true for the filings of Allatoona Emergency Group, PC with the Georgia Secretary of State. Ex. 2.

[2] Onex 2024 Annual Report (Ex. 3) at 80 (showing a 22% economic interest and a 66% voting interest in SCP Health).

and dividends." Ex. 4, Onex, "Accelerating Shareholder Value," https://www.onex.com/shareholders (accessed April 22, 2025). In its 2024 annual report, Onex cited an increase in the value of SCP Health as one of the primary drivers of the net gain from its private equity investments. Ex. 3 at 32.

29. In the event of a dispute about whether the individual who submitted an opt-out notice had authority to do so, or other challenges to the validity of an opt-out notice (for example, a hospital was sold during the Settlement Class Period, the seller retained the right to assert the hospital's claims in this litigation, and a representative of the buyer submitted an opt-out notice), the list of facially valid opt-outs is not intended to be evidence of such authority. The list focuses on compliance with the requirements of the Preliminary Approval Order. Resolution of such disputes, if any, will occur during the administration of Settlement Claims.

## V. CONCLUSION

30. Having spent hundreds of hours educating Providers and hearing their positive reaction to the Settlement, we are more convinced than ever that it is fair, reasonable and adequate. The Class Notice was the best that was practicable, and the objections provide no legitimate reason to deny final approval of the Settlement Agreement.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2025.

_____
Edith M. Kallas

_____
Joe R. Whatley, Jr.

11

# Exhibit 1

Case 2:13-cv-20000-AMM    Document 3313-2 | Filed 04/24/25    Page 14 of 151

 Alabama Secretary of State

| Alabama Emergency Physician Partners, LLC | |
|---|---|
| Entity ID Number | 000-056-539 |
| Entity Type | Domestic Limited Liability Company |
| Principal Address | 200 CORPORATE BLVD LAFAYETTE, LA 70508 |
| Principal Mailing Address | 200 CORPORATE BLVD LAFAYETTE, LA 70508 |
| Status | Exists |
| Place of Formation | Montgomery County |
| Formation Date | 12/11/2012 |
| Registered Agent Name | CT CORPORATION SYSTEM |
| Registered Office Street Address | 2 NORTH JACKSON STREET SUITE 605 MONTGOMERY, AL 36104 |
| Registered Office Mailing Address | 2 NORTH JACKSON STREET SUITE 605 MONTGOMERY, AL 36104 |
| Nature of Business | MEDICAL CONTRACT MANAGEMENT SERVICES |
| **Organizers** | |
| Organizer Name | NOT PROVIDED |
| Organizer Street Address | Not Provided |
| Organizer Mailing Address | Not Provided |
| Organizer Name | CARZOLI, LESLIE |
| Organizer Street Address | 1300 RIVERPLACE BLVD, STE 300 JACKSONVILLE, FL 32207 |
| Organizer Mailing Address | 1300 RIVERPLACE BLVD STE 300 JACKSONVILLE, FL 32207 |
| **Annual Reports** | |
| Report Year | 2013  2014  2015  2016  2018  2019 2020  2021  2022  2023 |
| **Transactions** | |
| Transaction Date | 10/26/2020 |
| Principal Mailing Address Changed From | 1300 RIVERPLACE BLVD STE 300 JACKSONVILLE, FL 32207 |
| Transaction Date | 10/26/2020 |

| Alabama Emergency Physician Partners, LLC | |
|---|---|
| Principal Office Changed From | 300 SOUTH PARK ROAD STE 400 HOLLYWOOD, FL 33021 |
| **Scanned Documents** | |
| Purchase Document Copies | |
| Document Date / Type / Pages | 12/18/2012    Certificate of Formation 4 pgs. |
| Document Date / Type / Pages | 11/02/2020    Articles of Amendment 2 pgs. |
| | |

Browse Results    New Search

# Exhibit 2



# GEORGIA
# CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

## BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Allatoona Emergency Group, PC** | Control Number: | **22163194** |
| Business Type: | **Domestic Professional Corporation** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Health Care and Social Assistance** | NAICS Sub Code: | **Offices of Physicians (except Mental Health Specialists)** |
| Principal Office Address: | **200 Corporate Blvd., Lafayette, LA, 70508, USA** | Date of Formation / Registration Date: | **7/28/2022** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2025** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 South Culver Street, Lawrenceville, GA, 30046, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| David Schillinger | CEO | 200 Corporate Blvd, Lafayette, LA, 70508, USA |
| Rena Cottam | CFO | 200 Corporate Blvd, Lafayette, LA, 70508, USA |
| Sarah Crass | Secretary | 200 Corporate Blvd, Lafayette, LA, 70508, USA |

Back

Filing History    Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19    **Report a Problem?**

# Exhibit 3



# 2024 Annual Report

# LETTER TO SHAREHOLDERS

Dear Shareholder,

Onex had a productive year in 2024, executing targeted actions across our platforms and strengthening our ability to build long-term shareholder value. We are streamlining our operations and product offerings and directing resources to areas where we have a proven right to compete. We delivered positive outcomes across our platforms, with a particularly strong year in Structured Credit. In addition, shareholders benefitted from substantial share repurchases throughout the year.

In Private Equity, our Onex Partners and ONCAP teams generated valuable distributions for our Limited Partner (LP) clients. In total, the teams returned $3.0 billion to LPs, including $1.0 billion to Onex. This is 2.5 times what was achieved in the previous year, demonstrating the health of our PE portfolio and our teams' ability to drive realizations.

Onex Partners had a positive year, including a successful fundraise for the Onex Partners Opportunities Fund, as well as the completion of the fund's first two investments. A key goal for the fundraise was to partner with long-standing clients with the capacity for co-investment opportunities. This approach led to the team raising approximately $1.2 billion in total capital, while further strengthening relationships with several core clients.

At ONCAP, the team is nearing a final close for a successful ONCAP V fundraising. We went into fundraising with two objectives – to diversify our investor base and increase third-party capital, and we have achieved both. ONCAP completed its first continuation fund in 2024 for Wyse Meter Solutions, providing an attractive realization for ONCAP IV LPs and allowing us to extend the duration of fee and carry generation for this business.

It was a banner year for our Credit team, especially Structured Credit. Onex was the seventh-largest global issuer of broadly syndicated Collateralized Loan Obligations (CLOs) last year, a considerable achievement within a large field of established peers. Our credit products are in demand by investors around the world, due to our consistently strong performance and an active approach to portfolio management. Assuming constructive market conditions, we are confident the team will deliver another successful year in 2025, including meaningful fee-related earnings growth.

Effective capital allocation remains a key focus for Onex. One of our most compelling competitive differentiators is our strong balance sheet and liquidity position. In 2024, we put some of our liquidity to work buying back Onex shares. With the benefit of our first substantial issuer bid, we repurchased 5.7 million shares, capturing approximately $215 million of value for our remaining shareholders.

Our Board was focused on implementing further governance enhancements in 2024. We were pleased to welcome Sara Wechter, Citigroup's Chief Human Resources Officer, to the Board. Recognizing that compensation alignment is important to shareholders, we are also making changes to our pay-for-performance model to align executive compensation more closely with key performance indicators. More details will be included in our forthcoming 2025 information circular.

Throughout last year, our teams focused on making the right choices to ensure our platforms are positioned to win. This work strengthened our foundation and united our people. I am excited to see what our teams deliver in 2025, and I look forward to sharing updates on our progress throughout the year.

[signed]

**Bobby Le Blanc**
Chief Executive Officer

# MANAGEMENT'S DISCUSSION AND ANALYSIS

**Throughout this MD&A, all amounts are in U.S. dollars unless otherwise indicated.**

This Management's Discussion and Analysis ("MD&A") provides a review of Onex Corporation's ("Onex") consolidated financial results for the year ended December 31, 2024 and assesses factors that may affect future results. The financial condition and results of operations are analyzed noting the significant factors that impacted the consolidated statements of comprehensive earnings, consolidated balance sheets, consolidated statements of equity and consolidated statements of cash flows of Onex. As such, this MD&A should be read in conjunction with the consolidated financial statements and notes thereto included in this report. The financial results have been prepared using accounting policies that are consistent with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS Accounting Standards") to provide information about Onex and should not be considered as providing sufficient information to make an investment or lending decision regarding any Onex operating business, private equity fund, credit strategy or other investments.

The following MD&A is the responsibility of management and is as of February 20, 2025. Preparation of the MD&A includes a review of the disclosures by senior management of Onex and the Onex Disclosure Committee. The Board of Directors carries out its responsibility for the review of this disclosure through its Audit, Nominating and Governance Committee, composed exclusively of independent directors. The Audit, Nominating and Governance Committee has reviewed and recommended approval of this MD&A by the Board of Directors. The Board of Directors approved this disclosure.

Onex Corporation's financial filings, including the 2024 Annual Report, interim quarterly reports, Annual Information Form and Management Information Circular, are available on Onex' website, www.onex.com, and on the SEDAR+ website at www.sedarplus.ca.

### Forward-Looking/Safe Harbour Statements

This MD&A may contain, without limitation, statements concerning possible or assumed future operations, performance or results preceded by, followed by or that include words such as "believes", "expects", "potential", "anticipates", "estimates", "intends", "plans" and words of similar connotation, which would constitute forward-looking statements. Forward-looking statements are not guarantees. The reader should not place undue reliance on forward-looking statements and information because they involve significant and diverse risks and uncertainties that may cause actual operations, performance or results to be materially different from those indicated in these forward-looking statements. Except as may be required by Canadian securities law, Onex is under no obligation to update any forward-looking statements contained herein should material facts change due to new information, future events, or other factors. These cautionary statements expressly qualify all forward-looking statements in this MD&A.

### Non-GAAP Financial Measures and Ratios

This MD&A contains non-GAAP financial measures and ratios which have been calculated using methodologies that are not in accordance with IFRS Accounting Standards. The presentation of financial measures and ratios in this manner does not have a standardized meaning prescribed under IFRS Accounting Standards and therefore may not be comparable to similar financial measures or ratios presented by other companies. Onex management believes that these financial measures and ratios provide useful information to investors.

# TABLE OF CONTENTS

**5  COMPANY OVERVIEW**

   **6  Private Equity**

   **7  Credit**

**8  2024 RESULTS & ACTIVITY**

   **8  Financial Results**

   **9  Investing Segment Results**

      10  Private Equity

      13  Credit

   **14  Asset Management Segment Results**

      14  Assets Under Management

      16  Fee-Related Earnings (Loss)

      17  Distributable Earnings

   **19  Liquidity**

**20  FINANCIAL REVIEW**

   **22  Material Accounting Policies and Estimates**

   **26  Recently Issued Accounting Pronouncements**

   **27  Variability of Results**

   **27  Review of Consolidated Financial Statements and Fourth Quarter Results**

      27  Consolidated Net Earnings (Loss)

      31  Consolidated Income

      34  Expenses

   **37  Summary of Quarterly Financial Information**

   **38  Cash and Near-Cash**

**40  Consolidated Financial Position**

   40  Consolidated Assets

   42  Corporate Investments

   47  Liabilities

   48  Equity

   48  Dividend Policy

   49  Shares Outstanding

   50  Stock-Based Compensation Plans

   52  Management of Capital

**53  Liquidity and Capital Resources**

   53  Major Cash Flow Components

   53  Cash Provided by Operating Activities

   54  Cash Provided by Financing Activities

   54  Cash Provided by Investing Activities

   55  Fourth Quarter Cash Flows

   55  Consolidated Cash Resources

   56  Commitments

**58  Related-Party Transactions**

   58  Investment Programs

   61  Onex Management Team and Directors' Investments in Onex Funds

   62  Related-Party Revenues and Receivables

   62  Repurchase of Shares

   62  Services Received from Operating Companies

**63  Internal Controls Over Financial Reporting and Disclosure Controls and Procedures**

**63  Risk Environment**

**64  GLOSSARY**

# COMPANY OVERVIEW

Onex is an investor and asset manager that invests capital on behalf of Onex shareholders and clients across the globe. Formed in 1984, we have a long track record of creating value for our clients and shareholders. Onex became a public company in 1987 and is listed on the Toronto Stock Exchange under the symbol ONEX.

Onex' two primary businesses are Private Equity and Credit. In Private Equity, we raise funds from third-party investors and invest them, along with Onex' own investing capital, through the funds of our private equity platforms: Onex Partners and ONCAP. Similarly, in Credit, we raise and invest capital across several private credit, liquid credit and public equity strategies. Our investors include a broad range of global clients, including public and private pension plans, sovereign wealth funds, banks, insurance companies, family offices and high-net-worth individuals.

Onex has $51.1 billion in assets under management ("AUM")[1], of which $35.2 billion is fee-generating[1] and $8.3 billion is Onex' own investing capital ($113.70 or C$163.54 per fully diluted share). We generate value for our shareholders through two segments: Investing and Asset Management. Our Investing segment includes gains on our invested capital. Our Asset Management segment generates revenues from the recurring fees clients pay us to manage their capital and includes carried interest from our private equity and private credit funds.

## Our Team and Commitment

Onex is led by the firm's CEO, Bobby Le Blanc, as well as experienced leaders at each of our businesses. We have approximately 120 investment professionals across all platforms, supported by approximately 170 professionals dedicated to our corporate functions and investment platforms. Consistent with our One Onex approach, the teams share and leverage sector expertise, and sourcing and origination of opportunities across all business lines.

Our culture is guided by our strong commitment to accountability, intellectual honesty and respect for all our partners and stakeholders. Onex was formed on principles of entrepreneurialism and responsible investing and our team is united in recognizing the value of collaboration, diversity of perspective and background, and an inclusive environment. Our team is a critical factor in our success, and attracting and retaining the best people and strongest investors are an important competitive advantage.

Also crucial to our long-term success is the alignment of interests between the Onex management team, the Onex Board of Directors, shareholders and our limited partners. Members of our management team and Board of Directors have a significant long-term ownership in Onex shares and invest meaningfully in our funds. We believe this alignment creates stronger relationships with both our limited partners and shareholders.

[1] Refer to the glossary in this MD&A for further details concerning the composition of AUM and fee-generating AUM.

MANAGEMENT'S DISCUSSION AND ANALYSIS

## PRIVATE EQUITY

Onex has $25.1 billion of private equity assets under management, of which $11.6 billion is fee-generating and $5.7 billion is Onex' own investing capital.

Investments in private equity are primarily made through Onex' two main platforms: Onex Partners for upper-middle-market and larger transactions and ONCAP for middle-market and smaller transactions. Onex' private equity funds acquire and build high-quality businesses in partnership with talented management teams and focus on execution theses rather than macroeconomic or industry trends. Each platform follows a disciplined investment process with vertical specialization where the team has considerable industry expertise, a long track record of success and a strong network of relationships. This in turn enables the teams to take a targeted approach with investment opportunities, creates a competitive informational advantage and helps shape their go-to-market strategy.

Onex has raised 10 private equity funds to date, including the Onex Partners Opportunities Fund, which completed fundraising in January 2025 and has raised aggregate commitments of approximately $1.2 billion, including affiliated vehicles and Onex' commitment of $400 million. Onex is also currently fundraising for ONCAP V, which to date has raised aggregate commitments of approximately $1.1 billion, including Onex' commitment of $250 million. Since inception, Onex has generated a Gross MOC[1] of 2.5 times and a 27% Gross IRR[1] on its publicly traded, realized and substantially realized private equity investments. For more information on the historical performance of Onex' private equity funds, please refer to Onex' Q4 2024 supplemental information package on Onex' website, www.onex.com.

Onex earns management fees from limited partners during the fee period of each fund. During the initial fee period, Onex is entitled to a management fee based on limited partners' committed capital. Once a fund is either substantially invested or a successor fund starts calling fees, Onex is entitled to a management fee based on limited partners' net funded commitments. These fees are included as revenue in our asset management segment. At December 31, 2024, the run-rate management fees[1] from our private equity business were $89 million.

Onex is entitled to receive carried interest based on the performance of each private equity fund. Carried interest in Onex' private equity funds is typically calculated as 20% of the realized net gains of the limited partners in each fund, provided the limited partners have achieved a minimum 8% net IRR on their investment. Onex is entitled to 40% of the carried interest realized from limited partners in its private equity funds, while Onex Partners and ONCAP management are entitled to the remaining 60%. Mark-to-market gains (losses) for Onex' share of carried interest are recognized within Onex' asset management segment results, whereas Onex' share of realized carried interest is included in distributable earnings. Currently, we have $11.6 billion of private equity assets under management eligible for carried interest. As at December 31, 2024, Onex' share of unrealized carried interest from private equity totalled $264 million. The amount of carried interest ultimately received by Onex is based on realizations, the timing of which can vary significantly from year to year.

Onex is one of the largest investors in each of its private equity funds and, therefore, Onex shareholders also benefit from investing gains. Mark-to-market gains (losses) on corporate investments are recognized within Onex' investing segment results, whereas realized gains (losses) since inception on investments are included in distributable earnings.

(1) Refer to the glossary in this MD&A for further details concerning the composition of Gross MOC, Gross IRR and run-rate management fees.

**6**  Onex Corporation December 31, 2024

## CREDIT

Our Credit business includes a broad spectrum of private credit, liquid credit and public equity investing strategies that are managed by the Onex Credit team. Credit has $25.2 billion in assets under management, of which $23.7 billion is fee-generating and $946 million is Onex' own investing capital. The Onex Credit team has a successful track record of executing a disciplined approach to investing with a focus on capital preservation and strong risk-adjusted returns through cycles. The platform practises value-oriented investing, employing a rigorous bottom-up, fundamental and structural analysis of the underlying borrowers, coupled with active portfolio management, to continually seek to optimize portfolio positioning. Credit's sourcing capabilities and data intelligence help to better inform investment decisions and dynamically manage portfolios in varying market conditions.

Onex earns management fees on its Credit strategies, with the fee varying depending on the strategy. As at December 31, 2024, the run-rate management fees from our Credit business were $106 million, including $90 million from Structured Credit. Onex is also entitled to earn performance fees on approximately $1.1 billion of Credit assets under management. Performance fees range between 12.5% and 20% of net gains and may be subject to performance hurdles. Onex receives 50% of the realized performance fees while the Credit management team is allocated the remaining 50%.

Credit has $21.0 billion of assets under management eligible for carried interest, including $20.4 billion from CLOs. Onex receives 40% of the carried interest realized, while the Credit management team is allocated the remaining 60%. Carried interest on the Onex Credit strategies can range up to 20% of net realized gains, is generally subject to a hurdle or minimum preferred return to investors and is generally realized near the final realizations for each fund. As at December 31, 2024, Onex' share of unrealized carried interest from Credit totalled $22 million.

# 2024 RESULTS & ACTIVITY

## FINANCIAL RESULTS

Onex' financial results during the quarters and years ended December 31, 2024 and 2023 were as follows:

| ($ millions except per share amounts) | Quarter Ended | | Year Ended | |
|---|---|---|---|---|
| | December 31, 2024 | December 31, 2023 | December 31, 2024 | December 31, 2023 |
| Net earnings (loss) | $ (2) | $ 373 | $ 303 | $ 529 |
| Net earnings (loss) per diluted share | $ (0.02) | $ 4.81 | $ 4.00 | $ 6.65 |
| | | | | |
| Investing segment net earnings | $ 29 | $ 326 | $ 344 | $ 815 |
| Asset management segment net earnings | 18 | 46 | 21 | 2 |
| Total segment net earnings[i] | $ 47 | $ 372 | $ 365 | $ 817 |
| Total segment net earnings per fully diluted share[ii] | $ 0.62 | $ 4.80 | $ 4.74 | $10.23 |
| | | | | |
| Asset management fee-related earnings[iii] | $ 6 | $ 3 | $ 6 | $ 12 |
| Total fee-related earnings (loss)[iv] | $ (1) | $ (2) | $ (21) | $ (14) |
| Distributable earnings[v] | $ 231 | $ 139 | $ 617 | $ 797 |

| ($ millions except per share amounts) | December 31, 2024 | December 31, 2023 | Return[vi] |
|---|---|---|---|
| Investing capital (U.S. dollars) | $ 8,273 | $ 8,433 | |
| Investing capital per fully diluted share (U.S. dollars)[vii] | $ 113.70 | $ 107.82 | 6% |
| Investing capital per fully diluted share (Canadian dollars)[vii] | $ 163.54 | $ 142.61 | 15% |

(i)   Refer to pages 28 and 29 of this MD&A for the reconciliation of total segment net earnings to net earnings (loss).

(ii)  Refer to the glossary of this MD&A for further details concerning the composition of fully diluted shares.

(iii) Asset management fee-related earnings excludes public company expenses and other expenses associated with managing Onex' investing capital and is a component of total fee-related earnings (loss), as outlined on page 16 of this MD&A.

(iv)  Total fee-related earnings (loss) is a non-GAAP financial measure that does not have a standardized meaning prescribed under IFRS Accounting Standards. Therefore, it may not be comparable to similar financial measures disclosed by other companies. Onex management believes that fee-related earnings (loss) provides investors with useful information concerning the profitability of Onex' asset management business. Fee-related earnings (loss) excludes realization-driven carried interest, which can be less predictable and recurring due to the long-term nature of Onex' private equity and private credit funds. The most directly comparable financial measure under IFRS Accounting Standards to fee-related earnings (loss) is Onex' net earnings (loss). Refer to the glossary and pages 16, 18 and 19 of this MD&A for further details concerning fee-related earnings (loss), including a reconciliation to net earnings (loss).

(v)   Distributable earnings is a non-GAAP financial measure that does not have a standardized meaning prescribed under IFRS Accounting Standards. Therefore, it may not be comparable to similar financial measures disclosed by other companies. Onex management believes that distributable earnings provides investors with useful information concerning the Company's ability to redeploy capital in its business and/or return capital to shareholders. Distributable earnings consists of the recurring fee-related earnings (loss), net realized gains (losses) from Onex' investments and the receipt of carried interest from Onex' private equity and private credit funds. The most directly comparable financial measure under IFRS Accounting Standards to distributable earnings is Onex' net earnings (loss). Refer to the glossary and pages 17, 18 and 19 of this MD&A for further details concerning distributable earnings, including a reconciliation to net earnings (loss).

(vi)  The return for the period is adjusted to exclude the impact of capital deployed in the asset management segment, where applicable, and dividends paid.

(vii) Refer to the glossary of this MD&A for further details concerning the composition of investing capital per share.

## INVESTING SEGMENT RESULTS

During the quarter ended December 31, 2024, Onex' investing segment generated net earnings of $29 million ($0.38 per fully diluted share) (2023 – $326 million or $4.19 per fully diluted share), which was primarily driven by an $11 million net gain from private equity (2023 – $250 million) and a $16 million net gain from private credit strategies (2023 – $66 million), as described on pages 31 and 32 of this MD&A.

During the year ended December 31, 2024, Onex' investing segment generated net earnings of $344 million ($4.45 per fully diluted share) (2023 – $815 million or $10.20 per fully diluted share), which was primarily driven by a $258 million net gain from private equity (2023 – $620 million) and a $76 million net gain from private credit strategies (2023 – $163 million), as described on pages 31 and 32 of this MD&A.

Onex' investing results contributed to its investing capital of $8.3 billion at December 31, 2024 (December 31, 2023 – $8.4 billion), which was $113.70 or C$163.54 per fully diluted share (December 31, 2023 – $107.82 or C$142.61 per fully diluted share), a return of 6%[1] for the year ended December 31, 2024. During the five years ended December 31, 2024, Onex' investing capital per fully diluted share had a compound annual return of 13%[1].

At December 31, 2024, Onex' investing capital was primarily invested in or committed to its private equity and private credit platforms.

**Onex' Investment Allocation at December 31, 2024**



Private Credit  12%
Private Equity  69%
Cash and Near-Cash Items  19%

**Onex' Investment Allocation at December 31, 2023**



Private Credit  11%
Private Equity  72%
Cash and Near-Cash Items  17%

[1]  The return for the year is adjusted to exclude the impact of capital deployed in the asset management segment, where applicable, and dividends paid.

## Private Equity – Capital Deployment, Realizations and Distributions

The table below presents the private equity investments made, and realizations and distributions received, by Onex during the year ended December 31, 2024.

| ($ millions) | Investments | Realizations and Distributions | Net Realizations and Distributions |
|---|---|---|---|
| **Fund** | | | |
| Onex Partners III | $      – | $    114 | $    114 |
| Onex Partners IV | – | 527 | 527 |
| Onex Partners V | (140) | 111 | (29) |
| Onex Partners Opportunities | (143) | – | (143) |
| ONCAP II | – | 132 | 132 |
| ONCAP III | (12) | 8 | (4) |
| ONCAP IV | (17) | 44 | 27 |
| ONCAP V | (18) | 47 | 29 |
| Other | (79) | 26 | (53) |
| Total | $ (409) | $ 1,009 | $  600 |

The following significant private equity investments, realizations and distributions occurred in 2024:

- $71 million received in connection with the Onex Partners III Group's partial sales of its investment in Sedgwick Claims Management Services ("Sedgwick") and $25 million received in connection with a distribution made by Sedgwick to the Onex Partners III Group.
- $278 million received as part of the Onex Partners IV Group's sale of ASM Global, including $5 million of estimated proceeds held in escrow.
- $254 million received as part of the Onex Partners IV Group's sale of approximately 34.3 million common shares of PowerSchool Group ("PowerSchool"), approximately half of the Group's interest in the company, in connection with a transaction that resulted in PowerSchool becoming a private entity.
- $93 million invested as part of the Onex Partners V Group's investment in Accredited, a specialty insurance company operating in North America and Europe that provides underwriting capacity to Managing General Agents with support from the global reinsurance market.
- $47 million invested as part of the Onex Partners V Group's investment in Morson Group, a leading engineering and technical staffing and workforce solutions business based in the United Kingdom.
- $43 million received in connection with distributions paid by WestJet to the Onex Partners V Group.
- $32 million received in connection with distributions paid by Tes Global ("Tes") to the Onex Partners V Group.
- $18 million received in connection with a distribution paid by Fidelity Building Services Group ("Fidelity BSG") to the Onex Partners V Group.

- $73 million invested as part of the Onex Partners Opportunities Group's investment in Fischbach KG ("Fischbach"), a leading provider of cartridge packaging solutions for sealants and adhesives used in building repair, renovation and construction, aftermarket automotive, marine weather and water-sealing applications and aerospace bonding applications. Onex' share of the investment in Fischbach was reduced by $10 million in February 2025 following the final close of the Onex Partners Opportunities Fund and the syndication of a co-investment.
- $70 million invested as part of the Onex Partners Opportunities Group's investment in Farsound, a leading global supply chain solutions provider for the aerospace engine maintenance, repair and overhaul market. Onex' share of the investment in Farsound was reduced by $6 million in February 2025 following the final close of the Onex Partners Opportunities Fund.
- $99 million received in connection with the ONCAP II Group's sale of its investment in Englobe, including carried interest and $2 million held in escrow.
- $28 million received in connection with a distribution made by PURE Canadian Gaming in August 2024 to the ONCAP II and III Groups, including carried interest. In December 2024, the ONCAP II and III Groups completed the sale of PURE Canadian Gaming. Onex' share of the net proceeds received from the sale was $13 million, including carried interest. Net proceeds include $3 million held in escrow.
- The ONCAP IV Group sold its investment in Wyse Meter Solutions ("Wyse") to a single-asset continuation fund managed by ONCAP. Onex' share of the proceeds from this transaction was $45 million, including carried interest. Onex reinvested $8 million of proceeds into the continuation fund and net proceeds of current ONCAP management were also reinvested into the continuation fund. ONCAP will manage the continuation fund, which has an initial term of five years, in exchange for recurring management fees and a carried interest opportunity.
- $21 million received following the syndication of the co-investment in Biomerics. Onex' share of the investment in Biomerics will be further reduced as additional capital is raised by ONCAP V.
- $17 million invested as part of the ONCAP V Group's investment in Rebox, a leading distributor of once-used corrugated boxes in North America. Onex' share of the investment in Rebox will be reduced as additional capital is raised by ONCAP V.
- $43 million invested as part of Onex' direct investment in Meridian Aviation Partners Limited ("Meridian Aviation"), an aircraft investment company managed by BBAM Limited Partnership ("BBAM"), a leading dedicated manager of leased aircraft.

During the quarter and year ended December 31, 2024, Onex' private equity investments generated realized gains of $196 million and $461 million, respectively, from distributions and realizations, which are included in Onex' distributable earnings, as presented on page 17 of this MD&A.

**Private Equity – Investment Performance**

During the quarter and year ended December 31, 2024, Onex' investing segment recognized net gains from private equity investments of $11 million and $258 million, respectively. Included in the net gains for the quarter and year ended December 31, 2024  are foreign exchange mark-to-market losses of $63 million and $60 million, respectively. At December 31, 2024, Onex' private equity investments denominated in Canadian dollars and pounds sterling totalled approximately $515 million (C$740 million) and $355 million (£285 million), respectively.

The operating businesses in Onex' private equity platforms operate across a range of countries and industry segments, providing beneficial diversification. Refer to pages 45 and 46 of this MD&A for further details.

The following table presents the recent gross performance of Onex' private equity investments:

|  | Quarter Ended | | Year Ended | |
| --- | ---: | ---: | ---: | ---: |
|  | **December 31, 2024** | December 31, 2023 | **December 31, 2024** | December 31, 2023 |
| Gross performance of Onex' private equity investments in U.S. dollars[i][ii]: |  |  |  |  |
| Onex Partners and co-investments | **0%** | 5 % | **2%** | 9% |
| ONCAP | **1%** | 6 % | **6%** | 17% |
| Direct investments | **0%** | (4)% | **32%** | 25% |
| Total private equity investments | **0%** | 5 % | **5%** | 12% |

(i)   The gross performance of Onex' private equity investments represents Onex' share of investments and co-investments in each investment platform, where applicable, and as a result the performance may differ from the gross performance of the investment platforms including all investors and excluding co-investments, where applicable. The gross performance of Onex' private equity investments is a non-GAAP ratio calculated using methodologies that are not in accordance with IFRS Accounting Standards. The presentation of these ratios does not have a standardized meaning prescribed under IFRS Accounting Standards and therefore may not be comparable to similar financial measures presented by other companies. The net gains (losses) used to calculate the gross performance of Onex' private equity investments are gross of management incentive programs. Onex management believes that the gross performance of Onex' private equity investments provides useful information to investors in assessing the performance of Onex' investments in private equity strategies. During the quarter and year ended December 31, 2024, Onex recognized net gains on corporate investments of $35 million and $385 million, respectively (2023 – $363 million and $800 million, respectively).

(ii)   Adjusted for capital deployed, realizations and distributions.

### Credit – Capital Deployment, Realizations and Distributions

Within Credit, Onex invests primarily in its private credit strategies. During the year ended December 31, 2024, Onex generated net realizations and distributions of $56 million from Credit investments, as outlined in the following table:

| *($ millions)*<br>**Strategy** | **Net Realizations and Distributions (Investments)** |
|---|---:|
| **Structured Credit Strategies** | |
| U.S. CLOs | $ (10) |
| EURO CLOs | 48 |
| CLO Warehouses | (29) |
| Other Structured Strategies | (6) |
| **Opportunistic Credit Strategies** | (32) |
| **Liquid Strategies** | 24 |
| **Direct Lending** | 61 |
| **Total net realizations and distributions from Credit Strategies** | $ 56 |

During the year ended December 31, 2024, Onex' net investments in CLOs decreased by $38 million primarily as a result of regular quarterly distributions totalling $98 million and the partial sale of equity interests in certain U.S. and European CLOs for $173 million, partially offset by investments in 10 new U.S. CLOs and three new European CLOs raised by Onex Credit.

During 2024, the net increase in Onex' investments in CLO warehouses was driven by the investments made to support the warehouse facilities for potential future Onex Credit U.S. and European CLOs.

During 2024, the net investments in Opportunistic Credit strategies increased by $32 million, primarily as a result of $39 million invested in the Onex Capital Solutions Fund.

During 2024, the net investments in Direct Lending decreased by $61 million, primarily as a result of $54 million of distributions received from Onex Credit Lending Partners ("OCLP I").

During the quarter and year ended December 31, 2024, Onex' investments in Credit strategies generated $23 million and $107 million of net realized gains, respectively, from distributions and realizations, which are included in Onex' distributable earnings, as presented on page 17 of this MD&A.

### Credit – Investment Performance

During the quarter and year ended December 31, 2024, Onex had net gains of $16 million and $76 million, respectively, on its Credit investments, representing a return of 2%[1] and 9%[1], respectively. The net gains during the quarter and year ended December 31, 2024 were primarily driven by fair value increases in Onex' Structured and Opportunistic strategies. The performance of the Structured Credit strategies is correlated with the performance of the leveraged loan market.

---

(1)  Adjusted for capital deployed, realizations and distributions.

MANAGEMENT'S DISCUSSION AND ANALYSIS

## ASSET MANAGEMENT SEGMENT RESULTS

For the quarter ended December 31, 2024, Onex' asset management segment generated net earnings of $18 million compared to $46 million during the same period in 2023. The decline in asset management segment net earnings was primarily driven by a decrease in management fees and carried interest, partially offset by lower expenses from restructuring initiatives, as described on pages 16 and 17 of this MD&A.

For the year ended December 31, 2024, Onex' asset management segment generated net earnings of $21 million compared to $2 million during the same period in 2023. The improvement in asset management segment net earnings was primarily driven by an increase in carried interest and lower expenses from restructuring initiatives, partially offset by a decrease in management and performance fees, as described on pages 16 and 17 of this MD&A.

### Assets Under Management

At December 31, 2024, Onex managed $42.7 billion (December 31, 2023 – $41.0 billion) of invested and committed capital on behalf of institutional investors and private clients from around the world, including FGAUM of $35.2 billion (December 31, 2023 – $33.7 billion). Assets under management by business line included the following:

| Assets Under Management[i][ii] | | | | | | |
|---|---|---|---|---|---|---|
| ($ millions) | Fee-Generating | | | Subject to Carried Interest or Performance Fees | | |
| | December 31, 2024 | December 31, 2023 | Change in Total | December 31, 2024 | December 31, 2023 | Change in Total |
| Credit | $ 23,653 | $ 22,344 | 6% | $ 22,143 | $ 18,780 | 18% |
| Private Equity | 11,586 | 11,393 | 2% | 11,611 | 11,393 | 2% |
| Total | $ 35,239 | $ 33,737 | 4% | $ 33,754 | $ 30,173 | 12% |

(i)  Assets under management include co-investments and capital invested by the Onex management team, as applicable. Fee-generating assets under management and assets under management subject to carried interest or performance fees exclude capital from Onex. Refer to the glossary in this MD&A for further details concerning the composition of assets under management.

(ii)  Assets under management for strategies denominated in currencies other than the U.S. dollar have been converted to U.S. dollars using the exchange rates on December 31, 2024 and 2023, respectively.



**Onex' $35.2 billion of FGAUM at December 31, 2024**

- Other Credit Strategies 7%
- Structured Credit 60%
- Private Equity 33%



**Onex' $33.7 billion of FGAUM at December 31, 2023**

- Other Credit Strategies 19%
- Structured Credit 47%
- Private Equity 34%

FGAUM in Private Equity increased by 2% since December 31, 2023, driven by commitments made to the Onex Partners Opportunities Fund and ONCAP V as well as net gains on existing private equity investments, partially off-set by realizations and distributions, as described on pages 10 and 11 of this MD&A. FGAUM from Credit increased by 6% since December 31, 2023, primarily driven by a 34% increase in Structured Credit FGAUM from new U.S. and European CLOs, partially offset by the transfer of Onex Falcon, as described on page 35 of this MD&A.

Onex' FGAUM at December 31, 2024 comprised $32.5 billion from institutional investors (December 31, 2023 – $30.5 billion) and $2.7 billion from private clients (December 31, 2023 – $3.2 billion). Run-rate management fees from Onex' FGAUM at December 31, 2024 were $195 million, consisting of $89 million from Private Equity and $106 million from Credit.

### Fee-Related Earnings (Loss)

Onex' fee-related earnings for the quarter and year ended December 31, 2024 were losses of $1 million and $21 million, respectively (2023 – losses of $2 million and $14 million, respectively). Onex' asset management fee-related earnings for the quarter and year ended December 31, 2024 were $6 million (2023 – $3 million and $12 million, respectively).

| ($ millions) | Quarter Ended | | Year Ended | |
|---|---|---|---|---|
| | December 31, 2024 | December 31, 2023 | December 31, 2024 | December 31, 2023 |
| **Private Equity** | | | | |
| Management and advisory fees | $ 25 | $ 26 | $ 93 | $ 112 |
| Total fee-related revenues from Private Equity | $ 25 | $ 26 | $ 93 | $ 112 |
| Compensation expense | (17) | (24) | (76) | (85) |
| Support and other net expenses | (8) | (10) | (38) | (39) |
| **Net contribution** | $ – | $ (8) | $ (21) | $ (12) |
| **Structured Credit** | | | | |
| Management and advisory fees | $ 21 | $ 16 | $ 76 | $ 61 |
| Performance fees | – | – | 4 | – |
| Total fee-related revenues from Structured Credit | $ 21 | $ 16 | $ 80 | $ 61 |
| Compensation expense | (6) | (5) | (24) | (22) |
| Support and other net expenses | (3) | (1) | (12) | (9) |
| **Net contribution** | $ 12 | $ 10 | $ 44 | $ 30 |
| **Other Credit** | | | | |
| Management and advisory fees | $ 4 | $ 15 | $ 31 | $ 79 |
| Performance fees | 1 | 4 | 4 | 13 |
| Other income | – | – | 2 | 2 |
| Total fee-related revenues from Other Credit | $ 5 | $ 19 | $ 37 | $ 94 |
| Compensation expense | (6) | (9) | (23) | (48) |
| Support and other net expenses | (5) | (9) | (31) | (52) |
| **Net contribution** | $ (6) | $ 1 | $ (17) | $ (6) |
| **Asset management fee-related earnings** | $ 6 | $ 3 | $ 6 | $ 12 |
| **Public Company and Onex Capital Investing** | | | | |
| Compensation expense | $ (3) | $ (1) | $ (13) | $ (11) |
| Other net expenses | (4) | (4) | (14) | (15) |
| **Total expenses** | $ (7) | $ (5) | $ (27) | $ (26) |
| **Total fee-related earnings (loss)** | $ (1) | $ (2) | $ (21) | $ (14) |

The decrease in fee-related earnings during the year ended December 31, 2024 compared to the same period in 2023 was primarily driven by the end of the initial fee period for Onex Partners V in the fourth quarter of 2023 and a decrease in management fees due to private client redemptions from liquid credit and public equity strategies as a result of the wind-down of the Company's wealth management business. These decreases were partially offset by the increase in fees from new CLOs, ONCAP V, the Onex Partners Opportunities Fund and the Ryan, LLC continuation fund as well as lower compensation expenses and operating costs from restructuring initiatives within the Onex Partners platform, Onex' corporate/support functions and the wind-down of the Company's wealth management business.

### Distributable Earnings

During the quarter and year ended December 31, 2024, Onex generated distributable earnings of $231 million and $617 million, respectively (2023 – $139 million and $797 million, respectively).

Distributable earnings during the fourth quarter of 2024 were primarily driven by the partial sale of PowerSchool, the sale of PURE Canadian Gaming (refer to pages 10 and 11 of this MD&A) and CLO realizations and distributions (refer to page 13 of this MD&A).

Distributable earnings during the year ended December 31, 2024 were primarily driven by the partial sale of PowerSchool and the sales of ASM Global, Englobe, PURE Canadian Gaming and Wyse (refer to pages 10 and 11 of this MD&A). CLO realizations and distributions also contributed to distributable earnings during 2024 (refer to page 13 of this MD&A).

#### *Carried Interest*

At December 31, 2024, unrealized carried interest from funds managed by Onex totalled $286 million (December 31, 2023 – $264 million) and AUM subject to carried interest totalled $32.6 billion (December 31, 2023 – $29.3 billion).

| ($ millions) | As at December 31, 2023 | Unrealized Carried Interest[i] | | As at December 31, 2024 |
| --- | --- | --- | --- | --- |
| | | Realizations and Distributions | Change in Fair Value | |
| Onex Partners Funds[ii] | $  211 | $  – | $  24 | $  235 |
| ONCAP Funds[ii] | 41 | (15) | 3 | 29 |
| Private Credit Funds[iii] | 12 | (1) | 11 | 22 |
| Total | $  264 | $  (16) | $  38 | $  286 |

(i)   The actual amount of carried interest earned by Onex will depend on the ultimate performance of each underlying fund.

(ii)  Includes unrealized carried interest from the continuation funds managed by Onex Partners and ONCAP.

(iii) The December 31, 2023 balance of unrealized carried interest from the Private Credit Funds has been adjusted to remove $17 million of unrealized carried interest from the Falcon Funds, which are no longer managed by Onex.

Fee-related earnings (loss) and distributable earnings are non-GAAP financial measures, as discussed on page 8 of this MD&A. The following tables include reconciliations of Onex' net earnings (loss) to fee-related earnings (loss) and distributable earnings during the quarter and year ended December 31, 2024 and 2023:

| ($ millions) | Quarter Ended December 31, 2024 | Quarter Ended December 31, 2023 |
|---|---:|---:|
| **Net earnings (loss)** | $ **(2)** | $ 373 |
| Provision for income taxes | **1** | – |
| Earnings (loss) before income taxes | $ **(1)** | $ 373 |
| Stock-based compensation expense | **33** | 33 |
| Amortization of property, equipment and intangible assets, excluding right-of-use assets | **3** | 4 |
| Restructuring expenses, net | **10** | 6 |
| Unrealized carried interest included in segment net earnings – Credit | **5** | 6 |
| Realized performance fees previously recognized in segment net earnings | **(2)** | (5) |
| Contingent consideration recovery | **–** | (42) |
| Impairment reversal of property and equipment | **–** | (2) |
| Integration expenses | **–** | 1 |
| Other | **(1)** | (2) |
| **Total segment net earnings** | **47** | 372 |
| Investing segment net earnings | **(29)** | (326) |
| Net gain from carried interest[i] | **(19)** | (48) |
| **Total fee-related earnings (loss)** | **(1)** | (2) |
| | | |
| Realized carried interest[i] | **2** | 7 |
| Realized gain on corporate investments | **230** | 134 |
| **Total distributable earnings** | $ **231** | $ 139 |

(i)  Includes carried interest Onex is entitled to from the Falcon Funds.

| ($ millions) | Year Ended<br>December 31, 2024 | Year Ended<br>December 31, 2023 |
|---|---:|---:|
| **Net earnings** | **$ 303** | $ 529 |
| Provision for income taxes | **2** | 3 |
| Earnings before income taxes | **$ 305** | $ 532 |
| Stock-based compensation expense | **36** | 75 |
| Amortization of property, equipment and intangible assets, excluding right-of-use assets | **15** | 24 |
| Restructuring expenses, net | **21** | 46 |
| Carried interest from Falcon Funds previously recognized in segment net earnings | **(25)** | – |
| Unrealized carried interest included in segment net earnings – Credit | **10** | 17 |
| Unrealized performance fees included in segment net earnings | **3** | – |
| Impairment of goodwill, intangible assets and property and equipment | **–** | 162 |
| Contingent consideration recovery | **–** | (42) |
| Integration expenses | **–** | 4 |
| Other | **–** | (1) |
| **Total segment net earnings** | **365** | 817 |
| Investing segment net earnings | **(344)** | (815) |
| Net gain from carried interest[i] | **(42)** | (16) |
| **Total fee-related earnings (loss)** | **(21)** | (14) |
| | | |
| Realized carried interest[i] | **19** | 16 |
| Realized gain on corporate investments | **619** | 795 |
| **Total distributable earnings** | **$ 617** | $ 797 |

(i)   Includes carried interest Onex is entitled to from the Falcon Funds.

## LIQUIDITY

At December 31, 2024, Onex' cash and near-cash balance was $1.6 billion[1] or 19% of Onex' investing capital (December 31, 2023 – $1.5 billion or 17%) and Onex' consolidated cash and cash equivalents balance was $929 million (December 31, 2023 – $265 million). The $112 million increase in cash and near-cash was primarily driven by private equity transactions, as described on pages 10 and 11 of this MD&A, partially offset by the repurchase and cancellation of Onex' SVS, as described on page 49 of this MD&A. Refer to page 39 of this MD&A for further details concerning the changes in cash and near-cash since December 31, 2023.

(1)  Cash and near-cash is a non-GAAP financial measure calculated using methodologies that are not in accordance with IFRS Accounting Standards. The presentation of this measure does not have a standardized meaning prescribed under IFRS Accounting Standards and therefore may not be comparable to similar financial measures presented by other companies. Onex management believes that the cash and near-cash financial measure provides useful information to investors to assess how the Company is managing its capital. Refer to page 38 of this MD&A for further details concerning cash and near-cash items.

# FINANCIAL REVIEW

This section discusses the significant changes in Onex' consolidated statement of comprehensive earnings, consolidated balance sheet and consolidated statement of cash flows for the fiscal year ended December 31, 2024 compared to those for the year ended December 31, 2023 and, in selected areas, to those for the year ended December 31, 2022.

In simple terms, Onex is an investor and asset manager. **Investments** and **investing activity** refer to the investment of Onex' investing capital primarily in its private equity funds, private credit strategies and certain investments held outside the private equity funds and private credit strategies. These investments are held directly or indirectly through wholly-owned subsidiaries of Onex, which are referred to as **Investment Holding Companies**. While there are a number of Investment Holding Companies, these companies primarily consist of direct or indirect subsidiaries of Onex Private Equity Holdings LLC, Onex CLO Holdings LLC or Onex Credit Holdings LLC. These three companies, which are referred to as the **Primary Investment Holding Companies**, are the holding companies for the majority of Onex' investments, excluding intercompany loans receivable from Onex and the Asset Managers. The Primary Investment Holding Companies were formed in the United States.

**Asset management** refers to the activity of managing capital in Onex' private equity funds, private credit strategies and liquid strategies. This activity is conducted through wholly-owned subsidiaries of Onex, which are the managers of the Onex Partners Funds, ONCAP Funds and Credit strategies. These subsidiaries are referred to as Onex' **Asset Managers** and are consolidated by Onex. The **Credit** platform includes a broad spectrum of private credit, liquid credit and public equity strategies that are managed by the Onex Credit team.

Users of the consolidated financial statements may note detailed line-item disclosures relating to **intercompany loans**. IFRS Accounting Standards require specific disclosures and presentation of intercompany loans between Onex and the Asset Managers, and the Investment Holding Companies. Specifically, IFRS Accounting Standards require that:

- intercompany loans payable by Onex and the Asset Managers to the Investment Holding Companies are recognized as liabilities in Onex' consolidated balance sheets. A corresponding and offsetting amount is recognized within corporate investments in Onex' consolidated balance sheets, representing the related loans receivable from Onex and the Asset Managers; and
- intercompany loans payable by Investment Holding Companies to Onex and the Asset Managers are part of the fair value measurement of Onex' corporate investments in the consolidated balance sheets, which reduces the fair value of Onex' corporate investments. Onex classifies the corresponding loans receivable from Investment Holding Companies within corporate investments in its consolidated balance sheets, which increases the value of Onex' corporate investments by the same amount as the related loans payable.

There is no impact to net assets or net earnings from these intercompany loans in Onex' consolidated financial statements.

The simplified diagram below illustrates the types of subsidiaries included within Onex' corporate structure and the basis on which they are accounted.



(i)   Onex Corporation and the consolidated asset management subsidiaries enter into intercompany loans that, in aggregate, have no net effect on Onex' financial position. Intercompany loans payable by Onex and the consolidated subsidiaries to the Investment Holding Companies are recognized as liabilities in the consolidated balance sheets, with the corresponding loans receivable classified as assets within corporate investments in the consolidated balance sheets.

(ii)  Onex' investments in the Investment Holding Companies are recorded as corporate investments at fair value through net earnings (loss).

(iii) Onex' investments in private equity and Credit strategies are typically held directly or indirectly through wholly-owned investment holding companies, which are subsidiaries of the Primary Investment Holding Companies.

MANAGEMENT'S DISCUSSION AND ANALYSIS

## CONSOLIDATED OPERATING RESULTS

This section should be read in conjunction with Onex' consolidated statements of comprehensive earnings for the years ended December 31, 2024 and 2023 and the corresponding notes thereto.

## MATERIAL ACCOUNTING POLICIES AND ESTIMATES

**Foreign currency translation**
The Company's functional currency is the U.S. dollar, as this is the currency of the primary economic environment in which it operates. Monetary assets and liabilities denominated in foreign currencies are translated into U.S. dollars at the year-end exchange rates. Non-monetary assets and liabilities denominated in foreign currencies are translated at historical exchange rates and revenue and expenses are translated at the exchange rates on the date of the transactions. Exchange gains and losses also arise on the settlement of foreign-currency denominated transactions. These exchange gains and losses are recognized in net earnings.

The functional currency of Onex Credit's Canadian operations is the Canadian dollar and, as such, the assets and liabilities of Onex Credit's Canadian operations are translated into U.S. dollars using the year-end exchange rate and its revenues and expenses are translated at the average exchange rates prevailing during the relevant period of the transaction. Gains and losses arising from the translation of these financial results are deferred in the currency translation account included in equity.

**Management and advisory fees, recoverable fund expenses and other receivables**
Management and advisory fees receivable represent amounts owing to Onex and the Asset Managers from the Onex private equity funds, private credit strategies, Onex Credit pooled funds and certain operating companies of the Onex Partners and ONCAP Funds.

Recoverable fund expenses include amounts owing to the Asset Managers from the Onex private equity funds, private credit strategies and certain operating companies of the Onex private equity funds related to certain deal investigation, research and other expenses incurred by the Asset Managers, which are recoverable at cost.

The Company's receivables are recognized initially at fair value and are subsequently measured at amortized cost. The Company recognizes a loss allowance for receivables based on the 12-month expected credit losses for receivables that have not had a significant increase in credit risk since initial recognition. For receivables with a credit risk that has significantly increased since initial recognition, the Company records a loss allowance based on the lifetime expected credit losses. Significant financial difficulties of the counterparty and default in payments are considered indicators that the credit risk associated with a receivable balance may have changed since initial recognition.

**Corporate investments**
Corporate investments include Onex' investments in its subsidiaries, primarily consisting of Investment Holding Companies that meet the investment entity exception to consolidation criteria under IFRS 10, *Consolidated financial statements* ("IFRS 10"). These subsidiaries primarily invest Onex' capital in the Onex Partners Funds, ONCAP Funds and certain private credit strategies. Corporate investments are measured at fair value through net earnings (loss) in accordance with IFRS 9, *Financial instruments* ("IFRS 9"). The fair value of corporate investments includes the fair value of both intercompany loans receivable from and payable to Onex and the Asset Managers. The Onex entities that are entitled to carried interest from the Onex Partners and ONCAP Funds are investment holding companies. As such, Onex' portion of the carried interest earned from Onex' private equity funds is accounted for as a financial asset under IFRS 9 and is included in the fair value of corporate investments. The liability associated with management incentive programs, including the Management Investment Plan (the "MIP") as described on page 58 of this MD&A, is also included in the fair value of corporate investments.

The Company's corporate investments, excluding intercompany loans, primarily consisted of investments made in the Primary Investment Holding Companies.

### Intercompany loans with Investment Holding Companies

Intercompany loans payable to the Investment Holding Companies represent financial liabilities that are payable to subsidiaries of Onex, which are recorded at fair value in the consolidated financial statements.

Intercompany loans receivable from the Investment Holding Companies are classified as corporate investments and represent loans receivable from subsidiaries of Onex, which are recorded at fair value in the consolidated financial statements.

Onex has elected to measure these financial instruments at fair value through net earnings (loss) in accordance with IFRS 9.

### Revenue recognition

The Company's significant revenue streams are as follows:

#### Management and advisory fees

Onex earns management fees for managing investor capital through its private equity funds, private credit strategies and public strategies. Onex also earns advisory fees for services provided directly to certain underlying operating businesses of the Onex Partners and ONCAP Funds. Asset management services are provided over time, and the amounts earned are generally calculated based on a percentage of limited partners' committed capital, limited partners' net funded commitments, unfunded commitments, the collateral principal balance, invested capital, gross invested assets, net asset value or assets under management of the respective strategies. Revenues earned from management and advisory fees are recognized over time as services are provided.

#### Performance fees

Performance fees are recognized as revenue to the extent the fees are highly probable to not reverse, which is typically at the end of each performance year or following the transfer of assets to a different investment model.

Performance fees associated with the management of Liquid strategies by Onex Credit are determined by applying an agreed-upon formula to the growth in the net asset value of clients' assets under management. Performance fees range between 12.5% and 20% and may be subject to performance hurdles.

#### Carried interest – Credit strategies

The General Partners of the Credit strategies are entitled to a carried interest of up to 20% on the realized net gains from limited partners in certain private credit strategies, subject to a hurdle or minimum preferred return to investors. Onex is entitled to 40% of the realized carried interest, while the Onex Credit management team is allocated the remaining 60%.

The Onex entities that are entitled to carried interest from the Credit strategies are consolidated subsidiaries. As such, carried interest earned by Onex from the Credit strategies is considered revenue under IFRS 15, *Revenue from contracts with customers* ("IFRS 15"), which is recognized to the extent it is highly probable it will not reverse, which typically occurs when the investments held by a given fund are substantially realized, towards the end of the fund's life. In Onex' segmented results, unrealized carried interest from third-party limited partners in the Credit strategies is recognized based on the fair values of the underlying investments and the unrealized net gain (loss) in each respective fund, as described on page 27 of this MD&A.

#### Reimbursement of expenses from investment funds and operating businesses

Certain deal investigation, research and other expenses incurred by the Asset Managers are recoverable at cost from the Onex private equity funds, private credit strategies and certain operating businesses of the Onex Partners and ONCAP Funds. These expense reimbursements are recognized as revenue in accordance with IFRS 15 and are excluded from Onex' segmented results, as described on page 28 of this MD&A.

MANAGEMENT'S DISCUSSION AND ANALYSIS

**Significant accounting estimates and judgements**

Onex prepares its consolidated financial statements in accordance with IFRS Accounting Standards. The preparation of financial statements in conformity with IFRS Accounting Standards requires management to make judgements, estimates and assumptions that affect the reported amounts of assets, liabilities and equity, the related disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenue, expenses and gains (losses) on financial instruments during the reporting period. Actual results could differ materially from these estimates and assumptions. Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimate is revised if the revision affects only that period, or in the period of the revision and future periods if the revision affects both current and future periods.

Areas that involve critical judgements, assumptions and estimates and that have a significant influence on the amounts recognized in the consolidated financial statements are further described as follows:

*Investment entity status*

Judgement is required when determining whether Onex, the parent company, meets the definition of an investment entity, which IFRS 10 defines as an entity that: (i) obtains funds from one or more investors for the purpose of providing those investors with investment management services; (ii) commits to its investors that its business purpose is to invest funds solely for returns from capital appreciation, investment income or both; and (iii) measures and evaluates the performance of substantially all its investments on a fair value basis. When determining whether Onex meets the definition of an investment entity under IFRS 10, Onex management applied significant judgement when assessing whether the Company measures and evaluates the performance of substantially all its investments on a fair value basis.

Onex conducts its business primarily through controlled subsidiaries, which consist of entities providing asset management services, investment holding companies and General Partners of private equity funds, credit funds and limited partnerships. Certain of these subsidiaries were formed for legal, regulatory or similar reasons by Onex and share a common business purpose. The assessment of whether Onex, the parent company, meets the definition of an investment entity was performed on an aggregate basis with these subsidiaries.

*Corporate investments*

The measurement of corporate investments is significantly impacted by the fair values of the investments held by the Onex Partners Funds, ONCAP Funds, private equity investments held directly by Onex and investments in private credit strategies. The fair value of corporate investments is assessed at each reporting date with changes in fair value recognized through net earnings (loss).

The valuation of the underlying non-public investments requires significant judgement due to the absence of quoted market values, the inherent lack of liquidity, the long-term nature of such investments and heightened market uncertainty as a result of global inflationary pressures, changes in interest rates and heightened geopolitical risks. Valuation methodologies include discounted cash flows and observations of the valuation multiples implied by precedent transactions or trading multiples of public companies considered comparable to the private companies being valued. Key assumptions made in the valuations include unlevered free cash flows, including the timing of earnings projections and expected long-term revenue growth, the weighted average costs of capital, the exit multiples, adjusted earnings before interest, taxes, depreciation and amortization ("adjusted EBITDA") and adjusted EBITDA multiples. The valuations take into consideration company-specific items, the lack of liquidity inherent in a non-public investment and the fact that precedent transactions and comparable public companies are not identical to the companies being valued. Such considerations are necessary since, in the absence of a committed buyer and completion of due diligence procedures, there may be company-specific items which are not fully known that may affect the fair value. A variety of additional factors are reviewed, including, but not limited to, financing and sales transactions with third parties, current operating performance and future expectations of the particular investment, changes in market outlook and the third-party financing environment. In determining changes to the fair value of the underlying private equity investments, emphasis is placed on current company performance and market conditions.

For publicly traded investments, the valuation is based on closing market prices less adjustments, if any, for regulatory sale restrictions.

The fair value of underlying investments in private credit strategies that are not quoted in an active market may be determined by using reputable pricing sources (such as pricing agencies) or indicative prices from bond/debt market makers (such as broker quotes). Broker quotes obtained from the pricing sources may be indicative and not executable or binding. Judgement and estimates are used to determine the quantity and quality of the pricing sources used. Where limited or no market data is available, positions may be valued using third-party valuation services and/or internally developed pricing models that include the use of third-party pricing information, and are usually based on valuation methods and techniques generally recognized as standard within the industry. Internally developed models use observable data to the extent practicable. However, areas such as credit risk (both own and counterparty), volatilities and correlations may require estimates to be made. Changes in assumptions about these factors could affect the reported fair value of the underlying investments in private credit strategies.

Liabilities associated with management incentive programs related to the performance of Onex' private equity investments are included in the fair value of corporate investments and are determined using an internally developed valuation model. The critical assumptions and estimates used in the valuation model include the fair value of the underlying investments, the time to expected exit from each investment, a risk-free rate of return and an industry-comparable historical volatility for each investment. The fair value of the underlying investments includes the same critical assumptions and estimates previously described.

Corporate investments are measured with significant unobservable inputs (Level 3 of the fair value hierarchy), which are further described in note 23 to the 2024 audited annual consolidated financial statements.

The changes in fair value of corporate investments are further described on pages 31 and 32 of this MD&A.

The Company assessed whether its underlying subsidiaries met the definition of an investment entity, as defined under IFRS 10. In certain circumstances, this assessment was performed together with other entities that were formed in connection with each other for legal, regulatory or similar reasons. Similarly, where a subsidiary's current business purpose is to facilitate a common purpose with a group of entities, the assessment of whether those subsidiaries met the definition of an investment entity was performed on an aggregated basis.

Certain subsidiaries were formed for various business purposes that, in certain circumstances, have evolved since their formation. When the Company assessed whether these subsidiaries met the definition of an investment entity, as defined under IFRS 10, professional judgement was exercised to determine the primary business purpose of these subsidiaries and the measurement basis, which were significant factors in determining their investment entity status.

### *Goodwill impairment tests and recoverability of assets*

The Company tests at least annually whether goodwill has suffered any impairment, in accordance with its accounting policies. The determination of the recoverable amount of a cash-generating unit to which goodwill is allocated involves the use of estimates by management. The Company generally uses a discounted cash flow-based model to determine this value. The discounted cash flow calculations typically uses a five-year projection that is based on the operating plans approved by management. Cash flow projections take into account past experience and represent management's best estimate of future developments. Cash flows after the planning period are extrapolated using estimated growth rates. Key assumptions on which management has based its determination of fair value less costs to sell and value in use include estimated growth rates, weighted average cost of capital and tax rates. These estimates, including the methodology used, can have a material impact on the respective values and ultimately the amount of any goodwill impairment. Likewise, whenever property, equipment and other intangible assets are tested for impairment, the determination of the assets' recoverable amount involves the use of estimates by management and can have a material impact on the respective values and ultimately the amount of any impairment.

The Company also exercised significant judgement when testing assets for impairment and estimating the restructuring provision in connection with the transition and wind-down of Gluskin Sheff's wealth management and wealth planning operations, as described on pages 35 and 36 of this MD&A.

MANAGEMENT'S DISCUSSION AND ANALYSIS

*Income and other taxes*

The Company operates and earns income in various countries and is subject to changing tax laws or application of tax laws in multiple jurisdictions within these countries. Significant judgement is necessary in determining worldwide income and other tax liabilities. Although management believes that it has made reasonable estimates concerning the final outcome of tax uncertainties, no assurance can be given that the final outcome of these tax matters will be consistent with what is reflected in historical income tax provisions. Such differences could have an effect on income and other tax liabilities and deferred tax liabilities in the period in which such determinations are made. At each balance sheet date, the Company assesses whether the realization of future tax benefits is sufficiently probable to recognize deferred tax assets. This assessment requires the exercise of judgement on the part of management with respect to, among other things, benefits that could be realized from available tax strategies and future taxable income, as well as other positive and negative factors. The recorded amount of total deferred tax assets could be reduced if estimates of projected future taxable income and benefits from available tax strategies are lowered, or if changes in current tax regulations are enacted that impose restrictions on the timing or extent of the Company's ability to utilize future tax benefits.

The Company uses significant judgement when determining whether to recognize deferred tax liabilities with respect to taxable temporary differences associated with corporate investments, in particular whether the Company is able to control the timing of the reversal of the temporary differences and whether it is probable that the temporary differences will not reverse in the foreseeable future. Judgement includes consideration of the Company's future cash requirements in its numerous tax jurisdictions.

*Legal provisions and contingencies*

The Company, in the normal course of operations, can become involved in various legal proceedings. While the Company cannot predict the final outcome of such legal proceedings, the outcome of these matters may have a material effect on Onex' consolidated financial position, results of operations or cash flows. Management regularly analyzes current information about such matters and provides provisions for probable contingent losses, including an estimate of legal expenses to resolve the matters. Internal and external counsel are used for these assessments. In making the decision regarding the need for provisions, management considers the degree of probability of an unfavourable outcome and the ability to make a sufficiently reliable estimate of the amount of loss. The filing of a suit or formal assertion of a claim or the disclosure of any such suit or assertion does not automatically indicate that a provision may be appropriate.

## RECENTLY ISSUED ACCOUNTING PRONOUNCEMENTS

**Standards, amendments and interpretations not yet adopted or effective**

*IFRS 18 – Presentation and Disclosure in Financial Statements*

In April 2024, the International Accounting Standards Board issued IFRS 18, *Presentation and Disclosure in Financial Statements* ("IFRS 18"), which replaces IAS 1, *Presentation of Financial Statements*. This standard introduces a new requirement to classify income and expenses within the statement of comprehensive earnings into one of the following categories: operating, investing, financing, income taxes and discontinued operations. IFRS 18 also requires the disclosure of management-defined performance measures. IFRS 18 will apply retrospectively and is effective for annual periods beginning on or after January 1, 2027, with earlier application permitted. The Company is currently evaluating the impact of adopting IFRS 18 on its consolidated financial statements.

## VARIABILITY OF RESULTS

Onex' consolidated operating results may vary substantially from quarter to quarter and year to year for a number of reasons. Those reasons may be significant with respect to (i) Onex' asset management activities and the fees and carried interest associated therewith; (ii) the aggregate fair value of Onex' investments in and related to the private equity funds, including the underlying private equity operating businesses, and credit strategies, as the result of not only changes in specific underlying values but also new investments or realizations by those funds; or (iii) Onex' cash position or the amount and value of its treasury investments. More broadly, Onex' results may be materially affected by such factors as changes in the economic or political environment, the occurrence of natural disasters, incidents of war, riot or civil unrest, pandemics or outbreaks of new infectious diseases or viruses, foreign exchange rates, interest rates, the value of stock-based compensation, and tax and trade legislation or its application, for example. Given the diversity of Onex' asset management businesses, private credit investments and the Onex Partners and ONCAP Funds' operating businesses, the exposures, risks and contingencies that could impact Onex' investments may be many, varied and material. Certain of those matters are discussed under the heading "Risk Factors" in Onex' 2024 Annual Information Form.

In addition, the fair values of Onex' underlying investments in private credit strategies are impacted by the CLO market, leveraged loan market and credit risk (both own and counterparty), which may vary substantially from quarter to quarter and year to year.

## REVIEW OF CONSOLIDATED FINANCIAL STATEMENTS AND FOURTH QUARTER RESULTS

The discussion that follows identifies those material factors that affected Onex' consolidated financial results for the quarter and year ended December 31, 2024.

### Consolidated net earnings (loss)

Onex recorded a consolidated net loss of $2 million and a net loss per diluted share of $0.02 during the quarter ended December 31, 2024 compared to net earnings of $373 million and net earnings per diluted share of $4.81 during the same period in 2023.

Onex recorded consolidated net earnings of $303 million and net earnings per diluted share of $4.00 during the year ended December 31, 2024 compared to net earnings of $529 million and net earnings per diluted share of $6.65 during 2023.

Tables 1 and 2 present the segmented results for the quarters and years ended December 31, 2024 and 2023. Onex' segmented results include unrealized carried interest from third-party limited partners in the Credit strategies, which is recognized based on the fair values of the underlying investments and the unrealized net gain (loss) in each respective strategy, in accordance with the limited partnership agreements, and net of allocations to management. In Onex' consolidated financial statements, carried interest from the Credit strategies is recognized as revenue to the extent it is highly probable to not reverse, which typically occurs when the investments held by a given strategy are substantially realized, toward the end of the fund's term, as described in note 1 to the 2024 audited annual consolidated financial statements.

Onex' segmented results also include performance fees associated with the management of certain Credit strategies, which are based on the funds' performance during the periods presented by applying an agreed-upon formula to the growth in the net asset value of clients' assets under management. In Onex' consolidated statements of comprehensive earnings, performance fees are recognized as revenue to the extent the fees are highly probable to not reverse, which is typically at the end of each performance period, as described in note 1 to the 2024 audited annual consolidated financial statements.

MANAGEMENT'S DISCUSSION AND ANALYSIS

Onex' segmented results exclude revenues and expenses associated with recoverable expenses from the Onex Partners Funds, ONCAP Funds, private credit strategies and private equity portfolio companies. Onex management excludes these amounts when assessing Onex' performance given the nature of these expenses, which are recoverable at cost.

| TABLE 1 | ($ millions except per share amounts) | Quarter Ended December 31, 2024 | | | Quarter Ended December 31, 2023 | | |
|---|---|---|---|---|---|---|---|
| | | Investing | Asset Management[i] | Total | Investing | Asset Management[i] | Total |
| Net gain on corporate investments[ii] | | $ 21 | $ 13 | $ 34 | $ 321 | $ 45 | $ 366 |
| Management and advisory fees | | – | 50 | 50 | – | 57 | 57 |
| Performance fees and carried interest from Credit[iii] | | – | 7 | 7 | – | 7 | 7 |
| Interest and net treasury investment income | | 8 | – | 8 | 5 | – | 5 |
| Total segment income | | 29 | 70 | 99 | 326 | 109 | 435 |
| Compensation | | – | (41) | (41) | – | (48) | (48) |
| Amortization of right-of-use assets | | – | (2) | (2) | – | (3) | (3) |
| Other expenses | | – | (9) | (9) | – | (12) | (12) |
| Segment net earnings | | $ 29 | $ 18 | $ 47 | $ 326 | $ 46 | $ 372 |
| Stock-based compensation expense | | | | (33) | | | (33) |
| Amortization of property, equipment and intangible assets, excluding right-of-use assets | | | | (3) | | | (4) |
| Restructuring expenses, net | | | | (10) | | | (6) |
| Unrealized carried interest included in segment net earnings – Credit[ii][iii] | | | | (5) | | | (6) |
| Realized performance fees previously recognized in segment net earnings | | | | 2 | | | 5 |
| Contingent consideration recovery | | | | – | | | 42 |
| Impairment reversal of property and equipment | | | | – | | | 2 |
| Integration expenses | | | | – | | | (1) |
| Other | | | | 1 | | | 2 |
| Earnings (loss) before income taxes | | | | (1) | | | 373 |
| Provision for income taxes | | | | (1) | | | – |
| Net earnings (loss) | | | | $ (2) | | | $ 373 |
| Segment net earnings per fully diluted share | | | | $ 0.62 | | | $ 4.80 |
| Net earnings (loss) per diluted share | | | | $ (0.02) | | | $ 4.81 |

(i)   The asset management segment includes public company expenses and other expenses associated with managing Onex' investing capital.

(ii)  The investing segment includes $1 million of interest expense attributable to intercompany loans payable to Investment Holding Companies during the quarter ended December 31, 2024, which is included in other expenses in the consolidated statements of comprehensive earnings. The asset management segment includes an increase in carried interest of $1 million (2023 – $3 million) that Onex is entitled to from the Falcon Funds.

(iii) The asset management segment includes an increase in unrealized carried interest of $5 million (2023 – $3 million) from third-party limited partners in the Credit strategies.

| TABLE 2 ($ millions except per share amounts) | Year Ended December 31, 2024 | | | Year Ended December 31, 2023 | | |
|---|---|---|---|---|---|---|
| | Investing | Asset Management[i] | Total | Investing | Asset Management[i] | Total |
| Net gain on corporate investments[ii] | $ 326 | $ 31 | $ 357 | $ 801 | $ 4 | $ 805 |
| Management and advisory fees | – | 200 | 200 | – | 252 | 252 |
| Performance fees and carried interest from Credit[iii] | – | 19 | 19 | – | 25 | 25 |
| Interest and net treasury investment income | 18 | – | 18 | 14 | – | 14 |
| Other income | – | 2 | 2 | – | 2 | 2 |
| Total segment income | 344 | 252 | 596 | 815 | 283 | 1,098 |
| Compensation | – | (178) | (178) | – | (214) | (214) |
| Amortization of right-of-use assets | – | (9) | (9) | – | (11) | (11) |
| Other expenses | – | (44) | (44) | – | (56) | (56) |
| Segment net earnings | $ 344 | $ 21 | $ 365 | $ 815 | $ 2 | $ 817 |
| Stock-based compensation expense | | | (36) | | | (75) |
| Amortization of property, equipment and intangible assets, excluding right-of-use assets | | | (15) | | | (24) |
| Restructuring expenses, net | | | (21) | | | (46) |
| Carried interest from Falcon Funds previously recognized in segment net earnings | | | 25 | | | – |
| Unrealized carried interest included in segment net earnings – Credit[ii][iii] | | | (10) | | | (17) |
| Unrealized performance fees included in segment net earnings | | | (3) | | | – |
| Impairment of goodwill, intangible assets and property and equipment | | | – | | | (162) |
| Contingent consideration recovery | | | – | | | 42 |
| Integration expenses | | | – | | | (4) |
| Other | | | – | | | 1 |
| Earnings before income taxes | | | 305 | | | 532 |
| Provision for income taxes | | | (2) | | | (3) |
| Net earnings | | | $ 303 | | | $ 529 |
| Segment net earnings per fully diluted share | | | $ 4.74 | | | $ 10.23 |
| Net earnings per diluted share | | | $ 4.00 | | | $ 6.65 |

(i)   The asset management segment includes public company expenses and other expenses associated with managing Onex' investing capital.

(ii)  The investing segment includes $3 million of interest expense attributable to intercompany loans payable to Investment Holding Companies during the year ended December 31, 2024, which is included in other expenses in the consolidated statements of comprehensive earnings. The asset management segment includes an increase in carried interest of $4 million (2023 – $5 million) that Onex is entitled to from the Falcon Funds.

(iii) The asset management segment includes an increase in unrealized carried interest of $10 million (2023 – $12 million) from third-party limited partners in the Credit strategies.

MANAGEMENT'S DISCUSSION AND ANALYSIS

Table 3 presents the segmented results for the years ended December 31, 2023 and 2022.

| TABLE 3 ($ millions except per share amounts) | Year Ended December 31, 2023 | | | Year Ended December 31, 2022 | | |
|---|---|---|---|---|---|---|
| | Investing | Asset Management[i] | Total | Investing | Asset Management[i] | Total |
| Net gain on corporate investments[ii] | $ 801 | $ 4 | $ 805 | $ 116 | $ 20 | $ 136 |
| Management and advisory fees | – | 252 | 252 | – | 270 | 270 |
| Performance fees and carried interest from Credit[iii] | – | 25 | 25 | – | (3) | (3) |
| Interest and net treasury investment income | 14 | – | 14 | 1 | – | 1 |
| Other income | – | 2 | 2 | – | 3 | 3 |
| Total segment income | 815 | 283 | 1,098 | 117 | 290 | 407 |
| | | | | | | |
| Compensation | – | (214) | (214) | – | (239) | (239) |
| Amortization of right-of-use assets | – | (11) | (11) | – | (12) | (12) |
| Other expenses | – | (56) | (56) | – | (67) | (67) |
| Segment net earnings (loss) | $ 815 | $ 2 | $ 817 | $ 117 | $ (28) | $ 89 |
| Stock-based compensation recovery (expense) | | | (75) | | | 222 |
| Amortization of property, equipment and intangible assets, excluding right-of-use assets | | | (24) | | | (54) |
| Impairment of goodwill, intangible assets and property and equipment | | | (162) | | | – |
| Restructuring expenses | | | (46) | | | – |
| Unrealized carried interest included in segment net earnings (loss) – Credit[ii][iii] | | | (17) | | | (2) |
| Integration expenses | | | (4) | | | (6) |
| Contingent consideration recovery (expense) | | | 42 | | | (14) |
| Other | | | 1 | | | (1) |
| Earnings before income taxes | | | 532 | | | 234 |
| Recovery of (provision for) income taxes | | | (3) | | | 1 |
| Net earnings | | | $ 529 | | | $ 235 |
| Segment net earnings per fully diluted share | | | $ 10.23 | | | $ 1.03 |
| Net earnings per diluted share | | | $ 6.65 | | | $ 2.77 |

(i)   The asset management segment includes public company expenses and other expenses associated with managing Onex' investing capital.

(ii)  The asset management segment includes an increase in carried interest of $5 million (2022 – $6 million) that Onex is entitled to from the Falcon Funds.

(iii) The asset management segment includes an increase in unrealized carried interest of $12 million (2022 – decrease of $4 million) from third-party limited partners in the Credit strategies.

## Consolidated income for the quarters and years ended December 31, 2024 and 2023

Consolidated income primarily consists of net gains (losses) from corporate investments, including carried interest, and management fees on third-party capital managed through Private Equity and Credit Funds.

During the quarter and year ended December 31, 2024, Onex' investing segment recognized net gains on corporate investments of $21 million and $326 million, respectively (2023 – $321 million and $801 million, respectively). Net gains for private equity were impacted by unfavourable foreign exchange, as described on page 12 of this MD&A. The contribution of private equity and private credit to this performance is detailed in the following tables:

| TABLE 4 | *($ millions)* | **Net Gain (Loss) on Private Equity Investments** | | |
|---|---:|---:|---:|---:|
| | **Quarter Ended December 31, 2024** | Quarter Ended December 31, 2023 | **Year Ended December 31, 2024** | Year Ended December 31, 2023 |
| **Onex Partners Funds[i]** | | | | |
| Onex Partners II | **$ 2** | $ (1) | **$ 2** | $ (1) |
| Onex Partners III | **5** | 22 | **11** | 43 |
| Onex Partners IV | **(52)** | 49 | **(151)** | (69) |
| Onex Partners V | **51** | 158 | **245** | 413 |
| Onex Partners Opportunities | **(5)** | – | **(5)** | – |
| Management incentive programs | **3** | (16) | **(6)** | (32) |
| **Total net gain from Onex Partners Funds** | **4** | 212 | **96** | 354 |
| **ONCAP Funds[i]** | | | | |
| ONCAP II | **1** | 10 | **41** | 14 |
| ONCAP III | **(5)** | 7 | **(11)** | 28 |
| ONCAP IV | **13** | 37 | **(24)** | 88 |
| ONCAP V | **5** | 9 | **30** | 9 |
| ONCAP SPV | **(8)** | – | **–** | – |
| Management incentive programs | **(3)** | (10) | **(6)** | (29) |
| **Total net gain from ONCAP Funds** | **3** | 53 | **30** | 110 |
| **Net gain (loss) from other private equity investments** | **4** | (15) | **132** | 156 |
| **Total net gain from private equity** | **$ 11** | $ 250 | **$ 258** | $ 620 |

(i) Onex' investments in the Onex Partners and ONCAP Funds include co-investments, where applicable.

During the quarter ended December 31, 2024, the net gain from private equity investments was primarily driven by:
- Onex Partners V increases in fair value for its investments in Analytic Partners, Convex and Wealth Enhancement Group, partially offset by the fair value decreases in Acacium Group and Newport Healthcare;

- ONCAP IV increases in fair value for its investments in Merrithew International and Walter Surface Technologies; and
- Onex Partners IV decreases in fair value for its investments in Clarivate Analytics and Parkdean Resorts, partially offset by the fair value increase in SCP Health.

MANAGEMENT'S DISCUSSION AND ANALYSIS

During the year ended December 31, 2024, the net gain from private equity investments was primarily driven by:

- Onex Partners V increases in fair value for its investments in Analytic Partners, Convex, Emerald, Fidelity BSG, Tes, Wealth Enhancement Group and WestJet, partially offset by the fair value decreases in Acacium Group and Newport Healthcare;
- ONCAP II increase in fair value for its investment in Englobe;
- ONCAP V increase in fair value for its investment in Right at School;
- Onex Partners IV decreases in fair value for its investments in Clarivate Analytics, Parkdean Resorts and WireCo, partially offset by the fair value increase in SCP Health; and
- ONCAP IV decreases in fair value for its investment in International Language Academy of Canada ("ILAC"), partially offset by the fair value increases in Merrithew International and Walter Surface Technologies.

During the quarter ended December 31, 2023, the net gain from private equity investments was primarily driven by:

- Onex Partners IV increases in fair value for its investments in Clarivate Analytics, PowerSchool and SCP Health, partially offset by the fair value decrease in Parkdean Resorts; and

- Onex Partners V increases in fair value for its investments in Emerald, OneDigital and WestJet, partially offset by the fair value decrease in Acacium Group.

During the year ended December 31, 2023, the net gain from private equity investments was primarily driven by:

- Onex Partners V increases in fair value for its investments in Convex, Emerald, Fidelity BSG, OneDigital, Tes, Wealth Enhancement Group and WestJet, partially offset by the fair value decreases in Acacium Group and Resource Environmental Solutions ("RES");
- increases in fair value of Onex' direct investments in Celestica and Ryan Specialty;
- Onex Partners IV decreases in fair value for its investments in Parkdean Resorts and Ryan, LLC, partially offset by the fair value increases in ASM Global and Clarivate Analytics; and
- ONCAP IV increases in fair value for its investments in ILAC and Walter Surface Technologies, partially offset by the fair value decrease in AutoSavvy.

| TABLE 5 | *($ millions)* | | **Net Gain (Loss) on Investments in Private Credit Strategies** | |
|---|---|---|---|---|
| | **Quarter Ended December 31, 2024** | Quarter Ended December 31, 2023 | **Year Ended December 31, 2024** | Year Ended December 31, 2023 |
| **Structured Credit Strategies** | | | | |
| U.S. CLOs | **$    4** | $   18 | **$   28** | $   50 |
| EURO CLOs | **(2)** | 16 | **11** | 44 |
| CLO Warehouses | **4** | 2 | **6** | 4 |
| Other Structured Strategies | **3** | 3 | **14** | 14 |
| **Opportunistic Credit Strategies** | **4** | 10 | **12** | 21 |
| **Liquid Strategies** | **2** | 12 | **5** | 19 |
| **Direct Lending**[i] | **1** | 5 | **–** | 11 |
| **Total net gain from Private Credit Strategies**[i] | **$   16** | $   66 | **$   76** | $  163 |

[i]  The 2023 net gains from Direct Lending have been adjusted to remove net gains from Onex' investment in Falcon Fund VII. The net gains (losses) from Falcon Fund VII are now recorded in other net assets, within corporate investments.

The net gains on investments in private credit strategies recognized during the quarter and year ended December 31, 2024 and 2023 were primarily driven by the gains from Opportunistic Credit strategies and Structured Credit strategies. The performance of the Structured Credit strategies is correlated with the performance of the leveraged loan market.

Management and advisory fees for the quarters and years ended December 31, 2024 and 2023 were generated from the following sources:

| TABLE 6 | ($ millions) | **Management and Advisory Fees** | | | |
|---|---|---|---|---|---|
| | | **Quarter Ended December 31, 2024** | Quarter Ended December 31, 2023 | | **Change in Total** |
| **Source of management and advisory fees** | | | | | |
| Credit | | | | | |
| Structured Credit Strategies | | $ 21 | $ 16 | $ 5 | 31 % |
| Other Credit Strategies | | 4 | 15 | (11) | (73)% |
| Private Equity[i] | | 25 | 26 | (1) | (4)% |
| **Total management and advisory fees** | | **$ 50** | $ 57 | **$ (7)** | **(12)%** |

(i)  Includes advisory fees earned from the Onex Partners and ONCAP operating businesses.

| TABLE 7 | ($ millions) | **Management and Advisory Fees** | | | |
|---|---|---|---|---|---|
| | | **Year Ended December 31, 2024** | Year Ended December 31, 2023 | | **Change in Total** |
| **Source of management and advisory fees** | | | | | |
| Credit | | | | | |
| Structured Credit Strategies | | $ 76 | $ 61 | $ 15 | 25 % |
| Other Credit Strategies | | 31 | 79 | (48) | (61)% |
| Private Equity[i] | | 93 | 112 | (19) | (17)% |
| **Total management and advisory fees** | | **$ 200** | $ 252 | **$ (52)** | **(21)%** |

(i)  Includes advisory fees earned from the Onex Partners and ONCAP operating businesses.

During the quarter and year ended December 31, 2024, management fees from Structured Credit strategies were 31% and 25% higher, respectively, compared to the same periods in 2023. These increases were primarily driven by new U.S. and European CLOs that were launched during 2024.

During the quarter and year ended December 31, 2024, management fees from Other Credit strategies were 73% and 61% lower, respectively, compared to the same periods in 2023. These decreases were primarily driven by the wind-down of the Company's wealth management business, which resulted in a realignment of fee structures and private client redemptions from liquid credit and public equity strategies, and the transfer of Onex Falcon in June 2024, as described on pages 35 and 36 of this MD&A.

During the year ended December 31, 2024, management and advisory fees from Private Equity were 17% lower compared to the same period in 2023. This decrease was primarily driven by the expiration of the initial fee period for Onex Partners V during the fourth quarter of 2023, partially offset by management fees earned by ONCAP V, the Ryan, LLC continuation fund and the Onex Partners Opportunities Fund.

MANAGEMENT'S DISCUSSION AND ANALYSIS

Management and advisory fees for the years ended December 31, 2023 and 2022 were generated from the following sources:

| TABLE 8    ($ millions) | Management and Advisory Fees | | | |
|---|---|---|---|---|
| | Year Ended December 31, 2023 | Year Ended December 31, 2022 | | Change in Total |
| **Source of management and advisory fees** | | | | |
| Credit | | | | |
| Structured Credit Strategies | $    61 | $    54 | $    7 | 13 % |
| Other Credit Strategies | 79 | 98 | (19) | (19)% |
| Private Equity[i] | 112 | 118 | (6) | (5)% |
| **Total management and advisory fees** | $   252 | $   270 | $  (18) | (7)% |

(i)   Includes advisory fees earned from the Onex Partners and ONCAP operating businesses.

During the year ended December 31, 2023, management and advisory fees from Other Credit strategies were 19% lower compared to the same period in 2022. This decrease was primarily driven by the wind-down of Gluskin Sheff's wealth management business during 2023, as described on pages 35 and 36 of this MD&A.

During the year ended December 31, 2023, management and advisory fees from Private Equity were 5% lower compared to the same period in 2022. This decrease was primarily driven by the expiration of the initial fee period for Onex Partners V during the fourth quarter of 2023, partially offset by management fees earned by ONCAP V and the Ryan, LLC continuation fund.

During the quarter and year ended December 31, 2024, Onex recognized $4 million and $6 million, respectively, in performance fees and carried interest from its Credit strategies (2023 – $9 million and $13 million, respectively). The decrease in performance fees and carried interest during 2024 was primarily driven by the wind-down of Gluskin Sheff's wealth management business during 2023.

During the year ended December 31, 2023, Onex recognized $13 million in performance fees from its Credit strategies compared to $1 million in 2022. The increase in performance fees during 2023 was primarily driven by the strengthening of North American equity and bond markets during 2023.

Certain deal investigation, research and other costs incurred by the Asset Managers are recoverable from the Onex private equity funds, private credit strategies and private equity portfolio companies. These cost reimbursements are recognized as revenue in accordance with IFRS 15. During the quarter and year ended December 31, 2024, Onex recognized $11 million and $38 million, respectively, in revenues and expenses associated with these reimbursements (2023 – $18 million and $43 million, respectively). During the year ended December 31, 2022, Onex recognized $35 million in revenues and expenses associated with these reimbursements.

## Compensation

Compensation expense for the quarter and year ended December 31, 2024 was $41 million and $178 million, respectively, compared to $48 million and $214 million, respectively, during the same periods in 2023. Refer to pages 16 and 17 of this MD&A for further details concerning compensation expense.

### Stock-based compensation expense

During the quarters ended December 31, 2024 and December 31, 2023, Onex recorded a consolidated stock-based compensation expense of $33 million. The stock-based compensation expense recorded during the quarter ended December 31, 2024 was primarily due to a 19% increase in the market value of Onex' SVS to C$112.28 at December 31, 2024 from C$94.73 at September 30, 2024 and the vesting of stock options and RSUs.

During the year ended December 31, 2024, Onex recorded a consolidated stock-based compensation expense of $36 million compared to $75 million during 2023. The stock-based compensation expense recorded during the year ended December 31, 2024 was primarily due to a 21% increase in the market value of Onex' SVS to C$112.28 at December 31, 2024 from C$92.53 at December 31, 2023 and the vesting of stock options and RSUs during the year, partially offset by the expiry or cancellation of stock options during the year.

Table 9 details the change in stock-based compensation expense.

## Stock-Based Compensation Expense

| TABLE 9 | ($ millions) | Quarter Ended December 31 | | | Year Ended December 31 | | |
|---|---|---|---|---|---|---|---|
| | | **2024** | 2023 | **Change** | **2024** | 2023 | **Change** |
| Stock Option Plan | | **$ 31** | $ 32 | **$ (1)** | **$ 23** | $ 70 | **$ (47)** |
| PSU and RSU Plans | | **2** | 1 | **1** | **13** | 4 | **9** |
| Director DSU Plan | | **–** | – | **–** | **–** | 1 | **(1)** |
| Total stock-based compensation expense | | **$ 33** | $ 33 | **$ –** | **$ 36** | $ 75 | **$ (39)** |

## Amortization of property, equipment and intangible assets

Amortization of property, equipment and intangible assets for the quarter and year ended December 31, 2024 was $5 million and $24 million, respectively (2023 – $7 million and $35 million, respectively) and consisted primarily of amortization of right-of-use assets and leasehold improvements related to Onex' leased premises.

The decline in amortization expense during the quarter ended December 31, 2024 compared to the same period in 2023 was primarily driven by the transfer of Onex Falcon in June 2024. The decline in amortization expense during the year ended December 31, 2024 compared to the same period in 2023 was primarily driven by the impairment of Gluskin Sheff client relationship intangible assets in March 2023 and the transfer of Onex Falcon in June 2024, as described in the following section.

## Restructuring expenses and impairment of goodwill, intangible assets and property and equipment

### Transfer of Onex Falcon

In June 2024, Onex transferred 80% of its interest in Onex Falcon to certain members of the Onex Falcon management team and retained a 20% economic interest in the Onex Falcon asset manager. Onex received the following in exchange for its 80% economic interest in Onex Falcon's junior capital asset management business:

- an increased carried interest entitlement from Falcon Fund VI to approximately 25%;
- a 30% carried interest entitlement from Falcon Fund VII was retained;
- a 20% carried interest entitlement from Falcon Fund VIII, if raised, was retained; and
- all contingent consideration entitlements from the purchase of Falcon Investment Advisors in 2020 were waived.

As a result of this transaction, Onex no longer consolidates Onex Falcon. During 2024, Onex recognized a loss on the transfer of Onex Falcon and restructuring expenses totalling $9 million, of which $7 million were non-cash expenses. The loss on transfer and restructuring expenses are included in restructuring expenses in the consolidated statements of comprehensive earnings.

In connection with this transaction, Onex' commitment to Falcon Fund VII was reduced from $80 million to $40 million.

### Restructuring of Gluskin Sheff, Onex Partners and Corporate Functions

In March 2023, following developments at Gluskin Sheff, Onex decided to change the private capital distribution strategy of its investment products. As part of this change in strategy, Onex entered into an agreement with a leading wealth management firm in Canada to offer employment to the wealth advisor team of Gluskin Sheff. Onex wound down its wealth management and wealth planning operations and plans to grow its private capital distribution through third-party strategic relationships. As a result, during the year ended December 31, 2023, a non-cash impairment charge of $162 million was recognized on the following assets:

| TABLE 10 | ($ millions) | Year Ended December 31, 2023 |
|---|---|---|
| Goodwill | | **$ 108** |
| Intangible assets – client relationships | | **47** |
| Leasehold improvements[i] | | **7** |
| Total impairment expense | | **$ 162** |

[i] Leasehold improvements that were impaired during 2023 were related to leased office space.

The impairment for Gluskin Sheff goodwill and intangible assets was calculated on a fair value less costs of disposal basis, which resulted in a negligible recoverable amount for the Gluskin Sheff cash-generating unit following the transition and wind-down of the business. As a result of the impairment charge, goodwill and client relationship intangible assets associated with the acquisition of Gluskin Sheff were reduced to nil in the December 31, 2023 consolidated balance sheet.

During 2023, restructuring expenses totalling $28 million were recognized in connection with the transition and wind-down of the wealth management business. At December 31, 2024, a restructuring provision of $3 million was included within the other liabilities financial statement line item, representing the remaining restructuring expenses to be paid in connection with the wind-down (December 31, 2023 – $11 million).

In addition, during 2024 and 2023, restructuring expenses totalling $9 million and $18 million were recognized, respectively, in connection with the reorganizations of the Onex Partners platform and Onex' corporate functions. At December 31, 2024, a restructuring provision of $9 million was included within the other liabilities financial statement line item, representing the remaining restructuring expenses to be paid for these reorganizations (December 31, 2023 – $5 million).

## Contingent consideration recovery

During 2023, Onex recorded a contingent consideration recovery of $42 million. At December 31, 2023, contingent consideration was recorded at fair value based on the present value of the estimated contingent consideration owed by Onex in connection with the acquisition of Falcon Investment Advisors in December 2020. At December 31, 2024, Onex no longer had contingent consideration outstanding in connection with the acquisition of Falcon Investment Advisors, as described on page 35 of this MD&A.

## Other expenses

Other expenses for the years ended December 31, 2024 and 2023 comprised the following:

### Other Expenses

| TABLE 11 | *($ millions)* Year ended December 31 | 2024 | 2023 | Change |
|---|---|---|---|---|
| Professional services | | $ 14 | $ 12 | $ 2 |
| Information technology | | 10 | 11 | (1) |
| Research subscriptions | | 4 | 6 | (2) |
| Facilities | | 4 | 5 | (1) |
| Directors' compensation | | 3 | 3 | – |
| Interest expense from lease liabilities | | 2 | 2 | – |
| Travel | | 1 | 3 | (2) |
| Contract employees | | 1 | 2 | (1) |
| Insurance | | 1 | 2 | (1) |
| Integration expense | | – | 4 | (4) |
| Administrative and other | | 7 | 11 | (4) |
| Total other expenses | | $ 47 | $ 61 | $ (14) |

## SUMMARY OF QUARTERLY FINANCIAL INFORMATION

Table 12 summarizes Onex' key consolidated financial information for the last eight quarters.

### Consolidated Quarterly Financial Information

| TABLE 12 | *($ millions except per share amounts)* | 2024 | | | | 2023 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Q4 | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| Total segment income | | $ 99 | $ 194 | $ 209 | $ 94 | $ 435 | $ 342 | $ 259 | $ 62 |
| Total segment expenses | | (52) | (51) | (62) | (66) | (63) | (59) | (72) | (87) |
| Segment net earnings (loss) | | 47 | 143 | 147 | 28 | 372 | 283 | 187 | (25) |
| Other non-segment items | | (49) | (16) | 21 | (18) | 1 | (27) | (55) | (207) |
| Net earnings (loss) | | $ (2) | $ 127 | $ 168 | $ 10 | $ 373 | $ 256 | $ 132 | $ (232) |
| Segment net earnings (loss) per fully diluted share | | $ 0.62 | $ 1.88 | $ 1.89 | $ 0.33 | $ 4.80 | $ 3.58 | $ 2.29 | $ (0.32) |
| Net earnings (loss) per share – basic | | $ (0.02) | $ 1.68 | $ 2.20 | $ 0.13 | $ 4.82 | $ 3.24 | $ 1.63 | $ (2.87) |
| Net earnings (loss) per share – diluted | | $ (0.02) | $ 1.68 | $ 2.19 | $ 0.13 | $ 4.81 | $ 3.23 | $ 1.63 | $ (2.87) |

MANAGEMENT'S DISCUSSION AND ANALYSIS

## CASH AND NEAR-CASH

At December 31, 2024, Onex' cash and near-cash balance was $1.6 billion (December 31, 2023 – $1.5 billion) and Onex' consolidated cash and cash equivalents balance was $929 million (December 31, 2023 – $265 million). Onex' cash and near-cash consisted of the following:

### Cash and Near-Cash[i]

| TABLE 13 | ($ millions) | December 31, 2024 | December 31, 2023 |
|---|---|---:|---:|
| Cash and cash equivalents – Investing segment[ii] | | $ 840 | $ 142 |
| Management fees and recoverable fund expenses receivable[iii] | | 464 | 615 |
| Cash and cash equivalents within Investment Holding Companies[iv] | | 156 | 398 |
| Treasury Investments | | 83 | – |
| Subscription financing and short-term loan receivable[v] | | 35 | 114 |
| Treasury investments within Investment Holding Companies | | – | 197 |
| Cash and near-cash[i] | | $ 1,578 | $ 1,466 |

(i)   Cash and near-cash is a non-GAAP financial measure calculated using methodologies that are not in accordance with IFRS Accounting Standards. The presentation of this financial measure does not have a standardized meaning prescribed under IFRS Accounting Standards and therefore may not be comparable to similar financial measures presented by other companies. Onex management believes that the cash and near-cash financial measure provides useful information to investors to assess how the Company manages its capital.

(ii)  Excludes cash and cash equivalents allocated to the asset management segment related to accrued incentive compensation ($89 million (December 31, 2023 – $108 million)). The December 31, 2023 balance also excludes $15 million of cash and cash equivalents allocated to the asset management segment concerning the contingent consideration related to the 2020 acquisition of Onex Falcon.

(iii) Includes management fees and recoverable fund expenses receivable from certain funds which Onex has elected to defer cash receipt from.

(iv)  Cash and cash equivalents is reduced by Onex' share of uncalled expenses payable by the Investment Holding Companies of $36 million (December 31, 2023 – $35 million) and $2 million payable by the Investment Holding Companies for Onex' management incentive programs related to a private equity realization (December 31, 2023 – less than $1 million). The December 31, 2023 balance also includes $22 million of restricted cash and cash equivalents for which the Company could readily remove the external restriction or for which the restriction will be removed in the near term.

(v)   Includes $35 million of subscription financing receivable, including interest receivable, attributable to third-party investors in Onex Partners V and ONCAP V (December 31, 2023 – $77 million attributable to third-party investors in certain Credit Funds and ONCAP V). The December 31, 2023 balance also includes $37 million related to a short-term loan receivable from an Onex Partners operating company, which was repaid during 2024.

Table 14 provides a reconciliation of the change in cash and near-cash at Onex from December 31, 2023 to December 31, 2024.

## Change in Cash and Near-Cash

| TABLE 14 | ($ millions) | | Amount |
|---|---|---:|---:|
| **Cash and near-cash at December 31, 2023** | | | $ 1,466 |
| **Private equity realizations and distributions:** | | | |
| Onex Partners | | | |
| Sale of ASM | | 273 | |
| Partial sale of PowerSchool | | 254 | |
| Sedgwick distribution and partial sales | | 96 | |
| WestJet distributions | | 43 | |
| Tes Global distributions | | 32 | |
| Fidelity BSG distribution | | 18 | |
| Other | | 36 | |
| ONCAP | | | |
| Sale of Englobe | | 97 | |
| Sale of Wyse | | 45 | |
| PURE Canadian Gaming distribution and sale | | 38 | |
| Biomerics co-investment syndication | | 21 | |
| Other | | 30 | |
| Direct Investments | | | |
| Incline Aviation Funds | | 21 | |
| Other | | 5 | 1,009 |
| **Private equity investments:** | | | |
| Onex Partners | | | |
| Accredited | | (93) | |
| Fischbach | | (73) | |
| Farsound | | (70) | |
| Morson Group | | (47) | |
| ONCAP | | | |
| Rebox | | (17) | |
| Other | | (35) | |
| Direct investments | | | |
| Meridian Aviation | | (43) | |
| Incline Aviation Funds | | (31) | (409) |
| Net private credit strategies investment activity | | | 56 |
| Repurchase of share capital of Onex Corporation | | | (417) |
| Net stock-based compensation paid | | | (60) |
| Cash dividends paid | | | (23) |
| Reversal of Onex Falcon contingent consideration | | | 15 |
| Net other, including cash flows from asset management activities, operating costs and changes in working capital | | | (59) |
| **Cash and near-cash at December 31, 2024** | | | $ 1,578 |

MANAGEMENT'S DISCUSSION AND ANALYSIS

## CONSOLIDATED FINANCIAL POSITION

### Consolidated assets

Consolidated assets totalled $14.0 billion at December 31, 2024 compared to $12.9 billion at December 31, 2023. The increase in consolidated assets was primarily driven by an increase in net intercompany loans receivable from Onex and the Asset Managers, comprising part of the fair value of Onex' investment in the Investment Holding Companies, and a net gain on corporate investments recognized in 2024.

Table 15 presents consolidated assets by reportable segment as at December 31, 2024 and 2023.

### Consolidated Assets by Reportable Segment

| TABLE 15 ($ millions except per share amounts) | As at December 31, 2024 | | | As at December 31, 2023 | | |
|---|---|---|---|---|---|---|
| | Investing | Asset Management | Total | Investing | Asset Management | Total |
| Cash and cash equivalents | $ 840 | $ 89[i] | $ 929 | $ 142 | $ 123[i] | $ 265 |
| Treasury investments | 83 | – | 83 | – | – | – |
| Management and advisory fees, recoverable fund expenses and other receivables | 464[ii] | 75 | 539 | 615[ii] | 68 | 683 |
| Corporate investments | 6,864 | – | 6,864 | 7,647 | – | 7,647 |
| Unrealized carried interest – Credit[iii] | 22 | – | 22 | 29 | – | 29 |
| Other assets | – | 150 | 150 | – | 128 | 128 |
| Property and equipment | – | 91 | 91 | – | 119 | 119 |
| Intangible assets | – | 11 | 11 | – | 34 | 34 |
| Goodwill | – | 142 | 142 | – | 149 | 149 |
| Total segment assets | $ 8,273 | $ 558 | $ 8,831 | $ 8,433 | $ 621 | $ 9,054 |
| | | | | | | |
| Net intercompany loans receivable, comprising part of the fair value of Investment Holding Companies | | | 5,155 | | | 3,874 |
| Unrealized carried interest included in segment assets – Credit | | | (22) | | | (29) |
| Total assets | | | $ 13,964 | | | $ 12,899 |
| Investing capital per fully diluted share (U.S. dollars) | $ 113.70 | | | $ 107.82 | | |
| Investing capital per fully diluted share (Canadian dollars) | $ 163.54 | | | $ 142.61 | | |

(i)   Cash and cash equivalents allocated to the asset management segment relate to accrued employee incentive compensation. At December 31, 2023, cash and cash equivalents allocated to the asset management segment also included contingent consideration payable related to the 2020 acquisition of Onex Falcon.

(ii)  Includes management fees and recoverable fund expenses receivable from certain funds which Onex has elected to defer cash receipt from.

(iii) At December 31, 2023, unrealized carried interest from Credit included carried interest from the Falcon Funds. At December 31, 2024, unrealized carried interest from the Falcon Funds is included within corporate investments as a result of the transfer of Onex Falcon, as described on page 35 of this MD&A.

Table 16 presents consolidated assets by reportable segment as at December 31, 2023 and 2022.

## Consolidated Assets by Reportable Segment

| TABLE 16 | ($ millions except per share amounts) | As at December 31, 2023 | | | As at December 31, 2022 | | |
|---|---|---|---|---|---|---|---|
| | | Investing | Asset Management | Total | Investing | Asset Management | Total |
| Cash and cash equivalents | | $ 142 | $ 123[i] | $ 265 | $ – | $ 111[i] | $ 111 |
| Treasury investments | | – | – | – | – | 52[i] | 52 |
| Management and advisory fees, recoverable fund expenses and other receivables | | 615[ii] | 68 | 683 | 460[ii] | 84 | 544 |
| Corporate investments | | 7,647 | – | 7,647 | 7,387 | – | 7,387 |
| Unrealized carried interest – Credit | | 29 | – | 29 | 16 | – | 16 |
| Other assets | | – | 128 | 128 | – | 91 | 91 |
| Property and equipment | | – | 119 | 119 | – | 140 | 140 |
| Intangible assets | | – | 34 | 34 | – | 93 | 93 |
| Goodwill | | – | 149 | 149 | – | 257 | 257 |
| Total segment assets | | $ 8,433 | $ 621 | $ 9,054 | $ 7,863 | $ 828 | $ 8,691 |
| Net intercompany loans receivable, comprising part of the fair value of Investment Holding Companies | | | | 3,874 | | | 3,488 |
| Unrealized carried interest included in segment assets – Credit | | | | (29) | | | (16) |
| Total assets | | | | $ 12,899 | | | $ 12,163 |
| Investing capital per fully diluted share (U.S. dollars) | | $ 107.82 | | | $ 96.95 | | |
| Investing capital per fully diluted share (Canadian dollars) | | $ 142.61 | | | $ 131.31 | | |

(i)  Cash, cash equivalents and treasury investments allocated to the asset management segment relate to accrued employee incentive compensation and contingent consideration related to the acquisition of Onex Falcon.

(ii)  Includes management fees and recoverable fund expenses receivable from certain funds which Onex has elected to defer cash receipt from. At December 31, 2022, the amount presented is net of amounts allocated to the asset management segment related to accrued employee incentive compensation and contingent consideration related to the acquisition of Onex Falcon.

## Corporate investments

The Company's interests in its Investment Holding Companies are recorded at fair value through net earnings (loss). The Investment Holding Companies directly or indirectly invest the Company's capital in the Onex Partners Funds, ONCAP Funds, private credit strategies and other investments. The Company's corporate investments include the following amounts:

| TABLE 17 ($ millions) | December 31, 2023[i] | Capital Deployed | Realizations and Distributions | Change in Fair Value | December 31, 2024 |
|---|---|---|---|---|---|
| Onex Partners Funds | $ 4,445 | $ 283 | $ (752) | $ 96 | $ 4,072 |
| ONCAP Funds | 929 | 145 | (309) | 30 | 795 |
| Other private equity | 407 | 74 | (26) | 132 | 587 |
| Carried interest | 252 | n/a | (15) | 27 | 264 |
| Total private equity investments | 6,033 | 502 | (1,102) | 285 | 5,718 |
| Private Credit Strategies | 904 | 922 | (978) | 76 | 924 |
| Real estate | 18 | – | (15) | (3) | – |
| Other net assets[ii] | 692 | (2,227) | 1,733 | 24 | 222 |
| Total corporate investments, excluding intercompany loans | 7,647 | (803) | (362) | 382 | 6,864 |
| Intercompany loans receivable from Onex and the Asset Managers | 3,874 | 1,281 | (3) | 3 | 5,155 |
| Intercompany loans payable to Onex and the Asset Managers | (374) | (119) | 7 | (1) | (487) |
| Intercompany loans receivable from Investment Holding Companies | 374 | 119 | (7) | 1 | 487 |
| Total corporate investments | $ 11,521 | $ 478 | $ (365) | $ 385 | $ 12,019 |

(i) Onex' interest in junior capital is included in other net assets. Onex' junior capital investments were previously included within Private Credit Strategies.

(ii) Other net assets consist of the assets (primarily cash and near-cash items) and liabilities of the Investment Holding Companies, excluding investments in private equity, Onex' private credit strategies, real estate and intercompany loans receivable from and payable to Onex and the Asset Managers. Capital deployed and realizations and distributions of other net assets include the cash flows of the Investment Holding Companies associated with investments in private equity, private credit strategies, real estate and intercompany loans receivable from and payable to Onex and the Asset Managers.

| TABLE 18 | ($ millions) | December 31, 2022 | Capital Deployed | Realizations and Distributions | Change in Fair Value[i] | December 31, 2023[i] |
|---|---|---|---|---|---|---|
| Onex Partners Funds | | $ 4,228 | $ 54 | $ (191) | $ 354 | $ 4,445 |
| ONCAP Funds | | 718 | 261 | (160) | 110 | 929 |
| Other private equity | | 853 | 38 | (640) | 156 | 407 |
| Carried interest | | 265 | n/a | (12) | (1) | 252 |
| Total private equity investments | | 6,064 | 353 | (1,003) | 619 | 6,033 |
| | | | | | | |
| Private Credit Strategies | | 701 | 495 | (455) | 163 | 904 |
| Real estate | | 34 | – | (15) | (1) | 18 |
| Other net assets[ii] | | 588 | (977) | 1,062 | 19 | 692 |
| Total corporate investments, excluding intercompany loans | | 7,387 | (129) | (411) | 800 | 7,647 |
| Intercompany loans receivable from Onex and the Asset Managers | | 3,488 | 518 | (132) | – | 3,874 |
| Intercompany loans payable to Onex and the Asset Managers | | (398) | (11) | 35 | – | (374) |
| Intercompany loans receivable from Investment Holding Companies | | 398 | 11 | (35) | – | 374 |
| Total corporate investments | | $ 10,875 | $ 389 | $ (543) | $ 800 | $ 11,521 |

(i)   Onex' interest in junior capital is included in other net assets. Onex' junior capital investments were previously included within private credit strategies.

(ii)  Other net assets consist of the assets (primarily cash and near-cash items) and liabilities of the Investment Holding Companies, excluding investments in private equity, Onex' private credit strategies, real estate and intercompany loans receivable from and payable to Onex and the Asset Managers. Capital deployed and realizations and distributions of other net assets include the cash flows of the Investment Holding Companies associated with investments in private equity, private credit strategies, real estate and intercompany loans receivable from and payable to Onex and the Asset Managers.

At December 31, 2024, Onex' corporate investments, which are more fully described in note 5 to the consolidated financial statements, totalled $12.0 billion (December 31, 2023 – $11.5 billion).

During the year ended December 31, 2024, Onex' investment of capital primarily consisted of the investments made in Onex Partners V and Onex Partners Opportunities, as described on pages 10 and 11 of this MD&A, and investments made in Credit strategies, as described on page 13 of this MD&A.

During the year ended December 31, 2024, realizations and distributions to Onex primarily consisted of realizations and distributions from Onex Partners III, Onex Partners IV, Onex Partners V, ONCAP II and Credit strategies, as described on pages 10, 11 and 13 of this MD&A.

During the year ended December 31, 2024, the change in fair value of Onex' corporate investments totalled an increase of $385 million, primarily driven by changes in fair value of Onex' investments in private equity, which are more fully described on pages 31 and 32 of this MD&A, and changes in fair value of Onex' investments in Credit strategies, as more fully described on page 32 of this MD&A.

During the year ended December 31, 2023, Onex' investment of capital primarily consisted of the investments made in Onex Partners IV, ONCAP IV, ONCAP V and investments made in Credit strategies, which included the following:

- $162 million invested as part of the ONCAP IV and ONCAP V Groups' investment in Biomerics, a leading medical device contract manufacturer serving the interventional device market. As part of this transaction, Biomerics merged with the medical business of Precision Concepts International ("Precision Concepts"), an ONCAP IV operating business. Onex' share of the investment in Biomerics was reduced to $141 million following the syndication of the co-investment in Biomerics in January 2024, and will be further reduced as additional capital is raised by ONCAP V;
- $80 million invested as part of the ONCAP V Group's investment in Right at School, a provider of before and after school care to students in the United States. Onex' share of the investment in Right at School will be reduced as additional capital is raised by ONCAP V;
- $54 million invested as part of the Onex Partners IV Group's add-on investment in Parkdean Resorts;
- $182 million invested in U.S. and European CLOs; and
- $27 million invested in the Onex Capital Solutions Fund.

During the year ended December 31, 2023, realizations and distributions received by Onex primarily consisted of the following private equity and credit activities:

- $318 million of net proceeds received from Onex' sale of approximately 8.2 million Class A common shares of RSG at a price of $43.45 per share, net of payments under the management incentive programs. Onex also received a $2 million distribution from RSG during the fourth quarter of 2023;
- $142 million of net proceeds received from Onex' sale of approximately 11.9 million subordinate voting shares of Celestica Inc. ("Celestica") at a price of $12.26 per share, net of payments under the management incentive programs. Onex also received $133 million of net proceeds from the sale of its remaining 6.7 million subordinate voting shares

of Celestica at a price of $20.52 per share, net of payments under the management incentive programs. Onex also redeemed its deferred share units of Celestica during the fourth quarter of 2023 for $9 million. Onex no longer holds an investment in Celestica after these transactions;
- the Onex Partners IV Group sold its investment in Ryan, LLC to a single-asset continuation fund managed by Onex. Onex' share of the net proceeds from this transaction was $118 million, net of payments under the management incentive programs. Net proceeds of current Onex Partners management were reinvested in the continuation fund. Onex no longer has an ownership interest in Ryan, LLC following the sale to the continuation fund;
- $63 million of net proceeds received from the ONCAP IV Group's sale of the medical business of Precision Concepts to Biomerics, net of payments under the management incentive programs;
- $41 million of net proceeds received as part of the ONCAP III Group's sale of Hopkins Manufacturing Corporation ("Hopkins"), including estimated proceeds from amounts held in escrow, and carried interest and net of payments under the management incentive programs;
- $29 million of net proceeds received from a distribution made by PURE Canadian Gaming to the ONCAP II and ONCAP III Groups, including carried interest and net of payments under the management incentive programs;
- $28 million of net proceeds received as part of the Onex Partners IV Group's sale of approximately 4.3 million common shares of PowerSchool at a price of $21.00 per share;
- $18 million of net proceeds received from a distribution made by Walter Surface Technologies to the ONCAP IV Group;
- $17 million of net proceeds received from a distribution made by ILAC to the ONCAP IV Group, including carried interest and net of payments under the management incentive programs; and
- $215 million of total proceeds received from U.S. and European CLOs as a result of regular quarterly distributions and the partial sale of equity interests in certain U.S. and European CLOs.

During the year ended December 31, 2023, the change in fair value of Onex' corporate investments totalled an increase of $800 million, primarily driven by changes in fair value of Onex' investments in private equity and private credit strategies, which are more fully described on pages 31 and 32 of this MD&A.

The valuation of public investments held directly by Onex or through the Onex Partners Funds is based on their publicly traded closing prices at December 31, 2024 and December 31, 2023. For certain public investments, a discount was applied to the closing price in relation to restrictions that were in place relating to the securities held by Onex or the Onex Partners Funds. At December 31, 2023, these discounts resulted in a reduction of $47 million in the fair value of corporate investments, with no reduction as of December 31, 2024.

Onex' private equity investments include direct and indirect investments in 41 operating businesses at December 31, 2024, which operate in a variety of industries and countries. Details of these operating businesses' revenues, assets and debt are as follows:

| TABLE 19 | *($ millions)* Year ended December 31, 2024 | Operating Business Revenues[i] | |
|---|---|---|---|
| Industrials | $ 8,845 | 36% |
| Financial Services | 5,511 | 22% |
| Services | 5,307 | 21% |
| Healthcare | 3,702 | 15% |
| Consumer | 1,597 | 6% |
| Total | $ 24,962 | 100% |

(i)  Includes revenues during the period that Onex controls, jointly controls or has significant influence over the operating businesses.

### Operating Business Revenues by Industry Vertical – Year Ended December 31, 2024[i]



Financial Services  22%
Services  21%
Consumer  6%
Industrials  36%
Healthcare  15%

(i)  Includes revenues during the period that Onex controls, jointly controls or has significant influence over the operating businesses.

| TABLE 20 | *($ millions)* As at December 31, 2024 | Operating Business Assets[i] | | Operating Business Debt[i] | |
|---|---|---|---|---|---|
| Financial Services | $ 24,546 | 44% | $ 4,555 | 24% |
| Services | 13,414 | 24% | 5,507 | 30% |
| Industrials | 11,365 | 20% | 5,293 | 28% |
| Healthcare | 4,036 | 7% | 1,983 | 11% |
| Consumer | 2,915 | 5% | 1,303 | 7% |
| Total | $ 56,276 | 100% | $ 18,641 | 100% |

(i)  Includes the assets and debt of operating businesses that Onex controls, jointly controls or has significant influence over.

MANAGEMENT'S DISCUSSION AND ANALYSIS

**Operating Business Assets by Industry Vertical –**
**December 31, 2024[i]**



Financial Services  44%
Healthcare  7%
Consumer  5%
Industrials  20%
Services  24%

(i)  Includes the assets of operating businesses that Onex controls, jointly controls or has significant influence over.

**Operating Business Debt by Industry Vertical –**
**December 31, 2024[i]**



Consumer  7%
Financial Services  24%
Industrials  28%
Services  30%
Healthcare  11%

(i)  Includes the debt of operating businesses that Onex controls, jointly controls or has significant influence over.

**Operating Business Revenues by Country –**
**Year Ended December 31, 2023[i]**



Other  8%
Mexico  2%
United States  41%
United Kingdom  28%[ii]
Canada  21%

(i)  Includes revenues of operating businesses that are controlled or jointly controlled by Onex, adjusted for operating companies acquired or sold during 2024. The allocation of revenues by country is based on customer location and may not represent the currency of the revenue transactions. 2024 data will be available beginning with the Q1 2025 interim report.

(ii)  Includes revenues recognized in the overseas territories of the United Kingdom.

**Operating Business Assets by Country –**
**December 31, 2023[i]**



Other  6%
United States  42%
United Kingdom  34%[ii]
Canada  18%

(i)  Includes assets of operating businesses that are controlled or jointly controlled by Onex, adjusted for operating companies acquired or sold during 2024. 2024 data will be available beginning with the Q1 2025 interim report.

(ii)  Includes assets held in the overseas territories of the United Kingdom.

## Intercompany loans payable to Investment Holding Companies

Onex and the Asset Managers have intercompany loans payable to the Investment Holding Companies. The loans are primarily due on demand and non-interest bearing. At December 31, 2024, intercompany loans payable to the Investment Holding Companies totalled $5.2 billion (December 31, 2023 – $3.9 billion) and the corresponding receivable of $5.2 billion (December 31, 2023 – $3.9 billion) was included in the fair value of the Investment Holding Companies within corporate investments. There is no impact on net assets or net earnings (loss) from these intercompany loans.

## Lease liabilities

Onex leases office space in Canada, the United States and the United Kingdom. Lease terms are negotiated on an individual basis and contain a wide range of terms and conditions. The terms of the Onex leasing agreements are generally made for fixed periods up to 2033 and in certain circumstances contain options to extend beyond the initial fixed periods. In circumstances where it is reasonably certain that Onex will exercise an option to extend a leasing agreement, the minimum lease payments to be made during the extension period are included in the determination of the lease liability to be recorded. The lease contracts do not contain any significant restrictions or covenants.

Onex' total lease liabilities were as follows.

| TABLE 21 | ($ millions) | December 31, 2024 | December 31, 2023 | December 31, 2022 |
|---|---|---|---|---|
| Total lease liabilities | | $ 41 | $ 61 | $ 70 |

The minimum lease payment requirements are more fully described in note 13 to the consolidated financial statements. Lease payments for office space in Canada and the United Kingdom are made in Canadian dollars and pounds sterling, respectively.

## Stock-based compensation payable

Onex' stock-based compensation plans include its Stock Option Plan, Management Deferred Share Unit ("DSU") Plan, Director DSU Plan, Performance Share Unit ("PSU") Plan and Restricted Share Unit ("RSU") Plan, as further described on pages 60 and 61 of this MD&A.

| TABLE 22 | ($ millions) | December 31, 2024 | December 31, 2023 |
|---|---|---|---|
| Stock Option Plan | | $ 81 | $ 112 |
| Management DSU Plan | | 65 | 59 |
| Director DSU Plan | | 49 | 41 |
| PSU and RSU Plans | | 14 | 6 |
| Total stock-based compensation payable | | $ 209 | $ 218 |

The decrease in stock-based compensation payable at December 31, 2024 was primarily driven by stock options and RSUs redeemed, exercised, expired or forfeited during 2024, as described on pages 50 and 51 of this MD&A, partially offset by a 21% increase in the market value of Onex' SVS to C$112.28 at December 31, 2024 from C$92.53 at December 31, 2023, and RSUs granted during 2024. Onex has entered into forward agreements with financial institutions to economically hedge the Company's exposure to changes in the trading price of Onex shares associated with the DSU, PSU and RSU Plans. At December 31, 2024, the fair value of these instruments was $138 million (December 31, 2023 – $110 million), which is included in other assets in Onex' consolidated balance sheets.

## Accrued compensation

Accrued compensation at December 31, 2024 was $89 million (December 31, 2023 – $108 million) and consisted of employee incentive compensation for fiscal 2024 (December 31, 2023 – fiscal 2023), which will be substantially paid during the first quarter of 2025 (December 31, 2023 – first quarter of 2024). The decline in accrued compensation from December 31, 2023 was primarily driven by the transfer of Onex Falcon during 2024, as described on page 35 of this MD&A, and a reduction in employee headcount as a result of other restructuring activities during 2024.

## Contingent consideration

Contingent consideration of $15 million was recorded as a liability in Onex' consolidated balance sheet at December 31, 2023 compared to $57 million at December 31, 2022, which represented the fair value of contingent consideration owed by Onex in connection with the acquisition of Falcon Investment Advisors in December 2020. During 2024, the contingent consideration was waived as a result of the transfer of Onex Falcon, as described on page 35 of this MD&A.

## Equity

Table 23 provides a reconciliation of the change in equity from December 31, 2023 to December 31, 2024.

### Change in Equity

| TABLE 23 | *($ millions)* |
| --- | ---: |
| Balance – December 31, 2023 | $ 8,564 |
| Dividends declared | (22) |
| Stock options exercised | 1 |
| Repurchase and cancellation of shares | (426) |
| Net earnings | 303 |
| Currency translation adjustments included in other comprehensive loss | (1) |
| Equity as at December 31, 2024 | $ 8,419 |

## Dividend policy

Onex has paid dividends totalling C$0.40 per share during each of the 12-month periods ending December 31, 2024, 2023 and 2022.

## Shares outstanding

At December 31, 2024, Onex had 100,000 Multiple Voting Shares outstanding, which have a nominal paid-in value reflected in Onex' consolidated financial statements. Onex also had 71,715,920 SVS issued and outstanding. Note 16 to the consolidated financial statements provides additional information on Onex' share capital. There was no change in the Multiple Voting Shares outstanding during the year ended December 31, 2024.

Table 24 shows the change in the number of SVS outstanding from December 31, 2022 to January 31, 2025.

| TABLE 24 | ($ millions except per share amounts) | Number of SVS | Average Price per Share | | Cost | |
|---|---|---|---|---|---|---|
| | | | (USD) | (CAD) | (USD) | (CAD) |
| SVS outstanding at December 31, 2022 | | 80,808,343 | | | | |
| Shares repurchased and cancelled: | | | | | | |
| Normal Course Issuer Bids | | (2,479,066) | $ 55.17 | $ 74.09 | $ 137 | $ 184 |
| Private transaction | | (1,000,000) | $ 59.59 | $ 80.76 | $ 59 | $ 81 |
| Options exercised | | 70,015 | $ 56.24 | $ 77.28 | $ 4 | $ 5 |
| SVS outstanding at December 31, 2023 | | 77,399,292 | | | | |
| Shares repurchased and cancelled[i]: | | | | | | |
| Normal Course Issuer Bids | | (2,493,889) | $ 69.06 | $ 94.14 | $ 172 | $ 235 |
| Substantial Issuer Bid | | (2,257,722) | $ 81.28 | $ 117.00 | $ 183 | $ 264 |
| Private transaction | | (1,000,000) | $ 66.06 | $ 90.60 | $ 66 | $ 91 |
| Options exercised | | 10,369 | $ 80.68 | $ 111.29 | $ 1 | $ 1 |
| SVS outstanding at January 31, 2025 | | 71,658,050 | | | | |

(i)   The cost of shares repurchased excludes expenses incurred in connection with the Substantial Issuer Bid and share repurchase tax.

## Shares repurchased and cancelled

The Normal Course Issuer Bid ("NCIB") enables Onex to repurchase up to 10% of its public float of SVS during the period of the relevant Bid. Onex believes that it is advantageous for Onex and its shareholders to continue to repurchase Onex' SVS from time to time when the SVS are trading at prices that reflect a discount to their value as perceived by Onex, while considering other opportunities to invest Onex' cash.

On April 18, 2024, Onex renewed its NCIB following the expiry of its previous NCIB on April 17, 2024. Under the new NCIB, Onex is permitted to purchase up to 10% of its public float of SVS, or 6,318,146 SVS. Pursuant to the rules of the TSX, Onex may purchase up to 23,481 SVS during any trading day through the facilities of the TSX, being 25% of its average daily trading volume for the six months ended March 31, 2024. Onex may also purchase SVS from time to time under the TSX's block purchase exemption, if available, or by way of private agreement pursuant to an issuer bid exemption order, if sought and received, under the new NCIB or through purchases made on alternative market trading platforms subject to daily and annual limitations established by applicable securities rules. The new NCIB commenced on April 18, 2024 and will conclude on the earlier of the date on which purchases under the NCIB have been completed and April 17, 2025. A copy of the Notice of Intention to renew the NCIB filed with the TSX is available at no charge to shareholders by contacting Onex.

Under the previous NCIB that expired on April 17, 2024, Onex repurchased 4,030,993 SVS at a total cost of $237 million (C$319 million) or an average purchase price of $58.74 (C$79.20) per share.

In November 2024, Onex initiated a Substantial Issuer Bid ("SIB"), for which the Company offered to repurchase for cancellation up to C$400 million of its SVS. The offer to repurchase Onex SVS under the SIB expired on December 23, 2024. As part of the SIB, Onex repurchased 255,279 SVS that were indirectly held by Mr. Gerald W. Schwartz, Onex' controlling shareholder, at a price of C$117.00 per share.

The private transactions included in table 24 relate to the repurchase of SVS that were held indirectly by Mr. Gerald W. Schwartz, as described on page 62 of this MD&A.

MANAGEMENT'S DISCUSSION AND ANALYSIS

### Onex' Repurchases of SVS for the Past 10 Years

| TABLE 25 | Shares Repurchased[i] | Cost of Shares Repurchased (in C$ millions) | Average Share Price (in C$ per share) |
|---|---|---|---|
| 2015 | 3,084,877 | 218 | 70.70 |
| 2016 | 3,114,397 | 250 | 80.14 |
| 2017 | 1,273,209 | 121 | 95.00 |
| 2018 | 1,169,733 | 102 | 86.78 |
| 2019 | 629,027 | 46 | 73.59 |
| 2020 | 9,780,411 | 595 | 60.86 |
| 2021 | 3,521,526 | 313 | 88.85 |
| 2022 | 6,039,668 | 422 | 69.85 |
| 2023 | 3,479,066 | 264 | 76.01 |
| 2024[ii] | 5,693,741 | 583 | 102.39 |
| Total | 37,785,655 | C$ 2,914 | C$ 77.12 |

(i)  Includes SVS repurchased in private transactions (2015 – 275,000 SVS, 2016 – 1,000,000 SVS, 2017 – 750,000 SVS, 2018 – 500,000 SVS, 2021 – 1,100,000 SVS, 2023 – 1,000,000 SVS and 2024 – 1,000,000 SVS).

(ii)  Includes 2,257,722 SVS repurchased under the SIB. The total cost of shares repurchased excludes C$13 million of expenses incurred in connection with the Substantial Issuer Bid and share repurchase tax.

## Stock Option Plan

Onex, the parent company, has a Stock Option Plan that provides for options and/or share appreciation rights to be granted to Onex directors, officers and employees for the acquisition of SVS of Onex for a term not exceeding 10 years. The options generally vest equally over five years. The exercise price of the options issued is at the market value of the SVS on the business day preceding the day of the grant. Vested options are not exercisable unless the average five-day market price of Onex SVS is at least 25% greater than the exercise price at the time of exercise ("hurdle price").

At December 31, 2024, Onex had 3,863,823 options outstanding to acquire SVS, of which 2,857,611 were vested, of which 1,920,761 options were exercisable.

Table 26 provides information on the activity from December 31, 2022 to December 31, 2024.

| TABLE 26 | Number of Options | Weighted Average Exercise Price |
|---|---|---|
| Outstanding at December 31, 2022 | 7,584,295 | C$ 78.94 |
| Granted[i] | 375,438 | C$ 70.71 |
| Surrendered for cash[ii] | (1,172,008) | C$ 59.22 |
| Exercised for SVS | (263,512) | C$ 57.42 |
| Expired or forfeited | (405,542) | C$ 83.87 |
| Outstanding at December 31, 2023 | 6,118,671 | C$ 82.81 |
| Granted[i] | 595,618 | C$ 99.21 |
| Surrendered for cash[ii] | (2,407,845) | C$ 80.71 |
| Exercised for SVS | (27,000) | C$ 63.53 |
| Expired or forfeited | (415,621) | C$ 89.89 |
| Outstanding at December 31, 2024 | 3,863,823 | C$ 86.02 |

(i)   Options granted during 2024 primarily related to services provided by employees during the year ended December 31, 2023 (2023 – services provided by employees during the year ended December 31, 2022).

(ii)  During 2024, cash consideration paid for surrendered options totalled $52 million (C$72 million) ((2023 – $17 million (C$23 million)), which includes employer taxes.

## Deferred Share Unit, Performance Share Unit and Restricted Share Unit Plans

Table 27 outlines the DSU, PSU and RSU activity from December 31, 2022 to December 31, 2024.

### Change in Outstanding Deferred Share Units, Performance Share Units and Restricted Share Units

| TABLE 27 | Management DSU Plan[i] | | Director DSU Plan[ii] | | PSU and RSU Plans[iii] | |
|---|---|---|---|---|---|---|
| | Number of DSUs | Weighted Average Price | Number of DSUs | Weighted Average Price | Number of PSUs and RSUs | Weighted Average Price |
| Outstanding at December 31, 2022 | 846,250 | | 637,782 | | 80,022 | |
| Granted | – | – | 52,519 | C$ 61.71 | 251,996 | C$ 71.57 |
| Redeemed | (2,767) | C$ 85.66 | (129,061) | C$ 79.22 | (73,714) | C$ 77.71 |
| Forfeited | – | – | – | – | (106,957) | C$ 72.66 |
| Additional units issued in lieu of compensation and cash dividends | 4,731 | C$ 71.71 | 17,754 | C$ 74.83 | 1,232 | C$ 70.93 |
| Outstanding at December 31, 2023 | 848,214 | | 578,994 | | 152,579 | |
| Granted | 2,667 | C$ 101.10 | 32,250 | C$ 99.69 | 247,785 | C$ 103.27 |
| Redeemed | (24,062) | C$ 101.09 | – | – | (91,584) | C$ 111.93 |
| Forfeited | – | – | – | – | (9,584) | C$ 89.79 |
| Additional units issued in lieu of compensation and cash dividends | 3,414 | C$ 97.90 | 13,092 | C$ 100.15 | 1,304 | C$ 98.14 |
| Outstanding at December 31, 2024[iv] | 830,233 | | 624,336 | – | 300,500 | |

(i)   Management DSUs must be held until management is no longer employed by Onex.

(ii)  Director DSUs must be held until retirement from the Onex Board.

(iii) RSUs are redeemed annually, within 31 days of the RSU vesting date.

(iv)  Onex has economically hedged all outstanding DSUs, PSUs and RSUs as of December 31, 2024.

Forward agreements with a fair value of $138 million at December 31, 2024 associated with DSUs, PSUs and RSUs were recorded within other assets in the consolidated balance sheet (December 31, 2023 – $110 million).

## Management of capital

Onex considers the capital it manages to be the amounts it has invested in cash and cash equivalents, near-cash investments, treasury investments managed by a third-party investment manager, investments made in the Onex Partners Funds, ONCAP Funds and private credit strategies, and other investments. Onex' objectives in managing capital are to:

- preserve a financially strong parent company with appropriate liquidity and no, or a limited amount of, external debt so that funds are available to pursue new investments and growth opportunities, as well as support expansion of its existing businesses;
- achieve an appropriate return on capital invested commensurate with the level of assumed risk;
- build the long-term value of its corporate investments; and
- control the risk associated with capital invested in any particular strategy. Onex Corporation does not guarantee the debt of its investment funds or the underlying operating businesses of its private equity funds.

At December 31, 2024, Onex had $1.6 billion of cash and near-cash items (December 31, 2023 – $1.5 billion), as described on page 38 of this MD&A.

Onex has a conservative cash management policy driven toward maintaining liquidity and preserving principal in all its treasury investments.

At December 31, 2024, the fair value of capital managed by a third-party investment manager, which includes treasury investments, cash yet to be deployed and net working capital, was $245 million (December 31, 2023 – $233 million). Treasury investments are managed in a mix of short-term and long-term portfolios to fund operational cash requirements. Treasury investments primarily consist of federal debt instruments, corporate obligations and structured products with maturities of one to five years. Treasury investments have current Standard & Poor's ratings ranging from BBB to AAA. The portfolio concentration limits range from a maximum of 10% for BBB investments to 100% for AAA investments. The investments are managed to maintain an overall weighted average duration of two years or less.

## LIQUIDITY AND CAPITAL RESOURCES

### Major cash flow components

This section should be read in conjunction with the consolidated statements of cash flows and the corresponding notes thereto. Table 28 summarizes the major consolidated cash flow components for the years ended December 31, 2024 and 2023.

### Major Cash Flow Components

| TABLE 28 | ($ millions)<br>Year ended December 31 | 2024 | 2023 |
|---|---|---|---|
| Cash provided by operating activities | | $ 174 | $ 68 |
| Cash provided by financing activities | | $ 453 | $ 30 |
| Cash provided by investing activities | | $ 38 | $ 55 |
| Consolidated cash and cash equivalents | | $ 929 | $ 265 |

### Cash provided by operating activities

Table 29 provides a breakdown of cash provided by operating activities by cash generated from operations and changes in working capital items for the years ended December 31, 2024 and 2023.

### Components of Cash Provided by Operating Activities

| TABLE 29 | ($ millions)<br>Year ended December 31 | 2024 | 2023 |
|---|---|---|---|
| Cash generated from operations | | $ 66 | $ 207 |
| Changes in working capital items: | | | |
| Management and advisory fees, recoverable fund expenses and other receivables | | 144 | (139) |
| Other assets | | (11) | (6) |
| Accounts payable, accrued liabilities and other liabilities | | (8) | 20 |
| Accrued compensation | | (17) | (14) |
| Increase (decrease) due to changes in working capital items | | 108 | (139) |
| Cash provided by operating activities | | $ 174 | $ 68 |

MANAGEMENT'S DISCUSSION AND ANALYSIS

Cash generated from operations includes net earnings from operations before interest, adjusted for items not affecting cash and cash equivalents, in addition to cash flows from Onex' investments in and loans made to the Investment Holding Companies and net stock-based compensation paid. The significant changes in working capital items for the years ended December 31, 2024 and 2023 were:

- a $144 million decrease in receivables, primarily driven by the cash receipt of management fees and recoverable expenses from Onex Partners IV. This was partially offset by an increase in recoverable fund expenses and management fees earned but not yet received from the limited partners of Onex Partners V and Onex Partners Opportunities. This compares to a $139 million increase in receivables during 2023, primarily driven by management fees earned but not yet received from Onex Partners IV and Onex Partners V and an increase in recoverable fund expenses from Onex Partners IV and Onex Partners V; and

- a $17 million decrease in accrued compensation primarily as a result of lower accrued incentive compensation related to the 2024 fiscal year and the payment of 2023 incentive compensation during 2024. This compares to a $14 million decrease during 2023, primarily as a result of the payment of 2022 incentive compensation during 2023, partially offset by accrued incentive compensation related to the 2023 fiscal year.

### Cash provided by financing activities

Cash provided by financing activities was $453 million for the year ended December 31, 2024 compared to $30 million in 2023. Cash provided by financing activities for the year ended December 31, 2024 primarily consisted of $905 million of net loan issuances from the Investment Holding Companies (2023 – $262 million), partially offset by $417 million of cash used to repurchase Onex SVS (2023 – $196 million), as described on page 49 of this MD&A, and $23 million of cash dividends paid (2023 – $24 million).

### Cash provided by investing activities

Cash provided by investing activities totalled $38 million for the year ended December 31, 2024 compared to $55 million in 2023. Cash provided by investing activities during the year ended December 31, 2024 primarily consisted of the net sale of treasury investments totalling $23 million (2023 – $53 million).

## Fourth quarter cash flows

Table 30 presents the major components of cash flow for the fourth quarters of 2024 and 2023.

### Major Cash Flow Components

| TABLE 30 | (*$ millions*)<br>Quarter ended December 31 | 2024 | 2023 |
|---|---|---|---|
| | Cash provided by (used in) operating activities | $ 62 | $ (50) |
| | Cash provided by (used in) financing activities | $ 564 | $ (144) |
| | Cash provided by investing activities | $ 31 | $ 4 |
| | Consolidated cash and cash equivalents | $ 929 | $ 265 |

Cash provided by operating activities during the fourth quarter of 2024 was primarily driven by a $65 million decrease in management and advisory fees, recoverable fund expenses and other receivables (2023 – increase of $47 million) and a $19 million increase in accrued compensation (2023 – $27 million), partially offset by $29 million of cash used in operations (2023 – $32 million). Cash flows from working capital items during the fourth quarters of 2024 and 2023 were primarily driven by similar factors during the years ended December 31, 2024 and 2023, as described on page 54 of this MD&A.

Cash provided by financing activities during the fourth quarter of 2024 primarily consisted of $759 million of net loan issuances from the Investment Holding Companies (2023 – net loan repayments of $102 million), partially offset by $185 million of cash used to repurchase Onex SVS (2023 – $33 million).

Cash provided by investing activities during the fourth quarter of 2024 consisted of the net sale of treasury investments totalling $23 million (2023 – nil) and $8 million of cash interest received (2023 – $4 million).

## Consolidated cash resources

At December 31, 2024, consolidated cash and cash equivalents increased to $929 million from $265 million at December 31, 2023. The major components of cash and cash equivalents at December 31, 2024 included $606 million of cash and demand deposits held at financial institutions (December 31, 2023 – $163 million) and $323 million of money market funds (December 31, 2023 – $102 million).

At December 31, 2024, Onex had $1.6 billion of cash and near-cash on hand (December 31, 2023 – $1.5 billion), as described on page 38 of this MD&A. Onex management reviews the amount of cash and near-cash on hand when assessing the liquidity of the Company.

MANAGEMENT'S DISCUSSION AND ANALYSIS

## Commitments

### Onex Partners Funds

The Onex Partners Funds were established to provide committed capital for Onex-sponsored acquisitions not related to Onex' direct investments or ONCAP and typically make controlling equity investments in operating companies headquartered, organized, domiciled or whose principal executive offices are in North America or Europe.

Table 31 provides information concerning Onex' commitments to the Onex Partners Funds at December 31, 2024:

| TABLE 31 | ($ millions) | Final Close Date | Total Onex Commitments | Onex Commitments Invested[i] | Remaining Onex Commitments[ii] |
|---|---|---|---|---|---|
| Onex Partners III | | December 2009 | $ 1,200 | $ 929 | $ 99 |
| Onex Partners IV | | March 2014 | $ 1,700[iii] | $ 1,600[iii] | $ 46 |
| Onex Partners V | | November 2017 | $ 2,000 | $ 1,822 | $ 142 |
| Onex Partners Opportunities[iv] | | January 2025 | $ 400 | $ 145 | $ 255 |

(i)  Amounts include capitalized acquisition costs and bridge financing, where applicable.

(ii)  Onex' remaining commitments are calculated based on the assumption that all remaining limited partners' commitments are invested.

(iii)  Excludes an additional commitment that was acquired by Onex from a limited partner in 2017.

(iv)  Onex' invested commitments in the Onex Partners Opportunities Fund were reduced to $129 million and its remaining commitments to the fund increased to $271 million following the final fundraising close of the fund in January 2025, as described on page 6 of this MD&A.

The Onex Partners Opportunities Fund is a shorter duration fund which focuses on upper-middle-market investing in companies headquartered, organized, having principal executive offices or primarily operating in North America or Europe. Onex Partners Opportunities will not invest more than 25% of aggregate commitments in any single operating company and its affiliates, based on the aggregate commitments of the investments. The remaining commitments for Onex Partners Opportunities are primarily for the funding of future Onex-sponsored investments.

The remaining commitment for Onex Partners III is for future funding of partnership expenses. Up to $38 million of the remaining commitment to Onex Partners IV is available for possible follow-on investments in a remaining business.

Uncalled commitments from Onex Partners IV can also be used for future funding of partnership expenses. The remaining commitment for Onex Partners V is for possible follow-on investments and future funding of partnership expenses.

### ONCAP Funds

The ONCAP Funds were established to provide committed capital for acquisitions of small and medium-sized businesses and typically make controlling equity investments in operating companies organized, headquartered, having principal executive offices or significantly operating in, or deriving significant revenue from, the United States or Canada.

Table 32 provides information concerning Onex' commitments to the ONCAP Funds as at December 31, 2024:

| TABLE 32 | ($ millions) | Final Close Date | Total Onex Commitments | Onex Commitments Invested[i] | Remaining Onex Commitments[ii] |
|---|---|---|---|---|---|
| ONCAP III | | September 2011 | C$ 252 | C$ 203 | C$ 8 |
| ONCAP IV | | November 2016 | $ 480 | $ 443 | $ 15 |
| ONCAP V | | n/a[iii] | $ 250 | $ 165 | $ 82 |

(i)  Amounts include capitalized acquisition costs and bridge financing, where applicable.

(ii)  Onex' remaining commitments are calculated based on the assumption that all remaining limited partners' commitments are invested.

(iii)  Fundraising for ONCAP V is ongoing and Onex' investment in the fund and remaining commitments to the fund will decrease and increase, respectively, as additional capital is raised by the fund in the future.

ONCAP V invests in operating companies organized, headquartered, having principal executive offices or significantly operating in, or deriving significant revenue from, the United States or Canada. ONCAP V will not invest more than 20% of aggregate commitments in any single operating company and its affiliates. The remaining commitment for ONCAP V is primarily for the funding of future ONCAP-sponsored investments.

The remaining commitments for ONCAP III and ONCAP IV are for possible follow-on investments in remaining businesses and future funding of partnership expenses.

### OCLP I

Onex Credit Lending Partners ("OCLP I") provides committed capital for investments in senior secured loans and other loan investments in middle-market, upper-middle-market and large private equity sponsor-owned portfolio companies and, selectively, other corporate borrowers. Onex controls the General Partner and Manager of OCLP I and as at December 31, 2024, Onex had invested $79 million of its $100 million commitment in OCLP I. Onex did not invest in OCLP I during 2024 (2023 – Onex invested $5 million in OCLP I). The investment period for OCLP I has expired and the remaining uncalled commitments to OCLP I are available for future fund expenses and to settle existing liabilities of the fund.

### Onex Structured Credit Opportunities Fund

The Onex Structured Credit Opportunities Fund ("OSCO") invests primarily in U.S. and European collateralized loan obligations. Onex controls the General Partner and Manager of OSCO and as at December 31, 2024, Onex had invested all of its aggregate $50 million commitment to OSCO and a separately managed account which follows a similar strategy to OSCO, of which $4 million was invested during 2024 (2023 – $1 million).

### Onex Capital Solutions Fund

The Onex Capital Solutions Fund ("OCS") invests primarily in loans, bonds, trade claims and credit default swaps, among other assets. Onex controls the General Partner and Manager of OCS and as at December 31, 2024, Onex had invested all of its aggregate $200 million commitment to OCS, of which $39 million was invested during 2024 (2023 – $27 million).

### Falcon Fund VII

Falcon Fund VII is a fund managed by Falcon Investments which makes junior capital investments in the U.S. lower middle market and primarily invests in subordinated debt or second-lien debt with warrants, payment-in-kind preferred stock with warrants and non-control common equity in conjunction with subordinated debt or preferred stock. Onex holds a 20% interest in the Manager of Falcon Fund VII, as described on page 35 of this MD&A. As of December 31, 2024, Onex had invested $26 million of its aggregate $40 million commitment to Falcon Fund VII, all of which was invested during 2024. The investment period for Falcon Fund VII is set to expire in January 2028.

### Subscription financing to Credit Funds

Onex has committed to provide up to $150 million of subscription financing to certain Credit Funds. As of December 31, 2024, $9 million was drawn from these subscription facilities (2023 – nil).

### Other commitments

Incline Aviation Funds I, II and III ("Incline Aviation Funds") are aircraft investment funds managed by BBAM, which in turn is an operating business of Onex Partners III. At December 31, 2024, Onex' total uncalled commitments to Incline Aviation Funds were $50 million (December 31, 2023 – $59 million).

Onex has provided guarantees for credit facilities that certain members of the management team have access to in connection with personal investments made in certain Onex Partners, ONCAP and Onex Credit Funds. Borrowings under these credit facilities are collateralized by the personal assets of each participating management team member. These credit facilities had $1 million outstanding at December 31, 2024 (December 31, 2023 – $2 million).

The Company has commitments with respect to leases, which are disclosed in note 13 to the consolidated financial statements.

MANAGEMENT'S DISCUSSION AND ANALYSIS

# RELATED-PARTY TRANSACTIONS

## Investment programs

Onex' investment programs are designed to align the interests of Onex' management team and Board of Directors with those of Onex' shareholders and the limited partner investors in Onex Funds.

The various investment programs are described in detail in the following pages and certain key aspects are summarized in table 33.

TABLE 33

| Investment Program | Minimum Performance Return Hurdle | Vesting Term | Management Investment & Application |
|---|---|---|---|
| Management Investment Plan[i] | 15% Compounded Return | 6 years | • personal "at risk" equity investment required<br>• applicable to:<br>  – Onex capital invested in Onex Partners I–IV transactions<br>  – certain Onex capital invested outside Onex Partners prior to 2020 |
| Onex Partners Carried Interest Program[ii] | 8% Compounded Return | 3 to 6 years | • personal "at risk" equity investment required<br>• applicable to:<br>  – third-party capital invested in Onex Partners I–IV transactions<br>  – Onex and third-party capital invested in Onex Partners V and Onex Partners Opportunities transactions<br>  – Onex capital invested in Onex Partners originated co-investments and direct investments since 2019 |
| ONCAP Carried Interest Program[ii] | 8% Compounded Return | 5 years | • personal "at risk" equity investment required<br>• applicable to:<br>  – Onex and third-party capital invested in ONCAP transactions |
| Credit Carried Interest Program[iii] | 6% to 12% Net IRR | 3 to 5 years | • applicable to:<br>  – Onex and third-party capital invested in certain Credit strategies |
| Management DSU Plan[iv] | n/a | n/a | • investment of elected portion of annual variable cash compensation in Management DSUs<br>  – 2024 was the final year that management could elect to invest in DSUs<br>• value reflects changes in Onex' share price, including risk associated with price decrease<br>• units not redeemable until retirement from Onex |
| Director DSU Plan[v] | n/a | n/a | • investment of up to 100% of annual directors' fees in Director DSUs<br>• value reflects changes in Onex' share price, including risk associated with price decrease<br>• units not redeemable until retirement from the Onex Board |
| Performance Share Unit Plan[vi] | Performance hurdles related to the market performance of Onex SVS or other financial measures | 3 years | • value reflects changes in Onex' share price, including risk associated with price decrease<br>• units are redeemed within 31 days of the vesting date |
| Restricted Share Unit Plan[vii] | n/a | 3 years | • value reflects changes in Onex' share price, including risk associated with price decrease<br>• units are redeemed annually, within 31 days of the vesting date |
| Stock Option Plan[viii] | 25% Share Price Appreciation | 5 years | • satisfaction of exercise price (market value at grant date) |

### (i) Management Investment Plan

For all investments completed prior to 2020 and excluding all Onex Partners V investments, the MIP required Onex management team members to invest in each of the operating businesses acquired or invested in by Onex. In addition to this required investment, management was allocated 12% of Onex' realized gain from an operating business investment, subject to certain conditions. In particular, Onex must realize the full return of its investment plus a net 15% internal rate of return from the investment in order for management to be allocated the additional gain on Onex' investment.

Realizations under the program during 2024 were $6 million (2023 – $64 million) and were settled by certain Investment Holding Companies, which are accounted for as corporate investments at fair value through net earnings (loss).

### (ii) Onex Partners and ONCAP carried interest programs

The General Partners of the Onex Partners and ONCAP Funds are entitled to a carried interest of 20% on the realized net gains of the limited partners in each fund, subject to an 8% compound annual preferred return to those limited partners on all amounts contributed in each individual fund. Onex is entitled to 40% of the carried interest realized in the Onex Partners and ONCAP Funds. Onex and Onex Partners management are allocated 60% of the carried interest realized in the Onex Partners Funds. For Onex Partners V, Onex Partners Opportunities and certain direct and co-investments, Onex Partners management is also entitled to a carried interest of 12% of the realized gains from Onex' capital, subject to an 8% compound annual preferred return to Onex on amounts contributed to the fund or invested directly by Onex. ONCAP management is allocated 60% of the carried interest realized in the ONCAP Funds and an equivalent carried interest on Onex' capital. If the ONCAP IV investors achieve a return of two times their aggregate capital contributions, carried interest participation increases from 20% to 25% of the realized net gains. Under the terms of the partnership agreements, the General Partners may receive carried interest as realizations occur. The ultimate amount of carried interest earned will be based on the overall performance of each fund, independently, and includes typical catch-up and clawback provisions within each fund, but not between funds.

During the year ended December 31, 2024, management's share of carried interest from realizations in Onex Partners and ONCAP was $46 million (2023 – $35 million). Management has the potential to receive $608 million of carried interest on businesses in the Onex Partners Funds, ONCAP Funds and the continuation funds that invest in Ryan, LLC and Wyse, based on their fair values as determined at December 31, 2024 (December 31, 2023 – $580 million, based on fair values as determined at December 31, 2023).

### (iii) Credit Carried Interest Program

The General Partners of the Onex Credit strategies are entitled to a carried interest of up to 20% on the realized net gains of the limited partners in certain private credit strategies, provided the limited partners have achieved a minimum preferred rate of return on their investment. Onex is entitled to 40% of the carried interest realized from Credit strategies, while the Onex Credit management team is allocated the remaining 60%.

During the year ended December 31, 2024, management's share of carried interest from realizations in the Credit strategies managed by Onex was $3 million (2023 – $25 million, including carried interest received from the Falcon Funds). Management has the potential to receive $37 million of carried interest from Credit strategies managed by Onex based on their fair values as determined at December 31, 2024 (December 31, 2023 – $110 million, based on fair values as determined at December 31, 2023, including unrealized carried interest from the Falcon Funds).

### (iv) Management Deferred Share Unit Plan

The Management DSU Plan provides personal and direct economic interests by the Company's senior management in the performance of Onex' SVS. Holders of DSUs are entitled to receive for each DSU, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the redemption date. The DSUs vest immediately, are only redeemable once the holder ceases to be an officer or employee of the Company or an affiliate, and must be redeemed by the end of the year following the year the holder ceases to be an officer or employee of the Company or an affiliate. Additional units are issued for any cash dividends paid on the SVS. To economically hedge Onex' exposure to changes in the market value of Onex' SVS, the Company enters into forward agreements with counterparty financial institutions for all grants under the Management DSU Plan at December 31, 2024. The administrative costs of those arrangements are borne by participants in the Management DSU Plan. Management DSUs are redeemable only for cash and no shares or other securities of Onex will be issued on the exercise, redemption or other settlement thereof. Table 27 on page 51 of this MD&A provides details of the change in the DSUs outstanding during 2024 and 2023.

### (v) Director Deferred Share Unit Plan

The Director DSU Plan allows Onex directors to apply directors' fees earned to acquire DSUs based on the market value of Onex shares at the time. Grants of DSUs may also be made to Onex directors from time to time. Holders of DSUs are entitled to receive for each DSU, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the redemption date. The DSUs vest immediately, are only redeemable once the holder retires from the Onex Board of Directors and must be redeemed within one year following the year of retirement. Additional units are issued for any cash dividends paid on the SVS. To economically hedge Onex' exposure to changes in the market value of Onex' SVS, the Company has entered into forward agreements with counterparty financial institutions for all grants under the Director DSU Plan at December 31, 2024. Director DSUs are redeemable only for cash and no shares or other securities of Onex will be issued on the exercise, redemption or other settlement thereof. Table 27 on page 51 of this MD&A provides details of the change in the DSUs outstanding during 2024 and 2023.

### (vi) Performance Share Unit Plan

The Company has established a PSU Plan for certain senior executives of Onex, which entitles the holder to receive, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the vesting date. Units issued under the PSU Plan generally vest after three years and payments for redeemed units are conditional on certain performance targets being met with respect to the market performance of Onex' SVS or the achievement of other financial targets. Additional units are issued for any cash dividends paid on the SVS. Vested PSUs are settled within 31 days of the vesting date. PSUs are settled only for cash and no shares or other securities of Onex will be issued on the settlement of PSUs.

To economically hedge a portion of the Company's exposure to changes in the market value of Onex' SVS, the Company has entered into forward agreements with a counterparty financial institution for all grants under the PSU Plan at December 31, 2024. Table 27 on page 51 of this MD&A provides details of the change in the PSUs outstanding during 2024 and 2023.

### (vii) Restricted Share Unit Plan

The Company has established an RSU Plan for employees, which entitles the holder to receive, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the vesting date. Units issued under the RSU Plan generally vest equally over a three-year period. Additional units are issued for any cash dividends paid on the SVS. Vested RSUs are settled within 31 days of the vesting date. RSUs are settled only for cash and no shares or other securities of Onex will be issued on the settlement of RSUs.

To economically hedge a portion of the Company's exposure to changes in the market value of Onex' SVS, the Company has entered into forward agreements with a counterparty financial institution for all grants under the RSU Plan at December 31, 2024. Table 27 on page 51 of this MD&A provides details of the change in the RSUs outstanding during 2024 and 2023.

### (viii) Stock Option Plan

Onex has a Stock Option Plan that provides for options and/or share appreciation rights to be granted to Onex directors, officers and employees for the acquisition of SVS of Onex, the parent company, for a term not exceeding 10 years. The options vest equally over five years. The exercise price of the options is the market value of the SVS on the business day preceding the day of the grant. Vested options are not exercisable unless the average five-day market price of Onex SVS is at least 25% greater than the exercise price at the time of exercise. Table 26 on page 51 of this MD&A provides details of the change in the stock options outstanding during 2024 and 2023.

### (ix) Other investments

Members of management and the Board of Directors of Onex can invest limited amounts in partnership with Onex in all acquisitions outside the Onex Partners and ONCAP Funds, including co-investment opportunities, at the same time and cost as Onex and other outside investors. During 2024, a total of $1 million (2023 – $30 million) in investments was made by the Onex management team and Board of Directors in Incline Aviation Fund II (2023 – investment made in the continuation fund that invests in Ryan, LLC).

### Onex management team and directors' investments in Onex Funds

The Onex management team and directors invest meaningfully in each operating business acquired by the Onex Partners and ONCAP Funds and in strategies managed by Onex Credit.

The structure of the Onex Partners and ONCAP Funds requires management of Onex Partners and ONCAP to invest a minimum of 2% in all acquisitions made by the Onex Partners IV, Onex Partners V, Onex Partners Opportunities, ONCAP IV and ONCAP V Funds. A minimum 1% investment was required by management in all other Onex Partners and ONCAP Funds. These investments include the minimum "at risk" equity investment associated with management's carried interest participation, as described on page 58 of this MD&A.

The Onex management team and directors have committed to invest 6% of the total capital invested by Onex Partners Opportunities for new investments completed during 2025, including the minimum "at risk" equity investment. The Onex management team and directors have committed to invest 8% of the total capital invested by ONCAP V for new investments completed during 2025, including the minimum "at risk" equity investment. The Onex management team and directors invest in any add-on investments in existing businesses pro-rata with their initial investment in the relevant business.

The total amount invested during 2024 by the Onex management team and directors in acquisitions and investments completed through the Onex Partners and ONCAP Funds was $41 million (2023 – $65 million), and at December 31, 2024, investments held by the Onex management team and directors in the Onex Partners and ONCAP Funds, at fair value, totalled $614 million (December 31, 2023 – $777 million).

In addition, the Onex management team and directors may invest in strategies and funds managed by Onex Credit. The total amount invested during 2024 by the Onex management team and directors in funds managed by Onex Credit was $16 million (2023 – $20 million), and at December 31, 2024, investments at fair value held by the Onex management team and directors in strategies and funds managed by Onex Credit, excluding investments held in separately managed accounts, totalled $276 million (December 31, 2023 – $469 million).

### Related-party revenues and receivables

Onex receives management fees on limited partners' and clients' capital within the Onex private equity funds and private credit strategies, and advisory fees directly from certain operating businesses. Onex also receives carried interest and performance fees from certain Credit strategies and recovers certain deal investigation, research and other expenses from the Onex private equity funds, private credit strategies and private equity portfolio companies. Onex indirectly controls the Onex private equity funds and private credit strategies, and therefore the management fees, performance fees and carried interest earned from these sources represent related-party transactions. Furthermore, Onex indirectly controls, jointly controls or has significant influence over certain operating businesses held by the Onex private equity funds and, as such, advisory fees from these operating businesses represent related-party transactions.

Onex Credit acts as an investment fund manager, portfolio manager and/or exempt market dealer for its pooled funds. In the case of those pooled funds that are organized as trusts, Onex Credit acts as a trustee, while for pooled funds organized as limited partnerships, Onex Credit or an affiliate of Onex Credit acts as the General Partner. As such, the Onex Credit pooled funds are related parties of the Company.

During the quarter and year ended December 31, 2024, the Company recognized $50 million and $200 million of management and advisory fees from related parties, respectively (2023 – $56 million and $248 million, respectively), $11 million and $38 million of revenue from the reimbursement of expenses from related parties, respectively (2023 – $18 million and $43 million, respectively), and $4 million and $6 million of performance fees and carried interest from related parties, respectively (2023 – $9 million and $13 million, respectively), as outlined in note 17 to the consolidated financial statements.

At December 31, 2024, consolidated receivables from related parties totalled $536 million (December 31, 2023 – $673 million). Refer to note 4 to the consolidated financial statements for further details concerning Onex' consolidated receivables, which include $3 million of other receivables from third parties (December 31, 2023 – $10 million).

### Repurchase of shares

In August 2024, Onex repurchased 1,000,000 of its SVS that were held indirectly by Mr. Gerald W. Schwartz in a private transaction. The shares were repurchased at a cost of $66.06 (C$90.60) per SVS, or a total cost of $66 million (C$91 million), which represented a discount to the trading price of Onex shares on the date of the transaction.

In December 2024, Onex repurchased 255,279 of its SVS that were held indirectly by Mr. Gerald W. Schwartz as part of the SIB, as described on page 49 of this MD&A. The shares were repurchased at a cost of $81.28 (C$117.00) per SVS, or a total cost of $21 million (C$30 million).

During 2023, Onex repurchased 1,000,000 of its SVS that were held indirectly by Mr. Gerald W. Schwartz. The shares were repurchased at a cost of $59.59 (C$80.76) per SVS, or a total cost of $59 million (C$81 million), which represented a discount to the trading price of Onex shares on the date of the transaction.

### Services received from operating companies

During the quarters and years ended December 31, 2024 and 2023, Onex received services from certain operating companies, the value of which was not significant.

## INTERNAL CONTROLS OVER FINANCIAL REPORTING AND DISCLOSURE CONTROLS AND PROCEDURES

The Chief Executive Officer and the Chief Financial Officer have designed, or caused to be designed under their supervision, internal controls over financial reporting to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the consolidated financial statements for external purposes in accordance with IFRS Accounting Standards. The Chief Executive Officer and the Chief Financial Officer have also designed, or caused to be designed under their supervision, disclosure controls and procedures to provide reasonable assurance that information required to be disclosed by the Company in its corporate filings has been recorded, processed, summarized and reported within the time periods specified in securities legislation.

A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that its objectives are met. Due to the inherent limitations in all such systems, no evaluation of controls can provide absolute assurance that all control issues, if any, within a company have been detected. Accordingly, Onex' internal controls over financial reporting and disclosure controls and procedures are effective in providing reasonable, not absolute, assurance that the objectives of Onex' control systems have been met.

## RISK ENVIRONMENT

The Company's Annual Information Form for the year ended December 31, 2024, as filed on SEDAR+, and note 24 to the 2024 annual consolidated financial statements set out certain risks that could be material to Onex and could have a material adverse effect on Onex' business, financial condition, results of operations and cash flows, and the value of the Company's shares. The risks described in these documents are not the only risks that may impact the Company's business, operations and financial results. Additional risks not currently known to the Company or that Onex management currently believes are immaterial when considered across the Company's investment and asset management activities as a whole may also have a material adverse effect on future business, operations and performance.

MANAGEMENT'S DISCUSSION AND ANALYSIS

# GLOSSARY

The following is a list of commonly used terms in Onex' MD&A and consolidated financial statements and their corresponding definitions.

**Assets under management ("AUM")** are the assets that Onex manages on behalf of investors, including Onex' own capital, co-investments and capital invested by the Onex management team, where applicable. Onex' assets under management include:

(i)     The fair value of private equity invested assets and uncalled committed capital to the private equity funds, including Onex' own uncalled committed capital in excess of cash and cash equivalents, as applicable;

(ii)    The par value of invested assets and cash available for reinvestment of the collateralized loan obligations;

(iii)   The fair value of gross invested and uncalled commitments in close-ended Credit Funds; and

(iv)    The gross invested assets or net asset value of the open-ended Credit Funds.

**Carried interest** is an allocation of part of an investor's gains to Onex and its management team after the investor has realized a preferred return.

**CLO warehouse** is a leveraged portfolio of credit investments that Onex establishes in anticipation of raising a new CLO. The leverage is typically provided by a financial institution that serves as the placement agent for the relevant CLO. The leverage provided by a financial institution may be in the form of a total return swap that transfers the credit and market risk of specified securities. Onex provides capital to establish the CLO warehouses.

**Co-investment** is a direct investment made by Onex, the Onex management team and/or other investors alongside a fund.

**Collateralized Loan Obligation ("CLO")** is a structured investment fund that invests in non-investment grade debt. Interests in these funds are sold in rated and unrated tranches that have rights to the CLO's collateral and payment streams in descending order of priority. The yield to investors in each tranche decreases as the level of priority increases.

**Committed capital** is the amount contractually committed by limited partners that a fund may call for investments or to pay management fees and other expenses.

**Deferred Share Units ("DSUs")** are synthetic investments made by directors and the Onex management team, where the gain or loss mirrors the performance of Onex' SVS. DSUs may be issued to directors in lieu of director fees.

**Direct Lending** strategies are managed by Onex Credit and primarily include investments in senior secured loans and other loan investments in private equity sponsor-owned portfolio companies and, selectively, other corporate borrowers.

**Distributable earnings (loss)** is a non-GAAP financial measure which consists of recurring fee-related earnings (loss), net realized gains (losses) from Onex' investments and the receipt of carried interest from Onex' private equity funds, private credit funds and from the Falcon Funds.

**Fee-generating assets under management ("FGAUM")** are the assets under management on which the Company receives recurring management fees.

**Fee-related earnings (loss)** is a non-GAAP financial measure which includes revenues, including unrealized performance fees, and expenses recognized by Onex' asset management segment and excludes realization-driven carried interest.

**Fully diluted shares** are calculated using the treasury stock method and include all outstanding SVS, as well as outstanding stock options where Onex' share price exceeds the exercise price of the stock options and outstanding limited partnership units which can be converted to Onex SVS.

**General Partner** is a partner that determines most of the actions of a partnership and can legally bind the partnership. The General Partners of Onex-sponsored funds are Onex-controlled subsidiaries.

**Gross internal rate of return ("Gross IRR")** is the annualized percentage return achieved on an investment or fund, taking time into consideration. This measure does not reflect a limited partner's return since it is calculated without deducting carried interest, management fees, taxes and expenses.

**Gross multiple of capital ("Gross MOC")** is an investment's or fund's total value divided by the capital that has been invested. This measure does not reflect a limited partner's multiple of capital since it is calculated without deducting carried interest, management fees, taxes and expenses.

**Hurdle** or **preferred return** is the minimum return required from an investment or fund before entitlement to payments under the MIP, carried interest or performance fees.

**International Financial Reporting Standards ("IFRS"** or **"IFRS Accounting Standards")** are a set of standards formulated by the International Accounting Standards Board. As a publicly listed entity in Canada, Onex is required to prepare its financial statements in accordance with IFRS Accounting Standards.

**Investing capital** represents Onex' investing assets that are invested in private equity, private credit strategies and treasury investments, as well as cash and cash equivalents, and near-cash available for investing. Investing capital is determined on the same basis as Onex' total investing segment assets.

**Investing capital per fully diluted share** is Onex' investing capital divided by the number of fully diluted shares outstanding.

**Limited partner** is an investor whose liability is generally limited to the extent of their share of the partnership.

**Liquid Strategies** are managed by Onex Credit and primarily hold investments in public equities, liquid credit and first-lien senior secured loans.

**Management incentive programs** include: (i) for all investments completed prior to 2020 and excluding all Onex Partners V investments, the management investment plan ("MIP") required Onex management team members to invest in each of the operating businesses acquired or invested in by Onex. In addition to this required investment, management was allocated 12% of Onex' realized gain from an operating business investment, subject to certain conditions. In particular, Onex must realize the full return of its investment plus a net 15% internal rate of return from the investment in order for management to be allocated the additional gain on Onex' investment. The MIP also has vesting requirements, certain limitations and voting requirements; (ii) the Onex Partners carried interest program, which allocates to the management of Onex Partners 60% of the carried interest realized in the Onex Partners Funds. Management of Onex Partners is also entitled to a carried interest of 12% of the realized net gains from Onex capital in Onex Partners V and subsequent funds, subject to an 8% compounded annual preferred return to Onex on amounts contributed to the fund; (iii) the ONCAP carried interest program, which allocates to the management of ONCAP 60% of the carried interest realized in the ONCAP Funds and an equivalent carried interest on Onex' capital in the ONCAP Funds; and (iv) the Credit carried interest program, which allocates to the management of Onex Credit 60% of the carried interest realized on all Credit Funds which are eligible for carried interest.

**Multiple Voting Shares** of Onex are the controlling class of shares, which entitle Mr. Gerald W. Schwartz to elect 60% of Onex' directors and to 60% of the total shareholder vote on most matters. The shares have no entitlement to distribution on wind-up or dissolution above their nominal paid-in value and do not participate in dividends or earnings.

**Near-cash** represents investment holdings in readily marketable investments that can be converted to cash in an orderly market. In addition, near-cash also includes management fees and recoverable fund expenses receivable from certain funds, and subscription financing receivable from certain Credit and Private Equity Funds attributable to third-party investors.

**Net internal rate of return ("Net IRR")** is the annualized percentage return earned by the limited partners of a fund, excluding Onex as a limited partner, after the deduction of carried interest, management fees, taxes and expenses, taking time into consideration.

**Normal Course Issuer Bid(s) ("NCIB" or the "Bid(s)")** is an annual program approved by the Board of Directors that enables Onex to repurchase SVS for cancellation.

**ONCAP Group** represents Onex, the limited partners of the relevant ONCAP Fund, the Onex management team and, where applicable, certain other limited partners as co-investors.

**ONEX** or **the Company** represents Onex Corporation, the ultimate parent company, and its wholly-owned subsidiaries.

**ONEX** is the share symbol for Onex Corporation on the Toronto Stock Exchange.

**Onex Partners Group** represents Onex, the limited partners of the relevant Onex Partners Fund, the Onex management team and, where applicable, certain other limited partners as co-investors.

**Opportunistic Credit Strategies** are managed by Onex Credit and primarily hold investments in first-lien senior secured loans, second-lien loans, bonds, trade claims, credit default swaps and other debt investments having similar characteristics.

**Performance fees** are generated on capital managed by Onex Credit in certain funds, some of which are subject to a hurdle or preferred return to investors.

**Performance Share Units ("PSUs")** entitle the holder to receive, upon redemption, a cash payment equivalent to the market value of Onex' SVS at the vesting date. Payments for redeemed units are conditional on certain performance targets being met with respect to the market performance of Onex' SVS or the achievement of other financial targets.

**Restricted Share Units ("RSUs")** entitle the holder to receive, upon redemption, a cash payment equivalent to the market value of Onex' SVS at the vesting date.

**Run-rate management fees** refer to a forward-looking calculation representing management fees that would be earned over a 12-month period based on the annual management fee rates and the basis or method of calculation in place at period end.

**Structured Credit Strategies** are managed by Onex Credit and primarily hold investments in CLOs.

**Subordinate Voting Shares ("SVS")** are the non-controlling share capital of Onex. SVS shareholders are entitled to elect 40% of Onex' directors and to 40% of the total shareholder vote on most matters. These shares are the only class of stock that economically participates in Onex Corporation. The SVS trade on the Toronto Stock Exchange.

# MANAGEMENT'S RESPONSIBILITY
# FOR CONSOLIDATED FINANCIAL STATEMENTS

The accompanying consolidated financial statements have been prepared by management, reviewed by the Audit, Nominating and Governance Committee and approved by the Board of Directors of the Company. Management is responsible for the information and representations contained in these consolidated financial statements.

The Company maintains appropriate processes to ensure that relevant and reliable financial information is produced. The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. The material accounting policies which management believes are appropriate for the Company are described in note 1 to the consolidated financial statements.

The Board of Directors is responsible for reviewing and approving the consolidated financial statements and overseeing management's performance of its financial reporting responsibilities. An Audit, Nominating and Governance Committee of non-management independent directors is appointed by the Board of Directors.

The Audit, Nominating and Governance Committee reviews the consolidated financial statements, adequacy of internal controls, audit process and financial reporting with management and with the external auditors. The Audit, Nominating and Governance Committee reports to the Board of Directors prior to the approval of the audited consolidated financial statements for publication.

PricewaterhouseCoopers LLP, the Company's external auditors, who are appointed by the holders of Subordinate Voting Shares, audited the consolidated financial statements in accordance with Canadian generally accepted auditing standards to enable them to express to the shareholders their opinion on the consolidated financial statements. Their report is set out on the following pages.

[signed]                                        [signed]

**Christopher A. Govan**                         **Derek C. Mackay**
Chief Financial Officer                          Managing Director, Finance
February 20, 2025

# INDEPENDENT AUDITOR'S REPORT

To the Shareholders of Onex Corporation

## Our opinion

In our opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of Onex Corporation and its subsidiaries (together, the Company) as at December 31, 2024 and 2023, and its financial performance and its cash flows for the years then ended in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board (IFRS Accounting Standards).

### What we have audited

The Company's consolidated financial statements comprise:

- the consolidated balance sheets as at December 31, 2024 and 2023;
- the consolidated statements of comprehensive earnings for the years then ended;
- the consolidated statements of equity for the years then ended;
- the consolidated statements of cash flows for the years then ended; and
- the notes to the consolidated financial statements, comprising material accounting policy information and other explanatory information.

## Basis for opinion

We conducted our audit in accordance with Canadian generally accepted auditing standards. Our responsibilities under those standards are further described in the *Auditor's responsibilities for the audit of the consolidated financial statements* section of our report.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

### Independence

We are independent of the Company in accordance with the ethical requirements that are relevant to our audit of the consolidated financial statements in Canada. We have fulfilled our other ethical responsibilities in accordance with these requirements.

## Key audit matters

Key audit matters are those matters that, in our professional judgment, were of most significance in our audit of the consolidated financial statements for the year ended December 31, 2024. These matters were addressed in the context of our audit of the consolidated financial statements as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

| Key audit matter | How our audit addressed the key audit matter |
|---|---|
| **Valuation of the non-public equity investments underlying corporate investments** | Our approach to addressing the matter included the following procedures, among others: |
| *Refer to note 1 — Basis of Preparation and Material Accounting Policies, note 5 — Corporate Investments and note 23 — Fair Value Measurements to the consolidated financial statements.* | • Tested management's process of estimating the fair values of underlying non-public equity investments underlying corporate investments by: |
| Corporate investments of $12,019 million as at December 31, 2024 represent the Company's investments in its Investment Holding Companies, which are measured at fair value with changes in fair value recognized through net earnings. The fair value measurement of the Investment Holding Companies utilized the adjusted net asset method to derive the fair values, by reference to the underlying fair value of the Investment Holding Companies' assets and liabilities. The measurement of the Investment Holding Companies is significantly impacted by the fair values of the underlying non-public equity investments held by the Investment Holding Companies directly or indirectly, which are included in the total private equity investments amount of $5,718 million. The valuation of the underlying non-public equity investments requires significant judgement. For these investments, management used valuation methodologies such as discounted cash flow and the comparable company valuation multiple technique. Management used its own assumptions regarding unobservable inputs, where there is little, if any, market activity in the underlying investments or related observable inputs that can be corroborated as at the measurement date. For a discounted cash flow analysis, the assumptions included unlevered free cash flows, specifically the timing of earnings projections and the expected long-term revenue growth, the weighted average costs of capital (WACC) and the exit multiples. For the comparable company valuation multiple technique, the assumptions included adjusted earnings before interest, taxes, depreciation and amortization (adjusted EBITDA) and adjusted EBITDA multiples. |     – testing the appropriateness of the methodologies used by management;<br><br>    – evaluating the reasonableness of the assumptions related to unlevered free cash flows including the timing of earnings projections and expected long-term revenue growth, and adjusted EBITDA by considering the current and past performance of the particular investment;<br><br>    – agreeing certain data included in the unlevered free cash flows and adjusted EBITDA used in the valuations to confirmations obtained independently from the particular investment's management teams;<br><br>    – evaluating the ability of management to estimate unlevered free cash flows and adjusted EBITDA by assessing management's comparison of actual results to the budgeted unlevered free cash flows and adjusted EBITDA used in the prior year's valuations;<br><br>    – utilizing professionals with specialized skill and knowledge in the field of valuation to assist in assessing the reasonability of the adjusted EBITDA multiples, the WACC and exit multiples; and<br><br>    – testing the mathematical accuracy of the valuations. |
| We considered this a key audit matter due to the significant judgments used by management when determining the fair values of the non-public equity investments and the high degree of complexity in assessing audit evidence related to the assumptions made by management. In addition, the audit effort involved the use of professionals with specialized skill and knowledge in the field of valuation. | • Tested the disclosures made in the consolidated financial statements, particularly with regard to the sensitivity of the WACC, exit multiples, and adjusted EBITDA multiples assumptions used. |

## Other information

Management is responsible for the other information. The other information comprises the Management's Discussion and Analysis and the information, other than the consolidated financial statements and our auditor's report thereon, included in the annual report.

Our opinion on the consolidated financial statements does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the consolidated financial statements, our responsibility is to read the other information identified above and, in doing so, consider whether the other information is materially inconsistent with the consolidated financial statements or our knowledge obtained in the audit, or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

## Responsibilities of management and those charged with governance for the consolidated financial statements

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with IFRS Accounting Standards, and for such internal control as management determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intends to liquidate the Company or to cease operations, or has no realistic alternative but to do so.

Those charged with governance are responsible for overseeing the Company's financial reporting process.

## Auditor's responsibilities for the audit of the consolidated financial statements

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with Canadian generally accepted auditing standards will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

As part of an audit in accordance with Canadian generally accepted auditing standards, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by management.

- Conclude on the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Company to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

- Plan and perform the group audit to obtain sufficient appropriate audit evidence regarding the financial information of the entities or business units within the Company as a basis for forming an opinion on the consolidated financial statements. We are responsible for the direction, supervision and review of the audit work performed for purposes of the group audit. We remain solely responsible for our audit opinion.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

From the matters communicated with those charged with governance, we determine those matters that were of most significance in the audit of the consolidated financial statements of the current period and are therefore the key audit matters. We describe these matters in our auditor's report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

The engagement partner on the audit resulting in this independent auditor's report is Alaina Tennison.

[signed]

PricewaterhouseCoopers LLP
Chartered Professional Accountants, Licensed Public Accountants

Toronto, Ontario
February 20, 2025

# CONSOLIDATED BALANCE SHEETS

| (in millions of U.S. dollars) | As at December 31, 2024 | As at December 31, 2023 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents (note 2) | $ 929 | $ 265 |
| Treasury investments (note 3) | 83 | – |
| Management and advisory fees, recoverable fund expenses and other receivables (note 4) | 539 | 683 |
| Corporate investments (including intercompany loans receivable from Onex and the Asset Managers of $5,155 (December 31, 2023 – $3,874), comprising part of the fair value of Investment Holding Companies) (note 5) | 12,019 | 11,521 |
| Other assets (note 6) | 150 | 128 |
| Property and equipment (notes 7 and 9) | 91 | 119 |
| Intangible assets (notes 8 and 9) | 11 | 34 |
| Goodwill (notes 8 and 9) | 142 | 149 |
| **Total assets** | **$ 13,964** | **$ 12,899** |
| | | |
| Intercompany loans payable to Investment Holding Companies (notes 10 and 14) | **(5,155)** | (3,874) |
| **Total assets net of intercompany loans payable to Investment Holding Companies** | **$ 8,809** | **$ 9,025** |
| | | |
| **Other liabilities** | | |
| Accounts payable and accrued liabilities | $ 26 | $ 24 |
| Accrued compensation (note 11) | 89 | 108 |
| Stock-based compensation payable (note 12) | 209 | 218 |
| Contingent consideration (note 27) | – | 15 |
| Lease liabilities (notes 13 and 14) | 41 | 61 |
| Other liabilities (note 9) | 25 | 35 |
| **Total other liabilities** | **$ 390** | **$ 461** |
| **Net assets** | **$ 8,419** | **$ 8,564** |
| | | |
| **Equity** | | |
| Share capital (note 16) | $ 265 | $ 281 |
| Retained earnings and accumulated other comprehensive earnings (loss) | 8,154 | 8,283 |
| **Total equity** | **$ 8,419** | **$ 8,564** |

See accompanying notes to the consolidated financial statements.

Signed on behalf of the Board of Directors

[signed]                              [signed]

Director                              Director

# CONSOLIDATED STATEMENTS OF COMPREHENSIVE EARNINGS

*(in millions of U.S. dollars except per share data)*

| Year ended December 31 | 2024 | 2023 |
|---|---|---|
| **Income** | | |
| Net gain on corporate investments (note 5) | $   385 | $   800 |
| Management and advisory fees (note 17) | 200 | 252 |
| Performance fees and carried interest from Credit (note 17) | 6 | 13 |
| Reimbursement of expenses from investment funds and operating businesses (note 17) | 38 | 43 |
| Interest and net treasury investment income (note 18) | 18 | 14 |
| Other income | 2 | 4 |
| **Total income** | $   649 | $ 1,126 |
| | | |
| **Expenses** | | |
| Compensation | $   (178) | $   (214) |
| Stock-based compensation expense (note 19) | (36) | (75) |
| Amortization of property, equipment and intangible assets (notes 7 and 8) | (24) | (35) |
| Recoverable expenses from investment funds and operating businesses | (38) | (43) |
| Restructuring expenses, net (note 9) | (21) | (46) |
| Impairment of goodwill, intangible assets and property and equipment (note 9) | – | (162) |
| Contingent consideration recovery (note 27) | – | 42 |
| Other expenses (note 20) | (47) | (61) |
| **Total expenses** | $   (344) | $   (594) |
| | | |
| Earnings before income taxes | $   305 | $   532 |
| Provision for income taxes (note 15) | (2) | (3) |
| **Net earnings** | $   303 | $   529 |
| | | |
| Other comprehensive loss | (1) | – |
| **Total comprehensive earnings** | 302 | 529 |
| | | |
| **Net Earnings per Subordinate Voting Share of Onex Corporation (note 21)** | | |
| Basic | $   4.01 | $   6.66 |
| Diluted | $   4.00 | $   6.65 |

See accompanying notes to the consolidated financial statements.

# CONSOLIDATED STATEMENTS OF EQUITY

| (in millions of U.S. dollars except per share data) | Share Capital (note 16) | Retained Earnings and Accumulated Other Comprehensive Earnings (Loss)[i] | Total Equity |
|---|---|---|---|
| **Balance – December 31, 2022** | $ 287 | $ 7,963 | $ 8,250 |
| Dividends declared[ii] | – | (23) | (23) |
| Stock options exercised | 4 | – | 4 |
| Repurchase and cancellation of shares (note 16) | (10) | (186) | (196) |
| Net earnings | – | 529 | 529 |
| **Balance – December 31, 2023**[i] | $ 281 | $ 8,283 | $ 8,564 |
| Dividends declared[ii] | – | (22) | (22) |
| Stock options exercised | 1 | – | 1 |
| Repurchase and cancellation of shares (note 16) | (17) | (409) | (426) |
| Net earnings | – | 303 | 303 |
| Currency translation adjustments included in other comprehensive loss | – | (1) | (1) |
| **Balance – December 31, 2024**[i] | **$ 265** | **$ 8,154** | **$ 8,419** |

(i)   Accumulated other comprehensive loss at December 31, 2024 was less than $1 (December 31, 2023 – earnings of $1) and consisted solely of currency translation adjustments. Income taxes did not have a significant effect on these adjustments.

(ii)  Dividends declared per Subordinate Voting Share were C$0.40 for the year ended December 31, 2024 (2023 – C$0.40). There are no tax effects for Onex on the declaration or payment of dividends.

See accompanying notes to the consolidated financial statements.

# CONSOLIDATED STATEMENTS OF CASH FLOWS

*(in millions of U.S. dollars)*

| Year ended December 31 | 2024 | 2023 |
|---|---|---|
| **Operating Activities** | | |
| Net earnings | $ 303 | $ 529 |
| Adjustments to net earnings: | | |
| Provision for income taxes | 2 | 3 |
| Interest and net treasury investment income | (18) | (14) |
| Interest expense | 5 | 2 |
| Earnings before interest and income taxes | 292 | 520 |
| Income taxes paid | (1) | (2) |
| Net stock-based compensation paid | (60) | (22) |
| Investments made in and loans made to Investment Holding Companies (note 5) | (195) | (199) |
| Distributions and loan repayments received from Investment Holding Companies and operating companies (note 5) | 347 | 479 |
| Items not affecting cash and cash equivalents: | | |
| Amortization of property, equipment and intangible assets (notes 7 and 8) | 24 | 35 |
| Net gain on corporate investments (note 5) | (385) | (800) |
| Stock-based compensation expense (note 19) | 36 | 75 |
| Restructuring expenses (note 9) | 7 | – |
| Impairment of goodwill, intangible assets and property and equipment (note 9) | – | 162 |
| Contingent consideration recovery (note 27) | – | (42) |
| Other | 1 | 1 |
| | 66 | 207 |
| Changes in working capital items: | | |
| Management and advisory fees, recoverable fund expenses and other receivables (note 4) | 144 | (139) |
| Other assets (note 6) | (11) | (6) |
| Accounts payable, accrued liabilities and other liabilities | (8) | 20 |
| Accrued compensation (note 11) | (17) | (14) |
| Increase (decrease) due to changes in working capital items | 108 | (139) |
| Cash provided by operating activities | $ 174 | $ 68 |
| **Financing Activities** | | |
| Issuance of loans from Investment Holding Companies | $ 905 | $ 335 |
| Repayment of loans to Investment Holding Companies | – | (73) |
| Repurchase of share capital of Onex Corporation (note 16) | (417) | (196) |
| Cash dividends paid | (23) | (24) |
| Principal elements of lease payments (note 13) | (10) | (10) |
| Cash interest paid (note 13) | (2) | (2) |
| Cash provided by financing activities | $ 453 | $ 30 |
| **Investing Activities** | | |
| Sale of treasury investments | $ 23 | $ 53 |
| Cash interest received | 16 | 10 |
| Purchase of property and equipment (note 7) | – | (8) |
| Other | (1) | – |
| Cash provided by investing activities | $ 38 | $ 55 |
| **Increase in Cash and Cash Equivalents** | $ 665 | $ 153 |
| Increase (decrease) in cash due to changes in foreign exchange rates | (1) | 1 |
| Cash and cash equivalents, beginning of the year | 265 | 111 |
| **Cash and Cash Equivalents** | $ 929 | $ 265 |

See accompanying notes to the consolidated financial statements.

# NOTES TO CONSOLIDATED
# FINANCIAL STATEMENTS

*(in millions of U.S. dollars except per share data)*

Onex Corporation, along with its wholly-owned subsidiaries, manages and invests capital in its private equity funds, private credit strategies and liquid strategies on behalf of shareholders, institutional investors and private clients from around the world.

Onex invests in its two private equity platforms: Onex Partners for upper-middle-market and larger transactions and ONCAP for lower-middle-market and smaller transactions. Onex also invests in private credit strategies, which primarily consist of non-investment grade debt in collateralized loan obligations, and Structured, Opportunistic, Liquid and Direct Lending strategies.

Throughout these statements, the terms "Onex" and the "Company" refer to Onex Corporation, the ultimate parent company, and its wholly-owned subsidiaries.

Onex Corporation is a Canadian corporation domiciled in Canada and listed on the Toronto Stock Exchange under the symbol ONEX. Onex' shares are traded in Canadian dollars. The registered address for Onex is 161 Bay Street, Toronto, Ontario. Mr. Gerald W. Schwartz controls Onex through his ownership of all outstanding Multiple Voting Shares of the corporation. Mr. Schwartz also indirectly held 11% of the outstanding Subordinate Voting Shares of Onex at December 31, 2024.

All amounts included in the notes to the consolidated financial statements are in millions of U.S. dollars unless otherwise noted.

The consolidated financial statements were authorized for issue by the Board of Directors on February 20, 2025.

## 1. BASIS OF PREPARATION AND MATERIAL ACCOUNTING POLICIES

### STATEMENT OF COMPLIANCE

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS Accounting Standards"). These consolidated financial statements were prepared on a going concern basis.

The U.S. dollar is Onex' functional currency and the financial statements have been reported on a U.S. dollar basis.

### BASIS OF PRESENTATION

Throughout the notes to the consolidated financial statements, **investments** and **investing activity** of Onex' capital primarily relate to its private equity funds, private credit strategies and certain investments held outside the private equity funds and private credit strategies. These investments are held directly or indirectly through wholly-owned subsidiaries of Onex, which are referred to as **Investment Holding Companies**. While there are a number of Investment Holding Companies, these companies primarily consist of direct or indirect subsidiaries of Onex Private Equity Holdings LLC, Onex CLO Holdings LLC or Onex Credit Holdings LLC. These three companies, which are referred to as the **Primary Investment Holding Companies**, are the holding companies for the majority of Onex' investments, excluding intercompany loans receivable from Onex and the Asset Managers, as defined below. The Primary Investment Holding Companies were formed in the United States.

**Asset management** refers to the activity of managing capital in Onex' private equity funds, private credit strategies and liquid strategies. This activity is conducted through wholly-owned subsidiaries of Onex, which are the managers of the Onex Partners Funds, ONCAP Funds and Credit strategies. These subsidiaries are referred to as Onex' **Asset Managers** and are consolidated by Onex. The **Credit** platform includes a broad spectrum of private credit, liquid credit and public equity strategies that are managed by the Onex Credit team.

References to an **Onex Partners Group** represent Onex, the limited partners of the relevant Onex Partners Fund, the Onex management team and, where applicable, certain other limited partners as co-investors. References to an **ONCAP Group** represent Onex, the limited partners of the relevant ONCAP Fund, the Onex management team and, where applicable, certain other limited partners as co-investors.

Onex meets the definition of an investment entity, as defined by IFRS 10, *Consolidated financial statements* ("IFRS 10"). As a result, Onex' investments in its subsidiaries that do not provide invest–ment-related services are accounted for as corporate investments at fair value through net earnings (loss).

The Company has also performed an assessment to de-termine which of its subsidiaries are investment entities, as defined under IFRS 10. When performing this assessment, the Company considered the subsidiaries' current business purpose along with the business purpose of the subsidiaries' direct and indirect invest-ments. The Company has concluded that the Primary Investment Holding Companies meet the definition of an investment entity.

Throughout these consolidated financial statements, wholly-owned subsidiaries of Onex that are recognized at fair value are referred to as Investment Holding Companies. Investment Hold-ing Companies include subsidiaries determined to be investment entities under IFRS 10, and all other subsidiaries that do not provide investment-related services and are not investment entities.

The simplified diagram below illustrates the types of subsidiaries included within Onex' corporate structure and the basis on which they are accounted.



(i) Onex Corporation and the consolidated asset management subsidiaries enter into intercompany loans that, in aggregate, have no net effect on Onex' financial position. Intercompany loans payable by Onex and the consolidated subsidiaries to the Investment Holding Companies are recognized as liabilities in the consolidated balance sheets, with the corresponding loans receivable classified as assets within corporate investments in the consolidated balance sheets.

(ii) Onex' investments in the Investment Holding Companies are recorded as corporate investments at fair value through net earnings (loss).

(iii) Onex' investments in private equity and Credit strategies are typically held directly or indirectly through wholly-owned investment holding companies, which are subsidiaries of the Primary Investment Holding Companies.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The following table presents the material unconsolidated subsidiaries, as well as associates and joint ventures of the Investment Holding Companies at December 31, 2024.

| | Headquarters[i] | Onex' Economic Interest | Voting Interest[ii] |
|---|---|---|---|
| **Onex Partners III** | | | |
| BBAM Limited Partnership | United States | 9% | 35%[iii] |
| Meridian Aviation Partners Limited and affiliates | Ireland | 25% | 100% |
| **Onex Partners III and Onex Partners V** | | | |
| Emerald X | United States | 24% | 92% |
| **Onex Partners IV** | | | |
| Advanced Integration Technology LP | United States | 9% | 37%[iii] |
| Parkdean Resorts | United Kingdom | 33% | 100% |
| PowerSchool Group LLC | United States | 8% | 24%[iii] |
| SCP Health | United States | 22% | 66% |
| WireCo WorldGroup | United States | 22% | 69% |
| **Onex Partners V** | | | |
| Acacium Group | United Kingdom | 21% | 79% |
| Accredited | United States | 26% | 98% |
| Analytic Partners, Inc. | United States | 14% | 52% |
| Convex Group Limited | United Kingdom | 13% | 96% |
| Fidelity Building Services Group | United States | 21% | 74% |
| Imagine Learning | United States | 10% | 40%[iii] |
| Newport Healthcare | United States | 23% | 92% |
| Morson Group | United Kingdom | 18% | 64% |
| OneDigital | United States | 11% | 51% |
| Resource Environmental Solutions, LLC | United States | 19% | 71% |
| Tes Global | United Kingdom | 25% | 90% |
| Wealth Enhancement Group | United States | 10% | 35%[iii] |
| WestJet Airlines Ltd. | Canada | 19% | 76% |
| **Onex Partners Opportunities** | | | |
| Farsound | United Kingdom | 20% | 58% |
| Fischbach KG | Germany | 37% | 92% |

(i)   Certain entities were legally formed in a different jurisdiction than where they are headquartered.

(ii)  Onex controls the General Partner and Manager of the Onex Partners Funds and as such, the voting interests in each Onex Partners investment includes voting securities held by the related Onex Partners Fund Group. The voting interests include shares that Onex has the right to vote through contractual arrangements or through multiple voting rights attached to certain shares.

(iii) Onex exerts joint control or significant influence over these investments through its right to appoint members to the boards of directors of these entities.

## MATERIAL ACCOUNTING POLICIES

Several amendments and interpretations of the IFRS Accounting Standards apply for the first time in 2024; however, these items do not have a material impact on the consolidated financial statements of the Company.

### Foreign currency translation

The Company's functional currency is the U.S. dollar, as it is the currency of the primary economic environment in which it operates. Monetary assets and liabilities denominated in foreign currencies are translated into U.S. dollars at the year-end exchange rates. Non-monetary assets and liabilities denominated in foreign currencies are translated at historical exchange rates and revenues and expenses are translated at the exchange rates on the date of the transactions. Exchange gains and losses also arise on the settlement of foreign-currency denominated transactions. These exchange gains and losses are recognized in net earnings.

The functional currency of Onex Credit's Canadian operations is the Canadian dollar and as such, the assets and liabilities of Onex Credit's Canadian operations are translated into U.S. dollars using the year-end exchange rate and its revenues and expenses are translated at the average exchange rates prevailing during the relevant period of the transaction. Gains and losses arising from the translation of these financial results are deferred in the currency translation account included in equity.

### Cash and cash equivalents

Cash and cash equivalents include demand deposits and money market instruments. These investments are carried at cost plus accrued interest, which approximates fair value.

### Treasury investments

Treasury investments include commercial paper, federal debt instruments, corporate obligations, asset-backed securities and structured products. Treasury investments are measured at fair value through net earnings (loss) in accordance with IFRS 9, *Financial instruments* ("IFRS 9").

Purchases and sales of treasury investments are recognized on the settlement date of the transactions.

### Management and advisory fees, recoverable fund expenses and other receivables

Management and advisory fees receivable represent amounts owing to Onex and the Asset Managers from the Onex private equity funds, private credit strategies, Onex Credit pooled funds and certain operating companies of the Onex Partners and ONCAP Funds.

Recoverable fund expenses include amounts owing to the Asset Managers from the Onex private equity funds, private credit strategies and certain operating companies of the Onex private equity funds related to certain deal investigation, research and other expenses incurred by the Asset Managers which are recoverable at cost.

The Company's receivables are recognized initially at fair value and are subsequently measured at amortized cost. The Company recognizes a loss allowance for receivables based on the 12-month expected credit losses for receivables that have not had a significant increase in credit risk since initial recognition. For receivables with a credit risk that has significantly increased since initial recognition, the Company records a loss allowance based on the lifetime expected credit losses. Significant financial difficulties of the counterparty and default in payments are considered indicators that the credit risk associated with a receivable balance may have changed since initial recognition.

### Corporate investments

Corporate investments include Onex' investments in its subsidiaries, primarily consisting of Investment Holding Companies, that meet the investment entity exception to consolidation criteria under IFRS 10. These subsidiaries primarily invest Onex' capital in the Onex Partners Funds, ONCAP Funds and certain private credit strategies. Corporate investments are measured at fair value through net earnings (loss) in accordance with IFRS 9. The fair value of corporate investments includes the fair value of both intercompany loans receivable from and payable to Onex and the Asset Managers. The Onex entities that are entitled to carried interest from the Onex Partners and ONCAP Funds are investment holding companies. As such, Onex' portion of the carried interest earned from Onex' private equity funds is accounted for as a financial asset under IFRS 9 and is included in the fair value of corporate investments. The liability associated with management incentive programs, including the Management Investment Plan (the "MIP") as described in note 26(f), is also included in the fair value of corporate investments.

The Company's corporate investments, excluding intercompany loans, primarily consisted of investments made in the Primary Investment Holding Companies.

### Leases

Leases are recognized as a right-of-use asset with a corresponding lease liability at the date at which the leased asset is available for use, with the exception of leases for low-value assets and leases with a term of 12 months or less, which are recognized on a straight-line basis as an expense. Each lease payment is allocated between the repayment of the lease liability and finance cost. The finance cost is charged to the consolidated statements of comprehensive earnings over the lease period to produce a constant periodic rate of interest on the remaining balance of the lease liability for each period. The right-of-use asset is amortized on a straight-line basis over the shorter of the asset's useful life and the lease term. Right-of-use assets and liabilities arising from a lease are initially measured on a present value basis. Right-of-use assets are included within property and equipment in the consolidated balance sheets.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### Property and equipment

Property and equipment are recorded at cost less accumulated amortization and provisions for impairment, if any. Cost consists of expenditures directly attributable to the acquisition of the asset. Subsequent expenditures for maintenance and repairs are expensed as incurred, while costs related to betterments and improvements that extend the useful lives of property and equipment are capitalized.

Amortization is provided for other property and equipment on a straight-line basis over the estimated useful lives of the assets as follows:

| | |
|---|---|
| Aircraft | 20 years |
| Leasehold improvements | up to the term of the lease |
| Furniture and equipment | up to 10 years |

Residual values, useful lives and methods of amortization are reviewed at each fiscal year end and adjusted prospectively as required.

Property and equipment are reviewed for impairment when events or changes in circumstances suggest that the carrying amount of the asset may not be recoverable. Judgement is required in determining whether events or changes in circumstances are indicators that a review for impairment should be conducted. An impairment loss is recognized when the carrying value of an asset or cash generating unit ("CGU") exceeds the recoverable amount. The recoverable amount of an asset or CGU is the greater of its value in use or its fair value less costs to sell.

Impairment losses for property and equipment are reversed in future periods if the circumstances that led to the impairment no longer exist. The reversal is limited to restoring the carrying amount that would have been determined, net of amortization, had no impairment loss been recognized in prior periods.

### Goodwill and intangible assets

Goodwill and intangible assets are recorded at their fair value at the date of acquisition of the related subsidiary. Goodwill is initially measured as the excess of the aggregate of the consideration transferred, the fair value of any contingent consideration, the amount of any non-controlling interest in the acquired company and, for a business combination achieved in stages, the fair value at the acquisition date of the Company's previously held interest in the acquired company compared to the net fair value of the identifiable assets and liabilities acquired. Goodwill is not amortized and is tested for impairment annually, or more frequently if conditions exist which indicate that goodwill may be impaired. After initial recognition, goodwill is recorded at cost less accumulated impairment losses, if any. Intangible assets that are amortized are reviewed for impairment when events or changes in circumstances suggest that the carrying amount of the asset may not be recoverable. Judgement is required in determining whether events or changes in circumstances during the year are indicators that a review for impairment should be conducted prior to the annual impairment test for goodwill.

Impairment of goodwill is tested at the level where goodwill is monitored for internal management purposes. The determination of CGUs and the level at which goodwill is monitored requires judgement by management. The carrying amount of a CGU or a group of CGUs is compared to its recoverable amount, which is the higher of its value in use or fair value less costs to sell, to determine if an impairment exists. Impairment losses for goodwill are not reversed in future periods. Impairment losses for intangible assets are reversed in future periods if the circumstances that led to the impairment no longer exist. The reversal is limited to restoring the carrying amount that would have been determined, net of amortization, had no impairment loss been recognized in prior periods.

Amortization is provided for intangible assets with a limited life on a straight-line basis over their estimated useful lives as follows:

| | |
|---|---|
| Client relationships and asset management contracts | up to 15 years |

Residual values, useful lives and methods of amortization are reviewed at each fiscal year end and adjusted prospectively as required.

### Intercompany loans with Investment Holding Companies

Intercompany loans payable to the Investment Holding Companies represent financial liabilities that are payable to subsidiaries of Onex, which are recorded at fair value in the consolidated financial statements.

Intercompany loans receivable from the Investment Holding Companies are classified as corporate investments and represent loans receivable from subsidiaries of Onex, which are recorded at fair value in the consolidated financial statements.

Onex has elected to measure these financial instruments at fair value through net earnings (loss) in accordance with IFRS 9.

### Income taxes

Income taxes are recorded using the asset and liability method of income tax allocation. Under this method, assets and liabilities are recorded for the future income tax consequences attributable to differences between the financial statement carrying values of assets and liabilities and their respective income tax bases, and on tax loss and tax credit carryforwards. Deferred tax assets are recognized only to the extent that it is probable that taxable profit will be available against which the deductible temporary differences, as well as tax loss and tax credit carryforwards, can be utilized. These deferred income tax assets and liabilities are recorded using substantively enacted income tax rates. The effect of a change in income tax rates on these deferred income tax assets or liabilities is included in net earnings (loss) in the period in which the rate change occurs. Certain of these differences are estimated based on current tax legislation and the Company's interpretation thereof.

Income tax expense or recovery is based on the income earned or loss incurred in each tax jurisdiction and the enacted or substantively enacted tax rate applicable to that income or loss. Tax expense or recovery is recognized in the consolidated statements of comprehensive earnings, except to the extent that it relates to items recognized directly in equity, in which case the tax effect is also recognized in equity.

Deferred tax liabilities for taxable temporary differences associated with investments in subsidiaries are recognized, except when the Company is able to control the timing of the reversal of temporary differences and it is probable that the temporary differences will not reverse in the foreseeable future.

In the ordinary course of business, there are transactions for which the ultimate tax outcome is uncertain. The final tax outcome of these matters may be different from the judgements and estimates originally made by the Company in determining its income tax provisions. The Company periodically evaluates the positions taken with respect to situations in which applicable tax rules and regulations are subject to interpretation. Provisions related to tax uncertainties are established where appropriate based on the most likely amount or expected value that will ultimately be paid to or received from tax authorities. Accrued interest and penalties relating to tax uncertainties are recorded in current income tax expense in accordance with IAS 12, *Income Taxes.*

Note 15 provides further details on income taxes.

### Revenue recognition

Revenues from management fees, advisory fees, performance fees, carried interest from Credit Funds and the reimbursement of expenses from investment funds and the private equity operating businesses are recognized using the following five-step model in accordance with IFRS 15, *Revenue from contracts with customers* ("IFRS 15"): 1) identify the contract or contracts with the client; 2) identify the separate performance obligations in the contract; 3) determine the transaction price; 4) allocate the transaction price to separate performance obligations; and 5) recognize revenue when or as each performance obligation is satisfied, collection of consideration is probable and control of the good or service has been transferred.

The transaction price represents the amount of consideration that the Company expects to be entitled to and may include variable components such as performance fees and carried interest from the Credit Funds. Management estimates the amount of variable consideration to be included in the transaction price to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is subsequently resolved. This estimate is updated at each reporting date until the uncertainty is resolved.

The Company transfers the benefit of its services to clients and limited partners as it performs asset management services, and therefore satisfies its performance obligations over time.

A receivable is recognized when the transfer of control for services to a client occurs prior to the client paying consideration and the right to the consideration is unconditional. A contract liability is recognized when the client's payment of consideration precedes the completion of a performance obligation.

Revenue recognition requires management to make certain judgements and estimates, including the identification of performance obligations, the allocation and amount of the transaction price, and the collectability of cash consideration.

The significant revenue recognition streams of the Company are as follows:

### Management and advisory fees

Onex earns management fees for managing investor capital through its private equity funds, private credit strategies and public strategies. Onex also earns advisory fees for services provided directly to certain underlying operating businesses of the Onex Partners and ONCAP Funds. Asset management services are provided over time, and the amounts earned are generally calculated based on a percentage of limited partners' committed capital, limited partners' net funded commitments, unfunded commitments, the collateral principal balance, invested capital, gross invested assets, net asset value or assets under management of the respective strategies. Revenues earned from management and advisory fees are recognized over time as services are provided.

### Performance fees

Performance fees are recognized as revenue to the extent the fees are highly probable to not reverse, which is typically at the end of each performance period, or transfer of assets to a different investment model.

Performance fees associated with the management of liquid strategies by Onex Credit are determined by applying an agreed-upon formula to the growth in the net asset value of clients' assets under management. Performance fees range between 12.5% and 20% and may be subject to performance hurdles.

### Carried interest – Credit strategies

The General Partners of the Credit strategies are entitled to a carried interest of up to 20% on the realized net gains from limited partners in certain private credit strategies, subject to a hurdle or minimum preferred return to investors. Onex receives 40% of the realized carried interest, while the Onex Credit management team is allocated the remaining 60%.

The Onex entities that are entitled to carried interest from the Credit strategies are consolidated subsidiaries. As such, carried interest earned by Onex from the Credit strategies is considered revenue under IFRS 15, which is recognized to the extent it is highly probable it will not reverse, which typically occurs when the investments held by a given fund are substantially realized, toward the end of the fund's life. In Onex' segmented results, unrealized carried interest from third-party limited partners in the Credit strategies is recognized based on the fair values of the underlying investments and the unrealized net gain (loss) in each respective fund, as described in note 29.

### Reimbursement of expenses from investment funds and operating businesses

Certain deal investigation, research and other expenses incurred by the Asset Managers are recoverable at cost from the Onex private equity funds, private credit strategies and certain operating businesses of the Onex Partners and ONCAP Funds. These expense reimbursements are recognized as revenue in accordance with IFRS 15 and are excluded from Onex' segmented results, as described in note 29.

### Stock-based compensation

The Company follows the fair value method of accounting for all stock-based compensation plans, which include the following:

a) The Company's Stock Option Plan provides that in certain situations the Company has the right, but not the obligation, to settle any exercisable option under the plan by the payment of cash to the option holder. The Company has recorded a liability for the potential future settlement of the vested options at the balance sheet date by reference to the fair value of the liability. The liability is adjusted each reporting period for changes in the fair value of the options, with the corresponding amount reflected in the consolidated statements of comprehensive earnings.

b) The Company's Director Deferred Share Unit ("DSU") Plan entitles the holder to receive, upon redemption, a cash payment equivalent to the market value of an Onex Subordinate Voting Share ("SVS") at the redemption date. The Director DSU Plan enables Onex directors to apply directors' fees earned to acquire DSUs based on the market value of Onex shares at the time. Grants of DSUs may also be made to Onex directors from time to time. The DSUs vest immediately, are redeemable only when the holder retires from the Onex Board of Directors and must be redeemed within one year following the year of retirement. Additional units are issued for any cash dividends paid on the SVS. The Company has recorded a liability for the future settlement of the DSUs by reference to the value of the underlying SVS at the balance sheet date. On a quarterly basis, the liability is adjusted for the change in the market value of the underlying shares, with the corresponding amount reflected in the consolidated statements of comprehensive earnings. To economically hedge a portion of the Company's exposure to changes in the market value of Onex' SVS, the Company enters into forward agreements with counterparty financial institutions. The change in value of the forward agreements is recorded to partially offset the amounts recorded as stock-based compensation under the Director DSU Plan. Director DSUs are redeemable only for cash and no shares or other securities of Onex will be issued on the exercise, redemption or other settlement thereof.

c) The Company's Management DSU Plan enabled the Onex management team to apply all or a portion of their annual compensation earned to acquire DSUs based on the market value of Onex shares at the time in lieu of cash. Holders of DSUs are entitled to receive for each DSU, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the redemption date. The DSUs vest immediately, are only redeemable once the holder ceases to be an officer or employee of the Company or an affiliate, and must be redeemed by the end of the year following the year the holder ceases to be an officer or employee of the Company or an affiliate. Additional units are issued for any cash dividends paid on the SVS. The Company has recorded a liability for the future settlement of the DSUs by reference to the value of the underlying SVS at the balance sheet date. On a quarterly basis, the liability is adjusted for the change in the market value of the underlying shares, with the corresponding amount reflected in the consolidated statements of comprehensive earnings. To economically hedge the Company's exposure to changes in the market value of Onex' SVS, the Company enters into forward agreements with counterparty financial institutions for all grants under the Management DSU Plan. The change in value of the forward agreements is recorded to offset the amounts recorded as stock-based compensation under the Management DSU Plan. The administrative costs of those arrangements are borne by participants in the plan. Management DSUs are redeemable only for cash and no shares or other securities of Onex will be issued on the exercise, redemption or other settlement thereof.

d) The Company's Performance Share Unit ("PSU") Plan was established for certain senior executives of Onex, which entitles the holder to receive, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the vesting date. Units issued under the PSU Plan generally vest after three years and payments for redeemed units are conditional on certain performance targets being met with respect to the market performance of Onex' SVS or the achievement of other financial targets. Additional units are issued for any cash dividends paid on the SVS. Vested PSUs are settled within 31 days of the vesting date. PSUs are settled only for cash and no shares or other securities of Onex will be issued on the settlement of PSUs. The Company has recorded a liability for the potential future settlement of the vested PSUs at the balance sheet date by reference to the fair value of the liability. On a quarterly basis, the liability is adjusted each reporting period for changes in the fair value of the units, with the corresponding amount reflected in the consolidated statements of comprehensive earnings. To economically hedge a portion of the Company's exposure to changes in the market value of Onex' SVS, the Company enters into forward agreements with a counterparty financial institution. The change in value of the forward agreements is recorded to offset the amounts recorded as stock-based compensation under the PSU Plan.

e) The Company's Restricted Share Unit ("RSU") Plan entitles the holder to receive, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the vesting date. Units issued under the RSU Plan generally vest over a three-year period. Additional units are issued for any cash dividends paid on the SVS. Vested RSUs are settled within 31 days of the vesting date. RSUs are settled only for cash and no shares or other securities of Onex will be issued on the settlement of RSUs. The Company has recorded a liability for the future settlement of the vested RSUs by reference to the value of the underlying SVS at the balance sheet date. On a quarterly basis, the liability is adjusted for the change in the market value of the underlying shares, with the corresponding amount reflected in the consolidated statements of comprehensive earnings. To economically hedge the Company's exposure to changes in the market value of Onex' SVS, the Company enters into forward agreements with a counterparty financial institution. The change in value of the forward agreements is recorded to offset the amounts recorded as stock-based compensation under the RSU Plan.

## Financial assets and financial liabilities

Financial assets and financial liabilities are initially recognized at fair value and are subsequently accounted for based on their classification, as described below. Transaction costs in respect of an asset or liability not recorded at fair value through net earnings (loss) are added to the initial carrying amount. Gains and losses on financial instruments recognized through net earnings (loss) are primarily recognized in net gain on corporate investments and interest and net treasury investment income in the consolidated statements of comprehensive earnings. The classification of financial assets depends on the business model for managing the financial assets and the contractual terms of the cash flows. The classification of financial liabilities depends on the purpose for which the financial liabilities were incurred and their characteristics. Except in very limited circumstances, the classification of financial assets and financial liabilities is not changed after initial recognition.

### a) Financial assets – amortized cost

Financial assets with the following characteristics are accounted for at amortized cost using the effective interest rate method:

- The financial asset is held within a business model whose objective is achieved by collecting contractual cash flows; and
- The contractual terms of the financial asset give rise on specified dates to cash flows that are solely payments of principal and interest.

The Company recognizes loss allowances for financial assets accounted for at amortized cost based on the financial assets' expected credit losses, which are assessed on a forward-looking basis.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### b) Financial assets – fair value through net earnings (loss)

Financial assets that do not meet the criteria for amortized cost or fair value through other comprehensive income are measured at fair value through net earnings (loss). Financial assets may also be designated as fair value through net earnings (loss) on initial recognition if doing so eliminates or significantly reduces a measurement or recognition inconsistency. Intercompany loans receivable from Investment Holding Companies, which are presented within Corporate Investments, are designated as fair value through net earnings (loss).

### c) Financial liabilities measured at fair value through net earnings (loss)

Financial liabilities may be designated as fair value through net earnings (loss) on initial recognition if doing so eliminates or significantly reduces a measurement or recognition inconsistency, or the group of financial liabilities is managed, and its performance is evaluated, on a fair value basis. Intercompany loans payable to Investment Holding Companies are designated as fair value through net earnings (loss).

### d) Financial liabilities measured at amortized cost

Financial liabilities not classified as fair value through net earnings (loss) are accounted for at amortized cost using the effective interest rate method.

### e) Interest income

Interest income recognized by the Company primarily relates to interest earned from investments recognized at fair value through net earnings (loss).

### Derecognition of financial instruments

A financial asset is derecognized if substantially all the risks and rewards of ownership and, in certain circumstances, control of the financial asset are transferred. A financial liability is derecognized when it is extinguished, with any gain or loss on extinguishment recognized in other expense in the consolidated statements of comprehensive earnings.

### Earnings per share

Basic earnings per share is based on the weighted average number of SVS outstanding during the year. Diluted earnings per share is calculated using the treasury stock method, which includes the impact of converting certain limited partnership units of an Onex subsidiary into 144,579 Onex SVS, and excludes the impact of converting outstanding stock options into Onex SVS, given Onex accounts for the liability associated with outstanding stock options issued under its Stock Option Plan as a liability at fair value through net earnings (loss).

### Dividend distributions

Dividend distributions to the shareholders of Onex Corporation are recognized as a liability in the consolidated balance sheets in the periods in which the dividends are declared and authorized by the Board of Directors.

### Use of judgements and estimates

The preparation of financial statements in conformity with IFRS Accounting Standards requires management to make judgements, estimates and assumptions that affect the reported amounts of assets, liabilities and equity, the related disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenue, expenses and gains (losses) on financial instruments during the reporting period. Actual results could differ materially from these estimates and assumptions. Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimate is revised if the revision affects only that period, or in the period of the revision and future periods if the revision affects both current and future periods.

Areas that involve critical judgements, assumptions and estimates and that have a significant influence on the amounts recognized in the consolidated financial statements are further described as follows:

### Investment entity status

Judgement is required when determining whether Onex, the parent company, meets the definition of an investment entity, which IFRS 10 defines as an entity that: (i) obtains funds from one or more investors for the purpose of providing those investors with investment management services; (ii) commits to its investors that its business purpose is to invest funds solely for returns from capital appreciation, investment income or both; and (iii) measures and evaluates the performance of substantially all its investments on a fair value basis. When determining whether Onex meets the definition of an investment entity under IFRS 10, Onex management applied significant judgement when assessing whether the Company measures and evaluates the performance of substantially all its investments on a fair value basis.

Onex conducts its business primarily through controlled subsidiaries, which consist of entities providing asset management services, investment holding companies and General Partners of private equity funds, credit funds and limited partnerships. Certain of these subsidiaries were formed for legal, regulatory or similar reasons by Onex and share a common business purpose. The assessment of whether Onex, the parent company, meets the definition of an investment entity was performed on an aggregate basis with these subsidiaries.

*Corporate investments*

The measurement of corporate investments is significantly impacted by the fair values of the investments held by the Onex Partners Funds, ONCAP Funds, private equity investments held directly by Onex and investments in private credit strategies. The fair value of corporate investments is assessed at each reporting date with changes in fair value recognized through net earnings (loss).

The valuation of the underlying non-public investments requires significant judgement due to the absence of quoted market values, the inherent lack of liquidity, the long-term nature of such investments and heightened market uncertainty as a result of global inflationary pressures, changes in interest rates and heightened geopolitical risks. Valuation methodologies include discounted cash flows and observations of the valuation multiples implied by precedent transactions or trading multiples of public companies considered comparable to the private companies being valued. Key assumptions made in the valuations include unlevered free cash flows, including the timing of earnings projections and the expected long-term revenue growth, the weighted average costs of capital, the exit multiples, adjusted earnings before interest, taxes, depreciation and amortization ("adjusted EBITDA") and adjusted EBITDA multiples. The valuations take into consideration company-specific items, the lack of liquidity inherent in a non-public investment and the fact that precedent transactions and comparable public companies are not identical to the companies being valued. Such considerations are necessary since, in the absence of a committed buyer and completion of due diligence procedures, there may be company-specific items which are not fully known that may affect the fair value. A variety of additional factors are reviewed, including, but not limited to, financing and sales transactions with third parties, current operating performance and future expectations of the particular investment, changes in market outlook and the third-party financing environment. In determining changes to the fair value of the underlying private equity investments, emphasis is placed on current company performance and market conditions.

For publicly traded investments, the valuation is based on closing market prices less adjustments, if any, for regulatory sale restrictions.

The fair value of underlying investments in private credit strategies that are not quoted in an active market may be determined by using reputable pricing sources (such as pricing agencies) or indicative prices from bond/debt market makers (such as broker quotes). Broker quotes obtained from the pricing sources may be indicative and not executable or binding. Judgement and estimates are used to determine the quantity and quality of the pricing sources used. Where limited or no market data is available, positions may be valued using third-party valuation services and/or internally developed pricing models that include the use of third-party pricing information, and are usually based on valuation methods and techniques generally recognized as standard within the industry. Internally developed models use observable data to the extent practicable. However, areas such as credit risk (both own and counterparty), volatilities and correlations may require estimates to be made. Changes in assumptions about these factors could affect the reported fair value of the underlying investments in private credit strategies.

Liabilities associated with management incentive programs related to the performance of Onex' private equity investments are included in the fair value of corporate investments and are determined using an internally developed valuation model. The critical assumptions and estimates used in the valuation model include the fair value of the underlying investments, the time to expected exit from each investment, a risk-free rate of return and an industry-comparable historical volatility for each investment. The fair value of the underlying investments includes the same critical assumptions and estimates previously described.

Corporate investments are measured with significant unobservable inputs (Level 3 of the fair value hierarchy), which are further described in note 23.

The changes in fair value of corporate investments are further described in note 5.

The Company assessed whether its underlying subsidiaries met the definition of an investment entity, as defined under IFRS 10. In certain circumstances, this assessment was performed together with other entities that were formed in connection with each other for legal, regulatory or similar reasons. Similarly, where a subsidiary's current business purpose is to facilitate a common purpose with a group of entities, the assessment of whether those subsidiaries met the definition of an investment entity was performed on an aggregated basis.

Certain subsidiaries were formed for various business purposes that, in certain circumstances, have evolved since their formation. When the Company assessed whether these subsidiaries met the definition of an investment entity, as defined under IFRS 10, professional judgement was exercised to determine the primary business purpose of these subsidiaries and the measurement basis, which were significant factors in determining their investment entity status.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### Goodwill impairment tests and recoverability of assets

The Company tests at least annually whether goodwill has suffered any impairment, in accordance with its accounting policies. The determination of the recoverable amount of a CGU to which goodwill is allocated involves the use of estimates by management. The Company generally uses a discounted cash flow-based model to determine this value. The discounted cash flow calculation typically uses a five-year projection that is based on the operating plans approved by management. Cash flow projections take into account past experience and represent management's best estimate of future developments. Cash flows after the planning period are extrapolated using estimated growth rates. Key assumptions on which management has based its determination of fair value less costs to sell and value in use include estimated growth rates, weighted average cost of capital and tax rates. These estimates, including the methodology used, can have a material impact on the respective values and ultimately the amount of any goodwill impairment. Likewise, whenever property, equipment and other intangible assets are tested for impairment, the determination of the assets' recoverable amount involves the use of estimates by management and can have a material impact on the respective values and ultimately the amount of any impairment.

The Company also exercised significant judgement when testing assets for impairment and estimating the restructuring provision in connection with the transition and wind-down of Gluskin Sheff's wealth management and wealth planning operations, as described in note 9.

### Income and other taxes

The Company operates and earns income in various countries and is subject to changing tax laws or application of tax laws in multiple jurisdictions within these countries. Significant judgement is necessary in determining worldwide income and other tax liabilities. Although management believes that it has made reasonable estimates concerning the final outcome of tax uncertainties, no assurance can be given that the outcome of these tax matters will be consistent with what is reflected in historical income tax provisions. Such differences could have an effect on income and other tax liabilities and deferred tax liabilities in the period in which such determinations are made. At each balance sheet date, the Company assesses whether the realization of future tax benefits is sufficiently probable to recognize deferred tax assets. This assessment requires the exercise of judgement on the part of management with respect to, among other things, benefits that could be realized from available tax strategies and future taxable income, as well as other positive and negative factors. The recorded amount of total deferred tax assets could be reduced if estimates of projected future taxable income and benefits from available tax strategies are lowered, or if changes in current tax regulations are enacted that impose restrictions on the timing or extent of the Company's ability to utilize future tax benefits.

The Company uses significant judgement when determining whether to recognize deferred tax liabilities with respect to taxable temporary differences associated with corporate investments, in particular whether the Company is able to control the timing of the reversal of the temporary differences and whether it is probable that the temporary differences will not reverse in the foreseeable future. Judgement includes consideration of the Company's future cash requirements in its numerous tax jurisdictions.

### Legal provisions and contingencies

The Company, in the normal course of operations, can become involved in various legal proceedings. While the Company cannot predict the final outcome of such legal proceedings, the outcome of these matters may have a material effect on Onex' consolidated financial position, results of operations or cash flows. Management regularly analyzes current information about such matters and provides provisions for probable contingent losses, including an estimate of legal expenses to resolve the matters. Internal and external counsel are used for these assessments. In making the decision regarding the need for provisions, management considers the degree of probability of an unfavourable outcome and the ability to make a sufficiently reliable estimate of the amount of loss. The filing of a suit or formal assertion of a claim or the disclosure of any such suit or assertion does not automatically indicate that a provision may be appropriate.

## Recently Issued Accounting Pronouncements

### Standards, amendments and interpretations not yet adopted or effective

#### IFRS 18 – Presentation and Disclosure in Financial Statements

In April 2024, the International Accounting Standards Board issued IFRS 18, *Presentation and Disclosure in Financial Statements* ("IFRS 18"), which replaces IAS 1, *Presentation of Financial Statements*. This standard introduces a new requirement to classify income and expenses within the statement of comprehensive earnings into one of the following categories: operating, investing, financing, income taxes and discontinued operations. IFRS 18 also requires the disclosure of management-defined performance measures. IFRS 18 will apply retrospectively and is effective for annual periods beginning on or after January 1, 2027, with earlier application permitted. The Company is currently evaluating the impact of adopting IFRS 18 on its consolidated financial statements.

## 2. CASH AND CASH EQUIVALENTS

Cash and cash equivalents comprised the following:

| | December 31, 2024 | December 31, 2023 |
|---|---|---|
| Cash and demand deposits held at financial institutions | $  606 | $  163 |
| Money market funds | 323 | 102 |
| Total cash and cash equivalents | $  929 | $  265 |

## 3. TREASURY INVESTMENTS

At December 31, 2024, treasury investments comprised the following (December 31, 2023 – nil):

| | December 31, 2024 |
|---|---|
| Federal debt instruments | $  42 |
| Commercial paper and corporate obligations | 37 |
| Other | 4 |
| Total treasury investments | $  83 |

## 4. MANAGEMENT AND ADVISORY FEES, RECOVERABLE FUND EXPENSES AND OTHER RECEIVABLES

The Company's receivables comprised the following:

| | December 31, 2024 | December 31, 2023 |
|---|---|---|
| Management and advisory fees | $  339 | $  422 |
| Recoverable fund and operating businesses' expenses | 176 | 229 |
| Performance fees | 6 | 11 |
| Other | 18 | 21 |
| Total | $  539 | $  683 |

Receivables primarily consisted of management fees and recoverable expenses receivable of $457 from the Onex private equity funds (December 31, 2023 – $577) and $7 from the Credit Funds (December 31, 2023 – $38), which Onex elected to defer cash receipt from. The majority of receivables outstanding at December 31, 2024 consisted of management fees and recoverable expenses receivable from the Onex Partners V Fund (December 31, 2023 – Onex Partners IV and V Funds). The decline in receivables from December 31, 2023 was primarily driven by the cash receipt of management fees and recoverable expenses from the Onex Partners IV Fund.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 5. CORPORATE INVESTMENTS

The Company's interests in its Investment Holding Companies are recorded at fair value through net earnings (loss) in accordance with IFRS 9 and IFRS 10, as described in note 1. The Investment Holding Companies directly or indirectly invest the Company's capital in the Onex Partners Funds, ONCAP Funds, private credit strategies and other investments. The Company's corporate investments comprised the following:

| | December 31, 2023[i] | Capital Deployed | Realizations and Distributions | Change in Fair Value | December 31, 2024 |
|---|---|---|---|---|---|
| Onex Partners Funds | $ 4,445 | $ 283 | $ (752) | $ 96 | $ 4,072 |
| ONCAP Funds | 929 | 145 | (309) | 30 | 795 |
| Other private equity | 407 | 74 | (26) | 132 | 587 |
| Carried interest | 252 | n/a | (15) | 27 | 264 |
| Total private equity investments[a] | 6,033 | 502 | (1,102) | 285 | 5,718 |
| Private Credit Strategies[b] | 904 | 922 | (978) | 76 | 924 |
| Real estate[c] | 18 | – | (15) | (3) | – |
| Other net assets[d] | 692 | (2,227) | 1,733 | 24 | 222 |
| Total corporate investments, excluding intercompany loans | 7,647 | (803) | (362) | 382 | 6,864 |
| Intercompany loans receivable from Onex and the Asset Managers[e] | 3,874 | 1,281 | (3) | 3 | 5,155 |
| Intercompany loans payable to Onex and the Asset Managers[f] | (374) | (119) | 7 | (1) | (487) |
| Intercompany loans receivable from Investment Holding Companies[f] | 374 | 119 | (7) | 1 | 487 |
| Total corporate investments | $ 11,521 | $ 478 | $ (365) | $ 385 | $ 12,019 |

(i) Onex' interest in junior capital is included in other net assets. Onex' junior capital investments were previously included within Private Credit Strategies.

| | December 31, 2022 | Capital Deployed | Realizations and Distributions | Change in Fair Value[i] | December 31, 2023[i] |
|---|---|---|---|---|---|
| Onex Partners Funds | $ 4,228 | $ 54 | $ (191) | $ 354 | $ 4,445 |
| ONCAP Funds | 718 | 261 | (160) | 110 | 929 |
| Other private equity | 853 | 38 | (640) | 156 | 407 |
| Carried interest | 265 | n/a | (12) | (1) | 252 |
| Total private equity investments[a] | 6,064 | 353 | (1,003) | 619 | 6,033 |
| Private Credit Strategies[b] | 701 | 495 | (455) | 163 | 904 |
| Real estate[c] | 34 | – | (15) | (1) | 18 |
| Other net assets[d] | 588 | (977) | 1,062 | 19 | 692 |
| Total corporate investments, excluding intercompany loans | 7,387 | (129) | (411) | 800 | 7,647 |
| Intercompany loans receivable from Onex and the Asset Managers[e] | 3,488 | 518 | (132) | – | 3,874 |
| Intercompany loans payable to Onex and the Asset Managers[f] | (398) | (11) | 35 | – | (374) |
| Intercompany loans receivable from Investment Holding Companies[f] | 398 | 11 | (35) | – | 374 |
| Total corporate investments | $ 10,875 | $ 389 | $ (543) | $ 800 | $ 11,521 |

(i) Onex' interest in junior capital is included in other net assets. Onex' junior capital investments were previously included within Private Credit Strategies.

### a) Private equity investments

The Company's private equity investments comprised the following:

| | December 31, 2023 | Capital Deployed | Realizations and Distributions | Change in Fair Value | December 31, 2024 |
|---|---|---|---|---|---|
| **Onex Partners Funds** | | | | | |
| Onex Partners I | $ 1 | $ – | $ – | $ – | $ 1 |
| Onex Partners II | 4 | – | – | 2 | 6 |
| Onex Partners III | 342 | – | (114) | 11 | 239 |
| Onex Partners IV | 1,409 | – | (527) | (151) | 731 |
| Onex Partners V | 2,894 | 140 | (111) | 245 | 3,168 |
| Onex Partners Opportunities | – | 143 | – | (5) | 138 |
| Management incentive programs | (205) | n/a | – | (6) | (211) |
| **Total investment in Onex Partners Funds[i]** | 4,445 | 283 | (752) | 96 | 4,072 |
| | | | | | |
| **ONCAP Funds** | | | | | |
| ONCAP II | 102 | – | (139) | 41 | 4 |
| ONCAP III | 42 | 12 | (8) | (11) | 35 |
| ONCAP IV | 686 | 17 | (141) | (24) | 538 |
| ONCAP V | 184 | 18 | (47) | 30 | 185 |
| ONCAP SPV | – | 98 | – | – | 98 |
| Management incentive programs | (85) | n/a | 26 | (6) | (65) |
| **Total investment in ONCAP Funds[ii]** | 929 | 145 | (309) | 30 | 795 |
| | | | | | |
| **Other private equity investments[iii]** | 407 | 74 | (26) | 132 | 587 |
| **Carried interest[iv]** | 252 | n/a | (15) | 27 | 264 |
| **Total private equity investments** | $ 6,033 | $ 502 | $ (1,102) | $ 285 | $ 5,718 |

| | December 31, 2022 | Capital Deployed | Realizations and Distributions | Change in Fair Value | December 31, 2023 |
|---|---|---|---|---|---|
| **Onex Partners Funds** | | | | | |
| Onex Partners I | $ 1 | $ – | $ – | $ – | $ 1 |
| Onex Partners II | 5 | – | – | (1) | 4 |
| Onex Partners III | 304 | – | (5) | 43 | 342 |
| Onex Partners IV | 1,585 | 54 | (161) | (69) | 1,409 |
| Onex Partners V | 2,521 | – | (40) | 413 | 2,894 |
| Management incentive programs | (188) | n/a | 15 | (32) | (205) |
| **Total investment in Onex Partners Funds[i]** | 4,228 | 54 | (191) | 354 | 4,445 |
| | | | | | |
| **ONCAP Funds** | | | | | |
| ONCAP II | 118 | – | (30) | 14 | 102 |
| ONCAP III | 64 | – | (50) | 28 | 42 |
| ONCAP IV | 616 | 83 | (101) | 88 | 686 |
| ONCAP V | – | 178 | (3) | 9 | 184 |
| Management incentive programs | (80) | n/a | 24 | (29) | (85) |
| **Total investment in ONCAP Funds[ii]** | 718 | 261 | (160) | 110 | 929 |
| | | | | | |
| **Other private equity investments[iii]** | 853 | 38 | (640) | 156 | 407 |
| **Carried interest[iv]** | 265 | n/a | (12) | (1) | 252 |
| **Total private equity investments** | $ 6,064 | $ 353 | $ (1,003) | $ 619 | $ 6,033 |

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### i) Onex Partners Funds

The Onex Partners Funds typically make controlling equity investments in operating companies headquartered, organized, domiciled or whose principal executive offices are in North America or Europe. Onex Partners V has not invested more than 20% of aggregate commitments in any single operating company and its affiliates. Onex Partners Opportunities will not invest more than 25% of aggregate commitments in any single operating company and its affiliates, based on the aggregate commitments of the investments. Certain Onex Partners Funds also have limits on the amount of aggregate commitments that can be invested in operating companies whose headquarters or principal executive offices are located outside North America.

At December 31, 2024, the Onex Partners Funds had investments in 24 operating businesses (December 31, 2023 – 21) in various industry sectors and countries, of which two were publicly traded companies (December 31, 2023 – three). The fair value of Onex' investments in the Onex Partners publicly traded companies at December 31, 2024 was $323 (December 31, 2023 – $969). The decrease of $646 million was primarily driven by the partial realization of PowerSchool Group ("PowerSchool") and the company becoming a private entity, as described below.

Onex' investments in the Onex Partners Funds include co-investments, where applicable.

### Onex Partners III – 2024

In August 2024, Onex received $25 of proceeds in connection with a distribution made by Sedgwick Claims Management Services ("Sedgwick") to the Onex Partners III Group. In October and December 2024, Onex received $61 and $10, respectively, in connection with the Onex Partners III Group's partial sales of its investment in Sedgwick.

### Onex Partners IV – 2024

In August 2024, the Onex Partners IV Group completed the sale of its investment in ASM Global. Onex' share of the net proceeds from this sale was $278, including $5 of estimated proceeds that remain held in escrow.

In October 2024, the Onex Partners IV Group sold approximately 34.3 million common shares of PowerSchool, approximately half of the Group's interest in the company, in connection with a transaction that resulted in PowerSchool becoming a private entity. Onex' share of the net proceeds from this transaction was $254.

### Onex Partners V – 2024

During the six months ended June 30, 2024, Onex invested $47 as part of the Onex Partners V Group's investment in Morson Group, a leading engineering and technical staffing and workforce solutions business based in the United Kingdom.

In June 2024, Onex invested $97 as part of the Onex Partners V Group's investment in Accredited, a specialty insurance company operating in North America and Europe that provides underwriting capacity to Managing General Agents with support from the global reinsurance market. During the three months ended September 30, 2024, the Onex Partners V Group syndicated a portion of its investment in Accredited to a third-party co-investor. As a result of this transaction, Onex' investment in Accredited was reduced to $93.

In 2024, Onex received $43 in connection with distributions paid by WestJet to the Onex Partners V Group.

In July and November 2024, Onex received $15 and $17, respectively, in connection with distributions paid by Tes Global ("Tes") to the Onex Partners V Group.

In September 2024, Onex received $18 in connection with a distribution paid by Fidelity Building Services Group to the Onex Partners V Group.

### Onex Partners Opportunities – 2024

In October 2024, the Onex Partners Opportunities Group acquired Fischbach KG ("Fischbach"), a leading provider of cartridge packaging solutions for sealants and adhesives used in building repair, renovation and construction, aftermarket automotive, marine weather and water-sealing applications and aerospace bonding applications. In November, the Onex Partners Opportunities Group syndicated a portion of its investment in Fischbach to third-party co-investors. Onex' share of the investment in Fischbach, after its initial investment and syndication, was $73. Onex' share of the investment in Fischbach was further reduced by $10 in February 2025 following the final close of the Onex Partners Opportunities Fund and the syndication of a co-investment, as described in note 28.

In December 2024, the Onex Partners Opportunities Group acquired Farsound, a leading global supply chain solutions provider for the aerospace engine maintenance, repair and overhaul market. Onex' share of the investment in Farsound was $70. Onex' share of the investment in Farsound was reduced by $6 in February 2025 following the final close of the Onex Partners Opportunities Fund, as described in note 28.

#### Onex Partners IV – 2023

In March 2023, the Onex Partners IV Group sold approximately 4.3 million common shares of PowerSchool at a price of $21.00 per share. Onex' share of the net proceeds was $28. At December 31, 2023, Onex held approximately 23.1 million common shares of PowerSchool through Onex Partners IV.

In August 2023, the Onex Partners IV Group sold its investment in Ryan, LLC ("Ryan") to a single-asset continuation fund managed by Onex. Onex' share of the net proceeds from this transaction was $118, net of payments under the management incentive programs. Net proceeds of current Onex Partners management were reinvested into the continuation fund. Onex no longer has an ownership interest in Ryan following the sale to the continuation fund. Onex will manage the continuation fund, which has an initial term of five years, in exchange for recurring management fees and a carried interest opportunity.

In December 2023, Onex invested $54 as part of the Onex Partners IV Group's add-on investment in Parkdean Resorts.

#### ii) ONCAP Funds

The ONCAP Funds typically make controlling equity investments in operating companies organized, headquartered, having principal executive offices or significantly operating in, or deriving significant revenue from, the United States or Canada. ONCAP V will not invest more than 20% of aggregate commitments in any single operating company and its affiliates.

At December 31, 2024, the ONCAP Funds had investments in 15 operating businesses (December 31, 2023 – 17). Onex' investments in the ONCAP Funds include co-investments, where applicable.

#### ONCAP II and III – 2024

In July 2024, the ONCAP II Group completed the sale of Englobe. Onex' share of the net proceeds received from the sale was $99, including carried interest and net of payments under management incentive programs. Net proceeds include $2 that remains held in escrow.

In August 2024, Onex received $28 in connection with a distribution made by PURE Canadian Gaming to the ONCAP II and III Groups, including carried interest and net of payments under management incentive programs. In December 2024, the ONCAP II and III Groups completed the sale of PURE Canadian Gaming. Onex' share of the net proceeds received from the sale was $13, including carried interest and net of payments under management incentive programs. Net proceeds include $3 held in escrow.

#### ONCAP IV – 2024

In March 2024, Onex transferred a portion of its interest in ONCAP IV to a special purpose vehicle ("SPV") in exchange for a limited partnership interest in the SPV. The ONCAP IV interest transferred to the SPV had a fair value of $93, which was gross of amounts owing under management incentive programs. A third-party investor has made a $100 commitment to ONCAP V through the SPV in exchange for a preferred return from the SPV.

In June 2024, the ONCAP IV Group sold its investment in Wyse Meter Solutions ("Wyse") to a single-asset continuation fund managed by ONCAP. Onex' share of the proceeds from this transaction was $45, including carried interest and net of payments under the management incentive programs. Onex reinvested $8 of proceeds into the continuation fund and net proceeds of current ONCAP management were also reinvested into the continuation fund. ONCAP will manage the continuation fund, which has an initial term of five years, in exchange for recurring management fees and a carried interest opportunity.

#### ONCAP V – 2024

In January 2024, Onex received $21 following the syndication of the co-investment in Biomerics. Onex' share of the investment in Biomerics will be reduced as additional capital is raised by ONCAP V.

During 2024, Onex invested $17 as part of the ONCAP V Group's investment in Rebox, a leading distributor of once-used corrugated boxes in North America. Onex' share of the investment in Rebox will be reduced as additional capital is raised by ONCAP V.

#### ONCAP II and ONCAP III – 2023

In January 2023, Onex received $29 of proceeds in connection with a distribution made by PURE Canadian Gaming to the ONCAP II and ONCAP III Groups, including carried interest and net of payments under management incentive programs.

In November 2023, the ONCAP III Group sold its investment in Hopkins Manufacturing Corporation ("Hopkins"). Onex' share of the net proceeds from this sale was $41, including estimated proceeds from amounts held in escrow, carried interest and net of payments under the management incentive programs.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

ONCAP IV and ONCAP V – 2023

In February 2023, Onex received $17 of proceeds in connection with a distribution made by International Language Academy of Canada Inc. ("ILAC") to the ONCAP IV Group, including carried interest and net of payments under management incentive programs.

In July 2023, Onex invested $80 as part of the ONCAP V Group's investment in Right at School, a provider of before and after school care to students in the United States. Onex' share of the investment in Right at School will be reduced as additional capital is raised by ONCAP V.

During the third quarter of 2023, Onex invested $162 as part of the ONCAP IV and V Groups' investment in Biomerics, a leading medical device contract manufacturer serving the interventional device market. As part of this transaction, Biomerics merged with the medical business of Precision Concepts International ("Precision Concepts"), an ONCAP IV operating business. Onex received net proceeds of $63, net of payments under the management incentive programs, from the ONCAP IV Group's sale of the medical business of Precision Concepts to Biomerics.

In December 2023, Onex received $18 of proceeds in connection with a distribution made by Walter Surface Technologies to the ONCAP IV Group.

iii) Other private equity investments

Other private equity investments primarily consist of Onex' direct investments in Meridian Aviation, the Incline Aviation Funds, Ryan Specialty and Unanet.

During 2024, Onex made a direct investment of $43 in Meridian Aviation Partners Limited, an aircraft investment company managed by BBAM Limited Partnership ("BBAM"), a leading dedicated manager of leased aircraft.

During 2024, Onex completed investments in Incline Aviation Fund II totalling $30, and received distributions from Incline Aviation and Incline Aviation Fund II totalling $10 and $11, respectively.

In May 2023, Onex sold approximately 8.2 million Class A common shares of Ryan Specialty at a price of $43.45 per share. Total proceeds received by Onex were $318, net of payments under the management incentive programs. Onex also received a $2 distribution from Ryan Specialty during the fourth quarter of 2023. At December 31, 2023 and 2024, Onex held approximately 4.1 million Class A common shares of Ryan Specialty.

In June 2023, Onex sold approximately 11.9 million subordinate voting shares of Celestica at a price of $12.26 per share. Total proceeds received by Onex were $142, net of payments under the management incentive programs. In August 2023, Onex sold its remaining 6.7 million subordinate voting shares of Celestica at a price of $20.52 per share. Total proceeds received by Onex were $133, net of payments under the management incentive programs. Onex also redeemed its deferred share units of Celestica during the fourth quarter of 2023 for $9. Onex no longer holds an investment in Celestica following these transactions.

iv) Carried interest

The General Partner of each Onex Partners and ONCAP Fund is entitled to 20% of the realized net gains of the limited partners in such fund provided the limited partners have achieved a minimum 8% net compound annual return on their investment. This performance-based capital allocation of realized net gains is referred to as carried interest. Onex is entitled to 40% of the carried interest realized in the Onex Partners and ONCAP Funds. If the ONCAP IV investors achieve a net return of two times their aggregate capital contributions, carried interest participation increases from 20% to 25% of the realized net gains. The amount of carried interest ultimately received by Onex is based on realizations, the timing of which can vary significantly from period to period.

During 2024, Onex received $15 of carried interest, primarily from the sales of Englobe and Wyse and the distribution from and sale of PURE Canadian Gaming, as described earlier in this note.

During 2023, Onex received $12 of carried interest, primarily from the sale of Hopkins and the distribution from PURE Canadian Gaming, as described earlier in this note.

Unrealized carried interest is calculated based on the current fair values of the funds and the overall realized and unrealized gains in each fund in accordance with its limited partnership agreements.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## b) Private credit strategies

Collateralized Loan Obligations ("CLOs") are leveraged structured vehicles that hold a widely diversified asset portfolio funded through the issuance of long-term debt in a series of rated and unrated tranches of secured notes and equity. The Onex Credit U.S. CLOs invest only in securities denominated in U.S. dollars, while the Onex Credit EURO CLOs invest only in securities denominated in euros. The Company primarily invests in the equity tranches of the Onex Credit CLOs. Other Structured strategies invest primarily in U.S. and European CLOs.

The Opportunistic Credit Strategies invest primarily in North American and European first-lien senior secured loans, second-lien loans, bonds, trade claims, credit default swaps and other debt investments having similar characteristics.

The Liquid strategies hold investments in first-lien senior secured loans and may employ leverage.

The Direct Lending strategies primarily hold investments in senior secured loans and other loan investments in private equity sponsor-owned portfolio companies and, selectively, other corporate borrowers. Investments may also include warrants, payment-in-kind preferred stock with warrants and non-control common equity in conjunction with subordinated debt or preferred stock. The investments are predominantly with borrowers in the United States and, selectively, in Canada and Europe.

The Company's investment in private credit strategies comprised the following:

| | December 31, 2023[i] | Capital Deployed | Realizations and Distributions | Change in Fair Value | December 31, 2024 |
|---|---|---|---|---|---|
| **Structured Credit Strategies** | | | | | |
| U.S. CLOs | $ 234 | $ 148 | $ (138) | $ 28 | $ 272 |
| EURO CLOs | 136 | 85 | (133) | 11 | 99 |
| CLO Warehouses | 35 | 539 | (510) | 6 | 70 |
| Other Structured Strategies | 55 | 55 | (49) | 14 | 75 |
| **Opportunistic Credit Strategies** | 181 | 39 | (7) | 12 | 225 |
| **Liquid Strategies** | 155 | 28 | (52) | 5 | 136 |
| **Direct Lending** | 108 | 28 | (89) | – | 47 |
| **Total investment in Private Credit Strategies** | $ 904 | $ 922 | $ (978) | $ 76 | $ 924 |

(i)  Onex' interest in junior capital is included in other net assets. Onex' junior capital investments were previously included within Private Credit Strategies.

| | December 31, 2022 | Capital Deployed | Realizations and Distributions | Change in Fair Value | December 31, 2023[i] |
|---|---|---|---|---|---|
| **Structured Credit Strategies** | | | | | |
| U.S. CLOs | $ 248 | $ 121 | $ (185) | $ 50 | $ 234 |
| EURO CLOs | 61 | 61 | (30) | 44 | 136 |
| CLO Warehouses | 21 | 204 | (194) | 4 | 35 |
| Other Structured Strategies | 46 | 13 | (18) | 14 | 55 |
| **Opportunistic Credit Strategies** | 135 | 29 | (4) | 21 | 181 |
| **Liquid Strategies** | 100 | 36 | – | 19 | 155 |
| **Direct Lending** | 90 | 31 | (24) | 11 | 108 |
| **Total investment in Private Credit Strategies** | $ 701 | $ 495 | $ (455) | $ 163 | $ 904 |

(i)  Onex' interest in junior capital is included in other net assets. Onex' junior capital investments were previously included within Private Credit Strategies.

During 2024, Onex' net investments in the CLOs decreased by $38 (2023 – $33) primarily as a result of regular quarterly distributions totalling $98 (2023 – $94) and the partial sale of equity interests in certain U.S. and European CLOs for $173 (2023 – $103), partially offset by $204 invested in 10 new U.S. and three new European CLOs raised by Onex Credit (2023 – four new U.S. CLOs and three new European CLOs).

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

During 2024, the net increase in Onex' investments in CLO warehouses was driven by the investments made to support the warehouse facilities for potential future Onex Credit U.S. and European CLOs.

During 2024, the net investments in Opportunistic Credit strategies increased by $32 (2023 – $25), primarily as a result of $39 invested in the Onex Capital Solutions Fund (2023 – $27), as described in note 26(n).

During 2024, the net investments in Direct Lending decreased by $61, primarily as a result of $54 of distributions received from Onex Credit Lending Partners ("OCLP I").

### c) Real estate

Onex' investment in real estate at December 31, 2023 comprised an investment in Flushing Town Center, a commercial and residential complex located in Flushing, New York. During 2024, the remaining residential units in Flushing Town Center were sold. Onex' share of the proceeds from these sales was $15.

### d) Other net assets

Other net assets consisted of assets and liabilities of the Investment Holding Companies, excluding investments in private equity, Onex' private credit strategies, real estate and intercompany loans receivable from and payable to Onex and the Asset Managers. Other net assets comprised the following:

| | December 31, 2024 | December 31, 2023[i] |
|---|---|---|
| Cash and cash equivalents | $ 194 | $ 411 |
| Treasury investments | – | 197 |
| Restricted cash | – | 22 |
| Other net assets[ii] | 28 | 62 |
| **Total other net assets** | **$ 222** | $ 692 |

(i) The December 31, 2023 junior capital investment balance is included in other net assets. Onex' junior capital investments were previously included within Private Credit Strategies.

(ii) Other net assets at December 31, 2024 included Onex' investment in Falcon Fund VII, unrealized carried interest in the Falcon Funds and $35 of subscription financing receivable, including interest receivable, attributable to third-party investors in Onex Partners V and ONCAP V (December 31, 2023 – $77 attributable to third-party investors in certain Credit Funds and ONCAP V). These assets were partially offset by $36 of uncalled expenses payable to the consolidated Asset Managers (December 31, 2023 – $35) and $2 payable for Onex' management incentive programs related to a private equity realization (December 31, 2023 – less than $1). The December 31, 2023 balance also included $37 related to a short-term loan receivable from an Onex Partners operating company, which was repaid during 2024.

Treasury investments held by the Investment Holding Companies as of December 31, 2023 comprised the following:

| | December 31, 2023 |
|---|---|
| Federal debt instruments | $ 111 |
| Commercial paper and corporate obligations | 78 |
| Other | 8 |
| **Total treasury investments** | **$ 197** |

### e) Intercompany loans receivable from Onex and the Asset Managers

The Investment Holding Companies have intercompany loans receivable from Onex and the Asset Managers. At December 31, 2024, the intercompany loans receivable from Onex and the Asset Managers of $5,155 (December 31, 2023 – $3,874) formed part of Onex' net investment in the Investment Holding Companies, which is recorded at fair value through net earnings (loss). These intercompany loans receivable are the same loans presented as intercompany loans payable to the Investment Holding Companies in the consolidated balance sheets, which totalled $5,155 at December 31, 2024 (December 31, 2023 – $3,874) and are described in note 10. There is no impact on net assets or net earnings from these intercompany loans.

### f) Intercompany loans payable to Onex and the Asset Managers and intercompany loans receivable from Investment Holding Companies

At December 31, 2024, Onex and the Asset Managers had intercompany loans receivable from the Investment Holding Companies totalling $487 (December 31, 2023 – $374). The corresponding intercompany loans payable to Onex and the Asset Managers, which totalled $487 at December 31, 2024 (December 31, 2023 – $374), formed part of Onex' net investment in the Investment Holding Companies, which is recorded at fair value through net earnings (loss). There is no impact on net assets or net earnings from these intercompany loans.

## 6. OTHER ASSETS

Other assets comprised the following:

|  | December 31, 2024 | December 31, 2023 |
|---|---|---|
| Forward agreements | $ 138 | $ 110 |
| Restricted cash | 8 | 11 |
| Prepaid expenses and other | 4 | 7 |
| **Total other assets** | $ 150 | $ 128 |

Forward agreements represent the fair value of hedging arrangements entered into with financial institutions to economically hedge the Company's exposure to changes in the market value of Onex SVS associated with the DSU, PSU and RSU Plans, as described in notes 1, 12 and 16.

## 7. PROPERTY AND EQUIPMENT

The Company's property and equipment comprised the following:

|  | Right-of-Use Assets | Aircraft | Leasehold Improvements | Furniture and Equipment | Total |
|---|---|---|---|---|---|
| **Year ended December 31, 2023** |  |  |  |  |  |
| Opening net book amount | $ 62 | $ 41 | $ 33 | $ 4 | $ 140 |
| Additions | – | – | 7 | 2 | 9 |
| Amortization charge | (11) | (4) | (6) | (2) | (23) |
| Impairment (note 9) | – | – | (7) | – | (7) |
| **Closing net book amount** | $ 51 | $ 37 | $ 27 | $ 4 | $ 119 |
|  |  |  |  |  |  |
| **At December 31, 2023** |  |  |  |  |  |
| Cost | $ 96 | $ 64 | $ 72 | $ 21 | $ 253 |
| Accumulated amortization and impairment losses | (45) | (27) | (45) | (17) | (134) |
| **Net book amount** | $ 51 | $ 37 | $ 27 | $ 4 | $ 119 |
|  |  |  |  |  |  |
| **Year ended December 31, 2024** |  |  |  |  |  |
| Opening net book amount | $ 51 | $ 37 | $ 27 | $ 4 | $ 119 |
| Disposals | (7) | – | – | – | (7) |
| Amortization charge | (9) | (3) | (6) | (2) | (20) |
| Foreign exchange | (1) | – | – | – | (1) |
| **Closing net book amount** | $ 34 | $ 34 | $ 21 | $ 2 | $ 91 |
|  |  |  |  |  |  |
| **At December 31, 2024** |  |  |  |  |  |
| Cost | $ 81 | $ 64 | $ 65 | $ 18 | $ 228 |
| Accumulated amortization and impairment losses | (47) | (30) | (44) | (16) | (137) |
| **Net book amount** | $ 34 | $ 34 | $ 21 | $ 2 | $ 91 |

Right-of-use assets primarily consist of leased office space in Canada, the United States and the United Kingdom.

During 2023, certain leasehold improvements related to leased office space were impaired as a result of the ongoing transition and wind-down of Gluskin Sheff's wealth management and wealth planning operations, as described in note 9.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 8. GOODWILL AND INTANGIBLE ASSETS

The Company's goodwill and intangible assets consisted of the following:

| | Goodwill | | Trade Name | Client Relationships and Asset Management Contracts | Total Intangible Assets |
|---|---|---|---|---|---|
| **Year ended December 31, 2023** | | | | | |
| Opening net book amount | $ 257 | | $ 2 | $ 91 | $ 93 |
| Amortization charge | – | | – | (12) | (12) |
| Impairment | (108) | | – | (47) | (47) |
| **Closing net book amount** | $ 149 | | $ 2 | $ 32 | $ 34 |
| | | | | | |
| **As at December 31, 2023** | | | | | |
| Cost | $ 149 | | $ 3 | $ 80 | $ 83 |
| Accumulated amortization and impairment losses | – | | (1) | (48) | (49) |
| **Net book amount** | $ 149 | | $ 2 | $ 32 | $ 34 |
| | | | | | |
| **Year ended December 31, 2024** | | | | | |
| Opening net book amount | $ 149 | | $ 2 | $ 32 | $ 34 |
| Amortization charge | – | | – | (4) | (4) |
| Transfer of Onex Falcon (note 9) | (7) | | (2) | (17) | (19) |
| **Closing net book amount** | $ 142 | | $ – | $ 11 | $ 11 |
| | | | | | |
| **As at December 31, 2024** | | | | | |
| Cost | $ 142 | | $ – | $ 48 | $ 48 |
| Accumulated amortization and impairment losses | – | | – | (37) | (37) |
| **Net book amount** | $ 142 | | $ – | $ 11 | $ 11 |

The goodwill balance as of December 31, 2024 was attributable to the acquired workforce and industry relationships at Onex Credit. At December 31, 2023, goodwill was also attributable to Onex Falcon's competitive position in the U.S. private credit market and the skills and competence of its workforce.

Management tested goodwill for impairment in 2024 and concluded that no impairment existed.

## 9. RESTRUCTURING EXPENSES AND IMPAIRMENT OF GOODWILL, INTANGIBLE ASSETS AND PROPERTY AND EQUIPMENT

### Transfer of Onex Falcon

In June 2024, Onex transferred 80% of its interest in Onex Falcon to certain members of the Onex Falcon management team and retained a 20% economic interest in the Onex Falcon asset manager. Onex received the following in exchange for its 80% economic interest in Onex Falcon's junior capital asset management business:

- an increased carried interest entitlement from Falcon Fund VI to approximately 25%;
- a 30% carried interest entitlement from Falcon Fund VII was retained;
- a 20% carried interest entitlement from Falcon Fund VIII, if raised, was retained; and
- all contingent consideration entitlements from the purchase of Falcon Investment Advisors in 2020 were waived.

As a result of this transaction, Onex no longer consolidates Onex Falcon. During 2024, Onex recognized a loss on the transfer of Onex Falcon and restructuring expenses totalling $9, of which $7 are non-cash expenses. The loss on transfer and restructuring expenses are included in restructuring expenses in the consolidated statements of comprehensive earnings.

In connection with this transaction, Onex' commitment to Falcon Fund VII was reduced from $80 to $40.

### Restructuring of Gluskin Sheff, Onex Partners and Corporate Functions

In March 2023, following developments at Gluskin Sheff, Onex decided to change the private capital distribution strategy of its investment products. As part of this change in strategy, Onex entered into an agreement with a leading wealth management firm in Canada to offer employment to the wealth advisor team of Gluskin Sheff. Onex wound down its wealth management and wealth planning operations and plans to grow its private capital distribution through third-party strategic relationships. As a result, during the year ended December 31, 2023, a non-cash impairment charge of $162 was recognized on the following assets:

| | Year Ended December 31, 2023 |
|---|---|
| Goodwill | $ 108 |
| Intangible assets – client relationships | 47 |
| Leasehold improvements[i] | 7 |
| Total impairment expense | $ 162 |

(i) Leasehold improvements that were impaired during 2023 were related to leased office space.

The impairment for Gluskin Sheff goodwill and intangible assets was calculated on a fair value less costs of disposal basis, which resulted in a negligible recoverable amount for the Gluskin Sheff cash-generating unit following the transition and wind-down of the business. The recoverable amount was a Level 3 measurement in the fair value hierarchy due to significant unobservable inputs used in determining the recoverable amount, which was based on a discounted cash flow projection. Significant assumptions included in the discounted cash flow projection were i) a 16.7% discount rate; and ii) the expected amount of fee-generating assets under management. As a result of the impairment charge, goodwill and client relationship intangible assets associated with the acquisition of Gluskin Sheff were reduced to nil in the December 31, 2023 consolidated balance sheet.

During 2023, restructuring expenses totalling $28 were recognized in connection with the transition and wind-down of the wealth management business. At December 31, 2024, a restructuring provision of $3 was included within the other liabilities financial statement line item, representing the remaining restructuring expenses to be paid in connection with the wind-down (December 31, 2023 – $11).

In addition, during 2024 and 2023, restructuring expenses totalling $9 and $18 were recognized, respectively, in connection with the reorganizations of the Onex Partners platform and Onex' corporate functions. At December 31, 2024, a restructuring provision of $9 was included within the other liabilities financial statement line item, representing the remaining restructuring expenses to be paid for these reorganizations (December 31, 2023 – $5).

## 10. INTERCOMPANY LOANS PAYABLE TO INVESTMENT HOLDING COMPANIES

Onex and the Asset Managers have intercompany loans payable to the Investment Holding Companies. The loans are primarily due on demand and non-interest bearing. At December 31, 2024, intercompany loans payable to the Investment Holding Companies totalled $5,155 (December 31, 2023 – $3,874) and the corresponding receivable of $5,155 (December 31, 2023 – $3,874) was included in the fair value of the Investment Holding Companies within corporate investments (note 5). There is no impact on net assets or net earnings from these intercompany loans.

## 11. ACCRUED COMPENSATION

Accrued compensation at December 31, 2024 was $89 (December 31, 2023 – $108) and primarily consisted of employee incentive compensation for fiscal 2024 (December 31, 2023 – fiscal 2023), which will be substantially paid during the first quarter of 2025 (December 31, 2023 – first quarter of 2024). The decline in accrued compensation from December 31, 2023 was primarily driven by the transfer of Onex Falcon during 2024, as described in note 9, and a reduction in employee headcount as a result of other restructuring activities during 2024.

## 12. STOCK-BASED COMPENSATION PAYABLE

Stock-based compensation payable comprised the following:

| | December 31, 2024 | December 31, 2023 |
|---|---|---|
| Stock Option Plan | $ 81 | $ 112 |
| Management DSU Plan | 65 | 59 |
| Director DSU Plan | 49 | 41 |
| PSU and RSU Plans | 14 | 6 |
| Total stock-based compensation payable | $ 209 | $ 218 |

Included in other assets (note 6) at December 31, 2024 was $138 (December 31, 2023 – $110) related to forward agreements to economically hedge the Company's exposure to changes in the trading price of Onex shares associated with the DSU, PSU and RSU Plans.

The decrease in stock-based compensation payable at December 31, 2024 was primarily driven by stock options and RSUs redeemed, exercised, expired or forfeited during 2024, as described in note 16, partially offset by a 21% increase in the market value of Onex' SVS to C$112.28 at December 31, 2024 from C$92.53 at December 31, 2023, and RSUs granted during 2024.

## 13. LEASES

The Company leases office space in Canada, the United States and the United Kingdom and lease payments are made in Canadian dollars, U.S. dollars and pounds sterling. Lease terms are negotiated on an individual basis and contain a wide range of terms and conditions. The terms of the Company's leasing agreements are generally made for fixed periods up to 2033 and in certain circumstances contain options to extend beyond the initial fixed periods. In circumstances where it is reasonably certain that the Company will exercise an option to extend a leasing agreement, the minimum lease payments to be made during the extension period are included in the value of the lease liability to be recorded. The lease contracts do not contain any significant restrictions or covenants.

The Company's lease liabilities at December 31, 2024 totalled $41 (December 31, 2023 – $61) and the annual minimum payment requirements for these liabilities were as follows:

| For the year: | |
|---|---|
| 2025 | $ 10 |
| 2026 | 11 |
| 2027 | 9 |
| 2028 | 5 |
| 2029 | 3 |
| Thereafter | 7 |
| Total minimum lease payments | $ 45 |
| Less: imputed interest | (4) |
| Balance of obligations under lease | $ 41 |

During 2024, the Company recognized $2 (2023 – $2) in interest expense related to its lease liabilities, which was included in other expenses. The Company had total cash disbursements of $12 (2023 – $12) related to lease liabilities.

Information concerning right-of-use assets is disclosed in note 7.

## 14. LIABILITIES ARISING FROM FINANCING ACTIVITIES

The following tables provide an analysis of liabilities arising from financing activities:

|  | December 31, 2024 | December 31, 2023 |
|---|---|---|
| Principal balance of intercompany loans payable to Investment Holding Companies | $ 5,155 | $ 3,874 |
| Principal balance of lease liabilities | 45 | 69 |
| Accrued and imputed interest | (4) | (8) |
| Net financing obligations | $ 5,196 | $ 3,935 |

|  | Intercompany Loans Payable to Investment Holding Companies | Lease Liabilities | Total |
|---|---|---|---|
| **Balance – December 31, 2022** | $ 3,488 | $ 70 | $ 3,558 |
| Issuance of loans[i] | 515 | – | 515 |
| Interest accrued | 3 | 2 | 5 |
| Repayment of financing obligations | (73) | (10) | (83) |
| Non-cash settlements | (59) | – | (59) |
| Cash interest paid | – | (2) | (2) |
| Foreign exchange | – | 1 | 1 |
| **Balance – December 31, 2023** | $ 3,874 | $ 61 | $ 3,935 |
| Issuance of loans[i] | 1,281 | – | 1,281 |
| Interest accrued | 3 | 2 | 5 |
| Repayment of financing obligations | – | (10) | (10) |
| Non-cash settlement | (3) | – | (3) |
| Lease assignments | – | (8) | (8) |
| Cash interest paid | – | (2) | (2) |
| Foreign exchange | – | (2) | (2) |
| **Balance – December 31, 2024** | $ 5,155 | $ 41 | $ 5,196 |

(i) Includes non-cash issuances of $376 in exchange for certain equity investments and treasury investments (December 31, 2023 – $180).

## 15. INCOME TAXES

The reconciliation of statutory income tax rates to the Company's effective tax rate is as follows:

| Year ended December 31 | 2024 | 2023 |
|---|---|---|
| Income tax expense at statutory rate | $ 81 | $ 141 |
| Changes related to: | | |
| Non-taxable net gains on corporate investments | (59) | (110) |
| Utilization of tax loss carryforwards not previously benefited | (27) | (45) |
| Non-taxable dividends | (6) | (14) |
| Non-deductible stock-based compensation expense | 6 | 20 |
| Other, including permanent differences | 7 | 11 |
| Provision for income taxes | $ 2 | $ 3 |
| Classified as: | | |
| Current | $ 2 | $ 1 |
| Deferred | – | 2 |
| Provision for income taxes | $ 2 | $ 3 |

The Company deferred income tax assets and liabilities outstanding as of December 31, 2023 and 2024 are less than $1.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

As at December 31, 2024, Onex and the Asset Managers had $529 of non-capital loss carryforwards and $1 of capital loss carryforwards that were available to offset current and future taxable income when realized. However, a net deferred tax asset has not been recognized in respect of these income tax losses since it is not probable, as of December 31, 2024, that sufficient taxable income or taxable temporary differences will arise in the future to utilize these losses prior to their expiry. The Company will continue to assess the likelihood of sufficient future taxable income being recognized to utilize available tax losses.

During 2023 and 2024, no deferred tax provision was recognized on income from Onex' investments in foreign Investment Holding Companies since the Company had determined, as of December 31, 2024 and 2023, that it is probable these earnings will be indefinitely reinvested. In addition, foreign realized and unrealized gains are typically not subject to taxation in the foreign tax jurisdictions.

At December 31, 2024, the aggregate amount of taxable temporary differences not recognized in association with investments in subsidiaries was $2,519 (December 31, 2023 – $2,157). The aggregate taxable amount of realized and unrealized investment gains that have not been repatriated to Canada is $3,918 (December 31, 2023 – $4,357).

In June 2024, Canada, the jurisdiction in which Onex Corporation is incorporated, enacted the Global Minimum Tax Act (the "GMTA"). The GMTA implements the global minimum tax under Pillar Two into Canadian tax law and will apply to Onex retroactively from January 1, 2024. Under Pillar Two, Onex is required to pay a top-up tax for the difference between its Global Anti-Base Erosion ("GloBE") effective tax rate and the 15% minimum tax rate for all constituent entities within a given tax jurisdiction. The Company has estimated that no Pillar Two top-up tax is payable for the 2024 tax year.

## 16. SHARE CAPITAL

a) The authorized share capital of the Company consists of the following:

i) 100,000 Multiple Voting Shares, which entitle their holders to elect 60% of the Company's directors and carry such number of votes in the aggregate as represents 60% of the aggregate votes attached to all shares of the Company carrying voting rights. The Multiple Voting Shares have no entitlement to a distribution on winding up or dissolution other than the payment of their nominal paid-in value.

ii) An unlimited number of SVS, which carry one vote per share and as a class are entitled to 40% of the aggregate votes attached to all shares of the Company carrying voting rights to elect 40% of the Company's directors and to appoint the Company's auditor. These shares are entitled, subject to the prior rights of other classes, to distributions of the residual assets on winding up and to any declared but unpaid cash dividends. The shares are entitled to receive cash dividends, dividends in kind and stock dividends as and when declared by the Board of Directors.

The Multiple Voting Shares and SVS are subject to provisions whereby, if an event of change occurs, the Multiple Voting Shares will thereupon be entitled to elect only 20% of the Company's directors and otherwise will cease to have any general voting rights. The SVS would then carry 100% of the general voting rights and be entitled to elect 80% of the Company's directors. An event of change would occur if Mr. Gerald W. Schwartz ceased to hold directly or indirectly more than 5,000,000 of Onex' SVS. An event of change may also occur if Mr. Gerald W. Schwartz ceases to hold the role of Chairman of Onex. Notwithstanding the preceding events, an event of change will be deemed to have occurred in May 2026.

iii) An unlimited number of Senior and Junior Preferred Shares issuable in series. The Company's directors are empowered to fix the rights to be attached to each series.

b) At December 31, 2024, the issued and outstanding share capital consisted of 100,000 Multiple Voting Shares (December 31, 2023 – 100,000) and 71,715,920 SVS (December 31, 2023 – 77,399,292). The Multiple Voting Shares have a nominal paid-in value in these consolidated financial statements.

There were no issued and outstanding Senior and Junior Preferred Shares at December 31, 2024 or 2023.

c) Onex renewed its Normal Course Issuer Bid in April 2024 for one year, permitting the Company to purchase on the Toronto Stock Exchange up to 10% of the public float of its SVS. The 10% limit represents approximately 6.3 million shares.

In November 2024, Onex initiated a Substantial Issuer Bid, for which the Company offered to repurchase for cancellation up to C$400 of its SVS. The offer to repurchase Onex SVS under the Substantial Issuer Bid expired on December 23, 2024.

During 2024, the Company repurchased and cancelled 5,693,741 of its SVS for a cost of $417 (C$583) or an average cost per share of $73.28 (C$102.39). In addition, Onex incurred expenses totalling $9 (C$13) in connection with the Substantial Issuer Bid and share repurchase tax. The excess of the purchase cost of these shares over the average paid-in amount was $409 (C$573), which was charged to retained earnings. The shares repurchased were comprised of: (i) 2,436,019 SVS repurchased under the Normal Course Issuer Bid at a cost of $168 (C$228) or an average cost per share of $68.83 (C$93.70); (ii) 2,257,722 SVS repurchased under the Substantial Issuer Bid at a cost of $183 (C$264) or a cost per share of $81.28 (C$117.00); and (iii) 1,000,000 SVS repurchased in a private transaction for a total cost of $66 (C$91) or a cost per share of $66.06 (C$90.60). As at December 31, 2024, the Company had the capacity under the current Normal Course Issuer Bid to repurchase 3,434,054 shares.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

During 2023, the Company repurchased and cancelled 3,479,066 of its SVS for a total cost of $196 (C$264) or an average cost per share of $56.44 (C$76.01). The excess of the purchase cost of these shares over the average paid-in amount was $186 (C$250), which was charged to retained earnings. The shares repurchased were comprised of: (i) 2,479,066 SVS repurchased under the Normal Course Issuer Bid for a total cost of $137 (C$184) or an average cost per share of $55.17 (C$74.09); and (ii) 1,000,000 SVS repurchased

in a private transaction for a total cost of $59 (C$81) or a weighted average cost per share of $59.59 (C$80.76).

During 2024, 10,369 SVS were issued upon the exercise of stock options at an average price per share of C$111.29. During 2023, 70,015 SVS were issued upon the exercise of stock options at an average price per share of C$77.28.

d) The Company has DSU, PSU and RSU Plans, as described in note 1.

Details of DSUs outstanding under the plans were as follows:

| | Management DSU Plan | | Director DSU Plan | | PSU and RSU Plans | |
|---|---|---|---|---|---|---|
| | Number of DSUs | Weighted Average Price | Number of DSUs | Weighted Average Price | Number of PSUs and RSUs | Weighted Average Price |
| **Outstanding at December 31, 2022** | 846,250 | | 637,782 | | 80,022 | |
| Granted | – | – | 52,519 | C$ 61.71 | 251,996 | C$ 71.57 |
| Redeemed | (2,767) | C$ 85.66 | (129,061) | C$ 79.22 | (73,714) | C$ 77.71 |
| Forfeited | – | – | – | – | (106,957) | C$ 72.66 |
| Additional units issued in lieu of compensation and cash dividends | 4,731 | C$ 71.71 | 17,754 | C$ 74.83 | 1,232 | C$ 70.93 |
| **Outstanding at December 31, 2023** | 848,214 | | 578,994 | | 152,579 | |
| Granted | 2,667 | C$ 101.10 | 32,250 | C$ 99.69 | 247,785 | C$ 103.27 |
| Redeemed | (24,062) | C$ 101.09 | – | – | (91,584) | C$ 111.93 |
| Forfeited | – | – | – | – | (9,584) | C$ 89.79 |
| Additional units issued in lieu of compensation and cash dividends | 3,414 | C$ 97.90 | 13,092 | C$ 100.15 | 1,304 | C$ 98.14 |
| **Outstanding at December 31, 2024**[i] | **830,233** | | **624,336** | | **300,500** | |

(i)  All outstanding DSUs, PSUs and RSUs at December 31, 2024 are hedged with counterparty financial institutions.

e) The Company has a Plan under which options and/or share appreciation rights for a term not exceeding 10 years may be granted to directors, officers and employees for the acquisition of SVS of the Company at a price not less than the market value of the shares on the business day preceding the day of the grant. Under the Plan, no options or share appreciation rights may be exercised unless the average market price of the SVS for the five previous business days exceeds the exercise price of the options or the share appreciation rights by at least 25% (the "hurdle price"). At December 31, 2024, 15,366,193 SVS (December 31, 2023 – 15,376,562) were reserved for issuance under the Plan, against which options representing 3,863,823 shares (December 31, 2023 – 6,118,671) were

outstanding, of which 2,857,611 options were vested. The Plan provides that the number of options issued to certain individuals in aggregate may not exceed 10% of the shares outstanding at the time the options are issued.

Options granted vest at a rate of 20% per year from the date of grant. When an option is exercised, the employee has the right to request that the Company repurchase the option for an amount equal to the difference between the fair value of the stock under the option and its exercise price. Upon receipt of such request, the Company has the right to settle its obligation to the employee by the payment of cash, the issuance of shares or a combination of cash and shares.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Details of the options outstanding were as follows:

| | Number of Options | Weighted Average Exercise Price |
|---|---|---|
| **Outstanding at December 31, 2022** | 7,584,295 | C$ 78.94 |
| Granted | 375,438 | C$ 70.71 |
| Surrendered for cash | (1,172,008) | C$ 59.22 |
| Exercised for SVS | (263,512) | C$ 57.42 |
| Expired or forfeited | (405,542) | C$ 83.87 |
| **Outstanding at December 31, 2023** | 6,118,671 | C$ 82.81 |
| Granted | **595,618** | **C$ 99.21** |
| Surrendered for cash | **(2,407,845)** | **C$ 80.71** |
| Exercised for SVS | **(27,000)** | **C$ 63.53** |
| Expired or forfeited | **(415,621)** | **C$ 89.89** |
| **Outstanding at December 31, 2024** | **3,863,823** | **C$ 86.02** |

During 2024 and 2023, the total cash consideration paid on options surrendered, including employer taxes, was $52 (C$72) and $17 (C$23), respectively. These amounts represent the difference between the market value of the Onex SVS at the time of surrender and the exercise price, both as determined under the Plan. The weighted average share price at the date of exercise was C$110.33 per share (2023 – C$78.83).

Options outstanding at December 31, 2024 consisted of the following:

| Exercise Prices | Number of Options Outstanding | Number of Options Exercisable | Hurdle Prices | Weighted Average Remaining Life (Years) |
|---|---|---|---|---|
| C$ 63.62 – C$ 69.99 | 48,500 | 8,800 | C$ 79.53 – C$ 83.09 | 8.0 |
| C$ 70.00 – C$ 79.99 | 669,205 | 277,161 | C$ 89.03 – C$ 98.28 | 6.4 |
| C$ 80.00 – C$ 89.99 | 1,686,000 | 1,634,800 | C$ 102.09 – C$ 106.13 | 4.7 |
| C$ 90.00 – C$ 103.96 | 1,460,118 | – | C$ 115.19 – C$ 129.95 | 4.8 |
| Total | 3,863,823 | 1,920,761 | | |

## 17. REVENUES

The Company generates revenues by providing asset management and advisory services. Revenues are generated from the following sources:

| Year ended December 31, 2024 | Management and Advisory Fees | Performance Fees and Carried Interest from Credit | Reimbursement of Expenses | Total |
|---|---|---|---|---|
| Credit | | | | |
| Structured Credit Strategies | $ 76 | $ 1 | $ 12 | $ 89 |
| Other Credit Strategies | 31 | 5 | 5 | 41 |
| Private Equity[i] | 93 | – | 21 | 114 |
| Total | $ 200 | $ 6 | $ 38 | $ 244 |

(i)  Includes advisory fees and reimbursement of expenses from the Onex Partners and ONCAP operating businesses.

| Year ended December 31, 2023 | Management and Advisory Fees | Performance Fees and Carried Interest from Credit | Reimbursement of Expenses | Total |
|---|---|---|---|---|
| Credit | | | | |
| Structured Credit Strategies | $ 61 | $ – | $ 9 | $ 70 |
| Other Credit Strategies | 79 | 13 | 4 | 96 |
| Private Equity[i] | 112 | – | 30 | 142 |
| Total | $ 252 | $ 13 | $ 43 | $ 308 |

(i)  Includes advisory fees and reimbursement of expenses from the Onex Partners and ONCAP operating businesses.

## 18. INTEREST AND NET TREASURY INVESTMENT INCOME

Interest and net treasury investment income recognized by the Company consisted of income earned from certain investments recognized at fair value through net earnings (loss).

## 19. STOCK-BASED COMPENSATION EXPENSE

Stock-based compensation expense comprised the following:

| Year ended December 31 | 2024 | 2023 |
|---|---|---|
| Stock Option Plan | $  23 | $  70 |
| PSU and RSU Plans | 13 | 4 |
| Director DSU Plan | – | 1 |
| Total stock-based compensation expense | $  36 | $  75 |

The fair value of Onex' Stock Option Plan is determined using an option valuation model. The significant inputs into the model were the share price at December 31, 2024 of C$112.28 (December 31, 2023 – C$92.53), the exercise price of the options, the remaining life of each option issuance, the volatility of each option issuance ranging from 23.38% to 30.81% (December 31, 2023 – 21.39% to 31.91%), the average dividend yield of 0.36% (December 31, 2023 – 0.43%) and an average risk-free rate of 2.95% (December 31, 2023 – 3.29%). The volatility is measured as the historical volatility based on the remaining life of each respective option issuance.

The fair values of the DSU, PSU and RSU Plans are determined by reference to the market value of Onex' SVS at the balance sheet dates, as described in note 1. Onex economically hedges its exposure to changes in the trading price of Onex SVS associated with the DSU, PSU and RSU Plans, as described in notes 1 and 6.

## 20. OTHER EXPENSES

Other expenses comprised the following:

| Year ended December 31 | 2024 | 2023 |
|---|---|---|
| Professional services | $  14 | $  12 |
| Information technology | 10 | 11 |
| Research subscriptions | 4 | 6 |
| Facilities | 4 | 5 |
| Directors' compensation | 3 | 3 |
| Interest expense from lease liabilities | 2 | 2 |
| Travel | 1 | 3 |
| Contract employees | 1 | 2 |
| Insurance | 1 | 2 |
| Integration expense | – | 4 |
| Administrative and other | 7 | 11 |
| Total other expenses | $  47 | $  61 |

## 21. NET EARNINGS PER SUBORDINATE VOTING SHARE

The weighted average number of SVS for the purpose of the net earnings per share calculations was as follows:

| Year ended December 31 | 2024 | 2023 |
|---|---|---|
| Weighted average number of shares outstanding *(in millions)*: | | |
| Basic | 76 | 79 |
| Diluted | 76 | 79 |

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 22. FINANCIAL INSTRUMENTS

Financial assets held by the Company, presented by financial statement line item, were as follows:

| | Fair Value through Net Earnings (Loss) | | Amortized Cost[i] | Total |
|---|---|---|---|---|
| | Recognized | Designated | | |
| **December 31, 2024** | | | | |
| **Financial assets** | | | | |
| Cash and cash equivalents | $ 929 | $ – | $ – | $ 929 |
| Treasury investments | 83 | – | – | 83 |
| Management and advisory fees, recoverable fund expenses and other receivables | – | – | 538 | 538 |
| Corporate investments | 11,532 | 487 | – | 12,019 |
| Forward agreements and other assets | 147 | – | – | 147 |
| **Total** | $ 12,691 | $ 487 | $ 538 | $ 13,716 |

(i)  The carrying value of financial assets at amortized cost approximated their fair value.

| | Fair Value through Net Earnings (Loss) | | Amortized Cost[i] | Total |
|---|---|---|---|---|
| | Recognized | Designated | | |
| **December 31, 2023** | | | | |
| **Financial assets** | | | | |
| Cash and cash equivalents | $ 265 | $ – | $ – | $ 265 |
| Management and advisory fees, recoverable fund expenses and other receivables | – | – | 679 | 679 |
| Corporate investments | 11,147 | 374 | – | 11,521 |
| Forward agreements and other assets | 122 | – | – | 122 |
| **Total** | $ 11,534 | $ 374 | $ 679 | $ 12,587 |

(i)  The carrying value of financial assets at amortized cost approximated their fair value.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Financial liabilities held by the Company, presented by financial statement line item, were as follows:

| | Fair Value through Net Earnings (Loss) | | |
| --- | --- | --- | --- |
| | Designated | Amortized Cost | Total |
| **December 31, 2024** | | | |
| **Financial liabilities** | | | |
| Intercompany loans payable to Investment Holding Companies | $  5,155 | $  – | $  5,155 |
| Accounts payable and accrued liabilities | – | 25 | 25 |
| Lease liabilities | – | 41 | 41 |
| Other liabilities | – | 6 | 6 |
| **Total** | $  5,155 | $  72 | $  5,227 |

| | Fair Value through Net Earnings (Loss) | | | |
| --- | --- | --- | --- | --- |
| | Recognized | Designated | Amortized Cost | Total |
| **December 31, 2023** | | | | |
| **Financial liabilities** | | | | |
| Intercompany loans payable to Investment Holding Companies | $  – | $  3,874 | $  – | $  3,874 |
| Accounts payable and accrued liabilities | – | – | 23 | 23 |
| Contingent consideration | 15 | – | – | 15 |
| Lease liabilities | – | – | 61 | 61 |
| Other liabilities | – | – | 7 | 7 |
| **Total** | $  15 | $  3,874 | $  91 | $  3,980 |

At December 31, 2024, intercompany loans payable to Investment Holding Companies that are recorded at fair value through net earnings (loss) had contractual amounts due on maturity of $5,155 (2023 – $3,874).

The gains recognized by the Company related to financial assets and liabilities during the years ended December 31, 2024 and 2023 were as follows:

| Year ended December 31 | 2024 | 2023 |
| --- | --- | --- |
| Financial assets recognized at fair value through net earnings (loss) | | |
| Net gain on corporate investments | $  385 | $  800 |
| Net gain and interest income from treasury investments | 18 | 14 |
| Net gain from forward agreements[i] | 14 | 35 |
| Financial liabilities recognized at fair value through net earnings (loss) | | |
| Contingent consideration recovery[ii] | 15 | 42 |
| Interest expense | (3) | – |
| Financial liabilities at amortized cost | | |
| Interest expense | (2) | (2) |
| Total net gain recognized | $  427 | $  889 |

(i)  Onex has entered into forward agreements related to its DSU, PSU and RSU Plans, as described in note 1. The net gain from forward agreements is recognized within stock-based compensation expense.

(ii)  The contingent consideration recovery of $15 in 2024 was included in the net loss on the transfer of Onex Falcon, which is recorded within restructuring expenses in the consolidated statement of comprehensive earnings, as described in note 9.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 23. FAIR VALUE MEASUREMENTS

### Fair values of financial instruments

The estimated fair values of financial instruments as at December 31, 2024 and 2023 were based on relevant market prices and information available at those dates. The carrying values of receivables, accounts payable, accrued liabilities, lease liabilities and other liabilities approximated the fair values of these financial instruments.

Financial instruments measured at fair value are allocated within the fair value hierarchy based on the lowest level of input that is significant to the fair value measurement. Transfers between the three levels of the fair value hierarchy are recognized on the date of the event or change in circumstances that caused the transfer. There were no significant transfers between the three levels of the fair value hierarchy during 2024 and 2023. The three levels of the fair value hierarchy are as follows:

- Quoted prices in active markets for identical assets ("Level 1");
- Significant other observable inputs ("Level 2"); and
- Significant other unobservable inputs ("Level 3").

The allocation of financial assets in the fair value hierarchy, excluding cash and cash equivalents (which are a Level 1 measurement), was as follows:

| As at December 31, 2024 | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Financial assets at fair value through net earnings (loss) | | | | |
| Investments in equities[i] | $ – | $ – | $ 11,532 | $ 11,532 |
| Investments in debt | – | 83 | – | 83 |
| Intercompany loans receivable from | | | | |
| Investment Holding Companies | – | 487 | – | 487 |
| Forward agreements and other assets | 8 | 138 | 1 | 147 |
| Total financial assets at fair value through net earnings (loss) | $ 8 | $ 708 | $ 11,533 | $ 12,249 |

(i)   Onex' investments in the Investment Holding Companies are further described in note 5.

| As at December 31, 2023 | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Financial assets at fair value through net earnings (loss) | | | | |
| Investments in equities[i] | $ – | $ – | $ 11,147 | $ 11,147 |
| Intercompany loans receivable from | | | | |
| Investment Holding Companies | – | 374 | – | 374 |
| Forward agreements and other assets | 11 | 111 | – | 122 |
| Total financial assets at fair value through net earnings (loss) | $ 11 | $ 485 | $ 11,147 | $ 11,643 |

(i)   Onex' investments in the Investment Holding Companies are further described in note 5.

Financial liabilities measured at fair value at December 31, 2024 consisted of intercompany loans payable to Investment Holding Companies totalling $5,155 (December 31, 2023 – $3,874), which are a Level 2 measurement in the fair value hierarchy. Financial liabilities measured at fair value at December 31, 2023 also included contingent consideration payable of $15, which is a Level 3 measurement in the fair value hierarchy.

Details of financial assets and liabilities measured at fair value with significant unobservable inputs (Level 3) were as follows:

| | Financial Assets at Fair Value through Net Earnings (Loss) | Financial Liabilities at Fair Value through Net Earnings (Loss) |
|---|---|---|
| **Balance – December 31, 2022** | $ 10,477 | $ 57 |
| Change in fair value recognized in net earnings | 800 | (42) |
| Net distributions received from the Investment Holding Companies[i] | (130) | – |
| **Balance – December 31, 2023** | $ 11,147 | $ 15 |
| Change in fair value recognized in net earnings | **385** | **–** |
| Reversal of Onex Falcon contingent consideration | **–** | **(15)** |
| Other | **1** | **–** |
| **Balance – December 31, 2024** | **$ 11,533** | **$ –** |
| | | |
| Unrealized change in fair value of assets and liabilities recognized in net earnings during 2024 | **$      384** | **$      –** |

(i)   Net distributions received from the Investment Holding Companies and net investments made in the Investment Holding Companies include activity associated with intercompany loans payable by Onex and the Asset Managers to the Investment Holding Companies.

Financial assets measured at fair value with significant unobservable inputs (Level 3) were recognized in the consolidated statements of comprehensive earnings in the net gain on corporate investments line item.

The valuation of financial assets and liabilities measured at fair value with significant unobservable inputs (Level 3) is determined quarterly using company-specific considerations and available market data of comparable public companies. The fair value measurements for corporate investments were primarily driven by the underlying net asset values of Onex' investments in the Onex Partners Funds, ONCAP Funds and private credit strategies. The valuation of underlying non-public investments requires significant judgement due to the absence of quoted market values, the inherent lack of liquidity, the long-term nature of such investments and heightened market uncertainty as a result of global inflationary pressures, changes in interest rates and heightened geopolitical risks. A change to reasonably possible alternative estimates and assumptions in the valuation of non-public investments in the Onex Partners Funds and ONCAP Funds, as well as investments held in private credit strategies, may have a significant impact on the fair values calculated for these financial assets.

The Company used the adjusted net asset method to derive the fair values of its investments in its Investment Holding Companies by reference to the underlying fair value of the Investment Holding Companies' assets and liabilities, along with assessing any required discount or premium to be applied to the net asset values. The discount or premium applied to the net asset values of the Investment

Holding Companies was a significant unobservable input. The Company determined that the adjusted net asset method was the appropriate valuation technique to be used, considering the value of the Investment Holding Companies is primarily derived from the assets they hold, which primarily consists of investments in private equity and private credit strategies and intercompany loans receivable from Onex and the Asset Managers. The Company has determined that no discount or premium was required for the net asset values of its Investment Holding Companies at December 31, 2024 and 2023. If a discount of 1% or a premium of 1% were applied to all of the net asset values of the Investment Holding Companies, with all other variables remaining constant, the total fair value of the Company's corporate investments at December 31, 2024 would decrease or increase by $115 (December 31, 2023 – $111).

*Private equity investments*

The valuation of investments in the Onex Partners Funds and ONCAP Funds is reviewed and approved by the General Partner of the respective fund each quarter.

The valuation of public investments held directly by Onex or through the Onex Partners Funds is based on their publicly traded closing prices at December 31, 2024 and 2023. For certain public investments, a discount is applied to the closing price in relation to restrictions that were in place relating to the securities held by Onex or the Onex Partners Funds. At December 31, 2024, no discount on the closing price of Onex' public investments was required. At December 31, 2023, these discounts resulted in a reduction of $47 in the fair value of corporate investments.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Valuation methodologies for the underlying private equity investments may include observations of the trading multiples of public companies considered comparable to the private companies being valued and discounted cash flows. The following table presents the significant unobservable inputs used to value the private equity funds' underlying private securities that impact the valuation of corporate investments.

| Investment Platform | Valuation Technique | Significant Unobservable Inputs | Inputs at December 31, 2024 | Inputs at December 31, 2023 |
|---|---|---|---|---|
| Onex Partners Funds | Comparable company valuation multiple | Adjusted EBITDA multiples | 8.5x – 21.2x | 8.5x – 20.4x |
| Onex Partners Funds | Discounted cash flow | Weighted average costs of capital | 13.4% – 20.3% | 15.0% – 21.3% |
| | | Exit multiples | 4.0x – 19.5x | 4.0x – 19.5x |
| ONCAP Funds | Comparable company valuation multiple | Adjusted EBITDA multiples | 7.5x – 10.0x | 8.3x – 20.0x |
| ONCAP Funds | Discounted cash flow | Weighted average costs of capital | 12.8% – 20.6% | 12.2% – 21.0% |
| | | Exit multiples | 7.7x – 20.0x | 5.0x – 13.0x |

In addition, at December 31, 2024, the Onex Partners Funds had one investment that was valued using the adjusted net assets approach, one investment that was valued based on a multiple of book value, one investment that was valued based on a recent precedent transaction and three investments that were valued at cost as this approximated fair value. At December 31, 2023, the Onex Partners Funds had one investment that was valued using the adjusted net assets approach, one investment that was valued using a convertible bond model, one investment that was valued based on a multiple of book value and one investment that was valued based on estimated sales proceeds. At December 31, 2024, the ONCAP Funds had one investment valued at cost as this approximated fair value.

The impact on the fair value of corporate investments as at December 31, 2024 from changes in the significant unobservable inputs used to value the private equity funds' underlying private securities included the following:

| Investment Platform | Valuation Technique | Significant Unobservable Inputs | Multiple Increase by 0.5 | Multiple Decrease by 0.5 |
|---|---|---|---|---|
| Onex Partners Funds | Comparable company valuation multiple | Adjusted EBITDA multiples | $ 139 | $ (136) |
| ONCAP Funds | Comparable company valuation multiple | Adjusted EBITDA multiples | $ 25 | $ (25) |

| Investment Platform | Valuation Technique | Significant Unobservable Inputs | Multiple Increase by 0.5 | Multiple Decrease by 0.5 |
|---|---|---|---|---|
| Onex Partners Funds | Discounted cash flow | Exit multiples | $ 74 | $ (74) |
| ONCAP Funds | Discounted cash flow | Exit multiples | $ 37 | $ (37) |

| Investment Platform | Valuation Technique | Significant Unobservable Inputs | Decrease of 0.5 Percentage Point | Increase of 0.5 Percentage Point |
|---|---|---|---|---|
| Onex Partners Funds | Discounted cash flow | Weighted average costs of capital | $ 29 | $ (28) |
| ONCAP Funds | Discounted cash flow | Weighted average costs of capital | $ 17 | $ (16) |

Generally, adjusted EBITDA represents earnings before interest, taxes, depreciation and amortization as well as other adjustments. Other adjustments can include non-cash costs of stock-based compensation and retention plans, transition and restructuring expenses including severance payments, annualized pro-forma adjustments for acquisitions, the impact of derivative instruments that no longer qualify for hedge accounting, the impacts of purchase accounting and other similar amounts. Adjusted EBITDA is a measurement that is not defined under IFRS Accounting Standards.

During 2024, Onex' investments in publicly traded companies generated a net loss of $16, which includes a net loss from PowerSchool during the nine months ended September 30, 2024. The underlying securities held in private companies generated a net gain of $307. Included in the net gain during 2024 is a foreign exchange mark-to-market loss of $60. At December 31, 2024, Onex' private equity investments denominated in Canadian dollars and pounds sterling totalled approximately $515 (C$740) and $355 (£285), respectively.

*Private credit investments*

The valuation of investments in the Credit Funds is reviewed and approved by the General Partner or the applicable responsible party of the respective fund at each reporting period.

The valuation of certain investments held by the Liquid strategies is measured by obtaining quoted market prices or broker quotes for identical or similar instruments in inactive markets, or other inputs that are observable or can be corroborated by observable market data.

Valuation methodologies used for certain investments held by the Opportunistic Credit strategies may include comparable market yield analysis, enterprise value coverage analysis, liquidation analysis and weighting to available quoted levels or recent and comparable market transactions.

Investments in the Credit CLOs and Other Structured strategies are valued using internally developed pricing models based on a projection of the future cash flows expected to be realized from the underlying collateral of the CLOs, which is a Level 3 measurement in the fair value hierarchy. These pricing models include third-party pricing information and a number of unobservable inputs, including default rates, discount rates and recovery rates. Significant increases or decreases in certain unobservable inputs in isolation may result in a significantly lower or higher fair value measurement. Fair values determined by the internally developed pricing models are also compared to fair values determined by third-party pricing models to ensure management's estimates are reasonable.

The following table presents the significant unobservable inputs used to value Onex' investments in the Credit CLOs.

| Investment Platform | Significant Unobservable Inputs | Inputs at December 31, 2024 | Inputs at December 31, 2023 |
|---|---|---|---|
| U.S. CLOs | Default rate | 2% | 2% |
| | Discount rate | 13% – 21% | 16% – 21% |
| | Recovery rate | 55% | 55% |
| EURO CLOs | Default rate | 2% | 2% |
| | Discount rate | 16% – 21% | 16% – 21% |
| | Recovery rate | 55% | 55% |

In addition, at December 31, 2024, Credit had six U.S. and two European CLOs that were valued at cost as this approximated fair value (December 31, 2023 – one U.S. CLO and one European CLO).

The impact on the fair value of corporate investments as at December 31, 2024 from changes in the significant unobservable inputs used to value Onex' investments in the CLOs included the following:

| Investment Platform | Significant Unobservable Inputs | Decrease of 1.5 Percentage Points | Increase of 1.5 Percentage Points |
|---|---|---|---|
| U.S. CLOs | Default rate | $ 35 | $ (40) |
| EURO CLOs | Default rate | $ 11 | $ (11) |

| Investment Platform | Significant Unobservable Inputs | Decrease of 3.0 Percentage Points | Increase of 3.0 Percentage Points |
|---|---|---|---|
| U.S. CLOs | Discount rate | $ 16 | $ (14) |
| EURO CLOs | Discount rate | $ 4 | $ (3) |

| Investment Platform | Significant Unobservable Inputs | Increase of 15.0 Percentage Points | Decrease of 15.0 Percentage Points |
|---|---|---|---|
| U.S. CLOs | Recovery rate | $ 14 | $ (15) |
| EURO CLOs | Recovery rate | $ 4 | $ (4) |

## 24. FINANCIAL INSTRUMENT RISKS

### Credit risk

Credit risk is the risk that the counterparty to a financial instrument will fail to perform its obligation and cause the Company to incur a loss.

Cash, cash equivalents and treasury investments are subject to credit risk. Certain underlying assets within corporate investments are debt securities which are also subject to credit risk.

At December 31, 2024, Onex, including its Investment Holding Companies, had cash, cash equivalents and treasury investments held by a third-party investment manager at market value of $245 and cash held at financial institutions or invested in money market funds of $961. Cash and cash equivalents are held with financial institutions having a current Standard & Poor's short-term rating of A-1 or above. Treasury investments have current Standard & Poor's ratings ranging from BBB to AAA. The portfolio concentration limits range from a maximum of 10% for BBB investments to 100% for AAA investments.

The Company's management and advisory fees receivable, recoverable fund expenses receivable and other receivables, including those held by the Investment Holding Companies, are also subject to credit risk. The Company did not experience any collection issues with receivables during 2024 or 2023.

### Liquidity risk

Liquidity risk is the risk that Onex will have insufficient funds on hand to meet its obligations as they come due. Onex needs to be in a position to support the operating businesses its private equity funds invest in when and if it is appropriate and reasonable for Onex, as an equity owner with paramount duties to act in the best interests of Onex shareholders, to do so. Maintaining sufficient liquidity at Onex is important given Onex, as a holding company, generally does not have guaranteed sources of meaningful cash flow to support its investing activities.

Accounts payable are generally due within 90 days. The repayment schedule for leases is disclosed in note 13. Onex has no external debt and does not guarantee the debt of the operating businesses of the Onex Partners and ONCAP Funds or any other operating business Onex invests in directly. Onex has provided guarantees for credit facilities that certain members of the management team have access to in connection with personal investments made in certain Onex Partners and ONCAP Funds, as more fully described in note 26(a). Onex has also made commitments to invest in certain private equity and private credit strategies that it manages, as described in note 26.

### Market risk

Market risk is the risk that the future cash flows of a financial instrument will fluctuate due to changes in market prices. The Company is primarily exposed to fluctuations in the foreign currency exchange rates associated with the Canadian dollar, U.S. dollar, pound sterling and euro, as well as fluctuations in EURIBOR, SOFR and the U.S. prime interest rate.

#### *Foreign currency exchange rates*

The functional currency of Onex is the U.S. dollar; however, certain cash and cash equivalents, receivables, corporate investments, forward hedging agreements, accounts payable and lease liabilities are denominated in Canadian dollars, while certain cash and cash equivalents, private credit corporate investments, receivables and accounts payable are denominated in euros. In addition, the Company has cash and cash equivalents, corporate investments, receivables, accounts payable and a lease liability denominated in pounds sterling. As a result, Onex is exposed to currency risk related to these financial instruments. At December 31, 2024, had the U.S. dollar strengthened by 5% relative to the Canadian dollar, euro and pound sterling, with all other variables held constant, the net decrease in net earnings from financial instruments would have been $13. Conversely, had the U.S. dollar weakened by 5% relative to the Canadian dollar, euro and pound sterling, with all other variables held constant, the net increase in net earnings from financial instruments would have been $14. Certain underlying investments held by the Onex Partners and ONCAP Funds may be denominated in Canadian dollars, euros or pounds sterling, while Onex' investments in these funds are denominated in U.S. dollars, with the exception of investments made in the ONCAP II and ONCAP III Funds, which are denominated in Canadian dollars. As such, Onex is also indirectly exposed to foreign currency exchange risk associated with these underlying investments. Refer to note 23 for further information concerning Onex' private equity investments denominated in Canadian dollars and pounds sterling.

#### *Interest rates*

The Company is exposed to changes in future cash flows as a result of changes in the interest rate environment, primarily through the cash and cash equivalents held in money market funds, short-term term deposits and commercial paper. Assuming no significant changes in cash balances held by the Company from those at December 31, 2024, a one percentage point increase (one percentage point decrease) in the interest rate would not result in a material impact on interest income recognized.

Onex also has exposure to interest rate risk through its treasury investments managed by a third-party investment manager. As interest rates change, the fair values of fixed income investments are inversely impacted. Investments with shorter durations are less impacted by changes in interest rates compared to investments with longer durations. At December 31, 2024, Onex' treasury investments had $77 of fixed income securities measured at fair value, which are subject to interest rate risk. These securities had a weighted average duration of 0.3 years. Other factors, including general economic and political conditions, may also affect the value of fixed income securities. These risks are monitored on an ongoing basis and the treasury investments may be repositioned in response to changes in market conditions.

### *Price risk*

Price risk is the risk of variability in fair value as a result of movements in equity prices. Onex is exposed to price risk in relation to the equity interests in its private equity investments held within its corporate investments. At December 31, 2024, had the price of equity securities held within corporate investments related to private equity investments decreased by 5%, with all other variables held constant, the decrease in net earnings would have been $287. Conversely, had the price increased by 5%, with all other variables held constant, the increase in net earnings would have been $287. Onex' investments in private credit strategies are primarily held in underlying debt instruments. Onex is not exposed to significant price risks associated with its interest in private credit investments.

### Regulatory risk

Onex is subject to government regulations and oversight with respect to its business activities. Failure to comply with applicable regulations, obtain applicable regulatory approvals or maintain those approvals may subject Onex to civil penalties, suspension or withdrawal of any regulatory approval obtained, injunctions, operating restrictions and criminal prosecutions and penalties, which could, individually or in the aggregate, have a material adverse effect on Onex' consolidated financial position.

## 25. CAPITAL DISCLOSURES

Onex considers the capital it manages to be the amounts it has in cash and cash equivalents, near-cash investments, treasury investments managed by a third-party investment manager and the investments made in its private equity funds, credit strategies and other investments. Onex' objectives in managing capital are to:

- preserve a financially strong parent company with appropriate liquidity and no, or a limited amount of, external debt so that funds are available to pursue new investments and growth opportunities, as well as support expansion of its existing businesses;
- achieve an appropriate return on capital invested commensurate with the level of assumed risk;
- build the long-term value of its corporate investments; and
- control the risk associated with capital invested in any particular strategy. Onex Corporation does not guarantee the debt of its investment funds or the underlying operating businesses of its private equity funds.

A portion of the Company's capital is managed by a third-party investment manager. At December 31, 2024, the fair value of investments, including cash yet to be deployed, managed by the third-party investment manager was $245. The investments are managed in a mix of short- and long-term portfolios and include liquid investments, including money market instruments and commercial paper with original maturities of three months to one year, in addition to longer-term investments, which can include federal and municipal debt instruments, corporate obligations and structured products with maturities of one year to five years. The investments are managed to maintain an overall weighted average duration of two years or less.

The strategy for risk management of capital has not changed significantly since December 31, 2023.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 26. COMMITMENTS AND RELATED-PARTY TRANSACTIONS

### a) Other commitments

Incline Aviation Fund, Incline Aviation Fund II and Incline Aviation Fund III ("Incline Aviation Funds") are aircraft investment funds managed by BBAM, which in turn is an operating business of Onex Partners III. At December 31, 2024, Onex' total uncalled commitments to Incline Aviation Funds were $50 (December 31, 2023 –$59).

Onex has provided guarantees for credit facilities that certain members of the management team have access to in connection with personal investments made in certain Onex Partners, ONCAP and Onex Credit Funds. Borrowings under these credit facilities are collateralized by the personal assets of each participating management team member. These credit facilities had $1 outstanding at December 31, 2024 (December 31, 2023 – $2).

The Company has commitments with respect to leases, as described in note 13.

### b) Legal contingencies

Onex is or may become a party to legal claims arising in the ordinary course of business. Onex has not recorded any legal provision as of December 31, 2024 or 2023 and does not believe that the resolution of known claims would reasonably be expected to have a material adverse impact on Onex' consolidated financial position. However, the final outcome with respect to outstanding, pending or future actions cannot be predicted with certainty, and therefore there can be no assurance that their resolution will not have an adverse effect on Onex' consolidated financial position.

### c) Commitments to Onex Partners Funds

Onex Partners III, Onex Partners IV, Onex Partners V and Onex Partners Opportunities (collectively, the "Onex Partners Funds") were established to provide committed capital for Onex-sponsored acquisitions not related to Onex' direct investments or ONCAP. Onex controls the General Partner and Manager of the Onex Partners Funds. The following table provides information concerning Onex' commitments to the Onex Partners Funds:

| | Final Close Date | Total Onex Commitments | Onex Commitments Invested[i] | Remaining Onex Commitments[ii] |
|---|---|---|---|---|
| Onex Partners III | December 2009 | $ 1,200 | $ 929 | $ 99 |
| Onex Partners IV | March 2014 | $ 1,700[iii] | $ 1,600[iii] | $ 46 |
| Onex Partners V | November 2017 | $ 2,000 | $ 1,822 | $ 142 |
| Onex Partners Opportunities[iv] | January 2025 | $ 400 | $ 145 | $ 255 |

(i)   Amounts include capitalized acquisition costs and bridge financing, where applicable.

(ii)  Onex' remaining commitments are calculated based on the assumption that all remaining limited partners' commitments are invested.

(iii) Excludes the impact of an additional commitment that was acquired by Onex from a limited partner in 2017.

(iv)  Onex' invested commitments in the Onex Partners Opportunities Fund were reduced to $129 and its remaining commitments to the fund increased to $271 following the final fundraising close of the fund in January 2025, as described in note 28.

The Onex Partners Opportunities Fund is a shorter duration fund which focuses on upper-middle-market investing in companies headquartered, organized, having principal executive offices or primarily operating in North America or Europe. The remaining commitments for Onex Partners Opportunities are primarily for the funding of future Onex-sponsored investments.

The remaining commitment for Onex Partners III is for future funding of partnership expenses. Up to $38 of the remaining Onex Partners IV commitment is available for possible follow-on investments in a remaining business. Uncalled commitments from Onex Partners IV can also be used for future funding of partnership expenses. The remaining commitment for Onex Partners V is for possible follow-on investments and future funding of partnership expenses.

Onex management has committed, as a group, to invest a minimum percentage in each of the Onex Partners Funds. The minimum commitment to Onex Partners Opportunities from Onex management is 2%, which may be adjusted annually to a maximum of 10%. At December 31, 2024, Onex management and directors have committed 6% to Onex Partners Opportunities for new investments completed in 2025. During 2024, Onex management and its directors invested $28 in the Onex Partners Funds, including bridge financing, where applicable (2023 – $7). The investments held by the Onex management team and directors, at fair value, in the Onex Partners Funds totalled $452 at December 31, 2024 (December 31, 2023 – $622).

### d) Commitments to ONCAP Funds

ONCAP III, ONCAP IV and ONCAP V (collectively, the "ONCAP Funds") were established to provide committed capital for acquisitions of small and medium-sized businesses. Onex controls the General Partner and Manager of the ONCAP Funds. The following table provides information concerning Onex' commitments to the ONCAP Funds:

| | Final Close Date | Total Onex Commitments | Onex Commitments Invested[i] | Remaining Onex Commitments[ii] |
|---|---|---|---|---|
| ONCAP III | September 2011 | C$ 252 | C$ 203 | C$ 8 |
| ONCAP IV | November 2016 | $ 480 | $ 443 | $ 15 |
| ONCAP V[iii] | n/a | $ 250 | $ 165 | $ 82 |

(i)   Amounts include capitalized acquisition costs and bridge financing, where applicable.

(ii)  Onex' remaining commitments are calculated based on the assumption that all remaining limited partners' commitments are invested.

(iii) Fundraising for ONCAP V is ongoing and Onex' investment in the fund and remaining commitments to the fund will decrease and increase, respectively, as additional capital is raised by the fund in the future.

ONCAP V invests in operating companies organized, headquartered, having principal executive offices or significantly operating in, or deriving significant revenue from, the United States or Canada. ONCAP V will not invest more than 20% of aggregate commitments in any single operating company and its affiliates. The remaining commitment for ONCAP V is primarily for the funding of future ONCAP-sponsored investments.

The remaining commitments for ONCAP III and ONCAP IV are for possible follow-on investments in remaining businesses and future funding of partnership expenses.

ONCAP management has committed, as a group, to invest a minimum percentage in each of the ONCAP Funds. The minimum commitment to ONCAP V from ONCAP management is 2%. The commitment from management of Onex and ONCAP and directors may be increased to a maximum of 10% of ONCAP V. At December 31, 2024, management of Onex and ONCAP and directors have committed 8% to ONCAP V for new investments completed in 2025. During 2024, Onex management and its directors invested $13 (2023 – $58 in the ONCAP Funds). The investments in the ONCAP Funds held by the Onex management team and directors, at fair value, totalled $162 at December 31, 2024 (December 31, 2023 – $155).

### e) Carried interest participation

The General Partners of the Onex Partners and ONCAP Funds are entitled to a carried interest of 20% on the realized net gains of the limited partners in each fund, subject to an 8% compound annual preferred return to those limited partners on all amounts contributed in each individual fund. Onex is entitled to 40% of the carried interest realized in the Onex Partners and ONCAP Funds. Onex and Onex Partners management are allocated 60% of the carried interest realized in the Onex Partners Funds. For Onex Partners V, Onex Partners Opportunities and certain direct and co-investments, Onex Partners management is also entitled to a carried interest of 12% of the realized gains from Onex' capital, subject to an 8% compound annual preferred return to Onex on amounts contributed to the fund or invested directly by Onex. ONCAP management is allocated 60% of the carried interest realized in the ONCAP Funds and an equivalent carried interest on Onex' capital. If ONCAP IV investors achieve a return of two times their aggregate capital contributions, carried interest participation increases from 20% to 25% of the realized net gains. Under the terms of the partnership agreements, the General Partners may receive carried interest as realizations occur. The ultimate amount of carried interest earned will be based on the overall performance of each fund, independently, and includes typical catch-up and clawback provisions within each fund, but not between funds.

Carried interest received from Onex Partners I, Onex Partners II, Onex Partners III, Onex Partners IV and Onex Partners V has fully vested for Onex management. Carried interest received from Onex Partners Opportunities for management will substantially vest equally over three years from the first capital call of the fund. Carried interest received from ONCAP II, ONCAP III and ONCAP IV has fully vested for ONCAP management. Carried interest received from ONCAP V for management will vest equally over five years from July 2023.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

During the year ended December 31, 2024, management's share of carried interest from realizations in Onex Partners and ONCAP was $46 (2023 – $35). Management has the potential to receive $608 of carried interest on businesses in the Onex Partners Funds, ONCAP Funds and the continuation Funds that invest in Ryan, LLC and Wyse, based on their fair values as determined at December 31, 2024 (December 31, 2023 – $580, based on their fair values as determined at December 31, 2023).

The General Partners of the Onex Credit strategies are entitled to a carried interest of up to 20% on the realized net gains of the limited partners in certain private credit funds, provided the limited partners have achieved a minimum preferred rate of return on their investment. Onex receives 40% of the carried interest realized from Credit strategies, while the Onex Credit management team is allocated the remaining 60%.

During the year ended December 31, 2024, management's share of carried interest from realizations in the Credit strategies managed by Onex was $3 (2023 – $25, including carried interest received from the Falcon Funds). Management has the potential to receive $37 of carried interest from Credit strategies managed by Onex based on their fair values as determined at December 31, 2024 (December 31, 2023 – $110, based on fair values as determined by December 31, 2023, including unrealized carried interest from the Falcon Funds).

### f) Management Investment Plan

For all investments completed prior to 2020 and excluding all Onex Partners V investments, the MIP required Onex management team members to invest in each of the operating businesses acquired or invested in by Onex. In addition to this required investment, management was allocated 12% of Onex' realized gain from an operating business investment, subject to certain conditions. In particular, Onex must realize the full return of its investment plus a net 15% internal rate of return from the investment in order for management to be allocated the additional gain on Onex' investment.

Realizations under the program during 2024 were $6 (2023 – $64) and were settled by certain Investment Holding Companies, which are accounted for as corporate investments at fair value through net earnings (loss), as described in note 1.

### g) Stock Option Plan

Onex has a Stock Option Plan that provides for options and/or share appreciation rights to be granted to Onex directors, officers and employees for the acquisition of SVS of Onex, as more fully described in note 16(e).

### h) Management Deferred Share Unit Plan

Onex has a Management Deferred Share Unit Plan, which enabled the Onex management team to apply all or a portion of their annual compensation earned to acquire DSUs based on the market value of Onex shares at the time, in lieu of cash, as more fully described in note 1.

### i) Director Deferred Share Unit Plan

Onex has a Director Deferred Share Unit Plan, which entitles Onex directors to apply directors' fees earned to acquire DSUs based on the market value of Onex shares at the time, as more fully described in note 1.

### j) Performance Share Unit Plan

Onex has a Performance Share Unit Plan, which entitles the holder to receive, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the vesting date, as more fully described in note 1.

### k) Restricted Share Unit Plan

Onex has a Restricted Share Unit Plan, which entitles Onex employees to receive, upon redemption, a cash payment equivalent to the market value of an Onex SVS at the vesting date, as more fully described in note 1.

### l) OCLP I

Onex Credit Lending Partners ("OCLP I") provides committed capital for investments in senior secured loans and other loan investments in middle-market, upper middle-market and large private equity sponsor-owned portfolio companies and, selectively, other corporate borrowers. Onex controls the General Partner and Manager of OCLP I and as at December 31, 2024, Onex had invested $79 of its $100 commitment in OCLP I. Onex did not invest in OCLP I during 2024 (2023 – Onex invested $5 in OCLP I). As at December 31, 2024, the Onex management team had invested $63 of its $80 commitment in OCLP I, of which none was invested during 2024 (2023 – $3). The investment period for OCLP I has expired and the remaining uncalled commitments to the fund will be used for future fund expenses and to settle existing liabilities of the fund.

### m) Onex Structured Credit Opportunities Fund

The Onex Structured Credit Opportunities Fund ("OSCO") invests primarily in U.S. and European collateralized loan obligations. Onex controls the General Partner and Manager of OSCO and as at December 31, 2024, Onex had invested all of its aggregate $50 commitment to OSCO and a separately managed account which follows a similar strategy to OSCO, of which $4 was invested during 2024 (2023 – $1). As at December 31, 2024, the Onex management team had also invested all of its $49 commitment in OSCO, of which $5 was invested during 2024 (2023 – $1).

### n) Onex Capital Solutions Fund

The Onex Capital Solutions Fund ("OCS") invests primarily in loans, bonds, trade claims and credit default swaps, among other assets. Onex controls the General Partner and Manager of OCS and as at December 31, 2024, Onex had invested all of its aggregate $200 commitment to OCS, of which $39 was invested during 2024 (2023 – $27). As at December 31, 2024, the Onex management team had also invested all of its $34 commitment in OCS, of which $7 was invested during 2024 (2023 – $13).

### o) Falcon Fund VII

Falcon Fund VII is a fund managed by Falcon Investments, which makes junior capital investments in the U.S. lower middle market and primarily invests in subordinated debt or second-lien debt with warrants, payment-in-kind preferred stock with warrants and non-control common equity in conjunction with subordinated debt or preferred stock. Onex holds a 20% interest in the Manager of Falcon Fund VII, as described in note 9. As of December 31, 2024, Onex had invested $26 of its aggregate $40 commitment to Falcon Fund VII, all of which was invested during 2024. The investment period for Falcon Fund VII is set to expire in January 2028.

### p) Subscription financing to Credit Funds

Onex has committed to provide up to $150 of subscription financing to certain Credit Funds. As of December 31, 2024, $9 was drawn from these subscription facilities (2023 – nil).

### q) Management and directors' investment in Onex Credit

The Onex management team and directors may invest in strategies and funds managed by Onex Credit. During 2024, the Onex management team and directors invested $16 (2023 – $20) in funds managed by Onex Credit. At December 31, 2024, investments at fair value held by the Onex management team and directors in strategies and funds managed by Onex Credit, excluding investments held in separately managed accounts, totalled $276 (December 31, 2023 – $469), which included investments held in OCLP I, OSCO and OCS, and Onex Senior Credit Funds I and II.

### r) Management and directors' investment in other investments

Members of management and the Board of Directors of Onex can invest limited amounts in partnership with Onex in all acquisitions outside the Onex Partners and ONCAP Funds, including co-investment opportunities, at the same time and cost as Onex and other outside investors. During 2024, a total of $1 (2023 – $30) in investments was made by the Onex management team and directors in Incline Aviation Fund II (2023 – investments made primarily in the continuation fund that invests in Ryan, LLC).

### s) Remuneration to key management

Remuneration to key management includes amounts recognized in the consolidated statements of comprehensive earnings as compensation and stock-based compensation expenses. Stock-based compensation associated with Onex stock options, PSUs and RSUs is included in the table below based on the cash ultimately paid to key management or the value of SVS issued to key management for options exercised for SVS, while DSUs issued to Onex directors are included at the grant date fair value. Payments received by key management from investment holding companies related to management incentive programs, including their carried interest participation and the MIP, are excluded, and are described in notes 26(e) and 26(f), respectively. Aggregate payments to the Company's key management were as follows:

| Year ended December 31 | 2024 | 2023 |
|---|---|---|
| Short-term employee benefits and costs | $ 14 | $ 15 |
| Share-based payments[i] | 22 | 16 |
| Total | $ 36 | $ 31 |

(i)   Share-based payments include $16 (2023 – $13) paid on the exercise of Onex stock options (note 16).

### t) Related-party revenues and receivables

Onex receives management fees on limited partners' and clients' capital within the Onex private equity funds and private credit strategies, and advisory fees directly from certain operating businesses. Onex also receives carried interest and performance fees from certain Credit strategies and recovers certain deal investigation, research and other expenses from the Onex private equity funds, private credit strategies and private equity portfolio companies. Onex indirectly controls the Onex private equity funds and private credit strategies, and therefore the management fees, performance fees and carried interest earned from these sources represent related-party transactions. Furthermore, Onex indirectly controls, jointly controls or has significant influence over certain operating businesses held by the Onex private equity funds and, as such, advisory fees from these operating businesses represent related-party transactions.

Onex Credit acts as an investment fund manager, portfolio manager and/or exempt market dealer for its pooled funds. In the case of those pooled funds that are organized as trusts, Onex Credit acts as a trustee, while for pooled funds organized as limited partnerships, Onex Credit or an affiliate of Onex Credit acts as the General Partner. As such, the Onex Credit pooled funds are related parties of the Company.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

During 2024, the Company recognized $200 (2023 – $248) of management and advisory fees from related parties, $38 (2023 – $43) of revenue from the reimbursement of expenses from related parties, and $6 (2023 – $13) of performance fees and carried interest from related parties, as outlined in note 17.

At December 31, 2024, consolidated receivables from related parties totalled $536 (2023 – $673). Refer to note 4 for further details concerning Onex' consolidated receivables, which include $3 (2023 – $10) of other receivables from third parties.

### u) Repurchase of shares

In August 2024, Onex repurchased 1,000,000 of its SVS that were held indirectly by Mr. Gerald W. Schwartz in a private transaction. The shares were repurchased at a cost of $66.06 (C$90.60) per SVS, or a total cost of $66 (C$91), which represented a discount to the trading price of Onex shares on the date of the transaction.

In December 2024, Onex repurchased 255,279 of its SVS that were held indirectly by Mr. Gerald W. Schwartz, as part of the Substantial Issuer Bid, as described in note 16. The shares were repurchased at a cost of $81.28 (C$117.00) per SVS, or a total cost of $21 (C$30).

During 2023, Onex repurchased 1,000,000 of its SVS that were held indirectly by Mr. Gerald W. Schwartz. The shares were repurchased at a cost of $59.59 (C$80.76) per SVS, or a total cost of $59 (C$81), which represented a discount to the trading price of Onex shares on the date of the transaction.

### v) Services received from operating companies

During the years ended December 31, 2024 and 2023, Onex received services from certain operating companies, the value of which was not significant.

### 27. CONTINGENT CONSIDERATION

Contingent consideration of $15 was recorded as a liability in Onex' consolidated balance sheet at December 31, 2023, which represented the fair value of contingent consideration owed by Onex in connection with the acquisition of Falcon Investment Advisors in December 2020. During 2024, all contingent consideration entitlements were waived as a result of the transfer of Onex Falcon, as described in note 9.

### 28. SUBSEQUENT EVENT

In January 2025, the Onex Partners Opportunities Fund completed its final close, reaching aggregate commitments of approximately $1,200, including affiliated vehicles and Onex' commitment of $400. In February 2025, Onex received distributions totalling $16 from the Onex Partners Opportunities Fund representing a partial return of capital for the investments made by Onex in connection with the acquisitions of Farsound and Fischbach, and which also includes proceeds from the syndication of a co-investment in Fischbach.

### 29. INFORMATION BY REPORTABLE SEGMENT

The Company has two reportable segments:
- **Investing**, which comprises the activity of investing Onex' capital; and
- **Asset management**, which comprises the asset management activities provided by Onex to support its private equity and Credit strategies, as well as Onex' corporate functions.

Onex' segmented results include unrealized carried interest from third-party limited partners in the Credit strategies, which is recognized based on the fair values of the underlying investments and the unrealized net gain (loss) in each respective strategy, in accordance with the limited partnership agreements, and net of allocations to management. In Onex' consolidated financial statements, carried interest from the Credit strategies is recognized as revenue to the extent it is highly probable it will not reverse, which typically occurs when the investments held by a given strategy are substantially realized, toward the end of the fund's term, as described in note 1.

Onex' segmented results also include unrealized performance fees associated with the management of certain Credit strategies, which are based on the funds' performance during the periods presented by applying an agreed-upon formula to the growth in the net asset value of clients' assets under management. In Onex' consolidated statements of comprehensive earnings, performance fees are recognized as revenue to the extent the fees are highly probable to not reverse, which is typically at the end of each performance period, as described in note 1.

Onex' segmented results exclude revenues and expenses associated with recoverable expenses from the Onex Partners, ONCAP and private credit strategies, and the operating businesses of Onex Partners and ONCAP. Onex management excludes these amounts when assessing Onex' performance given the nature of these expenses, which are recoverable at cost.

| | Year Ended December 31, 2024 | | | Year Ended December 31, 2023 | | |
|---|---|---|---|---|---|---|
| | Investing | Asset Management | Total | Investing | Asset Management | Total |
| Net gain on corporate investments[i] | $ 326 | $ 31 | $ 357 | $ 801 | $ 4 | $ 805 |
| Management and advisory fees | – | 200 | 200 | – | 252 | 252 |
| Performance fees and carried interest from Credit[ii] | – | 19 | 19 | – | 25 | 25 |
| Interest and net treasury investment income | 18 | – | 18 | 14 | – | 14 |
| Other income | – | 2 | 2 | – | 2 | 2 |
| Total segment income | 344 | 252 | 596 | 815 | 283 | 1,098 |
| | | | | | | |
| Compensation | – | (178) | (178) | – | (214) | (214) |
| Amortization of right-of-use assets | – | (9) | (9) | – | (11) | (11) |
| Other expense | – | (44) | (44) | – | (56) | (56) |
| Segment net earnings | $ 344 | $ 21 | $ 365 | $ 815 | $ 2 | $ 817 |
| | | | | | | |
| Stock-based compensation expense | | | (36) | | | (75) |
| Amortization of property, equipment and intangible assets, excluding right-of-use assets | | | (15) | | | (24) |
| Restructuring expenses, net | | | (21) | | | (46) |
| Carried interest from Falcon Funds previously recognized in segment net earnings | | | 25 | | | – |
| Unrealized carried interest included in segment net earnings – Credit[i][ii] | | | (10) | | | (17) |
| Unrealized performance fees included in segment net earnings | | | (3) | | | – |
| Impairment of goodwill, intangible assets and property and equipment | | | – | | | (162) |
| Contingent consideration recovery | | | – | | | 42 |
| Integration expenses | | | – | | | (4) |
| Other | | | – | | | 1 |
| Earnings before income taxes | | | $ 305 | | | $ 532 |
| Provision for income taxes | | | (2) | | | (3) |
| Net earnings | | | $ 303 | | | $ 529 |

(i)  The investing segment includes $3 of interest expense attributable to intercompany loans payable to Investment Holding Companies during 2024, which is included in other expenses in the consolidated statements of comprehensive earnings. The asset management segment includes an increase in carried interest of $4 (2023 – $5) that Onex is entitled to from the Falcon Funds.

(ii)  The asset management segment includes an increase in unrealized carried interest of $10 (2023 – $12) from third-party limited partners in the Credit strategies.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Segmented assets included the following:

| | As at December 31, 2024 | | | As at December 31, 2023 | | |
|---|---|---|---|---|---|---|
| | Investing | Asset Management | Total | Investing | Asset Management | Total |
| Cash and cash equivalents | $ 840 | $ 89[i] | $ 929 | $ 142 | $ 123[i] | $ 265 |
| Treasury investments | 83 | – | 83 | – | – | – |
| Management and advisory fees, recoverable fund expenses and other receivables | 464[ii] | 75 | 539 | 615[ii] | 68 | 683 |
| Corporate investments | 6,864 | – | 6,864 | 7,647 | – | 7,647 |
| Unrealized carried interest – Credit[iii] | 22 | – | 22 | 29 | – | 29 |
| Other assets | – | 150 | 150 | – | 128 | 128 |
| Property and equipment | – | 91 | 91 | – | 119 | 119 |
| Intangible assets | – | 11 | 11 | – | 34 | 34 |
| Goodwill | – | 142 | 142 | – | 149 | 149 |
| Total segment assets | $ 8,273 | $ 558 | $ 8,831 | $ 8,433 | $ 621 | $ 9,054 |
| | | | | | | |
| Net intercompany loans receivable, comprising part of the fair value of Investment Holding Companies | | | 5,155 | | | 3,874 |
| Unrealized carried interest included in segment assets – Credit | | | (22) | | | (29) |
| Total assets | | | $ 13,964 | | | $ 12,899 |

(i)  Cash and cash equivalents allocated to the asset management segment relate to accrued employee incentive compensation. At December 31, 2023, cash and cash equivalents allocated to the asset management segment also included contingent consideration payable related to the 2020 acquisition of Onex Falcon.

(ii)  Includes management fees and recoverable fund expenses receivable from certain funds which Onex has elected to defer cash receipt from.

(iii)  At December 31, 2023, unrealized carried interest from Credit included carried interest from the Falcon Funds. At December 31, 2024, unrealized carried interest from the Falcon Funds is included within corporate investments as a result of the transfer of Onex Falcon, as described in note 9.

## Geographic Segments

| | As at December 31, 2024 | | | | As at December 31, 2023 | | | |
|---|---|---|---|---|---|---|---|---|
| | Canada | United States | United Kingdom | Total | Canada | United States | United Kingdom | Total |
| Year-to-date revenues[i] | $ 43 | $ 201 | $ – | $ 244 | $ 62 | $ 246 | $ – | $ 308 |
| Property and equipment | $ 57 | $ 27 | $ 7 | $ 91 | $ 74 | $ 35 | $ 10 | $ 119 |
| Intangible assets | $ – | $ 11 | $ – | $ 11 | $ – | $ 34 | $ – | $ 34 |
| Goodwill | $ – | $ 142 | $ – | $ 142 | $ – | $ 149 | $ – | $ 149 |

(i)  Revenues attributed to geographic areas are based on the location of the asset management entities.

# SHAREHOLDER INFORMATION

### Year-End Closing Share Price

As at December 31

| (in Canadian dollars) | 2024 | 2023 | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|
| Toronto Stock Exchange | $ 112.28 | $ 92.53 | $ 65.29 | $ 99.28 | $ 73.06 |

### Shares
The Subordinate Voting Shares of the Company are listed and traded on the Toronto Stock Exchange.

### Share Symbol
ONEX

### Dividends
Dividends on the Subordinate Voting Shares are payable quarterly on or about January 31, April 30, July 31 and October 31 of each year. At December 31, 2024, the indicated dividend rate for each Subordinate Voting Share was C$0.40 per annum. Registered shareholders can elect to receive dividend payments in U.S. dollars by submitting a completed currency election form to TSX Trust Company five business days before the record date of the dividend. Non-registered shareholders who wish to receive dividend payments in U.S. dollars should contact their broker to submit their currency election.

### Corporate Governance Policies
Onex' corporate governance policies are available on Onex' website.

### Registrar and Transfer Agent
TSX Trust Company
P.O. Box 700
Postal Station B
Montreal, Quebec  H3B 3K3
(416) 682-3860
or call toll-free throughout Canada and the United States
1-800-387-0825
www.tsxtrust.com
or shareholderinquiries@tmx.com

All questions concerning accounts, stock certificates or dividend cheques should be directed to the Registrar and Transfer Agent.

### Electronic Communications with Shareholders
We encourage individuals to receive Onex' shareholder communications electronically. You can submit your request online by visiting the TSX Trust Company website, www.tsxtrust.com, or contacting them at 1-800-387-0825.

### Shareholder Relations Contact
Requests for copies of this report, other annual reports, quarterly reports and other corporate communications should be directed to:
Shareholder Relations
Onex Corporation
161 Bay Street
P.O. Box 700
Toronto, Ontario  M5J 2S1
(416) 362-7711

### Website
www.onex.com

### Auditor
PricewaterhouseCoopers LLP
Chartered Professional Accountants

### Duplicate Communication
Registered holders of Onex Corporation shares may receive more than one copy of shareholder mailings. Every effort is made to avoid duplication, but when shares are registered under different names and/or addresses, multiple mailings result. Shareholders who receive but do not require more than one mailing for the same ownership are requested to write to the Registrar and Transfer Agent and arrangements will be made to combine the accounts for mailing purposes.

### Shares Held in Nominee Name
To ensure that shareholders whose shares are not held in their name receive all Company reports and releases on a timely basis, a direct mailing list is maintained by the Company. If you would like your name added to this list, please forward your request to Shareholder Relations at Onex.

### Annual Meeting of Shareholders
Onex Corporation's Annual Meeting of Shareholders will be held virtually on May 8, 2025 at 10:00 am (Eastern Daylight Time).

Typesetting by Moveable Inc.
www.moveable.com
Printed in Canada



# Exhibit 4



# Accelerating Shareholder Value

## Value creation strategy

Under the vision and leadership of CEO Bobby Le Blanc and our experienced management team, we are pursuing a strategy to drive growth in investing capital per share and our asset management platform. The strategy is informed by a disciplined capital allocation plan that includes organic and inorganic growth opportunities, and the return of capital through shareholder-friendly, value-added stock buybacks.

## Agile asset allocation

With 40 years of investing experience, we are able to navigate market cycles with agility, build strong partnerships and generate attractive risk-adjusted returns. Our entrepreneurial culture, sector specialization and strong corporate liquidity positions us to find unique opportunities on behalf of our investors and shareholders.

ONEX

# Scalable growth

We are leveraging an integrated approach and recent investments to expand growth opportunities for our business platforms. Our highly scalable Credit platform and growing asset management business has the potential to meaningfully increase shareholder value through growing fee-generating assets under management (FGAUM) and recurring, higher-margin fee-related earnings (FRE).

**TSX: ONEX**

## $91.17

3:17 pm GMT-5 on Apr 22, 2025 | Minimum 15 minutes delay

| | |
|---|---|
| 52 - Week High | $118.91 |
| 52 - Week Low | $85.36 |
| Volume | 168496 |
| Last Trade | $91.17 |
| Net Change | 3.11 |
| % Change | 3.53% |

# Upcoming Events

## Q1 2025 Earnings Call Webcast

May 9, 2025 at 11:00AM ET

**VIEW ALL EVENTS**

# By the Numbers

## $8.3B

### Investing capital

We have approximately $8 billion ($113.70/share or C$163.54/share) of capital invested across our private equity, credit and direct strategies

## $4.0B

**ONEX**

## Capital returned

We have returned $4 billion to shareholders since inception in the form of share buybacks and dividends

# $1.6B

## Corporate liquidity

Our strong liquidity provides the financial flexibility to pursue strategic objectives and opportunistic investing

"We are moving forward to reinvigorate growth and accelerate the value creation process. With over $8 billion of invested capital, a debt-free balance sheet and an entrepreneurial culture, we are well positioned to build value."

Bobby Le Blanc
Chief Executive Officer

## QUICK LINKS

### Latest Quarter End

View Financial Reporting →

### Investor Information

View Investor Information →

### Archived Governance Materials

View All Archived Materials →

Corporate Governance

view Corporate Governance →

# Latest News Releases

**NEWS RELEASE**

### Onex to Announce First Quarter 2025 Results on May 9, 2025

Learn more →

**NEWS RELEASE**



Onex Announces Renewal of Normal Course Issuer Bid

Learn more →

NEWS RELEASE

ONCAP Announces Final Close for ONCAP V; Momentum Continues to Build Across Onex Businesses

Learn more →



[ VIEW NEWS RELEASES ]

**WHY ONEX**

Meet Our Team

**PRIVATE EQUITY**

Onex Partners

ONCAP

Portfolio of Investments

**CREDIT**

About Credit

**WEALTH STRATEGIES**

Meet Our Team

Legal Statement

Related or Connected Issuers

**CONTACT US**

Our Offices

**SUSTAINABILITY**

Sustainability-Related Disclosures

**SHAREHOLDERS**

Corporate Governance

Subscribe for Alerts

**RESOURCES**

Policies

News Releases

Events and Presentations

**ONEX**

©ONEX Corporation, 2025. All rights reserved

Privacy Policy

Legal Notice

