# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** } | |
| } | **Master File No.: 2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** } | |
| **(MDL NO.: 2406)** } | This order relates to the Provider Track |
| } | |

## ORDER

This case is **SET** for a status conference at **9:30 a.m. on Thursday, May 29, 2025**, at the offices of **Crowell & Moring LLP, 455 N Cityfront Plaza Dr., Suite 3600, Chicago, IL 60611**. In person attendees are to notify the Special Master within a week before the status conference of their intent to attend in person, and will be asked to provide identification upon entering the building. Listen-only telephone attendance will be provided to registering virtual attendees. Virtual attendees are also to notify the Special Master within a week before the status conference of their intent to attend virtually. The court, via the Special Master, will provide telephone access instructions for those attending virtually.

On or before **Tuesday, May 27, 2024**, the parties **SHALL** submit a joint report containing a proposed agenda, including items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this May 1, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE