IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | Master File No. 2:13-CV-20000-RDP<br>This document relates to the Subscriber Track. |

### ORDER REGARDING OMI' REQUEST TO CONTINUE MAY 6, 2025 COMPLIANCE DEADLINE

This matter is before the court on OMI's[1] Motion for Clarification and Partial Reconsideration or Modification of Injunction Order, ECF 3309, and Request to Stay Fourteen-Day Compliance Deadline. (Doc. # 3315). The Motion (Doc. # 3315) is **GRANTED IN PART**, solely as to the request to stay the compliance deadline. The compliance deadline is **STAYED** pending the court's resolution of the merits of the remainder of OMI's Motion. Interested parties **SHALL** brief OMI's Motion as follows:[2]

1. Any response **SHALL** be filed within fourteen days of this Order;

2. Any reply **SHALL** be filed within seven days of a response to the Motion.

**DONE** and **ORDERED** this May 5, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

---

[1] Owens & Minor, Inc. and Owens & Minor Flexible Benefits Plan.

[2] Alternatively, the interested parties may meet and confer and suggest to the court an alternative briefing schedule.