FILED
2025 May-15 AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br><br>(MDL No. 2406) | Master File No. 2:13-cv-20000-RDP<br><br>This Document Relates to All Cases |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the address of Diane R. Hazel has changed as listed below

***Old Address:***
Foley & Lardner LLP
1400 16th Street, Suite 200
Denver, Colorado 80202

***New Address:***
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, Colorado 80202

Dated this 15th day of May, 2025.

*s/ Diane R. Hazel*
Diane R. Hazel (*pro hac vice*)
Attorneys for *Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield and as BlueAdvantage Administrators of Arkansas*
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, CO 80202
Telephone: 720-437-2034
Facsimile: 720-437-2200
Email: dhazel@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2025 a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed and served on all parties of record via CM/ECF.

*s/ Diane R. Hazel*
Diane R. Hazel