FILED
2025 May-19 AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br><br>MDL No. 2406 | Master File No. 2:13-CV-20000-RDP<br><br>This Document Relates to Provider Track Cases |

**MOTION OF WILLIAM T. BURKE**
**TO WITHDRAW AS COUNSEL**

Comes now William T. Burke to move this Honorable Court to withdraw as counsel for Polsinelli PC in the above-styled case. Mr. Burke's representation of Polsinelli PC in matters related to this case has concluded.

WHEREFORE, the undersigned respectfully moves this Court for an order confirming that the undersigned has withdrawn from the representation of Polsinelli PC in this civil action.

Respectfully submitted,

/s/ William T. Burke
William T. Burke
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5299
wburke@wc.com

**CERTFICIATE OF SERVICE**

I, William T. Burke, hereby certify that on this 19th day of May, 2025, I filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

Dated May 19, 2025

/s/ *William T. Burke*
William T. Burke