FILED

2025 May-27  PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# 1

| Examples of Alleged Duplicate Claims Paid by Anthem with Plan Money for Healthcare Provided by Host Blues' Network Providers Under the Blue Card Program | | |
|---|---|---|
| Medical Claim ID | Claim Line Number | State of Medical Service |
| 183248763**-0 | 2 | NC |
| 21254MF53**-0 | 1 | PA |
| 22271M128**-2 | 2 | IL |
| 18341ME24**-0 | 1 | FL |
| 19327MD82**-0 | 9 | TN |
| 180804840**-0 | 2 | NC |
| 173654854**-0 | 6 | PA |
| 212724880**-0 | 2 | ME |
| 21274MF11**-0 | 2 | MA |
| 180930806**-2 | 9 | MA |