FILED
2025 May-27  PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **BLUE CROSS BLUE SHIELD** | ) | **MASTER CASE NO.** |
| **ANTITRUST LITIGATION** | ) | **2:13-cv-20000-RDP** |
| | ) | |
| **(MDL NO. 2406)** | ) | **This Document Relates to** |
| | ) | **Provider Track Cases** |
| | ) | |

**MOTION OF CRAIG A. ALEXANDER
TO WITHDRAW AS COUNSEL FOR POLSINELLI, P.C.**

Craig A. Alexander moves this Honorable Court to enter an order permitting his withdrawal as counsel for Polsinelli, P.C. in this civil action. Movant's representation of Polsinelli P.C. has concluded. Also, this Court previously has granted the motions to withdraw of Robert Cary (Doc. 3318) and William Burke (3319), both of whom also served as counsel for Polsinelli, P.C. in this civil action, by an order entered on May 19, 2025 (Doc. 3320).

WHEREFORE, Craig A. Alexander submits that this motion to withdraw is due to be granted.

Dated:  May 27, 2025

Respectfully submitted,

/s/ *Craig A. Alexander*

Craig A. Alexander
Suite 1300, 2001 Park Place North
Birmingham, AL  35203
(205) 572-4920
calexander@rumberger.com

1

2

## <u>CERTIFICATE OF SERVICE</u>

I, Craig A. Alexander, hereby certify that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 27th day of May 2025.

/s/ *Craig A. Alexander*
Craig A. Alexander

2