FILED

2025 May-28  PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** <br> **BLUE CROSS BLUE SHIELD** <br> **ANTITRUST LITIGATION** <br> **(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This Document Relates to** <br> **Provider Track Cases** |

### ORDER GRANTING THE PROVIDER PLAINTIFFS' MOTION TO MODIFY THE ROLE OF THE SETTLEMENT ADMINISTRATOR

This matter is before the Court on the Provider Plaintiffs' Motion to Expand the Role of the Settlement Administrator (Doc. # 3324). After careful consideration, the Motion (Doc. # 3324) is **GRANTED**. It is further **ORDERED** AS follows:

1.  In the event of a dispute relating to the Plan of Distribution (other than disputes committed to the Monitoring Committee under the Settlement Agreement (Doc. # 3192-2)), including but not limited to disputes about the validity of exclusion requests, the Settlement Administrator, Edgar C. Gentle, III, will establish procedures for taking evidence, receiving briefing, hearing argument, or any other measure he deems appropriate. After following such procedures and consulting with and receiving input from Provider Co-Lead Counsel, the Settlement Administrator will present a report and recommendation to the court.

2.  Paragraph 25 of the Plan of Distribution (Doc. # 3207-1) is **REVISED** as follows: If multiple claims are submitted for the same NPI or TIN for the same time period, the Settlement Administrator will contact the claimants to see if they will agree to adjust their claims so that only one NPI or TIN is subject to a claim for any given

time period. If there is no such agreement, the Settlement Administrator **SHALL** present a report and recommendation to the court about the dispute.

3. Pursuant to his duties under Paragraph 1(eeee) of the Settlement Agreement, the Settlement Administrator may consult with experts and vendors needed to carry out this process, obtain necessary databases and algorithms, and develop budgets for experts and vendors and carrying out one or more RFPs, to obtain the best administrative value for the Settlement at an optimal cost.

4. For actions taken as an adjunct of the court and within the scope of his duties, the Settlement Administrator **SHALL** have judicial immunity to the fullest extent under the law.

**DONE** and **ORDERED** this May 28, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE