Case 2:13-cv-20000-RDP    Document 3333    Filed 06/24/25    Page 1 of 3
USCA11 Case: 25-10177    Document: 28    Date Filed: 06/24/2025    Page: 1 of 3

FILED
2025 Jun-24  PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 24, 2025

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 25-10177-HH
Case Style: R. Cowan, et al v. Defendants' Counsel, et al
District Court Docket No: 2:13-cv-20000-RDP
Secondary Case Number: 2:12-cv-4180-RDP

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 05/29/2025.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Order of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:   404-335-6100      Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135      Capital Cases:               404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-10177-HH

_____

In Re: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION MDL 2406

_____

PLAINTIFFS' COUNSEL, et al.,

                                                                   Plaintiffs,

R. CHRISTOPHER COWAN,
JAMES MCDONOUGH,
JUDY SHERIDAN,
CONSTANCE DUMMER,
TYLER J. BARNETT,
BRETT WATTS,

                                                    Plaintiffs - Appellants,

versus

DEFENDANTS' COUNSEL,
ANTHEM, INC.,
EXCELLUS HEALTH PLAN, INC.,
d.b.a. Excellus BlueCrossBlueShield,
PREMERA BLUE CROSS,
BLUE CROSS BLUE SHIELD OF ARIZONA, et al.,

                                                      Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Pursuant to the 11th Cir. R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Tyler J. Barnett, R. Christopher Cowan, Constance Dummer,

James McDonough, Judy Sheridan and Brett Watts has failed to file an appellant's brief within the time fixed by the rules, effective June 24, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION