IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br>(MDL NO. 2406) | Master File No. 2:13-CV-20000-RDP<br><br>This Document Relates to<br>Provider Track Cases |

**PROVIDER PLAINTIFFS' NOTICE OF UPDATES REGARDING FINAL APPROVAL**

Please take notice of the following items relating to final approval of the Provider Plaintiffs' settlement:

### I.     Updated Fees and Expenses

When the Provider Plaintiffs moved for an award of fees and expenses on February 2, 2025, they reported that Provider Plaintiffs' counsel had spent more than 373,000 hours litigating this case, amounting to more than $227 million of lodestar. Doc. No. 3258-1 at 12. They also reported that they had incurred more than $97.2 million in Shared Costs and $2.1 million in Held Costs. *Id.* at 27. In addition, they stated, "Because Provider Plaintiffs will continue to incur expenses until the Final Fairness Hearing, they propose that they submit a final figure for the Court's approval one week before the Final Fairness Hearing. Provider Plaintiffs expect that the total will be less than $103 million." *Id.* at 27.

As of June 30, 2025, they have now spent more than 386,000 hours litigating this case, amounting to more than $237 million of lodestar. Exhibit A (Co-Lead Counsel Declaration) ¶ 3; Exhibit B (Local Facilitating Counsel Declaration) ¶ 2. That difference reduces the lodestar multiplier for their requested fee award from 2.89 to 2.77. Exhibit A, ¶ 3. They have incurred $99,934,671.68 in Shared Costs, Exhibit C (Updated Declaration of Special Master) at 3. The increased Shared Costs primarily relate to expert analysis that was essential in giving Class

Members information they needed to decide whether to remain in the Settlement. The Provider Plaintiffs request an award equal to their Held Costs as of September 30, 2024, which was $2,124,806.81. *Id.* Ex. B. The Provider Plaintiffs are not seeking any additional reimbursement related to their additional lodestar and Held Costs accrued since September 30, 2024, which total approximately $10.5 million. Exhibit A, ¶ 5. Therefore, the Provider Plaintiffs request that the Court award expenses of $99,934,671.68 in Shared Costs and $2,124,806.81 in Held Costs, for a total of $102,059,478.49.

## II. Settlement Administration

Since filing the motion for final approval, Provider Co-Lead Counsel have continued to coordinate with the Settlement Administrator and the Settlement Notice Administrator on tasks relating to class notice and claims administration. A declaration from the Settlement Notice Administrator about these tasks is attached as Exhibit D.

## III. Facially Valid Opt-Out List

Provider Co-Lead Counsel have worked with the Settlement Notice Administrator to produce a list of facially valid opt-out requests. As explained in Paragraphs 27 and 29 of the Provider Co-Lead Counsel's declaration in support of final approval, Doc. No. 3313-2, and Paragraph 6 of their declaration filed with this notice as Exhibit A, inclusion on this list does not necessarily mean that the opt-out request is valid; it means only that the request appears to comply with the requirements of the Preliminary Approval Order and the Notice Plan. The list of facially valid opt-outs is attached as Exhibit E.

Respectfully submitted the 22nd day of July, 2025.

| | |
|---|---|
| /s/ Edith M. Kallas | /s/ Joe R. Whatley, Jr. |
| Edith M. Kallas – **Co-Lead Counsel** | Joe R. Whatley, Jr. – **Co-Lead Counsel** |
| WHATLEY KALLAS, LLP | W. Tucker Brown |
| 152 West 57th Street | WHATLEY KALLAS, LLP |
| 41st Floor | 2001 Park Place North |
| New York, NY 10019 | 1000 Park Place Tower |
| Tel: (212) 447-7060 | Birmingham, AL 35203 |
| Fax: (800) 922-4851 | Tel: (205) 488-1200 |
| Email: ekallas@whatleykallas.com | Fax: (800) 922-4851 |
| | Email: jwhatley@whatleykallas.com |
| | tbrown@whatleykallas.com |
| | |
| Patrick J. Sheehan | Henry C. Quillen |
| WHATLEY KALLAS, LLP | WHATLEY KALLAS, LLP |
| 101 Federal Street | 159 Middle Street |
| 19th Floor | Suite 2C |
| Boston, MA 10019 | Portsmouth, NH 03801 |
| Tel: (617) 573-5118 | Tel: (603) 294-1591 |
| Fax: (617) 371-2950 | Fax: (800) 922-4851 |
| Email: psheehan@whatleykallas.com | Email: hquillen@whatleykallas.com |
| | |
| Barry Alan Ragsdale – **Plaintiffs' Liaison Counsel and Discovery Liaison Counsel** | Deborah J. Winegard |
| Dominick Feld Hyde, PC | WHATLEY KALLAS, LLP |
| 1130 22nd Street South Ridge Park | 1068 Virginia Avenue, NE |
| Suite 4000 | Atlanta, GA 30306 |
| Birmingham, AL 35205 | Tel: (404) 607-8222 |
| Tel: (205) 536-8888 | Fax: (404) 607-8451 |
| bragsdale@dfhlaw.com | Email: dwinegard@whatleykallas.com |
| | |
| Charles Clinton Hunter | E. Kirk Wood, Jr. – **Local Facilitating Counsel** |
| HAYES HUNTER PC | WOOD LAW FIRM LLC |
| 4265 San Felipe, Suite 1000 | P. O. Box 382434 |
| Houston, TX 77027 | Birmingham, AL 35238 |
| Tel: (281) 768-4731 | Tel: (205) 612-0243 |
| Fax: (713) 583-7047 | Fax: (205) 705-1223 |
| Email: chunter@hayeshunterlaw.com | Email: kirk@woodlawfirmllc.com |
| | |
| Dennis Pantazis – **Plaintiffs' Steering Committee** | Aaron S. Podhurst – **Plaintiffs' Steering Committee** |
| Brian Clark – **Discovery Committee** | Peter Prieto – **Chair, Expert Committee** |
| WIGGINS CHILDS PANTAZIS FISHER GOLDFARB | PODHURST ORSECK, P.A. |
| | One S.E. 3rd Avenue |

The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel: (205) 314-0500
Fax: (205) 254-1500
Email: dgp@wigginschilds.com
      bclark@wigginschilds.com

Dennis C. Reich – ***Chair, Damages Committee***
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
Email: dreich@reichandbinstock.com

Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
Email: apodhurst@podhurst.com
       pprieto@podhurst.com

U.W. Clemon – ***Plaintiffs' Steering Committee***
U. W. Clemon, LLC
5202 Mountain Ridge Parkway
Birmingham, AL 35222
Tel: (205) 837-2898
Email: uwclemon1@gmail.com

Nicholas B. Roth – ***Chair, Discovery Committee***
Julia Smeds Roth – ***Discovery Committee***
EYSTER KEY TUBB ROTH MIDDLETON & ADAMS, LLP
402 East Moulton Street, SE
Decatur, AL 35602
Tel: (256) 353-6761
Fax: (256) 353-6767
Email: nbroth@eysterkeylaw.com
      jroth@eysterkeylaw.com

J. Mark White – ***Litigation Committee***
Augusta S. Dowd – ***Chair, Litigation Committee***
Linda G. Flippo – ***Discovery Committee***
WHITE ARNOLD & DOWD, P.C.
2001 Park Place North
Suite 1400
Birmingham, AL  35203
Tel: (205) 323-1888
Fax: (205) 323-8907
Email: mwhite@whitearnolddowd.com
       adowd@whitearnolddowd.com
       lflippo@whitearnolddowd.com

David A. Balto – ***Expert Committee***
THE LAW OFFICES OF DAVID A. BALTO
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 789-5424
Fax: (202) 589-1819
Email: david.balto@dcantitrustlaw.com

Van Bunch – ***Chair, Class Certification Committee***
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
Email: vbunch@bffb.com

Joey K. James – ***Litigation Committee***
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel: (256) 764-0095
Fax: (256) 767-5705
Email: joey@joeyjameslaw.com

Richard S. Frankowski – ***Discovery Committee***
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, AL 35233
Tel: (205) 390-0399
Fax: (205) 390-1001
Email: richard@frankowskifirm.com

John C. Davis – ***Written Submissions Committee***
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel: (850) 222-4770
Email: john@johndavislaw.net

Mark K. Gray – ***Discovery Committee***
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel: (502) 805-1800
Fax: (502) 618-4059
Email: mgray@grayandwhitelaw.com

Stephen M. Hansen – ***Class Certification Committee***
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel: (253) 302-5955
Fax: (253) 301-1147
Email: steve@stephenmhansenlaw.com

Robert J. Axelrod – ***Chair, Written Submissions Committee***
AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
Tel: (646) 448-5263
Fax: (212) 840-8560
Email: raxelrod39@gmail.com

W. Daniel Miles, III – ***Written Submissions Committee***
BEASLEY ALLEN CROW METHVIN PORTIS
 & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: (800) 898-2034
Fax: (334) 954-7555
Email: dee.miles@beasleyallen.com

Michael C. Dodge – ***Expert Committee***
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel: (972) 419-7172
Email: mdodge@gpm-law.com

Michael E. Gurley, Jr. – ***Discovery Committee***
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel: (205) 908-6512
Email: mgurleyjr@yahoo.com

Lynn W. Jinks, III – ***Expert Committee***
Christina D. Crow – ***Discovery Committee***
JINKS CROW, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel: (334) 738-4225
Fax: (334) 738-4229
Email: ljinks@jinkslaw.com
          ccrow@jinkslaw.com

Harley S. Tropin – ***Damages Committee***
Javier A. Lopez – ***Discovery Committee***
KOZYAK TROPIN &
 THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: hst@kttlaw.com
           jal@kttlaw.com

C. Wes Pittman – ***Settlement Committee***
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue
Panama City, FL 32401
Tel: (850) 784-9000
Fax: (850) 763-6787
Email: wes@pittmanfirm.com

Robert B. Roden – ***Litigation Committee***
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel: (205) 933-8383
Fax: (205) 933-8386
Email: rroden@shelbyroden.com


Gary E. Mason – ***Class Certification Committee***
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DC 20036
Tel: (202) 429-2290
Fax: (202) 640-1160
Email: gmason@wbmllp.com

Michael L. Murphy – ***Discovery Committee***
BAILEY GLASSER LLP
910 17th Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103
Email: mmurphy@baileyglasser.com

Myron C. Penn – ***Discovery Committee***
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel: (334) 738-4486
Fax: (334) 738-4432
Email: myronpenn28@hotmail.com

J. Preston Strom, Jr. – ***Litigation Committee***
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel: (803) 252-4800
Fax: (803) 252-4801
Email: petestrom@stromlaw.com

Thomas V. Bender – ***Discovery Committee***
Dirk L. Hubbard
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Tel: (816) 421-0700
Email: tbender@hab-law.com
          dhubbard@hab-law.com

Gregory S. Cusimano – ***Litigation Committee***
CUSIMANO, ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL 35901
Phone: (256) 543-0400
Fax: (256) 543-0488
Email: greg@alalawyers.net

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel: (320) 289-2363
Fax: (320) 289-2369
Email: brian@wojtalewiczlawfirm.com

Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel: (719) 471-1984
Fax: (719) 577-4356
Email: lance@searsassociates.com

Jessica Dillon
Ray R. Brown
Molly Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK 99501
Tel: (907) 277-5400
Fax: (907) 277-9896
Email: Jessica@dillonfindley.com
  Ray@dillonfindley.com
  Molly@dillonfindley.com

Allyson C. Dirksen
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic 4th Street
P. O. Box 3086
Sioux City, IA 51101
Tel: (712) 255-8838
Fax (712) 258-6714
Email: allyson.dirksen@heidmanlaw.com

Archie C. Lamb, Jr.
ARCHIE LAMB & ASSOCIATES, LLC
301 19th Street North, Suite 585
The Kress Bldg.
Birmingham, AL 35203-3145
(205) 458-1210
Email: alamb@archielamb.com

Paul Lundberg
LUNDBERG LAW, PLC
600 4TH Street, Suite 906
Sioux City, IA 51101
Tel: (712) 234-3030
Fax: (712) 234-3034
Email: paul@lundberglawfirm.com

Gwen Simons
Simons & Associates Law, P.A.
P.O. Box 1238
Scarborough, ME 04070-1238
Tel: (207) 205-2045
Fax: (207) 883-7225
Email: gwen@simonsassociateslaw.com

*Counsel for Provider Plaintiffs*