FILED

2025 Jul-22  PM 0:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

## DECLARATION OF LOCAL FACILITATING COUNSEL

**I, E. Kirk Wood, Jr., declare:**

1.    I have been appointed Local Facilitating Counsel for the Provider Plaintiffs in this case. I have personal knowledge of the matters set forth herein. If called upon and sworn as a witness, I could competently testify thereto.

2.    Since September 30, 2024, I have continued to work on this case, primarily on tasks relating to settlement, with the approval of Provider Co-Lead Counsel and the Special Master. During that time period, I have spent 138 hours on the case. My current hourly rate is $850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2025.

_____
E. Kirk Wood, Jr.