# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| IN RE: BLUE CROSS BLUE SHIELD | ) | Master File No. 2:13-CV-20000-RDP |
| ANTITRUST LITIGATION | ) |  |
| (MDL No.: 2406) | ) |  |
|  | ) |  |
|  | ) | This document relates to: |
|  | ) | THE PROVIDER TRACK |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**SUPPLEMENTAL DECLARATION OF ROMA PETKAUSKAS IN SUPPORT OF PROVIDER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS SETTLEMENT**

I, ROMA PETKAUSKAS, declare as follows:

1. My name is Roma Petkauskas. I am a partner at BrownGreer PLC ("BrownGreer"), located at 250 Rocketts Way, Richmond, Virginia 23231.

2. I previously provided a Declaration in this matter in connection with Provider Plaintiffs' Motion for Final Approval of Proposed Class Settlement. *See* Declaration of Roma Petkauskas on the Implementation and Adequacy of the Notice Plan and Administration (April 23, 2025) (attached to Provider Plaintiffs' Motion for Final Approval as Exhibit B). I now submit this Supplemental Declaration to provide an update on developments since the filing of my earlier Declaration.

**REMINDER NOTICE**

3. In consultation with Co-Lead Counsel and the Settlement Administrator, BrownGreer developed an email reminder notice campaign to alert potential Settlement Class Members to the July 29, 2025 claim submission deadline. BrownGreer divided the reminder

1

notice population into two separate groups: (1) Settlement Class Members who started a claim electronically through the Portal but had not yet completed the claim form fully or signed and submitted the claim form ("In Progress") and (2) Settlement Class Members who had not yet started a claim and who had not submitted a valid request to opt out of the settlement ("Not Started").

4.     Thereafter, BrownGreer drafted separate notices for each group.  The notice for the "In Progress" Settlement Class Members provided details on how to check the claim status, while the notice for the "Not Started" Settlement Class Members offered guidance on the types of claims that could be filed.  Both notices encouraged Settlement Class Members to submit a claim before the July 29, 2025 deadline and listed contact information for BrownGreer if a Settlement Class Member required assistance.  The reminder notices for each group are attached to this Supplemental Declaration as Exhibits A and B, respectively.

5.     To determine the population of "In Progress" Settlement Class Members, BrownGreer compiled the email addresses from the claim forms for all Settlement Class Members whose claim had been started through the Portal but not yet completed as of June 18, 2025.  As of that date, 97,329 Settlement Class Members had not submitted their claims fully. For the population of "Not Started" Settlement Class Members, BrownGreer compared the names and email addresses used in the primary direct notice campaign against the email addresses Settlement Class Members listed on the claim form to eliminate any overlap between the two reminder notice groups.  Similarly, BrownGreer cross-checked Settlement Class Member names, mailing addresses, and email addresses from the direct notice campaign against the information provided on Settlement Class Member opt out requests to attempt to remove any valid opt outs from the reminder campaign.  From this analysis, BrownGreer identified

1,228,036 Settlement Class Members who had not started a claim and whose direct notice information did not match the information on a valid opt out request.

6. To provide ample time for Settlement Class Members to receive the email reminder notice and take action to complete or submit a claim prior to the July 29 deadline, BrownGreer scheduled the reminder campaign for the week of June 24 (approximately five weeks before the deadline). Starting June 24 and ending June 29, BrownGreer issued the reminder notices by email to the 97,329 "In Progress" Settlement Class Members and the 1,228,036 "Not Started" Settlement Class Members who had not started a claim as of June 18. The reminder emails delivered successfully to 91,374 (93.9%) Settlement Class Members who started but had not fully submitted their claims and 1,180,805 (96.2%) Settlement Class Members who had not yet started a claim.

## SETTLEMENT WEBSITE UPDATES

7. To facilitate a streamlined, Settlement Class Member-friendly claim submission process, BrownGreer has made several enhancements to the settlement website since the previous Declaration, particularly related to the submission process for third-party claims filers and larger medical groups and health care systems.

8. Working with Co-Lead Counsel and the Settlement Administrator, BrownGreer implemented a third-party filing process by which organizations that represent numerous Settlement Class Members may submit multiple claims under a single account. This allows third-party filers to have one master account that can create, edit, and submit multiple claims, accelerating the submission process and eliminating the need for separate website accounts for each claim. Since its implementation, this process has assisted third-party filers with creating more than 8,250 claims.

9.      BrownGreer also developed a bulk claim submission feature that enables large medical groups and health care systems to submit multiple claims in a single filing without entering each claim form one-by-one.  Bulk filers enter their claim form information into a template specially designed for this process, then BrownGreer imports the filer's data from the template and automatically creates the Settlement Class Member claim forms, alleviating the need for manual entry of large volumes of claims.  To date, this enhancement has been used to establish more than 7,205 claims.

## OPT OUTS

10.     As reported in the previous Declaration, BrownGreer has collected requests for exclusion.  A list of those deemed facially valid by Co-Lead Counsel and the Settlement Administrator was attached to the Provider Plaintiffs' motion for final approval.  Since that time, BrownGreer has continued to collaborate with Co-Lead Counsel and the Settlement Administrator to identify facially valid opt-out requests and, as of the date of this Declaration, has identified 23,473 valid opt out requests.[1]

11.     In addition, BrownGreer coordinated with Co-Lead Counsel and the Settlement Administrator to assess whether any exclusion requests required additional information. BrownGreer issued 15 Notices of Deficient Opt Out Requests to individuals who collectively submitted over 8,500 exclusion requests. Each deficiency notice described the missing or incomplete information, explained the steps necessary to cure the deficiency and provided the requestor 45 days to respond.  Since issuing these notices, BrownGreer has received 1,098 responses and has updated the list of valid opt outs accordingly.

---

[1] A valid opt out request includes: (1) facially complete submissions; (2) requests missing only a TIN but containing an NPI; (3) requests missing only NPI but containing a TIN; and (4) requests deemed sufficient by Co-Lead Counsel in consultation with the Settlement Administrator.

**OBJECTIONS**

12.     BrownGreer has not received any additional objections since those reported in the April 23, 2025 Declaration.

**CLAIM ACTIVITY**

13.     The April 23, 2025 Declaration outlined that Settlement Class Members seeking their Settlement payment must submit a claim form either electronically or in hard copy no later than July 29, 2025. Since the Declaration, Settlement Class Members have continued to submit claims and, thus far, 1,236,670 claimants have initiated a claim using the online submission feature. Of those, 909,318 claimants have completed the Professionals Claim Form, selected a payment method, and submitted their claim. These 909,318 Professionals claims include 174,714 riders, suggesting that these claimants filed on behalf of 174,714 additional medical professionals, organizations, or groups. Additionally, 197,860 claimants have completed the Facilities Claim Form, selected a payment method,[2] and submitted their claim. Over 95% of Facilities Claim Forms have selected the Default Method for calculating the Settlement payment amounts. These 197,860 Facilities claims include 202,016 riders, suggesting that these claimants filed on behalf of 202,016 additional facilities. As noted in the previous Declaration, BrownGreer has tracked the claims it has received but has not determined their validity.

14.     BrownGreer and Patrick Sheehan of Whatley Kallas LLP have hosted weekly webinars to explain the claim filing process for facilities and professionals, introduce participants to the settlement website, and address frequently asked questions about the settlement. The

---

[2] Of the 1,107,178 submitted Professional and Facilities claims, 8,537 claimants (0.77%) elected to receive their settlement payment by check, and 1,088,873 claimants (98.4%) elected to receive a digital payment using Venmo, PayPal, or Virtual Mastercard, and 9,768 claimants (0.83%) elected to receive a transfer by ACH or wire.

webinars will continue until the claim submission deadline, and through July 15, 5,382 potential Settlement Class Members have attended these webinars.

15. BrownGreer has continued to observe a high volume of claims activity, with an average of over 19,000 claims per day in June alone. As part of the ongoing claims monitoring process, BrownGreer has identified and taken measures to stem seemingly suspicious claims activity. Since first observing the potentially illegitimate claims, BrownGreer has employed enhanced security measures on the settlement website and throughout the claim filing process to ensure that legitimate Settlement Class Members' claims are recognized. Additionally, as BrownGreer has learned more about the mechanics of these automated filings, BrownGreer has adapted and implemented preventative techniques to combat them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2025, in Richmond, VA.

*Roma Petkauskas*
Roma Petkauskas

# Exhibit A:

# Reminder Email – "In Progress" Claims

**BCBS Provider Settlement**

**Reminder Email – Started Not Submitted**

**From: Administrator@Alerts.BCBSProviderSettlement.com**

**Email Subject: Reminder to Submit Your BCBS Provider Settlement Claim**

**Email Text:**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## IMPORTANT REMINDER

You previously created an account and started a claim in the Blue Cross Blue Shield (BCBS) Provider Settlement but have not yet completed and submitted your claim for settlement benefits.

**This is a reminder that the deadline to submit your claim is July 29, 2025.**

To submit your claim, visit www.BCBSProviderSettlement.com and log in to your account using your email address and the password you created when you started your claim(s).  Then, complete each section of your Professional Claim Form and/or Facilities Claim Form, including the Claim Form Rider (if necessary), and submit your claim.

If you wish to submit both a Professional claim and a Facilities claim, you must ensure that all sections of each claim form are complete, and you must sign and submit both claim forms separately.  You will know your claim form is submitted when the Claim Form Status at the top of the main page of your claim form displays "Submitted" in green text.

**If you do not complete and submit your claim form(s) by July 29, 2025, you will not be eligible to receive a settlement payment.**

If you have any questions or need assistance with submitting your claim, contact the Settlement Notice Administrator by calling 1-(888)-452-3095 or emailing Administrator@BCBSProviderSettlement.com.

# Exhibit B:

Reminder Email – "Not Started" Claims

## BCBS Provider Settlement

### Reminder Email – Not Started, Not Submitted

**From:** Administrator@Alerts.BCBSProviderSettlement.com

**Email Subject:** BCBS Provider Settlement – Reminder of Claim Submission Deadline

**Email Text:**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## **IMPORTANT REMINDER**

The Settlement Notice Administrator for the Blue Cross Blue Shield (BCBS) Provider Settlement previously issued you a court-approved notice about the Settlement, but records indicate that you have not yet submitted a claim.[*]

### This is a reminder that the deadline to submit a claim in the BCBS Provider Settlement is July 29, 2025.

To submit a claim easily online, visit www.BCBSProviderSettlement.com and click the Submit button under the respective claim form you wish to begin.

**Select the Professional claim form if:**

You are a Medical Professional (any individual Provider - a person who provides or provided healthcare services in the U.S.), Medical Group (two or more Medical Professionals, and those claiming by or through them, who practice or practiced under a single taxpayer identification number), or a Medical Organization (any association, partnership, corporation or other form of organization — including without limitation independent practice associations and physician hospital organizations — that arranges or arranged for care to be provided to Blue Plan members by Medical Professionals organized under multiple taxpayer identification numbers).

**Select the Facilities claim form if:**

You are filing a claim on behalf of a Health Care Facility (any facility such as a hospital, ambulatory surgical center, dialysis center, imaging center or other facility in which health care services are or were delivered to Blue Plan Members and that charges or charged facility fees for the provision of such services), or a Health Care System (any association, partnership, corporation or other form of organization that arranges or arranged for care to be provided to Blue Plan Members by two or more Health Care Facilities).

Additional information about the BCBS Provider Settlement and claim instructions and requirements may be found at www.BCBSProviderSettlement.com.

**Do not delay. You must complete and submit your claim form by July 29, 2025, or you will not be eligible to receive a settlement payment.**

If you have any questions or need assistance submitting a claim, contact the Settlement Notice Administrator by calling 1-(888)-452-3095 or emailing Administrator@BCBSProviderSettlement.com.

*Disregard this reminder notification if you have already completed and submitted a claim in the BCBS Provider Settlement.