FILED
2025 Jul-22  PM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

**[PROPOSED] ORDER**

This matter is before the Court on the Provider Plaintiffs' Motion for Approval of Material

Loss Contingency Reserve (Doc. # _____).  After carefully considering the Motion, the Court

**GRANTS** the Motion and approves a Material Loss Contingency Reserve of $10 million.


DATED: _____

_____
**HON. R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**