FILED

2025 Jul-30 AM 10:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

## Checklist of Objections

### HCA

| Objection | Response |
|---|---|
| The Providers' release is not limited to the "identical factual predicate" | Blues' Brief at 8–10<br>Providers' Brief at 23–25<br>Slides 22 & 28 |
| The Providers' release is ambiguous because it is not identical to the Subscribers' release | Blues' Brief (Doc. No. 3334) at 7<br>Providers' Brief (Doc. No. 3313-1) at 25–27, 28–30<br>Slides 23-27 |

### ER Groups

| Objection | Response |
|---|---|
| The procedures for opting out and submitting claims are unduly burdensome | Providers' Brief at 35<br>Slide 30 |
| The release is too ambiguous to comply with the "identical factual predicate" | Blues' Brief at 6<br>Providers' Brief at 23–25<br>Slides 22 & 28 |
| "Ordinary course of business" is not defined | Blues' Brief at 6<br>Providers' Brief at 27–28<br>Slide 31-32 |
| The "caveat" to the "ordinary course of business" exception impermissibly expands the release | Blues' Brief at 8–10<br>Providers' Brief at 28–30<br>Slide 33 |
| The release does not carve out common-law claims such as unjust enrichment and quantum meruit | Blues' Brief at 6–7<br>Providers' Brief at 29<br>Slide 34 |
| The release could bind opt-outs whose affiliates did not opt out | Blues' Brief at 10–12<br>Providers' Brief at 30-32<br>Slide 35 |
| The Plan of Distribution treats out-of-network emergency providers inequitably | Providers' Brief at 32-35<br>Slide 36 |

**Dr. Egner**

| Objection | Response |
| --- | --- |
| The allocation of funds between facilities and professionals is inequitable | Providers' Brief at 35–37<br>Slide 19, 38 |
| The requested administrative costs and attorneys' fees are disproportionately high | Providers' Brief at 37-39<br>Slide 42 |