# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | ) <br> ) Master File No. 2:13-CV-20000-RDP <br> ) <br> ) **This document relates to Provider Track Cases** <br> ) <br> ) |

## PROVIDER PLAINTIFFS' NOTICE OF FILING REVISED FACIALLY VALID OPT-OUT LIST

On July 22, 2025, Provider Co-Lead Counsel filed a Final Facially Valid Opt-Out List, which included all persons and entities that had filed opt-out requests that appeared to comply with the requirements of the Preliminary Approval Order and the Notice Plan. Doc. No. 3336-5. The next day, Provider Co-Lead Counsel received a letter from Jon Corey of McKool Smith, which represents several Opt-Outs. Mr. Corey's letter included proof that one entity not included on the Final Facially Valid Opt-Out List, Observation Medical Group, LLC, had timely mailed a facially valid opt-out request that apparently was not delivered to the Settlement Notice Administrator. In consultation with the Settlement Administrator, Provider Co-Lead Counsel has determined that Observation Medical Group, LLC should be added to the list. Mr. Corey's letter also noted typographical errors in the names listed for other Opt-Outs on the list. A revised list, which includes Observation Medical Group, LLC and corrects the typographical errors, is attached as Exhibit A. The revised list is subject to the same caveats as the previous lists. *See* Doc. No. 3313-2, ¶¶ 27, 29; Doc. No. 3336-1, ¶ 6.

Dated:  August 7, 2025                                                  Respectfully submitted,

*/s/ Edith M. Kallas*                                                    */s/ Joe R. Whatley, Jr.*
Edith M. Kallas – ***Co-Lead Counsel***             Joe R. Whatley, Jr. – ***Co-Lead Counsel***
WHATLEY KALLAS, LLP                                   W. Tucker Brown
152 West 57th Street                                          WHATLEY KALLAS, LLP
41st Floor                                                              2001 Park Place North
New York, NY 10019                                         1000 Park Place Tower
Tel: (212) 447-7060                                             Birmingham, AL 35203
Fax: (800) 922-4851                                            Tel: (205) 488-1200
Email: ekallas@whatleykallas.com                   Fax: (800) 922-4851
                                                                              Email: jwhatley@whatleykallas.com
                                                                                         tbrown@whatleykallas.com


Patrick J. Sheehan                                               Henry C. Quillen
WHATLEY KALLAS, LLP                                   WHATLEY KALLAS, LLP
101 Federal Street                                                159 Middle Street
19th Floor                                                              Suite 2C
Boston, MA 10019                                              Portsmouth, NH 03801
Tel: (617) 573-5118                                              Tel: (603) 294-1591
Fax: (617) 371-2950                                             Fax: (800) 922-4851
Email: psheehan@whatleykallas.com               Email: hquillen@whatleykallas.com

Barry Alan Ragsdale – ***Plaintiffs' Liaison***     Deborah J. Winegard
***Counsel and Discovery Liaison Counsel***       WHATLEY KALLAS, LLP
Dominick Feld Hyde, PC                                   1068 Virginia Avenue, NE
1130 22nd Street South Ridge Park                    Atlanta, GA 30306
Suite 4000                                                             Tel: (404) 607-8222
Birmingham, AL 35205                                      Fax: (404) 607-8451
Tel: (205) 536-8888                                              Email: dwinegard@whatleykallas.com
bragsdale@dfhlaw.com

Charles Clinton Hunter                                       E. Kirk Wood, Jr. – ***Local Facilitating***
HAYES HUNTER PC                                          ***Counsel***
4265 San Felipe, Suite 1000                                WOOD LAW FIRM LLC
Houston, TX 77027                                             P. O. Box 382434
Tel: (281) 768-4731                                             Birmingham, AL 35238
Fax: (713) 583-7047                                            Tel: (205) 612-0243
Email: chunter@hayeshunterlaw.com             Fax: (205) 705-1223
                                                                              Email: kirk@woodlawfirmllc.com

Dennis Pantazis – ***Plaintiffs' Steering***            Aaron S. Podhurst – ***Plaintiffs' Steering***
***Committee***                                                       ***Committee***
Brian Clark – ***Discovery Committee***            Peter Prieto – ***Chair, Expert Committee***
WIGGINS CHILDS PANTAZIS FISHER            PODHURST ORSECK, P.A.
 GOLDFARB                                                        One S.E. 3rd Avenue

2

The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel: (205) 314-0500
Fax: (205) 254-1500
Email: dgp@wigginschilds.com
      bclark@wigginschilds.com

Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
Email: apodhurst@podhurst.com
      pprieto@podhurst.com

Dennis C. Reich – *Chair, Damages Committee*
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
Email: dreich@reichandbinstock.com

U.W. Clemon – *Plaintiffs' Steering Committee*
U. W. Clemon, LLC
5202 Mountain Ridge Parkway
Birmingham, AL 35222
Tel: (205) 837-2898
Email: uwclemon1@gmail.com

Nicholas B. Roth – *Chair, Discovery Committee*
Julia Smeds Roth – *Discovery Committee*
EYSTER KEY TUBB ROTH MIDDLETON & ADAMS, LLP
402 East Moulton Street, SE
Decatur, AL 35602
Tel: (256) 353-6761
Fax: (256) 353-6767
Email: nbroth@eysterkeylaw.com
      jroth@eysterkeylaw.com

J. Mark White – *Litigation Committee*
Augusta S. Dowd – *Chair, Litigation Committee*
Linda G. Flippo – *Discovery Committee*
WHITE ARNOLD & DOWD, P.C.
2001 Park Place North
Suite 1400
Birmingham, AL 35203
Tel: (205) 323-1888
Fax: (205) 323-8907
Email: mwhite@whitearnolddowd.com
      adowd@whitearnolddowd.com
      lflippo@whitearnolddowd.com

David A. Balto – *Expert Committee*
THE LAW OFFICES OF DAVID A. BALTO
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 789-5424
Fax: (202) 589-1819
Email: david.balto@dcantitrustlaw.com

Van Bunch – *Chair, Class Certification Committee*
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
Email: vbunch@bffb.com

Joey K. James – *Litigation Committee*
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel: (256) 764-0095
Fax: (256) 767-5705

Robert J. Axelrod – *Chair, Written Submissions Committee*
AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
Tel: (646) 448-5263

Email: joey@joeyjameslaw.com

Richard S. Frankowski – *Discovery Committee*
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, AL 35233
Tel: (205) 390-0399
Fax: (205) 390-1001
Email: richard@frankowskifirm.com

John C. Davis – *Written Submissions Committee*
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel: (850) 222-4770
Email: john@johndavislaw.net

Mark K. Gray – *Discovery Committee*
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel: (502) 805-1800
Fax: (502) 618-4059
Email: mgray@grayandwhitelaw.com

Stephen M. Hansen – *Class Certification Committee*
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel: (253) 302-5955
Fax: (253) 301-1147
Email: steve@stephenmhansenlaw.com

Harley S. Tropin – *Damages Committee*
Javier A. Lopez – *Discovery Committee*
KOZYAK TROPIN &
 THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134

Fax: (212) 840-8560
Email: raxelrod39@gmail.com

W. Daniel Miles, III – *Written Submissions Committee*
BEASLEY ALLEN CROW METHVIN PORTIS
 & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: (800) 898-2034
Fax: (334) 954-7555
Email: dee.miles@beasleyallen.com

Michael C. Dodge – *Expert Committee*
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel: (972) 419-7172
Email: mdodge@gpm-law.com

Michael E. Gurley, Jr. – *Discovery Committee*
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel: (205) 908-6512
Email: mgurleyjr@yahoo.com

Lynn W. Jinks, III – *Expert Committee*
Christina D. Crow – *Discovery Committee*
JINKS CROW, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel: (334) 738-4225
Fax: (334) 738-4229
Email: ljinks@jinkslaw.com
            ccrow@jinkslaw.com

Myron C. Penn – *Discovery Committee*
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel: (334) 738-4486

4

Tel: (305) 372-1800
Fax: (305) 372-3508
Email: hst@kttlaw.com
       jal@kttlaw.com

C. Wes Pittman – *Settlement Committee*
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue
Panama City, FL 32401
Tel: (850) 784-9000
Fax: (850) 763-6787
Email: wes@pittmanfirm.com

Robert B. Roden – *Litigation Committee*
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel: (205) 933-8383
Fax: (205) 933-8386
Email: rroden@shelbyroden.com

Gary E. Mason – *Class Certification Committee*
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DC 20036
Tel: (202) 429-2290
Fax: (202) 640-1160
Email: gmason@wbmllp.com

Michael L. Murphy – *Discovery Committee*
BAILEY GLASSER LLP
910 17th Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103
Email: mmurphy@baileyglasser.com

Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel: (719) 471-1984
Fax: (719) 577-4356

Fax: (334) 738-4432
Email: myronpenn28@hotmail.com

J. Preston Strom, Jr. – *Litigation Committee*
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel: (803) 252-4800
Fax: (803) 252-4801
Email: petestrom@stromlaw.com

Thomas V. Bender – *Discovery Committee*
Dirk L. Hubbard
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Tel: (816) 421-0700
Email: tbender@hab-law.com
 dhubbard@hab-law.com

Gregory S. Cusimano – *Litigation Committee*
CUSIMANO, ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL 35901
Phone: (256) 543-0400
Fax: (256) 543-0488
Email: greg@alalawyers.net

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel: (320) 289-2363
Fax: (320) 289-2369
Email: brian@wojtalewiczlawfirm.com

Archie C. Lamb, Jr.
ARCHIE LAMB & ASSOCIATES, LLC
301 19th Street North, Suite 585
The Kress Bldg.
Birmingham, AL 35203-3145
(205) 458-1210
Email: alamb@archielamb.com

Email: lance@searsassociates.com
Jessica Dillon
Ray R. Brown
Molly Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK 99501
Tel: (907) 277-5400
Fax: (907) 277-9896
Email: Jessica@dillonfindley.com
 Ray@dillonfindley.com
 Molly@dillonfindley.com

Paul Lundberg
LUNDBERG LAW, PLC
600 4TH Street, Suite 906
Sioux City, IA 51101
Tel: (712) 234-3030
Fax: (712) 234-3034
Email: paul@lundberglawfirm.com

Allyson C. Dirksen
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic 4th Street
P. O. Box 3086
Sioux City, IA 51101
Tel: (712) 255-8838
Fax (712) 258-6714
Email: allyson.dirksen@heidmanlaw.com

Gwen Simons
Simons & Associates Law, P.A.
P.O. Box 1238
Scarborough, ME 04070-1238
Tel: (207) 205-2045
Fax: (207) 883-7225
Email: gwen@simonsassociateslaw.com

*Counsel for Provider Plaintiffs*