FILED

2025 Aug-19  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

### ORDER REGARDING MATERIAL LOSS CONTINGENCY RESERVE

This matter is before the court on the Provider Plaintiffs' Motion for Approval of Material Loss Contingency Reserve (Doc. # 3337). After careful consideration of the Motion and supporting Declaration, the Provider Plaintiffs' Motion for Approval of Material Loss Contingency Reserve (Doc. # 3337) is **GRANTED**. A Material Loss Contingency Reserve of $10 million is **APPROVED**.

**DONE** and **ORDERED** this August 19, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE