FILED
2025 Aug-19  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

### SHOW CAUSE ORDER REGARDING UNTIMELY EXCLUSION REQUESTS

This matter is before the court on Provider Plaintiffs' Motion for an Order to Show Cause Regarding Untimely Exclusion Requests. (Doc. # 2228). On December 4, 2024, the court entered a Memorandum Opinion and Order Preliminarily Approving Provider Plaintiffs' Settlement. (Doc. # 3225). That Order required Class Members who wished to be excluded from the Provider Plaintiffs' settlement to mail a request for exclusion postmarked no later than March 4, 2025. (*Id*. at 51).

The persons and entities listed in Exhibit A to this Order mailed exclusion requests that either were postmarked after the March 4, 2025 deadline, or did not contain a legible postmark and were received after the March 4, 2025 deadline. Within twenty-one (21) days of this Order, the persons and/or entities listed on Exhibit A hereto are **ORDERED** to **SHOW CAUSE** why their exclusion requests should not be rejected as untimely. For requests without a legible postmark, an affidavit or declaration under penalty of perjury that the request was timely mailed will suffice to show cause.

Counsel for the Provider Plaintiffs are **ORDERED** to coordinate with the Settlement Notice Administrator to provide a copy of this order to each person or entity listed on Exhibit A. Upon doing so, counsel for the Provider Plaintiffs **SHALL** file a notice setting forth the date on which each such person or entity was provided with a copy of this Order. Within twenty-one (21)

days of receiving a copy of this Order, each person or entity on Exhibit A **SHALL** submit their

response to the Settlement Notice Administrator, who **SHALL** compile the responses and provide

them to counsel for the Provider Plaintiffs. Upon receipt of this information from the Settlement

Notice Administrator, Counsel for the Provider Plaintiffs **SHALL** file the responses with the court.

     **DONE** and **ORDERED** this August 19, 2025.

_____

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

2