FILED

2025 Aug-19 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

| Class Member Name | Postmark Date |
|---|---|
| ADDICTION HEALTH ALLIANCE, LLC | |
| DR RECOVERY ENCINITAS, LLC | |
| SOUTHERN CALIFORNIA RECOVERY CENTERS OCEANSIDE, LLC | |
| TML Recovery, LLC | |
| KEYSTONE MEDICAL SERVICES OF BRADFORD, PC | |
| HOSPITALIST SERVICES OF BRADFORD, PC | |
| MEDICAL SERVICES OF BUFFALO, PC | |
| HOSPITALIST SERVICES OF MERIDIAN, PA | |
| KEYSTONE MEDICAL SERVICES OF NIAGARA FALLS, PC | |
| KEYSTONE HOSPITALIST SERVICES OF NY, PC | |
| KEYSTONE MEDICAL SERVICES OF NEW YORK, PC | |
| HOSPITALIST SERVICES OF OLEAN, PC | |
| ASCENSION EMERGENCY PHYSICIANS, LLC | 3/5/2025 |
| BONITA CREEK EMERGENCY SERVICES, PLLC | 3/5/2025 |
| CALCASIEU CAMERON EMERGENCY PHYSICIAN GROUP, LLC | 3/5/2025 |
| CALCASIEU CAMERON HOSPITAL MEDICINE GROUP, LLC | |
| ECEP II, PA | 3/5/2025 |
| Christian J DenOuden | 3/5/2025 |
| C&M MEDICAL SERVICES, INC | 3/5/2025 |
| CONCORDIA EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| EAST BATON ROUGE EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| W4P, LLC | 3/5/2025 |
| INTEGRATED EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| IEMS PHYSICIAN SERVICES, PLLC | 3/5/2025 |
| ILLINOIS EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| LEWIS & CLARK EMERGENCY PHYSICIANS, PC | |
| OKLAHOMA EMERGENCY PARTNERS, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY CARE, PC | 3/5/2025 |
| PROFESSIONAL EMERGENCY MEDICINE MANAGEMENT - LAKE CHARLES, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY PHYSICIAN ASSOCIATES, LLC | 3/5/2025 |
| PROGRESSIVE EMERGENCY PHYSICIANS PA, PLLC | 3/5/2025 |
| PROGRESSIVE EMERGENCY PHYSICIANS, PLLC | 3/5/2025 |
| ST TAMMANY EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| THIBODAUX EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| VITAL EMERGENCY PARTNERS, PA | 3/5/2025 |
| VITAL HOSPITAL PARTNERS, PA | 3/5/2025 |
| WASHINGTON PARISH EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| ELITE KINGWOOD HOSPITAL | 3/5/2025 |
| LAUREN ESSEN, LCSW | 3/7/2025 |
| PATIENTS EMERGENCY ROOM AND HOSPITAL | 3/5/2025 |
| COPLEY MEMORIAL HOSPITAL INC | 3/5/2025 |
| Balaji Nithianandam | 3/8/2025 |

| Class Member Name | Postmark Date |
|---|---|
| RUSH COPLEY MEDICAL CENTER | 3/5/2025 |
| RUSH COPLEY MEDICAL GROUP NFP | 3/5/2025 |
| RUSH HEALTH | 3/5/2025 |
| RUSH HEALTH ACO INC | 3/5/2025 |
| RUSH OAK PARK ER PHYSICIANS GROUP | 3/5/2025 |
| RUSH OAK PARK HOSPITAL INC | 3/5/2025 |
| RUSH OAK PARK NOCTURNIST | 3/5/2025 |
| RUSH OAK PARK PHYSICIANS GROUP ADULT MEDICINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIANS GROUP ANCHOR | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP CENTER FOR DIABETES AND ENDOCRINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP ELMWOOD PARK | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP FAMILY MEDICINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP LAKE STREET | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP NORTH RIVERSIDE | 3/5/2025 |
| RUSH SURGICENTER AT THE PROFESSIONAL BUILDING LTD PARTERSHIP | 3/5/2025 |
| RUSH SYSTEM FOR HEALTH DBA RUSH UNIVERSITY SYSTEM FOR HEALTH | 3/5/2025 |
| RUSH UNIVERSITY MEDICAL CENTER | 3/5/2025 |
| RUSH UNIVERSITY MEDICAL GROUP | 3/5/2025 |
| RUSH-COPELY ORTHOPEDICS LLC | 3/5/2025 |
| RUSH-COPELY SURGICENTER LLC | 3/5/2025 |
| SOUTHERN CALIFORNIA ADDICTION CENTER INC | 3/5/2025 |
| CALIFORNIA BEHAVIORAL HEALTH, LLC | 3/5/2025 |
| MAGNOLIA CONNECTION, PC | 3/11/2025 |
| SOUTH SHORE ANESTHESIA STAFFING LLC | 3/13/2025 |
| Jackie Jiang, PsyD | 3/6/2025 |
| EMERGENCY MEDICINE PROFESSIONALS, PA | 3/17/2025 |
| Tonya J. McFadden | 3/8/2025 |
| HIGHLANDS ONCOLOGY GROUP, PA | 3/7/2025 |
| Robert Austgen | 4/1/2025 |