FILED
2025 Sep-08  AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | **}** | |
| **IN RE:  BLUE CROSS BLUE SHIELD** | **}** | |
| | **}** | **Master File No.:  2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | |
| | **}** | |

## ORDER CLOSING CASE

This case was opened in January 2013, and for twelve years has served as the master case for MDL 2406. Early on, MDL 2406 was divided into two tracks: a subscriber track and a provider track. Currently, there are 3,350 docket entries. It has well served its purpose.

On August 9, 2022, the court issued its Final Order and Judgment Granting Approval of Subscriber Class Action Settlement. (Doc. # 2931). The Subscriber Class Action Settlement became effective June 24, 2024, upon the Supreme Court's denial of the petitions for writs of certiorari filed by Objectors Home Depot and David G. Behenna. (*See* Doc. # 3189). The court also dismissed the underlying Subscriber member cases in the MDL. (*See*, *e.g*., Case No. 2:12-cv-02169-RDP, Doc. # 305). Three Subscriber Opt Out cases were filed and are pending in this court. (Case Nos. 2:21-cv-01209-RDP, 2:22-cv-00558-RDP, and 2:22-cv-01256-RDP).

On October 4, 2024, Provider Plaintiffs and the Blues executed a Provider Class Action Settlement Agreement settling the Provider Plaintiffs' claims in the MDL. (Doc. # 3192-2). On December 4, 2024, the court issued its Memorandum Opinion and Order Preliminarily Approving Provider Plaintiffs' Settlement. (Doc. # 3225).

After preliminary approval of the Provider Settlement, a number of Provider Opt Out cases were filed in various courts around the country. (*See*, *e.g*., Case No. 2:25-cv-01347-RDP, Doc. #

102 at 4-5). On March 15, 2025, Defendants began filing with the Judicial Panel on Multidistrict Litigation ("JPML") Notices of Potential Tag-Along Actions. (*See, e.g.*, JPML Case MDL No. 2406, Doc. # 584). The JPML issued Conditional Transfer Orders ("CTO") in those cases. (*See, e.g.*, JPML Case MDL No. 2406, Doc. # 585). Provider Opt Out Plaintiffs then began filing Notices of Opposition to the majority of the CTOs. (*See*, *e.g.*, JPML Case MDL No. 2406, Doc. # 588).

On August 8, 2025, the JPML overruled the objections to the CTOs that were under submission and began transferring the Provider Opt Out cases to this court for coordinated or consolidated pretrial proceedings related to *In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406*. (Case No. 2:25-md-10000-RDP, Doc. # 1; JPML Case MDL No. 2406, Doc. # 951).

On August 19, 2025, this court issued its Final Order and Judgment Granting Final Approval of the Provider Class Action Settlement. (Doc. # 3346). The court also dismissed the underlying Provider member cases in the MDL. (*See*, *e.g.*, Case No. 2:12-cv-02532-RDP, Doc. # 712).

On August 29, 2025, the court opened a new case, Case No. 2:25-md-10000-RDP. This will serve as the master case the court and the parties will use for the coordinated or consolidated pretrial proceedings in the Provider Opt Out Cases. (Case No. 2:25-md-10000-RDP, Doc. # 1).

In light of (1) the Final Orders and Judgments Granting Final Approval of the Subscriber and Provider Class Action Settlements, and (2) the opening of the new MDL case for the Provider Opt Out cases, the time has come for this case to exit stage left. The Clerk of Court is **DIRECTED** to **CLOSE** Case No. 2:13-cv-20000-RDP.

Notwithstanding its closure, this case, 2:13-cv-20000-RDP, will remain available for post-judgment administrative and other filings that are directly related to settlement administration, monitoring, and other housekeeping matters involving both the Subscriber and Provider tracks.

All filings related to coordinated or consolidated pretrial proceedings in the *Provider* Opt Out

Cases should be filed in Case No. 2:25-md-10000-RDP. Filings that are only related to an

underlying individual Provider Opt Out case (*e.g.*, notices of appearance), should be filed in that

underlying Provider Opt Out case.

    **DONE** and **ORDERED** this September 8, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE