FILED

2025 Sep-22  PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** <br> **BLUE CROSS BLUE SHIELD** <br> **ANTITRUST LITIGATION** <br> **(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This Document Relates to** <br> **Provider Track Cases** |

### ORDER APPROVING CONFIDENTIAL AND
### *IN CAMERA* AGREED SPECIAL MASTER'S REPORT NUMBER ONE MAKING
### RECOMMENDATIONS ON THE PAYMENT AND THE ALLOCATION OF
### RETURNED CAPITAL CONTRIBUTIONS AND HELD COSTS

Before the court is the September 19, 2025 *In Camera* Agreed Report Number One of the Special Master recommending the payment and allocation of the capital contributions and held costs among the Provider Common Benefit Law Firms and External Funding, in accordance with Exhibit A to the Report. The Common Benefit Law Firms and External Funding confirmed the accuracy of these amounts.

The court has reviewed the Report, finds it to be fair and reasonable, and approves it.

Based upon the foregoing, it is **ORDERED, ADJUDGED AND DECREED** that the refund of the capital contributions and held costs to the Law Firms and to External Funding as depicted in the Report **SHALL** be carried out by the Special Master and in the amounts summarized in Exhibit A of the Report.

**DONE** and **ORDERED** this September 22, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE