FILED
2025 Sep-23  PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | **}** | |
| | **}** | |
| | **}** | |
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No.: 2:13-cv-20000-RDP** |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL No.: 2406)** | **}** | **This document relates to** |
| | **}** | **Provider Track Cases** |
| | **}** | |
| | **}** | |

### ORDER APPOINTING MONITORING COMMITTEE

This matter is before the court on an issue related to the Provider Settlement. To oversee compliance with the Settlement for a five-year period from the court's entry of Final Judgment and Order of Dismissal, the Settlement provided for the establishment of a Monitoring Committee. In the court's August 19, 2025 Final Order and Judgment Granting Final Approval of Provider Class Action Settlement, the court found that the members of the Monitoring Committee would be appointed by separate order. (Doc. # 3346 ¶ 20).   After consultation with counsel for the Settling Parties, it is **ORDERED** as follows:

Based on the record before the court, including the submissions in support of the Settlement and Objections and responses thereto, the court hereby **ESTABLISHES** a Monitoring Committee to serve and to perform the functions specified under the Settlement Agreement during the Monitoring Period. The Monitoring Committee **SHALL** be made up of: (1) Karin DeMasi and Lauren Kennedy, appointed collectively by Settling Defendants; (2) W. Tucker Brown and Jeffrey Gold appointed collectively by Settlement Class Counsel; and (3) Edgar Gentle, appointed by the

2

court.

      **DONE** and **ORDERED** this September 23, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

2