FILED
2025 Sep-30 AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) ) ) ) ) ) ) ) ) ) ) | Master File No.: 2:13-CV-20000-RDP<br><br>This document relates to the Provider Track cases. |

## SETTLEMENT ADMINISTRATOR'S AFFIDAVIT

**STATE OF ALABAMA**

**SHELBY COUNTY**

Before me, the undersigned authority personally came and appeared, Edgar C. Gentle, III, who is known to me to be the person so described, who, after being duly sworn on oath, says that the following information is true and correct according to Affiant's best knowledge and belief:

I am sui juris, competent to testify, and have personal knowledge of the facts herein.

My resume is in Exhibit A. I am the founding partner of the law firm of Gentle, Turner, & Benson, LLC, and was appointed as the Settlement Administrator. Doc. No. 3225.

I am making this Affidavit to summarize how BrownGreer, PLC ("BrownGreer") was selected as the proposed Settlement Claims Administrator in this matter. It is my opinion that BrownGreer was the most qualified applicant for Settlement Claims Administrator of the Providers' Settlement and submitted the best proposal in terms of the work to be performed and price. As such, BrownGreer's selection as Settlement Claims Administrator should be approved by the Court.

1. In the Court's Preliminary Approval Order of December 4, 2024, the Court ordered the Provider Plaintiffs to move for appointment of a Settlement Claims Administrator by February 2, 2025.

1

Doc. No. 3225 at 56. On January 29, 2025, the Court entered an Order (Doc. No. 3249), extending that deadline generally to allow a competitive bidding process that would enable the Provider Plaintiffs to issue a Request for Proposals and to facilitate the selection of the best applicant. A Request for Proposal was provided to what your Settlement Administrator believes are the four (4) best nationally-known Settlement Claims Administrator candidates to be considered for this engagement on July 16, 2025.

2. A Bidder Pre-Proposal Information Zoom Conference was held on July 30, 2025.

3. We reviewed the subsequent written applications of the four (4) companies. Each applicant then presented its proposal in a Zoom interview. We asked each applicant to provide additional follow-up items as well as a best and final all-inclusive price proposal and to provide a proposed price cap.

4. We compared the experience of each applicant, the services it proposed to provide to carry out the Settlement Claims Administrator's tasks, and pricing.

5. BrownGreer had already been selected as Settlement Notice Administrator due to the quality of its bid for that position and had provided services to the Settlement which were exemplary.

6. BrownGreer's bid was the most realistic and appeared to display the best understanding of the work involved and proposed appropriate resources at a competitive price.

7. As the Settlement Notice Administrator, BrownGreer understood the complexities of this matter and already had tools in place that would lead to a seamless transition from Settlement Notice Administrator to Settlement Claims Administrator.

8. After reviewing all four (4) applications, and considering the Zoom interview of each applicant, the follow-up answers of the applicants to our additional questions, and all other pertinent facts and circumstances, it is my opinion that BrownGreer is the most suitable candidate for the role of Settlement Claims Administrator. I therefore recommend without any reservations that BrownGreer be

engaged for this position.

    FURTHER AFFIANT SAITH NOT.

_____
Edgar C. Gentle, III

STATE OF ALABAMA
COUNTY OF SHELBY

    BEFORE ME, the undersigned, a notary public in and for said County and State, personally appeared Edgar C. Gentle, III, and acknowledges that he signed the foregoing Affidavit, and that said Affidavit is true and correct to the best of his knowledge and belief.

    SWORN TO AND SUBSCRIBED before me this 26th day of September, 2025.

_____
Notary Public
My Commission Expires:

[SEAL]

KRISTY CARTER
My Commission Expires
July 20, 2027

3

# EXHIBIT A



egentle@gtandslaw.com

### About Me

Ed Gentle is the Founding Partner of Gentle Turner & Benson, LLC. He has five college degrees, three in law. He has practiced law for over 40 years, specializing in the creation and administration of mass cases. Mr. Gentle is currently Special Master in the Blue Cross Antitrust Litigation, and the Trustee in the Purdue Opioid personal injury settlement.

Additionally, Mr. Gentle, is an Adjunct Professor of complex litigation at Samford University's Cumberland School of Law, and is Alabama's longest serving Bar Examiner.

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
**Phone:** 205-716-3000
**Fax:** 205-716-3010
**Email:** egentle@gtandslaw.com
**Web:** www.gtandslaw.com
**Blog:** www.gtandsblog.com

# EDGAR C. GENTLE, III

## 30+ YEARS OF MASS TORTS EXPERIENCE

**State and Federal Courts and Parties have engaged Mr. Gentle to assist in over 150 mass tort cases including:**

### CASES

| | |
|---|---|
| Purdue Bankruptcy (2021) - **Trustee/Claims Administrator** | Jefferson County, Alabama Occupation Tax Refund (2009) - **Claims Administrator** |
| RiteAid Bankruptcy (2024) - **Trustee/Claims Administrator** | Mallinckrodt Bankruptcy (2022) - **Trustee/Claims Administrator** |
| General Unsecured Creditors Trust, TPC Bankruptcy (2022-23) - **Settlement Administrator** | Endo Bankruptcy (2022) - **Trustee/Claims Administrator** |
| Total Body Multi-District Litigation (2010-13) - **Settlement Administrator** | Zinc Smelter Class Action Settlement (2011) - **Claims Administrator** |
| AmeriGas, West Virginia statewide Class Settlement (2012) - **Claims Administrator** | Tolbert PCB Global Settlement (2003) - **Settlement Administrator** |
| BlueCross MDL (2012-Present) - **Special Master** | Pfizer Chantix Aggregate Settlements (2013-14) - **Settlement Administrator** |
| Global Breast Implant MDL (1992-2014) - **Special Master & Escrow Agent** | Dodge, Oklahoma Circuit Court Class Settlement (2013) - **Claims Administrator** |
| Abilify MDL (2018) - **Damages Special Master** | Stryker Hip MDL (2014) - **Special Master** |
| GE Factory Fire Class (2017) - **Settlement Administrator** | Storz Morcellator (2017) - **Escrow Agent** |

egentle@gtandslaw.com

## KEY QUALIFICATIONS

Ed Gentle was born in Birmingham, Alabama, February 17, 1953. He graduated summa cum laude in 1975 from Auburn University where he was a Danforth Scholar and earned a Bachelor of Science degree. In 1977 he received a Master of Science (summa cum laude) from the University of Miami as a Maytag Fellow.

He was a Rhodes Scholar (Auburn's second and Miami's first) at Oxford University, where he earned a B.A. degree with honors in Jurisprudence in 1979 and a M.A. degree in 1980. He then attended the University of Alabama School of Law as a Hugo Black Scholar. He earned his J.D. and was admitted to the Alabama State Bar in 1981.

Mr. Gentle has comprehensive experience in serving as Mediator, Special Master, Settlement Trustee, and Claims Administrator in Mass Tort Litigation, and providing grid design, claims administration and financial and business advice to Courts, Settling Parties, and Mass Tort Settlements. Approximately 90% of his professional time is devoted to this practice. He has helped create and administer over $4.5 Billion in Settlements during the past 30 years. He has also provided expert affidavit, deposition and hearing testimony on the fairness of Mass Tort Settlements.

From 1992 to 2014, Mr. Gentle served as Special Master and Escrow Agent for the MDL 926 Global Breast Implant Settlement, paying $1.2 Billion in claims for 300,000 claimants. From 2001 until 2003, he was Interim Financial Advisor for the Settlement Facility - Dow Corning Trust (the Dow Corning Breast Implant Settlement) overseeing the investment of over $1 Billion and providing tax and accounting support for the Settlement, during part of Dow Corning's Chapter 11 Bankruptcy.

Commencing in December 2003, Mr. Gentle was appointed as the Settlement Administrator in the $300 Million Anniston, Alabama Tolbert PCB Settlement with Monsanto and Solutia in connection with the administration of a Global Settlement before the Federal District Court for the Northern District of Alabama applicable to 18,000 claimants with respect to PCB contamination of property and PCB personal injury claims. In administering the $300 Million settlement, Mr. Gentle designed the claimant payment program for property damage and personal injury, collected criteria for payments to each of the 18,000 claimants, ranked the claimants for payment amounts, satisfied private and government liens, and remitted payments to each of the claimants. The Settlement also provided primary medical and dental care and prescriptions to claimants, with this portion of the settlement being completed in 2016.

One of Mr. Gentle's specialties is serving as Settlement Administrator for Community Tort Settlements, such as a C-8 groundwater contamination case in Camden, New Jersey (with water filtration and damages 2004-2008), Warehouse Fire Settlements in Conyers, Georgia (2012) and Louisville, Kentucky (personal injury and property claims), Zinc Smelter Settlements in Spelter, West Virginia (medical monitoring and property remediation 2011-2017) and Blackwell, Oklahoma (property remediation 2013-2019), a coal

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
**Phone:** 205-716-3000
**Fax:** 205-716-3010
**Email:** egentle@gtandslaw.com
**Web:** www.gtandslaw.com
**Blog:** www.gtandsblog.com

2

egentle@gtandslaw.com

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
**Phone:** 205-716-3000
**Fax:** 205-716-3010
**Email:** egentle@gtandslaw.com
**Web:** www.gtandslaw.com
**Blog:** www.gtandsblog.com

slurry groundwater contamination Settlement in Mingo County, West Virginia (medical monitoring 2013), and two train wrecks in Kentucky (2010 and 2017), one in Alabama and one in West Virginia (personal injury and property claims 2017-2019).

In November, 2009, Mr. Gentle was appointed Claims Administrator in the Jefferson County, Alabama, Occupation Tax Refund Class Settlement before the Honorable David Rains, in the Circuit Court of Jefferson County. On May 14, 2010, the Supreme Court of Alabama upheld the $37 Million Judgment. The Parties entered into a Class Settlement, which was approved by the Court, and tax refunds were issued to over 300,000 claimants. The case was completed in 2014.

In June 2010, Mr. Gentle was appointed Special Master and Settlement Administrator in the Total Body Multi-district Litigation, MDL 1985. The claimed toxigen was a selenium overdose in a health maintenance drink, with claimed damages being hair loss and damage to bodily organs. Working closely with the Court, Mr. Gentle facilitated the aggregate settlement of all cases, in August 2010. Mr. Gentle and his staff determined the value of each of the settled cases, which was consented to by all Plaintiffs, and Mr. Gentle administered the Settlement, satisfied private and government liens, and paid all claimants, which was completed in 2013.

In the Fall of 2011, after his successful mediation of a Settlement, Mr. Gentle was appointed Claim Administrator for the 1,000 family Perrine v. DuPont Zinc Smelter Class Action Settlement in Spelter, West Virginia, involving a $40 million remediation program for soil and houses with respect to cadmium, arsenic, zinc and lead, and a 30 year medical monitoring program. The remediation program was completed in 2017, and the medical monitoring program will be completed in 2041.

In 2012, Mr. Gentle was appointed Claims Administrator of the Swiger v. AmeriGas, West Virginia statewide Class Settlement, involving monetary awards and remediation for approximately 12,000 claimants and with respect to propane gas lines.

Mr. Gentle is Special Master in the national MDL Blue Cross Antitrust Litigation, MDL 2406, with putative provider and subscriber classes, before the Honorable R. David Proctor, having been appointed in 2012. The case has 3 groups of litigants: the Policy Subscribers, the Medical Providers and the 37 Blue Cross companies. There are over 100 million potential plaintiffs. Among his duties are mediating a Settlement of the subscribers/Blue Cross litigation, and auditing subscriber and provider common benefit attorney time and expenses. Mr. Gentle mediated a Settlement between the Subscribers and the Blues from 2017 to 2020, resulting in the filing of a proposed $2.67B Settlement, approved by the Court in September 2022.

Mr. Gentle is now co-mediating a possible settlement between the Blue Cross companies and the Medical Providers in the same MDL.

From 2012 to 2014, Mr. Gentle, as Special Master, facilitated the creation and administration of a 93 claimant settlement with an undisclosed manufacturer and hospital concerning CT-Scan radiation exposure, with claimed damages being hair loss and cognitive deficiencies.

3

egentle@gtandslaw.com

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
**Phone:** 205-716-3000
**Fax:** 205-716-3010
**Email:** egentle@gtandslaw.com
**Web:** www.gtandslaw.com
**Blog:** www.gtandsblog.com

In 2013 and 2014, Mr. Gentle administered four separate Pfizer Chantix Aggregate Settlements, designing the payment matrix, handling claimant appeals, resolving liens, and paying claimants.

In 2013, Mr. Gentle was appointed Claims Administrator for the Coffey v. Phelps Dodge Oklahoma Circuit Court Class Settlement in Blackwell, Oklahoma with respect to a zinc smelter and involving a $34 million remediation project for 1,000 households with respect to cadmium, arsenic, zinc and lead. The program was completed in 2019.

In 2014, Mr. Gentle was appointed Claims Administrator for the Mingo County, West Virginia medical monitoring program, lasting 30 years and involving 750 claimants exposed to coal slurry well contamination. The program will be completed in 2044.

In 2014, Mr. Gentle was appointed Plaintiff Lien Administrator for the Hydroxycut Mass Settlement.

In November 2014, Mr. Gentle was appointed one of three Special Masters in the Stryker Hip MDL, MDL 2441, handling settlement appeals and opt-out mediations. In October 2020, he was appointed as the only Special Master in an extension of this settlement program. He mediates Settlements of Stryker opt-outs, and decides appeals in the Stryker Settlement. The case involves approximately 3,000 claimants.

In 2015, 2016, and 2017, Mr. Gentle was hired by Defendant, Smith & Nephew, and Plaintiffs' Counsel to facilitate three Memphis, Tennessee aggregate settlements involving artificial hips and to resolve related plaintiff liens.

In May 2016, Mr. Gentle was appointed Claims Administrator by the Escambia County, Florida, Circuit Court in Allen v. A.E. New, the Pensacola jail fire and explosion case, to facilitate the class settlement of the 667 claimant case. The Settlement was approved in 2018.

In October 2016, Mr. Gentle was appointed Special Master by the Fulton County, Georgia Circuit Court in Smart v. Brenntag, to carry out the administration of a chemical spill class settlement.

In February 2017, Mr. Gentle was appointed Settlement Administrator of an industrial plant contamination settlement in Bowling Green, Kentucky involving personal injury and property damages plaintiffs and Federal Mogul, with the Aggregate Settlement being approved by the Court in August 2018.

In September 2017, Mr. Gentle was appointed Claims Administrator for a GE factory fire class settlement in Louisville, Kentucky.

In October 2017, Mr. Gentle was appointed Special Master by the West Virginia Federal District Court for the Southern District of West Virginia to administer the Mt. Carbon 400 claimant aggregate train derailment settlement with Sperry (personal injury and property damage). Subsequently, in March 2018, Mr. Gentle was appointed Special Master to administer the portion of the Settlement applicable to CSX.

egentle@gtandslaw.com

In October 2017, Mr. Gentle was appointed Escrow Agent for the Common Benefit Fund in the Storz Morcellator Litigation in the Superior Court of California, of Los Angeles County.

In December 2017, Mr. Gentle was appointed Special Master by the Circuit Court of Duval County, Florida to administer a plastic surgery medical malpractice aggregate settlement with 260 female claimants.

In February 2018, Mr. Gentle was appointed Cy Pres Special Master for the Winston Jefferson County ad valorem tax class settlement case.

In June 2018 Mr. Gentle began to assist lead counsel in the Abilify MDL 2734, to design a claimant payment grid and to facilitate a potential settlement of the case, and in February 2019 he was appointed Extraordinary Damages Award Special Master for the resulting aggregate settlement. The opt-out rate was less than 1%.

In September 2018, Mr. Gentle was appointed Special Master of a personal injury aggregate settlement involving a train derailment in Maryville, Tennessee with CSX and Union Tank as defendants.

In December 2018, Mr. Gentle was appointed Claims Administrator for the U.S. Pipe North Birmingham lead contamination Aggregate Settlement.

In May 2019, Mr. Gentle was appointed Settlement Special Master for a mercury contamination aggregate settlement in Florence, Alabama involving 97 plaintiffs.

In August 2019, Mr. Gentle was appointed by the Court to administer the aggregate settlement of a bus accident lawsuit in the Calhoun County, Alabama Circuit Court and involving 2 deaths and 44 personal injury claimants.

In November 2019 to November 2020, Mr. Gentle has been appointed Special Master to create grids and to administer three separate aggregate settlements for Bard IVC Filter claimants for six Plaintiffs' law firms.

In the Fall of 2020, Mr. Gentle was appointed Claims Administrator of the 4,000 Claimant Pradaxa Settlement.

In the Fall of 2021, Mr. Gentle was appointed Trustee and Claims Administrator of the $700-750M 100,000 claimant Purdue Opioid Bankruptcy Personal Injury Settlement, now on appeal, with an anticipated Effective Date in 2024.

In the Spring of 2022, Mr. Gentle was appointed Trustee and Claims Administrator of the Personal Injury Claimant Mallinckrodt Opioid Bankruptcy Settlement, with an Effective Date of June 2022.

Commencing in 2022, Mr. Gentle is the Administrator for 3 Medical Monitoring Programs that share a clinic in Vermont: Sullivan et al. v. Saint-Gobain Performance Plastics Corporation ("Bennington"); Burdick et al. v. Tonoga, Inc. ("Petersburgh"); and Baker et al. v. Saint-Gobain Performance Plastics Corp. et al. ("Hoosick Falls").

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
**Phone:** 205-716-3000
**Fax:** 205-716-3010
**Email:** egentle@gtandslaw.com
**Web:** www.gtandslaw.com
**Blog:** www.gtandsblog.com

5

egentle@gtandslaw.com

New engagements in the second half of 2022 and 2023 include claims administration of the TPC Explosion Settlement in Port Neches, Texas and the Arkema Explosion Settlement in Crosby, Texas, Aggregate Settlements involving Smith & Nephew Hips, Roundup, and a pesticide, Special Master for Opioid Settlement receipts by a State for its counties and cities, and Personal Injury Trustee for the MNK Opioid Settlement and the Endo Opioid Settlement.

2024 and 2025 settlement engagements including food contamination class action settlement, a PFOA drinking water class action settlement, and the Rite Aid Opioid Personal Injury Trust.

Mr. Gentle is an Adjunct Professor at Cumberland Law School, teaching Complex Litigation since 2020. He is also Alabama's longest serving Bar Examiner, serving from 1990 to present, and serving as Chair Person for eight years.

### EDUCATION

| Class Rank | School |
|---|---|
| 4 | J.D., University of Alabama School of Law 1981 (Hugo Black Scholarship) |
| Middle | M.A., Jurisprudence, Oxford University 1980 (Rhodes Scholarship) |
| Middle | B.A., Honours Jurisprudence, Oxford University 1979 (Rhodes Scholarship) |
| 1 | M.S., Summa Cum Laude, University of Miami 1977 (Maytag Fellowship [washing machines]) |
| 1 | B.S., Summa Cum Laude, Auburn University 1975 (Danforth Scholarship [Purina]) |

### POSITIONS HELD

| | |
|---|---|
| June 1992 - Present | **Gentle Turner & Benson, LLC**<br>Managing Partner<br>Birmingham, Alabama |
| September 1991 - June 1992 | **Miller, Hamilton, Snider & Odom**<br>Partner<br>Manager of Birmingham, Alabama Office |
| January 1987 - September 1991 | **Schoel, Ogle, Benton, Gentle & Centeno**<br>Partner<br>Birmingham, Alabama |

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
**Phone:** 205-716-3000
**Fax:** 205-716-3010
**Email:** egentle@gtandslaw.com
**Web:** www.gtandslaw.com
**Blog:** www.gtandsblog.com

egentle@gtandslaw.com

| | |
|---|---|
| December 1985 - January 1987 | **Law Offices of James L. North**<br>Associate<br>Birmingham, Alabama |
| June 1983 - December 1985 | **AT&T**<br>Senior Staff Attorney<br>Atlanta, Georgia |
| May 1981 - June 1983 | **North, Haskell, Slaughter, Young & Lewis**<br>Associate<br>Birmingham, Alabama |

### ARTICLES & PUBLICATIONS

Medical Monitoring Tort Remedy Basic Level: Landing the Plane (4-22-24)

Medical Monitoring Tort Remedy Advance Level: The Nuts and Bolts of Building and Administering the Program (6-11-24)

The Medical Monitoring Tort Remedy: Its Nationwide Status, Rationale, and Practical Application (A Possible Dynamic Tort Remedy for Long-Term Tort Maladies) (Journal of Emerging Issues in Litigation and Fastcase Magazine - Spring 2023)

Existential Threat From Mass Cases by Ed Gentle (ACAN 3-11-23)

Pitfalls and Cures by Ed Gentle (MTMP 4-5-2022)

The Rise of Aggregate Settlements and MDLs: Happy Together, by Edgar C. Gentle, III, Esq. (Class Action Monthly - June 2021)

7Habits for Running the Plaintiffs' MDL or Mass Tort Case Like a Business: A Special Master's Perspective The Role of Special Masters in Mass Litigation and Settlement (12-09-16)

Aggregate Settlements, MDL Attorney Battles and the Use of Special Masters: Happy Together - Cumberland Law School Seminar (December 2014)

Administration of the 2003 Tolbert PCB Settlement in Anniston, Alabama: An Attempted Collaborative and Holistic Remedy (Alabama Law Review - Spring 2009)

### PROFESSIONAL ORGANIZATIONS

American Bar Association

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
**Phone:** 205-716-3000
**Fax:** 205-716-3010
**Email:** egentle@gtandslaw.com
**Web:** www.gtandslaw.com
**Blog:** www.gtandsblog.com

egentle@gtandslaw.com

Alabama Bar Association

Academy of Court Appointed Neutrals

### REFERENCES

The Honorable Kenneth Feinberg
Feinberg Law Offices
1455 Pennsylvania Avenue NW #390
Washington D.C. 20004
(202) 256-3877
kfeinberg@feinberglawoffices.com

David Boies, Esq.
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 629-0200
dboies@bsfllp.com

The Honorable Thomas A. Bedell
Circuit Court Judge of Harrison Cnty, WV
Harrison County Courthouse
301 West Main Street, Room 321
Clarksburg, West Virginia 26301
(304) 624-8593

Kim West, Esq.
Wallace, Jordan, Ratcliff & Brandt, LLC
First Commercial Bank Building
800 Shades Creek Pkwy, Suite 400
Birmingham, Alabama 35209
(205) 870-0555
kwest@wallacejordan.com

The Honorable U.W. Clemon
Retired Federal District Court Judge
5202 Mountain Ridge Parkway
Birmingham, Alabama 35222
(205) 837-2898
clemonu@bellsouth.net

The Honorable R. David Proctor
United States District Court Judge
Hugo L. Black U.S. Courthouse, 7th Floor
1729 Fifth Avenue North
Birmingham, Alabama 35203
(205) 278-1982

J. Mark White, Esq.
White Arnold & Dowd, P.C.
2025 3rd Ave. N., Suite 500
Birmingham, Alabama 35203
(205) 323-1888
mwhite@whitearnolddowd.com

Robert B. Roden, Esq.
Shelby Roden, LLC
2101 Highland Ave. S, Ste. 200
Birmingham, AL 35205
(205) 933-8383
bob@shelbyroden.com

Virginia Buchanan, Esq.
Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A.
316 South Baylen Street
Pensacola, Florida 32502
(850) 435-7023
vbuchanan@levinlaw.com

D. Blayne Honeycutt, Esq.
Fayard & Honeycutt
419 Flori Avenue, SW
Denham Springs, Louisiana 70726
(225) 664-0304
dbhoneycutt@fayardlaw.com

Chris Hellums, Esq.
1100 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 322-8880
chrish@pittmandutton.com

Lewis C. Sutherland, Esq.
Vinson & Elkins, LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
(713) 758-2367
lsutherland@velaw.com

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
Phone: 205-716-3000
Fax: 205-716-3010
Email: egentle@gtandslaw.com
Web: www.gtandslaw.com
Blog: www.gtandsblog.com

8

egentle@gtandslaw.com

Matthew H. Lembke, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8560
Email address:
mlembke@bradley.com

Daniel E. Laytin, P.C.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
daniel.laytin@kirkland.com

**GENTLE TURNER BENSON, LLC**
501 Riverchase Pkwy East
Suite 100
Hoover, AL 35244
**Phone:** 205-716-3000
**Fax:** 205-716-3010
**Email:** egentle@gtandslaw.com
**Web:** www.gtandslaw.com
**Blog:** www.gtandsblog.com