FILED

2025 Sep-30  AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

## [PROPOSED] ORDER

This matter is before the Court on the Provider Plaintiffs' Motion to Appoint Settlement Claims Administrator. The motion is **GRANTED**. BrownGreer PLC is appointed as Settlement Claims Administrator.


DATED: _____

_____
**HON. R. DAVID PROCTOR**
**CHIEF UNITED STATES DISTRICT JUDGE**

1