FILED
2025 Oct-01 AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to Provider Track Cases** |

**ORDER APPOINTING SETTLEMENT CLAIMS ADMINISTRATOR**

This matter is before the Court on the Provider Plaintiffs' Motion to Appoint Settlement Claims Administrator. (Doc. # 3360). Following a competitive bidding process, including applications and interviews, Provider Plaintiffs and the Special Master recommend appointing BrownGreer PLC as the Settlement Administrator. (Doc. # 3360-1).

Provider Plaintiffs' Motion to Appoint Settlement Claims Administrator (Doc. # 3360). is **GRANTED**. BrownGreer PLC is **APPOINTED** as Settlement Claims Administrator.

**DONE** and **ORDERED** this October 1, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE