FILED

2025 Oct-15  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| _____ | ) |
| **IN RE: BLUE CROSS** | ) **Master File No. 2:13-CV-20000-RDP** |
| **BLUE SHIELD** | ) |
| **ANTITRUST LITIGATION** | ) **This document relates to Provider Track Cases** |
| **(MDL NO. 2406)** | ) |
| _____ | ) |

## PROVIDER PLAINTIFFS' NOTICE OF SUBMISSIONS REGARDING UNTIMELY OPT-OUT REQUESTS

On August 19, 2025, this Court entered an order to show cause why exclusion requests that were untimely or contained no postmark should not be rejected as untimely. (Doc. # 3349). Counsel for the Provider Plaintiffs worked with the Settlement Notice Administrator to deliver the order to the affected persons and entities. The deadline for responses to the order has passed. The Settlement Notice Administrator received responses from the following persons and entities:

| Exhibit | Class Member Name |
|---|---|
| 1 | Lewis & Clark Emergency Physicians, PC |
| 2 | Laura Essen, LCSW (listed as Lauren Essen in Doc. # 3338-1) |
| 3 | Robert Austgen |
| 4 | Jackie Jiang, PsyD |
| 5 | Addiction Health Alliance, LLC<br>DR Recovery Encinitas, LLC<br>Southern California Recovery Centers, Oceanside, LLC<br>TML Recovery, LLC<br>Southern California Addiction Center Inc.<br>California Behavioral Health, LLC |
| 6 | Highlands Oncology Group, PA |

1

| Exhibit | Class Member Name |
|---|---|
| 7 | Copley Memorial Hospital Inc<br>Rush Copley Medical Center<br>Rush Copley Medical Group NFP<br>Rush Health<br>Rush Health ACO Inc<br>Rush Oak Park ER Physicians Group<br>Rush Oak Park Hospital, Inc<br>Rush Oak Park Nocturnist<br>Rush Oak Park Physicians group Adult Medicine<br>Rush Oak Park Physicians Group Anchor<br>Rush Oak Park Physician Group Center for Diabetes and Endocrine<br>Rush Oak Park Physician Group Elmwood Park<br>Rush Oak Park Physician Group Family Medicine<br>Rush Oak Park Physician Group Lake Street<br>Rush Oak Park Physician Group North Riverside<br>Rush Surgicenter at the Professional Building LTD Partnership<br>Rush System for Health d/b/a Rush University System for Health<br>Rush University Medical Center<br>Rush University Medical Group<br>Rush-Copley Orthopedics LLC<br>Rush-Copley Surgicenter LLC |
| 8 | Keystone Medical Services of Bradford, PC<br>Hospitalist Services of Bradford, PC<br>Medical Services of Buffalo, PC<br>Hospitalist Services of Meridian, PA<br>Keystone Medical Services of Niagara Falls, PC<br>Keystone Hospitalist Services of NY, PC<br>Keystone Medical Services of New York, PC<br>Hospitalist Services of Olean, PC |
| 9 | Ascension Emergency Physicians, LLC<br>Calcasieu Cameron Emergency Physician Group, LLC<br>Calcasieu Cameron Hospital Medicine Group, LLC<br>C&M Medical Services, Inc.<br>Concordia Emergency Physicians Group, LLC<br>East Baton Rouge Emergency Physicians Group, LLC<br>W4P, LLC<br>Integrated Emergency Medicine Specialists, LLC<br>Oklahoma Emergency Partners, LLC<br>Professional Emergency Medicine Management – Lake Charles, LLC<br>Professional Emergency Physician Associates, LLC<br>St. Tammany Emergency Physicians Group, LLC<br>Thibodaux Emergency Physicians Group, LLC<br>Washington Parish Emergency Physicians Group, LLC |

| Exhibit | Class Member Name |
|---|---|
| 10 | Patients Emergency Room and Hospital |

The Settlement Notice Administrator did not receive responses from the following persons and entities:

| Class Member Name |
|---|
| Bonita Creek Emergency Services, PLLC |
| ECEP II, PA |
| Christian J DenOuden |
| IEMS Physician Services, PLLC |
| Illinois Emergency Medicine Specialists, LLC |
| Professional Emergency Care, PC |
| Progressive Emergency Physicians PA, PLLC |
| Progressive Emergency Physicians, PLLC |
| Vital Emergency Partners, PA |
| Vital Hospital Partners, PA |
| Elite Kingwood Hospital |
| Balaji Nithianandam |
| Magnolia Connection, PC |
| South Shore Anesthesia Staffing LLC |
| Emergency Medicine Professionals, PA |
| Tonya J. McFadden |

The Provider Plaintiffs suggest that these persons and entities should be found not to have opted out without further analysis because they did not attempt to show cause.

Dated:  October 15, 2025                           Respectfully submitted,

/s/ Edith M. Kallas                                      /s/ Joe R. Whatley, Jr.
Edith M. Kallas – **Co-Lead Counsel**        Joe R. Whatley, Jr. – **Co-Lead Counsel**
WHATLEY KALLAS, LLP                        W. Tucker Brown
152 West 57th Street                            WHATLEY KALLAS, LLP
41st Floor                                           2001 Park Place North
New York, NY 10019                          1000 Park Place Tower
Tel: (212) 447-7060                             Birmingham, AL 35203
Fax: (800) 922-4851                            Tel: (205) 488-1200
Email: ekallas@whatleykallas.com          Fax: (800) 922-4851
                                                        Email: jwhatley@whatleykallas.com
                                                               tbrown@whatleykallas.com

Patrick J. Sheehan
WHATLEY KALLAS, LLP
101 Federal Street
19th Floor
Boston, MA 10019
Tel: (617) 573-5118
Fax: (617) 371-2950
Email: psheehan@whatleykallas.com

Barry Alan Ragsdale – *Plaintiffs' Liaison
Counsel and Discovery Liaison Counsel*
Dominick Feld Hyde, PC
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Tel: (205) 536-8888
bragsdale@dfhlaw.com

Charles Clinton Hunter
HAYES HUNTER PC
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (281) 768-4731
Fax: (713) 583-7047
Email: chunter@hayeshunterlaw.com

Dennis Pantazis – *Plaintiffs' Steering
Committee*
Brian Clark – *Discovery Committee*
WIGGINS CHILDS PANTAZIS FISHER
 GOLDFARB
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel: (205) 314-0500
Fax: (205) 254-1500
Email: dgp@wigginschilds.com
        bclark@wigginschilds.com

Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street
Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

E. Kirk Wood, Jr. – *Local Facilitating
Counsel*
WOOD LAW FIRM LLC
P. O. Box 382434
Birmingham, AL 35238
Tel: (205) 612-0243
Fax: (205) 705-1223
Email: kirk@woodlawfirmllc.com

Aaron S. Podhurst – *Plaintiffs' Steering
Committee*
Peter Prieto – *Chair, Expert Committee*
PODHURST ORSECK, P.A.
One S.E. 3rd Avenue
Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
Email: apodhurst@podhurst.com
        pprieto@podhurst.com

4

Dennis C. Reich – ***Chair, Damages Committee***
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
Email: dreich@reichandbinstock.com

Nicholas B. Roth – ***Chair, Discovery Committee***
Julia Smeds Roth – ***Discovery Committee***
EYSTER KEY TUBB ROTH MIDDLETON
 & ADAMS, LLP
402 East Moulton Street, SE
Decatur, AL 35602
Tel: (256) 353-6761
Fax: (256) 353-6767
Email: nbroth@eysterkeylaw.com
          jroth@eysterkeylaw.com

David A. Balto – ***Expert Committee***
THE LAW OFFICES OF DAVID A. BALTO
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 789-5424
Fax: (202) 589-1819
Email: david.balto@dcantitrustlaw.com

Joey K. James – ***Litigation Committee***
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel: (256) 764-0095
Fax: (256) 767-5705
Email: joey@joeyjameslaw.com

Richard S. Frankowski – ***Discovery Committee***
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, AL 35233
Tel: (205) 390-0399

U.W. Clemon – ***Plaintiffs' Steering Committee***
U. W. Clemon, LLC
5202 Mountain Ridge Parkway
Birmingham, AL 35222
Tel: (205) 837-2898
Email: uwclemon1@gmail.com

J. Mark White – ***Litigation Committee***
Augusta S. Dowd – ***Chair, Litigation Committee***
Linda G. Flippo – ***Discovery Committee***
WHITE ARNOLD & DOWD, P.C.
2001 Park Place North
Suite 1400
Birmingham, AL 35203
Tel: (205) 323-1888
Fax: (205) 323-8907
Email: mwhite@whitearnolddowd.com
          adowd@whitearnolddowd.com
          lflippo@whitearnolddowd.com

Van Bunch – ***Chair, Class Certification Committee***
BONNETT FAIRBOURN FRIEDMAN &
 BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
Email: vbunch@bffb.com

Robert J. Axelrod – ***Chair, Written Submissions Committee***
AXELROD LLP
800 Third Avenue, Suite 2800
New York, NY 10022
Tel: (646) 448-5263
Fax: (212) 840-8560
Email: raxelrod39@gmail.com

W. Daniel Miles, III – ***Written Submissions Committee***
BEASLEY ALLEN CROW METHVIN
PORTIS
 & MILES, P.C.

5

Fax: (205) 390-1001
Email: richard@frankowskifirm.com

218 Commerce Street
Montgomery, AL 36104
Tel: (800) 898-2034
Fax: (334) 954-7555
Email: dee.miles@beasleyallen.com

John C. Davis – *Written Submissions Committee*
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel: (850) 222-4770
Email: john@johndavislaw.net

Michael C. Dodge – *Expert Committee*
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel: (972) 419-7172
Email: mdodge@gpm-law.com

Mark K. Gray – *Discovery Committee*
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel: (502) 805-1800
Fax: (502) 618-4059
Email: mgray@grayandwhitelaw.com

Michael E. Gurley, Jr. – *Discovery Committee*
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel: (205) 908-6512
Email: mgurleyjr@yahoo.com

Stephen M. Hansen – *Class Certification Committee*
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel: (253) 302-5955
Fax: (253) 301-1147
Email: steve@stephenmhansenlaw.com

Lynn W. Jinks, III – *Expert Committee*
Christina D. Crow – *Discovery Committee*
JINKS CROW, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel: (334) 738-4225
Fax: (334) 738-4229
Email: ljinks@jinkslaw.com
          ccrow@jinkslaw.com

Harley S. Tropin – *Damages Committee*
Javier A. Lopez – *Discovery Committee*
KOZYAK TROPIN &
 THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: hst@kttlaw.com
          jal@kttlaw.com

Myron C. Penn – *Discovery Committee*
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel: (334) 738-4486
Fax: (334) 738-4432
Email: myronpenn28@hotmail.com

C. Wes Pittman – *Settlement Committee*
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue

J. Preston Strom, Jr. – *Litigation Committee*
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A

Panama City, FL 32401
Tel: (850) 784-9000
Fax: (850) 763-6787
Email: wes@pittmanfirm.com

Robert B. Roden – *Litigation Committee*
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel: (205) 933-8383
Fax: (205) 933-8386
Email: rroden@shelbyroden.com

Gary E. Mason – *Class Certification Committee*
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DC 20036
Tel: (202) 429-2290
Fax: (202) 640-1160
Email: gmason@wbmllp.com

Michael L. Murphy – *Discovery Committee*
BAILEY GLASSER LLP
910 17th Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103
Email: mmurphy@baileyglasser.com

Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel: (719) 471-1984
Fax: (719) 577-4356
Email: lance@searsassociates.com

Columbia, SC 29204-3905
Tel: (803) 252-4800
Fax: (803) 252-4801
Email: petestrom@stromlaw.com

Thomas V. Bender – *Discovery Committee*
Dirk L. Hubbard
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Tel: (816) 421-0700
Email: tbender@hab-law.com
 dhubbard@hab-law.com

Gregory S. Cusimano – *Litigation Committee*
CUSIMANO, ROBERTS & MILLS, LLC
153 South 9th Street
Gadsden, AL 35901
Phone: (256) 543-0400
Fax: (256) 543-0488
Email: greg@alalawyers.net

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel: (320) 289-2363
Fax: (320) 289-2369
Email: brian@wojtalewiczlawfirm.com

Archie C. Lamb, Jr.
ARCHIE LAMB & ASSOCIATES, LLC
301 19th Street North, Suite 585
The Kress Bldg.
Birmingham, AL 35203-3145
(205) 458-1210
Email: alamb@archielamb.com

7

Jessica Dillon
Ray R. Brown
Molly Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK 99501
Tel: (907) 277-5400
Fax: (907) 277-9896
Email: Jessica@dillonfindley.com
 Ray@dillonfindley.com
 Molly@dillonfindley.com

Paul Lundberg
LUNDBERG LAW, PLC
600 4TH Street, Suite 906
Sioux City, IA 51101
Tel: (712) 234-3030
Fax: (712) 234-3034
Email: paul@lundberglawfirm.com

Allyson C. Dirksen
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic 4th Street
P. O. Box 3086
Sioux City, IA 51101
Tel: (712) 255-8838
Fax (712) 258-6714
Email: allyson.dirksen@heidmanlaw.com

Gwen Simons
Simons & Associates Law, P.A.
P.O. Box 1238
Scarborough, ME 04070-1238
Tel: (207) 205-2045
Fax: (207) 883-7225
Email: gwen@simonsassociateslaw.com

***Counsel for Provider Plaintiffs***