FILED

2025 Oct-15  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

| | |
|---|---|
| **From:** | Samuel Hunthausen |
| **To:** | Blue Cross Blue Shield Provider Settlement Notice Administrator |
| **Cc:** | Trent Jensen |
| **Subject:** | Fwd: BCBS Provider Settlement: Notice to Show Cause – Untimely Request for Exclusion from Provider Settlement |
| **Date:** | Wednesday, August 27, 2025 3:49:09 PM |
| **Attachments:** | 1022 - Notice to Show Cause Re Untimely Exclusion Request.pdf<br>Postage 3 4 2025.jpg<br>Post Mark .jpg<br>Opt Out Notice Lewis & Clark Emergency Physicians.docx |

Good Afternoon:

I am writing to contest the determination that Lewis & Clark Emergency Physician's request was untimely as referenced in the email below.

I mailed the document on March 4, 2025 at the Helena, Montana Last Chance Station and watched it enter the mail stream. Attached, you will find a photo of the postmark which shows March 4, 2025 as well as the letter that was included in that envelope, and the receipt that was obtained during that same post office visit.

Thank you for your reconsideration.

Sincerely,

Sam Hunthausen
Lewis & Clark Emergency Physicians, PC

---------- Forwarded message ---------
From: **Blue Cross Blue Shield Provider Settlement Notice Administrator**
<Administrator@bcbsprovidersettlement.com>
Date: Mon, Aug 25, 2025, 1:58 PM
Subject: BCBS Provider Settlement: Notice to Show Cause – Untimely Request for Exclusion from Provider Settlement
To: trentsjensen@gmail.com <trentsjensen@gmail.com>
Cc: Blue Cross Blue Shield Provider Settlement Notice Administrator
<Administrator@bcbsprovidersettlement.com>

Trent Jensen:

Attached is a Notice to Show Cause Regarding an Untimely Request for Exclusion from the Provider Settlement. A copy of this notice was also sent today via USPS Certified Mail.

Thank you.

**Settlement Notice Administrator**

**Blue Cross Blue Shield Provider Settlement**

**BROWNGREER PLC**

Telephone: (888) 452-3095

Administrator@BCBSProviderSettlement.com

www.BCBSProviderSettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# Blue Cross Blue Shield Provider Settlemei

*In re: Blue Cross Blue Shield Antitrust Litigation*, MDL 2406, N.D. Ala., Master File No. 2:13-cv-20000-RDP

## NOTICE TO SHOW CAUSE REGARDING UNTIMELY REQUEST FOR EXCLUSION FROM PROVIDER SETTLEMENT

**Date of Notice: 8/25/2025**
**Deadline to Respond: 9/15/2025**

### I.    EXPLANATION OF NOTICE

You are receiving this notice because you submitted a request for exclusion from the provider settlement in *In re Blue Cross Blue Shield Antitrust Litigation*, and your request either was not postmarked by the March 4, 2025 deadline, or had no legible postmark.

On August 19, 2025, the Court issued a Show Cause Order requiring all individuals and entities who submitted untimely exclusion requests to show cause within twenty-one (21) days why their requests should not be rejected as untimely. A copy of this Order is enclosed.

### II.    AFFECTED REQUESTOR INFORMATION

The following persons or entities submitted exclusion requests without a legible postmark:

| ID | Requestor Name |
|---|---|
| 3101 | LEWIS & CLARK EMERGENCY PHYSICIANS, PC |

### III.    HOW TO RESPOND

If your request did not include a legible postmark, you may submit an affidavit or declaration under penalty of perjury stating that your request was timely mailed.

Please send your response by email to administrator@bcbsprovidersettlement.com.

**If we do not receive a response by the deadline, the Court may disallow your exclusion request, and you may remain in the settlement class.**

If you have any questions about this notice, please call (888) 452-3095.

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>**BLUE CROSS BLUE SHIELD<br>ANTITRUST LITIGATION<br>(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to<br>Provider Track Cases** |

**SHOW CAUSE ORDER REGARDING UNTIMELY EXCLUSION REQUESTS**

This matter is before the court on Provider Plaintiffs' Motion for an Order to Show Cause Regarding Untimely Exclusion Requests. (Doc. # 2228). On December 4, 2024, the court entered a Memorandum Opinion and Order Preliminarily Approving Provider Plaintiffs' Settlement. (Doc. # 3225). That Order required Class Members who wished to be excluded from the Provider Plaintiffs' settlement to mail a request for exclusion postmarked no later than March 4, 2025. (*Id*. at 51).

The persons and entities listed in Exhibit A to this Order mailed exclusion requests that either were postmarked after the March 4, 2025 deadline, or did not contain a legible postmark and were received after the March 4, 2025 deadline. Within twenty-one (21) days of this Order, the persons and/or entities listed on Exhibit A hereto are **ORDERED** to **SHOW CAUSE** why their exclusion requests should not be rejected as untimely. For requests without a legible postmark, an affidavit or declaration under penalty of perjury that the request was timely mailed will suffice to show cause.

Counsel for the Provider Plaintiffs are **ORDERED** to coordinate with the Settlement Notice Administrator to provide a copy of this order to each person or entity listed on Exhibit A. Upon doing so, counsel for the Provider Plaintiffs **SHALL** file a notice setting forth the date on which each such person or entity was provided with a copy of this Order. Within twenty-one (21)

days of receiving a copy of this Order, each person or entity on Exhibit A **SHALL** submit their response to the Settlement Notice Administrator, who **SHALL** compile the responses and provide them to counsel for the Provider Plaintiffs. Upon receipt of this information from the Settlement Notice Administrator, Counsel for the Provider Plaintiffs **SHALL** file the responses with the court.

**DONE** and **ORDERED** this August 19, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

FILED

2025 Jul-22  PM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA



# Exhibit A

| Class Member Name | Postmark Date |
|---|---|
| ADDICTION HEALTH ALLIANCE, LLC | |
| DR RECOVERY ENCINITAS, LLC | |
| SOUTHERN CALIFORNIA RECOVERY CENTERS OCEANSIDE, LLC | |
| TML Recovery, LLC | |
| KEYSTONE MEDICAL SERVICES OF BRADFORD, PC | |
| HOSPITALIST SERVICES OF BRADFORD, PC | |
| MEDICAL SERVICES OF BUFFALO, PC | |
| HOSPITALIST SERVICES OF MERIDIAN, PA | |
| KEYSTONE MEDICAL SERVICES OF NIAGARA FALLS, PC | |
| KEYSTONE HOSPITALIST SERVICES OF NY, PC | |
| KEYSTONE MEDICAL SERVICES OF NEW YORK, PC | |
| HOSPITALIST SERVICES OF OLEAN, PC | |
| ASCENSION EMERGENCY PHYSICIANS, LLC | 3/5/2025 |
| BONITA CREEK EMERGENCY SERVICES, PLLC | 3/5/2025 |
| CALCASIEU CAMERON EMERGENCY PHYSICIAN GROUP, LLC | 3/5/2025 |
| CALCASIEU CAMERON HOSPITAL MEDICINE GROUP, LLC | |
| ECEP II, PA | 3/5/2025 |
| Christian J DenOuden | 3/5/2025 |
| C&M MEDICAL SERVICES, INC | 3/5/2025 |
| CONCORDIA EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| EAST BATON ROUGE EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| W4P, LLC | 3/5/2025 |
| INTEGRATED EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| IEMS PHYSICIAN SERVICES, PLLC | 3/5/2025 |
| ILLINOIS EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| LEWIS & CLARK EMERGENCY PHYSICIANS, PC | |
| OKLAHOMA EMERGENCY PARTNERS, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY CARE, PC | 3/5/2025 |
| PROFESSIONAL EMERGENCY MEDICINE MANAGEMENT - LAKE CHARLES, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY PHYSICIAN ASSOCIATES, LLC | 3/5/2025 |
| PROGRESSIVE EMERGENCY PHYSICIANS PA, PLLC | 3/5/2025 |
| PROGRESSIVE EMERGENCY PHYSICIANS, PLLC | 3/5/2025 |
| ST TAMMANY EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| THIBODAUX EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| VITAL EMERGENCY PARTNERS, PA | 3/5/2025 |
| VITAL HOSPITAL PARTNERS, PA | 3/5/2025 |
| WASHINGTON PARISH EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| ELITE KINGWOOD HOSPITAL | 3/5/2025 |
| LAUREN ESSEN, LCSW | 3/7/2025 |
| PATIENTS EMERGENCY ROOM AND HOSPITAL | 3/5/2025 |
| COPLEY MEMORIAL HOSPITAL INC | 3/5/2025 |
| Balaji Nithianandam | 3/8/2025 |

| Class Member Name | Postmark Date |
|---|---|
| RUSH COPLEY MEDICAL CENTER | 3/5/2025 |
| RUSH COPLEY MEDICAL GROUP NFP | 3/5/2025 |
| RUSH HEALTH | 3/5/2025 |
| RUSH HEALTH ACO INC | 3/5/2025 |
| RUSH OAK PARK ER PHYSICIANS GROUP | 3/5/2025 |
| RUSH OAK PARK HOSPITAL INC | 3/5/2025 |
| RUSH OAK PARK NOCTURNIST | 3/5/2025 |
| RUSH OAK PARK PHYSICIANS GROUP ADULT MEDICINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIANS GROUP ANCHOR | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP CENTER FOR DIABETES AND ENDOCRINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP ELMWOOD PARK | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP FAMILY MEDICINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP LAKE STREET | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP NORTH RIVERSIDE | 3/5/2025 |
| RUSH SURGICENTER AT THE PROFESSIONAL BUILDING LTD PARTERSHIP | 3/5/2025 |
| RUSH SYSTEM FOR HEALTH DBA RUSH UNIVERSITY SYSTEM FOR HEALTH | 3/5/2025 |
| RUSH UNIVERSITY MEDICAL CENTER | 3/5/2025 |
| RUSH UNIVERSITY MEDICAL GROUP | 3/5/2025 |
| RUSH-COPELY ORTHOPEDICS LLC | 3/5/2025 |
| RUSH-COPELY SURGICENTER LLC | 3/5/2025 |
| SOUTHERN CALIFORNIA ADDICTION CENTER INC | 3/5/2025 |
| CALIFORNIA BEHAVIORAL HEALTH, LLC | 3/5/2025 |
| MAGNOLIA CONNECTION, PC | 3/11/2025 |
| SOUTH SHORE ANESTHESIA STAFFING LLC | 3/13/2025 |
| Jackie Jiang, PsyD | 3/6/2025 |
| EMERGENCY MEDICINE PROFESSIONALS, PA | 3/17/2025 |
| Tonya J. McFadden | 3/8/2025 |
| HIGHLANDS ONCOLOGY GROUP, PA | 3/7/2025 |
| Robert Austgen | 4/1/2025 |



**UNITED STATES POSTAL SERVICE.**

LAST CHANCE
500 N LAST CHANCE GULCH
HELENA, MT 59601-5021
(800)275-8777

03/04/2025                              10:49 AM
- - - - - - - - - - - - - - - - - - - - - - - - - -

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

- - - - - - - - - - - - - - - - - - - - - - - - - -

USPS Grnd Advtg         1                    $14.40
  Atlanta, GA 30394
  Weight: 1 lb 0.10 oz
  Estimated Delivery Date
    Sat 03/08/2025
  Tracking #:
    9534 6119 3714 5063 5560 90
  Insurance                                   $0.00
    Up to $100.00 included
Total                                        $14.40

- - - - - - - - - - - - - - - - - - - - - - - - - -

Grand Total:                                 $14.40

- - - - - - - - - - - - - - - - - - - - - - - - - -

Credit Card Remit                            $14.40
  Card Name: VISA
  Account #: XXXXXXXXXXXX6800
  Approval #: 05796D
  Transaction #: 684
  AID: A000000031010              Chip
  AL: VISA CREDIT
  PIN: Not Required CAPITAL ONE VISA

- - - - - - - - - - - - - - - - - - - - - - - - - -

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
        1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an



EVANS + CLARK EMERGENCY PHYSICIANS
BOX 2002
M MT 59624

BLUE CROSS BLUE SHIELD PROVIDER SETTLEMENT
SETTLEMENT NOTICE ADMINISTRATOR
PO BOX 26443
RICHMOND, VA 23261

*In re: Blue Cross Blue Shield Antitrust Litigation* **(MDL No. 2046) (N.D. Ala. 2:13-CV-20000-RDP)**
Lewis & Clark Emergency Physicians, PC
**Notice of Exercise of Exclusion Rights**

February 25, 2025

Blue Cross Blue Shield Provider Settlement
Settlement Notice Administrator
P.O. Box 26443
Richmond, VA 23261

Dear Claims Administrator:

*Exclusion Statement*

This communication shall provide notice that Lewis & Clark Emergency Physicians wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation* (MDL No. 2046) (N.D. Ala. 2:13-CV-20000-RDP) to the fullest extent allowed by the terms of the settlement and applicable law.

The requested exclusion information is set forth below and in the attached exhibit.

*Contact Information*

Class Member's Name: Lewis & Clark Emergency Physicians, PC
Class Member's Authorized Representative: Trent Jensen, DO
Class Member's Address: 2475 E Broadway St, Helena, MT 59601
Class Member's Email Address: trentsjensen@gmail.com
Class Member's Telephone Number: 406-444-2150

Authorized Representative's Address: PO BOX 2002, Helena, MT 59624
Authorized Representative's Email Address: trentsjensen@gmail.com
Authorized Representative's Telephone Number: 208-604-1537

*Identification Numbers*

Requested identification numbers are set forth on Exhibit A.

*Claim Assignment, Transfer, or Grant of Financial Interest Statement*

As of this date, Lewis & Clark Emergency Physicians, PC has not assigned, transferred, or otherwise given a financial interest in its claims against the Settling Defendants to any third party (in whole or in part).


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Notice of Exercise of Exclusion Rights Signature Page

Signed,


Signature: _____

Printed Name: _____

Class Member Name:   Lewis & Clark Emergency Physicians, PC

Exhibit A

Lewis & Clark Emergency Physicians, PC

*Taxpayer Identification Number(s)*

██████

*National Provider Identifiers and Medicare Provider Numbers*

| **Provider Name** | **Provider NPI** | **Provider MPN** |
|---|---|---|
| Cara Callison | 1336527118 | |
| Andy Coil | 1609039767 | |
| Kelly Dewey | 1952656183 | |
| Trent Jensen | 13973628 | |
| Tiffany Kniepkamp | l4218923 | |
| Andrew Michel | 1164469730 | |
| Jared Phelps | 1700293354 | |
| Adam Phelps | 1508109760 | |

| | | |
|---|---|---|
| Patrick Alduenda | 1710967724 | |
| Cassie Searle | 13796573 | |
| Jacob Williams | 1174859540 | |
| Martin Neubert | 1649273921 | |
| Sierra Zimmer | 1841886447 | |
| Branon Lee | 1366750804 | |
| Samantha Wright | 1407412893 | |
| Melissa Quist | 1386902344 | |

| | | |
|---|---|---|
| Rebecca Barringer | 1659060150 | |
| Kelly Connelly | 1891333258 | |
| Michelle Bailey | 1447376991 | |
| Patrick McLaughlin | 157828320 | |
| | | |
| | | |
| | | |
| | | |