FILED

2025 Oct-15  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

**From:**    Laura
**To:**    Blue Cross Blue Shield Provider Settlement Notice Administrator
**Subject:**    Show Cause Order Regarding Untimely Exclusion Request from Laura Essen , LCSW -your ID # 3464
**Date:**    Friday, August 29, 2025 1:05:30 PM

R.David Proctor
Chief U.S. District Judge

To : Your Honor,

I am in receipt of this order regarding my untimely exclusion request for the Blue Cross Blue Shield Provider Settlement.

My request was supposed to be postmarked by March 4, 2025 . However, mine was postmarked March 7, 2025 .
I am sorry that I mailed it 3 days late . This was an oversight on my part .
I do want to be excluded from this antitrust litigation as I do not believe it affected me at all .

I would kindly appreciate you excluding from this case as I have no interest or claim .

I received your letter yesterday and retrieved it from the post office today . I notice you have my first name as Lauren . That is incorrect.
My first name is Laura . My ID that you assigned to me is 3464 . My address is :
6460 Main Street . Apt . # 110
Miami Lakes , Florida 33014

Please acknowledge receipt of this email as it was requested in the letter from you all .

Thank you in advance for your consideration in this matter.

Sincerely,


Laura Essen , LCSW, CTP, CCTP
Psychotherapist

Sent  from my iPhone

Statement of Confidentiality in this email is confidential. It is intended solely for the addressee. If you have received this email in error,
please contact the sender or destroy this email.
If you are not the intended recipient, any disclosure, copying or distribution is prohibited and may be unlawful.