FILED

2025 Oct-15  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

| | |
|---|---|
| **From:** | Robert Austgen |
| **To:** | Blue Cross Blue Shield Provider Settlement Notice Administrator |
| **Subject:** | Austgen |
| **Date:** | Monday, September 8, 2025 2:57:49 PM |

I wanted to provide some context regarding the timing of my letter. I was at my previous employment of 13 years and started my new employment with a new group on 4/1/25. I recently began this new role within a different group, and the transition period coincided directly with the submission window. This overlap affected my ability to complete the letter within the requested timeframe. I submitted as soon as possible once I was an aware of the lawsuit by my partners and director. Therefore because my new employment started within a reasonable time frame from the submission date , I am asking for consideration in removal from the lawsuit.

I appreciate your understanding regarding this circumstance. Please know that I remain committed to fulfilling all responsibilities moving forward and do not anticipate further timing issues now that the transition has been completed.

I'm happy to provide more information or documents upon request

Respectfully

Robert Austgen