FILED

2025 Oct-15  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 4

**From:**      Dr. Jackie Jiang"s Office
**To:**         Blue Cross Blue Shield Provider Settlement Notice Administrator
**Subject:**    Re: BCBS Provider Settlement: Notice to Show Cause – Untimely Request for Exclusion from Provider Settlement
**Date:**       Wednesday, September 10, 2025 4:39:10 PM

Received and I do not want to pursue in this lawsuit against BCBS
Jackie.

On Thu, Sep 4, 2025 at 11:03 PM Blue Cross Blue Shield Provider Settlement Notice Administrator <Administrator@bcbsprovidersettlement.com> wrote:

> Jackie Jiang:
>
> We've been monitoring the delivery status of the Show Cause Notice and noted that the original mailing was marked as undeliverable. USPS indicates that redelivery must be scheduled by the recipient.
>
> For your reference, the certified tracking number is provided below. Additionally, we've sent a second copy of the notice and have attached it here for your convenience.
>
> **7017 2400 0000 0071 1813**
>
> Please let us know if you have any questions.
>
> Best regards,
>
> **Settlement Notice Administrator**
>
> **Blue Cross Blue Shield Provider Settlement**
>
> **BROWNGREER PLC**
>
> Telephone: (888) 452-3095
>
> Administrator@BCBSProviderSettlement.com
>
> www.BCBSProviderSettlement.com
>
> *This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*
>
> ---
>
> **From:** Blue Cross Blue Shield Provider Settlement Notice Administrator
> **Sent:** Monday, August 25, 2025 4:01 PM
> **To:** drjackiejiang@gmail.com
> **Cc:** Blue Cross Blue Shield Provider Settlement Notice Administrator
> **Subject:** BCBS Provider Settlement: Notice to Show Cause – Untimely Request for Exclusion from Provider Settlement

Jackie Jiang:

Attached is a Notice to Show Cause Regarding an Untimely Request for Exclusion from the Provider Settlement. A copy of this notice was also sent today via USPS Certified Mail.

Thank you.

**Settlement Notice Administrator**

**Blue Cross Blue Shield Provider Settlement**

**BROWNGREER PLC**

Telephone: (888) 452-3095

Administrator@BCBSProviderSettlement.com

www.BCBSProviderSettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

--

**Dr. Jackie Jiang & Associates**
1586 37th Ave, Moline, IL 61265
910 W 35th St, Davenport, IA 52806
Phone: 309-944-7833 (IL); 563-844-5366 (IA)
Fax: 309-403-0554

Confidentiality Notice: Email may not be secure. For the intended recipient only; may contain confidential/privileged information. If misdirected, please notify the sender and delete.