FILED

2025 Oct-15 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

**From:** Reed, Amy
**To:** Blue Cross Blue Shield Provider Settlement Notice Administrator; Roma Petkauskas
**Cc:** Eisenbrey, Damon D.; Rissler, Jerad; Churvis, Lisa J.
**Subject:** Response to Show Cause Order – Untimely Exclusion Requests (MDL 2406)
**Date:** Thursday, September 11, 2025 2:00:36 PM
**Attachments:** 2025.09.11 Show Cause Notice Response and Exhibits.pdf
**Importance:** High

---

Dear Settlement Administrator,

On behalf of Damon Eisenbrey, please find attached response to the Court's August 19, 2025 Show Cause Order regarding untimely exclusion requests in **In re Blue Cross Blue Shield Antitrust Litigation, MDL 2406**.

As detailed in the attached submission, we represent the following entities:

- TML Recovery, LLC
- Southern California Recovery Center Oceanside, LLC
- DR Recovery Encinitas, LLC
- Addiction Health Alliance, LLC
- California Behavioral Health, LLC
- Southern California Addiction Center, Inc.

This response includes supporting declarations and exhibits demonstrating that each facility's opt-out notice was timely mailed in accordance with the Court's instructions. For Southern California Addiction Center, Inc., we have provided a declaration under penalty of perjury confirming timely mailing, as required for requests without a legible postmark.

We respectfully request that the attached materials be accepted as proof of timely submission and that each facility's exclusion request be deemed valid and effective.

Please confirm receipt of this response. Should you require any additional information, do not hesitate to contact our office.

Thank you,

Amy Reed
**SENIOR PARALEGAL**

**d** 202.677.4976

**ARNALL GOLDEN GREGORY LLP**
2100 Pennsylvania Avenue NW | Suite 350S | Washington, D.C. 20037
amy.reed@agg.com | www.agg.com



2100 Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Direct Phone: 202.677.4071
Email: damon.eisenbrey@agg.com

September 11, 2025

**VIA EMAIL & EXPRESS MAIL**

Settlement Notice Administrator
**BLUE CROSS BLUE SHIELD PROVIDER SETTLEMENT**
P.O. Box 26443
Richmond, VA 23261
administrator@bcbsprovidersettlement.com

**Re: In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406 – ECF No. 3338 Provider Plaintiffs' Motion for an Order to Show Cause Regarding Untimely Exclusion Requestions**

Dear Administrator,

As you know from our prior correspondence, my firm represents TML Recovery, LLC ("TML"); Southern California Recovery Center Oceanside, LLC ("SCRCO"); DR Recovery Encinitas, LLC ("DRR"); Addiction Health Alliance, LLC ("AHA"); California Behavioral Health, LLC ("CBH"); and Southern California Addiction Center, Inc. ("SCAC"; collectively, the "Facilities"), in litigation pending in the Central District of California[1] (the "Litigation") (Declaration of Damon D. Eisenbrey ("Eisenbrey Decl.") ¶¶ 2-3.) We write in response to Provider Plaintiffs' Counsel's August 22, 2025 letter to provide additional information regarding the

[1] *California Behavioral Health, LLC et al., v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-02424-JWH-ADS (C.D. Cal. Dec. 8, 2020); *Southern California Addiction Center, Inc. v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00108-DOC-ADS (C.D. Cal. Jan. 17, 2020); *Southern California Recovery Centers Oceanside, LLC v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00106-DOC-ADS (C.D. Cal. Jan. 17, 2020); *DR Recovery Encinitas, LLC v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00112-DOC-ADS (C.D. Cal. Jan. 17, 2020); *TML Recovery, LLC v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00104-DOC-ADS (C.D. Cal. Jan. 17, 2020); *Addiction Health Alliance, LLC v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00111-DOC-ADS (C. D. Cal. Jan. 17, 2020).



Facilities' timely submission of Notices of Intent to Be Excluded from the Settlement Class ("Opt-Out Notices").

**Background.**

On July 22, 2025, Provider Plaintiffs filed a Motion for an Order to Show Cause Regarding Untimely Exclusion Requests. (Doc. 3338.) Provider Plaintiffs indicated that they had received opt-outs from each of the Facilities, but the requests were tardy or had no legible postmark. (*Id*. at 1; Doc. 3338-1 at 1.) On August 7, 2025, Provider Plaintiffs filed a Revised Facially Valid Opt-Out List that included TML, AHA, DRR, SCRCO, and CBH, which led me to believe that you realized their opt outs were timely submitted and only needed information regarding the timeliness of SCAC's opt out notice. (Doc. 3343-1.)

On August 15, 2025, I provided proof of timely submission of the Facilities' Opt-Out Notices to Plaintiffs' Counsel and the Settlement Administrator. Even though you recognized the validity of the Opt-Out Notices of TML, AHA, DRR, SCRCO, and CBH, I submitted proof of their compliance (in addition to SCAC's) in an abundance of caution. In my correspondence, supported by my declaration under penalty of perjury, I stated that on March 4, 2025 (the opt-out deadline) I dispatched a letter to the Settlement Administrator stating that all of the Facilities had submitted timely Opt-Out Notices, copies of which were attached to the letter.[2] (Eisenbrey Decl. ¶¶ 5-6.) Copies of the Facilities' Opt-Out Notices that had been placed with the U.S. postal service on the opt-out deadline date were provided as exhibits to the declaration. (Eisenbrey Decl. Exhs. A, B.)

On August 19, 2025, the Court entered a Show Cause Order Regarding Untimely Exclusion Requests, directing putative Class Members appearing on Provider Plaintiffs' pre-revision July 22, 2025 list to show cause why their opt-outs should not be rejected as untimely. (Doc. 3349 (the "Show Cause Order") at 1.) The Court decreed that "[f]or requests without a legible postmark, an affidavit or declaration under penalty of perjury that the request was timely mailed will suffice to show cause." (*Id*.) On that same day, the Court also entered the Final Order and Judgment Granting Final Approval of Provider Class Action Settlement (Doc. 3346, the "Final Order."). The Final Order acknowledged Provider Plaintiffs' August 7, 2025 updated and revised list of facially valid exclusion requests ("Opt-Outs"). (*Id*. ¶ 16 (referencing Doc. 3343-1).) The Court stated:

> The Opt-Outs who have been identified as having filed facially valid exclusion requests (Doc. # 3343-1) are excluded from the Settlement Class under properly made requests, are not bound by the Settlement Agreements, or this Final Order and Judgment, and may not make any claim on or receive any benefit from the Settlement, whether monetary or otherwise. Said Opt-Outs may not pursue any claims released under the Settlement Agreement on behalf of those who are bound by this Final Judgment. Each Class Member not appearing in the updated and

[2] A copy of this correspondence and its supporting declarations and exhibits are attached as Exhibit A.



> revised list of facially valid exclusion requests (Doc. # 3343-1) is bound by this Final Judgment and will remain forever bound.

(*Id.* ¶ 16.) Thus, the Revised Facially Valid Opt-Out List (Doc. # 3343-1) and the Court's Final Order acknowledge the timeliness and validity of TML, AHA, DRR, SCRCO, and CBH's Opt-Out Notices, leaving only the timeliness of SCAC's Opt-Out Notice at issue.

On August 22, 2025, Provider Plaintiffs' Counsel responded to my August 15, 2025 correspondence, stating that they would submit my letter and declaration to the Court.[3] Counsel advised that any additional information should be submitted to you in accordance with the instructions in your August 25, 2025 Notice to Show Cause Regarding Untimely Request from Provider Settlement (the "Show Cause Notice").[4] Contrary to the Revised Facially Valid Opt-Out List (Doc. # 3343-1) and the Court's Final Order adopting it, the Show Cause Notice identifies each Facility as having submitted exclusion requests without a legible postmark and instructs that they may submit a declaration under penalty of perjury stating that their response was timely mailed. (Show Cause Notice at 1.)

**Discussion.**

Based on the Revised Facially Valid Opt-Out List (Doc. # 3343-1) and the Final Order adopting it, the Facilities identified on the Revised Facially Valid Opt Out List (Doc. 3343-1)—that is, TML, AHA, DRR, SCRCO, and CBH—have already been determined to have submitted timely and facially valid Opt-Out Notices. Nevertheless, due to the conflict between the Final Order and the Show Cause Notice, I am resubmitting my declaration and supporting documentation to show that these Facilities were rightly included on the Revised Facially Valid Opt Out List.

SCAC is the only Facility identified on the Show Cause Notice that does not appear on the Revised Facially Valid Opt Out List. (*See* Doc. 3343-1.) The Show Cause Notice indicates that SCAC's Opt-Out Notice lacked a legible postmark, a deficiency that is curable by a declaration that its request was timely mailed. (Show Cause Notice at 1.) In the declaration accompanying my August 15, 2025 correspondence to you, I averred that on March 4, 2025, SCAC texted me from the post office photographs of its Opt-Out Notice as well as the stamped envelope in which that notice was sent. (*See* Eisenbrey Decl. ¶ 6 & Decl. Exh. B.) In addition to my declaration, I attach the Declaration of Aaron Brower, which also confirms that he timely mailed SCAC's Opt-Out Notice on March 4, 2025.[5] I therefore request that this declaration, made under penalty of perjury, be accepted as the requisite proof that SCAC's Opt-Out Notice was timely mailed.

***

---

[3] Letter from Henry Quillin to Damon Eisenbrey (Aug. 22, 2025) enclosing Show Cause Notice (both attached as Exhibit B).

[4] (*Id.*)

[5] Declaration of Aaron Brower, attached as Exhibit C.



For all of the foregoing reasons, each of the Facilities' Opt-Out Notices should be considered validly submitted and effective to exclude them from the Settlement Class. We appreciate your consideration of this matter.

Sincerely,

ARNALL GOLDEN GREGORY LLP

Damon D. Eisenbrey

DDE:ar
Enclosures

# SHOW CAUSE NOTICE RESPONSE EXHIBIT A



2100 Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Direct Phone: 202.677.4071
Email: damon.eisenbrey@agg.com

August 15, 2025

**VIA EMAIL & EXPRESS MAIL**

Edith M. Kallas
**WHATLEY KALLAS, LLP**
152 West 57th Street
41st Floor
New York, NY 10019
ekallas@whatleykallas.com

Joe R. Whatley, Jr.
**WHATLEY KALLAS, LLP**
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
jwhatley@whatleykallas.com

Settlement Notice Administrator
**BLUE CROSS BLUE SHIELD PROVIDER SETTLEMENT**
P.O. Box 26443
Richmond, VA 23261
administrator@bcbsprovidersettlement.com

**Re: In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406 – ECF No. 3338 Provider Plaintiffs' Motion for an Order to Show Cause Regarding Untimely Exclusion Requestions**

Dear Administrator and Counsel,

My firm represents TML Recovery, LLC ("TML"); Southern California Recovery Center Oceanside, LLC ("SCRCO"); DR Recovery Encinitas, LLC ("DRR"); Addiction Health Alliance, LLC ("AHA"); California Behavioral Health, LLC ("CBH"); and Southern California Addiction Center, Inc. ("SCAC"; collectively, the "Facilities"), in litigation pending in the Central District of California[1] (the "Litigation") (Declaration of Damon D. Eisenbrey ("Eisenbrey Decl.") ¶¶ 2-3.) We write to confirm the Facilities' timely opt outs.

---

[1] *California Behavioral Health, LLC et al., v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-02424-JWH-ADS (C.D. Cal. Dec. 8, 2020); *Southern California Addiction Center, Inc. v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00108-DOC-ADS (C.D. Cal. Jan. 17, 2020); *Southern California Recovery Centers Oceanside, LLC v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00106-DOC-ADS (C.D. Cal. Jan. 17, 2020); *DR Recovery Encinitas, LLC v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00112-DOC-ADS (C.D. Cal.



On July 22, 2025, Provider Plaintiffs filed a Motion for an Order to Show Cause Regarding Untimely Exclusion Requests. (Doc. 3338.) Provider Plaintiffs have received opt-outs from each of the Facilities. (*Id*. at 1; Doc. 3338-1 at 1.) On August 8, 2025 Provider Plaintiffs filed a Revised Facially Valid Opt-Out List that includes TML, AHA, DRR, SCRCO, and CBH, which leads us to believe that the Settlement Administrator has realized their opt outs were timely submitted. (Doc. 3343-1.) While we thus focus on SCAC, we include proof of TML, AHA, DRR, SCRCO, and CBH's timely submissions.

Between February 26, 2025 and March 4, 2025, all of the Facilities submitted opt out notices. Specifically, SCAC mailed its notice on March 4, 2025. On that date, SCAC texted me photographs of its opt out notice as well as the stamped envelope in which that notice was sent. (*See* Eisenbrey Decl. ¶ 6 & Decl. Exh. B.) SCAC's notice contained all required information except for SCAC's NPI. (*See* Decl. Exh. B.)[2] However, because the notice contained SCAC's TIN, it should have been treated by BrownGreer as a "valid opt out request." (*See* Supplemental Declaration of Roma Petkauskas, Doc. 3336-4 at 4 n.3 (explaining that BrownGreer's determination of valid opt-out requests included "requests missing only NPI but containing a TIN").) In addition, on March 4, 2025, I sent a letter notifying the Settlement Notice Administrator that the Facilities had submitted opt-out notices. (Eisenbrey Decl. ¶ 5 & Decl. Exh. A.) That letter was postmarked March 4, 2025. Accordingly, the Facilities' opt-out notices, including SCAC's, were timely.

Should you have any questions or require any further information, please let me know. Otherwise, we would appreciate confirmation that all Facilities' opt out notices are considered timely and that SCAC will be added to the Facially Valid Opt-Out List.

Sincerely,

ARNALL GOLDEN GREGORY LLP

Damon D. Eisenbrey

DDE:ar
Enclosures

---

Jan. 17, 2020); *TML Recovery, LLC v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00104-DOC-ADS (C.D. Cal. Jan. 17, 2020); *Addiction Health Alliance, LLC v. Anthem Blue Cross Life and Health Insurance Company et al.*, Case no. 8:20-cv-00111-DOC-ADS (C. D. Cal. Jan. 17, 2020).

[2] SCAC mailed a corrected opt-out notice that included its NPI on March 5, 2025. (*See* Doc. 3338-1 at 1.)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to Provider Track Cases** |
|---|---|

**DECLARATION OF DAMON D. EISENBREY**

**I, Damon D. Eisenbrey declare:**

1. I am of over 18 years of age and competent to testify. I have personal knowledge of the matters set forth herein. If called upon and sworn as a witness, I could competently testify thereto.
2. I am an attorney at law duly licensed to practice before all courts of the State of California, the District of Columbia, and the United States District Court for the Central District of California. I am a partner in the law firm of Arnall Golden Gregory LLP.
3. I represent TML Recovery, LLC; Southern California Recovery Center Oceanside, LLC; DR Recovery Encinitas, LLC; Addiction Health Alliance, LLC; California Behavioral Health, LLC; and Southern California Addiction Center, Inc. (the "Facilities") in litigation pending in the Central District of California.

4. On or before March 4, 2025, representatives for each of the Facilities provided me with copies of Notices of Intent to Be Excluded from the Settlement Class ("Opt Out Notices") they had mailed to the Settlement Administrator.

5. On March 4, 2025, I dispatched by way of United States Postal Service Certified Mail a letter addressed to the Blue Cross Blue Shield Provider Settlement Administrator at P.O. Box 26443, Richmond, VA 23261 a letter stating that each of the Facilities (among others) "have each submitted opt out notices," copies of which were attached to the letter. A copy of this letter is attached hereto as **Exhibit A.**

6. On March 4, 2025, I received via text message photographs of the Opt Out Notice for Southern California Addiction Center, Inc. and the envelope containing that Opt Out Notice showing proper postage and bearing Certified Mail number 7021 1970 0001 5265 9858. Copies of these photographs are attached hereto as **Exhibit B**. While the tracking information available from usps.com indicates that the package bearing Certified Mail number 7021 1970 0001 5265 9858 "Arrived at USPS Regional Facility" on March 5, 2025, the photograph of the envelope dated March 4, 2025 shows that it had already been placed within the U.S. postal service with postage paid by that date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2025

Damon D. Eisenbrey

# EXHIBIT A

2282967v1



2100 Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Direct Phone: 202.677.4071
Email: damon.eisenbrey@agg.com

March 4, 2025

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**
Blue Cross Blue Shield Provider Settlement
Settlement Notice Administrator
P.O. Box 26443
Richmond, VA 23261

Re: *Woman's Recovery Center, LLC, et al. v. Anthem Blue Cross Life and Health Insurance Company, et al.,* Case No. 8:20-cv-00102-JWH-ADS (C.D. Cal.)

*The Discovery House, LLC, et al., v. Anthem Blue Cross Life and Health Insurance Company, et al.*, Case No. 8:21-cv-00495-JWH-ADS (C.D. Cal.)

*California Behavioral Health, LLC v. Anthem Blue Cross Life and Health Insurance Company, et al.*, Case No. 8:20-cv-02424-JWH-ADS (C.D. Cal.)

*JMG Investments d/b/a Harmony Place v. Anthem Blue Cross Life and Health Insurance Company, et al.*, Case No. 8:20-cv-02412-JHW-ADS (C.D. Cal.)

Dear Settlement Notice Administrator:

We represent a number of out-of-network ("OON") Providers[1] in the above-captioned litigation (the "Pending Litigation") against, among others, certain Releasees. The Pending Litigation does not involve any antitrust claims but, rather, involves the failure to pay claims of OON providers of substance use disorder ("SUD") treatment in accordance with plan documents and the law, including the improper denial and underpayment of valid claims.

The OON Providers believe it is clear that all claims asserted in the Pending Litigation are carved out of the definition of Released Claims in the Settlement Agreement because they are "claims regarding whether a Settling Individual Blue Plan properly paid or denied a claim for a particular product, service or benefit based on the benefit plan document, Provider contract, or state or federal statutory or regulatory regimes (including state prompt pay laws)" and are not "based in whole or in part on the factual predicates of the Provider Actions or any other component of the Released Claims discussed in this Paragraph." (Settlement Agreement, ¶ 1(xxx).) However, to avoid doubt and future dispute, the OON Providers sought the Releasees' confirmation that they

[1] All capitalized terms herein shall have the same meaning as provided for in the Settlement Agreement (Doc. 3192-2, *In Re: Blue Cross Blue Shield Antitrust Litigation (MDL No. 2406)*, Case 2:13-cv-20000-RDP (N.D. Ala.)), unless expressly stated otherwise.



would not assert the Settlement Agreement as a defense in the Pending Litigation. The OON Providers' request was directed to Releasees' counsel in the MDL, as well as their counsel in the Pending Litigation. However, rather than acknowledge the limited scope of the Release, the Settling Defendants' counsel refused to "take a position on the applicability of the Settlement Release to any specific claim or claims" and threatened that the "Blue defendants in each case" may "assert the Release as a defense" in the Pending Litigation. Accordingly, to prevent the risk of an overreaching interpretation of the Release, the following OON Providers have each submitted opt out notices, copies of which are attached hereto as **Exhibit A** for your convenience:

- Woman's Recovery Center, LLC
- Pacific Palms Recovery, LLC
- TML Recovery, LLC
- MMR Services, LLC
- Addiction Health Alliance, LLC
- Southern California Recovery Centers Oceanside, LLC
- DR Recovery Encinitas, LLC
- Kool Living, Inc.
- Inland Detox, Inc.
- Southern California Addiction Center, Inc.
- NTR Resources, LLC
- The Discovery House, LLC
- Discovery Transitions Outpatient, Inc.
- MT Process, LLC d/b/a Divine Detox
- MT Golden Corporation d/b/a Adjustments Family Serivces
- DHP Heights, LLC d/b/a Circle of Hope
- California Behavioral Health, LLC
- True Life Recovery, Inc.
- JMG Investments d/b/a Harmony Place

Should there be any questions or communications to these OON Providers, please direct them to me.



Sincerely,

ARNALL GOLDEN GREGORY LLP

Damon D. Eisenbrey

DDE:mw
Enclosures

# EXHIBIT A

EXHIBIT A

| | |
|---|---|
| | Oceanside, CA 92054<br>christleball@hotmail.com<br>(949) 542-0894<br><br>*These facilities are closed, and the co[…]<br>information for the authorized represen[…]<br>be used for all communications |
| email address, and telephone number of […]d representative submitting the Exclusion […]e Class Member is not an individual; | **31022 Via Solana**<br>**San Juan Capistrano, CA 92675**<br>**christleball@gmail.com**<br>**(949) 943-5188** |
| […]ember has assigned, transferred or […]en a financial interest in its claims against […]efendants to a third party (in whole or in […]e, address and telephone number of the | **Not applicable.** |
| […]ovider Identifiers (NPI), Tax Identification […]), and Medicare Provider Numbers (MPN) […]he Class Member billed for services […] and 2024, and the last four digits of the […]r's Social Security Number, if applicable;<br>*[…]re Systems or Facilities: Provide your NPI, […]licable.*<br>*[…]ofessionals: Groups, Organizations, or […] Provide your National Provider Identifier […]tification Number (TIN), and the last four […]ocial Security Number, if applicable.* | **NPI: 1013456342; 1679992853**<br>**TIN: [redacted]**<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| […]at the Class Member (or its authorized […]) wishes to be excluded from the […]ass in In re: Blue Cross Blue Shield Antitrust | **The Class Member wishes to be exclu[…] Settlement Class in *In re: Blue Cross B[…] Antitrust Litigation*.** |
| […]physical signature of the Class Member or […]representative. | **Pacific Palms Recovery, LLC**<br>[signature]<br>**[signature]** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| | |
|---|---|
| The Class Member's name: | **TML Recovery, LLC** |
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Nate Izzo** |
| The Class Member's address, email address, and telephone number; | **34249 Camino Capistrano<br>Capistrano Beach, CA 92624<br>nate@socalrecovery.com<br>(949) 481-6156** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **34249 Camino Capistrano<br>Capistrano Beach, CA 92624<br>nate@socalrecovery.com<br>(949) 481-6156** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1679906119<br>TIN: [redacted]<br>MPN: Not applicable.<br>SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **TML Recovery, LLC**<br>[signature]<br>**By: Nate Izzo<br>Administrator** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| | |
|---|---|
| The Class Member's name: | **MMR Services, LLC** |
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Nate Izzo** |
| The Class Member's address, email address, and telephone number; | **34249 Camino Capistrano**<br>**Capistrano Beach, CA 92624**<br>**nate@socalrecovery.com**<br>**(949) 481-6156** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **34249 Camino Capistrano**<br>**Capistrano Beach, CA 92624**<br>**nate@socalrecovery.com**<br>**(949) 481-6156** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1629469804**<br>**TIN:** [redacted]<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **MMR Services, LLC**<br>[signature]<br>**By: Nate Izzo**<br>**Administrator** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **Addiction Health Alliance, LLC** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Nate Izzo** |
| The Class Member's address, email address, and telephone number; | **34249 Camino Capistrano<br>Capistrano Beach, CA 92624<br>nate@socalrecovery.com<br>(949) 481-6156** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **34249 Camino Capistrano<br>Capistrano Beach, CA 92624<br>nate@socalrecovery.com<br>(949) 481-6156** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1518320415<br>TIN: [redacted]<br>MPN: Not applicable.<br>SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **Addiction Health Alliance, LLC**<br>[signature]<br>**By: Nate Izzo<br>Administrator** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| | |
|---|---|
| The Class Member's name: | **Southern California Recovery Centers Oceanside, LLC** |
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Nate Izzo** |
| The Class Member's address, email address, and telephone number; | **34249 Camino Capistrano**<br>**Capistrano Beach, CA 92624**<br>**nate@socalrecovery.com**<br>**(949) 481-6156** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **34249 Camino Capistrano**<br>**Capistrano Beach, CA 92624**<br>**nate@socalrecovery.com**<br>**(949) 481-6156** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1386159945**<br>**TIN:** [redacted]<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation.*** |
| The personal, physical signature of the Class Member or its authorized representative. | **Southern California Recovery Centers Oceanside, LLC**<br>[signature]<br>**By: Nate Izzo**<br>**Administrator** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **DR Recovery Encinitas, LLC** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Nate Izzo** |
| The Class Member's address, email address, and telephone number; | **34249 Camino Capistrano<br>Capistrano Beach, CA 92624<br>nate@socalrecovery.com<br>(949) 481-6156** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **34249 Camino Capistrano<br>Capistrano Beach, CA 92624<br>nate@socalrecovery.com<br>(949) 481-6156** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1184013781<br>TIN:<br>MPN: Not applicable.<br>SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **DR Recovery Encinitas, LLC**<br>[signature]<br>**By: Nate Izzo<br>Administrator** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| | |
|---|---|
| The Class Member's name: | **Kool Living, Inc.** |
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Nicholas Russi** |
| The Class Member's address, email address, and telephone number; | **590 N. Madison Ave.<br>Pasadena, CA 91101<br>nickrussi@yahoo.com<br>(951) 427-4807** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **590 N. Madison Ave.<br>Pasadena, CA 91101<br>nickrussi@yahoo.com<br>(951) 427-4807** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: [NPI]<br>TIN:<br>MPN: Not applicable.<br>SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation.*** |
| The personal, physical signature of the Class Member or its authorized representative. | **Kool Living, Inc.<br><br>[signature]<br>By: Nicholas Russi<br>[Title]** |

| The Class Member's name: | Inland Detox, Inc. |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | Kyle Hartfield |
| The Class Member's address, email address, and telephone number; | **36245 Corsica Cr.<br>Winchester, CA 92596<br>kylehartfield@outlook.com<br>(951) 285-4598** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **36245 Corsica Cr.<br>Winchester, CA 92596<br>kylehartfield@outlook.com<br>(951) 285-4598** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: [NPI]** 1174971493<br>**TIN:**<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **Inland Detox, Inc.**<br>**[signature]**<br>**By: Kyle Hartfield**<br>**[Title]** Owner / CEO |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **NTR Resources, LLC** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Robert Pautsch** |
| The Class Member's address, email address, and telephone number; | **166 Siesta Avenue**<br>**Thousand Oaks, CA 91360**<br>**bobp@venturarecoverycenter.com**<br>**(818) 326-7430** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **166 Siesta Avenue**<br>**Thousand Oaks, CA 91360**<br>**bobp@venturarecoverycenter.com**<br>**(818) 326-7430** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: [NPI]** 1902383920<br>**TIN:** [redacted]<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **NTR Resources, LLC**<br>**[signature]** R. H. Pautsch<br>**By: Robert Pautsch**<br>**[Title]** COO |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **The Discovery House, LLC** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Andrew Stevens** |
| The Class Member's address, email address, and telephone number; | **7133 Darby Avenue<br>Reseda, CA 91335<br>as@hunterstevensllc.com<br>(650) 619-9787** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **7133 Darby Avenue<br>Reseda, CA 91335<br>as@hunterstevensllc.com<br>(650) 619-9787** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1073016226<br>TIN: [redacted]<br>MPN: Not applicable.<br>SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation.*** |
| The personal, physical signature of the Class Member or its authorized representative. | **The Discovery House, LLC**<br>[signature]<br>**By: Andrew Stevens** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| | |
|---|---|
| The Class Member's name: | **Discovery Transitions Outpatient, Inc.** |
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Andrew Stevens** |
| The Class Member's address, email address, and telephone number; | **7133 Darby Avenue**<br>**Reseda, CA 91335**<br>**as@hunterstevensllc.com**<br>**(650) 619-9787** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **7133 Darby Avenue**<br>**Reseda, CA 91335**<br>**as@hunterstevensllc.com**<br>**(650) 619-9787** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1386170900**<br>**TIN:** [redacted]<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **Discovery Transitions Outpatient, Inc.**<br>[signature]<br>**By: Andrew Stevens** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **MT Process LLC** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Andrew Stevens** |
| The Class Member's address, email address, and telephone number; | **7133 Darby Avenue**<br>**Reseda, CA 91335**<br>**as@hunterstevensllc.com**<br>**(650) 619-9787** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **7133 Darby Avenue**<br>**Reseda, CA 91335**<br>**as@hunterstevensllc.com**<br>**(650) 619-9787** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1073093522**<br>**TIN:** [redacted]<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **MT Process LLC**<br>[signature]<br>**By: Andrew Stevens** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **MT Golden Corporation** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Andrew Stevens** |
| The Class Member's address, email address, and telephone number; | **7133 Darby Avenue**<br>**Reseda, CA 91335**<br>**as@hunterstevensllc.com**<br>**(650) 619-9787** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **7133 Darby Avenue**<br>**Reseda, CA 91335**<br>**as@hunterstevensllc.com**<br>**(650) 619-9787** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1730678079**<br>**TIN:** [redacted]<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **MT Golden Corporation**<br>[signature]<br>**By: Andrew Stevens** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **DHP Heights, LLC** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Andrew Stevens** |
| The Class Member's address, email address, and telephone number; | **7133 Darby Avenue<br>Reseda, CA 91335<br>as@hunterstevensllc.com<br>(650) 619-9787** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **7133 Darby Avenue<br>Reseda, CA 91335<br>as@hunterstevensllc.com<br>(650) 619-9787** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1790286425<br>TIN: [redacted]<br>MPN: Not applicable.<br>SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **DHP Heights, LLC**<br>[signature]<br>**By: Andrew Stevens** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **California Behavioral Health, LLC** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Paul Del Vacchio** |
| The Class Member's address, email address, and telephone number; | **37066 Bankside Dr.**<br>**Cathedral City, CA 92234**<br>**pdelvacchio@cabehavioral.com**<br>**(951) 972-2023** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **37066 Bankside Dr.**<br>**Cathedral City, CA 92234**<br>**pdelvacchio@cabehavioral.com**<br>**(951) 972-2023** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: 1710443940**<br>**TIN:** [redacted]<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation.*** |
| The personal, physical signature of the Class Member or its authorized representative. | **California Behavioral Health, LLC**<br>[signature]<br>**By: Paul Del Vacchio**<br>**CEO** |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **NTR Resources, LLC** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Robert Pautsch** |
| The Class Member's address, email address, and telephone number; | **166 Siesta Avenue**<br>**Thousand Oaks, CA 91360**<br>**bobp@venturarecoverycenter.com**<br>**(818) 326-7430** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **166 Siesta Avenue**<br>**Thousand Oaks, CA 91360**<br>**bobp@venturarecoverycenter.com**<br>**(818) 326-7430** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: [NPI]** 1922383920<br>**TIN:**<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **NTR Resources, LLC**<br>**[signature]** R. H. Pautsch<br>**By: Robert Pautsch**<br>**[Title]** COO |

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| | |
|---|---|
| The Class Member's name: | **JMG Investments, Inc.** |
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Jeffrey Schwartz** |
| The Class Member's address, email address, and telephone number; | **23041 Hatteras St.**<br>**Woodland Hills, CA 91367**<br>**jeff@harmonyplace.com**<br>**(818) 796-4369** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **23041 Hatteras St.**<br>**Woodland Hills, CA 91367**<br>**jeff@harmonyplace.com**<br>**(818) 796-4369** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI:** [redacted]<br>**TIN:** [redacted]<br>**MPN: Not applicable.**<br>**SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation*.** |
| The personal, physical signature of the Class Member or its authorized representative. | **JMG Investments, Inc.**<br>Jeffrey A Schwartz CEO<br>**By: Jeffrey Schwartz**<br>**CEO** |

# EXHIBIT B

2282967v1

Aaron Brauer
3100 Roosavelt Wy CM, CA. 92626
Aaron Bro
Blue Cross Blue Sheild Provider
Settlement, Settlement Notice Administrator
P.O. Box 26443,
Richmond, VA 23261
7021 1970 0001 5265 9858
CERTIFIED MAIL
$6.35
US POSTAGE
FIRST-CLASS

**Notification of Intent to Be Excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation***

| The Class Member's name: | **Southern California Addiction Center, Inc.** |
|---|---|
| The name of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual: | **Aaron Brower** |
| The Class Member's address, email address, and telephone number; | **3100 Roosevelt Way<br>Costa Mesa, CA 92626<br>aaronhbrower@gmail.com<br>(949) 836-2728** |
| The address, email address, and telephone number of the authorized representative submitting the Exclusion Request, if the Class Member is not an individual; | **3100 Roosevelt Way<br>Costa Mesa, CA 92626<br>aaronhbrower@gmail.com<br>(949) 836-2728** |
| If the Class Member has assigned, transferred or otherwise given a financial interest in its claims against the Settling Defendants to a third party (in whole or in part), the name, address and telephone number of the third party; | **Not applicable.** |
| All National Provider Identifiers (NPI), Tax Identification Numbers (TIN), and Medicare Provider Numbers (MPN) under which the Class Member billed for services between 2008 and 2024, and the last four digits of the Class Member's Social Security Number, if applicable;<br>*For Health Care Systems or Facilities: Provide your NPI, and TIN, if applicable.*<br>*For Medical Professionals: Groups, Organizations, or Professionals: Provide your National Provider Identifier (NPI), Tax Identification Number (TIN), and the last four digits of your Social Security Number, if applicable.* | **NPI: [NPI]<br>TIN: [redacted]<br>MPN: Not applicable.<br>SSN (last 4): Not applicable.** |
| A statement that the Class Member (or its authorized representative) wishes to be excluded from the Settlement Class in In re: Blue Cross Blue Shield Antitrust Litigation; and | **The Class Member wishes to be excluded from the Settlement Class in *In re: Blue Cross Blue Shield Antitrust Litigation.*** |
| The personal, physical signature of the Class Member or its authorized representative. | **Southern California Addiction Center, Inc.<br>[signature] [signature]<br>By: Aaron Brower<br>[Title] President** |

# SHOW CAUSE NOTICE RESPONSE EXHIBIT B



Henry C. Quillen
Email: hquillen@whatleykallas.com

August 22, 2025

**VIA ELECTRONIC MAIL**
Damon D. Eisenbrey
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW
Suite 350S
Washington, DC 20037
Email: damon.eisenbrey@agg.com

**Re:** ***In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406**
**ECF No. 3338 – Provider Plaintiffs' Motion for an Order to Show Cause Regarding Untimely Exclusion Requests**

Dear Mr. Eisenbrey:

I am writing in response to your letter of August 15 to Joe Whatley, Edith Kallas, and the Settlement Notice Administrator, and the accompanying declaration. On August 19, the Court entered an order to show cause, which directed counsel for the Provider Plaintiffs and the Settlement Notice Administrator to provide a copy of the order to each person or entity whose opt-out request was listed as untimely. A notice from the Settlement Notice Administrator and a copy of the order are enclosed. Counsel for the Provider Plaintiffs will submit your letter and declaration to the Court. If you wish to submit any additional information, please do so according to the instructions in the notice from the Settlement Notice Administrator.

Sincerely,

Henry C. Quillen

**Blue Cross Blue Shield Provider Settlemei**

*In re: Blue Cross Blue Shield Antitrust Litigation*, MDL 2406, N.D. Ala., Master File No. 2:13-cv-20000-RDP

# NOTICE TO SHOW CAUSE REGARDING UNTIMELY REQUEST FOR EXCLUSION FROM PROVIDER SETTLEMENT

**Date of Notice:** 8/25/2025
**Deadline to Respond:** 9/15/2025

## I. Explanation of Notice

You are receiving this notice because you submitted a request for exclusion from the provider settlement in *In re Blue Cross Blue Shield Antitrust Litigation*, and your request either was not postmarked by the March 4, 2025 deadline, or had no legible postmark.

On August 19, 2025, the Court issued a Show Cause Order requiring all individuals and entities who submitted untimely exclusion requests to show cause within twenty-one (21) days why their requests should not be rejected as untimely. A copy of this Order is enclosed.

## II. Affected Requestor Information

The following persons or entities submitted exclusion requests without a legible postmark:

| ID | Requestor Name |
|---|---|
| 7184 | SOUTHERN CALIFORNIA ADDICTION CENTER INC |
| 376 | ADDICTION HEALTH ALLIANCE, LLC |
| 381 | DR RECOVERY ENCINITAS, LLC |
| 395 | SOUTHERN CALIFORNIA RECOVERY CENTERS OCEANSIDE, LLC |
| 398 | TML Recovery, LLC |
| 7413 | CALIFORNIA BEHAVIORAL HEALTH, LLC |

## III. How to Respond

If your request did not include a legible postmark, you may submit an affidavit or declaration under penalty of perjury stating that your request was timely mailed.

Please send your response by email to administrator@bcbsprovidersettlement.com.

**If we do not receive a response by the deadline, the Court may disallow your exclusion request, and you may remain in the settlement class.**

If you have any questions about this notice, please call (888) 452-3095.

Case 2:13-cv-20000-AMM Document 3345 Filed 08/19/25 Page 1 of 2

FILED
2025 Aug-19 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to Provider Track Cases** |
|---|---|

**SHOW CAUSE ORDER REGARDING UNTIMELY EXCLUSION REQUESTS**

This matter is before the court on Provider Plaintiffs' Motion for an Order to Show Cause Regarding Untimely Exclusion Requests. (Doc. # 2228). On December 4, 2024, the court entered a Memorandum Opinion and Order Preliminarily Approving Provider Plaintiffs' Settlement. (Doc. # 3225). That Order required Class Members who wished to be excluded from the Provider Plaintiffs' settlement to mail a request for exclusion postmarked no later than March 4, 2025. (*Id.* at 51).

The persons and entities listed in Exhibit A to this Order mailed exclusion requests that either were postmarked after the March 4, 2025 deadline, or did not contain a legible postmark and were received after the March 4, 2025 deadline. Within twenty-one (21) days of this Order, the persons and/or entities listed on Exhibit A hereto are **ORDERED** to **SHOW CAUSE** why their exclusion requests should not be rejected as untimely. For requests without a legible postmark, an affidavit or declaration under penalty of perjury that the request was timely mailed will suffice to show cause.

Counsel for the Provider Plaintiffs are **ORDERED** to coordinate with the Settlement Notice Administrator to provide a copy of this order to each person or entity listed on Exhibit A. Upon doing so, counsel for the Provider Plaintiffs **SHALL** file a notice setting forth the date on which each such person or entity was provided with a copy of this Order. Within twenty-one (21)

days of receiving a copy of this Order, each person or entity on Exhibit A **SHALL** submit their response to the Settlement Notice Administrator, who **SHALL** compile the responses and provide them to counsel for the Provider Plaintiffs. Upon receipt of this information from the Settlement Notice Administrator, Counsel for the Provider Plaintiffs **SHALL** file the responses with the court.

      **DONE** and **ORDERED** this August 19, 2025.

                                                **R. DAVID PROCTOR**
                                                CHIEF U.S. DISTRICT JUDGE

FILED

2025 Jul-22 PM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

| Class Member Name | Postmark Date |
| --- | --- |
| ADDICTION HEALTH ALLIANCE, LLC | |
| DR RECOVERY ENCINITAS, LLC | |
| SOUTHERN CALIFORNIA RECOVERY CENTERS OCEANSIDE, LLC | |
| TML Recovery, LLC | |
| KEYSTONE MEDICAL SERVICES OF BRADFORD, PC | |
| HOSPITALIST SERVICES OF BRADFORD, PC | |
| MEDICAL SERVICES OF BUFFALO, PC | |
| HOSPITALIST SERVICES OF MERIDIAN, PA | |
| KEYSTONE MEDICAL SERVICES OF NIAGARA FALLS, PC | |
| KEYSTONE HOSPITALIST SERVICES OF NY, PC | |
| KEYSTONE MEDICAL SERVICES OF NEW YORK, PC | |
| HOSPITALIST SERVICES OF OLEAN, PC | |
| ASCENSION EMERGENCY PHYSICIANS, LLC | 3/5/2025 |
| BONITA CREEK EMERGENCY SERVICES, PLLC | 3/5/2025 |
| CALCASIEU CAMERON EMERGENCY PHYSICIAN GROUP, LLC | 3/5/2025 |
| CALCASIEU CAMERON HOSPITAL MEDICINE GROUP, LLC | |
| ECEP II, PA | 3/5/2025 |
| Christian J DenOuden | 3/5/2025 |
| C&M MEDICAL SERVICES, INC | 3/5/2025 |
| CONCORDIA EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| EAST BATON ROUGE EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| W4P, LLC | 3/5/2025 |
| INTEGRATED EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| IEMS PHYSICIAN SERVICES, PLLC | 3/5/2025 |
| ILLINOIS EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| LEWIS & CLARK EMERGENCY PHYSICIANS, PC | |
| OKLAHOMA EMERGENCY PARTNERS, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY CARE, PC | 3/5/2025 |
| PROFESSIONAL EMERGENCY MEDICINE MANAGEMENT - LAKE CHARLES, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY PHYSICIAN ASSOCIATES, LLC | 3/5/2025 |
| PROGRESSIVE EMERGENCY PHYSICIANS PA, PLLC | 3/5/2025 |
| PROGRESSIVE EMERGENCY PHYSICIANS, PLLC | 3/5/2025 |
| ST TAMMANY EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| THIBODAUX EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| VITAL EMERGENCY PARTNERS, PA | 3/5/2025 |
| VITAL HOSPITAL PARTNERS, PA | 3/5/2025 |
| WASHINGTON PARISH EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| ELITE KINGWOOD HOSPITAL | 3/5/2025 |
| LAUREN ESSEN, LCSW | 3/7/2025 |
| PATIENTS EMERGENCY ROOM AND HOSPITAL | 3/5/2025 |
| COPLEY MEMORIAL HOSPITAL INC | 3/5/2025 |
| Balaji Nithianandam | 3/8/2025 |

| Class Member Name | Postmark Date |
|---|---|
| RUSH COPLEY MEDICAL CENTER | 3/5/2025 |
| RUSH COPLEY MEDICAL GROUP NFP | 3/5/2025 |
| RUSH HEALTH | 3/5/2025 |
| RUSH HEALTH ACO INC | 3/5/2025 |
| RUSH OAK PARK ER PHYSICIANS GROUP | 3/5/2025 |
| RUSH OAK PARK HOSPITAL INC | 3/5/2025 |
| RUSH OAK PARK NOCTURNIST | 3/5/2025 |
| RUSH OAK PARK PHYSICIANS GROUP ADULT MEDICINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIANS GROUP ANCHOR | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP CENTER FOR DIABETES AND ENDOCRINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP ELMWOOD PARK | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP FAMILY MEDICINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP LAKE STREET | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP NORTH RIVERSIDE | 3/5/2025 |
| RUSH SURGICENTER AT THE PROFESSIONAL BUILDING LTD PARTERSHIP | 3/5/2025 |
| RUSH SYSTEM FOR HEALTH DBA RUSH UNIVERSITY SYSTEM FOR HEALTH | 3/5/2025 |
| RUSH UNIVERSITY MEDICAL CENTER | 3/5/2025 |
| RUSH UNIVERSITY MEDICAL GROUP | 3/5/2025 |
| RUSH-COPELY ORTHOPEDICS LLC | 3/5/2025 |
| RUSH-COPELY SURGICENTER LLC | 3/5/2025 |
| SOUTHERN CALIFORNIA ADDICTION CENTER INC | 3/5/2025 |
| CALIFORNIA BEHAVIORAL HEALTH, LLC | 3/5/2025 |
| MAGNOLIA CONNECTION, PC | 3/11/2025 |
| SOUTH SHORE ANESTHESIA STAFFING LLC | 3/13/2025 |
| Jackie Jiang, PsyD | 3/6/2025 |
| EMERGENCY MEDICINE PROFESSIONALS, PA | 3/17/2025 |
| Tonya J. McFadden | 3/8/2025 |
| HIGHLANDS ONCOLOGY GROUP, PA | 3/7/2025 |
| Robert Austgen | 4/1/2025 |

# SHOW CAUSE NOTICE RESPONSE EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| **IN RE:**<br>**BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to Provider Track Cases** |
|---|---|

**DECLARATION OF AARON BROWER**

**I, Aaron Brower declare:**

1. I am of over 18 years of age and competent to testify. I have personal knowledge of the matters set forth herein. If called upon and sworn as a witness, I could competently testify thereto.
2. I am an owner and the Administrator of Southern California Addiction Center, Inc.
3. On March 4, 2025, I dispatched by way of United States Postal Service Certified Mail a Notice of Intent to Be Excluded from the Settlement Class ("Opt Out Notice") on behalf of Southern California Addiction Center, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2025

Aaron Brower