FILED

2025 Oct-15  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 7

| | |
|---|---|
| **From:** | Lindsay Lollio |
| **To:** | Blue Cross Blue Shield Provider Settlement Notice Administrator |
| **Cc:** | Carl Bergetz |
| **Subject:** | BCBS Provider Settlement/Response to Notice to Show Cause |
| **Date:** | Monday, September 15, 2025 3:16:48 PM |
| **Attachments:** | image001.png |
| | RUSH Requestors" Letter to Show Cause (9.15.2025).pdf |

Good Afternoon,

Please find attached correspondence and supporting documentation in response to the Notice to Show Cause Regarding Untimely Request for Exclusion from Provider Settlement on behalf of 21 RUSH entities requesting exclusion from the provider settlement in the matter of *In re: Blue Cross Blue Shield Antitrust Litigation*, MDL 2406, N.D. Ala., Master File No. 2:13-cv-20000-RDP.

Regards,

Lindsay Lollio

**Lindsay P. Lollio**
Assistant General Counsel, Insurance and Commercial Litigation
**RUSH** Legal | 1700 West Van Buren Street, Suite 301 | Chicago, IL 60612
p: (312) 563-2582 | f: (312) 942-2846 | Lindsay_P_Lollio@rush.edu



CONFIDENTIALITY NOTICE: This message is a PRIVILEGED AND CONFIDENTIAL communication. This communication is intended only for the use of the individual(s) or entity designated by the sender as the recipient. This communication may contain information which is confidential, and in certain instances, privileged, under applicable law. If you are not the intended recipient as designated by the sender, or such recipient's authorized agent, you are hereby notified that any dissemination, copy, or disclosure of this communication beyond the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender via phone or email at the above number or address. Also, if you are not the intended recipient, please delete this communication without forwarding to other individuals or entities, or retaining a copy in any form.

Rush University System for Health
RUSH Legal
Main Tel: 312-942-6886
Fax: 312.942.4233

Triangle Office Building
1700 W. Van Buren Street
Suite 301
Chicago, Illinois 60612



September 15, 2025

**Via Email**
Settlement Notice Administrator
Blue Cross Blue Shield Provider Settlement
BrownGreer PLC
Email: Administrator@BCBSProviderSettlement.com

> Re:       Notice to Show Cause re Untimely Exclusion from Provider Settlement
> Affected Requestors:    Rush System for Health DBA Rush University System for
> Health, et al.

To Whom It May Concern:

Our office is in receipt of the Notice to Show Cause Regarding Untimely Request for Exclusion from Provider Settlement dated August 25, 2025 (the "Notice"). Please be advised this response is submitted on behalf of all affected requestors (collectively, the "Requestors") identified in the Notice, which is also enclosed with this correspondence.

It appears that the Requestors' exclusion requests are deemed untimely as they were postmarked March 5, 2025. Please be advised, however, there appears to be an administrative issue associated with the mailing such that the exclusion requests were postmarked one day after being properly mailed. On March 3, 2025, our office prepared a certified mailing containing Requestors' exclusions requests. A copy of the certified mail card, which references the March 3, 2025 mailing, is enclosed as Exhibit A. The certified mailing was submitted to the Rush University Medical Center ("Rush") Mailroom on March 3, 2025. On March 4, 2025 at 12:57 p.m., Rush vendor United Mailing Services, Inc. ("UMS") picked up the certified mailing to transport to UMS for metering and postage before delivering the certified mailing to the United States Postal Service ("USPS"). Copies of the Rush Mailroom records evidencing the date and time the outgoing certified mailing was picked up by UMS are additionally enclosed as Exhibits B and C. Indeed, a USPS representative has confirmed to Rush Mailroom staff that the carrier picked up the certified mailing on March 4, 2025. A copy of the representative's correspondence is attached as Exhibit D. Furthermore, USPS tracking data for the certified mailing evidences that the Requestors' exclusion requests arrived at the USPS Regional Facility in Milwaukee, Wisconsin on March 5, 2025 at 2:12 a.m. A copy of the USPS tracking data for the certified mailing is enclosed as Exhibit E. By operation of the fact that Rush is located in Chicago, Illinois and UMS mails Rush Mailroom mailings from Chicago, Illinois, USPS would have had to receive the Requestors' exclusion requests on March 4, 2025 in order for the USPS Regional Facility in Milwaukee, Wisconsin to have logged the mailing at 2:12 a.m. on March 5, 2025. This factual recitation demonstrates that the Requestors' exclusion requests were timely mailed and should not be rejected as untimely.

Upon request, Requestors are prepared to submit a declaration under penalty of perjury attesting to the facts above. Please do not hesitate to contact the undersigned with any questions or follow-up requests.

Very truly yours,

Lindsay Lollio
Assistant General Counsel

cc:     Carl Bergetz (via email: Carl_Bergetz@rush.edu)

Enclosures

# EXHIBIT A



UNITED STATES POSTAL SERVICE

RICHMOND VA RPDC

14 MAR 2025 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
RUSH UNIVERSITY MEDICAL CENTER
MAR 21 2025
Rush Legal

Lindsay Lollio
Rush Legal
Rush University Medical Center
1700 W. Van Buren, Suite 301
Chicago, IL 60612



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 3/3/24 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total P | | |

Sent To: Blue Cross Blue Shield Provider Settlement
Street, or PO B: Settlement Notice Administrator PO Box 26443
City, St: Richmond, VA 23261

PS Form

**EXHIBIT B**

<table>
<tr><td colspan="10" align="center">Outgoing Packages by Date<br>Rush University MC - Mailroom<br>PERIOD: 3/1/2025 to 3/31/2025</td></tr>
<tr>
<td colspan="2"></td><td></td><td colspan="3">Shipped From</td><td>Shipped To</td><td colspan="2"></td>
</tr>
<tr>
<td colspan="2">Date/Time</td><td>Carrier</td><td>Tracking #</td><td>Last Name</td><td>First Name</td><td>Email</td><td>Receiver</td><td>Pieces</td><td>Signature</td>
</tr>
<tr>
<td>03-03-25</td><td>12:54PM</td><td>CERTo</td><td>70041160000115148386</td><td>Neuro Science</td><td>Institute</td><td>person_991@nowhere.com</td><td>UNITED MAILING SERVICES, INC</td><td>1</td><td>Dominic Gulley</td>
</tr>
<tr>
<td>03-03-25</td><td>4:17PM</td><td>CERTo</td><td>9589071052700987446867;<br>9589071052700987446874;<br>9589071052700987446881;<br>9589071052700987446898;<br>9589071052700987446904;<br>9589071052700987446911;<br>9589071052700987446928;<br>9589071052700987446935;<br>9589071052700987446942;<br>9589071052700987446959;<br>9589071052700987446966;<br>9589071052700987446973;<br>9589071052700987446980;<br>9589071052700987446997;<br>9589071052700987447000</td><td>Pathology</td><td>Department</td><td></td><td>UNITED MAILING SERVICES, INC</td><td>15</td><td>Dominic</td>
</tr>
<tr>
<td>03-04-25</td><td>12:57PM</td><td>CERTo</td><td>70120470000130388121</td><td>301</td><td>STE TOB</td><td></td><td>UNITED MAILING SERVICES, INC</td><td>1</td><td>Dominic</td>
</tr>
<tr>
<td>03-04-25</td><td>1:48PM</td><td>CERTo</td><td>70223330000083905193;<br>70223330000083905209;<br>9589071052702278445740;<br>9589071052702278445757;<br>9589071052702278445764;<br>9589071052702278445771;<br>9589071052702278445788;<br>9589071052702278445795;<br>9589071052702278445801;<br>9589071052702278445818</td><td>Rush Breast</td><td>Imaging System</td><td></td><td>UNITED MAILING SERVICES, INC</td><td>10</td><td>Dominic</td>
</tr>
<tr>
<td>03-04-25</td><td>2:53PM</td><td>CERTo</td><td>70223330000083905391;<br>70223330000083905407;<br>70223330000083905414;<br>9589071052701584813380;<br>9589071052701584813403</td><td>Rush Breast</td><td>Imaging System</td><td></td><td>UNITED MAILING SERVICES, INC</td><td>5</td><td>Dominic</td>
</tr>
</table>

## Outgoing Package Tracking Signature Report
## Rush University MC – Mailroom
### PERIOD: 3/1/2025 to 3/31/2025

**EXHIBIT C**

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11865 | Institute Neuro Science | UNITED MAILING SERVICES, INC | CERTo | 3/3/2025 12:54:01 PM | 1 | Dominic Gulley |

Tracking IDs: 70041160000115148386

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11866 | Department Pathology | UNITED MAILING SERVICES, INC | CERTo | 3/3/2025 4:17:04 PM | 15 | Dominic |

Tracking IDs: 9589071052700987446867; 9589071052700987446874; 9589071052700987446881; 9589071052700987446898; 9589071052700987446904; 9589071052700987446911; 9589071052700987446928; 9589071052700987446935; 9589071052700987446942; 9589071052700987446959; 9589071052700987446966; 9589071052700987446973; 9589071052700987446980; 9589071052700987446997; 9589071052700987447000

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11867 | STE TOB 301 | UNITED MAILING SERVICES, INC | CERTo | 3/4/2025 12:57:39 PM | 1 | Dominic |

Tracking IDs: 70120470000130388121

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11868 | Imaging System Rush Breast | UNITED MAILING SERVICES, INC | CERTo | 3/4/2025 1:48:02 PM | 10 | Dominic |

Tracking IDs: 70223330000083905193; 70223330000083905209; 9589071052702278445740; 9589071052702278445757; 9589071052702278445764; 9589071052702278445771; 9589071052702278445788; 9589071052702278445795; 9589071052702278445801; 9589071052702278445818

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11869 | Imaging System Rush Breast | UNITED MAILING SERVICES, INC | CERTo | 3/4/2025 2:53:11 PM | 5 | Dominic |

Tracking IDs: 70223330000083905391; 70223330000083905407; 70223330000083905414; 9589071052701584813380; 9589071052701584813403

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11870 | Department Pathology | UNITED MAILING SERVICES, INC | CERTo | 3/4/2025 3:58:08 PM | 25 | Dominic |

Tracking IDs: 9589071052700987430019; 9589071052700987430460; 9589071052700987430477; 9589071052700987430484; 9589071052700987430491; 9589071052700987430507; 9589071052700987447017; 9589071052700987447024; 9589071052700987447031; 9589071052700987447048; 9589071052700987447055; 9589071052700987447062; 9589071052700987447079; 9589071052700987447086; 9589071052700987447093; 9589071052700987447109; 9589071052700987447116; 9589071052700987447123; 9589071052700987447130; 9589071052700987447147; 9589071052700987447154; 9589071052700987447161; 9589071052700987447178; 9589071052700987447185; 9589071052700987447192

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11871 | Imaging System Rush Breast | UNITED MAILING SERVICES, INC | CERTo | 3/5/2025 11:55:52 AM | 2 | Dominic |

Tracking IDs: 70223330000083905216; 70223330000083905421

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11872 | Nutrition 8th flr RAB Digestive Diseases & | UNITED MAILING SERVICES, INC | CERTo | 3/5/2025 11:56:12 AM | 1 | Dominic |

Tracking IDs: 70223330000075259624

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11873 | Medicine Emergency | UNITED MAILING SERVICES, INC | CERTo | 3/5/2025 12:27:17 PM | 15 | Dominic |

Tracking IDs: 9589071052702279510829; 9589071052702279510836; 9589071052702279510843; 9589071052702279510850; 9589071052702279510867; 9589071052702279511390; 9589071052702279511512; 9589071052702279511529; 9589071052702279511536; 9589071052702279511543; 9589071052702279511550; 9589071052702279511567; 9589071052702279511574; 9589071052702279511581; 9589071052702279511598

| IST ID | Sender | Receiver | Carrier | Date | Pieces | Signature |
|---|---|---|---|---|---|---|
| 11874 | Safety Radiation | UNITED MAILING SERVICES, INC | CERTo | 3/5/2025 3:01:52 PM | 1 | Dominic |

Tracking IDs: 70192280000204453027

This material is confidential and proprietary in form, format, and design. Any use of this material other than for specifically expressed purposes designated by IST Management Services is prohibited.

EXHIBIT D

## Lindsay Lollio

| | |
|---|---|
| **Subject:** | FW: Certified letter inquiry (BCBS) |

**From:** USPS Select <uspsselect@usps.gov>
**Sent:** Wednesday, August 20, 2025 12:54 PM
**To:** Diashun Taylor <Diashun_Taylor@rush.edu>
**Subject:** Update for USPS Tracking® Number 70120470000130388121 [ ref:!00Dj00GyYH.!500eq0mcx9x:ref ]

**Rush Email Security**

This email originated from outside of RUSH. Do not click links or attachments unless you recognize the sender and know that the content is safe. RUSH will never ask for user ID information via email.

Dear Diashun,

In regard to your request to locate a package with USPS Tracking® Number *70120470000130388121,* I wanted to let you know that we will need to conduct additional follow-up for this item. We will reach out as soon as possible with further information.

ISSUE 8/20/25 You want to know how you can get a pic of certified mail with postmark date. This is for legal matter. Checked our system and it showed certified mail was first scanned on 3/5/25. Certified mail was was p/u by carrier on 3/4/25. Then on 3/13/25.

On 3/13/25 certified mail showed Delivered P.O Box in Richmond VA 23232, signed by Mail Clerk at 7:40 am. at 1801 Brook Rd.

UPDATE 8/20/25 Consulted CRT Supervisor and he said to create C360 case at P.O Box LPO for assistance. Created C360 Case # 81134578 for assistance at the local post office (LPO). Please allow some time for their response.

If you have any other questions or requests that we can support, please feel free to reach us by phone at 1-888-707-7226 or by email at USPSSelect@USPS.gov. We will respond Monday-Friday between the hours of 8:30 AM and 7:15 PM EST.

Thank you again for your loyalty. We at the United States Postal Service® appreciate your business and look forward to continuing to serve you.

Sincerely,

Marie Jo

The United States Postal Service Select Business Support Team

ref:!00Dj00GyYH.!500eq0mcx9x:ref

1

EXHIBIT E

ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND ALONG THE EAST COAST OF TH...

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 70120470000130388121

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 7:40 am on March 13, 2025 in RICHMOND, VA 23232.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, PO Box**

RICHMOND, VA 23232
March 13, 2025, 7:40 am

**Arrived at Post Office**

RICHMOND, VA 23232
March 13, 2025, 7:39 am

**In Transit to Next Facility**

March 12, 2025

**Arrived at USPS Regional Facility**

RICHMOND VA DISTRIBUTION CENTER
March 10, 2025, 7:09 am

**Arrived at USPS Regional Facility**

WEST FARGO ND NETWORK DISTRIBUTION CENTER
March 7, 2025, 10:08 pm

Feedback

**Arrived at USPS Regional Facility**
MILWAUKEE WI PROCESSING CENTER
March 5, 2025, 2:12 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                      ⌄

**Product Information**                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Blue Cross Blue Shield Provider Settlement

*In re: Blue Cross Blue Shield Antitrust Litigation*, MDL 2406, N.D. Ala., Master File No. 2:13-cv-20000-RDP

## NOTICE TO SHOW CAUSE REGARDING UNTIMELY REQUEST FOR EXCLUSION FROM PROVIDER SETTLEMENT

**Date of Notice:** 8/25/2025
**Deadline to Respond:** 9/15/2025

### I.    EXPLANATION OF NOTICE

You are receiving this notice because you submitted a request for exclusion from the provider settlement in *In re Blue Cross Blue Shield Antitrust Litigation*, and your request either was not postmarked by the March 4, 2025 deadline, or had no legible postmark.

On August 19, 2025, the Court issued a Show Cause Order requiring all individuals and entities who submitted untimely exclusion requests to show cause within twenty-one (21) days why their requests should not be rejected as untimely. A copy of this Order is enclosed.

### II.    AFFECTED REQUESTOR INFORMATION

The following persons or entities submitted exclusion requests without a legible postmark:

| ID | Requestor Name |
|---|---|
| 15477 | COPLEY MEMORIAL HOSPITAL INC |
| 7162 | RUSH COPLEY MEDICAL CENTER |
| 7164 | RUSH COPLEY MEDICAL GROUP NFP |
| 7165 | RUSH HEALTH |
| 7166 | RUSH HEALTH ACO INC |
| 7167 | RUSH OAK PARK ER PHYSICIANS GROUP |
| 7168 | RUSH OAK PARK HOSPITAL INC |
| 7169 | RUSH OAK PARK NOCTURNIST |
| 7170 | RUSH OAK PARK PHYSICIANS GROUP ADULT MEDICINE |
| 7171 | RUSH OAK PARK PHYSICIANS GROUP ANCHOR |
| 7172 | RUSH OAK PARK PHYSICIAN GROUP CENTER FOR DIABETES AND ENDOCRINE |
| 7173 | RUSH OAK PARK PHYSICIAN GROUP ELMWOOD PARK |
| 7174 | RUSH OAK PARK PHYSICIAN GROUP FAMILY MEDICINE |
| 7175 | RUSH OAK PARK PHYSICIAN GROUP LAKE STREET |
| 7176 | RUSH OAK PARK PHYSICIAN GROUP NORTH RIVERSIDE |

1

# Blue Cross Blue Shield Provider Settlement

*In re: Blue Cross Blue Shield Antitrust Litigation*, MDL 2406, N.D. Ala., Master File No. 2:13-cv-20000-RDP

| 7177 | RUSH SURGICENTER AT THE PROFESSIONAL BUILDING LTD PARTERSHIP |
| 7178 | RUSH SYSTEM FOR HEALTH DBA RUSH UNIVERSITY SYSTEM FOR HEALTH |
| 7179 | RUSH UNIVERSITY MEDICAL CENTER |
| 7180 | RUSH UNIVERSITY MEDICAL GROUP |
| 7181 | RUSH-COPELY ORTHOPEDICS LLC |
| 7182 | RUSH-COPELY SURGICENTER LLC |

### III.    HOW TO RESPOND

If your request did not include a legible postmark, you may submit an affidavit or declaration under penalty of perjury stating that your request was timely mailed.

Please send your response by email to administrator@bcbsprovidersettlement.com.

**If we do not receive a response by the deadline, the Court may disallow your exclusion request, and you may remain in the settlement class.**

If you have any questions about this notice, please call (888) 452-3095.

FILED
2025 Aug-19 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

### SHOW CAUSE ORDER REGARDING UNTIMELY EXCLUSION REQUESTS

This matter is before the court on Provider Plaintiffs' Motion for an Order to Show Cause Regarding Untimely Exclusion Requests. (Doc. # 2228). On December 4, 2024, the court entered a Memorandum Opinion and Order Preliminarily Approving Provider Plaintiffs' Settlement. (Doc. # 3225). That Order required Class Members who wished to be excluded from the Provider Plaintiffs' settlement to mail a request for exclusion postmarked no later than March 4, 2025. (*Id.* at 51).

The persons and entities listed in Exhibit A to this Order mailed exclusion requests that either were postmarked after the March 4, 2025 deadline, or did not contain a legible postmark and were received after the March 4, 2025 deadline. Within twenty-one (21) days of this Order, the persons and/or entities listed on Exhibit A hereto are **ORDERED** to **SHOW CAUSE** why their exclusion requests should not be rejected as untimely. For requests without a legible postmark, an affidavit or declaration under penalty of perjury that the request was timely mailed will suffice to show cause.

Counsel for the Provider Plaintiffs are **ORDERED** to coordinate with the Settlement Notice Administrator to provide a copy of this order to each person or entity listed on Exhibit A. Upon doing so, counsel for the Provider Plaintiffs **SHALL** file a notice setting forth the date on which each such person or entity was provided with a copy of this Order. Within twenty-one (21)

days of receiving a copy of this Order, each person or entity on Exhibit A **SHALL** submit their response to the Settlement Notice Administrator, who **SHALL** compile the responses and provide them to counsel for the Provider Plaintiffs. Upon receipt of this information from the Settlement Notice Administrator, Counsel for the Provider Plaintiffs **SHALL** file the responses with the court.

**DONE** and **ORDERED** this August 19, 2025.

R. DAVID PROCTOR
CHIEF U.S. DISTRICT JUDGE

FILED

2025 Jul-22  PM 0:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

| Class Member Name | Postmark Date |
|---|---|
| ADDICTION HEALTH ALLIANCE, LLC | |
| DR RECOVERY ENCINITAS, LLC | |
| SOUTHERN CALIFORNIA RECOVERY CENTERS OCEANSIDE, LLC | |
| TML Recovery, LLC | |
| KEYSTONE MEDICAL SERVICES OF BRADFORD, PC | |
| HOSPITALIST SERVICES OF BRADFORD, PC | |
| MEDICAL SERVICES OF BUFFALO, PC | |
| HOSPITALIST SERVICES OF MERIDIAN, PA | |
| KEYSTONE MEDICAL SERVICES OF NIAGARA FALLS, PC | |
| KEYSTONE HOSPITALIST SERVICES OF NY, PC | |
| KEYSTONE MEDICAL SERVICES OF NEW YORK, PC | |
| HOSPITALIST SERVICES OF OLEAN, PC | |
| ASCENSION EMERGENCY PHYSICIANS, LLC | 3/5/2025 |
| BONITA CREEK EMERGENCY SERVICES, PLLC | 3/5/2025 |
| CALCASIEU CAMERON EMERGENCY PHYSICIAN GROUP, LLC | 3/5/2025 |
| CALCASIEU CAMERON HOSPITAL MEDICINE GROUP, LLC | |
| ECEP II, PA | 3/5/2025 |
| Christian J DenOuden | 3/5/2025 |
| C&M MEDICAL SERVICES, INC | 3/5/2025 |
| CONCORDIA EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| EAST BATON ROUGE EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| W4P, LLC | 3/5/2025 |
| INTEGRATED EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| IEMS PHYSICIAN SERVICES, PLLC | 3/5/2025 |
| ILLINOIS EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| LEWIS & CLARK EMERGENCY PHYSICIANS, PC | |
| OKLAHOMA EMERGENCY PARTNERS, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY CARE, PC | 3/5/2025 |
| PROFESSIONAL EMERGENCY MEDICINE MANAGEMENT - LAKE CHARLES, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY PHYSICIAN ASSOCIATES, LLC | 3/5/2025 |
| PROGRESSIVE EMERGENCY PHYSICIANS PA, PLLC | 3/5/2025 |
| PROGRESSIVE EMERGENCY PHYSICIANS, PLLC | 3/5/2025 |
| ST TAMMANY EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| THIBODAUX EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| VITAL EMERGENCY PARTNERS, PA | 3/5/2025 |
| VITAL HOSPITAL PARTNERS, PA | 3/5/2025 |
| WASHINGTON PARISH EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| ELITE KINGWOOD HOSPITAL | 3/5/2025 |
| LAUREN ESSEN, LCSW | 3/7/2025 |
| PATIENTS EMERGENCY ROOM AND HOSPITAL | 3/5/2025 |
| COPLEY MEMORIAL HOSPITAL INC | 3/5/2025 |
| Balaji Nithianandam | 3/8/2025 |

| Class Member Name | Postmark Date |
|---|---|
| RUSH COPLEY MEDICAL CENTER | 3/5/2025 |
| RUSH COPLEY MEDICAL GROUP NFP | 3/5/2025 |
| RUSH HEALTH | 3/5/2025 |
| RUSH HEALTH ACO INC | 3/5/2025 |
| RUSH OAK PARK ER PHYSICIANS GROUP | 3/5/2025 |
| RUSH OAK PARK HOSPITAL INC | 3/5/2025 |
| RUSH OAK PARK NOCTURNIST | 3/5/2025 |
| RUSH OAK PARK PHYSICIANS GROUP ADULT MEDICINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIANS GROUP ANCHOR | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP CENTER FOR DIABETES AND ENDOCRINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP ELMWOOD PARK | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP FAMILY MEDICINE | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP LAKE STREET | 3/5/2025 |
| RUSH OAK PARK PHYSICIAN GROUP NORTH RIVERSIDE | 3/5/2025 |
| RUSH SURGICENTER AT THE PROFESSIONAL BUILDING LTD PARTERSHIP | 3/5/2025 |
| RUSH SYSTEM FOR HEALTH DBA RUSH UNIVERSITY SYSTEM FOR HEALTH | 3/5/2025 |
| RUSH UNIVERSITY MEDICAL CENTER | 3/5/2025 |
| RUSH UNIVERSITY MEDICAL GROUP | 3/5/2025 |
| RUSH-COPELY ORTHOPEDICS LLC | 3/5/2025 |
| RUSH-COPELY SURGICENTER LLC | 3/5/2025 |
| SOUTHERN CALIFORNIA ADDICTION CENTER INC | 3/5/2025 |
| CALIFORNIA BEHAVIORAL HEALTH, LLC | 3/5/2025 |
| MAGNOLIA CONNECTION, PC | 3/11/2025 |
| SOUTH SHORE ANESTHESIA STAFFING LLC | 3/13/2025 |
| Jackie Jiang, PsyD | 3/6/2025 |
| EMERGENCY MEDICINE PROFESSIONALS, PA | 3/17/2025 |
| Tonya J. McFadden | 3/8/2025 |
| HIGHLANDS ONCOLOGY GROUP, PA | 3/7/2025 |
| Robert Austgen | 4/1/2025 |