FILED
2025 Oct-15  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8

| | |
|---|---|
| **From:** | Heather Norris |
| **To:** | Blue Cross Blue Shield Provider Settlement Notice Administrator |
| **Subject:** | RE: BCBS Provider Settlement: Notice to Show Cause – Untimely Request for Exclusion from Provider Settlement |
| **Date:** | Monday, September 15, 2025 1:08:16 PM |
| **Attachments:** | Keystone_Logo_small_thirdsize_69a46654-9807-4b47-b114-48c0a4a16632.jpg |
| | LinkedIn_Icon_22ad0f8e-9cf4-4394-b2f9-9f91571c5dba.png |
| | FB_Icon_f99bd86a-c869-4358-96d5-40efcf426001.png |
| | Twitter_Icon_56165789-5577-495d-9077-1e55d6cb4985.png |

Yes, thank you for reaching out. Since I can't provide proof (if was sent via regular mail), are we still able to submit a claim to participate in the class action suit? If so, can you point me in the direction of how we can do this?

Thank you!

**Heather Norris**
**Senior Vice President of Revenue Cycle**



Keystone Medical Billing Services
10312 Bloomingdale Ave.
Suite 108 - #379
Riverview, FL 33578
Phone: (972) 402-5675
Fax: (972) 402-5675
Mobile: (469) 585-2431
www.keystonehealthcare.com



The information contained in this email is intended only for the personal and confidential use of the designated recipient or recipients named above and may contain confidential, proprietary or privileged information that is solely transmitted for the purpose of the intended recipient(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error and that any review, re-transmission, dissemination, distribution, copying, or other use of, or taking any action in reliance upon this message or any attachments to this message, is strictly prohibited. If you have received this email message in error, please notify us immediately and destroy all copies of the original communication.

**From:** Blue Cross Blue Shield Provider Settlement Notice Administrator
**Sent:** Monday, September 15, 2025 1:52 PM
**To:** Heather Norris
**Cc:** Blue Cross Blue Shield Provider Settlement Notice Administrator
**Subject:** RE: BCBS Provider Settlement: Notice to Show Cause – Untimely Request for Exclusion from Provider Settlement

On August 25, 2025, we sent you via email a notice from the court, which is attached here. The deadline to respond remains September 15, 2025. If you respond after September 15, we cannot offer any assurances that the court will consider your response to be timely.

Please let us know if you have any questions.

**Settlement Notice Administrator**
**Blue Cross Blue Shield Provider Settlement**
**BROWNGREER PLC**
Telephone: (888) 452-3095
Administrator@BCBSProviderSettlement.com
www.BCBSProviderSettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that*

*is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Blue Cross Blue Shield Provider Settlement Notice Administrator <Administrator@BCBSProviderSettlement.com>
**Sent:** Monday, August 25, 2025 4:07 PM
**To:** hnorris@keystonehealthcare.com
**Cc:** Blue Cross Blue Shield Provider Settlement Notice Administrator <Administrator@BCBSProviderSettlement.com>
**Subject:** BCBS Provider Settlement: Notice to Show Cause – Untimely Request for Exclusion from Provider Settlement

Sanford Glantz:

Attached is a Notice to Show Cause Regarding an Untimely Request for Exclusion from the Provider Settlement. A copy of this notice was also sent today via USPS Certified Mail. Thank you.

**Settlement Notice Administrator**
**Blue Cross Blue Shield Provider Settlement**
**BROWNGREER PLC**
Telephone: (888) 452-3095
Administrator@BCBSProviderSettlement.com
www.BCBSProviderSettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*