FILED

2025 Oct-15  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

| | |
|---|---|
| **From:** | Elizabeth Maxey |
| **To:** | Blue Cross Blue Shield Provider Settlement Notice Administrator |
| **Subject:** | Re: Blue Cross Blue Shield Provider Settlement |
| **Date:** | Monday, September 15, 2025 12:31:14 PM |
| **Attachments:** | image.png |

Rachel,

Thank you for getting back to me.

I thought these went out prior as it looks as though there was a miscommunication in our office. Can I ask why it took 6 months to notify these were not received. Given this delay in getting this notice, what are our options?

Elizabeth Maxey | VP Revenue Cycle

40 Palafox Place | 4th Floor | Pensacola, FL 32502

C: 615.337.6330

E: elizabeth.maxey@ecp.net



Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information, or exempt from disclosure under applicable law. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading them or saving them to disk.

**From:** Blue Cross Blue Shield Provider Settlement Notice Administrator

**Sent:** Friday, September 12, 2025 2:14 PM

**To:** Elizabeth Maxey

**Cc:** Roma Petkauskas ; Blue Cross Blue Shield Provider Settlement Notice Administrator

**Subject:** Blue Cross Blue Shield Provider Settlement

* This email originates from an external source. Please be cautious before clicking on any links and/or opening any attachments. *

Good Afternoon, Ms. Maxey:

We are reaching out regarding the Opt Outs submitted by Emergency Care Partners. With the exception of the Opt Out submitted on behalf of the third entity listed in the table below, each request has a 3/5/25 post mark date. I have also attached a copy of the Opt Outs, including the postmarked envelope. Please let us know if you have any questions.

| Provider Name | Postmark Date |
|---|---|
| ASCENSION EMERGENCY PHYSICIANS, LLC | 3/5/2025 |
| CALCASIEU CAMERON EMERGENCY PHYSICIAN GROUP, LLC | 3/5/2025 |
| CALCASIEU CAMERON HOSPITAL MEDICINE GROUP, LLC | |
| C&M MEDICAL SERVICES, INC | 3/5/2025 |
| CONCORDIA EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| EAST BATON ROUGE EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| W4P, LLC | 3/5/2025 |
| INTEGRATED EMERGENCY MEDICINE SPECIALISTS, LLC | 3/5/2025 |
| OKLAHOMA EMERGENCY PARTNERS, LLC | 3/5/2025 |
| PROFESSIONAL EMERGENCY MEDICINE MANAGEMENT - LAKE CHARLES, | 3/5/2025 |

| LLC | |
|---|---|
| PROFESSIONAL EMERGENCY PHYSICIAN ASSOCIATES, LLC | 3/5/2025 |
| ST TAMMANY EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| THIBODAUX EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |
| WASHINGTON PARISH EMERGENCY PHYSICIANS GROUP, LLC | 3/5/2025 |

Thank you,
Rachel
**Settlement Notice Administrator**
**Blue Cross Blue Shield Provider Settlement**
**BROWNGREER PLC**
Telephone: (888) 452-3095
Administrator@BCBSProviderSettlement.com
https://link.edgepilot.com/s/8a29c6db/edXeUj2xx0Sa3j1mMHHcUw?
u=http://www.bcbsprovidersettlement.com/

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

Confidentiality Notice: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information, or exempt from disclosure under applicable law. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail and copy to itsupport@ecp.net, and destroy the original transmission and its attachments without reading them or saving them to disk.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
Confidentiality Notice: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information, or exempt from disclosure under applicable law. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail and copy to itsupport@ecp.net, and destroy the original transmission and its attachments without reading them or saving them to disk.