FILED
2025 Oct-15 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 10

| | |
|---|---|
| **From:** | Gilbert, Danielle |
| **To:** | Blue Cross Blue Shield Provider Settlement Notice Administrator |
| **Cc:** | Hollender, Alison; Douglas Chung |
| **Subject:** | BCBS Provider Settlement Exclusion Request - Show Cause Order (Dkt. 3349) Patients ER ID 3470 |
| **Date:** | Thursday, October 2, 2025 12:12:27 PM |
| **Attachments:** | Patients ER (ID 3470) - Response to Show Cause Order re Timely BCBS Provider Settlement Exclusion 10.2.2025.pdf |
| | Affidavit Confirming Timely Submission of BCBS Provider Settlement Exclusion Request, Patients ER (ID 3470).pdf |
| | Exhibit A - Patients ER Receipt.pdf |
| | Exhibit B - Patients ER Tracking.pdf |

Re: Patients Emergency Room and Hospital, ID 3470
Show Cause Order Regarding Request for Exclusion from Settlement Class (Dkt. 3349)
MDL No. 2406, Master File No. 2:13-CV-20000-RDP
Good afternoon,
Attached are the response of Baymont Emergency Room, LLC, d/b/a **Patients Emergency Room and Hospital**, ID 3470 ("Patients ER") to the Court's Show Cause Order Regarding Untimely Exclusion Requests (Dkt. 3349), a declaration under penalty of perjury, and receipts and tracking information in support of the same.

To summarize, the enclosed Declaration and Exhibits demonstrate Patients ER timely mailed its Exclusion Request by placing it in the mail on March 4, 2025. Specifically, Patients ER deposited its Exclusion Request at Pinehurst Mail & Ship at 11:29 a.m. on March 4, 2025. Declaration ¶ 3; Exhibit A (receipt). The official United States Postal Service website's tracking tool shows Pinehurst Mail & Ship deposited Patients ER's Exclusion Request at a USPS Regional Facility Distribution Center March 4, 2025 at 8:02 p.m. Declaration ¶ 4; Exhibit B (USPS tracking).
Patients ER timely mailed its Exclusion Request by the March 4, 2025 deadline and it is unclear why it was purportedly postmarked March 5, 2025. Patients ER respectfully requests the Court accept its Exclusion Request as timely.
Please confirm receipt and feel free to contact me should you have any questions.
Sincerely,
**Danielle Gilbert**
**Partner**

**HUSCH BLACKWELL**

111 Congress Avenue
Suite 1400
Austin, TX 78701-4093

Direct: 512-479-9708
Fax: 512-479-1101
Danielle.Gilbert@huschblackwell.com
huschblackwell.com

vBio|vCard

**Healthcare, Life Sciences, & Education**

**Commercial Litigation**

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service.**
**Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions**
**to our clients' most complex challenges.**



Date:        Thursday, October 2, 2025

To:          **VIA EMAIL**
             Blue Cross Blue Shield Provider Settlement
             Settlement Notice Administrator
             P.O. Box 26443
             Richmond, VA 23261
             administrator@bcbsprovidersettlement.com
             (888) 452-3095

Subject:     Patients Emergency Room and Hospital, ID 3470; Show Cause Order Regarding
             Request for Exclusion from Settlement Class (Dkt. 3349); MDL No. 2406, Master
             File No. 2:13-CV-20000-RDP

   I am writing on behalf of Baymont Emergency Room, LLC, d/b/a Patients Emergency Room and Hospital, ID 3470 ("Patients ER") in response to the Court's Show Cause Order Regarding Untimely Exclusion Requests (Dkt. 3349).

   The enclosed Declaration and Exhibits demonstrate Patients ER timely mailed its Exclusion Request by placing it in the mail on March 4, 2025. Specifically, Patients ER deposited its Exclusion Request at Pinehurst Mail & Ship at 11:29 a.m. on March 4, 2025. **Declaration ¶ 3; Exhibit A**. The official United States Postal Service website's tracking tool shows Pinehurst Mail & Ship deposited Patients ER's Exclusion Request at a USPS Regional Facility Distribution Center March 4, 2025 at 8:02 p.m. **Declaration ¶ 4; Exhibit B**.

   Patients ER timely mailed its Exclusion Request by the March 4, 2025 deadline and it is unclear why it was purportedly postmarked March 5, 2025. Patients ER respectfully requests the Court accept its Exclusion Request as timely.

Thank you,

**Douglas Chung**
Chief Executive Officer
Patients Emergency Room and Hospital
10133 I-10 East | Baytown, TX 77521
Work: 281.576.0555
**www.PatientsER.com**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | **Master File No. 2:13-CV-20000-RDP** |
| BLUE CROSS BLUE SHIELD | ) | |
| ANTITRUST LITIGATION | ) | **This Document Relates to** |
| MDL NO. 2406 | ) | **Provider Track Cases** |
| | ) | |

### <u>DECLARATION OF DOUGLAS CHUNG CONFIRMING TIMELY EXCLUSION REQUEST BY PATIENTS EMERGENCY ROOM AND HOSPITAL, ID 3470</u>

I, Douglas Chung, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1.      I am the Chief Executive Officer of Baymont Emergency Room, LLC, d/b/a Patients Emergency Room and Hospital, ID 3470 ("Patients ER") and maintain an office at 10133 I-10 East, Baytown, TX 77521. I am authorized to make this declaration on behalf of Patients ER. I am over the age of twenty-one and have personal knowledge of the matters stated in this declaration.

2.      In my role as Chief Executive Officer of Patients ER, I have personal knowledge of the decision to request exclusion of Patients ER from the provider settlement in the *In re: Blue Cross Blue Shield Antitrust Litigation* identified above ("Exclusion Request"). As a custodian of records for Patients ER, I have personal knowledge of Patients ER timely mailing its Exclusion Request referenced in the above cause.

3.      Patients ER timely mailed its Exclusion Request by the March 4, 2025 deadline by placing it in the mail on March 4, 2025. Patients ER deposited its Exclusion Request at Pinehurst Mail & Ship at 11:29 a.m. on March 4, 2025, as evidenced by a true and correct copy of the receipt attached as **Exhibit A**. Exhibit A also reflects a true and correct copy of the Certified Mail tracking information for Patients ER's Exclusion Request.

1

2

4.      The official United States Postal Service website's tracking tool shows Pinehurst Mail & Ship deposited Patients ER's Exclusion Request at a USPS Regional Facility Distribution Center March 4, 2025 at 8:02 p.m. A true and correct printout of the USPS website's tracking tool is attached as **Exhibit B**.

5.      The enclosed Exhibits demonstrate Patients ER timely mailed the Exclusion Request on March 4, 2025, and it is unclear why it was purportedly postmarked March 5, 2025.

6.      Patients ER respectfully requests the Court accept its Exclusion Request as timely.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on _____10/1/2025_____, 2025


DocuSigned by:

*Douglas Chung*
60B17C183FCF47D...

Douglas Chung

2

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
BCBS Provider Settlement.
Street and Apt. No., or PO Box No.
P.O. Box: 26443
City, State, ZIP+4®
Richmond VA 23261

PS Form 3800, January 202    See Reverse for Instructions

---

```
        ***Pinehurst Mail & Ship***
         **Kay-G Leigh Boutique**
             7714 B N. Hwy 146
            Baytown, TX 77523
               281-573-9460
            www.baytownmail.com
           Find us on Facebook!
          facebook.com/Pinehurst2
         facebook.com/KGLBOUTIQUE


USPS First Class Mail          12.84
  Track #: 9589071052700492301125
  Ret Rcpt: 95909402844433156961954

     SUBTOTAL                  12.84
     TAX                        0.00
     TOTAL                     12.84
  TEND Invoice Account         12.84

Total shipments: 0
Patients Emergency Room
Tiffany                    03/04/2025
#109133                     11:29 AM
Workstation: 0 - Master Workstation


Signature_____


  ***********************************
PLEASE CONTACT US FOR HELP WITH ANY CARRIER CLAI
MS!! CLAIMS CAN ONLY BE PROCESSED FOR UP TO 30 D
        AYS AFTER  ITEM IS SHIPPED.
        Thank you for your business
  ***********************************
```

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 95890710527004923O1125

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 11:06 am on March 13, 2025 in RICHMOND, VA 23232.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
RICHMOND, VA 23232
March 13, 2025, 11:06 am

**In Transit to Next Facility**
March 10, 2025

**Arrived at USPS Regional Facility**
RICHMOND VA DISTRIBUTION CENTER
March 6, 2025, 10:00 am

**Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
March 4, 2025, 8:02 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Case 2:13-cv-20000-AMM    Document 3363-10    Filed 10/15/25    Page 8 of 8

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**