FILED

2025 Oct-28  AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD** | **}** | |
| | **}** | **Master File No.:  2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | This order relates to the Subscriber Track |
| | **}** | |

### ORDER APPROVING CONFIDENTIAL AND *IN CAMERA* AGREED SPECIAL MASTER'S REPORT MAKING RECOMMENDATIONS ON THE PAYMENT AND THE ALLOCATION OF REMAINING SUBSCRIBERS COMMON BENEFIT RECOVERY AMONG SUBSCRIBERS AND ASOS COUNSEL

This matter is before the court the October 27, 2025 *In Camera* Agreed Report of the Special Master recommending the payment and allocation of the remaining Holdback Reserve from the Subscribers Common Benefit Recovery, as well as interest earned on such Common Benefit Recovery monies, among the Subscribers and ASOS Common Benefit Law Firms, in accordance with Exhibit 1 to the Report. The Common Benefit Firms confirmed the accuracy of these amounts.

The court has reviewed the Report, finds it to be fair and reasonable, and hereby **APPROVES** it.

Based on the foregoing, it is **ORDERED**, **ADJUDGED** and **DECREED** that the payment of the Holback Reserve and interest from the Common Benefit Recovery to the Law Firms as set forth in the Report **SHALL** be carried out by the Special Master in the amounts summarized

2

in Exhibit 1 of the Report.

**DONE** and **ORDERED** this October 28, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE