FILED
2025 Nov-21  PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-RDP**<br><br>**This Document Relates to**<br>**Provider Track Cases** |
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:25-MD-10000-RDP** |

**[PROPOSED] ORDER GRANTING PROVIDER PLAINTIFFS'
MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO
THE OPT-OUT PLAINTIFFS' MOTION TO CONDUCT DISCOVERY**

This matter is before the Court on the Provider Plaintiffs' Motion for Leave to File a Surreply in Opposition to the Opt-Out Plaintiffs' Motion to Conduct Discovery (Doc. ___).  The Motion is **GRANTED**. Provider Plaintiffs shall file their surreply within one business day of this order.

DONE this __ day of _____, 2025.

_____
**R. DAVID PROCTOR**
**UNITED STATES CHIEF DISTRICT JUDGE**

1