FILED
2025 Nov-25  AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **)** | |
| **)** | **Master File No. 2:13-cv-20000-RDP** |
| **IN RE:** **)** | |
| **BLUE CROSS BLUE SHIELD** **)** | |
| **ANTITRUST LITIGATION** **)** | |
| **(MDL NO. 2406)** **)** | |
| **)** | |

## NOTICE OF CHANGE OF ATTORNEY'S ADDRESS

COMES NOW Chris L. Albright, one of the attorneys of record for non-party out-of-network emergency medicine providers Bradford Emergency Group, LLC; Columbia Emergency Group, LLC; Duval Emergency Group, LLC; Lake Wales Emergency Physicians, LLC; Lake Oliver Emergency Group, LLC; Melbourne Emergency Group, LLC; NW Florida Emergency Physicians, LLC; Polk Emergency Group, LLC; Ridgewood Emergency Group, LLC; Rockledge Emergency Group, LLC; Sterling Emergency Services of Miami Beach, P.A.; Suwannee Emergency Group, LLC, Western Virginia Regional Emergency Physicians, LLC; Lake Spring Emergency Group, LLC; Wildwood Emergency Group, LLC; Ingleside Emergency Group, LLC; and Kingsford Emergency Group, LLC, and notifies the Court and counsel for other parties of his change of address and law firm, as shown hereinbelow.

Respectfully submitted,

*/s/ Chris L. Albright*
Chris L. Albright (ALB014)
Attorney for Out-Of-Network ER Providers
2637 Valleydale Rd., Ste. 100
Birmingham, Alabama 35244
Ph. (205) 573-0500
Email: chris@stottharrington.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 25, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>*/s/Chris L. Albright*</u>