FILED
2025 Dec-11  PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | } } } } } } } | **Master File No.: 2:13-cv-20000-RDP** <br><br> This document relates to Subscriber-Track Cases |

## ORDER APPOINTING E. DESMOND HOGAN
## TO THE SUBSCRIBER MONITORING COMMITTEE

This matter is before the court on Settling Defendants' request that the court appoint E. Desmond Hogan to the Subscriber Monitoring Committee to replace Monitoring Committee member Craig Hoover, who has decided to retire from the day-to day practice of law at the end of December 2025.

The Subscriber Class Action Settlement, which became effective June 24, 2024, provides for the establishment of a Monitoring Committee. (Doc. # 2610-2 ¶¶ 1(xx), 1(zz)). On December 9, 2022, after Final Approval of the Settlement, and after consultation with counsel for the Settling Parties, the court issued an order appointing the following individuals to serve on the Subscriber Monitoring Committee: "(1) Karin DeMasi, Craig Hoover, and Scott Nehs, appointed collectively by Settling Defendants; (2) David Boies, William Isaacson, and Megan Jones, appointed collectively by Settlement Class Counsel; (3) David Benck, appointed by Self-Funded Sub-Class Settlement Counsel; and (4) Edgar Gentle, appointed by the court." (Doc. # 3011 at 1). On June 26, 2024, the court issued an order appointing Robin Sanders to the Subscriber Monitoring Committee in lieu of Scott Nehs. (Doc. # 3144).

Settling Defendants' request that the court appoint E. Desmond Hogan of Hogan Lovells to replace Craig Hoover as a representative on the Subscriber Monitoring Committee, effective

2

January 1, 2026. That request is **GRANTED**. E. Desmond Hogan is **APPOINTED** to replace Craig Hoover and serve as one of Settling Defendants' representatives on the Subscriber Monitoring Committee effective January 1, 2026.

     **DONE** and **ORDERED** this December 11, 2025.

                                        **R. DAVID PROCTOR**
                                        CHIEF U.S. DISTRICT JUDGE