FILED
2025 Dec-30  PM 06:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 | } } } **Master File 2:13-cv-20000-RDP** } } } } **This document relates to** } **Provider Track cases** |

**ORDER PARTIALLY APPROVING SPECIAL MASTER'S NOVEMBER 18, 2025**
**SECOND REPORT AND DECEMBER 10, 2025 SUPPLEMENT ON THE ALLOCATION**
**AND PAYMENT OF THE REMAINING $659,061,156.68 OF THE PROVIDER**
**COMMON BENEFIT RECOVERY AMONG PROVIDERS**
**COUNSEL AND EXTERNAL FUNDING**

Before the court is the November 18, 2025 *In Camera* Report Number Two of the Special Master (the "Report") and the December 10, 2025 Supplement thereto (the "Supplement") addressing the allocation and payment of the remaining $659,061,156.68 of the Provider Common Benefit Recovery among Provider Counsel and External Funding. The court has reviewed: (1) the Report and Supplement; (2) the Providers Leadership and External Funding Agreement; (3) comments from fourteen Provider Common Benefit Law Firms on the Report received during the 21-day review period contained in the Report, in accordance with Federal Rule of Civil Procedure 53; and (4) Exhibit A to the Report, consisting of Provider Co-Lead Counsel's Report regarding the Proposed Fee Allocation and the Provider Counsel and External Funding Joint Venture Agreement. This litigation is in the process of being reassigned by the JPML to the Honorable Anna M. Manasco. The undersigned has consulted her about this Order and it is being entered with her approval.

The court **APPROVES** the Report and the External Funding and Providers Leadership Agreement, **EXCEPT** with respect to the $74,996,595.75 described on pages 5 through 8 of Co-

Lead Counsel's Report, less the holdback attributable to this amount under the Supplement (the "Unallocated Remainder of the Discretionary Fund"). With respect to this amount, Provider Leadership **SHALL**, in conjunction with the Special Master and in accordance with the Joint Venture Agreement, further review and evaluate how to best allocate these remaining monies. A Third Special Master's Report and supporting documentation **SHALL** be prepared and, after it is shared with Providers Common Benefit Counsel and External Funding for comment for a period of twenty-one (21) days, **SHALL** be provided to the court for consideration.

In light of the foregoing, it is **ORDERED, ADJUDGED AND DECREED** that the remaining portion of the Provider Common Benefit Recovery, other than the Unallocated Remaining Discretionary Fund described above, **SHALL** be paid or escrowed in the holdbacks by the Special Master in accordance with the Report and Supplement, and in the amounts summarized therein.

It is further **ORDERED, ADJUDGED AND DECREED** that the court approves the Agreement between Providers Leadership and External Funding that was submitted to the court *In Camera* with the Supplement. The Special Master **SHALL** proceed to distribute and escrow the monies authorized in that Agreement, waiving the 30-day automatic stay.

The Special Master's acts made in accordance with the Second Report, the Supplement, and this Order, are part of his adjunct duties owed to this court; accordingly, the Special Master and his staff are hereby granted judicial immunity to the full extent allowed by applicable law.

**DONE** and **ORDERED** this December 30, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

2