FILED
2026 Jan-06  AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | § | **Master File No. 2:13-cv-20000-RDP** |
| | § | |
| **ANTITRUST LITIGATION** | § | **This document relates to the** |
| **(MDL NO.: 2406)** | § | **Provider Track** |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL PAPERS AND PLEADINGS**

COMES NOW Stuart H. Memory, as counsel for Jackson Hospital & Clinic, Inc., interested party in the above-styled case, and request that: (1) his name at the address listed below be added to the service list; and (2) he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case.  His contact information is as follows:

Stuart H. Memory
*Memory Memory & Causby, LLP*
PO Box 4054
Montgomery, Alabama 36103
Phone: 334-834-8000
Fax: 334-834-8001
Email: smemory@memorylegal.com

[Intentionally Left Blank]

[Executed this the 6th day of January, 2026]

/S/ Stuart H. Memory
Stuart H. Memory
*Memory Memory & Causby, LLP*
Post Office Box 4054
Montgomery, Alabama 36103
Phone: 334-834-8000
Fax: 334-834-8001
Email: smemory@memorylegal.com

Attorney for Jackson Hospital & Clinic, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving notices on this 6th day of January, 2026.

/S/ Stuart H. Memory
Of Counsel