FILED

2026 Jan-06  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **}** | **Master File No. 2:13-cv-20000-RDP** |
| | **}** | |
| **ANTITRUST LITIGATION** | **}** | |
| **(MDL NO.: 2406)** | **}** | **This document relates to the** |
| | **}** | **Provider Track** |

### <u>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE</u>

On December 22, 2025, the court held a telephone conference related to Blue Cross and Blue Shield of Alabama's ("BCBSAL") Motion to Enforce Provider Settlement and to Enjoin Jackson Hospital & Clinic, Inc.'s Adversary Proceeding against it (the "Motion to Enforce"). (Doc. # 3378). Following the telephone conference, counsel for Jackson Hospital & Clinic, Inc. ("Jackson Hospital")[1] and counsel for BCBSAL conferred and agreed to a proposed briefing schedule for the Parties to submit the issues related to the Motion to Enforce to this court.  The Parties have notified the court that they have agreed to the following relevant deadlines:

- Jackson Hospital **SHALL** file its Motion for Relief from Judgment and to Belatedly Opt Out of Settlement Class and Response to BCBSAL's Motion to Enforce ("Jackson Hospital's Motion") **on or before January 5, 2026**.

- BCBSAL **SHALL** file its Response to Jackson Hospital's Motion **on or before January 20, 2026**.

- Any response by the Blue Cross and Blue Shield Association and/or the other Blue Plans that are parties to the Provider Settlement in MDL No. 2406 (collectively, the "Other Blues") **SHALL** be filed **on or before January 20, 2026**.

---

[1] Jackson Hospital and BCBSAL are collectively referred to herein as the "Parties."

- Jackson Hospital **SHALL** file any Reply in support of Jackson Hospital's Motion **on or before January 23, 2026**.

The court hereby **ADOPTS** the Parties' proposed deadlines set forth above. This case will soon be reassigned to the Honorable Anna M. Manasco. She has authorized the undersigned to enter this order.

**DONE** and **ORDERED** this January 6, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE