FILED
2026 Jan-06  PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD** } | |
| } | **Master File No.:  2:13-CV-20000-RDP** |
| **ANTITRUST LITIGATION** } | |
| **(MDL NO.: 2406)** } | |
| } | |

**ORDER**

In light of the United States Judicial Panel on Multidistrict Litigation's December 30, 2026 Order Reassigning Litigation (JPML Case No. MDL 2406, Doc. # 1016) reassigning this litigation to the Honorable Anna M. Manasco for centralized pretrial proceedings pursuant to 28 U.S.C. § 1407, the Clerk of Court is **DIRECTED** to **REASSIGN** this case to Judge Anna Manasco.

**DONE** and **ORDERED** this January 6, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE