FILED

2026 Jan-06 PM 06:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: BLUE CROSS BLUE SHIELD**
**ANTITRUST LITIGATION**                                    MDL No. 2406

### ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Northern District of Alabama.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Anna M. Manasco for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Karen K. Caldwell
Chair