FILED

2026 Jan-07  AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

Sheri Jones
Chief Deputy

|  |  |  |
|---|---|---|
| In re: BC/BS Antitrust Litigation MDL 2406 | } } } | Case Number: 2:13cv20000-RDP |

**NOTICE OF REASSIGNMENT**

This civil action has been reassigned to the Honorable Anna M. Manasco. Please use case

number 2:25-md-10000-AMM on all subsequent pleadings.

DATED: 1/6/2026

GREER M. LYNCH, CLERK


By: __Crystal Dockery_____
Deputy Clerk

GML: CLD

xc:    Judges
       Counsel