FILED
2026 Jan-14 PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406) | Master File No. 2:13-CV-20000-AMM<br>**This Document Relates to the Provider Track** |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned counsel of record for Jackson Hospital & Clinic, Inc. and moves this Court, pursuant to Local Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama, for an order admitting Chase J. Potter to appear and practice before this Court *pro hac vice* in the above-captioned matter. In support of this motion, the undersigned respectfully represents as follows:

As set forth in the declaration of Chase J. Potter being submitted herewith, Mr. Potter is an attorney practicing law at Iacuone McAllister Potter PLLC, which has offices located at 4925 Greenville Ave, Suite 1112, Dallas, Texas 75206. Mr. Potter's telephone number is 214-432-1548; and Mr. Potter's email address is potter@imcplaw.com. Mr. Potter was admitted to the State Bar of Texas in 2013 and remains in good standing and eligible to practice in all courts to which he is admitted, including the United States District Court for the Northern District of Texas (which

1

is the district in which Mr. Potter resides and regularly practices law). In support of this motion, attached as **Exhibit 1** is the Declaration of Chase J. Potter and attached as **Exhibit 1-A** is a Certificate of Good Standing for Mr. Potter issued by the Clerk of the United States District Court for the Northern District of Texas.

The undersigned counsel will continue as local counsel for Jackson Hospital & Clinic, Inc. in this action. The prescribed admission fee is being delivered to the Clerk of Court.

WHEREFORE, the undersigned respectfully requests that the Court issue an order admitting Chase J. Potter to appear and practice before this Court *pro hac vice* in the above-captioned matter as counsel for Jackson Hospital & Clinic, Inc.

Respectfully submitted on January 14, 2026.

*/s/ Stuart H. Memory*
Stuart H. Memory
ASB-2214-Y36V

MEMORY MEMORY & CAUSBY, LLP
Post Office Box 4054
Montgomery, Alabama 36103
Phone: 334-834-8000
Fax: 334-834-8001
Email: smemory@memorylegal.com

COUNSEL FOR JACKSON HOSPITAL
& CLINIC, INC.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/*_____

Stuart H. Memory