FILED
2026 Jan-14  PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| **IN RE:**<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | Master File No. 2:13-CV-20000-AMM<br>**This Document Relates to the Provider Track** |

## DECLARATION OF CHASE J. POTTER

I, Chase J. Potter, hereby declare, under penalty of perjury, that the following is true and correct:

1. My name Chase J. Potter. I am more than twenty-one years of age and am competent and otherwise qualified to make this Declaration. I have personal knowledge of the matters stated herein and they are all true and correct.

2. I am an attorney who resides in Texas. I am the managing partner of Iacuone McAllister Potter PLLC. My office address is 4925 Greenville Ave, Suite 1112, Dallas, Texas 75206. My telephone number is (214) 432-1548, and my email address is potter@imcplaw.com. My residence address is 14 Norman Trail, Rockwall, Texas 75087.

3. I was admitted to the State Bar of Texas in 2013. I was admitted to practice before the United States District Court for the Northern District of Texas on June 20, 2014 (which is the district in which I reside and regularly practice law). I

was admitted to practice before the United States District Court for the Eastern District of Texas on April 25, 2017. I was admitted to practice before the United States District Court for the Western District of Texas on October 16, 2014. I have been admitted *pro hac vice* in various other courts.

4.      I remain in good standing and eligible to practice in all courts in which I am admitted.

5.      Attached hereto as **Exhibit A** is a Certificate of Good Standing issued by the Clerk of the United States District Court for the Northern District of Texas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of January, 2026.

_____
Chase J. Potter

2