FILED
2026 Jan-20  PM 05:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ) | Master File No. 2:13-cv-20000-RDP |
| ) | |
| ANTITRUST LITIGATION ) | This document relates to the |
| (MDL NO.: 2406) ) | Provider Track. |
| ) | |
| ) | |
| ) | |
| ) | |

## DECLARATION OF TERRA G. HODGE

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.    My name is Terra G. Hodge. I am over the age of eighteen (18) years old. The matters stated herein are based on my personal knowledge.

2.    I am employed by Blue Cross and Blue Shield of Alabama ("BCBSAL") in Birmingham, Alabama. My job title is Account Executive. I have held this position since 2020. Among other things, I am responsible for working to ensure customer satisfaction through service, renewals, and finding tailored solutions regarding costs.

3.    As a part of my responsibilities at BCBSAL, I communicate directly with representatives of Jackson Hospital & Clinic, Inc. ("Jackson Hospital") regarding claims and service issues. Based on these interactions, and upon information and belief, I am aware that Jackson Hospital is a hospital based in Montgomery, Alabama; that by 2024, if not before, Jackson Hospital was experiencing internal

1

management and staffing challenges; and that by early 2025, the hospital had filed for Chapter 11 bankruptcy in the Middle District of Alabama.

4.     During my communications with Jackson Hospital representatives, some representatives expressed concern regarding the state of the hospital.  For example, on August 26, 2025, I received an email from Jackson Hospital Benefits Coordinator Hannah Calhoun asking me to help restore BCBSAL portal access for Keith Prutzman, Assistant Vice President of Jackson Hospital, because Hannah would be reducing her hours because of an impending "transition." *See* Email from Hannah Calhoun (beginning Aug. 26, 2025), Exhibit A.  I asked her if she expected significant changes at the hospital. She responded that there was "a lot of uncertainty," "a lot of people are leaving," and that she had "just found another job that I feel would be a better fit." *Id.*

5.     On Friday, September 5, 2025, Mr. Prutzman emailed Willie Torrance, an Account Manager with BCBSAL, and cc'd me on the email.  *See* Email from Keith Prutzman (beginning Sep. 5, 2025), attached as Exhibit B.  Mr. Prutzman asked Mr. Torrance to "run a report of all paid claims for [Jackson Hospital's] employees for [the] last 12 months," or from September 2024 to August 2025. *Id.*  Mr. Prutzman also requested that Mr. Torrance include in the report the claim amounts if the same claims were paid to Baptist Hospital Montgomery (another Alabama hospital and BCBSAL member) for the same 12-month period.  At the time, I understood that Mr.

2

Prutzman's request was likely because Jackson Hospital wanted BCBSAL to reprice its claims.

6. I understood that repricing claims was not possible because it was against company policy. Based on this understanding, I responded to Mr. Prutzman and explained that we could send him a report containing the paid claims for Jackson Hospital during that time period but that we could not reprice his claims. I also asked him if he could share any insight as to what may be happening with Jackson Hospital's plan. At approximately the same time as I responded to Mr. Prutzman, I forwarded his request to my BCBSAL team members to prepare a report containing the information Mr. Prutzman had requested.

7. On Monday, September 8, 2025, Mr. Prutzman indicated that he had already discussed with the "CFO," presumably Jackson Hospital CFO Pat Mathews, that BCBS cannot reprice claims. *Id.* He again asked us to send him the information regarding the claims paid to Jackson Hospital and Baptist Hospital. *Id.* Later that day, Mr. Torrance sent him a report containing the requested information. *Id.*

8. After receiving the report, Mr. Prutzman sent Mr. Torrance another September 8, 2025 email, this time asking if it was possible to get the same report "by employee name/individual." *Id.* Mr. Torrance provided this information in an updated report. *Id.*

3

9.    After receiving the updated report, Mr. Prutzman <u>again</u> asked for additional information:  this time, a new column to be added to the Excel file "to know if [the] claim was at Jackson or Baptist/or other facility." *Id.*  As before, Mr. Torrance replied with the additional requested information.

10.    The same day, Mr. Prutzman yet again emailed Mr. Torrance to explain that he had shared the report with this CFO, who was now "asking if you could provide a column with diagnosis codes for each claim." *Id.*  Mr. Prutzman asserted, "I think he [*i.e.*, the CFO] is needing for something for bankruptcy."

11.    On Wednesday, September 10, 2025, Mr. Torrance emailed Mr. Prutzman a revised report including the diagnosis codes. *Id.*

12.    Throughout our correspondence, Mr. Prutzman never indicated that Jackson Hospital would use any of the requested information in litigation against BCBSAL.

13.    On or around December 18, 2025, I became aware that Jackson Hospital had filed a complaint against BCBSAL in U.S. Bankruptcy Court in the Middle District of Alabama, in which it alleges that BCBSAL failed to provide the hospital with fair market reimbursement rates.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Terra J. Hodge*
Terra G. Hodge

Dated:   December 31, 2025

4

# Sub-Exhibit A

## Terra Hodge

| | |
|---|---|
| **From:** | Hannah Calhoun <Hannah.Calhoun@jackson.org> |
| **Sent:** | Tuesday, August 26, 2025 3:30 PM |
| **To:** | Terra Hodge |
| **Subject:** | {External} Re: Portal Access for Keith |

**This Message Is From an External Sender**
Caution: This message came from outside your organization. Be CAREFUL with links and attachments.
If the email appears suspicious, click the Report Phish button.

They actually just had a court hearing with a potential buyer today. They don't really provide employees with a lot of information until it's finalized, but the last major update we had was regarding the bankruptcy filing.

There's just a lot of uncertainty right now, so a lot of people are leaving. I personally just found another job that I feel would be a better fit.

Hannah Calhoun
Benefits Coordinator
1725 Pine St.
Montgomery, AL 36106
hannah.calhoun@jackson.org
334-293-8401

**From:** Terra Hodge <TGHodge@bcbsal.org>
**Sent:** Tuesday, August 26, 2025 3:21 PM
**To:** Hannah Calhoun <Hannah.Calhoun@jackson.org>
**Subject:** RE: Portal Access for Keith

**Caution:** This message originated from outside of Jackson Hospital. Practice caution when opening attachments or clicking links. When in doubt, contact Information Services.

Hannah,
Can I ask if there are a lot of big decisions going on with the hospital right now?

Terra

**From:** Willie Torrance <WTorrance@bcbsal.org>
**Sent:** Tuesday, August 26, 2025 3:20 PM
**To:** Hannah Calhoun <Hannah.Calhoun@jackson.org>; Terra Hodge <TGHodge@bcbsal.org>
**Subject:** RE: Portal Access for Keith

I have reactivated his account.

**Willie Torrance**

1

O: 205.220.3524

**From:** Hannah Calhoun <Hannah.Calhoun@jackson.org>
**Sent:** Tuesday, August 26, 2025 3:08 PM
**To:** Terra Hodge <TGHodge@bcbsal.org>; Willie Torrance <WTorrance@bcbsal.org>
**Subject:** {External} Portal Access for Keith

Good afternoon,

Today is my last full-time day at Jackson. I will still be working part-time to help out in this transition. Keith will be available if you need anything urgently. He no longer has access to his BCBS login within the portal. I know his username is keithp, but it won't allow him to login because it has been inactive for some time. Could you please assist in helping him reactivate his account?

Thanks!

Hannah Calhoun
Benefits Coordinator
1725 Pine St.
Montgomery, AL 36106
hannah.calhoun@jackson.org
334-293-8401
***CONFIDENTIALITY NOTICE***

This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

2

# Sub-Exhibit B

## Terra Hodge

| | |
|---|---|
| **From:** | Willie Torrance |
| **Sent:** | Wednesday, September 10, 2025 12:34 PM |
| **To:** | keith.prutzman@jackson.org; Terra Hodge |
| **Cc:** | Hannah.Calhoun@jackson.org |
| **Subject:** | RE: {External} RE:  RE: Jackson Hospital Report Request |
| **Attachments:** | Copy of Copy of Jackson Hospital - Paid Cross and  Shield Claims for Sept 2024-Aug 2025.xlsx |

Good Afternoon, please see attached. Diagnosis added to column J.

**Willie Torrance**
**O: 205.220.3524**

From: keith.prutzman@jackson.org <keith.prutzman@jackson.org>
Sent: Monday, September 8, 2025 4:45 PM
To: Willie Torrance <WTorrance@bcbsal.org>; Terra Hodge <TGHodge@bcbsal.org>
Cc: Hannah.Calhoun@jackson.org
Subject: {External} RE: RE: Jackson Hospital Report Request

**This Message Is From an External Sender**

Caution: This message came from outside your organization. Be CAREFUL with links and attachments.
If the email appears suspicious, click the Report Phish button.

I shared with CFO, he is asking if you could provide a column with diagnosis codes for each claim.  I think he is needing for something for bankruptcy.

Sorry I keep asking for more.

**From:** Willie Torrance
**Sent:** Mon, 8 Sep 2025 21:04:34 +0000
**To:** keith.prutzman@jackson.org, Terra Hodge
**Cc:** Hannah.Calhoun@jackson.org
**Subject:** RE: RE: Jackson Hospital Report Request

Please see attached.

1

Willie Torrance

O: 205.220.3524

**From:** keith.prutzman@jackson.org <keith.prutzman@jackson.org>
**Sent:** Monday, September 8, 2025 3:53 PM
**To:** Willie Torrance <WTorrance@bcbsal.org>; Terra Hodge <TGHodge@bcbsal.org>
**Cc:** Hannah.Calhoun@jackson.org
**Subject:** {External} RE: Jackson Hospital Report Request

Sorry to ask but can a column be added to know if claim was at Jackson or Baptist/or other facility?

**From:** Willie Torrance
**Sent:** Mon, 8 Sep 2025 19:48:29 +0000
**To:** Keith Prutzman, Terra Hodge
**Cc:** Hannah Calhoun
**Subject:** Jackson Hospital Report Request

Please see requested report attached.

Willie Torrance

O: 205.220.3524

**From:** Keith Prutzman <Keith.Prutzman@jackson.org>
**Sent:** Monday, September 8, 2025 12:49 PM
**To:** Willie Torrance <WTorrance@bcbsal.org>; Terra Hodge <TGHodge@bcbsal.org>
**Cc:** Hannah Calhoun <Hannah.Calhoun@jackson.org>
**Subject:** {External} RE: Jackson Hospital Report Request

2

Willie Thank you.  Would it also be possible to get this report by employee name/individual?

**From:** Willie Torrance <WTorrance@bcbsal.org>
**Sent:** Monday, September 8, 2025 12:42 PM
**To:** Terra Hodge <TGHodge@bcbsal.org>; Keith Prutzman <Keith.Prutzman@jackson.org>
**Cc:** Hannah Calhoun <Hannah.Calhoun@jackson.org>
**Subject:** RE: Jackson Hospital Report Request

**Caution:** This message originated from outside of Jackson Hospital. Practice caution when opening attachments or clicking links. When in doubt, contact Information Services.

Keith, please find the requested information attached.

Thanks,



**WILLIE TORRANCE**
*Account Manager*

 205-220-3524

 wtorrance@bcbsal.org

 450 Riverchase Parkway E,
Hoover, AL 35244

**From:** Terra Hodge <TGHodge@bcbsal.org>
**Sent:** Monday, September 8, 2025 10:15 AM
**To:** Keith Prutzman <Keith.Prutzman@jackson.org>; Willie Torrance <WTorrance@bcbsal.org>
**Cc:** Hannah Calhoun <Hannah.Calhoun@jackson.org>
**Subject:** Re: Jackson Hospital Report Request

3

We requested the information on Friday, as soon as we receive the report we will send it over.

Thanks Terra

Get Outlook for iOS

**From:** Keith Prutzman <Keith.Prutzman@jackson.org>
**Sent:** Monday, September 8, 2025 10:05:05 AM
**To:** Terra Hodge <TGHodge@bcbsal.org>; Willie Torrance <WTorrance@bcbsal.org>
**Cc:** Hannah Calhoun <Hannah.Calhoun@jackson.org>
**Subject:** {External} RE: Jackson Hospital Report Request

Terra,

I discussed with CFO that you cannot reprice claims.  Can you go ahead an d send report for time period requested

**From:** Terra Hodge <TGHodge@bcbsal.org>
**Sent:** Friday, September 5, 2025 4:04 PM
**To:** Keith Prutzman <Keith.Prutzman@jackson.org>; Willie Torrance <WTorrance@bcbsal.org>
**Cc:** Hannah Calhoun <Hannah.Calhoun@jackson.org>
**Subject:** Re: Jackson Hospital Report Request

**Caution:** This message originated from outside of Jackson Hospital. Practice caution when opening attachments or clicking links. When in doubt, contact Information Services.

Keith, we can send you paid claims for the time period requested however, we can't reprice your claims under the Baptist contract.

4

Can you share any insight as to what may be happening with your plan?

Thanks Terra

Get Outlook for iOS

---

**From:** Keith Prutzman <Keith.Prutzman@jackson.org>
**Sent:** Friday, September 5, 2025 3:48:50 PM
**To:** Willie Torrance <WTorrance@bcbsal.org>
**Cc:** Terra Hodge <TGHodge@bcbsal.org>; Hannah Calhoun <Hannah.Calhoun@jackson.org>
**Subject:** {External} Jackson Hospital Report Request

Willie,

Can you run a report of all paid claims for our employees for last 12 months – September 2024 – August 2025.

Could you also add a column by each claim for what claim amount paid if at Baptist & column for what claim count paid if at Jackson?

Keith

***CONFIDENTIALITY NOTICE***

This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

***CONFIDENTIALITY NOTICE***

This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

***CONFIDENTIALITY NOTICE***

This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

***CONFIDENTIALITY NOTICE***

This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.