FILED

2026 Jan-20  PM 05:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | **Master File No. 2:13-cv-20000-RDP** |
| | ) | |
| **ANTITRUST LITIGATION** | ) | **This document relates to the** |
| **(MDL NO.: 2406)** | ) | **Provider Track.** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF SHANNON LEDFORD

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.    My name is Shannon Ledford. I am over the age of eighteen (18) years old. The matters stated herein are based on my personal knowledge.

2.    I am employed by Blue Cross Blue Shield of Alabama in Birmingham, Alabama. My job title is Administrative Coordinator, Legal Department. I have held this position since 2025. Among other things, I am responsible for performing certain administrative tasks for the BCBSAL Legal Department, including the processing of legal documents that BCBSAL receives via personal service.

3.    On Thursday, December 18, 2025, at or around 4:40 PM, my office received a phone call from BCBSAL's security desk (located at the main entrance of our office building) to notify us that someone had arrived to serve a document. After the call, I went to the security desk to receive the document.

1

202833275.v1 - PGRIFFO@MAYNARDNEXSEN.COM

4.      When I arrived at the security desk, I saw a process server—a man dressed in plain clothes holding a manila envelope with no identifying information on it. The BCBSAL security guard, Tydon Miller of Security Engineers, Inc., was stationed at the desk.

5.      I told the process server that he had arrived just in time before my coworkers and I had left for the day.  At the time, I thought it was unusual to receive a document from a process server so late in the day, particularly this close to the Christmas holiday, when many individuals were traveling or working from home.

6.      While I was talking with the process server, he stated that he had received express instructions to serve the document between 4:00 and 5:00 PM. He also explained that when he received these instructions, he told his client that the recipient may have already left the office for the day.  The process server said that despite his sharing of these concerns, the client still advised him to serve the document at that specific time.

7.      The process server opened the envelope to show me it was a complaint and an "emergency motion for temporary restraining order and preliminary injunction," which I acknowledged.  Again, I was surprised that someone would have instructed the process server to withhold such an urgent document until the Thursday evening before Christmas.  I asked the process server if he needed me to sign anything for

2

him, and he said he did not. He recorded my name on a piece of paper and left the office.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Shannon Ledford

Dated:    January 14, 2026

3

202833275.v1 - PGRIFFO@MAYNARDNEXSEN.COM