FILED

2026 Jan-20  PM 05:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 11

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | **Master File No. 2:13-cv-20000-RDP** |
| | ) | |
| **ANTITRUST LITIGATION** | ) | **This document relates to the** |
| **(MDL NO.: 2406)** | ) | **Provider Track.** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF TYDON MILLER

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Tydon Miller. I am over the age of eighteen (18) years old. The matters stated herein are based on my personal knowledge.

2. I am employed by Security Engineers, Inc. ("SEI"). My job title is Security Guard. I have held this position at SEI since 2023. Among other things, I am responsible for securing the premises and processing visitors at the facilities to which SEI contracts its services.

3. Since approximately August 2023, I have been assigned to work shifts at the headquarters of Blue Cross and Blue Shield of Alabama ("BCBSAL") in Birmingham, Alabama.

4. On December 18, 2025, I was working at the security desk at BCBSAL's headquarters building. The security desk is located in the 'rotunda' of the BCBSAL

1

building, which is the main entrance through which most visitors and deliveries are processed.

5.     At or around 4:40 PM on Thursday, December 18, 2025, a man dressed in plain clothes arrived to the rotunda and approached the security desk. He identified himself as a process server, and he said he had a document to deliver to BCBSAL. The individual handed us a business card, which identified him as "Joey D," and advertised services for "investigations, process service, & security services." Joey D Business Card, attached as Exhibit A.

6.     The BCBSAL Legal Department was notified of the delivery, and a BCBSAL employee arrived at the security desk to accept service of the document from the process server.  In a conversation among the three of us, the process server said he had received instructions not to serve the document until sometime between 4:00 and 5:00 PM.

7.     The next day, Friday, December 19, I was working at BCBSAL's security desk when the same process server arrived, at or around 2:35 PM.  He again identified himself as Joey D.  He explained that he was delivering another document for BCBSAL. During our conversation, the process server said he had received instructions to deliver the document before 4:00 PM.  He also explained that he had been hired by "Special Delivery," a process server and courier based in Dallas, Texas.

2

I declare under penalty of perjury that the foregoing is true and correct.

_Tydon Miller_
Tydon Miller

Dated:  January 16, 2026

3