FILED
2026 Jan-20  PM 05:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | **Master File No. 2:13-cv-20000-** |
| | ) | **AMM** |
| **ANTITRUST LITIGATION** | ) | |
| **(MDL NO.: 2406)** | ) | **This document relates to the** |
| | ) | **Provider Track.** |
| | ) | |
| | ) | |
| | ) | |

**DECLARATION OF JOSEPH H. OAKS**

Joseph H. Oaks, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am over 18 years of age and competent to make this declaration. The testimony set out in the foregoing declaration is based on my personal knowledge.

2.     I am the Vice President of Provider Contracting and Pricing for Blue Cross and Blue Shield of Alabama ("BCBSAL").

3.     Jackson Hospital & Clinic, Inc. ("Jackson Hospital") has experienced financial difficulties for years, and BCBSAL has repeatedly worked in good faith with Jackson Hospital to ameliorate those difficulties.

4.     In or around July 2022, the then-CFO of Jackson Hospital, Ben Wells, reached out to BCBSAL to discuss Jackson Hospital's internal financial situation.

5.     Mr. Wells identified numerous sources of Jackson Hospital's financial difficulties. Jackson Hospital's operating expenses had increased by approximately

21%. Jackson Hospital routinely operates in a credit hold environment. Jackson Hospital's cash on hand dropped from 100 to 62 days, and if cash on hand dropped to 50 days or less, Jackson Hospital would violate its bond requirements. Moreover, Jackson Hospital could only maintain its cash on hand by delaying payments to contractors, resulting in tens of millions of dollars in past-due obligations.

6. In light of these financial circumstances, BCBSAL agreed to an off-cycle, mid-year increase of Jackson Hospital's reimbursement rates to assist with its cash flow needs.

7. Attached hereto as Exhibit 1 is a true and correct copy of a September 19, 2022 Letter of Agreement between BCBSAL and Jackson Hospital memorializing this agreement.

8. In or around December 2023, Ninety-Degree Benefits, an affiliate of BCBSAL, reached out to Jackson Hospital with an opportunity for Jackson Hospital's primary care clinics to be designated as Access2Day immediate care sites for Ninety-Degree Benefits's customers in the Montgomery area. This designation would have funneled approximately 9,000 Montgomery area employees and family members into Jackson Hopsital's primary and urgent care clinics. Additionally, Access2Day would have paid Jackson Hospital over $2 million annually to brand their urgent care clinics as Access2Day sites, resulting in

2

increased revenue to Jackson Hospital. Jackson Hospital turned down this opportunity.

9.      In the summer of 2024, Jackson Hospital's interim management group, HumanityCorp, reached out to BCBSAL requesting a cash flow advance of approximately $3 million. BCBSAL agreed to consider the request if Humanitycorp submitted a written request detailing the reasons for the advance and an operations plan for Jackson Hospital to ensure its solvency. Humanitycorp did not provide this written request or operations plan, and Jackson Hospital's board ultimately vacated the interim management group.

10.     In or around September 2024, EisnerAmper assumed the interim management role. After discussions with EisnerAmper, BCBSAL agreed to a significant rate increase for the 2025 contract year in light of Jackson Hospital's financial situation.

11.     Attached hereto as Exhibit 2 is a true and correct copy of a February 4, 2025 Letter of Agreement between BCBSAL and Jackson Hospital memorializing this agreement.

12.     Subsequently, BCBSAL worked with EisnerAmper to develop value-based performance metrics and targets for Jackson Hospital to implement in the 2025 contract year that would increase its reimbursement rates for the 2026 contract year.

3

13. BCBSAL agreed to a 2% base increase plus the opportunity for an additional 2% increase if Jackson Hospital (1) achieved a readmission index of 1.0 or less for its BCBSAL patients, (2) achieved case-mix adjusted average length of stay of 2.7 days or less for BCBSAL patients, and (3) achieved a standard infection ratio of 1.0 or less for five healthcare associated infection measures.

14. Attached hereto as Exhibit 3 is a true and correct copy of a May 13, 2025 Letter of Agreement between BCBSAL and Jackson Hospital memorializing this agreement.

15. Jackson Hospital did not meet its readmission index or average length of stay goals and met 3 of 5 healthcare associated infection measures. Thus, Jackson Hospital achieved 0.4% of its 2% additional reimbursement opportunity, meaning Jackson Hospital's current rate increase for the 2026 contract year is 2.4% of the 4% potential offered by BCBSAL.

16. In or around September 2025, Jackson Investment Group, LLC ("JIG"), contacted BCBSAL to request a meeting regarding Jackson Hospital and to inform BCBSAL that it was the debtor-in-possession lender to Jackson Hospital. JIG also informed BCBSAL that it was Jackson Hospital's largest creditor, having provided staffing services to Jackson Hospital for a number of years.

17. On September 23, 2025, representatives from JIG met with BCBSAL. The JIG representatives provided documentation for the reasons behind Jackson

4

Hospital's persistent financial struggles. The JIG representatives also requested a rate structure increase for Jackson Hospital.

18.    On October 2, 2025, BCBSAL presented a counter proposal to JIG.

19.    On October 3, 2025, JIG responded that if BCBSAL did not agree to JIG's proposal, then Jackson Hospital would close on October 31, 2025.

20.    On November 13, 2025, BCBSAL met with Jackson Hospital's new administrator, John Quinlivan, to discuss Jackson Hospital's financial situation and the requested rate increase for 2026.

21.    On November 21, 2025, BCBSAL offered Jackson Hospital a three-year rate increase to further assist in the viability of the hospital. This three-year arrangement included a significant increase over the previous negotiated rate for the 2026 contract year.

22.    Mr. Quinlivan requested a letter of agreement outlining BCBSAL's updated proposal, which BCBSAL provided on December 5, 2025.

23.    On December 8, 2025, Mr. Quinlivan responded to BCBSAL regarding his preference for rate splits between inpatient and outpatient services. Thus, Jackson Hospital indicated it agreed to the overall rate proposal, leaving only the allocation to be resolved.

24.    On December 10, 2025, Mr. Quinlivan reversed course and demanded that BCBSAL increase Jackson Hospital's rate structure to equal that of Baptist Montgomery Hospitals.

25.    Around this same time, local governments turned down Jackson Hospital's requests for additional funding. Thus, Jackson Hospital appeared to be seeking this additional funding from BCBSAL instead.

26.    Jackson Hospital's demand that it should have the same reimbursement rates as other healthcare providers in the same service area does not align with generally accepted industry practices or the actual differences between these two hospitals. Providers are reimbursed differently based on a number of objective factors specific to the provider in question.

27.    BCBSAL uses reimbursement benchmarks, such as comparing BCBSAL's reimbursement levels to Medicare rates. BCBSAL analyzes the patient acuity / case mix for BCBSAL patients that are seen by the provider, the volume of BCBSAL patients treated by the provider, the scope of medical services offered by the provider, and the provider's geographic coverage. BCBSAL also assesses hospital performance against quality and value-based metrics. Because these factors vary by provider, reimbursement rates necessarily vary as well.

28.    For example, Baptist Medical Center South in Montgomery has a 32% higher acuity rate than Jackson Hospital, treats twice as many BCBSAL patients as

6

Jackson Hospital, and serves as a regional referral center to central and south

Alabama with a wide geographic distribution of BCBSAL patients.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed January 14, 2026

Joseph H. Oaks

# Sub-Exhibit 1



**BlueCross BlueShield
of Alabama**

September 19, 2022

Mr. Ben Wells, CFO
Jackson Hospital and Clinic
1725 Pine Street
Montgomery, Alabama 36106

Dear Mr. Wells:

This is in regard to the current prospective contract rates between Jackson Hospital and Clinic and
Blue Cross and Blue Shield of Alabama. Per our discussion, based on our review, we are in agreement
to modify the hospital's rate structure as follows, subject to all other provisions of the existing contract:

## INPATIENT

Effective September 15, 2022, Per Diem Rates for Jackson Hospital and Clinic are as follows:

> Per Diem Group 1 – $2,011
> Per Diem Group 2 – $2,672
> Per Diem Group 3 – $3,588
> Per Diem Group 4 (Base Per Diem) – $4,463
> Per Diem Group 5 – $6,010
> Per Diem Group 6 – $10,016
> Behavioral Health Per Diem – $850

The Per Diem Crosswalk will be revised based on the Centers of Medicare and Medicaid Services (CMS)
code updates. As the Crosswalk is updated, Blue Cross will provide a copy to all participating hospitals.

## OUTPATIENT

Per our discussion, based on our review, we are in agreement to modify the hospital's outpatient rate
structure as follows, subject to all other provisions of the existing contract:

*Exhibit A – Hospital EAPG Base Rate*

> EAPG Base Rate for version 3.14, effective September 15, 2022 – $581.14

To ensure appropriate reimbursement certain outpatient services may be paid outside of our current
outpatient methodology. A listing of the EAPG carve-outs with CPT codes and associated fees will be
posted to *ProviderAccess*.

450 Riverchase Parkway East    P.O. Box 995    Birmingham, Alabama 35298-0001

An Independent Licensee of the Blue Cross and Blue Shield Association

**RECEIVED**
By Healthcare Networks at 2:24 pm, Sep 19, 2022

Jackson Hospital and Clinic
September 19, 2022
Page Two

This adjustment to inpatient and outpatient rates is an off-cycle adjustment based on agreement between Blue Cross and Hospital. Blue Cross and Hospital will resume review and consideration for annual rate adjustments at Hospital's scheduled renewal date of January 1, 2023. Consideration for additional rate adjustments for the 2023 contract year will be based on the opportunity outlined in the January 5, 2020 letter of agreement between Blue Cross and Hospital. Specifically, any additional opportunity for the 2023 contract year will be dependent on the performance of the noted Value-Based metrics (75%) and the base increase (25%).

Please indicate acceptance by Jackson Hospital and Clinic by having duly authorized personnel execute the acceptance below. Please keep one copy of this agreement for your files. In order for this contract to be effective September 15, 2022, this signed letter of agreement must be received in our office prior to September 21, 2022. If received after this date the contract may become effective up to two business days after receipt by Blue Cross and Blue Shield of Alabama. If you have any contract questions, please contact Christopher Wodarz at 205-220-5834.

Sincerely,

Joseph H. Oaks
Vice President
Healthcare Networks Contracting

cc:  Evonne Brown
     Christopher Wodarz

ACCEPTED BY:  JACKSON HOSPITAL AND CLINIC

BY: _____

TITLE: _____CFO_____  DATE: ____9/19/22____

# Sub-Exhibit 2



**BlueCross BlueShield**
of Alabama

February 4, 2025

Mr. Pat Mathews
Chief Financial Officer
Jackson Hospital
1725 Pine Street
Montgomery, Alabama  36106

Dear Pat:

This Letter of Agreement is between Jackson Hospital ("Hospital") and Blue Cross and Blue Shield of Alabama ("Blue Cross"). This is in regard to the current prospective contract rates between Jackson Hospital and Clinic and Blue Cross and Blue Shield of Alabama. Per our discussion, based on our review, we are in agreement to modify the hospital's rate structure as follows, subject to all other provisions of the existing contract:

**INPATIENT**

Pursuant to Article III, Section 2, Per Diem Rates for Jackson Hospital for the 2025 contract year, effective January 1, 2025, are as follows:

> Per Diem Group 1 – $2,180
> Per Diem Group 2 – $2,897
> Per Diem Group 3 – $3,891
> Per Diem Group 4 (Base Per Diem) – $4,840
> Per Diem Group 5 – $6,517
> Per Diem Group 6 – $10,862
> Behavioral Health Per Diem – $850

**OUTPATIENT**

Per our discussion, based on our review, we are in agreement to modify the hospital's outpatient rate structure as follows, subject to all other provisions of the existing contract:

*Exhibit A – Hospital EAPG Base Rate*

> EAPG Base Rate for version 3.16, effective January 1, 2025 – $746.14

To ensure appropriate reimbursement certain outpatient services may be paid outside of our current outpatient methodology. A listing of the EAPG carve-outs with CPT codes and associated fees will be posted to *ProviderAccess*.

450 Riverchase Parkway East    P.O. Box 995    35298-0001

An Independent Licensee of the Blue Cross and Blue Shield Association



RECEIVED
By Provider Contracting at 2:40 pm, Feb 04, 2025

Docusign Envelope ID: EC0FE73F-AFFE-4BF6-8358-2B3837D8FCDB

Jackson Hospital and Clinic
February 4, 2025
Page Two


Please keep one copy of this Letter of Agreement for your files and return one executed copy to Cameron Daniel at Blue Cross. If you have any contract questions, please contact Cameron Daniel at 205-220-4039.

Sincerely,

Joseph H. Oaks
Vice President
Provider Contracting and Pricing


cc:   Cameron Daniel
      Evonne Brown

ACCEPTED BY:  JACKSON HOSPITAL AND CLINIC

BY:   Signed by: Patrick J Mathews
      FG5D3F94894F460...

TITLE: CFO                               DATE: 2/4/2025

# Sub-Exhibit 3



**BlueCross BlueShield**
of Alabama

May 13, 2025

Mr. Pat Mathews
Chief Financial Officer
Jackson Hospital
1725 Pine Street
Montgomery, Alabama  36106

Dear Pat:

This Letter of Agreement is between Jackson Hospital ("Hospital") and Blue Cross and Blue Shield of Alabama ("Blue Cross"). This is in regard to the current prospective contract rates between Jackson Hospital and Clinic and Blue Cross and Blue Shield of Alabama.

**<u>VALUE-BASED METRICS AND BASE INCREASE FOR 2026 CONTRACT YEAR</u>**

Per our discussion, based on our review, we are in agreement to implement and measure during the 2025 contract year Value-Based metrics for reimbursement in the 2026 contract year. Measurement period will be the most recent 12-month period as of December 2025. The value associated with the Value-Based metrics below will be equal to 2% of the hospital's inpatient and outpatient Blue Cross revenue (the most recent 12 months' data per the Blue Cross analytics reporting system as of December 2025). Each measure will be worth one third of the total 2% value. The measures and targets are as follows:

- If the hospital achieves a readmission index of 1.0 or less for all Blue Cross and Blue Shield of Alabama patients, there will be an increase to reimbursement of 0.667% (1/3 of the 2.0% total value-based opportunity).
- If the hospital achieves a case-mix-adjusted average length of stay of 2.70 days or less for all Blue Cross and Blue Shield of Alabama patients, there will be an increase to reimbursement of 0.667%.
- If the hospital achieves an SIR rate of 1.0 or less for CMS Healthcare Associated Infection measures, there will be an increase to reimbursement of 0.667%, with the amount earned based on the ratio of measures that meet the goal compared to the measures submitted.

**RECEIVED**
By Provider Contracting at 11:54 am, May 21, 2025

450 Riverchase Parkway East   P.O. Box 99   Birmingham, Alabama 35298-0001

An Independent Licensee of the Blue Cross and Blue Shield Association.

Jackson Hospital
May 13, 2025
Page Two

In addition, the hospital will receive a 2% base increase, effective January 1, 2026

Please indicate Hospital's acceptance by having duly authorized personnel execute the acceptance below. Please keep one copy of this Letter of Agreement for your files and return one signed copy. If you have any contract questions, please contact Cameron Daniel at 205-220-4039.

Sincerely,

Joseph H. Oaks
Vice President
Provider Contracting and Pricing

cc:  Peter Avellino
     Cameron Daniel
     Evonne Brown

ACCEPTED BY:  JACKSON HOSPITAL AND CLINIC

BY:  _Patrick J Mathews_____

TITLE: Chief Financial Officer_____    DATE: May 20, 2025_____