FILED
2026 Jan-20  PM 08:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | § | **Master File No. 2:13-cv-20000-AMM** |
| | § | |
| **ANTITRUST LITIGATION** | § | |
| **(MDL NO.: 2406)** | § | **This document relates to the** |
| | § | **Provider Track** |

**DECLARATION OF CHARLOTTE C. ROTHSCHILD IN SUPPORT OF BLUE CROSS BLUE SHIELD ASSOCIATION'S RESPONSE TO JACKSON HOSPITAL & CLINIC, INC.'S MOTION FOR RELIEF FROM JUDGMENT AND TO BELATEDLY OPT OUT OF SETTLEMENT CLASS AND REPLY TO MOTION TO ENFORCE PROVIDER SETTLEMENT AND TO ENJOIN ADVERSARY PROCEEDING AGAINST BLUE CROSS AND BLUE SHIELD OF ALABAMA**

I, CHARLOTTE C. ROTHSCHILD, declare:

1.      I am an associate at the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendant Blue Cross Blue Shield Association ("BCBSA").

2.      I am a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York.  I respectfully submit this declaration in support of BCBSA's Response to Jackson Hospital & Clinic, Inc.'s Motion for Relief from Judgment and to Belatedly Opt Out of Settlement Class and Reply to Motion to Enforce Provider Settlement and to Enjoin Adversary Proceeding Against Blue Cross and Blue Shield of Alabama.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript to the Provider Final Settlement Approval Hearing before this Court, dated July 29, 2025.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of Jackson Hospital & Clinic, Inc.'s Claim Form for the Blue Cross Blue Shield Antitrust Litigation Hospital/Facility Net Settlement Fund, which has been designated "CONFIDENTIAL" pursuant to the Protective Order in this Action.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in New York, New York.

Dated:  January 20, 2026

Respectfully submitted,

*/s/ Charlotte C. Rothschild*
Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com

*Counsel for Defendant Blue Cross Blue Shield Association*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 20, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Karin A. DeMasi*
Karin A. DeMasi