FILED

2026 Jan-20  PM 08:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

# Filed Under Seal