FILED

2026 Jan-20  PM 09:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | § | **Master File No. 2:13-cv-20000-AMM** |
| | § | |
| **ANTITRUST LITIGATION** | § | |
| **(MDL NO.: 2406)** | § | **This document relates to the** |
| | § | **Provider Track** |

## BLUE CROSS BLUE SHIELD ASSOCIATION'S MOTION FOR LEAVE TO FILE UNDER SEAL

2

COME NOW Blue Cross Blue Shield Association and request leave to file under seal unredacted copies of the following documents:

1.      Blue Cross Blue Shield Association's Response to Jackson Hospital & Clinic, Inc.'s Motion for Relief from Judgment and to Belatedly Opt Out of Settlement Class and Reply to Motion to Enforce Provider Settlement and to Enjoin Adversary Proceeding Against Blue Cross and Blue Shield of Alabama, which contains citations to and descriptions of documents that have been designated "CONFIDENTIAL" pursuant to the Protective Order in this Action.

2.      Exhibit 2 attached to the Declaration of Charlotte C. Rothschild in Support of Blue Cross Blue Shield Association's Response to Jackson Hospital & Clinic, Inc.'s Motion for Relief from Judgment and to Belatedly Opt Out of Settlement Class and Reply to Motion to Enforce Provider Settlement and to Enjoin Adversary Proceeding Against Blue Cross and Blue Shield of Alabama (the "Declaration"), which contains material designated "CONFIDENTIAL" pursuant to the Protective Order in this Action.

WHEREFORE, Blue Cross Blue Shield Association respectfully requests that the Court GRANT its Motion for Leave to File Under Seal.


Dated:  January 20, 2026

Respectfully submitted,

By */s/ Karin A. DeMasi*

Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue

2

3

New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com

*Lead Counsel for the Blue Cross Blue
Shield System; Counsel for Defendants
Blue Cross Blue Shield Association*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 20, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  January 20, 2026

*/s/ Karin A. DeMasi*
Karin A. DeMasi

4