FILED

2026 Jan-21  AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | **Master File No. 2:13-cv-20000-AMM** |
| | ) | |
| **ANTITRUST LITIGATION** | ) | **This document relates to the Provider** |
| **(MDL NO.: 2406)** | ) | **Track.** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## BLUE CROSS BLUE SHIELD OF ALABAMA'S MOTION FOR LEAVE TO FILE <u>UNDER SEAL</u>

Defendant Blue Cross Blue Shield of Alabama ("BCBSAL") hereby moves for leave to file under seal unredacted copies of the following documents:

1. BCBSAL's (1) Opposition to Jackson Hospital & Clinic, Inc.'s Motion for Relief from Judgment and to Belatedly Opt Out; and (2) Reply in Support of its Motion to Enforce the Provider Settlement and to Enjoin Jackson Hospital & Clinic, Inc.'s Adversary Proceeding; and

2. Exhibit 3 to BCBSAL's (1) Opposition to Jackson Hospital & Clinic, Inc.'s Motion for Relief from Judgment and to Belatedly Opt Out; and (2) Reply in Support of its Motion to Enforce the Provider Settlement and to Enjoin Jackson Hospital & Clinic, Inc.'s Adversary Proceeding.

WHERFORE, BCBSAL respectfully requests that the Court GRANT its Motion for Leave to File Under Seal.

2

This the 21st of January 2026.

/s/ Carl S. Burkhalter_____

Counsel for Defendant Blue Cross and Blue Shield of Alabama

**OF COUNSEL:**
Carl S. Burkhalter
MAYNARD NEXSEN PC
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: 205-254-1000
Facsimile: 205-254-1999
cburkhalter@maynardnexsen.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a copy to all counsel of record.

/s/ Carl S. Burkhalter
OF COUNSEL