FILED

2026 Jan-23  PM 07:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

 Outlook

---

## 25-03025 Motion for Injunctive Relief

---

**From** ECFALMB@almb.uscourts.gov <ECFALMB@almb.uscourts.gov>
**Date** Thu 12/18/2025 3:29 PM
**To** ECFb@almb.uscourts.gov <ECFb@almb.uscourts.gov>


**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Middle District of Alabama

Notice of Electronic Filing

The following transaction was received from Chase Potter entered on 12/18/2025 at 3:25 PM CST and filed on 12/18/2025

**Case Name:**          Jackson Hospital & Clinic, Inc. v. Blue Cross and Blue Shield of Alabama
**Case Number:**       25-03025
**Document Number:** 2

**Docket Text:**
Emergency Motion for Injunctive Relief *TRO and Preliminary Injunction* filed by Chase Potter on behalf of Jackson Hospital & Clinic, Inc.. (Attachments: # (1) Exhibit 1 # (2) Exhibit 1-A # (3) Exhibit 1-B) (Potter, Chase)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 12.18.25 -- final -- Motion for TRO and Preliminary Injunction.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996783231 [Date=12/18/2025] [FileNumber=25921972-0] [0f18ee5bc50de893c12f1d9c6267dfdb4a357efcfbbf35273375d2356fd9395d90 56b8dc08b56e3666859af9190e06fd1612c3dfa915dcb59e38ed974cc4b1a3]]
**Document description:** Exhibit 1
**Original filename:** C:\fakepath\Ex. 1 -- Declaration of John Quinlivan.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996783231 [Date=12/18/2025] [FileNumber=25921972-1] [2fe87b67a2209be5933c35019f3a8df27af4845d80803a8310a3e2051d44c8daa8 8b5ecaf57baee1a9d52023a57809d022d96560bef08935ab017eee46722271]]

**Document description:**Exhibit 1-A
**Original filename:**C:\fakepath\Ex. A -- Inpatient Contract_Redacted.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996783231 [Date=12/18/2025] [FileNumber=25921972-2] [91f36067469fd7abeedc2b5aadd8a46ab3392eedf6a1ebababd4d7fd7f629f0916 ebab2aba71cc4d50231180eac110c3bfb1cdcec2f9932cfdc7119123256f81]]
**Document description:**Exhibit 1-B
**Original filename:**C:\fakepath\Ex. B -- Outpatient Contract_Redacted.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996783231 [Date=12/18/2025] [FileNumber=25921972-3] [55aa84ba2293b32b71398d60efdeb9c858abdfb41a37ca96fa9b272dcc240becd2 47d37e9efcf85ab5dece2b7103d6660b8d43b31ace77c99aa7d7ab24b62f54]]

**25-03025 Notice will be electronically mailed to:**

Chase Potter on behalf of Plaintiff Jackson Hospital & Clinic, Inc.
potter@imcplaw.com, filings@imcplaw.com;anna@imcplaw.com

**25-03025 Notice will not be electronically mailed to:**

Blue Cross and Blue Shield of Alabama
450 Riverchase Parkway East
Birmingham, AL 35244

Chase Potter on behalf of Plaintiff Jackson Hospital & Clinic, Inc.
Iacuone McAllister Potter PLLC
4925 Greenville Ave.
Dallas, TX 75206

Anna Richardson on behalf of Plaintiff Jackson Hospital & Clinic, Inc.
Iacuone McAllister Potter PLLC
4925 Greenville Ave.
Dallas, TX 75206

Joshua Shepherd on behalf of Plaintiff Jackson Hospital & Clinic, Inc.
Iacuone McAllister Potter PLLC
4925 Greenville Ave.
Dallas, TX 75206