# Exhibit 2

 Outlook

## Jackson Hospital -- notice of filing suit and request for TRO

| | |
|---|---|
| **From** | Chase Potter <potter@imcplaw.com> |
| **Date** | Thu 12/18/2025 3:53 PM |
| **To** | mvelezis@bcbsal.org <mvelezis@bcbsal.org>; michael.velezis@bcbsal.org <michael.velezis@bcbsal.org>; michaelvelezis@bsbsal.org <michaelvelezis@bsbsal.org> |
| **Cc** | Anna Richardson <anna@imcplaw.com>; Joshua Shepherd <shepherd@imcplaw.com>; Emily Cabrera <emily@imcplaw.com> |

📎 2 attachments (784 KB)
DOC 1 -- 12.18.25 -- Plaintiff's Original Complaint.pdf; DOC 2 -- 12.18.25 -- Pl.'s Mot for TRO and PI.pdf;

Mr. Velezis,

My law firm filed the attached lawsuit against Blue Cross and Blue Shield of Alabama ("BCBS") today. We also filed the attached Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. See below for the email sent to the Court requesting an emergency hearing on the TRO application.

Please provide me with contact information for outside counsel who will be handling this matter on behalf of BCBS so I can contact such attorney as soon as possible to discuss regarding scheduling of the TRO hearing.

Please confirm receipt of this email and the attachments.

Thank you.

Chase Potter
**Iacuone │ McAllister │ Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Office: 214-432-1548
Cell: 903-217-4607
E-mail: potter@imcplaw.com

---

**From:** Chase Potter <potter@imcplaw.com>
**Sent:** Thursday, December 18, 2025 3:46 PM
**To:** Bill_Livingston@almb.uscourts.gov <Bill_Livingston@almb.uscourts.gov>
**Cc:** almb4d@almb.uscourts.gov <almb4d@almb.uscourts.gov>; Anna Richardson <anna@imcplaw.com>; Joshua Shepherd <shepherd@imcplaw.com>; Emily Cabrera

<emily@imcplaw.com>

**Subject:** Adv. No. 25-03025 -- Jackson Hosp. & Clinic, Inc. v. Blue Cross Blue Shield of Alabama

Mr. Livingston,

On behalf of the Debtor Jackson Hospital & Clinic, Inc., my office filed the attached adversary proceeding today against Blue Cross and Blue Shield of Alabama ("BCBS"). We also filed the attached Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Adv. Dkt. No. 2).

Pursuant to the local rules, I'm writing to advise the Court of the emergency filing. Please let us know if the Court has any availability for the TRO hearing either tomorrow (12/19) or early next week (Monday, 12/22 or Tuesday, 12/23). If not, please let us know the earliest available date the Court can hold the TRO hearing.

We are attempting to contact BCBS to alert them of the filing and request for emergency relief/consideration.

Thank you.

Chase Potter
**Iacuone│McAllister│Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Office: 214-432-1548
Cell: 903-217-4607
E-mail: potter@imcplaw.com