FILED
2026 Feb-02  PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | } } } } } } } | **Master File No.: 2:13-cv-20000-RDP** <br><br> This document relates to all cases. |

## ORDER APPROVING SPECIAL MASTER INVOICE FOR PAYMENT

Before the court is the January 5, 2026 application of Edgar C. Gentle, III, the Court-Appointed Special Master, for payment for services rendered and expenses incurred from December 1, 2025 through December 31, 2025 in this matter relating solely to services provided to the Provider Plaintiffs, and totaling $39,905.39

The application was submitted to the court, Plaintiffs' Liaison Counsel, Interim Lead Counsel, Local Facilitating Counsel, and the Plaintiffs Steering Committee for the Provider Track, with the Defendants agreeing that they need not review the invoice, as it will not be billed to them.

The application was allowed to lie over for 20 days, so as to allow the court and Provider Plaintiff leadership to lodge any objections thereto. None have been received by the court or the Special Master.

The court has reviewed the application, and finds it to be fair and reasonable.

The court therefore **ORDERS** that the Special Master's application for

payment is hereby approved, with the billing that is specific only to Provider Track

projects, or $39,905.39, to be paid by the Provider Track, from their Common

Benefit monies.

The court reserves the power to modify the terms of this order.

**DONE** and **ORDERED** this 2nd day of February, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE