### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master File No. 2:13-CV-20000-RDP** <br><br> **This document relates to all cases.** |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Christine Varney is no longer associated with Cravath, Swaine & Moore LLP and respectfully requests that Ms. Varney's appearance as counsel for Defendants be withdrawn. Karin A. DeMasi and the other noticed attorneys of Cravath, Swaine & Moore LLP will continue to serve as counsel for Defendants in the above-referenced action.

Dated:  February 18, 2026

Respectfully submitted,

By */s/ Karin A. DeMasi*

Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@craavth.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com

*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants Blue Cross Blue Shield Association*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 18, 2026

*/s/ Karin A. DeMasi*
Karin A. DeMasi