FILED

2026 Mar-17  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD | Master File No. 2:13-CV-20000-AMM |
| ANTITRUST LITIGATION<br>(MDL NO.: 2406) | This Document Relates<br>to Provider Track |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL PAPERS AND PLEADINGS

COMES NOW J. Thomas Richie with the law firm Bradley Arant Boult

Cummings LLP, as additional counsel for the following in the above-styled case:

| | |
|---|---|
| Adventist Health System Sunbelt Healthcare Corporation d/b/a AdventHealth | Knight Health Holdings, LLC d/b/a ScionHealth |
| Adventist Health System/West | Lifepoint Health |
| Ardent Health Partners, Inc. | Mass General Brigham Incorporated |
| Banner Health | Northeast Georgia Health System |
| ChristianaCare Health Services, Inc. | Rochester Regional Health |
| Community Health Systems | Sound Inpatient Physicians, Inc. |
| City of Hope | Texas Health Resources |
| Corewell Health | University of Iowa Health Care |
| Henry Ford Health | UnityPoint Health |
| Hospital Sisters Health System | University of Wisconsin Hospitals and Clinics Authority |
| Inova Health Care Services | |

and request that he be served with copies of all notices, filings, and discovery.

Dated: March 17, 2026

BRADLEY ARANT BOULT CUMMINGS LLP

By:   */s/ J. Thomas Richie*
J. Thomas Richie (7314-H65R)
trichie@bradley.com
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone:    205.521.8000
Facsimile:    205.521.8800

*Attorney for Plaintiffs*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving notices on this 17th day of March, 2026.

<u>/s/  J. Thomas Richie</u>
Of Counsel