FILED
2026 Apr-09  PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE:<br>**BLUE CROSS BLUE SHIELD**<br>**ANTITRUST LITIGATION**<br>**(MDL NO. 2406)** | **Master File No. 2:13-CV-20000-AMM**<br><br>**This Document Relates to**<br>**Provider Track Cases** |

### PROVIDER CO-LEAD COUNSEL'S NOTICE OF COMPLIANCE WITH COURT'S DECEMBER 30, 2025 ORDER

**COME NOW** Provider Co-Lead Counsel and hereby notify the Court that pursuant to its December 30, 2025 Order (Dkt. 3380) (the "Order") they have, in conjunction with the Plaintiffs' Steering Committee ("PSC") and the Special Master, and in accordance with the Joint Venture Agreement ("JVA"), "further review[ed] and evaluate[d] how to best allocate [the] remaining monies." In order to comply with the Order and consistent with the JVA, Provider Co-Lead Counsel spent significant time engaging in an extensive analysis and re-review of the relevant materials, had discussions and sought input from members of the PSC and the Special Master before arriving at a recommendation. The recommendation of Provider Co-Lead Counsel was provided to the Special Master on April 3, 2026.

Dated:  April 9, 2026

Respectfully submitted,

/s/ Edith M. Kallas
Edith M. Kallas – **Co-Lead Counsel**
WHATLEY KALLAS, LLP
152 West 57th Street
41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com

/s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr. – **Co-Lead Counsel**
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
        tbrown@whatleykallas.com

1

2

Patrick J. Sheehan
WHATLEY KALLAS, LLP
101 Federal Street
19th Floor
Boston, MA 10019
Tel: (617) 203-8459
Fax: (800) 922-4851
Email: psheehan@whatleykallas.com

Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street
Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

2