FILED

2026 Apr-15  PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | **)** | **Master File No. 2:13-cv-20000-AMM** |
| | **)** | |
| **ANTITRUST LITIGATION** | **)** | **This document relates to the Provider** |
| **(MDL NO.: 2406)** | **)** | **Track.** |
| | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |

**BCBSAL'S NOTICE REGARDING JACKSON HOPSITAL'S DRAFT AMENDED**
**COMPLAINT**

At the April 10, 2026 hearing on Blue Cross and Blue Shield of Alabama's ("BCBSAL") Motion to Enforce Provider Settlement and to Enjoin Jackson Hospital's Adversary Proceeding against BCBSAL (Dkt. No. 3378, "Motion to Enforce"), and Jackson Hospital & Clinic, Inc.'s ("Jackson Hospital" or "Hospital") Motion for Relief from Judgment and to Belatedly Opt Out (Dkt. No. 3382, "Belated Opt-Out Motion") (the "Hearing"), the Court directed Jackson Hospital to provide a copy of a draft amended breach of contract complaint ("Amended AP Complaint") to BCSBAL and the Blue Cross and Blue Shield Association ("BCBSA"), and requested that BCBSAL and BCBSA file a notice regarding whether they would seek to enjoin Jackson Hospital from filing the Amended AP Complaint.

While BCBSAL seeks to enjoin Jackson Hospital from prosecuting the original AP Complaint in its entirety, BCBSAL will not seek to enjoin Jackson Hospital from filing the Amended AP Complaint *if* Jackson Hospital files it in its current form, without any substantive changes. In providing this notice, BCBSAL does not concede, and expressly denies, that the

1

Amended AP Complaint asserts any viable claims. BCBSAL reserves all rights and defenses as to the Amended AP Complaint, which—if filed—is due to be dismissed in its entirety.

However, BCBSAL has serious concerns that, similar to Count VIII in the original AP Complaint, Jackson Hospital may attempt to use the Amended AP Complaint as a vehicle to reintroduce Released Claims into the adversary proceeding. Accordingly, BCBSAL requests that the Court include in its order terms prohibiting Jackson Hospital from bringing any claim, making any allegation, advancing any argument, or introducing any evidence that relates to the Released Claims. Per the Court's invitation at the Hearing, BCBSAL intends to file a post-hearing submission by Friday, April 17, 2026, to further address the scope of the requested All Writs Act injunction.

/s/ *Carl S. Burkhalter*
Counsel for Defendant Blue Cross and Blue Shield of Alabama

**OF COUNSEL:**

Carl S. Burkhalter
MAYNARD NEXSEN PC
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: 205-254-1000
Facsimile: 205-254-1999
cburkhalter@maynardnexsen.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 15th day of April, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a copy to all counsel of record.

/s/ *Carl S. Burkhalter*
OF COUNSEL

3