FILED
2026 Apr-21  PM 06:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | ) ) ) ) ) )    **No. 2:13-CV-20000-AMM** |

## MOTION TO WITHDRAW

Tracy A. Roman of Crowell & Moring LLP respectfully moves this Court to allow her to withdraw as counsel of record for Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Nebraska, and Blue Cross Blue Shield of North Dakota[1] in the referenced MDL.

Sarah M. Gilbert and Honor R. Costello of Crowell & Moring LLP will continue representing Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Nebraska, and Blue Cross Blue Shield of North Dakota in the MDL.

Dated: April 21, 2026                    Respectfully submitted,

/s/ Tracy A. Roman
Tracy A. Roman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
troman@crowell.com

---

[1] Blue Cross Blue Shield of North Dakota was formerly known as Noridian Mutual Insurance Company.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Tracy A. Roman
Tracy A. Roman