FILED

2026 Apr-23  PM 01:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ALABAMA SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | : **Master File No. 2:13-cv-20000-** |
| **ANTITRUST LITIGATION** | : **AMM** |
| **MDL 2406** | : |
| | : |
| | : |
| | : **This document relates to** |
| | : **Subscriber Track cases** |

**[PROPOSED] ORDER ON APPROVING PLAN OF DISTRIBUTION AND
AUTHORIZING DISTRIBUTION OF NET FUND**

**WHEREAS**, Class Counsel for the Subscriber Class has filed a Motion for Approval of the Plan of Distribution and Authorization to Distribute the Net Settlement Fund (the "Motion"), together with the Declaration of Jennifer Keough (the "Keough Declaration") in support thereof;

**WHEREAS**, the Claims Administrator, JND, has reviewed and processed all claims submitted in this Action and has provided recommendations concerning the acceptance and rejection of claims;

**WHEREAS**, the Court has reviewed and considered the Motion and the Keough Declaration; and

**WHEREAS**, the Court finds good cause for the relief requested;

**THEREFORE, IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** in its entirety.

2. The recommendations of the Claims Administrator concerning the acceptance of 7,774,992 eligible claims and the rejection of 646,354 ineligible claims are hereby **APPROVED**.

3. The proposed Distribution Plan is hereby **APPROVED**, including:

    a. The Initial Distribution to Authorized Claimants;

1

b. The $5.00 de minimis threshold, below which no payment shall be made;

c. The $200.00 threshold for claims to be paid in full;

d. The 10% reserve from the Net Settlement Fund; and

e. The Second Distribution process, each as described in the Motion and the Keough Declaration.

4. Subscriber Class Counsel and the Claims Administrator are hereby **AUTHORIZED** to distribute the Net Settlement Fund to Authorized Claimants in the manner described in the Motion and Keough Declaration.

5. The Claims Administrator, JND, is hereby **DIRECTED** to begin the Initial Distribution on or about May 11, 2026, and to file a status report with the Court following the conclusion of the Initial Distribution.

**DONE** and **ORDERED** this ___ day of _____, 2026.

_____
Anna M. Manasco
United States District Judge

2