FILED
2026 Apr-24  PM 12:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | } } } } } } } } | **Master File No.: 2:13-cv-20000-AMM** <br><br> This document relates to Subscriber Track Cases |

## ORDER APPROVING PLAN OF DISTRIBUTION AND AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND

Before the court is Subscriber Plaintiffs' Motion to Distribute Net Settlement Funds. Doc. 3419. The Motion is supported by a Memorandum in Support, Doc. 3419-1, and the Declaration of Jennifer Keough, the President and Chief Executive Officer of JND Legal Administration, the Claims Administrator, Doc. 3419-2.

JND has reviewed and processed all claims submitted in this Action and has provided recommendations concerning the acceptance and rejection of claims. Doc. 3419-2 ¶¶ 157-159. Subscriber Class Counsel agree with JND's recommendations. Doc. 3419 at 12. The court finds that those recommendations are consistent with the court-approved Plan of Distribution. Doc. 2931 at 86-87. The court also understands that JND's recommendations have the support of Defendants and the court's Special Master.

Having reviewed and considered the Motion, the Memorandum in Support, the Keough Declaration, and the Final Approval Order, Subscriber Plaintiffs' Motion to Distribute Net Settlement Funds, Doc. 3419, is **GRANTED**. It is further **ORDERED** as follows:

1. The recommendations of the Claims Administrator concerning the acceptance of 7,774,992 eligible claims and the rejection of 646,354 ineligible claims are hereby **APPROVED.**

2. The proposed Distribution Plan is hereby **APPROVED**, including as described in the Motion and the Keough Declaration:

   a. The Initial Distribution to Authorized Claimants;

   b. The $5.00 de minimis threshold, below which no payment shall be made;

   c. The $200.00 threshold for claims to be paid in full;

   d. The 10% reserve from the Net Settlement Fund; and

   e. The Second Distribution process.

3. Subscriber Class Counsel and the Claims Administrator are hereby **AUTHORIZED** to distribute the Net Settlement Fund to Authorized Claimants in the manner described in the Motion, Supporting Memorandum, and Keough Declaration.

4.  The Claims Administrator, JND, is hereby **DIRECTED** to begin the Initial Distribution **on or about May 11, 2026**.

5.  Following the conclusion of the Initial Distribution, Subscriber Class Counsel and JND **SHALL** file a status report with the court.

**DONE** and **ORDERED** this 24th day of April, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

3