### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: BLUE CROSS BLUE SHIELD | ) | No. 2:13-CV-20000-AMM |
| ANTITRUST LITIGATION | ) | |
| MDL NO. 2406 | ) | |
| | ) | |

## MOTION TO WITHDRAW

Helen E. Witt of Kirkland & Ellis LLP respectfully moves this Court to allow her to withdraw as counsel of record for Health Care Service Corporation, including its unincorporated divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma and Blue Cross and Blue Shield of Texas, Caring for Montanans Inc., Highmark Inc., Highmark BCBSD Inc., Highmark West Virginia Inc. and Highmark Western and Northeastern New York Inc. in the referenced MDL.

Jeffrey J. Zeiger of Kirkland & Ellis LLP will continue representing Health Care Service Corporation, including its unincorporated divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma and Blue Cross and Blue Shield of Texas, Caring for Montanans Inc., Highmark Inc., Highmark BCBSD Inc., Highmark West Virginia Inc. and Highmark Western and Northeastern New York Inc. in the MDL.

2

Dated: April 28, 2026

Respectfully submitted,

/s/ Helen E. Witt
Helen E. Witt
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2148
Fax: (312) 862-2200
helen.witt@kirkland.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/S/ Helen E. Witt
Helen E. Witt