FILED
2026 Apr-30  PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | )<br>)<br>)   No. 2:13-CV-20000-AMM<br>)<br>) |

### MOTION TO WITHDRAW AS COUNSEL

Jeny M. Maier of Axinn, Veltrop & Harkrider LLP respectfully moves this Court to allow her to withdraw as counsel of record for Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. in the above-referenced MDL.

Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. will continue to be represented by Stephen A. Rowe and Aaron G. McLeod at Adams and Reese LLP. Furthermore, A&O Sherman will also be representing Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. moving forward.

Dated: April 30, 2026
        Washington, DC

Respectfully submitted,

/s/ Jeny M. Maier
Jeny M. Maier
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
jmaier@axinn.com

- 2 -

## CERTIFICATE OF SERVICE

I do hereby certify that on April 30, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.


/s/Jeny M. Maier
Jeny M. Maier