FILED

2026 Apr-30  PM 05:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | )<br>)  No. 2:13-CV-20000-AMM<br>)<br>)<br>) |

## **MOTION TO WITHDRAW AS COUNSEL**

Kail J. Jethmalani of Axinn, Veltrop & Harkrider LLP respectfully moves this Court to allow him to withdraw as counsel of record for Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. in the above-referenced MDL.

Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. will continue to be represented by Stephen A. Rowe and Aaron G. McLeod at Adams and Reese LLP. Furthermore, A&O Sherman will also be representing Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. moving forward.

Dated: April 30, 2026
New York, New York

Respectfully submitted,

/s/ Kail J. Jethmalani
Kail J. Jethmalani
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue
New York, NY 10011
Tel: (212) 728 – 2200
Fax: (212) 728-2201
Kjethmalani@axinn.com

- 2 -

## CERTIFICATE OF SERVICE

I do hereby certify that on April 30, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.


/s/ Kail J. Jethmalani
Kail J. Jethmalani