FILED

2026 Apr-30  PM 05:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | ) ) ) ) )   No. 2:13-CV-20000-AMM |

## MOTION TO WITHDRAW AS COUNSEL

Kenina J. Lee of Axinn, Veltrop & Harkrider LLP respectfully moves this Court to allow her to withdraw as counsel of record for Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. in the above-referenced MDL.

Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. will continue to be represented by Stephen A. Rowe and Aaron G. McLeod at Adams and Reese LLP. Furthermore, A&O Sherman will also be representing Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. moving forward.

Dated: April 30, 2026
      Washington, DC

Respectfully submitted,

/s/ Kenina J. Lee
Kenina J. Lee
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
klee@axinn.com

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that on April 30, 2026, the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF System, which will send notification of such filing to all

counsel of record.


<u>/s/ Kenina J. Lee</u>
Kenina J. Lee

- 2 -