FILED

2026 May-04  AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL NO. 2406 | ) ) ) ) ) | No. 2:13-CV-20000-AMM |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Jarod G. Taylor of Axinn, Veltrop & Harkrider LLP respectfully moves this Court to allow him to withdraw as counsel of record for Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. in the above-referenced MDL.

Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. will continue to be represented by Stephen A. Rowe and Aaron G. McLeod at Adams and Reese LLP. Furthermore, A&O Sherman will also be representing Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross and Independence Health Group, Inc. moving forward.

Dated: May 4, 2026
      Hartford, CT

Respectfully submitted,

<u>/s/ Jarod G. Taylor</u>
Jarod G. Taylor
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Tel: (860) 275-8100
Fax: (860) 275-8101
jtaylor@axinn.com

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on May 4, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

<u>/s/ Jarod G. Taylor</u>
Jarod G. Taylor