## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD | ) | |
| ANTITRUST LITIGATION | ) | Master File No. 2:13-cv-20000-AMM |
| (MDL No. 2406) | ) | |
| | ) | Hon. Anna M. Manasco |
| This document relates to all cases. | ) | |

### MOTION TO WITHDRAW APPEARANCE

1.    James H. White, IV, and the James White Firm, LLC (together, the "undersigned") respectfully move the Court, pursuant to Local Rule 83.1(g), for an order permitting them to withdraw their appearance as counsel for non-party BayCare Health System, Inc. ("BayCare") in the above-captioned matter.

2.    The undersigned appeared in this proceeding on behalf of BayCare in connection with a discrete discovery dispute concerning a third-party subpoena issued to BayCare by Blue Cross Blue Shield of Michigan. See Opposition of BayCare Health System, Inc. to Defendants' Motion to Compel, Doc. 1773 (filed Nov. 22, 2017).

3.    The discovery matter for which the undersigned was retained has long since concluded.

4.    BayCare is and has at all relevant times been a non-party to this litigation. No matter remains before this Court that requires continuing representation of BayCare by the undersigned.

5.    Withdrawal will not delay these proceedings or prejudice any party.

**WHEREFORE**, the undersigned respectfully request that the Court enter an order (i) granting this Motion, (ii) permitting James H. White, IV and the James White Firm, LLC to

withdraw as counsel for BayCare Health System, Inc., and (iii) directing the Clerk to terminate their appearances and to remove them from all CM/ECF notice distributions in this matter.

Dated: May 26, 2026

Respectfully submitted,

*/s/ James H. White, IV*
James H. White, IV
JAMES WHITE FIRM, LLC
2100 Morris Ave.
Birmingham, AL 35203
Tel: (205) 317-2551
Email: james@whitefirmllc.com

Counsel for Non-Party
BayCare Health System, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James H. White, IV*
James H. White, IV

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

IN RE: BLUE CROSS BLUE SHIELD    )
ANTITRUST LITIGATION             )   Master File No. 2:13-cv-20000-AMM
(MDL No. 2406)                   )
                                 )   Hon. Anna M. Manasco
This document relates to all cases.  )

**ORDER**

This matter is before the Court on the Motion to Withdraw Appearance of James H. White, IV and the James White Firm, LLC. Upon consideration, and for good cause shown, the Motion is **GRANTED**. The Clerk is **DIRECTED** to terminate the appearances of James H. White, IV and the James White Firm, LLC as counsel for non-party BayCare Health System, Inc., and to remove them from all CM/ECF notice distributions in this matter.

SO ORDERED this _____ day of _____, 2026.

_____
HON. ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE