FILED
2026 Jun-04 AM 09:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRIST LITIGATION**<br>**MDL NO. 2406** | **No. 2:13-cv-20000-AMM** |

# MOTION TO WITHDRAW

Edward S. Bloomberg of Phillips Lytle LLP respectfully moves this Court to allow him to withdraw as counsel of record for Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield ("Excellus") in the referenced MDL.

Excellus will continue to be represented by Honor R. Costello, Sarah M. Gilbert, and Robert Mantel of Crowell & Moring LLP, and John M. Johnson, Brian P. Kappel, and Tatum L. Jackson of Lightfoot Franklin & White LLC.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order permitting Edward S. Bloomberg to withdraw as counsel of record for Excellus.

Dated: June 4, 2026

Respectfully submitted,

PHILLIPS LYTLE LLP

By *<u>/s/ Edward S. Bloomberg</u>*
Edward S. Bloomberg

Attorneys for Defendant
*Excellus Health Plan, Inc. d/b/a*
*Excellus BlueCross BlueShield*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Tel: (716) 847-8400
ebloomberg@phillipslytle.com

**CERTIFICATE OF SERVICE**

I certify that on June 4, 2026 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Edward S. Bloomberg*
Edward S. Bloomberg