FILED
2026 Jun-04 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRIST LITIGATION**<br>**MDL NO. 2406** | **No. 2:13-cv-20000-AMM** |

# MOTION TO WITHDRAW

Charles T. Grimes of RichardsonClement PC respectfully moves this Court to allow him to withdraw as counsel of record for Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield ("Excellus") in the referenced MDL.

Excellus will continue to be represented by Honor R. Costello, Sarah M. Gilbert, and Robert Mantel of Crowell & Moring LLP, and John M. Johnson, Brian P. Kappel, and Tatum L. Jackson of Lightfoot Franklin & White LLC.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order permitting Charles T. Grimes to withdraw as counsel of record for Excellus.

Dated: June 4, 2026

Respectfully submitted,

RichardsonClement PC

*/s/ Charles T. Grimes*
Charles T. Grimes
Attorneys for Defendant
*Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield*
22 Inverness Center Parkway, Suite 500
Birmingham, AL 35242
Tel: (205) 729-6051
charley@richardson.law

## CERTIFICATE OF SERVICE

I certify that on June 4, 2026 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Charles T. Grimes*
Charles T. Grimes