FILED
2026 Jun-25 PM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD** | § | **Master File No. 2:13-cv-20000-AMM** |
| | § | |
| **ANTITRUST LITIGATION (MDL NO.: 2406)** | § | |
| | § | **This document relates to the Provider Track** |
| | § | |
| | § | |

---

**NOTICE OF APPEAL**

Jackson Hospital & Clinic, Inc. ("Jackson Hospital") hereby gives notice of its appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Order regarding (1) the motion of Blue Cross and Blue Shield of Alabama to Enforce Provider Settlement and to Enjoin Jackson Hospital's Adversary Proceeding, and (2) the motion of Jackson Hospital for Relief from Judgment and to Belatedly Opt Out of Settlement Class and Response to Blue Cross and Blue Shield of Alabama's Motion to Enforce Provider Settlement (*i.e.*, Doc. 3442).

Respectfully submitted,

*/s/ Chase J. Potter*

Chase J. Potter
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com

IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

-and-

Stuart H. Memory
ASB-2214-Y36V
Memory Memory & Causby, LLP
Post Office Box 4054
Montgomery, Alabama 36103
Phone: 334-834-8000
Fax: 334-834-8001
Email: smemory@memorylegal.com

COUNSEL FOR JACKSON HOSPITAL & CLINIC, INC.

**CERTIFICATE OF SERVICE**

This is to certify that, on June 25, 2026, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system that will provide notice to all parties receiving electronic notices in this case.

*/s/ Chase J. Potter*

Chase J. Potter