FILED
2026 Jun-29 AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

Mr. Dave Smith, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303.

U.S.D.C. No :2:13-cv-20000
U.S.C.A. No. New Appeal
IN RE: Blue Cross Blue Shield Antitrust Litigation MDL 2406

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

☒ Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐ Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.; Click here to enter text.volume(s) of transcripts;

☒ First Notice of Appeal? No Dates of other Notices: 9/7/2022, 9/08/2022

☐ The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐ Original papers (court file) and certified copy of docket entries per USCA request.

☐ There was no hearing from which a transcript could be made.

☐ Copy of CJA Form 20 or District Court order appointing counsel.

☒ The appellant docket fee has been paid. **Yes** Date Paid: 6/29/2026

☐ The appellant has been leave to appeal in forma pauperis and request for certificate of appealability (order enclosed).

☒ The Judge/Magistrate Judge appealed from is: Anna M. Manasco

☐ The Court Reporter is:

☐ This is a **BANKRUPTCY APPEAL**. Please send notice of final order and/or opinion to: Joe Bulgarella, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐ This is a **DEATH PENALTY** appeal.

☐ Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐ Other:

xc: Counsel

Greer M. Lynch, Clerk

By___**A. Day**___________
Deputy Clerk