FILED
2026 Jul-20 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | § § § § § | **Master File No. 2:13-cv-20000-AMM** <br> **This document relates to the Subscriber Track** |

**BLUE CROSS BLUE SHIELD ASSOCIATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**

COME NOW Blue Cross Blue Shield Association ("BCBSA") and request leave to file under seal unredacted copies of the following documents:

1. Blue Cross Blue Shield Association's *In Camera* Application for a Local Service and Support Fee;
2. Declaration of Kari Hedges in Support of Blue Cross Blue Shield Association's Application for a Local Service and Support Fee Pursuant to the Approved Subscriber Settlement;
3. Exhibits A-F to the Declaration of Kari Hedges in Support of BCBSA's Application for a Local Service and Support Fee Pursuant to the Approved Subscriber Settlement; and
4. Blue Cross Blue Shield Association's Proposed Order Granting BCBSA's *In Camera* Application for a Local Service and Support Fee Pursuant to the Approved Subscriber Settlement.

BCBSA's Application and Proposed Order and the Declaration of Kari Hedges and its Exhibits rely on commercially sensitive, confidential business material and contain Monitoring Committee communications and materials, which are confidential under the terms of

the Subscriber Settlement Agreement. (Dkt. 2610-02, Subscriber Settlement Agmt., Appx. E ¶ 1.f ("Any person that receives any information or materials related to the Monitoring Committee or its activities will keep such information and materials Confidential.")

WHEREFORE, Blue Cross Blue Shield Association respectfully requests that the Court GRANT its Motion for Leave to File Under Seal.

Dated: July 20, 2026

Respectfully submitted,

*/s/ Karin A. DeMasi*

Karin A. DeMasi
Rachel G. Skaistis
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
Rebecca J. Schindel
Hannah L. Dwyer

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
rskaistis@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com
rschindel@cravath.com
hdwyer@cravath.com

*Counsel for Defendants Blue Cross Blue Shield Association*