FILED
2026 Aug-11 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:<br>BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:13-CV-20000-AMM**<br><br>**This Document Relates to Provider Opt-Out Cases** |
| **IN RE:<br>BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO. 2406)** | **Master File No. 2:25-MD-10000-AMM** |

**ORDER REGARDING BRIEFING ON PROVIDER CLASS COUNSEL'S MOTION FOR AN ORDER ESCROWING PAYMENTS**

Provider Class Counsel filed a Motion for an Order Escrowing Payments in Judgment or Settlement in the Provider Opt-Out cases. Case No. 2:13-cv-20000-AMM, Doc. 3357; Case No. 2:25-md-10000-AMM, Doc. 22. On March 6, 2026, the court entered an order allowing Provider Opt-Out Plaintiffs the opportunity to conduct limited discovery to enable them to respond to Provider Class Counsel's Motion. Doc. 3404.

Any response to Provider Class Counsel's Motion **SHALL** be filed within fourteen (14) days of this order. Any proposed order on the Motion **SHALL** be filed with the response.

**DONE** and **ORDERED** this 11th day of August, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE