FILED
2026 Aug-12 PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

AUG 12 2026
U.S. DISTRICT C
NORTHERN DIST

BIRMINGHAM AL 350
5 AUG 2026 PM 5

FIRST-CLASS

US POSTAGE IMPITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 03 2026

NIXIE 372 FE 1 0008/08/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 35203203799 *1439-07607-05-39

35203>2037
37219-17325

Case 1:13-cv-20000

Gary C Shockley
Baker, Donelson, Bearman & Caldwell - Nashville
511 Union Street
Suite 1700
Nashville, TN 37219