FILED
2026 Aug-14 PM 01:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

BIRMINGHAM AL 350
5 AUG 2026 PM

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 03 2026

NIXIE 372 DE 1 0008/11/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK
BC: 35203203799 *1439-07001-05-39

35203>2037
37902-251

Thomas S Scott Jr Attorneyat Law

Ball & Scott Law Offices
Bank of America Center
Suite 601
550 Main Street
Knoxville, TN 37902

---