FILED
2026 Aug-17 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

BIRMINGHAM AL 350
5 AUG 2026 PM 5 L

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 03 2026

FILED
AUG 17 P 1:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

NIXIE 015 FE 1 0008/10/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 35203203799 *1439-07623-05-39

UTF
02933035203-7

Patrick James Quinlan
Law Offices of Patrick J. Quinlan
243 North Main St.
Providence, RI 02903

---