FILED
2026 Aug-17 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

FILED
2026 AUG 17 P
U.S. DISTRICT
N.D. OF ALA

BIRMINGHAM AL 350
5 AUG 2026 PM

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 03 2026

NIXIE 381 SE 1 0208/11/26

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 35203203799 *1439-07720-05-39

38163@15286

Gerald F. Easter
GERALD F. EASTER, ATTORNEY AT LAW
369 N. Main Street
Memphis, TN 38103