FILED
2026 Aug-17 PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

BIRMINGHAM AL 350
5 AUG 2026 PM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 03 2026

FILED
2026 AUG 17 P
U.S. DISTRICT COURT
N.D. OF ALABAMA

NIXIE 681 FE 1 0008/11/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 35203203799 *1439-07877-05-39

35203>2037
68114-235727

Jason G. Ausman
AUSMAN LAW FIRM
1015 North 98th Street
Suite 102
Omaha, NE 68114