FILED
2026 Aug-17 PM 04
U.S. DISTRICT COU
N.D. OF ALABA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

BIRMINGHAM AL 350
5 AUG 2026 PM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 04 2026

FILED
2026 AUG 17 P
U.S. DISTRICT
N.D. OF ALAB

F

553 NFE 1 725C0008/12/26
FORWARD TIME EXP RTN TO SEND
:SOLBERG STEWART MILLER
1123 5TH AVE S
FARGO ND 58103-1725

RETURN TO SENDER

FWD

58103-2037

Daniel E. Phillips
SOLBERG STEWART MILLER
PO BOX 1897
FARGO, ND 58107-1897

---