FILED
2026 Aug-20 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

OKLAHOMA CITY OK 730
BIRMINGHAM AL 350
15 AUG 2026 PM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 35203
02 7H
0006221776

$ 000.78⁰
AUG 03 2026

SECURITY

AUG 20 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

2026 AUG 20 A 10:57

FILED

NIE 731 7E 1 0108/14/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 35203203799 *1439-08287-05-39

35203-203799

Elizabeth Barnett LaBauve 06-1
94

Crowe & Dunlevy-OKC
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102

-----------------------------------------------------