FILED
2026 Aug-20 AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

OKLAHOMA CITY OK 730
BIRMINGHAM AL 350
10 AUG 2026 PM
5 AUG 2026 PM

US POSTAGE IMI PITNEY BOWES
ZIP 35203
02 9H
0006221776
$ 000.78⁰
AUG 04 2026

FIRST-CLASS

SECURITY

AUG 20 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

FILED
2026 AUG 20 A 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

NIXIE 731 7E 1 0108/14/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF BC: 35203203799 *1439-07710-05-39

35203-2037399

D Kent Meyers 1494
Crowe & Dunlevy-OKC
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102