FILED
2026 Aug-20 AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

BIRMINGHAM AL 350
5 AUG 2026 PM 5

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 03 2026

SECURITY

AUG 20 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

DISTRICT COURT
OF ALABAMA

AUG 20 A 10:57

FILED

KIE 462 FE 1 0008/14/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 35203203799 *1439-08355-05-39

46202-233152

Jonathan Charles Little
SAEED & LITTLE, LLP
1433 N. Meridian Street
Suite 202
Indianapolis, IN 46202