FILED
2026 Aug-20 AM 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

SECURITY
AUG 20 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BIRMINGHAM AL 350
5 AUG 2026 PM 5

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 35203 $ 000.78⁰
02 7H
0006221776 AUG 04 2026

FILED
20 AUG 58
DISTRICT COURT
ALABAMA

NIXIE 980 FE 1 0008/15/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 35203203799 *1439-07706-05-39

59715-06960
35203>2037

Anthony F. Jackson
BECK & AMSDEN
1946 Stadium Drive
Suite 1
Bozeman, MT 59715