FILED
2026 Aug-20 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

BIRMINGHAM AL 350
5 AUG 2026 PM 5

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 35203
02 7H
0006221776

$ 000.78⁰
AUG 03 2026

SECURITY
AUG 20 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

U.S. DISTRICT COURT
N.D. OF ALABAMA
2026 AUG 20 A 10:57
FILED

NIXIE 980 FE 1 0008/15/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 35203203799 *1439-06923-05-39

ANK
59715-069802
35203>2037

Monte D. Beck
BECK & AMSDEN, PLLC
1946 Stadium Drive
Suite 1
Bozeman, MT 59715