FILED
2026 Sep-02 AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

FILED
2026 SEP -1 P 12:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

RTS

BATON ROUGE LA 707
BATON ROUGE LA 707
BIRMINGHAM AL 350
8 AUG 2026 AM 2
11 AUG 2026 AM 3
5 AUG 2026 PM 5

SECURITY

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 03 2026

SEP 01 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

not at this address
return to sender

[redacted]

9400921355237230

[redacted]

35203>2037

NIXIE 708 DE 1 0008/25/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 35203203799 *1439-07810-05-39

L. Adam Thames
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821