FILED
2026 Sep-02 AM 10:4
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

FILED
2026 SEP -1 P 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

BIRMINGHAM AL 350
PHILADELPHIA PA 190
5 AUG 2026 PM 5 L
15 AUG 2026 PM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 03 2026

SECURITY

SEP 01 2026
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

NIXIE 171 DE 1 0008/26/26
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 35203203799 *1439-00852-05-41

35203203799

STEPHEN A. LONEY JR.
HOGAN & HARTSON
1835 MARKET ST.
PHILADELPHIA, PA 19103