FILED
2026 Sep-02 AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 - 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2040

OFFICIAL BUSINESS

BIRMINGHAM AL 350
5 AUG 2026 PM

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 35203
02 7H
0006221776
$ 000.78⁰
AUG 04 2026

Return to Sender

FILED
2026 SEP -1 A
U.S. DISTRICT COURT
N.D. OF ALABAMA

Martin Patrick McDowell
BRUNINI GRANTHAM GROWER & HEWES PLLC
Fifth Third Center, Ste. 20000
424 Church Street
Nashville, TN 39205

372 NFE 1 626F0008/08/26
NOTIFY SENDER OF NEW ADDRESS
:FIFTH THIRD BANK
1320 ADAMS ST STE 900
NASHVILLE TN 37208-2493

BC: 37208249325 *1439-07661-05-3

ANK
37208>2493
37219-239125