FILED
2026 Sep-17 PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 17, 2026

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 26-12250-HH
Case Style: In Re Blue Cross Blue Shield Antitrust Litigation
District Court Docket No: 2:13-cv-20000-AMM

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 26-12250-HH

---

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406

---

2:13-cv-20000-AMM

PLAINTIFFS' COUNSEL, et al.,

Plaintiffs,

JACKSON HOSPITAL & CLINIC, INC.,

Plaintiff - Appellant,

versus

DEFENDANTS' COUNSEL, et al.,

Defendants,

BLUE CROSS AND BLUE SHIELD OF ALABAMA,
BLUE CROSS AND BLUE SHIELD ASSOCIATION,

Defendants - Appellees,

BAYCARE HEALTH SYSTEM, INC., et al.,

Respondents.

---

Appeal from the United States District Court
for the Northern District of Alabama

---

ORDER: Notice filed by Appellant Jackson Hospital & Clinic, Inc. is GRANTED by clerk [10833143-2]. The parties have filed a Notice of Stipulation of Dismissal. Pursuant to 11th Cir. R. 42(a), this appeal is hereby DISMISSED.

Effective September 17, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION